**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Maryland**
                                   (State)

Case number (*If known*): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Diamond Comic Distributors, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Alliance Games Distributors <br> Collectible Grading Authority <br> Fandomworld |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 5 2 – 1 2 4 3 4 5 0 |

4. **Debtor's address**

   **Principal place of business**

   10150 York Road, Suite 300
   Number    Street

   _____

   Hunt Valley         MD      21030
   City                State   ZIP Code

   Baltimore
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City        State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   7485 Polk Lane
   Number    Street

   _____

   Olive Branch        MS      38654
   City                State   ZIP Code

5. **Debtor's website** (URL)   diamondcomics.com; diamondbookdistributors.com; alliance-games.com; fandomworld.com; cgagrading.com

Debtor  Diamond Comic Distributors, Inc.                              Case number (*if known*)_____
        *Name*

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   4  2  3  9

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.   District _____   When _____   Case number _____
                                                         MM / DD / YYYY
              District _____   When _____   Case number _____
                                                         MM / DD / YYYY

Debtor  Diamond Comic Distributors, Inc.                                  Case number (if known)_____
        Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes.   Debtor   See Attached Schedule 1       Relationship   Affiliate
             District  Maryland                      When          _____
                                                                   MM / DD / YYYY
             Case number, if known  _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**  (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number    Street
                               _____
                               _____
                               City                                State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name    _____
           Phone           _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49              ☑ 1,000-5,000        ☐ 25,001-50,000
    ☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
    ☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
    ☐ 200-999

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page **3**

Debtor  Diamond Comic Distributors, Inc.  Case number (if known)_____
         Name

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/14/2025
             MM / DD / YYYY

X  /s/ Robert Gorin                              Robert Gorin
Signature of authorized representative of debtor  Printed name

Title  Co-Chief Restructuring Officer

**18. Signature of attorney**

X  /s/ Jordan D. Rosenfeld                       Date  1/14/2025
Signature of attorney for debtor                       MM / DD / YYYY

Jordan D. Rosenfeld
Printed name

Saul Ewing LLP
Firm name

1001 Fleet Street, 9th Floor
Number    Street

Baltimore                                MD         21202
City                                     State      ZIP Code

(410) 332-8600                           jordan.rosenfeld@saul.com
Contact phone                            Email address

13694                                    MD
Bar number                               State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## **SCHEDULE 1**

On the date hereof, each of the affiliated entities listed below, which includes the debtor in this chapter 11 case (collectively, the "Debtors"), filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filling of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

- Diamond Comic Distributors, Inc.
- Diamond Select Toys & Collectibles, LLC
- Comic Holdings, Inc.
- Comic Exporters, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-_____ (___)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

**COMBINED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby state as follows:

1. Debtor Diamond Comic Distributors, Inc., is owned as follows: 99% by non-debtor SG Resource LLC, and 1% by non-debtor Stephen A. Geppi Revocable Trust.

2. Debtor Diamond Select Toys & Collectibles, LLC, is owned as follows: 99% by non-debtor DST Investments, LLC, and 1% by non-debtor Stephen A. Geppi Revocable Trust.

3. Debtor Comic Exporters, Inc., and Diamond Comic Holdings, Inc., are wholly owned by Debtor Diamond Comic Distributors, Inc.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

53219890.3

# UNANIMOUS WRITTEN CONSENT OF THE RESTRUCTURING COMMITTEE OF DIAMOND COMIC DISTRIBUTORS, INC.

The undersigned, being the sole member of the special restructuring committee (the "Restructuring Committee") of Diamond Comic Distributors, Inc. (the "Company"), consents to and adopts the following resolutions on and as of January 12, 2025:

**WHEREAS**, the Restructuring Committee has reviewed and considered, among other things, the financial records of the Company and the business and financial condition of the Company, and is aware of the assets, liabilities, potential liabilities and liquidity of the Company;

**WHEREAS**, the Restructuring Committee has had the opportunity to consult with the management and legal and financial advisors of the Company to consider, and has considered, the strategic alternatives available to the Company;

**WHEREAS**, the Restructuring Committee has determined, after consultation with the management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, and its stockholders, creditors, and other interested parties that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court");

**NOW, THEREFORE, BE IT RESOLVED**, that the Restructuring Committee has determined, after consultation with the management and the legal and financial advisors of the Company, that, subject to approval of the Bankruptcy Court, the Company, as a debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized to enter into (i) that certain Asset Purchase Agreement (the "Stalking Horse Agreement") with an affiliate of Universal Distribution to purchase certain of the Company's assets, subject to higher and better bids, and (ii) that certain Debtor-in-Possession Credit Agreement (the "DIP Credit Agreement" and together with other documents related to debtor-in-possession financing, the "DIP Documents") with JPMorgan Chase Bank, N.A. (the "DIP Lender"), to provide the Companies with debtor-in-possession financing and use of cash collateral (the "DIP Facility"); and be it further

