IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (___)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

### NOTICE OF APPLICATION OF COMPLEX CHAPTER 11 CASE PROCEDURES

The Complex Chapter 11 Case Procedures established by Administrative Order 21-03 shall apply to the above-captioned case(s) for the following reasons:

I.    Mandatory application of Complex Chapter 11 Case Procedures (Check all that apply):

☒ The debtor, including affiliates, if any, has liabilities of at least $10 million (US).

☒ More than fifty (50) creditors, including affiliates, are listed in the debtor's schedules.

☐ A portion of the debt or equity securities of the debtor or any one of the affiliated debtors is publicly traded.

II.    Voluntary election to proceed under Complex Chapter 11 Case Procedures:

☐ The debtor does not satisfy any of the three (3) criteria set forth in Section I herein, but nevertheless elects to proceed under the Complex Chapter 11 Case Procedures.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Respectfully Submitted,

Dated: January 14, 2025                **SAUL EWING LLP**

By: *Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (*pro hac vice* pending)
Adam H. Isenberg (*pro hac vice* pending)
Turner N. Falk (*pro hac vice* pending)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       turner.falk@saul.com

-and-

Mark Minuti (*pro hac vice* pending)
Paige N. Topper (*pro hac vice* pending)
Nicholas Smargiassi (*pro hac vice* pending)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
       paige.topper@saul.com
       nicholas.smargiassi@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*

2