IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308(___)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME WITHIN WHICH DEBTORS MUST FILE THEIR SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby move (this "Motion") as follows:

**Relief Requested**

1. The Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending the initial 14-day period by which the Debtors are required to file their schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules and Statements") by 24 days, through and including February 21, 2025, without prejudice to the Debtors' ability to request additional time should it become necessary.

**Jurisdiction and Venue**

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and *Standing Order 2012-05* from the United States District Court for the District of Maryland.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

53203568.3

This is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Motion is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are section 521 of title 11 of the United States Code (the "Bankruptcy Code"), as supplemented by rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## Background

4. On the date hereof (the "Petition Date"), each Debtor commenced a case under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no committees have been appointed or designated.

5. A description of the Debtors' business, the reasons for commencing these chapter 11 cases, the relief sought from the Court, and the facts and circumstances supporting this Motion are set forth in the *Declaration of Robert Gorin in Support of Chapter 11 Petitions and First Day Relief* (the "First Day Declaration") filed concurrently with this Motion and incorporated herein by reference.

## Basis for Relief Requested

6. Section 521 of the Bankruptcy Code provides that a debtor is required to file schedules of assets and liabilities and statements of financial affairs unless the Court orders otherwise.  11 U.S.C. § 521(a)(1)(A)–(B).

7. Bankruptcy Rule 1007 requires a chapter 11 debtor to file its schedules and statements with its voluntary petition for relief or within fourteen days thereafter.  Fed. R. Bankr.

P. 1007(b)–(c). Bankruptcy Rule 1007(c) also authorizes a bankruptcy court to extend a debtor's time to file its schedules and statements "for cause." Fed. R. Bankr. P. 1007(c)(7).

8.  Good cause exists to extend the Debtors' time to file the Schedules and Statements beyond the fourteen days provided by Bankruptcy Rule 1007(c). The ordinary operation of the Debtors' business requires the Debtors to maintain voluminous books and records across their various divisions. To prepare the Schedules and Statements, the Debtors must compile information from books, records, and documents relating to a myriad of claims of their creditors and the Debtors' many assets and contracts. This information is extensive and located in numerous places throughout the Debtors' operations. Between the Debtors, there are over 1,300 creditors. Collecting the necessary information to complete the Schedules and Statements will require a significant expenditure of time and effort on the part of the Debtors and their professionals.

9.  In the days leading up to and immediately following the Petition Date, the Debtors' primary focus has been preparing for the commencement of these chapter 11 cases as expeditiously and efficiently as possible, including preparing their business to transition into chapter 11, negotiating with key constituencies for a smooth transition into chapter 11, and commencing a prepetition marketing effort in preparation for these cases. Given the substantial burdens already imposed on the Debtors' management by the commencement of these chapter 11 cases, the competing demands upon the Debtors' employees to collect information (including in connection with the diligence requests to facilitate the Debtors' ongoing sale process), and the significant effort required to complete the Schedules and Statements, good cause exists to extend the current deadline by 24 days, until 38 days after the Petition Date. The requested extension will ensure that the Schedules and Statements are prepared properly and with accuracy, and will help alleviate the potential necessity of substantial subsequent amendments. The Debtors request such an extension

without prejudice to their rights to seek further extensions or waivers from the Court for cause shown.

## Waiver of Memorandum of Law

10. Pursuant to rule 9013-2 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the Debtors state that, in lieu of submitting a memorandum in support of this Motion, they will rely solely upon the grounds and authorities set forth herein.

## Notice

11. Notice of this Motion will be given to the following parties, or, in lieu thereof, to their counsel: (i) the Office of the United States Trustee for the District of Maryland; (ii) the Debtors' 30 largest unsecured creditors on a consolidated basis; (iii) counsel to JPMorgan Chase Bank, N.A.; (iv) the United States Attorney for the District of Maryland; (v) the offices of the attorneys general for the states in which the Debtors operate; (vi) the Internal Revenue Service; and (vii) any party that has requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

[*Remainder of Page Left Intentionally Blank*]

WHEREFORE, the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated: January 14, 2025                     **SAUL EWING LLP**

                        By: */s/ Jordan D. Rosenfeld*
                            Jordan D. Rosenfeld (MD Bar No. 13694)
                            1001 Fleet Street, 9th Floor
                            Baltimore, MD 21202
                            Telephone: (410) 332-8600
                            Email: jordan.rosenfeld@saul.com

                            -and-

                            Jeffrey C. Hampton (*pro hac vice* pending)
                            Adam H. Isenberg (*pro hac vice* pending)
                            Turner N. Falk (*pro hac vice* pending)
                            1500 Market Street, 38th Floor
                            Philadelphia, PA 19102
                            Telephone: (215) 972-7777
                            Email: jeffrey.hampton@saul.com
                                             adam.isenberg@saul.com
                                             turner.falk@saul.com

                            -and-

                            Mark Minuti (*pro hac vice* pending)
                            Paige N. Topper (*pro hac vice* pending)
                            Nicholas Smargiassi (*pro hac vice* pending)
                            1201 N. Market Street, Suite 2300
                            Wilmington, DE 19801
                            Telephone: (302) 421-6800
                            Email: mark.minuti@saul.com
                                             paige.topper@saul.com
                                             nicholas.smargiassi@saul.com

                            *Proposed Counsel for Debtors and Debtors in Possession*