**Exhibit B**

**Deutch Declaration**

53465039.4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

**DECLARATION OF PAUL H. DEUTCH IN SUPPORT OF
THE DEBTORS' APPLICATION TO APPOINT OMNI AGENT SOLUTIONS, INC. AS
CLAIMS AND NOTICING AGENT EFFECTIVE AS OF THE PETITION DATE**

I, Paul H. Deutch, under penalty of perjury, declare as follows:

1. I am the Executive Vice President of Omni Agent Solutions, Inc. ("Omni"), a company specializing in the administration of bankruptcy cases, with offices located in Woodland Hills, California and New York, New York.

2. This declaration (the "Declaration") is made in support of the *Debtors' Application to Appoint Omni Agent Solutions, Inc. as Claims and Noticing Agent Effective as of the Petition Date* (the "Application"), filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

3. Omni is comprised of leading industry professionals with significant experience in the administrative aspects of large, complex chapter 11 cases. Omni's professionals have experience in noticing, claims administration, solicitation, balloting, and facilitating other administrative aspects of chapter 11 cases and experience in matters of this size and complexity.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

53465039.4

Omni has served as debtors' official claims and noticing agent and/or administrative agent in many large bankruptcy cases including: *See, e.g.*, In re True Value Company, L.L.C., No. 24-12337 (KBO) (Bankr. D. Del. Oct. 14, 2024); *In re Accuride Corporation*, No. 24-12289 (JKS) (Bankr. D. Del. Oct. 9, 2024); *In re Jordan Health Products I, Inc.*, No. 24-12271 (TMH) (Bankr. D. Del. Oct. 8, 2024); *In re Edgio, Inc.,* No. 24-11985 (KBO) (Bankr. D. Del. Sept. 9, 2024); *In re Guardian Elder Care at Johnstown, LLC*, No. 24-70299 (JAD) (Bankr. W.D. Pa. July 29, 2024); *In re Vyaire Medical Inc.*, No. 24-11217 (BLS) (Bankr. D. Del. June 11, 2024); *In re Turning Points For Children*, Case No. 24-11479 (AMC) (Bankr. E.D. Pa. May 1, 2024); *In re Never Slip Holdings, Inc.*, No. 24-10663 (LSS) (Bankr. D. Del. Apr. 1, 2024); *In re Hornblower Holdings LLC*, Case No. 24-90061 (MI) (Bankr. S.D. Tex. Feb. 21, 2024); *In re Senior Choice, Inc.*, Case No. 24-70040 (JAD) (Bankr. W.D. Pa. Feb. 16, 2024); *In re PM Management - Killeen I NC LLC*, Case No. 24-30240 (SGCJ) (Bankr. N.D. Tex. Jan. 29, 2024); *In re Impel Pharmaceuticals Inc.*, Case No. 23-80016 (SGJ) (Bankr. N.D. Tex. Dec. 19, 2023); *In re Ebix, Inc.*, Case No. 23-80004 (SWE) (Bankr. N.D. Tex. Dec. 17, 2023); *In re Sunlight Financial Holdings Inc.*, Case No. 23-11794 (MFW) (Bankr. D. Del. Oct. 30, 2023); *In re Shift Technologies, Inc.*, Case No. 23-30687 (HLB) (Bankr. N. D. Cal. Oct. 9, 2023); *In re UpHealth Holdings, Inc.*, Case No. 23-11476 (LSS) (Bankr. D. Del. Sept. 19, 2023); *In re AmeriFirst Financial, Inc.*, Case No. 23-11240 (TMH) (Bankr. D. Del. Aug. 24, 2023); *In re Roman Catholic Archbishop of San Francisco*, Case No. 23-30564 (DM) (Bankr. N.D. Cal. Aug. 21, 2023); *In re AeroFarms, Inc.*, Case No. 23-10737 (MFW) (Bankr. D. Del. June 8, 2023); *In re Bittrex, Inc.*, Case No. 23-10597 (BLS) (Bankr. D. Del. May 8, 2023); *In re Lannett Company, Inc.*, Case No. 23-10559 (JKS) (Bankr. D. Del. May 2, 2023); *In re DeCurtis Holdings LLC*, Case No. 23-10548 (JKS) (Bankr. D. Del. Apr. 30, 2023); *In re Lincoln Power, LLC*, Case No. 23-10382 (LSS) (Bankr. D. Del. Apr. 3, 2023); *In re Independent*

53465039.4

*Pet Partners Holdings, LLC*, Case No. 23-10153 (LSS) (Bankr. D. Del. Feb. 5, 2023); *In re Performance Powersports Group Investor, LLC*, Case No. 23-10047 (LSS) (Bankr. D. Del. Jan. 18, 2023).

