## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (___)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

**ORDER AUTHORIZING THE DEBTORS TO (I) FILE (A) A CONSOLIDATED
CREDITOR MATRIX AND (B) A CONSOLIDATED LIST OF THE DEBTORS' TOP
THIRTY CREDITORS; (II) REDACT INDIVIDUAL CUSTOMER INFORMATION;
AND (III) PROVIDE NOTICES**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and upon consideration of the First Day Declaration in support thereof; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding in this District is proper

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not defined herein are defined in the Motion.

pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion as set forth therein is sufficient under the circumstances; and the Court having reviewed the Motion and having considered statements by counsel and evidence adduced in support of the Motion at the hearing held before this Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to file a Consolidated Creditor Matrix for all of these chapter 11 cases.

3. The Debtors are authorized to file a Consolidated Top 30 List.

4. The Debtors are authorized to file one declaration or verification under Bankruptcy Rule 1008 and Local Bankruptcy Rule 1007-1(d) with the Consolidated Creditor Matrix and Consolidated Top 30 List.

5. The Debtors or their noticing and claims agent, Omni Agent Solutions, Inc., are authorized to redact the Individual Customer Information from all the Debtors' public filings, including, but not limited to, the creditor matrix. The Debtors shall provide an unredacted version of any filing containing redacted Individual Customer Information to: (a) the Office of the United States Trustee for the District of Maryland; (b) counsel to any official committee appointed in this case; (c) the Court; and (d) any other party that the Court may direct.

6. The Debtors or their noticing and claims agent, Omni Agent Solutions, Inc. are hereby authorized to complete all mailings in these chapter 11 cases which are required under the Bankruptcy Code, the Bankruptcy Rules, or the Local Bankruptcy Rules of this Court.

7. Notwithstanding any Bankruptcy Rule or Local Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**END OF ORDER**