## Exhibit C

**Schedule of Insurance Policies**

**Schedule of Insurance Policies**

| Insurance Company | Type of Coverage | Term | Policy Number | Total Approximate Annual Premium |
|---|---|---|---|---|
| CNA | Ocean Cargo | 4/1/2024–4/1/2025 | 247391 | $16,750.00 |
| Crum & Foster | Cyber Security | 4/1/2024–4/1/2025 | CYB-107168 | $166,911.78 |
| Federal Insurance Company (Chubb) | Directors & Officers | 4/1/2024–4/1/2025 | J06607044 | $6,838.00 |
| Federal Insurance Company (Chubb) | Umbrella | 4/1/2024–4/1/2025 | 78-19-07-95 | $88,451.00 |
| Great Northern Insurance Company (Chubb) | General Liability, Property, International and International Workers' Compensation | 4/1/2024–4/1/2025 | 3605-33-93 | $520,559.80 |
| Great Northern Insurance Company | Automobile | 4/1/2024–4/1/2025 | (24) 7361-42-35 | $32,470.00 |
| Maine Employers' Mutual Insurance Company (MEMIC) | Workers' Compensation | 4/1/2024–4/1/2025 | 3102804087 | $219,766.00 |
| QBE Specialty Insurance | Media | 4/1/2024–4/1/2025 | 130006886 | $50,237.50 |
| Travelers Casualty and Surety Company of America | Crime & Fiduciary Liability | 4/1/2024–4/1/2025 | 107242774 | $8,166.00 |
| Travelers Casualty and Surety Company of America | Fine Arts and Domestic Transportation | 4/1/2024–4/1/2025 | QT-660-6P496163-TIL-24 | $51,967.00 |