**Exhibit C**

**Utility Companies List**

## Utility Companies List

| Utility Company | Type of Service | Address | Account Number(s) | Proposed Adequate Assurance Deposit Amount |
|---|---|---|---|---|
| City of Glendale | Electric | 141 N Glendale Ave, Glendale, CA 91206 | 5009312-05 | $1000 |
| City of Olive Branch | Water | 9200 Pigeon Roost Olive Branch, MS 38654 | 10008159-18994 | $290 |
| City of Visala | Waste Pickup | 707 W Acequia Ave Visalia, CA 93291 | 772676 | $1,160 |
| Columbia Gas | Gas | Columbia Gas of Pennsylvania Revenue Recovery P.O. Box 117 Columbus, OH 43216 | 204704100040007 | $485 |
| Fireside Gas | Gas | 2655 Dallas Hwy. Ste 210 Marietta, GA 30064 | 112300019 | $195 |
| Georgia Power | Electricity | 241 Ralph McGill Blvd. Atlanta, GA 30308-3374 | 07336-08074 | $1,410 |
| Georgia Waste Systems | Waste Pickup | P.O. Box 3020 Monroe, WI 53566-8320 | 29-65307-43004 | $295 |
| Indiana Michigan Power | Electricity | 110 E Wayne St, Fort Wayne, IN 46802 | 044-866-796-9-1 045-702-015-6-8 048-947-557-3-7 | $3,255 |
| Metropolitan Edison Company | Electricity | 2800 Pottsville Pike, Reading, PA 19605 | 100130632878 | $1,310 |
| Northern Indiana Public Service Company (NIPSCO) | Gas | 801 E 86th Ave, Merrillville, IN 46410 | 519-188-009-8 | $170 |
| NorthCentral Electric Coop | Gas/Electricity | 4600 Northcentral Way Olive | 32342001 | $10,115 |

53127228.12

| Utility Company | Type of Service | Address | Account Number(s) | Proposed Adequate Assurance Deposit Amount |
|---|---|---|---|---|
| | | Branch, MS 38654 | | |
| Penn Waste Inc. | Waste Pickup | 85 Brick Yard Rd, Manchester, PA 17345 | PC180154 | $439 |
| Red Lion Municipal Authority | Water | 11 East Broadway, Red Lion, Pennsylvania 17356 | 111910-95029 | $75 |
| Reliant Energy Retail Services, LLC | Electric | P.O. Box 1532 Houston, TX 77251 | 19 385 692-9 | $495 |
| Republic Services | Waste Pickup | 6231 Macbeth Rd, Fort Wayne, IN 46809 | 3-0091-0590056 3-0650-6201035 | $1,515 |
| Southern California Edison Company | Electric | 2244 Walnut Grove Ave, Rosemead, CA 91770 | 700464765844 | $1,220 |
| Southern California Gas Company | Gas | 1801 S. Atlantic Blvd., Monterey Park, CA 91754 | 011 216 4984 0 | $80 |
| Southland Disposal Co. | Waste Pickup | 1525 Fishburn Ave, Los Angeles, CA 90063 | 146594 | $150 |
| Waste Connections of TN Inc. | Waste Pickup | 3340 Players Club Pkwy Ste 110, Memphis, TN 38125 | 6010-1131524-001 6010-1131524-003 6010-1031370-005 6010-1131524-001 | $3,790 |

53127228.12