**Exhibit C**

**Bank Accounts**

|  | DEBTOR | BANK | ACCOUNT TYPE | ACCOUNT NUMBER (LAST 4) |
|---|---|---|---|---|
| 1. | Diamond Comic Distributors, Inc. | BMO | Canadian Operating Account | 5025 |
| 2. | Diamond Comic Distributors, Inc. | BMO | Canadian Operating Account | 0859 |
| 3. | Diamond Comic Distributors, Inc. | JPM | Canadian Operating Account | 9564 |
| 4. | Diamond Comic Distributors, Inc. | JPM | Canadian Operating Account | 9566 |
| 5. | Diamond Comic Distributors, Inc. | JPM | Collections Account | 0555 |
| 6. | Diamond Comic Distributors, Inc. | JPM | Collections Account | 0569 |
| 7. | Diamond Comic Distributors, Inc. | JPM | U.S. Operating Account | 5979 |
| 8. | Diamond Comic Distributors, Inc. | JPM | U.S. Operating Account | 3396 |
| 9. | Diamond Comic Distributors, Inc. | JPM | CGA Operating Account | 0020 |
| 10. | Diamond Comic Distributors, Inc. | JPM | Controlled Distribution Account | 6266 |
| 11. | Diamond Comic Distributors, Inc. | JPM | Controlled Distribution Account | 3719 |

| 12. | Diamond Comic Distributors, Inc. | JPM | Controlled Distribution Account | 0871 |
|---|---|---|---|---|
| 13. | Diamond Comic Distributors, Inc. | JPM | Inactive Account | 8118 |
| 14. | Diamond Select Toys & Collectibles, LLC | JPM | DST Operating Account | 8307 |