# Exhibit D

## Funds Flow Diagram



# Diamond Comic Distrubtors

Funds Flow Diagram

*(1) Includes various third-party fees, such as certain merchant fees, customs duties, taxes, payroll and benefit expenses.*
*(2) Checks mailed to the office address instead of the lockbox and then scanned at the office (remotely) for processing.*
*(3) The Diamond Operating Account ending in 5979 will fund 401k deferrals and group health plan costs for affiliates and sister entities. Diamond Comic Distributors will invoice these affiliates, and the resulting payments, made via check, will be scanned at the office (remotely) deposited into the Operating Account ending in 5979.*

**Diamond Select Toys**



*(1) Checks mailed to the office address instead of the lockbox and then scanned at the office (remotely) for processing.*