# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **25–10308 – DER**    Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# NOTICE

In person hearing – Courtroom 9–D – Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 1/15/25 at 01:30 PM to consider and act upon the following:

2 – Motion for Joint Administration Filed by Diamond Comic Distributors, Inc.. (Rosenfeld, Jordan)

5 – Debtors Motion for Entry of an Order Authorizing the Debtors to (I) File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors Top Thirty Creditors; (II) Redact Individual Customer Information; and (III) Provide Notices Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Order) (Rosenfeld, Jordan) Modified on 1/14/2025 to fix description of Exhibit A. (McKenna, Shannon).

7 – Motion to Extend Time Within Which Debtors Must File Their Schedules of Assets and Liabilities and Statements of Financial Affairs Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Order) (Rosenfeld, Jordan)

8 – Debtors Application to Appoint Omni Agent Solutions, Inc., as Claims and Noticing Agent Effective as of The Petition Date Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Order # 2 Exhibit B – Deutch Declaration # 3 Exhibit C – Engagement Agreement) (Rosenfeld, Jordan)

10 – Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter Into New Insurance Coverage, and (II) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Interim Order # 2 Exhibit B – Proposed Final Order # 3 Exhibit C – Schedule of Insurance Policies) (Rosenfeld, Jordan)

11 – Debtors Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Interim Order # 2 Exhibit B – Proposed Final Order # 3 Exhibit C – Utility Companies List) (Rosenfeld, Jordan)

12 – Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Interim Order # 2 Exhibit B – Proposed Final Order) (Rosenfeld, Jordan)

14 – Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply With the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Interim Order # 2 Exhibit B – Proposed Final Order # 3 Exhibit C – Bank Accounts # 4 Exhibit D – Funds Flow Diagram) (Rosenfeld, Jordan)

15 – Debtors Motion for Entry of an Order (I) Authorizing he Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain Their Compensation and Benefits Programs, and (II) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Order) (Rosenfeld, Jordan) Modified on 1/14/2025 to enhance text. (McKenna, Shannon).

16 – Debtors Motion for Entry of Interim and Final Orders Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Interim Order # 2 Exhibit B – Proposed Final Order) (Rosenfeld, Jordan)

17 – Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Interim Order # 2 Exhibit B – Proposed Final Order) (Rosenfeld, Jordan)

18 – Debtors Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Interim Order # 2 Exhibit B – Proposed Final Order # 3 Exhibit C – Proposed Letter) (Rosenfeld, Jordan)

19 – Debtors Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying The Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A – Proposed Interim Order) (Rosenfeld, Jordan) Modified on 1/14/2025 to enhance text.(McKenna, Shannon).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/14/25

                                        Mark A. Neal, Clerk of Court
                                        by Deputy Clerk, Cherita Scott
                                        410–962–7769

Form ntchrgmdb (rev. 08/13/2024)