IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 15, 2025, AT 1:30 PM (ET)**

**DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS**

1. Declaration of Robert Gorin in Support of First Day Relief [D.I. 20, Filed 1/14/25]

**MATTERS GOING FORWARD**

2. Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. 2, Filed 1/14/25].

    **Status:** This matter is going forward.

3. Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) File (A) A Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors' Top Thirty Creditors; (II) Redact Individual Customer Information; and (III) Provide Notices [D.I. 5, Filed 1/14/25]

    **Status:** This matter is going forward.

4. Debtors' Motion for Entry of an Order Extending the Time Within Which Debtors Must File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 7, Filed 1/14/25].

    **Status:** This matter is going forward.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

5. Debtors' Application to Appoint Omni Agent Solutions, Inc., as Claims and Noticing Agent Effective as of the Petition Date. [D.I. 8, Filed 1/14/25].

    **Status:** This matter is going forward.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief [D.I. 10, Filed 1/14/25]

    **Status:** This matter is going forward.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [D.I. 11, Filed 1/14/25]

    **Status:** This matter is going forward.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [D.I. 12, Filed 1/14/25].

    **Status:** This matter is going forward.

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [D.I. 14, Filed 1/14/25].

    **Status:** This matter is going forward.

10. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain their Compensation and Benefits Programs, and (II) Granting Related Relief [D.I. 15, Filed 1/14/25].

    **Status:** This matter is going forward.

11. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business [D.I. 16, Filed 1/14/25].

    **Status:** This matter is going forward.

12.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief [D.I. 17, Filed 1/14/25]

        **Status:** This matter is going forward.

13.     Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief [D.I. 18, Filed 1/14/25].

        **Status:** This matter is going forward.

14.     Debtors' Motion for Interim and Final Orders (I) Authorizing Senior Secured, Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 19, Filed 1/14/25].

        **Related Pleading:**

        a.     Declaration of Alec Haesler in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing Senior Secured, Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 21, Filed 1/14/25].

        **Status:** This matter is going forward.

Dated: January 14, 2025          **SAUL EWING LLP**

         By: */s/ Jordan D. Rosenfeld*
             Jordan D. Rosenfeld (MD Bar No. 13964)
             1001 Fleet Street, 9th Floor
             Baltimore, MD 21202
             Telephone: (410) 332-8600
             Email: jordan.rosenfeld@saul.com

             -and-

             Jeffrey C. Hampton (*pro hac vice* pending)
             Adam H. Isenberg (*pro hac vice* pending)
             Turner N. Falk (*pro hac vice* pending)
             1500 Market Street, 38th Floor
             Philadelphia, PA 19102
             Telephone: (215) 972-7777
             Email: jeffrey.hampton@saul.com
                   adam.isenberg@saul.com
                   turner.falk@saul.com

             -and-

             Mark Minuti (*pro hac vice* pending)
             Paige N. Topper (*pro hac vice* pending)
             Nicholas Smargiassi (*pro hac vice* pending)
             1201 N. Market Street, Suite 2300
             Wilmington, DE 19801
             Telephone: (302) 421-6800
             Email: mark.minuti@saul.com
                   paige.topper@saul.com
                   nicholas.smargiassi@saul.com

             *Proposed Counsel for Debtors and Debtors in Possession*