IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308-DER |
| Diamond Comic Distributors, Inc., *et al.* | Chapter 11 |
| Debtors.[1] | (Joint Administration Requested) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), Troutman Pepper Locke LLP hereby enters its appearance as counsel for JPMorgan Chase Bank, N.A ("***JPMorgan***"), in its capacities as prepetition and postpetition lender, in the above-captioned chapter 11 bankruptcy cases (the "***Chapter 11 Cases***") and requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all pleadings, motions, notices and other papers filed or served in the Chapter 11 Cases be served at the addresses, facsimile numbers, or electronic mail addresses set forth below:

| | |
|---|---|
| **TROUTMAN PEPPER LOCKE LLP** | **TROUTMAN PEPPER LOCKE LLP** |
| Toyja E. Kelley | David L. Ruediger |
| Indira K. Sharma | Katherine E. Culbertson |
| Jonathan W. Young | 111 Huntington Avenue |
| 701 8th St., N.W., Suite 500 | Boston, MA 02199 |
| Washington, D.C. 20001 | Tel: (617) 239-0100 |
| Tel: (202) 220-6900 | Email:  David.Ruediger@troutman.com |
| Email:  Toyja.Kelley@troutman.com |             Katherine.Culbertson@troutman.com |
|             Indira.Sharma@troutman.com | |
|             Jonathan.Young@troutman.com | |

---

[1] The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Diamond Comic Distributors, Inc. (3450); Comic Exporters, Inc (7457); Comic Holdings, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders, notices, applications, motions, petitions, pleadings, complaints, demands, disclosure statements, plans of reorganization, or requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, electronic filing, facsimile, or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither the filing of this *Notice of Appearance and Request for Service of Notices and Papers* (this "**Notice**") nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive JPMorgan's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which JPMorgan is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 14, 2025

    Respectfully submitted,

    /s/ Indira K. Sharma
Toyja E. Kelley (Bar No. 26949)
Indira K. Sharma (Bar No. 28269)
Jonathan W. Young (*pro hac vice* pending)
Troutman Pepper Locke LLP
701 8th Street, N.W., Suite 500
Washington, D.C. 20001
Toyja.Kelley@troutman.com
Indira.Sharma@troutman.com
Jonathan.Young@troutman.com

**CERTIFICATE OF SERVICE**

I, Indira K Sharma, hereby certify that, on the 14th day of January 2025, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be filed and served via CM/ECF on all parties who have registered for electronic service in these cases.

                                           */s/ Indira K. Sharma*
                                           Indira K. Sharma (Bar No. 28269)