**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **Diamond Comic Distributors, Inc.,** | * | Case No: 25-10308 |
| | * | Chapter 11 |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

Please take notice that Whiteford, Taylor & Preston L.L.P. ("WT&P") hereby appears in this matter on behalf of Universal Distribution LLC ("Universal") and requests, in accord with the notice requirements of 11 U.S.C. §§102(1) and 342, and Fed. R. Bankr. P. 2002, 3017, 3020, 4001, and 9007, that the undersigned be placed on any mailing matrix or service list that may be used for any purpose in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following address:

> Brent C. Strickland, Esq.
> WHITEFORD, TAYLOR & PRESTON L.L.P.
> 8830 Stanford Boulevard, Suite 400
> Columbia, MD 21045
>
> Phone: (410) 347-9402
> Email: bstrickland@whitefordlaw.com
> *Counsel for Universal Distribution LLC*

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, fax, email, electronic service or otherwise which affect or seek to affect in any way any rights or interests of creditors and parties-in-interest.

This notice and demand is a "special appearance" and is not a consent to or waiver of Universal's:

1. right under 28 U.S.C. § 157(c) to have final orders in proceedings reviewed <u>de novo</u> by a United States District Judge;

2. right to challenge the jurisdiction of the United States Bankruptcy Court, including, without limitation, its jurisdiction to adjudicate proceedings, whether by jury trial or otherwise, and notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

3. right to a jury trial in any proceeding, whether available under state or federal law, notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

4. right to have the reference withdrawn under 28 U.S.C. § 157(b)(2); and

5. all other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which Universal is entitled to by law, equity, or agreement.

All those rights are expressly reserved without exception and without the purpose of confessing or conceding jurisdiction by Universal by this filing or by any other participation in the case by Universal. Unless otherwise expressly authorized, the filing of this pleading does not authorize counsel to accept service of process on behalf of Universal.

Dated: January 14, 2025

Respectfully submitted,

/s/ *Brent C. Strickland*
Brent C. Strickland, Esq.
WHITEFORD, TAYLOR & PRESTON L.L.P.
8830 Stanford Boulevard, Suite 400
Columbia, MD 21045
Phone: (410) 347-9402
Email: bstrickland@whitefordlaw.com
*Counsel for Universal Distribution LLC*

**CERTIFICATE OF SERVICE**

I, Brent C. Strickland, Esquire, do hereby certify that on the 14th day of January, 2025, I caused a copy of the foregoing **Notice of Appearance and Request for Notices** to be served upon the parties using the Court's CM/ECF System which reflects that an electronic notification of filing was served on all registered users of the CM/ECF System that have requested such notification in this proceeding.

/s/ *Brent C. Strickland*
Brent C. Strickland, Esq.