# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308-DER |
| Diamond Comic Distributors, Inc., *et al.* | Chapter 11 |
| Debtors.[1] | (Joint Administration Requested) |

## MOTION FOR ADMISSION PRO HAC VICE OF
## <u>KATHERINE E. CULBERTSON</u>

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Indira K. Sharma, Esquire, a member in good standing of the bar of this Court, moves the admission of Katherine E. Culbertson, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for JPMorgan Chase Bank, N.A., in its capacities as prepetition and postpetition lender.

In support therefore, movant Indira K. Sharma, Esquire and the proposed admittee Katherine E. Culbertson certify as follows:

1. Katherine E. Culbertson is not a member of the bar of Maryland.

2. Katherine E. Culbertson does not maintain a law office in Maryland.

3. Katherine E. Culbertson is a member in good standing of the bar of the following state or United States courts:

| **State Court and Date of Admission** | **U.S. Court and Date of Admission** |
|---|---|
| Illinois State Bar (2023-01-22) | U.S. District Court for the Northern District of Illinois (2023-09-13) |
| Washington State Bar (2021-12-28) | U.S. Bankruptcy Court for the Northern District of Illinois (2023-10-20) |

---

[1] The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Diamond Comic Distributors, Inc. (3450), Comic Exporters, Inc (7457), Comic Holdings, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030

4. During the twelve (12) months immediately preceding the filing of this motion, the Katherine E. Culbertson has not been admitted *pro hac vice* in the Court. Katherine E. Culbertson is not currently admitted in more than two (2) active unrelated cases.

5. Katherine E. Culbertson has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. Katherine E. Culbertson is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that he shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the Toyja E. Kelley, Esquire (Bar No. 26949) and Indira K. Sharma, Esquire (Bar No. 28269) of Troutman Pepper Locke LLP, both of whom have been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Indira K. Sharma, Esquire has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF.

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

Dated: January 14, 2025

                        Respectfully submitted,

| | |
|---|---|
| */s/ Indira K. Sharma* | */s/ Katherine E. Culbertson (by Movant w/permission)* |
| Indira K. Sharma, Esq. (Bar No. 28269) | Katherine E. Culbertson |
| Troutman Pepper Locke LLP | Troutman Pepper Locke LLP |
| 701 8th Street, N.W., Suite 500 | 111 South Wacker Drive, Suite 4100 |
| Washington, D.C. 20001 | Chicago, IL 60606 |
| (202) 220-6920 | (312) 443-0256 |
| Indira.Sharma@troutman.com | Katherine.Culbertson@troutman.com |
| | |
| *Movant* | *Proposed Admittee* |

**CERTIFICATE OF SERVICE**

I, Indira K. Sharma, hereby certify that, on the 14th day of January 2025, I caused a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice of Katherine E. Culbertson* to be filed and served via CM/ECF on all parties who have registered for electronic service in these cases.

*/s/ Indira K. Sharma*
Indira K. Sharma (Bar No. 28269)