# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308-DER |
| Diamond Comic Distributors, Inc., *et al.* | Chapter 11 |
| Debtors.[1] | (Joint Administration Requested) |

## MOTION FOR ADMISSION PRO HAC VICE OF <u>JONATHAN W. YOUNG</u>

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Indira K. Sharma, Esquire, a member in good standing of the bar of this Court, moves the admission of Jonathan W. Young, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy cases as attorney for JPMorgan Chase Bank, N.A., in its capacities as prepetition and postpetition lender.

In support therefore, movant Indira K. Sharma, Esquire and the proposed admittee Jonathan W. Young certify as follows:

1. Jonathan W. Young is not a member of the bar of Maryland.

2. Jonathan W. Young does not maintain a law office in Maryland.

3. Jonathan W. Young is a member in good standing of the bar of the following state or United States courts:

| **State Court and Date of Admission** | **U.S. Court and Date of Admission** |
|---|---|
| Illinois State Bar - 11/08/1990 | U.S. Supreme Court - 04/2008 |
| Massachusetts State Bar - 05/02/2016 | U.S. Court of Appeals for the First Circuit - 02/05/2015 |
| District of Columbia Bar - 03/26/2024 | U.S. Court of Appeals for the Second Circuit<br>Originally admitted - 04/19/2007<br>Admission renewed - 11/9/2015 |

---

[1] The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Diamond Comic Distributors, Inc. (3450); Comic Exporters, Inc (7457); Comic Holdings, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| | |
|---|---|
| Supreme Court of Illinois - 11/08/1990 | U.S. Court of Appeals for the Third Circuit - 05/25/2001 |
| Supreme Judicial Court of Massachusetts - 05/02/2016 | U.S. Court of Appeals for the Sixth Circuit - 10/30/2008 |
| District of Columbia Court of Appeals - 03/27/2024 | U.S. Court of Appeals for the Seventh Circuit - 12/27/1999 |
| | U.S. Court of Appeals for the Eighth Circuit - 07/30/1996 |
| | U.S. District Court for the Central District of Illinois - 02/07/2005 |
| | U.S. District Court for the Northern District of Illinois, Trial Bar - 12/20/1990 |
| | U.S. District Court for the District of Massachusetts - 08/16/2016 |
| | U.S. District Court for the District of Nebraska - 11/14/1995 |
| | U.S. District Court for the Eastern District of Wisconsin - 12/01/2004 |
| | U.S. District Court for the Northern District of Indiana - 03/08/2005 |
| | U.S. District Court for the Eastern District of Wisconsin - 12/01/2004 |
| | U.S. District Court for the Western District of Wisconsin - 05/03/2010 |

4. During the twelve (12) months immediately preceding the filing of this motion, Jonathan W. Young has not been admitted *pro hac vice* in the Court. Jonathan W. Young is not currently admitted in more than two (2) active unrelated cases.

5. Jonathan W. Young has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. Jonathan W. Young is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that he shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the Toyja E. Kelley, Esquire (Bar No. 26949) and Indira K. Sharma, Esquire (Bar No. 28269) of

Troutman Pepper Locke LLP, both of whom have been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Indira K. Sharma, Esquire has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF.

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

Dated: January 14, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Indira K. Sharma* | */s/ Jonathan W. Young (by Movant w/permission)* |
| Indira K. Sharma, Esq. (Bar No. 28269) | Jonathan W. Young |
| Troutman Pepper Locke LLP | Troutman Pepper Locke LLP |
| 701 8th Street, N.W., Suite 500 | 701 8th Street, N.W., Suite 500 |
| Washington, D.C. 20001 | Washington, D.C. 20001 |
| (202) 220-6939 | (202) 220-6967 |
| Indira.Sharma@troutman.com | Jonathan.Young@troutman.com |
| | |
| *Movant* | *Proposed Admittee* |

**CERTIFICATE OF SERVICE**

I, Indira K. Sharma, hereby certify that, on the 14th day of January 2025, I caused a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice of Jonathan W. Young* to be filed and served via CM/ECF on all parties who have registered for electronic service in these cases.

*/s/ Indira K. Sharma*
Indira K. Sharma (Bar No. 28269)