**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*<br><br>Debtors.[1] | Case No. 25-10308-DER<br><br>Chapter 11<br><br>(Joint Administration Requested) |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE
OF DAVID L. RUEDIGER**

The Court having considered the Motion for Admission Pro Hac Vice to admit David L. Ruediger ("**Pro Hac Counsel**") as attorney for JPMorgan Chase Bank, N.A., in its capacities as prepetition and postpetition lender, and the certified statements in support thereof, and upon the recommendation of Indira K. Sharma, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and Local District Court Rule 101.1(b) and Pro Hac Counsel is admitted pro hac vice in this bankruptcy case; and it is further

**ORDERED**, that Pro Hac Counsel must register for a CM/ECF filing account on the Court's website at https://www.mdb.uscourts.gov/for-attorneys/training-and-registration-for-electronic-filing; and it is further

**ORDERED**, that Pro Hac Counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices.

---

[1] The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Diamond Comic Distributors, Inc. (3450); Comic Exporters, Inc (7457); Comic Holdings, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

                                                  _____
                                                  The Honorable David E. Rice
                                                  U.S. Bankruptcy Judge for the District of Maryland