## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

### <u>AFFIDAVIT OF SERVICE</u>

I, Sierra Aust, am employed in the county of Los Angeles, State of California. I hereby certify that on January 14, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as <u>**Exhibit A**</u>:

- **Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2]**

- **Notice of Application of Complex Chapter 11 Case Procedures [Docket No. 3]**

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors' Top Thirty Creditors; (II) Redact Individual Customer Information; and (III) Provide Notices [Docket No. 5]**

- **Debtors' Motion for Entry of an Order Extending the Time Within Which Debtors Must File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 7]**

- **Debtors' Application to Appoint Omni Agent Solutions, Inc., as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 8]**

- **Support Document Exhibit A - Proposed Order of Debtors Motion for Entry of an Order Authorizing the Debtors to (I) File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors Top Thirty Creditors; (II) Redact Individual Customer Information; and (III) Provide Notices [Docket No. 9]**

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief [Docket No. 10]**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

- **Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 11]**

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Orindary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [Docket No. 14]**

- **Debtors Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain Their Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 15]**

- **Debtors Motion for Entry of Interim and Final Orders Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business [Docket No. 16]**

- **Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief [Docket No. 17]**

- **Debtors Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief [Docket No. 18]**

- **Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 19]**

- **Declaration of Robert Gorin in Support of First Day Relief [Docket No. 20]**

- **Declaration of Alec Haesler in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 21]**

- **Notice of Hearing [Docket No. 22]**

- **Notice of Agenda of Matters Scheduled for Hearing on January 15, 2025, at 1:30 PM (ET) [Docket No. 23]**

On January 14, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Hearing [Docket No. 22]**

- **Notice of Agenda of Matters Scheduled for Hearing on January 15, 2025, at 1:30 PM (ET) [Docket No. 23]**

On January 14, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit C**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief [Docket No. 10]**

- **Notice of Hearing [Docket No. 22]**

- **Notice of Agenda of Matters Scheduled for Hearing on January 15, 2025, at 1:30 PM (ET) [Docket No. 23]**

On January 14, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit D**:

- **Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. 345(b), and (IV) Granting Related Relief [Docket No. 14]**

- **Debtors Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain Their Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 15]**

- **Debtors Motion for Entry of Interim and Final Orders Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business [Docket No. 16]**

- **Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief [Docket No. 17]**

- **Debtors Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief [Docket No. 18]**

- **Notice of Hearing [Docket No. 22]**

- **Notice of Agenda of Matters Scheduled for Hearing on January 15, 2025, at 1:30 PM (ET) [Docket No. 23]**

On January 14, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit E**:

- **Debtors Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain Their Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 15]**

- **Notice of Hearing [Docket No. 22]**

- **Notice of Agenda of Matters Scheduled for Hearing on January 15, 2025, at 1:30 PM (ET) [Docket No. 23]**

On January 14, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit F**:

- **Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 19]**

- **Notice of Hearing [Docket No. 22]**

- **Notice of Agenda of Matters Scheduled for Hearing on January 15, 2025, at 1:30 PM (ET) [Docket No. 23]**

Dated: January 14, 2025

Sierra Aust
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 14th day of January, 2025, by Sierra Aust, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# **<u>EXHIBIT A</u>**

