# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................ $<u>To be determined</u>

   Prior to the filing of this statement I have received ....................... $ <u>1,210,496.72</u>

   Balance Due ............................................................................... $ <u>To be determined</u>

2. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with any other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy cases, including:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

53706303.1

a. Analysis of the Debtors' financial situation, and rendering advice to the debtors in possession in determining whether to file petitions in bankruptcy;

b. Preparation and filing of any petitions, schedules, statements of affairs, applications, motions, answers, orders, reports, and other legal papers;

c. Preparation and pursuit of confirmation of a plan and approval of a disclosure statement, as applicable;

d. Representation of the Debtors at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

e. Representation of the Debtors in adversary proceedings and other contested bankruptcy matters;

f. Providing legal advice with respect to the Debtors' powers and duties as debtors in possession in the continued operation of their businesses and management of their properties;

g. Providing legal advice regarding bankruptcy-related matters arising from these chapter 11 cases, including debtor-in-possession financing and the Debtors' proposed sale transactions; and

h. Any other legal services set forth in the forthcoming Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Saul Ewing LLP, as Counsel to the Debtors, Effective as of the Petition Date.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services: Not applicable.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy case.

Dated: January 15, 2025            **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

53706303.1