## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>     Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance as counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC in the above-captioned case. Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules"), section 1109 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and applicable Local Rules, the undersigned requests that all notices, pleadings, orders and all papers filed, served or required to be filed or served in this case be sent to the following address:

Ashley N. Fellona, Esq. (Fed. Bar No. 21118)
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8701
ashley.fellona@saul.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in this case.

Dated: January 15, 2025                **SAUL EWING LLP**

By: *_/s/  Ashley N. Fellona_*
    Ashley N. Fellona (Fed. Bar No. 21118)
    1001 Fleet Street, 9th Floor
    Baltimore, MD 21202
    Telephone: (410) 332-8701
    Email: Ashley.fellona@saul.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

|  |  |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors. | (Joint Administration Requested) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was served upon all parties that are registered to receive electronic mail service through the court's ECF notice system in the above case.

 _/s/ Ashley N. Fellona___ _____
Ashley N. Fellona

53729618.2