\_\_\_DER\_\_\_  ✓ RETAIN

**David E Rice , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Ⓨ N
Exhibits Filed: Ⓨ N

PROCEEDING MEMO – CHAPTER 11

Date: 01/15/2025  Time: 01:30

CASE: 25-10308 Diamond Comic Distributors, Inc.

Ashley N Fellona and Jordan Rosenfeld representing Diamond Comic Distributors, Inc. (Debtor)

representing For Internal Use Only (Trustee)

Hugh M. (UST) Bernstein representing US Trustee – Baltimore (U.S. Trustee) ✓ Levin, Shedid

[2] Motion for Joint Administration Filed by Diamond Comic Distributors, Inc..

MOVANT : Diamond Comic Distributors, Inc. BY J Rosenfeld

[5] *Debtors Motion for Entry of an Order Authorizing the Debtors to (I) File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors Top Thirty Creditors; (II) Redact Individual Customer Information; and (III) Provide Notices* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s1 Exhibit A – Proposed Order) (Rosenfeld, Jordan) Modified on 1/14/2025 to fix description of Exhibit A. (McKenna, Shannon).

P. Topper
M. Minuti  ] Debtor
A. Fellona
J. Hampton

MOVANT : Diamond Comic Distributors, Inc. BY J Rosenfeld

[7] Motion to Extend Time *Within Which Debtors Must File Their Schedules of Assets and Liabilities and Statements of Financial Affairs* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s1 Exhibit A – Proposed Order)

J. Young – JPMorgan

MOVANT : Diamond Comic Distributors, Inc. BY J Rosenfeld

[8] *Debtors Application to Appoint Omni Agent Solutions, Inc., as Claims and Noticing Agent Effective as of The Petition Date* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s3 Exhibit C – Engagement Agreement)

MOVANT : Diamond Comic Distributors, Inc. BY J Rosenfeld

[10] *Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter Into New Insurance Coverage, and (II) Granting Related Relief* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s3 Exhibit C – Schedule

of Insurance Policies)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld

[11] Debtors Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) *(I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s3 Exhibit C - Utility Companies List)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld

[12] *Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s2 Exhibit B - Proposed Final Order)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld

[14] *Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply With the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s4 Exhibit D - Funds Flow Diagram)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld

[15] Debtors Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain Their Compensation and Benefits Programs, and (II) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: #s1 Exhibit A - Proposed Order) (Rosenfeld, Jordan) Modified on 1/14/2025 to enhance text. (McKenna, Shannon).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld

[16] *Debtors Motion for Entry of Interim and Final Orders Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s2 Exhibit B - Proposed Final Order)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld

[17] *Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II)*

*Granting Related Relief* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s2 Exhibit B - Proposed Final Order)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld

[18] *Debtors Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s3 Exhibit C - Proposed Letter)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld

[19] *Debtors Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying The Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s1 Exhibit A - Proposed Interim Order) (Rosenfeld, Jordan) Modified on 1/14/2025 to enhance text.(McKenna, Shannon).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

　　Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

　　Other_____

　　Confirmed_____ as modified by _____

　　Denied Confirmation_____ with leave to amend by_____

　　Other_____

DISPOSITIONS: All Motions are Granted.

　　Granted ✓　Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

　　Moot____ Dismissed____ Relief by Operation of Law (no order req.)____

　　Continued to: _____

DECISION:

　　[ ] Signed by Court　　　　　　　[ ] Filed by Counsel
　　[✓] To be prepared by:
　　　　[✓] Movant's counsel　　　　[ ] Court
　　　　[ ] Respondent's counsel　　[ ] Other _____

NOTES: Continued Hearing on all interim orders to be held 2/6/2025 @ 10AM in 9-D.