**EXHIBIT LIST**

**Case No:**   **25-10308-DER**            **Debtor:**   **Diamond Comic Distributors, Inc.**

**Date:**  **January 15, 2025**

| No. | Offered By | Document | Admitted |
|---|---|---|---|
| 1 | Debtor | Declaration of Robert Gorin | X |
| 2 | | Declaration of Alex Haesler | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |