Entered: January 16th, 2025
Signed: January 16th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 52-1243450 | Case No. 25-10308 (DER)<br><br>Chapter 11 |
| In re<br><br>Diamond Select Toys & Collectibles, Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 52-2146585 | Case No. 25-10312 (DER)<br><br>Chapter 11 |
| In re<br><br>Comic Holdings, Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 52-1837457 | Case No. 25-10311 (DER)<br><br>Chapter 11 |
| In re<br><br>Comic Exporters, Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 52-1837458 | Case No. 25-10309 (DER)<br><br>Chapter 11 |

**ORDER DIRECTING JOINT ADMINISTRATION OF THE
<u>DEBTORS' CHAPTER 11 CASES</u>**

Upon consideration of the motion (the "Motion")[1] for entry of an order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1, directing the Debtors' chapter 11 cases to be jointly administered for procedural purposes only and granting related relief, all as more fully set forth in the Motion; and notice of the Motion was adequate and appropriate under the circumstances; and the Court having reviewed the Motion and the First Day Declaration in support thereof; and the Court having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing held before this Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED, as set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 25-10308.

3. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

4. The Clerk of the Court shall maintain one file and one docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for Diamond Comic Distributors, Inc., Case No. 25-10308.

5. The caption of the jointly administered cases shall read as follows:

---

[1] Capitalized terms used but not defined herein are defined in the Motion.

53732795.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6. All pleadings and other papers filed in these chapter 11 cases shall bear the foregoing consolidated caption. All original docket entries shall be made in the case of Diamond Comic Distributors, Inc., Case No. 25-10308.

7. The foregoing consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code.

8. The Clerk of Court shall make a docket entry in each of the Debtors' cases (except that of Diamond Comic Distributors, Inc.), substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of Diamond Comic Distributors, Inc. (Case No. 25-10308 (DER)) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 25-10308 (DER) should be consulted for all matters affecting this case.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**

4

53732795.2