United States Bankruptcy Court
District of Maryland

In re:                                                                                           Case No. 25-10308-DER
Diamond Comic Distributors, Inc.                                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 2
Date Rcvd: Jan 14, 2025      Form ID: ntchrgb3      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |
| 32749903 | + | ARA, Inc., Attn: Amelia Garcia, 602 Main St. Ste. 300, Cincinnati, OH 45202-2509 |
| 32749887 | | Bandai Co, Ltd, Attn: Tomoaki Benjy Ishikaka, 4-8 Komagata 1-chome, Taito-ku Tokyo 111-88081, JAPAN |
| 32749897 | | Bandai Namco Toys & Collectibles, America Inc., Attn: Teppei Onoki, 23 Odyssey Irvine, Irvine, CA 92618 |
| 32749909 | | Beast Kingdom Co, Ltd. Attn: James Liu, 12 F, No 210, Sec 1, Sanmin Rd, Banqiao Dist, New Taipei City, 22069, TAIWAN |
| 32749901 | + | Catalyst Games Lab, LLC, Attn: Loren Coleman, 7108 S. Pheasant Ridge Dr., Spokane, WA 99224-9026 |
| 32749891 | + | Disney Consumer Products, Inc., Attn: Corporate Legal, 500 S. Buena Vista St., Burbank, CA 91521-0001 |
| 32749912 | + | Dynamic Forces, Inc., Attn: Nick Barrucii, 113 Gaither Drive Ste. 205, Mount Laurel, NJ 08054-1705 |
| 32749910 | + | Funko, LLC, Attn: Lesley Hill, 2802 Wetmore Ave., Everett, WA 98201-3562 |
| 32749892 | + | Hasbro, Inc., Attn: Carla Cross, 1027 Newport Ave., Pawtucket, RI 02861-2500 |
| 32749889 | | Kin Kin Mould Attn: Nelson Chan, Sheung Shui Ctr, 3 Chi Cheong Rd, Unit 1003, Sheung Shui, HK, HONG KONG |
| 32749895 | + | Little Buddy, LLC, Attn: Andy Tanaka, 7422 Orangewood Ave., Garden Grove, CA 92841-1413 |
| 32749898 | + | Lunar Distribution, Attn: Christina Merkler, 10701 Rose Ave., New Haven, IN 46774-9246 |
| 32749888 | + | National Entertainment Collectibles, Association Inc. (NECA), Attn: Dara Chesley, 603 Sweetland Ave., Hillside, NJ 07205-1799 |
| 32749913 | + | Pai Technology, Inc., Attn: Rocky Yu, 177 E. Colorado Blvd. Ste. 200, Pasadena, CA 91105-1955 |
| 32749886 | + | Penguin Random House LLC, Attn: Jeff Abraham, 1745 Broadway, New York, NY 10019-4343 |
| 32749911 | + | Publisher Services, Inc., Attn: Dean Burnham, 2800 Vista Ridge Dr., Suwanee, GA 30024-4411 |
| 32749896 | | Simon & Schuster, Inc., Attn: Lauren Caster, 12330 Ave. of the Americas, New York, NY 10020 |
| 32749905 | + | Square Enix Holdings Co, Ltd., Attn: Kanji Tashiro, 999 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245-2731 |
| 32749915 | + | Super7, Inc., Attn: Luke Martinez, 777 Florida St. Ste. 202, San Francisco, CA 94110-2025 |
| 32749890 | + | TMP International, Inc., Attn: Colt Homme, 3032 S. Cedar St. Ste. D, Tacoma, WA 98409-4830 |
| 32749902 | | The Army Painter ApS, Attn: Michael Anderson, Christiansmindevej 12, Skanderborg, DK-8660, DENMARK |
| 32749907 | + | The Pokemon Company International Inc., Attn: Rich Henry, 10400 NE 4th St. Ste. 2800, Bellevue, WA 98004-5186 |
| 32749904 | | Titan Publishing Group, Ltd, Attn: Nick Landau, 144 Southwark St., London, SE1 0UP, United Kingdom |
| 32749908 | | Transcontinental Inc., Attn: Daniel Gallina, 1 Place Ville Marie, Ste. 3240, Montreal, QC H3B 0G1, CANADA |
| 32749914 | | Udon Entertainment Inc., Attn: Erik Ko, 51 Ridgestone Drive, Richmond Hill, ON L4S 0E3, CANADA |
| 32749900 | + | VIZ Media, LLC, Attn: Sarah Anderson, 1355 Market St. Ste. 200, San Francisco, CA 94103-1460 |
| 32749893 | + | Wizards of the Coast LLC, Attn: Mk Smith, 1107 Lake Washington Blvd N. Ste. 800, Renton, WA 98056-2502 |
| 32749894 | + | Xceeding Partnership Solutions, Attn: Andy Tanaka, 7422 Orangewood Ave., Garden Grove, CA 92841-1413 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32749906 | + | Email/Text: celabnc@microsoft.com | Jan 14 2025 19:23:00 | Microsoft Corp., 1 Microsoft Way, Redmond, WA 98052-8300 |
| 32749899 | + | Email/Text: bankruptcy@ups.com | Jan 14 2025 19:24:00 | United Parcel Service, Inc., Attn: Mike Wise, 55 Glenlake Pkwy NE, Atlanta, GA 30328-3498 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason   Name and Address**

