**Exhibit C**

**Richards Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF GEOFFREY RICHARDS IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF RAYMOND JAMES & ASSOCIATES, INC., AS THE**
**DEBTORS' INVESTMENT BANKER, EFFECTIVE AS OF THE PETITION DATE,**
**AND (II) GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. § 1746, I, Geoffrey Richards, hereby declare under penalty of perjury

that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Senior Managing Director of Raymond James & Associates, Inc.

("Raymond James"), which has its principal office at 880 Carillon Parkway, St. Petersburg, Florida

33716.  I am authorized to make this declaration on behalf of Raymond James in support of the

*Debtors' Application for Entry an Order (I) Authorizing the Employment and Retention of*

*Raymond James & Associates, Inc., as the Debtors' Investment Banker, Effective as of the Petition*

*Date and (II) Granting Related Relief* (the "Application").[2]  Unless otherwise stated in this

declaration, I have personal knowledge of the facts set forth herein or provide this declaration

based upon information provided to me by other Raymond James professionals.[3]

---

[1]      The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]      Capitalized terms used but not defined herein are defined in the Application.

[3]      Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Raymond James and are based on information provided by them.

2.     Raymond James is a subsidiary of Raymond James Financial, Inc. ("RJF"), a publicly traded (NYSE:RJF) full-service global investment banking firm offering investment banking, equity research, wealth management, institutional and private brokerage, and other service offerings to individual and institutional clients.  RJF and its subsidiaries employ over 17,000 individuals in the United States alone, of which over 515 provide investment banking advisory services to firm clients.  Since 2019, Raymond James has participated in 860 capital raises and completed more than 1,115 advisory assignments, including over 925 M&A buy-side or sell-side advisory assignments.

3.     Raymond James has a dedicated restructuring investment banking group of more than 20 professionals with extensive experience advising companies, creditors' committees, and other constituents in complex situations involving underperforming or unsuitably capitalized businesses facing difficult financing conditions, liquidity crises, out-of-court restructurings, or bankruptcy proceedings.  Investment bankers at Raymond James have advised on, or been involved with, numerous restructuring-related or distressed transactions, both out-of-court and in chapter 11 cases, including, without limitation, sale, restructuring, reorganization, financing, financial opinion, and special advisory transactions.

4.     Raymond James's professionals have considerable expertise and experience in providing investment banking services to financially distressed companies and to creditors, purchasers, bondholders, and other constituencies in chapter 11 as well as in out of court proceedings.  Representative engagements that investment bankers at Raymond James have led in prior chapter 11 cases and restructurings include:  American Eagle Energy Corporation; American IronHorse Motorcycles, Inc.; ATLS Acquisition, LLC; BI-LO, LLC; BJ Services, LLC; Bluestem Brands, Inc.; Buccaneer Energy; Calpine Energy; CB Holding Corp.; CCNG Energy Partners;

Clarus Therapeutics Holdings, Inc.; ColorSpot Holdings, Inc.; Dakota Plains Holdings, Inc.; Diamond Glass Companies, Inc.; Gateway Ethanol, LLC; Giordano's Enterprises, Inc.; Gulf Fleet Holdings, Inc.; Halt Medical, Inc.; Hipcricket, Inc.; HMX Acquisition Corp.; Hooper Holmes, Inc.; International;  Garden Products, Inc.; Just One More Restaurant Corp.; KeyLime Cove Waterpark, Inc.; Loehmann's, Inc.; LVI Intermediate Holdings, Inc.; Max & Erma's, Inc.; National Envelope Corporation; Novan, Inc.; Personal Communication Devices, LLC; Phoenix Payment Systems, Inc.; PLx Pharma, Inc.; Proteus Digital Health, Inc.; Quanergy Systems, Inc.; Renew Energy, Inc.; Response Genetics, Inc.; Robbins Bros. Corporation; Santa Fe Gold Corporation; SynCardia Systems, Inc.; SP Newsprint Holding LLC; Teligent, Inc.; and The Palm Restaurant Group, Inc.

5.      In addition, I have taught the class "Corporate Restructuring" at Northwestern Pritzker School of Law as an adjunct professor since 2001.

