**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Requested Objection Deadline:**<br>February 3, 2025 at 4:00 p.m. (ET)<br>**Requested Hearing Date:**<br>February 6, 2025 at 10:00 a.m. (ET) |

**NOTICE OF THE DEBTORS' MOTION FOR AN ORDER (I) AUTHORIZING AND APPROVING BIDDING PROCEDURES FOR THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (II) APPROVING BID PROTECTIONS, (III) SCHEDULING AN AUCTION AND A SALE HEARING, (IV) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (V) ESTABLISHING NOTICE AND PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND LEASES**

**PLEASE TAKE NOTICE** that on the date hereof, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed the *Debtors' Motion for an Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, and (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases* (the "Bid Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have also filed a motion to shorten the time for parties to respond to the Bid Procedures Motion and for an expedited hearing with respect to the Bid Procedures Motion. If the motion to shorten is granted, then the Debtors will file an amended notice of the Bid Procedures Motion reflecting the objection deadline and hearing date set forth in the order granting the motion to shorten.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Motion to Shorten, the Debtors have requested that objections, if any, to the Bid Procedures Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 101 West Lombard Street, Suite 8530, Baltimore, Maryland 21201, on or before **February 3, 2025, at 4:00 p.m. (prevailing Eastern**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**Time)** (the "Objection Deadline"); (c) be served so as to be received on or before the Objection Deadline by the undersigned proposed counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have requested a hearing to consider the relief requested in the Bid Procedures Motion to be held before the Honorable David E. Rice at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, Maryland 21201, on **February 6, 2025, at 3:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE BID PROCEDURES MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 21, 2025

**SAUL EWING LLP**
By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
  adam.isenberg@saul.com
  turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
  paige.topper@saul.com
  nicholas.smargiassi@saul.com

*Proposed Counsel to the Debtors and Debtors in Possession*