**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re:

| | |
|---|---|
| **Diamond Comic Distributors, Inc.** | **Bankr. Case No.: 25-10308-DER** |
| **Comic Exporters, Inc.** | **Bankr. Case No.: 25-10309-DER** |
| **Comic Holdings, Inc.** | **Bankr. Case No.: 25-10311-DER** |
| **Diamond Select Toys & Collectibles, LLC** | **Bankr. Case No.: 25-10312-DER** |

     **Debtors**                                **(Chapter 11)**

                                                **(Joint Administration Requested)**

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF ENTRY OF APPEARANCE AND**
**<u>REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS</u>**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of **NECA, LLC**, and requests that he be placed on all general and special and/or limited mailing matrices in this case, and that pursuant to 11 U.S.C. §§ 102 (1), 342 and 1109(b) and Bankruptcy Rules 2002, 4001, 9007 and 9010, all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon undersigned counsel at the address and telephone number set forth below.

<u>/s/ Zvi Guttman</u>
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500 Phone
(410) 580-0700 Fax
Zvi@Zviguttman.com

**Counsel to NECA LLC**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on January 21, 2025, a copy of the foregoing Entry of

Appearance and Request for Notices were filed and served electronically using the Court's ECF

System, to the parties identified:

**By CM/ECF:**[1]

Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
Daniel Jack Blum    jack.blum@polsinelli.com,
lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Thomas K. Bredar    thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Jordan Rosenfeld    jordan.rosenfeld@saul.com
Indira Kavita Sharma    indira.sharma@troutman.com,
katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Brent C. Strickland    bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

/s/ Zvi Guttman

---

[1] This Request was filed in all 4 identified cases and the enumerated parties if not served in this case were served with this Request in one or more the identified case.