# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Zvi Guttman, Esquire, a member in good standing of the bar of this Court, moves the admission of **Andrew Brown**, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for **NECA LLC.**

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.
2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

| State Court and Date of Admission | U.S. Court and Date of Admission |
|---|---|
| New York (2019) | (S.D.N.Y. 2019) |
| | (E.D.N.Y. 2019) |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in the Court  0 times. Proposed admittee is not currently admitted in any active unrelated cases in this Court.[1]

---

[1] *See* Local District Court Rule 101(1)(b)(iii).

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then the proposed admittee must submit a statement fully explaining all relevant facts.)
6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.
7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.
8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.
9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."
10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

/s/ Zvi Guttman
Zvi Guttman, (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500
Zvi@zviguttman.com

Movant

/s/ Andrew Brown
Andrew Brown
Klestadt Winters Jureller Southard & Stevens, LLP 200 West 41st Street, 17th Fl
New York, New York 10036
(646) 998-6513
ABrown@Klestadt.com

Proposed Admittee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 22, 2025, copies of the foregoing were filed and served electronically using the Court's ECF System, to the parties identified:

**By CM/ECF:**

Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Jordan Rosenfeld     jordan.rosenfeld@saul.com
Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Brent C. Strickland     bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV

/s/ Zvi Guttman