**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>February 3, 2025 at 4:00 p.m. (ET)<br>**Hearing Date:**<br>February 6, 2025 at 10:00 a.m. (ET) |

**AMENDED[2] NOTICE OF THE DEBTORS' MOTION FOR AN ORDER (I)
AUTHORIZING AND APPROVING BIDDING PROCEDURES FOR THE SALE OF
ALL OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (II) APPROVING BID
PROTECTIONS, (III) SCHEDULING AN AUCTION AND A SALE HEARING, (IV)
APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (V)
ESTABLISHING NOTICE AND PROCEDURES FOR THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND LEASES**

**PLEASE TAKE NOTICE** that on January 21, 2025, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed the *Debtors' Motion for an Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, and (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases* (D.I. 68) (the "Bid Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Bid Procedures Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 101 West Lombard Street, Suite 8530, Baltimore, Maryland 21201, on or before **February 3, 2025, at 4:00**

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]   This amended notice sets forth the objection deadline and hearing date for the Bid Procedures Motion as approved by the Bankruptcy Court pursuant to the *Order Granting Debtors' Motion to Shorten Notice of the Debtors' Motion for an Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, and (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases* (D.I. 72).

53784590.1

**p.m. (prevailing Eastern Time)** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by the undersigned proposed counsel for the Debtors.

 **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Bid Procedures Motion will be held before the Honorable David E. Rice at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, Maryland 21201, on **February 6, 2025, at 10:00 a.m. (prevailing Eastern Time)**.

 **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE BID PROCEDURES MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 22, 2025

**SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*

Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
 adam.isenberg@saul.com
 turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
 paige.topper@saul.com
 nicholas.smargiassi@saul.com

*Proposed Counsel to the Debtors and Debtors in Possession*

53784590.1