**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | |
| | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on January 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2]**

- **Notice of Application of Complex Chapter 11 Case Procedures [Docket No. 3]**

- **Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors' Top Thirty Creditors; (II) Redact Individual Customer Information; and (III) Provide Notices [Docket No. 5]**

- **Debtors' Motion for Entry of an Order Extending the Time Within Which Debtors Must File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 7]**

- **Debtors' Application to Appoint Omni Agent Solutions, Inc., as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 8]**

- **Support Document Exhibit A - Proposed Order of Debtors Motion for Entry of an Order Authorizing the Debtors to (I) File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors Top Thirty Creditors; (II) Redact Individual Customer Information; and (III) Provide Notices [Docket No. 9]**

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief [Docket No. 10]**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

- **Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 11]**

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 12]**

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [Docket No. 14]**

- **Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain their Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 15]**

- **Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business [Docket No. 16]**

- **Debtors' Motino for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief [Docket No. 17]**

- **Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief [Docket No. 18]**

- **Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 19]**

- **Declaration of Robert Gorin in Support of First Day Relief [Docket No. 20]**

- **Declaration of Alec Haesler in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 21]**

- **Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 41]**

- **Order Authorizing the Debtors to (I) File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors' Top Thirty Creditors; (II) Redact Individual Customer Information; and (III) Provide Notices [Docket No. 42]**

- **Order Authorizing Retention and Appointment of Omni Agent Solutions, Inc., as Claims and Noticing Agent Effective as of Petition Date [Docket No. 43]**

- **Order Extending the Time Within Which the Debtors Must File their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 44]**

- **Interim Order (I) Authorizing Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief [Docket No. 46]**

- **Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 47]**

- **Interim Order Authorizing the Debtors to (I) Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 48]**

- **Interim Order (I) Authorizing Debtors' Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [Docket No. 49]**

- **Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain the Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 50]**

- **Interim Order Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business [Docket No. 51]**

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief [Docket No. 52]**

- **Interim Order (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief [Docket No. 53]**

- **Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 54]**

- **Notice of Final Hearing to Consider First Day Pleadings [Docket No. 66]**

on January 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 12]**

- **Order Directing Joint Administration of The Debtors' Chapter 11 Cases [Docket No. 41]**

- **Order Authorizing the Debtors to (I) File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Debtors' Top Thirty Creditors; (II) Redact Individual Customer Information; and (III) Provide Notices [Docket No. 42]**

- **Order Authorizing Retention and Appointment of Omni Agent Solutions, Inc., as Claims and Noticing Agent Effective as of Petition Date [Docket No. 43]**

- **Order Extending the Time Within Which the Debtors Must File Their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 44]**

- **Interim Order (I) Authorizing Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief [Docket No. 46]**

- **Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 47]**

- **Interim Order Authorizing the Debtors to (I) Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 48]**

- **Interim Order (I) Authorizing Debtors' Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [Docket No. 49]**

- **Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain the Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 50]**

- **Interim Order Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business [Docket No. 51]**

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief [Docket No. 52]**

- **Interim Order (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief [Docket No. 53]**

- **Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 54]**

- **Notice of Final Hearing to Consider First Day Pleadings [Docket No. 66]**

On January 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit C**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 11]**

- **Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 47]**

- **Notice of Final Hearing to Consider First Day Pleadings [Docket No. 66]**

On January 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit D**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 12]**

- **Interim Order Authorizing the Debtors to (I) Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 48]**

- **Notice of Final Hearing to Consider First Day Pleadings [Docket No. 66]**

On January 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit E**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief [Docket No. 10]**

- **Interim Order (I) Authorizing Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief [Docket No. 46]**

- **Notice of Final Hearing to Consider First Day Pleadings [Docket No. 66]**

On January 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit F**:

- **Interim Order (I) Authorizing Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief [Docket No. 46]**

- **Notice of Final Hearing to Consider First Day Pleadings [Docket No. 66]**

On January 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit G**:

- **Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain their Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 15]**

- **Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain the Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 50]**

- **Notice of Final Hearing to Consider First Day Pleadings [Docket No. 66]**

On January 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit H**:

- **Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain the Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 50]**

- **Notice of Final Hearing to Consider First Day Pleadings [Docket No. 66]**

On January 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit I**:

- **Interim Order (I) Authorizing Debtors' Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [Docket No. 49]**

- **Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain the Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 50]**

- **Interim Order Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business [Docket No. 51]**

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief [Docket No. 52]**

- **Interim Order (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief [Docket No. 53]**

- **Notice of Final Hearing to Consider First Day Pleadings [Docket No. 66]**

On January 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit J**:

- **Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 19]**

- **Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 54]**

- **Notice of Final Hearing to Consider First Day Pleadings [Docket No. 66]**

On January 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit K**:

- **Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 54]**

- **Notice of Final Hearing to Consider First Day Pleadings [Docket No. 66]**

Dated: January 20, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 20th day of January, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# EXHIBIT A

