Entered: January 23rd, 2025
Signed: January 22nd, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−10308 − DER**   Chapter: **11 (Jointly Administered)**

**Diamond Comic Distributors, Inc., et al.,**
Debtors.

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Ian Winters as counsel for NECA LLC and the certified statements in support thereof, and upon the recommendation of Zvi Guttman local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b); and it is further

ORDERED, that Ian Winters must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc:   Debtor
      Attorney for Debtor − Jordan Rosenfeld
      Movant − Ian Winters
      Local Counsel − Zvi Guttman
      U.S. Trustee

01x01 (rev. 03/12/2024) – ShannonMcKenna*      **End of Order**