# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance as counsel for Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC, in the above-captioned cases. Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules"), section 1109 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and applicable Local Bankruptcy Rules, the undersigned requests that all notices, pleadings, orders and all papers filed, served or required to be filed or served in these cases be sent to the following address:

> Paige Topper, Esq. (admitted *pro hac vice*)
> Saul Ewing LLP
> 1201 N. Market Street, Suite 2300
> P.O. Box 1266
> Wilmington, DE 19899
> Telephone: (302) 421-6800
> Email: paige.topper@saul.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications,

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

53729618.2

motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

Dated: January 27, 2025  **SAUL EWING LLP**

By: /s/ Paige Topper
Paige Topper, Esq. (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: paige.topper@saul.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was served upon all parties that are registered to receive electronic mail service through the court's ECF notice system in the above case.

        */s/ Paige Topper*
        Paige Topper

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

53729618.2