**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Ian R. Winters (admitted *pro hac vice*)
Stephanie R. Sweeney (admitted *pro hac vice*)
Andrew C. Brown (admitted *pro hac vice*)

*Counsel to NECA LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

-------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Case No. 25-10308 (DER) |
|  | : |  |
| Diamond Comic Distributors, Inc., et al., | : | Chapter 11 |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |

-------------------------------------------------------------x

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

    **PLEASE TAKE NOTICE**, that Klestadt Winters Jureller Southard & Stevens, LLP (the "Firm") hereby appears in the above-captioned cases as counsel to NECA LLC (the "Appearance Party").

    **PLEASE TAKE FURTHER NOTICE**, that pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1), 342, and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), request is hereby made that all notices given or required to be given, and all papers served or required to be served, be given and served upon the following:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**

200 West 41st Street, 17th Floor
New York, New York 10036-7023
Attention: Ian R. Winters (admitted *pro hac vice*)
        Stephanie R. Sweeney (admitted *pro hac vice*)
        Andrew C. Brown (admitted *pro hac vice*)
Tel: (212) 972-3000
Fax: (212) 972-2245
Email:   iwinters@klestadt.com
        ssweeney@klestadt.com
        abrown@klestadt.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and papers referred to in the section of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, facsimile, electronic mail or otherwise, which affect to seek to affect in any way any rights or interests of the Appearance Party.

**PLEASE TAKE FURTHER NOTICE**, that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive any right: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in any noncore case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy

subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Appearance Party or any other person is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  New York, New York
        January 29, 2025

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By:  */s/ Andrew C. Brown*
    Ian R. Winters (admitted *pro hac vice*)
    Stephanie R. Sweeney (admitted *pro hac vice*)
    Andrew C. Brown (admitted *pro hac vice*)
    200 W. 41st Street, 17th Floor
    New York, New York 10036
    Tel: (212) 972-3000
    Fax: (212) 972-2245
    Email: iwinters@klestadt.com
        ssweeney@klestadt.com
        abrown@klestadt.com

    *Counsel to NECA LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

-----------------------------------------------------------------x

In re:                                          :          Case No. 25-10308 (DER)
                                                :
Diamond Comic Distributors, Inc., et al.,       :          Chapter 11
                                                :
              Debtors.[1]                       :          (Jointly Administered)

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January 2025, a true and correct copy of the forgoing *Notice of Appearance and Request for Service of Papers* was served upon all the parties that are registered to receive electronic mail service through the court's ECF notice system in the above-captioned case.

Executed this 29th day of January 2025 in New York, New York.

                                        /s/ Andrew C. Brown
                                        Andrew C. Brown

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.