IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**DIAMOND COMIC DISTRIBUTORS, INC.**, *et al.*,<br><br>                 Debtors. | Case No.: 25-10308-DER<br><br>Chapter 11<br>(Jointly Administered) |

## APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of the jointly administered cases of **DIAMOND COMIC DISTRIBUTORS, INC.; COMIC HOLDINGS, INC.; COMIC EXPORTERS, INC.; AND DIAMOND SELECT TOYS & COLLECTIBLES, LLC:**

| | |
|---|---|
| Little Buddy Toys, LLC<br>270 East Palais Road<br>Anaheim, CA 92805 | Simon & Schuster, LLC<br>100 Front Street<br>Riverside, N.J. 08075 |
| Titan Publishing Group Limited/Titan Comics<br>144 Southwark Street<br>London, SE1 0UP<br>United Kingdom | |

                                                    Matthew W. Cheney
                                                    Acting United States Trustee for Region 4

Date: January 29, 2025          By: /s/ *Hugh M. Bernstein*
                                                      Hugh M. Bernstein
                                                      (Fed. Bar No.: 23489)
                                                      United States Department of Justice
                                                      101 West Lombard Street, Suite 2625
                                                      Baltimore, Maryland 21201
                                                      (410) 962-4300
                                                      hugh.m.bernstein@usdoj.gov

                                                      Attorney for the United States Trustee

## CERTIFICATE OF SERVICE

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Hugh M. (UST) Bernstein**    hugh.m.bernstein@usdoj.gov
- **Daniel Jack Blum**    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- **Thomas K. Bredar**    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- **Ashley N Fellona**    ashley.fellona@saul.com, janice.mast@saul.com
- **Zvi Guttman**    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
- **Jeffrey C. Hampton**    jeffrey.hampton@saul.com
- **Adam H Isenberg**    adam.isenberg@saul.com
- **C. Kevin Kobbe**    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Mark Minuti**    mark.minuti@saul.com, robyn.warren@saul.com
- **Jordan Rosenfeld**    jordan.rosenfeld@saul.com
- **Indira Kavita Sharma**    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- **Nicholas Smargiassi**    nicholas.smargiassi@saul.com
- **Brent C. Strickland**    bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
- **Paige Noelle Topper**    paige.topper@saul.com
- **US Trustee - Baltimore**    USTPRegion04.BA.ECF@USDOJ.GOV

And that further notice is being provided to all required parties by Omni Agent Solutions, Inc.

/s/ *Hugh M. Bernstein*
Hugh M. Bernstein