# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Stephen B. Gerald, Esquire, a member in good standing of the bar of this Court, moves the admission of Chelsea R. Frankel, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for the Official Committee of Unsecured Creditors.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.

2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

   | State Court and Date of Admission | U.S. Court and Date of Admission |
   |---|---|
   | New York, 2024 | N/A |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court __0__ times. Proposed admittee is not currently admitted in more than two (2) active unrelated cases. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[2]

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] *See* Local District Court Rule 101(1)(b)(iii).

6307703.1

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

disbarred, suspended, or denied admission to practice law in any jurisdiction, then the proposed admittee must submit a statement fully explaining all relevant facts.)

7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned or Dennis J. Shaffer, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

| | |
|---|---|
| */s/ Stephen B. Gerald* | */s/ Chelsea R. Frankel* |
| Stephen B. Gerald, Esquire | Chelsea R. Frankel, Esquire |
| Bar No. 26590 | Lowenstein Sandler LLP |
| Tydings & Rosenberg LLP | 1251 Avenue of the Americas |
| 1 East Pratt Street, Suite 901 | New York, NY 10020 |
| Baltimore, MD 21202 | Telephone: (212) 262-6700 |
| Telephone: (410) 752-9700 | Email: cfrankel@lowenstein.com |
| Email: sgerald@tydings.com | *Proposed Admittee* |
| *Movant* | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 31st day of January, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion for Admission Pro Hac Vice will be served electronically by the Court's CM/ECF system on the following:

Hugh M. (UST) Bernstein: hugh.m.bernstein@usdoj.gov
Daniel Jack Blum: jack.blum@polsinelli.com, lsuprum@polsinelli.com, delawaredocketing@polsinelli.com
Thomas K. Bredar: thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com
Andrew Brown: abrown@klestadt.com
Turner Falk: turner.falk@saul.com, tnfalk@recap.email, Veronica.Marchiondo@saul.com
Ashley N Fellona: ashley.fellona@saul.com, janice.mast@saul.com
Zvi Guttman: zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com
Jeffrey C. Hampton: jeffrey.hampton@saul.com
Adam H Isenberg: adam.isenberg@saul.com
C. Kevin Kobbe: kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Mark Minuti: mark.minuti@saul.com, robyn.warren@saul.com
Jordan Rosenfeld: jordan.rosenfeld@saul.com
Indira Kavita Sharma: indira.sharma@troutman.com, katherine.culbertson@troutman.com, jonathan.young@troutman.com, david.ruediger@troutman.com, errol.chapman@troutman.com, toyja.kelley@troutman.com
Nicholas Smargiassi: nicholas.smargiassi@saul.com
Brent C. Strickland: bstrickland@wtplaw.com, mbaum@wtplaw.com, brent-strickland-3227@ecf.pacerpro.com
Paige Noelle Topper: paige.topper@saul.com
US Trustee – Baltimore: USTPRegion04.BA.ECF@USDOJ.GOV

                                              */s/ Stephen B. Gerald*
                                              Stephen B. Gerald