# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND BY
## FRIGHT-RAGS, INC.

**PLEASE TAKE NOTICE** that Fright-Rags, Inc., ("**Fright-Rags**") by and through the undersigned counsel, hereby gives notice to Diamond Comic Distributors, Inc., and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") of Fright-Rags' reclamation demand for certain goods and products sold to one or more of the Debtors (the "**Goods**"). The Goods, upon which this demand is made, were sold in the ordinary course of business, are goods manufactured for and received by the Debtors from Fright-Rags on or about December 17, 2024, – within forty-five (45) days prior to the date of the filing of the Debtors' bankruptcy petition, which was January 14, 2025 (the "**Petition Date**").

**PLEASE TAKE FURTHER NOTICE** that upon information and belief, and further based on information disclosed in the Debtors' filings in these cases, the Debtors were insolvent at all times and on all dates on which they received the Goods from Fright-Rags. On or about February 3, 2025, a written reclamation notice was made upon the Debtors (the "**Reclamation**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

34407759v.1

Notice"), a copy of which is attached hereto as **Exhibit A**.  Copies of delivery confirmation and bill of lading for the Goods (the "**Shipping Documents**") were delivered to the Debtors with the Reclamation Notice.  The Goods are valued at $49,500.00.

**PLEASE TAKE FURTHER NOTICE** that this notice is filed in accordance with the provisions of 11 U.S.C. § 546(c), UCC § 2-702, and any and all other applicable provisions of the U.S. Bankruptcy Code and/or the Uniform Commercial Code.

**PLEASE TAKE FURTHER NOTICE** that Fright-Rags hereby reserves all of its rights and remedies with respect to the Goods and its claims, including without limitation, its rights (i) of setoff and recoupment, (ii) to file additional claims and demands against the Debtors, including filing proofs of claims, (iii) to amend, correct, supplement or modify this Notice and its Reclamation Demand, and (iv) assert any other rights, claims, and/or defenses under the Bankruptcy Code and to the entry of final orders of the Bankruptcy Court on non-core matters and does not hereby waive any jurisdictional defenses.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

**WHEREFORE**, Fright-Rags respectfully requests that it be permitted to reclaim and recover such Goods as shown on the Reclamation Notice or, alternatively, that Fright-Rags be granted and allowed an administrative expense claim for the value of the Goods.

Dated:   February 3, 2025                              **WHITE AND WILLIAMS LLP**

*/s/ Eric G. Korphage*
Eric G. Korphage, Bar No. 27854
600 Washington Avenue, Suite 303
Towson, MD 21204
(443) 761-6506
Korphagee@whiteandwilliams.com

*Counsel to Fright-Rags, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2025, the foregoing NOTICE OF RECLAMATION DEMAND BY FRIGHT-RAGS, INC. was filed electronically and served via CM/ECF electronic mail to all counsel of record who are registered CM/ECF users.

*/s/ Eric G. Korphage*
Eric G. Korphage

3

34407759v.1