# EXHIBIT A

**(Reclamation Claim Letter & Shipping Documents)**

34407759v.1



**James C. Vandermark**

810 Seventh Ave. | Suite 500 | New York, NY 10019
1650 Market Street | Suite 1800 | Philadelphia, PA 19103
New York: 646-837-5791 | Philadelphia: 215-864-6857
vandermarkj@whiteandwilliams.com | www.whiteandwilliams.com

February 3, 2025

**Via FedEx and Email (jordan.rosenfeld@saul.com)**

| | |
|---|---|
| Diamond Comic Distributors, Inc. | Jordan D. Rosenfeld |
| Attn: Accounts Payable | Saul Ewing LLP |
| 10150 York Road, # 300 | 1001 Fleet Street, 9th Floor |
| Hunt Valley, MD 21030 | Baltimore, Maryland 21202 |

      RE:      NOTICE FOR RECLAMATION OF GOODS

To Whom It May Concern:

      This firm has been retained by Fright-Rags, Inc., ("**Fright-Rags**") with respect to Fright-Rags' reclamation claim for goods delivered to Diamond Comic Distributors, Inc., and/or its affiliated debtors and debtors in possession (collectively, the "**Debtors**") on or about December 17, 2024 – within the 45 days immediately prior to January 14, 2025 (the "**Petition Date**") – including, but not limited to, goods (the "**Reclamation Goods**") identified by the delivery confirmation and bill of lading (the "**Shipping Documents**"). Copies of the Shipping Documents are enclosed with this Reclamation Notice.

      It has come to our attention that your business is now insolvent, and that Debtors filed chapter 11 bankruptcy cases currently pending in the United States Bankruptcy Court for the District of Maryland (the "**Bankruptcy Court**"). Pursuant to 11 U.S.C. § 546(c), Section 2-702 of the Uniform Commercial Code, and otherwise applicable law, Fright-Rags hereby demands the immediate return of the Reclamation Goods. You are directed to cease selling or otherwise disposing of the Reclamation Goods and to segregate the same in a separate portion of your facility, pending the return of the Reclamation Goods to Fright-Rags.

      This Reclamation Notice perfects Fright-Rags interest in and to the Reclamation Goods, as if the Reclamation Goods had been seized by Fright-Rags prior to the Petition Date. Fright-Rags hereby demands that Debtors (i) account for the Reclamation Goods, (ii) segregate the Reclamation Goods as evidenced by the enclosed Shipping Documents, and (iii) provide me with a written confirmation that the Reclamation Goods are on your premises and have been segregated and will not be used for any purpose whatsoever except as authorized by the Bankruptcy Court.

Fright-Rags, Inc. – Reclamation Notice
February 3, 2025
Page 2

The Debtors do not have permission, consent, authorization or right to use the Reclamation Goods that are the subject of this Reclamation Notice, and which constitute property of Fright-Rags.

Nothing contained in this letter shall be deemed a waiver of any rights or claims of Fright-Rags against any party and all such rights are expressly reserved. Fright-Rags specifically reserves all rights which it has under law against Debtors, including its right to an administrative claim under 11 U.S.C. §§ 503(b)(1)(a) and 503(b)(9), and does not waive any right or remedy by making this demand or by accepting the return of the Reclamation Goods. Fright-Rags further reserves the right to supplement its demand for the return of additional goods and products.

Kindly contact me as soon as is practicable to make appropriate arrangements.

Very truly yours,

WHITE AND WILLIAMS LLP

*James C. Vandermark*

James C. Vandermark

cc:     Fright-Rags, Inc. (via email)

34401831v.2

# BILL OF LADING



| Reference | PRO |
|---|---|
| **BOL:** 60109260225<br>**Carrier:** R&L Carriers, RLCA<br>**Pickup Date:** 12/10/2024 11:00 AM - 5:00 PM<br>**Delivery Window:** 8:00 AM - 5:00 PM<br>**Carrier Pickup:** 89847645<br>**Carrier Quote Number:** 16133631 | AFFIX PRO STICKER HERE |
| | **Origin Terminal**<br>LONDONDERRY, NH<br>**Phone:** +1 (937) 382-1494 |
| | **Destination Terminal**<br>ARLINGTON, TN<br>**Phone:** +1 (901) 867-0479 |

