IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Re: D.I. 10, 11, 12, 14, 16, 17, 18, 19, 46, 47, 48, 49, 51, 52, 53, 54, 67 & 68<br><br>**Hearing Date:**<br>February 10, 2025, at 2:00 p.m. (ET)<br>**Objection Deadline:**<br>February 3, 2025, at 4:00 p.m. (ET) |

### AMENDED[2] NOTICE OF FINAL HEARING TO CONSIDER FIRST DAY PLEADINGS AND HEARING ON RAYMOND JAMES APPLICATION AND BIDDING PROCEDURES MOTION

**PLEASE TAKE NOTICE** that on January 14, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on January 15, 2025, a hearing (the "First Date Hearing") was held before The Honorable David E. Rice, Chief United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Maryland, regarding the below listed motions requesting certain "first day" relief (collectively, the "First Day Pleadings"), which were filed by the Debtors in connection with their chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, on January 16, 2025, the Bankruptcy Court entered the below listed orders granting the relief requested in the First Day Pleadings on an interim basis (collectively, the "Interim Orders").

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] This amended notice reflects the adjourned hearing date of February 10, 2025, at 2:00 p.m. (ET) for the matters listed herein.

| D.I. No. | First Day Pleading | Interim Order D.I. No. |
|---|---|---|
| 10 | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief | 46 |
| 11 | Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service | 47 |
| 12 | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief | 48 |
| 14 | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief | 49 |
| 16 | Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business | 51 |
| 17 | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief | 52 |
| 18 | Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief | 53 |
| 19 | Debtors' Motion for Interim and Final Orders (I) Authorizing Senior Secured, Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief | 54 |

**PLEASE TAKE FURTHER NOTICE** that, on January 17, 2025, the Debtors filed the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Raymond James & Associates, Inc., as the Debtors' Investment Banker, Effective as of the Petition Date and (II) Granting Related Relief* (D.I. 67) (the "Raymond James Application").

**PLEASE TAKE FURTHER NOTICE** that, on January 21, 2025, the Debtors filed the *Debtors' Motion for an Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, and (V)*

*Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases* (D.I. 68) (the "Bid Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Bid Procedures Motion, the Raymond James Application and final approval of the First Day Pleadings is scheduled for **February 10, 2025, at 2:00 p.m. (prevailing Eastern Time)** before The Honorable David E. Rice at the United States Bankruptcy Court for the District of Maryland, 101 W Lombard St., Courtroom 9-D, Baltimore, MD 20201.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Raymond James Application, Bid Procedures Motion or the entry of orders approving the relief set forth in the First Day Pleadings on a final basis were required to be filed on or before **February 3, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

Dated: February 3, 2025

**SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
   adam.isenberg@saul.com
   turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
   paige.topper@saul.com
   nicholas.smargiassi@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*