UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC. *et al.*,[1]<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 25-10308 (DER)<br><br>Jointly Administered |

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 cases as counsel for The Pokémon Company International, Inc. ("**Pokémon**"), and requests that all notices of any application, motion petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affects Pokémon or this chapter 11 bankruptcy case to be served upon:

> David W.T. Daniels
> Perkins Coie LLP
> 700 13th Street, NW, Suite 600
> Washington, DC 20005
> (202) 654-6364
> DDaniels@perknscoie.com
>
> Sara L. Chenetz
> Perkins Coie LLP
> 1888 Century Park East, Suite 1700
> Los Angeles, CA 90067-1721
> (310) 788-3216
> SChenetz@perkinscoie.com

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

170879010.1

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Court over Pokémon, specifically but not limited to (i) its right to have final orders in non-core matters entered only after de novo review by a District judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Pokémon or may be entitled to under agreement, in law or equity, all of which rights, claims actions, defenses, setoffs and recoupments Pokémon expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Debtor and the Clerk of the Court place the foregoing names and addresses on any mailing matrix existing or to be prepared in these chapter 11 cases.

| | |
|---|---|
| Dated: February 3, 2025<br>Baltimore, MD | **PERKINS COIE LLP**<br><br>*/s/ David W.T. Daniels*<br>David W.T. Daniels<br>700 Thirteenth Street N.W.<br>Washington, D.C. 20005-3960<br>Phone: (202) 654-6200<br>DDaniels@perkinscoie.com<br><br>Sara L. Chenetz, CA Bar No. 206936<br>(*pro hac vice* forthcoming)<br>1888 Century Park East, Suite 1700<br>Los Angels, California 90067<br>Phone: (310) 788-9900<br>SChenetz@perkinscoie.com<br><br>*Counsel to The Pokémon Company International, Inc.* |