IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF RECLAMATION DEMAND
OF THE POKÉMON COMPANY INTERNATIONAL, INC.**

**PLEASE TAKE NOTICE** that on January 31, 2025, pursuant to 11 U.S.C. §§ 503 and 546, and applicable non-bankruptcy law, The Pokémon Company International, Inc. ("***Pokémon***"), by and through its undersigned counsel, served a written demand for reclamation of goods delivered by Pokémon and received by Diamond Comic Distributors, Inc. and/or its affiliated debtors (collectively, the "***Debtors***") during the 45 days prior to the filing of the Debtors' bankruptcy petitions (the "***Reclamation Demand***") upon the Debtors and Debtors' counsel. A copy of the Reclamation Demand is attached hereto as **Exhibit A** and is incorporated herein by reference.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

170899793.1

**PLEASE TAKE FURTHER NOTICE** that as part of its demand for reclamation, Pokémon is demanding that the Goods be segregated, identified, and not be commingled with any other goods.

**PLEASE TAKE FURTHER NOTICE** that Pokémon reserves all of its rights and remedies under the Bankruptcy Code, the Uniform Commercial Code, the Maryland Commercial Law Code, and any other applicable law, including the right to amend and/or supplement this Notice and to maintain that Pokémon has title to the Goods. Nothing herein shall be deemed or constitute a waiver of, and Pokémon expressly reserves any and all rights, claims, remedies, interest, and defenses, whether at law or in equity, including but not limited to Pokémon's right to an allowed administrative expense claim under section 503(b)(9) of the Bankruptcy Code or under any other applicable federal or state law.

|  |  |
|---|---|
| Dated: February 3, 2025<br>Baltimore, MD | **PERKINS COIE LLP**<br><br>*/s/ David W.T. Daniels*<br>David W.T. Daniels<br>700 Thirteenth Street N.W.<br>Washington, D.C. 20005-3960<br>Phone: (202) 654-6200<br>DDaniels@perkinscoie.com<br><br>Sara L. Chenetz, CA Bar No. 206936<br>(*pro hac vice* forthcoming)<br>1888 Century Park East, Suite 1700<br>Los Angels, California 90067<br>Phone: (310) 788-9900<br>SChenetz@perkinscoie.com<br><br>*Counsel to The Pokémon Company International, Inc.* |

170899793.1

# Exhibit A

**Perkins Coie**

Perkins Coie LLP
1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721

T. +1.310.788.9900
F. +1.310.788.3399
perkinscoie.com

January 31, 2025

Sara L. Chenetz
SChenetz@perkinscoie.com
D. +1.310.788.3218
F. +1.310.843.1293

Jordan D. Rosenfeld
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202
Email: jordan.rosenfeld@saul.com

**Re:   Diamond Comic Distributors, Inc., *et al.*
Maryland BK Case No. 24-10308**

Dear Mr. Rosenfeld:

We represent The Pokémon Company International, Inc. ("***Pokémon***") in connection with these bankruptcy cases. In order to preserve the rights provided by section 546(c) of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code, Pokémon hereby demands the reclamation and immediate return of all goods sold and delivered to Diamond Comic Distributors, Inc. and its debtor affiliates (collectively, the "***Debtors***") by Pokémon within 45 days prior to the commencement of the Debtors' bankruptcy proceedings (the "***Goods***"), including without limitation those Goods delivered pursuant to the invoices summarized on Schedule 1 annexed hereto. In addition, Pokémon demands that the Goods be immediate segregated for return to Pokémon, and for such Goods to be held in trust for Pokémon pending their return.

This reclamation demand should not be construed to limit Pokémon's right to recover from, or exercise any other remedy against, any Debtor that has possession, custody, or control over the Goods, or is responsible for payment. Pokémon expressly reserves its rights under section 503(b)(9) of the Bankruptcy Code to assert an administrative expense claim for the Goods delivered to the Debtors within 20 days prior to the petition date.

Pokémon also reserves the rights to identify additional Goods, and to provide invoices and other supporting documents upon request. This letter should not be construed to create any obligations of Pokémon to vendors with respect to the relevant Goods or associated reclamation rights.

