**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 10, 11, 12, 14, 16, 17, 18, 19, 67 & 68** |

**STIPULATION TO EXTEND OBJECTION DEADLINE FOR MATTERS
SCHEDULED FOR FEBRUARY 10, 2025 AT 2:00 P.M. (ET)**

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") and the official committee of unsecured creditors (the "<u>Committee</u>") appointed in these chapter 11 cases, by and through their proposed undersigned counsel, hereby stipulate that the Committee's deadline to object to the following motions and application is extended to noon (ET) on February 7, 2025:

1. Entry of a Final Order on *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief* (D.I. 10);

2. Entry of a Final Order on *Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service* (D.I. 11);

3. Entry of a Final Order on *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief* (D.I. 12);

4. Entry of a Final Order on *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

*Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief* (D.I. 14);

      5.      Entry of a Final Order on *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business* (D.I. 16);

      6.      Entry of a Final Order on *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief* (D.I. 17);

      7.      Entry of a Final Order on *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief* (D.I. 18);

      8.      Entry of a Final Order on *Debtors' Motion for Interim and Final Orders (I) Authorizing Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* (D.I. 19);

      9.      *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Raymond James & Associates, Inc., as the Debtors' Investment Banker, Effective as of the Petition Date and (II) Granting Related Relief* (D.I. 67); and

      10.      *Debtors' Motion for an Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, and (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases* (D.I. 68).

The Committee's extension is without prejudice to its rights to seek a further adjournment or extension of its objection deadline for the motions and application set forth herein.

The Debtors reserve the right to extend the objection deadline for other parties in interest with respect to any of the above-listed motions upon written agreement between the Debtors and any party in interest.

Dated: February 4, 2025

**SAUL EWING LLP**

*/s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
       paige.topper@saul.com
       nicholas.smargiassi@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*

-and-

**TYDINGS & ROSENBERG LLP**

*/s/ Dennis J. Shaffer*
Dennis J. Shaffer (MD Bar No. 25680)
Stephen B. Gerald (MD Bar No. 26590)
1 East Pratt Street, Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
Email: dshaffer@tydings.com

sgerald@tydings.com

-and-

**LOWENSTEIN SANDLER LLP**
Bruce S. Nathan (*pro hac vice* pending)
Gianfranco Finizio (*pro hac vice* pending)
Michael T. Papandrea (*pro hac vice* pending)
Chelsea R. Frankel (*pro hac vice* pending)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Email:  BNathan@lowenstein.com
            GFinizio@lowenstein.com
            MPapandrea@lowenstein.com
            CFrankel@lowenstein.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

2

55037553.2