**Exhibit B**

**Hampton Declaration**

53787372.4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.¹ | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**DECLARATION OF JEFFREY C. HAMPTON IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF SAUL EWING LLP AS BANKRUPTCY COUNSEL TO THE
DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, Jeffrey C. Hampton, being duly sworn, state the following under penalty of perjury.

1. I am a partner in the law firm of Saul Ewing LLP ("Saul Ewing"), which maintains offices for the practice of law at 1500 Market Street, 38th Floor Philadelphia, Pennsylvania 19102 as well as in Boca Raton, Fort Lauderdale, Miami and West Palm Beach, Florida, Chicago, Illinois, Wilmington, Delaware, Minneapolis, Minnesota, Harrisburg, Chesterbrook, and Pittsburgh, Pennsylvania, Newark and Princeton, New Jersey, Baltimore, Maryland, Orange County and Los Angeles, California, Boston, Massachusetts and Washington, D.C., and am duly admitted to practice law in the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the Western District of Pennsylvania.

2. I am in all respects competent to make this Declaration (the "Declaration") in support of the application (the "Application")² of the above-captioned debtors and debtors in

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not defined herein are defined in the Application.

possession (collectively, the "<u>Debtors</u>") to retain Saul Ewing as their bankruptcy counsel, effective as of the Petition Date, and in compliance with section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rule 2016-1.

3. The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

## **Services to Be Provided**

4. The professional services that Saul Ewing will render to the Debtors in these chapter 11 cases will include, but shall not be limited to, the following:

   a. providing legal advice with respect to the Debtors' powers and duties as debtors in possession in the continued operation of their businesses and management of their properties;

   b. preparing and pursuing confirmation of a plan and approval of a disclosure statement;

   c. preparing, on behalf of the Debtors, necessary applications, motions, answers, orders, reports, and other legal papers;

   d. appearing in Court and protecting the interests of the Debtors before the Court;

   e. providing assistance, advice, and representation concerning any investigation of the assets, liabilities and financial condition of the Debtors that may be required under local, state, or federal law or orders of this or any other court of competent jurisdiction;

   f. providing counseling and representation with respect to the assumption or rejection of executory contracts and leases, transfers of assets, and other bankruptcy-related matters arising from these chapter 11 cases; and

   g. performing all other services assigned by the Debtors to Saul Ewing as counsel to the Debtors, and to the extent the firm determines that such services fall outside of the scope of services historically or generally performed by Saul Ewing as counsel in a bankruptcy proceeding, Saul Ewing will file a supplemental declaration pursuant to Bankruptcy Rule 2014.

5. By separate application or motion, the Debtors have requested, or will request, Court approval of the retentions of: (i) Getzler Henrich & Associates LLC, to provide interim management services and a chief restructuring officer; (ii) Omni Agent Solutions, Inc., as claims and noticing agent and administrative advisor; (iii) Raymond James & Associates, Inc., as investment banker; and (iv) Stephenson Harwood LLP, as UK counsel. The Debtors also may file motions or applications to employ additional professionals.

## Compensation

6. In July 2024, Saul Ewing was retained by the Debtors to provide advice regarding restructuring options, and in connection with such matters, received a retainer (as replenished, the "Retainer"). Saul Ewing has drawn down on the Retainer, and the Debtors have replenished the Retainer, on several occasions since then. The remainder of the Retainer, in the amount of $317,989.78 (as of the Petition Date), will constitute an advance security retainer to be applied against Saul Ewing's allowed fees and expenses, as permitted by the Court.

7. Other than as set forth above, within the year preceding the Petition Date, Saul Ewing received no other payments from the Debtors on account of services rendered or to be rendered in contemplation of or in connection with these chapter 11 cases. No promises have been received by Saul Ewing, nor by any partner, counsel, or associate thereof, as to compensation in connection with these chapter 11 cases, other than in accordance with the provisions of the Bankruptcy Code. Saul Ewing has not shared or agreed to share any of its compensation from the Debtors with any other person, other than as permitted by section 504 of the Bankruptcy Code.

8. Saul Ewing intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to the approval of this Court and compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, the

Compensation Guidelines, the U.S. Trustee Guidelines and any orders entered in these chapter 11 cases concerning compensation of professionals, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the firm.

