IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 24-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>March 5, 2025 at 2:00 p.m. (ET)<br>**Objection Deadline:**<br>February 19, 2025 |

### NOTICE OF DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014 FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF OMNI AGENT SOLUTIONS, INC., AS ADMINISTRATIVE AGENT, EFFECTIVE AS OF THE PETITION DATE

**PLEASE TAKE NOTICE** that on February 5, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 for Entry of an Order Authoring the Employment and Retention of Omni Agent Solutions, Inc., as Administrative Agent, Effective as of the Petition Date* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that a hearing, if required, on the Application will commence before the Honorable Chief Judge Rice on March 5, 2025, at 2:00 PM at the United States Bankruptcy Court, 101 W. Lombard St., Courtroom 9-D, Baltimore, MD 21201.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned proposed counsel for the Debtors, so as to actually be received by or before **February 19, 2025**.

IF NO OBJECTION OR RESPONSE TO THE APPLICATION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

53464924.3

Dated: February 5, 2025　　　　　　　**SAUL EWING LLP**

　　　　　　　　　　　　　　　　　By: */s/ Jordan D. Rosenfeld*
　　　　　　　　　　　　　　　　　Jordan D. Rosenfeld (MD Bar No. 13964)
　　　　　　　　　　　　　　　　　1001 Fleet Street, 9th Floor
　　　　　　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　　　　　　Telephone: (410) 332-8600
　　　　　　　　　　　　　　　　　Email: jordan.rosenfeld@saul.com

　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　Jeffrey C. Hampton (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Adam H. Isenberg (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Turner N. Falk (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　1500 Market Street, 38th Floor
　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　Telephone: (215) 972-7777
　　　　　　　　　　　　　　　　　Email: jeffrey.hampton@saul.com
　　　　　　　　　　　　　　　　　　　　　adam.isenberg@saul.com
　　　　　　　　　　　　　　　　　　　　　turner.falk@saul.com

　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　Mark Minuti (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Paige N. Topper (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Nicholas Smargiassi (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　Telephone: (302) 421-6800
　　　　　　　　　　　　　　　　　Email: mark.minuti@saul.com
　　　　　　　　　　　　　　　　　　　　　paige.topper@saul.com
　　　　　　　　　　　　　　　　　　　　　nicholas.smargiassi@saul.com

　　　　　　　　　　　　　　　　　*Proposed Counsel for Debtors and Debtors in Possession*

53464924.3