**EXHIBIT B**

**Deutch Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**DECLARATION OF PAUL H. DEUTCH IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014 AUTHORIZING THE EMPLOYMENT AND RETENTION OF OMNI AGENT SOLUTIONS, INC. AS ADMINISTRATIVE AGENT, EFFECTIVE AS OF THE PETITION DATE**

I, Paul H. Deutch, under penalty of perjury, declare as follows:

1. I am the Executive Vice President of Omni Agent Solutions, Inc. ("Omni"), a company specializing in the administration of bankruptcy cases, with offices located in Woodland Hills, California and New York, New York. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto. I am authorized to make and submit this declaration on behalf of Omni.

2. This declaration (the "Declaration") is made in support of the *Debtors' Application Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 for Entry of an Order Authorizing the Employment and Retention of Omni Agent Solutions, Inc., as Administrative Agent, Effective as of the Petition Date* (the "Application")[2], filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

3. Omni is one of the country's leading chapter 11 administrators and is well-qualified to provide experienced administrative services in connection with these chapter 11 cases. Omni has been retained as claims and noticing agent and/or administrative agent in jurisdictions throughout the country to provide administrative assistance in a number of large chapter 11 cases. Omni's present and former retentions include: *See, e.g.*, *In re Prospect Medical Holdings, Inc.*, No. 25-80002 (SGCJ) (Bankr. N.D. Tx. Jan. 11, 2025); *In re Wilson Creek Energy, LLC.*, No. 25-70001 (JAD) (Bankr. W.D. Pa. Jan. 6, 2025); *In re Ligado Networks LLC*, No. 25-10006 (TMH) (Bankr. D. Del. Jan. 5, 2025); *In re The Little Mint, Inc.*, No. 24-04510 (JNC) (Bankr. E.D.N.C. Dec. 31, 2024); *In re First Mode Holdings, Inc.*, Case No. 24-12794 (KBO) (Bankr. D. Del. Dec. 15, 2024); *In re True Value Company, L.L.C.*, No. 24-12337 (KBO) (Bankr. D. Del. Oct. 14, 2024); *In re Accuride Corporation*, No. 24-12289 (JKS) (Bankr. D. Del. Oct. 9, 2024); *In re Jordan Health Products I, Inc.*, No. 24-12271 (TMH) (Bankr. D. Del. Oct. 8, 2024); *In re Edgio, Inc.*, No. 24-11985 (KBO) (Bankr. D. Del. Sept. 9, 2024)*; Guardian Elder Care at Johnstown, LLC*, Case No. 24-70299 (JAD) (Bankr. W.D. Pa. Aug. 1, 2024); *In re Vyaire Medical Inc.*, No. 24-11217 (BLS) (Bankr. D. Del. June 11, 2024); *In re South Hills Operations*, Case No. 24-21217 (JAD) (Bankr. W.D. Pa. May 21, 2024)*; In re Weiss Multi-Strategy Advisers LLC*, Case No. 24-10743 (MG) (Bankr. S.D.N.Y. Apr. 29, 2024); *In re Never Slip Holdings, Inc.*, No. 24-10663 (LSS) (Bankr. D. Del. Apr. 1, 2024); *Hornblower Holdings LLC*, Case No. 24-90061 (MI) (Bankr. S.D. Tex. Feb. 21, 2024)*; In re PM Management - Killeen I NC LLC*, Case No. 24-30240 (SGCJ) (Bankr. N.D. Tex. Jan. 29, 2024); *In re Impel Pharmaceuticals Inc.*, Case No. 23-80016 (SGJ) (Bankr. N.D. Tex. Dec. 19, 2023); *In re Ebix, Inc.*, Case No. 23-80004 (SWE) (Bankr. N.D. Tex. Dec. 17, 2023); *In re Sunlight Financial Holdings, Inc.*, No. 23-11794 (MFW) (Bankr. D. Del. Nov. 1, 2023); *In re UpHealth Holdings, Inc.*, No. 23-11476 (LSS) (Bankr. D. Del. Oct. 24, 2023);

