IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**March 5, 2025 at 2:00 p.m. (ET)**<br>**Objection Deadline:**<br>**February 19, 2025** |

## NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on February 5, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing, if required, on the Motion will commence before the Honorable Chief Judge Rice on March 5, 2025, at 2:00 p.m. (ET) at the United States Bankruptcy Court, 101 W. Lombard St., Courtroom 9-D, Baltimore, MD 21201.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned proposed counsel for the Debtors, so as to actually be received by or before **February 19, 2025**.

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

53530601.3

Dated: February 5, 2025                           **SAUL EWING LLP**

                              By: */s/ Jordan D. Rosenfeld*
                                 Jordan D. Rosenfeld (MD Bar No. 13964)
                                 1001 Fleet Street, 9th Floor
                                 Baltimore, MD 21202
                                 Telephone: (410) 332-8600
                                 Email: jordan.rosenfeld@saul.com

                                 -and-

                                 Jeffrey C. Hampton (admitted *pro hac vice*)
                                 Adam H. Isenberg (admitted *pro hac vice*)
                                 Turner N. Falk (admitted *pro hac vice*)
                                 1500 Market Street, 38th Floor
                                 Philadelphia, PA 19102
                                 Telephone: (215) 972-7777
                                 Email: jeffrey.hampton@saul.com
                                        adam.isenberg@saul.com
                                        turner.falk@saul.com

                                 -and-

                                 Mark Minuti (admitted *pro hac vice*)
                                 Paige N. Topper (admitted *pro hac vice*)
                                 Nicholas Smargiassi (admitted *pro hac vice*)
                                 1201 N. Market Street, Suite 2300
                                 Wilmington, DE 19801
                                 Telephone: (302) 421-6800
                                 Email: mark.minuti@saul.com
                                        paige.topper@saul.com
                                        nicholas.smargiassi@saul.com

                                 *Proposed Counsel for Debtors and Debtors in Possession*

53530601.3