# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") hereby appears by and through its undersigned proposed counsel, pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Committee, by and through its proposed counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

**LOWENSTEIN SANDLER LLP**
Gianfranco Finizio, Esq.
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
Telephone: (212) 262-6700
E-mail: gfinizio@lowenstein.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which the Committee, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: February 6, 2025    **LOWENSTEIN SANDLER LLP**

<u>/s/ Gianfranco Finizio</u>
Gianfranco Finizio, Esq. (Admitted *pro hac vice*)
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
Phone: (212) 262-6700
E-mail: gfinizio@lowenstein.com

6309391.1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 6th day of February, 2025, the foregoing was served via the Court's CM/ECF filing system on the following:

Turner Falk: turner.falk@saul.com
Ashley N Fellona: ashley.fellona@saul.com
Jeffrey C. Hampton: jeffrey.hampton@saul.com
Adam H Isenberg: adam.isenberg@saul.com
Mark Minuti: mark.minuti@saul.com
Jordan Rosenfeld: jordan.rosenfeld@saul.com
Nicholas Smargiassi: nicholas.smargiassi@saul.com
Paige Topper: paige.topper@saul.com
Hugh M. Bernstein (UST): hugh.m.bernstein@usdoj.gov
C. Kevin Kobbe: kevin.kobbe@us.dlapiper.com
Toyja E. Kelley: toyja.kelly@troutman.com
Indira K. Sharma: Indira.sharma@troutman.com
Jonathan W. Young: Jonathan.young@troutman.com
David L. Ruediger: David.ruediger@troutman.com
Katherine E. Culbertson: Katherine.culbertson@troutman.com
Brent C. Strickland: bstrickland@whitefordlaw.com
D. Jack Blum: jack.blum@polsinelli.com
Mark B. Joachim: mjoachim@polsinelli.com
Andrew N. Goldman: andrew.goldman@wilmerhale.com
Benjamin W. Loveland: benjamin.loveland@wilmerhale.com
Zvi Guttman: zvi@zviguttman.com
Ian R. Winters: iwinters@klestadt.com
Stephanie R. Sweeney: ssweeney@klestadt.com
Andrew C. Brown: abrown@klestadt.com

                                    */s/ Gianfranco Finizio*
                                    Gianfranco Finizio, Esq. (Admitted *pro hac vice*)