# **EXHIBIT B**

**Engagement Letter**



March 7, 2024

Sean Meadows
Chief Integration Officer
Geppi Family Enterprises / Diamond Comic Distributors, Inc.
10150 York Road, Ste 300
Hunt Valley, MD 21030

Via e-mail:    msean@geppifamilyenterprises.com

Dear Sean:

It was our pleasure speaking with you and learning about Diamond Comic Distributors, Inc. current situation.  Thank you for your interest in retaining the services of Getzler Henrich & Associates LLC ("Getzler Henrich").  We appreciate the opportunity to work with Diamond Comic Distributors, Inc and its subsidiaries or affiliates, if any, (collectively, "Diamond" or the "Company") to provide financial advisory and management consulting services.

## OUR SERVICES

Financial advisory services include turnarounds and workouts, interim and crisis management, bankruptcy advisory, financial restructuring and forensic/litigation support.  We also assist companies in achieving operational excellence through process improvement/LeanSigma, supply chain solutions, sales and marketing effectiveness, technology advisory and transaction advisory services.  While not all Getzler Henrich's capabilities are required in this case, our breadth of services is briefly summarized on our website www.getzlerhenrich.com.

## OUR FIRM

Getzler Henrich & Associates is one of the oldest and most respected names in middle-market corporate restructuring, assisting companies around the world with an approach that emphasizes rapid, pragmatic, decision making and implementation. Since its founding in 1968, Getzler Henrich has developed a strong track record, assisting both underperforming and healthy companies in the middle market.  We have a demonstrated ability to generate realistic solutions to challenges confronting businesses or their creditors, and to helping companies improve their operations.  Engagements have spanned a broad spectrum of industries.  Executing solutions with speed, competence and integrity, we adapt our approach to the precise needs of each individual client and make practical proposals to address specific issues.

## OUR PEOPLE

Assignments are always managed with a proactive, results-oriented approach.  We believe that to provide valuable guidance and advice to our clients, our people must have first-hand experience running a business.  Therefore, prior to joining the firm, each team leader at Getzler Henrich has gained valuable experience managing companies,

Sean Meadows
Chief Integration Officer
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 2 of 10
March 7, 2024

ranging from top executive positions at middle market companies to senior management positions at major divisions of multinationals.

This engagement will be led by Robert Gorin, Bob Kuhn, and Ramy Aly and supported by other Getzler Henrich professionals, as required.



**Robert Gorin**, managing director, is a highly accomplished leader with an outstanding record of innovative growth strategies to achieve accelerated sales and profit. Mr. Gorin brings more than 25 years of client-centric focus to business strategy and operations through his work in corporate turnarounds, process design and improvement, strategic planning, sales, corporate mergers, and acquisitions. Mr. Gorin leads Getzler Henrich's Consumer Products practice.

Rob has recently served as CRO of a $250mm cleaning products manufacturer and distributor, CRO of a $350mm luxury home appliance company, and CRO of a $120mm home goods distributor and wholesaler. Rob has worked with many consumer product companies, including multiple firms in the toy, crafts, home goods, food, hardware, and specialty clothing spaces. He was interim-COO for a dairy products processor and distributor, where he reduced expenses by over 20%, reduced waste by 15%, and helped streamline production and go-to-market processes. He also worked with a specialty produce importer, as well as a manufacturer and distributor of specialty snacks. Rob has also served in advisory roles for companies that produce and sell items such as tabletop kitchen appliances, hardware products, luxury kitchen appliances, outdoor furniture, toys, and more. He further worked with an oral care product distributor where he crafted a 13-week cash flow, reviewed and enhanced the strategic plan, and helped implement cost reduction and revenue enhancement plans.

In his industry roles Rob recently served as Chief Operating officer for a $200mm consumer products company overseeing finance, logistics, customer service, IT, human resources, forecasting, and strategic planning.  He was also president and general manager of Camlog Biotechnologies, a dental industry supplier of products and services, where he established a U.S. presence and led an international growth program, and, prior to that, was president and chief operating officer of EGC, Inc., a consumer goods wholesaler, distributor and importer.  Mr. Gorin served in multiple leadership roles with Chase Manhattan Bank and held senior roles with two major consulting firms.

Mr. Gorin has both undergraduate and graduate degrees from The Wharton School at the University of Pennsylvania.

**Robert A. Kuhn**, managing director, is located at the firm's New York-based headquarters office. He focuses on turnaround management, financial restructuring, and bankruptcy consulting. Bob's expertise in helping distressed businesses was honed during more than thirty years with JPMorgan Chase Bank and its predecessor entities, with key roles in the bank's workout and special credits areas. For the past six years, Bob has been a financial advisor and has provided clients the benefit of his extensive experience, skills, and unique perspective.

