**EXHIBIT C**

**Robert Gorin Declaration**

53206469.2 02/06/2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.¹ | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**DECLARATION OF ROBERT GORIN IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING (I) RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC, TO PROVIDE INTERIM MANAGEMENT SERVICES, AND (II) THE DESIGNATION OF ROBERT GORIN AND WILLIAM HENRICH AS CO-CHIEF RESTRUCTURING OFFICERS TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, Robert Gorin, being duly sworn according to law, depose and state that:

1. I am a Managing Director of Getzler Henrich & Associates LLC ("Getzler Henrich"), a financial advisory firm with an office located at 295 Madison Avenue, 20th Floor, New York, NY 10017. I submit this declaration (the "Declaration") on behalf of Getzler Henrich in support of the *Debtors' Motion for Entry of an Order Authorizing (I) Retention and Employment of Getzler Henrich & Associates LLC, to Provide Interim Management Services, and (II) the Designation of Robert Gorin and William Henrich as Co-Chief Restructuring Officers to the Debtors, Effective as of the Petition Date* (the "Motion").²

2. Unless otherwise indicated herein, the facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

---

¹ The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

² Capitalized terms used but not defined herein are defined in the Motion.

-2-

A.  **<u>Getzler Henrich's and Robert Gorin's Qualifications</u>**

3. Getzler Henrich is a middle-market corporate turnaround and restructuring firm that provides strategic financial services in large-scale corporate restructuring transactions, including turnarounds, workouts, crisis management, interim management, corporate restructuring, bankruptcy advisory, Lean-Six Sigma analysis and implementation, and distressed mergers and acquisitions. Getzler Henrich also assists companies in achieving operational efficiency through process improvement, the implementation of supply chain solutions, sales and marketing effectiveness, technology advisory, and transaction advisory services.

4. Getzler Henrich is one of the oldest and most respected names in middle-market corporate restructuring, assisting companies all over the world with their unique approach that emphasizes rapid and pragmatic decision making. Since its founding in 1968, Getzler Henrich has developed a strong track record, assisting both underperforming and healthy companies. Getzler Henrich has demonstrated its ability to implement realistic solutions to complex challenges confronting business and their creditors, and to help companies improve their operations. Getzler Henrich's engagements have spanned a broad spectrum of industries. Getzler Henrich executes solutions with unmatched competency and stark integrity and adapts its approach to the specific needs of each individual client to ensure the most practical proposals prevail.

5. Getzler Henrich has been retained to provide financial advisory and other related services in connection with the restructuring of the following companies, among others, in jurisdictions around the country: *In re Hamon Holdings Corp., et al.*, Case No. 22-10375 (Bankr. D. Del. June 10, 2022); *In re Urban Commons 2 West LLC, et al.*, Case No. 22-11509 (Bankr. S.D.N.Y. Dec. 1, 2022); *In re SC Healthcare Holdings, LLC*, Case No. 24-10443 (Bankr. D. Del. Apr. 23, 2024); *In re ConnectEdu, Inc., et al.*, Case No. 14-11238 (Bankr. S.D.N.Y. June 16, 2024);

*In re Aztec Fund Holding Inc., et al.*, Case No. 24-90436 (Bankr. S.D. Tex. Sep. 27, 2024); *In re Presperse Corp.*, Case No. 24-18921(Bankr. D.N.J. Oct. 10, 2024).

6. I have more than thirty years of business strategy and turnaround experience, as well as extensive experience advising insolvent and troubled companies in turnaround and crisis situations and navigating such companies through turnaround, process design and improvements, and merger and acquisition processes. I have frequently been involved in complex matters requiring expertise in corporate turnarounds and operational analysis.

7. I lead Getzler Henrich's consumer products practice. I have served as the CRO of a $250 million cleaning products manufacturer and distributor, CRO of a $350 million luxury home appliance company, and CRO of a $120 million home goods distributor and wholesaler. I have worked with many consumer product companies, including multiple firms in the toys, crafts, home goods, food, hardware, and specialty clothing spaces. I have also served in advisory roles for companies that produce and sell items such as tabletop kitchen appliances, hardware products, luxury kitchen appliances, outdoor furniture, toys, and more.

