## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 10, 11, 12, 14, 16, 17, 18, 67 and 68** |

### RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING MATTERS SCHEDULED FOR HEARING ON FEBRUARY 10, 2025

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), files this reservation of rights (this "Reservation of Rights") regarding the following matters scheduled to be heard on February 10, 2025 (collectively, the "February 10 Matters"):[2]

> (i)      *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief* [D.I. 10];

---

[1]     The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]     The Committee's counsel has been advised that the *Debtors' Motion for Interim and Final Orders (I) Authorizing The Debtors To Obtain Senior Secured Financing And The Use Of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens And Superpriority Administrative Expense Claims; (IV) Modifying The Automatic Stay; (V) Scheduling A Final Hearing; And (VI) Granting Related Relief* [D.I. 19] (the "DIP Motion") has been adjourned and will not go forward on February 10, 2025, and that the Committee's deadline to object to the DIP Motion will be extended in connection therewith. The Committee reserves all rights with respect to the DIP Motion.

(ii)    *Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service* [D.I. 11];

(iii)   *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief* [D.I. 12];

(iv)    *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief* [D.I. 14];

(v)     *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business* [D.I. 16];

(vi)    *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief* [D.I. 17];

(vii)   *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief* [D.I. 18];

(viii)  *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Raymond James & Associates, Inc., as the Debtors' Investment Banker, Effective as of the Petition Date and (II) Granting Related Relief* [D.I. 67]; and

(ix)    *Debtors' Motion For Entry Of An Order (I) Authorizing And Approving Bidding Procedures For The Sale Of All Or Substantially All Of The Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling An Auction And A Sale Hearing, (IV) Approving The Form And Manner Of Notice Thereof, And (V) Establishing Notice And Procedures For The Assumption And Assignment Of Certain Executory Contracts And Leases* [D.I. 68];

In support of this Reservation of Rights, the Committee respectfully states as follows:

## **RESERVATION OF RIGHTS**

Since its appointment and selection of advisors, the Committee and its professionals have

worked tirelessly to review and engage in discussions with the Debtors and JPMorgan Chase Bank,

6312076.1

N.A. ("JPMorgan"), as applicable, regarding the February 10 Matters.  The Committee anticipates that those discussions will result in the consensual resolution of any concerns the Committee has regarding the February 10 Matters through revisions to the applicable proposed orders.  In light of the foregoing, the Committee currently does not intend to file any opposition to the February 10 Matters, but reserves all rights to the extent the proposed final form of proposed order with respect to any February 10 Matter fails to address the Committee's concerns or is otherwise inconsistent with any resolution reached.

February 7, 2025

**TYDINGS & ROSENBERG LLP**

*/s/ Stephen B. Gerald*
Dennis J. Shaffer (MD Bar No. 25680)
Stephen B. Gerald (MD Bar No. 26590)
1 East Pratt Street, Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
Email: dshaffer@tydings.com
         sgerald@tydings.com

**LOWENSTEIN SANDLER LLP**
Bruce S. Nathan (admitted *pro hac vice*)
Gianfranco Finizio (admitted *pro hac vice*)
Chelsea R. Frankel (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Email: bnathan@lowenstein.com
         gfinizio@lowenstein.com
         cfrankel@lowenstein.com

-and-

Michael T. Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Proposed co-counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of February, 2025, the foregoing reservation of rights was served via the Court's CM/ECF filing system on the following:

Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
Daniel Jack Blum     jack.blum@polsinelli.com,
lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Thomas K. Bredar     thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown     abrown@klestadt.com
David W.T. Daniels     ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio     gfinizio@lowenstein.com
Chelsea R Frankel     cfrankel@lowenstein.com
Zvi Guttman     zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
Jeffrey C. Hampton     jeffrey.hampton@saul.com
Adam H Isenberg     adam.isenberg@saul.com
C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage     korphagee@whiteandwilliams.com
Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com
Bruce S. Nathan     bnathan@lowenstein.com
Michael Papandrea     mpapandrea@lowenstein.com
Jordan Rosenfeld     jordan.rosenfeld@saul.com
Dennis J. Shaffer     dshaffer@tydings.com,
scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
Indira Kavita Sharma     indira.sharma@troutman.com,
katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi     nicholas.smargiassi@saul.com
Brent C. Strickland     bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
Paige Noelle Topper     paige.topper@saul.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GO

*/s/ Stephen B. Gerald*
Stephen B. Gerald