**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 10, 2025 AT 2:00 P.M. (ET)**

**MATTERS GOING FORWARD**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief [D.I. 10, Filed 1/14/25].

    Objection Deadline: February 3, 2025 at 4:00 p.m. (ET). Extended for the Official Committee of Unsecured Creditors (the "Committee") to February 7, 2025 at 4:00 p.m. (ET).

    Responses Received:

    a. Informal comments from the Committee and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Matters Scheduled for Hearing on February 10, 2025 [D.I. 118 Filed 2/7/2025].

    Related Pleading:

    a. Declaration of Robert Gorin in Support of First Day Relief [D.I. 20, Filed 1/14/25].

    b. Interim Order (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage, and (II) Granting Related Relief [D.I. 46, Entered 1/16/2025].

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55042206.2

> Status: This matter is going forward. The Debtors and the Committee are working to address the Committee's informal comments, and the Debtors expect to submit a revised proposed order with the Court prior to the hearing.

2. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [D.I. 11, Filed 1/14/25]

   Objection Deadline: February 3, 2025 at 4:00 p.m. (ET). Extended for the Committee to February 7, 2025 at 4:00 p.m. (ET).

   Responses Received:

   a. Informal comments from the Committee and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Matters Scheduled for Hearing on February 10, 2025 [D.I. 118 Filed 2/7/2025].

   Related Pleading:

   a. Declaration of Robert Gorin in Support of First Day Relief [D.I. 20, Filed 1/14/25].

   b. Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [D.I. 47, Entered 1/16/2025].

   Status: This matter is going forward. The Debtors and the Committee are working to address the Committee's informal comments, and the Debtors expect to submit a revised proposed order with the Court prior to the hearing.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [D.I. 12, Filed 1/14/25].

   Objection Deadline: February 3, 2025 at 4:00 p.m. (ET). Extended for the Committee to February 7, 2025 at 4:00 p.m. (ET).

   Responses Received: Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Matters Scheduled for Hearing on February 10, 2025 [D.I. 118 Filed 2/7/2025].

   Related Pleading:

   a. Declaration of Robert Gorin in Support of First Day Relief [D.I. 20, Filed 1/14/25].

   b. Interim Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [D.I. 48, Entered 1/16/2025].

   Status: This matter is going forward.

4.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [D.I. 14, Filed 1/14/25].

        Objection Deadline: February 3, 2025 at 4:00 p.m. (ET). Extended for the Committee to February 7, 2025 at 4:00 p.m. (ET).

        Responses Received:

        a. Informal comments from the Committee and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Matters Scheduled for Hearing on February 10, 2025 [D.I. 118 Filed 2/7/2025].

        Related Pleading:

        a. Declaration of Robert Gorin in Support of First Day Relief [D.I. 20, Filed 1/14/25].

        b. Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [D.I. 49, Entered 1/16/2025].

        Status: This matter is going forward. The Debtors and the Committee are working to address the Committee's informal comments, and the Debtors expect to submit a revised proposed order with the Court prior to the hearing.

5.     Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business [D.I. 16, Filed 1/14/25].

        Objection Deadline: February 3, 2025 at 4:00 p.m. (ET). Extended for the Committee to February 7, 2025 at 4:00 p.m. (ET).

        Responses Received:

        a. Informal comments from the Committee and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Matters Scheduled for Hearing on February 10, 2025 [D.I. 118 Filed 2/7/2025].

        Related Pleading:

        a. Declaration of Robert Gorin in Support of First Day Relief [D.I. 20, Filed 1/14/25].

        b. Interim Order Authorizing the Debtors to Administer Existing Customer Programs in the Ordinary Course of Business [D.I. 51, Entered 1/16/25].

Status: This matter is going forward. The Debtors and the Committee are working to address the Committee's informal comments, and the Debtors expect to submit a revised proposed order with the Court prior to the hearing.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief [D.I. 17, Filed 1/14/25]

    Objection Deadline: February 3, 2025 at 4:00 p.m. (ET). Extended for the Committee to February 7, 2025 at 4:00 p.m. (ET).

    Responses Received:

    a. Informal comments from the Committee and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Matters Scheduled for Hearing on February 10, 2025 [D.I. 118 Filed 2/7/2025].

    Related Pleading:

    a. Declaration of Robert Gorin in Support of First Day Relief [D.I. 20, Filed 1/14/25].

    b. Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers and Freight Forwarders, and (II) Granting Related Relief [D.I. 52, Entered 1/16/25].

    Status: This matter is going forward. The Debtors and the Committee are working to address the Committee's informal comments, and the Debtors expect to submit a revised proposed order with the Court prior to the hearing.

7. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief [D.I. 18, Filed 1/14/25].

    Objection Deadline: February 3, 2025 at 4:00 p.m. (ET) (Extended for the Official Committee of Unsecured Creditors to February 7, 2025 at 4:00 p.m. (ET)).

