# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10308 (DER)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned cases as counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd., and pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| COLE SCHOTZ P.C.<br>Gary H. Leibowitz, Esq.<br>H.C. Jones III, Esq.<br>1201 Wills Street, Suite 320<br>Baltimore, MD 21231<br>Telephone: (410) 230-0660<br>Facsimile: (410) 230-0667<br>gleibowitz@coleschotz.com<br>hjones@coleschotz.com | ROPERS MAJESKI<br>Steven G. Polard, Esq.<br>801 South Figueroa Street, Suite 2100<br>Los Angeles, CA 90017<br>Telephone: (213) 312-2044<br>steven.polard@ropers.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

40000/0600-49354757v1

informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  February 10, 2025                **COLE SCHOTZ P.C.**

By:  */s/ Gary H. Leibowitz*
Gary H. Leibowitz (Bar No. 24717)
H.C. Jones III (Bar No. 20064)
1201 Wills Street, Suite 320
Baltimore, MD 21231
(410) 230-0660
(410) 230-0667 (fax)
gleibowitz@coleschotz.com
hjones@coleschotz.com

and

**ROPERS MAJESKI**
Steven G. Polard, Esq.
801 South Figueroa Street, Suite 2100
Los Angeles, CA  90017
Telephone: (213) 312-2044
steven.polard@ropers.com

*Counsel for Bandai Namco Toys & Collectibles America, Inc., and Bandai Co., Ltd.*

40000/0600-49354757v1

2

3

40000/0600-49354757v1