IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:

Diamond Comic Distributors, Inc., *et*,*al*.

Debtor.

Case Number: 25-10308 (DER)
Chapter 11

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Gary H. Leibowitz, Esquire, a member in good standing of the bar of this Court, moves the admission of Steven G. Polard, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.
2. The proposed admittee does not maintain a law office in Maryland.
3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

   | State Court and Date of Admission | U.S. Court and Date of Admission |
   |---|---|
   | California 11/29/1979 | 9th Circuit 1983; |
   | | CDCA *; EDCA 5/28/82; NDCA 6/16/80; SDCA 9/19/83 * Admitted 12/18/79 and renewed 8/2/24 |
   | | Supreme Court 1982 |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court  0  times. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[1]
5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then the proposed admittee must submit a statement fully explaining all relevant facts.)
6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland

---

[1] *See* Local District Court Rule 101(1)(b)(iii).

          Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned or _____, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

/s/ Gary H. Leibowitz  
Movant Attorney, Esquire  
Maryland U.S. District Court Number 24717  
Firm   Cole Schotz P.C.  
Address   1201 Wills Street, Suite 320  
City, State Zip   Baltimore, MD 21231  
Telephone   (410) 230-0660  
Email Address   gleibowitz@coleschotz.com  
Movant

/s/ Steven G. Polard  
Proposed Admittee's Name  
Firm   Ropers Majeski  
Address   801 South Figueroa Street, Suite 2100  
City, State Zip   Los Angeles, CA  90017  
Telephone   (213) 312-2044  
Email Address   steven.polard@ropers.com  
Proposed Admittee

**CERTIFICATE OF SERVICE**

I hereby certify that, on the __10th__ day of __February__, 20__25__, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion for Admission Pro Hac Vice will be served electronically by the Court's CM/ECF system on the following:

Hugh M. (UST) Bernstein: hugh.m.bernstein@usdoj.gov
Daniel Jack Blum: jack.blum@polsinelli.com, lsuprum@polsinelli.com,delawaredocketing@polsinelli.com
Thomas K. Bredar: thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com
Andrew Brown: abrown@klestadt.com
David W.T. Daniels: ddaniels@perkinscoie.com,docketnyc@perkinscoie.com, nvargas@perkinscoie.com, KMcClure@perkinscoie.com
Turner Falk: turner.falk@saul.com, tnfalk@recap.email, Veronica.Marchiondo@saul.com
Ashley N Fellona: ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finiziogfinizio@lowenstein.com
Chelsea R Frankelcfrankel@lowenstein.com
Stephen B. Geraldsgerald@tydings.com
Zvi Guttman: zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com
Jeffrey C. Hampton: jeffrey.hampton@saul.com
Adam H Isenberg: adam.isenberg@saul.com
C. Kevin Kobbe: kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage: korphagee@whiteandwilliams.com
Jung Yong Lee:jlee@tydings.com, mhickman@tydings.com
Mark Minuti: mark.minuti@saul.com, robyn.warren@saul.com
Bruce S. Nathan:bnathan@lowenstein.com
Michael Papandrea: mpapandrea@lowenstein.com
Jordan Rosenfeld: jordan.rosenfeld@saul.com
Dennis J. Shafferdshaffer@tydings.com, scalloway@tydings.com, mhickman@tydings.com, jlee@tydings.com
Indira Kavita Sharma: indira.sharma@troutman.com, katherine.culbertson@troutman.com, jonathan.young@troutman.com, david.ruediger@troutman.com, errol.chapman@troutman.com, toyja.kelley@troutman.com
Nicholas Smargiassi: nicholas.smargiassi@saul.com
Brent C. Strickland: bstrickland@wtplaw.com, mbaum@wtplaw.com, brent-strickland-3227@ecf.pacerpro.com
Paige Noelle Topper: paige.topper@saul.com
US Trustee – Baltimore: USTPRegion04.BA.ECF@USDOJ.GOV


*/s/ Gary H. Leibowitz*
Gary H. Leibowitz