IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at  Baltimore

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*<br><br>Debtor. | Case Number:  25-10308 (DER)<br>Chapter   11 |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit [ENTER NAME OF PROPOSED PRO HAC COUNSEL] ("Pro Hac Counsel") as attorney for [ENTER NAME OF PARTY REPRESENTED] and the certified statements in support thereof, and upon the recommendation of [ENTER NAME OF MOVANT], it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and Local District Court Rule 101.1(b) and Pro Hac Counsel is admitted pro hac vice in this bankruptcy case; and it is further

ORDERED, that Pro Hac Counsel must register for a CM/ECF filing account on the Court's website at https://www.mdb.uscourts.gov/for-attorneys/training-and-registration-for-electronic-filing; and it is further

ORDERED, that Pro Hac Counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices.

cc: Saul Ewing LLP, attn: Jordan Rosenfeld, Esq.
     Steven G. Polard, Esq.
     Gary H. Leibowitz, Esq.
     Hugh M. Bernstein, Office of the U.S. Trustee

**END OF ORDER**