_____|Dee|_____    ✓ RETAIN

**David E Rice**, U. S. BANKRUPTCY JUDGE      Evidentiary Hrg: (Y) N
                                              Exhibits Filed: (Y) N

PROCEEDING MEMO - CHAPTER 11

Date: 02/10/2025  Time: 02:00

**CASE: 25-10308 Diamond Comic Distributors, Inc.**

Adam H Isenberg and Adam H. Isenberg and Ashley N Fellona and Jeffrey C. Hampton and Jeffrey C. Hampton Iand Jordan Rosenfeld and Mark Minuti and Nicholas Smargiassi and Paige Topper and Paige Noelle Topper and Turner Falk representing Diamond Comic Distributors, Inc. (Debtor)

✓ Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)  O. Shedid ✓

Bruce Nathan and Bruce S. Nathan and Chelsea Frankel and Chelsea R Frankel and Dennis J. Shaffer and Gianfranco Finizio and Jung Yong Lee and Michael Papandrea and Stephen B. Gerald representing Unsecured Creditors Committee (Creditor Committee)     J. Young

[10] *Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter Into New Insurance Coverage, and (II) Granting Related Relief* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s3 Exhibit C - Schedule of Insurance Policies)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona M Minuti P Topper J Hampton A Isenberg T Falk N Smargiassi J Hampton M Minuti A Isenberg P Topper N Smargiassi

[11] Debtors Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) *(I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures to Resolve Requests for Additional Assurance, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s3 Exhibit C - Utility Companies List)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona M Minuti P Topper J Hampton A Isenberg T Falk N Smargiassi J Hampton M Minuti A Isenberg P Topper N Smargiassi

[67] Motion *Debtors Application for Entry of an Order (I) Authorizing the Retention and Employment of Raymond James & Associates, Inc., as the Debtors Investment Banker, Effective as of the Petition Date and (II) Granting Related Relief / Hearing Date: February 6, 2025, at 10:00 a.m. (ET) / Objection Deadline: February 3, 2025, at 4:00 p.m. (ET)* Filed by Diamond Comic Distributors, Inc.. (Attachments:

```
                #s4 Supplement Notice of the Debtors Application
                for Entry of An Order)

MOVANT : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona M Minuti P
Topper J Hampton A Isenberg T Falk N Smargiassi J Hampton M Minuti A Isenberg P
Topper N Smargiassi

                [68] Motion Debtors Motion for Entry of an Order (I)
                Authorizing and Approving Bidding Procedures for
                the Sale of All or Substantially All of the Debtors
                Assets, (II) Approving Bid Protections, (III) Scheduling
                an Auction and a Sale Hearing, (IV) Approving the
                Form and Manner of Notice Thereof, and (V) Establishing
                Notice and Procedures for the Assumption and Assignment
                of Certain Executory Contracts and Leases Filed
                by Diamond Comic Distributors, Inc.. (Attachments:
                #s3 Exhibit B - Stalking Horse Agreement)

MOVANT : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona M Minuti P
Topper J Hampton A Isenberg T Falk N Smargiassi J Hampton M Minuti A Isenberg P
Topper N Smargiassi

                [12] Debtors Motion for Entry of Interim and Final
                Orders (I) Authorizing the Payment of Certain Prepetition
                Taxes and Fees, and (II) Granting Related Relief
                Filed by Diamond Comic Distributors, Inc.. (Attachments:
                #s2 Exhibit B - Proposed Final Order)

MOVANT : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona M Minuti P
Topper J Hampton A Isenberg T Falk N Smargiassi J Hampton M Minuti A Isenberg P
Topper N Smargiassi

                [14] Debtors Motion for Entry of Interim and Final
                Orders (I) Authorizing Continued Use of Existing
                Cash Management System, Bank Accounts, and Business
                Forms and Payment of Related Prepetition Obligations,
                (II) Authorizing Continuation of Ordinary Course
                Intercompany Transactions, (III) Extending Time
                to Comply With the Requirements of 11 U.S.C. §
                345(b), and (IV) Granting Related Relief Filed
                by Diamond Comic Distributors, Inc.. (Attachments:
                #s4 Exhibit D - Funds Flow Diagram)

MOVANT : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona M Minuti P
Topper J Hampton A Isenberg T Falk N Smargiassi J Hampton M Minuti A Isenberg P
Topper N Smargiassi

                [16] Debtors Motion for Entry of Interim and Final
                Orders Authorizing the Debtors to Administer Existing
                Customer Programs in the Ordinary Course of Business
                Filed by Diamond Comic Distributors, Inc.. (Attachments:
                #s2 Exhibit B - Proposed Final Order)

MOVANT : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona M Minuti P
Topper J Hampton A Isenberg T Falk N Smargiassi J Hampton M Minuti A Isenberg P
Topper N Smargiassi

                [17] Debtors Motion for Entry of Interim and Final
                Orders (I) Authorizing Debtors to Pay Certain Prepetition
                Claims of Shippers and Freight Forwarders, and (II)
                Granting Related Relief Filed by Diamond Comic
```

```
                Distributors, Inc.. (Attachments: #s2 Exhibit
                B - Proposed Final Order)
```

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona M Minuti P Topper J Hampton A Isenberg T Falk N Smargiassi J Hampton M Minuti A Isenberg P Topper N Smargiassi

[18] *Debtors Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Obligations Owed to Critical Vendors, and (II) Granting Related Relief* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s3 Exhibit C - Proposed Letter)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona M Minuti P Topper J Hampton A Isenberg T Falk N Smargiassi J Hampton M Minuti A Isenberg P Topper N Smargiassi

[118] Response on behalf of Unsecured Creditors Committee Filed by Stephen B. Gerald (related document(s) 68 Motion for Miscellaneous Relief filed by Debtor Diamond Comic Distributors, Inc.).

[19] *Debtors Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying The Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s1 Exhibit A - Proposed Interim Order) (Rosenfeld, Jordan) Modified on 1/14/2025 to enhance text.(McKenna, Shannon).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona M Minuti P Topper J Hampton A Isenberg T Falk N Smargiassi J Hampton M Minuti A Isenberg P Topper N Smargiassi

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

    Other_____

    Confirmed_____ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel     [ ] Court
    [ ] Respondent's counsel [ ] Other _____

NOTES:

p. 10, p. 11, p. 12, p. 14, p. 16, p. 17, p. 18
All motions - Final Authorization Approved

p. 67 - Retention Approved

p. 19 - Further Interim Authorization Approved

p. 68 - Approved