# EXHIBIT LIST

Case No:   **25-10308-DER**                    Debtor:   **Diamond Comic Distributors, Inc.**

Date:  **February 10, 2025**

| No. | Offered By | Document | Admitted |
|---|---|---|---|
| 1 | Debtor | Declaration of Geoffrey Richards re: Retention and Employment | X |
| 2 | | Declaration of Geoffrey Richards re: Bidding Procedures | X |
| 3 | | Declaration of Robert Gorin re: Bidding Procedures | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |