Entered: February 11th, 2025
Signed: February 11th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−10308 − DER**   Chapter: **11 (Jointly Administered)**

**Diamond Comic Distributors, Inc., et al.,**
Debtors.

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Steven G. Polard as counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd and the certified statements in support thereof, and upon the recommendation of Gary H.Leibowitz local counsel herein, it is, by the United States Bankruptcy Court the District of Maryland,

ORDERED, that the motion is granted pursuant Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b); and further

ORDERED, that Steven G. Polard must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc:   Debtor
      Attorney for the Debtor - Jordan Rosenfeld
      Movant − Steven G. Polard
      Local Counsel − Gary H.Leibowitz
      U.S. Trustee

01x01 (rev. 03/12/2024) − ShannonMcKenna*

**End of Order**