UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., et al,<br><br>           Debtor. | Bankruptcy No. 25-10308-DER<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd for all purposes in connection with this case. Pursuant to Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans, disclosures statement and other documents filed or served in this case.

Dated: February 11, 2025

ROPERS MAJESKI PC

By: _____
STEVEN G. POLARD
(Admitted Pro Hac Vice)
STEVEN.POLARD@ROPERS.COM
801 South Figueroa St, Suite 2100
Los Angeles, CA  90017
Telephone:    213.312.2000
Facsimile:     213.312.2001

Attorneys for Debtor

4899-8093-2633.3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on February 11, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE will be served electronically by the Court's CM/ECF system on the following:

Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown    abrown@klestadt.com
David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio    gfinizio@lowenstein.com
Chelsea R Frankel    cfrankel@lowenstein.com
Stephen B. Gerald    sgerald@tydings.com
Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
Jeffrey C. Hampton    jeffrey.hampton@saul.com
Adam H Isenberg    adam.isenberg@saul.com
C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage    korphagee@whiteandwilliams.com
Jung Yong Lee    jlee@tydings.com, mhickman@tydings.com
Gary H. Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
Bruce S. Nathan    bnathan@lowenstein.com
Michael Papandrea    mpapandrea@lowenstein.com
Jordan Rosenfeld    jordan.rosenfeld@saul.com
Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi    nicholas.smargiassi@saul.com
Brent C. Strickland    bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
Paige Noelle Topper    paige.topper@saul.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

**I HEREBY FURTHER CERTIFY** that, on February 11, 2025, a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE was mailed first-class, postage prepaid to:

4899-8093-2633.3

Katherine Culbertson
Troutman Pepper Locke LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606

Stephen B Gerald
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202

David L. Ruediger
Troutman Pepper Locke LLP
111 Huntington Avenue
Boston, MA 02199

Stephanie R. Sweeney
Klestadt Winters Jureller
Southard & Stevens, LLP
200 West 41st Street 17th Fl
New York, NY 10036

Ian Winters
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Fl
New York, NY 10036

Jonathan W. Young
Troutman Pepper Locke LLP
701 8th Street, N.W., Suite 500
Washington, DC 20001

/s/ *Lori Ann Zullo*
Lori Ann Zullo

- 3 -

4899-8093-2633.3