**<u>Exhibit B</u>**

**Goldsmith Declaration**

53317520.4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## DECLARATION OF TAL GOLDSMITH IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF STEPHENSON HARWOOD LLP, AS SPECIAL COUNSEL TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE

I, Tal Goldsmith, being duly sworn, state the following under penalty of perjury.

1. I am a partner in the law firm of Stephenson Harwood LLP ("Stephenson Harwood"), which maintains offices for the practice of law at 1 Finsbury Circus, London EC2M 7SH, as well as additional offices across Asia, Europe and the Middle East. I am duly admitted to practice law in England and Wales.

2. I am in all respects competent to make this Declaration (the "Declaration") in support of the application (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") to retain Stephenson Harwood as their special counsel, effective as of the Petition Date, and in compliance with sections 327(e) and 328 of the Bankruptcy Code, as supplemented by Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rule 2016-1.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not defined herein are defined in the Application.

3. The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

### Services to Be Provided

4. The professional services that Stephenson Harwood will render to the Debtors in these chapter 11 cases will include, but shall not be limited to, providing English law advice with respect to the impact of the chapter 11 cases for non-debtor affiliate Diamond Comic Distributors, an unlimited company incorporated in England & Wales ("Diamond UK"). In providing such legal advice, Stephenson Harwood will work closely with Saul Ewing LLP ("Saul Ewing"), the Debtors' bankruptcy counsel in these chapter 11 cases, so as to protect the legal rights of the Debtors and ensure that there is no unnecessary duplication or services performed or charged to the Debtors' estates.

### Compensation

5. In December 2024, Stephenson Harwood was retained by the Debtors to provide advice regarding restructuring options, and in connection with such matters, received a retainer in the amount of £35,000 (as replenished, the "Retainer"). Stephenson Harwood has drawn down on the Retainer, and the Debtors have replenished the Retainer. The dates and amounts of the payments received by Stephenson Harwood in connection with the Retainer, and the dates and amounts of the application of the Retainer before the Petition Date are set forth below:

| Date | Nature of Payment | Amount | Rolling Balance |
|---|---|---|---|
| 12/12/2024 | Payment received | £35,000.00 | £35,000.00 |
| 01/07/2025 | *Debit on account of fees and expenses* | (£32,545.50) | £2,454.50 |
| 01/09/2025 | Payment received | £35,000.00 | £37,454.50 |
| 01/29/2025 | *Debit on account of expense* | (£6,192.00) | £31,262.50 |

53317520.4

6. As reflected above, on January 7, 2025, in anticipation of the Debtors' chapter 11 filing, Stephenson Harwood drew down on the Retainer balance in the amount of £32,545.50 to settle its fees and expense to date, following which the Retainer was further replenised by the Debtors in the amount of £35,000 resulting in a balance in the Retainer of £37,454.50. Subsequently, on January 29, 2025, Stephenson Harwood drew down on the Retainer balance in the amount of £6,192 to settle a further expense incurred in connection with a survey of certain premises leased by Diamond UK. The remainder of the Retainer, in the amount of £31,262.50 will constitute an advance security retainer to be applied against Stephenson Harwood's allowed fees and expenses, as permitted by the Court.

7. Other than as set forth above, within the year preceding the Petition Date, Stephenson Harwood received no other payments from the Debtors on account of services rendered or to be rendered in contemplation of or in connection with these chapter 11 cases. No promises have been received by Stephenson Harwood, nor by any partner, counsel, or associate thereof, as to compensation in connection with these chapter 11 cases, other than in accordance with the provisions of the Bankruptcy Code. Stephenson Harwood has not shared or agreed to share any of its compensation from the Debtors with any other person, other than as permitted by section 504 of the Bankruptcy Code.

8. Stephenson Harwood intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to the approval of this Court and compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, the Compensation Guidelines, the U.S. Trustee Guidelines and any orders entered in these chapter 11 cases concerning compensation of professionals, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the firm.

