## EXHIBIT C

**Gorin Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**DECLARATION OF ROBERT GORIN IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF STEPHENSON HARWOOD LLP, AS SPECIAL COUNSEL TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, Robert Gorin, being duly sworn, state the following under penalty of perjury.

1. I am the Co-Chief Restructuring Officer in these chapter 11 cases. I submit this Declaration (the "Declaration") in support of the application (the "Application")[2] of the Debtors to retain Stephenson Harwood LLP ("Stephenson Harwood") as their special counsel, effective as of the Petition Date. Except as otherwise noted, all facts set forth in this Declaration are based on my personal knowledge of the matters set forth herein.

**The Debtors' Selection of Stephenson Harwood as Special Counsel**

2. As noted in the Application, the Debtors seek to retain Stephenson Harwood to serve as special counsel to the Debtors. The Debtors ultimately engaged Stephenson Harwood in connection with the present matter because of its experience in the field of debtors' and creditors' rights and business reorganizations under the laws of England & Wales.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not defined herein are defined in the Application.

3. Stephenson Harwood's expertise and experience will enable the firm to work in an efficient and cost-effective manner on behalf of the Debtors' estates. The Debtors therefore believe that Stephenson Harwood is uniquely qualified to represent them as special counsel in these chapter 11 cases.

### Rate Structure

4. In my capacity as co-Chief Restructuring Officer, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. Stephenson Harwood has informed the Debtors that its rates for bankruptcy representations are comparable to the rates that Stephenson Harwood charges for non-bankruptcy representations. I am also responsible for reviewing the invoices regularly submitted by Stephenson Harwood, and have been informed by Stephenson Harwood that the rates that Stephenson Harwood charged the Debtors in the prepetition period are the same as the rates that Stephenson Harwood will charge the Debtors in the postpetition period (subject to the ordinary course rate increases described in the Application), of which I can confirm we were given notice.

### Cost Supervision

5. Stephenson Harwood and the Debtors are in the process of developing a prospective budget and staffing plan. The Debtors recognize that in large chapter 11 cases such as these, it is possible that there may be unforeseen fees and expenses that will need to be addressed by the Debtors and Stephenson Harwood. The Debtors also recognize that it is their responsibility to closely monitor the billing practices of Stephenson Harwood and their other counsel to ensure that fees and expenses paid by their estates remain consistent with the Debtors' expectations taking into account the exigencies of these chapter 11 cases. To that end, the Debtors will continue to review and monitor the regular invoices submitted by Stephenson Harwood and, together with

53317520.4

Stephenson Harwood, periodically amend the budget and staffing plans to reflect developments in the cases as applicable.

6. As is the Debtors' historical practice, the Debtors will continue to monitor the fees and expense reimbursement process during these chapter 11 cases and ensure that the Debtors are an active participant in that process. Recognizing that every chapter 11 case is unique, the Debtors, together with Stephenson Harwood, will utilize the budgeting process to provide guidance on the period of time involved and the level of attorneys and professionals that will work on various matters, as well as the projection of average hourly rates for the attorneys and professionals for such matters.

7. Based on the foregoing, the Debtors believe it is necessary to retain and employ Stephenson Harwood as special counsel, and that such employment is in the best interests of the Debtors and their estates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 12, 2025

Diamond Comic Distributors, Inc.,
(*on behalf of itself and its affiliated debtors in possession*)

By: */s/ Robert Gorin*
Name: Robert Gorin
Title: Co-Chief Restructuring Officer

3

53317520.4