## EXHIBIT B

**Termination Notice**

53386217.6 02/12/2025



**GEPPI FAMILY ENTERPRISES**

10150 York Rd Cockeysville, MD 21030

September 20, 2024

Mr. David K, Reed, Managing Director

Janney Montgomery Scott LLC

1717 Arch Street

Philadelphia, PA 19103

Re:   **Diamond Comic Distributors, Inc. Engagement**

Dear David:

Reference is made to the engagement letter between Janney Montgomery Scott LLC ("**Janney**") and Diamond Comic Distributors, Inc. and its present and future subsidiaries and affiliates (collectively, the "**Company**"), dated as of November 10, 2023 (as amended, the "**Engagement Letter**").

The Company hereby provides notice to Janney, pursuant to Section 3 of the Engagement Letter, that Janney's engagement pursuant to the Engagement Letter is terminated, effective immediately.

Please cease all activity regarding your engagement immediately. Any inquiries you may receive regarding the sale of any assets of the Company should be forwarded to my attention.

Thank you.

Very truly yours,

*Robert Gorin* (signature)

Robert Gorin

Chief Restructuring Officer

Diamond Comic Distributors, Inc.

