**Fill in this information to identify the case:**

Debtor Name: Diamond Comic Distributors, Inc., et al.

United States Bankruptcy Court for the: _____ District of Maryland
(State)

Case number: 25-10308 (DER)

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 2/13/2025 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Diamond Comic Distributors (UK), Unlimited Corporation | Comic Holdings, Inc. (50%) | |
| | Comic Exporters, Inc. (50%) | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   Diamond Comic Distributors, Inc., et al.              Case number  25-10308 (DER)

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| For non-individual Debtors: | ✖ */s/ Robert Gorin* |
|---|---|
| | Signature of Authorized Individual |
| | Robert Gorin, Co-Chief Restructuring Officer to the Debtors |
| | Printed name of Authorized Individual |
| | Date 02/13/2025 |
| | MM / DD / YYYY |

| For individual Debtors: | ✖ _____ | ✖ _____ |
|---|---|---|
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date _____ MM / DD / YYYY | Date _____ MM / DD / YYYY |

Debtor Name   Diamond Comic Distributors, Inc., et al.                    Case number 25-10308 (DER)

**Exhibit A: Financial Statements for Diamond Comic Distributors (UK)**

Debtor Name: Diamond Comic Distributors, Inc., et al.  Case number: 25-10308 (DER)

**Exhibit A-1: Balance Sheet for Diamond Comic Distributors (UK) as of 12/31/24**

# DIAMOND COMIC DISTRIBUTORS
## FOR THE TWELVE MONTHS ENDED DECEMBER 31, 2024

### STATEMENT OF FINANCIAL POSITION

|  | 31 December 2024 | 31 December 2023 |
|---|---:|---:|
| **FIXED ASSETS:** | | |
| TANGIBLE ASSETS | 3,994.65 | 12,192.33 |
| INVESTMENTS | 0.00 | 0.00 |
|  | 3,994.65 | 12,192.33 |
| **CURRENT ASSETS:** | | |
| STOCKS | 3,413,093.41 | 5,262,076.89 |
| DEBTORS | 5,450,010.27 | 3,452,518.22 |
| CASH AT BANK AND IN HAND | 1,533,134.60 | 227,387.89 |
|  | 10,396,238.28 | 8,941,983.00 |
| **CURRENT LIABILITIES:** | | |
| CREDITORS FALLING DUE WITHIN ONE YEAR | 4,063,178.70 | 3,365,039.34 |
| **NET CURRENT ASSETS / (LIABILITIES)** | 6,333,059.58 | 5,576,943.66 |
| **TOTAL ASSETS LESS CURRENT LIABILITIES** | 6,337,054.23 | 5,589,135.99 |
| CREDITORS FALLING DUE AFTER MORE THAN ONE YEAR | 0.00 | 0.00 |
|  | 6,337,054.23 | 5,589,135.99 |
| **PROVISIONS FOR LIABILITIES AND CHARGES:** | 0.00 | 0.00 |
|  | 6,337,054.23 | 5,589,135.99 |
| **CAPITAL EMPLOYED** | | |
| **CAPITAL AND RESERVES** | | |
| CALLED UP SHARE CAPITAL | 100.00 | 100.00 |
| RESERVES B/FWD | 5,589,035.99 | 5,480,558.64 |
| DIVIDENDS | 0.00 | 0.00 |
| PROFIT AND LOSS ACCOUNT | 747,918.23 | 108,477.35 |
|  | 6,337,054.22 | 5,589,135.99 |

Debtor Name  Diamond Comic Distributors, Inc., et al.          Case number 25-10308 (DER)

