# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") hereby appears by and through its undersigned proposed counsel, pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Committee, by and through its proposed counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

**TYDINGS & ROSENBERG LLP**
Richard L. Costella, Esquire
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone: (410) 752-9700
Fax: (410) 727-5460
Email: rcostella@tydings.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6307747.1

- 1 -

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any orders, notice, applications, motions, petitions, responses, objections, replies, requests, complaints, demands, reports, lists, schedules, statements, plans, disclosure statements and all other pleadings filed herein or in any related adversary proceeding, whether formal or informal, written or oral and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance and Request for Notices nor any later appearance, pleading, claim or suit shall not be deemed or construed to be a waiver of any rights, including without limitation the following: (i) the right to have final orders in non-core matters entered only after de novo review by a higher court, (ii) the right to have a trial by jury in any proceeding so triable in this case or any case, controversy or adversary proceeding related to this case, (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defences, setoffs or recoupments to which Creditor may be entitled, in law or in equity, all of which rights, claims, actions, defences, setoffs and recoupments are expressly reserved.

6307747.1

- 3 -

Dated: February 14, 2025                    Respectfully submitted,

*/s/ Richard L. Costella*
Richard L. Costella (Fed Bar No. 14095)
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone: (410) 752-9700
Fax: (410) 727-5460
Email: rcostella@tydings.com

*Proposed Counsel for The Official Committee of Unsecured Creditors*

6307747.1

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on the 14th day of February, 2025, the foregoing was served via the Court's CM/ECF filing system on the following:

Turner Falk: turner.falk@saul.com
Ashley N Fellona: ashley.fellona@saul.com
Jeffrey C. Hampton: jeffrey.hampton@saul.com
Adam H Isenberg: adam.isenberg@saul.com
Mark Minuti: mark.minuti@saul.com
Jordan Rosenfeld: jordan.rosenfeld@saul.com
Nicholas Smargiassi: nicholas.smargiassi@saul.com
Paige Topper: paige.topper@saul.com
Hugh M. Bernstein (UST): hugh.m.bernstein@usdoj.gov
C. Kevin Kobbe: kevin.kobbe@us.dlapiper.com
Toyja E. Kelley: toyja.kelly@troutman.com
Indira K. Sharma: Indira.sharma@troutman.com
Jonathan W. Young: Jonathan.young@troutman.com
David L. Ruediger: David.ruediger@troutman.com
Katherine E. Culbertson: Katherine.culbertson@troutman.com
Brent C. Strickland: bstrickland@whitefordlaw.com
D. Jack Blum: jack.blum@polsinelli.com
Mark B. Joachim: mjoachim@polsinelli.com
Andrew N. Goldman: andrew.goldman@wilmerhale.com
Benjamin W. Loveland: benjamin.loveland@wilmerhale.com
Zvi Guttman: zvi@zviguttman.com
Ian R. Winters: iwinters@klestadt.com
Stephanie R. Sweeney: ssweeney@klestadt.com
Andrew C. Brown: abrown@klestadt.com
Steven Gregory Polard: steven.polard@ropers.com
Michael Papandrea: mpapandrea@lowenstein.com
Bruce S. Nathan: bnathan@lowenstein.com
Chelsea R Frankel: cfrankel@lowenstein.com
Gianfranco Finizio: gfinizio@lowenstein.com
Gary H. Leibowitz: gleibowitz@coleschotz.com
Jung Yong Lee: jlee@tydings.com
Stephen B. Gerald: sgerald@tydings.com
Dennis J. Shaffer: dshaffer@tydings.com
Eric George Korphage: korphagee@whiteandwilliams.com
David W.T. Daniels: ddaniels@perkinscoie.com
Andrew Brown: abrown@klestadt.com
Thomas K. Bredar: thomas.bredar@wilmerhale.com

                                          */s/ Richard L. Costella*

- 5 -

Richard L. Costella

6307747.1