**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

|  |  |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 10, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Final Order (I) Authorizing Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage as Needed, and (II) Granting Related Relief [Docket No. 127]**

- **Final Order (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 128]**

- **Final Order Authorizing the Debtors to (I) Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 129]**

- **Final Order (I) Authorizing Debtors' Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [Docket No. 130]**

On February 10, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Final Order (I) Authorizing Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, and (C) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage as Needed, and (II) Granting Related Relief [Docket No. 127]**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

On February 10, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit C**:

- **Final Order (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 128]**

On February 10, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit D**:

- **Final Order Authorizing the Debtors to (I) Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 129]**

On February 10, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit E**:

- **Final Order (I) Authorizing Debtors' Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [Docket No. 130]**

Dated: February 17, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 17th day of February, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# <u>EXHIBIT A</u>

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Cole Schotz P.C. | Attn: Gary H Leibowitz/HC Jones III<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | gleibowitz@coleschotz.com;<br>hjones@coleschotz.com | Email |
| Governmental Agencies | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | First Class Mail |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | kevin.kobbe@us.dlapiper.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel to NECA LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R Winters/Stephanie R Sweeney<br>Attn: Andrew C Brown<br>200 W 41st St, 17th Fl<br>New York, NY 10036-7023 | iwinters@klestadt.com<br>ssweeney@klestadt.com<br>abrown@klestadt.com | Email |
| Official Committee of Unsecured Creditors | Little Buddy Toys, LLC | 270 E Palais Rd<br>Anaheim, CA 92805 | | First Class Mail |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Bruce S Nathan/Gianfranco Finizio<br>Attn: Chelsea R Frankel<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | bnathan@lowenstein.com<br>gfinizio@lowenstein.com<br>cfrankel@lowenstein.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Michael Papandrea<br>1 Lowenstein Dr<br>Roseland, NJ 07068 | mpapandrea@lowenstein.com | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Kobach<br>120 Sw 10th Ave, 2nd Fl<br>Topeka, Ks 66612-1597 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, Ca 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, Ri 02903 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, Mo 63703 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Gentner Drummond<br>313 Ne 21st St<br>Oklahoma City, Ok 73105 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Chris Carr<br>40 Capital Sq Sw<br>Atlanta, Ga 30334-1300 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 400 6th St Nw<br>Washington, Dc 20001 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Brian Schwalb<br>400 6th St Nw<br>Washington, Dc 20001 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, Tn 37243 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Walter Sillers<br>Bldg 550 High St, Ste 1200<br>Jackson, Ms 39201 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, Mo 64106 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, Mo 63101 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, Ca 94102-7004 | | First Class Mail |
| Attorney General | Office Of The Attorney General | State Of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, Al 36130-0152 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.o. Box 12548<br>Austin, Tx 78711-2548 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, Ky 40601 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 601 S University Ave<br>Carbondale, Il 62901 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Stein<br>Dept Of Justice<br>P.o. Box 629<br>Raleigh, Nc 27602-0629 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Lynn Fitch<br>Dept Of Justice<br>P.o. Box 220 Jackson, Ms 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, Il 60601 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Herbert H Slattery, Iii<br>P.o. Box 20207<br>Nashville, Tn 37202-0207 | | First Class Mail |
