**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTORS' SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") filed by Diamond Comic Distributors, Inc., and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101–1532 (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtors' management, under the supervision of the Debtors' chief restructuring officers (the "Co-CROs"), and are unaudited. While the members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements. In the event of any inconsistency between the Global Notes and the Schedules and Statements, the Global Notes shall control and govern.

The Schedules and Statements have been signed by an authorized representative of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such

---

[1]     The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

1.  **Case**. On January 14, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Unless otherwise indicated, the information provided is as of the close of business on January 13, 2025.

2.  **Amendments**. The Debtors reserve the right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

3.  **Estimates and Assumptions**. The preparation of the Schedules and Statements requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

4.  **Unknown Amounts**. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown" or "Unliquidated." Because certain scheduled liabilities are unknown and unliquidated, the Schedules and the Statements do not accurately reflect the aggregate amount of the Debtors' liabilities.

5.  **Pre-Petition vs. Post-Petition**. The Debtors have sought to allocate liabilities between the pre-petition and post-petition periods based on the information derived from research and investigation conducted during the preparation of these Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

6.  **GAAP**. Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7.  **Asset Values**. It would be prohibitively expensive, unduly burdensome, inefficient, and time-consuming to obtain additional market valuations of the Debtors' property interests. Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtors' property interests are reflected in the applicable Schedule. As applicable, assets that have been fully depreciated or

were expensed for accounting purposes have no net book value. Unless otherwise indicated, all asset amounts and claim amounts are listed as of January 13, 2025. The Debtors reserve the right to amend or adjust the value of each asset or liability as set forth herein.

8. **Setoff or Recoupment Rights**. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. The Debtors routinely incur setoffs and net payments in the ordinary course of business. Due to the nature of setoffs and nettings, it would be burdensome and costly for the Debtors to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff or recoupment rights that may be asserted.

9. **Co-Obligors**. No claim set forth on the Schedules and Statements of the Debtors is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by another party.

10. **Collectibles with Disputed Ownership**. As reflected on Schedule A/B question 42, Debtor Diamond Comic Distributors, Inc., has certain collectibles subject to an ownership dispute between Diamond Comic Distributors Inc., and Stephen Geppi. The Debtors reserve all rights with respect to title of these collectibles.

11. **Causes of Action**. The Debtors reserve all of their causes of action. Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such cause of action. Likewise, the failure to list a cause of action in question 74 of Schedule A/B or SOFA question 7 shall not be deemed a waiver of any such cause of action. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

12. **Other Contingent and Unliquidated Claims or Causes of Action**. The failure to list any such claims or causes of action in the Schedules and Statements, including in response to Schedule A/B question 75, is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

13. **Insiders**. The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or

3

with respect to any theories of liability or for any other purpose.

14. **Intercompany Claims**. As described more fully in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief* [D.I. 14] (the "Cash Management Motion"), the Debtors regularly engage in a range of intercompany transactions in the ordinary course of business. The Bankruptcy Court authorized the Debtors to continue such intercompany transactions in the ordinary course of business pursuant to the order granting the Cash Management Motion [D.I. 130]. Intercompany transactions are included in the Schedules as reflected on the Debtors' books and records. The Debtors reserve all rights as to how the intercompany transactions are characterized.

15. **Receivable from Stephen Geppi**. The Debtors have listed a receivable from the Debtors' Chief Executive Officer and ultimate principal, Stephen Geppi, in response to Schedule A/B question 77 for Debtor Diamond Comic Distributors, Inc. The amount listed is an estimate and remains subject to the Debtors' ongoing review and analysis. The Debtors reserve all rights with respect to any receivables owed to the Debtors by Mr. Geppi.

16. **Intellectual Property**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred. The Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

17. **Fiscal Year**. The Debtors' fiscal year ends on December 31.

18. **Currency**. All amounts are reflected in U.S. dollars.

19. **Summary of Significant Reporting Policies and Practices**. The following conventions were adopted by the Debtors in preparation of the Schedules and Statements:

    (a)    Fair Market Value; Book Value. Unless otherwise noted therein, the Schedules and Statements reflect the carrying value of the liabilities as listed in the Debtors' books and records. Where the current market value of assets is unknown, the Debtors have based their valuation on book values net of depreciation. The Debtors reserve the right to amend or adjust the value of each asset or liability set forth herein.

    (b)    Leased Real and Personal Property. In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other real property interests, and equipment from third party lessors for use in the daily operation of their business. The Debtors believe

that all such leases are set forth in the Schedules and Statements. Any known prepetition obligations of the Debtors for equipment or similar leases have been listed on Schedule E/F, the underlying lease agreements are listed on Schedule G, or, if the leases are in the nature of real property interests under applicable state laws, such interests are reflected on Schedule A/B. The Schedules and Statements do not reflect any right-of-use assets. Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to all such issues.

(c)     <u>Disputed, Contingent and/or Unliquidated Claims</u>. Schedules D, E, and F permit the Debtors to designate a claim as disputed, contingent, and/or unliquidated. A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statements as to amount, liability, or status.

(d)     <u>Payments Made within 90 Days prior to the Petition Date and Payments to Insiders within One Year of Petition Date</u>. Payments made in the ordinary course of the Debtors' business to employees for salaries, wages, bonuses, commissions, and employee benefits, payroll taxes and sales taxes were omitted from the SOFA question 3. Payments to insiders within one year of the Petition Date, including transfers within 90 days of the Petition Date, are listed in response to SOFA question 4 and are not separately set forth in response to SOFA question 3. In preparing their responses to SOFA question 4, and in the interest of full disclosure, the Debtors used an expansive interpretation of the term "insider." Inclusion or omission of a creditor as an "insider" on the Debtors' response to SOFA question 4 is not determinative as to whether a creditor is actually an "insider," as such term is defined in the Bankruptcy Code and the Debtors reserve all of their rights with respect to such characterization. Moreover, payments are listed in response to SOFA questions 3 and 4 without regard as to whether such payments were made on account of antecedent debt, and the Debtors reserve all of their rights with respect to such issue.

(e)     <u>Statement of Financial Affairs – Payments to Professionals</u>. The Debtor's response to SOFA question 3 does not include transfers to bankruptcy professionals, which transfers appear in response to SOFA question 11.

(f)     <u>Statement of Financial Affairs – Payments to Insiders</u>. Both questions 4 and 30 in the SOFAs request information regarding payments to insiders,

and all such information is provided in response to question 4. The Debtors reserve all rights with respect to the characterization of payments listed in response to questions 4 and 30.

(g) <u>Statement of Financial Affairs – Suits and Administration Proceedings</u>. Although the Debtors have attempted to list in question 7 all known claimants with pending suits or administrative proceedings, certain actions may have been inadvertently omitted. The Debtors reserve all of their rights with respect to any such claims or causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

(h) <u>Statement of Financial Affairs - Inventory</u>. Inventories are valued in the Schedules and Statements at the values indicated on the Debtors' books and records. In answering SOFA question 27, the Debtors have not performed a formal physical inventory within two years of the Petition Date. However, the operations managers at each Debtor facility perform cycle counts daily and these counts are reflected in the Debtors' warehouse management system.

20. **Schedule D**. Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the recharacterization of the structure of any such transaction or any document or instrument related to such creditor's claim except as otherwise agreed to pursuant to a stipulation or an agreed order or any other order entered by the Bankruptcy Court. No claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Debtors reserve all rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of a claimant or a waiver of the Debtors' rights to recharacterize or reclassify a claim or contract.

21. **Schedule E/F**. The Debtors' analysis of potential priority claims is ongoing, and any amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary. Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors either do not list a date or list "various" for the date for each claim on Schedule E/F.

Schedule E/F may contain potential claims on account of pending litigation involving the Debtors. Any potential claim associated with any such pending litigation is marked as

contingent, unliquidated and disputed in the Schedules and Statements. Some of the potential litigation listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. In addition, workers' compensation claims that are covered in full under the Debtors' insurance policies are not included on Schedule E/F. Any information contained in Schedule E/F with respect to pending or potential litigation is not a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F reflects prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts and unexpired leases. Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected in the future.

Pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain the Compensation and Benefits Programs, and (II) Granting Related Relief* [D.I. 50] (the "Wages Order"), the Debtors were authorized to pay, and did pay, certain pre-petition claims for employee wages and other related obligations. To the extent parties were paid pre-petition amounts owed to such parties pursuant to the authority granted in the Wages Order, such parties are not listed in the Schedules.

Likewise, pursuant to the *Final Order Authorizing the Debtors to (I) Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief* [D.I. 129] (the "Tax Order"), the Debtors were authorized to pay, and did pay, certain pre-petition claims for outstanding taxes and fees. To the extent parties were paid prepetition amounts pursuant to the authority granted in the Tax Order, such parties are not listed in the Schedules.

19.    **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date, or that it is valid or enforceable. The Debtors hereby reserve all rights to dispute or challenge the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G, including contracts, agreements or leases that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents that may not be listed on Schedule G, and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. The Debtors reserve all rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same vendor or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such

supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract, or multiple, severable or separate contracts. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as subordination agreements, supplemental agreements, settlement agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors also reserve all rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim. Further, the Debtors reserve all rights to later amend the Schedules and Statements to the extent that additional information regarding the Debtor obligor to an executory contract becomes available.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Any and all of the Debtors' rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are reserved and preserved. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

20. **Schedule H**. For ease of review and user-friendliness, Schedule H for each Debtor contains a list of co-obligors for all of the Debtors and a description of the relevant obligations, and is not limited to specific debts of the Debtor. The Debtors have not listed any litigation-related co-defendants on Schedule H. The Debtors also may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

Neither the Debtors, their agents, nor their attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statements, and neither are they liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not, and however caused, even if the Debtors or their agents, attorneys and advisors are advised of the possibility of such damages.

**Fill in this information to identify the case:**

Debtor name: <u>Diamond Comic Distributors, Inc.</u>

United States Bankruptcy Court for the <u>Baltimore</u> Division, District of <u>Maryland</u>

Case number (If known): <u>25-10308</u>

☐ **Check if this is an amended filing**

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. Real property:<br>Copy line 88 from Schedule A/B | $ 217,329.50 |
| 1b. Total personal property:<br>Copy line 91A from Schedule A/B | $ 78,134,271.93 |
| 1c. Total of all property:<br>Copy line 92 from Schedule A/B | $ 78,351,601.43 |

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property:** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$ 31,019,347.89

3. **Schedule E/F: Creditors Who Have Unsecured Claims:** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F

$ 851,191.70

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F

+ $ 43,828,678.25

4. **Total liabilities:**
Lines 2 + 3a + 3b

$ 75,699,217.84

**Fill in this information to identify the case:**

Debtor name: Diamond Comic Distributors, Inc.

United States Bankruptcy Court for the **Baltimore** Division, District of **Maryland**

Case number (If known): 25-10308

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. Cash on hand | $5,394.42 |

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
|---|---|---|---|---|---|
| 3.1. | See Attached Exhibit AB 3 | | | $ | 476,284.40 |

4. **Other cash equivalents (Identify all)**

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 481,678.82

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| | | | |
|---|---|---|---|
| 7.1. | See Attached Exhibit AB 7 | $ | 145,553.27 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | | | |
|---|---|---|---|
| 8.1. | See Attached Exhibit AB 8 | $ | 4,039,903.96 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 4,185,457.23

---

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11 a. 90 days old or less: | $ 22,135,830.00 | - | $ 965,880.00 | = → | $ 21,169,950.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11 b. Over 90 days old: | $ 10,987,118.00 | - | $ 6,114,630.00 | = → | $ 4,872,488.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 26,042,438.00

---

**Part 4:**   Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| 15.1. | Comic Exporters, Inc. | 100 | $ Undetermined |
| 15.2. | Comic Holdings, Inc. | 100 | $ Undetermined |
| 15.3. | Diamond International Galleries, Inc. | 5 | $ Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

| 21.1. | See Attached Exhibit AB 21 | | $    26,258,317.76 | Net Book Value | $    26,258,317.76 |
|---|---|---|---|---|---|
| | | MM/DD/YYYY | | | |

22. **Other inventory or supplies**

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 26,258,317.76

24. **Is any of the property listed in Part 5 perishable?**

☑ No.

☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☑ Yes.

Book value    $7,262,965.43    Valuation method    Net Book Value    Current value    $7,262,965.43

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops-either planted or harvested**

29. **Farm animals Examples: Livestock, poultry, farm-raised fish**

30. **Farm machinery and equipment (Other than titled motor vehicles)**

31. **Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|

**39. Office furniture**

| | | | | | |
|---|---|---|---|---|---|
| 39.1. | See Attached Exhibit AB 39 | $ | 1,582.23 | Straight Line Depreciation | $ 1,582.23 |

**40. Office fixtures**

| | | | | | |
|---|---|---|---|---|---|
| 40.1. | See Attached Exhibit AB 40 | $ | 798.80 | Straight Line Depreciation | $ 798.80 |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| | | | | | |
|---|---|---|---|---|---|
| 41.1. | See Attached Exhibit AB 41 | $ | 399,071.02 | Straight Line Depreciation | $ 399,071.02 |

**42. Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles**

| | | | | | |
|---|---|---|---|---|---|
| 42.1. | See Attached Exhibit AB 42 | $ | 214,579.16 | Lower of Cost or Market | $ Undetermined |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 401,452.05

44. Is a depreciation schedule available for any of the property listed in Part 7?

☐ No.

☑ Yes.

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No.

☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| 47.1. | 2012 Penske 4300 - VIN 1HTMMAAL6CH624950 | $ 0.00 | Straight Line Depreciation | $ 0.00 |
|---|---|---|---|---|

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| 50.1. | See Attached Exhibit AB 50 | $ 2,654,130.61 | Straight Line Depreciation | $ 2,654,130.61 |
|---|---|---|---|---|

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$ 2,654,130.61

52. Is a depreciation schedule available for any of the property listed in Part 8?

☐ No.

☑ Yes.

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No.

☐ Yes.

| Part 9: | Real property |
|---------|---------------|

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1. | See Attached Exhibit AB 55 | Leasehold Improvements | $ | 217,329.50 | Straight Line Depreciation | $ | 217,329.50 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 217,329.50

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☑ Yes.

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

---

| **Part 10:** | **Intangibles and intellectual property** |

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1. Trademarked Brands/Services - See Attached Exhibit AB 60 | $ Undetermined | N/A | $ Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1. See Attached Exhibit AB 61 | $ Undetermined | N/A | $ Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |
| 65.1. Goodwill - CGA Acquisition | $ 5,003,822.42 | Net Book Value | $ 5,003,822.42 |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 5,003,822.42

**67.** **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No.

☑ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.

☑ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

---

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

71. **Notes receivable**

| | | | | |
|---|---|---|---|---|
| Note Receivable - Dynamic Forces | $ 418,922.74 | - | $ 0.00 | = → $ 418,922.74 |
| | Total face amount | | doubtful or uncollectible accounts | |
| Loan Receivable - Stephen Geppi | $ 155,925.13 | - | $ 0.00 | = → $ 155,925.13 |
| | Total face amount | | doubtful or uncollectible accounts | |

72. **Tax refunds and unused net operating losses (NOLs)**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   74.1.  Payment Card Interchange Fee Settlement Class Action Lawsuit         Undetermined

      **Nature of claim**    Improperly charged credit card interchange fees

      **Amount requested**    Undetermined

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**

| | | |
|---|---|---|
| 77.1. | Estimated Quarterly Prescription Drug Rebate | $ 100,000.00 |
| 77.2. | Freight Rebate | $ 222,143.61 |
| 77.3. | Intercompany Receivable - Due from Renegade Game Studios, LLC | $ 40,476.28 |
| 77.4. | Intercompany Receivable - Due from Diamond International Gallery | $ 3,666,572.84 |
| 77.5. | Intercompany Receivable - Due from Gemstone Publishing | $ 466,165.92 |

| | | | |
|---|---|---|---|
| 77.6. | Intercompany Receivable - Due from Rosebud Entertainment, LLC | $ | 1,612,772.10 |
| 77.7. | Intercompany Receivable - Due from Diamond Comic Distributors UK | $ | 4,269.47 |
| 77.8. | Intercompany Receivable - Due from Diamond Select Toys & Collectibles, LLC | $ | 6,419,726.95 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| $ 13,106,975.04 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80 . Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $ 481,678.82 | |
| 81 . Deposits and prepayments. Copy line 9, Part 2. | $ 4,185,457.23 | |
| 82 . Accounts receivable. Copy line 12, Part 3. | $ 26,042,438.00 | |
| 83 . Investments. Copy line 17, Part 4. | $ 0.00 | |
| 84 . Inventory. Copy line 23, Part 5. | $ 26,258,317.76 | |
| 85 . Farming and fishing-related assets.Copy line 33, Part 6. | $ 0.00 | |
| 86 . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $ 401,452.05 | |
| 87 . Machinery, equipment, and vehicles. Copy line 51, Part 8. | $ 2,654,130.61 | |
| 88 . Real property. Copy line 56, Part 9. | | $ 217,329.50 |
| 89 . Intangibles and intellectual property.Copy line 66, Part 10. | $ 5,003,822.42 | |
| 90 . All other assets. Copy line 78, Part 11. | $ 13,106,975.04 | |
| 91 . Total. Add lines 80 through 90 for each column. | 91a. $ 78,134,271.93 + | 91b. $ 217,329.50 |
| 92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92 | | 78,351,601.43 |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 1, QUESTION 3

CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL
BROKERAGE ACCOUNTS

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 3.  Checking, savings, money market, or financial brokerage accounts.**

| Name of Institution (Bank or Brokerage Firm) | Type of Account | Account Number (Last 4 Digits) | Current Value of Debtor's Interest |
|---|---|---|---|
| Bank Of Montreal | Canadian Operating Account | 0859 | $ 3,636.94 |
| Bank Of Montreal | Canadian Operating Account | 5025 | $ 57,496.77 |
| JPMorgan Chase Bank, N.A. | Canadian Operating Account | 9564 | $ 17,049.58 |
| JPMorgan Chase Bank, N.A. | Canadian Operating Account | 9566 | $ 8,996.11 |
| JPMorgan Chase Bank, N.A. | CGA Operating Account | 0020 | $ 53,193.30 |
| JPMorgan Chase Bank, N.A. | Collections Account | 0555 | $ 120,861.97 |
| JPMorgan Chase Bank, N.A. | Collections Account | 0569 | $ 15,791.56 |
| JPMorgan Chase Bank, N.A. | Controlled Distribution Account | 0871 | $ - |
| JPMorgan Chase Bank, N.A. | Controlled Distribution Account | 3719 | $ - |
| JPMorgan Chase Bank, N.A. | Controlled Distribution Account | 6266 | $ - |
| JPMorgan Chase Bank, N.A. | Inactive Account | 8118 | $ - |
| JPMorgan Chase Bank, N.A. | U.S. Operating Account | 3396 | $ 3,727.64 |
| JPMorgan Chase Bank, N.A. | U.S. Operating Account | 5979 | $ 195,530.53 |
| **Total:** | | | **$ 476,284.40** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 7

## DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 7.  Deposits, including security deposits and utility deposits**

| Name of Holder of Deposit | Description | Current Value of Debtor's Interest |
|---|---|---|
| ANSON LOGISTICS ASSETS, LLC | LEASED PROPERTY SECURITY DEPOSIT | $    36,947.16 |
| BIG BOX PROPERTY OWNER E, LLC | LEASED PROPERTY SECURITY DEPOSIT  - TX | $    35,197.44 |
| BNC STRATEGIC CAPITAL VENTURES, LLC | LEASED PROPERTY SECURITY DEPOSIT - IN | $    2,346.00 |
| CITY OF OLIVE BRANCH | UTILITIES DEPOSIT - POLK LANE MISSISSIPPI | $    2,640.00 |
| COLUMBIA GAS | UTILITIES DEPOSIT (PA) | $    876.00 |
| MDH F2 BAL BELTWAY NORTH, LLC | LEASED PROPERTY SECURITY DEPOSIT (EXPIRED LEASE - AWAITING RETURN OF DEPOSIT) | $    8,403.96 |
| MET-ED 100130632878 | UTILITIES DEPOSIT (PA) | $    4,664.00 |
| PW FUND B LP | LEASED PROPERTY SECURITY DEPOSIT - CA | $    5,783.40 |
| REALBAT INC | LEASED PROPERTY SECURITY DEPOSIT (EXPIRED LEASE - AWAITING RETURN OF DEPOSIT) | $    48,695.31 |
| **Grand Total** | | **$    145,553.27** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

Diamond Comic Distributors, Inc.
Case No. 25-10308
Schedule AB 8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent.

| Holder of Prepayment | Description | Current Value of Debtor's Interest |
|---|---|---|
| Accenture Llp | Prepaid Balance On Service/License Agreement 04-18-24 To 04-17-25 | $ 18,805.75 |
| Adobe Software | Prepaid Balance On Service/License Agreement - 4/2024 To 3/2025 | $ 1,208.58 |
| American Booksellers Association Trade Show | Prepayment - Feb 2025 | $ 5,950.00 |
| Archie Comic Publications | Prepayment Related To Future Contract From Vendor 24C | $ 80,000.00 |
| Archie Comics | Prepayment/Contract Advance | $ 40,000.00 |
| Art For Free Comic Book Day 2025 | Prepayment (April 2025) | $ 2,000.00 |
| Atlas Games Prepaid Po#358865 | Prepaid Merchandise 460 | $ 103.41 |
| Atlas Games Prepaid Po#358866 | Prepaid Merchandise 460 | $ 450.21 |
| Atlas Games Prepaid Po#360477 | Prepaid Merchandise 460 | $ 24.69 |
| Atlas Games Prepaid Po#360479 | Prepaid Merchandise 460 | $ 288.01 |
| Atlas Games Prepaid Po#360481 | Prepaid Merchandise 460 | $ 634.85 |
| Atlas Games Prepaid Po#360482 | Prepaid Merchandise 460 | $ 389.01 |
| Ax2 Limited | Prepaid Merchandise From Vendor 3623 | $ 1,080.00 |
| Bandai Namco Toys & Collectibles America Inc. Po# 354905, 354920, 358667 | Prepaid Merchandise 120631 | $ 5,606.88 |
| Bandai Namco Toys & Collectibles America Inc. Po# 355592, 356040 | Prepaid Merchandise 120631 | $ 252.84 |
| Bandai Namco Toys & Collectibles America Inc. Prepay On Po# 353915 | Prepaid Merchandise 120631 | $ 13,952.00 |
| Bandai Namco Toys & Collectibles America Inc. Prepay On Po# 354486, 354918, Etc | Prepaid Merchandise 120631 | $ 1,805.70 |
| Bandai Namco Toys & Collectibles America Inc. Prepay On Po# 354648, Etc | Prepaid Merchandise 120631 | $ 7,415.64 |
| Bandai Namco Toys & Collectibles America Inc. Prepay On Po# 354871, Etc | Prepaid Merchandise 120631 | $ 5,835.18 |
| Bandai Namco Toys & Collectibles America Inc. Prepay On Po# 356039 | Prepaid Merchandise 120631 | $ 1,270.08 |
| Battlefront Miniatures Inc Prepay On Po# | Prepaid Merchandise 880 | $ 10,141.55 |
| Blueyonder, Inc. | Prepaid Balance On Service/License Agreement July 24 To June 25 | $ 13,666.37 |
| Blueyonder, Inc. | Prepaid Balance On Service/License Agreement Sept 24 To Aug 25 | $ 7,754.38 |
| Blueyonder, Inc. | Prepaid Balance On Service/License Agreement Sept 24 To Aug 25 | $ 76,687.60 |
| Boss Fight Studio Llc | Prepaid Merchandise From Vendor 3419 | $ 328,422.04 |
| Canadian Goods And Services Tax Bond | Canadian Goods And Services Tax Bond | $ 1,300.00 |
| Circana, Llc | Prepaid Balance On Service/License Agreement 11/24 To 4-25 | $ 19,890.06 |
| Cleo Communications | Prepaid Balance On Service/License Agreement 11/01/22-10/31/25 | $ 15,611.24 |
| Dematic Corp. | Prepaid Balance On Service/License Agreement August 24 To July 25 | $ 26,141.42 |
| Fanwraps Inc | Prepaid Merchandise From Vendor 3150 | $ 68,900.00 |
| Fine Collectibles Corp (Ach) | Prepaid Merchandise From Vendor 3551 | $ 40,420.78 |
| Flat River Group, Llc Prepay On Po# 352868 | Prepaid Merchandise 18265 | $ 478.80 |
| Flat River Group, Llc Prepay On Po# 358688 | Prepaid Merchandise 18265 | $ 191.10 |
| Flat River Group, Llc Prepay On Po# 359562 | Prepaid Merchandise 18265 | $ 6,965.30 |
| Flat River Group, Llc Prepay On Po# 359823 | Prepaid Merchandise 18265 | $ 158.76 |
| Flat River Group, Llc Prepay On Po# 359886 | Prepaid Merchandise 18265 | $ 997.92 |
| Flying Frog Productions, Llc Prepay On Po# 360165 | Prepaid Merchandise 2820 | $ 143.88 |
| Funko Llc | Prepaid Merchandise From Vendor 4552 | $ 1,299.60 |
| Gama Expo | Prepayment Related To Gama Expo, February 2025 | $ 346.96 |
| Gama Expo | Prepayment Related To Gama Expo, February 2025 | $ 1,205.69 |
| Gatheres' Tavern Pte Ltd Wire | Prepaid Merchandise From Vendor 3702 | $ 97,910.00 |
| Gencon Trade Show | Prepayment For July 2025 | $ 1,228.00 |
| Good Smile Company | Prepaid Merchandise From Vendor 6817 | $ 1,013,105.48 |
| Gtm Magazine | Prepayment On Postage (To Be Used Later In January 2025) | $ 5,270.79 |
| Guangdong Pinqi Culture & Tec | Prepaid Merchandise From Vendor 3717 | $ 6,649.50 |
| Hasbro Inc-Di | Prepaid Merchandise From Vendor 667Int | $ 51,019.20 |
| Insight Direct Usa, Inc. | Prepaid Balance On Service/License Agreement April 24 To March 25 | $ 5,996.98 |
| Ion Game Design (Ionized Game Design Ab) Po# 348853 | Prepaid Merchandise 120986 | $ 44.00 |
| January Previews | Prepayment (To Be Received By The End Of January) | $ 70,000.00 |
| Kaiyodo Co., Ltd | Prepaid Merchandise From Vendor 4673 | $ 181,968.00 |
| Kieren Consulting (Dba Golden Goose) Po# | Prepaid Merchandise 122092 | $ 13,789.34 |
| Kieren Consulting (Dba Golden Goose) Prepay On Po# | Prepaid Merchandise 122092 | $ 6,472.42 |
| Konami Digital Ent Inc Prepay On Po# 357044 | Prepaid Merchandise 4545 | $ 1,211.54 |
| Konami Digital Ent Inc Prepay On Po# 357046 | Prepaid Merchandise 4545 | $ 1,294.54 |
| Konami Digital Ent Inc Prepay On Po# 357443 | Prepaid Merchandise 4545 | $ 26,451.53 |
| Konami Digital Ent Inc Prepay On Po# 357444 | Prepaid Merchandise 4545 | $ 19,237.48 |
| Konami Digital Ent Inc Prepay On Po# 358634 | Prepaid Merchandise 4545 | $ 19,838.65 |

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent.**

| Holder of Prepayment | Description | Current Value of Debtor's Interest |
|---|---|---|
| Konami Digital Ent Inc Prepay On Po# 358635 | Prepaid Merchandise 4545 | $ 16,832.79 |
| Konami Digital Ent Inc Prepay On Po# 358636 | Prepaid Merchandise 4545 | $ 22,243.33 |
| Konami Digital Ent Inc Prepay On Po# 358637 | Prepaid Merchandise 4545 | $ 31,260.90 |
| Konami Digital Ent Inc Prepay On Po#3 357445 | Prepaid Merchandise 4545 | $ 22,243.33 |
| Kotobukiya Co., Ltd | Prepaid Merchandise From Vendor 4898 | $ 28,232.38 |
| Looney Labs Po#359913 | Prepaid Merchandise 4860 | $ 1,362.00 |
| Mainline Information Systems | Prepaid Balance On Service/License Agreement March 24 To Feb 25 | $ 1,865.75 |
| Mattel Brands | Prepaid Merchandise From Vendor 10034 | $ 3,300.00 |
| Medicom Toy Corporation | Prepaid Merchandise From Vendor 4239 | $ 1,867.20 |
| Megahouse Corporation | Prepaid Merchandise From Vendor 1903 | $ 7,742.40 |
| Mego Corporation | Prepaid Merchandise From Vendor 3547 | $ 7,250.00 |
| Mezco Toyz Llc | Prepaid Merchandise From Vendor 4830Op | $ 216,467.50 |
| Multitech, Co | Prepaid Merchandise From Vendor 3220Op | $ 16,869.12 |
| Newson International Ltd | Prepaid Merchandise From Vendor 3595 | $ 6,969.60 |
| Oneadvanced Inc | Prepaid Balance On Service/License Agreement 3/2024 To 4/2025 | $ 12,923.96 |
| Pegasus Spiele North America Corporation Po#360189 | Prepaid Merchandise 119731 | $ 728.96 |
| Penguin Random House Llc | Prepayment On Future Product Shipment From Vendor 235 | $ 527,319.30 |
| Play Monster Llc Po#360667 | Prepaid Merchandise 50948 | $ 1,608.00 |
| Play Monster Llc Po#360668 | Prepaid Merchandise 50948 | $ 576.00 |
| Playmates Toys Inc. | Prepaid Merchandise From Vendor 222D | $ 32,479.00 |
| R & R Games Po#360318 | Prepaid Merchandise 6260 | $ 6.84 |
| R & R Games Prepaid Po#360613 | Prepaid Merchandise 6260 | $ 948.24 |
| Second Sight Publishing | Prepaid Merchandise From Vendor 3585 | $ 7,900.16 |
| Star Ace Toys Limited | Prepaid Merchandise From Vendor 3220 | $ 96,816.79 |
| Super 7 | Prepaid Merchandise From Vendor 5577A | $ 6,876.00 |
| System Source | Prepaid Balance On Service/License Agreement Feb 2024 To Jan 2025 | $ 368.35 |
| Threezero (Hong Kong) Ltd | Prepaid Merchandise From Vendor 11562 | $ 153,447.40 |
| Tohan Corporation | Prepaid Merchandise From Vendor 7819 | $ 8,181.48 |
| Toy Fair | Prepayment March 2025 | $ 698.63 |
| Toy Fair | Prepayment March 2025 | $ 9,375.00 |
| Toynami Inc | Prepaid Merchandise From Vendor 4522 | $ 1,536.00 |
| Unknown | Prepaid Business Insurance 4/1/2024 To 03/31/25 Policy Period | $ 9,815.18 |
| Unknown | Prepaid Business Insurance 4/1/2024 To 03/31/25 Policy Period | $ 66,053.81 |
| Unknown | Prepaid Business Insurance 4/1/2024 To 03/31/25 Policy Period , 77 Days (1-14-25 To 3-31-25) Remaining | $ 117,035.77 |
| Ventures Trading (Shanghai) Co | Prepaid Merchandise From Vendor 12601 | $ 208,700.00 |
| Xtuple Software | Prepaid Balance On Service/License Agreement - 7/2024 To 6/2025 | $ 62,719.06 |
| **Grand Total** | | **$ 4,039,903.96** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 5, QUESTION 21

FINISHED GOODS, INCLUDING GOODS HELD FOR
RESALE

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 21. Finished goods, including goods held for resale**

| General Description | Date of the Last Physical Inventory | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Accessories - AGD | Cycle Counts Are Used And Performed Daily | $ 3,411.11 | Net Book Value | $ 3,411.11 |
| Accessories Mats Maps Markers - AGD | Cycle Counts Are Used And Performed Daily | $ 32,582.99 | Net Book Value | $ 32,582.99 |
| Board Game Accessories - AGD | Cycle Counts Are Used And Performed Daily | $ 15,477.58 | Net Book Value | $ 15,477.58 |
| Board Game - AGD | Cycle Counts Are Used And Performed Daily | $ 616,645.21 | Net Book Value | $ 616,645.21 |
| Books - Graphic Novels - DCD | Cycle Counts Are Used And Performed Daily | $ 4,340,975.65 | Net Book Value | $ 4,340,975.65 |
| Books - Novels/SF/Horror - DCD | Cycle Counts Are Used And Performed Daily | $ 859,703.44 | Net Book Value | $ 859,703.44 |
| Card Product - DCD | Cycle Counts Are Used And Performed Daily | $ 58,848.76 | Net Book Value | $ 58,848.76 |
| Carded Figures (Cases)  - UV Protected - CGA | N/A | $ 5,130.00 | Net Book Value | $ 5,130.00 |
| Carded Figures (Cases) - Non UV - CGA | N/A | $ 6,488.00 | Net Book Value | $ 6,488.00 |
| Clothing & Apparel - DCD | Cycle Counts Are Used And Performed Daily | $ 9,609.27 | Net Book Value | $ 9,609.27 |
| Collectible Card Game - AGD | Cycle Counts Are Used And Performed Daily | $ 3,901,491.56 | Net Book Value | $ 3,901,491.56 |
| Collectible Card Game Accessories - AGD | Cycle Counts Are Used And Performed Daily | $ 4,183.32 | Net Book Value | $ 4,183.32 |
| Collectible Card Game Albums - AGD | Cycle Counts Are Used And Performed Daily | $ 24,803.56 | Net Book Value | $ 24,803.56 |
| Collectible Card Game Deck Boxes - AGD | Cycle Counts Are Used And Performed Daily | $ 65,354.69 | Net Book Value | $ 65,354.69 |
| Collectible Card Game Mats - AGD | Cycle Counts Are Used And Performed Daily | $ 29,181.29 | Net Book Value | $ 29,181.29 |
| Collectible Card Game Sleeves - AGD | Cycle Counts Are Used And Performed Daily | $ 743,822.00 | Net Book Value | $ 743,822.00 |
| Comic Accessories - AGD | Cycle Counts Are Used And Performed Daily | $ 9,801.99 | Net Book Value | $ 9,801.99 |
| Comics - DCD | Cycle Counts Are Used And Performed Daily | $ 1,499,669.53 | Net Book Value | $ 1,499,669.53 |
| Deck Building Games - AGD | Cycle Counts Are Used And Performed Daily | $ 67,770.63 | Net Book Value | $ 67,770.63 |
| Diamond Publications - DCD | Cycle Counts Are Used And Performed Daily | $ 28,990.64 | Net Book Value | $ 28,990.64 |
| Dice - AGD | Cycle Counts Are Used And Performed Daily | $ 392,457.25 | Net Book Value | $ 392,457.25 |
| Dice Accessories - AGD | Cycle Counts Are Used And Performed Daily | $ 39,195.97 | Net Book Value | $ 39,195.97 |
| Figures/Sets (No UV Protection) - CGA | N/A | $ 9,416.00 | Net Book Value | $ 9,416.00 |
| Figures/Sets (UV Protection) - CGA | N/A | $ 6,930.00 | Net Book Value | $ 6,930.00 |
| Games - DCD | Cycle Counts Are Used And Performed Daily | $ 263,461.30 | Net Book Value | $ 263,461.30 |
| Hobby Painting Accessories - AGD | Cycle Counts Are Used And Performed Daily | $ 725.10 | Net Book Value | $ 725.10 |
| Hobby Paints and Sprays - AGD | Cycle Counts Are Used And Performed Daily | $ 151,062.02 | Net Book Value | $ 151,062.02 |
| Hobby Tools Brushes Glues Basing - AGD | Cycle Counts Are Used And Performed Daily | $ 22,084.67 | Net Book Value | $ 22,084.67 |
| Magazines - AGD | Cycle Counts Are Used And Performed Daily | $ 176.44 | Net Book Value | $ 176.44 |
| Magazines - DCD | Cycle Counts Are Used And Performed Daily | $ 48,338.53 | Net Book Value | $ 48,338.53 |
| Marketing - Services Provided - AGD | Cycle Counts Are Used And Performed Daily | $ 5,471.93 | Net Book Value | $ 5,471.93 |
| Model Kits - AGD | Cycle Counts Are Used And Performed Daily | $ 84,734.78 | Net Book Value | $ 84,734.78 |
| Non-Collectible Card Games - AGD | Cycle Counts Are Used And Performed Daily | $ 230,856.28 | Net Book Value | $ 230,856.28 |
| Novels - AGD | Cycle Counts Are Used And Performed Daily | $ 4,304.84 | Net Book Value | $ 4,304.84 |
| Novelties - Comic - DCD | Cycle Counts Are Used And Performed Daily | $ 33,458.29 | Net Book Value | $ 33,458.29 |
| Novelties - Non Comic - DCD | Cycle Counts Are Used And Performed Daily | $ 325,931.48 | Net Book Value | $ 325,931.48 |
| Other - CGA | N/A | $ 8,728.00 | Net Book Value | $ 8,728.00 |
| Other UV Protection - CGA | N/A | $ 5,190.00 | Net Book Value | $ 5,190.00 |
| Plush - AGD | Cycle Counts Are Used And Performed Daily | $ 14,942.06 | Net Book Value | $ 14,942.06 |
| Posters Prints Portfolios - DCD | Cycle Counts Are Used And Performed Daily | $ 5,264.34 | Net Book Value | $ 5,264.34 |
| Puzzles - AGD | Cycle Counts Are Used And Performed Daily | $ 4,715.31 | Net Book Value | $ 4,715.31 |
| Retailers Sales Tools - DCD | Cycle Counts Are Used And Performed Daily | $ 53,650.64 | Net Book Value | $ 53,650.64 |
| Supplies - Cards - DCD | Cycle Counts Are Used And Performed Daily | $ 402,176.17 | Net Book Value | $ 402,176.17 |
| Supplies - Comic - DCD | Cycle Counts Are Used And Performed Daily | $ 1,537,217.84 | Net Book Value | $ 1,537,217.84 |
| Tabletop Miniature Accessories - AGD | Cycle Counts Are Used And Performed Daily | $ 6,118.91 | Net Book Value | $ 6,118.91 |
| Tabletop Miniature Games - AGD | Cycle Counts Are Used And Performed Daily | $ 1,674,071.21 | Net Book Value | $ 1,674,071.21 |
| Tabletop Miniature Terrain - AGD | Cycle Counts Are Used And Performed Daily | $ 72,048.27 | Net Book Value | $ 72,048.27 |
| Tabletop Role Playing Game Accessories - AGD | Cycle Counts Are Used And Performed Daily | $ 41,502.39 | Net Book Value | $ 41,502.39 |
| Tabletop Role Playing Game Miniatures - AGD | Cycle Counts Are Used And Performed Daily | $ 806,233.30 | Net Book Value | $ 806,233.30 |

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 21. Finished goods, including goods held for resale**

| General Description | Date of the Last Physical Inventory | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Tabletop Role Playing Games - AGD | Cycle Counts Are Used And Performed Daily | $        622,048.03 | Net Book Value | $        622,048.03 |
| Toys & Models - DCD | Cycle Counts Are Used And Performed Daily | $     6,966,783.69 | Net Book Value | $     6,966,783.69 |
| Toys and Collectible - AGD | Cycle Counts Are Used And Performed Daily | $          78,849.50 | Net Book Value | $          78,849.50 |
| Video Game Protectors (Non UV) - CGA | N/A | $            6,872.00 | Net Book Value | $            6,872.00 |
| Video Game Protectors (UV) - CGA | N/A | $            9,360.00 | Net Book Value | $            9,360.00 |
| **Grand Total** | | **$     26,258,317.76** | | **$     26,258,317.76** |

# SCHEDULES OF ASSETS AND LIABILITIES

### EXHIBIT FOR SCHEDULE AB

### PART 7, QUESTION 39

### OFFICE FURNITURE

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 39. Office furniture**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Black Leather Sofa - MD | $ - | Straight Line Depreciation | $ - |
| Carpet & Base For Back Room - IN | $ - | Straight Line Depreciation | $ - |
| Chris Powel Office Furniture - MD | $ - | Straight Line Depreciation | $ - |
| Cubicles & Installation - Home Office - MD | $ - | Straight Line Depreciation | $ - |
| Desk (LT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk (LT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk (LT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk (LT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk (LT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk (LT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk (LT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk (RT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk (RT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk (RT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk (RT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk (RT Ped) - MD | $ - | Straight Line Depreciation | $ - |
| Desk 36X72 - MD | $ - | Straight Line Depreciation | $ - |
| Double Pedestal Desk (No Retunr) - MD | $ - | Straight Line Depreciation | $ - |
| Exec. VP Office Furniture - MD | $ - | Straight Line Depreciation | $ - |
| Executive Conference Table - MD | $ - | Straight Line Depreciation | $ - |
| Executive Conference Table - MD | $ - | Straight Line Depreciation | $ - |
| Lobby Conference Room Furniture - MD | $ - | Straight Line Depreciation | $ - |
| New Building - Materials - GA | $ 992.40 | Straight Line Depreciation | $ 992.40 |
| New Desk - VP Of Marketing - MD | $ 589.83 | Straight Line Depreciation | $ 589.83 |
| Office Furniture - IN | $ - | Straight Line Depreciation | $ - |
| Office Furniture - IN | $ - | Straight Line Depreciation | $ - |
| Office Furniture - V.P. Finance - MD | $ - | Straight Line Depreciation | $ - |
| Office Furniture - V.P. Operations - MD | $ - | Straight Line Depreciation | $ - |
| Office Furniture - V.P. Purchasing - MD | $ - | Straight Line Depreciation | $ - |
| Office Furniture (Chris Powel) - MD | $ - | Straight Line Depreciation | $ - |
| Shelves - IN | $ - | Straight Line Depreciation | $ - |
| Shelving & Modern Storage Equipment - CA | $ - | Straight Line Depreciation | $ - |
| Stair Chair Model 59-T - MD | $ - | Straight Line Depreciation | $ - |
| **Grand Total** | **$ 1,582.23** | **Straight Line Depreciation** | **$ 1,582.23** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 7, QUESTION 40

OFFICE FIXTURE

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 40. Office fixtures**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Additions To New Booth For Trade Shows - MS | $ - | Straight Line Depreciation | $ - |
| APC Server Cabinet - MD | $ - | Straight Line Depreciation | $ - |
| Cherry Book Cases- Purchasing - MD | $ - | Straight Line Depreciation | $ - |
| Cherry Book Cases- Purchasing - MD | $ - | Straight Line Depreciation | $ - |
| Display Case For Lobby (1 Of 2) - MD | $ - | Straight Line Depreciation | $ - |
| Display Case For Lobby (2 Of 2) - MD | $ - | Straight Line Depreciation | $ - |
| Equipment Case - Chris P - MD | $ - | Straight Line Depreciation | $ - |
| Lateral Filing Cabinet - MD | $ - | Straight Line Depreciation | $ - |
| Movable Shelving For Customer Service - MD | $ - | Straight Line Depreciation | $ - |
| Riveter Shelving Sections - MD | $ - | Straight Line Depreciation | $ - |
| Riveter Shelving Sections - MD | $ - | Straight Line Depreciation | $ - |
| Shelving For Sapphire Studios - MD | $ 798.80 | Straight Line Depreciation | $ 798.80 |
| Slatwall (Movable) - Belmont Conference Room) - MD | $ - | Straight Line Depreciation | $ - |
| Trade Show Booth Addition - MD | $ - | Straight Line Depreciation | $ - |
| Trade Show Booth Addition - MS | $ - | Straight Line Depreciation | $ - |
| Used Tradeshow Booth - MD | $ - | Straight Line Depreciation | $ - |
| **Grand Total** | **$ 798.80** | **Straight Line Depreciation** | **$ 798.80** |

SCHEDULES OF ASSETS AND LIABILITIES


EXHIBIT FOR SCHEDULE AB

PART 7, QUESTION 41

OFFICE EQUIPMENT, INCLUDING ALL COMPUTER
EQUIPMENT AND COMMUNICATION SYSTEMS
EQUIPMENT AND SOFTWARE

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| 1 HP Printer P4515N Laserjet - MS | $        - | Straight Line Depreciation | $        - |
| 1 Zebra ZT41043 T310000Z Printer Serial #18J44205538 - MD | $        - | Straight Line Depreciation | $        - |
| 12 Security Cameras Plus Mounting Hardware And Installation - MD | $        - | Straight Line Depreciation | $        - |
| 15 Tecton RF Handhelds - MS | $        - | Straight Line Depreciation | $        - |
| 150Kw Diesel Generator & Installation - MD | $        - | Straight Line Depreciation | $        - |
| 2 8Gb QLogic Host Bus Adaptors For DCDTIMSQLSV2 - MD | $        - | Straight Line Depreciation | $        - |
| 2 Catalyst 3750 48 Port - MD | $        - | Straight Line Depreciation | $        - |
| 2 Catalyst 6500 Supervisor 720 10GE - MD | $        - | Straight Line Depreciation | $        - |
| 2 Cisco Air CT5508 Up To 100 Access Point Wireless Controllers - MD | $        - | Straight Line Depreciation | $        - |
| 2 Cisco Air-CT5508 Wireless Controllers (Up To 100 Access Points) - MS | $        - | Straight Line Depreciation | $        - |
| 2 Cisco Air-CT5508 Wireless Controllers (Up To 55 Access Points) - MS | $        - | Straight Line Depreciation | $        - |
| 2 Cisco Air-CT5508 Wireless Controllers (Up To 55 Access Points) - MS | $        - | Straight Line Depreciation | $        - |
| 2 Cisco WS-6708 - 10GE Modules - MD | $        - | Straight Line Depreciation | $        - |
| 2 Large AC Units For Home Office Server Room (Movable) - MD | $        - | Straight Line Depreciation | $        - |
| 2 Metal Doors - MS | $        - | Straight Line Depreciation | $        - |
| 2 Tecton RF Handhelds - MS | $        - | Straight Line Depreciation | $        - |
| 2 Tecton RF Handhelds - MS | $        - | Straight Line Depreciation | $        - |
| 20 Catalyst 3750 48 Port Switches - MD | $        - | Straight Line Depreciation | $        - |
| 20 Tecton Handheld Computers - MS | $        - | Straight Line Depreciation | $        - |
| 20X40 Stationary Canopy - MS | $        - | Straight Line Depreciation | $        - |
| 3 Networking Data Cabbinets - MS | $        - | Straight Line Depreciation | $        - |
| 4 Cisco 3750G 48 Port - MD | $        - | Straight Line Depreciation | $        - |
| 4 Tecton Handheld Computers - MS | $        - | Straight Line Depreciation | $        - |
| 40 Fluorescent Lights And Installation. Installation Of Conduit And Wire. - MS | $        - | Straight Line Depreciation | $        - |
| 6 Pairs Of Folding Gates - MS | $        - | Straight Line Depreciation | $        - |
| 72" Stack-On Veneer - MD | $        - | Straight Line Depreciation | $        - |
| 8 Used APC Equipment Rack - MD | $        - | Straight Line Depreciation | $        - |
| Addition To Asset # 5451 - Travel Expense For Installation Of Security Cameras - MS | $        - | Straight Line Depreciation | $        - |
| Additional Memory For Server - East - PA | $        - | Straight Line Depreciation | $        - |
| Airaya PTP GHZ Bridge Kit - MD | $        - | Straight Line Depreciation | $        - |
| Aircenter Sm 7.5 (Air Compressor) - MS | $        - | Straight Line Depreciation | $        - |
| Alarm System Addition - Mezzanine #5 - MS | $        - | Straight Line Depreciation | $        - |
| All Star Communications Fiber Optic Cabling - IN | $        - | Straight Line Depreciation | $        - |
| APC Battery Backup System - MS | $        - | Straight Line Depreciation | $        - |
| APC Rack & Power Dist Strip For Server - East - PA | $        - | Straight Line Depreciation | $        - |
| APC Smart Ups (From Gem) - MD | $        - | Straight Line Depreciation | $        - |
| APC Smart-Ups 4Kw-5000 VA & Transformer West - CA | $        - | Straight Line Depreciation | $        - |
| APC Smart-Ups Srt 5000VA Rm - Ups - 4250 Watt - 5000VA For MW - IN | $        - | Straight Line Depreciation | $        - |
| Ark Security System - MD | $        - | Straight Line Depreciation | $        - |
| Ark Security System Software - MD | $        - | Straight Line Depreciation | $        - |
| Astra Voip Phone System - MD | $        - | Straight Line Depreciation | $        - |
| Axis 216MFD Network Camera - MS | $        - | Straight Line Depreciation | $        - |
| Axis 216MFD Network Camera - MS | $        - | Straight Line Depreciation | $        - |
| Barcode Scanner - Mark W (Panasonic FZ-NI) - MD | $        26.73 | Straight Line Depreciation | $        26.73 |
| Battery Backup: APC Smart Ups S/N: Sas1528135391 And APC Transformer S/N: Ap9626 - MS | $        - | Straight Line Depreciation | $        - |
| Battery Backup-APC Smart-Ups SW - TX | $        - | Straight Line Depreciation | $        - |
| Battery Backups - APC SUA5000RMT5U UPS, APC, Surt003 Step-Down - MW - IN | $        - | Straight Line Depreciation | $        - |
| Bectech Global Server - Home Office - MD | $        - | Straight Line Depreciation | $        - |
| Bectech Global Server X1 HPE DL360R10 - MD | $        - | Straight Line Depreciation | $        - |
| Bectech Global Server -X2 HPQ DL380R09 8SFF - MD | $        - | Straight Line Depreciation | $        - |
| Bectech Global Server -X2 HPQ DL380R09 8SFF - MD | $        - | Straight Line Depreciation | $        - |
| Bectech Global Server -X2 HPQ DL380R09 8SFF - MD | $        - | Straight Line Depreciation | $        - |
| Bectech Global Server -X2 HPQ DL380R09 8SFF - MD | $        - | Straight Line Depreciation | $        - |
| Bkueyonder 10 Voice Devices (TT-1010 A710X) - MS | $        21,623.50 | Straight Line Depreciation | $        21,623.50 |
| Bkueyonder 10 Voice Devices (TT-1010 A710X) - MS | $        23,053.71 | Straight Line Depreciation | $        23,053.71 |
| Bkueyonder Voice Device (A700 Series BT-91-4-100B) - MS | $        2,553.10 | Straight Line Depreciation | $        2,553.10 |
| Blackmagic Design Studio Camera (Comic Wow) - MD | $        - | Straight Line Depreciation | $        - |
| Blackmagic Design Studio Camera (Comic Wow) - MD | $        - | Straight Line Depreciation | $        - |

Diamond Comic Distributors, Inc.

Case No. 25-10308

Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Blackmagic Design Studio Camera (Comic Wow) - MD | $          - | Straight Line Depreciation | $          - |
| Blueyonder Handheld Picking Equipment - MS | $  22,195.37 | Straight Line Depreciation | $  22,195.37 |
| Cabinate For Server- APC Metered Rack, APC Netshelter Rack- MW - IN | $          - | Straight Line Depreciation | $          - |
| Cabling For New Work Stations Visalia Ca - CA | $          - | Straight Line Depreciation | $          - |
| Camera Equipment (Digital) - MD | $    2,447.11 | Straight Line Depreciation | $    2,447.11 |
| Catalyst 3750 48 Port 10/100/1000 Poe+Swith - IN | $          - | Straight Line Depreciation | $          - |
| Catalyst 3750 48 Port Switch & Wiring - MS | $          - | Straight Line Depreciation | $          - |
| Catalyst 6509E Switch (A&B-Ft. Wayne) - IN | $          - | Straight Line Depreciation | $          - |
| Cisco 24 Port Ethernet Switch - MS | $          - | Straight Line Depreciation | $          - |
| Cisco 24 Port Ethernet Switch - MS | $          - | Straight Line Depreciation | $          - |
| Cisco 24 Port Ethernet Switch - MS | $          - | Straight Line Depreciation | $          - |
| Cisco 24 Port Ethernet Switch - MS | $          - | Straight Line Depreciation | $          - |
| Cisco 24 Port Ethernet Switch - MS | $          - | Straight Line Depreciation | $          - |
| Cisco 24 Port Ethernet Switch - MS | $          - | Straight Line Depreciation | $          - |
| Cisco 24 Port Ethernet Switch - MS | $          - | Straight Line Depreciation | $          - |
| Cisco 24 Port Ethernet Switch - MS | $          - | Straight Line Depreciation | $          - |
| Cisco 24 Port Ethernet Switch - MS | $          - | Straight Line Depreciation | $          - |
| Cisco 4507R-E 48 Port (Server Room) - MD | $          - | Straight Line Depreciation | $          - |
| Cisco 4507R-E 48 Port (Server Room) - MD | $          - | Straight Line Depreciation | $          - |
| Cisco 4507R-E 48 Port (Server Room) - MD | $          - | Straight Line Depreciation | $          - |
| Cisco 4507R-E 48 Port (Server Room) - MD | $          - | Straight Line Depreciation | $          - |
| Cisco 4507R-E Network Switch - MD | $          - | Straight Line Depreciation | $          - |
| Cisco 6509 Switch - MS | $          - | Straight Line Depreciation | $          - |
| Cisco Air CT5508 Controller - MD | $          - | Straight Line Depreciation | $          - |
| Cisco Air-CT5508-05-K9 5500 Series Wireless Controller - SW - TX | $          - | Straight Line Depreciation | $          - |
| Cisco Air-CT5508-50-K9 Wireless Cont West - CA | $          - | Straight Line Depreciation | $          - |
| Cisco Air-CT5508-50-K9 Wireless Cont. MW Ft. Wayne - IN | $          - | Straight Line Depreciation | $          - |
| Cisco Asa 5540 - MD | $          - | Straight Line Depreciation | $          - |
| Cisco Ethernet Switches, Cisco Wireless Access Ponts, Fiber Points - MS | $          - | Straight Line Depreciation | $          - |
| Cisco Ethernet Switches, Wireless Accress Points, Fiber Points - MS | $          - | Straight Line Depreciation | $          - |
| Cisco Redundant Chassis, AC Pwr Supply, Supervisor V Module, Poe Card - West - CA | $          - | Straight Line Depreciation | $          - |
| Cisco Switch Chassis, Module, Power Supply, And Wireless Controllers - MS | $          - | Straight Line Depreciation | $          - |
| Cisco Switch Chassis, Module, Power Supply, And Wireless Controllers - MS | $          - | Straight Line Depreciation | $          - |
| Cisco W-S X6148A - MS | $          - | Straight Line Depreciation | $          - |
| Closed Condenza Veneer - MD | $          - | Straight Line Depreciation | $          - |
| Cobal Iron Backup/Storage System - MD | $ 117,942.21 | Straight Line Depreciation | $ 117,942.21 |
| Comic Wow Live Stream Production Switcher (HD550 4K) - MD | $          - | Straight Line Depreciation | $          - |
| Computer Equipment For Office - GA | $      571.32 | Straight Line Depreciation | $      571.32 |
| Computer Hard Drive Destroyer (Physical Destroyer) - MD | $          - | Straight Line Depreciation | $          - |
| Copier - A4, Savin MP301SPF SW - TX | $          - | Straight Line Depreciation | $          - |
| Copier, Savin MP2555SP - East - PA | $          - | Straight Line Depreciation | $          - |
| Copier, Savin MP2555SP - West - CA | $          - | Straight Line Depreciation | $          - |
| CVN21Q Copier, Savin MP3054SP 3054P - IN | $          - | Straight Line Depreciation | $          - |
| CVNa A4 Savin MP301SPF Printer, Network And Fax Protection, And Toner - MD | $          - | Straight Line Depreciation | $          - |
| Data Cables - (Cat 5) Movable - MS | $          - | Straight Line Depreciation | $          - |
| DB-Intergrate Product Server License (Transoft) - MD | $          - | Straight Line Depreciation | $          - |
| Dematic Picking System (Software) - MS | $  72,298.52 | Straight Line Depreciation | $  72,298.52 |
| Executive Lunch Room Refrigerator - MD | $          - | Straight Line Depreciation | $          - |
| Fence 742' Of Wire 12' Ware(House Fence), 12 Gates - MS | $          - | Straight Line Depreciation | $          - |
| Fence And Gates - MS | $          - | Straight Line Depreciation | $          - |
| Fire Alarm Additions (Polk Mezzanie) - MS | $          - | Straight Line Depreciation | $          - |
| Fire Alarm New Mezzanine - MS | $          - | Straight Line Depreciation | $          - |
| Fire Alarm Panel Addition - MS | $          - | Straight Line Depreciation | $          - |
| Gearbox & Motor For OB Fan - MS | $          - | Straight Line Depreciation | $          - |
| Handheld Computer, Battery, And Protective Case - MS | $          - | Straight Line Depreciation | $          - |
| Handheld Computer, Battery, And Protective Case - MS | $          - | Straight Line Depreciation | $          - |
| Handheld Computer, Battery, And Protective Case - MS | $          - | Straight Line Depreciation | $          - |
| Handheld Computer, Battery, And Protective Case - MS | $          - | Straight Line Depreciation | $          - |
| Handheld Computer, Battery, And Protective Case - MS | $          - | Straight Line Depreciation | $          - |

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Handheld Computer, Battery, And Protective Case - MS | $ - | Straight Line Depreciation | $ - |
| Home OFC 3Rd Floor Security - MD | $ 3,665.40 | Straight Line Depreciation | $ 3,665.40 |
| Home Office Ice Maker - MD | $ - | Straight Line Depreciation | $ - |
| HP Color Laserjet 3700N - MD | $ - | Straight Line Depreciation | $ - |
| HP Color Laserjet M750Dn Printer (Serial # Cndchd60Z9) - MD | $ - | Straight Line Depreciation | $ - |
| HP Color Lasterjet M750 Printer - MD | $ - | Straight Line Depreciation | $ - |
| HP DL - 360 GP Server - MD | $ - | Straight Line Depreciation | $ - |
| HP DL - 360 GP Server - MD | $ - | Straight Line Depreciation | $ - |
| HP DL - 360 GP Server - MD | $ - | Straight Line Depreciation | $ - |
| HP DL 360 G9 Server - MD | $ - | Straight Line Depreciation | $ - |
| HP DL 360 G9 Server - MD | $ - | Straight Line Depreciation | $ - |
| HP DL 360 G9 Server - MD | $ - | Straight Line Depreciation | $ - |
| HP DL 360 G9 Server - MD | $ - | Straight Line Depreciation | $ - |
| HP DL 360 G9 Server - MD | $ - | Straight Line Depreciation | $ - |
| HP DL360 Gen 8 Server - MD | $ - | Straight Line Depreciation | $ - |
| HP DL360 Gen 8 Server (From Gem) - MD | $ - | Straight Line Depreciation | $ - |
| HP DL360R 8 Core Server - MD | $ - | Straight Line Depreciation | $ - |
| HP Elitebook I7 Laptop - MS | $ - | Straight Line Depreciation | $ - |
| HP Elitebook Iy Quad Core Laptop - MD | $ - | Straight Line Depreciation | $ - |
| HP Laserjet Ent 600 M60 Printer (OB Line Printer) - MD | $ - | Straight Line Depreciation | $ - |
| HP LJ 602DN Printer - MS | $ - | Straight Line Depreciation | $ - |
| HP P3015N Laserjet Printer (HR Dept) - MD | $ - | Straight Line Depreciation | $ - |
| HP P4515N Lazerjet Printer - MS | $ - | Straight Line Depreciation | $ - |
| HP Pos Customer Demo Machine - Eric B - MD | $ - | Straight Line Depreciation | $ - |
| HP Proliant DL 360 Sever - MD | $ 988.80 | Straight Line Depreciation | $ 988.80 |
| HP Proliant DL 360 Sever - MD | $ 988.80 | Straight Line Depreciation | $ 988.80 |
| HP Proliant DL380 Gen 7 Server Dual X 5690 Processors - MD | $ - | Straight Line Depreciation | $ - |
| HP Proliant DL380 Gen 7 Server Dual X 5690 Processors - MD | $ - | Straight Line Depreciation | $ - |
| HP Proliant Server, Processor, And Accessories - MS | $ - | Straight Line Depreciation | $ - |
| HP Remote Access Kit, HP KVM Console Switch, KVM Console LCD8500, 2 Keyboards - MS | $ - | Straight Line Depreciation | $ - |
| HP Scanjet N8460 Printer - MS | $ - | Straight Line Depreciation | $ - |
| HP Server, Processor, And Hard Drives - MS | $ - | Straight Line Depreciation | $ - |
| HP Server, Processor, And Hard Drives - MS | $ - | Straight Line Depreciation | $ - |
| HP Z6200 42' Banner Printer - MD | $ - | Straight Line Depreciation | $ - |
| HPE DL360Ron Server (Bectech) - MD | $ - | Straight Line Depreciation | $ - |
| HPE LCD8500-KVM Console - Keyboard, Video, Mouse System For Server - MW - IN | $ - | Straight Line Depreciation | $ - |
| HPE Proliant DL380 Server - MD | $ 1,802.00 | Straight Line Depreciation | $ 1,802.00 |
| HPE Proliant DL380 Sever - MD | $ 1,802.00 | Straight Line Depreciation | $ 1,802.00 |
| HPE Proliant Microserver Gen 10 - MD | $ 354.89 | Straight Line Depreciation | $ 354.89 |
| HPE Server - MD | $ - | Straight Line Depreciation | $ - |
| HPE Server With Battery Backup System - MS | $ - | Straight Line Depreciation | $ - |
| Hyper V Server -Hardware Expansion - MD | $ - | Straight Line Depreciation | $ - |
| Hyper V Server -Software Expansion - MD | $ - | Straight Line Depreciation | $ - |

Diamond Comic Distributors, Inc.
Case No. 25-10308
Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| I7 6800K High End PC Build - MD | $ - | Straight Line Depreciation | $ - |
| IBM AIX Standard 7.1 Software - MD | $ - | Straight Line Depreciation | $ - |
| IBM Flash System 5200 - MD | $ 11,392.32 | Straight Line Depreciation | $ 11,392.32 |
| IBM Flashsystem 5200 - MD | $ 3,690.96 | Straight Line Depreciation | $ 3,690.96 |
| IBM Flashsystem 7300 - MD | $ 49,327.31 | Straight Line Depreciation | $ 49,327.31 |
| IBM Hyper V Host Server 1 - MD | $ - | Straight Line Depreciation | $ - |
| IBM Hyper V Host Server 2 - MD | $ - | Straight Line Depreciation | $ - |
| IBM Hyper V Host Server 3 - MD | $ - | Straight Line Depreciation | $ - |
| IBM Hyper V Host Server 4 - MD | $ - | Straight Line Depreciation | $ - |
| IBM Mainline (Hos) Server - MD | $ - | Straight Line Depreciation | $ - |
| IBM Mainline Server (Hos) Software - MD | $ - | Straight Line Depreciation | $ - |
| IBM San Expansion/Upgrade - MS | $ - | Straight Line Depreciation | $ - |
| IBM San248-5 - MD | $ 1,007.24 | Straight Line Depreciation | $ 1,007.24 |
| IBM Storewise Expansion - MD | $ 761.84 | Straight Line Depreciation | $ 761.84 |
| IBM Storewize Hardware Expansion - MS | $ - | Straight Line Depreciation | $ - |
| IBM Storewize Software Expansion - MS | $ - | Straight Line Depreciation | $ - |
| IBM V7000 Server Expansion (Dematic Related) - MS | $ - | Straight Line Depreciation | $ - |
| IBM V7000 Software Expansion (Dematic Related) - MS | $ - | Straight Line Depreciation | $ - |
| Installation Of Networking/Server Equipment - York Rd Home Office - MD | $ - | Straight Line Depreciation | $ - |
| Intel Xeon Server (HPE) - MS | $ 4,290.92 | Straight Line Depreciation | $ 4,290.92 |
| Intel Xeon Server (HPE) - MS | $ 4,290.92 | Straight Line Depreciation | $ 4,290.92 |
| Intel Xeon Server (HPE) - MS | $ 5,276.34 | Straight Line Depreciation | $ 5,276.34 |
| Intel Xeon Server (HPE) - MS | $ 5,276.34 | Straight Line Depreciation | $ 5,276.34 |
| Kyocera Taskalfa 7002 Printer/Copier - MS | $ - | Straight Line Depreciation | $ - |
| Label Printer - Zebra ZT400 Monochorome - IN | $ - | Straight Line Depreciation | $ - |
| Label Printer - Zebra ZT400 Series410 - South - TX | $ - | Straight Line Depreciation | $ - |
| Label Printers/Paper/Equipment - Invoice #332902 - GA | $ 3,866.37 | Straight Line Depreciation | $ 3,866.37 |
| Laptop OB It Support Department - MS | $ - | Straight Line Depreciation | $ - |
| Letter Opener (Geppi Mail Room) - MD | $ - | Straight Line Depreciation | $ - |
| Mainline 9009 Model 41G Server - MD | $ 12,152.91 | Straight Line Depreciation | $ 12,152.91 |
| Mainline Lenovo X3550 Server - MS | $ - | Straight Line Depreciation | $ - |
| Mainline Server Enclosure - MS | $ - | Straight Line Depreciation | $ - |
| Mainline TSM Server Medium - X 3650 M5 - MD | $ - | Straight Line Depreciation | $ - |
| Mainline TSM Server Medium - X 3650 M5 - MS | $ - | Straight Line Depreciation | $ - |
| Memory And CPU Upgrade To Server - MD | $ - | Straight Line Depreciation | $ - |
| Metal Detector (820 Crosspiece) - MS | $ - | Straight Line Depreciation | $ - |
| Metal Detector (PMD - 2/PTZ - Used Demo) - MS | $ - | Straight Line Depreciation | $ - |
| Microsoft Surface Book I7 Laptop - Mark Winsor - MD | $ - | Straight Line Depreciation | $ - |
| Microsoft Surface Pro 4 - MD | $ - | Straight Line Depreciation | $ - |
| Microsoft Surface Pro 4 - MD | $ - | Straight Line Depreciation | $ - |
| Microsoft Surface Pro 4 13.5 Inch I7 6600U - (Dave L) - MD | $ - | Straight Line Depreciation | $ - |
| Microsoft Surface Pro 4 13.5 Inch I7 6600U - MD | $ - | Straight Line Depreciation | $ - |
| Microsoft Surface Pro 4 13.5 Inch I7 6600U - MD | $ - | Straight Line Depreciation | $ - |
| Movable File System - MD | $ - | Straight Line Depreciation | $ - |
| Movable File System - MD | $ - | Straight Line Depreciation | $ - |
| Movable Sign - Polk - MS | $ - | Straight Line Depreciation | $ - |
| MS Surface Book 2 I7 15" Screen Laptop - MD | $ - | Straight Line Depreciation | $ - |
| MS Surface Book Core I7 Laptop - MD | $ - | Straight Line Depreciation | $ - |
| MW New Circuit - Cisco 4507R - IN | $ - | Straight Line Depreciation | $ - |
| MXM904N Printer/Copier - MS | $ - | Straight Line Depreciation | $ - |
| Network Adapter - West - CA | $ - | Straight Line Depreciation | $ - |
| Network Adapter And Transceiver Module (10Gb Ethernet) - MD | $ - | Straight Line Depreciation | $ - |
| Network Card Added To ALGWESHYPPR1 - Server - West - CA | $ - | Straight Line Depreciation | $ - |
| Network Surveillance Recorder And Security Cameras - MS | $ - | Straight Line Depreciation | $ - |
| Network Surveillance Recorder, Dome Cam - West - CA | $ - | Straight Line Depreciation | $ - |
| New Location Computer Monitors/Equipment - GA | $ 1,019.60 | Straight Line Depreciation | $ 1,019.60 |
| New Location Printers - GA | $ 2,170.26 | Straight Line Depreciation | $ 2,170.26 |
| Office Equipment-S.G. - MD | $ 1.65 | Straight Line Depreciation | $ 1.65 |
| Omation Envelope Opener - MD | $ - | Straight Line Depreciation | $ - |
| Optislot Slotting Software - OB - MS | $ - | Straight Line Depreciation | $ - |

Diamond Comic Distributors, Inc.
Case No. 25-10308
Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Pan Toughpad FZ-X1 - Tablet - Android 4.2.2 Jelly Bean & Accessory Kit East - PA | $ - | Straight Line Depreciation | $ - |
| Pan Toughpad FZ-X1 - Tablet -Android 4.2.2 Jelle Bean & Accessory Kit MW - IN | $ - | Straight Line Depreciation | $ - |
| Pan Toughpad FZ-X1 Tablet Android(Jellybean) MW - IN | $ - | Straight Line Depreciation | $ - |
| Panasonic Toughpad FZ-X1 (Jelly Bean) West - CA | $ 54.61 | Straight Line Depreciation | $ 54.61 |
| PC Parts & Equipments To Build Computers - IN | $ - | Straight Line Depreciation | $ - |
| Polycom Sounstation Ip 7000 Voip - MS | $ - | Straight Line Depreciation | $ - |
| Printer - HP P4015X Monochrome Laser Jet - IN | $ - | Straight Line Depreciation | $ - |
| Projector System (Sapphire) - MD | $ 557.56 | Straight Line Depreciation | $ 557.56 |
| Raise 3D Printer - MD | $ - | Straight Line Depreciation | $ - |
| Raritan DKX3-116 KVM Switch - MD | $ - | Straight Line Depreciation | $ - |
| Raritan DKX3-116 KVM Switch - MD | $ - | Straight Line Depreciation | $ - |
| Raymond Order Picker - Model 540-OPC30TT Serial #540-14-A21337 - MS | $ - | Straight Line Depreciation | $ - |
| Raymond Order Picker - Model 540-OPC30TT Serial #540-14-A21338 - MS | $ - | Straight Line Depreciation | $ - |
| RDIF System & Hardware From Red Prairie - MS | $ - | Straight Line Depreciation | $ - |
| Recon HPE Proliant DL380 Gen 9 Server - MD | $ 1,462.80 | Straight Line Depreciation | $ 1,462.80 |
| Savin MP301SPF Copier MW - IN | $ - | Straight Line Depreciation | $ - |
| Security System - Card Access Final Instalation - MD | $ - | Straight Line Depreciation | $ - |
| Security System Addition (Ark & Home Office Building Interface) - MD | $ - | Straight Line Depreciation | $ - |
| Server - East - PA | $ - | Straight Line Depreciation | $ - |
| Server - MD | $ - | Straight Line Depreciation | $ - |
| Server & Component - East - PA | $ - | Straight Line Depreciation | $ - |
| Server Cabinets And Accessories - MD | $ - | Straight Line Depreciation | $ - |
| Server CTO HP Proliant DL260P G8 - MW - IN | $ - | Straight Line Depreciation | $ - |
| Server DL360P Gen8 8-SFF CTO MW - IN | $ - | Straight Line Depreciation | $ - |
| Server For East -2 - PA | $ - | Straight Line Depreciation | $ - |
| Server Net Work System - Battery Backup SW - TX | $ - | Straight Line Depreciation | $ - |
| Server Network Installation Expenses- SW - TX | $ - | Straight Line Depreciation | $ - |
| Server Network System -Battery Backup & Cabinet - SW - TX | $ - | Straight Line Depreciation | $ - |
| Sharp Mx M905 High SP Printer - MS | $ - | Straight Line Depreciation | $ - |
| Signs - Home Office - MD | $ - | Straight Line Depreciation | $ - |
| Single Pedestal Dest With Right Return - MD | $ - | Straight Line Depreciation | $ - |
| Solar Screen Shades - MS | $ - | Straight Line Depreciation | $ - |
| Spanish Language Addition - Dematic - MS | $ - | Straight Line Depreciation | $ - |
| Spanish Language Addition To Dematic Software - MS | $ 5,022.97 | Straight Line Depreciation | $ 5,022.97 |
| SW New Server - HP - TX | $ - | Straight Line Depreciation | $ - |
| Talkman @ A500 Wearable Computer, Battery And Headsets - MS | $ - | Straight Line Depreciation | $ - |
| Talkman @ A500 Wearable Computer, Battery And Headsets - MS | $ - | Straight Line Depreciation | $ - |
| Talkman @ A500 Wearable Computer, Battery And Headsets - MS | $ - | Straight Line Depreciation | $ - |
| Talkman @ A500 Wearable Computer, Battery And Headsets - MS | $ - | Straight Line Depreciation | $ - |
| Talkman @ A500 Wearable Computer, Battery And Headsets - MS | $ - | Straight Line Depreciation | $ - |
| Talkman @ A500 Wearable Computer, Battery And Headsets - MS | $ - | Straight Line Depreciation | $ - |
| Talkman @ A500 Wearable Computer, Battery And Headsets - MS | $ - | Straight Line Depreciation | $ - |
| Talkman @ A500 Wearable Computer, Battery And Headsets - MS | $ - | Straight Line Depreciation | $ - |
| Talkman @ A500 Wearable Computer, Battery And Headsets - MS | $ - | Straight Line Depreciation | $ - |
| Talkman @ A500 Wearable Computer, Battery And Headsets - MS | $ - | Straight Line Depreciation | $ - |
| Talkman Wearable TT-801 A500 Device, Battery, And Replacement Elastomer Cover - MS | $ - | Straight Line Depreciation | $ - |
| Talkman Wearable TT-801 A500 Device, Battery, And Replacement Elastomer Cover - MS | $ - | Straight Line Depreciation | $ - |
| Talkman Wearable TT-801 A500 Device, Battery, And Replacement Elastomer Cover - MS | $ - | Straight Line Depreciation | $ - |
| Talkman Wearable TT-801 A500 Device, Battery, And Replacement Elastomer Cover - MS | $ - | Straight Line Depreciation | $ - |
| Talkman Wearable TT-801 A500 Device, Battery, And Replacement Elastomer Cover - MS | $ - | Straight Line Depreciation | $ - |
| Talkman Wearable TT-801 A500 Device, Battery, And Replacement Elastomer Cover - MS | $ - | Straight Line Depreciation | $ - |
| Talkman Wearable TT-801 A500 Device, Battery, And Replacement Elastomer Cover - MS | $ - | Straight Line Depreciation | $ - |

Diamond Comic Distributors, Inc.
Case No. 25-10308
Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Talkman Wearable TT-801 A500 Device, Battery, And Replacement Elastomer Cover - MS | $ - | Straight Line Depreciation | $ - |
| Talkman Wearable TT-801 A500 Device, Battery, And Replacement Elastomer Cover - MS | $ - | Straight Line Depreciation | $ - |
| Talkman Wearable TT-801 A500 Device, Battery, And Replacement Elastomer Cover - MS | $ - | Straight Line Depreciation | $ - |
| TC-300 Trash Compactor - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Battery And Protective Cover - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Battery And Protective Cover - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Battery And Protective Cover - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Battery And Protective Cover - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Battery And Protective Cover - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Battery And Protective Cover - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Battery And Protective Cover - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Battery And Protective Cover - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Battery And Protective Cover - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Battery And Protective Cover - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Litium Ion Battery, And Charger - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Litium Ion Battery, And Charger - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Litium Ion Battery, And Charger - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Litium Ion Battery, And Charger - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Litium Ion Battery, And Charger - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Litium Ion Battery, And Charger - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Litium Ion Battery, And Charger - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Litium Ion Battery, And Charger - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Litium Ion Battery, And Charger - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Litium Ion Battery, And Charger - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Hand Held Computer, Litium Ion Battery, And Charger - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Handheld Computer, Battery, And Protective Boot Mx7T2B1B1Bous4D - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Handheld Computer, Battery, And Protective Boot Mx7T2B1B1Bous4D - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Handheld Computer, Battery, And Protective Boot Mx7T2B1B1Bous4D - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Handheld Computer, Battery, And Protective Boot Mx7T2B1B1Bous4D - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Handheld Computer, Battery, And Protective Boot Mx7T2B1B1Bous4D - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Handheld Computer, Battery, And Protective Boot Mx7T2B1B1Bous4D - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Handheld Computer, Battery, And Protective Boot Mx7T2B1B1Bous4D - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Handheld Computer, Battery, And Protective Boot Mx7T2B1B1Bous4D - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Handheld Computer, Battery, And Protective Boot Mx7T2B1B1Bous4D - MS | $ - | Straight Line Depreciation | $ - |
| Tecton Handheld Computer, Battery, And Protective Boot Mx7T2B1B1Bous4D - MS | $ - | Straight Line Depreciation | $ - |
| Two Drawer Lateral File For Office Of Purchasing V.P. - MD | $ - | Straight Line Depreciation | $ - |
| Used Pallet Racking For HigHPoint - MS | $ 1,401.70 | Straight Line Depreciation | $ 1,401.70 |
| Vestil Low-Profile Pallet Truck With Scale - PA | $ - | Straight Line Depreciation | $ - |
| Video System For Server - West - CA | $ - | Straight Line Depreciation | $ - |
| Voice Unit Software Voiceconsole V4.1 Voicecatalyst A500 V1.1 Voicedirect V3.1 - MS | $ - | Straight Line Depreciation | $ - |
| Voice Unit Software Voiceconsole V4.1 Voicecatalyst A500 V1.1 Voicedirect V3.1 - MS | $ - | Straight Line Depreciation | $ - |
| Voice Unit Software Voiceconsole V4.1 Voicecatalyst A500 V1.1 Voicedirect V3.1 - MS | $ - | Straight Line Depreciation | $ - |
| Voice Unit Software Voiceconsole V4.1 Voicecatalyst A500 V1.1 Voicedirect V3.1 - MS | $ - | Straight Line Depreciation | $ - |

Diamond Comic Distributors, Inc.
Case No. 25-10308
Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Voice Unit Software Voiceconsole V4.1 Voicecatalyst A500 V1.1 Voicedirect V3.1 - MS | $ - | Straight Line Depreciation | $ - |
| Voice Unit Software Voiceconsole V4.1 Voicecatalyst A500 V1.1 Voicedirect V3.1 - MS | $ - | Straight Line Depreciation | $ - |
| Voice Unit Software Voiceconsole V4.1 Voicecatalyst A500 V1.1 Voicedirect V3.1 - MS | $ - | Straight Line Depreciation | $ - |
| Voice Unit Software Voiceconsole V4.1 Voicecatalyst A500 V1.1 Voicedirect V3.1 - MS | $ - | Straight Line Depreciation | $ - |
| Voice Unit Software Voiceconsole V4.1 Voicecatalyst A500 V1.1 Voicedirect V3.1 - MS | $ - | Straight Line Depreciation | $ - |
| Voice Unit Software Voiceconsole V4.1 Voicecatalyst A500 V1.1 Voicedirect V3.1 - MS | $ - | Straight Line Depreciation | $ - |
| Wedge Lock Rivitier Shelving For HigHpoint - MS | $ 973.43 | Straight Line Depreciation | $ 973.43 |
| Whoson InstalLabel Enterprise Edi-Software - Product Key Downloaded - IN | $ - | Straight Line Depreciation | $ - |
| Wms Software Imlamentation - MS | $ - | Straight Line Depreciation | $ - |
| Wms Software Implementation - MS | $ - | Straight Line Depreciation | $ - |
| Wms Software License & Maintenance - MS | $ - | Straight Line Depreciation | $ - |
| Xtuple - Software For Alliance - MD | $ - | Straight Line Depreciation | $ - |
| Xtuple Software- Perpetual License - MD | $ - | Straight Line Depreciation | $ - |
| Xtuple Srver - Hardware - MD | $ - | Straight Line Depreciation | $ - |
| Zebra 20 Slot Barcode Scanner - MS | $ 552.41 | Straight Line Depreciation | $ 552.41 |
| Zebra Printer - OB - MS | $ - | Straight Line Depreciation | $ - |
| Zebra T010000Z Label Printer S/N: 18J152403708 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra T010000Z Label Printer S/N: 18J52602167 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra T310000Z Label Printer S/N: 18C143401047 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra T310000Z Label Printer S/N: 18C143401054 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra T310000Z Label Printer S/N: 18C143401368 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra T310000Z Label Printer S/N: 18C143401374 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZM400 Label Printer - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZM400 Label Printer - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZM400 Label Printer - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT400 Label Printer - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT400 Label Printer - MS | $ 692.58 | Straight Line Depreciation | $ 692.58 |
| Zebra ZT400 Label Printer - MS | $ 692.59 | Straight Line Depreciation | $ 692.59 |
| Zebra ZT400 Label Printer - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT400 Label Printer - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT400 Label Printer - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT400 Label Printer - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT400 Printer - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT400 Series Label Printer - IN | $ 1,322.05 | Straight Line Depreciation | $ 1,322.05 |
| Zebra ZT400 Series ZT410 - Label Printer MW - IN | $ - | Straight Line Depreciation | $ - |
| Zebra ZT400 Series ZT411-Label Printer Direct Thermal/Transfer - West - CA | $ 245.39 | Straight Line Depreciation | $ 245.39 |
| Zebra ZT41043-T010000Z Label Printer S/N: 18J150700211 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T010000Z Label Printer S/N: 18J150700224 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T010000Z Label Printer S/N: 18J150700242 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T010000Z Label Printer S/N: 18J150700245 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T010000Z Label Printer S/N: 18J150700249 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T010000Z Label Printer S/N: 18J150700251 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T010000Z Label Printer S/N: 18J150700255 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T010000Z Label Printer S/N: 18T150700246 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T010000Z Label Printer S/N:18J150700230 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T010000Z Label Printer S/N:18J150700244 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T010000Z Label Printer S/N:18J150700248 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T310000Z Label Printer S/N: 18J144400308 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T310000Z Printer S/N: 18J142000650 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T310000Z Printer S/N: 18J144803435 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T310000Z Printer S/N: 18J144803720 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T310000Z Printer S/N: 18J144803794 - MD | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T310000Z Printer S/N: 18J144803796 - MS | $ - | Straight Line Depreciation | $ - |
| Zebra ZT41043-T310000Z Printer S/N:18J144803713 - MS | $ - | Straight Line Depreciation | $ - |
| ZM400-3001 300 DPI Zebra Printer - MS | $ - | Straight Line Depreciation | $ - |

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 41. Office equipment, including all computer equipment and communication systems equipment and software**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| ZM400-3001 300 DPI Zebra Printer - MS | $ - | Straight Line Depreciation | $ - |
| ZM400-3001 300 DPI Zebra Printer - MS | $ - | Straight Line Depreciation | $ - |
| Zoo Zariable Speed Fan - MS | $ - | Straight Line Depreciation | $ - |
| ZT400 Zebra Label Printer ZT411 - IN | $ 1,322.07 | Straight Line Depreciation | $ 1,322.07 |
| ZT400 Zebra Label Printer ZT411 - IN | $ 1,322.07 | Straight Line Depreciation | $ 1,322.07 |
| ZT400 Zebra Label Printer ZT411 - IN | $ 1,322.07 | Straight Line Depreciation | $ 1,322.07 |
| ZT400 Zebra Label Printer ZT411 - IN | $ 1,322.07 | Straight Line Depreciation | $ 1,322.07 |
| ZT400 Zebra Label Printer ZT411 - IN | $ 1,322.07 | Straight Line Depreciation | $ 1,322.07 |
| ZT400 Zebra Label Printer ZT411 - IN | $ 1,322.07 | Straight Line Depreciation | $ 1,322.07 |
| ZT400 Zebra Label Printer ZT411 - IN | $ 1,322.07 | Straight Line Depreciation | $ 1,322.07 |
| **Grand Total** | **$ 399,071.02** | **Straight Line Depreciation** | **$ 399,071.02** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 7, QUESTION 42

COLLECTIBLES

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 42. Collectibles**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Gilliard Collection Bulk Collection Purchase (Mainly Comics) | $ 7,411.42 | Lower of Cost or Market | Undetermined |
| Guzzo Collection Bulk Collection Purchase (Mainly Comics) | $ 89,556.03 | Lower of Cost or Market | Undetermined |
| Nerone Collection - Ii Bulk Collection Purchase (Mainly Comics) | $ 30,000.00 | Lower of Cost or Market | Undetermined |
| Nerone Collection Bulk Collection Purchase (Mainly Comics) | $ 59,492.26 | Lower of Cost or Market | Undetermined |
| Souren -Bound Volumes Bulk Collection Purchase (Mainly Comics) | $ 20,750.00 | Lower of Cost or Market | Undetermined |
| Tim Parks Collection Bulk Collection Purchase (Mainly Comics) | $ 7,369.45 | Lower of Cost or Market | Undetermined |
| Disputed Interest in Collectible Assets (located at Gilroy, Olive Branch, and otherwise) | Undetermined | Lower of Cost or Market | Undetermined |
| **Grand Total** | **$ 214,579.16** | **Lower of Cost or Market** | **$ Undetermined** |

# SCHEDULES OF ASSETS AND LIABILITIES

### EXHIBIT FOR SCHEDULE AB

### PART 8, QUESTION 50

### OTHER MACHINERY, FIXTURES, AND EQUIPMENT
### (EXCLUDING FARM MACHINERY AND EQUIPMENT)

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| 1 Raymond Order Picker S/N: 540-08-A07631 - MS | $ - | Straight Line Depreciation | $ - |
| 128 Channel Power Supply - MS | $ - | Straight Line Depreciation | $ - |
| 150 Ft Guard Rail - MS | $ - | Straight Line Depreciation | $ - |
| 2011 Toyota 6B[U15 Order Picker - MS | $ - | Straight Line Depreciation | $ - |
| 2020 Cat 50000Lb Forklift (AT9047524) - MS | $ 16,965.74 | Straight Line Depreciation | $ 16,965.74 |
| 24" X 24" Delta 200Lb Bench Scale Station - MS | $ - | Straight Line Depreciation | $ - |
| 3 Maintenance Carts - MS | $ - | Straight Line Depreciation | $ - |
| 3M-Matic Case Sealer (Serial #2132) Type 29600 - MS | $ - | Straight Line Depreciation | $ - |
| 4 Deep Drive In Pallet Racking - MS | $ - | Straight Line Depreciation | $ - |
| 42" X 16' Ridg-U-Rak Uprights, Beams MW - IN | $ - | Straight Line Depreciation | $ - |
| 48X27 Uline Pallet Truck Scale - TX | $ 1,251.51 | Straight Line Depreciation | $ 1,251.51 |
| 4Th Level Of Module 3 - Parts, Freight, And Installation - MS | $ 13,476.53 | Straight Line Depreciation | $ 13,476.53 |
| 60' Best Flex Converoy Truck Loader - MS | $ - | Straight Line Depreciation | $ - |
| 60' Best Flex Converoy Truck Loader - MS | $ - | Straight Line Depreciation | $ - |
| 7307M Model-TX40N Forkleft - MW - IN | $ - | Straight Line Depreciation | $ - |
| 90" Beam For Pallet Racking - IN | $ - | Straight Line Depreciation | $ - |
| 90" Beams & Ridg-U-Rak Uprights - IN | $ - | Straight Line Depreciation | $ - |
| Addition To Asset 5751 (Box Maker Instalation) - MS | $ 5,826.73 | Straight Line Depreciation | $ 5,826.73 |
| Addition To Asset 630 (Exchange Credit) - IN | $ 26,052.65 | Straight Line Depreciation | $ 26,052.65 |
| Addition To Asset 630 (Use Tax Owed) - IN | $ 3,543.34 | Straight Line Depreciation | $ 3,543.34 |
| Additional Conveyor Equipment - MS | $ - | Straight Line Depreciation | $ - |
| Additional Guardrailing - Dematic - MS | $ - | Straight Line Depreciation | $ - |
| Additional Racking - MS | $ 71.67 | Straight Line Depreciation | $ 71.67 |
| Additional Racking - MS | $ 99.33 | Straight Line Depreciation | $ 99.33 |
| Additional Racking For TRU (Used Beems) - MS | $ - | Straight Line Depreciation | $ - |
| Adgressor X2820C Floor Cleaner - MS | $ 324.00 | Straight Line Depreciation | $ 324.00 |
| Air Compressor & Components - GA | $ 8,289.04 | Straight Line Depreciation | $ 8,289.04 |
| Air Hoses, Supplies, & Equipment - GA | $ 5,891.00 | Straight Line Depreciation | $ 5,891.00 |
| Anti Fatigue Matting (Dematic) - MS | $ - | Straight Line Depreciation | $ - |
| Automatic Beam Saw 3" Depth Of Cut 220V, 3Ph, 60Hz - GA | $ 53,353.33 | Federal Tax Depreciation | $ 53,353.33 |
| Beams - IN | $ - | Straight Line Depreciation | $ - |
| Boltless Shelving - East - PA | $ - | Federal Tax Depreciation | $ - |
| Box Maker - MS | $ 58,460.62 | Federal Tax Depreciation | $ 58,460.62 |
| Box Maker - MS | $ 56,285.62 | Straight Line Depreciation | $ 56,285.62 |
| C861N02495F Forklift Model NDR035EANL36TE119 MW - IN | $ - | Straight Line Depreciation | $ - |
| Cardboard Baler Ptr 2300 HD S/N: 003143 And Electrical Work - MS | $ - | Straight Line Depreciation | $ - |
| Case Flow Racking - East - PA | $ - | Straight Line Depreciation | $ - |
| Catwalk (Movable) -Between Mod 3 & Mod 2 - MS | $ 23,689.80 | Straight Line Depreciation | $ 23,689.80 |
| Catwalk Mezzanine For Conveyor Access (Beams/Supports) - MS | $ 8,356.43 | Straight Line Depreciation | $ 8,356.43 |
| C-Oak Sealer Machine (Serial # 1202995) - MS | $ - | Straight Line Depreciation | $ - |
| Conveyor Equipment (4 Gravity Gates For Pick Module) - MS | $ - | Straight Line Depreciation | $ - |
| Conveyor System - Dematic Proposal #108058 - MS | $ - | Straight Line Depreciation | $ - |
| Cousins Packaging Stretch Wrap Machine - MS | $ - | Straight Line Depreciation | $ - |
| Crown Stock Picker SP3020-30 160/360 TSU Mast - MS | $ - | Straight Line Depreciation | $ - |
| Crown Stockpicker - MS | $ - | Straight Line Depreciation | $ - |
| Crown Stockpicker - MS | $ - | Straight Line Depreciation | $ - |
| Crown Used Fork Lift (9A153318) - MS | $ - | Straight Line Depreciation | $ - |
| Crown Wav60 Lift (Gilroy) - MD | $ 851.04 | Straight Line Depreciation | $ 851.04 |
| Cubiscan 100 - Integrated Cubing And Weighing System - IN | $ - | Straight Line Depreciation | $ - |
| Cubiscan 100 (Scale/Weighing Equipment) - MS | $ 1,810.08 | Straight Line Depreciation | $ 1,810.08 |
| Curtis Rotary Screw Compressor - MS | $ - | Straight Line Depreciation | $ - |
| Dematic Conveyor Equipment Addition - MS | $ - | Straight Line Depreciation | $ - |
| Dematic Conveyor System - MS | $ 28,028.96 | Straight Line Depreciation | $ 28,028.96 |
| Dematic Conveyor System - MS | $ - | Straight Line Depreciation | $ - |
| Dematic Conveyor System Addition - MS | $ - | Straight Line Depreciation | $ - |
| Dematic Picking System (Hardware) - MS | $ 1,218,685.89 | Straight Line Depreciation | $ 1,218,685.89 |
| Distribution Center Shelving Units - IN | $ - | Straight Line Depreciation | $ - |
| Dock/Pallet Leveler - MS | $ 30,682.04 | Straight Line Depreciation | $ 30,682.04 |
| Electric Pallet Jack Model BW23S-7 - MS | $ - | Straight Line Depreciation | $ - |
| Electric Pallet Jack Model BW23S-7 - MS | $ - | Straight Line Depreciation | $ - |
| Electrical For New Conveyor Equipment (Attached To Personal Property) - MS | $ - | Straight Line Depreciation | $ - |
| Electrical For New Pick Module (Attached To Personal Property) - MS | $ - | Straight Line Depreciation | $ - |
| Emax Smart Dual Air Compressor - GA | $ 6,692.99 | Straight Line Depreciation | $ 6,692.99 |

Diamond Comic Distributors, Inc.
Case No. 25-10308
Schedule AB 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Erecta Steps - MS | $ 1,591.62 | Straight Line Depreciation | $ 1,591.62 |
| Expansion To Mod 1 - MS | $ 244,077.58 | Straight Line Depreciation | $ 244,077.58 |
| Expediter Ser#EB36EP1000497 - MS | $ 5,976.43 | Straight Line Depreciation | $ 5,976.43 |
| Final Payment On Tape Case Former From 2014. Relates To FA#5340 - MS | $ - | Straight Line Depreciation | $ - |
| FM56250 Complete Heating System ¼" And SS56 Material Support - GA | $ 2,573.51 | Straight Line Depreciation | $ 2,573.51 |
| For Yale Forklift - Model NRO45EANL36T MW FAS#619 - IN | $ - | Straight Line Depreciation | $ - |
| Freight For Racking, FAS#641 SW - TX | $ 856.98 | Straight Line Depreciation | $ 856.98 |
| Fresno - Western Pacific Boltless Shelving - CA | $ - | Straight Line Depreciation | $ - |
| Fresno Rack & Shelving - 60"Wx24"Dx96" Tall - West Warehouse - CA | $ - | Straight Line Depreciation | $ - |
| Fresno Rack & Shelving - CA | $ - | Straight Line Depreciation | $ - |
| Fresno Rack & Shelving - West - CA | $ 31,187.86 | Straight Line Depreciation | $ 31,187.86 |
| Fresno Rack & Shelving-Pallet Racking - CA | $ - | Straight Line Depreciation | $ - |
| Fresno Racking & Shelving - CA | $ - | Straight Line Depreciation | $ - |
| GAme Table For Gtm Media Set - East - PA | $ - | Straight Line Depreciation | $ - |
| Gilroy Alarm System - MD | $ 1,399.67 | Straight Line Depreciation | $ 1,399.67 |
| Gravity Roller Conveyor - IN | $ - | Straight Line Depreciation | $ - |
| Gravity Roller Conveyor - TX | $ - | Straight Line Depreciation | $ - |
| Gravity Roller Conveyor MW - IN | $ - | Straight Line Depreciation | $ - |
| Gravity Roller Conveyor-Sections - Pre Owned - IN | $ - | Straight Line Depreciation | $ - |
| Heart Defibulator Equipment - 4th Floor - MD | $ - | Straight Line Depreciation | $ - |
| Heart Defibulator Equipment - Lower Level - MD | $ - | Straight Line Depreciation | $ - |
| Heart Defibulator Equipment - Third Floor - MD | $ - | Straight Line Depreciation | $ - |
| High Dollar Product Cage - MS | $ - | Straight Line Depreciation | $ - |
| Highlight Stretch Wrap Machine W/ Simplified Stretch, Brecknel Pallet Scales MW - IN | $ - | Straight Line Depreciation | $ - |
| Hobart Battery Charger Eclipse Ii Serial #414CS24992 - MS | $ - | Straight Line Depreciation | $ - |
| Hobart Battery Charger Eclipse Ii Serial #414CS24993 - MS | $ - | Straight Line Depreciation | $ - |
| Hyster Three Wheel Electric Forklift - TX | $ - | Straight Line Depreciation | $ - |
| Hytrol E24 Conveyor System MW - IN | $ 16,146.67 | Straight Line Depreciation | $ 16,146.67 |
| Inventory Storage Racks - MS | $ - | Straight Line Depreciation | $ - |
| Lantech Ql400 Shrinkwrap Machine (Qm055196) - MS | $ 12,924.58 | Straight Line Depreciation | $ 12,924.58 |
| Lantech Stretch Wrap Machine - Q250 - MS | $ - | Straight Line Depreciation | $ - |
| Lantech Stretch Wrap Machine - Q250 - MS | $ - | Straight Line Depreciation | $ - |
| Laser Cutter Machine Payment - GA | $ 7,133.82 | Federal Tax Depreciation | $ 7,133.82 |
| Levels 3 & 4 Racking Project - MS | $ - | Straight Line Depreciation | $ - |
| Liebert Uninterrupted Power Supply (Sever Room) - MD | $ - | Straight Line Depreciation | $ - |
| LMT 67-205 Upshearroughing Bit - Saw - GA | $ 1,545.12 | Straight Line Depreciation | $ 1,545.12 |
| Magazine Rack - Freestanding - IN | $ 511.68 | Straight Line Depreciation | $ 511.68 |
| Major Repair - OB Carton Erector - MS | $ - | Straight Line Depreciation | $ - |
| Maksiwa International SKU: SC.1100.XI - GA | $ 988.45 | Straight Line Depreciation | $ 988.45 |
| Microsoft Surface Book - Laptop For Ct - MD | $ - | Straight Line Depreciation | $ - |
| Mod 4 Racking/Beams - MS | $ 193,100.96 | Federal Tax Depreciation | $ 193,100.96 |
| Model 750R45TT Forklift - MS | $ 17,082.55 | Straight Line Depreciation | $ 17,082.55 |
| Model 750R45TT Forklift - MS | $ 17,082.55 | Straight Line Depreciation | $ 17,082.55 |
| Model 840 Raymond Order Picker - MS | $ 9,473.07 | Straight Line Depreciation | $ 9,473.07 |
| Movable Dock Door - MS | $ - | Straight Line Depreciation | $ - |
| MS Surface Book 3 Laptop - (Charlie Tyson) - MD | $ 1,427.17 | Straight Line Depreciation | $ 1,427.17 |
| New Beams (To Span Tracks With Hangers) - MS | $ - | Straight Line Depreciation | $ - |
| New Racking (Mod 1 - North Side Remodel) - MS | $ - | Straight Line Depreciation | $ - |
| New Rivitier Shelving, 48 Sections - MS | $ - | Straight Line Depreciation | $ - |
| New Tear Drop Beams For Racking - MS | $ - | Straight Line Depreciation | $ - |
| Order Picker - 2009 Jun Id#8073E - Used - Fw MW - IN | $ - | Straight Line Depreciation | $ - |
| Order Picker Platform With Shelves - East - PA | $ - | Straight Line Depreciation | $ - |
| Order Picker Platform With Shelves- MW - IN | $ - | Straight Line Depreciation | $ - |
| Order Picker Platform With Shelves-West - CA | $ - | Straight Line Depreciation | $ - |
| Order Picker, Battery, Charger - East - PA | $ - | Straight Line Depreciation | $ - |
| Pallet Jack (PE3520-606A180936) - MS | $ - | Straight Line Depreciation | $ - |
| Pallet Jack Model-ET3500 Serial#- ETB1400424 - IN | $ - | Straight Line Depreciation | $ - |
| Pallet Positions Of Drive In Racking - MS | $ - | Straight Line Depreciation | $ - |
| Pallet Rack For Offsite Loc MD - PA | $ - | Straight Line Depreciation | $ - |
| Pallet Racking - East - PA | $ 14,625.03 | Straight Line Depreciation | $ 14,625.03 |
| Pallet Racking - IN | $ - | Straight Line Depreciation | $ - |
| Pallet Racking - MS | $ 23,636.30 | Straight Line Depreciation | $ 23,636.30 |

Diamond Comic Distributors, Inc.
Case No. 25-10308
Schedule AB 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General Description | Net Book Value of Debtor's Interest | | Valuation Method Used for Current Value | Current Value of Debtor's Interest | |
|---|---|---|---|---|---|
| Pallet Racking SW - TX | $ | 31,630.88 | Straight Line Depreciation | $ | 31,630.88 |
| Pallet Racking System - CA | $ | - | Straight Line Depreciation | $ | - |
| Pallet Truck With Digital Scale - IN | $ | - | Straight Line Depreciation | $ | - |
| Pallet Truck With Scale PM-2748-SCL-LP - IN | $ | - | Straight Line Depreciation | $ | - |
| Pattet Racking Mw-Additional - IN | $ | - | Straight Line Depreciation | $ | - |
| Pattet Truck With Scale (Low Profile) - CA | $ | - | Straight Line Depreciation | $ | - |
| Perforated Safety Angle Ladder - 11 Step 24"W - IN | $ | - | Straight Line Depreciation | $ | - |
| Pick To Light System - MS | $ | 34,772.69 | Straight Line Depreciation | $ | 34,772.69 |
| Pick To Light System - MS | $ | 34,432.42 | Straight Line Depreciation | $ | 34,432.42 |
| Picking Cart - MS | $ | - | Straight Line Depreciation | $ | - |
| Pneumatic Forklift Doo Model G25P-5 - MS | $ | 15,614.87 | Straight Line Depreciation | $ | 15,614.87 |
| Premium Reconditioned Reach Truck S/N: 740-07-Cb08673 - MS | $ | - | Straight Line Depreciation | $ | - |
| Premium Reconditioned Reach Truck S/N: 740-07-Cb09447 - MS | $ | - | Straight Line Depreciation | $ | - |
| Premium Reconditioned Reach Truck S/N: 740-07-Cb09455 - MS | $ | - | Straight Line Depreciation | $ | - |
| Quantronix Cubiscan Cs125 Fw MW - IN | $ | - | Straight Line Depreciation | $ | - |
| Rack For Terminals - West - CA | $ | - | Straight Line Depreciation | $ | - |
| Racking - 78 Sections, 5-Deep Against Wall - MS | $ | - | Straight Line Depreciation | $ | - |
| Racking - Gilroy - MD | $ | 13,598.36 | Straight Line Depreciation | $ | 13,598.36 |
| Racking - Gnet Fw - MW - IN | $ | - | Straight Line Depreciation | $ | - |
| Racking - MS | $ | - | Straight Line Depreciation | $ | - |
| Racking - MS | $ | - | Straight Line Depreciation | $ | - |
| Racking - Used - TX | $ | 28,866.67 | Straight Line Depreciation | $ | 28,866.67 |
| Racking (Used Span Track) - MS | $ | - | Straight Line Depreciation | $ | - |
| Racking At Gilroy - MD | $ | 31,449.80 | Straight Line Depreciation | $ | 31,449.80 |
| Racking At Gilroy - MD | $ | 11,616.71 | Straight Line Depreciation | $ | 11,616.71 |
| Racking Permit- Gilroy - MD | $ | 1,443.70 | Straight Line Depreciation | $ | 1,443.70 |
| Radios, 2 Way, 900 Mhz 10Pk, 10-Battery, 10- Swiv East - PA | $ | - | Straight Line Depreciation | $ | - |
| Radios, 2 Way, 900 Mhz 10Pk, 10-Battery, 10- Swiv West - CA | $ | - | Straight Line Depreciation | $ | - |
| Radios, 2 Way, 900 Mhz 10Pr, 10-Battery 10- Swiv MW - IN | $ | - | Straight Line Depreciation | $ | - |
| Radios, 2 Way, 900 Mhz 10Pk, 10-Battery, 10-Swiv - IN | $ | - | Straight Line Depreciation | $ | - |
| Railroad Jack - MS | $ | - | Straight Line Depreciation | $ | - |
| Raking - East - PA | $ | 19,284.74 | Straight Line Depreciation | $ | 19,284.74 |
| Raymond Order Picker - MS | $ | - | Straight Line Depreciation | $ | - |
| Raymond Order Picker (Easi -01-AE29584) - MS | $ | - | Straight Line Depreciation | $ | - |
| Raymond Order Picker (Easi -05-AE35802) - MS | $ | - | Straight Line Depreciation | $ | - |
| Raymond Order Picker (EZ-A-00-18274) - MS | $ | - | Straight Line Depreciation | $ | - |
| Raymond Order Picker S/N: 540-08-A07632 - MS | $ | - | Straight Line Depreciation | $ | - |
| Raymond Order Picker S/N: 540-10-A09918 - MS | $ | - | Straight Line Depreciation | $ | - |
| Raymond Orderpicker S# 540-14-A19279 - MS | $ | 11,366.07 | Straight Line Depreciation | $ | 11,366.07 |
| Raymond Pallet Jack - MS | $ | - | Straight Line Depreciation | $ | - |
| Raymond Renewed 425-C40TT (S/N 425-15-44881) - TX | $ | 15,611.75 | Straight Line Depreciation | $ | 15,611.75 |
| Rexp_0099 Forklift MW Used - IN | $ | - | Straight Line Depreciation | $ | - |
| Ridge-U-Rak Uprights & Step Beams MW - IN | $ | - | Straight Line Depreciation | $ | - |
| Ridg-U-Rak Uprights & Beams - Fulfillment WHS 7 - IN | $ | - | Straight Line Depreciation | $ | - |
| Roller Conveyor - CA | $ | - | Straight Line Depreciation | $ | - |
| Roller Conveyor - IN | $ | - | Straight Line Depreciation | $ | - |
| Rolling Ladder - Standard Angle - 12 Step Easy Turn - IN | $ | - | Federal Tax Depreciation | $ | - |
| San Compression Card/Upgrade - MS | $ | - | Straight Line Depreciation | $ | - |
| Scale - Gnet Fw - MW - IN | $ | - | Straight Line Depreciation | $ | - |
| Sensor ASY, Packing And Handling - MS | $ | - | Straight Line Depreciation | $ | - |
| Shelf-Lumber To Put Product On The Shelf - Ref: Asset #497-Storage Solution - PA | $ | - | Straight Line Depreciation | $ | - |
| Shelving - Exp Conv, Grav Conv, Tear-Drop, Deckin, Ladders - South - TX | $ | 9,751.78 | Straight Line Depreciation | $ | 9,751.78 |
| Shelving - IN | $ | - | Straight Line Depreciation | $ | - |
| Shelving - South - TX | $ | - | Straight Line Depreciation | $ | - |
| Shelving - West - CA | $ | - | Straight Line Depreciation | $ | - |
| Shelving For Primary Picking Bins - East - PA | $ | - | Straight Line Depreciation | $ | - |
| Shelving Pallet Racking - West - CA | $ | - | Straight Line Depreciation | $ | - |
| Shelving System For Ridgeway - MS | $ | - | Straight Line Depreciation | $ | - |
| Shelving Units - East Warehourse - PA | $ | - | Straight Line Depreciation | $ | - |
| Shelving-Uprights, Tear-Drop SR Beams, Floor Acchors MW - IN | $ | 38,857.52 | Straight Line Depreciation | $ | 38,857.52 |
| Shrinkmaster - IN | $ | - | Straight Line Depreciation | $ | - |
| Skyjack (S/N 70009280) - MS | $ | - | Straight Line Depreciation | $ | - |

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Steel Dock Board With Steel Curbs - IN | $ - | Straight Line Depreciation | $ - |
| Storage Solution - Shelving Units At East - PA | $ - | Straight Line Depreciation | $ - |
| Storage Solution - Shelving Units At MW - IN | $ - | Straight Line Depreciation | $ - |
| Storage Solutions - IN | $ - | Straight Line Depreciation | $ - |
| Storage Trailer - IN | $ - | Federal Tax Depreciation | $ - |
| Tear Drop Beams (For Racking) -New Beams - MS | $ - | Federal Tax Depreciation | $ - |
| Tear Drop Beams And Wire Decking- South - TX | $ - | Straight Line Depreciation | $ - |
| Tear-Drop Beams, Wire Decks, Conveyor Crossovers - MW - IN | $ - | Straight Line Depreciation | $ - |
| Teardrop Uprights, Beams, Wiredecks - East - PA | $ - | Straight Line Depreciation | $ - |
| Teardrop Uprights, Beams, Wiredecks - MW - IN | $ - | Straight Line Depreciation | $ - |
| Tow Motor & Order Picker - West - CA | $ 10,240.71 | Straight Line Depreciation | $ 10,240.71 |
| Toyota 8HBW23-10755 Electric Pallet Truck - MS | $ - | Straight Line Depreciation | $ - |
| Toyota BHBW23 Pallet Truck (21561) - MS | $ - | Straight Line Depreciation | $ - |
| Toyota BHBW23 Pallet Truck (24794) - MS | $ - | Straight Line Depreciation | $ - |
| Toyota Electrical Pallet Jack (7HBW23-55251) Unit N510 - MS | $ - | Straight Line Depreciation | $ - |
| Toyota Fork Lift 7FGCU18 - MS | $ - | Straight Line Depreciation | $ - |
| Toyota Fork Lift BFGCU18 - MS | $ - | Straight Line Depreciation | $ - |
| Toyota Internal Combustion Lift Truck (S/N 8FGCU25-24541) - MS | $ - | Straight Line Depreciation | $ - |
| Toyota Model 8FGCU25 Lift Truck (Serial # 8FGCU25-77670 - MS | $ 3,238.43 | Straight Line Depreciation | $ 3,238.43 |
| Trash Line Addition To Dematic - MS | $ - | Straight Line Depreciation | $ - |
| TX35-Ac-36V 2013- Nissan 3Wheel Lift Truck - Used Rental Unit-Trade In/Fas#343 - IN | $ - | Straight Line Depreciation | $ - |
| Ultegra Max Roller - Scale & Bench Stand - MS | $ - | Straight Line Depreciation | $ - |
| Ultegra Max Roller - Scale & Bench Stand - MS | $ - | Straight Line Depreciation | $ - |
| Ultegra Max Roller - Scale & Bench Stand - MS | $ - | Straight Line Depreciation | $ - |
| Ultegra Scale - Roller With Stand - MS | $ - | Straight Line Depreciation | $ - |
| Used 2011 Toyota Order Picker - MS | $ - | Straight Line Depreciation | $ - |
| Used 2011 Toyota Order Picker - MS | $ - | Straight Line Depreciation | $ - |
| Used American Baler Model 4250-730R - MS | $ - | Straight Line Depreciation | $ - |
| Used Beams For Pallet Racking - MS | $ - | Federal Tax Depreciation | $ - |
| Used Beams For Pallet Racking - MS | $ - | Federal Tax Depreciation | $ - |
| Used Beams For Racking - MS | $ - | Straight Line Depreciation | $ - |
| Used Beams For Racking - MS | $ 3,206.79 | Straight Line Depreciation | $ 3,206.79 |
| Used Beams For Racking - MS | $ - | Straight Line Depreciation | $ - |
| Used Beams For Racking - MS | $ - | Straight Line Depreciation | $ - |
| Used Beams For Racking (OB) - MS | $ - | Straight Line Depreciation | $ - |
| Used Beams/Racking - High Point - MS | $ - | Straight Line Depreciation | $ - |
| Used Beams/Racking - MS | $ 7,306.51 | Straight Line Depreciation | $ 7,306.51 |
| Used Beams/Racking (Dematic) - MS | $ 24,846.83 | Straight Line Depreciation | $ 24,846.83 |
| Used Box Making Machine - MS | $ 6,615.00 | Straight Line Depreciation | $ 6,615.00 |
| Used I.C Forklift (Cushion) Model 8FGCU25 Ser#25597 - MS | $ - | Straight Line Depreciation | $ - |
| Used I.C Forklift (Cushion) Model 8FGCU25 Ser#38553 - MS | $ - | Straight Line Depreciation | $ - |
| Used Lp/Hybrid Combo Sweeper Scrubber - MS | $ 17,334.00 | Straight Line Depreciation | $ 17,334.00 |
| Used Movable Racking - MS | $ - | Straight Line Depreciation | $ - |
| Used Pallet Racking - MS | $ 4,974.79 | Straight Line Depreciation | $ 4,974.79 |
| Used Pallet Racking Beams - MS | $ - | Straight Line Depreciation | $ - |
| Used Racking - High Point (OB) - MS | $ - | Straight Line Depreciation | $ - |
| Used Racking - MS | $ 1,078.92 | Straight Line Depreciation | $ 1,078.92 |
| Used Racking & Installation - MS | $ - | Straight Line Depreciation | $ - |
| Used Racking And Instalation - MS | $ - | Straight Line Depreciation | $ - |
| Used Racking: Uprights, Beams, Spring Clips, And Floor Anchors - MS | $ 4,358.68 | Straight Line Depreciation | $ 4,358.68 |
| Used Ridg-U-Rack Uprights 44" X 14", Beams 93" X 4 1/2" - IN | $ - | Straight Line Depreciation | $ - |
| Used Span Tracks & Hangers For Racking - MS | $ - | Straight Line Depreciation | $ - |
| Used Span Tracks With Hangers (For Racking) - MS | $ - | Straight Line Depreciation | $ - |
| Used Structural Beams (Racking) - MS | $ - | Straight Line Depreciation | $ - |
| Used Toyota Lift Truck (Model 7FGCU25 - Ser#98798 - MS | $ - | Straight Line Depreciation | $ - |
| Used Wire Decking For Racking - MS | $ - | Straight Line Depreciation | $ - |
| Used Wulftec Stretch Wrapper WLPA 200 - MS | $ - | Straight Line Depreciation | $ - |
| Wap Cat 6 Cabling - West - CA | $ - | Straight Line Depreciation | $ - |
| Warehouse B Uprights, MW - IN | $ 68,213.43 | Straight Line Depreciation | $ 68,213.43 |
| Waste Compactor - MS | $ 13,845.50 | Straight Line Depreciation | $ 13,845.50 |
| WF20 Tape Cade Former - MS | $ - | Straight Line Depreciation | $ - |
| WFT 20T Automatic Tape Case Former - MS | $ - | Straight Line Depreciation | $ - |

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General Description | Net Book Value of Debtor's Interest | | Valuation Method Used for Current Value | Current Value of Debtor's Interest | |
|---|---|---|---|---|---|
| Wiese New Pallet Jack-ID#320E Model-ET4000 - IN | $ | - | Straight Line Depreciation | $ | - |
| Wire Deck Addition - MS | $ | - | Straight Line Depreciation | $ | - |
| Wire Decking/Racking - MS | $ | 18,543.12 | Straight Line Depreciation | $ | 18,543.12 |
| Work Bench - MS | $ | - | Straight Line Depreciation | $ | - |
| Wrapper-Gnet Fw - MW - IN | $ | - | Straight Line Depreciation | $ | - |
| Yale Model: NR045EA S/N: C861N01886E Forklift MW - IN | $ | - | Straight Line Depreciation | $ | - |
| Yealink SIPT46G Voice Terminal (Sip) - MD | $ | - | Straight Line Depreciation | $ | - |
| Yealink Sipt46G Voice Terminal (Sip) MW - IN | $ | - | Straight Line Depreciation | $ | - |
| Z-Nissan-Ainil 15V-3000# TX30 3 Wheel Electric Forklist - East - PA | $ | - | Straight Line Depreciation | $ | - |
| **Grand Total** | **$** | **2,654,130.61** | **Straight Line Depreciation** | **$** | **2,654,130.61** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 9, QUESTION 55

## ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

Diamond Comic Distributors, Inc.
Case No. 25-10308
Schedule AB 55. Any building, other improved real estate, or land which the debtor owns or in which debtor has an interest

| Description of Property | Nature and Extent of Debtor's Interest in Property | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 10 HV Diffusers And 4 Dampers - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| 120 V Ceiling Drops - MW - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| 2-Ton LPG Mini Split - AC Unit For Server Rooom - TX | Improvement To Leased Property | $ 3,050.08 | Straight Line Depreciation | $ 3,050.08 |
| 3 " Earthquake Gas Valve - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| 5 Ton Split System, Duct & Grilles, Upsizing Electrical Wiring & Refrigerant P. - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| 7 New 20Amp Circuits - Break Room (Electric) - CA | Improvement To Leased Property | $ 49.06 | Straight Line Depreciation | $ 49.06 |
| Additional Power Receptacles And Data Drops - MS | Improvement To Leased Property | $ 2,762.01 | Straight Line Depreciation | $ 2,762.01 |
| Base Alarm System - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Builders Repair Wall And Install Truck Dock - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Cable Runs - MW - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Cabling Camera - West - CA | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Cabling New Location - CA - CA | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Cat6 Cabling Warehourse Remodel - MW - IN | Improvement To Leased Property | $ 2,023.85 | Straight Line Depreciation | $ 2,023.85 |
| Cat6, 10Gig, Cisco Points, Fiber Optics, Cabling, Etc - MW - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Compressor Circuits (Dematic Area) - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Conduit And Fire Alarm Instillation Mod 3 - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Convert 2 Offices Into 1 Large Office - MD | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Custom Studio - Comic Wow - MD | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Data Modules - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Data Structured Cabling & Fiber Optic Re-Termination - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Data, Camera A/P Cabling Sw - TX | Improvement To Leased Property | $ 8,806.72 | Straight Line Depreciation | $ 8,806.72 |
| Diakin 1 T MS Syst In Server Room- Electrical, Condensate, Crane, Refrigeration - CA | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Door Re-Working - MD | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical - Floodlights - East Wall - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical - Floodlights - East Wall - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical And Conduit - Full Case Line Area - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical And Conduit - Full Case Line Area - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical And Conduit - Mezz Fans - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical And Conduit - Rite Hite Fans - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical And Conduit - Trash Line - Mod 4 - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical Circuitry Maint Area - Ob - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical -For Bailer - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical For Fan Circuits - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical For Pick Module Expansion - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical Panels And Drops For Box Machine - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical -Westwall 2 - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical Work - Box Machine - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical Work - Olive Branch - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical Work - Pick Mod - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical Work (For Loc 3 Move To Loc 26) - MS | Improvement To Leased Property | $ 11,382.60 | Straight Line Depreciation | $ 11,382.60 |
| Electrical Work Installation - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical Work Needed For New Fans In Ob - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical Work-Lamp, Cable, Sensor, New Sub-Panet Etc MW - IN | Improvement To Leased Property | $ 4,962.49 | Straight Line Depreciation | $ 4,962.49 |
| Electrical Work-Wiring Etc, East - PA | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical, Intercom, Cameras, TVs, Data, Access Points - East - PA | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Electrical/Data Runs Pick Modles - MS | Improvement To Leased Property | $ 6,158.22 | Straight Line Depreciation | $ 6,158.22 |
| Elkay Water Fountain (Plumbing And Installation) - TX | Improvement To Leased Property | $ 2,404.72 | Straight Line Depreciation | $ 2,404.72 |
| Fiber From Old To New MDF - Addition To Fas#505 - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Fiber From Old To New MDF -Addition To Fas#505 - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Fire Proofing Work Area - MD | Improvement To Leased Property | $ 520.56 | Straight Line Depreciation | $ 520.56 |

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 55. Any building, other improved real estate, or land which the debtor owns or in which debtor has an interest**

| Description of Property | Nature and Extent of Debtor's Interest in Property | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Fujitsu Ductless Split System For Server Room- MW - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Fujitsu Ductless Split System-Server Room A/C - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Furnish & Install 2 Ductless Split Systems For Server Room - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Gas Line/Roof Repairs - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Heating & Air In 1,200 BTU Mini Split HVAC Unit For West - CA | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Home Office Construction (See Also Asset 5342) - MD | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| INcrease Size Of IT Server Room - MD | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Install Two Fans (Mounting And Wiring) - TX | Improvement To Leased Property | $ 2,774.69 | Straight Line Depreciation | $ 2,774.69 |
| Insulation - Fiberglass Batts Over Ceiling Tile & Lights - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Intrusion Detection System - East - PA | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Labor And Installation - Celing Fans - MS | Improvement To Leased Property | $ 4,874.85 | Straight Line Depreciation | $ 4,874.85 |
| Lighting And Electrical Above Shelving - TX | Improvement To Leased Property | $ 2,207.27 | Straight Line Depreciation | $ 2,207.27 |
| Midwest Computer Room AC Unit - IN | Improvement To Leased Property | $ 7,607.50 | Straight Line Depreciation | $ 7,607.50 |
| Mnt Tenant Improvement Overage - GA | Improvement To Leased Property | $ 75,710.80 | Straight Line Depreciation | $ 75,710.80 |
| Modine Heater, Gas Piping, Flue And Wiring - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| New 120V Circuit - It To Fire Alarm Panel - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| New A/C Electrical Circuit - MS | Improvement To Leased Property | $ 882.52 | Straight Line Depreciation | $ 882.52 |
| New Circuits For Power Rolls - IN | Improvement To Leased Property | $ 970.64 | Straight Line Depreciation | $ 970.64 |
| New Data Room Ductless Split System - MW - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| New Electrical Circuit Ob - MaInt Area - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| New Flooring For Office Area - MS | Improvement To Leased Property | $ 1,811.05 | Straight Line Depreciation | $ 1,811.05 |
| New LED High Bay Fixture, Lift Chargers, Subpanel, Osc Fans-Installed-West - CA | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| New Mezzanine Construction - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| New Mr Cool Fans Sw - TX | Improvement To Leased Property | $ 3,884.96 | Straight Line Depreciation | $ 3,884.96 |
| New Wall & Double Doors - Home Office - MD | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Office LED Retrofit MW - IN | Improvement To Leased Property | $ 1,412.90 | Straight Line Depreciation | $ 1,412.90 |
| Office Renovation - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Olive Branch Leasehold Improvement - MS | Improvement To Leased Property | $ 13,657.89 | Straight Line Depreciation | $ 13,657.89 |
| Pagine System - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Paging System - East - PA | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Paging Systems - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Phone Line From Lunch Room To Conveyor Control Stand - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Polk Lane Sign (Affixed To Building) - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Power Feeds For Converoy Panels - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Racking Storage System - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Regional TelecommuniCation Data Wiring - MD | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Roof Top Condensing Unit - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Security Dome Cam 4MD 2.8-12 WDR IP66 East - PA | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Security System (Non Movable) - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Server Room Improvements - MD | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Sprinkler Heads To Offices, Breakroom & Hallway - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Sprinkler System - Mod 3 & 4 - MS | Improvement To Leased Property | $ 38,204.28 | Straight Line Depreciation | $ 38,204.28 |
| Sprinkler System - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Sprinkler System (Dematic) - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Sub Panel For Additional Breaker Space Sw - TX | Improvement To Leased Property | $ 15,522.73 | Straight Line Depreciation | $ 15,522.73 |
| Upgrade To Coffee Area - MD | Improvement To Leased Property | $ 5,687.11 | Straight Line Depreciation | $ 5,687.11 |
| Voice Data Wiring - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Wall Contruction - Sapphire - MD | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Wallplanks For Comic Wow Studio - MD | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Warehouse Awning - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Wifi Access Points Throughout Warehouse - MW - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Window TInting - MS | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| Wiring For Voice And Data System - IN | Improvement To Leased Property | $ - | Straight Line Depreciation | $ - |
| **Grand Total** | | **$ 217,329.50** | **Straight Line Depreciation** | **$ 217,329.50** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 10, QUESTION 60

PATENTS, COPYRIGHTS, TRADEMARKS, OR TRADE
SECRETS

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 60. Patents, copyrights, trademarks, or trade secrets.**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| "COMIC SHOP LOCATOR SERVICE" | Undetermined | N/A | Undetermined |
| "COMIC SUITE" | Undetermined | N/A | Undetermined |
| "COMICSHOPLOCATOR.COM" | Undetermined | N/A | Undetermined |
| "DIAMOND BOOK DISTRIBUTORS" | Undetermined | N/A | Undetermined |
| "DIAMOND COMIC DISTRIBUTORS" | Undetermined | N/A | Undetermined |
| "DIAMOND DAILY" | Undetermined | N/A | Undetermined |
| "DIAMOND DIGITAL" | Undetermined | N/A | Undetermined |
| "DIAMOND RETAILER SUMMIT" | Undetermined | N/A | Undetermined |
| "GEM AWARDS" | Undetermined | N/A | Undetermined |
| "KIDSCOMICS.COM" | Undetermined | N/A | Undetermined |
| "TOY CHEST" | Undetermined | N/A | Undetermined |
| **Total:** | **Undetermined** | | **Undetermined** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 61

## INTERNET DOMAIN NAMES AND WEBSITES

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 61.  Internet domain names and websites.**

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| actionfigureauthority.com | Undetermined | N/A | Undetermined |
| alliance-games.com | Undetermined | N/A | Undetermined |
| alliance-gamesnorth.com | Undetermined | N/A | Undetermined |
| alliancegames.com | Undetermined | N/A | Undetermined |
| alliancegamesnorth.com | Undetermined | N/A | Undetermined |
| artasylum.com | Undetermined | N/A | Undetermined |
| baltimore-tix.com | Undetermined | N/A | Undetermined |
| baltimorecommunications.com | Undetermined | N/A | Undetermined |
| baltimorecreativestudio.com | Undetermined | N/A | Undetermined |
| baltimorecreativestudio.net | Undetermined | N/A | Undetermined |
| baltimoreexecutive.com | Undetermined | N/A | Undetermined |
| baltimoreexecutive.net | Undetermined | N/A | Undetermined |
| baltimoregamechangers.com | Undetermined | N/A | Undetermined |
| baltimoremag.com | Undetermined | N/A | Undetermined |
| baltimoremagazine.net | Undetermined | N/A | Undetermined |
| baltimoremagazine.online | Undetermined | N/A | Undetermined |
| baltimoremagazine.org | Undetermined | N/A | Undetermined |
| baltimoremagazine360.com | Undetermined | N/A | Undetermined |
| baltimoremagazineplus.com | Undetermined | N/A | Undetermined |
| baltimoreticket.com | Undetermined | N/A | Undetermined |
| baltimoretickets.com | Undetermined | N/A | Undetermined |
| battlebeast.com | Undetermined | N/A | Undetermined |
| bmagshop.com | Undetermined | N/A | Undetermined |
| bmagstore.com | Undetermined | N/A | Undetermined |
| bmagtix.com | Undetermined | N/A | Undetermined |
| cardculture.com | Undetermined | N/A | Undetermined |
| cardculturepx.com | Undetermined | N/A | Undetermined |
| cgacases.com | Undetermined | N/A | Undetermined |
| cgagrader.com | Undetermined | N/A | Undetermined |
| cgagrading.com | Undetermined | N/A | Undetermined |
| cgastore.com | Undetermined | N/A | Undetermined |
| collectdst.com | Undetermined | N/A | Undetermined |
| collectiblegradingauthority.com | Undetermined | N/A | Undetermined |
| comicbookgrader.com | Undetermined | N/A | Undetermined |
| comicscomeback.com | Undetermined | N/A | Undetermined |
| comicshoplocator.com | Undetermined | N/A | Undetermined |
| comicsintheclassroom.com | Undetermined | N/A | Undetermined |
| comicsuite.com | Undetermined | N/A | Undetermined |
| dcdfulfillment.com | Undetermined | N/A | Undetermined |
| diamondbookdistributors.com | Undetermined | N/A | Undetermined |
| diamondbookshelf.com | Undetermined | N/A | Undetermined |
| diamondcomics.com | Undetermined | N/A | Undetermined |
| diamondcomics.net | Undetermined | N/A | Undetermined |
| diamonddigital.com | Undetermined | N/A | Undetermined |

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 61.  Internet domain names and websites.**

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| diamondgalleries.com | Undetermined | N/A | Undetermined |
| diamondselect.toys | Undetermined | N/A | Undetermined |
| diamondselecttoys.com | Undetermined | N/A | Undetermined |
| diecastgrader.com | Undetermined | N/A | Undetermined |
| dollgrader.com | Undetermined | N/A | Undetermined |
| eccrypt.com | Undetermined | N/A | Undetermined |
| egerber.com | Undetermined | N/A | Undetermined |
| fandomworld.com | Undetermined | N/A | Undetermined |
| femmefatalesfigures.com | Undetermined | N/A | Undetermined |
| freecomicbookday.com | Undetermined | N/A | Undetermined |
| freecomicbooksummer.com | Undetermined | N/A | Undetermined |
| freecomicday.com | Undetermined | N/A | Undetermined |
| freecomicsday.com | Undetermined | N/A | Undetermined |
| freemangaday.com | Undetermined | N/A | Undetermined |
| freemangaday.info | Undetermined | N/A | Undetermined |
| freemangaday.net | Undetermined | N/A | Undetermined |
| freemangaday.org | Undetermined | N/A | Undetermined |
| gameshoplocator.com | Undetermined | N/A | Undetermined |
| gameshoplocator.net | Undetermined | N/A | Undetermined |
| gametrademagazine.com | Undetermined | N/A | Undetermined |
| gemstonecomics.com | Undetermined | N/A | Undetermined |
| gemstonecomics.net | Undetermined | N/A | Undetermined |
| gemstonepub.com | Undetermined | N/A | Undetermined |
| gemstonepublishing.com | Undetermined | N/A | Undetermined |
| gentlegiantltd.com | Undetermined | N/A | Undetermined |
| gentlegiantltd.net | Undetermined | N/A | Undetermined |
| gentlegianttoys.com | Undetermined | N/A | Undetermined |
| geppicompanies.com | Undetermined | N/A | Undetermined |
| geppientertainment.com | Undetermined | N/A | Undetermined |
| geppientertainmentandmedia.com | Undetermined | N/A | Undetermined |
| geppifamilyenterprises.com | Undetermined | N/A | Undetermined |
| geppifulfillmentsolutions.com | Undetermined | N/A | Undetermined |
| geppis.com | Undetermined | N/A | Undetermined |
| geppis.net | Undetermined | N/A | Undetermined |
| geppisauctions.com | Undetermined | N/A | Undetermined |
| geppisentertainment.com | Undetermined | N/A | Undetermined |
| geppisentertainmentmuseum.com | Undetermined | N/A | Undetermined |
| geppisfamilyenterprises.com | Undetermined | N/A | Undetermined |
| geppismuseum.com | Undetermined | N/A | Undetermined |
| gfefulfillment.com | Undetermined | N/A | Undetermined |
| givebaltimore.net | Undetermined | N/A | Undetermined |
| givebaltimore.org | Undetermined | N/A | Undetermined |
| gtmgiveaway.com | Undetermined | N/A | Undetermined |
| hakes.com | Undetermined | N/A | Undetermined |

**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**
**Schedule AB 61.  Internet domain names and websites.**

| Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| halloweencomicfest.com | Undetermined | N/A | Undetermined |
| homemediaauthority.com | Undetermined | N/A | Undetermined |
| homemediagrader.com | Undetermined | N/A | Undetermined |
| homemediagrading.com | Undetermined | N/A | Undetermined |
| kidscomics.com | Undetermined | N/A | Undetermined |
| lunchboxgrader.com | Undetermined | N/A | Undetermined |
| mangashoplocator.com | Undetermined | N/A | Undetermined |
| maximumzombies.com | Undetermined | N/A | Undetermined |
| mediagradingauthority.com | Undetermined | N/A | Undetermined |
| minimates.com | Undetermined | N/A | Undetermined |
| mobileactionextreme.com | Undetermined | N/A | Undetermined |
| mobileactionxtreme.com | Undetermined | N/A | Undetermined |
| moviepostergrader.com | Undetermined | N/A | Undetermined |
| nonsportscardgrader.com | Undetermined | N/A | Undetermined |
| nonsportsgrader.com | Undetermined | N/A | Undetermined |
| pezgrader.com | Undetermined | N/A | Undetermined |
| pinbackguide.com | Undetermined | N/A | Undetermined |
| popfulfillment.com | Undetermined | N/A | Undetermined |
| postergrader.com | Undetermined | N/A | Undetermined |
| previewsadult.com | Undetermined | N/A | Undetermined |
| previewsworld.com | Undetermined | N/A | Undetermined |
| previewsworld.tv | Undetermined | N/A | Undetermined |
| shopdst.com | Undetermined | N/A | Undetermined |
| stevegeppi.com | Undetermined | N/A | Undetermined |
| stevegeppi.net | Undetermined | N/A | Undetermined |
| toychestnews.com | Undetermined | N/A | Undetermined |
| toychestnews.net | Undetermined | N/A | Undetermined |
| toygrader.com | Undetermined | N/A | Undetermined |
| toygrader.net | Undetermined | N/A | Undetermined |
| toygrader.org | Undetermined | N/A | Undetermined |
| toygraders.com | Undetermined | N/A | Undetermined |
| toygrading.com | Undetermined | N/A | Undetermined |
| vgamegrader.com | Undetermined | N/A | Undetermined |
| vggrader.com | Undetermined | N/A | Undetermined |
| videogamegrader.com | Undetermined | N/A | Undetermined |
| videogamegrader.info | Undetermined | N/A | Undetermined |
| videogamegrader.net | Undetermined | N/A | Undetermined |
| videogamegrader.org | Undetermined | N/A | Undetermined |
| vinimates.com | Undetermined | N/A | Undetermined |
| whatsatcomicshops.com | Undetermined | N/A | Undetermined |
| **Total:** | **Undetermined** | **N/A** | **Undetermined** |

**Fill in this information to identify the case:**

Debtor name: **Diamond Comic Distributors, Inc.**

United States Bankruptcy Court for the **Baltimore** Division, District of **Maryland**

Case number (If known): **25-10308**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**     **List Creditors Who Have Secured Claims**

| **2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $31,019,347.89 | Undetermined |
|---|---|---|---|
| JPMorgan Chase Bank, N.A. | Substantially all of Debtor's assets | | |
| Creditor's mailing address | **Describe the lien** | | |
| P.O. Box 69165 | First Priority Lien | | |
| Baltimore, MD 21264-9165 | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No. | | |
| | ☐ Yes. | | |
| Date debt was incurred    05/16/2019 | **Is anyone else liable on this claim?** | | |
| Last 4 digits of account number   __ __ __ __ | ☐ No. | | |
| **Do multiple creditors have an interest in the same property?** | ☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H). | | |
| ☑ No. | **As of the petition filing date, the claim is:** | | |
| ☐ Yes. Have you already specified the relative priority? | Check all that apply | | |
| ☐ No. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent | | |
| | ☑ Unliquidated | | |
| ☐ Yes. The relative priority of creditors is specified on lines | ☐ Disputed | | |

| **3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $31,019,347.89 |
|---|---|

Debtor   Diamond Comic Distributors, Inc.                        Case number _(if known)_ 25-10308
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|--------------------------------------------------|
| Troutman Pepper Locke, LLP Attn: Jonathan Young, David Ruediger 111 Huntington Ave, 9th Fl., Boston, MA 02199 | Line 2.1 | __ __ __ __ |

| Official Form 206D | Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property** | Page 2 of 2 |

**Fill in this information to identify the case:**

Debtor name: __Diamond Comic Distributors, Inc.__

United States Bankruptcy Court for the __Baltimore__ Division, District of __Maryland__

Case number (If known): __25-10308__

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  |  | Total Claim | Priority Amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Adam Novak<br>5222 Wyndholme Cir<br>Baltimore, MD 21229<br>**Date or dates debt was incurred**<br>Various<br><br>Last 4 digits of account number  __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Accrued/Unused PTO<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $1,581.88 | $1,581.88 |
| **2.2** Priority creditor's name and mailing address<br>Adam T Fukumitsu<br>7418 Gresham St<br>Springfield, VA 22151<br>**Date or dates debt was incurred**<br>Various<br><br>Last 4 digits of account number  __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Accrued/Unused PTO<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $2,544.08 | $1,609.52 |
| **2.3** Priority creditor's name and mailing address<br>Adrian Aguilar<br>10000 N Lamar Blvd<br>Austin, TX 78753<br>**Date or dates debt was incurred**<br>Various<br><br>Last 4 digits of account number  __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Accrued/Unused PTO<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $41.82 | $41.82 |
| **2.4** Priority creditor's name and mailing address<br>Adrian Rodriguez<br>7772 Walnut Glen Dr<br>Southaven, MS 38672<br>**Date or dates debt was incurred**<br>Various<br><br>Last 4 digits of account number  __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Accrued/Unused PTO<br>**Is the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $432.00 | $432.00 |

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.5** Priority creditor's name and mailing address
Aisha F Smith
16-G Kings Crossing Ct
Cockeysville, MD 21030
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $640.00    Priority amount $640.00

---

**2.6** Priority creditor's name and mailing address
Alexander Munguia
242 Riverbend Ct
Visalia, CA 93291
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $1,048.60    Priority amount $979.30

---

**2.7** Priority creditor's name and mailing address
Alexander Xu
14417 Lilley Brook Cove
Austin, TX 78717
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $801.50    Priority amount $801.50

---

**2.8** Priority creditor's name and mailing address
Alexandra Murray
10428 43rd Ave
Beltsville, MD 20705
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $1,038.60    Priority amount $900.12

---

**2.9** Priority creditor's name and mailing address
Alicia N Moore
242 Lyness Ave, Apt 198
Harrison, OH 45030
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $743.50    Priority amount $583.27

---

**2.10** Priority creditor's name and mailing address
Allison Konialian
5445 Patterson Rd
Baldwin, MD 21013
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $1,472.00    Priority amount $832.00

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.11** Priority creditor's name and mailing address
Allison R Zaenger
1033 Northwood Blvd
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

   Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $492.29   Priority amount: $492.29

**2.12** Priority creditor's name and mailing address
Allyn R Gibson
274 W Walnut St
Yoe, PA 17313
**Date or dates debt was incurred**
Various

   Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,231.47   Priority amount: $1,688.00

**2.13** Priority creditor's name and mailing address
Alyssa Eidson
3360 Kirby Meadows Dr
Memphis, TN 38115
**Date or dates debt was incurred**
Various

   Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $255.84   Priority amount: $255.84

**2.14** Priority creditor's name and mailing address
Amarion M Davis
1729 Hobson Rd
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

   Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $67.77   Priority amount: $67.77

**2.15** Priority creditor's name and mailing address
Amelia Cantu
15835 Foothill Farms Loop, Apt 2914
Pflugerville, TX 78660
**Date or dates debt was incurred**
Various

   Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,008.00   Priority amount: $959.00

**2.16** Priority creditor's name and mailing address
Amy Hughes
1922 Saint Louis Ave
Ft Wayne, IN 46819
**Date or dates debt was incurred**
Various

   Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,524.92   Priority amount: $1,696.16

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.17** | Priority creditor's name and mailing address
Angel Bernacett Cosme
3052 Linda Dr
Memphis, TN 38118
**Date or dates debt was incurred**
Various

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,090.34   Priority amount: $901.68

---

**2.18** | Priority creditor's name and mailing address
Angel Castillo
991 Show Boat Cv
Cordova, TN 38118
**Date or dates debt was incurred**
Various

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $688.86   Priority amount: $688.86

---

**2.19** | Priority creditor's name and mailing address
Angela C Phillips-Mills
9 Wellhaven Cir, Apt 1016
Owings Mills, MD 21117
**Date or dates debt was incurred**
Various

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,691.30   Priority amount: $2,691.30

---

**2.20** | Priority creditor's name and mailing address
Angela Ricker
912 Meadow View Cir
Byhalia, MS 38611
**Date or dates debt was incurred**
Various

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $120.96   Priority amount: $120.96

---

**2.21** | Priority creditor's name and mailing address
Angela Veach
7518 Albatross Dr
Olive Branch, MS 38654
**Date or dates debt was incurred**
Various

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $6,645.43   Priority amount: $3,730.77

---

**2.22** | Priority creditor's name and mailing address
Angelo D Wright
7720 Flannagan Ct 6
Richmond, VA 23228
**Date or dates debt was incurred**
Various

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $190.08   Priority amount: $190.08

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.23** Priority creditor's name and mailing address
Angelo R Hernandez
211 E Vine St
Visalia, CA 93291
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**  _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,193.14   Priority amount: $2,166.57

---

**2.24** Priority creditor's name and mailing address
Anibal O R Lebron
3077 Cartlynn Cir
Horn Lake, MS 38637
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**  _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,448.84   Priority amount: $2,544.23

---

**2.25** Priority creditor's name and mailing address
Anne Noyes
2206 Shetland Way
Bel Air, MD 21015
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**  _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $619.16   Priority amount: $619.16

---

**2.26** Priority creditor's name and mailing address
Anthony Gonzalez
511 N Summers St
Visalia, CA 93291
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**  _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,008.00   Priority amount: $1,008.00

---

**2.27** Priority creditor's name and mailing address
Anthony Santano
1700 S Austin Ave, Apt 114
Georgetown, TX 78626
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**  _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $757.34   Priority amount: $757.34

---

**2.28** Priority creditor's name and mailing address
Antoine Calligan
1121 Rivermet Ave
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**  _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $441.67   Priority amount: $441.67

**Part 1:**    **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.29** | **Priority creditor's name and mailing address**
Antoinette Jackson
431 Autumn Harvest Ct
Abingdon, MD 21009
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $884.14    Priority amount: $884.14

---

**2.30** | **Priority creditor's name and mailing address**
Antonio Pannell
4277 Kimball Ave
Memphis, TN 38111
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $416.48    Priority amount: $416.48

---

**2.31** | **Priority creditor's name and mailing address**
Antonio T Steele
3 Melinda Dr
York, PA 17408
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $82.54    Priority amount: $82.54

---

**2.32** | **Priority creditor's name and mailing address**
Anyerbet Vergara
3132 Arbol Pl
Memphis, TN 38115
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $143.14    Priority amount: $143.14

---

**2.33** | **Priority creditor's name and mailing address**
Arabella B Acosta
674 Hall St
Tulare, CA 93274
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $772.20    Priority amount: $772.20

---

**2.34** | **Priority creditor's name and mailing address**
Arturo Moreno
2024 N 5th St
St Charles, MO 63301
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $466.97    Priority amount: $466.97

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.35** Priority creditor's name and mailing address
Ashley K Kronsberg
1407 Singer Rd
Joppa, MD 21085-2112
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**       _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,486.25    Priority amount: $1,787.54

**2.36** Priority creditor's name and mailing address
Ashley S Giebel
10107 Glennon St
San Diego, CA 92124
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**       _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $261.00    Priority amount: $261.00

**2.37** Priority creditor's name and mailing address
Ashton Summer Greenwood
8520 Woodfall Rd
Nottingham, MD 21236
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**       _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,205.57    Priority amount: $2,076.92

**2.38** Priority creditor's name and mailing address
Atsuko N Wilson
14 Valley Crossing Cir
Cockeysville, MD 21030
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**       _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,115.37    Priority amount: $1,923.07

**2.39** Priority creditor's name and mailing address
Bailey Houston
3717 Hwy 306
Coldwater, MS 38618
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**       _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $432.00    Priority amount: $432.00

**2.40** Priority creditor's name and mailing address
Barbara Hall
838 Marianna St
Memphis, TN 38114
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**       _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $416.16    Priority amount: $416.16

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
          Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.41** Priority creditor's name and mailing address
Benjamin Tawney
550 Oak Rd
Dallastown, PA 17313
**Date or dates debt was incurred**
Various

　　　Last 4 digits of account number ＿ ＿ ＿ ＿

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,800.32    $1,316.16

**2.42** Priority creditor's name and mailing address
Beth E Tracey
P.O. Box 216
New Windsor, MD 21776
**Date or dates debt was incurred**
Various

　　　Last 4 digits of account number ＿ ＿ ＿ ＿

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,323.91    $2,323.91

**2.43** Priority creditor's name and mailing address
Bethany F Quinn
24541 N Michael St
Tulare, CA 93292
**Date or dates debt was incurred**
Various

　　　Last 4 digits of account number ＿ ＿ ＿ ＿

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$41.82    $41.82

**2.44** Priority creditor's name and mailing address
Bianca R Matallana
4025 McGinnis Ferry Rd, Apt 812B
Suwanee, GA 30024
**Date or dates debt was incurred**
Various

　　　Last 4 digits of account number ＿ ＿ ＿ ＿

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$49.40    $49.40

**2.45** Priority creditor's name and mailing address
Billy D O'Kelley
2901 N Zachary St
Visalia, CA 93291
**Date or dates debt was incurred**
Various

　　　Last 4 digits of account number ＿ ＿ ＿ ＿

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$595.65    $595.65

**2.46** Priority creditor's name and mailing address
Bobbie C Tilghman
3003 Hanlon Ave
Baltimore, MD 21216
**Date or dates debt was incurred**
Various

　　　Last 4 digits of account number ＿ ＿ ＿ ＿

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$467.34    $467.34

**Part 1:**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.47** | **Priority creditor's name and mailing address**
Boontham Seechan
2646 N Shady Ct
Visalia, CA 93291
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $174.72    Priority amount: $174.72

**2.48** | **Priority creditor's name and mailing address**
Boutsady Inthirath
3240 St James Pl, Bldg Home
Lawrenceville, GA 30044
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $96.84    Priority amount: $96.84

**2.49** | **Priority creditor's name and mailing address**
Brandon Dills
832 Ridgewood Dr, Apt 8
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $359.74    Priority amount: $359.74

**2.50** | **Priority creditor's name and mailing address**
Brenda Harrouchi
311 Burton Rd
Senatobia, MS 38668
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $660.52    Priority amount: $660.52

**2.51** | **Priority creditor's name and mailing address**
Brenda L Yancey
683 Hilyard Ln
Memphis, TN 38126
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $90.34    Priority amount: $90.34

**2.52** | **Priority creditor's name and mailing address**
Brenda Rodriguez
1501 Cherry Rd, Apt 02
Memphis, TN 38117
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,235.67    Priority amount: $856.96

**Part 1:**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.53**   **Priority creditor's name and mailing address**
Brenden D Fischer
1780 Graves Rd, Apt 623
Norcross, GA 30093
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $934.26    Priority amount: $934.26

**2.54**   **Priority creditor's name and mailing address**
Brennan West
9 Maul Ave, Apt D
Felton, PA 17322
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,104.16    Priority amount: $1,519.20

**2.55**   **Priority creditor's name and mailing address**
Brett Canby
5129 King Ave
Rosedale, MD 21237
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,135.25    Priority amount: $1,367.40

**2.56**   **Priority creditor's name and mailing address**
Brett Ilk
3722 S Park Dr
Ft wayne, IN 46806
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $289.11    Priority amount: $289.11

**2.57**   **Priority creditor's name and mailing address**
Brian Bauer
9134 Avondale Rd
Baltimore, MD 21234
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,111.63    Priority amount: $1,125.00

**2.58**   **Priority creditor's name and mailing address**
Brian D Bailey
3343 S Christine Gardens
Memphis, TN 38118
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $267.51    Priority amount: $267.51

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.59** Priority creditor's name and mailing address
Brian P Spencer
345 Winterberry Dr
Edgewood, MD 21040
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$673.97  $673.97

**2.60** Priority creditor's name and mailing address
Brian Sirois
1027 Braymer Trl
Ft Wayne, IN 46845
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,066.46  $987.43

**2.61** Priority creditor's name and mailing address
Brianna Acosta
5000 Bridgewood Dr
Killeen, TX 76549
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$321.48  $321.48

**2.62** Priority creditor's name and mailing address
Brittany C Mckiver
5126 Peachtree Blvd, Apt 625
Chamblee, GA 30341
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,564.16  $1,564.16

**2.63** Priority creditor's name and mailing address
Brittany E Turner
1308 NE 42nd St
Oklahoma City, OK 73111
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$366.00  $366.00

**2.64** Priority creditor's name and mailing address
Brittany N Nycum
4715 Charlton Ave
Baltimore, MD 21214
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$233.79  $233.79

Debtor    Diamond Comic Distributors    Case number (if known) 25-10308
Name

| Part 1: | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.65** Priority creditor's name and mailing address
Bruce T Hamilton
304 Colgate Dr
Forest Hill, MD 21050
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$620.24    $598.60

---

**2.66** Priority creditor's name and mailing address
Bryan J Watson
109 River Crossing Trl
Round Rock, TX 78665
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$602.00    $581.00

---

**2.67** Priority creditor's name and mailing address
Bryce B Whitacre
10187 Greenmoor Dr
New Haven, IN 46774
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,209.23    $982.50

---

**2.68** Priority creditor's name and mailing address
Caitlin Mccabe
9 Chauncey Walker St
Belchertown, MA 01007
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,089.02    $2,089.02

---

**2.69** Priority creditor's name and mailing address
Caleb Miller
1704 W Main St
Ft Wayne, IN 46808
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$601.00    $601.00

---

**2.70** Priority creditor's name and mailing address
California Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
State Income Tax - Jeopardy Assesment
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$42,969.39    $42,969.39

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.71** Priority creditor's name and mailing address
Cameron Faulkner-Walker
7165 Winfield Rd
Winfield, WV 25213
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$879.65    $879.65

---

**2.72** Priority creditor's name and mailing address
Cameron Mcinnes
7N Sycamore Ln
Stewartstown, PA 17363
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,227.46    $1,047.93

---

**2.73** Priority creditor's name and mailing address
Candace Rogers
3358 Parker Ave
Memphis, TN 38111
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$817.06    $817.06

---

**2.74** Priority creditor's name and mailing address
Carl Stephens
2007 Fox Point Trl, Apt 8
Ft Wayne, IN 46816
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$39.36    $39.36

---

**2.75** Priority creditor's name and mailing address
Carlos Lopez
3921 Chippewa Rd, Apt 1
Memphis, TN 38118
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$286.96    $286.96

---

**2.76** Priority creditor's name and mailing address
Carlos Rodriguez
22834 San Miguel St
Harlingen, TX 78552
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$886.73    $819.00

---

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.77** Priority creditor's name and mailing address
Carly M Campbell
1886 Yakona Rd
Parkville, MD 21234
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $592.56    Priority amount: $592.56

---

**2.78** Priority creditor's name and mailing address
Carmalene C Davis
10109 Westmoreland Dr
Michigan City, IN 46360
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $405.43    Priority amount: $405.43

---

**2.79** Priority creditor's name and mailing address
Casandra Rijo Berroa
5050 Colewood Ave
Memphis, TN 38118
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,301.92    Priority amount: $856.96

---

**2.80** Priority creditor's name and mailing address
Casey Z Dimoff
511 Crestwood Dr
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,610.63    Priority amount: $1,519.20

---

**2.81** Priority creditor's name and mailing address
Catherine Clendenen
1126 Franklin Ave
Ft Wayne, IN 46808
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $241.07    Priority amount: $241.07

---

**2.82** Priority creditor's name and mailing address
Cecilia Esquivel Lopez
6896 Birch Lake Dr
Memphis, TN 38119
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $590.08    Priority amount: $590.08

**Part 1:**    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.83**   **Priority creditor's name and mailing address**
Chad A Thompson
4460 Park Brooke Trace
Alpharetta, GA 30022
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $4,740.45    Priority amount: $4,740.45

---

**2.84**   **Priority creditor's name and mailing address**
Chantey A Vester
2790 Mojave Pl, Apt 4
Memphis, TN 38115
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $0.00    Priority amount: $0.00

---

**2.85**   **Priority creditor's name and mailing address**
Charles A Parker
12 Overshot Ct
Phoenix, MD 21131
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $14,961.54    Priority amount: $7,692.31

---

**2.86**   **Priority creditor's name and mailing address**
Charles L Echols
4708 Lafayette St
Ft Wayne, IN 46806
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $157.44    Priority amount: $157.44

---

**2.87**   **Priority creditor's name and mailing address**
Charles Moore
3606 Bowser Ave
Ft Wayne, IN 46806
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $387.19    Priority amount: $387.19

---

**2.88**   **Priority creditor's name and mailing address**
Charlie Payne
79 Grove Blvd
Byhalia, MS 38611
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

Total claim: $600.12    Priority amount: $600.12

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.89** Priority creditor's name and mailing address
Cheyenne Blundell
2748 W Monte Vista Ave
Visalia, CA 93277
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,038.18    Priority amount: $1,991.59

**2.90** Priority creditor's name and mailing address
Christian Luna
15835 Foothill Farms Loop, Apt 2914
Pflugerville, TX 78660
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,793.96    Priority amount: $2,232.69

**2.91** Priority creditor's name and mailing address
Christina Tryon
7932 Meridian Dr
Pasadena, MD 21122
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,465.19    Priority amount: $3,703.84

**2.92** Priority creditor's name and mailing address
Christine L Gassmann
404 Daniel Dr
Westminster, MD 21158
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $771.71    Priority amount: $771.71

**2.93** Priority creditor's name and mailing address
Christine L Taylor
23 N Charles St
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $69.17    Priority amount: $69.17

**2.94** Priority creditor's name and mailing address
Christine Stephens
7401A Mill Run Rd
Ft Wayne, IN 46819
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $165.60    Priority amount: $165.60

| Debtor | Diamond Comic Distributors, Inc. | Case number (if known) | 25-10308 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.95** Priority creditor's name and mailing address
Christopher Baker
2014 Flagstone Ct
Abingdon, MD 21009-3046
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,092.15   Priority amount: $1,903.84

---

**2.96** Priority creditor's name and mailing address
Christopher Bente
1501 N Silvervale St
Visalia, CA 93291
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $310.34   Priority amount: $310.34

---

**2.97** Priority creditor's name and mailing address
Christopher George Harbour
1742 E Burton Ave
Tulare, CA 93274
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,504.56   Priority amount: $1,724.78

---

**2.98** Priority creditor's name and mailing address
Christopher J Powell
1446 Wellspring Dr
Aberdeen, MD 21001
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $11,900.00   Priority amount: $6,730.77

---

**2.99** Priority creditor's name and mailing address
Christopher M Carroll
15407 Barrens Rd N
Stewartstown, PA 17363
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $440.40   Priority amount: $440.40

---

**2.100** Priority creditor's name and mailing address
Christopher Martinez
7727 Sharmil Dr, Apt 3
Southaven, MS 38671
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,280.96   Priority amount: $832.00

| Part 1: | Additional Page |
| --- | --- |

<table>
<tr><td colspan="2">Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.</td><td>Total claim</td><td>Priority amount</td></tr>
</table>

**2.101** Priority creditor's name and mailing address
Christy Vaeth
9 Chapel Way
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $4,031.50    Priority amount: $1,800.00

**2.102** Priority creditor's name and mailing address
Clyde Norris
6809 Woodcrest Dr
Ft Wayne, IN 46815
**Date or dates debt was incurred**
Various

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $140.40    Priority amount: $140.40

**2.103** Priority creditor's name and mailing address
Colin J Blake
10012 Old Providence Way, Apt C
Cockeysville, MD 21030
**Date or dates debt was incurred**
Various

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $176.00    Priority amount: $176.00

**2.104** Priority creditor's name and mailing address
Comptroller of Maryland
Revenue Administration Division
110 Carroll St
Annapolis, MD 21411-0001
**Date or dates debt was incurred**

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
State Income Tax
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

**2.105** Priority creditor's name and mailing address
Connecticut Dept of Revenue Services
P.O. Box 2977
Hartford, CT 06104-2977
**Date or dates debt was incurred**

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
State Income Tax
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

**2.106** Priority creditor's name and mailing address
Cora Panella
5 Hammar Rd
Nashua, NH 03062
**Date or dates debt was incurred**
Various

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $3,892.31    Priority amount: $2,300.00

**Part 1:**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.107** Priority creditor's name and mailing address
Corey B Perez
312 N 17th St, Apt 9
Decatur, IN 46733
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $717.11    Priority amount: $717.11

**2.108** Priority creditor's name and mailing address
Courtney R Powell
328 E Dewald St
Ft Wayne, IN 46803
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $185.68    Priority amount: $185.68

**2.109** Priority creditor's name and mailing address
Crystal Cosby
7506 Riddle Ave
Baltimore, MD 21224
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $243.94    Priority amount: $243.94

**2.110** Priority creditor's name and mailing address
Crystal J Hughes
605 Gearing Ct E
Millersville, MD 21108
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,517.22    Priority amount: $1,121.05

**2.111** Priority creditor's name and mailing address
Crystal Zavala
4650 Cotton Dr
Memphis, TN 38118
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $84.48    Priority amount: $84.48

**2.112** Priority creditor's name and mailing address
Cynthia Y Harris
6325 Lake Windsor Pkwy
Buford, GA 30518
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $72.18    Priority amount: $72.18

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.113** **Priority creditor's name and mailing address**
Dalmont Mcgory
415 Jones Beene Dr
Holly Springs, MS 38635
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $417.15    Priority amount: $417.15

**2.114** **Priority creditor's name and mailing address**
Daniel Cifuentes
1710 Cornelia Ln
Memphis, TN 38117
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,063.36    Priority amount: $832.00

**2.115** **Priority creditor's name and mailing address**
Daniel Michael Hughes
P.O. Box 542
New Haven, IN 46774
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,035.94    Priority amount: $2,500.00

**2.116** **Priority creditor's name and mailing address**
Daniela Lopez
6896 Birch Lake Dr
Memphis, TN 38119
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,087.32    Priority amount: $884.00

**2.117** **Priority creditor's name and mailing address**
Daniella J Boyso
5065 Timberbridge Ln
Alpharetta, GA 30022
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,747.11    Priority amount: $1,747.11

**2.118** **Priority creditor's name and mailing address**
Danielle E Ashford
645 S D St
Tulare, CA 93274
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $100.35    Priority amount: $100.35

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.119** Priority creditor's name and mailing address
Danielle J Gill
3606 Bowser Ave
Ft Wayne, IN 46806
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $141.38    Priority amount: $141.38

**2.120** Priority creditor's name and mailing address
Darest A Williams-Robbins
1922 Saint Louis Ave
Ft Wayne, IN 46819
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $71.20    Priority amount: $71.20

**2.121** Priority creditor's name and mailing address
Darin Craig
1501 E Rudisill Blvd
Ft Wayne, IN 46806
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $725.40    Priority amount: $725.40

**2.122** Priority creditor's name and mailing address
Darin Ormiston Ii
5434 Brighton Dr
Ft Wayne, IN 46825
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $821.03    Priority amount: $821.03

**2.123** Priority creditor's name and mailing address
Darius Ayers
328 E Dewald St, Apt 1
Ft Wayne, IN 46803
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $277.27    Priority amount: $277.27

**2.124** Priority creditor's name and mailing address
David A Cooke
5067 Dry Well Ct
Columbia, MD 21045
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,883.18    Priority amount: $6,923.08

**Part 1:**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.125**   **Priority creditor's name and mailing address**
David Coy
15407 Barrens Rd N
Stewartstown, PA 17363
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $532.00    Priority amount: $532.00

**2.126**   **Priority creditor's name and mailing address**
David Labelle
1925 Wood Lane Dr
Olive Branch, MS 38654
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $5,798.73    Priority amount: $3,062.50

**2.127**   **Priority creditor's name and mailing address**
David M Warmath
3380 Plum Point Dr E
Olive Branch, MS 38654
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $2,134.13    Priority amount: $2,134.13

**2.128**   **Priority creditor's name and mailing address**
David S Kulp
1520 E Berry St, Apt 107
Ft Wayne, IN 46803
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $657.69    Priority amount: $657.69

**2.129**   **Priority creditor's name and mailing address**
Dawson A Bennett
1023 N Leslie St
Visalia, CA 93291
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $462.35    Priority amount: $462.35

**2.130**   **Priority creditor's name and mailing address**
Dawson L Gilbert
312 E Lancaster St
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $109.74    Priority amount: $109.74

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.131** Priority creditor's name and mailing address
Debra Shie
8506 Fox Home Dr
New Haven, IN 46774
**Date or dates debt was incurred**
Various

Last 4 digits of account number         _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,537.12
Priority amount: $1,460.96

**2.132** Priority creditor's name and mailing address
Delaware Division of Revenue
820 N French St
Wilmington, DE 19801
**Date or dates debt was incurred**

Last 4 digits of account number         _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
State Income Tax
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: Unknown
Priority amount: Unknown

**2.133** Priority creditor's name and mailing address
Delois Anthony
4983 Knight Arnold Rd
Memphis, TN 38118
**Date or dates debt was incurred**
Various

Last 4 digits of account number         _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $342.95
Priority amount: $342.95

**2.134** Priority creditor's name and mailing address
Delvoris Braddock
78 Lenzi Rd
Byhalia, MS 38611
**Date or dates debt was incurred**
Various

Last 4 digits of account number         _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,355.17
Priority amount: $1,060.80

**2.135** Priority creditor's name and mailing address
Demetrius D Gilmore
363 E Hoover Dr
Ft Wayne, IN 46816
**Date or dates debt was incurred**
Various

Last 4 digits of account number         _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $65.60
Priority amount: $65.60

**2.136** Priority creditor's name and mailing address
Denise Henderson
10862 Nichols Blvd, Apt 8-10
Olive Branch, MS 38654
**Date or dates debt was incurred**
Various

Last 4 digits of account number         _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $3,333.39
Priority amount: $1,961.54

**Part 1:**     **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.137**   **Priority creditor's name and mailing address**
Denise Yancy
3614 Woodfield Dr, Apt 3
Memphis, TN 38116
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $432.81    Priority amount: $432.81

---

**2.138**   **Priority creditor's name and mailing address**
Dennis Alberto Gonzalez-Reyes
2982 Danville Rd
Memphis, TN 38118
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $726.08    Priority amount: $726.08

---

**2.139**   **Priority creditor's name and mailing address**
Dennis E Grant
1469 Audrey Ln
Horn Lake, MS 38637
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $81.36    Priority amount: $81.36

---

**2.140**   **Priority creditor's name and mailing address**
Destini Jackson
3301 E 17th St
Austin, TX 78721
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $182.35    Priority amount: $182.35

---

**2.141**   **Priority creditor's name and mailing address**
Devin J Funches
3224 A Humphrey St
St Louis, MO 63118
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,525.19    Priority amount: $1,525.19

---

**2.142**   **Priority creditor's name and mailing address**
Dewaine Gartensleben
135 Wimbleton Way
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,760.00    Priority amount: $2,760.00

---

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.143** Priority creditor's name and mailing address
Diana Taylor
865 Springvale Rd
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$129.36    $129.36

**2.144** Priority creditor's name and mailing address
Dina A Vasquez Turcios
859 Berclair Rd
Memphis, TN 38122
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$360.32    $360.32

**2.145** Priority creditor's name and mailing address
Donald Downs
398 Meadow View Cir
Byhalia, MS 38611
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$700.40    $700.40

**2.146** Priority creditor's name and mailing address
Donald Kimes
602 Putnam St
Ft Wayne, IN 46808
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$571.88    $571.88

**2.147** Priority creditor's name and mailing address
Donald S Long
317 E Hoover Dr
Ft Wayne, IN 46816
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$217.17    $217.17

**2.148** Priority creditor's name and mailing address
Donna Daroja Priet
2017 Newhaven Dr
Essex, MD 21221
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,706.49    $2,706.49

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.149** Priority creditor's name and mailing address
Donna K Nerini
3343 S Christine Gardens
Memphis, TN 38118
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,324.38    Priority amount: $2,324.38

**2.150** Priority creditor's name and mailing address
Donny Hill
318 N Madison St
Bolivar, TN 38008
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $636.31    Priority amount: $636.31

**2.151** Priority creditor's name and mailing address
Dorothy Mae Lane
5100 Ginger Cir
Memphis, TN 38118
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $495.90    Priority amount: $495.90

**2.152** Priority creditor's name and mailing address
Douangsack Xaysettha
6309 Delnorte Ct NW
Norcross, GA 30093
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $146.53    Priority amount: $146.53

**2.153** Priority creditor's name and mailing address
Douglas J Youngs
4301 Keeners Rd
Middle River, MD 21220
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $548.10    Priority amount: $548.10

**2.154** Priority creditor's name and mailing address
Earnest L Young
1096 Ayers St
Memphis, TN 38107
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $91.93    Priority amount: $91.93

**Part 1:**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.155** Priority creditor's name and mailing address
Edisson Rojas-Parra
9764 Tucker Creek Ln
Cordova, TN 38018
**Date or dates debt was incurred**
Various

_____ Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $234.60    Priority amount: $234.60

**2.156** Priority creditor's name and mailing address
Eduardo A Perez Valdes
220 Edgeknoll Ln
Ft Wayne, IN 46816
**Date or dates debt was incurred**
Various

_____ Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $799.71    Priority amount: $799.71

**2.157** Priority creditor's name and mailing address
Eduardo R Gomez
1402 Graves Rd
Norcross, GA 30093
**Date or dates debt was incurred**
Various

_____ Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $81.80    Priority amount: $81.80

**2.158** Priority creditor's name and mailing address
Edward J Briggs
45 Valcour Hgts Dr
Peru, NY 12972
**Date or dates debt was incurred**
Various

_____ Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $17,629.10    Priority amount: $6,269.24

**2.159** Priority creditor's name and mailing address
Edward Sloman
4715 Charlton Ave
Baltimore, MD 21214
**Date or dates debt was incurred**
Various

_____ Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $552.61    Priority amount: $552.61

**2.160** Priority creditor's name and mailing address
Elaina Warren
126 White Cir
Greenville, SC 29611
**Date or dates debt was incurred**
Various

_____ Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $510.18    Priority amount: $510.18

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.161** Priority creditor's name and mailing address
Elena K Byerly
6 Tree Hollow Dr
Shrewsbury, PA 17361
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $4,193.87   Priority amount: $2,043.92

**2.162** Priority creditor's name and mailing address
Elisabeth Antunez
6621 Silver Oak Cove
Memphis, TN 38141
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $75.89   Priority amount: $75.89

**2.163** Priority creditor's name and mailing address
Emily Bugg
46860 Hilton Dr, Apt 2223
Lexington Park, MD 20653
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,252.48   Priority amount: $856.96

**2.164** Priority creditor's name and mailing address
Emily M Eickhoff
218 Solway Rd
Timonium, MD 21093
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $6,332.34   Priority amount: $3,427.52

**2.165** Priority creditor's name and mailing address
Emily Neil Botica
6489 Forest Beach Dr
Brighton, MI 48116
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $2,648.44   Priority amount: $2,648.44

**2.166** Priority creditor's name and mailing address
Emma Porter
5105 Homestead Rd
Ft Wayne, IN 46814
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,455.60   Priority amount: $1,184.10

Debtor    Diamond Comic Distributors    Case number (if known) 25-10308
Name

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.167** Priority creditor's name and mailing address
Enchantee Frierson
8148 Caitlin Dr
Olive Branch, MS 38654
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $131.84    Priority amount: $131.84

**2.168** Priority creditor's name and mailing address
Enrique A Varona
1480 US 46
Parsippany-Troy Hills, NJ 07054
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $460.25    Priority amount: $460.25

**2.169** Priority creditor's name and mailing address
Eric D Roman
11 Creek Rd
Front Royal, VA 22630
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $534.75    Priority amount: $534.75

**2.170** Priority creditor's name and mailing address
Eric T Mcclarren
926 Circle Dr
Arbutus, MD 21227
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $5,351.75    Priority amount: $3,346.15

**2.171** Priority creditor's name and mailing address
Eric W Beck
912 Hedgerow Ct
Bel Air, MD 21014
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $6,550.23    Priority amount: $5,961.53

**2.172** Priority creditor's name and mailing address
Erika Mendoza
1230 E 38th 1/2 St, Apt 135
Austin, TX 78722
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $272.29    Priority amount: $272.29

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.173** Priority creditor's name and mailing address
Erique R Watson
2336 Fruitville Pike
Lancaster, PA 17601
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $5,753.84    Priority amount $3,269.23

---

**2.174** Priority creditor's name and mailing address
Eugene D Campbell
1036 E Cabana Cir, Apt 7
Memphis, TN 38108
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $1,959.84    Priority amount $936.00

---

**2.175** Priority creditor's name and mailing address
Eula Faye Judkins
2215 Curdes Ave
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $833.79    Priority amount $833.79

---

**2.176** Priority creditor's name and mailing address
Eva Salazar
5490 Jasmine Cove
Memphis, TN 38115
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $506.56    Priority amount $506.56

---

**2.177** Priority creditor's name and mailing address
Evan M Schneider
14810 Greystone Ct
Leo-Cedarville, IN 46765
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $559.00    Priority amount $539.50

---

**2.178** Priority creditor's name and mailing address
Francine L Callahan
1013 Fallscroft Way
Lutherville, MD 21093
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim $3,386.97    Priority amount $3,386.97

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2.179** Priority creditor's name and mailing address
Gabriel Joseph Gillig
1302 Oakland St
Ft Wayne, IN 46808
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,314.52    Priority amount: $1,314.52

**2.180** Priority creditor's name and mailing address
Gary L Blake
10012 Old Providence Way, Apt C
Cockeysville, MD 21030
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $294.47    Priority amount: $294.47

**2.181** Priority creditor's name and mailing address
Georgia Dept of Revenue
P.O. Box 740399
Atlanta, GA 30374-0399
**Date or dates debt was incurred**

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
State Income Tax
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

**2.182** Priority creditor's name and mailing address
Gerryann Rhaym
2501 Louis Henna Blvd, Apt 412
Round Rock, TX 78664
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $293.13    Priority amount: $293.13

**2.183** Priority creditor's name and mailing address
Gilbert L Gardner
112 Sunnyking Dr
Reisterstown, MD 21136
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,413.15    Priority amount: $780.00

**2.184** Priority creditor's name and mailing address
Gilmer Aguilar
8155 Pinebrook Dr
Southaven, MS 38671
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $198.72    Priority amount: $198.72

| Part 1: | Additional Page | | | | |
|---|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | Total claim | Priority amount |

**2.185** Priority creditor's name and mailing address
Giovanni Zapata Cabrera
4937 Biscoe Ave
Memphis, TN 38122
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,216.00     Priority amount: $832.00

**2.186** Priority creditor's name and mailing address
Gladys B Oliva Chajon
1430 Grant Ave
Ft Wayne, IN 46803
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $327.86     Priority amount: $327.86

**2.187** Priority creditor's name and mailing address
Gloria Pastuizaca
2322 Gay St
Ft Wayne, IN 46803
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $731.28     Priority amount: $731.28

**2.188** Priority creditor's name and mailing address
Guy C Goods
1064 Forest West Ct
Stone Mountain, GA 30088
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $67.32     Priority amount: $67.32

**2.189** Priority creditor's name and mailing address
Guy Verdinelli
120 W Broadway
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $396.64     Priority amount: $396.64

**2.190** Priority creditor's name and mailing address
Halli M Sullivan
3620 Bridges Ct
Cumming, GA 30040
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $0.16     Priority amount: $0.16

**Part 1:**    **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.191** Priority creditor's name and mailing address
Heather Bower
1223 Asbury Dr
New Haven, IN 46774
**Date or dates debt was incurred**
Various

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$254.30     $254.30

**2.192** Priority creditor's name and mailing address
Heather K Cain-Shephard
1631 Cottage Ln
Towson, MD 21286
**Date or dates debt was incurred**
Various

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$442.56     $442.56

**2.193** Priority creditor's name and mailing address
Heather P Heppe
687 Hunt Station Dr
Lawrenceville, GA 30044
**Date or dates debt was incurred**
Various

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$72.18     $72.18

**2.194** Priority creditor's name and mailing address
Hector Gonzalez
4031 W Vine Ave
Visalia, CA 93291
**Date or dates debt was incurred**
Various

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$742.35     $742.35

**2.195** Priority creditor's name and mailing address
Iessika Reyes-Parra
1312 Farwoods Dr
Cordova, TN 38018-7136
**Date or dates debt was incurred**
Various

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$380.80     $380.80

**2.196** Priority creditor's name and mailing address
Ieuskari Rojas
1312 Farwoods Dr
Cordova, TN 38018
**Date or dates debt was incurred**
Various

   Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$196.80     $196.80

**Part 1:**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.197** Priority creditor's name and mailing address
Illinois Dept of Revenue
P.O. Box 19027
Springfield, IL 62794-9027
**Date or dates debt was incurred**

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 8

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
State Income Tax
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.198** Priority creditor's name and mailing address
India J Johnson
8624 Cobblefield Dr, Apt 2G
Columbia, MD 21045
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $896.00    Priority amount: $832.00

---

**2.199** Priority creditor's name and mailing address
Inthava Mingkhouan
759 Bethesda School Rd
Lawrenceville, GA 30044
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $701.10    Priority amount: $701.10

---

**2.200** Priority creditor's name and mailing address
Iris Diaz
4900 Durbin Ave
Memphis, TN 38122
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $509.89    Priority amount: $509.89

---

**2.201** Priority creditor's name and mailing address
Iris Pineda
2957 Curtis St
Memphis, TN 38118
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $64.00    Priority amount: $64.00

---

**2.202** Priority creditor's name and mailing address
Ivonne Lopez
6072 Gascony Dr
Memphis, TN 38115
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $916.47    Priority amount: $916.47

---

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.203** Priority creditor's name and mailing address
Jack C Langenfelder Jr
102 Hogarth Cir
Cockeysville, MD 21030
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,516.36    Priority amount: $2,277.48

---

**2.204** Priority creditor's name and mailing address
Jacqueline A Kinter
1307 W 41st St
Baltimore, MD 21211
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,285.34    Priority amount: $1,078.48

---

**2.205** Priority creditor's name and mailing address
Jacquelyn Cordero
18 B Water St
Windsor, PA 17366
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $156.60    Priority amount: $156.60

---

**2.206** Priority creditor's name and mailing address
James G Leigh
863 Cedar Branch Ln
Lawrenceville, GA 30043
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $129.60    Priority amount: $129.60

---

**2.207** Priority creditor's name and mailing address
James G Sweeney
2107 York Ridge Pl
Ft Wayne, IN 46818
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,632.22    Priority amount: $1,161.13

---

**2.208** Priority creditor's name and mailing address
Jamie M Hays
3208 S Parkwood Ct
Visalia, CA 93277
**Date or dates debt was incurred**
Various

Last 4 digits of account number _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,920.00    Priority amount: $1,934.50

---

**Part 1:**      **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.209** Priority creditor's name and mailing address
Janaj Anderson
7304 Harlow Way, Unit B
Hanover, MD 21076
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,528.80   Priority amount: $993.72

**2.210** Priority creditor's name and mailing address
Jaquelin Nova Sanchez
14633 Ave 384
Visalia, CA 93292
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $83.64   Priority amount: $83.64

**2.211** Priority creditor's name and mailing address
Jared Weisblat
51 Washington Rd, Apt 4
Sayreville, NJ 08872
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $584.63   Priority amount: $584.63

**2.212** Priority creditor's name and mailing address
Jason Ashford
309 N Park St, Apt 7
Visalia, CA 93291
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $302.63   Priority amount: $302.63

**2.213** Priority creditor's name and mailing address
Jason F Barrand
328 E Dewald St, Apt 1
Ft Wayne, IN 46807
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $355.82   Priority amount: $355.82

**2.214** Priority creditor's name and mailing address
Jason Howdyshell
15407 Barrens Rd N
Stewartstown, PA 17363
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4.80   Priority amount: $4.80

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.215** Priority creditor's name and mailing address
Jason J Hickey
4535 Kenilworth St
Ft Wayne, IN 46806
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,655.76    Priority amount: $1,370.28

---

**2.216** Priority creditor's name and mailing address
Jason Kemp
1243 Union Ave
Baltimore, MD 21211
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,752.65    Priority amount: $2,884.62

---

**2.217** Priority creditor's name and mailing address
Jason Maglothin
3056 Bett-Thyatira Rd
Coldwater, MS 38618
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $527.36    Priority amount: $527.36

---

**2.218** Priority creditor's name and mailing address
Jason Reachard
613 W Maple St, Apt 17
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $426.40    Priority amount: $426.40

---

**2.219** Priority creditor's name and mailing address
Jazmine Archambault
6901 Hillsboro Ct
Ft Wayne, IN 46835
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $292.00    Priority amount: $292.00

---

**2.220** Priority creditor's name and mailing address
Jeanne M Gordon
4512 Madrone Dr
Schertz, TX 78154
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,176.00    Priority amount: $728.00

---

| Part 1: | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.221** Priority creditor's name and mailing address
Jeff Newman
2745 Loman Ave
York, PA 17408
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $438.72   Priority amount: $438.72

**2.222** Priority creditor's name and mailing address
Jeffrey D Cheatham
2250 Pelican Dr, Apt 355
Norcross, GA 30071
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $72.18   Priority amount: $72.18

**2.223** Priority creditor's name and mailing address
Jeffrey D Mcmahon
1033 Northwood Blvd
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,599.92   Priority amount: $1,732.56

**2.224** Priority creditor's name and mailing address
Jelani A Taylor
18 B Water St
Windsor, PA 17366
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $153.99   Priority amount: $153.99

**2.225** Priority creditor's name and mailing address
Jennifer Flanagan
7136 Old Hwy 301
Hornlake, MS 38637
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $374.08   Priority amount: $374.08

**2.226** Priority creditor's name and mailing address
Jennifer Gonzalez
1496 Maxine St
Memphis, TN 38111
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,514.18   Priority amount: $856.96

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.227**  Priority creditor's name and mailing address
Jennifer L Bentley
3232 Sandhill Dr
Ft Wayne, IN 46809
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $119.76
Priority amount: $119.76

**2.228**  Priority creditor's name and mailing address
Jennifer V Lee
5724 Newholme Ave
Baltimore, MD 21206
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $2,659.39
Priority amount: $2,114.82

**2.229**  Priority creditor's name and mailing address
Jeremy Neil Mayo
1829 S Atwood St
Visalia, CA 93277
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,127.75
Priority amount: $1,127.75

**2.230**  Priority creditor's name and mailing address
Jermaine Holmes
7373 Hunters Horn Dr
Olive Branch, MS 38654
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $514.18
Priority amount: $514.18

**2.231**  Priority creditor's name and mailing address
Jermei A Johnson
2401 W Pflugerville Pkwy
Round Rock, TX 78664
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $229.50
Priority amount: $229.50

**2.232**  Priority creditor's name and mailing address
Jerome J Gonyeau
32 Lorraine St, Apt 201
Plattsburgh, NY 12901
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $2,312.28
Priority amount: $1,712.80

Debtor    Diamond Comic Distributors, Inc.
          Name

**Part 1:    Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.233** Priority creditor's name and mailing address
Jessica B Butts
613 W Maple St
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**    _ _ _ _

  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
  507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $371.93    Priority amount: $371.93

**2.234** Priority creditor's name and mailing address
Jessica Prows
3338 Hanna Dr
Memphis, TN 38128
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**    _ _ _ _

  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
  507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $127.36    Priority amount: $127.36

**2.235** Priority creditor's name and mailing address
Jessie C Runberg
211 Grove Park Rd
Brooklyn Park, MD 21225
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**    _ _ _ _

  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
  507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $538.40    Priority amount: $538.40

**2.236** Priority creditor's name and mailing address
Joan R Roulhac
3450 Breckinridge Blvd, Apt 1716
Duluth, GA 30096
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**    _ _ _ _

  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
  507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $76.19    Priority amount: $76.19

**2.237** Priority creditor's name and mailing address
Joann M Johnson
119 Rain Dove Dr
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**    _ _ _ _

  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
  507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $86.10    Priority amount: $86.10

**2.238** Priority creditor's name and mailing address
Joe D Lunday
29 Snowberry Ct
Cockeysville, MD 21030
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**    _ _ _ _

  Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
  507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,443.63    Priority amount: $3,576.92

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Diamond Comic Distributors    Case number (if known) 25-10308
Name

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.239** Priority creditor's name and mailing address
John H Jackson
1262 W King St
York, PA 17404
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,771.64    $1,923.08

**2.240** Priority creditor's name and mailing address
John Rose
7206 Lasting Light Way
Columbia, MD 21045
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

$3,182.20    $1,730.76

**2.241** Priority creditor's name and mailing address
Johnny Goss
470 Cole Dr
Liberty Hill, TX 78642
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$142.00    $142.00

**2.242** Priority creditor's name and mailing address
Jonathen A Ramirez
366 Kingsport Dr
Lawrenceville, GA 30046
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$959.00    $640.00

**2.243** Priority creditor's name and mailing address
Jorge Garza
4341 Spring Oak Cove
Memphis, TN 38125
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$486.72    $486.72

**2.244** Priority creditor's name and mailing address
Jose Mercado
49 Hillbrook Dr
Southaven, MS 38671
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$955.35    $856.96

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 41 of 161

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.245** Priority creditor's name and mailing address
Joseph E Krall
2905 Cape Horn Rd
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**       _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,921.00  Priority amount: $1,402.50

---

**2.246** Priority creditor's name and mailing address
Joseph L Vazquez
1756 Maxey Ln
Winder, GA 30680
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**       _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☐ No.
☐ Yes.

Total claim: $943.02  Priority amount: $943.02

---

**2.247** Priority creditor's name and mailing address
Josh Lovell
700 E Prosperity Ave, Apt 74
Tulare, CA 93274
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**       _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $468.00  Priority amount: $468.00

---

**2.248** Priority creditor's name and mailing address
Josh S Talley
6807 Massaponax Pl
Centreville, VA 20121
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**       _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $586.55  Priority amount: $586.55

---

**2.249** Priority creditor's name and mailing address
Joshua B Hornbarger
702 Pasadena Dr
Ft Wayne, IN 46807
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**       _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,536.84  Priority amount: $1,157.82

---

**2.250** Priority creditor's name and mailing address
Juan Vargas
3840 Cherry Ridge Walk
Suwanee, GA 30024
**Date or dates debt was incurred**
Various

  **Last 4 digits of account number**       _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $94.61  Priority amount: $94.61

---

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
Name

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | **Total claim** | **Priority amount** |

**2.251** Priority creditor's name and mailing address
Juana Arredondo
4561 Summer Creek N
Memphis, TN 38141
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $271.36    Priority amount: $271.36

**2.252** Priority creditor's name and mailing address
Julian W Lesnik
6013 Wallis Ave
Baltimore, MD 21215
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $3,260.34    Priority amount: $3,260.34

**2.253** Priority creditor's name and mailing address
Justin Kern
5826 Oak Pointe Dr
Ft Wayne, IN 46845
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,711.06    Priority amount: $1,313.03

**2.254** Priority creditor's name and mailing address
Justin Nguyen
201 E Broadway
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,067.00    Priority amount: $1,570.92

**2.255** Priority creditor's name and mailing address
Kaite C Rhaym
2501 Louis Henna Blvd
Round Rock, TX 78664
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $41.82    Priority amount: $41.82

**2.256** Priority creditor's name and mailing address
Kaitlyn B Burrow
1951 Teal Dr
Kalispell, MT 59901
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,076.74    Priority amount: $728.00

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 43 of 161

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.257** Priority creditor's name and mailing address
Karen Scofield
2003 Silver Spur Dr
Round Rock, TX 78681
**Date or dates debt was incurred**
Various

　　Last 4 digits of account number　　_ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,700.82    Priority amount: $1,304.61

**2.258** Priority creditor's name and mailing address
Kason L Reachard
613 W Maple St
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

　　Last 4 digits of account number　　_ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $547.81    Priority amount: $547.81

**2.259** Priority creditor's name and mailing address
Katherine J Govier
113 Valmere Path
York, PA 17403
**Date or dates debt was incurred**
Various

Last 4 digits of account number　　_ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $15,966.35    Priority amount: $8,653.85

**2.260** Priority creditor's name and mailing address
Katherine Pansini
1412 Tenbury Rd
Lutherville-Timonium, MD 21093
**Date or dates debt was incurred**
Various

　　Last 4 digits of account number　　_ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,601.92    Priority amount: $2,601.92

**2.261** Priority creditor's name and mailing address
Kathryn N Yarbrough
5524 Doncaster Ct
Norcross, GA 30071
**Date or dates debt was incurred**
Various

　　Last 4 digits of account number　　_ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $526.19    Priority amount: $526.19

**2.262** Priority creditor's name and mailing address
Katie A Skinner
1028 Jeanett Way
Bel Air, MD 21014
**Date or dates debt was incurred**
Various

　　Last 4 digits of account number　　_ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,090.36    Priority amount: $2,060.24

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
            Name

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.263** Priority creditor's name and mailing address
Kayla R Elliott
4904 Saint Georges Ave
Baltimore, MD 21212
**Date or dates debt was incurred**
Various

  Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $238.20   Priority amount: $238.20

**2.264** Priority creditor's name and mailing address
Keiliz Pagan
3290 Hickory Hill Rd
Memphis, TN 38115
**Date or dates debt was incurred**
Various

  Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $460.48   Priority amount: $460.48

**2.265** Priority creditor's name and mailing address
Kevin Alexander
8494 Roberts Rd
Ellicott City, MD 21043
**Date or dates debt was incurred**
Various

  Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $376.38   Priority amount: $376.38

**2.266** Priority creditor's name and mailing address
Kevin J Luellen
2113 Hamilton Ave
Baltimore, MD 21214
**Date or dates debt was incurred**
Various

  Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $596.19   Priority amount: $596.19

**2.267** Priority creditor's name and mailing address
Khoeun Kheiv
3708 Lakehurst Dr
Memphis, TN 38128
**Date or dates debt was incurred**
Various

  Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,250.17   Priority amount: $988.80

**2.268** Priority creditor's name and mailing address
Kim Schrader
1270 Whitmore Ave NW
Grand Rapids, MI 49504
**Date or dates debt was incurred**
Various

  Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $2,269.81   Priority amount: $1,604.42

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 45 of 161

**Part 1:**    **Additional Page**

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

**2.269** Priority creditor's name and mailing address
Kimberly Robinson
805 Dolphine Dr
Ft Wayne, IN 46816
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $338.18    Priority amount: $338.18

---

**2.270** Priority creditor's name and mailing address
Kimberly Vital
2205 S Calhoun St, Apt 4
Ft Wayne, IN 46802
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,834.20    Priority amount: $1,915.00

---

**2.271** Priority creditor's name and mailing address
Kimbrew Stevenson
4112 Auburn Rd, Apt 2
Memphis, TN 38116
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $477.41    Priority amount: $477.41

---

**2.272** Priority creditor's name and mailing address
Kit Allen Anderson
4124 Dalewood Dr
Ft Wayne, IN 46815
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $690.00    Priority amount: $690.00

---

**2.273** Priority creditor's name and mailing address
Kory Law
944 S Regina St
Visalia, CA 93292
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,521.36    Priority amount: $1,228.68

---

**2.274** Priority creditor's name and mailing address
Koryn Fenske
613 W Maple St, Apt 4
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $490.08    Priority amount: $490.08

---

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.275** Priority creditor's name and mailing address
Kristofer Nelson
60 Regents Cir
Rohnert Park, CA 94928
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,919.00     Priority amount: $1,435.60

**2.276** Priority creditor's name and mailing address
Krystina E Schmidt
227 Carvel Rd
Pasadena, MD 21122
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☐ No.
☐ Yes.

Total claim: $438.84     Priority amount: $438.84

**2.277** Priority creditor's name and mailing address
Krystle Dullas
1231 Gaskins Rd, Apt L
Henrico, VA 23238
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,338.76     Priority amount: $1,044.30

**2.278** Priority creditor's name and mailing address
Kyle J Kreamer
126 Jamestown Rd
Ocean City, MD 21842
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $3,794.01     Priority amount: $2,480.76

**2.279** Priority creditor's name and mailing address
Kyle Vang
3630 E Vista Dr
Visalia, CA 93292
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $848.70     Priority amount: $848.70

**2.280** Priority creditor's name and mailing address
Lakendrex Mcneil
4883 Rocky Knob
Memphis, TN 38116
**Date or dates debt was incurred**
Various

Last 4 digits of account number  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $711.19     Priority amount: $711.19

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
Name

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.281** Priority creditor's name and mailing address
Lakisha Dubose
1304 Clover Valley Way, Apt G
Edgewood, MD 21040
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $2,782.00    Priority amount: $2,782.00

**2.282** Priority creditor's name and mailing address
Lamthiane Phann
1504 N Goodlett Grove Cove
Cordova, TN 38018
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☐ No.
☐ Yes.

Total claim: $2,549.25    Priority amount: $1,112.40

**2.283** Priority creditor's name and mailing address
Lance P Woods
7876 Cheverly Ln
Glen Burnie, MD 21060
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $5,096.05    Priority amount: $2,077.90

**2.284** Priority creditor's name and mailing address
Larry J Jones
2854 Moore Rd
Red Banks, MS 38661
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $929.80    Priority amount: $856.96

**2.285** Priority creditor's name and mailing address
Larry L Holt
6063 Fox Ridge Dr
Memphis, TN 38115
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☐ No.
☐ Yes.

Total claim: $1,691.67    Priority amount: $1,236.00

**2.286** Priority creditor's name and mailing address
Larry R Swanson
4317 SW 5th Pl
Cape Coral, FL 33914
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $20,413.46    Priority amount: $10,576.92

**Part 1:**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.287** Priority creditor's name and mailing address
Larry S Wilson
3944 Hwy 309 N
Byhalia, MS 38611
**Date or dates debt was incurred**
Various

    Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,577.63    Priority amount: $856.96

**2.288** Priority creditor's name and mailing address
Latonia Lee
1080 Vinewood Ln
Memphis, TN 38109
**Date or dates debt was incurred**
Various

    Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☐ No.
☐ Yes.

Total claim: $549.53    Priority amount: $549.53

**2.289** Priority creditor's name and mailing address
Latrischa M Butler
2044 Oakvalley Rd
Memphis, TN 38116
**Date or dates debt was incurred**
Various

    Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $2,138.02    Priority amount: $1,174.20

**2.290** Priority creditor's name and mailing address
Laurel Moreland
3405 Edenshire Ln
Horn Lake, MS 38637
**Date or dates debt was incurred**
Various

    Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $795.80    Priority amount: $795.80

**2.291** Priority creditor's name and mailing address
Lavid Dugazon
4277 Kimball Ave
Memphis, TN 38111
**Date or dates debt was incurred**
Various

    Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $198.72    Priority amount: $198.72

**2.292** Priority creditor's name and mailing address
Lee E Butman
72 Windsor Way
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

    Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $4,333.83    Priority amount: $2,461.53

**Part 1:**        **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.293** Priority creditor's name and mailing address
Leonel A Colazo
410 W Fairfax Ave
Ft Wayne, IN 46807
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $218.32   Priority amount: $218.32

---

**2.294** Priority creditor's name and mailing address
Leopoldo Hinojosa
8155 Pinebrook Dr
Southaven, MS 38671
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $852.48   Priority amount: $832.00

---

**2.295** Priority creditor's name and mailing address
Leslie A Lane
3706 Timahoe Cir
Nottingham, MD 21236
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $188.28   Priority amount: $188.28

---

**2.296** Priority creditor's name and mailing address
Leticia C Cain
1583 S Cornucopia Rd
Exeter, CA 93221
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $342.16   Priority amount: $342.16

---

**2.297** Priority creditor's name and mailing address
Leticia Velasquez
351 N West St, Apt 412
Tulare, CA 93274
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $852.98   Priority amount: $852.98

---

**2.298** Priority creditor's name and mailing address
Liesa MC Yopp
526 Triton Dr, Apt 4
Southaven, MS 38671
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7,193.53   Priority amount: $2,432.30

---

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.299** Priority creditor's name and mailing address
Lily A Dillard
318 Harrison Ave
Greensburg, PA 15601
**Date or dates debt was incurred**
Various

　　Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,044.38        $915.20

**2.300** Priority creditor's name and mailing address
Liping Song
9204 Bretton Reef Rd
Parkville, MD 21234
**Date or dates debt was incurred**
Various

　　Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

$176.40        $176.40

**2.301** Priority creditor's name and mailing address
Lisa Coleman
1850 Jason Way
Byhalia, MS 38611
**Date or dates debt was incurred**
Various

　　Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,179.46        $884.00

**2.302** Priority creditor's name and mailing address
Lisa M Giordano-Young
3816 Hastings Rd
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

　　Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,687.87        $3,327.68

**2.303** Priority creditor's name and mailing address
Loren Toshio Henmi
356 Citrus Ave
Daly City, CA 94014
**Date or dates debt was incurred**
Various

　　Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$839.48        $839.48

**2.304** Priority creditor's name and mailing address
Lorena Martinez Flores
3966 Pikes Peak Ave
Memphis, TN 38108
**Date or dates debt was incurred**
Various

　　Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$855.97        $855.97

Debtor    Diamond Comic Distributors    Case number (if known)
Name

Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no
additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.305** Priority creditor's name and mailing address
Luis Acevedo
5177 Caroline Dr
Horn Lake, MS 38637
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,228.84    Priority amount: $2,362.50

**2.306** Priority creditor's name and mailing address
Luis Florez Forero
7932 Anne's Cir
Memphis, TN 38018
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $279.14    Priority amount: $279.14

**2.307** Priority creditor's name and mailing address
Luisangela Frontado
7100 Tulane Rd, Apt 504 E
Horn Lake, MS 38637
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,298.46    Priority amount: $884.00

**2.308** Priority creditor's name and mailing address
M Kathleen Weaver
127 Park St
Seven Valleys, PA 17360
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,859.36    Priority amount: $1,859.36

**2.309** Priority creditor's name and mailing address
M Sara Weaver
127 Park St
Seven Valleys, PA 17360
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,492.53    Priority amount: $1,290.00

**2.310** Priority creditor's name and mailing address
Maddalena A Orlando
57475 Lupine Dr, Apt 14
Yucca Valley, CA 92284
**Date or dates debt was incurred**
Various

Last 4 digits of account number          _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,904.93    Priority amount: $858.00

**Part 1:** **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.311** Priority creditor's name and mailing address
Maeve E Kraiger
801 Powers St
Baltimore, MD 21211
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $336.90   Priority amount: $336.90

**2.312** Priority creditor's name and mailing address
Malina V Simmons
6 Barnell Ct, Apt 304
Parkville, MD 21234
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☐ No.
☐ Yes.

Total claim: $427.69   Priority amount: $427.69

**2.313** Priority creditor's name and mailing address
Marc Laud Aquino
5006 Hollington Dr, Apt 103
Owings Mills, MD 21117
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $813.46   Priority amount: $813.46

**2.314** Priority creditor's name and mailing address
Margaret Emuch
2501 Louis Henna Blvd, Apt 612
Round Rock, TX 78664
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $147.35   Priority amount: $147.35

**2.315** Priority creditor's name and mailing address
Maria Arroyo Becerra
3227 Gina Dr
Memphis, TN 38118
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,053.28   Priority amount: $832.00

**2.316** Priority creditor's name and mailing address
Maria Elena Bravo De Granadillo
2170 Rocky Stream Dr
Cordova, TN 38016-5338
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $602.67   Priority amount: $602.67

Debtor    Diamond Comic Distributors, Inc.
          Name

| Part 1: | Additional Page | | |
|---------|-----------------|-----|-----|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.317** Priority creditor's name and mailing address
Maria I Martinez
8120 Pinebrook Dr
Southaven, MS 38671
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $201.22    Priority amount: $201.22

**2.318** Priority creditor's name and mailing address
Maria Landeros
5177 Caroline Dr
Horn Lake, MS 38637
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $444.96    Priority amount: $444.96

**2.319** Priority creditor's name and mailing address
Maria Ramos
3001 Charwell Ln
Memphis, TN 38116
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $310.72    Priority amount: $310.72

**2.320** Priority creditor's name and mailing address
Maria Rodriguez
1477 Teekwood Cove
Memphis, TN 38134
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $612.85    Priority amount: $612.85

**2.321** Priority creditor's name and mailing address
Maria Rojas
1312 Farwoods Dr
Cordova, TN 38018
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $332.80    Priority amount: $332.80

**2.322** Priority creditor's name and mailing address
Maria V Pena Morales
3032 Castleman St
Memphis, TN 38118
**Date or dates debt was incurred**
Various

Last 4 digits of account number        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $527.36    Priority amount: $527.36

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.323** | **Priority creditor's name and mailing address**
Mario L Armstrong
2544 Perry Rd
Memphis, TN 38106
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $592.04    Priority amount: $592.04

---

**2.324** | **Priority creditor's name and mailing address**
Marisa Araiza
7175 Plum Orchid Cove
Memphis, TN 38133
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $140.08    Priority amount: $140.08

---

**2.325** | **Priority creditor's name and mailing address**
Mark Daniel Dunlap
8616 Kinard Cove
Southaven, MS 38671
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $181.77    Priority amount: $181.77

---

**2.326** | **Priority creditor's name and mailing address**
Mark Easterday
2715 Lucas Way
Columbus, IN 47203
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,626.71    Priority amount: $1,626.71

---

**2.327** | **Priority creditor's name and mailing address**
Mark R Beck
909 E Lawn Dr
Ft Wayne, IN 46819
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,057.69    Priority amount: $1,057.69

---

**2.328** | **Priority creditor's name and mailing address**
Mark S Winsor
8 Dulaney Gate Ct
Cockeysville, MD 21030
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $11,533.64    Priority amount: $7,692.30

---

Debtor    Diamond Comic Distributors
Name

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.329** Priority creditor's name and mailing address
Martene Brown
10435 Catalpa Cove
Olive Branch, MS 38654
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $110.88   Priority amount: $110.88

**2.330** Priority creditor's name and mailing address
Martin E Ortiz
13442 El Nogal Ave
Visalia, CA 93292
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $462.35   Priority amount: $462.35

**2.331** Priority creditor's name and mailing address
Martin Ernest Grosser
1807 Berrywood Rd
Parkville, MD 21234
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,519.66   Priority amount: $2,999.36

**2.332** Priority creditor's name and mailing address
Maryann Kujala
12315 Hummingbird Cove
Ft Wayne, IN 46845
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $836.43   Priority amount: $836.43

**2.333** Priority creditor's name and mailing address
Massachusetts Dept of Revenue
P.O. Box 7000
Boston, MA 2204
**Date or dates debt was incurred**

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
State Income Tax
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown   Priority amount: Unknown

**2.334** Priority creditor's name and mailing address
Matthew A Cook
1758 Maxey Ln
Winder, GA 30680
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $760.76   Priority amount: $760.76

**Part 1:**    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.335** Priority creditor's name and mailing address
Matthew B Boles
211 Grove Park Rd
Brooklyn, MD 21225
**Date or dates debt was incurred**
Various

  Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,861.68    Priority amount: $2,363.44

**2.336** Priority creditor's name and mailing address
Matthew Barham
8910 Parlo Rd
Nottingham, MD 21236
**Date or dates debt was incurred**
Various

  Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $3,373.83    Priority amount: $2,099.62

**2.337** Priority creditor's name and mailing address
Matthew Reifenberg
2521 Hubertus Ave
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

  Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,592.31    Priority amount: $1,150.00

**2.338** Priority creditor's name and mailing address
Matthew Steven Demory
2874 Bradley Ave
Dallastown, PA 17313
**Date or dates debt was incurred**
Various

  Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,772.50    Priority amount: $2,000.00

**2.339** Priority creditor's name and mailing address
Matthew T Chambers
832 Davinci St
Hanford, CA 93230
**Date or dates debt was incurred**
Various

  Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $593.19    Priority amount: $593.19

**2.340** Priority creditor's name and mailing address
Matthew Young
3816 Hastings Rd
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

  Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,273.17    Priority amount: $5,346.15

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.341** Priority creditor's name and mailing address
Megan E Gilbert
245 Ness Rd
York, PA 17402
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,009.28    Priority amount: $1,561.82

---

**2.342** Priority creditor's name and mailing address
Melanio Garcia
398 Meadow View Cir
Byhalia, MS 38611
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $65.92    Priority amount: $65.92

---

**2.343** Priority creditor's name and mailing address
Melissa R Yancey
7600 Shelby Wood Cove
Memphis, TN 38125
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,460.54    Priority amount: $1,101.60

---

**2.344** Priority creditor's name and mailing address
Melvin E Mitchell
3616 Kingsgate Dr, Apt 4
Memphis, TN 38116
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,288.90    Priority amount: $1,112.40

---

**2.345** Priority creditor's name and mailing address
Merida Frances Anderson
1481 Betty St
Exeter, CA 93221
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,007.81    Priority amount: $3,750.00

---

**2.346** Priority creditor's name and mailing address
Michael Gant
1504 N Goodlett Grove Cove
Memphis, TN 38018
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**  _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,611.60    Priority amount: $1,060.80

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.347** Priority creditor's name and mailing address
Michael N Schimmel
124 Greenmeadow Dr
Timonium, MD 21093
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,868.51    Priority amount: $8,076.92

**2.348** Priority creditor's name and mailing address
Michael Runyon
3678 N 100 E
Bluffton, IN 46714
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $1,892.88    Priority amount: $1,892.88

**2.349** Priority creditor's name and mailing address
Michael Szymanski
218 Timber Trl, Apt F
Bel Air, MD 21014
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,661.82    Priority amount: $952.12

**2.350** Priority creditor's name and mailing address
Michaelyn L Lovett
2766 Riders Ridge Way
Snellville, GA 30039
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,545.66    Priority amount: $936.00

**2.351** Priority creditor's name and mailing address
Michelle Pugliese
2720 Huntingdon Ave
Baltimore, MD 21211
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,567.47    Priority amount: $1,557.68

**2.352** Priority creditor's name and mailing address
Michelle Smith
1926 Merrimac Cove
Southaven, MS 38671
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,849.74    Priority amount: $2,853.84

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.353** Priority creditor's name and mailing address
Micko Wood
780 Kippley St
Memphis, TN 38112
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $25.33    Priority amount: $25.33

**2.354** Priority creditor's name and mailing address
Miguel Alcantar
1418 Edenton Dr
Ft Wayne, IN 46804
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $196.02    Priority amount: $196.02

**2.355** Priority creditor's name and mailing address
Miguel Arriaga
404 E Washington Blvd
Ft Wayne, IN 46802
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $306.36    Priority amount: $306.36

**2.356** Priority creditor's name and mailing address
Milagros Morales Salcedo
5925 Jackson Dr
Horn Lake, MS 38637
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $828.28    Priority amount: $828.28

**2.357** Priority creditor's name and mailing address
Mitchell Rodowski
7864 Yellow Church Rd
Seven Valleys, PA 17360
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,394.60    Priority amount: $1,596.40

**2.358** Priority creditor's name and mailing address
Mona L Arnold
825 Ridgewood Dr, Apt 5
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $292.72    Priority amount: $292.72

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.359** | **Priority creditor's name and mailing address**
Morgan D Garcia
3632 Hike Ln
Ft Wayne, IN 46835
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,428.48    Priority amount: $1,869.23

---

**2.360** | **Priority creditor's name and mailing address**
Morgan Johnstone
4517 S Peoria Ave, Apt 8
Tulsa, OK 74105
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $1,158.45    Priority amount: $780.00

---

**2.361** | **Priority creditor's name and mailing address**
Nadia Lee Torres
2748 W Monte Vista Ave
Visalia, CA 93277
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,582.88    Priority amount: $1,200.94

---

**2.362** | **Priority creditor's name and mailing address**
Nancy A Romer
39 Bridle Ln, Apt 59
Nottingham, MD 21236
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,528.31    Priority amount: $3,528.31

---

**2.363** | **Priority creditor's name and mailing address**
Natarsha Mckinney
736 Tyro Rd
Holly Springs, MS 38635
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $288.30    Priority amount: $288.30

---

**2.364** | **Priority creditor's name and mailing address**
Nathaniel Dix
249 W Broadway
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

**Last 4 digits of account number** _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,850.58    Priority amount: $1,351.69

**Part 1:**     **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.365**   **Priority creditor's name and mailing address** — $346.08 / $346.08
Nelvis Spratt
4038 Long Creek Rd
Memphis, TN 38125
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**2.366**   **Priority creditor's name and mailing address** — Unknown / Unknown
New York State Dept of Taxation & Finance
State Processing Center
P.O. Box 15555
Albany, NY 12212-5555
**Date or dates debt was incurred**

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
State Income Tax
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

**2.367**   **Priority creditor's name and mailing address** — $692.31 / $692.31
Nicholas J Rudd
6407 Kenwood Ave
Rosedale, MD 21237
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**2.368**   **Priority creditor's name and mailing address** — $409.85 / $409.85
Nicole Garcia
207 S G St
Tulare, CA 93274
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**2.369**   **Priority creditor's name and mailing address** — $1,383.53 / $1,383.53
Nicole Santo
990 Middelton Rd, Apt 403
Aberdeen, MD 21001
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**2.370**   **Priority creditor's name and mailing address** — $70.04 / $70.04
Noe Quintanilla
49 Hillbrook Dr
Southaven, MS 38671
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Debtor    Diamond Comic Distributors, Inc.
Name

Case number (if known)

| Part 1: | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.371** Priority creditor's name and mailing address
Nolberto O Juarez
4a Hillbrook Dr
Southaven, MS 38671
**Date or dates debt was incurred**
Various

_ Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $805.46
Priority amount: $805.46

**2.372** Priority creditor's name and mailing address
North Carolina Dept of Revenue
P.O. Box 25000
Raleigh, NC 27640-0640
**Date or dates debt was incurred**

_ Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
State Income Tax
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown
Priority amount: Unknown

**2.373** Priority creditor's name and mailing address
Ohio Dept of Taxation
P.O. Box 2057
Columbus, OH 43270-2057
**Date or dates debt was incurred**

_ Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
State Income Tax
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown
Priority amount: Unknown

**2.374** Priority creditor's name and mailing address
Paula Simmons
8 Kiska Ct
Randallstown, MD 21133
**Date or dates debt was incurred**
Various

_ Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,309.90
Priority amount: $1,309.90

**2.375** Priority creditor's name and mailing address
Pedro Santamaria
1456 Caper Tree Dr
Cordova, TN 38016
**Date or dates debt was incurred**
Various

_ Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,004.80
Priority amount: $1,004.80

**2.376** Priority creditor's name and mailing address
Pennsylvania Dept of Revenue
PA Dept of Revenue
1 Revenue Pl
Harrisburg, PA 17129-0001
**Date or dates debt was incurred**

_ Last 4 digits of account number      _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
State Income Tax
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown
Priority amount: Unknown

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 63 of 161 |
| --- | --- | --- |

**Part 1:**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.377** | **Priority creditor's name and mailing address**
Phan Khun
5144 Darlington Dr
Memphis, TN 38118
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,864.51    $1,236.00

---

**2.378** | **Priority creditor's name and mailing address**
Philena M Hibbs
631 Tennessee Ave, Apt 110
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

$70.95    $70.95

---

**2.379** | **Priority creditor's name and mailing address**
Philip Thomason
102 Cottonwood Dr
Hutto, TX 78634
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$876.00    $876.00

---

**2.380** | **Priority creditor's name and mailing address**
Phillip Covert
415 W 39th St, Apt 318
Austin, TX 78751
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$858.29    $858.29

---

**2.381** | **Priority creditor's name and mailing address**
Phyllis M Taylor
2506 Johanna Dr
Memphis, TN 38114
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$542.19    $542.19

---

**2.382** | **Priority creditor's name and mailing address**
Piseth Phoeung
5072 Churchill Cove
Memphis, TN 38118
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$152.28    $152.28

---

**Part 1:**    **Additional Page**

| | |
|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim**           **Priority amount** |

**2.383**   **Priority creditor's name and mailing address**
Prasad K Nair
7810 Butterfield Dr
Elkridge, MD 21075
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,843.75    Priority amount: $4,807.69

**2.384**   **Priority creditor's name and mailing address**
Preston Sawyer
4505 Main St, Unit 161
Virginia Beach, VA 23462
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,703.55    Priority amount: $1,938.47

**2.385**   **Priority creditor's name and mailing address**
Rabiab Lim
5110 N Fluss Cove
Bartlett, TN 38135
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $951.88    Priority amount: $951.88

**2.386**   **Priority creditor's name and mailing address**
Ramona Berroa
5050 Colewood Ave
Memphis, TN 38118
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,287.09    Priority amount: $856.96

**2.387**   **Priority creditor's name and mailing address**
Rasqueiling Pina Barboza
10135 Sterling Ridge Dr
Cordova, TN 38018
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $168.43    Priority amount: $168.43

**2.388**   **Priority creditor's name and mailing address**
Regina L Brown
737 Bonwood Ave
Memphis, TN 38109
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,475.04    Priority amount: $954.72

**Part 1:**     Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.389** Priority creditor's name and mailing address
Regina Owusu
2154 Rachel Ln
Round Rock, TX 78664
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $307.40    Priority amount: $307.40

**2.390** Priority creditor's name and mailing address
Renae Chenowith
1510 Church Ln
Glen Burnie, MD 21061
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $597.12    Priority amount: $597.12

**2.391** Priority creditor's name and mailing address
Reza Mirghyasi
50 E Palatine, Apt 227
Irvine, CA 92612
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $8,233.55    Priority amount: $2,875.00

**2.392** Priority creditor's name and mailing address
Richard R Johnson
2 De Camp Dr
Boonton, NJ 07005
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,453.82    Priority amount: $2,961.24

**2.393** Priority creditor's name and mailing address
Rita Hicks
309 N Park st, Apt 4
Visalia, CA 93291
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $199.24    Priority amount: $199.24

**2.394** Priority creditor's name and mailing address
Robert D Plummer
113 NW 5th Ave
Visalia, CA 93291
**Date or dates debt was incurred**
Various

   **Last 4 digits of account number**        _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $83.64    Priority amount: $83.64

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 66 of 161

| Part 1: | Additional Page |
| --- | --- |

<table>
<tr><td colspan="2">Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.</td><td>Total claim</td><td>Priority amount</td></tr>
</table>

**2.395** Priority creditor's name and mailing address
Robert G Crowley
3205 NW 83 St, Apt 0721D
Gainesville, FL 32606
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $35.47    Priority amount: $35.47

---

**2.396** Priority creditor's name and mailing address
Robert G Holmes
4120 Silverleaf Rd
Memphis, TN 38115
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $751.35    Priority amount: $751.35

---

**2.397** Priority creditor's name and mailing address
Robert Jacobs
7116 Park Dr
Baltimore, MD 21234
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,075.33    Priority amount: $1,688.00

---

**2.398** Priority creditor's name and mailing address
Robert R Rochelle
6333 Nail Rd
Walls, MS 38680
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,681.45    Priority amount: $3,028.84

---

**2.399** Priority creditor's name and mailing address
Robert Smith
502 Humphrey Rd
Holly Springs, MS 38635
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,483.38    Priority amount: $1,871.31

---

**2.400** Priority creditor's name and mailing address
Roberte Spadas
7927 Sharmil Dr, Apt 3
Southaven, MS 38671
**Date or dates debt was incurred**
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $806.72    Priority amount: $512.00

---

Debtor    Diamond Comic Distributors    Case number (if known)
Name

| Part 1: | | Additional Page |
| --- | --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.401** Priority creditor's name and mailing address
Roderic K Procter
1850 Idlewild Park, Apt D1
Reno, NV 89509
**Date or dates debt was incurred**
Various

　Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $3,220.88    Priority amount: $2,082.94

**2.402** Priority creditor's name and mailing address
Ruth Soberanis Nunez
1545 Huffman Blvd
Ft Wayne, IN 46808
**Date or dates debt was incurred**
Various

　Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☐ No.
☐ Yes.

Total claim: $942.34    Priority amount: $910.57

**2.403** Priority creditor's name and mailing address
Ryan A Shelkett
407 Gittings Ave
Baltimore, MD 21212
**Date or dates debt was incurred**
Various

　Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $4,819.90    Priority amount: $3,875.00

**2.404** Priority creditor's name and mailing address
Ryan Winston
3429 Cypress Plantation Dr
Olive Branch, MS 38654
**Date or dates debt was incurred**
Various

　Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $120.29    Priority amount: $120.29

**2.405** Priority creditor's name and mailing address
Ryder W Rhea
201 E Broadway
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

　Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $354.90    Priority amount: $354.90

**2.406** Priority creditor's name and mailing address
Sadie Campos
916 E 65th St, Apt 7
Inglewood, CA 90302
**Date or dates debt was incurred**
Various

　Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $1,197.11    Priority amount: $1,153.84

Debtor  Diamond Comic Distributors  Case number (if known)

Name

---

**Part 1:** | **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount**

**2.407** Priority creditor's name and mailing address
Sammi S Cohen
209 Browwood Rd
Reisterstown, MD 21136
Date or dates debt was incurred
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,002.40 | $1,002.40

**2.408** Priority creditor's name and mailing address
Samuel J Foote
2186 Carlyle Dr
Marietta, GA 30062
Date or dates debt was incurred
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,298.75 | $1,298.75

**2.409** Priority creditor's name and mailing address
Samuel L Stevens
8504 Wellington Valley Way
Lutherville, MD 21093
Date or dates debt was incurred
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,204.32 | $3,846.15

**2.410** Priority creditor's name and mailing address
Sandy Ruiz
154 S Filbert Rd
Exeter, CA 93221
Date or dates debt was incurred
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$41.82 | $41.82

**2.411** Priority creditor's name and mailing address
Sarah Emily Woods
242 Lyness Ave, Apt 198
Harrison, OH 45030
Date or dates debt was incurred
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,007.27 | $900.12

**2.412** Priority creditor's name and mailing address
Sarah J Smithers
2513 Cross Winds Ln
Chattanooga, TN 37421
Date or dates debt was incurred
Various

Last 4 digits of account number   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$141.20 | $141.20

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 69 of 161

Debtor    Diamond Comic Distributors    Case number (if known)
          Name

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.413** | **Priority creditor's name and mailing address** | $514.08 | $514.08
Scott F Tefoe
13823 E Lehigh Ave, Unit B
Aurora, CO 80014
**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**2.414** | **Priority creditor's name and mailing address** | $162.79 | $162.79
Scott W Callahan
2528 W Claridge Way
Hanford, CA 93230
**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**2.415** | **Priority creditor's name and mailing address** | $1,060.80 | $1,060.80
Sean Joy
8360 Cross Point Dr
Olive Branch, MS 38654
**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**2.416** | **Priority creditor's name and mailing address** | $1,348.54 | $1,130.57
Sean M Davis
4748 Jason Dr
Ft Wayne, IN 46835
**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**2.417** | **Priority creditor's name and mailing address** | $698.80 | $691.82
Seth Larimer
6509 Birchdale Dr
Ft Wayne, IN 46815
**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**2.418** | **Priority creditor's name and mailing address** | $3,328.12 | $1,875.00
Shahnaj Begum
22 Lochmoor Ct
Lutherville, MD 21093
**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.419** Priority creditor's name and mailing address
Shaneika Robinson
440 Birchtree Ln, Apt D
Ft Wayne, IN 46807
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,631.52    Priority amount: $1,255.16

---

**2.420** Priority creditor's name and mailing address
Shannon R Bynum
1133 Hyde Park Dr
Round Rock, TX 78665
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $303.77    Priority amount: $303.77

---

**2.421** Priority creditor's name and mailing address
Shawn Hamrick
7738 Sunset Ridge
Olive Branch, MS 38654
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $16,036.65    Priority amount: $8,653.84

---

**2.422** Priority creditor's name and mailing address
Sherry Renee Clark
3219 Meadow Valley Dr
Abingdon, MD 21009
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,436.16    Priority amount: $2,436.16

---

**2.423** Priority creditor's name and mailing address
Silvia Y Abundez Ramirez
4315 Winter St
Ft Wayne, IN 46806
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $568.50    Priority amount: $568.50

---

**2.424** Priority creditor's name and mailing address
Sivisai Keosavang
3530 Lee Rd SW
Snellville, GA 30039
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**   _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,936.69    Priority amount: $1,290.00

---

**Part 1:**     **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.425** Priority creditor's name and mailing address
Solomon W Levin
2504 Blackhawk Cir
Baltimore, MD 21209
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,623.06    Priority amount: $2,744.13

---

**2.426** Priority creditor's name and mailing address
Sophia Malmquist
1131 W Packard Ave
Ft Wayne, IN 46807
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

Total claim: $1,700.40    Priority amount: $1,347.84

---

**2.427** Priority creditor's name and mailing address
Stacy Samounty
6309 Delnorte Ct NW
Norcross, GA 30093
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $84.00    Priority amount: $84.00

---

**2.428** Priority creditor's name and mailing address
State of New Jersey Division of Taxation
Revenue Processing Center - Payments
P.O. Box 111
Trenton, NJ 08645-0111
**Date or dates debt was incurred**

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
State Income Tax
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.429** Priority creditor's name and mailing address
Stephen R Fields
4521 Snapfinger Woods Dr, Apt 803
Decatur, GA 30035
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $245.34    Priority amount: $245.34

---

**2.430** Priority creditor's name and mailing address
Steven Alan Leaf
10 Harrod Ct
Reisterstown, MD 21136
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,413.75    Priority amount: $2,000.00

**Part 1:**    **Additional Page**

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

---

**2.431**   **Priority creditor's name and mailing address**
Steven D Bruno
5920 Lenox Park Pl
Sugar Hill, GA 30518
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $244.21    Priority amount: $244.21

---

**2.432**   **Priority creditor's name and mailing address**
Steven Edward Roth
3930 Stanton Hall Pkwy
Ft Wayne, IN 46815
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,939.88    Priority amount: $1,532.44

---

**2.433**   **Priority creditor's name and mailing address**
Steven Lucas Martin
405 Wise Ave
Dundalk, MD 21222
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,250.50    Priority amount: $910.00

---

**2.434**   **Priority creditor's name and mailing address**
Steven Tipton
4009 Charity Dr
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $10,563.10    Priority amount: $7,269.23

---

**2.435**   **Priority creditor's name and mailing address**
Steven Warble
3519 Sollers Point Rd
Dundalk, MD 21222
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,538.89    Priority amount: $2,216.16

---

**2.436**   **Priority creditor's name and mailing address**
Stuart A Carter
707 Byram St
Reading, PA 19606
**Date or dates debt was incurred**
Various

    **Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,702.76    Priority amount: $3,414.65

---

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.437** Priority creditor's name and mailing address
Stuart Schreck
6716 Clybourn Ave, Unit 139
N Hollywood, CA 91606
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,221.14     $1,924.99

**2.438** Priority creditor's name and mailing address
Sunti Apai
909 Rock Oak Ln
Lawrenceville, GA 30046
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$307.00     $307.00

**2.439** Priority creditor's name and mailing address
Tabrina Mckinney
137 Southern Cir
Holly Springs, MS 38635
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$527.36     $527.36

**2.440** Priority creditor's name and mailing address
Tad Luedeke
1210 Rivermet Ave
Ft Wayne, IN 46805
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$919.40     $685.46

**2.441** Priority creditor's name and mailing address
Tavaris J Boothe
2095 Farrington
Memphis, TN 38109
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,690.69     $1,980.76

**2.442** Priority creditor's name and mailing address
Ted Bonafede
4517 Jefferson St NE
Columbia Heights, MN 55421
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,563.46     $1,550.00

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 74 of 161

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.443** Priority creditor's name and mailing address
Terry L Helman
9117 Thistledown Rd
Owings Mills, MD 21117
**Date or dates debt was incurred**
Various

Last 4 digits of account number           _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,328.60     $2,328.60

---

**2.444** Priority creditor's name and mailing address
Thomas D Garey
7 Acorn Cir, Apt 202
Towson, MD 21286
**Date or dates debt was incurred**
Various

Last 4 digits of account number           _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,714.42     $4,615.38

---

**2.445** Priority creditor's name and mailing address
Thomas J Sadowski
39 Bridle Ln
Nottingham, MD 21236
**Date or dates debt was incurred**
Various

Last 4 digits of account number           _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,963.47     $1,963.47

---

**2.446** Priority creditor's name and mailing address
Thomas W Robey Jr
12029 Palisades Dr
Dunkirk, MD 20754
**Date or dates debt was incurred**
Various

Last 4 digits of account number           _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,813.53     $3,025.00

---

**2.447** Priority creditor's name and mailing address
Tiffany A Guerra
125 Michael Ln
Taylor, TX 76574
**Date or dates debt was incurred**
Various

Last 4 digits of account number           _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$268.80     $268.80

---

**2.448** Priority creditor's name and mailing address
Timothy Casby
3501 W Colonial Ave, Apt C
Visalia, CA 93277
**Date or dates debt was incurred**
Various

Last 4 digits of account number           _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$751.28     $751.28

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 75 of 161

Debtor    Diamond Comic Distributors    Case number (if known) 25-10308
Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.449** Priority creditor's name and mailing address
Timothy Gladfelter
20 Water St
Windsor, PA 17366
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$112.50 | $112.50

**2.450** Priority creditor's name and mailing address
Timothy Greaves
625 Tewkesbury Ln
Severna Park, MD 21146
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,737.97 | $5,737.97

**2.451** Priority creditor's name and mailing address
Timothy J Lenaghan
902 James St
Bel Air, MD 21014
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,832.57 | $8,269.23

**2.452** Priority creditor's name and mailing address
Timothy S Kartman
18628 W Turquoise Ave
Waddell, AZ 85355
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,071.73 | $2,409.20

**2.453** Priority creditor's name and mailing address
Todd A Lane
4413 Falls Bridge Dr, Apt L
Baltimore, MD 21211
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,946.70 | $964.08

**2.454** Priority creditor's name and mailing address
Tony D Villatoro
5495 Doncaster Ct
Norcross, GA 30071
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$439.28 | $439.28

**Part 1:**    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.455** Priority creditor's name and mailing address
Tony Wilde
9600 Chery Laurel Cove
Germantown, TN 38139
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,377.20    Priority amount: $5,642.31

**2.456** Priority creditor's name and mailing address
Tonya C Shropshire
5194 Newton Oak Cir S
Memphis, TN 38117
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,269.69    Priority amount: $3,261.54

**2.457** Priority creditor's name and mailing address
Tracie E Adams
14754 State Hwy 31 W
Tyler, TX 75709
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $75.97    Priority amount: $75.97

**2.458** Priority creditor's name and mailing address
Travis R Mcdaniel
59 W Howard St
Red Lion, PA 17356
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $36.90    Priority amount: $36.90

**2.459** Priority creditor's name and mailing address
Travis Theodore Reid
1137 E Northern Pkwy
Baltimore, MD 21239
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $5,544.21    Priority amount: $1,923.07

**2.460** Priority creditor's name and mailing address
Trevica Terry
1605 E Alcy Rd
Memphis, TN 38114
**Date or dates debt was incurred**
Various

Last 4 digits of account number     _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $259.68    Priority amount: $259.68

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.461** Priority creditor's name and mailing address
Trista J Peterson
2736 Mallard Dr
Roanoke, VA 24018
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,162.16    Priority amount: $2,162.16

**2.462** Priority creditor's name and mailing address
Triston Beaudry
317 E Hoover Dr
Ft Wayne, IN 46816
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $372.19    Priority amount: $372.19

**2.463** Priority creditor's name and mailing address
Troy M Sands
117 Laurel Valley Ct
Abingdon, MD 21009
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,387.01    Priority amount: $4,807.69

**2.464** Priority creditor's name and mailing address
Tyler B Morgan
2501 Stonekirk Ct NW
Acworth, GA 30101
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $120.30    Priority amount: $120.30

**2.465** Priority creditor's name and mailing address
Tyler Sprunger
806 Homestead Ave
Ossian, IN 46777
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,011.42    Priority amount: $1,011.42

**2.466** Priority creditor's name and mailing address
Valeria Cortez Barreto
954 Creston Ave
Memphis, TN 38127
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $431.28    Priority amount: $431.28

Debtor    Diamond Comic Distributors... | Case number (if known)...

Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | Total claim | Priority amount |

**2.467** Priority creditor's name and mailing address
Vanessa Obrien
1986 E Levin Ave
Tulare, CA 93274
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $228.56    Priority amount: $228.56

**2.468** Priority creditor's name and mailing address
Victor Molina
4210 Atwood Ave
Memphis, TN 38111
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $584.22    Priority amount: $584.22

**2.469** Priority creditor's name and mailing address
Vincent Ligi
5653 Carlos Ave, Apt C
Richmond, CA 94804
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $9,606.94    Priority amount: $2,653.85

**2.470** Priority creditor's name and mailing address
Virginia Dept of Taxation
P.O. Box 760
Richmond, VA 23218-0760
**Date or dates debt was incurred**

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
State Income Tax
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

**2.471** Priority creditor's name and mailing address
Walter Eric Hitchcock
1506 Karley Dr
Opelika, AL 36801
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $3,979.24    Priority amount: $2,240.25

**2.472** Priority creditor's name and mailing address
William C Royston
522 Kinsale Rd
Lutherville-Timonium, MD 21093
**Date or dates debt was incurred**
Various

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,500.00    Priority amount: $2,500.00

**Part 1:**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.473** **Priority creditor's name and mailing address**
William H Roseberry
412 E Main St
Dallastown, PA 17313
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $263.86    Priority amount: $263.86

---

**2.474** **Priority creditor's name and mailing address**
William L Murray
400 Mill St, Apt 316
Columbia, PA 17512
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $130.65    Priority amount: $130.65

---

**2.475** **Priority creditor's name and mailing address**
William Smith
1926 Merrimac Cove
Southaven, MS 38671
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,010.84    Priority amount: $962.00

---

**2.476** **Priority creditor's name and mailing address**
William Ward
3033 Newmarket Dr
Bartlett, TN 38134
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $4,789.30    Priority amount: $3,184.61

---

**2.477** **Priority creditor's name and mailing address**
Wisconsin Dept of Revenue
P.O. Box 268
Madison, WI 53790-0001
**Date or dates debt was incurred**

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 8

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
State Income Tax
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Unknown    Priority amount: Unknown

---

**2.478** **Priority creditor's name and mailing address**
Yara Maldonado
3105 Whispering Ln E, Apt H 106
Memphis, TN 38115
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $707.30    Priority amount: $707.30

---

Debtor    Diamond Comic Distributors, Inc.                    Case number (if known) 25-10308
_____
          Name

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.479** **Priority creditor's name and mailing address**

Zachary E Laverdiere
111 Spruce Woods Ct
Abingdon, MD 21009

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**     __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) 4

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Accrued/Unused PTO
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $964.08    Priority amount: $964.08

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 81 of 161

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

**3.1** **Nonpriority creditor's name and mailing address**
10 Ton Press
3767 Agua Dulce Ave
Clovis, CA 93619

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$8,016.86

---

**3.2** **Nonpriority creditor's name and mailing address**
100 Percent Soft LLC
124 S Kingsley Dr
Los Angeles, CA 90004

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$42,109.00

---

**3.3** **Nonpriority creditor's name and mailing address**
1000 Toys, Inc
Via Ach
390 Amapola Ave, Unit 2
Torrance, CA 90501

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$131,100.00

---

**3.4** **Nonpriority creditor's name and mailing address**
1First Comics Inc
861 Cedar Ln
Northbrook, IL 60062

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,473.60

---

**3.5** **Nonpriority creditor's name and mailing address**
801 Media Inc
1487 W, 178th St, Ste 310
Gardena, CA 90248

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,471.86

---

**3.6** **Nonpriority creditor's name and mailing address**
AAA Cooper Transportation
P.O. Box 935003
Atlanta, GA 31193-5003

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,915.27

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**
ABC Laser USA, Inc
4522 Treadstone Ct NW
Suwanee, GA 30024

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$196.10

---

**3.8** **Nonpriority creditor's name and mailing address**
Ablaze, LLC
11222 SE Main St, Ste 22906
Portland, OR 97269

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$19,447.86

---

**3.9** **Nonpriority creditor's name and mailing address**
About Comics
1569 Edgemont Dr
Camarillo, CA 93010

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,447.20

---

**3.10** **Nonpriority creditor's name and mailing address**
Above the Treeline Inc
P.O. Box 7378
Ann Arbor, MI 48107

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,000.00

---

**3.11** **Nonpriority creditor's name and mailing address**
Abstract Studios, Inc
P.O. Box 271487
Houston, TX 77277

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$20,776.50

---

**3.12** **Nonpriority creditor's name and mailing address**
Abysse America Inc
15002 NW 107th Ave, Unit 2
Hialeah Gardens, FL 33018

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$32,745.09

---

**3.13** **Nonpriority creditor's name and mailing address**
AC Comics
P.O. Box 394
Plymouth, FL 32768-0394

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,065.37

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.14** Nonpriority creditor's name and mailing address

Accenture LLP
P.O. Box 70629
Chicago, IL 60673-0629

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$18,874.80

**3.15** Nonpriority creditor's name and mailing address

ACK Comics
5017-20 5th Fl, 1 Aerocity
Nibr Park, Andheri-Kurla Rd
Sakinaka, Mumbai, 400072
India

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,955.10

**3.16** Nonpriority creditor's name and mailing address

Acrylicos Vallejo SL
P.O. Box 33708800
Barcelona, 8001
Spain

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$54,385.20

**3.17** Nonpriority creditor's name and mailing address

Action Lab Entertainment
463 E Main St
Uniontown, PA 15401

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,075.19

**3.18** Nonpriority creditor's name and mailing address

ADP, Inc
P.O. Box 830272
Philadelphia, PA 19182-0272

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,952.55

**3.19** Nonpriority creditor's name and mailing address

Advanced Graphics
466 N Marshall Way
Layton, UT 84041

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,700.00

**3.20** Nonpriority creditor's name and mailing address

Agility Recovery Solutions
P.O. Box 733788
Dallas, TX 75373-3788

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$26,722.23

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21** **Nonpriority creditor's name and mailing address**
AGO Transportation Inc
500 Av Lepine
Dorval, QC H9P 2V6
Canada

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,368.49

---

**3.22** **Nonpriority creditor's name and mailing address**
AHOY Comics
Attn: Hart Seely
499 S Warren St, Ste 612
Syracuse, NY 13202

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$14,397.25

---

**3.23** **Nonpriority creditor's name and mailing address**
AIT/Planet Lar LLC
2034 47th Ave
San Francisco, CA 94116

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$36.45

---

**3.24** **Nonpriority creditor's name and mailing address**
Alaxis Press
21504 W Douglas Ln
Plainfield, IL 60544

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$10,170.00

---

**3.25** **Nonpriority creditor's name and mailing address**
Alderac Entertainment Group Inc
555 N El Camino Real
San Clemente, CA 92672

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$22,741.70

---

**3.26** **Nonpriority creditor's name and mailing address**
Alien Books
41 NE 107th St
Miami Shores, FL 33161

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$63,945.80

---

**3.27** **Nonpriority creditor's name and mailing address**
Alliance Entertainment LLC
P.O. Box 748431
Atlanta, GA 30374-8431

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$6,415.52

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.28** **Nonpriority creditor's name and mailing address**
Amazon Web Services Inc
62707 Collection Center Dr
Chicago, IL 60693-0627

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$385.29

---

**3.29** **Nonpriority creditor's name and mailing address**
American Booksellers Association
Attn Accounts Receivable
333 Westchester Ave, Ste S202
White Plains, NY 10604

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,950.00

---

**3.30** **Nonpriority creditor's name and mailing address**
American Library Association
6499 Network Pl
Chicago, IL 60673-1649

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$29,900.00

---

**3.31** **Nonpriority creditor's name and mailing address**
American Mythology Productions
1411 Cherokee Ln
Bel Air, MD 21015

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$43,354.17

---

**3.32** **Nonpriority creditor's name and mailing address**
AmeriGas Propane
P.O. Box 371473
Pittsburgh, PA 15250-7473

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,407.09

---

**3.33** **Nonpriority creditor's name and mailing address**
Angola Wire Products, Inc
803 Wohlert St
Angola, IN 46703

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$807.34

---

**3.34** **Nonpriority creditor's name and mailing address**
Ani-Media, LLC
15410 7th Pl W
Lynnwood, WA 98087

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$150.00

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.35** **Nonpriority creditor's name and mailing address**
Anson Logistics
Rm 1708, 17th Fl, Business Bldg 3A
Creative Industry Park, Gangyi Rd
Torch Development Zone
Zhongshan City, Guangdong Province
China

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$42,991.01

---

**3.36** **Nonpriority creditor's name and mailing address**
Antarctic Press Inc
4334 Parkwood Dr
San Antonio, TX 78218

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$12,362.79

---

**3.37** **Nonpriority creditor's name and mailing address**
Ape Entertainment
Attn: Brent Erwin
4000 Fairfax St
Fort Worth, TX 76116

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$203.07

---

**3.38** **Nonpriority creditor's name and mailing address**
ARA, Inc
3140 Neil Armstrong Blvd, Ste 203
Eagan, MN 55121

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$655,817.27

---

**3.39** **Nonpriority creditor's name and mailing address**
Arcane Tinmen
Bjoernholms Alle 4-6
Viby J
Denmark

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$136,966.64

---

**3.40** **Nonpriority creditor's name and mailing address**
ArcBest Corporation
2080 Dunn Ave
Memphis, TN 38114-4617

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$6,828.60

---

**3.41** **Nonpriority creditor's name and mailing address**
Archie Comic Publications, Inc
629 5th Ave
Pelham, NY 10803

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$12,137.20

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** **Nonpriority creditor's name and mailing address**
Archon SP Z O O
3829 N 3rd St
Phoenix, AZ 85012

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$53,144.59

---

**3.43** **Nonpriority creditor's name and mailing address**
Ares Games
Piazza Petrucci 8
Camaiore, Tuscany 55040
Italy

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$10,698.85

---

**3.44** **Nonpriority creditor's name and mailing address**
Arete Advisors LLC
P.O. Box 919860
Orlando, FL 32891

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$14,840.00

---

**3.45** **Nonpriority creditor's name and mailing address**
Argus Transport USA, LLC
970 Driving Park Ave
Rochester, NY 14613

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$800.00

---

**3.46** **Nonpriority creditor's name and mailing address**
Armor Packaging
1460 Lakes Pkwy
Lawrenceville, GA 30043

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,370.40

---

**3.47** **Nonpriority creditor's name and mailing address**
Artists Writers & Artisans Inc
1359 Broadway, Ste 800
New York, NY 10018

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$803.64

---

**3.48** **Nonpriority creditor's name and mailing address**
Asmadi Games
160 Cambridge St
Burlington, MA 01803

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,340.80

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.49** Nonpriority creditor's name and mailing address

Aspen MLT, Inc
5701 Slauson Ave, Ste 120
Culver City, CA 90230

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,890.50

---

**3.50** Nonpriority creditor's name and mailing address

Atlantis Toy & Hobby
435 Brook Ave, Unit 16
Deer Park, NY 11729

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,363.52

---

**3.51** Nonpriority creditor's name and mailing address

Atlas Container Corporation
8309 Windermere Dr
Pasadena, MD 21122

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,559.93

---

**3.52** Nonpriority creditor's name and mailing address

Atlas Games
Attn: Accounts Receivables
202 3rd Ave
Proctor, MN 55810

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,670.24

---

**3.53** Nonpriority creditor's name and mailing address

Atlassian Corporation
Mail Station 1770
600 N Robert St
St Paul, MN 55145-1770

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$42.00

---

**3.54** Nonpriority creditor's name and mailing address

Auth0 Inc
5955 Desoto Ave, Ste 100
Woodland Hills, CA 91367

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$23.00

---

**3.55** Nonpriority creditor's name and mailing address

Avatar Press Inc
515 N Century Blvd
Rantoul, IL 61866

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$36,495.14

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.56** Nonpriority creditor's name and mailing address
Bad Egg LLC
3101 Ocean Park Blvd, Ste 100
Pmb 247
Santa Monica, CA 90405

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$401.40

**3.57** Nonpriority creditor's name and mailing address
Bad Kids Press
Attn: Robert Howard
407 Highland Ave
Somerville, MA 02144

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,049.88

**3.58** Nonpriority creditor's name and mailing address
Band of Bards
226 Elmwood Ave, Ste 864
Buffalo, NY 14222

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$13.98

**3.59** Nonpriority creditor's name and mailing address
Bandai Co Ltd
1-4-8 Komagata
Taito-Ku, Tokyo 111-8081
Japan

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,292,620.24

**3.60** Nonpriority creditor's name and mailing address
Bandai Namco Toys & Collectibles America Inc
23 Odyssey
Irvine, CA 92618

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$613,416.65

**3.61** Nonpriority creditor's name and mailing address
Battle Quest Comics
1748 NE Tillamook
Portland, OR 97212

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,152.90

**3.62** Nonpriority creditor's name and mailing address
Battlefront Miniatures Inc
500 Principio Pkwy W
North East, MD 21901

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$38.70

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.63** Nonpriority creditor's name and mailing address
Beast Kingdom North America Co
1004 Hanson Ct
Milipitas, CA 95035

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$245,427.14

---

**3.64** Nonpriority creditor's name and mailing address
Beckett Media LP
4635 Mcewen Rd
Dallas, TX 75244

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$862.65

---

**3.65** Nonpriority creditor's name and mailing address
Beeline Creative Inc
P.O. Box 681571
Franklin, TN 37068

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,200.00

---

**3.66** Nonpriority creditor's name and mailing address
Behemoth Entertainment LLC
651 N Plano Rd, Ste 421
Richardson, TX 75081

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$50,520.44

---

**3.67** Nonpriority creditor's name and mailing address
Benitez Productions
P.O. Box 17161
Encino, CA 91416

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,079.27

---

**3.68** Nonpriority creditor's name and mailing address
Black Mask Studios
c/o Epitaph
2798 Sunset Blvd
Los Angeles, CA 90026

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,000.15

---

**3.69** Nonpriority creditor's name and mailing address
Black Panel Press
22 Gilbert St
St John's, NL A1C 1X4
Canada

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$12,049.45

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,446.92
Blackbox Comics
151-52 23rd Ave
Whitestone, NY 11357

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     __ __ __ __

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.80
Blackstone Audio Inc
62707 Collection Center Dr
Chicago, IL 60693-0627

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     __ __ __ __

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,926.82
Blood Moon Comics, LLC
P.O. Box 548
Boiling Springs, PA 17007-0548

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     __ __ __ __

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,858.86
Blue Orange USA
1937 Davis St, Ste C
San Leandro, CA 94577

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     __ __ __ __

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,990.98
Blue Star
28487 Network Pl
Chicago, IL 60673-1284

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     __ __ __ __

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $96,303.87
BlueYonder, Inc
P.O. Box 841983
Dallas, TX 75284-1983

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     __ __ __ __

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,326.40
Bluff City Pallet, LLC
P.O. Box 442
Oakland, TN 38060

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     __ __ __ __

Is the the claim subject to offset?
☑ No.
☐ Yes.

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address
Bookish SRL
Str Baia De Aries Nr 3
Bucharest, 60801
Romania

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,483.11

**3.78** Nonpriority creditor's name and mailing address
BookNet Canada
440-455 Danforth Ave
Toronto, ON M4K 1P1
Canada

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$438.56

**3.79** Nonpriority creditor's name and mailing address
Boom! Entertainment
Attn: Accounting Dept
5670 Wilshire Blvd, Ste 400
Los Angeles, CA 90036

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$799,133.29

**3.80** Nonpriority creditor's name and mailing address
Boston America Corp
55 6th Rd, Ste 8
Woburn, MA 01801

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,186.00

**3.81** Nonpriority creditor's name and mailing address
Brilliant Enterprise LLC
Attn: Scott Braden
196 Winners Circle Dr
Red Lion, PA 17356

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$234.00

**3.82** Nonpriority creditor's name and mailing address
Broadsword Comics
180 Idlewood Dr
Brodheadsville, PA 18322

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,211.64

**3.83** Nonpriority creditor's name and mailing address
Brotherwise Games LLC
2110 Artesia Blvd, Ste B-385
Redondo Beach, CA 90278

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$25,516.46

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.84** Nonpriority creditor's name and mailing address
Browntrout Publishers
201 Continental Blvd, Ste 200
El Segundo, CA 90245

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$951.44

**3.85** Nonpriority creditor's name and mailing address
Bully Pulpit Games LLC
610 Manor Ridge Dr
Carrboro, NC 27510

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$66.00

**3.86** Nonpriority creditor's name and mailing address
Bumpas Products LLC
Attn: Brennan C Swain
1900 Ave Of The Stars
Los Angeles, CA 90067

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,904.00

**3.87** Nonpriority creditor's name and mailing address
Bundoran Press Publishing House
151 Bay St, Unit 1111
Ottawa, ON K1R 7T2
Canada

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6.78

**3.88** Nonpriority creditor's name and mailing address
Burning Wheel
26-47 30th St
Astoria, NY 11102

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$864.98

**3.89** Nonpriority creditor's name and mailing address
Business Equipment Center
2991 Directors Row
Memphis, TN 38131

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$258.34

**3.90** Nonpriority creditor's name and mailing address
Calvert Plumbing and Heating
8801 Mylander Ln
Towson, MD 21286

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$706.25

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.91** **Nonpriority creditor's name and mailing address**
Canadian Manda Group
Attn: Mr Nick Smith
664 Annette St
Toronto, ON M6S 2C8
Canada

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$12,995.00

**3.92** **Nonpriority creditor's name and mailing address**
Caneda Transport Ltd
4330 46th Ave SE
Calgary, AB T2B 3N7
Canada

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$270.00

**3.93** **Nonpriority creditor's name and mailing address**
Canpar Transport Ltd
201 W Creek Blvd, Ste 102
Brampton, ON L6T 0G8
Canada

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$23,334.00

**3.94** **Nonpriority creditor's name and mailing address**
Capstone Games
2 Techview Dr
Cincinatti, OH 45215

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$14,812.12

**3.95** **Nonpriority creditor's name and mailing address**
Capstone Publishers
P.O. Box 776866
Chicago, IL 60677-6866

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,521.99

**3.96** **Nonpriority creditor's name and mailing address**
Carrera of America
197 Rte 18 S, Ste 307N
E Brunswick, NJ 08816

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,058.16

**3.97** **Nonpriority creditor's name and mailing address**
Casemate
1950 Lawrence Rd
Havertown, PA 19083

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$6,678.80

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.98** Nonpriority creditor's name and mailing address
Ceaco
250 Royall St
Canton, MA 02021

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$16,269.00

**3.99** Nonpriority creditor's name and mailing address
CH Robinson Worldwide Inc
P.O. Box 9121
Minneapolis, MN 55480-9121

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$3,307.40

**3.100** Nonpriority creditor's name and mailing address
Chaosium Inc
3450 Wooddale Ct
Ann Arbor, MI 48104

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$7,562.96

**3.101** Nonpriority creditor's name and mailing address
Chessex Manufacturing Co LLC
P.O. Box 80255
Fort Wayne, IN 46898-0255

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$53,456.99

**3.102** Nonpriority creditor's name and mailing address
Chicago Distribution Center
11030 S Langley Ave
Chicago, IL 60628

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$580.13

**3.103** Nonpriority creditor's name and mailing address
Circana, LLC
203 N Lasalle St, Ste 1500
Chicago, IL 60601

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$30,376.00

**3.104** Nonpriority creditor's name and mailing address
City of Fort Wayne
Violations Bureau
Fort Wayne, IN 46802

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$75.00

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|

**3.105** Nonpriority creditor's name and mailing address
City of Olive Branch
9200 Pigeon Roost Rd
Olive Branch, MS 38654

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$13,869.45

---

**3.106** Nonpriority creditor's name and mailing address
City of Visalia
Utility Billing
City Of Industry, CA 91716-8268

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,540.34

---

**3.107** Nonpriority creditor's name and mailing address
Classic Imports, Inc
2018 Great Trails Dr
Wooster, OH 44691

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$95,355.50

---

**3.108** Nonpriority creditor's name and mailing address
CLEO Communications US
P.O. Box 735690
Chicago, IL 60673

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$72,664.68

---

**3.109** Nonpriority creditor's name and mailing address
Clover Press, LLC
12625 High Bluff Dr, Ste 220
San Diego, CA 92130

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,561.14

---

**3.110** Nonpriority creditor's name and mailing address
Cockey's Enterprises Inc
3300 Transway Rd
Baltimore, MD 21227

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$199.00

---

**3.111** Nonpriority creditor's name and mailing address
Coffin Comics
40 W Brown Rd, Ste 105
Mesa, AZ 85201

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,483.57

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** Nonpriority creditor's name and mailing address
Collectible Grading Authority
aka CGA
1965 Evergreen Blvd, Unit 100
Duluth, GA 30096

Date or dates debt was incurred                     Various

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$15,000.00

---

**3.113** Nonpriority creditor's name and mailing address
Columbia Gas
P.O. Box 70285
Philadelphia, PA 19176-0285

Date or dates debt was incurred                     Various

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$3,676.59

---

**3.114** Nonpriority creditor's name and mailing address
Comcast Corporation
P.O. Box 70219
Philadelphia, PA 19176-0219

Date or dates debt was incurred                     Various

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$554.77

---

**3.115** Nonpriority creditor's name and mailing address
Comics Experience
dba Cex Publishing
712 Hollow Trace
Shelbyville, KY 40065

Date or dates debt was incurred                     Various

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$10,401.03

---

**3.116** Nonpriority creditor's name and mailing address
Comicsburgh
Attn: Grant Lankard
1040 Peermont Ave
Pittsburgh, PA 15216

Date or dates debt was incurred                     Various

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$2,141.99

---

**3.117** Nonpriority creditor's name and mailing address
ComixTribe
Attn: Tyler James Vogel
36 Olive St
Newburyport, MA 01950

Date or dates debt was incurred                     Various

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$1,077.84

---

**3.118** Nonpriority creditor's name and mailing address
Compass Games LLC
3466 Main St
Cromwell, CT 06416

Date or dates debt was incurred                     Various

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$1,124.55

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.119** Nonpriority creditor's name and mailing address
Compound Fun Inc
P.O. Box 88
Redmond, WA 98033

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11,737.50

---

**3.120** Nonpriority creditor's name and mailing address
ComServ Wireless
1246 Sycamore View Rd
Memphis, TN 38134

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,300.00

---

**3.121** Nonpriority creditor's name and mailing address
Contention Games
Piazza Petrucci 8
Camaiore, Tuscany 55041
Italy

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$78,522.00

---

**3.122** Nonpriority creditor's name and mailing address
Corvus Belli SLL
Pologono Industrial Castineiras, Nave 19
Pontevedra, 36939 BUEU
Spain

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$17,941.40

---

**3.123** Nonpriority creditor's name and mailing address
Cosmic Lion Productions
Attn: Eli Schwab
4430 Dulcinea Ct
Woodland Hills, CA 91364

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,529.50

---

**3.124** Nonpriority creditor's name and mailing address
Creative Mind Energy LLC
259 B W Front St
Missoula, MT 59802

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$12,878.62

---

**3.125** Nonpriority creditor's name and mailing address
Creepy Classics
Attn Ron Adams
P.O. Box 23
Ligonier, PA 15658

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$106.98

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.126** Nonpriority creditor's name and mailing address
Critical Entertainment LLC
330 Burchett St, Unit 104
Glendale, CA 91203

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,520.21

---

**3.127** Nonpriority creditor's name and mailing address
Crusade Comics
429 Middle Rd
Bayport, NY 11705

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$512.00

---

**3.128** Nonpriority creditor's name and mailing address
Cryptozoic Entertainment, LLC
23212 Mill Creek Dr, Ste 300
Laguna Hills, CA 92653

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,549.91

---

**3.129** Nonpriority creditor's name and mailing address
Czech Games Edition Inc
901 Watson Ave
Madison, WI 53713

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$34,839.72

---

**3.130** Nonpriority creditor's name and mailing address
Daikaiju Enterprises
530 Willow Crescent
Steinbach, MB R5G 0K1
Canada

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,296.00

---

**3.131** Nonpriority creditor's name and mailing address
Dan Verssen Games
1775 State Hwy 26
Grapevine, TX 76051

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,622.80

---

**3.132** Nonpriority creditor's name and mailing address
Dark Horse Comics, LLC
10956 SE Main St
Milwaukie, OR 97222

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$70,968.14

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.133** Nonpriority creditor's name and mailing address
Darrington Press LLC
2025 N Lincoln St
Burbank, CA 91504

As of the petition filing date, the claim is: $416.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Various

Last 4 digits of account number     __ __ __ __

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.134** Nonpriority creditor's name and mailing address
David Ray Gerhardt
172 Smith St
Brooklyn, NY 11201

As of the petition filing date, the claim is: $9,691.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Various

Last 4 digits of account number     __ __ __ __

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.135** Nonpriority creditor's name and mailing address
DaVinci Editrice SRL
Via Sandro Penna 24
Perugia
Italy

As of the petition filing date, the claim is: $8,574.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Various

Last 4 digits of account number     __ __ __ __

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.136** Nonpriority creditor's name and mailing address
Dayton Freight Lines, Inc
P.O. Box 340
Vandalia, OH 45377

As of the petition filing date, the claim is: $243.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Various

Last 4 digits of account number     __ __ __ __

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.137** Nonpriority creditor's name and mailing address
Dead Sky Publishing, LLC
Attn: Steve Wands
6411 Allison Rd
Miami, FL 33141

As of the petition filing date, the claim is: $489.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Various

Last 4 digits of account number     __ __ __ __

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.138** Nonpriority creditor's name and mailing address
Dematic Corp
684125 Network Pl
Chicago, IL 60673-1684

As of the petition filing date, the claim is: $45,745.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Various

Last 4 digits of account number     __ __ __ __

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.139** Nonpriority creditor's name and mailing address
DeSoto County Tax Collector
Attn: Joey Treadway
365 Losher St, Ste 110
Hernando, MS 38632

As of the petition filing date, the claim is: $129,766.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Various

Last 4 digits of account number     __ __ __ __

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.140** Nonpriority creditor's name and mailing address
Desperado Publishing
143 Nectar Pl
Dallas, GA 30132

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$338.39

---

**3.141** Nonpriority creditor's name and mailing address
Devir Americas
8123 S Orange Ave
Orlando, FL 32809

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$23,337.14

---

**3.142** Nonpriority creditor's name and mailing address
Dex Protection LLC
402 S San Gabriel Blvd
San Gabriel, CA 91776

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$10,892.40

---

**3.143** Nonpriority creditor's name and mailing address
Diamond Comic Distributors UK, Unlimited
9 - 10 Haymarket
TC Group 6th Fl Kings House
London, SW1Y 4BP
United Kindom

Date or dates debt was incurred

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Loan
Is the the claim subject to offset?
☐ No.
☑ Yes.

$2,080,237.46

---

**3.144** Nonpriority creditor's name and mailing address
Diamond Comic Distributors, Inc
10150 York Rd, Ste 300
Hunt Valley, MD 21030

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$17,466.24

---

**3.145** Nonpriority creditor's name and mailing address
Diamond Select Toys LLC
10150 York Rd, Ste 250
Cockeysville, MD 21030

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$3,929,327.71

---

**3.146** Nonpriority creditor's name and mailing address
Dietz Foundation Games
311 N Sunrise St
Sigel, IL 62462

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$178.00

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.147** Nonpriority creditor's name and mailing address
Difference Engine Pte Ltd
284 River Valley Rd, Ste 01-01
Singapore, 238325
Singapore

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,588.80

---

**3.148** Nonpriority creditor's name and mailing address
Digital Manga Publishing, Inc
1447 W 178th St, Ste 302
Gardena, CA 90248

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,625.21

---

**3.149** Nonpriority creditor's name and mailing address
Dire Wolf Digital LLC
1865 S Manor Ln
Lakewood, CO 80232

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$256,793.40

---

**3.150** Nonpriority creditor's name and mailing address
Disburst Ltd
P.O. Box 141453
Columbus, OH 43214-6453

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,276.24

---

**3.151** Nonpriority creditor's name and mailing address
Doctor Collector
8 Tees Creative Ageny SL
C/ Reina Dona Germana 24,
Valencia, 46005
Spain

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,223.40

---

**3.152** Nonpriority creditor's name and mailing address
Draco Studios
848 Brickell Ave
Miami, FL 33131

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$507.96

---

**3.153** Nonpriority creditor's name and mailing address
Drawn & Quarterly Books Inc
7030 Rue St-Denis
Montreal, QC H2S 2S4
Canada

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,103.32

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,486.84 |
|---|---|---|---|

**3.154** Nonpriority creditor's name and mailing address
Dren Productions
17877 2nd St
Tall Timbers, MD 20690

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,486.84

---

**3.155** Nonpriority creditor's name and mailing address
DSTLRY Media
Attn: Chip Mosher
3680 Wilshire Blvd, Ste P04-1420
Los Angeles, CA 90010

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$65,013.15

---

**3.156** Nonpriority creditor's name and mailing address
Dynamic Forces, Inc
113 Gaither Dr, Ste 205
Mt Laurel, NJ 08054

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$158,820.93

---

**3.157** Nonpriority creditor's name and mailing address
E Gerber Products, LLC
1720 Belmont Ave, Ste C
Baltimore, MD 21244

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$24,549.00

---

**3.158** Nonpriority creditor's name and mailing address
Electric Milk Creation Inc
52 Magnolia Dr
Streamwood, IL 60107

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,000.00

---

**3.159** Nonpriority creditor's name and mailing address
Electronic Systems Installers, Inc
120 Rose Ct, Ste A
York, PA 17406

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$20.51

---

**3.160** Nonpriority creditor's name and mailing address
Elf Creek Games
P.O. Box 7594
Champaign, IL 61826

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$900.00

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.161** Nonpriority creditor's name and mailing address

Elite Production HK Limited
Via Wire
Rm 1905, 19/F, Cheung Tat Centre
18 Cheung Lee St
Chai Wan
Hong Kong

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,800.00

---

**3.162** Nonpriority creditor's name and mailing address

Entertainment Earth
61 Moreland Rd
Simi Valley, CA 93065

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$284.40

---

**3.163** Nonpriority creditor's name and mailing address

ePost Global LLC
P.O. Box 996
Bedford Park, IL 60499-0996

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$18,056.24

---

**3.164** Nonpriority creditor's name and mailing address

Equifax Inc
P.O. Box 71221
Charlotte, NC 28272-1221

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$623.53

---

**3.165** Nonpriority creditor's name and mailing address

Erasmus Fox
Attn: Pan Univeral Galactic Ww
3288 Adams Ave, Ste 16297
San Diego, CA 92116-9998

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$9,102.88

---

**3.166** Nonpriority creditor's name and mailing address

ERB Books
1626 Skyview Dr
Irving, TX 75060

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,780.00

---

**3.167** Nonpriority creditor's name and mailing address

Estes Express Lines
P.O. Box 105160
Atlanta, GA 30348-5160

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$256.79

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.168**   Nonpriority creditor's name and mailing address
Eureka Productions
Attn: Tom Pomplun
8778 Oak Grove Rd
Mount Horeb, WI 53572

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $751.21**

---

**3.169**   Nonpriority creditor's name and mailing address
Evil Hat Productions LLC
c/o Fred Hicks
10125 Colesville Rd
Silver Spring, MD 20901

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $8,650.40**

---

**3.170**   Nonpriority creditor's name and mailing address
Exalted Funeral Press
6024 N Seacliff Ave
Meridian, ID 83646

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $1,878.00**

---

**3.171**   Nonpriority creditor's name and mailing address
Expeditors International
6005 Freeport Ave, Ste 102
Memphis, TN 38141

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $283,884.15**

---

**3.172**   Nonpriority creditor's name and mailing address
Exploding Kittens Inc
7162 Beverly Blvd
Los Angeles, CA 90036

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $60,438.00**

---

**3.173**   Nonpriority creditor's name and mailing address
Express Services Inc
P.O. Box 535434
Atlanta, GA 30353-5434

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $15,693.86**

---

**3.174**   Nonpriority creditor's name and mailing address
Factory Entertainment
2355 Whitman Rd, Ste A
Cromwell, CA 94518

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $9,276.00**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.175** Nonpriority creditor's name and mailing address
Fair Square Graphics LLC
608 S Dunsmuir Ave, Apt 207
Los Angeles, CA 90036

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,538.28

---

**3.176** Nonpriority creditor's name and mailing address
Fanattik
The Sidings, Unit 2
Station Rd, Goostrey
Cheshire, CW48PJ
United Kindom

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,454.71

---

**3.177** Nonpriority creditor's name and mailing address
Fangoria Publishing, LLC
2566 Shallowford Rd, Ste 104-180
Atlanta, GA 30345

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$42,170.77

---

**3.178** Nonpriority creditor's name and mailing address
Fanroll LLC
3236 Illinois Rd
Fort Wayne, IN 46802

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$21,305.60

---

**3.179** Nonpriority creditor's name and mailing address
Fantagraphics Books, Inc
7563 Lake City Way, NE
Seattle, WA 98115

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$92,859.04

---

**3.180** Nonpriority creditor's name and mailing address
Fanwraps Inc
P.O. Box 635
Union, ME 04862

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,227.50

---

**3.181** Nonpriority creditor's name and mailing address
FedEx Corporation
P.O. Box 371461
Pittsburgh, PA 15250-7461

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$209,420.07

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.182** Nonpriority creditor's name and mailing address
Fedex Trade Network
P.O. Box 916200
P.O. Box 4090, Stn A
Toronto, ON M5W 0E9
Canada

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$33,243.52

---

**3.183** Nonpriority creditor's name and mailing address
Fiery Studios Inc
209 W Dutton
Kalamazoo, MI 49007

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5.18

---

**3.184** Nonpriority creditor's name and mailing address
FIGPIN Collect Awesome Inc
14 Goodyear Ste 120
Irvine, CA 92618

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$17,720.14

---

**3.185** Nonpriority creditor's name and mailing address
Fine Collectibles Corp
Iron Studios
1221 S Main St
Los Angeles, CA 90015-2542

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,951.47

---

**3.186** Nonpriority creditor's name and mailing address
Fineline Technologies Inc
P.O. Box 934219
Atlanta, GA 31193-4219

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$49.00

---

**3.187** Nonpriority creditor's name and mailing address
Fireline Corporation
4506 Hollins Ferry Rd
Baltimore, MD 21227-4671

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$375.86

---

**3.188** Nonpriority creditor's name and mailing address
Firelock Games
14399 SW 143 Ct
Miami, FL 33186

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,433.30

---

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.189** Nonpriority creditor's name and mailing address
First Factory Inc
228 Park Ave S, Ste 88643
New York, NY 10003

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$118,470.83

---

**3.190** Nonpriority creditor's name and mailing address
First Factory, Inc.
c/o Twomey, Latham, Shea, Kelley, Dubin & Quartararo LLP
33 W 2nd St.
PO Box 9398
Riverhead, NY 11901

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Pending Litigation
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

---

**3.191** Nonpriority creditor's name and mailing address
Fisher-Price Inc
P.O. Box 198049
Atlanta, GA 30384-8049

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$528.54

---

**3.192** Nonpriority creditor's name and mailing address
Flat River Group LLC
306 Reed St
Belding, MI 48809

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$26,477.27

---

**3.193** Nonpriority creditor's name and mailing address
Flesk Publications LLC
Attn: John Fleskes
2871 Mission St
Santa Cruz, CA 95060

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$6,253.40

---

**3.194** Nonpriority creditor's name and mailing address
Flex-Pace Inc
P.O. Box 623000
Indianapolis, IN 46201

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$125,647.71

---

**3.195** Nonpriority creditor's name and mailing address
Floating World Comics
1223 Lloyd Ctr
Portland, OR 97232

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,704.19

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.196** Nonpriority creditor's name and mailing address
Flying Frog Productions LLC
2518 141st St SW
Lynnwood, WA 98087

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,676.95

**3.197** Nonpriority creditor's name and mailing address
Folded Space EOOD
JK Sofia Park District
Ap 22, 2nd Fl, Block 54 Stolichna
Sofia, 1766
Bulgaria

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,464.40

**3.198** Nonpriority creditor's name and mailing address
Forklifts Etc
3684 Cherry Rd
Memphis, TN 38118

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,787.05

**3.199** Nonpriority creditor's name and mailing address
Frank Miller Presents LLC
c/o NKSFB
400 Garden City Plz, Ste 510
Garden City, NY 11530

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$150.48

**3.200** Nonpriority creditor's name and mailing address
Fraser Direct
8300 Lawson Rd
Milton, ON L9T 0A4
Canada

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$584.90

**3.201** Nonpriority creditor's name and mailing address
Fred Distribution
16761 W Brookhaven Ct
Surprise, AZ 85387

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,113.57

**3.202** Nonpriority creditor's name and mailing address
Fright-Rags, Inc
Attn: Ben Scrivens
70 Cascade Dr
Rochester, NY 14614

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$148,747.00

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.203** | **Nonpriority creditor's name and mailing address**
FTE Holding Company
P.O. Box 96
Lafox, IL 60147

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,484.25

---

**3.204** | **Nonpriority creditor's name and mailing address**
Funko LLC
P.O. Box 677876
Dallas, TX 75267-7876

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$438,551.62

---

**3.205** | **Nonpriority creditor's name and mailing address**
Gamelyn Games
18933 E San Tan Blvd, Ste 103
Queen Creek, AZ 85142

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,840.78

---

**3.206** | **Nonpriority creditor's name and mailing address**
Games Workshop Retail Inc
6211 E Holmes Rd
Memphis, TN 38141

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$16,206.47

---

**3.207** | **Nonpriority creditor's name and mailing address**
Gemstone Publishing, Inc
10720 Gilroy Rd, Ste 300
Hunt Valley, MD 21031

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,224.01

---

**3.208** | **Nonpriority creditor's name and mailing address**
Gen Manga Entertainment, Inc
250 Park Ave, Ste 7002
New York, NY 10177

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,902.85

---

**3.209** | **Nonpriority creditor's name and mailing address**
Genius Games
2079 Congressional Dr
Saint Louis, MO 63146

**Date or dates debt was incurred** — Various

**Last 4 digits of account number** — __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$722.80

---

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,425.58
GEODIS USA, Inc
62216 Collections Center Dr
Chicago, IL 60693

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred        Various

**Basis of claim:**
Trade

Last 4 digits of account number    __ __ __ __

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,837.92
Georgia Power Company
1453 Hwy 120
Lawrenceville, GA 30043

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred        Various

**Basis of claim:**
Trade

Last 4 digits of account number    __ __ __ __

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,513.40
Ghost Galaxy Inc
1995 W County Rd B2, Ste 2
Roseville, MN 55113

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred        Various

**Basis of claim:**
Trade

Last 4 digits of account number    __ __ __ __

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,199.80
Glass House Graphics
1060 Glenraven Ln
Clermont, FL 34711

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred        Various

**Basis of claim:**
Trade

Last 4 digits of account number    __ __ __ __

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,294.08
Global Games Distribution
2333 NE 47th Ave
Portland, OR 97213-1913

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred        Various

**Basis of claim:**
Trade

Last 4 digits of account number    __ __ __ __

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,233.40
Global Industrial
29833 Network Pl
Chicago, IL 60673-1298

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred        Various

**Basis of claim:**
Trade

Last 4 digits of account number    __ __ __ __

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,453.37
GMT Games LLC
P.O. Box 1308
Hanford, CA 93230

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred        Various

**Basis of claim:**
Trade

Last 4 digits of account number    __ __ __ __

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.217** Nonpriority creditor's name and mailing address
Gold Key Entertainment
4927 W Laurie Ln
Glendale, AZ 85302

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$69.39

**3.218** Nonpriority creditor's name and mailing address
Goliath Games
Dept 3842
P.O. Box 12 3842
Dallas, TX 75312-3842

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,665.88

**3.219** Nonpriority creditor's name and mailing address
Good Smile Company
Akiba Co Bldg 7F,3-16-12
Sotokanda, Chiyod-Ku
Tokyo, 101-0021
Japan

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,987.07

**3.220** Nonpriority creditor's name and mailing address
Good Trouble Productions LLC
48-11 39th Pl, Ste 1
Sunnyside, NY 11104

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$19.97

**3.221** Nonpriority creditor's name and mailing address
Goodman Games LLC
4040 Civic Center Dr Ste 200
San Rafael, CA 94903

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$131,762.90

**3.222** Nonpriority creditor's name and mailing address
Google LLC
2435 Old Alabama Rd
Roswell, GA 30076-2415

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$36.00

**3.223** Nonpriority creditor's name and mailing address
Grandpa Joe's
dba Chris Beers Ventures, LLC
500 Glass Rd
Pittsburgh, PA 15205

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,429.25

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.224** Nonpriority creditor's name and mailing address
Graphic Mundi - PSU Press
Attn: Accounts Receivable
512 Paterno Library
University Park, PA 16802

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,523.86

**3.225** Nonpriority creditor's name and mailing address
Graphitti Designs
33159 Camino Capistrano, Ste G
San Juan Capist, CA 92675

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,821.33

**3.226** Nonpriority creditor's name and mailing address
Great Eastern Entertainment Co
610 W Carob St
Compton, CA 90220

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,624.80

**3.227** Nonpriority creditor's name and mailing address
Green Ronin Publishing, LLC
6731 29th Ave S
Seattle, WA 98108

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,342.19

**3.228** Nonpriority creditor's name and mailing address
Greenlight Toys
5901 Lakeside Blvd
Indianapolis, IN 46278

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$421.44

**3.229** Nonpriority creditor's name and mailing address
Grimoire Games
110 Uno Dr
Toronto, ON M8Z 3P3
Canada

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,429.75

**3.230** Nonpriority creditor's name and mailing address
GT Labs
816 Hutchins Ave
Ann Arbor, MI 48103

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$129.24

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.231** Nonpriority creditor's name and mailing address<br>Guangdong Pinqi Culture<br>28 Wild Rose Pl<br>Aliso Viejo, CA 92656 | As of the petition filing date, the claim is: $2,102.88<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.232** Nonpriority creditor's name and mailing address
Gungnir Entertainment
923 Euclid St Apt 301
Santa Monica, CA 90403

As of the petition filing date, the claim is: $3,961.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.233** Nonpriority creditor's name and mailing address
Habermaass Corp Inc
Haba USA
4407 Jordan Rd
Skaneateles, NY 13152

As of the petition filing date, the claim is: $735.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.234** Nonpriority creditor's name and mailing address
Happy Camper LLC
160 Alewife Brook
Cambridge, MA 02138

As of the petition filing date, the claim is: $738.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.235** Nonpriority creditor's name and mailing address
HarperCollins Publishers LLC
P.O. Box 21091
New York, NY 10087-1091

As of the petition filing date, the claim is: $19,059.98
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.236** Nonpriority creditor's name and mailing address
Hasbro Toy Group
VC 160119
P.O. Box 281480
Atlanta, GA 30384-1480

As of the petition filing date, the claim is: $1,164,365.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.237** Nonpriority creditor's name and mailing address
Hassett Express, LLC
17W775 Butterfield Rd, Ste 109
Oakbrook Terr, IL 60181

As of the petition filing date, the claim is: $1,801.83
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** Various

**Last 4 digits of account number** __ __ __ __

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.238** Nonpriority creditor's name and mailing address
Heavy Metal Entertainment
85A Brook Ave
Deer Park, NY 11729

Date or dates debt was incurred                Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$363.37

**3.239** Nonpriority creditor's name and mailing address
Heavy Play LLC
3060 Atwater Dr
Burlingame, CA 94010

Date or dates debt was incurred                Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$23,306.00

**3.240** Nonpriority creditor's name and mailing address
Hermes Press
2100 Wilmington Rd
New Castle, PA 16105

Date or dates debt was incurred                Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$29.67

**3.241** Nonpriority creditor's name and mailing address
Hette Boardgames USA
Hachette Boardgames USA
2363 James St, Ste 537
Syracuse, NY 13206-2840

Date or dates debt was incurred                Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,260.80

**3.242** Nonpriority creditor's name and mailing address
Hit Point Press
1175 Brookfield Rd E
Ottawa, ON K1V 0C3
Canada

Date or dates debt was incurred                Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,825.08

**3.243** Nonpriority creditor's name and mailing address
Hornby America Inc
P.O. Box 99670
Lakewood, WA 98496

Date or dates debt was incurred                Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,683.84

**3.244** Nonpriority creditor's name and mailing address
HorrorHound Ltd
P.O. Box 710
Milford, OH 45150

Date or dates debt was incurred                Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,645.42

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.245** Nonpriority creditor's name and mailing address
Humanoids Inc
6464 Sunset Blvd, Ste 1180
Los Angeles, CA 90028

Date or dates debt was incurred     Various

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$7,909.48

**3.246** Nonpriority creditor's name and mailing address
Hush Hush Projects USA
16 Gulph Mill Rd
Somers Point, NJ 08244

Date or dates debt was incurred     Various

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$6,245.34

**3.247** Nonpriority creditor's name and mailing address
Image Comics, Inc
Attn: Accounting
2701 NW Vaugh St, Ste 780
Portland, OR 97210

Date or dates debt was incurred     Various

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$25,666.87

**3.248** Nonpriority creditor's name and mailing address
Incredible Dream Studios Inc
2261 Market St, Ste 4475
San Francisco, CA 94114

Date or dates debt was incurred     Various

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$7,288.60

**3.249** Nonpriority creditor's name and mailing address
Independent Publishers Group
P.O. Box 2154, Ach
Bedford Park, IL 60499-2154

Date or dates debt was incurred     Various

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$799.84

**3.250** Nonpriority creditor's name and mailing address
Infinite Worlds LLC
1565 California St Apt 407
Denver, CO 80202

Date or dates debt was incurred     Various

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$676.00

**3.251** Nonpriority creditor's name and mailing address
Ingram
P.O. Box 277616
Atlanta, GA 30384-7616

Date or dates debt was incurred     Various

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$137,294.89

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.252 Nonpriority creditor's name and mailing address**
Insight Direct USA, Inc
P O Box 731069
Dallas, TX 75373-1069

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$23,697.41

---

**3.253 Nonpriority creditor's name and mailing address**
Integrated Connection LLC
306 6th Ave SE
Cedar Rapids, IA 52401

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$81,944.35

---

**3.254 Nonpriority creditor's name and mailing address**
International Paper
P.O. Box 644095
Pittsburgh, PA 15264-4095

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$44,246.00

---

**3.255 Nonpriority creditor's name and mailing address**
Invader Comics
3212 Storer Ave
Oakland, CA 94619

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,718.64

---

**3.256 Nonpriority creditor's name and mailing address**
Jada Toys Inc
18521 Railroad St
City Of Industry, CA 91748

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$82,984.42

---

**3.257 Nonpriority creditor's name and mailing address**
JAKKS Pacific Inc
P.O. Box 772704
Detroit, MI 48277-2704

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$47,344.88

---

**3.258 Nonpriority creditor's name and mailing address**
Janney Montgomery Scott LLC
Investment Banking
1717 Arch St, 19th Fl
Philadelphia, PA 19103

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$10,102.62

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.259** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,449.57
Jasco Games LLC
5075 Cameron St
Las Vegas, NV 89118

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

**Basis of claim:** Trade

Last 4 digits of account number    _ _ _ _

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.260** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $340.26
JJ Keller & Associates, Inc
P.O. Box 6609
Carol Stream, IL 60197-6609

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

**Basis of claim:** Trade

Last 4 digits of account number    _ _ _ _

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.261** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,603.98
Joe Books Inc
Attn: Accounting Dept
567 Queen St W
Toronto, ON M3V 2B6
Canada

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

**Basis of claim:** Trade

Last 4 digits of account number    _ _ _ _

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.262** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $254.70
Joking Hazard, LLC
15530 Spring Creek Pl
Dallas, TX 75248

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

**Basis of claim:** Trade

Last 4 digits of account number    _ _ _ _

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.263** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45,287.70
JPMorgan Chase Bank, NA
P.O. Box 69165
Baltimore, MD 21264-9165

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

**Basis of claim:** Trade

Last 4 digits of account number    _ _ _ _

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.264** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,986.76
Kaeser Compressors, Inc
P.O. Box 946
Fredericksburg, VA 22404

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

**Basis of claim:** Trade

Last 4 digits of account number    _ _ _ _

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

**3.265** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $317.90
Kayden Phoenix
Phoenix Studios
521 S Soto St
Los Angeles, CA 90033

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    Various

**Basis of claim:** Trade

Last 4 digits of account number    _ _ _ _

**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.266** Nonpriority creditor's name and mailing address
Kayla N Gibson
1886 Yakona Rd
Parkville, MD 21234

Date or dates debt was incurred     Invalid date

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
- ☑ No.
- ☐ Yes.

$0.00

**3.267** Nonpriority creditor's name and mailing address
Keenspot Entertainment
16565 Choco Rd
Apple Valley, CA 92307

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- ☑ No.
- ☐ Yes.

$56,088.31

**3.268** Nonpriority creditor's name and mailing address
Kenzer & Company
25667 Hillview Ct
Highwood, IL 60060

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- ☑ No.
- ☐ Yes.

$8,391.55

**3.269** Nonpriority creditor's name and mailing address
Keymaster Games LLC
Attn: Brennan C Swain
1900 Ave Of The Stars
Los Angeles, CA 90067

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- ☑ No.
- ☐ Yes.

$20,604.70

**3.270** Nonpriority creditor's name and mailing address
Kieren Consulting
4150 Norma Ave
Saint Paul, MN 55112

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- ☑ No.
- ☐ Yes.

$17,916.70

**3.271** Nonpriority creditor's name and mailing address
Kingstone Media Group Inc
1330 Citizens Blvd, Ste 701
Leesburg, FL 34748

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- ☑ No.
- ☐ Yes.

$7,303.76

**3.272** Nonpriority creditor's name and mailing address
KMC USA LLC
108 N Macarthur Blvd
Irving, TX 75061

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- ☑ No.
- ☐ Yes.

$6,594.60

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.273** Nonpriority creditor's name and mailing address
KnuckleBonz, Inc
616 Persimmon Rd
Walnut Creek, CA 94598

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$27,542.00

**3.274** Nonpriority creditor's name and mailing address
Kobold Press
P.O. Box 2811
Kirkland, WA 98083

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$21,306.80

**3.275** Nonpriority creditor's name and mailing address
Konami Digital Entertainment Inc
1 Konami Way
Hawthorne, CA 90250-1144

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$26,399.82

**3.276** Nonpriority creditor's name and mailing address
Kotobukiya Co, Ltd
4-5 Midori-Choshi
Tachikawa-Shi
Tokyo, 190-8542
Japan

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,382.37

**3.277** Nonpriority creditor's name and mailing address
Laguna Studios, LLC
9178 Ridge Path
San Antonio, TX 78250

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$682.85

**3.278** Nonpriority creditor's name and mailing address
Last Gasp
777 Florida St
San Francisco, CA 94110

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,827.40

**3.279** Nonpriority creditor's name and mailing address
Left Justified LLC
1160 County Rd C2 W
Roseville, MN 55113

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$611.94

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.280** Nonpriority creditor's name and mailing address
Les Editions Pix'n Love
Attn: Jean-Marc Demoly
8 Rue Du Taur
Toulouse, 31000
France

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$57.00

**3.281** Nonpriority creditor's name and mailing address
Library Journal LLC
Attn: Accounting
P.O. Box 8391
Carol Stream, IL 60197-8391

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$10,200.00

**3.282** Nonpriority creditor's name and mailing address
Lion Forge Comics
227 N Lindbergh Blvd
St Louis, MO 63141

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5.99

**3.283** Nonpriority creditor's name and mailing address
Little Buddy LLC
7422 Orangewood Ave
Garden Grove, CA 92841

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$815,342.00

**3.284** Nonpriority creditor's name and mailing address
Little Shop of Horrors
3213 48th Pl
Des Moines, IA 50310-2606

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,556.45

**3.285** Nonpriority creditor's name and mailing address
Little Shop of Pins, LLC
4220 NE Simpson Ct
Portland, OR 97218

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,364.43

**3.286** Nonpriority creditor's name and mailing address
Living The Line
1477 Ashland Ave
Staint Paul, MN 55104

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,432.38

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.287** Nonpriority creditor's name and mailing address
Llewellyn Worldwide Ltd
2143 Wooddale Dr
Woodbury, MN 55125

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,449.54

**3.288** Nonpriority creditor's name and mailing address
Locus Publications, Inc
655 13th St, Ste 100
Oakland, CA 94612

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$625.00

**3.289** Nonpriority creditor's name and mailing address
Looney Labs
P.O. Box 20
Williston, VT 05495

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,104.40

**3.290** Nonpriority creditor's name and mailing address
Loren Coleman
5003 Main St, Ste 110
Tacoma, WA 98402

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$422,303.42

**3.291** Nonpriority creditor's name and mailing address
LSG Hobby Inc
5955 Desoto Ave, Ste 100
Woodland Hills, CA 91367

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,064.87

**3.292** Nonpriority creditor's name and mailing address
Lucky Duck Games
Plac Nowy 3/44
Krakow, 31-057
Poland

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$44,077.57

**3.293** Nonpriority creditor's name and mailing address
Lulu Is A Rhinoceros LLC
1755 Broadway, 8th Fl
New York, NY 10019

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$645.16

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.294** Nonpriority creditor's name and mailing address
Luminare Health Benefits
62707 Collection Center Dr
Chicago, IL 60693-0627

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim** $3,649.06

---

**3.295** Nonpriority creditor's name and mailing address
Lunar Distribution
10701 Rose Ave
New Haven, IN 46774

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$545,560.61

---

**3.296** Nonpriority creditor's name and mailing address
Mad Cave Studios Inc
8838 SW 129th St
Miami, FL 33176

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$61,968.12

---

**3.297** Nonpriority creditor's name and mailing address
Maersk E-Commerce Logistics
5160 Wiley Post Way
Salt Lake City, UT 84116

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,501.84

---

**3.298** Nonpriority creditor's name and mailing address
Magma Comix
3130 Whittier St
San Diego, CA 92106

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,780.51

---

**3.299** Nonpriority creditor's name and mailing address
Magnetic Press LLC
227 N Lindbergh Blvd
St Louis, MO 63141-7809

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$51,067.53

---

**3.300** Nonpriority creditor's name and mailing address
Manga Classics, Inc
51 Ridgestone Dr
Richmond Hill, ON L4S 0E3
Canada

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$52,835.48

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.301** Nonpriority creditor's name and mailing address
Mantic Entertainment Ltd
Cumberland House
193 Hempshill Ln
Nottingham, NG1 6EE
United Kindom

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $4,449.19

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.302** Nonpriority creditor's name and mailing address
Manuscript Press
Attn: Rick Norwood
P.O. Box 336
Mountain Home, TN 37684

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $8,049.52

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.303** Nonpriority creditor's name and mailing address
Marquis Book Printing Inc
350 Des Entrepreneurs St
Montmagny, QC G5V 4T1
Canada

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $23,491.04

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.304** Nonpriority creditor's name and mailing address
Marrs Media, Inc
17 Willingdon Blvd
Etobicoke, ON M8X 2H1
Canada

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $1,785.60

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.305** Nonpriority creditor's name and mailing address
Massive Publishing LLC
Attn: Michael Calero
3404 Leatha Way
Sacramento, CA 95821

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: $40,700.69

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.306** Nonpriority creditor's name and mailing address
Master Staffing
1800 E Market St
York, PA 17402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $5,740.94

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.307** Nonpriority creditor's name and mailing address
Masterpieces Inc
39313 Treasure Ctr
Chicago, IL 60602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $16.00

Date or dates debt was incurred     Various

Basis of claim:
Trade

Last 4 digits of account number     _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.308** Nonpriority creditor's name and mailing address
Mattel Inc
Reference: 975229-6864
333 Continental Blvd
Atlanta, GA 90245

Date or dates debt was incurred        Various

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$125,235.11

---

**3.309** Nonpriority creditor's name and mailing address
Mayday Games Inc
380 W 700 S
Springville, UT 84665

Date or dates debt was incurred        Various

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,577.26

---

**3.310** Nonpriority creditor's name and mailing address
MDH F2 Bal Beltway North, LLC
3715 Northside Pkwy NW, Ste 4-240
Atlanta, GA 30327

Date or dates debt was incurred        Various

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,830.94

---

**3.311** Nonpriority creditor's name and mailing address
Medicom Toy Corporation
3-22-5
Uehara Shibuya-Ku
Tokyo, 151-0064
Japan

Date or dates debt was incurred        Various

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$163.20

---

**3.312** Nonpriority creditor's name and mailing address
MegaHouse Corporation
Bandai 2nd Building
2-5-4 Komagata, Taito-Ku
Tokyo, 111-0043
Japan

Date or dates debt was incurred        Various

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$17,205.84

---

**3.313** Nonpriority creditor's name and mailing address
Mercury Comics
335 N Ohio Ave
Fremont, OH 43420

Date or dates debt was incurred        Various

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$21,203.96

---

**3.314** Nonpriority creditor's name and mailing address
Metal Weave Games
23564 Oak Valley Rd
Cupertino, CA 95014

Date or dates debt was incurred        Various

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,708.00

---

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.315** | **Nonpriority creditor's name and mailing address**
Metropolitan Edison Company
P.O. Box 3687
Akron, OH 44309-3687

Date or dates debt was incurred ........ Various

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$1,906.24**

---

**3.316** | **Nonpriority creditor's name and mailing address**
Microsoft Corporation
c/o BAO
Lockbox 842467
1950 N Stemmons Fwy, Ste 5010
Dallas, TX 75207

Date or dates debt was incurred ........ Various

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$99.99**

---

**3.317** | **Nonpriority creditor's name and mailing address**
Mid South Transport, Inc
P.O. Box 16013
Memphis, TN 38186-0013

Date or dates debt was incurred ........ Various

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$72,839.25**

---

**3.318** | **Nonpriority creditor's name and mailing address**
Midsouth Forklift and Battery
1228 Malone Rd
Nesbit, MS 38651

Date or dates debt was incurred ........ Various

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$2,728.50**

---

**3.319** | **Nonpriority creditor's name and mailing address**
Mighty Jaxx International
21 Tai Seng Dr, Ste 06-00
Singapore, 535223
Singapore

Date or dates debt was incurred ........ Various

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$1,438.00**

---

**3.320** | **Nonpriority creditor's name and mailing address**
Mighty Jaxx International Pte Ltd
3302 Canal St, Ste 62
Houston, TX 77003

Date or dates debt was incurred ........ Various

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$59,528.12**

---

**3.321** | **Nonpriority creditor's name and mailing address**
Mindware Wholesale Inc
P.O. Box 310482
Des Moines, IA 50301

Date or dates debt was incurred ........ Various

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$702.00**

---

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.322** Nonpriority creditor's name and mailing address
Molly Maid
P.O. Box 5537
Derwood, MD 20855

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$119.00

---

**3.323** Nonpriority creditor's name and mailing address
MON Holdings LLC
3829 N 3rd St
Phoenix, AZ 85012

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$934.92

---

**3.324** Nonpriority creditor's name and mailing address
Mondo Tees LLC
2802 Wetmore Ave
Everett, WA 98201-3569

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$79,576.10

---

**3.325** Nonpriority creditor's name and mailing address
Monogram International Inc
21005 Commerce Pointe Dr
Walnut, CA 91789

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$112,545.34

---

**3.326** Nonpriority creditor's name and mailing address
Monster Fight Club
395-190 Reas Ford Rd
Earlysville, VA 22936

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$19,134.00

---

**3.327** Nonpriority creditor's name and mailing address
Moonstone Books
113 E 9th St
Lockport, IL 60441

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$174.05

---

**3.328** Nonpriority creditor's name and mailing address
MPS Ltd
Attn: 10306000
Dept Ch 17571
Palatine, IL 60055-7571

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$7,407.06

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.329** Nonpriority creditor's name and mailing address
MVB US Inc
301 Virginia Ave
Fairmont, WV 26554

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$955.00

---

**3.330** Nonpriority creditor's name and mailing address
MyMovieMonsters.com
277 Westville Rd
Van Buren, AR 72956-7800

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,038.64

---

**3.331** Nonpriority creditor's name and mailing address
Myrick Marketing & Media, LLC
6670 New Nashville Hwy, Ste 105
Smyrna, TN 37167

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$10,441.78

---

**3.332** Nonpriority creditor's name and mailing address
Natasha Stagmer
P.O. Box 730375
Dallas, TX 75373-0375

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$325.00

---

**3.333** Nonpriority creditor's name and mailing address
National Entertainment Collectibles Association
Nat Entertainment Coll, Inc
603 Sweetland Ave
Hillside, NJ 07205

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,872,858.16

---

**3.334** Nonpriority creditor's name and mailing address
Nauvoo Games LLC
2020 Lawrence St
Denver, CO 80205

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$695.73

---

**3.335** Nonpriority creditor's name and mailing address
NBM Publishing, Inc
160 Broadway, E Wing, Ste 700
New York, NY 10038

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,587.36

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.336** Nonpriority creditor's name and mailing address
Nemesis Now Inc
108 - 114 City Rd
Stoke-On-Trent, ST4 2PH
United Kindom

Date or dates debt was incurred          Various

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$21,360.40

---

**3.337** Nonpriority creditor's name and mailing address
Netcomics, Inc
100 Lost Tree Ln
Cary, NC 27513

Date or dates debt was incurred          Various

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16,057.34

---

**3.338** Nonpriority creditor's name and mailing address
NextEra Energy Inc
62707 Collection Center Dr
Chicago, IL 60693-0627

Date or dates debt was incurred          Various

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,391.31

---

**3.339** Nonpriority creditor's name and mailing address
NKOK, Inc
5354 Irwindale Ave, Unit A
Irwindale, CA 91706

Date or dates debt was incurred          Various

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$12,850.49

---

**3.340** Nonpriority creditor's name and mailing address
NMR Distribution America
28912 Ave Paine
Valencia, CA 91355

Date or dates debt was incurred          Various

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$34,637.00

---

**3.341** Nonpriority creditor's name and mailing address
Non-Sport Update
P.O. Box 809488
Chicago, IL 60680-9488

Date or dates debt was incurred          Various

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$853.60

---

**3.342** Nonpriority creditor's name and mailing address
Norma Editorial SA
Passeig De Sant Joan, 7
Barcelona, 08010
Spain

Date or dates debt was incurred          Various

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$42.38

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 130 of 161

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.343** | **Nonpriority creditor's name and mailing address**
North Star Games
10605 Concord St
Kensington, MD 20895

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,808.16

---

**3.344** | **Nonpriority creditor's name and mailing address**
Northcentral Electric Cooperative
P.O. Box 405
Byhalia, MS 38611-0405

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$20,954.27

---

**3.345** | **Nonpriority creditor's name and mailing address**
Northwest Press
1631 16th Ave, Ste 219
Seattle, WA 98122

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$479.76

---

**3.346** | **Nonpriority creditor's name and mailing address**
Office Basics, Inc
P.O. Box 2230
Boothwyn, PA 19061

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,534.04

---

**3.347** | **Nonpriority creditor's name and mailing address**
Old Dominion Freight Line, Inc
P.O. Box 415202
Boston, MA 02241-5202

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$637.27

---

**3.348** | **Nonpriority creditor's name and mailing address**
Oni-LF Publishing Group, LLC
227 N Lindbergh Blvd
St Louis, MO 63141

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$179,942.40

---

**3.349** | **Nonpriority creditor's name and mailing address**
Online Freight Services
P.O. Box 860789
Minneapolis, MN 55486-0789

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$24,500.00

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.350** Nonpriority creditor's name and mailing address
Open Road Brands LLC
3718 N Rock Rd
Wichita, KS 67226

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,517.25

---

**3.351** Nonpriority creditor's name and mailing address
Opus Comics Ltd
66 Mill Ln
London, NW6 1NJ
United Kindom

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$426.16

---

**3.352** Nonpriority creditor's name and mailing address
Ouchfactory Yumclub
661 Kern St
Richmond, CA 94805

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,072.00

---

**3.353** Nonpriority creditor's name and mailing address
Ox Eye Media Inc
100 S Jefferson Ave
Saginaw, MI 48607

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$24.00

---

**3.354** Nonpriority creditor's name and mailing address
Ozone Productions, Ltd
5312 Derry Ave, Ste J
Agoura Hills, CA 91301

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,079.40

---

**3.355** Nonpriority creditor's name and mailing address
OzWest Inc
5955 Desoto Ave, Ste 100
Woodland Hills, CA 91367

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$25,000.00

---

**3.356** Nonpriority creditor's name and mailing address
PAI Technology Inc
177 E Colorado Blvd, Ste 200
Pasadena, CA 91105

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$211,331.50

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| Amount of claim |
|---|

**3.357** Nonpriority creditor's name and mailing address
Paizo Inc
P.O. Box 84311
Seattle, WA 98124-5611

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$183,431.54

**3.358** Nonpriority creditor's name and mailing address
Paladone Products
P.O. Box 18380
Palatine, IL 60055-8380

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,055.00

**3.359** Nonpriority creditor's name and mailing address
Palladium Books
39074 Webb Ct
Westland, MI 48185

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,956.65

**3.360** Nonpriority creditor's name and mailing address
Panini America Inc
5325 Faa Blvd, Ste 100
Irving, TX 75061

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$81,289.32

**3.361** Nonpriority creditor's name and mailing address
Panini UK Ltd
Brockbourne House Level 2
77 Mt Ephraim
Tunbridge Wells, TN4 8BS
United Kindom

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,993.05

**3.362** Nonpriority creditor's name and mailing address
Papercutz Inc
8838 129th St
Miami, FL 33176

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$10,351.69

**3.363** Nonpriority creditor's name and mailing address
Passage Trading Co
3-1-4-904 Tsukiji
Chuo-Ku
Tokyo, 104-0045
Japan

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$27,035.18

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.364** Nonpriority creditor's name and mailing address
Pegamoose Press
Troy Little
74 Westcomb Crescent
Charlottetown, PE C1C 1B8
Canada

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,548.54

---

**3.365** Nonpriority creditor's name and mailing address
Pegasus Spiele North America Corporation
2955 Lone Oak Dr
Eagan, MN 55121

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,545.08

---

**3.366** Nonpriority creditor's name and mailing address
Penguin Group UK
80 Strand
London, WC2R 0RL
United Kindom

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$48,307.54

---

**3.367** Nonpriority creditor's name and mailing address
Penguin Random House LLC
P.O. Box 223384
Pittsburgh, PA 15251-2384

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$9,164,935.02

---

**3.368** Nonpriority creditor's name and mailing address
Penn Waste Inc
P.O. Box 69035
Baltimore, MD 21264-9035

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$860.00

---

**3.369** Nonpriority creditor's name and mailing address
PEZ Candy, Inc
P.O. Box 30087
New York, NY 10087-0087

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,160.96

---

**3.370** Nonpriority creditor's name and mailing address
Picturesque Publishing Inc
P.O. Box 32014
Arthur Po Po
Thunder Bay, ON P7K 0E7
Canada

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$719.20

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.371** Nonpriority creditor's name and mailing address
Piedmont National Corporation
P.O. Box 890938
Charlotte, NC 28289-0938

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$14,742.47

**3.372** Nonpriority creditor's name and mailing address
Pintrill, LLC
37 Greenpoint Ave, Ste 320
Brooklyn, NY 11222

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$672.00

**3.373** Nonpriority creditor's name and mailing address
Playmates Toys Inc
909 N Pacific Coast Hwy, Ste 800
El Segundo, CA 90245

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$67,311.00

**3.374** Nonpriority creditor's name and mailing address
Plazmida LLC
P.O. Box 8851
Honolulu, HI 96830

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$19,092.97

**3.375** Nonpriority creditor's name and mailing address
Pocket Jacks Comics
12471 Wood Manor Cir
Dallas, TX 75234

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,932.12

**3.376** Nonpriority creditor's name and mailing address
Polymershapes LLC
P.O. Box 505503
St Louis, MO 63150-5503

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$54,644.02

**3.377** Nonpriority creditor's name and mailing address
Premium DNA Enterprises, LLC
13894 S Bangerter Pkwy, Ste 200
Draper, UT 84020

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$59.98

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.378** Nonpriority creditor's name and mailing address
Presto-X
P.O. Box 13848
Reading, PA 19612-3848

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$748.70

---

**3.379** Nonpriority creditor's name and mailing address
Primal Horizon
c/o Glanfield Marketing
214 King St
Welland, ON L3B 3J7
Canada

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,173.60

---

**3.380** Nonpriority creditor's name and mailing address
Prime Books LLC
Attn Sean Wallace
13862 Crosstie Dr
Germantown, MD 20874

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$914.71

---

**3.381** Nonpriority creditor's name and mailing address
Prime Motion Inc
5955 Desoto Ave, Ste 100
Woodland Hills, CA 91367

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$14,385.60

---

**3.382** Nonpriority creditor's name and mailing address
Pristine Janitorial Services LLC
128 W Rudisill Blvd
Fort Wayne, IN 46807

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,200.00

---

**3.383** Nonpriority creditor's name and mailing address
Public Library Association
3447 Eagle Way
Chicago, IL 60678-3447

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,800.00

---

**3.384** Nonpriority creditor's name and mailing address
Publisher Services Inc
2800 Vista Ridge Dr
Suwanee, GA 30024

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$154,469.78

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.385**   Nonpriority creditor's name and mailing address

Pye Barker Fire & Safety
dba Alarmtec Systems
P.O. Box 735358
Dallas, TX 75373-5358

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$567.18

---

**3.386**   Nonpriority creditor's name and mailing address

Pyramid America Ltd
1 Haven Ave
Mt Vernon, NY 10553

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,546.00

---

**3.387**   Nonpriority creditor's name and mailing address

QS Information Services Inc
44 Merrimac St
Newburyport, MA 01950

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$12,507.66

---

**3.388**   Nonpriority creditor's name and mailing address

Quartermaster Direct
8550 S US Hwy 17/92
Maitland, FL 32751

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,660.12

---

**3.389**   Nonpriority creditor's name and mailing address

Quest Kids LLC
605 E 21st St
Houston, TX 77008-4430

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$331.72

---

**3.390**   Nonpriority creditor's name and mailing address

R & R Games
P.O. Box 130195
Tampa, FL 33681

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,710.56

---

**3.391**   Nonpriority creditor's name and mailing address

R 5 Comics LLC
27103 Kelsey Woods Ct
Cypress, TX 77433

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$239.40

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.392** Nonpriority creditor's name and mailing address
R Talsorian Games Inc
13847 70th Ave
Kirkland, WA 98034

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$39,586.00

---

**3.393** Nonpriority creditor's name and mailing address
Rabbit Hole Studios
4787 Greenfield Rd
Montague, PE C0A 1R0
Canada

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$42.80

---

**3.394** Nonpriority creditor's name and mailing address
Rabbit Publishers
1624 W Northwest Hwy
Arlington Hghts, IL 60004

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$311.31

---

**3.395** Nonpriority creditor's name and mailing address
Radical Publishing
P.O. Box 341847
Los Angeles, CA 90034

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11.20

---

**3.396** Nonpriority creditor's name and mailing address
Randstad
P.O. Box 7247-6655
Philadelphia, PA 19170-6655

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$12,724.84

---

**3.397** Nonpriority creditor's name and mailing address
Ravensburger North America Inc
P.O. Box 845233
Boston, MA 02284-5233

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,948.96

---

**3.398** Nonpriority creditor's name and mailing address
Reaper Miniatures
P.O. Box 2107
Lake Dallas, TX 75065-2107

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,581.77

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.399** Nonpriority creditor's name and mailing address
Receiver of Taxes and Assessments
151 Banker Rd
Plattsburgh, NY 12901

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$34.62

---

**3.400** Nonpriority creditor's name and mailing address
Red Giant Entertainment
Attn: Benny Powell
614 E Hwy 50, Ste 235
Clermont, FL 34711

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$64.41

---

**3.401** Nonpriority creditor's name and mailing address
Red Lion Municipal Authority
P.O. Box 190
Red Lion, PA 17356-0190

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$216.11

---

**3.402** Nonpriority creditor's name and mailing address
Renegade Game Studios
153 Sugar Belle Dr, Ste B 166
Winter Garden, FL 34787

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$46,420.39

---

**3.403** Nonpriority creditor's name and mailing address
Republic Services
P.O. Box 677156
Dallas, TX 75267-7156

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$1,236.53

---

**3.404** Nonpriority creditor's name and mailing address
Retail Management Hero Inc
454 W Napa St, Unit B
Sonoma, CA 95476

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$13,920.78

---

**3.405** Nonpriority creditor's name and mailing address
Retro-A-Go-Go! LLC
214 S Michigan Ave
Howell, MI 48843

Date or dates debt was incurred     Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the claim subject to offset?
☑ No.
☐ Yes.

$3,126.40

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.406** Nonpriority creditor's name and mailing address
Rio Grande Games
18 Santa Ana Loop
Placitas, NM 87043

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$50,745.86

**3.407** Nonpriority creditor's name and mailing address
Riot New Media Group, Inc
4243 SE Belmont St, Ste 100
Portland, OR 97215

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$517.72

**3.408** Nonpriority creditor's name and mailing address
Rising Empire Studios
8545 W Warm Springs Rd, Ste A4 426
Las Vegas, NV 89113

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$687.12

**3.409** Nonpriority creditor's name and mailing address
Roadrunner Transportation
Attn: Collections
P.O. Box 74857
Chicago, IL 60694

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,005.65

**3.410** Nonpriority creditor's name and mailing address
Rock America
Attn: Michael Cisneros
6400 Oak Canyon, Ste 100
Irvine, CA 92618

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$39.98

**3.411** Nonpriority creditor's name and mailing address
Role 4 Initiative LLC
9740 Shaver Rd
Portage, MI 49024

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,238.58

**3.412** Nonpriority creditor's name and mailing address
Round 2 LLC
4073 Meghan Beeler Ct
S Bend, IN 46628

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,324.29

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.413** Nonpriority creditor's name and mailing address
Roy Miller Freight Lines LLC
3165 E Coronado St
Anaheim, CA 92806

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,020.03

---

**3.414** Nonpriority creditor's name and mailing address
Safari Ltd
P.O. Box 96529
Charlotte, NC 28296-0529

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,651.85

---

**3.415** Nonpriority creditor's name and mailing address
SAIA Motor Freight Line LLC
P.O. Box 730532
Dallas, TX 75373-0532

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,070.06

---

**3.416** Nonpriority creditor's name and mailing address
Sam Stevens
P.O. Box 669825
Dallas, TX 75266-0782

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$269.00

---

**3.417** Nonpriority creditor's name and mailing address
Santoki LLC
1100 N Opdyke Rd, Ste 200
Auburn Hills, MI 48326

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$37.00

---

**3.418** Nonpriority creditor's name and mailing address
Scan Global Logistics
P.O. Box 7410684
Chicago, IL 60674-0684

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$160,047.44

---

**3.419** Nonpriority creditor's name and mailing address
SCB Distributors
15608 S New Century Dr
Gardena, CA 90248

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,294.94

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.420** Nonpriority creditor's name and mailing address
Schiffer Publishing, Ltd
4880 Lower Valley Rd
Atglen, PA 19310

Date or dates debt was incurred     Various

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,027.50

**3.421** Nonpriority creditor's name and mailing address
Scholastic Inc
P.O. Box 639851
Cincinnati, OH 45263-9851

Date or dates debt was incurred     Various

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$51,548.50

**3.422** Nonpriority creditor's name and mailing address
Schwarz Paper Company
P.O. Box 644095
Pittsburgh, PA 15264-4095

Date or dates debt was incurred     Various

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$28.77

**3.423** Nonpriority creditor's name and mailing address
Schylling, Inc
c/o Berkshire Bank
P.O. Box 941
Worcester, MA 01613-0941

Date or dates debt was incurred     Various

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$518.40

**3.424** Nonpriority creditor's name and mailing address
Scout Comics
12541 Metro Pkwy Ste 20
Fort Myers, FL 33966

Date or dates debt was incurred     Various

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,274.97

**3.425** Nonpriority creditor's name and mailing address
Screem Magazine
c/o Darryl Mayeski
41 Mayer St
Wilkes Barre, PA 18702-3765

Date or dates debt was incurred     Various

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,294.92

**3.426** Nonpriority creditor's name and mailing address
SCS Direct Inc
9 Trefoil Dr
Trumbull, CT 06611-1330

Date or dates debt was incurred     Various

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,052.00

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.427** Nonpriority creditor's name and mailing address
Sentry
P.O. Box 4300
Carol Stream, IL 60197-4300

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$30.74

---

**3.428** Nonpriority creditor's name and mailing address
SFV York Road, LLC
2328 W Joppa Rd, Ste 200
Lutherville, MD 21093

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$62,733.10

---

**3.429** Nonpriority creditor's name and mailing address
Shaw Material Handling Systems
P.O. Box 872700
Kansas City, MO 64187-2700

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,578.46

---

**3.430** Nonpriority creditor's name and mailing address
Shawn Hainsworth
59 King St
Hatfield, MA 01038

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,952.08

---

**3.431** Nonpriority creditor's name and mailing address
ShipStation
P.O. Box 935003
Atlanta, GA 31193-5003

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$174.99

---

**3.432** Nonpriority creditor's name and mailing address
Sigma Comics, LLC
405 E 16th St, Apt 6E
Brooklyn, NY 11226

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,077.32

---

**3.433** Nonpriority creditor's name and mailing address
Silver Buffalo LLC
Attn: Brennan C Swain
1900 Ave Of The Stars
Los Angeles, CA 90067

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,639.08

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.434** Nonpriority creditor's name and mailing address
Silver Sprocket LLC
1057 Valencia St
San Francisco, CA 94110

Date or dates debt was incurred _____ Various

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,751.52

---

**3.435** Nonpriority creditor's name and mailing address
Silverline Comics
16415 SW 14th Ct
Ocala, FL 34473

Date or dates debt was incurred _____ Various

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$449.38

---

**3.436** Nonpriority creditor's name and mailing address
Simon & Schuster, LLC
P.O. Box 70660
Chicago, IL 60673-0660

Date or dates debt was incurred _____ Various

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$688,610.94

---

**3.437** Nonpriority creditor's name and mailing address
Sirius Dice
1 City Point
Brooklyn, NY 11201

Date or dates debt was incurred _____ Various

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$50,781.38

---

**3.438** Nonpriority creditor's name and mailing address
Skelton Crew Studio
295 Buker Rd
Litchfield, ME 04350

Date or dates debt was incurred _____ Various

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,560.00

---

**3.439** Nonpriority creditor's name and mailing address
Skyscraper Studios Inc
16 Continental Rd
Scarsdale, NY 10583

Date or dates debt was incurred _____ Various

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,430.01

---

**3.440** Nonpriority creditor's name and mailing address
Slave Labor Graphics
44 Race St
San Jose, CA 95126

Date or dates debt was incurred _____ Various

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,949.18

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.441** Nonpriority creditor's name and mailing address
Smart Zone Games
121-03 DuPont St
Plainview, NY 11803

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,910.60

**3.442** Nonpriority creditor's name and mailing address
Smile.io
Akiba Co Bldg 7F,3-16-12
Sotokanda, Chiyod-Ku
Tokyo, 101-0021
Japan

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$199.00

**3.443** Nonpriority creditor's name and mailing address
Snowdale Design
Yrjönkatu 5D 59
Bjorneborg, 28100
Finland

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$829.50

**3.444** Nonpriority creditor's name and mailing address
Soaring Penguin Press
106-1675 Augusta Ave
Burnaby, BC V5A 4S8
Canada

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$168.93

**3.445** Nonpriority creditor's name and mailing address
Source Point Press
3603 Orchard Dr
Midland, MI 48640

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$74.61

**3.446** Nonpriority creditor's name and mailing address
Southeastern Freight Lines Inc
P O Box 105024
Atlanta, GA 30348-5024

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$250.80

**3.447** Nonpriority creditor's name and mailing address
Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0002

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,067.65

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.448** Nonpriority creditor's name and mailing address
Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756-5111

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$644.28

---

**3.449** Nonpriority creditor's name and mailing address
Sovereign Media Company
P.O. Box 366
Williamsport, PA 17703-0366

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,359.09

---

**3.450** Nonpriority creditor's name and mailing address
Spero Toy Enterprises
1122 Terrace Hwy
Broussard, LA 70518

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$442.21

---

**3.451** Nonpriority creditor's name and mailing address
Spin Master, Inc
300 International Dr, Ste 100
Williamsville8, NY 14221

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$93,687.61

---

**3.452** Nonpriority creditor's name and mailing address
SQ Mag Pty Ltd
54 The Pinnacle
12 Coolum Rd
Point Cook, VCT 3030
Australia

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,839.82

---

**3.453** Nonpriority creditor's name and mailing address
SQ Productions Inc
P.O. Box 248
Columbus, NJ 08022

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,447.16

---

**3.454** Nonpriority creditor's name and mailing address
Square Enix LLC
P.O. Box 60079
Los Angeles, CA 90060-0079

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$314,336.01

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.455** Nonpriority creditor's name and mailing address
Stanton Public Relations & Marketing
909 3rd Ave, 14th Fl
New York, NY 10022

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,000.00

---

**3.456** Nonpriority creditor's name and mailing address
Star Ace Toys Limited
20E, Block 4, Belair Monte
3 Ma Sik Rd
Fanling
Hong Kong

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$47,536.88

---

**3.457** Nonpriority creditor's name and mailing address
Steamforged Games Ltd
Hanover House, Greg St
Stockport, Cheshire SK5 7NR
United Kindom

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,753.64

---

**3.458** Nonpriority creditor's name and mailing address
Storm King Productions, Inc
c/o F Altman & Co
9255 W Sunset Blvd, Ste 300
Los Angeles, CA 90069

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$950.32

---

**3.459** Nonpriority creditor's name and mailing address
Stranger Comics LLC
11575 Blix St
N Hollywood, CA 91602

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,150.69

---

**3.460** Nonpriority creditor's name and mailing address
Studio 2 Publishing Inc
2663 Byington Solway Rd
Knoxville, TN 37931

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$23,205.44

---

**3.461** Nonpriority creditor's name and mailing address
Sumerian Comics
434 Houston St, Ste 230
Nashville, TN 37203

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16,197.25

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 147 of 161

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.462** Nonpriority creditor's name and mailing address
Super Impulse
10 Canal St, Ste 330
Bristol, PA 19007

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$11.70

---

**3.463** Nonpriority creditor's name and mailing address
Super7
Mailstop 109
P.O. Box 989746
W Sacramento, CA 95798

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$170,413.00

---

**3.464** Nonpriority creditor's name and mailing address
Synchrony Bank
P.O. Box 669825
Dallas, TX 75266-0782

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$79.67

---

**3.465** Nonpriority creditor's name and mailing address
T Pub Comics
108 Victoria Rd
London, NW6 6QB
United Kindom

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$774.19

---

**3.466** Nonpriority creditor's name and mailing address
T&T Cargo Services
Airport Station
P.O. Box 37142
San Juan, PR 00937-0142

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$519.84

---

**3.467** Nonpriority creditor's name and mailing address
Team Pest USA
Hachette Boardgames USA
2363 James St, Ste 537
Syracuse, NY 13206-2840

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$122.00

---

**3.468** Nonpriority creditor's name and mailing address
Teems & Demoville
7314 Pleasant Ridge Rd
Arlington, TN 38002

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$16,658.06

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $73,172.84 |
|---|---|---|---|

**3.469** Nonpriority creditor's name and mailing address
TeeTurtle, LLC
6200 Pershall Rd
Hazelwood, MO 63042

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$73,172.84

---

**3.470** Nonpriority creditor's name and mailing address
TFI Transport 11 Inc
99 Rte 271 Sud
St-Ephrem, QC G0M 1R0
Canada

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,758.85

---

**3.471** Nonpriority creditor's name and mailing address
Th3rd World Studios
c/o Kenny Welker
13122 Pelfrey Ln
Fairfax, VA 22033

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$41.86

---

**3.472** Nonpriority creditor's name and mailing address
Thames & Kosmos
89 Ship St
Providence, RI 02903

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$24,262.82

---

**3.473** Nonpriority creditor's name and mailing address
The Army Painter ApS
Christiansmindevej 12
Skanderborg, DK-8660
Denmark

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$212,047.77

---

**3.474** Nonpriority creditor's name and mailing address
The Canadian Group
430 Signet Dr, Ste A
Toronto, ON M9L 2T6
Canada

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$44,436.33

---

**3.475** Nonpriority creditor's name and mailing address
The Center for Cartoon Studies
P.O. Box 125
White River Jct, VT 05001

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,975.00

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.476** Nonpriority creditor's name and mailing address
The Little Plastic Train Company
1004 Prairie St
Houston, TX 77002

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$60.00

**3.477** Nonpriority creditor's name and mailing address
The Loyal Subjects
155 W Washington Blvd, Ste 207
Los Angeles, CA 90015

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,570.20

**3.478** Nonpriority creditor's name and mailing address
The Pokémon Company International
10400 NE 4th St, Ste 2800
Bellevue, WA 98004

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$755,202.00

**3.479** Nonpriority creditor's name and mailing address
The Tailored Staff, LLC
3639 New Getwell Rd, Ste 2
Memphis, TN 38118

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,320.00

**3.480** Nonpriority creditor's name and mailing address
The Upper Deck Company Inc
Attn: Credit & Collections
5830 El Camino Real
Carlsbad, CA 92008

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$180.00

**3.481** Nonpriority creditor's name and mailing address
ThreeZero
Flat A 3/F Jone Mult Ind Bldg
169 Wai Yip St
Kwun Tong, KLN
Hong Kong

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,475.10

**3.482** Nonpriority creditor's name and mailing address
Thunderworks Games LLC
7182 US Hwy 14
Middleton, WI 53562

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,305.08

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.483**   Nonpriority creditor's name and mailing address
Titan Publishing Group Ltd
144 Southwark St
London, SE10UP
United Kindom

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$410,711.21**

---

**3.484**   Nonpriority creditor's name and mailing address
TKO Studios LLC
1325 Franklin Ave, Ste 545
Garden City, NY 11530

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$1,627.06**

---

**3.485**   Nonpriority creditor's name and mailing address
TMP International, Inc
Attn Al Bedinger
1711 W Greentree Dr, Ste 212
Tempe, AZ 85284

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$1,729,610.55**

---

**3.486**   Nonpriority creditor's name and mailing address
Tokyopop, Inc
c/o Guglielmo Accounting Inc
P.O. Box 2815
Camarillo, CA 93011

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$10,289.05**

---

**3.487**   Nonpriority creditor's name and mailing address
Tony Kittrell
dba Advent Comics
13149 Larchdale Rd, Ste 2
Laurel, MD 20708

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$540.82**

---

**3.488**   Nonpriority creditor's name and mailing address
Toonhound Studios LLC
20532 2nd Dr SE
Bothell, WA 98012

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$1,590.17**

---

**3.489**   Nonpriority creditor's name and mailing address
Top Notch Transit Inc
2190 Idlewood Cove
Germantown, TN 38139

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$100.00**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.490** | Nonpriority creditor's name and mailing address
Top Trumps USA Inc
P.O. Box 600
Grantsville, MD 21536

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$61.20

**3.491** | Nonpriority creditor's name and mailing address
Top Trumps USA, Inc
P.O. Box 600
Grantsville, MD 21536

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$702.00

**3.492** | Nonpriority creditor's name and mailing address
Toycollectr Magazine
9115 Fm 723 Rd, Ste 550-111
Richmond, TX 77406

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,080.00

**3.493** | Nonpriority creditor's name and mailing address
Toynami Inc
1936 Kellogg Ave
Carlsbad, CA 92008

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,051.44

**3.494** | Nonpriority creditor's name and mailing address
Toynk Toys LLC
P.O. Box 778773
Chicago, IL 60677-8773

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,271.36

**3.495** | Nonpriority creditor's name and mailing address
Transcontinental Printing Inc
Interweb Division
1603 Montarville Blvd
Boucherville, QC J4B 5Y2
Canada

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$315,036.34

**3.496** | Nonpriority creditor's name and mailing address
Travis County Tax Office
P.O. Box 149328
Austin, TX 78714-9328

Date or dates debt was incurred    Various

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$60,842.82

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.497** Nonpriority creditor's name and mailing address
Tri-Star Power
1553 Bartlett Rd
Memphis, TN 38134

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,450.80

---

**3.498** Nonpriority creditor's name and mailing address
Trick or Treat Studios
1005 17th Ave
Santa Cruz, CA 95062

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$22,717.87

---

**3.499** Nonpriority creditor's name and mailing address
TwoMorrows Publishing
10407 Bedfordtown Dr
Raleigh, NC 27614

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$62,752.81

---

**3.500** Nonpriority creditor's name and mailing address
UDON Entertainment Inc
51 Ridgestone Dr
Richmond Hill, ON L4S 0E3
Canada

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$285,622.92

---

**3.501** Nonpriority creditor's name and mailing address
Uline
Attn: Accounts Receivables
P.O. Box 88741
Chicago, IL 60680-1741

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,068.37

---

**3.502** Nonpriority creditor's name and mailing address
Ultra Pro International, LLC
P.O. Box 8201
Pasadena, CA 91109-8201

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$39,133.90

---

**3.503** Nonpriority creditor's name and mailing address
Uncanny Brands, LLC
350 Sentry Pkwy
Building 670, Ste 120
Blue Bell, PA 19422

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$38,160.00

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.504** **Nonpriority creditor's name and mailing address**
Uncivilized Books
3336 30th Ave S
Minneapolis, MN 55406

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,760.00

**3.505** **Nonpriority creditor's name and mailing address**
United Parcel Service, Inc
P.O. Box 650116
Dallas, TX 75265-0116

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$771,643.64

**3.506** **Nonpriority creditor's name and mailing address**
University Games
2030 Harrison St
San Francisco, CA 94110

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,920.40

**3.507** **Nonpriority creditor's name and mailing address**
University Games Corp
2030 Harrison St
San Francisco, CA 94110

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$12,052.92

**3.508** **Nonpriority creditor's name and mailing address**
US Customs & Border Protection
Cashier/Revenue Collecion Sect
6650 Telecom Dr, Ste 100
Indianapolis, IN 46278

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$24,636.56

**3.509** **Nonpriority creditor's name and mailing address**
USAopoly Inc
The Op Lock Box
P.O. Box 848593
Los Angeles, CA 90084-8593

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$29,920.93

**3.510** **Nonpriority creditor's name and mailing address**
Valaverse LLC
2435 Old Alabama Rd
Roswell, GA 30076-2415

Date or dates debt was incurred          Invalid date

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$240.48

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.511** Nonpriority creditor's name and mailing address
Valiant Entertainment
350 7th Ave, Ste 300
New York, NY 10001

Date or dates debt was incurred     Invalid date

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,283.13

---

**3.512** Nonpriority creditor's name and mailing address
Van Ryder Games LLC
3011 Harrah Dr
Spring Hill, TN 37174

Date or dates debt was incurred     Invalid date

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$19,946.40

---

**3.513** Nonpriority creditor's name and mailing address
Vanguard Productions
Attn: JD Spurlock
705 Rancho Dr
Mesquite, TX 75149

Date or dates debt was incurred     Invalid date

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,822.08

---

**3.514** Nonpriority creditor's name and mailing address
Ventures Trading Shanghai Co
30 N Juangsu Rd, Rm 405
Changning, SH
China

Date or dates debt was incurred     Invalid date

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$213,050.01

---

**3.515** Nonpriority creditor's name and mailing address
Verotik Inc
P.O. Box 642692
Los Angeles, CA 90064

Date or dates debt was incurred     Invalid date

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,642.20

---

**3.516** Nonpriority creditor's name and mailing address
Vestis
P.O. Box 650977
Dallas, TX 75265-0977

Date or dates debt was incurred     Invalid date

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,028.95

---

**3.517** Nonpriority creditor's name and mailing address
VIZ Media, LLC
1355 Market St, Ste 200
San Francisco, CA 94103

Date or dates debt was incurred     Invalid date

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$268,308.30

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

---

**3.518** | Nonpriority creditor's name and mailing address
W W Norton & Company Inc
c/o National Book Co
P.O. Box 786652
Philadelphia, PA 19178-6652

| | **Amount of claim** |
|---|---|
| | $1,920.00 |

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Invalid date

**Last 4 digits of account number**    __ __ __ __

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.519** | Nonpriority creditor's name and mailing address
Wake Entertainment
Attn: Brent Erwin
4000 Fairfax St
Fort Worth, TX 76116

| | $7,918.79 |
|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Invalid date

**Last 4 digits of account number**    __ __ __ __

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.520** | Nonpriority creditor's name and mailing address
Wargames Atlantic LLC
270 Bellevuew Ave
Newport, RI 02480

| | $3,461.44 |
|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Invalid date

**Last 4 digits of account number**    __ __ __ __

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.521** | Nonpriority creditor's name and mailing address
Warlord Games
T04/T10 Technology Wing
Nottingham, NG7 2BD
United Kindom

| | $8,253.86 |
|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Invalid date

**Last 4 digits of account number**    __ __ __ __

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.522** | Nonpriority creditor's name and mailing address
Warrant Publishing Company
P.O. Box 66
Yucca Valley, CA 92286

| | $19,627.92 |
|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Invalid date

**Last 4 digits of account number**    __ __ __ __

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.523** | Nonpriority creditor's name and mailing address
Waste Connections of TN Inc
District 6010-1131524-003
P.O. Box 535233
Pittsburg, PA 15253-5233

| | $53,309.47 |
|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.524** | Nonpriority creditor's name and mailing address
Wehrlegig Games
1007 S Lincoln St
Bloomington, IN 47401

| | $3,060.00 |
|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    __ __ __ __

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.525** Nonpriority creditor's name and mailing address
Wiese USA
1435 Woodson Rd
St Louis, MO 63132

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,226.31

**3.526** Nonpriority creditor's name and mailing address
Wildside Press, LLC
7945 Macarthur Blvd, Ste 21
Cabin John, MD 20818

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,481.65

**3.527** Nonpriority creditor's name and mailing address
William M Gaines, Agent
5419 Hollywood Blvd, Ste C211
Los Angeles, CA 90027

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,721.05

**3.528** Nonpriority creditor's name and mailing address
Winning Moves Inc
75 Sylvan St, Ste C-104
Danvers, MA 01923

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,605.50

**3.529** Nonpriority creditor's name and mailing address
Wise Wizard Games LLC
719 Water St
Framingham, MA 01701

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$18,246.24

**3.530** Nonpriority creditor's name and mailing address
Wizards of the Coast Inc
P.O. Box 403050
Atlanta, GA 30384-3050

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$637,117.17

**3.531** Nonpriority creditor's name and mailing address
Worldwide Express
P.O. Box 21272
New York, NY 11202-1272

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,810.41

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.532** Nonpriority creditor's name and mailing address
Worldwise Imports LLC
4390 E Alexander Rd
Las Vegas, NV 89115

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$395.20

**3.533** Nonpriority creditor's name and mailing address
Wyrd Miniatures LLC
2197 Canton Rd
Marietta, GA 30066

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,557.60

**3.534** Nonpriority creditor's name and mailing address
Xceeding Partnership Solutions
8547 Dulwich Rd
Cordova, TN 38016

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,142,681.65

**3.535** Nonpriority creditor's name and mailing address
XPO Logistics Freight Inc
29559 Network Pl
Chicago, IL 60673-1559

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$66,258.89

**3.536** Nonpriority creditor's name and mailing address
Yen Press LLC
150 W 30th St, 19th Fl
New York, NY 10001

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,705.20

**3.537** Nonpriority creditor's name and mailing address
Youtooz
4223 Glencoe Ave, Ste C203
Marina Del Ray, CA 90292

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$35,250.00

**3.538** Nonpriority creditor's name and mailing address
Yumcha Studios
31-50 140th St, Apt 5G
Flushing, NY 11354

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$74.18

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.539** Nonpriority creditor's name and mailing address
Z2 Comics
201 E 69th St, Apt 15B
New York, NY 10021

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,618.10

**3.540** Nonpriority creditor's name and mailing address
Zaobitz Inc
5948 Lindenhurst Ave
Los Angeles, CA 90036

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$31.68

**3.541** Nonpriority creditor's name and mailing address
Zdarsco Inc
5955 Desoto Ave, Ste 100
Woodland Hills, CA 91367

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,105.00

**3.542** Nonpriority creditor's name and mailing address
Zen Monkey Studios LLC
303 E 33rd St, Unit 11E
New York, NY 10016

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,517.70

**3.543** Nonpriority creditor's name and mailing address
Zenescope Entertainment Inc
2381 Philmont Ave, Unit 119
Huntingdon Vlly, PA 19006

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$68,766.71

**3.544** Nonpriority creditor's name and mailing address
Zurzolo & Quinn, LLC
4 Browning Dr
Ossining, NY 10562

Date or dates debt was incurred        Various

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,890.20

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

Debtor   Diamond Comic Distributors, Inc.   Case number (if known) 25-10308
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | Total of claim amounts |
|---|---|
| 5.a **Total claims from Part 1.** | 5a | | $851,191.70 |
| 5.b **Total claims from Part 2.** | 5b | + | $45,913,108.16 |
| 5.c **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c | 5c | + | $46,764,299.86 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td colspan="2">Debtor name: <u>Diamond Comic Distributors, Inc.</u></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the <u>Baltimore</u> Division, District of <u>Maryland</u></td></tr>
<tr><td colspan="2">Case number (If known): <u>25-10308</u></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease by and Between 107 Gilroy Road, LLC and Diamond Comic Distributors, Incorporated | 10720 Gilroy Road, LLC<br>Attn: Tom Brooks & Antonio Kittles<br>32 West Rd, Ste 230<br>Towson, MD 21204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | 12 Gauge Comics<br>Attn: Keven Gardner<br>3201 Johnson St<br>Pelham, AL 35214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease (as amended) | 207 Redco LLC<br>Attn: Glen Rexroth<br>465 E Locust St<br>P.O. Box 98<br>Dallastown, PA 17313 |
| | State the term remaining | 07/31/2028 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement | 2428392, Inc Fye |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | A Wave Blue World<br>Attn: Tyler Chin-Tanner<br>399 West St<br>New York, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Ablaze, LLC<br>Attn: Rich Young<br>11222 SE Main St, Ste 22906<br>Prtland, OR 97269 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Abstract Studio, Inc<br>Attn: Terry Moore<br>5311 Kirby Dr, Ste 102<br>Houston, TX 77005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Action Lab Entertainment<br>Attn: Chad Cicconi<br>306 Briddlewood Ct<br>Canonsburg PA 15317 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | EMS Contract | Advance Business Systems & Supply Co<br>10755 York Rd<br>Cockeysville, MD 21030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | EMS Contract | Advance Business Systems & Supply Co<br>10755 York Rd<br>Cockeysville, MD 21030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Aftershock Comics<br>Attn: Jon Kramer<br>15300 Ventura Blvd, Ste 507<br>Sherman Oaks, CA 91403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Interruption Recovery | Agility Recovery |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Interruption Recovery | Agility Recovery |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Ahoy Comics<br>Attn: Hart Seely<br>101 Enderberry Cir<br>Syracuse, NY 13224 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Fire Alarm Inspetion & Testing Agreement for Fire Alarm Panel | AlarmTec Systems of Memphis, LLC<br>2035 Fletcher Creek Dr, Ste 102<br>Memphis, TN 38133 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Albatross-Funnybooks<br>2701 A Meadow Rose Dr<br>Nashville, TN 37206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.                    Case number (if known) 25-10308
            Name

| | | |
|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.17** State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement<br>State the term remaining<br>List the contract number of any government contract | Alien Books<br>1 N 4th Pl, Ste 24 J<br>Brooklyn, NY 11249 |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement<br>State the term remaining<br>List the contract number of any government contract | Amar Chitra Katha Private Limited<br>Attn: NK Krishnanand<br>5017-20 5th Fl, 1 Aerocity NIBR Corporate Park<br>Andheri-Kurla Rd, Safed Pool, Shivaji Nagar<br>Saki Naka, Mumbai 400072<br>India |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest — 2023 Purchase Terms Sheet<br>State the term remaining 09/30/2025<br>List the contract number of any government contract | Amazon |
| **2.20** State what the contract or lease is for and the nature of the debtor's interest — Vendor Terms and Conditions<br>State the term remaining<br>List the contract number of any government contract | Amazon |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest — Vendor Terms and Conditions<br>State the term remaining<br>List the contract number of any government contract | Amazon Fulfillment Services Inc |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest — MDF/COOP Agreement #83115645<br>State the term remaining 12/31/2025<br>List the contract number of any government contract | Amazon.com Services LLC |
| **2.23** State what the contract or lease is for and the nature of the debtor's interest — MDF/COOP Agreement #73925110<br>State the term remaining 03/31/2025<br>List the contract number of any government contract | Amazon.com Services LLC |
| **2.24** State what the contract or lease is for and the nature of the debtor's interest — MDF/COOP Agreement #73925105<br>State the term remaining 03/31/2025<br>List the contract number of any government contract | Amazon.com Services LLC |
| **2.25** State what the contract or lease is for and the nature of the debtor's interest — MDF/COOP Agreement #73776520<br>State the term remaining 03/31/2025<br>List the contract number of any government contract | Amazon.com Services LLC |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | MDF/COOP Agreement #73755775 | Amazon.com Services LLC |
| | State the term remaining | 03/31/2025 | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | American Mythology Productions LLC<br>Attn: James Kuhoric<br>1411 Cherokee Ln<br>Bel Air, MD 21015 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Andrew Kafoury<br>DBA Battle Quest Comics<br>1748 NE Tillamook<br>Portland, OR 97212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement (as amended) | Anson Logistics Assets LLC<br>c/o Mapletree US Management, LL<br>Attn: Kerri Sherrer Lauhala, Sr Property Manager<br>5 Bryant Park, Ste 2800<br>New York, NY 10018 |
| | State the term remaining | 87 months after Commencement Date (not set) | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Apex Book Co<br>Attn: Jason Sizemore<br>4629 Riverman Way<br>Lexington, KY 40515 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Distributor Agreement | Arcane Tinmen Aps<br>Bjoernholms Alle 4-6<br>Viby J, 8260<br>Denmark |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Archaia Entertainment LLC<br>Attn: John J Cummins<br>415 N LaSalle St, Ste 600<br>Chicago, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Archie Comic Publications, Inc<br>Attn: Jonathan Goldwater<br>629 5th Ave<br>Pelham, NY10803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Premium Services Agreement | Ares Games, Srl<br>Attn: Christophi Cianci<br>Piazza Petrucci 8<br>Camaiore, 55031<br>Italy |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.
Name

<table>
<tr><td colspan="3"><strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
<tr><td colspan="3">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td>List all contracts and unexpired leases</td><td></td><td>State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease</td></tr>
<tr>
<td>2.35<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract</td>
<td>Distribution Agreement</td>
<td>Artists Writers & Artisans, Inc<br>178 Columbus Ave, Ste 237194<br>New York, NY 10023</td>
</tr>
<tr>
<td>2.36<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract</td>
<td>Supply Agreement</td>
<td>Aspen Mlt, Inc<br>Attn: Frank Mastromauro & Michael Turner<br>1223 Glencoe Ave, Ste A200<br>Marina Del Rey, CA 90292</td>
</tr>
<tr>
<td>2.37<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract</td>
<td>Distribution Agreement</td>
<td>Avatar Press, Inc<br>Attn: William Christensen<br>515 N Century Blvd<br>Rantoul, IL 61866</td>
</tr>
<tr>
<td>2.38<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract</td>
<td>Distribution Agreement</td>
<td>Bad Egg, LLC<br>Attn: Robert Meyers<br>3101 Ocean Park Blvd, Ste 100 PMB<br>Santa Monica, CA90405</td>
</tr>
<tr>
<td>2.39<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract</td>
<td>Distribution Agreement</td>
<td>Bandai America Inc<br>Attn: Nick Contreras & Cynthia Nishimoto<br>5551 Katella Ave<br>Cyprus, CA 90630</td>
</tr>
<tr>
<td>2.40<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract</td>
<td>Distribution Agreement</td>
<td>Bedside Press<br>4787 Henderson Hwy<br>Narol, MB R1C 0B2<br>Canada</td>
</tr>
<tr>
<td>2.41<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract</td>
<td>Distribution Agreement</td>
<td>Behemoth Studio Entertainment LLC<br>1007 Mill Run Dr<br>Allen TX 75002</td>
</tr>
<tr>
<td>2.42<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract</td>
<td>Distribution Agreement</td>
<td>Benitez Productions Inc<br>1436 S Downey Rd, Ste1/2<br>Los Angeles, CA 90023</td>
</tr>
<tr>
<td>2.43<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract</td>
<td>Commercial Lease of 2251 Picadilly Drive</td>
<td>Big Box Property Owner E, LLC<br>Attn: Nyeshia Ross<br>101 W Elm St, Ste 600<br>Conshochocken, PA 19428</td>
</tr>
</table>

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.44** State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Black Mask Comics<br>Attn: Matt Pizzolo<br>2798 Sunset Blvd<br>Los Angeles, CA 90026 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.45** State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Black Panel Press<br>1701-25 Capreol Ct<br>Toronto, ON, M5V 3Z7<br>Canada |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.46** State what the contract or lease is for and the nature of the debtor's interest | Standard Form Industrial Lease (as amended) | Bnc Strategic Capital Ventures, LLC<br>c/o Joy Neunschwander, CPM<br>Zacher Company LLC<br>444 E Main St<br>Ft Wayne, IN 46802 |
| State the term remaining | 04/30/2026 | |
| List the contract number of any government contract | | |
| **2.47** State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Boom Entertainment, Inc<br>Attn: Jennifer Harned<br>6920 Melrose Ave<br>Los Angeles, CA 90038 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.48** State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Brulyman |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.49** State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Bundoran Press Publishing House<br>Attn: Hayden Trenholm<br>151 Bay St, Unit 1111<br>Ottawa, ON K1R 7T2<br>Canada |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.50** State what the contract or lease is for and the nature of the debtor's interest | Sales and Distribution Agreement | Card Department, A Dept of Bandai Co, Ltd<br>4-8 Komagata 1-Chome<br>Taito-Ku, Tokyo, 111-8081<br>Japan |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.51** State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Cartoon Books, Inc<br>Attn: Vijaya Iyer<br>P.O. Box 16973<br>Columbus, OH 43216 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.52** State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Chapter House Publishing Inc<br>14 Cowan Ave<br>Toronto, ON M6K 2N2<br>Canada |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Senior Employment Agreement | Charles R Tyson III<br>10150 York Rd, Ste 300<br>Hunt Valley, MD 21030 |
| | State the term remaining | 12/04/2026 | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Chizine Publications<br>Attn: Brett Savory<br>67 Alameda Ave<br>Toronto, ON M6C 3W4<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Order Form (Statement of Work) | Circana<br>900 W Shore Rd<br>Port Washington, NY 11050 |
| | State the term remaining | 10/30/2026 | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Quote Number 00008951 | Cleo Communications US, LLC<br>4949 Harrison Ave<br>Rockford, IL 61108 |
| | State the term remaining | 11/23/2027 | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Invoice | Cleo Communications US, LLC<br>4949 Harrison Ave<br>Rockford, IL 61108 |
| | State the term remaining | 11/22/2025 | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Clover Press, LLC<br>12625 High Bluff Dr, Ste 220<br>San Diego, CA 92130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | 2025 SDCC Booth Contract | Comic-Con 2025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Intent | Comikaze Entertainment LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Creative Mind Energy<br>Attn: Damian Wassel<br>7399 Cannonball Gate Rd<br>Warrenton, VA 20186 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Cryptozoic Entertainment<br>Attn: John Sepenuk<br>25351 Comercecenter St, Ste 250<br>Lake Forest, CA 92630 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | Fulfillment Services Agreement | Da Vinci Editrice SRL<br>dba Dv Giochi Or Dv Games<br>Attn: CEO<br>Via Sandro Penna, 24<br>Perugia 06132<br>Italy |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | Senior Employment Agreement | Daniel W Hirsch<br>10150 York Rd,<br>Cockeysville, MD 21030 |
| | State the term remaining | 12/04/2026 | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | Agreement | Dark Horse Comics, Inc<br>Attn: Mike Richardson, President<br>10956 SE Main St<br>Milwaukie, OR 97222-7644 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | DC Entertainment<br>Attn: VP & Legal Affairs<br>1700 Broadway<br>New York, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Design Studio Press<br>Attn: Tinti Dey<br>8577 Higuera St<br>Culver City, CA 90232 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | Payment Confirmation | Device Magic Inc |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Difference Engine Pte Ltd<br>284 River Valley Rd<br>Singapore 238325<br>Singapore |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Digital Manga, Inc<br>Attn: Hikaru Sasahra<br>1487 W 178th St, Ste 300<br>Gardena, CA 90248 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | PREMIUM SERVICES AGREEMENT | Dire Wolf Digital, LLC Games, Inc aka Dire Wolf Digital, LLC Attn: Scott Martins 1120 Lincoln St, Ste 1400 Denver, CO 80203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Dstlry Media, Inc 225 E Broadway, Ste 113 Glendale, CA 91205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Dynamic Forces, Inc Attn: Nick Barrucci 113 Gaither Dr, Ste 205 Mt Laurel, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | EC Publications, Inc dba DC Attn: VP & Legal Affairs 1700 Broadway New York, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.75** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement | Elective Staffing Midsouth |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.76** | State what the contract or lease is for and the nature of the debtor's interest | Securtiy System Agreement | Electronic Systems Installers 56 N Queen St York, PA 17403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.77** | State what the contract or lease is for and the nature of the debtor's interest | New Vendor Set-up | Electronics Boutique Canada, Inc 8995 Airport Rd Brampton, ON L6T 5T2 Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.78** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease and Propoane Supply Agreement | Encore Propane, LLC 2500 Dallas Pkwy, Ste 300 Plano, TX 75093 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.79** | State what the contract or lease is for and the nature of the debtor's interest | General Staffing Agreement | ETS Inc 186 US Oval Plattsburgh, NY 12903 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest — Supply Agreement<br>State the term remaining<br>List the contract number of any government contract | Eureka Productions<br>Attn: Tom Pomplun<br>8778 Oak Grove Rd<br>Mt Horeb, WI 53572 |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest — Supply Agreement<br>State the term remaining<br>List the contract number of any government contract | Evil Hat Productions, LLC<br>Attn: Fred Hicks<br>1905 Blackbriar St<br>Silver Spring, MD 20903 |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest — Staffing Agreement<br>State the term remaining<br>List the contract number of any government contract | Express Employment Professionals<br>1133 S Clinton St<br>Ft Wayne, IN 46804 |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement<br>State the term remaining<br>List the contract number of any government contract | Fairsquare Comics<br>Attn: Fabrice Sapolsky<br>608 S Dunsmuir Ave, Ste 207<br>Los Angeles, CA 90036 |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest — Supply Agreement<br>State the term remaining<br>List the contract number of any government contract | Fantagrpahics Books, Inc<br>Attn: Gary Groth<br>7563 Lake City Way NW<br>Seattle, WA 98115 |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest — Agreement Terms<br>State the term remaining<br>List the contract number of any government contract | Feedonomics Holdings, LLC<br>dba Feedonomics<br>11305 Four Points Dr, Bldg II, Ste 100<br>Austin TX 78726 |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest — HVAC/R Preventative Maintenance Agreement<br>State the term remaining<br>List the contract number of any government contract | FelgerHart, Inc<br>5049 N State Rd 1<br>Ossian, IN 46777 |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest — Fisher-Price & Mattel Sales Benefit Program - Specialty Distributor<br>State the term remaining<br>List the contract number of any government contract | Fisher-Price & Mattel |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest — Equipment Rental and Water/Coffee Service Agreement<br>State the term remaining<br>List the contract number of any government contract | Fontis Mountain Spring Water<br>3929 Canton Rd<br>Marietta, GA 30066 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.89** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Frank Miller Presents<br>Attn: Dan Didio<br>801 7th Ave, Ste 1701<br>New York, NY 10019 |
| **2.90** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Sublicense Agreement | Funimation Productions, Ltd<br>1200 Lakeside Pkwy, Bldg 1<br>Flower Mound, TX 75028 |
| **2.91** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Funko, LLC<br>2802 Wetmore Ave<br>Everett, WA 98201 |
| **2.92** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Supply Agreement | Gen Manga Entertainment, Inc<br>Attn: Robert McGuire<br>250 Park Ave, Ste 7002<br>New York, NY 10177 |
| **2.93** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining 04/26/2024<br>List the contract number of any government contract | Independent Sale Representative Agreement | Giovanni Termanini<br>Rua Pioppa 112<br>Modena, 41121<br>Italy |
| **2.94** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Gold Key Entertainment, LLC<br>4927 W Laurite Ln<br>Glendale, AZ 85302 |
| **2.95** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Good Smile Co Inc<br>Akiba-Co Bldg 8F, 3-16-12, Soto-Kands<br>Chiyoda-ku, Tokyo 101-0021<br>Japan |
| **2.96** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Goodman Games LLC<br>51 Piper Ln<br>Fairfax, CA 94930 |
| **2.97** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Receipt | Gorgias Inc<br>180 Sansome St, Ste 1800<br>San Fransico, CA 94104 |

Debtor    Diamond Comic Distributors    Case number _____
Name

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.98** State what the contract or lease is for and the nature of the debtor's interest — Supply Agreement<br>State the term remaining<br>List the contract number of any government contract | Graphitti Designs, Inc<br>Attn: Bob Chapman<br>8045 E Crystal Dr<br>Anaheim, CA 92807 |
| **2.99** State what the contract or lease is for and the nature of the debtor's interest — Fulfillment Service Proposal<br>State the term remaining<br>List the contract number of any government contract | Green Ronin Publishing |
| **2.100** State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement<br>State the term remaining<br>List the contract number of any government contract | Green Ronin Publishing<br>Attn: Chris Pramas<br>6731 29th Ave S<br>Seattle WA 98108 |
| **2.101** State what the contract or lease is for and the nature of the debtor's interest — Supply Agreement<br>State the term remaining<br>List the contract number of any government contract | GT Labs<br>Attn: Jim Ottaviani<br>816 Hutchins Ave<br>Ann Arbor, MI 48103-4804 |
| **2.102** State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement<br>State the term remaining<br>List the contract number of any government contract | Gungnir Entertainment<br>14060 Panay Way, Unit 422<br>Marina Del Rey, CA 90292 |
| **2.103** State what the contract or lease is for and the nature of the debtor's interest — Premium Services Agreement<br>State the term remaining<br>List the contract number of any government contract | Gut Bustin' Games, LLC<br>P.O. Box 911<br>Battle Ground, WA 98604 |
| **2.104** State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement<br>State the term remaining<br>List the contract number of any government contract | Hachette Partworks Ltd<br>47 Brunswick Pl<br>Hoxton, London, N1 6EB<br>United Kingdom |
| **2.105** State what the contract or lease is for and the nature of the debtor's interest — Hasbro International Trading BV, Direct Import Program 2014 Sales Agreement - Distributor<br>State the term remaining<br>List the contract number of any government contract | Hasbro International Trading Bv<br>1501-9 Wharf T&T Centre<br>Harbour City, Tsimshatsui<br>Hong Kong |
| **2.106** State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement<br>State the term remaining<br>List the contract number of any government contract | Heavy Metal Magazine<br>116 Pleasant St, Ste 018<br>Easthampton, MA 01027 |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 12 of 27 |

Debtor    Diamond Comic Distributors, Inc.                    Case number (if known)
          Name

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.107** State what the contract or lease is for and the nature of the debtor's interest — Supply Agreement<br>State the term remaining<br>List the contract number of any government contract | Hermes Press<br>Attn: Daniel Herman<br>2100 Wilmington Rd<br>New Castle, PA 16105-1031 |
| **2.108** State what the contract or lease is for and the nature of the debtor's interest — Invoice<br>State the term remaining<br>List the contract number of any government contract | Hootsuite Inc<br>111 E 5th Ave<br>Vancouver, BC V5T 4L1<br>Canada |
| **2.109** State what the contract or lease is for and the nature of the debtor's interest — Terms and Conditions for U.S.A Independent Dealers<br>State the term remaining<br>List the contract number of any government contract | Hornby America, Inc<br>99670<br>Lakewood, WA 98496-0670 |
| **2.110** State what the contract or lease is for and the nature of the debtor's interest — Supply Agreement<br>State the term remaining<br>List the contract number of any government contract | Humanoids, Inc<br>8033 Sunset Blvd, Ste 628<br>Los Angeles, CA 90046 |
| **2.111** State what the contract or lease is for and the nature of the debtor's interest — Letter of Understanding<br>State the term remaining<br>List the contract number of any government contract | Icon Heroes, LLC<br>4255 Campus A100, Ste 4926<br>Irvine, CA 92616-4926 |
| **2.112** State what the contract or lease is for and the nature of the debtor's interest — Supply Agreement<br>State the term remaining<br>List the contract number of any government contract | Idea And Design Works, LLC<br>dba IDW Publishing<br>Attn: Ted Adams<br>5080 Santa Fe St<br>San Diego, CA 92109 |
| **2.113** State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement<br>State the term remaining<br>List the contract number of any government contract | Image Comics, Inc<br>Attn: Eric Stephenson<br>215 SE 9th Ave, Ste 108<br>Portland, OR 97214 |
| **2.114** State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement<br>State the term remaining<br>List the contract number of any government contract | Impact Theory, LLC<br>13870 Mulholland Dr<br>Beverly Hills, CA 90210 |
| **2.115** State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement (as amended)<br>State the term remaining — 09/30/2028<br>List the contract number of any government contract | IPT Memphis Dc LLC<br>c/o Prologis Management LLC<br>Attn: Pam Faulk<br>5101 Wheelis Dr, Ste 300<br>Memphis, TN 38117 |

| | | |
|---|---|---|
| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 13 of 27 |

Debtor    Diamond Comic Distributors, LLC    Case number (if known)
Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.116** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Burglar Alarm Monitoring Agreement | IT Office LLC<br>19821 Scenic Dr<br>Spicewood, TX 78669 |
| **2.117** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distributorship Agreement | Jasco Games LLC<br>dba UVS Games<br>5075 Cameron St, Ste C<br>Las Vegas NV 89118 |
| **2.118** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Joe Books, Inc<br>Attn: Adam Fortier<br>567 Queen St W<br>Toronto, ON M5V 2B6<br>Canada |
| **2.119** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Chief Marketing Officer Employment Agreement | Kathy Glover<br>10150 York Rd,<br>Cockeysville, MD 21030 |
| **2.120** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining    12/06/2025<br><br>List the contract number of any government contract | Monitoring Agreement | Knine All Systems, Inc<br>P.O. Box 167<br>Dallas, GA 30132 |
| **2.121** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distributorship Agreement | Konami Digital Entertainment, Inc<br>14500 Aviation Blvd<br>Hawthorne, CA 90250 |
| **2.122** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Master Distribution Agreeemnt | Kotobukiya Co, Ltd<br>dba Takayuki Sunano<br>Kotobukiya Bldg, 4-5 Midori-cho<br>Tachikawa, Tokyo 190-8542<br>Japan |
| **2.123** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Laguna Studios<br>9178 Ridge Path<br>San Antonio, TX 78250 |
| **2.124** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Les Editions Pix'N Love<br>6 Allee Arthur Rimbaud<br>Triel Sur Seine<br>France |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Lionwing Publishing Ltd<br>7330 Mallard Dr<br>W Chester, OH 45069 |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Living The Line<br>6951 Amherst St<br>San Diego, CA 92115 |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Lulu Is A Rhinoceros LLC<br>c/o Levine & Selzer<br>Attn: Elliot Levine<br>500 5th Ave, 37th Fl<br>New York, NY 10110 |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Purchase Agreement | Lunar Distribution<br>10701 Rose Ave<br>New Haven, IN 46774 |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Mad Cave Studios<br>8838 SW 129 St<br>Miami, FL 33176 |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Magnetic Press, Inc<br>4910 N Winthrop Ave, Ste 3S |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Mutual Non-Disclosure Agreement | Manson Western, LLC<br>dba Western Psychological Services, WPS<br>625 Alaska Ave<br>Torrance, CA 90503 |
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Supply Agreement | Margaret Weis Productions, Ltd<br>Attn: Margaret Weis<br>P.O. Box 1131<br>Williams Bay, WI 53191 |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Agency Agreement | Marvel Worldwide, Inc |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Massive Publishing, LLC<br>1933 SE Alder St<br>Portland, OR 97214 |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Information and Rate Proposal | Master Staffing LLC<br>1800 E Market St<br>York, PA 17402 |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 2013 Mattel Sales Benefit Program - Specialty Distributor | Mattel Sales Corp<br>5774-6584<br>P.O. Box 100125<br>Atlanta, GA 30384-0125 |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement for Exclusive Product | Mezco Toys<br>37-38 13th St<br>Long Island City, NY 11101 |
| **2.138** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining   06/22/2026<br>List the contract number of any government contract | Microsoft Volume Licensing | Microsoft Corp<br>Attn: Tracey Rock<br>1 Microsoft Way<br>Redmond, WA 98052 |
| **2.139** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Business Development Manager and Commission Agreement | Mike Schimmel |
| **2.140** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Sale of Goods Agreement | Miniso Depot Ca Inc<br>1050 Lakes Dr, Ste 260<br>W Covina, CA 91790 |
| **2.141** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining   05/17/2028<br>List the contract number of any government contract | Mutual Confidentiality Agreement | Miniso Depot Ca Inc<br>1050 Lakes Dr, Ste 260<br>W Covina, CA 91790 |
| **2.142** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Supply Agreement | Misch Masch<br>dba Prime Books LLC<br>Attn: Sean Wallace<br>P.O. Box 83464<br>Gaithersburg, MD 20883 |

Debtor   Diamond Comic Distributors, Inc.                     Case number (if known) 25-10308
         Name

■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Molten Core Media LLC dba Magma Comix Attn: Denton Tipton 3130 Whittier St San Diego, CA 92106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | Premium Services Agreement | Monster Fight Club Attn: John Kovaleski 395-190 Reasford Rd Earlysville, VA 22936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for DCD to distribute products | Moulinsart 162 Ave Louise Brussels, 1050 Belgium |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | NBM Publishing Attn: Terry Nantier 40 Exchange Pl, Ste 1308 New York, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Netcomics Attn: Heewoon Chung 730 W Doran St, Ste 207 Glendale, CA 91230 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | Nielsen Book Services Ltd Midas House 62 Goldsworth Rd, 3rd Fl Woking, Surrey GU21 6LQ United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Normal Editorial SA Attn: Rafael Martinez Passeig de Sant Joan, 7 Barcelona, 08010 Spain |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Oni Press, Inc Attn: Joe Nozemack 1305 SE MLK Jr Blvd, Ste A Portland, OR 97214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Opus - Incendium 6 Mill Ln London NW6 1NJ United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.152** | State what the contract or lease is for and the nature of the debtor's interest | Tax Invoice | Paddle.com Inc<br>3881 Ditmars Blvd, Ste 1071<br>Astoria, NY 11105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.153** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Paizo Inc<br>7120 185th Ave NE, Ste 120<br>Redmond, WA 98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.154** | State what the contract or lease is for and the nature of the debtor's interest | Invoice | Pbw Communications<br>P.O. Box 32863<br>Baltimore MD 21282 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.155** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Pedigree Books Ltd<br>Attn: Matthew Reynolds<br>Beech Hill House<br>Walnut Gardens, Exeter<br>Devon, England EX4 4DH<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.156** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Penguin Books Ltd<br>Attn: Mike Symons<br>80 Strand<br>London, England WC2R 0RL<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.157** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Penn State University Press<br>dba Graphic Mundi<br>820 N University Dr<br>University Support Bldg 1, Ste C<br>University Park, PA 16802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.158** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Penn Waste, Inc<br>P.O. Box 3066<br>York, PA 17402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.159** | State what the contract or lease is for and the nature of the debtor's interest | Commerical Lease of 2701 S. Coliseum Blvd, Suite 1201, Fort Wayne, IN 46803 | Phoenix Fort Wayne, LLC<br>Attn: Marsha McNeil<br>401 E Kilbourn Ave, Ste 201<br>Milwaukee, WI 53202 |
| | State the term remaining | 10/31/2024 | |
| | List the contract number of any government contract | | |
| **2.160** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Portmanteux Publishing<br>Attn: Adam Fortier<br>4885 Old Brock Rd<br>Claremont, ON L1Y 1A6<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.161** | State what the contract or lease is for and the nature of the debtor's interest | Proposal / Agreement for Pest Management Service | Presto-X LLC<br>6180 E Shelby Dr<br>Mephis, TN 38141 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.162** | State what the contract or lease is for and the nature of the debtor's interest | Free Comic Book Day Logo Licensing Agreement | Promo Comix |
| | State the term remaining | 05/31/2025 | |
| | List the contract number of any government contract | | |
| **2.163** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Publisher Services, Inc<br>2800 Vista Ridge Dr<br>Suwanee, GA 30024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.164** | State what the contract or lease is for and the nature of the debtor's interest | Eloquence on Demand Agreement | Qsinformation Services, Inc<br>dba Firebrand Technologies<br>44 Merrimac St<br>Newburyport, MA 01950 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.165** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Rabbit Publishers<br>1624 W Northwest Hwy<br>Arlington Heights, IL 60004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.166** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Raid Studio |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.167** | State what the contract or lease is for and the nature of the debtor's interest | Ranstad Service Terms | Randstad General Partner US LLC<br>1 Overton Park<br>3625 Cumberland Blvd, Ste 600<br>Atlanta, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.168** | State what the contract or lease is for and the nature of the debtor's interest | Temporary Staffing Services Agreement | Randstad General Partner US LLC<br>1 Overton Park<br>3625 Cumberland Blvd, Ste 600<br>Atlanta, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.169** | State what the contract or lease is for and the nature of the debtor's interest | Lorcana Distributor Agreement | Ravensburger North America Inc<br>915 E Pine St, Ste 400<br>Seattle, WA 98122 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 19 of 27 |
|---|---|---|

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.170** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Red Giant Entertainment<br>614 E Hwy 50, Ste 235<br>Clermont, FL 34711 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.171** | State what the contract or lease is for and the nature of the debtor's interest | Heating & Air Conditioning Maintenance Contract | Reliance Mechanical, Inc<br>233 Swanson Dr, Ste A<br>Lawrenceville, GA 30043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.172** | State what the contract or lease is for and the nature of the debtor's interest | Fulfillment Services Agreement | Renegade Games, Inc<br>306-N W El Norte Pkwy, Ste 325<br>Escondido, CA 92026 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.173** | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement | Republic Services, Inc<br>6231 Macbeth Rd<br>Ft Wayne, IN 46809 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.174** | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement | Republic Services, Inc<br>6231 Macbeth Rd<br>Ft Wayne, IN 46809 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.175** | State what the contract or lease is for and the nature of the debtor's interest | Temporary Service Agreement | Republic Services, Inc<br>P.O. Box 677156<br>Dallas, TX 75267-7156 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.176** | State what the contract or lease is for and the nature of the debtor's interest | Confidential Fulfillment Agreement, Covenant Not to Solicit, and Agreement of Non-Disclosure | Revend LLC<br>Attn: Evans Richards, Manager<br>301 N Scales St<br>Redisville, NC 27320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.177** | State what the contract or lease is for and the nature of the debtor's interest | Data Services | Rewind Software Inc<br>333 Preston St, Ste 200<br>Ottowa, ON K1S 5N4<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.178** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Rovio Entertainment Ltd<br>Attn: Mikael Hed<br>17 C Fin<br>Espoo, 02150<br>Finland |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.179** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Scout Comics & Entertainment Holdings, Inc<br>10231 Metro Pkwy, Ste 100<br>Ft Myers, FL 33966 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.180** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Seven Seas Entertainment, LLC<br>3463 State St, Ste 545<br>Santa Barbara, CA 93105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.181** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement (as amended) | Sfv York Road, LLC<br>Attn: Julio Purcell<br>c/o MacKenzie Management Co LLC<br>2328 W Joppa Rd, Ste 200<br>Lutherville, MD 21093 |
| | State the term remaining | 01/31/2029 | |
| | List the contract number of any government contract | | |
| **2.182** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Shinobi 7<br>3463 State St, Ste 545<br>Santa Barbara, CA 93105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.183** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Skyland Arts |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.184** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Skyscraper Studios, Inc<br>dba Roll For Combat<br>Attn: Stephen Glicker<br>16 Continental Rd<br>Scarsdale, NY 10583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.185** | State what the contract or lease is for and the nature of the debtor's interest | Software Services | Smile Inc<br>Ira Needles<br>P.O. Box 33042<br>Waterloo, ON N2T 2M9<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.186** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Source Point Press<br>Attn: Jacob Way<br>301 Cass St<br>Saginaw, MI 48602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.187** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Spin Master Ltd<br>Attn: Jeremy Langer<br>225 King St W, Ste 200 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors    Case number (if known)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.188** | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement for Public Relations Services | Stanton Public Relations & Marketing, LLC<br>909 3rd Ave, 14th Fl<br>New York, NY 10022 |
| | State the term remaining | 02/22/2025 | |
| | List the contract number of any government contract | | |
| **2.189** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Starburns Industries Press<br>1700 W Burbank Blvd<br>Burbank CA 91506 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.190** | State what the contract or lease is for and the nature of the debtor's interest | | Sterling Integration Services |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.191** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Storm Kind Productions Inc<br>Attn: Fred Altman & Assoc<br>9255 Sunsent Blvd, Ste 901<br>W Hollywood, CA 90069 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.192** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | T Pub Ltd<br>19A Aubrey House<br>7 Maida Ave<br>London W2 1TQ<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.193** | State what the contract or lease is for and the nature of the debtor's interest | Letter of Engagement | Tad Franks |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.194** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Tee Turtle LLC<br>1034 S Brentwood Blvd<br>Richmond Heights, MO 63117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.195** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Teems & DeMoville Mechanical Contractors LLC<br>7314 Plesant Ridge Rd<br>Arlington, TN 38002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.196** | State what the contract or lease is for and the nature of the debtor's interest | Sales Agreement | Tezuka Productions Co Ltd<br>32-11, 4-chome,Takadanobaba<br>Shinjuku-ku, Tokyo, 169<br>Japan |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.197** | State what the contract or lease is for and the nature of the debtor's interest | Fulfillment Agreement proposal | The Army Painter<br>Attn: Bo Penstoft |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.198** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | The Lion Forge, LLC<br>Attn: Geoff Gerber<br>6600 Manchester Ave<br>St Louis, MO 63139 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.199** | State what the contract or lease is for and the nature of the debtor's interest | Standard Industrial/Commercial Multi-Tenant Lease (as amended) | The Philip & Jana Oates Family Trust & OK&B<br>c/o Buzz Oates Management Services, Inc<br>Attn: Maira Ibarra<br>8615 Elder Creek Rd<br>Sacramento, CA 95814 |
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |
| **2.200** | State what the contract or lease is for and the nature of the debtor's interest | POKEMON TCG TERMS OF SALE - CIP | The Pokémon Co International, Inc<br>Attn: General Counsel<br>10400 NE 4th St, Ste 2800<br>Bellevue, WA 98004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.201** | State what the contract or lease is for and the nature of the debtor's interest | Agreement Form | The Tailored Staff LLC<br>Attn: Miguel Medina, Owner<br>3639 New Getwell Rd, Ste 2<br>Memphis, TN 38118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.202** | State what the contract or lease is for and the nature of the debtor's interest | Distributor Agreement | The Upper Deck Co<br>Attn: Brittany Hysni, VP of Legal & Business Affairs<br>5830 El Camino Real<br>Carlsbad, CA 92008 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.203** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Titan Comics<br>Attn: Nick Landau, Chris Teather<br>144 Southwark St<br>London, England SE10UP<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.204** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Tokyopop Inc<br>Attn: Stu Levy<br>5200 W Century Blvd, Ste 705<br>Los Angeles, CA 90045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.205** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Toon Books<br>Attn: Francoise Mouly<br>27 Greene St<br>New York, NY 10013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 23 of 27 |
|---|---|---|

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.206** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Toonhound Studios, LLC<br>Attn: Corey Casoni<br>18602 69th Ln NE, Ste 104<br>Kenmore, WA 99028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.207** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Top Shelf Productions, Inc<br>Attn: Chris Staros<br>1109 Grand Oaks Glen<br>Marietta, GA 30064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.208** | State what the contract or lease is for and the nature of the debtor's interest | Invoice/Statement | Toy Fair 2025<br>New York, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.209** | State what the contract or lease is for and the nature of the debtor's interest | Ebook Distribution Agreement | Trajectory, Inc<br>50 Doaks Ln<br>Marblehead, MA 01945 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.210** | State what the contract or lease is for and the nature of the debtor's interest | Printing Agreement | Transcontinental Printing Inc<br>150 181st St<br>Beauceville, QC G5X 393<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.211** | State what the contract or lease is for and the nature of the debtor's interest | Third Amendment to Printing Agreement | Transcontinental Printing Inc<br>150 181st St<br>Beauceville, QC G5X 393<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.212** | State what the contract or lease is for and the nature of the debtor's interest | Printing Agreement | Transcontinental Printing Inc,<br>Attn: Nathalie Grégoire<br>150 181st St<br>Beauceville, QC G5X 393<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.213** | State what the contract or lease is for and the nature of the debtor's interest | Wholesale Application Form | Trick Or Treat Studios<br>1005 17th Ave<br>Santa Cruz, CA 95062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.214** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Troy And Brenda Little<br>dba Pegamoose Press<br>74 Westcomb Crescent<br>Charlottetown, PE C1C 1B8<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.215** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Twomorrows Publishing<br>Attn: John Morrow<br>1812 Park Dr<br>Raleigh, NC 27605 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.216** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sales Agreement | Tyco Integrated Security LLC<br>Attn: Glen Roehm<br>3600 W McGill St<br>S Bend, IN 46628-4371 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.217** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Ubisoft Inc<br>Attn: Ubiworkshop Director<br>625 3rd St<br>San Francisco, CA 94107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.218** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Udon Entertainment<br>Attn: Erik Ko<br>38 Sun Valley Dr<br>Richmond Hill, ON L4S 2E4<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.219** | State what the contract or lease is for and the nature of the debtor's interest | 2017 Ultra Pro International LLC Hobby Distribution Program for North American Markets | Ultra Pro International LLC<br>6049 Slauson Ave<br>City of Commerce, CA 90040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.220** | State what the contract or lease is for and the nature of the debtor's interest | UPS Incentive Program Agreement (as amended) | United Parcel Service, Inc<br>55 Glenlake Pkwy<br>Atlanta, GA 30328 |
| | State the term remaining | 07/27/2026 | |
| | List the contract number of any government contract | | |
| **2.221** | State what the contract or lease is for and the nature of the debtor's interest | Distributor Sales Agreement | Usaopoly, Inc<br>5607 Palmer Way<br>Carlsbad, CA 92010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.222** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Valiant Entertainment, LLC<br>Attn: Gavin Cueno<br>424 W 33rd St, Ste 420<br>New York, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.223** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Valiant Entertainment, LLC<br>Attn: Gavin Cueno<br>424 W 33rd St, Ste 420<br>New York, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Viz Media LLC<br>1355 Market St<br>San Francisco, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement | Waste Connections of Tennessee, Inc<br>Attn: Stacy Michael<br>621 Brooks Rd E<br>Memphis, TN 38116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Wicked Cow Studios, LLC<br>Attn: Michael Herman<br>45 W 21st St, 2nd Fl<br>New York, NY 10010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement | William M Gaines, Agent, Inc<br>Attn: Cathy Gaines Mifsud<br>3975 Little John Dr<br>York, PA 17408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Distributorship Agreement | Wizards of the Coast LLC<br>1600 Lind Ave SW, Ste 400<br>Renton, WA 98057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement | Xceeding Partnership Solutions<br>Attn: Sharon Zaragoza, Owner |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Yen Press, LLC<br>Attn: Takayuki Kobayshi<br>1290 Avenue of the Americas<br>New York NY 10104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Yumcha Studios, LLC<br>Attn: Yen Yen Woo<br>3625 Main St, Ste 2B<br>Flushing NY 11354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Z2 Comics Inc<br>Attn: Josh Frankel<br>237 Griffen Ave<br>Scarsdale, NY 10583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Zenescope Entertainment, Inc<br>Attn: Joe Brusha<br>433 Caredean Dr, Ste C<br>Horsham, PA 19044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Zloss Studios<br>21031 Ventura Blvd, Ste 1000<br>Woodland Hills, CA 91364 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 27 of 27 |
|---|---|---|

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name: <u>Diamond Comic Distributors, Inc.</u></td></tr>
<tr><td>United States Bankruptcy Court for the <u>Baltimore</u> Division, District of <u>Maryland</u></td></tr>
<tr><td>Case number (if known): <u>25-10308</u></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors                                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes.

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:Codebtor | | Column 2:Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.1 Rosebud Entertainment, LLC | c/o DLA Piper<br>Attn: Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202-4576 | JPMorgan Chase Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Game Consolidators, LLC | 10150 York Rd,<br>Cockeysville, MD 21030 | JPMorgan Chase Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Renegade Games, LLC | c/o DLA Piper<br>Attn: Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202-4576 | JPMorgan Chase Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Stephen Geppi | c/o DLA Piper<br>Attn: Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202-4576 | JPMorgan Chase Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Comic Exporters, Inc. | 10150 York Rd, Ste 300<br>Cockeysville, MD 21030 | JPMorgan Chase Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Comic Holdings, Inc. | 10150 York Rd, Ste 300<br>Cockeysville, MD 21030 | JPMorgan Chase Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 Diamond Select Toys & Collectibles , LLC | 10150 York Rd, Ste 300<br>Cockeysville, MD 21030 | JPMorgan Chase Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 Diamond Comic Distributors UK | Canalside Warrington Road<br>Manor Park<br>Runcorn, Cheshire WA7 1SN<br>United Kingdom | JPMorgan Chase Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |

Debtor name: **Diamond Comic Distributors, Inc.**

United States Bankruptcy Court for the **Baltimore** Division, District of **Maryland**

Case number (If known): **25-10308**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property*            (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*            (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*            (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*            (Official Form 206 G)

☑ *Schedule H: Codebtors*            (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*            (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | Tuesday, February 18th, 2025 | Signature | /s/ Robert Gorin |
|---|---|---|---|
| | MM / DD / YYYY | | |
| | | Printed Name | Robert Gorin |
| | | Title | Chief Restructuring Officer |