Entered: February 18th, 2025
Signed: February 18th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)**

| | |
|---|---|
| In re: | Chapter 11 |
| DIAMOND COMIC DISTRIBUTORS, INC., *et al.*[1] | Case No. 25-10308 (DER) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 19, 54 & 132** |

**SECOND SUPPLEMENTAL INTERIM ORDER (I) AUTHORIZING THE DEBTORS
TO OBTAIN POSTPETITION SENIOR SECURED FINANCING AND THE
USE OF CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION;
(III) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE
EXPENSE CLAIMS; (IV) MODIFYING THE AUTOMATIC STAY;
(V) SCHEDULING A FINAL HEARING; AND (VI) GRANTING RELATED RELIEF**

Upon further consideration of the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 19] (the "**Motion**"), filed by the above-captioned debtors, as debtors-in-possession (the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), and the Court having issued, on January 16, 2025, an *Interim Order (I)*

---

[1]    The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Diamond Comic Distributors, Inc. (3450), Comic Exporters, Inc (7457), Comic Holdings, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

*Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens And Superpriority Administrative Expense Claims; (IV) Modifying The Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 54] (the "***Interim Order***") and, on February 11, 2025, its *Supplemental Interim Order (I) Authorizing The Debtors To Obtain Postpetition Senior Secured Financing And The Use Of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens And Superpriority Administrative Expense Claims; (IV) Modifying The Automatic Stay; (V) Scheduling A Final Hearing; And (VI) Granting Related Relief* [Docket No. 132] (the "***Supplemental Interim Order***"); and it appearing that, subsequent to the entry of the Supplemental Interim Order, the Official Committee of Unsecured Creditors (the "***Committee***") has had certain discussions with the Debtors and with JPMorgan Chase Bank, N.A., as lender and DIP lender (collectively, the "***Lender***") regarding the relief sought in the Motion; and this Court having determined that just cause exists for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     Capitalized terms used herein shall have the meanings ascribed to them in the Interim Order.

2.     The Interim Order is hereby modified as follows:

   a. Notwithstanding anything to the contrary contained in the Supplemental Interim Order, the third sentence of paragraph 6(a) of the Interim Order is hereby replaced with the following:

   All DIP Loans made under the Interim Facility shall be due and payable on the date that is the earlier of (a) thirty-eight (38) days after the entry of the Interim Order, (the "***Interim Facility Maturity Date***") unless a Final Order shall have been entered on or before each such date (*provided, however*, that the Interim Facility Maturity

Date may be extended from time to time by the prior written consent of the DIP Lender) and (b) the occurrence of an Event of Default.

b. Notwithstanding anything to the contrary contained in the Supplemental Interim Order, paragraph 6(l)(d) of the Interim Order is hereby replaced with the following:

(d)    no later than thirty-eight (38) days after the Petition Date, the Bankruptcy Court shall have entered the Final Order;

3.    For the avoidance of doubt, the Debtors and the Lender are hereby authorized to enter into an amendment of the DIP Loan Documents to reflect, as appropriate, the terms and provisions of this Second Supplemental Order.  The Debtors shall file such amendment with the Court and provide a copy of any such amendment to counsel for the Committee before filing the amendment with the Court.

4.    The Interim Order and the Supplemental Interim Order shall remain in full force and effect, except as modified herein.

5.    If necessary, the Court shall conduct a Final Hearing on the Motion commencing on February 20, 2025 at  2:00 p.m. (Eastern).  Any objection by the Committee to the Motion shall be filed on or before noon (Eastern) on February 19, 2025.  All of the Committee's rights to object to approval of the Motion on a final basis are hereby preserved.

**END OF ORDER**