## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 136.** |

### NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF
### CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that, on January 14, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Maryland (the "Court"), commencing these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, on January 21, 2025, the Debtors filed a motion [D.I. 68] (the "Bidding Procedures Motion") seeking entry of an order (the "Bidding Procedures Order"), (i) authorizing and approving bidding procedures (the "Bidding Procedures")[2] in connection with one or more sales or dispositions (collectively, the "Sale(s)") of the Alliance Assets, the Diamond UK Assets, and all other assets of the Debtors (collectively, the "Assets"), (ii) approving certain Bid Protections, (iii) establishing certain dates and deadlines for the sale process, including scheduling an auction of the Assets (the "Auction"), if applicable, in accordance with the Bidding Procedures, and the hearing with respect to the approval of the Sale (the "Sale Hearing"), (iv) approving the form and manner of notice of the Auction, if any, the Sale and the Sale Hearing, (v) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases in connection with the Sale and approving the form and manner of notice thereof, and (vi) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that, on February 11, 2025, the Court entered the Bidding Procedures Order [D.I. 136], approving, among other things, the Bidding Procedures, which establish key dates and times relating to the Sale and the Auction. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]  Capitalized terms not defined in this notice are used as defined in the Bidding Procedures Motion or the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, upon the closing of the Sale(s), the Debtors intend to assume and assign to the Successful Bidder certain executory contracts and unexpired leases (the "Assumed Contracts"). A schedule listing the contracts and leases that may potentially be assumed and assigned as part of the Sale(s) is attached hereto as **Exhibit 1** (the "Contracts Schedule") and may also be viewed free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556 (U.S. & Canada toll free) or 818-639-4849 (International).

**PLEASE TAKE FURTHER NOTICE** that Cure Amounts, if any, for the assumption and assignment of such contracts and leases are also set forth on the Contracts Schedule. Each Cure Amount listed on the Contracts Schedule represents all liabilities of any nature of the Debtors arising under a contract or lease prior to the closing of the Sale(s) or other applicable effective date of the assumption and assignment of such contract or lease, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the closing of the Sale(s) or other applicable effective date of the assumption and assignment of such contract or lease.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A CONTRACT OR LEASE THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE SALE(s).** *The presence of a contract or lease listed on Exhibit 1 attached hereto does not constitute an admission that such contract or lease is an executory contract or unexpired lease or that such contract or lease will be assumed and assigned as part of the Sale(s). The Debtors reserve all their rights, claims and causes of action with respect to the contracts and leases listed on Exhibit 1 attached hereto.*

### Filing Objections

Pursuant to the Assumption and Assignment Procedures, objections to the proposed assumption and assignment of a contract or lease on any basis (other than objections related solely to adequate assurance of future performance by a Successful Bidder other than the Stalking Horse Bidder), including any objection relating to Cure Amounts or adequate assurance of the Stalking Horse Bidder's future ability to perform, must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) if such objection is to the Cure Amount, state with specificity what Cure Amount the counterparty believes is required (in all cases, with appropriate documentation in support thereof); (iv) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court no later than **March 12, 2025**; and (v) be served on the following parties (collectively, the "Objection Notice Parties"): (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutmant.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan

(bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) the Stalking Horse Bidder.

The Debtors shall file a notice identifying the Successful Bidder(s) and Back-Up Bidder(s) (if selected) (the "Notice of Successful Bidder") and shall serve the Notice of Successful Bidder on each counterparty to a potential Assigned Contract as soon as reasonably practicable after closing the Auction, if any. Each counterparty to a potential Assigned Contract will then have an opportunity to object to the identity of the Successful Bidder(s) (other than the Stalking Horse Bidder) or adequate assurance of future performance with respect to such counterparty's contract or lease provided by the Successful Bidder(s), which must (i) be in writing, (ii) comply with the Bankruptcy Code, Bankruptcy Rules and Local Rules, (iii) state, with specificity, the legal and factual bases thereof, (iv) be filed with the Court by **March 25, 2025, at noon (ET)** (the "Adequate Assurance Objection Deadline"), and (v) be served on the Objection Notice Parties.

