IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 19, 54, 132, and 158 |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING FINAL APPROVAL OF THE DEBTORS' DIP MOTION**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors-in-possession (collectively, the "Debtors") hereby files this reservation of rights (this "Reservation of Rights") regarding the Final Hearing[2] on the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [D.I. 19] (the "DIP Motion"). In support of this Reservation of Rights, the Committee respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Interim DIP Orders (as defined herein) or DIP Motion (as defined herein), as applicable.

## RESERVATION OF RIGHTS

Since its appointment, the Committee has been engaged in extensive discussions with the Debtors and JPMorgan Chase Bank, N.A. ("JPM") regarding the relief sought by the DIP Motion, which discussions were facilitated by the supplemental orders entered on February 11, 2025 [D.I. 132] and February 18, 2025 [D.I. 158] (together with the interim order entered on January 16, 2025 [D.I. 54], the "Interim DIP Orders").  These discussions have resulted in the parties' agreement in principle on a form of proposed Final Order (and corresponding Approved Budget and DIP Loan Documents) that would resolve any objection the Committee would otherwise assert in connection with the Final Hearing.  In light of the foregoing, the Committee reserves all rights to the extent the final form of proposed Final Order, Approved Budget, and DIP Loan Documents are inconsistent with the agreement in principle reached by the Committee, the Debtors, and JPM.

February 19, 2025

| **TYDINGS & ROSENBERG LLP** | **LOWENSTEIN SANDLER LLP** |
|---|---|
| | Bruce S. Nathan (admitted *pro hac vice*) |
| */s/ Dennis J. Shaffer* | Gianfranco Finizio (admitted *pro hac vice*) |
| Dennis J. Shaffer (MD Bar No. 25680) | Chelsea R. Frankel (admitted *pro hac vice*) |
| Stephen B. Gerald (MD Bar No. 26590) | 1251 Avenue of the Americas |
| 1 East Pratt Street, Suite 901 | New York, NY 10020 |
| Baltimore, MD 21202 | Telephone: (212) 262-6700 |
| Telephone: (410) 752-9700 | Email: bnathan@lowenstein.com |
| Email: dshaffer@tydings.com | gfinizio@lowenstein.com |
| sgerald@tydings.com | cfrankel@lowenstein.com |

-and-

Michael Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Proposed Co-counsel to the Official Committee of Unsecured Creditors*

6318958.1

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on the 19th 7th day of February, 2025, the foregoing reservation of rights was served via the Court's CM/ECF filing system on the following:

Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown    abrown@klestadt.com
Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com
David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio    gfinizio@lowenstein.com
Chelsea R Frankel    cfrankel@lowenstein.com
Stephen B. Gerald    sgerald@tydings.com
Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
Jeffrey C. Hampton    jeffrey.hampton@saul.com
Adam H Isenberg    adam.isenberg@saul.com
C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage    korphagee@whiteandwilliams.com
Jung Yong Lee    jlee@tydings.com, mhickman@tydings.com
Gary H. Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
Bruce S. Nathan    bnathan@lowenstein.com
Michael Papandrea    mpapandrea@lowenstein.com
Steven Gregory Polard    steven.polard@ropers.com
Jordan Rosenfeld    jordan.rosenfeld@saul.com
Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi    nicholas.smargiassi@saul.com

6318958.1

Brent C. Strickland    bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
Paige Noelle Topper    paige.topper@saul.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

                         /s/ Stephen B. Gerald
                         Stephen B. Gerald

6318958.1

-- 4 --