**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Re: D.I. 19, 132, 156, 158 & 161 |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED FINAL ORDER (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION SENIOR SECURED FINANCING AND THE USE OF CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; (III) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (IV) MODIFYING THE AUTOMATIC STAY AND (V) <u>GRANTING RELATED RELIEF</u>**

The undersigned proposed counsel to the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") hereby certifies that:

1. On January 14, 2025, the Debtors filed the *Debtors' Motion for Interim and Final Orders (I) Authorizing Senior Secured, Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [D.I. 19] (the "<u>Motion</u>").

2. On January 16, 2025, the Court entered the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II)*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

*Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (V) Granting Related Relief* [D.I. 132] (the "Interim DIP Order")*,* granting the relief requested in the Motion on an interim basis.

3. On February 11, 2025, and February 18, 2025, the Court entered supplemental orders to the Interim DIP Order, which among other things extended certain deadlines in the Interim DIP Order. *See* D.I. 132 & 158.

4. On February 19, 2025, the Official Committee of Unsecured Creditors (the "Committee") filed the *Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Final Approval of the Debtors' DIP Motion* [D.I. 161] (the "Reservation of Rights") reserving the Committee's rights with respect to the final relief requested in the Motion. Prior to filing the Reservation of Rights, the Committee provided informal comments to the proposed order granting the relief requested in the Motion on a final basis.

5. The Debtors, the Committee, and JPMorgan Chase Bank, N.A. (the "DIP Lender") have resolved the Committee's informal comments and the Reservation of Rights through language in the proposed final order granting the Motion, as reflected in the proposed order attached hereto as **Exhibit A** (the "Proposed Final DIP Order"). A redline comparing the Proposed Final DIP Order against the Interim DIP Order is attached hereto as **Exhibit B**.

6. The Committee and DIP Lender have reviewed the Proposed Final DIP Order, and do not object to its entry. Accordingly, the Debtors respectfully request that the Court enter the Proposed Final DIP Order at its earliest convenience.

Dated: February 19, 2025          **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
       paige.topper@saul.com
       nicholas.smargiassi@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*