**Exhibit B**

**Description of Assets**

## Schedule 1

|   | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property from companies like Disney, Marvel, and Warner Bros. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property from, among others, Disney and Marvel. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporter, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |