**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered) |

**APPLICATION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND
RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL,
EFFECTIVE AS OF JANUARY 30, 2025**

The Official Committee of Unsecured Creditors (the "Committee") of Diamond Comic Distributors, Inc., *et al* (the "Debtors"), hereby submits this application (the "Application"), pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland (the "Local Rules"), and consistent with the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses* (the "U.S. Trustee Guidelines"), for the entry of an order, substantially in the form filed herewith, authorizing and approving the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Committee effective as of January 30, 2025. In support of this Application, the Committee submits *Declaration of Bruce S. Nathan, Esq. in Support of Application by the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

47351/2
02/24/2025 313664623.3

*Lowenstein Sandler LLP as Counsel, Effective as of January 30, 2025* (the "Nathan Declaration"), attached hereto as **Exhibit A**, and the *Declaration of Gregory Andonian in Support of Application by the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel, Effective as of January 30, 2025* (the "Chairperson Declaration"), attached hereto as **Exhibit B**, and respectfully states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and *Standing Order 2012-05* from the United States District Court for the District of Maryland. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of these cases and the Application is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and rule predicates for the relief requested herein are sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, Local Rule 2016-1, and the *Appendix D Compensation Guidelines for Professionals in the United States Bankruptcy Court for the District of Maryland* (the "Compensation Guidelines").

**BACKGROUND**

3. On January 14, 2025 (the "Petition Date"), each of the Debtors filed in this Court, voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland, Baltimore Division (the "Court") commencing these cases (the "Chapter 11 Cases"). Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtors continue to operate their businesses and conduct their affairs as debtors-in-possession.

4. On January 29, 2025, the United States Trustee for the District of Maryland (the "U.S. Trustee") appointed the Committee pursuant to 11 U.S.C. § 1102(a)(1) [D.I. 90]. The Committee is

comprised of three members: (i) Little Buddy Toys, LLC; (ii) Simon & Schuster, LLC; and (iii) Titan Publishing Group Limited/Titan Comics.

5. On January 30, 2025, the Committee selected Lowenstein Sandler as lead counsel to the Committee. The Committee subsequently selected Tydings & Rosenberg LLP ("T&R") to serve as its local counsel and Berkeley Research Group ("BRG") to serve as its financial advisor in the Chapter 11 Cases.

6. Information regarding the Debtors' history, business operations, capital structure, secured indebtedness, and the events leading up to the commencement of the Chapter 11 Cases can be found in the *Declaration of Robert Gorin in Support of First Day Relief* [D.I. 20].

## RELIEF REQUESTED

7. By this Application, the Committee respectfully requests the entry of an order authorizing and approving the employment and retention of Lowenstein Sandler as its counsel to perform legal services relating to the Chapter 11 Cases, effective as of January 30, 2025.

8. The Committee believes that it is necessary to employ attorneys to render the professional services described herein, and that without such professional assistance, neither the Committee's evaluation of the operations of the Debtors, nor its meaningful participation in the negotiation, promulgation, and evaluation of any sale of assets or plan of reorganization would be possible.

9. Pursuant to section 1103(b) of the Bankruptcy Code, an attorney employed to represent an official committee may not, while employed by such committee, represent any other entity having an adverse interest in connection with the case. Lowenstein Sandler has advised the Committee that Lowenstein Sandler does not hold or represent any other entity having an adverse interest in connection with the Chapter 11 Cases, and does not have any connections with the

Bankruptcy Judge presiding over the Chapter 11 Cases, the United States Trustee for Region 4 or any person employed by the Office of the United States Trustee, except as set forth in the Nathan Declaration, submitted herewith and setting forth Lowenstein Sandler's connections with the Debtors, their creditors, and other parties-in-interest in the Chapter 11 Cases.

