**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPLICATION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL, EFFECTIVE AS OF JANUARY 30, 2025**

PLEASE TAKE NOTICE that on February 24, 2025, the Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Application by the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel, Effective as of January 30, 2025* (the "Application").

PLEASE TAKE FURTHER NOTICE that a hearing, if required, on the Application will commence before the Honorable Chief Judge David E. Rice on March 27, 2025, at 10:00 a.m. (prevailing Eastern Time) at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned proposed counsel for the Committee so as to actually be received by or before March 10, 2025.

IF NO OBJECTION OR RESPONSE TO THE APPLICATION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

47351/2
02/24/2025 313664623.3

February 24, 2025

| | |
|---|---|
| **TYDINGS & ROSENBERG LLP** | **LOWENSTEIN SANDLER LLP** |
| | Bruce S. Nathan (admitted *pro hac vice*) |
| */s/ Dennis J. Shaffer* | Gianfranco Finizio (admitted *pro hac vice*) |
| Dennis J. Shaffer (MD Bar No. 25680) | Chelsea R. Frankel (admitted *pro hac vice*) |
| Stephen B. Gerald (MD Bar No. 26590) | 1251 Avenue of the Americas |
| 1 East Pratt Street, Suite 901 | New York, NY 10020 |
| Baltimore, MD 21202 | Telephone: (212) 262-6700 |
| Telephone: (410) 752-9700 | Email: bnathan@lowenstein.com |
| Email: dshaffer@tydings.com | gfinizio@lowenstein.com |
| sgerald@tydings.com | cfrankel@lowenstein.com |

-and-

Michael Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Proposed Co-counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 24th day of February, 2025, the foregoing was served via the Court's CM/ECF filing system on the parties set forth below and by first class mail, postage prepaid, on the parties set forth on the attached service list:

Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown    abrown@klestadt.com
David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio    gfinizio@lowenstein.com
Chelsea R Frankel    cfrankel@lowenstein.com
Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
Jeffrey C. Hampton    jeffrey.hampton@saul.com
Adam H Isenberg    adam.isenberg@saul.com
C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage    korphagee@whiteandwilliams.com
Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
Bruce S. Nathan    bnathan@lowenstein.com
Michael Papandrea    mpapandrea@lowenstein.com
Jordan Rosenfeld    jordan.rosenfeld@saul.com
Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi    nicholas.smargiassi@saul.com
Brent C. Strickland    bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
Paige Noelle Topper    paige.topper@saul.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

                                        /s/ *Dennis J. Shaffer*
                                        Dennis J. Shaffer