**RESOLVED**, that the Chief Restructuring Officer, the President of the Company and/or the Chief Financial Officer of the Company, together with any other person or persons hereafter designated in writing by the Restructuring Committee (each, an "Authorized Person"), in each case, acting individually or jointly, be, and hereby is, authorized, directed and empowered with full power of delegation, in the name and on behalf of the Company, as a debtor and debtor in possession, to (i) seek approval of a debtor-in-possession financing and cash collateral order in interim and final form (a "DIP Order"), (ii) negotiate, execute and deliver any and all agreements, instruments or documents by or on behalf of the Company necessary to implement the DIP Order, including the DIP Documents and any additional or further agreements for the use of debtor-in-possession financing and/or cash collateral in connection with the Company's chapter 11 case, which agreements may require the Company to grant liens to its existing lender or the DIP Lender, and (iii) perform its obligations and take the actions contemplated under, the DIP Documents and any additional or further agreements for the use of debtor-in-possession financing and/or cash

53318945.3

collateral in connection with the Company's chapter 11 case (in each case with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the DIP Documents by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

**RESOLVED**, that any Authorized Person, in each case, acting individually or jointly, be, and hereby is, authorized, directed and empowered, with full power of delegation, in the name and on behalf of the Company, to negotiate, execute and deliver on behalf of the Company any agreements, documents and instruments in connection with the Stalking Horse Agreement or as such Authorized Persons may deem necessary, advisable or appropriate, such approval to be evidenced conclusively by such execution; and be it further

**RESOLVED**, that, the Company is authorized and directed, and any Authorized Person, in each case, acting individually or jointly, be, and hereby is, authorized, directed and empowered, with full power of delegation, in the name and on behalf of the Company, as a debtor and debtor in possession, to (i) negotiate a sale or sales of some of all of the assets of the Company, (ii) take such actions and execute, acknowledge, deliver, and verify such agreements, certificates, instruments, and any and all other documents, including any amendments or other modifications, as such Authorized Person may deem necessary or appropriate to facilitate such sale or sales, and (iii) authorize counsel to: (a) draft, file and seek approval of bidding procedures pursuant to which the Company shall seek higher or otherwise better offers for the sale or sales of some or all of the assets of the Company, (b) draft, file and seek approval of any such sale and corresponding sale agreement, (c) execute, deliver and file on behalf of the Company such affidavits of declarations as such Authorized Person deems necessary or desirable in connection with obtaining approval of such bidding procedures and any subsequent sale or sales, and (d) take any and all such other actions as such Authorized Person deems necessary or desirable in connection with obtaining the highest or otherwise best offer for the Company's assets; and be it further

**RESOLVED**, that any Authorized Person, in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to retain (i) Saul Ewing LLP, as general bankruptcy counsel, (ii) Getzler Henrich & Associates LLC, as financial advisor, (iii) Raymond James & Associates, Inc., as investment banker, (iv) Stephenson Harwood, LLP, as U.K. counsel, and (v) Omni Agent Solutions, as claims and noticing agent and administrative agent, in each case on such terms as any Authorized Person shall deem necessary, appropriate or desirable and subject to any required approvals of the Bankruptcy Court; and be it further

**RESOLVED**, that any Authorized Person, in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Corporation, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Companies' chapter 11 case, including, without limitation, (i) paying any fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, (ii) engaging or retaining further accountants, counsel, consultants or advisors, and (iii) negotiating, executing, delivering, performing and filing any and all additional documents, agreements, schedules, statements, lists,

2

papers, agreements, certificates, and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Companies' chapter 11 case with a view to the successful prosecution of such chapter 11 case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard).

**IN WITNESS WHEREOF**, the undersigned member of the Restructuring Committee has executed this consent on the date set forth above.