4. As agent and custodian of the Court records pursuant to 28 U.S.C. § 156(c), Omni will perform, at the request of the Office of the Clerk of the Bankruptcy Court (the "<u>Clerk's Office</u>"), the noticing and claims related services specified in the Application and the Engagement Agreement. In addition, at the Debtors' request, Omni will perform such other noticing, claims, administrative, technical, and support services specified in the Application and the Engagement Agreement. In performing such services, Omni will charge the Debtors the rates set forth in the Engagement Agreement, which is attached as <u>Exhibit C</u> to the Application.

5. Prior to the Petition Date, the Debtors provided Omni a retainer in the amount of $50,000, which, consistent with the Engagement Agreement, was applied to pre-petition invoices. Pursuant to the Engagement Agreement, Omni will hold the retainer during the chapter 11 cases as security for the payment of fees and expenses incurred under the Engagement Agreement.

6. In connection with its retention as claims and noticing agent, Omni represents, among other things, the following:

  (a) Omni is not a creditor of the Debtors;

  (b) Omni will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as claims and noticing agent in these chapter 11 cases;

  (c) By accepting employment in these chapter 11 cases, Omni waives any rights to receive compensation from the United States government in connection with the Debtors' chapter 11 cases;

  (d) In its capacity as claims and noticing agent in these chapter 11 cases, Omni will not be an agent of the United States and will not act on behalf of the United States;

  (e)  Omni shall not employ any past or present employee of the Debtors in connection with its work as claims and noticing agent in these chapter 11 cases;

  (f)  In its capacity as claims and noticing agent, Omni will not intentionally misrepresent any fact to any person;

  (g)  Omni shall be under the supervision and control of the Clerk's Office with respect to the receipt and recordation of claims and claim transfers;

  (h)  Omni will comply with all requests of the Clerk's office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

  (i)  None of the services provided by Omni as claims and noticing agent in these chapter 11 cases shall be at the expense of the Clerk's Office.

7. In connection with the preparation of this Declaration, I caused to be submitted for review by our conflicts system the names of identified potential parties in interest (the "Potential Parties in Interest") in these chapter 11 cases. The list of potential Parties-in-Interest was provided by the Debtors and is attached hereto as **Schedule 1**. The results of the conflicts check were compiled and reviewed by employees of Omni. At this time, Omni is not aware of any relationship which would present a disqualifying conflict of interest.

8. Omni currently serves, or in the past may have served, in a neutral capacity as claims, noticing, balloting and/or solicitation agent for certain of these parties or related parties. However, given Omni's neutral position as claims and noticing agent or administrative agent in the listed parties' cases, or any other cases, Omni does not view such relationships as real or potential conflicts. Further, to the best of my knowledge any such relationship is completely unrelated to these chapter 11 cases. Accordingly, to the best of my knowledge, Omni and each of its employees are "disinterested persons," as that term is defined in section 101(14) of the Bankruptcy Code, and neither Omni nor any of its employees hold or represent an interest adverse to the Debtors' estates related to any matter for which Omni will be employed.

53465039.4

9. To the best of my knowledge, neither Omni nor any of its personnel have any relationship with the Debtors that would impair Omni's ability to serve as claims and noticing agent. Omni may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which Omni serves or has served in a neutral capacity as claims and noticing agent for another chapter 11 debtor. To the best of my knowledge, such relationships are completely unrelated to these chapter 11 cases.