**Exhibit A**

**Master Service List**

| Description | Creditor | Attention | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | ARA, Inc | Attn: Amelia Garcia | amelia.garcia@electivestaffing.com | Email |
| 30 Largest | Bandai Co, Ltd | Attn: Tomoaki "Benjy" Ishikaka | tishikawa@bnta.com | Email |
| 30 Largest | Bandai Namco Toys & Collectibles America Inc | Attn: Teppei Onoki | tonoki@bntca.com | Email |
| 30 Largest | Beast Kingdom Co, Ltd | Attn: James Liu | jamesliu@beast-kingdom.com.tw | Email |
| 30 Largest | Catalyst Games Lab, LLC | Attn: Loren Coleman | loren@catalystgamelabs.com | Email |
| 30 Largest | Disney Consumer Products, Inc | Attn: Corporate Legal | dcp.legalnotices@disney.com | Email |
| NOA | DLA Piper LLP (US) | Attn: C Kevin Kobbe | kevin.kobbe@us.dlapiper.com | Email |
| 30 Largest | Dynamic Forces, Inc | Attn: Nick Barrucci | nick.barrucci@dynamite.com | Email |
| NOA | Funko, LLC | Attn: Lesley Hill | lesley.hill@funko.com | Email |
| 30 Largest | Hasbro, Inc | Attn: Carla Cross | carla.cross@hasbro.com | Email |
| 30 Largest | Kin Kin Mould | Attn: Nelson Chan | nelsonchan20@vip.163.com | Email |
| 30 Largest | Little Buddy LLC | Attn: Andy Tanaka | andy@littlebuddytoys.com | Email |
| 30 Largest | Lunar Distribution | Attn: Christina Merkler | christina@lunardistribution.com | Email |
| 30 Largest | National Entertainment Collectibles Association Inc (NECA) | Attn: Dara Chesley | darac@wizkids.com | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Aaron D Ford | aginfo@ag.nv.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Andrea Campbell | ago@state.ma.us | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Andrea Campbell | ago@state.ma.us | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Andrea Campbell | ago@state.ma.us | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Andrea Campbell | ago@state.ma.us | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Anne E Lopez | hawaiiag@hawaii.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Anthony G Brown | oag@oag.state.md.us | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Austin Knudsen | contactdoj@mt.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Bob Ferguson | serviceATG@atg.wa.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Brenna Bird | consumer@ag.iowa.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Charity R Clark | ago.info@vermont.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Dana Nessel | miag@michigan.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Drew Wrigley | ndag@nd.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Ellen F Rosenblum | attorneygeneral@doj.state.or.us | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Jason Miyares | Contact@Virginia.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: John Formella | attorneygeneral@doj.nh.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Kathy Jennings | attorney.general@delaware.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Kris Mayes | AGInfo@azag.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Mike Hilgers | ago.info.help@nebraska.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Raúl Labrador | bankruptcy@ag.idaho.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Sean Reyes | bankruptcy@agutah.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Tim Griffin | oag@ArkansasAG.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Todd Rokita | Constituent@atg.in.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Treg Taylor | attorney.general@alaska.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: William Tong | attorney.general@ct.gov | Email |
| Governmental Authorities | Office of the Attorney General | | oag@dc.gov | Email |
| Governmental Authorities | Office of the Attorney General | | nedoj@nebraska.gov | Email |
| US Trustee | Office of the United States Trustee | Attn: Hugh M. Bernstein | hugh.m.bernstein@usdoj.gov | Email |
| 30 Largest | Pai Technology Inc | Attn: Rocky Yu | rockyyu@blokees.com | Email |
| 30 Largest | Penguin Random House LLC | Attn: Jeff Abraham | jabraham@penguinrandomhouse.com | Email |
| 30 Largest | Publisher Services, Inc | Attn: Dean Burnham | deanb@pubservinc.com | Email |
| 30 Largest | Simon & Schuster, Inc | Attn: Lauren Castner | lauren.castner@simonandschuster.com | Email |
| 30 Largest | Square Enix Holdings Co, Ltd | Attn: Kanji Tashiro | ktashiro@us.square-enix.com | Email |
| 30 Largest | Super7, Inc | Attn: Luke Martinez | luke@super7store.com | Email |
| 30 Largest | The Army Painter ApS | Attn: Michael Andersen | mha@thearmypainter.com | Email |
| 30 Largest | The Pokémon Company International, Inc | Attn: Rich Henry | r.henry@pokemon.com | Email |
| 30 Largest | Titan Publishing Group Ltd | Attn: Nick Landau | nick.landau@titanemail.com | Email |
| 30 Largest | TMP International, Inc | Attn: Colt Homme | chomme@mcfarlane.com | Email |
| 30 Largest | Transcontinental Inc | Attn: Daniel Gallina | daniel.gallina@tc.tc | Email |
| Counsel | Troutman Pepper Locke LLP | Attn: David Ruediger | david.ruediger@troutman.com | Email |
| Counsel | Troutman Pepper Locke LLP | Attn: Jonathan W Young | jonathan.young@troutman.com | Email |
| NOA | Troutman Pepper Locke LLP | Attn: David L. Ruediger, Katherine E. Culbertson | David.Ruediger@troutman.com | Email |
| NOA | Troutman Pepper Locke Llp | Attn: Indira K. Sharma | Indira.Sharma@troutman.com | Email |
| NOA | Troutman Pepper Locke Llp | Attn: Jonathan W. Young | Jonathan.Young@troutman.com | Email |
| NOA | Troutman Pepper Locke Llp | Attn: Katherine E. Culbertson | Katherine.Culbertson@troutman.com | Email |
| NOA | Troutman Pepper Locke Llp | Attn: Toyja E. Kelley, Indira K. Sharma, Jonathan W. Young | Toyja.Kelley@troutman.com | Email |
| 30 Largest | Udon Entertainment Inc | Attn: Erik Ko | erikko@gmail.com | Email |
| 30 Largest | United Parcel Service, Inc | Attn: Mike Wise | michaelwise@ups.com | Email |
| NOA | United States Department of Justice | Attn: Hugh M Bernstein | hugh.m.bernstein@usdoj.gov | Email |
| 30 Largest | VIZ Media, LLC | Attn: Sarah Anderson | sarahanderson@viz.com | Email |
| 30 Largest | Wizards of the Coast LLC | Attn: Mk Smith | mk.smith@wizards.com | Email |
| 30 Largest | Xceeding Partnership Solutions | Attn: Sharon Zaragoza | Sharon.Zaragoza@xceedingps.com | Email |