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 14, 2025 | Form ID: ntchrgb3 | Total Noticed: 31 |

tr                          For Internal Use Only

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| C. Kevin Kobbe | kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jordan Rosenfeld | jordan.rosenfeld@saul.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **25−10308 − DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# NOTICE

In person hearing − Courtroom 9−D − Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 1/15/25 at 01:30 PM to consider and act upon the following:

2 − Motion for Joint Administration Filed by Diamond Comic Distributors, Inc.. (Rosenfeld, Jordan)

5 − Debtors Motion for Entry of an Order Authorizing the Debtors to (I) File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors Top Thirty Creditors; (II) Redact Individual Customer Information; and (III) Provide Notices Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Order) (Rosenfeld, Jordan) Modified on 1/14/2025 to fix description of Exhibit A. (McKenna, Shannon).

7 − Motion to Extend Time Within Which Debtors Must File Their Schedules of Assets and Liabilities and Statements of Financial Affairs Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Order) (Rosenfeld, Jordan)

8 − Debtors Application to Appoint Omni Agent Solutions, Inc., as Claims and Noticing Agent Effective as of The Petition Date Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Order # 2 Exhibit B − Deutch Declaration # 3 Exhibit C − Engagement Agreement) (Rosenfeld, Jordan)

10 − Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter Into New Insurance Coverage, and (II) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Interim Order # 2 Exhibit B − Proposed Final Order # 3 Exhibit C − Schedule of Insurance Policies) (Rosenfeld, Jordan)

11 − Debtors Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Interim Order # 2 Exhibit B − Proposed Final Order # 3 Exhibit C − Utility Companies List) (Rosenfeld, Jordan)

12 − Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Interim Order # 2 Exhibit B − Proposed Final Order) (Rosenfeld, Jordan)

14 − Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply With the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Interim Order # 2 Exhibit B − Proposed Final Order # 3 Exhibit C − Bank Accounts # 4 Exhibit D − Funds Flow Diagram) (Rosenfeld, Jordan)

15 − Debtors Motion for Entry of an Order (I) Authorizing he Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain Their Compensation and Benefits Programs, and (II) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Order) (Rosenfeld, Jordan) Modified on 1/14/2025 to enhance text. (McKenna, Shannon).

16 − Debtors Motion for Entry of Interim and Final Orders Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Interim Order # 2 Exhibit B − Proposed Final Order) (Rosenfeld, Jordan)

17 − Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Interim Order # 2 Exhibit B − Proposed Final Order) (Rosenfeld, Jordan)

18 − Debtors Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Interim Order # 2 Exhibit B − Proposed Final Order # 3 Exhibit C − Proposed Letter) (Rosenfeld, Jordan)

19 − Debtors Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying The Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Exhibit A − Proposed Interim Order) (Rosenfeld, Jordan) Modified on 1/14/2025 to enhance text.(McKenna, Shannon).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/14/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410−962−7769

Form ntchrgmdb (rev. 08/13/2024)