6.      On September 30, 2024, the Debtors engaged Raymond James as investment banker.  Since its engagement, Raymond James has worked closely with the Debtors and their other professionals and advisors to assist the Debtors in evaluating various strategies and financial alternatives. Specifically, Raymond James has assisted the Debtors in analyzing their in- and out-of-court restructurings alternatives, obtaining post-petition financing, initiating a robust marketing process for a stalking horse bidder and other potential bidders, and preparing for the chapter 11 cases.  As a result of Raymond James's work to date, Raymond James has become well-acquainted with the Debtors' business operations and financial affairs, including the Debtors' current liquidity situation and financing requirements.  Accordingly, Raymond James is well qualified to and has the necessary background and relevant experience required in order to serve as the Debtors' investment banker and financial advisor in these cases.

53240640.2 01/17/2025

7.      In consideration of the services to be provided by Raymond James, subject to the Court's approval, the Debtors and Raymond James have agreed on the proposed compensation set forth in the Engagement Letter (the "Fee and Expense Structure").  The Fee and Expense Structure summarized in the Application and described fully in the Engagement Letter is consistent with Raymond James's normal and customary billing practices of comparably sized and complex cases and transactions, both in and out-of-court, involving the services to be provided in connection with these chapter 11 cases.  Moreover, the Fee and Expense Structure is consistent with and typical of arrangements entered into by Raymond James in connection with rendering comparable services to clients such as the Debtors.  Raymond James and the Debtors believe that the Fee and Expense Structure is both reasonable and market-based.

8.      In connection with its proposed retention by the Debtors in their chapter 11 cases, Raymond James obtained from the Debtors or their representatives the names of individuals and entities that may be parties in interest in the Debtors' chapter 11 cases (the "Potential Parties in Interest"), which parties are listed on Schedule 1 annexed hereto.  Raymond James then compared the names of the Potential Parties in Interest with the names of entities that have entered into investment banking engagement agreements with Raymond James in the last three years.  To the extent that this inquiry revealed that any of the Potential Parties in Interest (or their apparent affiliates or entities that Raymond James believes to be affiliates, as the case may be) entered into any such engagement agreements with Raymond James within the last three years, such parties are set forth in Schedule 2 annexed hereto.  To the best of my knowledge and belief, Raymond James's representation of each entity listed on Schedule 2 (or their apparent affiliates or entities that Raymond James believes to be affiliates, as the case may be) was or is only on matters that are unrelated to the Debtors and their chapter 11 cases, except as stated herein.  Other than as listed

on Schedule 2, I am unaware of any investment banking engagements of Raymond James by the Potential Parties in Interest within the last three years.

9.      Given the size of the firm and the breadth of Raymond James's client base, it is possible that Raymond James may now or in the future be retained by one or more of the Potential Parties in Interest in unrelated matters without my knowledge. To the extent that Raymond James discovers any, or enters into any new, material relationship with Potential Parties in Interest relating to the Debtors or these chapter 11 cases, it will supplement this declaration.

10.     In addition to the parties listed on Schedule 1, Raymond James or its affiliates may also represent, or may have represented, affiliates, equity holders, creditors or sponsors of Potential Parties in Interest, and may have worked with, continue to work with, have or had mutual clients with, been represented by or advised certain accounting and law firms that are Potential Parties in Interest (and, in the case of law firms, may have entered into engagement agreements in which the law firm was named as the client although the work was performed for a mutual client of the applicable law firm). Raymond James may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that are Potential Parties in Interest. Certain of the Potential Parties in Interest may also be vendors or have other non-investment banking relationships with Raymond James.

11.     As a global investment and financial services firm, Raymond James and certain of its affiliates may be involved in arbitration or litigation in the ordinary course of business with some Potential Parties in Interest and may have in the past represented, and may currently represent and likely in the future will represent, creditors of the Debtors in connection with matters unrelated to the Debtors and their chapter 11 cases. Except as otherwise disclosed in connection with this

5

Application, at this time, Raymond James is not aware of any other adverse interest or other connection it has with the Debtors, their creditors, the U.S. Trustee, or any Potential Parties in Interest herein in the matters upon which Raymond James is to be retained.

12.     Although Raymond James has researched the Potential Parties in Interest list, the Debtors may have customers, creditors, competitors, and other parties with whom they maintain business relationships that are not included as Potential Parties in Interest and with whom Raymond James may maintain business relationships.  Although it is possible that employees of certain affiliates may assist Raymond James in connection with Raymond James's engagement, as only Raymond James is being retained by the Debtors, we have researched only the electronic client files and records of Raymond James, not of all of its affiliates, to determine connections with any Potential Parties in Interest.