**Exhibit A**

**Master Service List**

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Governmental Agencies | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | First Class Mail |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | First Class Mail |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | First Class Mail |
| 30 Largest | Microsoft Corp | 1 Microsoft Way<br>Redmond, WA 98052 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Kris Kobach<br>120 Sw 10th Ave, 2nd Fl<br>Topeka, Ks 66612-1597 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, Ca 95814 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, Ri 02903 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, Mo 63703 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Gentner Drummond<br>313 Ne 21st St<br>Oklahoma City, Ok 73105 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Chris Carr<br>40 Capital Sq Sw<br>Atlanta, Ga 30334-1300 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Brian Schwalb<br>400 6th St Nw<br>Washington, Dc 20001 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, Tn 37243 | First Class Mail |
| Attorney General | Office Of The Attorney General | Walter Sillers<br>Bldg 550 High St, Ste 1200<br>Jackson, Ms 39201 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, Mo 64106 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, Mo 63101 | First Class Mail |
| Attorney General | Office Of The Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, Ca 94102-7004 | First Class Mail |
| Attorney General | Office Of The Attorney General | State Of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.o. Box 300152<br>Montgomery, Al 36130-0152 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.o. Box 12548<br>Austin, Tx 78711-2548 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, Ky 40601 | First Class Mail |
| Attorney General | Office Of The Attorney General | 601 S University Ave<br>Carbondale, Il 62901 | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Josh Stein<br>Dept Of Justice<br>P.o. Box 629<br>Raleigh, Nc 27602-0629 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Lynn Fitch<br>Dept Of Justice<br>P.o. Box 220 Jackson, Ms 39205 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, Il 60601 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Herbert H Slattery, Iii<br>P.o. Box 20207<br>Nashville, Tn 37202-0207 | First Class Mail |
| Attorney General | Office Of The Attorney General | AZ Ag Office – Css<br>P.o. Box 6123, Md  7611<br>Phoenix, Az 85005-6123 | First Class Mail |
| Attorney General | Office Of The Attorney General | Supreme Court Bldg<br>P.o. Box 899<br>Jefferson City, Mo 65102 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.o. Box 9020192<br>San Juan, Pr 00902-0192 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | First Class Mail |
| Attorney General | Office Of The Attorney General | California Dept Of Justice<br>P.o. Box 944255<br>Sacramento, Ca 94244-2550 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, Co 80203 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.o. Box 11549<br>Columbia, Sc 29211-1549 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.o. Box 080<br>Trenton, Nj 08625 | First Class Mail |
| Attorney General | Office Of The Attorney General | 800 5th Ave, Ste 2000<br>Seattle, Wa 98104 | First Class Mail |
| Attorney General | Office Of The Attorney General | 500 S 2nd St<br>Springfield, Il 62701 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, Mn 55155 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, Wv 25305 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY  82002 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, Me 04333 | First Class Mail |

**Exhibit A**

**Master Service List**

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, Oh 43266-0410 | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, Mo 65101 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ashley Moody<br>The Capital, Pl 01<br>Tallahassee, Fl 32399-1050 | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Kaul<br>Wisconsin Dept Of Justice<br>State Capital, Rm 114 E<br>P.o. Box 7857<br>Madison, Wi 53707-7857 | First Class Mail |
| US Attorney's Office | Office Of The Us Attorney | For The Dist Of Maryland<br>36 S Charles St, 4th Fl<br>Baltimore, Md 21201 | First Class Mail |
| Governmental Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | First Class Mail |
| US Attorney's Office | US Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | First Class Mail |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)