| Shipper | Consignee |
|---|---|
| **SideKick Media**<br>44 union street<br>Rutland, VT 05701<br>Tom Lichtman<br>P: +1 (802) 777-8618<br>tom@sidekicklab.com | **Diamond Comics Distribution**<br>7485 Polk Lane<br>Olive Branch, MS 38654<br>Ryan Rochelle<br>P: +1 (662) 655-0200<br>Alt:<br>26rryan@diamondcomics.com |

| 3rd Party Bill To | Freight Terms |
|---|---|
| **Priority1 Inc. ATTN: Accounts Payable**<br>P.O. Box 398<br>North Little Rock, AR 72115<br>P: +1 (501) 487-6420 | ☐ Prepaid<br>☐ Collect<br>☒ 3rd Party |

| Special Instructions: | Accessorials: Lift Gate Pickup |
|---|---|
| Delivery instructions: TERMINATOR 1984 PX TRADING CARD SEALED BOX Diamond Item Code: FEB248170 Quantity per Carton: Total Quantity shipped: Weight of Shipment: Purchase Order Number: 2024023721-29 UPC Code(s): 850060652202. | |

| Units | Type | Pieces | Weight | Dimensions | HM | Item Description | NMFC | Class |
|---|---|---|---|---|---|---|---|---|
| 1 | Pallet | 33 | 1,000 lbs | 48" x 40" x 40" (in) | | boxes of new trading cards | 154419 | 77.5 |
| 1 | | 33 | 1,000 lbs | | | | Grand Totals | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____."

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**Note:** Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(c)(1)(A) and (B).

**Trailer Loaded**  Shipper ☐  Driver ☐

**Freight Counted**  Shipper ☐  Driver ☐

The Carrier shall not make delivery of this shipment without payment of and all other lawful charges.

Shipper: _____

## Shipper Signature / Date
Shipper:

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

## Carrier Signature / Pickup Date
Carrier:

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.





# SHIPMENT 60109260225

| | |
|---|---|
| **Carrier** | **Status** |
| R&L Carriers | Delivered |
| **Pickup** | **Destination** |
| Rutland, VT 05701 | Olive Branch, MS 38654 |
| **Estimated Delivery** | **Actual Delivery** |
| 12/16/2024 | 12/17/2024 |
| **Reference Information** | |
| BOL | 60109260225 |
| Pickup Number | 89847645 |
| PRO | I543378204 |

## Tracking

| Date | Location | Status |
|---|---|---|
| 12/17/2024 10:23 AM | | Delivered |
| 12/17/2024 10:23 AM | OLIVE BRANCH, MS | Completed Unloading at Delivery Location |
| 12/17/2024 9:16 AM | | Out for delivery in OLIVE BRANCH, MS |
| 12/17/2024 3:35 AM | | Arrived at destination terminal |
| 12/17/2024 3:35 AM | MEMPHIS, TN | Arrived at Terminal Location |
| 12/17/2024 12:00 AM | OLIVE BRANCH, MS | Estimated Delivery |
| 12/16/2024 6:23 PM | | Departed WILMINGTON, OH in route to destination terminal |
| 12/13/2024 10:24 PM | WILMINGTON, OH | Arrived at Terminal Location |
| 12/13/2024 10:24 PM | | Arrived at WILMINGTON, OH |
| 12/13/2024 5:28 AM | NEWBURGH, NY | Arrived at Terminal Location |
| 12/13/2024 5:07 AM | | Departed NEWBURGH, NY in route to WILMINGTON, OH |
| 12/13/2024 5:06 AM | | Arrived at NEWBURGH, NY |
| 12/12/2024 10:51 PM | | Departed MANCHESTER, NH in route to NEWBURGH, NY |
| 12/12/2024 6:54 PM | | Arrived at MANCHESTER, NH |
| 12/12/2024 6:54 PM | MANCHESTER, NH | Arrived at Terminal Location |
| 12/12/2024 5:38 AM | | Departed BSP TRANS INC, ME in route to MANCHESTER, NH |
| 12/12/2024 2:19 AM | LONDONDERRY, NH | Departed Terminal Location |
| 12/11/2024 6:12 PM | RUTLAND, VT | Actual Pickup |
| 12/11/2024 5:54 PM | RUTLAND, VT | Arrived at Terminal Location |