Sincerely,

*/s/ Sara L. Chenetz*

Sara L. Chenetz

SLC:cm

170783558.1

Schedule 1

**Alliance Game Distributors Reclamation Claim**  
**The Pokémon Company International**

*Goods Received On/After 11/30/24*

Bankruptcy Filing Date 1/14/25

**45 Day - Reclamation Claim**

| Inv Nbr | Inv Date | Inv Orig. Amt | Inv Open Amt | Inv Due Date | PO Nbr | PO Date | PO Amt | Ship Date | Days Ship Prior to Filing | Receipt Date | Pmts/Credits Applied | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 467170 | 12/11/24 | $ 324.00 | $ 324.00 | 01/10/2025 | 360391 | 12/06/24 | $ 324.00 | 12/11/24 | 34 | | $ - | |
| 467179 | 12/11/24 | $ 1,581.00 | $ 1,581.00 | 01/10/2025 | 360391 | 12/06/24 | $ 1,581.00 | 12/11/24 | 34 | | $ - | |
| 467186 | 12/11/24 | $ 2,108.00 | $ 2,108.00 | 01/10/2025 | 360390 | 12/06/24 | $ 2,108.00 | 12/11/24 | 34 | | $ - | |
| 467196 | 12/11/24 | $ 1,581.00 | $ 1,581.00 | 01/10/2025 | 360392 | 12/06/24 | $ 1,581.00 | 12/11/24 | 34 | | $ - | |
| 467240 | 12/11/24 | $ 2,268.00 | $ 2,268.00 | 01/10/2025 | 360392 | 12/06/24 | $ 2,268.00 | 12/11/24 | 34 | | $ - | |
| 473175 | 12/13/24 | $ 2,898.00 | $ 2,898.00 | 01/12/2025 | 360551 | 12/12/24 | $ 2,898.00 | 12/13/24 | 32 | | $ - | |
| 474190 | 12/16/24 | $ 648.00 | $ 648.00 | 01/15/2025 | 360390 | 12/06/24 | $ 648.00 | 12/16/24 | 29 | | $ - | |
| 475152 | 12/16/24 | $ 7,092.00 | $ 7,092.00 | 01/15/2025 | 360550 | 12/12/24 | $ 7,092.00 | 12/16/24 | 29 | | $ - | |
| 475159 | 12/16/24 | $ 4,758.00 | $ 4,758.00 | 01/15/2025 | 360553 | 12/12/24 | $ 4,758.00 | 12/16/24 | 29 | | $ - | |
| 476155 | 12/17/24 | $ 660.00 | $ 583.00 | 01/16/2025 | 360553 | 12/12/24 | $ 660.00 | 12/17/24 | 28 | | $ (77.00) | |
| 476157 | 12/17/24 | $ 528.00 | $ 528.00 | 01/16/2025 | 360550 | 12/12/24 | $ 528.00 | 12/17/24 | 28 | | $ - | |
| 479159 | 12/17/24 | $ 942.00 | $ 942.00 | 01/16/2025 | 360552 | 12/12/24 | $ 942.00 | 12/17/24 | 28 | | $ - | |
| 498184 | 12/26/24 | $ 10,080.00 | $ 10,080.00 | 01/25/2025 | 359896 | 11/18/24 | $ 10,080.00 | 12/26/24 | 19 | | $ - | |
| 498187 | 12/26/24 | $ 5,760.00 | $ 5,760.00 | 01/25/2025 | 359896 | 11/18/24 | $ 5,760.00 | 12/26/24 | 19 | | $ - | |
| 500172 | 12/27/24 | $ 56,000.00 | $ 56,000.00 | 01/26/2025 | 359896 | 11/18/24 | $ 56,000.00 | 12/27/24 | 18 | | $ - | |
| 500173 | 12/27/24 | $ 9,720.00 | $ 9,720.00 | 01/26/2025 | 359895 | 11/18/24 | $ 9,720.00 | 12/27/24 | 18 | | $ - | |