9. All filing fees in these chapter 11 cases have been paid in full.

10. The attorneys primarily responsible for representing the Debtors, and their current and future standard hourly rates, are:

| Name | Title | 2025 Hourly Rate |
|---|---|---|
| Mark Minuti | Partner | $975.00 |
| Jeffrey C. Hampton | Partner | $860.00 |
| Adam H. Isenberg | Partner | $860.00 |
| Paige N. Topper | Associate | $505.00 |
| Turner N. Falk | Associate | $485.00 |
| Nicholas Smargiassi | Associate | $355.00 |

11. In addition, other attorneys and paralegals will be involved as necessary and appropriate to represent the Debtors, and Saul Ewing's hourly rates for other attorneys and professionals are as follows:

| Billing Category | Range |
|---|---|
| Partners | $620 - $1,300 |
| Special Counsel | $555 - $1,440 |
| Associates | $325 - $620 |
| Paraprofessionals | $240 - $500 |

12. These hourly rates are subject to periodic adjustment (typically in January or July of each year) to reflect economic and other conditions. Saul Ewing will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services described above. These rates are set at a level designed to fairly compensate the firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is Saul Ewing's policy to charge its clients for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other

charges, mail and express mail charges, special or hand delivery charges, photocopying charges at the rate of $0.10 per page, travel expenses, expenses for "working meals", computerized research, transcription costs, as well as non-ordinary overhead expenses (which shall not include secretarial or other overtime in these cases). The firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the firm's other clients, subject to the Local Bankruptcy Rules.

13. Finally, consistent with Part D(1) of the U.S. Trustee Guidelines, I state as follows:

| Questions required by Part DI of U.S. Trustee Guidelines | Answer |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | Saul Ewing began working with the Debtors in connection with restructuring matters on or about July 2024. Saul Ewing's billing rates were adjusted in January 2025 to reflect economic and other conditions. |
| Has your client approved your respective budget and staffing plan, and if so, for what budget period? | The Debtors approved or will be approving a prospective budget and staffing plan for Saul Ewing's engagement for the postpetition period, as appropriate. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflected changed or unanticipated developments. |

5

53787372.4

**Saul Ewing's Disinterestedness**

14.     To determine its relationship with parties in interest in these chapter 11 cases, Saul Ewing researched its database to determine whether it has any relationships with the entities on the "Conflicts Search List" attached hereto as Schedule 1 and incorporated herein.  The entities set forth on Schedule 1 are comprised of the Debtors and other parties-in-interest in these chapter 11 cases.  All of the entities on Schedule 1 were searched through Saul Ewing's computer system.  Saul Ewing will continue to supplement this Declaration as appropriate upon completion of any additional searches and as additional creditors, equity holders, or parties-in-interest are identified in these cases.

15.     To the extent that such search indicated that Saul Ewing has a relationship with, or connection to, any such entity in matters unrelated to the Debtors or these chapter 11 cases, the identities of such entities are set forth on Schedule 2.  As set forth in greater detail on Schedule 2, and subject to any explanations and/or exceptions contained therein, Saul Ewing (a) does not hold or represent any interest adverse to the Debtors or their estates, and (b) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

16.     In light of the extensive number of creditors and other parties in interest in these cases, neither Saul Ewing nor I are able to conclusively identify all potential relationships.  To the extent that Saul Ewing discovers any facts bearing on the matters described herein during the period of Saul Ewing's retention, Saul Ewing will amend and supplement the information contained in this Declaration to disclose such facts.

17.     By reason of the foregoing, I believe that Saul Ewing is eligible for retention and employment as bankruptcy counsel for the Debtors pursuant to section 327(a), 328(a) and 1107(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Bankruptcy Rules.

53787372.4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 5, 2025

*/s/ Jeffrey C. Hampton*
Jeffrey C. Hampton

**Schedule 1**

**Potential Parties in Interest List**

**Debtors**
Diamond Comic Distributors, Inc.
Comic Exporters, Inc.
Comic Holdings, Inc.
Diamond Select Toys & Collectibles, LLC

**Non-Debtor Affiliates**
Armory Game Distributors, Inc.
Diamond International Galleries, Inc.
DST Investments, LLC
E. Gerber Products, LLC
Game Consolidators, LLC
Gemstone Publishing, Inc.
Mamanook I, LLC
Renegade Games, LLC
Rosebud Entertainment, LLC

**Equity Holders**
Melinda C. Geppi
SG Resource LLC
Stephen A. Geppi
Stephen A. Geppi Irrevocable Trust
Stephen A. Geppi Revocable Trust

**Other – Potentially Adverse**
Joshua M. Geppi as Trustee
Kevin Kobbe as Trustee
PayPal Holdings, Inc
United States Customs & Border Protection