53464924.1

*In re Shift Technologies, Inc.*, Case No. 23-30687 (HLB) (Bankr. N. D. Cal. Oct. 9, 2023); *In re AmeriFirst Financial, Inc.*, Case No. 23-11240 (TMH) (Bankr. D. Del. Aug. 24, 2023); *In re Roman Catholic Archbishop of San Francisco*, Case No. 23-30564 (DM) (Bankr. N.D. Cal. Aug. 21, 2023); *In re AeroFarms, Inc.*, Case No. 23-10737 (MFW) (Bankr. D. Del. June 8, 2023); *In re Desolation Holdings, LLC*, No. 23-10597 (BLS) (Bankr. D. Del. May 10, 2023)*; In re Bittrex, Inc.*, Case No. 23-10597 (BLS) (Bankr. D. Del. May 8. 2023); *In re Lannett Co., Inc.*, No. 23-10559 (JKS) (Bankr. D. Del. May 5, 2023); *In re DeCurtis Holdings LLC*, Case No. 23-10548 (JKS) (Bankr. D. Del. Apr. 30, 2023)*; In re Lincoln Power, LLC*, No. 23-10382 (LSS) (Bankr. D. Del. Apr. 3, 2023); *In re Independent Pet Partners Holdings, LLC*, No. 23-10153 (LSS) (Bankr. D. Del. Feb. 5, 2023); *In re Performance Powersports Group Investor, LLC*, 23-10047 (LSS) (Bankr. D. Del. Jan. 18, 2023).

4. The Debtors selected Omni to provide, upon the Debtors' request, administrative services for the Debtors' estates, as set forth in more detail in the Application filed contemporaneously herewith. In performing such services, Omni will charge the Debtors the rates set forth in the Engagement Agreement, which is attached as **Exhibit C** to the Application.

5. Prior to the Petition Date, the Debtors provided Omni a retainer in the amount of $50,000, which, consistent with the Engagement Agreement, was applied to pre-petition invoices. Pursuant to the Engagement Agreement, Omni will hold the balance of retainer during the chapter 11 cases as security for the payment of fees and expenses incurred under the Engagement Agreement.

6. Omni is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that Omni and its professional personnel:

(a) Are not creditors, equity security holders, or insiders of the Debtors;

(b) Are not and were not, within two years before the date of the filing of these cases, directors, officers, or employees of the Debtors; and

(c) Do not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

7. Omni submitted for review by our conflicts system the names of all known potential parties in interest (the "<u>Potential Parties in Interest</u>") in the chapter 11 cases. The list of Potential Parties in Interest, attached hereto as **Exhibit 1**, was provided by the Debtors and included the Debtors, current and former directors and officers of the Debtors, secured creditors, lenders, the Debtors' largest unsecured creditors on a consolidated basis, and other parties. The results of the conflict check were compiled and reviewed by Omni professionals. At this time, and as set forth in further detail herein, Omni is not aware of any connection that would present a disqualifying conflict of interest. Should Omni discover any new relevant facts or connections bearing on the matters described herein during the period of its retention, Omni will use reasonable efforts to file promptly a supplemental declaration.

8. To the best of my knowledge, and based solely upon information provided to me by the Debtors, and except as provided herein, neither Omni, nor any of its professionals, has any materially adverse connection to the Debtors, their creditors or other relevant parties. Omni may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which Omni serves or has served in a neutral capacity as Claims and Noticing Agent and/or administrative agent for another chapter 11 debtor.

9. Omni personnel may have relationships with some of the Debtors' creditors or other parties in interest. However, to the best of my knowledge, such relationships, to the extent they exist, are of a personal nature and completely unrelated to the chapter 11 cases. Omni has and will continue to represent clients in matters unrelated to the chapter 11 cases. In addition, Omni has

had and will continue to have relationships in the ordinary course of its business with certain vendors, professionals, and other parties in interest that may be involved in the Debtors' cases in matters unrelated to these cases. Omni may also provide professional services to entities or persons that may be creditors or parties in interest in the chapter 11 cases, which services do not directly relate to, or have any direct connection with, the chapter 11 cases or the Debtors. To the best of my knowledge, neither Omni, nor any employees thereof, represents any interest materially adverse to the Debtors' estates with respect to any matter upon which Omni is to be engaged.