Sean Meadows
Chief Integration Officer
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 3 of 10
March 7, 2024



His most recent clients include businesses in the retail and manufacturing and distribution sectors, where he works closely with senior management to improve the structure of their debt and enhance relationships with lenders. Bob readily establishes and maintains strong working relationships with clients and sponsors, as well as with agents and lenders, bringing to bear his years of experience working as a managing director in the special credits group of JPMorgan Chase. While at JPMorgan, his experience included workouts in the fields of food, retail, apparel, energy, jewelry, not-for-profits, real estate, and manufacturing.

After graduating from law school, Bob spent a short time in practice, after which he joined Chemical Bank as a loan workout officer and attorney, completing the Chemical Bank credit training program. Over the years Bob was an integral part of many of the major bank mergers of that time, including those between Chemical Bank and Manufacturers Hanover, then Chase, JPMorgan, Bank One, Bank of New York, and Bear Sterns.

Bob earned a B.S. degree from the Newhouse School of Public Communications at Syracuse University and a J.D. from Suffolk University Law School in Boston, MA.

**Ramy Aly,** Director, is a seasoned professional with extensive expertise guiding numerous organizations through financial and managerial crises, intricate operational and financial restructuring, and micro-and macro-strategic planning. Ramy's experience spans various industries, including consumer products, toys, manufacturing, distribution, apparel, and food & beverage.

Ramy has held various interim financial management and consulting positions, focusing on financial reporting and analyses, treasury functions, operational improvements, and performance enhancement. He provides a unique blend of operational focus and financial acumen, guiding companies toward operational achievements while maintaining financial boundaries. Ramy is an expert at constructing 13-week cash flow forecasts vital for short-term liquidity and has established the importance of the tool to support the overall turnaround plan for his clients.

Select recent engagements include a $200 million distressed cleaning products company. Following a successful sale of underperforming assets and the bifurcation of entities, the company is now on a path to profitability. Ramy played a critical role throughout the process and effectively managed the day-to-day financial operations. Ramy was also engaged by a $250 million manufacturer of industrial products. Ramy aggressively managed working capital needs and the day-to-day financial operations to extend the runway for a turnaround plan. The company transitioned to an asset sale process and was ultimately sold to a strategic buyer. Subsequently, Ramy was responsible for winding down the entities in an out-of-court process.

Prior to joining Getzler Henrich, Ramy held the position of Senior Financial Accountant at Merchant Financial Group, an asset-based lender. During his tenure there, he honed his expertise across various business domains. Subsequently, he assumed key roles in other

Sean Meadows
Chief Integration Officer
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 4 of 10
March 7, 2024

restructuring firms, further establishing a reputation as a trusted and sought-after professional in the industry.

Ramy is a Certified Public Accountant in the State of New York. Ramy also holds a master's degree in business management and a bachelor's degree in accounting from the City University of New York.



### TERMS OF ENGAGEMENT

The Standard Terms and Conditions annexed hereto as Annex I are incorporated by reference herein as if set forth in full herein and shall govern this engagement, except to the extent inconsistent with or superseded by the express terms of this letter.

### OUR UNDERSTANDING AND SCOPE

During our discussion, you were kind enough to provide considerable background information regarding the Company's history, recent challenges, and current needs. Our initial scope includes:

- Review and vet the Company's existing 13-week cash flow, including a cash flow for Diamond, including all underlying assumptions. Where appropriate, make recommendations for enhancements.
- On a weekly basis, review the company's 13-week cash flow with accompanying variance and make enhancement recommendations, when needed.
- Assist with lender communications as requested and required.

While not critical to the project's initial scope, additional discussions included reviewing Diamond's business plan and turnaround plan, as well as operational assessments for the Company's warehouses. Getzler Henrich is offering two days of lean sigma review at the warehouse of choice. There will be no fees associated with this work and Getzler Henrich only asks that Diamond cover out of pocket expenses. This non-13-week cash flow work will only begin if and when requested in writing by the Company.

Getzler Henrich believes in utilizing Company personnel to the greatest extent possible should they have the capacity and capability to perform the necessary analyses. Getzler Henrich will perform the necessary tasks should the Company's capacity or ability to perform the necessary analyses be limited.  To the extent that the Company can share any relevant information and analyses for our review, Getzler Henrich will utilize that work for expediency.

Getzler Henrich will perform additional tasks only as requested by and mutually agreed upon with the Company. We appreciate the Company's desire to obtain value from this exercise. Accordingly, Getzler Henrich has structured a highly skilled, seasoned team and focused approach to accomplish the Company's objectives in an expedient and comprehensive fashion.

Sean Meadows
Chief Integration Officer
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 5 of 10
March 7, 2024

**FEE STRUCTURE**

Getzler Henrich will invoice the Company weekly for Consulting Fees and reasonable out-of-pocket expenses incurred by Getzler Henrich.  The Company acknowledges that Getzler Henrich invoices are due and payable each week upon presentation.  Should payment not be provided timely by the Company we reserve the right to cease work until the matter is resolved.