8. Getzler Henrich was engaged by the Debtors on or about July 17, 2024 to provide a CRO and related services to the Debtors pursuant to the Engagement Letter and, prior thereto, provided financial advisory services to the Debtors since March 2024. As a result, Getzler Henrich has become intimately familiar with the Debtors' corporate and capital structure, management, operations, and various other aspects of their businesses. Getzler Henrich has also developed a significant amount of institutional knowledge regarding the Debtors' operations, finances and systems. Mr. Henrich and I have taken an active role in the Debtors' restructuring efforts and their efforts to prepare for their chapter 11 filings, including participating in the negotiations concerning the Debtors' postpetition financing and prepetition marketing process, and

-3-

communicating with the Debtors' various constituencies. On the basis of this experience and knowledge, I believe that Getzler Henrich is uniquely positioned and well-qualified to perform these services and represent the Debtors' interests in these chapter 11 cases

**B.  Services to Be Provided**

9. Subject to Court approval of the Motion and consistent with the terms of the Engagement Letter,[3] Getzler Henrich will provide such turnaround management services as Getzler Henrich and the Debtors deem appropriate, including, but not limited to, the following:

CRO Services:

a. Review management's current revenue generation, cost reduction and working capital management initiatives; identify and implement additional revenue enhancement and expense control initiatives as appropriate;

b. Participate in the weekly preparation of and review of the Debtors' rolling 13-week cash flow forecast and approve all proposed weekly cash disbursements by the company, for appropriateness;

c. Participate in the preparation of financial projections;

d. Facilitate the Debtors' communication and negotiation with other parties-in-interest, including other retained parties, secured lender, and vendors;

e. Identify and work with management to prioritize projects and actions to enhance performance and cash flow through supplemental revenue/margin generation, cost reduction, working capital enhancement initiatives and financial analytic means;

f. Assist the Debtors in efforts to engage and work with third parties to identify and implement new sources of liquidity, up to and including a complete refinancing of the Debtors' obligations to the existing secured lender;

g. Facilitate and support the Debtors' communications with the existing secured lender, including periodic reports to and other communications with the lender as appropriate regarding the Debtors' financial and operational status and the results of Getzler Henrich's engagement;

---

[3] The summary set forth herein is qualified in its entirety by the terms of the Engagement Letter, and the terms of the Engagement Letter shall control in the event of a conflict.

-4-

    h.  Work with the Debtors' other professionals to ensure that work is performed efficiently; and

    i.  Assist in such other matters as the management or counsel to the Debtors may request from time to time.

<u>Chapter 11 Planning and Execution Services</u>:

    a.  Review and vet the Debtors' existing 13-week cash flow, including all underlying assumptions. Where appropriate, make recommendations for enhancements;

    b.  On a weekly basis, review the company's 13-week cash flow with accompanying variance and make enhancement recommendations, when needed;

    c.  Oversee a section 363 sale process;

    d.  Assist with the preparation of Court motions as requested by counsel;

    e.  Assist with compliance with the reporting requirements of the Bankruptcy Code, Bankruptcy Rules and local rules, including reports, monthly operating statements and schedules;

    f.  Participate in Court hearings and, if necessary, provide testimony in connection with any hearings before the Court;

    g.  Consult with all other retained parties, secured lender, creditors' committee (if any), and other parties-in-interest;

    h.  Assist with the analysis and reconciliation of claims against the Debtors and other bankruptcy avoidance actions; and

    i.  Perform such other tasks as appropriate as may reasonably be requested by the Debtor's management or Company counsel.

10.    The Debtors require qualified professionals to render these essential professional services in these cases. As noted above, Getzler Henrich has substantial expertise in all areas for which it is proposed to be retained. Accordingly, I submit that Getzler Henrich is well qualified and best suited to perform these services and to assist the Debtors in these chapter 11 cases.