    Responses Received:

    a. Informal comments from the Committee and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Matters Scheduled for Hearing on February 10, 2025 [D.I. 118 Filed 2/7/2025].

    Related Pleading:

    a. Declaration of Robert Gorin in Support of First Day Relief [D.I. 20, Filed 1/14/25].

    b. Interim Order (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief [D.I. 53, Entered 1/16/25].

>   Status: This matter is going forward. The Debtors and the Committee are working to address the Committee's informal comments, and the Debtors expect to submit a revised proposed order with the Court prior to the hearing.

8.  Debtors' Motion for Interim and Final Orders (I) Authorizing Senior Secured, Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 19, Filed 1/14/25].

    Objection Deadline: February 3, 2025 at 4:00 p.m. (ET). Extended for the Committee to February 17, 2025 at 12:00 p.m. (ET).

    Responses Received:

    a.  Informal comments from the Committee.

    Related Pleading:

    a.  Declaration of Robert Gorin in Support of First Day Relief [D.I. 20, Filed 1/14/25].

    b.  Declaration of Alec Haesler in Support of Debtors' Motion for Interim and Final Orders (I) Authorizing Senior Secured, Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 21, Filed 1/14/25].

    c.  Interim Order (I) Authorizing Senior Secured, Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 54, Entered 1/16/25].

    Status: This matter is going forward solely with respect to a motion to modify certain terms of the interim DIP order. The hearing to consider the relief requested in this motion on a final basis has been adjourned to February 18, 2025, at 3:00 p.m. (ET).

9.  Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Raymond James & Associates, Inc., as the Debtors' Investment Banker, Effective as of the Petition Date and (II) Granting Related Relief [D.I. 67, Filed 1/17/2025].

    Objection Deadline: February 3, 2025 at 4:00 p.m. (ET). Extended for the Committee to February 7, 2025 at 4:00 p.m. (ET).

    Responses Received:

    a.  Informal comments from the Office of the United States Trustee; and

    b.  Informal comments from the Committee and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Matters Scheduled for Hearing on February 10, 2025 [D.I. 118 Filed 2/7/2025].

Status: This matter is going forward. The Debtors have addressed the U.S. Trustee's informal comments. The Debtors have further resolved the Committee's informal comments through language in the proposed order, and expect to submit a revised proposed order with the Court prior to the hearing.

10. Debtors' Motion for Entry of an Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, and (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases [D.I. 68, Filed 1/21/25].

Objection Deadline: February 3, 2025 at 4:00 p.m. (ET). Extended for the Committee to February 7, 2025 at 4:00 p.m. (ET).

Responses Received:

a. Informal comments from the Office of the United States Trustee; and

b. Informal comments from the Committee and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Matters Scheduled for Hearing on February 10, 2025 [D.I. 118 Filed 2/7/2025].

Related Pleading:

a. Declaration of Geoffrey Richards in Support of Debtors' Moton for Entry of an Order, Inter Alia, Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets [D.I. 116, Filed 2/7/25].

b. Declaration of Robert Gorin in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, and (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases [D.I. 117, Filed 2/7/25].

Status: This matter is going forward. The parties are working to address the Committee's informal comments, and the Debtors expect to submit a revised proposed order with the Court prior to the hearing.

[*Remainder of Page Left Intentionally Blank*]

| | |
|---|---|
| Dated: February 7, 2025 | **SAUL EWING LLP** |

                                          By: */s/ Jordan D. Rosenfeld*
                                              Jordan D. Rosenfeld (MD Bar No. 13964)
                                              1001 Fleet Street, 9th Floor
                                              Baltimore, MD 21202
                                              Telephone: (410) 332-8600
                                              Email: jordan.rosenfeld@saul.com

                                              -and-

                                              Jeffrey C. Hampton (admitted *pro hac vice*)
                                              Adam H. Isenberg (admitted *pro hac vice*)
                                              Turner N. Falk (admitted *pro hac vice*)
                                              1500 Market Street, 38th Floor
                                              Philadelphia, PA 19102
                                              Telephone: (215) 972-7777
                                              Email: jeffrey.hampton@saul.com
                                                            adam.isenberg@saul.com
                                                             turner.falk@saul.com

                                              -and-

                                              Mark Minuti (admitted *pro hac vice*)
                                              Paige N. Topper (admitted *pro hac vice*)
                                              Nicholas Smargiassi (admitted *pro hac vice*)
                                              1201 N. Market Street, Suite 2300
                                              Wilmington, DE 19801
                                              Telephone: (302) 421-6800
                                              Email: mark.minuti@saul.com
                                                              paige.topper@saul.com
                                                              nicholas.smargiassi@saul.com

                                              *Proposed Counsel for Debtors and Debtors in Possession*

55042206.2