53317520.4

9. The attorneys primarily responsible for representing the Debtors, and their current hourly rates, are:

| Name | Title | 2025 Hourly Rate |
|---|---|---|
| Tal Goldsmith | Partner | £1,035.00 |
| Ian Benjamin | Partner | £1,035.00 |
| Fiona Siddall | Associate | £745.00 |

10. In addition, other attorneys and paralegals will be involved as necessary and appropriate to represent the Debtors, and Stephenson Harwood's hourly rates for other attorneys and professionals are as follows:

| Billing Category | Standard Hourly Rate |
|---|---|
| Partners | £1,035.00 |
| Managing Associate | £820.00 |
| Mid Associate | £745.00 |
| Junior Associate | £605.00 |
| Paralegal/Trainee | £315.00 |

11. These hourly rates are subject to periodic adjustment (typically in July of each year) to reflect economic and other conditions. Stephenson Harwood will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services described above. These rates are set at a level designed to fairly compensate the firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is Stephenson Harwood's policy to charge its clients for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, travel expenses, courier charges, communication charges, travelling expenses, search, registration and court fees and other out-of-pocket expenses incurred in providing professional services to the Debtors. The firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the firm's other clients, subject to the Local Bankruptcy Rules.

12. Finally, consistent with Part D(1) of the U.S. Trustee Guidelines, I state as follows:

| Questions required by Part DI of U.S. Trustee Guidelines | Answer |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | Stephenson Harwood began working with the Debtors in connection with restructuring matters on or about December 2024. |
| Has your client approved your respective budget and staffing plan, and if so, for what budget period? | The Debtors approved or will be approving a prospective budget and staffing plan for Stephenson Harwood's engagement for the postpetition period, as appropriate. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflected changed or unanticipated developments. |

**Stephenson Harwood Holds No Relevant Adverse Interest**

13.     To determine its relationship with parties in interest in these chapter 11 cases, Stephenson Harwood researched its database to determine whether it has any relationships with the entities on the "Conflicts Search List" attached hereto as Schedule 1 and incorporated herein. The entities set forth on Schedule 1 are comprised of the Debtors and other parties in interest in these chapter 11 cases. All of the entities on Schedule 1 were searched through Stephenson Harwood's computer system. Stephenson Harwood will continue to supplement this Declaration

5

53317520.4

as appropriate upon completion of any additional searches and as additional creditors, equity holders, or parties in interest are identified in these cases.

14. To the extent that such search indicated that Stephenson Harwood has a relationship with, or connection to, any such entity in matters unrelated to the Debtors or these chapter 11 cases, the identities of such entities are set forth on Schedule 2. As set forth in greater detail on Schedule 2, and subject to any explanations and/or exceptions contained therein, Stephenson Harwood does not hold any interest adverse to the Debtors or estates regarding the matters for which Stephenson Harwood is to be employed.

15. In light of the extensive number of creditors and other parties in interest in these cases, neither Stephenson Harwood nor I are able to conclusively identify all potential relationships. To the extent that Stephenson Harwood discovers any facts bearing on the matters described herein during the period of Stephenson Harwood's retention, Stephenson Harwood will amend and supplement the information contained in this Declaration to disclose such facts.

16. By reason of the foregoing, I believe that Stephenson Harwood is eligible for retention and employment as special counsel for the Debtors pursuant to section 327(e), 328(a) and 1107(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Bankruptcy Rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 12, 2025

                                                                                           /s/ Tal Goldsmith
                                                                                           Tal Goldsmith

53317520.4

## Schedule 1

### Potential Parties in Interest List

**Debtors**
Diamond Comic Distributors, Inc.
Diamond Select Toys & Collectibles, LLC
Comic Exporters, Inc.
Comic Holdings, Inc.