**Exhibit A-2: Statement of Income (Loss) for Diamond Comic Distributors (UK) for period ending 12/31/2023**

**Diamond Comic Distributors**

**Statement of comprehensive income**
**For the year ended 31 December 2023**

|  | 2023 £ | 2022 £ |
|---|---:|---:|
| Turnover | 21,056,854 | 22,822,840 |
| Cost of sales | (18,020,277) | (19,546,456) |
| **Gross profit** | 3,036,577 | 3,276,384 |
| Distribution costs | (844,924) | (1,107,213) |
| Administrative expenses | (3,071,594) | (3,730,756) |
| Other operating income | 1,024,118 | 1,333,695 |
| **Operating profit/(loss)** | 144,177 | (227,890) |
| Interest receivable and similar income | 1,083 | 367 |
| **Profit/(loss) before taxation** | 145,260 | (227,523) |
| Tax on profit/(loss) | (36,813) | 45,322 |
| **Profit/(loss) for the financial year** | 108,447 | (182,201) |

The income statement has been prepared on the basis that all operations are continuing operations.

Debtor Name  Diamond Comic Distributors, Inc., et al.                    Case number 25-10308 (DER)

**Exhibit A-2: Statement of Income (*Loss*) for Diamond Comic Distributors (UK) for period ending 12/31/2024**

**DIAMOND COMIC DISTRIBUTORS**  
**PROFIT & LOSS STATEMENT**  
FOR THE TWELVE MONTHS ENDED DECEMBER 31, 2024

|  | ACTUAL 12 MONTHS TO DEC 2023 |
|---|---:|
| **TURNOVER** | |
| SALES - COMICS | 0.00 |
| SALES - BOOKS | 7,687,334.15 |
| SALES - MERCHANDISE | 0.00 |
| SALES - MAGAZINES | 0.00 |
| SALES - OTHERS | 72,140.50 |
| SALES - INITIAL ORDERS | 2,131,990.64 |
| SALES - ORDER INCREASES | 4,011,112.95 |
| SALES - REORDERS | 9,480,532.33 |
| SALES - RETURNS & ALLOWANCES | 2,290,206.62 |
|  | 25,673,317.19 |
| **TOTAL SALES** | 21,056,855.69 |
| **COST OF SALES** | |
| TOTAL COST OF SALES | 18,162,840.01 |
| GROSS TRADING PROFIT | 2,894,015.68 |
| GROSS PROFIT PERCENTAGE | 13.74% |
| **AGENCY FEE INCOME** | |
| D.C. FEE INCOME | 732,422.93 |
| D.C. FEE INCOME DBD | 207.07 |
| YEN FEE INCOME | |
| KODANSHA FEE INCOME | 240,969.18 |
|  | 973,599.18 |
|  | 3,867,614.86 |
| **MISCELLANEOUS INCOME** | |
| TOTAL MISCELLANEOUS INCOME | 191,018.55 |
| TOTAL INCOME | 4,058,633.41 |
| TOTAL PAYROLL COSTS | 2,020,420.64 |
| TOTAL ESTABLISHMENT COSTS | 785,040.99 |
| TOTAL ADMINISTRATION COSTS | 303,229.90 |
| TOTAL SELLING AND DISTRIBUTION | 906,534.25 |
| TOTAL FINANCE COSTS | 10,049.74 |
| DEPRECIATION | 15,605.04 |
| AMORTISATION | 0.00 |
| (PROFIT)/LOSS ON DISPOSAL OF ASSETS | 0.00 |
| LOSS/(GAIN) ON CURRENCY TRANSLATION | (137,551.04) |
| REVALUATION OF FIXED ASSETS | 0.00 |
| TOTAL OVERHEADS | 3,903,329.52 |
| TRADING PROFIT | 155,303.89 |
| MANAGEMENT CHARGES RECEIVABLE | 0.00 |
| MANAGEMENT CHARGES PAYABLE | 10,012.55 |
| NET PROFIT BEFORE TAXATION | 145,291.34 |
| CORPORATION TAX                0.25 | 36,813.99 |
|  | 108,477.34 |
| INVESTMENT DISPOSAL | 0.00 |
| AUDIT ADJUSTMENT AFTER USA SIGNING | 0.00 |
| INTEREST ON CORP TAX DEPOSITS | 0.00 |
|  | 0.00 |
| **RETAINED EARNINGS** | 108,477.34 |