| Attorney General | Office Of The Attorney General | AZ Ag Office – Css<br>P.o. Box 6123, Md  7611<br>Phoenix, Az 85005-6123 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Supreme Court Bldg<br>P.o. Box 899<br>Jefferson City, Mo 65102 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.o. Box 9020192<br>San Juan, Pr 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office Of The Attorney General | California Dept Of Justice<br>P.o. Box 944255<br>Sacramento, Ca 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, Co 80203 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.o. Box 11549<br>Columbia, Sc 29211-1549 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.o. Box 080<br>Trenton, Nj 08625 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 800 5th Ave, Ste 2000<br>Seattle, Wa 98104 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 500 S 2nd St<br>Springfield, Il 62701 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, Mn 55155 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, Wv 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, Me 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, Oh 43266-0410 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, Mo 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, Pl 01<br>Tallahassee, Fl 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, Az 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.o. Box 98920<br>Lincoln, Ne 68509-8920 | ago.info.help@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, Vt 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, Ma 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, Ma 01608 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, Ma 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, Ak 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, Ct 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, Nh 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St Ne<br>Salem, Or 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, In 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Brenna Bird Hoover<br>State Office Bldg<br>1305 E Walnut<br>Des Moines, Ia 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, Va 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Dana Nessel<br>P.o. Box 30212<br>525 W Ottawa St<br>Lansing, Mi 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, Nd 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office Of The Attorney General | 345 State Capitol<br>Lincoln, Ne 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, Ar 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Josh Kaul<br>Wisconsin Dept Of Justice<br>State Capital, Rm 114 E<br>P.o. Box 7857<br>Madison, Wi 53707-7857 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 441 4th St Nw, Ste 1100 S<br>Washington, Dc 20001 | oag@dc.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, Md 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Bob Ferguson<br>1125 Washington St Se<br>P.o. Box 40100<br>Olympia, Wa 98504-0100 | serviceATG@atg.wa.gov | Email |
| US Attorney's Office | Office Of The Us Attorney | For The Dist Of Maryland<br>36 S Charles St, 4th Fl<br>Baltimore, Md 21201 | | First Class Mail |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: David WT Daniels<br>700 13th St, NW, Ste 600<br>Washington, DC 20005 | DDaniels@perknscoie.com | Email |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: Sara L Chenetz<br>1888 Century Park E, Ste 1700<br>Los Angeles, CA 90067-1721 | SChenetz@perkinscoie.com | Email |
| *NOA - Counsel for Basic Fun, Inc. | Polsinelli PC | Attn: D Jack Blum/Mark B Joachim<br>1401 Eye St, NW, Ste 800<br>Washington, DC 20005 | jack.blum@polsinelli.com<br>mjoachim@polsinelli.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Ropers Majeski | | steven.polard@ropers.com | Email |
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | Attn: Ashley N Fellona<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | ashley.fellona@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Jeffrey C Hampton/Adam H Isenberg<br>Centre Square West<br>1500 Market St, 38th Fl<br>Philadelphia, PA 19102 | jeffrey.hampton@saul.com<br>adam.isenberg@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Mark Minuti/Paige Topper<br>Attn: Nicholas Smargiassi<br>1201 N Market St, Ste 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | mark.minuti@saul.com<br>paige.topper@saul.com<br>nicholas.smargiassi@saul.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Official Committee of Unsecured Creditors | Simon & Schuster, LLC | 100 Front St<br>Riverside, NJ 08075 | | First Class Mail |
| *NOA - Counsel to NECA LLC | The Law Offices of Zvi Guttman, P.A. | Attn: Zvi Guttman<br>P.O. Box 32308<br>Baltimore, MD 21282 | zvi@zviguttman.com | Email |
| Official Committee of Unsecured Creditors | Titan Publishing Group Limited/Titan Comics | 144 Southwark St<br>London, SE1 0UP<br>United Kingdom | | First Class Mail |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St, NW, Ste 500<br>Washington, DC 20001 | Toyja.Kelley@troutman.com<br>Indira.Sharma@troutman.com<br>Jonathan.Young@troutman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 | David.Ruediger@troutman.com<br>Katherine.Culbertson@troutman.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Dennis J Shaffer/Yung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | dshaffer@tydings.com<br>jlee@tydings.com<br>sgerald@tydings.com | Email |
| United States Attorney for the District of Maryland | United States Attorney for The District of Maryland | Attn: Civil Process Clerk<br>36 S Charles St, 4th Fl<br>Baltimore, MD 02120 | | First Class Mail |
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 | hugh.m.bernstein@usdoj.gov | Email |
| US Attorney's Office | US Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |
| US Trustee | US Trustee for the District of Delaware | 844 N King St, Rm 2207<br>Wilmington, DE 19801 | | First Class Mail |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 | bstrickland@whitefordlaw.com | Email |
| *NOA to Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com | Email |