The Court will hear and determine any objections to the assumption and assignment of the Assumed Contracts to the Purchaser at the Sale Hearing or at a later hearing, as determined by the Debtors. The Sale Hearing to consider the proposed Sale(s) shall be held before the Honorable Chief Judge Rice on March 27, 2025, at 10:00 (ET), or such other date as determined by the Court, at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201.

### Consequences of Failing to Timely Assert an Objection

**UNLESS YOU FILE AN OBJECTION TO THE CURE AMOUNT AND/OR THE ASSUMPTION OR ASSIGNMENT OF YOUR CONTRACT OR LEASE IN ACCORDANCE WITH THE INSTRUCTIONS AND DEADLINES SET FORTH HEREIN, YOU SHALL BE (A) BARRED FROM OBJECTING TO THE CURE AMOUNT SET FORTH ON EXHIBIT 1, (B) ESTOPPED FROM ASSERTING OR CLAIMING ANY CURE AMOUNT AGAINST THE DEBTORS, THE STALKING HORSE BIDDER OR OTHERWISE SUCCESSFUL BIDDER(S) THAT IS GREATER THAN THE CURE AMOUNT SET FORTH ON EXHIBIT 1 AND (C) DEEMED TO HAVE CONSENTED TO THE ASSUMPTION AND/OR ASSIGNMENT OF YOUR CONTRACT OR LEASE AND THE ADEQUACY OF THE STALKING HORSE BIDDER'S ASSURANCE OF FUTURE PERFORMANCE.**

### Obtaining Additional Information

Copies of the of the Bidding Procedures Motion, the Bidding Procedures, the Bidding Procedures Order, the Stalking Horse Agreement and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556 (U.S. & Canada toll free) or 818-639-4849 (International).

Adequate assurance of future performance information for the Stalking Horse Bidder is available by contacting counsel to the Stalking Horse Bidder at: Whiteford, Taylor & Preston LLP, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

Dated: February 18, 2025                         **SAUL EWING LLP**

By: /s/ *Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
         paige.topper@saul.com
         nicholas.smargiassi@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*

4

# **Exhibit 1**

(Contracts Schedule)