10. The Committee selected Lowenstein Sandler because of its attorneys' experience and knowledge in bankruptcy matters. The Committee believes that Lowenstein Sandler is well qualified to represent the Committee in these Chapter 11 Cases. Lowenstein Sandler's attorneys have broad-based experience and a national reputation in bankruptcy and reorganization proceedings, and extensive experience representing official committee of unsecured creditors. Lowenstein Sandler has represented official committees of unsecured creditors in numerous chapter 11 cases in multiple Districts, including, without limitation: *In re Vobev, LLC*, Case No. 24-26346 (JTM) (Bankr. D. Utah Dec. 9, 2024); *In re H-Food Holdings, LLC*, Case No. 24-90586 (ARP) (Bankr. S.D. Tex. Nov. 22, 2024); *In re DRF Logistics, LLC*, Case No. 24-90447 (CML) (Bankr. S.D. Tex. Aug. 8, 2024); *In re One Table Restaurant Brands, LLC*, Case No. 24-11553 (KBO) (Bankr. D. Del. Jul. 17, 2024); *In re Mountain Sports, LLC*, Case No. 24-11385 (MFW) (Bankr. D. Del. June 18, 2024); *In re Nevada Copper, Inc.*, Case No. 24-50566 (HLB) (Bankr. D. Nev. June 10, 2024); *In re Franciscan Friars of California, Inc.*, Case No. 23-41723 (WJL) (Bankr. N.D. Cal. Dec. 31, 2023); *In re Proterra, Inc.*, Case No. 23-11120 (BLS) (Bankr D. Del. August 7, 2023); *In re Williams Industrial Services Group, Inc.*, Case No. 23-10961 (BLS) (Bankr. D. Del. July 22, 2023); *In re Benefytt Technologies, Inc.*, Case No. 23-90566 (CML) (Bankr. S.D. Tex. May 23, 2023); *In re The Roman Catholic Bishop of Oakland*, Case No. 23-40523 (WJL) (Bankr. N.D. Cal. May 8, 2023); *In re Tuesday Morning Corporation*, Case No. 23-90001 (ELM) (Bankr. S.D. Tex. Feb. 14, 2023); *In re Lucira Health, Inc.*, Case No. 23-10242 (MFW) (Bankr.

D. Del. Feb. 22, 2023); *In re Vital Pharmaceuticals, Inc.*, Case No. 22-17842 (PDR) (Bankr. S.D. Fla. Oct. 10, 2022); *In re Gold Standard Baking*, Case No. 22-10559 (JKS) (Bankr. D. Del. June 22, 2022); *In re Avadim Health, Inc.*, Case No. 21-10883 (CTG) (Bankr. D. Del. May 31, 2021); *In re Knotel, Inc.*, Case No. 21-10146 (MFW) (Bankr. D. Del. Jan. 31, 2021); *In re Cortlandt Liquidating LLC (f/k/a Century 21 Department Stores LLC)*.

11. The professional services which Lowenstein Sandler will render to the Committee include, without limitation, the following:

a) advising the Committee with respect to its rights, duties, and powers in the Chapter 11 Cases;

b) assisting and advising the Committee in its consultation with the Debtors relative to the administration of the Chapter 11 Cases;

c) assisting and advising the Committee's investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtor and other relevant matters;

d) assisting the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims and equity interests;

e) assisting the Committee in analyzing (i) the Debtors' pre- and post-petition financing, (ii) proposed use of cash collateral, and (iii) the adequacy of the Debtors' financing and proposed budget;

f) assisting the Committee in its investigation of the liens and claims of the holders of the Debtors' pre-petition debt and the prosecution of any claims or causes of action revealed by such investigation;

g) assisting the Committee in its analysis of, and negotiations with, the Debtors or any third party concerning matters related to, among other things, the assumption or rejection of any leases of nonresidential real property and executory contracts, asset dispositions, sale of assets, financing of other transactions and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

h) assisting and advising the Committee as to its communications to unsecured creditors regarding significant matters in the Chapter 11 Cases;

  i)  representing the Committee at hearings and other proceedings;

  j)  reviewing and analyzing applications, orders, statements of operations, and schedules filed with the Court and advising the Committee as to their propriety;

  k)  assisting the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives in the Chapter 11 Cases, including without limitation, the preparation of retention papers and fee applications for the Committee's professionals, including Lowenstein Sandler;

  l)  assisting the Committee and providing advice concerning the proposed sale of substantially all of the Debtors' assets, including issues concerning any potential competing bidders and the auction process;

  m)  preparing, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections, or comments in connection with any of the foregoing; and

  n)  performing such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

12. Subject to the Court's approval, and pursuant to sections 328, 330, and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and all other applicable orders, rules and procedures of this Court, the Committee requests that Lowenstein Sandler be compensated on an hourly basis, plus reimbursement of the actual and necessary expenses that Lowenstein Sandler incurs, in accordance with Lowenstein Sandler's ordinary and customary rates in effect on the date such services are rendered and such expenses are incurred.