_____
Bradley E. Scher

3

53318945.3

Fill in this information to identify the case:

Debtor name: __Diamond Comic Distributors, Inc., et al.__

United States Bankruptcy Court District of __Maryland__

Case number (If known): ___

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Penguin Random House LLC<br>Attn: Jeff Abraham<br>1745 Broadway<br>New York, NY 10019 | Att: Jeff Abraham<br>Email: jabraham@penguinrandomhouse.com | Trade Claim | Disputed | $0.00 | $0.00 | $9,202,181.45 |
| 2 | Bandai Co, Ltd<br>Attn: Tomoaki "Benjy" Ishikaka<br>4-8 Komagata 1-chome<br>Taito-ku, Tokyo 111-8081<br>Japan | Att: Tomoaki "Benjy" Ishikaka<br>Email: tishikawa@bnta.com | Trade Claim | Disputed | $0.00 | $0.00 | $4,348,743.08 |
| 3 | National Entertainment Collectibles Association Inc (NECA)<br>Attn: Dara Chesley<br>603 Sweetland Ave<br>Hillside, NJ 07205 | Att: Dara Chesley<br>Email: darac@wizkids.com | Trade Claim | Disputed | $0.00 | $0.00 | $2,682,994.22 |
| 4 | Kin Kin Mould<br>Attn: Nelson Chan<br>Sheung Shui Ctr<br>3 Chi Cheong Rd, Unit 1003<br>Sheung Shui, HK<br>Hong Kong | Att: Nelson Chan<br>Email: nelsonchan20@vip.163.com | Trade Claim | | $0.00 | $0.00 | $1,811,934.04 |
| 5 | TMP International, Inc<br>Attn: Colt Homme<br>3032 S Cedar St, Ste D<br>Tacoma, WA 98409 | Att: Colt Homme<br>Email: chomme@mcfarlane.com | Trade Claim | | $0.00 | $0.00 | $1,734,814.39 |
| 6 | Disney Consumer Products, Inc<br>Attn: Corporate Legal<br>500 S Buena Vista St<br>Burbank, CA 91521 | Att: Corporate Legal<br>Email: dcp.legalnotices@disney.com | License/Royalty Claim | | $0.00 | $0.00 | $1,712,447.00 |
| 7 | Hasbro, Inc<br>Attn: Carla Cross<br>1027 Newport Ave<br>Pawtucket, RI 02861 | Att: Carla Cross<br>Email: carla.cross@hasbro.com | Trade Claim | | $0.00 | $0.00 | $1,064,378.39 |
| 8 | Wizards of the Coast LLC<br>Attn: Mk Smith<br>1107 Lake Washington Blvd N, Ste 800<br>Renton, WA 98056 | Att: MK Smith<br>Email: mk.smith@wizards.com | Trade Claim | Disputed | $0.00 | $0.00 | $914,601.84 |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims       Page 1 of 3