10. Omni's personnel may have relationships with some of the Debtors' creditors or other parties in interest. To the best of my knowledge, however, such relationships, to the extent they exist, are of a personal financial nature and completely unrelated to these chapter 11 cases. Omni has and will continue to represent clients in matters unrelated to these chapter 11 cases. In addition, Omni has had, and will continue to have, relationships in the ordinary course of its business with certain vendors, professionals, and other parties in interest that may be involved in the Debtors' cases in matters unrelated to these chapter 11 cases.

11. Should Omni discover any new relevant facts or relationships bearing on the matters described herein during the period of its retention, Omni will use reasonable efforts to file promptly a supplemental declaration.

12. Omni will comply with all requests of the Clerk's Office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: January 14, 2025                    */s/ Paul H. Deutch*
                                                        Paul H. Deutch
                                                        Senior Vice President
                                                      Omni Agent Solutions, Inc.

**Schedule 1**

**Potential Parties in Interest**

53465039.4

**Debtors**
Diamond Comic Distributors, Inc.
Diamond Select Toys & Collectibles, LLC
Comic Exporters, Inc.
Comic Holdings, Inc.

**Non-Debtor Affiliates**
Armory Game Distributors, Inc.
Diamond Comic Distributors UK
Diamond International Galleries, Inc.
DST Investments, LLC
E. Gerber Products, LLC
Game Consolidators, LLC
Gemstone Publishing, Inc.
Mamanook I, LLC
Mid-Atlantic Loan Acquisition I, LLC
Renegade Games, LLC
Rosebud Entertainment, LLC
Stephen A. Geppi Irrevocable Trust
Stephen A. Geppi Revocable Trust

**Equity Holders**
Melinda C. Geppi
SG Resource LLC
Stephen A. Geppi

**Officers/Directors**
Bradley E. Scher
Charlie Tyson
Christopher Powell
Chuck Parker
Chuck Terceira
Daniel Hirsh
Katherine Govier
Larry R. Swanson
Robert Gorin
Sean Meadows
Timothy Lenaghan

**Utilities**
Casella Waste Management
City of Glendale
City Of Olive Branch
City of Plattsburgh
City of Visala
Cockey's Enterprises Inc
Columbia Gas of Pennsylvania, Inc.
Comcast
Fireside Gas
Georgia Power
Georgia Waste Systems
Indiana Michigan Power
Metropolitan Edison Company
Northcentral Electric Cooperative, Inc.
Northern Indiana Public Service Company
NYSEG
Red Lion Municipal Authority
Reliant Energy Retail Services, LLC
Republic Services
Southern California Edison Company
Southern California Gas Company
Southland Disposal Company
Pack-It LLC

**Insurers**
Chubb
CNA Financial Corporation
Consolidated Insurance + Risk Management
Crum & Forster Insurance Company
Federal Insurance Company
Great Northern Insurance
Maine Employers' Mutual Insurance Company
QBE Specialty Insurance
Travelers Casualty and Surety Company of America

**Banks / Secured Creditors**
Bank of Montreal
JPMorgan Chase Bank, N.A.

**Debtor Professionals**
Getzler Henrich & Associates LLC
Raymond James Financial, Inc.
Saul Ewing LLP
Stephenson Harwood LLP

**Other Professionals**
Troutman Pepper Locke LLP

**Diamond Comic Distributors, Inc. – Parties-in-Interest**

**Shippers and Warehousemen**
AAA Cooper Transportation
AGO Transportation Inc.
ArcBest
Argus Transport USA, LLC
Averitt Express Inc.
BLM Freight
BR Transport LLC
Caneda Transport Ltd.
Canpar Transport Ltd.
Chase Courier Company
C.H. Robinson Worldwide Inc.
CRST Logistics Inc.
Dallas Transfer & Terminal WHS
Dayton Freight Lines, Inc.
ePost Global LLC
Estes Express Lines
Expeditors Int'l
FedEx Freight
FedEx Logistics Inc.
FedEx Trade Network
Forbes-Hewlett Transportation Inc.
Fraser Direct
Geodis USA, Inc
Hassett Express, LLC
Integrated Connection LLC
Imagine Fulfillment Services, LLC
Maersk E-Commerce Logistics
Old Dominion Freight Line, Inc.
Online Freight Services Inc.
Pitt Ohio Ltl.
RCL Agencies Inc.
Roadrunner Transportation Systems Inc.
Roy Miller Freight Lines LLC
R&L Carriers, Inc.
Scan Global Logistics
Saia Motor Freight Line LLC
Southeastern Freight Lines, Inc.
TeeTurtle
TFI Transport 11 Inc.
TForce Freight, Inc.
Transglobal Distribution
T &T Cargo Services
Venture Manufacturing Ltd.
UPS
UPS Canada

UPS Supply Chain Solutions Inc.
Worldwide Express, LLC
XPO Logistics Freight Inc.
YRC Inc. D/B/A YRC Freight

**Suppliers/Vendors**
3D Systems Corporation
Aftershock Comics, LLC
Ara, Inc.
Arcane Tinmen ApS
Bandai Co., Ltd.
Blueyonder, Inc.
Boom Entertainment, Inc.
Deferred Trx
Dstlry Media, Inc.
Dynamic Forces, Inc.
Funko LLC
Good Smile Company, Inc.
Hachette Book Group USA, Inc.
Hasbro Toy Group, Inc.
Image Comics, Inc.
Integrated Connection LLC
National Entertainment Collectibles
Association, Inc. (NECA)
Oni-Lion Forge Publishing Group, LLC
Paizo Inc.
Penguin Random House LLC
The Pokémon Company International, Inc.
Ravensburger North America, Inc.
Reynolds Advanced Materials US, Inc.
Square Enix, Inc.
Titan Publishing Group Ltd.
TMP International, Inc.
Udon Entertainment Inc.
Ultra Pro International, LLC
United Parcel Service, Inc. (UPS)
Viz Media, LLC
Wizards of the Coast, LLC

**Other**
Automatic Data Processing, Inc.
Aetna Inc.
American Express Company
ARA, Inc.
Authorize.Net LLC

2

**Diamond Comic Distributors, Inc. – Parties-in-Interest**

Paymentech, LLC
Cigna Corporation
Davis Vision, Inc.
Elective Staffing Midsouth LLC
ETS, Inc
Express Services, Inc.
Joshua M. Geppi
Kevin Kobbe
Luminaire Health Benefits, Inc.
PayPal Holdings, Inc.
PaySimple, Inc.
Randstad North America, Inc.
The Hartford Financial Services Group, Inc.
The Tailored Staff, LLC
United States Customs & Border Protection
Xceeding Partnership Solutions LLC

**Landlords**
BCI IV Memphis Dc LLC
Big Box Property Owner E, LLC
BNC Strategic Capital Ventures, LLC
MDH F2 Bal Beltway North, LLC
Realbat Inc.
Rock Lease Administration
Phoenix Fort Wayne, LLC
PW Fund B LP
SFV York Road, LLC
Rubin & Frieda Fenster Family Limited Partnership

**Litigation Counterparties**
First Factory, Inc.
Twomey, Latham, Shea, Kelley, Dubin & Quartararo, LLP

**Taxing Agencies**
Adams County, Indiana
Baltimore County, Maryland
California Department of Tax and Fee Administration
California Franchise Tax Board
Canadian Revenue Agency
Colorado Department of Revenue
Comptroller of Maryland
Desoto County Tax Collector
Florida Department of Revenue

Georgia Department of Revenue
Gwinnett County, Georgia
Illinois Department of Revenue
Indiana Department of Revenue
Internal Revenue Service
Michigan Department of Treasury
Minnesota Department of Revenue
Mississippi Department of Revenue
New Jersey Division of Taxation
New York State Department of Taxation and Finance
Oregon Department of Revenue
Pennsylvania Department of Revenue
Texas Comptroller of Public Accounts
Travis County, Texas
Tulare County, California
Virginia Department of Taxation
Washington State Department of Revenue
Wayne Township, Indiana
Wisconsin Department of Revenue

**Consignment Parties**
12 Gauge Comics LLC
801 Media Inc
A Wave Blue World, Inc.
Ablaze Publishing
Abstract Studios, Inc.
Action Lab Entertainment, Inc.
Aftershock Comics, LLC
Ahoy Comics, LLC
Ait/Planetlar Publishing, LLC
Albatross Funnybooks
Alien Books, LLC
Alley Cat Games, LLC
American Mythology Productions, LLC
Antarctic Press
Ape Entertainment, LLC
Apex Publishing, LLC
Arcane Wonders, LLC
Archaia Studios Press, LLC
Archie Comic Publications, Inc.
Ares Games Srl
Artists Writers & Artisans, Inc.
Aspen MLT, Inc.
Avatar Press, Inc.
Bad Egg, LLC

**Diamond Comic Distributors, Inc. – Parties-in-Interest**

Bandai Entertainment Inc.
Battle Quest Comics, LLC
Bedside Press
Behemoth Entertainment, LLC
Benitez Productions
Black Mask Comics
Black Panel Press, Inc.
Blind Ferret Entertainment, Inc.
Boom Entertainment, Inc.
Bundoran Press Publishing House
Burning Wheel, Inc.
Capstone Games, LLC
Catalyst Game Labs, LLC
Chaosium, Inc.
Chizine Publications
Clover Press, LLC
Compass Games, LLC
Cryptozoic Entertainment, LLC
Dan Verssen Games
Dark Horse Comics, LLC
Dave Taylor Miniatures
Davinci Editrice Srl
DC Comics
Desperado Publishing
Dex Protection, LLC
Dietz Foundation
Difference Engine Pte Ltd
Digital Manga Distribution, Inc.
Dire Wolf Digital, LLC
Draco Studios
Drawn & Quarterly
Drinking Quest/Jason Wiseman
Dstlry Media, Inc.
Dynamic Forces, Inc.
Elf Greek Games
Eros Comix
Eureka Productions
Fairsquare Graphics, LLC
Fanroll, LLC
Fantagraphics Books, Inc.
Fiery Studios, Inc.
Folded Space Eood
Frank Miller Presents, LLC
G.T. Labs
Gamelyn Games, LLC
Gen Manga Entertainment, Inc.

Genius Games, LLC
Gold Key Entertainment
Good Games Publisher, LLC
Good Trouble Productions, LLC
Goodman Games, LLC
Pennsylvania State University Press (Graphic Mundi)
Graphitti Designs
Green Ronin Publishing
Gungnir Entertainment, Inc.
Gut Bustin Games, LLC
Hammerdog Games, LLC
Happy Camper, LLC
Heavy Metal Magazine
Hermes Press
Hit Point Press, LLC
Humanoids, Inc.
Hush Hush Projects/Dara Studios
IDW Publishing
Top Shelf Productions (IDW Publishing)
Image Comics, Inc.
Incredible Dream Studios, Inc.
Indie Boards & Cards, LLC
Stronghold Games, LLC
Joe Books Ltd
Jordan Games
Left Justified LLC
Les Editions Pix'N Love
Lev Gleason Publications
Lion Forge, LLC
Lionwing Publishing Ltd
Living The Line
Locust Moon Press
Loren Coleman
Lucky Duck Games
Lulu Is A Rhinoceros, LLC
Luminary Games
Mad Cave Studios
Magma Comix
Magnetic Press Inc.
Manga Classics, Inc.
Mantic Entertainment Ltd
Marvel Entertainment, LLC
Massive Publishing
Mayday Games
Monte Cook Games

4

**Diamond Comic Distributors, Inc. – Parties-in-Interest**

Moonstone Publishing
Mr. B Games
NBM Publishing
Netcomics
Night Shade Books
Norma Editorial S.A.
North Star Games, LLC
Nauvoo Games
Oni Press, Inc.
Opus Comics Ltd
Paizo Inc.
Panini UK Ltd
Papercutz Inc.
Pegamoose Press
Penguin Random House LLC
Primal Horizon
Prime Books LLC
Quest Kids LLC (DBA Treasure Falls Games)
Rabbit Publishers
Radical Publishing
Reaper Miniatures
Red Giant Entertainment Inc.
Renaissance Press
Renegade Game Studios, LLC
Resonym, LLC
Roll For Combat, LLC
S7 Games
Scout Comics
Sea Lion Books
Seven Seas Ghost Ship
Skyscraper Studios Inc. (DBA Roll For Combat)
Slave Labor Graphics
Smirk & Dagger Games
Soaring Penguin Press
Source Point Games
Source Point Press
Starburns Industries Press
Storm King Productions, Inc.
Sumerian Comics
Twisted Comics (Formerly TPub)
Tasty Minstrel Games
Teeturtle, LLC
Th3rd World Studios
The Army Painter

The Little Plastic Train Company
Thorny Games
Titan Comics
Tokyopop Inc.
Toonhound Studios LLC
Twomorrows Publishing
Ubiworkshop
Udon Entertainment Inc.
University Games Corporation
Valiant Entertainment, LLC
Van Ryder Games
Vault Comics
Wargames Atlantic
Warlord Games Ltd
Wicked Cow Studios LLC
Wildside Press LLC
William M Gaines, Inc. (Via Gems)
William M. Gaines, Agent, Inc.
Worldsforge Private Ltd
Wyrm Publishing
Yaoi Press LLC
Z2 Comics
Zenescope Entertainment Inc.
Zombie Love Studios

**License Agreement Parties**
All Elite Wrestling LLC
Bruce Lee LLC
Dammage 7, Inc.
Disney Consumer Products, Inc.
Dork Storm Press LLC
Evolution USA LLC
Fox Entertainment Group LLC
Hasbro, Inc.
International Merchandising Corporation
IMG Worldwide Holdings, LLC
Legendary Licensing LLC
Lions Gate Entertainment Corporation
Marvel Brands LLC
Netflix CPX LLC
Paramount Global
SEGA of America, Inc.
Skybound LLC
Sony Pictures Consumer Products Inc.
Synthesis Entertainment Inc.
The Green Hornet, Inc.

**Diamond Comic Distributors, Inc. – Parties-in-Interest**

Toho Co., Ltd.
Warner Bros. Consumer Products Inc.

**Key Customers**
2428392, Inc. dba FYE
Amazon.com, Inc.
Animextreme Inc.
Baker & Taylor Books, Inc.
Barnes & Noble, Inc.
Booktopia Direct Pty Ltd (Air)
Booktopia Pty Ltd
Boom Entertainment, Inc.
BZVirtual LLC
Chaos Pop Pty Ltd
Comics-N-Stuff
Cosmic Comics, Inc.
DCBS, Inc.
Diamond Select Toys & Collectibles, LLC
Distribution Universe, Inc.
Dorksidetoys, Inc.
Dynamic Entertainment, LLC
Electronics Boutique Canada, Inc.
Entertainment Earth, Inc.
Harrison's Comics & Collectibles, Inc.
Heathside Trading Ltd
HEO GmbH
Idea and Design Works, LLC
Image Comics, Inc.
Indigo Books and Music, Inc.
Indy Comics LLC
Ingram Book Group LLC
Kadokawa World Entertainment, Inc.
Kaiba Corporation
Kieren Consulting, LLC
Lone Star Comics, Inc.
Malta Comics & Collectibles, Inc.
Marvel Entertainment, LLC
Replay Toys LLC
Rosebud Entertainment LLC
Source Point Press, LLC
Sure Thing Sales LLC
Terminal Distribuzione S.R.L.
The Marmaxx Group, Inc.
The Westfield Company, Inc.
THG OnDemand Limited
Things From Another World, Inc.

Torpedo Comics Vintage & Trade, Inc.
Valiant Entertainment, LLC
Walgreen Co.

**Office of the United States Trustee – Region 4 District of Maryland (Baltimore Division)**
Amy C. Busch
Christina Schruefer
Danielle Brown
Denise Bachman
Gerard R. Vetter
Hugh M. Bernstein
Jeffrey Heck
Katherine A. Levin
Omnia A. Shedid
Tony Pika

**Judges in the U.S. Bankruptcy Court for the District of Maryland**
Chief Judge David E. Rice
Judge Lori S. Simpson
Judge Maria Ellena Chavez-Ruark
Judge Michelle M. Harner
Judge Nancy V. Alquist
Judge Thomas J. Catliota