# **<u>EXHIBIT B</u>**

Exhibit B
Service List

| Description | Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Method of Service |
|---|---|---|---|---|---|---|---|
| Employee Benefits | ADP, LLC | 1 Adp Blvd | Roseland, NJ 07068 | | | | First-Class Mail |
| Employee Benefits | Aetna Dental | c/o Luminare Health Benefits | 62707 Collection Ctr Dr | Chicago, IL 60693-0627 | | | First-Class Mail |
| Taxing Authorities | Alabama Department of Revenue | Pass Through Entity | P.O. Box 327444 | Montgomery, AL 36132-7444 | | | First-Class Mail |
| Taxing Authorities | Allen County Treasurer | P.O. Box 2540 | Ft Wayne IN 46801-2540 | | | | First-Class Mail |
| Taxing Authorities | Arizona Department of Revenue | P.O. Box 29079 | Phoenix AZ 85038-9079 | | | | First-Class Mail |
| Taxing Authorities | Baltimore County | P.O. Box 69506 | M 152 | Baltimore MD 21264-9506 | | | First-Class Mail |
| Taxing Authorities | Baltimore County | C/O Fire Recovery USA, Llc | P.O. Box 935667 | Atlanta GA 31193-5667 | | | First-Class Mail |
| Taxing Authorities | Baltimore County, Maryland | Office Of Budget & Finance | Room 152, 400 Washington Ave | Towson MO 21204-4665 | | | First-Class Mail |
| Taxing Authorities | Baltimore County, Maryland | P.O. Box 64076 | Baltimore MD 21264-4076 | | | | First-Class Mail |
| Taxing Authorities | Berks Eit Bureau | Tax Administrator/Collector | 1125 Berkshire Blvd, Ste 115 | Wyomissing PA 19610 | | | First-Class Mail |
| Taxing Authorities | CA State Board Of Equalization | P.O. Box 942879 | Sacramento CA 94279 | | | | First-Class Mail |
| Taxing Authorities | California Franchise Tax Board | P.O. Box 942857 | Sacramento CA 94257-0501 | | | | First-Class Mail |
| Taxing Authorities | Cdtfa | 505 North Brand Blvd, Ste 700 | Glendale CA 91203-3307 | | | | First-Class Mail |
| Employee Benefits | Cigna | c/o Luminare Health Benefits | 62707 Collection Ctr Dr | Chicago, IL 60693-0627 | | | First-Class Mail |
| Utility Providers | City of Glendale | 141 N Glendale Ave | Glendale, CA 91206 | | | | First-Class Mail |
| Utility Providers | City of Olive Branch | 9200 Pigeon Roost Rd | Olive Branch, MS 38654 | | | | First-Class Mail |
| Taxing Authorities | City Of Olive Branch (Ach) | 9200 Pigeon Roost Road | Olive Branch MS 38654 | | | | First-Class Mail |
| Taxing Authorities | City Of Seattle | License And Tax Administration | P.O. Box 34907 | Seattle WA 98124 | | | First-Class Mail |
| Utility Providers | City of Visalia | 707 W Acequia Ave | Visalia, CA 93291 | | | | First-Class Mail |
| Taxing Authorities | City Of Visalia | Business Tax Division | P.O. Box 4002 | Visalia CA 93278-4002 | | | First-Class Mail |
| Taxing Authorities | Colorado Department of Revenue | P.O. Box 17087 | Denver, CO 80217-0087 | Denver CO 80217-0087 | | | First-Class Mail |
| Utility Providers | Columbia Gas | Columbia Gas of PA Revenue Recovery | P.O. Box 117 | Columbus, OH 43216 | | | First-Class Mail |
| Taxing Authorities | Comptroller Of Colorado | 1525 Sherman St | Denver, CO 80203 | Denver CO 80203 | | | First-Class Mail |
| Taxing Authorities | Comptroller Of Maryland | Revenue Administration Division | 110 Carroll Street | Annapolis MD 21411-0001 | | | First-Class Mail |
| Taxing Authorities | Comptroller Of Maryland | Revenue Admin. Division | P.O. Box 17405 | Baltimore MD 21297-1405 | | | First-Class Mail |
| Taxing Authorities | Comptroller Of Massachusetts | Trustee Tax Bureau | 200 Arlington St, 4th Floor | Chelsea MA 2150 | | | First-Class Mail |
| Taxing Authorities | Comptroller Of Nevada | Nevada Department Of Taxation | 1550 College Parkway,Suite 115 | Carson City NV 89706-7939 | | | First-Class Mail |
| Taxing Authorities | Comptroller Of West Virginia | P.O. Box 1826 | Charleston WV 25337-1826 | | | | First-Class Mail |
| Insurance Broker | Consolidated Insurance + Risk Management | c/o RCM&D | P.O. Box 74608 | Cleveland, OH 44194-0691 | | | First-Class Mail |
| Taxing Authorities | County Of Fairfax | Dept Of Tax Administration | P.O. Box 10202 | Fairfax VA 22035-0202 | | | First-Class Mail |
| Taxing Authorities | Department Of Assessment & Tax | Personal Property Division | 301 West Preston St Room 801 | Baltimore MD 21201-2395 | | | First-Class Mail |
| Taxing Authorities | Department Of The Treasury | 2540 Washington Blvd, 4th Fl | Ogden, UT 84401 | Ogden UT 84401 | | | First-Class Mail |
| Taxing Authorities | Dept Of Assessments & Taxation | Personal Property Division | P.O. Box 17052 | Baltimore MD 21297-1052 | | | First-Class Mail |
| Taxing Authorities | Desoto County Tax Collector | Attn: Joey Treadway | 365 Losher St #110 | Hernando MS 38632 | | | First-Class Mail |
| Non-Debtor Loan Parties | Diamond Comic Distributors UK | Attn: Chuck Parker | c/o Comic Holdings, Inc. | 10150 York Rd, Ste 300 | Hunt Valley, MD 21030 | | First-Class Mail |
| Taxing Authorities | Dshs Hazardous Prod Reg Prgrm | Texas Dept Of State Health Svc | 1100 W 49th Street | Austin TX 78756 | | | First-Class Mail |
| Insurance Carriers | Federal Insurance Company (Chubb) | c/o Chubb | Attn: Legal | 15 Mountain View Rd | Warren, NJ 07061-1615 | | First-Class Mail |
| Insurance Carriers | Federal Insurance Company (Chubb) | c/o Chubb | Attn: Legal | 1133 Ave of the Americas | New York, NY 10036 | | First-Class Mail |
| Utility Providers | Fireside Gas | 2655 Dallas Hwy, Ste 210 | Marietta, GA 30064 | | | | First-Class Mail |
| Taxing Authorities | Florida Dept Of Revenue | 5050 W. Tennessee Street | Tallahassee FL 32399-0120 | | | | First-Class Mail |
| Taxing Authorities | Georgia Department Of Revenue | Processing Center | P.O. Box 740391 | Atlanta GA 30374-0391 | | | First-Class Mail |
| Taxing Authorities | Georgia Department Of Revenue | P.O. Box 105408 | Atlanta GA 30348-5408 | | | | First-Class Mail |
| Utility Providers | Georgia Power | 241 Ralph McGill Blvd | Atlanta, GA 30308-3374 | | | | First-Class Mail |
| Utility Providers | Georgia Waste Systems | P.O. Box 3020 | Monroe, WI 53566-8320 | | | | First-Class Mail |
| Insurance Carriers | Great Northern Insurance Company | c/o Chubb | 202B Hall's Mill Rd | Whitehouse Station, NJ 08889 | | | First-Class Mail |
| Insurance Carriers | Great Northern Insurance Company (Chubb) | 5632 S Pulaski Rd | Chicago, IL 60629 | | | | First-Class Mail |
| Taxing Authorities | Gst Interim Processing Centre | P.O. Box 20000 | Station A | Ottawa ON K1A 1J8 | Canada | | First-Class Mail |
| Taxing Authorities | Gwinnett County Tax Commission | P.O. Box 372 | Lawrenceville GA 30046 | | | | First-Class Mail |
| Taxing Authorities | Hab-Dlt | P.O. Box 20061 | Lehigh Valley PA 18002-0061 | | | | First-Class Mail |
| Employee Benefits | Healthequity, Inc | 121 W Scenic Pointe Dr | Draper, UT 84020 | | | | First-Class Mail |
| Taxing Authorities | IL Secretary Of State | Dept Of Business Services | 501 S. 2nd. Street | Springfield IL 62756-5510 | | | First-Class Mail |
| Taxing Authorities | Illinois Department Of Revenue | P.O. Box 19053 | Springfield IL 62794-9053 | | | | First-Class Mail |
| Taxing Authorities | Illinois Dept. Of Revenue | P.O. Box 19045 | Springfield IL 62794-9045 | | | | First-Class Mail |
| Taxing Authorities | Illinois Secretary Of State | Dept. Of Business Services | 501 S. Second Street,Room#350 | Springfield IL 62756 | | | First-Class Mail |
| Taxing Authorities | Indiana Department Of Revenue | P.O. Box 7205 | Indianapolis IN 46207 | | | | First-Class Mail |
| Taxing Authorities | Indiana Dept Of Revenue | P.O. Box 7221 | Indianapolis IN 46207-7221 | | | | First-Class Mail |
| Utility Providers | Indiana Michigan Power | 110 E Wayne St | Ft Wayne, IN 46802 | | | | First-Class Mail |
| Taxing Authorities | Insccu-Acfe | P.O. Box 6271 | Indianapolis IN 46206-6271 | | | | First-Class Mail |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | First-Class Mail |
| Employee Benefits | JPMorgan Retirement | c/o JP Morgan Funds | P.O. Box 219143 | Kansas City, MO 64121-9143 | | | First-Class Mail |
| Taxing Authorities | Los Angeles City Tax Collector | P.O. Box 54027 | Los Angeles CA 90054-0027 | | | | First-Class Mail |
| Insurance Carriers | Maine Employers' Mutual Insurance Company (MEMIC) | aka MEMIC | 261 Commercial St | Portland, ME 04101 | | | First-Class Mail |
| Taxing Authorities | Massachusetts Department Of Revenue | Consumer Service Bureau | P.O. Box 7010 | Boston MA 02204 | | | First-Class Mail |
| Taxing Authorities | Massachusetts Dept Of Revenue | P.O. Box 419257 | Boston MA 02241-9257 | | | | First-Class Mail |
| Insurance Carriers | Massachusetts E Location | Charter/Legal Division | 301 W. Preston St., Room 808 | Baltimore MD 21201-2395 | | | First-Class Mail |
| Insurance Carriers | Memic Idemnity Co | P.O. Box 9500 | Lewiston, ME 04243-9500 | | | | First-Class Mail |
| Utility Providers | Metropolitan Edison Co | 2800 Pottsville Pike | Reading, PA 19605 | | | | First-Class Mail |
| Taxing Authorities | Michigan Department Of Treasury | Attn: Collection/Bankruptcy Unit | P.O. Box 30168 | Lansing, MI 48909 | Lansing MI 48909 | | First-Class Mail |
| 30 Largest | Microsoft Corp | 1 Microsoft Way | Redmond, WA 98052 | | | | First-Class Mail |
| Taxing Authorities | Minister Of Revenue Of Quebec | 3800 Rue De Marly | Sainte-Fo PQ G1X 4A5 | Canada | | | First-Class Mail |
| Taxing Authorities | Minnesota Revenue | 600 N. Robert Street | St. Paul MN 55101 | | | | First-Class Mail |
| Taxing Authorities | Minnesota S Corporation Income Tax | Mail Station 1770 | 600 N. Robert Street | St. Paul MN 55145-1770 | | | First-Class Mail |
| Taxing Authorities | Mississippi Office Of Revenue | P.O. Box 23050 | Jackson MS 39225-3055 | | | | First-Class Mail |
| Taxing Authorities | Mississippi State Tax Commissi | Sales Tax Division | P.O. Box 960 | Jackson MS 39205-0960 | | | First-Class Mail |
| Taxing Authorities | Missouri Department Of Revenue | Taxation Division | P.O. Box 3300 | Jefferson City MO 65105-3300 | | | First-Class Mail |
| Taxing Authorities | Nebraska Dept. Of Revenue | P.O. Box 98923 | Lincoln NJ 65809-8923 | | | | First-Class Mail |
| Taxing Authorities | Nevada Department Of Taxation | 1550 College Parkway, Ste 115 | Carson City NV 89706 | | | | First-Class Mail |
| Taxing Authorities | New York State Corporation Tax | Processing Unit | P.O. Box 22094 | Albany NY 12201-2094 | | | First-Class Mail |
| Taxing Authorities | New York State Sales Tax | Jaf Building | P.O. Box 1206 | New York NY 10116-1206 | | | First-Class Mail |
| Taxing Authorities | Nj Department Of The Treasury | Division Of Taxation | P.O. Box 269 | Trenton NJ 08695-0269 | | | First-Class Mail |
| Utility Providers | NorthCentral Electric Coop | 4600 Northcentral Way | Olive Branch, MS 38654 | | | | First-Class Mail |
| Utility Providers | Northern Indiana Public Service Co | aka NIPSCO | 801 E 86th Ave | Merrillville, IN 46410 | | | First-Class Mail |
| Taxing Authorities | NYC Department Of Finance | P.O. BOX 3922 | New York NY 10008 | | | | First-Class Mail |
| Taxing Authorities | Nys Corporation Tax | Processing Unit | P.O. Box 1909 | Albany NY 12201-1909 | | | First-Class Mail |
| Taxing Authorities | Nys Filing Fee | State Processing Center | P.O. Box 15310 | Albany NY 12212-5310 | | | First-Class Mail |
| Taxing Authorities | Oesc | Attn : Cashier | P.O. Box 52004 | Oklahoma City OK 73152-2004 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | State of Alabama | Attn: Steve Marshall | 501 Washington Ave | P.O. Box 300152 | Montgomery, AL 36130-0152 | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | AZ AG Office – CSS | P.O. Box 6123, MD 7611 | Phoenix, AZ 85005-6123 | Phoenix, AZ 85005-6123 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Rob Bonta | 1300 I St, Ste 1740 | Sacramento, CA 95814 | Sacramento, CA 95814 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | California Dept of Justice | P.O. Box 944255 | Sacramento, CA 94244-2550 | Sacramento, CA 94244-2550 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Consumer Law Section | Attn: Bankruptcy Notices | 455 Golden Gate Ave, Ste 11000 | San Francisco, CA 94102-7004 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Phil Weiser | Ralph L Carr Colorado Judicial Ctr | 1300 Broadway, 10th Fl | Denver, CO 80203 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Brian Schwalb | 400 6th St NW | Washington, DC 20001 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Ashley Moody | The Capital, PL 01 | Tallahassee, FL 32399-1050 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Chris Carr | 40 Capital Sq SW | Atlanta, GA 30334-1300 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | 601 S University Ave | Carbondale, IL 62901 | | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | 500 S 2nd St | Springfield, IL 62701 | | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Kwame Raoul | James R Thompson Ctr | 100 W Randolph St | Chicago, IL 60601 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Kris Kobach | 120 SW 10th Ave, 2nd Fl | Topeka, KS 66612-1597 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Daniel Cameron | Capitol Bldg | 700 Capitol Ave, Ste 118 | Frankfort, KY 40601 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Jeff Landry | P.O. Box 94095 | Baton Rouge, LA 70804-4095 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Aaron Frey | State House, Stn 6 | Augusta, ME 04333 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Keith Ellison | State Capital | 75 Dr Martin Luther King Jr Blvd, Ste 102 | St Paul, MN 55155 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Andrew Bailey | 2311 Bloomfield St, Ste 106 | Cape Girardeau, MO 63703 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Andrew Bailey | Supreme Court Bldg | 207 W High St | Jefferson City, MO 65101 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Andrew Bailey | 615 E 13th St, Ste 401 | Kansas City, MO 64106 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Andrew Bailey | 815 Olive St, Ste 200 | St Louis, MO 63101 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Supreme Court Bldg | P.O. Box 899 | Jefferson City, MO 65102 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Lynn Fitch | Dept of Justice | P.O. Box 220 | Jackson, MS 39205 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Walter Sillers Bldg | 550 High St, Ste 1200 | Jackson, MS 39201 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Josh Stein | Dept of Justice | P.O. Box 629 | Raleigh, NC 27602-0629 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Mathew J Platkin | Richard J Hughes Justice Complex | 25 Market St | P.O. Box 080 | Trenton, NJ 08625 | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Hector Balderas | P.O. Drawer 1508 | Santa Fe, NM 87504-1508 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Leticia A James | Dept of Law | The Capitol, 2nd Fl | Albany, NY 12224 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Dave Yost | State Office Tower | 30 E Broad St | Columbus, OH 43266-0410 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Gentner Drummond | 313 NE 21st St | Oklahoma City, OK 73105 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Michelle A Henry | Strawberry Sq, 16th Fl | Harrisburg, PA 17120 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez | P.O. Box 9020192 | San Juan, PR 00902-0192 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Peter F Neronha | 150 S Main St | Providence, RI 02903 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Allan Wilson | Rembert D Dennis Office Bldg | P.O. Box 11549 | Columbia, SC 29211-1549 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Marty Jackley | 1302 E Hwy 14, Ste 1 | Pierre, SD 57501-8501 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Herbert H Slattery, III | P.O. Box 20207 | Nashville, TN 37202-0207 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Jonathan Skrmetti | 425 5th Ave N | Nashville, TN 37243 | | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Ken Paxton | Capital Station | P.O. Box 12548 | Austin, TX 78711-2548 | | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | 800 5th Ave, Ste 2000 | Seattle, WA 98104 | | | | First-Class Mail |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Governmental Authorities | Office of the Attorney General | Attn: Josh Kaul | Wisconsin Dept of Justice | State Capital, Rm 114 E | P.O. Box 7857 | Madison, WI 53707-7857 | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Patrick Morrisey | State Capitol | 1900 Kanawha Blvd E | | Charleston, WV 25305 | First-Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Bridget Hill | State Capitol Bldg | | | Cheyenne, WY 82002 | First-Class Mail |
| US Attorney's Office | Office of the United States Attorney for the District of Maryland | 36 S Charles St, 4th Fl | Baltimore, MD 21201 | | | | First-Class Mail |
| Taxing Authorities | Ohio Bureau Of Workers Comp | P.O. Box 89492 | Cleveland OH 44101 | | | | First-Class Mail |
| Taxing Authorities | Ohio Department Of Taxation | P.O. Box 16560 | Columbus OH 43216-6560 | | | | First-Class Mail |
| Taxing Authorities | Ohio Dept Of Job & Family Svc | P.O. Box 182404 | Columbus OH 43218-2404 | | | | First-Class Mail |
| Taxing Authorities | Oklahoma Tax Commission | P.O. Box 26860 | Oklahoma City OK 73126-0890 | | | | First-Class Mail |
| Taxing Authorities | Oregon Department Of Revenue | 955 Center Street NE | Salem OR 97301 | | | | First-Class Mail |
| Taxing Authorities | PA Department Of Revenue | Bureau Of Individual Taxes | P.O. Box 280502 | | | Harrisburg PA 17128-0502 | First-Class Mail |
| Utility Providers | Penn Waste Inc | 85 Brick Yard Rd | Manchester, PA 17345 | | | | First-Class Mail |
| Utility Providers | Red Lion Municipal Authority | 11 East Broadway | Red Lion, PA 17356 | | | | First-Class Mail |
| Utility Providers | Reliant Energy Retail Services, LLC | P.O. Box 1532 | Houston, TX 77251 | | | | First-Class Mail |
| Utility Providers | Republic Services | 6231 Macbeth Rd | Ft Wayne, IN 46809 | | | | First-Class Mail |
| Taxing Authorities | Revenue Canada | Sudbury Tax Centre | P.O. Box 20000 | Station A | Sudbury ON P3A 5C1 | Canada | First-Class Mail |
| Taxing Authorities | Scdor | Corporate Taxable | P.O. Box 100151 | Columbia SC 29202 | | | First-Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE | Washington, DC 20549 | | | | First-Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director | 100 Pearl St, Ste 20-100 | New York, NY 10004-2616 | | | First-Class Mail |
| Taxing Authorities | South Carolina Dept Of Revenue | 300 A Outlet Pointe Blvd | Columbia SC 29210 | | | | First-Class Mail |
| Utility Providers | Southern California Edison Co | 2244 Walnut Grove Ave | Rosemead, CA 91770 | | | | First-Class Mail |
| Utility Providers | Southern California Gas Co | 1801 S Atlantic Blvd | Monterey Park, CA 91754 | | | | First-Class Mail |
| Utility Providers | Southland Disposal Co | 1525 Fishburn Ave | Los Angeles, CA 90063 | | | | First-Class Mail |
| Taxing Authorities | State Comptroller | Comptroller Of Public Accounts | P.O. Box 149348 | Austin TX 78714-9348 | | | First-Class Mail |
| Taxing Authorities | State Of Michigan | Department Of Treasury | Department 77003 | Lansing MI 48277-0003 | | | First-Class Mail |
| Taxing Authorities | State Of New Jersey | Dept. Of Labor & Workforce Dev | P.O. Box 929 | Trenton NJ 08646-0929 | | | First-Class Mail |
| Taxing Authorities | State Of New Jersey - Cbt | Div Of Taxation Processin Ctr | P.O. Box 193 | Trenton NJ 08646-0222 | | | First-Class Mail |
| Taxing Authorities | State Of New Jersey Division Of Taxation | Corporation Tax | P.O. Box 666 | Trenton NJ 08646-0666 | | | First-Class Mail |
| Taxing Authorities | State Of Washington | Employment Security Department | P.O. Box 84267 | Seattle WA 98124 | | | First-Class Mail |
| Taxing Authorities | Tennessee Dept Of Revenue | Andrew Jackson State Off. Bldg | 500 Deaderick Street | Nashville TN 37242 | | | First-Class Mail |
| Taxing Authorities | Tennessee Secretary Of State | 6th Floor, Snodgrass Tower | 312 Rosa L Parks Ave | Nashville TN 37243 | | | First-Class Mail |
| Taxing Authorities | Texas Comptroller Of Pub Acct. | P.O. Box 149355 | Austin TX 78714-9355 | | | | First-Class Mail |
| Taxing Authorities | Texas State Comptroller | Comptroller Of Public Accounts | P.O. Box 149354 | Austin TX 78714 | | | First-Class Mail |
| Taxing Authorities | Town Of Herndon | Business License | 777 Lynn Street | Herndon VA 20170-4602 | | | First-Class Mail |
| Insurance Carriers | Travelers Casualty and Surety Company of America | Attn: Legal Dept | 1 Tower Sq | Hartford, CT 06183 | | | First-Class Mail |
| Taxing Authorities | Travis County Tax Office | P.O. Box 149328 | Austin TX 78714-9328 | | | | First-Class Mail |
| Taxing Authorities | Tulare County Tax Collector | 221 S Mooney Blvd, Rm 101 E | Visalia CA 93291-4593 | | | | First-Class Mail |
| Taxing Authorities | United States Treasury | Internal Revenue Service | Ogden UT 84201-0009 | | | | First-Class Mail |
| Taxing Authorities | Virginia Dept Of Taxation | Sales And Use Tax | P.O. Box 26626 | Richmond VA 23261-6626 | | | First-Class Mail |
| Taxing Authorities | Virginia Depart. Of Taxation | Litter Tax | P.O. Box 2185 | Richmond VA 23218-2185 | | | First-Class Mail |
| Taxing Authorities | Virginia Dept Of Taxation | P.O. Box 1500 | Richmond VA 23218-1500 | | | | First-Class Mail |
| Taxing Authorities | Virginia State Corp.Commission | P.O. Box 1197 | Richmond VA 23218-1197 | | | | First-Class Mail |
| Taxing Authorities | WA Dept Of Labor & Industries | P.O. Box 34022 | Seattle WA 98124 | | | | First-Class Mail |
| Taxing Authorities | WA Dept Of Labor & Industry | P.O. Box 24106 | Seattle WA 98124 | | | | First-Class Mail |
| Taxing Authorities | Washington Dept. Of Revenue | P.O. Box 1619 | Bothell WA 98041-1619 | | | | First-Class Mail |
| Utility Providers | Waste Connections of TN Inc | 3340 Players Club Pkwy, Ste 110 | Memphis, TN 38125 | | | | First-Class Mail |
| Taxing Authorities | Wisconsin Dept. Of Revenue | P.O. Box 53293-0208 | Milwaukie WI 53293-0208 | | | | First-Class Mail |
| Taxing Authorities | York Adams Tax Bureau | 1405 North Duke St | P.O. Box 15627 | York PA 17404 | | | First-Class Mail |

# **<u>EXHIBIT C</u>**

**Exhibit C**
Service List

| Description | Creditor | Attention | EMAIL | Method of Service |
|---|---|---|---|---|
| Insurance | CNA | | branchcommunications@cna.com | Email |
| Insurance | Crum & Foster | | contact.us@cfins.com | Email |
| Insurance | QBE Specialty Insurance | Attn: Legal Dept | corporate@qbe.com | Email |
| Insurance | RCM&D | Attn: John Doetzer, CPCU, CAWC | jdoetzer@rcmd.com | Email |

# **EXHIBIT D**

**Exhibit D**

**Service List**

| Description | Creditor | Attention | EMAIL | Method of Service |
|---|---|---|---|---|
| Bank | Bank of Montreal | Attn: Ravi Chhabria | ravi.chhabria@bmo.com | Email |
| Bank | JPMorgan Chase Bank, N.A. | Attn: Jonathan W Young | jonathan.young@troutman.com | Email |
| Bank | JPMorgan Chase Bank, N.A. | Attn: David Ruediger | david.ruediger@troutman.com | Email |

# EXHIBIT E

**Exhibit E**
Service List

| Description | Creditor | Attention | EMAIL | Method of Service |
|---|---|---|---|---|
| Employee Benefits | Davis Vision | Receivable | DavisVisionAccountsReceivable@DavisVision.com | Email |
| Employee Benefits | The Hartford | Customer Service | gbdcustomerservice@thehartford.com | Email |
| | | | | |
| | | | | |

# **<u>EXHIBIT F</u>**

**Exhibit F**

Service List

| Description | Creditor | Attention | EMAIL | Method of Service |
|---|---|---|---|---|
| Non-Debtor Loan Parties | Game Consolidators, LLC | c/o C. Kevin Kobbe, DLA Piper | kevin.kobbe@us.dlapiper.com | Email |
| Non-Debtor Loan Parties | Renegade Games, LLC | c/o C. Kevin Kobbe, DLA Piper | kevin.kobbe@us.dlapiper.com | Email |
| Non-Debtor Loan Parties | Rosebud Entertainment, LLC | c/o C. Kevin Kobbe, DLA Piper | kevin.kobbe@us.dlapiper.com | Email |
| Non-Debtor Loan Parties | Stephen A. Geppi | c/o C. Kevin Kobbe, DLA Piper | kevin.kobbe@us.dlapiper.com | Email |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)