13.     As of the date hereof, Raymond James and its affiliates have approximately 7,500 financial advisors worldwide.  It is possible that Raymond James and its affiliates and certain of their respective directors, officers, and employees may have had in the past, may currently have, or may in the future have connections to (i) the Debtors, (ii) Potential Parties in Interest in the Debtors' chapter 11 cases, or (iii) funds or other investment vehicles that may own debt or securities of the Debtors or other Potential Parties in Interest.

14.     During the 90-day period prior to the Petition Date, the Debtors paid Raymond James $150,000 in fees and $16,000 as reimbursement for Raymond James's actual and estimated expenses.

15.     Other than as disclosed herein, Raymond James has no relationship with the Debtors of which I am aware after due inquiry.

53240640.2 01/17/2025

16.     Based upon the foregoing, except as otherwise set forth herein, to the best of my knowledge, information, and belief, Raymond James (i) is not a creditor, equity security holder or an insider of the Debtors and (ii) is not or was not, within two years before the Debtors' Petition Date, a director, officer, or employee of any of the Debtors.  For the reasons set forth above, Raymond James believes that it is disinterested as defined in the Bankruptcy Code and does not hold or represent any interest materially adverse to the estates.

17.     No agreement or understanding exists between Raymond James and any other person, other than as permitted by section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these chapter 11 cases.

18.     The foregoing constitutes the statement of Raymond James pursuant to Bankruptcy Rule 2014-l(a).

Dated:  January 17, 2025                          By: */s/ Geoffrey Richards*
                                                  Geoffrey Richards
                                                  Raymond James & Associates, Inc.

**SCHEDULE 1**

**(Potential Parties in Interest List)**

| Debtors |
| --- |
| Diamond Comic Distributors, Inc. |
| Diamond Select Toys & Collectibles, LLC |
| Comic Exporters, Inc. |
| Comic Holdings, Inc. |
| **Non-Debtor Affiliates** |
| Armory Game Distributors, Inc. |
| Diamond Comic Distributors UK |
| Diamond International Galleries, Inc. |
| DST Investments, LLC |
| E. Gerber Products, LLC |
| Game Consolidators, LLC |
| Gemstone Publishing, Inc. |
| Mamanook I, LLC |
| Mid-Atlantic Loan Acquisition I, LLC |
| Renegade Games, LLC |
| Rosebud Entertainment, LLC |
| Stephen A. Geppi Irrevocable Trust |
| Stephen A. Geppi Revocable Trust |
| **Equity Holders** |
| Melinda C. Geppi |
| SG Resource LLC |
| Stephen A. Geppi |
| **Officers/Directors** |
| Bradley E. Scher |
| Charlie Tyson |
| Christopher Powell |
| Chuck Parker |
| Chuck Terceira |
| Daniel Hirsh |
| Katherine Govier |
| Larry R. Swanson |
| Robert Gorin |
| Sean Meadows |
| Timothy Lenaghan |
| **Banks / Secured Creditors** |
| Bank of Montreal |
| JPMorgan Chase Bank, N.A. |
| **Debtor Professionals** |
| Getzler Henrich & Associates LLC |
| Saul Ewing LLP |
| Stephenson Harwood LLP |
| **Other Professionals** |
| Locke Lord LLP |

| Suppliers/Vendors |
| --- |
| 3D Systems Corporation |
| Aftershock Comics, LLC |
| Ara, Inc. |
| Arcane Tinmen ApS |
| Bandai Co., Ltd. |
| Blueyonder, Inc. |
| Boom Entertainment, Inc. |
| Deferred Trx |
| Dstlry Media, Inc. |
| Dynamic Forces, Inc. |
| Funko LLC |
| Good Smile Company, Inc. |
| Hachette Book Group USA, Inc. |
| Hasbro Toy Group, Inc. |
| Image Comics, Inc. |
| Integrated Connection LLC |
| National Entertainment Collectibles Association, Inc. (NECA) |
| Oni-Lion Forge Publishing Group, LLC |
| Paizo Inc. |
| Penguin Random House LLC |
| The Pokémon Company International, Inc. |
| Ravensburger North America, Inc. |
| Reynolds Advanced Materials US, Inc. |
| Square Enix, Inc. |
| Titan Publishing Group Ltd. |
| TMP International, Inc. |
| Udon Entertainment Inc. |
| Ultra Pro International, LLC |
| United Parcel Service, Inc. (UPS) |
| Viz Media, LLC |
| Wizards of the Coast, LLC |
| **Other** |
| Automatic Data Processing, Inc. |
| Aetna Inc. |
| American Express Company |
| ARA, Inc. |
| Authorize.Net LLC |
| Paymentech, LLC |
| Cigna Corporation |
| Davis Vision, Inc. |
| Elective Staffing Midsouth LLC |
| ETS, Inc |

| | |
|---|---|
| Express Services, Inc. | Warner Bros. Consumer Products Inc. |
| Joshua M. Geppi | **Key Customers** |
| Kevin Kobbe | 2428392, Inc. dba FYE |
| Luminaire Health Benefits, Inc. | Amazon.com, Inc. |
| PayPal Holdings, Inc | Animextreme Inc. |
| PaySimple, Inc. | Baker & Taylor Books, Inc. |
| Randstad North America, Inc. | Barnes & Noble, Inc. |
| The Hartford Financial Services Group, Inc. | Booktopia Direct Pty Ltd (Air) |
| The Tailored Staff, LLC | Booktopia Pty Ltd |
| United States Customs & Border Protection | Boom Entertainment, Inc. |
| Xceeding Partnership Solutions LLC | BZVirtual LLC |
| **Landlords** | Chaos Pop Pty Ltd |
| BCI IV Memphis Dc LLC | Comics-N-Stuff |
| Big Box Property Owner E, LLC | Cosmic Comics, Inc. |
| BNC Strategic Capital Ventures, LLC | DCBS, Inc. |
| MDH F2 Bal Beltway North, LLC | Diamond Select Toys & Collectibles, LLC |
| Realbat Inc. | Distribution Universe, Inc. |
| Rock Lease Administration | Dorksidetoys, Inc. |
| Phoenix Fort Wayne, LLC | Dynamic Entertainment, LLC |
| PW Fund B LP | Electronics Boutique Canada, Inc. |
| SFV York Road, LLC | Entertainment Earth, Inc. |
| **License Agreement Parties** | Harrison's Comics & Collectibles, Inc. |
| Dork Storm Press LLC | Heathside Trading Ltd |
| All Elite Wrestling LLC | HEO GmbH |
| Bruce Lee LLC | Idea and Design Works, LLC |
| Dammage 7, Inc. | Image Comics, Inc. |
| Disney Consumer Products, Inc. | Indigo Books and Music, Inc. |
| Evolution USA LLC | Indy Comics LLC |
| Fox Entertainment Group LLC | Ingram Book Group LLC |
| Hasbro, Inc. | Kadokawa World Entertainment, Inc. |
| International Merchandising Corporation | Kaiba Corporation |
| IMG Worldwide Holdings, LLC | Kieren Consulting, LLC |
| Legendary Licensing LLC | Lone Star Comics, Inc. |
| Lions Gate Entertainment Corporation | Malta Comics & Collectibles, Inc. |
| Marvel Brands LLC | Marvel Entertainment, LLC |
| Netflix CPX LLC | Replay Toys LLC |
| SEGA of America, Inc. | Rosebud Entertainment LLC |
| Skybound LLC | Source Point Press, LLC |
| Sony Pictures Consumer Products Inc. | Sure Thing Sales LLC |
| Synthesis Entertainment Inc. | Terminal Distribuzione S.R.L. |
| The Green Hornet, Inc. | The Marmaxx Group, Inc. |
| Toho Co., Ltd. | The Westfield Company, Inc. |
| Paramount Global | THG OnDemand Limited |
| | Things From Another World, Inc. |

2

| | |
|---|---|
| Torpedo Comics Vintage & Trade, Inc. | Katherine A. Levin |
| Valiant Entertainment, LLC | Omnia A. Shedid |
| Walgreen Co. | Tony Pika |
| **Office of the United States Trustee – Region 4 District of Maryland (Baltimore Division)** | **Judges in the U.S. Bankruptcy Court for the District of Maryland** |
| Amy C. Busch | Chief Judge David E. Rice |
| Christina Schruefer | Judge Lori S. Simpson |
| Danielle Brown | Judge Maria Ellena Chavez-Ruark |
| Denise Bachman | Judge Michelle M. Harner |
| Gerard R. Vetter | Judge Nancy V. Alquist |
| Hugh M. Bernstein | Judge Thomas J. Catliota |
| Jeffrey Heck | |

53240640.2 01/17/2025

## SCHEDULE 2

**(Representations of Parties in Interest)**

| Individual / Entity | Relationship to Debtor | Affiliated Entities | Status | Relationship to Raymond James & Associates, Inc. & Affiliates |
|---|---|---|---|---|
| Melinda C. Geppi | Equity Holder | Diamond Comic Distributors, Inc. | Active | 1. Raymond James may hold accounts for this individual. Unable to complete analysis without Social Security number. |
| Christopher Powell | Officer & Director | Diamond Comic Distributors, Inc. | Active | 1. Raymond James may hold accounts for this individual. Unable to complete analysis without Social Security number. |
| PayPal Holdings, Inc | Other | Diamond Comic Distributors, Inc. | Active | 1. Raymond James or one of its affiliates is an investor in this Entity.<br><br>2. Raymond James has received commissions from this entity unrelated to this matter.<br><br>3. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>4. One or more members of the Executive Committee of Raymond James is a shareholder of the entity.<br><br>5. Raymond James or its affiliates contacted this entity unrelated to this matter. |
| Bank of Montreal | Banks & Secured Creditors | Diamond Comic Distributors, Inc. | Active | 1. Raymond James has received commissions from this entity unrelated to this matter.<br><br>2. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>3. One or more members of the Executive Committee of Raymond James is a shareholder in the Entity.<br><br>4. Raymond James Limited participated in a syndicate with the Entity.<br><br>5. Raymond James or its affiliates has multiple professional relationships with this entity unrelated to this matter. |
| JPMorgan Chase Bank, N.A. | Banks & Secured Creditors | Diamond Comic Distributors, Inc. | Active | 1. Raymond James has received commissions from this entity unrelated to this matter.<br><br>2. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>3. One or more members of the Executive Committee of Raymond James is a shareholder in the entity.<br><br>4. Raymond James or its affiliates have had been involved in multiple garnishments, subpoenas, arbitrations, and litigations involving this entity.<br><br>5. Raymond James or one of its affiliates is an investor in this entity.<br><br>6. Raymond James or its affiliates have multiple account relationships with this entity.<br><br>7. This entity is majority owner of a Raymond James fund.<br><br>8. Raymond James or its affiliates has hired the Entity as a vendor.<br><br>9. Raymond James or its affiliates has multiple professional relationships with this entity unrelated to this matter. |
| Saul Ewing LLP | Debtor Counsel | Diamond Comic Distributors, Inc. | Active | 1. Raymond James or its affiliates has hired the entity as a vendor for matters unrelated to these cases. |
| Locke Lord LLP | Other Professionals | Diamond Comic Distributors, Inc. | Active | 1. Raymond James or its affiliates has hired the entity as third-party counsel and vendor for matters unrelated to these cases. |
| Ara, Inc. | Suppliers & Vendors | Diamond Comic Distributors, Inc. | Inactive | 1. Raymond James or its affiliates had a professional relationship with this entity unrelated to this matter.<br><br>2. Raymond James or its affiliates contacted this entity unrelated to this matter. |
| Deferred Trx | Suppliers & Vendors | Diamond Comic Distributors, Inc. | Inactive | 1. Raymond James or its affiliates may have a professional relationship with this entity unrelated to this matter. |
| United Parcel Service, Inc. | Suppliers & Vendors | Diamond Comic Distributors, Inc. | Active | 1. Raymond James or its affiliates may have previously held accounts for this entity.<br><br>2. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>3. One or more members of the Executive Committee of Raymond James is a shareholder in the entity.<br><br>4. Raymond James or its affiliates have had two (2) contracts & agreements with this vendor related to two (2) closed transactions.<br><br>5. Raymond James has hired this entity as a vendor. |
| Automatic Data Processing, Inc. | Other Creditors & Contracts | Diamond Comic Distributors, Inc. | Active | 1. Raymond James or its affiliates had a professional relationship with this entity unrelated to this matter.<br><br>2. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>3. One or more members of the Executive Committee of Raymond James is a shareholder in the entity. |
| American Express Company | Other Creditors & Contracts | Diamond Comic Distributors, Inc. | Active | 1. Raymond James has been engaged by the entity for fixed income services.<br><br>2. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>3. One or more members of the Executive Committee of Raymond James is a shareholder in the entity.<br><br>4. Raymond James or one of its affiliates is an investor in this entity.<br><br>5. Raymond James has hired this entity as a vendor.<br><br>6. Raymond James or its affiliates contacted this entity unrelated to this matter. |

| Individual / Entity | Relationship to Debtor | Affiliated Entities | Status | Relationship to Raymond James & Associates, Inc. & Affiliates |
|---|---|---|---|---|
| Cigna Corporation | Other Creditors & Contracts | Diamond Comic Distributors, Inc. | Active | 1. Raymond James has received commissions from this entity unrelated to this matter.<br><br>2. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>3. One or more members of the Executive Committee of Raymond James is a shareholder in the entity.<br><br>4. Raymond James or its affiliates have a professional relationship with this entity unrelated to this matter. |
| The Hartford Financial Services Group, Inc. | Other Creditors & Contracts | Diamond Comic Distributors, Inc. | Active | 1. Raymond James has been engaged by the entity for fixed income services.<br><br>2. Raymond James and its affiliates have a professional relationship with this entity that is unrelated to the current matter.<br><br>3. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James. |
| Amazon.com, Inc. | Customer | Diamond Comic Distributors, Inc. | Active | 1. The entity acted as guarantor on a syndicated loan in which RJ Bank was a participant.<br><br>2. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>3. One or more members of the Executive Committee of Raymond James is a shareholder in the entity.<br><br>4. The entity was involved with a closed subpoena as plaintiff/claimant, involving Raymond James or its affiliates.<br><br>5. Raymond James or one of its affiliates in an investor in this entity.<br><br>6. Employees of Raymond James or its affiliates have recently been employed on a part time basis by the entity.<br><br>7. Raymond James GEIB is pursuing a transaction in which this entity may be involved.<br><br>8. Raymond James or its affiliates contacted this entity unrelated to this matter. |
| Barnes & Noble, Inc. | Customer | Diamond Comic Distributors, Inc. | Active | 1. Employees of Raymond James or its affiliates have recently been employed on a part time basis by this entity. |
| Walgreen Co. | Customer | Diamond Comic Distributors, Inc. | Active | 1. Raymond James GEIB pursued transaction in which the entity may have been involved.<br><br>2. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>3. One or more members of the Executive Committee of Raymond James is a shareholder in the entity.<br><br>4. The entity was involved with a closed subpoena as defendant/respondent, involving Raymond James or its affiliates.<br><br>5. Employees of Raymond James or its affiliates have recently been employed on a part time basis by the entity. |
| Danielle Brown | Office of US Trustee | Diamond Comic Distributors, Inc. | Active | 1. May hold accounts for this individual. Unable to complete analysis without Social Security number. |
| Chief Judge David E. Rice | US Bankruptcy Judges (MD) | Diamond Comic Distributors, Inc. | Active | 1. May hold accounts for this individual. Unable to complete analysis without Social Security number. |
| Judge Maria Ellena Chavez-Ruark | US Bankruptcy Judges (MD) | Diamond Comic Distributors, Inc. | Active | 1. May provided annuity policy to this individual. Unable to complete analysis without Social Security number. |
| Hasbro Toy Group, Inc. | Suppliers & Vendors | Diamond Comic Distributors, Inc. | Active | 1. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James. |
| The Pokémon Company International, Inc. | Suppliers & Vendors | Diamond Comic Distributors, Inc. | Active | 1. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James. |
| Disney Consumer Products, Inc. | License Agreement Parties | Diamond Select Toys and Collectibles, LLC | Active | 1. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>2. One or more members of the Executive Committee of Raymond James is a shareholder in the entity. |
| Fox Entertainment Group LLC | License Agreement Parties | Diamond Select Toys and Collectibles, LLC | Active | 1. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>2. Raymond James or its affiliates have a professional relationship with this entity unrelated to this matter. |
| Hasbro, Inc. | License Agreement Parties | Diamond Select Toys and Collectibles, LLC | Active | 1. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>2. One or more members of the Executive Committee of Raymond James is a shareholder in the entity. |
| Netflix CPX LLC | License Agreement Parties | Diamond Select Toys and Collectibles, LLC | Active | 1. Raymond James or its affiliates contacted this entity unrelated to this matter.<br><br>2. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>3. One or more members of the Executive Committee of Raymond James is a shareholder in the entity. |
| Sony Pictures Consumer Products Inc. | License Agreement Parties | Diamond Select Toys and Collectibles, LLC | Active | 1. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>2. One or more members of the Executive Committee of Raymond James is a shareholder in the entity. |
| Paramount Global | License Agreement Parties | Diamond Select Toys and Collectibles, LLC | Active | 1. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James. |
| Warner Bros. Consumer Products Inc. | License Agreement Parties | Diamond Select Toys and Collectibles, LLC | Active | 1. Raymond James and its affiliates has had a professional relationship with its subsidiary on matters unrelated to the current transaction.<br><br>2. Raymond James or its affiliates employ individuals with shares held in accounts outside of Raymond James.<br><br>3. One or more members of the Executive Committee of Raymond James is a shareholder in the entity. |

3