# **EXHIBIT B**

**Exhibit B**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | ARA, Inc | Attn: Amelia Garcia<br>602 Main St, Ste 300<br>Cincinnati, OH 45202 | amelia.garcia@electivestaffing.com | Email |
| 30 Largest | Bandai Co, Ltd | Attn: Tomoaki "Benjy" Ishikawa<br>4-8 Komagata 1-chome<br>Taito-ku, Tokyo 111-8081<br>Japan | tishikawa@bnta.com | Email |
| 30 Largest | Bandai Namco Toys & Collectibles America Inc | Attn: Teppei Onoki<br>23 Odyssey Irvine<br>Irvine, CA 92618 | tonoki@bntca.com | Email |
| 30 Largest | Beast Kingdom Co, Ltd | Attn: James Liu<br>12F, No 210, Sec 1<br>Sanmin Rd, Banqiao Dist<br>New Taipei City, 22069<br>Taiwan | jamesliu@beast-kingdom.com.tw | Email |
| 30 Largest | Catalyst Games Lab, LLC | Attn: Loren Coleman<br>7108 S Pheasant Ridge Dr<br>Spokane, WA 99224 | loren@catalystgamelabs.com | Email |
| 30 Largest | Disney Consumer Products, Inc | Attn: Corporate Legal<br>500 S Buena Vista St<br>Burbank, CA 91521 | dcp.legalnotices@disney.com | Email |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | kevin.kobbe@us.dlapiper.com | Email |
| 30 Largest | Dynamic Forces, Inc | Attn: Nick Barrucci<br>113 Gaither Dr, Ste 205<br>Mount Laurel, NJ 08054 | nick.barrucci@dynamite.com | Email |
| 30 Largest | Funko, LLC | Attn: Lesley Hill<br>2802 Wetmore Ave<br>Everett, WA 98201 | lesley.hill@funko.com | Email |
| 30 Largest | Hasbro, Inc | Attn: Carla Cross<br>1027 Newport Ave<br>Pawtucket, RI 02861 | carla.cross@hasbro.com | Email |
| 30 Largest | Kin Kin Mould | Attn: Nelson Chan<br>Sheung Shui Ctr<br>3 Chi Cheong Rd, Unit 1003<br>Sheung Shui, HK<br>Hong Kong | nelsonchan20@vip.163.com | Email |
| 30 Largest | Little Buddy LLC | Attn: Andy Tanaka<br>7422 Orangewood Ave<br>Garden Grove, CA 92841 | andy@littlebuddytoys.com | Email |
| 30 Largest | Lunar Distribution | Attn: Christina Merkler<br>10701 Rose Ave<br>New Haven, IN 46774 | christina@lunardistribution.com | Email |
| 30 Largest | National Entertainment Collectibles Association Inc (NECA) | Attn: Dara Chesley<br>603 Sweetland Ave<br>Hillside, NJ 07205 | darac@wizkids.com | Email |
| Attorney General | Office Of The Attorney General | Attn: Bob Ferguson<br>1125 Washington St Se<br>P.o. Box 40100<br>Olympia, Wa 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, Md 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office Of The Attorney General | 441 4th St Nw, Ste 1100 S<br>Washington, Dc 20001 | oag@dc.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, Ar 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office Of The Attorney General | 345 State Capitol<br>Lincoln, Ne 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, Nd 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Dana Nessel<br>P.o. Box 30212<br>525 W Ottawa St<br>Lansing, Mi 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, Hi 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, Mt 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, Va 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Brenna Bird Hoover<br>State Office Bldg<br>1305 E Walnut<br>Des Moines, Ia 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, In 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |

**Exhibit B**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St Ne<br>Salem, Or 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office Of The Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, Nh 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, Ct 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, Ak 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, Ma 02108 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, Ma 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, Ma 01608 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, Ma 01103 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, Vt 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.o. Box 98920<br>Lincoln, Ne 68509-8920 | ago.info.help@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, Az 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| NOA | Office Of The US Trustee | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, Md 21201 | hugh.m.bernstein@usdoj.gov | Email |
| 30 Largest | Pai Technology Inc | Attn: Rocky Yu<br>177 E Colorado Blvd, Ste 200<br>Pasadena, CA 91105 | rockyyu@blokees.com | Email |
| 30 Largest | Penguin Random House LLC | Attn: Michelle Delavega<br>1745 Broadway<br>New York, NY 10019 | mdelavega@penguinrandomhouse.com | Email |
| *NOA - Counsel for Basic Fun, Inc. | Polsinelli PC | Attn: D Jack Blum/Mark B Joachim<br>1401 Eye St, NW, Ste 800<br>Washington, DC 20005 | jack.blum@polsinelli.com<br>mjoachim@polsinelli.com | Email |
| 30 Largest | Publisher Services, Inc | Attn: Dean Burnham<br>2800 Vista Ridge Dr<br>Suwanee, GA 30024 | deanb@pubservinc.com | Email |
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | Attn: Ashley N Fellona<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | ashley.fellona@saul.com | Email |
| 30 Largest | Simon & Schuster, Inc | Attn: Lauren Castner<br>1230 Ave of the Americas<br>New York, NY 10020 | lauren.castner@simonandschuster.com | Email |
| 30 Largest | Square Enix Holdings Co, Ltd | Attn: Kanji Tashiro<br>999 N Pacific Coast Hwy, 3rd Fl<br>El Segundo, CA 90245 | ktashiro@us.square-enix.com | Email |
| 30 Largest | Super7, Inc | Attn: Luke Martinez<br>777 Florida St, Ste 202<br>San Francisco, CA 94110 | luke@super7store.com | Email |
| 30 Largest | The Army Painter ApS | Attn: Michael Andersen<br>Christiansmindevej 12<br>Skanderborg, DK-8660<br>Denmark | mha@thearmypainter.com | Email |
| 30 Largest | The Pokémon Company International, Inc | Attn: Rich Henry<br>10400 NE 4th St, Ste 2800<br>Bellevue, WA 98004 | r.henry@pokemon.com | Email |
| 30 Largest | Titan Publishing Group Ltd | Attn: Nick Landau<br>144 Southwark St<br>London, SE1 0UP<br>United Kingdom | nick.landau@titanemail.com | Email |
| 30 Largest | Transcontinental Inc | Attn: Daniel Gallina<br>1 Place Ville Marie, Ste 3240<br>Montreal, QC H3B 0G1<br>Canada | daniel.gallina@tc.tc | Email |

**Exhibit B**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St, NW, Ste 500<br>Washington, DC 20001 | Toyja.Kelley@troutman.com<br>Indira.Sharma@troutman.com<br>Jonathan.Young@troutman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 | David.Ruediger@troutman.com<br>Katherine.Culbertson@troutman.com | Email |
| 30 Largest | Udon Entertainment Inc | Attn: Erik Ko<br>51 Ridgestone Dr<br>Richmond Hill, ON L4S 0E3<br>Canada | erikko@gmail.com | Email |
| 30 Largest | United Parcel Service, Inc | Attn: Mike Wise<br>55 Glenlake Pkwy NE<br>Atlanta, GA 30328 | michaelwise@ups.com | Email |
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 | hugh.m.bernstein@usdoj.gov | Email |
| 30 Largest | VIZ Media, LLC | Attn: Sarah Anderson<br>1355 Market St, Ste 200<br>San Francisco, CA 94103 | sarahanderson@viz.com | Email |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 | bstrickland@whitefordlaw.com | Email |
| *NOA - Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com | Email |
| 30 Largest | Wizards of the Coast LLC | Attn: Mk Smith<br>1107 Lake Washington Blvd N, Ste 800<br>Renton, WA 98056 | mk.smith@wizards.com | Email |
| 30 Largest | Xceeding Partnership Solutions | Attn: Sharon Zaragoza<br>8547 Dulwich Rd<br>Cordova, TN 38016 | Sharon.Zaragoza@xceedingps.com | Email |

**EXHIBIT C**

**Exhibit C**
Service List

| Description | Name | Address | | Method of Service |
|---|---|---|---|---|
| Utilities | City of Glendale | 141 N Glendale Ave | Glendale, CA 91206 | First Class Mail |
| Utilities | City of Olive Branch | 9200 Pigeon Roost Rd | Olive Branch, MS 38654 | First Class Mail |
| Utilities | City of Visalia | 707 W Acequia Ave | Visalia, CA 93291 | First Class Mail |
| Utilities | Columbia Gas | Columbia Gas of PA Revenue Recovery | P.O. Box 117 | Columbus, OH 43216 | First Class Mail |
| Utilities | Fireside Gas | 2655 Dallas Hwy, Ste 210 | Marietta, GA 30064 | First Class Mail |
| Utilities | Georgia Power | 241 Ralph McGill Blvd | Atlanta, GA 30308-3374 | First Class Mail |
| Utilities | Georgia Waste Systems | P.O. Box 3020 | Monroe, WI 53566-8320 | First Class Mail |
| Utilities | Indiana Michigan Power | 110 E Wayne St | Ft Wayne, IN 46802 | First Class Mail |
| Utilities | Metropolitan Edison Co | 2800 Pottsville Pike | Reading, PA 19605 | First Class Mail |
| Utilities | NorthCentral Electric Coop | 4600 Northcentral Way | Olive Branch, MS 38654 | First Class Mail |
| Utilities | Northern Indiana Public Service Co | aka NIPSCO | 801 E 86th Ave | Merrillville, IN 46410 | First Class Mail |
| Utilities | Penn Waste Inc | 85 Brick Yard Rd | Manchester, PA 17345 | First Class Mail |
| Utilities | Red Lion Municipal Authority | 11 East Broadway | Red Lion, PA 17356 | First Class Mail |
| Utilities | Reliant Energy Retail Services, LLC | P.O. Box 1532 | Houston, TX 77251 | First Class Mail |
| Utilities | Republic Services | 6231 Macbeth Rd | Ft Wayne, IN 46809 | First Class Mail |
| Utilities | Southern California Edison Co | 2244 Walnut Grove Ave | Rosemead, CA 91770 | First Class Mail |
| Utilities | Southern California Gas Co | 1801 S Atlantic Blvd | Monterey Park, CA 91754 | First Class Mail |
| Utilities | Southland Disposal Co | 1525 Fishburn Ave | Los Angeles, CA 90063 | First Class Mail |
| Utilities | Waste Connections of TN Inc | 3340 Players Club Pkwy, Ste 110 | Memphis, TN 38125 | First Class Mail |

# **EXHIBIT D**

**Exhibit D**
Service List

| Description | Name | | Address | | | Method of Service |
|---|---|---|---|---|---|---|
| Taxing Authorities | Alabama Department Of Revenue | Pass Through Entity | P.O. Box 327444 | Montgomery, AL 36132-7444 | | First Class Mail |
| Taxing Authorities | Allen County Treasurer | P.O. Box 2540 | Ft Wayne, IN 46801-2540 | | | First Class Mail |
| Taxing Authorities | Arizona Department Of Revenue | P.O. Box 29079 | Phoenix, AZ 85038-9079 | | | First Class Mail |
| Taxing Authorities | Baltimore County | P.O. Box 69506 | M 152 | Baltimore, MD 21264-9506 | | First Class Mail |
| Taxing Authorities | Baltimore County | C/O Fire Recovery USA, Llc | P.O. Box 935667 | Atlanta, GA 31193-5667 | | First Class Mail |
| Taxing Authorities | Baltimore County, Maryland | Office Of Budget & Finance | Room 152 , 400 Washington Ave | Towson, MD 21204-4665 | | First Class Mail |
| Taxing Authorities | Baltimore County, Maryland | P.O. Box 64076 | Baltimore, MD 21264-4076 | | | First Class Mail |
| Taxing Authorities | Berks Eit Bureau | Tax Administrator/Collector | 1125 Berkshire Blvd, Ste 115 | Wyomissing, PA 19610 | | First Class Mail |
| Taxing Authorities | CA State Board Of Equalization | P.O. Box 942879 | Sacramento, CA 94279 | | | First Class Mail |
| Taxing Authorities | California Franchise Tax Board | P.O. Box 942857 | Sacramento, CA 94257-0501 | | | First Class Mail |
| Taxing Authorities | Cdtfa | 505 North Brand Blvd, Ste 700 | Glendale, CA 91203-3307 | | | First Class Mail |
| Taxing Authorities | City Of Olive Branch (Ach) | 9200 Pigeon Roost Road | Olive Branch, MS 38654 | | | First Class Mail |
| Taxing Authorities | City Of Seattle | License And Tax Administration | P.O. Box 34907 | Seattle, WA 98124 | | First Class Mail |
| Taxing Authorities | City Of Visalia | Business Tax Division | P.O. Box 4002 | Visalia, CA 93278-4002 | | First Class Mail |
| Taxing Authorities | Colorado Department Of Revenue | P.O. Box 17087 | Denver, CO 80217-0087 | Denver, CO 80217-0087 | | First Class Mail |
| Taxing Authorities | Comptroller Of Colorado | 1525 Sherman St | Denver, CO 80203 | Denver, CO 80203 | | First Class Mail |
| Taxing Authorities | Comptroller Of Maryland | Revenue Administration Division | 110 Carroll Street | Annapolis, MD 21411-0001 | | First Class Mail |
| Taxing Authorities | Comptroller Of Maryland | Revenue Admin. Division | P.O. Box 17405 | Baltimore, MD 21297-1405 | | First Class Mail |
| Taxing Authorities | Comptroller Of Massachusetts | Trustee Tax Bureau | 200 Arlington St, 4th Floor | Chelsea, MA 2150 | | First Class Mail |
| Taxing Authorities | Comptroller Of Nevada | Nevada Department Of Taxation | 1550 College Parkway,Suite 115 | Carson City, NV 89706-7939 | | First Class Mail |
| Taxing Authorities | Comptroller Of West Virginia | P.O. Box 1826 | Charleston, WV 25327-1826 | | | First Class Mail |
| Taxing Authorities | County Of Fairfax | Dept Of Tax Administration | P.O. Box 10202 | Fairfax, VA 22035-0202 | | First Class Mail |
| Taxing Authorities | Department Of Assessment & Tax | Personal Property Division | 301 West Preston St Room 801 | Baltimore, MD 21201-2395 | | First Class Mail |
| Taxing Authorities | Department Of The Treasury | 2540 Washington Blvd, 6th Fl | Ogden, UT 84401 | Ogden, UT 84401 | | First Class Mail |
| Taxing Authorities | Dept Of Assessments & Taxation | Personal Property Division | P.O. Box 17052 | Baltimore, MD 21297-1052 | | First Class Mail |
| Taxing Authorities | Desoto County Tax Collector | Attn: Joey Treadway | 365 Losher St #110 | Hernando, MS 38632 | | First Class Mail |
| Taxing Authorities | Dshs Hazardous Prod Reg Prgrm | Texas Dept Of State Health Svc | 1100 W 49th Street | Austin, TX 78756 | | First Class Mail |
| Taxing Authorities | Florida Dept Of Revenue | 5050 W. Tennessee Street | Tallahassee, FL 32399-0120 | | | First Class Mail |
| Taxing Authorities | Franchise Tax Board | P.O. Box 942857 | Sacramento, CA 84257-0631 | | | First Class Mail |
| Taxing Authorities | Georgia Department Of Revenue | Processing Center | P.O. Box 740391 | Atlanta, GA 30374-0391 | | First Class Mail |
| Taxing Authorities | Georgia Department Of Revenue | P.O. Box 105408 | Atlanta, GA 30348-5408 | | | First Class Mail |
| Taxing Authorities | Gst Interim Processing Centre | P.O. Box 20000 | Station A | Ottawa, ON K1A 1J8 | Canada | First Class Mail |
| Taxing Authorities | Gwinnett County Tax Commission | P.O. Box 372 | Lawrenceville, GA 30046 | | | First Class Mail |
| Taxing Authorities | Hab-Dlt | P.O. Box 20061 | Lehigh Valley, PA 18002-0061 | | | First Class Mail |
| Taxing Authorities | IL Secretary Of State | Dept Of Business Services | 501 S. 2nd . Street | Springfield, IL 62756-5510 | | First Class Mail |
| Taxing Authorities | Illinois Department Of Revenue | P.O. Box 19053 | Springfield, IL 62794-9053 | | | First Class Mail |
| Taxing Authorities | Illinois Dept. Of Taxation | P.O. Box 19045 | Springfield, IL 62794-9045 | | | First Class Mail |
| Taxing Authorities | Illinois Secretary Of State | Dept. Of Business Services | 501 S. Second Street,Room#350 | Springfield, IL 62756 | | First Class Mail |
| Taxing Authorities | Indiana Department Of Revenue | P.O. Box 7205 | Indianapolis, IN 46207 | | | First Class Mail |
| Taxing Authorities | Indiana Dept Of Revenue | P.O. Box 7221 | Indianapolis, IN 46207-7221 | | | First Class Mail |
| Taxing Authorities | Inccu-Aife | P.O. Box 6271 | Indianapolis, IN 46206-6271 | | | First Class Mail |
| Taxing Authorities | Los Angeles Cnty Tax Collector | P.O. Box 54027 | Los Angeles, CA 90054-0027 | | | First Class Mail |
| Taxing Authorities | Massachusetts Department Of Revenue | Customer Service Bureau | P.O. Box 7010 | Boston, MA 2204 | | First Class Mail |
| Taxing Authorities | Massachusetts Dept Of Revenue | P.O. Box 419257 | Boston, MA 02241-9257 | | | First Class Mail |
| Taxing Authorities | Md Dept Assessments & Taxation | Charter/Legal Division | 301 W. Preston St., Room 808 | Baltimore, MD 21201-2395 | | First Class Mail |
| Taxing Authorities | Michigan Department Of Treasury | Attn: Collection/Bankruptcy Unit | P.O. Box 30168 | Lansing, MI 48909 | | First Class Mail |
| Taxing Authorities | Minister Of Revenue Of Quebec | 3800 Rue De Marly | Sainte-Fo, PQ G1X 4A5 | Canada | | First Class Mail |
| Taxing Authorities | Minnesota Revenue | 600 N. Robert Street | St. Paul, MN 55101 | | | First Class Mail |
| Taxing Authorities | Minnesota S Corporation Income Tax | Mail Station 1770 | 600 N. Robert Street | St. Paul, MN 55145-1770 | | First Class Mail |
| Taxing Authorities | Mississippi Office Of Revenue | P.O. Box 23050 | Jackson, MS 39225-3055 | | | First Class Mail |
| Taxing Authorities | Mississippi State Tax Commission | Sales Tax Division | P.O. Box 960 | Jackson, MS 39205-0960 | | First Class Mail |
| Taxing Authorities | Missouri Department Of Revenue | Taxation Division | P.O. Box 3300 | Jefferson City, MO 65105-3300 | | First Class Mail |
| Taxing Authorities | Nebraska Dept. Of Revenue | P.O. Box 98923 | Lincoln, NE 68509-8923 | | | First Class Mail |
| Taxing Authorities | Nevada Department Of Taxation | 1550 College Parkway, Ste 115 | Carson City, NV 89706 | | | First Class Mail |
| Taxing Authorities | New York State Corporation Tax | Processing Unit | P.O. Box 22094 | Albany, NY 12201-2094 | | First Class Mail |
| Taxing Authorities | New York State Sales Tax | Iaf Building | P.O. Box 1206 | New York, NY 10116-1206 | | First Class Mail |
| Taxing Authorities | Nj Department Of The Treasury | Division Of Taxation | P.O. Box 666 | Trenton, NJ 08695-0269 | | First Class Mail |
| Taxing Authorities | NYC Department Of Finance | P.O. BOX 3922 | New York, NY 10008 | | | First Class Mail |
| Taxing Authorities | Nys Corporation Tax | Processing Unit | P.O. Box 1909 | Albany, NY 12201-1909 | | First Class Mail |
| Taxing Authorities | Nys Filing Fee | State Processing Center | P.O. Box 15310 | Albany, NY 12212-5310 | | First Class Mail |
| Taxing Authorities | Oesc | Attn . Cashier | P.O. Box 52004 | Oklahoma City, OK 73152-2004 | | First Class Mail |
| Taxing Authorities | Ohio Bureau Of Workers Comp | P.O. Box 89492 | Cleveland, OH 44101 | | | First Class Mail |
| Taxing Authorities | Ohio Department Of Taxation | P.O. Box 16560 | Columbus, OH 43216-6560 | | | First Class Mail |
| Taxing Authorities | Ohio Dept Of Job & Family Svc. | P.O. Box 182404 | Columbus, OH 43218-2404 | | | First Class Mail |
| Taxing Authorities | Oklahoma Tax Commission | P.O. Box 26860 | Oklahoma City, OK 73126-0890 | | | First Class Mail |
| Taxing Authorities | Oregon Department Of Revenue | 955 Center Street NE | Salem, OR 97301 | | | First Class Mail |
| Taxing Authorities | PA Department Of Revenue | Bureau Of Individual Taxes | P.O. Box 280502 | Harrisburg, PA 17128-0502 | | First Class Mail |
| Taxing Authorities | Revenue Canada | Sudburu Tax Centre | P.O. Box 20000 | Station A | Sudburu, ON P3A 5C1 | Canada | First Class Mail |
| Taxing Authorities | Scdor | Corporate Taxable | P.O. Box 100151 | Columbia, SC 29202 | | First Class Mail |
| Taxing Authorities | South Carolina Dept Of Revenue | 300 A Outlet Pointe Blvd | Columbia, SC 29210 | | | First Class Mail |
| Taxing Authorities | State Board Of Equalization | P.O. Box 942879 | Sacramento, CA 94279-0001 | | | First Class Mail |
| Taxing Authorities | State Comptroller | Comptroller Of Public Accounts | P.O. Box 149348 | Austin, TX 78714-9348 | | First Class Mail |
| Taxing Authorities | State Of Michigan | Department Of Treasury | Department 77003 | Lansing, MI 48277-0003 | | First Class Mail |
| Taxing Authorities | State Of New Jersey | Dept. Of Labor & Workforce Dev | P.O. Box 929 | Trenton, NJ 08646-0929 | | First Class Mail |
| Taxing Authorities | State Of New Jersey - Cbt | Div Of Taxation Processin Ctr | P.O. Box 193 | Trenton, NJ 08646-0222 | | First Class Mail |
| Taxing Authorities | State Of New Jersey Division Of Taxation | Corporation Tax | P.O. Box 666 | Trenton, NJ 08646-0666 | | First Class Mail |
| Taxing Authorities | State Of Washington | Employment Security Department | P.O. Box 84267 | Seattle, WA 98124 | | First Class Mail |
| Taxing Authorities | Tennessee Dept Of Revenue | Andrew Jackson State Off. Bldg | 500 Deaderick Street | Nashville, TN 37242 | | First Class Mail |
| Taxing Authorities | Tennessee Secretary Of State | 6th Floor, Snodgrass Tower | 312 Rosa L Parks Ave | Nashville, TN 37243 | | First Class Mail |
| Taxing Authorities | Texas Comptroller Of Pub.Acct. | P.O. Box 149355 | Austin, TX 78714-9355 | | | First Class Mail |
| Taxing Authorities | Texas State Comptroller | Comptroller Of Public Accounts | P.O. Box 149354 | Austin, TX 78714 | | First Class Mail |
| Taxing Authorities | Town Of Herndon | Business License | 777 Lynn Street | Herndon, VA 20170-4602 | | First Class Mail |
| Taxing Authorities | Travis County Tax Office | P.O. Box 149328 | Austin, TX 78714-9328 | | | First Class Mail |
| Taxing Authorities | Tulare County Tax Collector | 221 S Mooney Blvd, Rm 101 E | Visalia, CA 93291-4593 | | | First Class Mail |
| Taxing Authorities | United States Treasury | Internal Revenue Service | Ogden, UT 84201-0009 | | | First Class Mail |
| Taxing Authorities | Virgina Dept Of Taxation | Sales And Use Tax | P.O. Box 26626 | Richmond, VA 23261-6626 | | First Class Mail |
| Taxing Authorities | Virginia Depart. Of Taxation | Litter Tax | P.O. Box 2185 | Richmond, VA 23218-2185 | | First Class Mail |
| Taxing Authorities | Virginia Dept Of Taxation | P.O. Box 1500 | Richmond, VA 23218-1500 | | | First Class Mail |
| Taxing Authorities | Virginia State Corp.Commission | P.O. Box 1197 | Richmond, VA 23218-1197 | | | First Class Mail |
| Taxing Authorities | WA Dept Of Labor & Industries | P.O. Box 34022 | Seattle, WA 98124 | | | First Class Mail |
| Taxing Authorities | WA Dept Of Labor & Industry | P.O. Box 24106 | Seattle, WA 98124 | | | First Class Mail |
| Taxing Authorities | Washington Dept. Of Revenue | P.O. Box 1619 | Bothell, WA 98041-1619 | | | First Class Mail |
| Taxing Authorities | Wisconsin Dept. Of Revenue | P.O. Box 53293-0208 | Milwaukki, WI 53293-0208 | | | First Class Mail |
| Taxing Authorities | York Adams Tax Bureau | 1405 North Duke St. | P.O. Box 15627 | York, PA 17404 | | First Class Mail |

# **EXHIBIT E**

**Exhibit E**
Service List

| Description | Name | | Address | | Method of Service |
|---|---|---|---|---|---|
| Insurance | Consolidated Insurance + Risk Management | c/o RCM&D | P.O. Box 74608 | Cleveland, OH 44194-0691 | | First Class Mail |
| Insurance | Federal Insurance Company (Chubb) | c/o Chubb | Attn: Legal | 15 Mountain View Rd | Warren, NJ 07061-1615 | First Class Mail |
| Insurance | Federal Insurance Company (Chubb) | c/o Chubb | Attn: Legal | 1133 Ave of the Americas | New York, NY 10036 | First Class Mail |
| Insurance | Great Northern Insurance Company | c/o Chubb | 202B Hall's Mill Rd | Whitehouse Station, NJ 08889 | | First Class Mail |
| Insurance | Great Northern Insurance Company (Chubb) | 5632 S Pulaski Rd | Chicago, IL 60629 | | | First Class Mail |
| Insurance | Maine Employers' Mutual Insurance Company (MEMIC) | aka MEMIC | 261 Commercial St | Portland, ME 04101 | | First Class Mail |
| Insurance | Memic Idemnity Co | P.O. Box 9500 | Lewiston, ME 04243-9500 | | | First Class Mail |
| Insurance | Travelers Casualty and Surety Company of America | Attn: Legal Dept | 1 Tower Sq | Hartford, CT 06183 | | First Class Mail |

# EXHIBIT F

**Exhibit F**
Service List

| Description | Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Insurance | CNA | 151 N Franklin St, 9th Fl | Chicago, IL 60606 | | | branchcommunications@cna.com | Email |
| Insurance | Crum & Foster | 305 Madison Ave | Morristown, NJ 07960 | | | contact.us@cfins.com | Email |
| Insurance | QBE Specialty Insurance | Attn: Legal Dept | 1 QBE Way | Sun Prairie, WI 53596 | | corporate@qbe.com | Email |
| Insurance | RCM&D | Attn: John Doetzer, CPCU, CAWC | EVP, Commercial Risk Advisor | 11403 Cronridge Dr, Ste 270 | Owings Mills, MD 21117 | jdoetzer@rcmd.com | Email |

# EXHIBIT G

**Exhibit G**
Service List

| Description | Name | Address | | | Method of Service |
|---|---|---|---|---|---|
| Employee Benefits | ADP, LLC | 1 Adp Blvd | Roseland, NJ 07068 | | First Class Mail |
| Employee Benefits | Aetna Dental | c/o Luminare Health Benefits | 62707 Collection Ctr Dr | Chicago, IL 60693-0627 | First Class Mail |
| Employee Benefits | Cigna | c/o Luminare Health Benefits | 62707 Collection Ctr Dr | Chicago, IL 60693-0627 | First Class Mail |
| Employee Benefits | Healthequity, Inc | 121 W Scenic Pointe Dr | Draper, UT 84020 | | First Class Mail |
| Employee Benefits | JPMorgan Retirement | c/o JP Morgan Funds | P.O. Box 219143 | Kansas City, MO 64121-9143 | First Class Mail |

# EXHIBIT H

**Exhibit H**
Service List

| Description | Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Employee Benefits | Davis Vision | Accounts Receivable | 175 E Houston St, 5th Fl | San Antonio, TX 78205 | DavisVisionAccountsReceivable@DavisVision.com | Email |
| Employee Benefits | The Hartford | P.O. Box 783690 | Philadelphia, PA 19178-3690 | | gbdcustomerservice@thehartford.com | Email |

# **EXHIBIT I**

**Exhibit I**
Service List

| Description | Name | | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Bank | Bank of Montreal | Attn: Ravi Chhabria | 119 Rue Saint Jacques | Montreal, Quebec, QC H2Y 1L6 | Canada | ravi.chhabria@bmo.com | Email |
| Bank | Bank of Montreal | Attn: Ravi Chhabria | 1 First Canadian Place | Toronto, Ontario, M5K1A1 | Canada | ravi.chhabria@bmo.com | Email |
| Bank | JPMorgan Chase Bank, N.A. | c/o Troutman Pepper Locke LLP | Attn: Jonathan W Young | 111 Huntington Ave, 9th Fl | Boston, MA 02199 | jonathan.young@troutman.com | Email |
| Bank | JPMorgan Chase Bank, N.A. | c/o Troutman Pepper Locke LLP | Attn: David Ruediger | 111 Huntington Ave, 9th Fl | Boston, MA 02199 | david.ruediger@troutman.com | Email |

# EXHIBIT J

**Exhibit J**
Service List

| Description | Name | Address | | | | Method of Service |
|---|---|---|---|---|---|---|
| Non-Debtor Loan Parties | Diamond Comic Distributors UK | Attn: Chuck Parker | c/o Comic Holdings, Inc. | 10150 York Rd, Ste 300 | Hunt Valley, MD 21030 | First Class Mail |

# EXHIBIT K

**Exhibit K**
Service List

| Description | Name | | Address | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Non-Debtor Loan Parties | Game Consolidators, LLC | c/o C. Kevin Kobbe, DLA Piper | 650 S. Exeter Street, Suite 1100 | Baltimore, MD 21202-4576 | kevin.kobbe@us.dlapiper.com | Email |
| Non-Debtor Loan Parties | Renegade Games, LLC | c/o C. Kevin Kobbe, DLA Piper | 650 S. Exeter Street, Suite 1100 | Baltimore, MD 21202-4576 | kevin.kobbe@us.dlapiper.com | Email |
| Non-Debtor Loan Parties | Rosebud Entertainment, LLC | c/o C. Kevin Kobbe, DLA Piper | 650 S. Exeter Street, Suite 1100 | Baltimore, MD 21202-4576 | kevin.kobbe@us.dlapiper.com | Email |
| Non-Debtor Loan Parties | Stephen A. Geppi | c/o C. Kevin Kobbe, DLA Piper | 650 S. Exeter Street, Suite 1100 | Baltimore, MD 21202-4576 | kevin.kobbe@us.dlapiper.com | Email |