| 500174 | 12/27/24 | $ 94,500.00 | $ 94,500.00 | 01/26/2025 | 359895 | 11/18/24 | $ 94,500.00 | 12/27/24 | 18 | | $ - | |
| 500189 | 12/27/24 | $ 7,200.00 | $ 7,200.00 | 01/26/2025 | 359896 | 11/18/24 | $ 7,200.00 | 12/27/24 | 18 | | $ - | |
| 500195 | 12/27/24 | $ 17,010.00 | $ 17,010.00 | 01/26/2025 | 359895 | 11/18/24 | $ 17,010.00 | 12/27/24 | 18 | | $ - | |
| 504156 | 12/31/24 | $ 10,440.00 | $ 10,440.00 | 01/30/2025 | 359894 | 11/18/24 | $ 10,440.00 | 12/31/24 | 14 | | $ - | |
| 504157 | 12/31/24 | $ 18,270.00 | $ 18,270.00 | 01/30/2025 | 359894 | 11/18/24 | $ 18,270.00 | 12/31/24 | 14 | | $ - | |
| 504185 | 12/31/24 | $ 101,500.00 | $ 101,500.00 | 01/30/2025 | 359894 | 11/18/24 | $ 101,500.00 | 12/31/24 | 14 | | $ - | |
| 507156 | 12/31/24 | $ 13,050.00 | $ 13,050.00 | 01/30/2025 | 359894 | 11/18/24 | $ 13,050.00 | 12/31/24 | 14 | | $ - | |
| 507173 | 12/31/24 | $ 10,080.00 | $ 10,080.00 | 01/30/2025 | 359897 | 11/18/24 | $ 10,080.00 | 12/31/24 | 14 | | $ - | |
| 507181 | 12/31/24 | $ 12,150.00 | $ 12,150.00 | 01/30/2025 | 359895 | 11/18/24 | $ 12,150.00 | 12/31/24 | 14 | | $ - | |
| 507197 | 12/31/24 | $ 12,600.00 | $ 12,600.00 | 01/30/2025 | 359897 | 11/18/24 | $ 12,600.00 | 12/31/24 | 14 | | $ - | |
| 507202 | 12/31/24 | $ 98,000.00 | $ 98,000.00 | 01/30/2025 | 359897 | 11/18/24 | $ 98,000.00 | 12/31/24 | 14 | | $ - | |
| 507206 | 12/31/24 | $ 17,640.00 | $ 17,640.00 | 01/30/2025 | 359897 | 11/18/24 | $ 17,640.00 | 12/31/24 | 14 | | $ - | |
| 524161 | 01/07/25 | $ 45.00 | $ 45.00 | 02/06/2025 | 359897 | 01/03/25 | $ 45.00 | 12/31/24 | 14 | | $ - | RMA-D15506 - Overage bill that did not return to the WH |
| 528183 | 01/07/25 | $ 11,680.00 | $ 11,680.00 | 02/06/2025 | 360082 | 11/25/25 | $ 11,680.00 | 01/07/25 | 7 | | $ - | |
| 537155 | 01/09/25 | $ 6,720.00 | $ 6,720.00 | 02/08/2025 | 360081 | 11/25/25 | $ 6,720.00 | 01/09/25 | 5 | | $ - | 1/28/25 -Shipment returned - CM 572172 issued |
| 572172 | 01/28/25 | $ (6,720.00) | $ (6,720.00) | 1/28/2025 | 360081 | 11/25/25 | | | | | $ - | 101144666 // 360081 -RMA-D15528 |
| 544158 | 01/13/25 | $ 8,694.00 | $ 8,694.00 | 02/12/2025 | 360082 | 11/25/25 | $ 8,694.00 | 01/13/25 | 1 | | $ - | 1/22/25 -Shipment returned - CM 561233 issued |
| 561233 | 01/22/23 | $ (8,694.00) | $ (8,694.00) | 1/22/2025 | 360082 | 11/25/25 | | | | | $ - | 101144673 // 360082 - RMA-D15527 |
| Totals | | $ 531,113.00 | $ 531,036.00 | | | | | | | | $ (77.00) | |

Reclamation Claim  $531,036.00