**Officers/Directors**
Bradley E. Scher
Charlie Tyson
Christopher Powell
Chuck Parker
Daniel Hirsh
Katherine Govier
Larry R. Swanson
Robert Gorin

**Utilities**
Casella Waste Management
City Of Olive Branch
City of Plattsburgh
City of Visala
Cockey's Enterprises Inc

Columbia Gas of Pennsylvania, Inc.
Comcast
Fireside Gas
Georgia Power
Georgia Waste Systems
Indiana Michigan Power
Metropolitan Edison Company
Northcentral Electric Cooperative, Inc.
Northern Indiana Public Service Company
NYSEG
Red Lion Municipal Authority
Reliant Energy Retail Services, LLC
Republic Services
Southern California Edison Company
Southern California Gas Company

**Insurers**
Chubb
CNA Financial Corporation
Consolidated Insurance + Risk Management
Crum & Forster Insurance Company
Federal Insurance Company
Great Northern Insurance
Maine Employers' Mutual Insurance Company
QBE Specialty Insurance
Travelers Casualty and Surety Company of America

**Banks / Secured Creditors**
Bank of Montreal
JPMorgan Chase Bank, N.A.

**Debtor Professionals**
Getzler Henrich & Associates LLC
Raymond James Financial, Inc.
Saul Ewing LLP
Stephenson Harwood LLP

**Other Professionals**
Troutman Pepper Locke LLP
Whiteford Taylor & Preston

**Shippers and Warehousemen**
AAA Cooper Transportation
AGO Transportation Inc.
ArcBest
Argus Transport USA, LLC
Averitt Express Inc.
BLM Freight
BR Transport LLC
Caneda Trnasport Ltd.
Canpar Transport Ltd.
Chase Courier Company
C.H. Robinson Worldwide Inc.
CRST Logistics Inc.
Dallas Transfer & Terminal WHS
Dayton Freight Lines, Inc.
ePost Global LLC
Estes Express Lines
Expeditors Int'l
FedEx Freight
FedEx Logistics Inc.
FedEx Trade Network
Forbes-Hewlett Transportation Inc.
Fraser Direct
Geodis USA, Inc
Hassett Express, LLC
Integrated Connection LLC
Maersk E-Commerce Logistics
Old Dominion Freight Line, Inc.
Online Freight Services Inc.
Pitt Ohio Ltl.
RCL Agencies Inc.
Roadrunner Transportation Systems Inc.
Roy Miller Freight Lines LLC
R&L Carriers, Inc.
Scan Global Logistics
Saia Motor Freight Line LLC
Southeastern Freight Lines, Inc.
TeeTurtle
TFI Transport 11 Inc.
TForce Freight, Inc.
Transglobal Distribution
T &T Cargo Services
Venture Manufacturing Ltd.
UPS
UPS Canada
UPS Supply Chain Solutions Inc.

Worldwide Express, LLC
XPO Logistics Freight Inc.
YRC Inc. D/B/A YRC Freight

**Suppliers/Vendors**
Aftershock Comics, LLC
Ara, Inc.
Arcane Tinmen ApS
Bandai Co., Ltd.
Blueyonder, Inc.
Boom Entertainment, Inc.
Deferred Trx
Dstlry Media, Inc.
Dynamic Forces, Inc.
Funko LLC
Good Smile Company, Inc.
Hachette Book Group USA, Inc.
Hasbro Toy Group, Inc.
Image Comics, Inc.
Integrated Connection LLC
National Entertainment Collectibles Association, Inc. (NECA)
Oni-Lion Forge Publishing Group, LLC
Paizo Inc.
Penguin Random House LLC
The Pokémon Company International, Inc.
Ravensburger North America, Inc.
Square Enix, Inc.
Titan Publishing Group Ltd.
TMP International, Inc.
Udon Entertainment Inc.
Ultra Pro International, LLC
United Parcel Service, Inc. (UPS)
Viz Media, LLC
Wizards of the Coast, LLC

**Other Creditors/Contract Parties**
Automatic Data Processing, Inc.
Aetna Inc.
American Express Company
ARA, Inc.
Authorize.Net LLC
Paymentech, LLC
Cigna Corporation
Davis Vision, Inc.
Elective Staffing Midsouth LLC

2

ETS, Inc
Express Services, Inc.
PaySimple, Inc.
Randstad North America, Inc.
The Hartford Financial Services Group, Inc.
The Tailored Staff, LLC
Xceeding Partnership Solutions LLC

**Landlords**
BCI IV Memphis Dc LLC
Big Box Property Owner E, LLC
BNC Strategic Capital Ventures, LLC
MDH F2 Bal Beltway North, LLC
Realbat Inc.
Rock Lease Administration
Phoenix Fort Wayne, LLC
PW Fund B LP
SFV York Road, LLC

**Litigation Counterparty**
First Factory, Inc.

**Taxing Agencies**
Adams County, Indiana
Baltimore County, Maryland
California Department of Tax and Fee Administration
California Franchise Tax Board
Canadian Revenue Agency
Colorado Department of Revenue
Comptroller of Maryland
Desoto County Tax Collector
Florida Department of Revenue
Georgia Department of Revenue
Gwinnett County, Georgia
Illinois Department of Revenue
Indiana Department of Revenue
Internal Revenue Service
Michigan Department of Treasury
Minnesota Department of Revenue
Mississippi Department of Revenue
New Jersey Division of Taxation
New York State Department of Taxation and Finance
Oregon Department of Revenue
Pennsylvania Department of Revenue

Texas Comptroller of Public Accounts
Travis County, Texas
Tulare County, California
Virginia Department of Taxation
Washington State Department of Revenue
Wayne Township, Indiana
Wisconsin Department of Revenue

**Consignment Parties**
12 Gauge Comics LLC
801 Media Inc
A Wave Blue World, Inc.
Ablaze Publishing
Abstract Studios, Inc.
Action Lab Entertainment, Inc.
Aftershock Comics, LLC
Ahoy Comics, LLC
Ait/Planetlar Publishing, LLC
Albatross Funnybooks
Alien Books, LLC
Alley Cat Games, LLC
American Mythology Productions, LLC
Antarctic Press
Ape Entertainment, LLC
Apex Publishing, LLC
Arcane Wonders, LLC
Archaia Studios Press, LLC
Archie Comic Publications, Inc.
Ares Games Srl
Artists Writers & Artisans, Inc.
Aspen MLT, Inc.
Avatar Press, Inc.
Bad Egg, LLC
Bandai Entertainment Inc.
Battle Quest Comics, LLC
Bedside Press
Behemoth Entertainment, LLC
Benitez Productions
Black Mask Comics
Black Panel Press, Inc.
Blind Ferret Entertainment, Inc.
Boom Entertainment, Inc.
Bundoran Press Publishing House
Burning Wheel, Inc.
Capstone Games, LLC
Catalyst Game Labs, LLC

3

Chaosium, Inc.
Chizine Publications
Clover Press, LLC
Compass Games, LLC
Cryptozoic Entertainment, LLC
Dan Verssen Games
Dark Horse Comics, LLC
Dave Taylor Miniatures
Davinci Editrice Srl
DC Comics
Desperado Publishing
Dex Protection, LLC
Dietz Foundation
Difference Engine Pte Ltd
Digital Manga Distribution, Inc.
Dire Wolf Digital, LLC
Draco Studios
Drawn & Quarterly
Drinking Quest/Jason Wiseman
Dstlry Media, Inc.
Dynamic Forces, Inc.
Elf Greek Games
Eros Comix
Eureka Productions
Fairsquare Graphics, LLC
Fanroll, LLC
Fantagraphics Books, Inc.
Fiery Studios, Inc.
Folded Space Eood
Frank Miller Presents, LLC
G.T. Labs
Gamelyn Games, LLC
Gen Manga Entertainment, Inc.
Genius Games, LLC
Gold Key Entertainment
Good Games Publisher, LLC
Good Trouble Productions, LLC
Goodman Games, LLC
Pennsylvania State University Press (Graphic Mundi)
Graphitti Designs
Green Ronin Publishing
Gungnir Entertainment, Inc.
Gut Bustin Games, LLC
Hammerdog Games, LLC
Happy Camper, LLC
Heavy Metal Magazine
Hermes Press
Hit Point Press, LLC
Humanoids, Inc.
Hush Hush Projects/Dara Studios
IDW Publishing
Top Shelf Productions (IDW Publishing)
Image Comics, Inc.
Incredible Dream Studios, Inc.
Indie Boards & Cards, LLC
Stronghold Games, LLC
Joe Books Ltd
Jordan Games
Left Justified LLC
Les Editions Pix'N Love
Lev Gleason Publications
Lion Forge, LLC
Lionwing Publishing Ltd
Living The Line
Locust Moon Press
Loren Coleman
Lucky Duck Games
Lulu Is A Rhinoceros, LLC
Luminary Games
Mad Cave Studios
Magma Comix
Magnetic Press Inc.
Manga Classics, Inc.
Mantic Entertainment Ltd
Marvel Entertainment, LLC
Massive Publishing
Mayday Games
Monte Cook Games
Moonstone Publishing
Mr. B Games
NBM Publishing
Netcomics
Night Shade Books
Norma Editorial S.A.
North Star Games, LLC
Nauvoo Games
Oni Press, Inc.
Opus Comics Ltd
Paizo Inc.
Panini UK Ltd
Papercutz Inc.

4

Pegamoose Press
Penguin Random House LLC
Primal Horizon
Prime Books LLC
Quest Kids LLC (DBA Treasure Falls Games)
Rabbit Publishers
Radical Publishing
Reaper Miniatures
Red Giant Entertainment Inc.
Renaissance Press
Renegade Game Studios, LLC
Resonym, LLC
Roll For Combat, LLC
S7 Games
Scout Comics
Sea Lion Books
Seven Seas Ghost Ship
Skyscraper Studios Inc. (DBA Roll For Combat)
Slave Labor Graphics
Smirk & Dagger Games
Soaring Penguin Press
Source Point Games
Source Point Press
Starburns Industries Press
Storm King Productions, Inc.
Sumerian Comics
Twisted Comics (Formerly TPub)
Tasty Minstrel Games
Teeturtle, LLC
Th3rd World Studios
The Army Painter
The Little Plastic Train Company
Thorny Games
Titan Comics
Tokyopop Inc.
Toonhound Studios LLC
Twomorrows Publishing
Ubiworkshop
Udon Entertainment Inc.
University Games Corporation
Valiant Entertainment, LLC
Van Ryder Games
Vault Comics
Wargames Atlantic

Warlord Games Ltd
Wicked Cow Studios LLC
Wildside Press LLC
William M Gaines, Inc. (Via Gems)
William M. Gaines, Agent, Inc.
Worldsforge Private Ltd
Wyrm Publishing
Yaoi Press LLC
Z2 Comics
Zenescope Entertainment Inc.
Zombie Love Studios

**Office of the United States Trustee – Region 4 District of Maryland (Baltimore Division)**
Amy C. Busch
Christina Schruefer
Danielle Brown
Denise Bachman
Gerard R. Vetter
Hugh M. Bernstein
Jeffrey Heck
Katherine A. Levin
Omnia A. Shedid
Tony Pika

**Judges in the U.S. Bankruptcy Court for the District of Maryland**
Chief Judge David E. Rice
Judge Lori S. Simpson
Judge Maria Ellena Chavez-Ruark
Judge Michelle M. Harner
Judge Nancy V. Alquist
Judge Thomas J. Catliota

**Potential Purchaser**
Universal Distribution

5

**Schedule 2**

**Disclosure of Saul Ewing**

Saul Ewing LLP ("Saul Ewing"), with offices in Boca Raton, Fort Lauderdale, Miami and West Palm Beach, Florida, Chicago, Illinois, Minneapolis, Minnesota, Philadelphia, Harrisburg, Chesterbrook, and Pittsburgh, Pennsylvania, Newark and Princeton, New Jersey, Baltimore, Maryland, Washington, D.C., Wilmington, Delaware, Orange County and Los Angeles, California, and Boston, Massachusetts, employs approximately 450 attorneys and has a large and diversified legal practice which encompasses the representation of many businesses, financial institutions, individuals and other creditors. As part of its diverse practice, Saul Ewing appears in numerous cases, proceedings, and transactions involving many different professionals, including other attorneys, accountants, financial consultants and investment bankers. Based on Saul Ewing's current knowledge of the professionals, lenders, creditors, equity holders and other significant parties in interest involved in these cases, Saul Ewing makes the following disclosures:

**Current Representations Wholly Unrelated to the Debtors:** Saul Ewing currently represents the following parties or their affiliates in matters wholly unrelated to the Debtors: American Express Company, Cigna Corporation, Columbia Gas of Pennsylvania, Inc., Good Smile Company, Inc., Pitt Ohio Ltl., FedEx Freight, Roadrunner Transportation Systems Inc., Travelers Casualty and Surety Company of America, Georgia Waste Systems, Reliant Energy Retail Services, LLC, Chubb, Great Northern Insurance, Comcast, Aetna, Inc., Indiana Michigan Power, and PayPal Holdings, Inc.

**Past Representations Wholly Unrelated to the Debtors** Saul Ewing previously represented the following parties, who are or may be creditors of the Debtors or parties in interest

2

in the Debtors' chapter 11 cases, in matters wholly unrelated to the Debtors: QBE Specialty Insurance.