10. Omni and its personnel in their individual capacities regularly utilize the services of law firms, accounting firms, and financial advisors. Such firms engaged by Omni or its personnel may appear in chapter 11 cases representing the Debtors or parties in interest. All engagements where such firms represent Omni or its personnel in their individual capacities are unrelated to the chapter 11 cases.

11. Based on the foregoing, I believe that Omni is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code. Moreover, to the best of my knowledge and belief, neither Omni nor any of its partners or employees hold or represent any interest materially adverse to the Debtors' estates with respect to any matter upon which Omni is to be engaged.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: February 5, 2025                     */s/ Paul H. Deutch*
                                                             Paul H. Deutch
                                                             Senior Vice President
                                                             Omni Agent Solutions, Inc.

**Schedule 1**

**Potential Parties in Interest**

**Debtors**
Diamond Comic Distributors, Inc.
Diamond Select Toys & Collectibles, LLC
Comic Exporters, Inc.
Comic Holdings, Inc.

**Non-Debtor Affiliates**
Armory Game Distributors, Inc.
Diamond Comic Distributors UK
Diamond International Galleries, Inc.
DST Investments, LLC
E. Gerber Products, LLC
Game Consolidators, LLC
Gemstone Publishing, Inc.
Mamanook I, LLC
Mid-Atlantic Loan Acquisition I, LLC
Renegade Games, LLC
Rosebud Entertainment, LLC
Stephen A. Geppi Irrevocable Trust
Stephen A. Geppi Revocable Trust

**Equity Holders**
Melinda C. Geppi
SG Resource LLC
Stephen A. Geppi

**Officers/Directors**
Bradley E. Scher
Charlie Tyson
Christopher Powell
Chuck Parker
Chuck Terceira
Daniel Hirsh
Katherine Govier
Larry R. Swanson
Robert Gorin
Sean Meadows
Timothy Lenaghan

**Utilities**
Casella Waste Management
City of Glendale
City Of Olive Branch
City of Plattsburgh
City of Visala
Cockey's Enterprises Inc
Columbia Gas of Pennsylvania, Inc.
Comcast
Fireside Gas
Georgia Power
Georgia Waste Systems
Indiana Michigan Power
Metropolitan Edison Company
Northcentral Electric Cooperative, Inc.
Northern Indiana Public Service Company
NYSEG
Red Lion Municipal Authority
Reliant Energy Retail Services, LLC
Republic Services
Southern California Edison Company
Southern California Gas Company
Southland Disposal Company
Pack-It LLC

**Insurers**
Chubb
CNA Financial Corporation
Consolidated Insurance + Risk Management
Crum & Forster Insurance Company
Federal Insurance Company
Great Northern Insurance
Maine Employers' Mutual Insurance Company
QBE Specialty Insurance
Travelers Casualty and Surety Company of America

**Banks / Secured Creditors**
Bank of Montreal
JPMorgan Chase Bank, N.A.

**Debtor Professionals**
Getzler Henrich & Associates LLC
Raymond James Financial, Inc.
Saul Ewing LLP
Stephenson Harwood LLP

**Other Professionals**
Troutman Pepper Locke LLP

**Diamond Comic Distributors, Inc. – Parties-in-Interest**

**Shippers and Warehousemen**
AAA Cooper Transportation
AGO Transportation Inc.
ArcBest
Argus Transport USA, LLC
Averitt Express Inc.
BLM Freight
BR Transport LLC
Caneda Transport Ltd.
Canpar Transport Ltd.
Chase Courier Company
C.H. Robinson Worldwide Inc.
CRST Logistics Inc.
Dallas Transfer & Terminal WHS
Dayton Freight Lines, Inc.
ePost Global LLC
Estes Express Lines
Expeditors Int'l
FedEx Freight
FedEx Logistics Inc.
FedEx Trade Network
Forbes-Hewlett Transportation Inc.
Fraser Direct
Geodis USA, Inc
Hassett Express, LLC
Integrated Connection LLC
Imagine Fulfillment Services, LLC
Maersk E-Commerce Logistics
Old Dominion Freight Line, Inc.
Online Freight Services Inc.
Pitt Ohio Ltl.
RCL Agencies Inc.
Roadrunner Transportation Systems Inc.
Roy Miller Freight Lines LLC
R&L Carriers, Inc.
Scan Global Logistics
Saia Motor Freight Line LLC
Southeastern Freight Lines, Inc.
TeeTurtle
TFI Transport 11 Inc.
TForce Freight, Inc.
Transglobal Distribution
T &T Cargo Services
Venture Manufacturing Ltd.
UPS
UPS Canada
UPS Supply Chain Solutions Inc.
Worldwide Express, LLC
XPO Logistics Freight Inc.
YRC Inc. D/B/A YRC Freight

**Suppliers/Vendors**
3D Systems Corporation
Aftershock Comics, LLC
Ara, Inc.
Arcane Tinmen ApS
Bandai Co., Ltd.
Blueyonder, Inc.
Boom Entertainment, Inc.
Deferred Trx
Dstlry Media, Inc.
Dynamic Forces, Inc.
Funko LLC
Good Smile Company, Inc.
Hachette Book Group USA, Inc.
Hasbro Toy Group, Inc.
Image Comics, Inc.
Integrated Connection LLC
National Entertainment Collectibles Association, Inc. (NECA)
Oni-Lion Forge Publishing Group, LLC
Paizo Inc.
Penguin Random House LLC
The Pokémon Company International, Inc.
Ravensburger North America, Inc.
Reynolds Advanced Materials US, Inc.
Square Enix, Inc.
Titan Publishing Group Ltd.
TMP International, Inc.
Udon Entertainment Inc.
Ultra Pro International, LLC
United Parcel Service, Inc. (UPS)
Viz Media, LLC
Wizards of the Coast, LLC

**Other**
Automatic Data Processing, Inc.
Aetna Inc.
American Express Company
ARA, Inc.
Authorize.Net LLC

2

**Diamond Comic Distributors, Inc. – Parties-in-Interest**

Paymentech, LLC
Cigna Corporation
Davis Vision, Inc.
Elective Staffing Midsouth LLC
ETS, Inc
Express Services, Inc.
Joshua M. Geppi
Kevin Kobbe
Luminaire Health Benefits, Inc.
PayPal Holdings, Inc.
PaySimple, Inc.
Randstad North America, Inc.
The Hartford Financial Services Group, Inc.
The Tailored Staff, LLC
United States Customs & Border Protection
Xceeding Partnership Solutions LLC

**Landlords**
BCI IV Memphis Dc LLC
Big Box Property Owner E, LLC
BNC Strategic Capital Ventures, LLC
MDH F2 Bal Beltway North, LLC
Realbat Inc.
Rock Lease Administration
Phoenix Fort Wayne, LLC
PW Fund B LP
SFV York Road, LLC
Rubin & Frieda Fenster Family Limited Partnership

**Litigation Counterparties**
First Factory, Inc.
Twomey, Latham, Shea, Kelley, Dubin & Quartararo, LLP

**Taxing Agencies**
Adams County, Indiana
Baltimore County, Maryland
California Department of Tax and Fee Administration
California Franchise Tax Board
Canadian Revenue Agency
Colorado Department of Revenue
Comptroller of Maryland
Desoto County Tax Collector
Florida Department of Revenue
Georgia Department of Revenue
Gwinnett County, Georgia
Illinois Department of Revenue
Indiana Department of Revenue
Internal Revenue Service
Michigan Department of Treasury
Minnesota Department of Revenue
Mississippi Department of Revenue
New Jersey Division of Taxation
New York State Department of Taxation and Finance
Oregon Department of Revenue
Pennsylvania Department of Revenue
Texas Comptroller of Public Accounts
Travis County, Texas
Tulare County, California
Virginia Department of Taxation
Washington State Department of Revenue
Wayne Township, Indiana
Wisconsin Department of Revenue

**Consignment Parties**
12 Gauge Comics LLC
801 Media Inc
A Wave Blue World, Inc.
Ablaze Publishing
Abstract Studios, Inc.
Action Lab Entertainment, Inc.
Aftershock Comics, LLC
Ahoy Comics, LLC
Ait/Planetlar Publishing, LLC
Albatross Funnybooks
Alien Books, LLC
Alley Cat Games, LLC
American Mythology Productions, LLC
Antarctic Press
Ape Entertainment, LLC
Apex Publishing, LLC
Arcane Wonders, LLC
Archaia Studios Press, LLC
Archie Comic Publications, Inc.
Ares Games Srl
Artists Writers & Artisans, Inc.
Aspen MLT, Inc.
Avatar Press, Inc.
Bad Egg, LLC

**Diamond Comic Distributors, Inc. – Parties-in-Interest**

| | |
|---|---|
| Bandai Entertainment Inc. | Genius Games, LLC |
| Battle Quest Comics, LLC | Gold Key Entertainment |
| Bedside Press | Good Games Publisher, LLC |
| Behemoth Entertainment, LLC | Good Trouble Productions, LLC |
| Benitez Productions | Goodman Games, LLC |
| Black Mask Comics | Pennsylvania State University Press (Graphic Mundi) |
| Black Panel Press, Inc. | |
| Blind Ferret Entertainment, Inc. | Graphitti Designs |
| Boom Entertainment, Inc. | Green Ronin Publishing |
| Bundoran Press Publishing House | Gungnir Entertainment, Inc. |
| Burning Wheel, Inc. | Gut Bustin Games, LLC |
| Capstone Games, LLC | Hammerdog Games, LLC |
| Catalyst Game Labs, LLC | Happy Camper, LLC |
| Chaosium, Inc. | Heavy Metal Magazine |
| Chizine Publications | Hermes Press |
| Clover Press, LLC | Hit Point Press, LLC |
| Compass Games, LLC | Humanoids, Inc. |
| Cryptozoic Entertainment, LLC | Hush Hush Projects/Dara Studios |
| Dan Verssen Games | IDW Publishing |
| Dark Horse Comics, LLC | Top Shelf Productions (IDW Publishing) |
| Dave Taylor Miniatures | Image Comics, Inc. |
| Davinci Editrice Srl | Incredible Dream Studios, Inc. |
| DC Comics | Indie Boards & Cards, LLC |
| Desperado Publishing | Stronghold Games, LLC |
| Dex Protection, LLC | Joe Books Ltd |
| Dietz Foundation | Jordan Games |
| Difference Engine Pte Ltd | Left Justified LLC |
| Digital Manga Distribution, Inc. | Les Editions Pix'N Love |
| Dire Wolf Digital, LLC | Lev Gleason Publications |
| Draco Studios | Lion Forge, LLC |
| Drawn & Quarterly | Lionwing Publishing Ltd |
| Drinking Quest/Jason Wiseman | Living The Line |
| Dstlry Media, Inc. | Locust Moon Press |
| Dynamic Forces, Inc. | Loren Coleman |
| Elf Greek Games | Lucky Duck Games |
| Eros Comix | Lulu Is A Rhinoceros, LLC |
| Eureka Productions | Luminary Games |
| Fairsquare Graphics, LLC | Mad Cave Studios |
| Fanroll, LLC | Magma Comix |
| Fantagraphics Books, Inc. | Magnetic Press Inc. |
| Fiery Studios, Inc. | Manga Classics, Inc. |
| Folded Space Eood | Mantic Entertainment Ltd |
| Frank Miller Presents, LLC | Marvel Entertainment, LLC |
| G.T. Labs | Massive Publishing |
| Gamelyn Games, LLC | Mayday Games |
| Gen Manga Entertainment, Inc. | Monte Cook Games |

**Diamond Comic Distributors, Inc. – Parties-in-Interest**

Moonstone Publishing
Mr. B Games
NBM Publishing
Netcomics
Night Shade Books
Norma Editorial S.A.
North Star Games, LLC
Nauvoo Games
Oni Press, Inc.
Opus Comics Ltd
Paizo Inc.
Panini UK Ltd
Papercutz Inc.
Pegamoose Press
Penguin Random House LLC
Primal Horizon
Prime Books LLC
Quest Kids LLC (DBA Treasure Falls Games)
Rabbit Publishers
Radical Publishing
Reaper Miniatures
Red Giant Entertainment Inc.
Renaissance Press
Renegade Game Studios, LLC
Resonym, LLC
Roll For Combat, LLC
S7 Games
Scout Comics
Sea Lion Books
Seven Seas Ghost Ship
Skyscraper Studios Inc. (DBA Roll For Combat)
Slave Labor Graphics
Smirk & Dagger Games
Soaring Penguin Press
Source Point Games
Source Point Press
Starburns Industries Press
Storm King Productions, Inc.
Sumerian Comics
Twisted Comics (Formerly TPub)
Tasty Minstrel Games
Teeturtle, LLC
Th3rd World Studios
The Army Painter

The Little Plastic Train Company
Thorny Games
Titan Comics
Tokyopop Inc.
Toonhound Studios LLC
Twomorrows Publishing
Ubiworkshop
Udon Entertainment Inc.
University Games Corporation
Valiant Entertainment, LLC
Van Ryder Games
Vault Comics
Wargames Atlantic
Warlord Games Ltd
Wicked Cow Studios LLC
Wildside Press LLC
William M Gaines, Inc. (Via Gems)
William M. Gaines, Agent, Inc.
Worldsforge Private Ltd
Wyrm Publishing
Yaoi Press LLC
Z2 Comics
Zenescope Entertainment Inc.
Zombie Love Studios

**License Agreement Parties**
All Elite Wrestling LLC
Bruce Lee LLC
Dammage 7, Inc.
Disney Consumer Products, Inc.
Dork Storm Press LLC
Evolution USA LLC
Fox Entertainment Group LLC
Hasbro, Inc.
International Merchandising Corporation
IMG Worldwide Holdings, LLC
Legendary Licensing LLC
Lions Gate Entertainment Corporation
Marvel Brands LLC
Netflix CPX LLC
Paramount Global
SEGA of America, Inc.
Skybound LLC
Sony Pictures Consumer Products Inc.
Synthesis Entertainment Inc.
The Green Hornet, Inc.

5

**Diamond Comic Distributors, Inc. – Parties-in-Interest**

Toho Co., Ltd.
Warner Bros. Consumer Products Inc.

**Key Customers**
2428392, Inc. dba FYE
Amazon.com, Inc.
Animextreme Inc.
Baker & Taylor Books, Inc.
Barnes & Noble, Inc.
Booktopia Direct Pty Ltd (Air)
Booktopia Pty Ltd
Boom Entertainment, Inc.
BZVirtual LLC
Chaos Pop Pty Ltd
Comics-N-Stuff
Cosmic Comics, Inc.
DCBS, Inc.
Diamond Select Toys & Collectibles, LLC
Distribution Universe, Inc.
Dorksidetoys, Inc.
Dynamic Entertainment, LLC
Electronics Boutique Canada, Inc.
Entertainment Earth, Inc.
Harrison's Comics & Collectibles, Inc.
Heathside Trading Ltd
HEO GmbH
Idea and Design Works, LLC
Image Comics, Inc.
Indigo Books and Music, Inc.
Indy Comics LLC
Ingram Book Group LLC
Kadokawa World Entertainment, Inc.
Kaiba Corporation
Kieren Consulting, LLC
Lone Star Comics, Inc.
Malta Comics & Collectibles, Inc.
Marvel Entertainment, LLC
Replay Toys LLC
Rosebud Entertainment LLC
Source Point Press, LLC
Sure Thing Sales LLC
Terminal Distribuzione S.R.L.
The Marmaxx Group, Inc.
The Westfield Company, Inc.
THG OnDemand Limited
Things From Another World, Inc.

Torpedo Comics Vintage & Trade, Inc.
Valiant Entertainment, LLC
Walgreen Co.

**Office of the United States Trustee – Region 4 District of Maryland (Baltimore Division)**
Amy C. Busch
Christina Schruefer
Danielle Brown
Denise Bachman
Gerard R. Vetter
Hugh M. Bernstein
Jeffrey Heck
Katherine A. Levin
Omnia A. Shedid
Tony Pika

**Judges in the U.S. Bankruptcy Court for the District of Maryland**
Chief Judge David E. Rice
Judge Lori S. Simpson
Judge Maria Ellena Chavez-Ruark
Judge Michelle M. Harner
Judge Nancy V. Alquist
Judge Thomas J. Catliota