Fees will be billed on an hourly basis; our standard hourly rates are as follows:

| | |
|---|---|
| Principal / Managing Director | $625 - $795 |
| Director / Specialists | $495 - $705 |
| Associate Professionals | $175 - $495 |

Reflecting our desire to work with the Company, Getzler Henrich is offering a rate reduction. Robert Gorin, Bob Kuhn, and Ramy Aly's per hour rates will be $695, $695, and $595 respectively, plus out of pocket expenses. Assuming timely access to appropriate Company staff and accurate data, the initial review of the 13-week cash flow is expected to take approximately two weeks and cost between $50k and $60k plus out of pocket expenses, if any. Weekly reviews of the cash flow are expected to cost between $2,500 and $5,000 per week and are dependent on the level review and follow-up required.

Getzler Henrich will strive to perform services in a most expeditious and comprehensive fashion, which will be dependent in part on the quality, sophistication and availability of the Company's existing systems, personnel, processes and reporting procedures and the Company's ability to provide all required financial and operational information and data in a timely fashion and in the required format. We will communicate the project status and direction routinely and immediately identify any issues and/or roadblocks that could impact the project's cost or timeline.  We strongly emphasize employing a collaborative approach with constant communication. Travel time is billed at 50% of the hourly rate. Note that we do not provide assurance regarding the outcome of our work and our fees will not be contingent on the results of such work.

To the extent that any services outside the scope of this engagement are required or requested, the extent of these services, and the additional compensation to be paid to Getzler Henrich for such services, shall be agreed upon prior to Getzler Henrich beginning to perform such services.  These services will be provided subject to our entering into an appropriate amendment to this letter.

The Company will, on the signing of this letter, pay Getzler Henrich a retainer in the amount of $25,000 which will be applied to the final bill.  Should this retainer be insufficient because of a change in circumstances (e.g., required level of assistance or, albeit not presently contemplated, filing for bankruptcy protection), Getzler Henrich reserves the right to request, and the Company agrees to pay a retainer increase.  Any amount of this retainer remaining after application to unpaid fees and expenses will be returned to the Company.  Notwithstanding anything to the contrary contained in this paragraph, Getzler Henrich will be entitled to retain the unused portion of the retainer, if any, to the extent necessary to ensure performance by the Company of its indemnification obligations pursuant to this engagement letter.

Sean Meadows
Chief Integration Officer
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 6 of 10
March 7, 2024

This Engagement Letter contains the entire agreement among the parties relating to the subject herein. Any modification or other changes to the terms contained herein, including Annex I, must be in writing and signed by the parties hereto to be enforceable.

If the foregoing is in accordance with our understanding, please sign the attached copy and forward it to our office. In addition, the retainer and future payments may be wired to Getzler Henrich & Associates LLC c/o JP Morgan Chase Bank, account # 733687336, routing/ABA # 021 000 021.



Sincerest regards,

**GETZLER HENRICH & ASSOCIATES LLC**

By:  Robert Gorin (on behalf of Bob Kuhn)      Dated: 3/14/24
Bob Kuhn
Managing Director


**AGREED TO AND ACCEPTED BY:**

**Diamond Comics Distributors, Inc.** and its subsidiaries and affiliates, if any

Accepted by:
Dated:         3/13/2024
Print Name:  Larry Swanson
Title:           CFO

Sean Meadows
Chief Integration Officer
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 7 of 10
March 7, 2024

ANNEX I
Terms and Conditions

1.        **Access to Company Personnel and Information.**



(a)        The Company agrees to make available to Getzler Henrich all of the Company's financial and operational information and data as requested by Getzler Henrich (all such information so furnished being the "Information") and agrees to permit discussions with Company personnel that Getzler Henrich reasonably requests in connection with the services performed by Getzler Henrich under this Agreement.  The Company will provide Getzler Henrich with full access to all Company personnel, books, and records, including those of the Company's attorneys (subject to such safeguards as may be necessary to preserve applicable attorney client privileged communications) and other agents and third-party representatives.  The Company represents and warrants to Getzler Henrich that, except as disclosed to Getzler Henrich in writing, all Information provided or made available to Getzler Henrich by the Company, its directors, officers, employees, representatives, attorneys and agents at any time shall, to the best of the Company's knowledge:  a) be complete and correct in all material respects; and b) not contain any untrue statement of material fact or omit to state a material fact necessary in order to make the statements not misleading in light of the circumstances under which such statements are made.  The Company agrees that it shall notify Getzler Henrich if it learns subsequently that any Information provided or made available to Getzler Henrich in accordance with this Agreement is incorrect, inaccurate, or otherwise should not be relied upon.

(b)        The Company recognizes and confirms that Getzler Henrich (a) will use and rely primarily on the Information and on information available from generally recognized public sources in performing the services contemplated hereby without having independently verified any of the same and (b) does not assume responsibility for accurateness or completeness of the Information and such other information and (c) will not make an appraisal of any of the assets or liabilities of the Company.  The Company agrees that Getzler Henrich shall have no duty to verify independently the reliability, accuracy or completeness of any Information or other information.  The Company also agrees that Getzler Henrich shall incur no liability to the Company or any individual or other entity that may arise if any Information or other information proves to be unreliable, inaccurate or incomplete.

2.        **Confidential Information.**

(a)        Getzler Henrich shall not publicly disclose the Confidential Information.  Further, Getzler Henrich will use the Confidential Information only for the purpose of providing services to the Company pursuant to this Agreement.  "Confidential Information" shall consist only of information that is necessary for Getzler Henrich to perform its services under this Agreement, and that is:  (i) disclosed to Getzler Henrich by the Company, its directors, officers, employees, representatives and agents; (ii) acquired by Getzler Henrich from any inspection of the Company's property in connection with this Agreement; or (iii) information produced by Getzler Henrich, from Confidential Information, in connection with performing services to the Company under this Agreement.

(b)        Confidential Information shall not include information that is:  (i) now or subsequently becomes generally known or available by publication, commercial or otherwise, through no fault of Getzler Henrich, its employees, agents, or independent contractors; (ii) already known by Getzler Henrich at the time of the disclosure, provided that such information did not come from a source known by Getzler Henrich to be bound by a confidentiality agreement with the Company, or from a source that was otherwise prohibited from disclosing such information under a contractual, legal or fiduciary obligation; (iii) becomes available to Getzler Henrich on a non-confidential basis from a source other than the Company, provided that, to Getzler Henrich's knowledge, the source was not prohibited from disclosing such information to Getzler Henrich under a contractual, legal or fiduciary obligation to the Company; (iv) independently developed by Getzler Henrich, its employees, agents, or independent contractors primarily from information that is not Confidential Information; (v) information that the Company and Getzler Henrich agree, in writing, may be disclosed; (vi) information that is or should be reasonably expected to be disclosed as part of Getzler Henrich's services to the Company; or (vii) information that Getzler Henrich reasonably believes, upon advice of its attorneys, must be disclosed pursuant to applicable law, or regulatory or administrative process, including stock exchange rules.

(c)        Getzler Henrich may disclose Confidential Information:  (i) to third parties in connection with the performance of its services under this Agreement; or (ii) in connection with any dispute between Getzler Henrich and Company under, concerning or arising out of this Agreement.  If Getzler Henrich receives any request by order, subpoena, or other legal process to produce any Confidential Information, then unless otherwise prohibited by law or process, if practicable Getzler Henrich will seek to provide the Company with timely notice of such request.  At the Company's request and expense, and unless otherwise prohibited by law or against a recommendation by Getzler Henrich's counsel, and without relinquishing or modifying Getzler Henrich's authority to disclose information under the terms of this Agreement, Getzler Henrich will cooperate reasonably with the Company in actions that the Company deems necessary or appropriate under the circumstances to protect the confidentiality of the Confidential Information.

(d)        Getzler Henrich may disclose the Company's name for purposes of external marketing materials and will not otherwise disclose Confidential Information as contemplated under this Section 2.

3.        **No Third-Party Beneficiaries; Use of Work Product.**  Except as provided with respect to indemnification and exculpation, there are no third-party beneficiaries of this Agreement.  The Company acknowledges that in connection with

Sean Meadows
Chief Integration Officer
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 8 of 10
March 7, 2024

its engagement Getzler Henrich is acting as an independent contractor with duties owing solely to Company.  The Company acknowledges that all information, whether written or oral, created, prepared, or compiled by Getzler Henrich in connection with this Agreement is intended solely for the benefit and use of the Company provided, however that Getzler Henrich acknowledges and agrees that Company shall utilize Getzler Henrich's work in negotiations with Company's creditors.  No other individual or entity shall be entitled to rely on such information for any purpose.  Company agrees that such information shall not be reproduced, disseminated, quoted or referred to at any time or in any manner other than to the Company's board of directors or managers, officers, employees, representatives, attorneys, and other agents who have a need to receive such information, except upon Getzler Henrich's prior written consent.  Without limiting the foregoing, the Company shall not (and shall not authorize any other individual or entity to) use Getzler Henrich's name or to make available to third parties any information created, prepared, or compiled by Getzler Henrich under this Agreement for any reason, including obtaining or extending credit, offering or selling securities or other assets, or in any representations to third parties without Getzler Henrich's prior written consent.  It is also expressly agreed that notwithstanding the above restrictions upon the Company's dissemination and use of information and work product, Getzler Henrich shall have no responsibility or liability relating directly or indirectly to such disclosure (whether authorized or unauthorized) by the Company concerning any information created, prepared, or compiled, in whole or in part, by Getzler Henrich pursuant to this Agreement, which may be disclosed only after prior written approval by Getzler Henrich or as required by applicable law, or regulatory or administrative process, including stock exchange rules.  The foregoing provisions shall not be construed or interpreted to prohibit references to Getzler Henrich's engagement under this Agreement in required public filings or court documents.



4.    **Future Performance.**

(a)    The services to the Company under this Agreement may include the preparation of recommendations, projections, and other forward-looking statements. The Company acknowledges that numerous factors may affect the Company's actual financial and operational results, and that these results may materially and adversely differ from the recommendations and projections prepared, in whole or in part, by Getzler Henrich.

(b)    Getzler Henrich does not provide assurance regarding the outcome of its engagement and its fees are not contingent on the results of its engagement.

5.    **Independent Contractor Status.**  Getzler Henrich is an independent contractor under this Agreement, and accordingly, this Agreement shall not be an employment agreement.  No one on behalf of any Getzler Henrich Party (as defined below), nor any employees, agents, or independent contractors thereof, shall be considered to be a director, officer, member, manager, partner, control person, employee, representative, agent, or insider of the Company, unless expressly agreed to in a writing signed by Company and Getzler Henrich.  Getzler Henrich will have exclusive control over the management and operation of Getzler Henrich, including hiring and paying the wages or other compensation of its personnel.  The Getzler Henrich personnel that provide services to the Company under this Agreement may also provide services to other past, present or future Getzler Henrich clients.  In addition, like other advisory firms, Getzler Henrich may utilize the services of qualified independent project employees, who work under our direct supervision for us on an ad hoc basis as temporary employees, to assist Getzler Henrich with its performance of its services pursuant to this Agreement.  This arrangement enables us to reduce our overhead and provide cost-effective services to our clients, who benefit from this saving by our reasonable rate structure.

6.    **Appointment as Officer and/or Director.**  Getzler Henrich understands that the Company's officers and directors are covered by appropriate D&O insurance policies.  Should the Company with the consent of Getzler Henrich elect a Getzler Henrich Party as an officer or director, the Company shall prior to the effectiveness of such election name such Getzler Henrich Party and Getzler Henrich as additional insureds under these policies and under all such other policies that the Company may purchase during Getzler Henrich's engagement.  The Company further agrees to provide evidence of this coverage as soon as it is in place.  It is mutually understood that naming such Getzler Henrich representative as an officer or director of the Company, that such Getzler Henrich representative will remain at all times an employee of Getzler Henrich and not become an employee of the Company and will be compensated solely by Getzler Henrich.  Upon any cancellation or non-renewal of the D&O policy, then the Company shall exercise their rights to extend the claim period for a one-year "discovery period" and shall exercise such rights and pay such premiums required thereunder.

7.    **No Fiduciary Relationship.**  Other than with respect to appointment(s) of a Getzler Henrich Party as an officer and/or director of Company in writing (and then only with respect to such Getzler Henrich Party), nothing in this Agreement is intended to create, or shall be deemed or construed to create a fiduciary relationship between:  (a) the Company, including without limitation, the Company's directors, officers, members, managers partners, control persons, shareholders, employees, representatives, agents, or creditors (collectively, the "Company parties" and each a "Company Party"), on the one hand; and (b) Getzler Henrich, Getzler Henrich's affiliates, and the respective directors, officers, members, managers, partners, control persons, shareholders, employees, representatives, independent contractors, attorneys, agents, successors or assigns of Getzler Henrich or Getzler Henrich affiliates (collectively, the "Getzler Henrich Parties," and each a "Getzler Henrich Party") on the other hand.

8.    **Indemnity by Company.**

(a)    The Company agrees to indemnify and hold harmless Getzler Henrich and each other Getzler Henrich Party from and against, and Company agrees that no Getzler Henrich Party shall have any liability to the Company or any other Company Party for, any losses, claims, damages, obligations, penalties, judgments, awards, settlements, liabilities, costs, expenses and disbursements (including reasonable attorneys' and consultants' fees and expenses, investigation fees and

Sean Meadows
Chief Integration Officer
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 9 of 10
March 7, 2024

expenses and court and litigation costs) of any kind or nature whatsoever, known or unknown, foreseen or unforeseen, contingent or otherwise arising out of or in any way, directly or indirectly, related to (i) Company's actions or failures to act (including statements or omissions made, or information provided, by it or its agents) or (ii) actions or failures to act by an Getzler Henrich Party with Company's consent or in reliance on Company's actions or failures to act, or (B) otherwise related to or arising out of any services rendered by Getzler Henrich or any Getzler Henrich Party pursuant to this Agreement or other services rendered at the request of Company (including service by an Getzler Henrich Party as an officer, director or in any other capacity with Company or any of its affiliates), including costs arising out of any dispute whether or not Getzler Henrich or any other Getzler Henrich Party is a party to such dispute and including any claim brought by, on behalf of or in the name of Company (collectively, "Covered Losses"); provided, however, that this indemnity and exculpation shall not apply where a court of competent jurisdiction has found by a final judgment (not subject to further appeal) that such Covered Losses resulted primarily from willful misconduct on the part of Getzler Henrich in the performance of its services under this Agreement. The Company also agrees to pay Getzler Henrich a fee at Getzler Henrich's regular hourly rates for it or any other Getzler Henrich Party preparing for, or testifying in, any legal proceedings. If multiple claims are brought against any Getzler Henrich Party in any action with respect to at least one of which indemnification is permitted under applicable law and provided for under this agreement, the Company agrees that any judgment, arbitration award or other monetary award shall be conclusively deemed to be based on claims as to which indemnification is provided for and permitted. The Company's obligations hereunder shall be in addition to any rights that any Getzler Henrich Party may have at common law or otherwise. Solely for the purpose of enforcing this agreement, the Company hereby consents to personal jurisdiction and to service and venue in any court in which any claim which is subject to this agreement is brought by or against any Getzler Henrich Party.



(b)        If any action, suit, proceeding or investigation or similar item is commenced as to which a Getzler Henrich Party is entitled to indemnification hereunder, it shall notify Company with reasonable promptness; provided, however, that any failure to so notify Company shall not relieve Company from its obligations hereunder (except to the extent Company is materially and adversely affected by such failure to be given notice). Getzler Henrich shall have the right to retain counsel of its own choice to represent it, and Company shall pay the reasonable fees, expenses and disbursements of such counsel; and such counsel shall to the extent consistent with its professional responsibilities cooperate with Company and any counsel designated by Company. Company shall not without written prior consent of Getzler Henrich, settle or compromise any claim against Getzler Henrich, or permit a default or consent to the entry of any judgment in respect thereof, unless such settlement, compromise or consent includes as an unconditional term thereof, the giving by the claimant to Getzler Henrich of an unconditional release from all liability in respect of such claim.

(c)        In order to provide for just and equitable contribution, if a claim for indemnification pursuant to this Indemnification Agreement is made but is found in a final judgment by a court of competent jurisdiction (not subject to further appeal) that such indemnification may not be enforced in such case, even though the express provisions hereof provide for the indemnification in such case, then Company, on the one hand, and Getzler Henrich, on the other hand, shall contribute to the Covered Losses to which the Indemnified Parties may be subject in accordance with the relative benefits received by Company, on the one hand, and Getzler Henrich, on the other hand, and also the relative fault of Company, on the one hand, and Getzler Henrich, on the other hand, in connection with the statements, acts or omissions which resulted in such Covered Losses and the relevant equitable considerations shall also be considered. Notwithstanding the foregoing, Getzler Henrich shall not be obligated to contribute any amount hereunder that exceeds that amount of fees previously received by Getzler Henrich from Company.

(d)        Neither termination nor completion of the engagement of Getzler Henrich or of this Agreement shall affect these indemnification provisions which shall remain operative and in full force and effect and shall be binding upon any successors or assigns of Company. Each Getzler Henrich Party is an express third-party beneficiary of the provisions of this Section 8.

9.        **Non-Solicitation.**  For a period of twenty four (24) months after the later of:  (a) the completion of all services to be provided by Getzler Henrich under this Agreement; or (b) termination of this Agreement, the Company, including any affiliates thereof, shall not, directly or indirectly, hire, employ, retain or utilize (other than through Getzler Henrich) the services of any current or former employee of Getzler Henrich or independent contractor who provided services under this Agreement at any time without the prior written consent of Getzler Henrich. The Company agrees and acknowledges that the Getzler Henrich's remedy at law for any breach of the provisions of this Section would be inadequate and that for any breach of such provisions Getzler Henrich will, in addition to such other remedies as may be available to it at law or in equity, be entitled to injunctive relief and to enforce its rights by an action for specific performance to the extent permitted by law.

10.        **Joint and Several Liability; Setoff.**  If the Company consists of one or more entities, then the Company's obligations under this Agreement shall be joint and several obligations of each entity comprising the "Company." Without limiting any other remedy that may be available to Getzler Henrich under this Agreement or applicable law, where the "Company" under this Agreement consists of more than one entity, then Getzler Henrich shall have against each such entity a right of setoff (notwithstanding any lack of mutuality) under which Getzler Henrich may set off against any claim against Getzler Henrich by any entity comprising the Company group, all of the claims that Getzler Henrich may have against any or all of the other entities that comprise the Company.

11.        **Limitation of Liability**.  No Getzler Henrich Party shall be liable to the Company, or any party asserting claims on behalf of the Company, except for direct damages found in a final determination to be the direct result of the bad faith, self-dealing, intentional misconduct or gross negligence of such Getzler Henrich Party. The Getzler Henrich Parties shall not be liable for incidental or consequential damages under any circumstances, even if they have been advised of the possibility of such damages. The Getzler Henrich Parties aggregate liability, whether in tort, contract or otherwise, is limited to the amount

Sean Meadows
Chief Integration Officer
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 10 of 10
March 7, 2024

of fees paid for services on this engagement (the "Liability Cap").  The Liability Cap is the total limit of the Getzler Henrich Parties for any and all claims or demands by anyone with respect to this Agreement, or the services provided hereunder, and the Liability Cap shall be allocated among all such claimants, as appropriate.



**12.      Attorneys' Fees and Expenses.**  The Company shall pay all costs and expenses, including reasonable attorneys' fees and expenses, incurred by Getzler Henrich to enforce this Agreement, including, but not limited to any indemnity provision of this Agreement.  This obligation to pay Getzler Henrich's reasonable attorneys' fees and expenses shall apply whether such fees and expenses are incurred during trial or appeal, or in arbitration, a bankruptcy case, or otherwise.  If so required, Getzler Henrich shall additionally be entitled to reimbursement of reasonable legal expenses associated with any required court approval of this Agreement or enforcement of provisions of this Agreement, including, but not limited to, fee applications and the defense of any objections thereto.  Company shall reimburse Getzler Henrich for all such expenses upon presentation of the invoice for the same supported by appropriate documentation.

**13.      Consent; Entire Agreement.**  In any instance under this Agreement where a party's consent is permitted or required to be given, such consent shall not be withheld unreasonably.  This Agreement contains the entire Agreement of the parties with respect to its subject matter and supersedes all prior agreements and understandings between the Company and Getzler Henrich with respect to such subject matter.  The parties agree that all terms of their agreement and understanding are embodied in this Agreement, and as modified or supplemented from time to time, but only if such modification or supplement is both: (i) in writing, and (ii) signed by all parties.  To the extent that any services outside the scope of this engagement are required or requested, the extent of these services, and the additional compensation to be paid to Getzler Henrich for such services, shall be agreed upon prior to Getzler Henrich beginning to perform such services.

**14.      Choice of Law/Forum.**  The validity, interpretation and enforcement of this Agreement, matters arising out of or related to this Agreement or its making, performance or breach, and related matters shall be governed by the internal laws of the State of New York (without reference to choice of law doctrine).  Any legal action or proceeding concerning the validity, interpretation and enforcement of this Agreement, matters arising out of or related to this Agreement or its making, performance or breach, or related matters shall be brought exclusively in the courts of the State of New York in the County of New York or of the United States of America for the Southern District of New York, and all parties consent to the exclusive jurisdiction of those courts, waiving any objection to the propriety or convenience of such venues.  GETZLER HENRICH HEREBY AGREES, AND THE COMPANY HEREBY AGREES ON ITS OWN BEHALF, AND, TO THE EXTENT PERMITTED BY APPLICABLE LAW, ON BEHALF OF EACH OTHER COMPANY PARTY, TO WAIVE ANY RIGHT TO TRIAL BY JURY WITH RESPECT TO ANY CLAIM, COUNTER-CLAIM OR ACTION IN CONNECTION WITH, RELATING TO OR ARISING OUT OF GETZLER HENRICH'S ENGAGEMENT, GETZLER HENRICH'S PERFORMANCE THEREOF, OR THIS AGREEMENT.

**15.      Multiple Originals.**  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document.  This Agreement may be executed by facsimile signatures or signatures forwarded via email.

**16.      Termination.**  Either the Company or Getzler Henrich can terminate this agreement upon written notice, except for Sections 1 thru 3 and 6 thru 12, which shall survive any termination.  Outstanding amounts due Getzler Henrich, if any, will be paid promptly upon receipt of a final invoice that will be provided immediately upon notice of termination by the Company.



Getzler Henrich & Associates LLC

295 Madison Avenue
20th Floor
New York, NY 10017

T: 212.697.2400
F: 212.697.4812
www.getzlerhenrich.com

**GetzlerHenrich**
MANAGEMENT & FINANCIAL CONSULTANTS



July 12, 2024

Chuck Parker
President
Geppi Family Enterprises / Diamond Comic Distributors, Inc.
10150 York Road, Ste 300
Hunt Valley, MD 21030

Via e-mail:    pchuck@diamondcomics.com

Dear Chuck:

Pursuant to our recent discussions, this letter serves as an amendment (**"Amendment #1"**) to Getzler Henrich & Associates LLC's ("Getzler Henrich") engagement letter dated March 7, 2024 ("Engagement Letter"). This Amendment details an agreed upon expansion of scope of work, and associated cost thereof, for Geppi Family Enterprises / Diamond Comic Distributors, Inc. and its subsidiaries and affiliates, (collectively, "Diamond" or "Company"). All terms and conditions of Getzler Henrich's Engagement Letter shall remain in full force and effect unless specifically contravened below. Modifications identified below will be effective as of the date of this Amendment #1.

**Scope of Work**

We understand you, in conjunction with the consent of your secured lender, desire Getzler Henrich to assume the role of CRO:

    a.  Robert Gorin will assume the role of the Chief Restructuring Officer ("CRO") of the Company upon acceptance of this agreement and payment of our retainer and shall serve in that capacity. Getzler Henrich shall also provide such other personnel and staffing for the Company as the CRO may from time to time determine necessary or appropriate, subject to the Company's approval. The CRO and any additional officers provided to the Company shall be covered by the indemnity provisions of the Company's bylaws and applicable state law and the D&O policy (as described below) and acceptance of terms thereof by Getzler Henrich.

    b.  The duties of the CRO shall include:

        •  Review management's current revenue generation, cost reduction and working capital management initiatives; identify and

Chuck Parker
President
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 2 of 4
July 16, 2024

implement additional revenue enhancement and expense control initiatives, as appropriate



- Fully participate in the weekly preparation of and review Company's rolling 13-week cash flow forecast; in connection therewith, approve all proposed weekly cash disbursements by the company, for appropriateness
- Assist with company-wide strategic alternatives including but not limited to the potential wind down of the Diamond Comics business line
- Fully participate in the preparation of financial projections
- Facilitate the Company's communication with other parties-in-interest, including other retained parties, the Lender (as defined below), and vendors, as required, including vendor negotiations, where required
- Identify and work with management to prioritize projects and actions to enhance performance and cash flow through supplemental revenue/margin generation, cost reduction, working capital enhancement initiatives and financial analytic means
- Assist the Company in its efforts to engage and work with third parties to identify and implement new sources of liquidity, up to and including a complete refinancing of the Company's obligations between the Company and J.P. Morgan Chase Bank N.A. (the "Lender")
- Facilitate and support the Company's communication with the Lender (including periodic reports to and other communications with the Lender as appropriate) regarding the Company's financial and operational status and the results of this engagement
- Work with other professionals retained by the Company to ensure that work is performed efficiently
- Assist in such other matters as the management or counsel to the Company may request from time to time.

Given that Getzler Henrich will serve in a CRO role, please note the D&O insurance requirements described in Section 6 of Annex I of the Engagement Letter shall apply.  The Company shall maintain D&O insurance policies, including a "Side A" policy, acceptable to Getzler Henrich, naming each Getzler Henrich Party and Getzler Henrich as insureds under the policies and under all such other policies that the Company may purchase during Getzler Henrich's engagement.  Serving in the capacity of CRO will become effective when the Company provides written evidence of adequate insurance coverage described herein.


**Additional Projects**

Any additional projects must be agreed to in advance and will not be performed until an additional amendment to the engagement letter is signed.


**Communications with and Reporting to the Lender**

The Company expressly authorizes Getzler Henrich to share financial and operational information and documentation with the Lender, with the exception of any information or

Chuck Parker
President
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 3 of 4
July 16, 2024

materials that is subject to attorney-client privilege, attorney work product privilege and all other applicable privileges, and to provide periodic updates to the Lender regarding the progress of this engagement, as well as the non-privileged views and opinions of Getzler Henrich and the CRO.



**Other**

As of the result of the change in scope and intensity of the services to be provided, the Company will, upon the signing of this letter, pay Getzler Henrich an additional retainer in the amount of $25,000, for a total of $50,000, which will be applied to the final bill. The Company acknowledges that Getzler Henrich invoices are due and payable each week upon presentation.

If the foregoing is in accordance with our understanding, please sign the attached copy and forward it to our office. In addition, the outstanding amounts due, and future payments may be wired to Getzler Henrich & Associates LLC c/o JP Morgan Chase bank, account # 733687336, routing/ABA # 021 0000 21.

This Amendment #1, the Engagement Letter, and the documents delivered pursuant hereto constitute the entire agreement and understanding among the parties hereto and supersede and revoke any prior agreement or understanding relating to the subject matter thereof.  No change, amendment, termination or attempted waiver of any of the provisions hereof shall be binding upon the other party unless reduced to writing and signed by the party against whom such change, amendment, termination or waiver is sought to be enforced.

We are very appreciative of the opportunity to help you achieve your goals and to work with you.


Sincerest regards,


**GETZLER HENRICH & ASSOCIATES LLC**


By: *Robert Gorin*                    Dated: 7/17/24

Robert Gorin
Managing Director

Chuck Parker
President
Geppi Family Enterprises /
Diamond Comic Distributors, Inc.
Page 4 of 4
July 16, 2024

**AGREED TO AND ACCEPTED BY:**

Geppi Family Enterprises / Diamond Comic Distributors, Inc. and its subsidiaries and affiliates

Accepted by: _Chuck Parker_

Dated: _July 17, 2024_

Print Name: _CHARLES PARKER_

Title: _President_