11.    All of the services that Getzler Henrich will provide to the Debtors will be undertaken at the request of the Debtors and will be appropriately directed by the Debtors so as to avoid duplicative efforts among the professionals retained in these chapter 11 cases. Getzler

-5-

Henrich will also use reasonable efforts to coordinate with the Debtors' other retained professionals to avoid the unnecessary duplication of services.

### C. Professional Compensation

12. Subject to this Court's approval and as set forth in the Engagement Letter, the Debtors and Getzler Henrich have agreed to the following compensation and expense structure (the "Compensation Structure") in consideration for the services to be rendered by Getzler Henrich in these chapter 11 cases:

   a. The fee for the CRO Services will be my and Mr. Henrich's standard hourly rates of $755 and $855 per hour, respectively, and include the services performed by myself and Mr. Henrich only. Additional Getzler Henrich personnel assisting Mr. Henrich or me will be billed at Getzler Henrich's standard hourly rates, as follows:

   | | |
   |---|---|
   | Principal/Managing Director | $735 - $895/hr. |
   | Director/Specialist | $595 - $795/hr. |
   | Associate Professionals | $225 - $595/hr. |

   b. The Debtors shall reimburse Getzler Henrich for reasonable out-of-pocket expenses incurred in connection with the performance of its services. Such expenses include, but are not limited to air travel, meals, local transportation, lodging, parking, delivery services, and photocopying.

13. Because Getzler Henrich is not being employed as a professional under section 327 of the Bankruptcy Code, Getzler Henrich is not required to submit fee applications pursuant to sections 330 and 331 of the Bankruptcy Code. On a monthly basis, Getzler Henrich will file with the Court and serve on the Office of the United States Trustee and counsel for any official committee appointed in these chapter 11 cases (collectively, the "Notice Parties") a summary fee statement covering work performed for the previous month, which will include the names of and tasks fulfilled by the CROs and additional personnel assisting the CROs, and itemize any expenses incurred for the relevant period (the "Compensation Report").

14. The Notice Parties shall have 10 days after the date each Compensation Report is served on the Notice Parties to object to such Compensation Report. The Compensation Report, Getzler Henrich's staffing decisions, and all compensation identified in the Compensation Report will be subject to review by the Court in the event an objection is filed. The compensation provided for in the Engagement Letter shall constitute full payment for the services to be rendered to the Debtors by Getzler Henrich, Mr. Henrich and myself.

15. Prior to the Petition Date, pursuant to the Engagement Letter, the Debtors paid an initial retainer of $25,000 and an additional $25,000 retainer when the parties amended the Engagement Letter to expand the scope of services. The retainer was to be applied to Getzler Henrich's professional fees, charges and disbursements for the engagement, (the "Cash on Account"). As of the Petition Date, after applying the Cash on Account to unpaid pre-filing fees, charges and disbursements, there remains a balance of $356,034.69 which will be applied to Getzler Henrich's final invoice.

16. The Compensation Structure described above is comparable to compensation for turnaround management services, both in and out of court. The Compensation Structure is also consistent with Getzler Henrich's normal and customary billing practices for cases of this size and complexity that require the level and scope of services outlined. Getzler Henrich and the Debtors also believe that the Compensation Structure is reasonable and at favorable market rates

D.   **Getzler Henrich's Disclosure Policies and Disinterestedness**

17. In connection with Getzler Henrich and my retention by the Debtors, I have requested and obtained from Debtors' counsel a list of interested parties attached hereto as **Schedule 1** (the "Potential Interested Parties List"). Getzler Henrich ran the Potential Interested Parties List through the Getzler Henrich relationship base, which contains names of individuals

and entities that are present or recent former client of Getzler Henrich.  Based on that search, Getzler Henrich represents that, to the best of its knowledge, it knows of no fact that would present a conflict of interest for Getzler Henrich with regard to its proposed engagement.  Getzler Henrich, however, wishes to disclose those items identified on **Schedule 2** (the "Getzler Henrich Contacts List").

18.     Insofar as I have been able to ascertain from my review of the Getzler Henrich Contacts List, to the best of my knowledge, and other than as described herein, neither Getzler Henrich, nor its affiliates, nor any professional of Getzler Henrich: (i) has represented the Debtors' creditors, equity holders, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, in any matters relating to the Debtors or their estates; or (ii) has any connection with the Debtors in these chapter 11 cases, or any interest materially adverse to the interest of any class of creditors or equity holders by reason of any direct or indirect relationship to the Debtors, or any other parties in interest herein.

19.     Getzler Henrich has advised numerous clients, past and present, which are located throughout the world, in a variety of industries.  Such clients may include certain of the persons or entities that are identified as creditors of the Debtors.  It is also possible that some past or present clients of Getzler Henrich may have some connection to, or are creditors of, the Debtors.  Nevertheless, insofar as I have been able to ascertain based on the results of the foregoing, to the best of my knowledge, other than as described herein and except for the Debtors, Getzler Henrich has not advised any party in interest in connection with these chapter 11 cases.

20.     Getzler Henrich is involved in numerous cases, proceedings, and transactions involving many different attorneys, accountants, CROs and financial consultants, some of whom

-9-

may represent claimants and parties in interest in these chapter 11 cases. Moreover, Getzler Henrich has in the past, and may in the future, be represented by several attorneys and law firms, some of which may be involved in these chapter 11 cases. Finally, Getzler Henrich has in the past, and will likely in the future, be working with or opposite other professionals involved in these chapter 11 cases with respect to matters wholly unrelated to these chapter 11 cases. Based on our current knowledge of the professionals involved in these chapter 11 cases and to the best of my knowledge, none of these business relationships constitute interests adverse to the estates in matters upon which Getzler Henrich is to be employed and none are in connection with these chapter 11 cases.

21. If Getzler Henrich discovers any information that is contrary or pertinent to the statements made herein, Getzler Henrich will promptly disclose such information to the Court through a supplement or amendment to this Declaration. Getzler Henrich does not advise, has not advised, and will not advise any entity other than the Debtors in matters related to these chapter 11 cases. Getzler Henrich will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or parties in interest in these chapter 11 cases, provided that such services do not relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

22. As of the date of Getzler Henrich's engagement, Getzler Henrich does not hold any claim against the Debtors.

23. Based on the foregoing, except as otherwise set forth herein, to the best of my knowledge, information and belief, Getzler Henrich (i) is not a creditor, equity security holder or an insider of the Debtors and (ii) is not or was not, within two years before the Petition Date, a director, officer, or employee of the Debtors. For the reasons set forth above, Getzler Henrich is

a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code and does not hold or represent any interest materially adverse to the Debtors' estates.

24. No agreement or understanding exists between Getzler Henrich and any other person, other than as permitted by section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these chapter 11 cases.

25. The foregoing constitutes the statement of Getzler Henrich pursuant to Bankruptcy Rule 2014(a).

26. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2025

*/s/ Robert Gorin*
Robert Gorin
Managing Director
Getzler Henrich & Associates LLC

# Schedule 1

# Potential Parties-in-Interest List

**Debtors**
Diamond Comic Distributors, Inc.
Diamond Select Toys & Collectibles, LLC
Comic Exporters, Inc.
Comic Holdings, Inc.

**Non-Debtor Affiliates**
Armory Game Distributors, Inc.
Diamond Comic Distributors UK
Diamond International Galleries, Inc.
DST Investments, LLC
E. Gerber Products, LLC
Game Consolidators, LLC
Gemstone Publishing, Inc.
Mamanook I, LLC
Mid-Atlantic Loan Acquisition I, LLC
Renegade Games, LLC
Rosebud Entertainment, LLC
Stephen A. Geppi Irrevocable Trust
Stephen A. Geppi Revocable Trust

**Equity Holders**
Melinda C. Geppi
SG Resource LLC
Stephen A. Geppi

**Officers/Directors**
Bradley E. Scher
Charlie Tyson
Christopher Powell
Chuck Parker
Chuck Terceira
Daniel Hirsh
Katherine Govier
Larry R. Swanson
Robert Gorin
Sean Meadows
Timothy Lenaghan

**Utilities**
Casella Waste Management
City of Glendale
City Of Olive Branch
City of Plattsburgh
City of Visala
Cockey's Enterprises Inc
Columbia Gas of Pennsylvania, Inc.
Comcast
Fireside Gas
Georgia Power
Georgia Waste Systems
Indiana Michigan Power
Metropolitan Edison Company
Northcentral Electric Cooperative, Inc.
Northern Indiana Public Service Company
NYSEG
Red Lion Municipal Authority
Reliant Energy Retail Services, LLC
Republic Services
Southern California Edison Company
Southern California Gas Company
Southland Disposal Company
Pack-It LLC

**Insurers**
Chubb
CNA Financial Corporation
Consolidated Insurance + Risk Management
Crum & Forster Insurance Company
Federal Insurance Company
Great Northern Insurance
Maine Employers' Mutual Insurance Company
QBE Specialty Insurance
Travelers Casualty and Surety Company of America

**Banks / Secured Creditors**
Bank of Montreal
JPMorgan Chase Bank, N.A.

**Debtor Professionals**
Raymond James Financial, Inc.
Saul Ewing LLP
Stephenson Harwood LLP

**Other Professionals**
Troutman Pepper Locke LLP
Locke Lorde LLP

**Shippers and Warehousemen**
AAA Cooper Transportation
AGO Transportation Inc.
ArcBest
Argus Transport USA, LLC
Averitt Express Inc.
BLM Freight
BR Transport LLC
Caneda Transport Ltd.
Canpar Transport Ltd.
Chase Courier Company
C.H. Robinson Worldwide Inc.
CRST Logistics Inc.
Dallas Transfer & Terminal WHS
Dayton Freight Lines, Inc.
ePost Global LLC
Estes Express Lines
Expeditors Int'l
FedEx Freight
FedEx Logistics Inc.
FedEx Trade Network
Forbes-Hewlett Transportation Inc.
Fraser Direct
Geodis USA, Inc
Hassett Express, LLC
Integrated Connection LLC
Imagine Fulfillment Services, LLC
Maersk E-Commerce Logistics
Old Dominion Freight Line, Inc.
Online Freight Services Inc.
Pitt Ohio Ltl.
RCL Agencies Inc.
Roadrunner Transportation Systems Inc.
Roy Miller Freight Lines LLC
R&L Carriers, Inc.
Scan Global Logistics
Saia Motor Freight Line LLC
Southeastern Freight Lines, Inc.
TeeTurtle
TFI Transport 11 Inc.
TForce Freight, Inc.
Transglobal Distribution
T &T Cargo Services
Venture Manufacturing Ltd.
UPS
UPS Canada

UPS Supply Chain Solutions Inc.
Worldwide Express, LLC
XPO Logistics Freight Inc.
YRC Inc. D/B/A YRC Freight

**Suppliers/Vendors**
3D Systems Corporation
Aftershock Comics, LLC
Ara, Inc.
Arcane Tinmen ApS
Bandai Co., Ltd.
Blueyonder, Inc.
Boom Entertainment, Inc.
Deferred Trx
Dstlry Media, Inc.
Dynamic Forces, Inc.
Funko LLC
Good Smile Company, Inc.
Hachette Book Group USA, Inc.
Hasbro Toy Group, Inc.
Image Comics, Inc.
Integrated Connection LLC
National Entertainment Collectibles
Association, Inc. (NECA)
Oni-Lion Forge Publishing Group, LLC
Paizo Inc.
Penguin Random House LLC
The Pokémon Company International, Inc.
Ravensburger North America, Inc.
Reynolds Advanced Materials US, Inc.
Square Enix, Inc.
Titan Publishing Group Ltd.
TMP International, Inc.
Udon Entertainment Inc.
Ultra Pro International, LLC
United Parcel Service, Inc. (UPS)
Viz Media, LLC
Wizards of the Coast, LLC

**Other**
Automatic Data Processing, Inc.
Aetna Inc.
American Express Company
ARA, Inc.
Authorize.Net LLC

Paymentech, LLC
Cigna Corporation
Davis Vision, Inc.
Elective Staffing Midsouth LLC
ETS, Inc
Express Services, Inc.
Joshua M. Geppi
Kevin Kobbe
Luminaire Health Benefits, Inc.
PayPal Holdings, Inc.
PaySimple, Inc.
Randstad North America, Inc.
The Hartford Financial Services Group, Inc.
The Tailored Staff, LLC
United States Customs & Border Protection
Xceeding Partnership Solutions LLC

**Landlords**
BCI IV Memphis Dc LLC
Big Box Property Owner E, LLC
BNC Strategic Capital Ventures, LLC
MDH F2 Bal Beltway North, LLC
Realbat Inc.
Rock Lease Administration
Phoenix Fort Wayne, LLC
PW Fund B LP
SFV York Road, LLC
Rubin & Frieda Fenster Family Limited Partnership

**Litigation Counterparties**
First Factory, Inc.
Twomey, Latham, Shea, Kelley, Dubin & Quartararo, LLP

**Taxing Agencies**
Adams County, Indiana
Baltimore County, Maryland
California Department of Tax and Fee Administration
California Franchise Tax Board
Canadian Revenue Agency
Colorado Department of Revenue
Comptroller of Maryland
Desoto County Tax Collector
Florida Department of Revenue
Georgia Department of Revenue
Gwinnett County, Georgia
Illinois Department of Revenue
Indiana Department of Revenue
Internal Revenue Service
Michigan Department of Treasury
Minnesota Department of Revenue
Mississippi Department of Revenue
New Jersey Division of Taxation
New York State Department of Taxation and Finance
Oregon Department of Revenue
Pennsylvania Department of Revenue
Texas Comptroller of Public Accounts
Travis County, Texas
Tulare County, California
Virginia Department of Taxation
Washington State Department of Revenue
Wayne Township, Indiana
Wisconsin Department of Revenue

**Consignment Parties**
12 Gauge Comics LLC
801 Media Inc
A Wave Blue World, Inc.
Ablaze Publishing
Abstract Studios, Inc.
Action Lab Entertainment, Inc.
Aftershock Comics, LLC
Ahoy Comics, LLC
Ait/Planetlar Publishing, LLC
Albatross Funnybooks
Alien Books, LLC
Alley Cat Games, LLC
American Mythology Productions, LLC
Antarctic Press
Ape Entertainment, LLC
Apex Publishing, LLC
Arcane Wonders, LLC
Archaia Studios Press, LLC
Archie Comic Publications, Inc.
Ares Games Srl
Artists Writers & Artisans, Inc.
Aspen MLT, Inc.
Avatar Press, Inc.
Bad Egg, LLC

53206469.2

| | |
|---|---|
| Bandai Entertainment Inc. | Genius Games, LLC |
| Battle Quest Comics, LLC | Gold Key Entertainment |
| Bedside Press | Good Games Publisher, LLC |
| Behemoth Entertainment, LLC | Good Trouble Productions, LLC |
| Benitez Productions | Goodman Games, LLC |
| Black Mask Comics | Pennsylvania State University Press (Graphic Mundi) |
| Black Panel Press, Inc. | |
| Blind Ferret Entertainment, Inc. | Graphitti Designs |
| Boom Entertainment, Inc. | Green Ronin Publishing |
| Bundoran Press Publishing House | Gungnir Entertainment, Inc. |
| Burning Wheel, Inc. | Gut Bustin Games, LLC |
| Capstone Games, LLC | Hammerdog Games, LLC |
| Catalyst Game Labs, LLC | Happy Camper, LLC |
| Chaosium, Inc. | Heavy Metal Magazine |
| Chizine Publications | Hermes Press |
| Clover Press, LLC | Hit Point Press, LLC |
| Compass Games, LLC | Humanoids, Inc. |
| Cryptozoic Entertainment, LLC | Hush Hush Projects/Dara Studios |
| Dan Verssen Games | IDW Publishing |
| Dark Horse Comics, LLC | Top Shelf Productions (IDW Publishing) |
| Dave Taylor Miniatures | Image Comics, Inc. |
| Davinci Editrice Srl | Incredible Dream Studios, Inc. |
| DC Comics | Indie Boards & Cards, LLC |
| Desperado Publishing | Stronghold Games, LLC |
| Dex Protection, LLC | Joe Books Ltd |
| Dietz Foundation | Jordan Games |
| Difference Engine Pte Ltd | Left Justified LLC |
| Digital Manga Distribution, Inc. | Les Editions Pix'N Love |
| Dire Wolf Digital, LLC | Lev Gleason Publications |
| Draco Studios | Lion Forge, LLC |
| Drawn & Quarterly | Lionwing Publishing Ltd |
| Drinking Quest/Jason Wiseman | Living The Line |
| Dstlry Media, Inc. | Locust Moon Press |
| Dynamic Forces, Inc. | Loren Coleman |
| Elf Greek Games | Lucky Duck Games |
| Eros Comix | Lulu Is A Rhinoceros, LLC |
| Eureka Productions | Luminary Games |
| Fairsquare Graphics, LLC | Mad Cave Studios |
| Fanroll, LLC | Magma Comix |
| Fantagraphics Books, Inc. | Magnetic Press Inc. |
| Fiery Studios, Inc. | Manga Classics, Inc. |
| Folded Space Eood | Mantic Entertainment Ltd |
| Frank Miller Presents, LLC | Marvel Entertainment, LLC |
| G.T. Labs | Massive Publishing |
| Gamelyn Games, LLC | Mayday Games |
| Gen Manga Entertainment, Inc. | Monte Cook Games |

Moonstone Publishing
Mr. B Games
NBM Publishing
Netcomics
Night Shade Books
Norma Editorial S.A.
North Star Games, LLC
Nauvoo Games
Oni Press, Inc.
Opus Comics Ltd
Paizo Inc.
Panini UK Ltd
Papercutz Inc.
Pegamoose Press
Penguin Random House LLC
Primal Horizon
Prime Books LLC
Quest Kids LLC (DBA Treasure Falls Games)
Rabbit Publishers
Radical Publishing
Reaper Miniatures
Red Giant Entertainment Inc.
Renaissance Press
Renegade Game Studios, LLC
Resonym, LLC
Roll For Combat, LLC
S7 Games
Scout Comics
Sea Lion Books
Seven Seas Ghost Ship
Skyscraper Studios Inc. (DBA Roll For Combat)
Slave Labor Graphics
Smirk & Dagger Games
Soaring Penguin Press
Source Point Games
Source Point Press
Starburns Industries Press
Storm King Productions, Inc.
Sumerian Comics
Twisted Comics (Formerly TPub)
Tasty Minstrel Games
Teeturtle, LLC
Th3rd World Studios
The Army Painter

The Little Plastic Train Company
Thorny Games
Titan Comics
Tokyopop Inc.
Toonhound Studios LLC
Twomorrows Publishing
Ubiworkshop
Udon Entertainment Inc.
University Games Corporation
Valiant Entertainment, LLC
Van Ryder Games
Vault Comics
Wargames Atlantic
Warlord Games Ltd
Wicked Cow Studios LLC
Wildside Press LLC
William M Gaines, Inc. (Via Gems)
William M. Gaines, Agent, Inc.
Worldsforge Private Ltd
Wyrm Publishing
Yaoi Press LLC
Z2 Comics
Zenescope Entertainment Inc.
Zombie Love Studios

**License Agreement Parties**
All Elite Wrestling LLC
Bruce Lee LLC
Dammage 7, Inc.
Disney Consumer Products, Inc.
Dork Storm Press LLC
Evolution USA LLC
Fox Entertainment Group LLC
Hasbro, Inc.
International Merchandising Corporation
IMG Worldwide Holdings, LLC
Legendary Licensing LLC
Lions Gate Entertainment Corporation
Marvel Brands LLC
Netflix CPX LLC
Paramount Global
SEGA of America, Inc.
Skybound LLC
Sony Pictures Consumer Products Inc.
Synthesis Entertainment Inc.
The Green Hornet, Inc.

53206469.2

Toho Co., Ltd.
Warner Bros. Consumer Products Inc.

**Key Customers**
2428392, Inc. dba FYE
Amazon.com, Inc.
Animextreme Inc.
Baker & Taylor Books, Inc.
Barnes & Noble, Inc.
Booktopia Direct Pty Ltd (Air)
Booktopia Pty Ltd
Boom Entertainment, Inc.
BZVirtual LLC
Chaos Pop Pty Ltd
Comics-N-Stuff
Cosmic Comics, Inc.
DCBS, Inc.
Diamond Select Toys & Collectibles, LLC
Distribution Universe, Inc.
Dorksidetoys, Inc.
Dynamic Entertainment, LLC
Electronics Boutique Canada, Inc.
Entertainment Earth, Inc.
Harrison's Comics & Collectibles, Inc.
Heathside Trading Ltd
HEO GmbH
Idea and Design Works, LLC
Image Comics, Inc.
Indigo Books and Music, Inc.
Indy Comics LLC
Ingram Book Group LLC
Kadokawa World Entertainment, Inc.
Kaiba Corporation
Kieren Consulting, LLC
Lone Star Comics, Inc.
Malta Comics & Collectibles, Inc.
Marvel Entertainment, LLC
Replay Toys LLC
Rosebud Entertainment LLC
Source Point Press, LLC
Sure Thing Sales LLC
Terminal Distribuzione S.R.L.
The Marmaxx Group, Inc.
The Westfield Company, Inc.
THG OnDemand Limited
Things From Another World, Inc.

Torpedo Comics Vintage & Trade, Inc.
Valiant Entertainment, LLC
Walgreen Co.

**Office of the United States Trustee – Region 4 District of Maryland (Baltimore Division)**
Amy C. Busch
Christina Schruefer
Danielle Brown
Denise Bachman
Gerard R. Vetter
Hugh M. Bernstein
Jeffrey Heck
Katherine A. Levin
Omnia A. Shedid
Tony Pika

**Judges in the U.S. Bankruptcy Court for the District of Maryland**
Chief Judge David E. Rice
Judge Lori S. Simpson
Judge Maria Ellena Chavez-Ruark
Judge Michelle M. Harner
Judge Nancy V. Alquist
Judge Thomas J. Catliota

## Schedule 2

## Getzler Henrich Contacts List

**Disclosures**

a.     Robert Gorin, listed as an Officer or Director of the Debtors, is an employee of Getzler Henrich & Associates LLC ("GHA").

b.     Affiliates of GHA have a credit facility in place with JPMorgan Chase and Bank of Montreal, among other lenders, under which the parent company of GHA is a borrower and guarantor.

c.     In a matter unrelated to the Debtors, GHA serves as financial advisor to JPMorgan Chase. The revenue generated by this engagement is less than 0.5% of GHA's annual revenue.

d.     In matters unrelated to the Debtors, GHA and/or its affiliates have performed consulting, asset appraisal, asset due diligence, or other financial services for, (or related to) the following entities: (i) Barnes & Noble, Inc., and (ii) Walgreen Co.

e.     In matters unrelated to the Debtors, GHA and its affiliates have worked or partnered with the following professional parties in matters unrelated to the Debtors and these chapter 11 cases: (i) Locke Lord, (ii) Raymond James Financial, Inc., and (iii) Saul Ewing LLP.

f.     It is possible that GHA may represent or may have represented other creditors or interested parties of the Debtors but does not represent any such parties in connection with these cases. GHA presently or in the past has served as a professional person in other matters, wholly unrelated to the Debtors or these cases, in which other attorneys, accountants and other professionals of the Debtors, creditors, or other parties in interest may have also served or serve as professional persons.

53206469.2