**Non-Debtor Affiliates**
Armory Game Distributors, Inc.
Diamond Comic Distributors UK
Diamond International Galleries, Inc.
DST Investments, LLC
E. Gerber Products, LLC
Game Consolidators, LLC
Gemstone Publishing, Inc.
Mamanook I, LLC
Mid-Atlantic Loan Acquisition I, LLC
Renegade Games, LLC
Rosebud Entertainment, LLC
Stephen A. Geppi Irrevocable Trust
Stephen A. Geppi Revocable Trust

**Equity Holders**
Melinda C. Geppi
SG Resource LLC
Stephen A. Geppi

**Officers/Directors**
Bradley E. Scher
Charlie Tyson
Christopher Powell
Charles "Chuck" Parker
Chuck Terceira
Daniel Hirsh
Katherine Govier
Larry R. Swanson
Robert Gorin
Sean Meadows
Timothy Lenaghan

**Insurers**
Chubb
CNA Financial Corporation
Consolidated Insurance + Risk Management
Crum & Forster Insurance Company
Federal Insurance Company
Great Northern Insurance
Maine Employers' Mutual Insurance Company
QBE Specialty Insurance
Travelers Casualty and Surety Company of America

**Banks / Secured Creditors**
Bank of Montreal
JPMorgan Chase Bank, N.A.

**Debtor Professionals**
Getzler Henrich & Associates LLC
Raymond James Financial, Inc.
Omni Agent Solutions, Inc.
Saul Ewing LLP
Stephenson Harwood LLP

**Other Professionals**
Berkeley Research Group, LLC
Lowenstein Sandler LLP
Troutman Pepper Locke LLP
Whiteford, Taylor, & Preston LLP

**Diamond UK Landlord**
Property Alliance Group Limited

**Litigation Counterparties**
First Factory, Inc.
Twomey, Latham, Shea, Kelley, Dubin & Quartararo, LLP

**Office of the United States Trustee – Region 4 District of Maryland (Baltimore Division)**
Amy C. Busch
Christina Schruefer
Danielle Brown
Denise Bachman

53317520.4

Gerard R. Vetter
Hugh M. Bernstein
Jeffrey Heck
Katherine A. Levin
Omnia A. Shedid
Tony Pika

**Judges in the U.S. Bankruptcy Court for the District of Maryland**
Chief Judge David E. Rice
Judge Lori S. Simpson
Judge Maria Ellena Chavez-Ruark
Judge Michelle M. Harner
Judge Nancy V. Alquist
Judge Thomas J. Catliota

53317520.4

**Schedule 2**

**Disclosure of Stephenson Harwood**

Stephenson Harwood LLP ("Stephenson Harwood"), which maintains offices for the practice of law at 1 Finsbury Circus, London EC2M 7SH, as well as additional offices across Asia, Europe and the Middle East, employs approximately 1,300 people worldwide, including more than 200 partners, and has a large and diversified legal practice which encompasses the representation of many businesses, financial institutions, individuals and other creditors. As part of its diverse practice, Stephenson Harwood appears in numerous cases, proceedings, and transactions involving many different professionals, including other attorneys, accountants, financial consultants and investment bankers. Based on Stephenson Harwood's current knowledge of the professionals, lenders, creditors, equity holders and other significant parties involved in these cases, Stephenson Harwood makes the following disclosures:

**Current Representations Wholly Unrelated to the Debtors:** Stephenson Harwood currently represents the following parties in matters wholly unrelated to the Debtors:

QBE Specialty Insurance;

JP Morgan; and

Bank of Montreal.

**Past Representations Wholly Unrelated to the Debtors** Stephenson Harwood previously represented the following parties, who are or may be creditors of the Debtors or parties in interest in the Debtors' chapter 11 cases, in matters wholly unrelated to the Debtors:

QBE Specialty Insurance;

JP Morgan;

Bank of Montreal;

Lowenstein Sandler LLP;

Chubb;

Federal Insurance Company; and

CNA Financial Corp.