Debtor Name: Diamond Comic Distributors, Inc., et al.     Case number: 25-10308 (DER)

**Exhibit A-3: Statement of Cash Flows for Diamond Comic Distributors (UK) for period ending 12/31/2024**

## DIAMOND COMIC DISTRIBUTORS
### FOR THE TWELVE MONTHS ENDED DECEMBER 31, 2024

### STATEMENT OF SOURCE AND APPLICATION OF FUNDS

| MOVEMENT December 2024 | FOR PERIOD ENDING: | 31 December 2024 | 31 December 2023 |
|---:|---|---:|---:|
| | **SOURCE OF FUNDS** | | |
| 58,826.70 | (LOSS)/PROFIT BEFORE TAX | 1,003,796.91 | 145,291.34 |
| | ADJUSTMENTS FOR ITEMS NOT INVOLVING THE MOVEMENT OF FUNDS - | | |
| 0.00 | DEPRECIATION | 8,197.68 | 15,605.04 |
| 0.00 | INTEREST ON CORP TAX | 0.00 | 0.00 |
| 0.00 | PRIOR YEAR ADJUSTMENT | 0.00 | 0.00 |
| 0.00 | DISPOSAL OF FIXED ASSETS | 0.00 | 0.00 |
| | INVESTMENT WRITE OFFS | 0.00 | 0.00 |
| 0.00 | REVALUATION | 0.00 | 0.00 |
| 0.00 | | 8,197.68 | 15,605.04 |
| 58,826.70 | **TOTAL GENERATED FROM OPERATIONS :** | 1,011,994.59 | 160,896.38 |
| | **FUNDS FROM OTHER SOURCES -** | | |
| 0.00 | PROCEEDS FROM SALE OF FIXED ASSETS | 0.00 | 0.00 |
| 0.00 | A.C.T RECOVERABLE | 0.00 | 0.00 |
| 58,826.70 | | 1,011,994.59 | 160,896.38 |
| | **APPLICATION OF FUNDS -** | | |
| 0.00 | PURCHASE OF FIXED ASSETS | 0.00 | 0.00 |
| 0.00 | GROUP TRANSFER OF FIXED ASSETS | 0.00 | 0.00 |
| 0.00 | PURCHASE OF INVESTMENTS | 0.00 | 0.00 |
| 0.00 | A.C.T PAYABLE | 0.00 | 0.00 |
| 0.00 | CORPORATION TAXATION PAYMENTS | 78,915.51 | 176,222.38 |
| 0.00 | PAYMENT OF DIVIDENDS | 0.00 | 0.00 |
| 58,826.70 | **TOTAL SOURCE/(APPLICATION) OF FUNDS :** | 933,079.08 | (15,326.00) |
| | (DECREASE) / INCREASE IN WORKING CAPITAL | | |
| (329,056.23) | STOCK | (1,848,983.48) | (675,745.57) |
| 198,064.71 | DEBTORS | 1,997,492.05 | (379,063.00) |
| (165,249.92) | CREDITORS | (521,176.19) | 1,331,233.24 |
| (296,241.43) | | (372,667.62) | 276,424.67 |
| 355,068.13 | **TOTAL (DECREASE)/INCREASE IN CASH** | 1,305,746.70 | (291,750.66) |
| | **SUMMARY OF CASH / BANK OVERDRAFTS** | | |
| 355,068.14 | CLOSING CASH AT BANK AND IN HAND | 1,533,134.60 | 227,387.89 |
| 0.00 | OPENING CASH AT BANK AND IN HAND | (227,387.89) | (519,138.54) |
| 0.00 | CLOSING BANK OVERDRAFT | 0.00 | 0.00 |
| 0.00 | OPENING BANK OVERDRAFT | 0.00 | 0.00 |
| 355,068.14 | | 1,305,746.71 | (291,750.65) |

Debtor Name   Diamond Comic Distributors, Inc., et al.          Case number  25-10308 (DER)

**Exhibit A-3: Statement of Cash Flows for Diamond Comic Distributors (UK) for period ending 12/31/2023**

**Diamond Comic Distributors**

**Statement of cash flows**
**For the year ended 31 December 2023**

|  | 2023 £ | 2022 £ |
|---|---|---|
| **Cash flows from operating activities** | | |
| Cash absorbed by operations | (292,834) | (274,629) |
| Income taxes paid | - | (122,787) |
| Net cash outflow from operating activities | (292,834) | (397,416) |
| **Investing activities** | | |
| Purchase of tangible fixed assets | - | (17,975) |
| Interest received | 1,083 | 367 |
| Net cash generated from/(used in) investing activities | 1,083 | (17,608) |
| Net decrease in cash and cash equivalents | (291,751) | (415,024) |
| Cash and cash equivalents at beginning of year | 519,139 | 934,163 |
| Cash and cash equivalents at end of year | 227,388 | 519,139 |

Debtor Name   Diamond Comic Distributors, Inc., et al.                    Case number 25-10308 (DER)

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Diamond Comic Distributors (UK) for period ending 12/31/24**

| Period | Beginning Equity | Net Income / (Loss) | Dividends | Other Changes | Ending Equity |
|---|---|---|---|---|---|
| Fiscal Year 2024 | £5,589,035.99 | £639,440.88 | £0.00 | £0.00 | £6,337,054.22 |
| Fiscal Year 2023 | £5,480,558.64 | £108,477.35 | £0.00 | £0.00 | £5,589,035.99 |

This statement is based on the balance sheet of Diamond Comic Distributors (UK) as of December 31, 2023, and December 31, 2024. The primary change in equity is due to net income retained within the business, with no dividends or share capital changes during the reporting period.

Debtor Name   Diamond Comic Distributors, Inc., et al.                    Case number 25-10308

## Exhibit B: Description of Operations for Diamond Comic Distributors (UK)

Diamond Comic Distributors (UK) specializes in the distribution of comic books, graphic novels, science fiction books, magazines, periodicals, collectible statues and action figures, toys, games, trading cards and apparel.

These products are sourced from a variety of suppliers including the principal comic publishers in both the UK and the US, such as Marvel, Image, Dark Horse, DC, Dynamite, Kodansha and UK publishers such as Titan Books, Titan Comics and Rebellion Publishing.

The collectible action figures, statues and toys are supplied by such distributors as Hasbro, McFarlane and Funko.

The Company's customers are based in the UK, Europe and other territories such as Australia and the Middle East.

In the UK, there are approximately 400 accounts, including specialist comic shops, toy shops and book stores (such as Waterstones), together with online sellers such as Amazon.

Goods supplied to the specialist comic shops are on the basis of "firm sale" whereas the book stores have some limited entitlement to return products not sold, within a certain timeline.

The business operates from a single warehouse and distribution center in Runcorn, Cheshire which is located between Liverpool and Manchester (in the north west of England). The Company employees 62 members of staff which includes warehouse operatives and office workers who deal with purchasing, inventory control, marketing, customer service, accounting and finance, and HR.

Debtor Name   Diamond Comic Distributors, Inc., et al.                    Case number 25-10308 (DER)

### Exhibit C: Description of Intercompany Claims

None.

Debtor Name  Diamond Comic Distributors, Inc., et al.                    Case number 25-10308 (DER)

## Exhibit D: Allocation of Tax Liabilities and Assets

No tax sharing/allocations between the debtor entity and non-debtor controlled entity

Debtor Name   Diamond Comic Distributors, Inc., et al.                    Case number 25-10308 (DER)

| **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |
|---|

None