# EXHIBIT B

**Exhibit B**
Service List

| Creditor | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| CNA | 151 N Franklin St, 9th Fl | Chicago, IL 60606 | | branchcommunications@cna.com | Email |
| Consolidated Insurance + Risk Management | c/o RCM&D | P.O. Box 74608 | Cleveland, OH 44194-0691 | | First Class Mail |
| Crum & Foster | 305 Madison Ave | Morristown, NJ 07960 | | contact.us@cfins.com | Email |
| Federal Insurance Co | c/o Chubb | Attn: Legal | 1133 Ave of the Americas | New York, NY 10036 | First Class Mail |
| Federal Insurance Co | c/o Chubb | Attn: Legal | 15 Mountain View Rd | Warren, NJ 07061-1615 | First Class Mail |
| Great Northern Insurance Co | c/o Chubb | 202B Hall's Mill Rd | Whitehouse Station, NJ 08889 | | First Class Mail |
| Great Northern Insurance Co | 5632 S Pulaski Rd | Chicago, IL 60629 | | | First Class Mail |
| John Doetzer, CPCU, CAWC | c/o RCM&D | Attn: EVP, Commercial Risk Advisor | 11403 Cronridge Dr, Ste 270 | Owings Mills, MD 21117 | Email |
| Maine Employers' Mutual Insurance Co | aka Memic | 261 Commercial St | Portland, ME 04101 | jdoetzer@rcmd.com | First Class Mail |
| Memic Idemnity Co | P.O. Box 9500 | Lewiston, ME 04243-9500 | | | First Class Mail |
| QBE Specialty Insurance | Attn: Legal Dept | 1 QBE Way | Sun Prairie, WI 53596 | corporate@qbe.com | Email |
| Rcm&d | Attn: John Doetzer, Cpcu, Cawc | Evp, Commercial Risk Advisor | 11403 Cronridge Dr, Ste 270 | Owings Mills, Md 21117 | Email |
| Travelers Casualty & Surety Co Of America | Attn: Legal Dept | 1 Tower Sq | Hartford, CT 06183 | jdoetzer@rcmd.com | First Class Mail |

# <u>EXHIBIT C</u>

**Exhibit C**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Big Box Property Owner E, LLC | c/o Eqt Exeter | 5 Radnor Corporate Center | 100 Matsonford Rd, Ste 250 | Radnor, PA 19087 | | First Class Mail |
| BNC Strategic Capital Ventures, LLC | c/o The Zacher Co LLC | 444 E. Main St., Ste 203 | Ft Wayne, IN 46802 | | | First Class Mail |
| Casella Waste Management | 25 Greens Hill Ln | Rutland, VT 05701 | | | | First Class Mail |
| Casella Waste Mngt/66628232 | Northern Sanitation | P.O. Box 1372 | Williston, VT 05495-1372 | | | First Class Mail |
| Central Texas Refuse Inc | P.O. Box 18685 | Austin, TX 78760-8685 | | | | First Class Mail |
| City of Austin 9973294981 | P.O. Box 2267 | Austin, TX 78783-2267 | | | aharder@asmodeena.com | Email |
| City of Austin Utility 5171700000 | P.O. Box 2267 | Austin, TX 78783-2267 | | | | First Class Mail |
| City of Glendale | P.O. Box 29099 | Glendale, CA 91209-9099 | | | | First Class Mail |
| City of Olive Branch | 9200 Pigeon Roost Rd | Olive Branch, MS 38654 | | | | First Class Mail |
| City of Visalia | 707 W Acequia Ave | Visalia, CA 93291 | | | | First Class Mail |
| City of Visalia 772676 | Utility Billing | City of Industry, CA 91716-8268 | | | | First Class Mail |
| Cockey's Enterprises Inc | 3300 Transway Rd | Baltimore, MD 21227 | | | INVOICES@COCKEYS.COM | Email |
| Columbia Gas | P.O. Box 70285 | Philadelphia, PA 19176-0285 | | | frazier@studio71us.com | Email |
| Columbia Gas | Columbia Gas of PA Revenue Recovery | P.O. Box 117 | Columbus, OH 43216 | | | First Class Mail |
| Comcast | 1701 John F Kennedy Blvd | Philadelphia, PA 19103 | | | | First Class Mail |
| CSW Brown Lane Properties, LLC | 8120 A Research Blvd | Austin, TX 78758 | | | | First Class Mail |
| Fireside Gas | 2655 Dallas Hwy, Ste 210 | Marietta, GA 30064 | | | | First Class Mail |
| Georgia Power | 1453 Hwy 120 | Lawrenceville, GA 30043 | | | | First Class Mail |
| Georgia Power | 241 Ralph McGill Blvd | Atlanta, GA 30308-3374 | | | | First Class Mail |
| Georgia Waste Systems | P.O. Box 3020 | Monroe, WI 53566-8320 | | | | First Class Mail |
| Indiana Michigan Power | 110 E Wayne St | P.O. Box 60 | Ft Wayne, IN 46801 | | | First Class Mail |
| Indiana Michigan Power | P.O. Box 371496 | Pittsburgh, PA 15250-7496 | | | | First Class Mail |
| Indiana Michigan Power | 110 E Wayne St | Ft Wayne, IN 46802 | | | | First Class Mail |
| Indiana Michigan Power Company | dba Indiana Michigan Power | 1 Riverside Plz, 13th Fl | Columbus, OH 43215 | | jereid@aep.com | Email |
| Indiana Michigan Power Company | dba Indiana Michigan Power | P.O. Box 371496 | Pittsburgh, PA 15250 | | | First Class Mail |
| Jackie Bellew | Receiver of Taxes & Assessment | 151 Banker Rd | Plattsburgh, NY 12901 | | | First Class Mail |
| Met-Ed 100130632878 | P.O. Box 3687 | Akron, OH 44309-3687 | | | | First Class Mail |
| Metropolitan Edison Co | 2800 Pottsville Pike | Reading, PA 19605 | | | | First Class Mail |
| Nipsco | c/o Corporation Service Co | 135 N Pennsylvania St, Ste 610 | Indianapolis, IN 46204 | | shane@greyfoxgames.com | Email |
| Northcentral Electric Coop | P.O. Box 405 | Byhalia, MS 38611-0405 | | | | First Class Mail |
| NorthCentral Electric Coop | 4600 Northcentral Way | Olive Branch, MS 38654 | | | | First Class Mail |
| Northern Indiana Public Service Co | aka NIPSCO | 801 E 86th Ave | Merrillville, IN 46410 | | | First Class Mail |
| NYSEG | 18 Link Dr | Binghamton, NY 13904 | | | | First Class Mail |
| NYSEG 10043279735 | P.O. Box 847812 | Boston, MA 02284-7812 | | | | First Class Mail |
| NYSEG 10043279776 | P.O. Box 847812 | Boston, MA 02284-7812 | | | | First Class Mail |
| Pack-It LLC | P.O. Box 5033 | Middle River, MD 21220 | | | | First Class Mail |
| Penn Waste Inc | P.O. Box 69035 | Baltimore, MD 21264-9035 | | | | First Class Mail |
| Penn Waste Inc | 85 Brick Yard Rd | Manchester, PA 17345 | | | | First Class Mail |
| Phoenix Fort Wayne, LLC | 401 E Kilbourn Ave, Ste 201 | Milwaukee, WI 53202 | | | | First Class Mail |
| Receiver of Taxes & Assessme | 151 Banker Rd | Plattsburgh, NY 12901 | | | | First Class Mail |
| Red Lion Municipal Authority | P.O. Box 190 | Red Lion, PA 17356-0190 | | | tina@siriusdice.com | Email |
| Red Lion Municipal Authority | 11 East Broadway | Red Lion, PA 17356 | | | | First Class Mail |
| Reliant | P.O. Box 120954 | Dallas, TX 75312-0954 | | | | First Class Mail |
| Reliant Energy Retail Services, LLC | P.O. Box 1532 | Houston, TX 77251 | | | | First Class Mail |
| Republic Services | 6231 Macbeth Rd | Ft Wayne, IN 46809 | | | | First Class Mail |
| Republic Services 091-0590056 | P.O. Box 677156 | Dallas, TX 75267-7156 | | | jamest@funagain.com | Email |
| Republic Services 650-6201035 | P.O. Box 677156 | Dallas, TX 75267-7156 | | | | First Class Mail |
| Socalgas 01121649840 | P.O. Box C | Monterey Park, CA 91756-5111 | | | | First Class Mail |
| Southern Ca Edison/700464765844 | P.O. Box 300 | Rosemead, CA 91772-0002 | | | | First Class Mail |
| Southern California Edison 2-35-902-2753 | P.O. Box 300 | Rosemead, CA 91772-0002 | | | | First Class Mail |
| Southern California Edison Co | 2244 Walnut Grove Ave | Rosemead, CA 91770 | | | | First Class Mail |
| Southern California Gas Co | 1801 S Atlantic Blvd | Monterey Park, CA 91754 | | | | First Class Mail |
| Southland Disposal Co | 1525 Fishburn Ave | Los Angeles, Ca 90063 | | | | First Class Mail |
| Texas Gas Service | P.O. Box 219913 | Kansas City, MO 64121-9913 | | | | First Class Mail |
| Town of Plattsburgh | 151 Banker Rd | Plattsburgh, NY 12901 | | | | First Class Mail |
| Waste Connections of TN Inc | 6010-1031370-003 Distric 6010 | P.O. Box 535233 | Pittsburgh, PA 15253-5233 | | | First Class Mail |
| Waste Connections of TN Inc | P.O. Box 535233 | Pittsburg, PA 15253-5233 | | | | First Class Mail |
| Waste Connections of TN Inc | District 6010-1131524-003 | P.O. Box 535233 | Pittsburg, PA 15253-5233 | | | First Class Mail |
| Waste Connections of TN Inc | Dist 6010-1031370-005 | P.O. Box 535233 | Pittsburg, PA 15253-5233 | | | First Class Mail |
| Waste Connections of TN Inc | 3340 Players Club Pkwy, Ste 110 | Memphis, TN 38125 | | | | First Class Mail |

# **<u>EXHIBIT D</u>**

**Exhibit D**
Service List

| Creditor | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Alabama Dept of Revenue | Pass Through Entity | P.O. Box 327444 | Montgomery, AL 36132-7444 | | First Class Mail |
| Allen County Treasurer | 1 E Main St, Ste 104 | Fort Wayne, IN 46802 | | Treasurer.Legal@co.allen.in.us | Email |
| Allen County Treasurer | P.O. Box 2540 | Ft Wayne, IN 46801-2540 | | | First Class Mail |
| Arizona Dept of Revenue | P.O. Box 29079 | Phoenix, AZ 85038-9079 | | | First Class Mail |
| Baltimore County | c/o Fire Recovery Usa, Llc | P.O. Box 935667 | Atlanta, GA 31193-5667 | | First Class Mail |
| Baltimore County | P.O. Box 69506 | M 152 | Baltimore, MD 21264-9506 | | First Class Mail |
| Baltimore County, Maryland | P.O. Box 64076 | Baltimore, MD 21264-4076 | | | First Class Mail |
| Baltimore County, Maryland | Office of Budget & Finance | 400 Washington Ave, Rm 152 | Towson, MD 21204-4665 | | First Class Mail |
| Berks Eit Bureau | Tax Administrator/Collector | 1125 Berkshire Blvd, Ste 115 | Wyomissing, PA 19610 | | First Class Mail |
| CA State Board of Equalization | P.O. Box 942879 | Sacramento, CA 94279 | | | First Class Mail |
| California Franchise Tax Board | P.O. Box 942857 | Sacramento, CA 94257-0501 | | | First Class Mail |
| CDTFA | 505 N Brand Blvd, Ste 700 | Glendale, CA 91203-3307 | | | First Class Mail |
| City of Olive Branch | 9200 Pigeon Roost Rd | Olive Branch, MS 38654 | | | First Class Mail |
| City of Seattle | License & Tax Administration | P.O. Box 34907 | Seattle, WA 98124 | | First Class Mail |
| City of Visalia | Business Tax Division | P.O. Box 4002 | Visalia, CA 93278-4002 | | First Class Mail |
| Colorado Department of Revenue | c/o Bankruptcy Unit, Rm 104 | 1881 Pierce St | Lakewood, CO 80214 | dor_tac_bankruptcy@state.co.us | Email |
| Colorado Dept of Revenue | P.O. Box 17087 | Denver, CO 80217-0087 | | | First Class Mail |
| Colorado Dept of Revenue | Denver, CO 80261-0006 | | | | First Class Mail |
| Comptroller of Colorado | Colorado Dept of Revenue | Denver, CO 80261-0013 | | | First Class Mail |
| Comptroller of Colorado | 1525 Sherman St | Denver, CO 80203 | | | First Class Mail |
| Comptroller of Maryland | P.O. Box 17405 | Baltimore, MD 21297-1405 | | | First Class Mail |
| Comptroller of Maryland | Revenue Admin Division | P.O. Box 17405 | Baltimore, MD 21297-1405 | | First Class Mail |
| Comptroller of Maryland | Revenue Administration Division | 110 Carroll St | Annapolis, MD 21411-0001 | | First Class Mail |
| Comptroller of Massachusetts | Trustee Tax Bureau | 200 Arlington St, 4th Fl | Chelsea, MA 02150 | | First Class Mail |
| Comptroller of Nevada | Nevada Department of Taxation | 1550 College Pkwy, Ste 115 | Carson City, NV 89706-7939 | | First Class Mail |
| Comptroller of West Virginia | P.O. Box 1826 | Charleston, WV 25327-1826 | | | First Class Mail |
| County of Fairfax | Dept of Tax Administration | P.O. Box 10202 | Fairfax, VA 22035-0202 | | First Class Mail |
| Department Of Assessment & Tax | Personal Property Division | 301 West Preston St Room 801 | Baltimore, MD 21201-2395 | | First Class Mail |
| Department Of The Treasury | 2540 Washington Blvd, 6th Fl | Ogden, UT 84401 | | | First Class Mail |
| Dept of Assessment & Tax | Personal Property Division | 301 W Preston St, Rm 801 | Baltimore, MD 21201-2395 | | First Class Mail |
| Dept of Assessments & Taxation | Personal Property Division | P.O. Box 17052 | Baltimore, MD 21297-1052 | | First Class Mail |
| Dept of Revenue | Jackson, MS 39225-3191 | | | | First Class Mail |
| Dept of The Treasury | Ogden, UT 84201-0013 | | | | First Class Mail |
| Desoto County Tax Collector | Attn: Joey Treadway | 365 Losher St, Unit 110 | Hernando, MS 38632 | | First Class Mail |
| DSHS Hazardous Prod Reg Prgrm | Texas Dept of State Health Svc | 1100 W 49th St | Austin, TX 78756 | | First Class Mail |
| Florida Dept of Revenue | 5050 W Tennessee St | Tallahassee, FL 32399-0120 | | | First Class Mail |
| Florida Dept of Revenue | Tallahassee, FL 32399-0135 | | | | First Class Mail |
| Franchise Tax Board | P.O. Box 942857 | Sacramento, CA 84257-0631 | | | First Class Mail |
| Franchise Tax Board | P.O. Box 942857 | Sacramento, CA 94257-0531 | | | First Class Mail |
| Franchise Tax Board | Sacramento, CA 94257-0501 | | | | First Class Mail |
| Georgia Dept of Revenue | P.O. Box 105408 | Atlanta, GA 30348-5408 | | | First Class Mail |
| Georgia Dept of Revenue | Processing Center | P.O. Box 740391 | Atlanta, GA 30374-0391 | | First Class Mail |
| GST Interim Processing Centre | P.O. Box 20000 | Station A | Sudbury, ON P3A 6B4 | Canada | First Class Mail |
| Gwinnett County Tax Commission | P.O. Box 372 | Lawrenceville, GA 30046 | | | First Class Mail |
| Gwinnett County Tax Commissioner | Department of Property Tax | Lawrenceville, GA 30046 | | | First Class Mail |
| HAB-DLT | P.O. Box 20061 | Lehigh Valley, PA 18002-0061 | | | First Class Mail |
| Illinois Dept of Revenue | P.O. Box 19053 | Springfield, IL 62794-9053 | | | First Class Mail |
| Illinois Dept of Revenue | Springfield, IL 62794-9053 | | | | First Class Mail |
| Illinois Dept of Revenue | P.O. Box 19045 | Springfield, IL 62794-9045 | | | First Class Mail |
| Illinois Secretary of State | Dept of Business Services | 501 S 2nd St, Rm 350 | Springfield, IL 62756 | | First Class Mail |
| Indiana Dept of Revenue | P.O. Box 7221 | Indianapolis, IN 46207-7221 | | | First Class Mail |
| Indiana Dept of Revenue | P.O. Box 7205 | Indianapolis, IN 46207 | | | First Class Mail |
| Indiana Dept of Revenue | Indianapolis, IN 46207-7205 | | | | First Class Mail |
| Inozzu-Acfe | P.O. Box 6271 | Indianapolis, IN 46206-6271 | | | First Class Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St | Mail Stop S-Q30.133 | Philadelphia, PA 19104-5016 | First Class Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | First Class Mail |
| Los Angeles Cnty Tax Collector | P.O. Box 54027 | Los Angeles, CA 90054-0027 | | | First Class Mail |
| Massachusetts Dept of Revenue | P.O. Box 419257 | Boston, MA 02241-9257 | | | First Class Mail |
| Massachusetts Dept of Revenue | Customer Service Bureau | P.O. Box 7010 | Boston, MA 02204 | | First Class Mail |
| MD Dept Assessments & Taxation | Charter/Legal Division | 301 W Preston St, Rm 808 | Baltimore, MD 21201-2395 | | First Class Mail |
| Michigan Department Of Treasury | Attn: Collection & Bankruptcy Unit | P.O. Box 30168 | Lansing, MI 48909 | | First Class Mail |
| Michigan Dept of Treasury | Lansing, MI 48909-8274 | | | | First Class Mail |
| Minister of Revenue of Quebec | Ref: Aco11 | 3800, Rue De Marly | Sainte-Fo, PQ G1X 4A5 | Canada | First Class Mail |
| Minnesota Revenue | 600 N Robert St | St Paul, MN 55101 | | | First Class Mail |
| Minnesota S Corp Income Tax | Mail Station 1770 | 600 N Robert St | St Paul, MN 55145-1770 | | First Class Mail |
| Mississippi Office of Revenue | P.O. Box 23050 | Jackson, MS 39225-3055 | | | First Class Mail |
| Mississippi State Tax Commissi | Sales Tax Division | P.O. Box 960 | Jackson, MS 39205-0960 | | First Class Mail |
| Missouri Department of Revenue | P.O. Box 475 | Jefferson City, MO 65105 | | will.gray@dor.mo.gov | Email |
| Missouri Dept of Revenue | Taxation Division | P.O. Box 3300 | Jefferson City, MO 65105-3300 | | First Class Mail |
| Nebraska Dept of Revenue | P.O. Box 98923 | Lincoln, NJ 65809-8923 | | | First Class Mail |
| Nevada Dept of Taxation | 1550 College Pkwy, Ste 115 | Carson City, NV 89706 | | | First Class Mail |
| New York State Corp Tax | Processing Unit | P.O. Box 22094 | Albany, NY 12201-2094 | | First Class Mail |
| New York State Dept of Tax and Finance | c/o Bankruptcy Section | P.O. Box 5300 | Albany, NY 12205-0300 | BankruptcyCourtMailing@tax.ny.gov | Email |
| New York State Sales Tax | 1af Building | P.O. Box 1206 | New York, NY 10116-1206 | | First Class Mail |
| NJ Dept of The Treasury | Division of Taxation | P.O. Box 269 | Trenton, NJ 08695-0269 | | First Class Mail |
| NY State Corp Tax | Processing Unit | P.O. Box 22094 | Albany, NY 12201-2094 | | First Class Mail |
| NYC Dept of Finance | P.O. Box 3922 | New York, NY 10008 | | | First Class Mail |
| NYS Corp Tax | Processing Unit | P.O. Box 1909 | Albany, NY 12201-1909 | | First Class Mail |
| NYS Filing Fee | State Processing Center | P.O. Box 15310 | Albany, NY 12212-5310 | | First Class Mail |
| OESC | Attn: Cashier | P.O. Box 52004 | Oklahoma City, OK 73152-2004 | | First Class Mail |
| Ohio Bureau of Workers Comp | P.O. Box 89492 | Cleveland, OH 44101 | | | First Class Mail |
| Ohio Dept of Job & Family Svc | P.O. Box 182404 | Columbus, OH 43218-2404 | | | First Class Mail |
| Ohio Dept of Taxation | P.O. Box 16560 | Columbus, OH 43216-6560 | | | First Class Mail |
| Oklahoma Tax Commission | P.O. Box 26860 | Oklahoma City, OK 73126-0890 | | | First Class Mail |
| Oregon Dept of Revenue | 955 Center St NE | Salem, OR 97301 | | | First Class Mail |
| PA Dept of Revenue | Dept 280420 | Harrisburg, PA 17128-0420 | | | First Class Mail |
| PA Dept of Revenue | Bureau of Individual Taxes | P.O. Box 280502 | Harrisburg, PA 17128-0502 | | First Class Mail |
| Receiver General / Gst | Gst Interim Processing Centre | 333 Laurier Ave W | Ottawa, ON K1A 1J8 | Canada | First Class Mail |
| Revenue Canada | Sudbury Tax Centre | P.O. Box 20000 | Station A | Sudbury, ON P3A 6B4, Canada | First Class Mail |
| Scdor | Corporate Taxable | P.O. Box 100151 | Columbia, SC 29202 | | First Class Mail |
| South Carolina Dept of Revenue | Dept of Business Services | 501 S 2nd St | Springfield, IL 62756-5510 | | First Class Mail |
| South Carolina Dept of Revenue | 300 A Outlet Pointe Blvd | Columbia, SC 29210 | | | First Class Mail |
| State Board of Equalization | P.O. Box 942879 | Sacramento, CA 94279-0001 | | | First Class Mail |
| State Comptroller | Comptroller of Public Accounts | P.O. Box 149348 | Austin, TX 78714-9348 | | First Class Mail |
| State of Michigan | Department of Treasury | Dept 77003 | Lansing, MI 48277-0003 | | First Class Mail |
| State of New Jersey | Dept of Labor & Workforce Dev | P.O. Box 929 | Trenton, NJ 08646-0929 | | First Class Mail |
| State of New Jersey - CBT | Div of Taxation Processin Ctr | P.O. Box 193 | Trenton, NJ 08646-0222 | | First Class Mail |
| State of New Jersey Division of | Corporation Tax | P.O. Box 666 | Trenton, NJ 08646-0666 | | First Class Mail |
| State of Washington | Employment Security Department | P.O. Box 84267 | Seattle, WA 98124 | | First Class Mail |
| Tennessee Department of Revenue | Attn: Deborah McAlister | 500 Deaderick St | Nashville, TN 37242 | deborah.mcalister@tn.gov | Email |
| Tennessee Department of Revenue | Attn: Attorney General | P.O. Box 20207 | Nashville, TN 37202-0207 | TDOR.Bankruptcy@tn.gov | Email |
| Tennessee Department of Revenue | c/o Bankruptcy Unit | P.O. Box 190665 | Nashville, TN 37219-0665 | | First Class Mail |
| Tennessee Dept of Revenue | Andrew Jackson State Off Bldg | 500 Deaderick St | Nashville, TN 37242 | | First Class Mail |
| Tennessee Secretary of State | 6th Fl, Snodgrass Tower | 312 Rosa LParks Ave | Nashville, TN 37243 | | First Class Mail |
| Texas Comptroller of PubAcct | P.O. Box 149355 | Austin, TX 78714-9355 | | | First Class Mail |
| Texas Comptroller of Public Accounts | Austin, TX 78701-1334 | | | | First Class Mail |
| Texas State Comptroller | Comptroller of Public Accounts | P.O. Box 149354 | Austin, TX 78714 | | First Class Mail |
| Town of Herndon | Business License | 777 Lynn St | Herndon, VA 20170-4602 | | First Class Mail |
| Travis County Tax Office | P.O. Box 149328 | Austin, TX 78714-9328 | | | First Class Mail |
| Tulare County Tax Collector | Attn: Cass Cook | 221 S Mooney Blvd | Visalia, CA 93291-4593 | | First Class Mail |
| United States Treasury | Internal Revenue Service | Ogden, UT 84201-0009 | | | First Class Mail |
| Virginia Dept of Taxation | Sales & Use Tax | P.O. Box 26626 | Richmond, VA 23261-6626 | | First Class Mail |
| Virginia Dept of Taxation | Litter Tax | P.O. Box 2185 | Richmond, VA 23218-2185 | | First Class Mail |
| Virginia Dept of Taxation | P.O. Box 1500 | Richmond, VA 23218-1500 | | | First Class Mail |
| Virginia State Corp Commission | P.O. Box 1197 | Richmond, VA 23218-1197 | | | First Class Mail |
| Wa Dept of Labor & Industries | P.O. Box 34022 | Seattle, WA 98124 | | | First Class Mail |
| Wa Dept of Labor & Industry | P.O. Box 24106 | Seattle, WA 98124 | | | First Class Mail |
| Washington Dept of Revenue | P.O. Box 1619 | Bothell, WA 98041-1619 | | | First Class Mail |
| Wisconsin Dept of Revenue | P.O. Box 53293-0208 | Milwaukle, WI 53293-0208 | | | First Class Mail |
| YATB Tax Collection Serv | 1405 N Duke St | P.O. Box 15627 | York, PA 17405-0156 | | First Class Mail |
| York Adams Tax Bureau | 1405 N Duke St | P.O. Box 15627 | York, PA 17404 | | First Class Mail |

## **EXHIBIT E**

**Exhibit E**

**Service List**

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Bank of Montreal | Attn: Ravi Chhabria | ravi.chhabria@bmo.com | Email |
| JPmorgan Chase Bank, Na | Attn: Jonathan W Young & David Ruediger | jonathan.young@troutman.com; david.ruediger@troutman.com | Email |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)