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| 12 Gauge Comics | Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| 207 Redco LLC | Agreement of Lease (as amended) | Diamond Comic Distributors, Inc. | $0.00 |
| 2428392, Inc. (FYE) | Customer Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| 3D Systems, Inc. | Service Contract Quote | Diamond Select Toys & Collectibles, LLC | $14,056.88 |
| 74850, INC. | License Agreement | Diamond Select Toys & Collectibles, LLC | $0.00 |
| A Wave Blue World | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Ablaze, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $19,447.86 |
| Abstract Studio, Inc. | Supply Agreement | Diamond Comic Distributors, Inc. | $20,776.50 |
| accessiBe Ltd. | Terms of Service | Diamond Select Toys & Collectibles, LLC | $0.00 |
| Action Lab Entertainment | Supply Agreement | Diamond Comic Distributors, Inc. | $4,075.19 |
| Advance Business Systems & Supply Company | EMS Contract | Diamond Comic Distributors, Inc. | $0.00 |
| Advance Business Systems & Supply Company | EMS Contract | Diamond Comic Distributors, Inc. | $0.00 |
| Aftershock Comics | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Agility Recovery | Interruption Recovery | Diamond Comic Distributors, Inc. | $6,680.56 |
| Agility Recovery | Interruption Recovery | Diamond Comic Distributors, Inc. | $6,680.56 |
| AHOY Comics | Distribution Agreement | Diamond Comic Distributors, Inc. | $14,397.25 |
| AlarmTec Systems of Memphis, LLC | Fire Alarm Inspection & Testing Agreement for Fire Alarm Panel | Diamond Comic Distributors, Inc. | $0.00 |
| Albatross-Funnybooks | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Alien Books | Distribution Agreement | Diamond Comic Distributors, Inc. | $63,945.80 |
| Amar Chitra Katha Private Limited | Distribution Agreement | Diamond Comic Distributors, Inc. | $2,955.10 |
| Amazon | 2023 Purchase Terms Sheet | Diamond Comic Distributors, Inc. | $0.00 |
| Amazon | Vendor Terms and Conditions | Diamond Comic Distributors, Inc. | $0.00 |
| Amazon Fulfillment Services Inc. | Vendor Terms and Conditions | Diamond Comic Distributors, Inc. | $0.00 |
| Amazon.com Services LLC | MDF/COOP Agreement #83115645 | Diamond Comic Distributors, Inc. | $0.00 |
| Amazon.com Services LLC | MDF/COOP Agreement #73925110 | Diamond Comic Distributors, Inc. | $0.00 |
| Amazon.com Services LLC | MDF/COOP Agreement #73925105 | Diamond Comic Distributors, Inc. | $0.00 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| Amazon.com Services LLC | MDF/COOP Agreement #73776520 | Diamond Comic Distributors, Inc. | $0.00 |
| Amazon.com Services LLC | MDF/COOP Agreement #73755775 | Diamond Comic Distributors, Inc. | $0.00 |
| American Mythology Productions LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $43,354.17 |
| Andrew Kafoury d/b/a Battle Quest Comics | Distribution Agreement | Diamond Comic Distributors, Inc. | $1,152.90 |
| Anson Logistics Assets LLC | Lease Agreement (as amended) | Diamond Comic Distributors, Inc. | $42,991.01 |
| Apex Book Company | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Arcane Tinmen ApS | Distributor Agreement | Diamond Comic Distributors, Inc. | $197,277.50 |
| Archaia Entertainment LLC | Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Archie Comic Publications, Inc. | Distribution Agreement | Diamond Comic Distributors, Inc. | $12,137.20 |
| Ares Games, Srl | Premium Services Agreement | Diamond Comic Distributors, Inc. | $10,698.85 |
| Artists Writers & Artisans, Inc. | Distribution Agreement | Diamond Comic Distributors, Inc. | $803.64 |
| Aspen MLT, Inc. | Supply Agreement | Diamond Comic Distributors, Inc. | $1,890.50 |
| Avatar Press, Inc. | Distribution Agreement | Diamond Comic Distributors, Inc. | $36,495.14 |
| Bad Egg, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $401.40 |
| Bedside Press | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Behemoth Studio Entertainment LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $50,520.44 |
| Benitez Productions Inc. | Distribution Agreement | Diamond Comic Distributors, Inc. | $2,079.27 |
| Big Box Property Owner E, LLC | Commercial Lease of 2251 Picadilly Drive | Diamond Comic Distributors, Inc. | $0.00 |
| Black Mask Comics | Distribution Agreement | Diamond Comic Distributors, Inc. | $2,000.15 |
| Black Panel Press | Distribution Agreement | Diamond Comic Distributors, Inc. | $12,049.45 |
| BNC Strategic Capital Ventures, LLC | Standard Form Industrial Lease (as amended) | Diamond Comic Distributors, Inc. | $0.00 |
| BOOM ENTERTAINMENT, INC. | Distribution Agreement | Diamond Comic Distributors, Inc. | $799,133.29 |
| BUNDORAN PRESS PUBLISHING HOUSE | Supply Agreement | Diamond Comic Distributors, Inc. | $6.78 |
| Card Department, A Department of Bandai Co., LTD. | Sales and Distribution Agreement | Diamond Comic Distributors, Inc. | $4,292,620.24 |
| Cartoon Books, Inc. | Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| CHAPTER HOUSE PUBLISHING INC. | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Charles R. Tyson III | Senior Employment Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| CHIZINE PUBLICATIONS | Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Circana | Order Form (Statement of Work) | Diamond Comic Distributors, Inc. | $15,489.75 |
| Cleo Communications US, LLC | Quote Number 00008951 | Diamond Comic Distributors, Inc. | $72,664.68 |
| Clover Press, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $9,561.14 |
| Comic-Con 2025 | 2025 SDCC Booth Contract | Diamond Comic Distributors, Inc. | $0.00 |
| Creative Mind Energy | Distribution Agreement | Diamond Comic Distributors, Inc. | $12,878.62 |
| Cryptozoic Entertainment | Distribution Agreement | Diamond Comic Distributors, Inc. | $3,549.91 |
| da Vinci Editrice S.r.l. d/b/a DV Giochi or DV Games | Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $8,574.80 |
| Daniel W. Hirsch | Senior Employment Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Dark Horse Comics, Inc. | Agreement | Diamond Comic Distributors, Inc. | $70,968.14 |
| DC Comics | Distribution Agreement | Diamond Comic Distributors, Inc. | $232,362.71 |
| Difference Engine Pte Ltd | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Digital Manga, Inc. | Distribution Agreement | Diamond Comic Distributors, Inc. | $4,625.21 |
| Dire Wolf Digital, LLC Games, Inc. | PREMIUM SERVICES AGREEMENT | Diamond Comic Distributors, Inc. | $256,793.40 |
| DISNEY CONSUMER PRODUCTS, INC. | Settlement Agreement | Diamond Select Toys & Collectibles, LLC | $1,712,447.00 |
| DSTLRY Media, Inc. | Distribution Agreement | Diamond Comic Distributors, Inc. | $65,013.15 |
| DYNAMIC FORCES, INC. | Distribution Agreement | Diamond Comic Distributors, Inc. | $158,820.93 |
| Elective Staffing Midsouth | Staffing Services Agreement | Diamond Comic Distributors, Inc. | $655,817.27 |
| Electronic Systems Installers | Security System Agreement | Diamond Comic Distributors, Inc. | $20.51 |
| Encore Propane, LLC | Equipment Lease and Propane Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Entertainment Earth, Inc. | Entertainment Earth, Inc. Year-End Credit | Diamond Comic Distributors, Inc. | $284.40 |
| ETS Inc. | General Staffing Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| EUREKA PRODUCTIONS | Supply Agreement | Diamond Comic Distributors, Inc. | $751.21 |
| EVIL HAT PRODUCTIONS, LLC | Supply Agreement | Diamond Comic Distributors, Inc. | $8,650.40 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| Express Employment Professionals | Staffing Agreement | Diamond Comic Distributors, Inc. | $15,693.86 |
| FairSquare Comics | Distribution Agreement | Diamond Comic Distributors, Inc. | $1,538.28 |
| FANTAGRPAHICS BOOKS, INC. | Supply Agreement | Diamond Comic Distributors, Inc. | $92,859.04 |
| Feedonomics Holdings, LLC d/b/a Feedonomics | Agreement Terms | Diamond Comic Distributors, Inc. | $0.00 |
| FelgerHart, Inc. | HVAC/R Preventative Maintenance Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Fontis Mountain Spring Water | Equipment Rental and Water/Coffee Service Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Frank Miller Presents | Distribution Agreement | Diamond Comic Distributors, Inc | $150.48 |
| Funko, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $438,551.62 |
| G.T. Labs | Supply Agreement | Diamond Comic Distributors, Inc. | $129.24 |
| GEN MANGA ENTERTAINMENT, INC. | Supply Agreement | Diamond Comic Distributors, Inc. | $1,902.85 |
| Giovanni Termanini | Independent Sale Representative Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Gold Key Entertainment, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $69.39 |
| Good Smile Company Inc. | Distribution Agreement | Diamond Comic Distributors, Inc. | $5,987.07 |
| Goodman Games LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $131,762.90 |
| Graphitti Designs, Inc. | Supply Agreement | Diamond Comic Distributors, Inc. | $1,821.33 |
| Green Ronin Publishing | Fulfillment Service Proposal | Diamond Comic Distributors, Inc. | |
| GREEN RONIN PUBLISHING | Distribution Agreement | Diamond Comic Distributors, Inc. | $8,342.19 |
| Gungnir Entertainment | Distribution Agreement | Diamond Comic Distributors, Inc. | $3,961.35 |
| Gut Bustin' Games, LLC | Premium Services Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Hachette Partworks LTD | Distribution Agreement | Diamond Comic Distributors, Inc. | $6,260.80 |
| Hasbro Consumer Products Licensing Limited | Merchandise License Agreement | Diamond Select Toys & Collectibles, LLC | $0.00 |
| Hasbro International Trading BV | Hasbro International Trading BV, Direct Import Program 2014 Sales Agreement - Distributor | Diamond Comic Distributors, Inc. | $1,164,365.40 |
| HEAVY METAL MAGAZINE | Distribution Agreement | Diamond Comic Distributors, Inc. | $363.37 |
| HERMES PRESS | Supply Agreement | Diamond Comic Distributors, Inc. | $29.67 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| Hornby America, Inc. | Terms and Conditions for U.S.A Independent Dealers | Diamond Comic Distributors, Inc. | $7,683.84 |
| Humanoids, Inc. | Supply Agreement | Diamond Comic Distributors, Inc. | $7,909.48 |
| IDEA AND DESIGN WORKS, LLC d/b/a IDW Publishing | Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Image Comics, Inc. | Agreement | Diamond Comic Distributors, Inc. | $25,666.87 |
| Imagine Fulfillment Services, LLC | Fulfillment Services Agreement | Diamond Select Toys & Collectibles, LLC | $4,838.64 |
| Impact Theory, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| IPT Memphis DC LLC | Lease Agreement (as amended) | Diamond Comic Distributors, Inc. | $0.00 |
| IT Office LLC | Burglar Alarm Monitoring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Jasco Games LLC dba UVS Games | Distributorship Agreement | Diamond Comic Distributors, Inc. | $14,449.57 |
| Joe Books, Inc. | Distribution Agreement | Diamond Comic Distributors, Inc. | $8,603.98 |
| Kathy Glover | Chief Marketing Officer Employment Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Knine All Systems, Inc. | Monitoring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Konami Digital Entertainment, Inc. | Distributorship Agreement | Diamond Comic Distributors, Inc. | $26,399.82 |
| KOTOBUKIYA CO., LTD. d/b/a/ Takayuki SUNANO | Master Distribution Agreement | Diamond Comic Distributors, Inc. | $2,423.44 |
| Laguna Studios | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Les Editions Pix'N Love | Distribution Agreement | Diamond Comic Distributors, Inc. | $57.00 |
| Lions Gate Ancillary LLC | Merchandising License Agreement | Diamond Select Toys & Collectibles, LLC | $0.00 |
| LIONWING PUBLISHING LTD | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Living the Line | Distribution Agreement | Diamond Comic Distributors, Inc. | $3,432.38 |
| LULU IS A RHINOCEROS LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $645.16 |
| Lunar Distribution | Purchase Agreement | Diamond Comic Distributors, Inc. | $545,560.61 |
| Mad Cave Studios | Distribution Agreement | Diamond Comic Distributors, Inc. | $61,968.12 |
| Magnetic Press, Inc. | Distribution Agreement | Diamond Comic Distributors, Inc. | $51,067.53 |
| Manson Western, LLC d/b/a Western Psychological Services (WPS) | Mutual Non-Disclosure Agreement | Diamond Comic Distributors, Inc. | $0.00 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| MARGARET WEIS PRODUCTIONS, LTD. | Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Massive Publishing, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $40,700.69 |
| Master Staffing LLC | Information and Rate Proposal | Diamond Comic Distributors, Inc. | $5,740.94 |
| Mezco Toys | Distribution Agreement for Exclusive Product | Diamond Comic Distributors, Inc. | $0.00 |
| Microsoft Corporation | Microsoft Volume Licensing | Diamond Comic Distributors, Inc. | $99.99 |
| Miniso Depot CA Inc. | Sale of Goods Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Miniso Depot CA Inc. | Mutual Confidentiality Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| MISCH MASCH d/b/a Prime Books LLC | Supply Agreement | Diamond Comic Distributors, Inc. | $914.71 |
| MOLTEN CORE MEDIA LLC d/b/a Magma Comix | Distribution Agreement | Diamond Comic Distributors, Inc. | $6,780.51 |
| Monster Fight Club | Premium Services Agreement | Diamond Comic Distributors, Inc. | $19,134.00 |
| Moulinsart | Agreement for DCD to Distribute Products | Diamond Comic Distributors, Inc. | $0.00 |
| NBM Publishing | Supply Agreement | Diamond Comic Distributors, Inc. | $2,587.36 |
| NETCOMICS | Supply Agreement | Diamond Comic Distributors, Inc. | $16,057.34 |
| Netflix CPX, LLC and Netflix CPX International, B.V. | Overall Merchandising License Agreement | Diamond Select Toys & Collectibles, LLC | $0.00 |
| Nielsen Book Services Limited | Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Normal Editorial S.A. | Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| ONI Press, INC. | Supply Agreement | Diamond Comic Distributors, Inc. | $179,942.40 |
| Opus - Incendium | Distribution Agreement | Diamond Comic Distributors, Inc. | $426.16 |
| PAIZO INC | Distribution Agreement | Diamond Comic Distributors, Inc. | $183,431.54 |
| PBW Communications | Master Products and Services Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| PBW Communications | Alliance MSA | Diamond Comic Distributors, Inc. | $0.00 |
| PEDIGREE BOOKS LIMITED | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| PENGUIN BOOKS LTD | Distribution Agreement | Diamond Comic Distributors, Inc. | $48,307.54 |
| Penn State University Press d/b/a Graphic Mundi | Distribution Agreement | Diamond Comic Distributors, Inc. | $15,523.86 |
| Penn Waste, Inc. | Service Agreement | Diamond Comic Distributors, Inc. | $860.00 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| Phoenix Fort Wayne, LLC | Commercial Lease of 2701 S. Coliseum Blvd, Suite 1201, Fort Wayne, IN 46803 | Diamond Comic Distributors, Inc. | $0.00 |
| Portmanteux Publishing | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Presto-X LLC | Proposal / Agreement for Pest Management Service | Diamond Comic Distributors, Inc. | $748.70 |
| Promo Comix | Free Comic Book Day Logo Licensing Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Publisher Services, Inc (PSI) | Distributor Agreement | Diamond Comic Distributors, Inc. | $154,469.78 |
| QSInformation Services, Inc. DBA Firebrand Technologies | Eloquence on Demand Agreement | Diamond Comic Distributors, Inc. | $12,507.66 |
| RABBIT PUBLISHERS | Distribution Agreement | Diamond Comic Distributors, Inc. | $311.31 |
| Raid Studio | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Randstad General Partner (US) LLC | Randstad Service Terms | Diamond Comic Distributors, Inc. | $6,362.42 |
| Randstad General Partner (US) LLC | Temporary Staffing Services Agreement | Diamond Comic Distributors, Inc. | $6,362.42 |
| Ravensburger North America Inc. | Lorcana Distributor Agreement | Diamond Comic Distributors, Inc. | $4,948.96 |
| RED GIANT ENTERTAINMENT | Supply Agreement | Diamond Comic Distributors, Inc. | $64.41 |
| Reliance Mechanical, Inc. | Heating & Air Conditioning Maintenance Contract | Diamond Comic Distributors, Inc. | $0.00 |
| Renegade Games, Inc. | Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Republic Services, Inc. | Customer Service Agreement | Diamond Comic Distributors, Inc. | $412.18 |
| Republic Services, Inc. | Customer Service Agreement | Diamond Comic Distributors, Inc. | $412.18 |
| Republic Services, Inc. | Temporary Service Agreement | Diamond Comic Distributors, Inc. | $412.18 |
| Revend LLC | Confidential Fulfillment Agreement, Covenant Not to Solicit, and Agreement of Non-Disclosure | Diamond Comic Distributors, Inc. | $0.00 |
| Rewind Software Inc. | Data Services | Diamond Comic Distributors, Inc. | $0.00 |
| ROVIO ENTERTAINMENT LTD | Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Rubin & Frieda Fenster Family LTD Partnership | Commercial Lease of 1546 Victory Boulevard, Glendale, CA | Diamond Select Toys & Collectibles, LLC | $6,800.00 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| SCOUT COMICS & ENTERTAINMENT HOLDINGS, INC. | Distribution Agreement | Diamond Comic Distributors, Inc. | $1,274.97 |
| Select Office Suites Flatiron | Commercial Lease of 1115 Broadway, Suite 1200, New York, NY 10010 | Diamond Select Toys & Collectibles, LLC | $0.00 |
| SEVEN SEAS ENTERTAINMENT, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| SFV York Road, LLC | Lease Agreement (as amended) | Diamond Comic Distributors, Inc. | $62,733.10 |
| SHINOBI 7 | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Skybound, LLC (Invincible) | AMENDMENT #1 TO LICENSING AGREEMENT | Diamond Select Toys & Collectibles, LLC | $0.00 |
| Skybound, LLC (TWD) | LICENSING AGREEMENT | Diamond Select Toys & Collectibles, LLC | $0.00 |
| SKYLAND ARTS | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Skyscraper Studios, Inc. d/b/a Roll for Combat | Distribution Agreement | Diamond Comic Distributors, Inc. | $2,430.01 |
| Smile Inc. | Software Services | Diamond Comic Distributors, Inc. | $199.00 |
| SOURCE POINT PRESS | Distribution Agreement | Diamond Comic Distributors, Inc. | $74.61 |
| Spin Master Ltd. | Distribution Agreement | Diamond Comic Distributors, Inc. | $93,687.61 |
| STARBURNS INDUSTRIES PRESS | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| STORM KIND PRODUCTIONS INC. | Distribution Agreement | Diamond Comic Distributors, Inc. | $950.32 |
| Synthesis Entertainment | Merchandise License "Lost in Space" Amendment No. 3 | Diamond Select Toys & Collectibles, LLC | $0.00 |
| T Pub Ltd | Distribution Agreement | Diamond Comic Distributors, Inc. | $774.19 |
| Tad Franks | Letter of Engagement | Diamond Comic Distributors, Inc. | $0.00 |
| Tee Turtle LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $73,172.84 |
| Teems & DeMoville Mechanical Contractors LLC | Service Agreement | Diamond Comic Distributors, Inc. | $16,658.06 |
| Tezuka Productions Co. Ltd | Sales Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| The Army Painter | Fulfillment Agreement proposal | Diamond Comic Distributors, Inc. | $212,047.77 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| THE LION FORGE, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $5.99 |
| The Philip & Jana Oates Family Trust & O.K.&B. | Standard Industrial/Commercial Multi-Tenant Lease (as amended) | Diamond Comic Distributors, Inc. | $0.00 |
| The Pokémon Company International, Inc. | POKÉMON TCG TERMS OF SALE - CIP | Diamond Comic Distributors, Inc. | $855,462.00 |
| The Tailored Staff LLC | Agreement Form | Diamond Comic Distributors, Inc. | $8,320.00 |
| The Upper Deck Company | Distributor Agreement | Diamond Comic Distributors, Inc. | $180.00 |
| Titan Comics | Distribution Agreement | Diamond Comic Distributors, Inc. | $410,711.21 |
| Toho International Inc. | Merchandising License Agreement | Diamond Select Toys & Collectibles, LLC | $0.00 |
| Toho International Inc. and Legendary Licensince, LLC | Merchandising License Agreement | Diamond Select Toys & Collectibles, LLC | $0.00 |
| TOKYOPOP Inc. | Distribution Agreement | Diamond Comic Distributors, Inc. | $10,289.05 |
| Toon Books | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Toonhound Studious, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $1,590.17 |
| Top Shelf Productions, Inc. | Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Toy Fair 2025 | Invoice/Statement | Diamond Comic Distributors, Inc. | $0.00 |
| Trajectory, Inc. | Ebook Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| TRANSCONTINENTAL PRINTING INC, | Printing Agreement | Diamond Comic Distributors, Inc. | $315,036.34 |
| Transcontinental Printing Inc. | Third Amendment to Printing Agreement | Diamond Comic Distributors, Inc. | $315,036.34 |
| Trick or Treat Studios | Wholesale Application Form | Diamond Comic Distributors, Inc. | $22,717.87 |
| Troy and Brenda Little d/b/a PEGAMOOSE PRESS | Distribution Agreement | Diamond Comic Distributors, Inc. | $5,548.54 |
| TWOMORROWS PUBLISHING | Supply Agreement | Diamond Comic Distributors, Inc. | $62,752.81 |
| Tyco Integrated Security LLC | Commercial Sales Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Ubisoft Inc. | Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| UDON ENTERTAINMENT | Supply Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Ultra Pro International LLC | 2017 Ultra Pro International LLC Hobby Distribution Program for North American Markets | Diamond Comic Distributors, Inc. | $39,133.90 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| United Parcel Service, Inc. | UPS Incentive Program Agreement (as amended) | Diamond Comic Distributors, Inc. | $771,643.64 |
| USAOPOLY, Inc. | Distributor Sales Agreement | Diamond Comic Distributors, Inc. | $29,920.93 |
| Valiant Entertainment, LLC. | Distribution Agreement | Diamond Comic Distributors, Inc. | $5,283.13 |
| VALIANT ENTERTAINMENT, LLC. | Distribution Agreement | Diamond Comic Distributors, Inc. | $5,283.13 |
| VIZ Media LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $268,308.30 |
| Warner Bros. Consumer Products Inc. | PRODUCT LICENSE AGREEMENT WARNER BROS. CONSUMER PRODUCTS INC. #587127-MULTI | Diamond Select Toys & Collectibles, LLC | $422,342.61 |
| Waste Connections of Tennessee, Inc. | Customer Service Agreement | Diamond Comic Distributors, Inc. | $80,057.83 |
| Wicked Cow Studios, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| William M. Gaines, Agent, Inc. | Settlement Agreement | Diamond Comic Distributors, Inc. | $1,721.05 |
| Wizards of the Coast | Distributor Agreement | Diamond Comic Distributors, Inc. | $1,525,024.27 |
| Xceeding Partnership Solutions | Staffing Services Agreement | Diamond Comic Distributors, Inc. | $1,142,681.65 |
| Yen Press, LLC | Distribution Agreement | Diamond Comic Distributors, Inc. | $6,705.20 |
| Yumcha Studios, LLC | Supply Agreement | Diamond Comic Distributors, Inc. | $74.18 |
| Z2 Comics Inc. | Supply Agreement | Diamond Comic Distributors, Inc. | $7,618.10 |
| Zenescope Entertainment, Inc. | Supply Agreement | Diamond Comic Distributors, Inc. | $68,766.71 |
| ZLOSS Studios | Distribution Agreement | Diamond Comic Distributors, Inc. | $0.00 |