13. By separate application, the Committee is also seeking approval to employ T&R to serve as its local counsel and BRG to serve as its financial advisor in the Chapter 11 Cases. Lowenstein Sandler will coordinate with T&R to avoid any duplication of effort between it and T&R in their representation of the Committee. T&R will attend routine hearings and lead all matters that can be handled solely by local counsel or are specifically delegated to T&R by the

Committee. The Committee believes that this efficient allocation of responsibility for legal matters in the Chapter 11 Cases between Lowenstein Sandler and T&R will reduce the costs incurred by the Committee in these proceedings, as well as the time and expense associated with travel by Lowenstein Sandler with respect to matters that may be handled solely by local counsel. Such allocation of efforts will allow the Committee professionals to maximize efficiencies in light of the DIP financing budget approved by the Court [D.I. 163]. It is the carefully considered view of the Committee that, considering the size and complexity of the Chapter 11 Cases, the expertise of each of Lowenstein Sandler (including on publishing-related matters) and T&R, and the various interests involved, the representation of the Committee by both Lowenstein Sandler and T&R is necessary and in the best interests of the Committee.

14. Lowenstein Sandler's hourly rates, effective January 1, 2025, are as follows:

| Classification/Experience | Hourly Rate |
|---|---|
| Partners of the Firm | $775 - $2,175 |
| Of Counsel | $890 - $1,575 |
| Senior Counsel (generally twelve or more years of experience) | $675 - $1,595 |
| Counsel (generally seven or more years of experience) | $675 - $1,290 |
| Associates (generally fewer than seven years of experience) | $550 - $1,150 |
| Patent Attorneys | $325 - $825 |
| Staff Attorneys | $495 - $795 |
| Paralegals, Practice Support and Assistants | $225 - $505 |

15. The Lowenstein Sandler attorneys that are primarily responsible for these Chapter 11 Cases, and their 2025 rates are as follows: (i) Bruce S. Nathan, $1,515; (ii) Gianfranco Finizio, $1,185; (iii) Michael Papandrea, $1,075; and (iv) Chelsea R. Frankel, $660.

16. The hourly charges set forth above are based upon the experience and expertise of

7

the attorney or legal assistant involved. The hourly rates set forth above are subject to periodic adjustments, which occur annually on or about January 1 each year, to reflect economic and other conditions. Lowenstein Sandler will advise the Debtors, the Committee, and the U.S. Trustee of any increases in its hourly rates. Pursuant to Bankruptcy Rule 2014, Lowenstein Sandler will file and serve a supplemental declaration setting forth any additional material information relating to its employment promptly after learning of any such material information.

17. To the best of Lowenstein Sandler's knowledge, Lowenstein Sandler has no other connections with (other than in wholly unrelated matters), and holds no interest adverse to the Debtors, creditors, any parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the United States Trustee as disclosed in the Nathan Declaration attached hereto as **Exhibit A** and incorporated herein by reference, as that declaration may be amended from time to time. Accordingly, to the best of the Committee's knowledge, Lowenstein Sandler is a disinterested person within the meaning of 11 U.S.C. §101(14).

18. Lowenstein Sandler will apply to this Court for the allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, the Compensation Guidelines, and any procedures for interim compensation and reimbursement of expenses for professionals approved by the Court. Lowenstein Sandler will also maintain detailed and contemporaneous records of time and any necessary costs and expenses incurred in connection with rendering the legal services described above.

19. The Committee is seeking to retain Lowenstein Sandler effective as of January 30, 2025, the date the Committee selected Lowenstein Sandler as its proposed counsel. Retention of

an estate professional under sections 327(a), 328, 329, 330, and 331 of the Bankruptcy Code effective as of the filing of a bankruptcy petition is commonly authorized in the Fourth Circuit via a "'post-hoc' or 'after-the-fact' application." *David v. King*, 109 F.4th 653, 664 & n.6 (4th Cir. 2024). Retroactive retention is warranted under the circumstances of the Chapter 11 Cases because, upon its selection, Lowenstein Sandler was required to focus immediate attention on time-sensitive matters and promptly devote substantial resources to the representation of the Committee pending submission and approval of this Application.

## STATEMENT REGARDING THE U.S. TRUSTEE GUIDELINES

20. In accordance with the U.S. Trustee Guidelines, Lowenstein Sandler shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Lowenstein Sandler also intends to make every effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with this Application and the interim and final applications to be filed by Lowenstein Sandler in these Chapter 11 Cases.

21. The following is provided in response to the request for additional information contained in paragraph D.1. of the U.S. Trustee Guidelines:

> **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
>
> **Response:** No.
>
> **Question:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?
>
> **Response:** No.

9

**Question:** If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition period. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Response:** Lowenstein Sandler did not represent the Committee prior to the Petition Date.

**Question:** Has your client approved your prospective budget and staffing plan and, if so, for what budget period?

**Response:** Lowenstein Sandler expects to develop a budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which Lowenstein Sandler reserves all rights. The Committee has approved Lowenstein Sandler's proposed hourly billing rates.

22. Lowenstein Sandler has advised the Committee that it intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines both in connection with this Application and the interim and final fee applications to be filed by Lowenstein Sandler in the course of its engagement. The Committee understands it is Lowenstein Sandler's intention to work cooperatively with the U.S. Trustee to address the concerns that prompted the Executive Office for the U.S. Trustees to adopt the U.S. Trustee Guidelines; however, in doing so, Lowenstein Sandler reserves all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines in respect of any application for employment or compensation in the Chapter 11 Cases that fall within the ambit of the U.S. Trustee Guidelines.

23. No previous application for the relief sought herein has been made to this or any other Court.

## **WAIVER OF MEMORANDUM OF LAW**

24. Pursuant to Local Bankruptcy Rule 9013-2, the Committee states that, in lieu of submitting a memorandum in support of this Application, the Committee will rely solely upon the

grounds and authorities set forth herein.

**WHEREFORE**, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto, granting this Application in all respects, authorizing and approving the employment of Lowenstein Sandler LLP as counsel to the Committee effective as of January 30, 2025; and granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: February 24, 2025 | Respectfully submitted,<br>The Official Committee of Unsecured Creditors of Diamond Comic Distributors, Inc., *et al*. |
| | By: /s/ Gregory Andonian<br>Gregory Andonian of Simon & Schuster, LLC, solely in his capacity as the Chairperson of the Official Committee of Unsecured Creditors and not in his personal capacity or any other capacity |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 24th day of February, 2025, the foregoing was served via the Court's CM/ECF filing system on the parties set forth below and by first class mail, postage prepaid, on the parties set forth on the attached service list:

Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown    abrown@klestadt.com
David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio    gfinizio@lowenstein.com
Chelsea R Frankel    cfrankel@lowenstein.com
Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
Jeffrey C. Hampton    jeffrey.hampton@saul.com
Adam H Isenberg    adam.isenberg@saul.com
C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage    korphagee@whiteandwilliams.com
Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
Bruce S. Nathan    bnathan@lowenstein.com
Michael Papandrea    mpapandrea@lowenstein.com
Jordan Rosenfeld    jordan.rosenfeld@saul.com
Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi    nicholas.smargiassi@saul.com
Brent C. Strickland    bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
Paige Noelle Topper    paige.topper@saul.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

                                          **TYDINGS & ROSENBERG LLP**

                                          */s/ Dennis J. Shaffer*
                                          Dennis J. Shaffer (MD Bar No. 25680)
                                          1 East Pratt Street, Suite 901
                                          Baltimore, MD 21202
                                          Telephone: (410) 752-9700
                                          Email: dshaffer@tydings.com
                                          *Proposed local counsel to the Official*
                                          *Committee of Unsecured Creditors*