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Xceeding Partnership Solutions<br>Attn: Sharon Zaragoza<br>8547 Dulwich Rd<br>Cordova, TN 38016 | Att: Sharon Zaragoza<br>Email: Sharon.Zaragoza@xceedingps.com | Trade Claim | | $0.00 | $0.00 | $843,496.70 |
| 10 | Little Buddy LLC<br>Attn: Andy Tanaka<br>7422 Orangewood Ave<br>Garden Grove, CA 92841 | Att: Andy Tanaka<br>Email: andy@littlebuddytoys.com | Trade Claim | | $0.00 | $0.00 | $694,628.00 |
| 11 | Simon & Schuster, Inc<br>Attn: Lauren Castner<br>1230 Ave of the Americas<br>New York, NY 10020 | Att: Lauren Castner<br>Email: lauren.castner@simonandschuster.com | Trade Claim | Disputed | $0.00 | $0.00 | $600,144.80 |
| 12 | Bandai Namco Toys & Collectibles America Inc<br>Attn: Teppei Onoki<br>23 Odyssey Irvine<br>Irvine, CA 92618 | Att: Teppei Onoki<br>Email: tonoki@bntca.com | Trade Claim | | $0.00 | $0.00 | $576,072.46 |
| 13 | Lunar Distribution<br>Attn: Christina Merkler<br>10701 Rose Ave<br>New Haven, IN 46774 | Att: Christina Merkler<br>Email: christina@lunardistribution.com | Trade Claim | | $0.00 | $0.00 | $496,967.84 |
| 14 | United Parcel Service, Inc<br>Attn: Mike Wise<br>55 Glenlake Pkwy NE<br>Atlanta, GA 30328 | Att: Mike Wise<br>Email: michaelwise@ups.com | Trade Claim | | $0.00 | $0.00 | $476,398.57 |
| 15 | VIZ Media, LLC<br>Attn: Sarah Anderson<br>1355 Market St, Ste 200<br>San Francisco, CA 94103 | Att: Sarah Anderson<br>Email: sarahanderson@viz.com | Trade Claim | | $0.00 | $0.00 | $421,204.93 |
| 16 | Catalyst Games Lab, LLC<br>Attn: Loren Coleman<br>7108 S Pheasant Ridge Dr<br>Spokane, WA 99224 | Att: Loren Coleman<br>Email: loren@catalystgamelabs.com | Trade Claim | Disputed | $0.00 | $0.00 | $401,483.12 |
| 17 | The Army Painter ApS<br>Attn: Michael Andersen<br>Christiansmindevej 12<br>Skanderborg, DK-8660<br>Denmark | Att: Michael Andersen<br>Email: mha@thearmypainter.com | Trade Claim | Disputed | $0.00 | $0.00 | $386,925.86 |
| 18 | ARA, Inc<br>Attn: Amelia Garcia<br>602 Main St, Ste 300<br>Cincinnati, OH 45202 | Att: Amelia Garcia<br>Email: amelia.garcia@electivestaffing.com | Trade Claim | | $0.00 | $0.00 | $378,827.04 |
| 19 | Titan Publishing Group Ltd<br>Attn: Nick Landau<br>144 Southwark St<br>London, SE1 0UP<br>United Kingdom | Att: Nick Landau<br>Email: nick.landau@titanemail.com | Trade Claim | Disputed | $0.00 | $0.00 | $357,417.28 |
| 20 | Square Enix Holdings Co, Ltd<br>Attn: Kanji Tashiro<br>999 N Pacific Coast Hwy, 3rd Fl<br>El Segundo, CA 90245 | Att: Kanji Tashiro<br>Email: ktashiro@us.square-enix.com | Trade Claim | | $0.00 | $0.00 | $314,295.51 |
| 21 | Microsoft Corp<br>1 Microsoft Way<br>Redmond, WA 98052 | | Trade Claim | | $0.00 | $0.00 | $307,816.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | The Pokémon Company International, Inc  Attn: Rich Henry  10400 NE 4th St, Ste 2800  Bellevue, WA 98004 | Att: Rich Henry  Email: r.henry@pokemon.com | Trade Claim | | $0.00 | $0.00 | $280,375.00 |
| 23 | Transcontinental Inc  Attn: Daniel Gallina  1 Place Ville Marie, Ste 3240  Montreal, QC H3B 0G1  Canada | Att: Daniel Gallina  Email: daniel.gallina@tc.tc | Trade Claim | | $0.00 | $0.00 | $243,541.48 |
| 24 | Beast Kingdom Co, Ltd  Attn: James Liu  12F, No 210, Sec 1  Sanmin Rd, Banqiao Dist  New Taipei City, 22069  Taiwan | Att: James Liu  Email: jamesliu@beast-kingdom.com.tw | Trade Claim | | $0.00 | $0.00 | $237,903.14 |
| 25 | Funko, LLC  Attn: Lesley Hill  2802 Wetmore Ave  Everett, WA 98201 | Att: Lesley Hill  Email: lesley.hill@funko.com | Trade Claim | Disputed | $0.00 | $0.00 | $237,631.62 |
| 26 | Publisher Services, Inc  Attn: Dean Burnham  2800 Vista Ridge Dr  Suwanee, GA 30024 | Att: Dean Burnham  Email: deanb@pubservinc.com | Trade Claim | Disputed | $0.00 | $0.00 | $223,140.92 |
| 27 | Dynamic Forces, Inc  Attn: Nick Barrucci  113 Gaither Dr, Ste 205  Mount Laurel, NJ 08054 | Att: Nick Barrucci  Email: nick.barrucci@dynamite.com | Trade Claim | Disputed | $0.00 | $0.00 | $217,317.64 |
| 28 | Pai Technology Inc  Attn: Rocky Yu  177 E Colorado Blvd, Ste 200  Pasadena, CA 91105 | Att: Rocky Yu  Email: rockyyu@blokees.com | Trade Claim | | $0.00 | $0.00 | $211,331.50 |
| 29 | Udon Entertainment Inc  Attn: Erik Ko  51 Ridgestone Dr  Richmond Hill, ON L4S 0E3  Canada | Att: Erik Ko  Email: erikko@gmail.com | Trade Claim | Disputed | $0.00 | $0.00 | $202,694.07 |
| 30 | Super7, Inc  Attn: Luke Martinez  777 Florida St, Ste 202  San Francisco, CA 94110 | Att: Luke Martinez  Email: luke@super7store.com | Trade Claim | Disputed | $0.00 | $0.00 | $163,686.50 |

**Fill in this information to identify the case and this filing:**

Debtor Name: Diamond Comic Distributors, Inc.

United States Bankruptcy Court for the: _____ District of Maryland (State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Combined Corporate Ownership Statement and List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/14/2025
MM / DD / YYYY

✗ *Robert Gorin*
Signature of individual signing on behalf of debtor

Robert Gorin
Printed name

Co-Chief Restructuring Officer
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors