| | | |
|---|---|---|
| Diamond Comic Distributors Inc., et al.,<br>25-10308 (DER)<br>02/21/25 | Cole Schotz P.C.<br>Attn: Gary H Leibowitz/HC Jones III<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | Delaware State Treasury<br>820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 |
| DLA Piper LLP (US)<br>Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Klestadt Winters Jureller Southard & Stevens, LLP<br>Attn: Ian R Winters/Stephanie R Sweeney<br>Attn: Andrew C Brown<br>200 W 41st St, 17th Fl<br>New York, NY 10036-7023 |
| Little Buddy Toys, LLC<br>270 E Palais Rd<br>Anaheim, CA 92805 | Lowenstein Sandler LLP<br>Attn: Bruce S Nathan/Gianfranco Finizio<br>Attn: Chelsea R Frankel<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | Lowenstein Sandler LLP.<br>Attn: Michael Papandrea<br>1 Lowenstein Dr<br>Roseland, NJ 07068 |
| Office Of The Attorney General<br>Attn: Kris Kobach<br>120 Sw 10th Ave, 2nd Fl<br>Topeka, Ks 66612-1597 | Office Of The Attorney General<br>Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, Ca 95814 | Office of the Attorney General<br>Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 |
| Office Of The Attorney General<br>Attn: Peter F Neronha<br>150 S Main St<br>Providence, Ri 02903 | Office Of The Attorney General<br>Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, Mo 63703 | Office Of The Attorney General<br>Attn: Gentner Drummond<br>313 Ne 21st St<br>Oklahoma City, Ok 73105 |
| Office Of The Attorney General<br>Attn: Chris Carr<br>40 Capital Sq Sw<br>Atlanta, Ga 30334-1300 | Office Of The Attorney General<br>400 6th St NW<br>Washington, Dc 20001 | Office Of The Attorney General<br>Attn: Brian Schwalb<br>400 6th St Nw<br>Washington, Dc 20001 |
| Office Of The Attorney General<br>Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, Tn 37243 | Office Of The Attorney General<br>Walter Sillers<br>Bldg 550 High St, Ste 1200<br>Jackson, Ms 39201 | Office Of The Attorney General<br>Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, Mo 64106 |
| Office Of The Attorney General.<br>Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, Mo 63101 | Office Of The Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, Ca 94102-7004 | Office Of The Attorney General<br>Attn: Ken Paxton<br>Capital Station<br>P.o. Box 12548<br>Austin, Tx 78711-2548 |
| Office Of The Attorney General<br>601 S University Ave<br>Carbondale, Il 62901 | Office Of The Attorney General.<br>Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, Ky 40601 | Office Of The Attorney General<br>Attn: Josh Stein<br>Dept Of Justice<br>P.o. Box 629<br>Raleigh, Nc 27602-0629 |
| Office Of The Attorney General<br>Attn: Lynn Fitch<br>Dept Of Justice<br>P.o. Box 220<br>Jackson, Ms 39205 | Office of the Attorney General<br>Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | Office Of The Attorney General<br>State Of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.o. Box 300152<br>Montgomery, Al 36130-0152 |

3813418.1

| | | |
|---|---|---|
| Office Of The Attorney General<br>Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, Il 60601 | Office Of The Attorney General<br>Attn: Herbert H Slattery, Iii<br>P.o. Box 20207<br>Nashville, Tn 37202-0207 | Office Of The Attorney General<br>AZ Ag Office – Css<br>P.o. Box 6123, Md  7611<br>Phoenix, Az 85005-6123 |
| Office Of The Attorney General<br>Supreme Court Bldg<br>P.o. Box 899<br>Jefferson City, Mo 65102 | Office Of The Attorney General<br>Attn: Domingo Emanuelli Hernandez<br>P.o. Box 9020192<br>San Juan, Pr 00902-0192 | Office of the Attorney General.<br>Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 |
| Office Of The Attorney General<br>California Dept Of Justice<br>P.o. Box 944255<br>Sacramento, Ca 94244-2550 | Office of the Attorney General<br>Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | Office Of The Attorney General<br>Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, Co 80203 |
| Office Of The Attorney General<br>Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.o. Box 11549<br>Columbia, Sc 29211-1549 | Office Of The Attorney General<br>\Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.o. Box 080<br>Trenton, Nj 08625 | Office Of The Attorney General<br>800 5th Ave, Ste 2000<br>Seattle, Wa 98104 |
| Office Of The Attorney General<br>500 S 2nd St<br>Springfield, Il 62701 | Office Of The Attorney General<br>Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, Mn 55155 | Office Of The Attorney General<br>Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, Wv 25305 |
| Office of the Attorney General<br>Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY  82002 | Office of the Attorney General<br>Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, Me 04333 | Office of the Attorney General<br>Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, Oh 43266-0410 |
| Office of the Attorney General<br>Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, Mo 65101 | Office of the Attorney General<br>Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | Office of the Attorney General<br>Attn: Ashley Moody<br>The Capital, Pl 01<br>Tallahassee, Fl 32399-1050 |
| Office of the Attorney General<br>Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | Office of the Attorney General<br>Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | |

3813418.1

| | | |
|---|---|---|
| Office of the Attorney General<br>Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | Office Of The Attorney General<br>Attn: John Formella<br>33 Capitol St<br>Concord, Nh 03301 | Office Of The Attorney General<br>Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St Ne<br>Salem, Or 97301 |
| Office Of The Attorney General<br>Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | Office Of The Attorney General<br>Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | Office Of The Attorney General<br>Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, In 46204 |
| Office Of The Attorney General<br>Attn: Brenna Bird Hoover<br>State Office Bldg<br>1305 E Walnut<br>Des Moines, Ia 50319 | Office Of The Attorney General<br>Attn: Jason Miyares<br>202 N 9th St<br>Richmond, Va 23219 | Office Of The Attorney General<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 |
| Office Of The Attorney General<br>Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, Hi 96813 | Office Of The Attorney General<br>Attn: Dana Nessel<br>P.o. Box 30212<br>525 W Ottawa St<br>Lansing, Mi 48909-0212 | Office of the Attorney General<br>Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, Nd 58505-0040 |
| Office Of The Attorney General<br>345 State Capitol<br>Lincoln, Ne 68509 | Office Of The Attorney General<br>Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, Ar 72201-2610 | Office Of The Attorney General<br>Wisconsin Dept Of Justice<br>State Capital, Rm 114 E<br>P.o. Box 7857<br>Madison, Wi 53707-7857 |
| Office Of The Attorney General<br>441 4th St Nw, Ste 1100 S<br>Washington, Dc 20001 | Office Of The Attorney General<br>Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, Md 21202-2202 | Office Of The Attorney General<br>Attn: Bob Ferguson<br>1125 Washington St Se<br>P.o. Box 40100<br>Olympia, Wa 98504-0100 |
| Office Of The US Attorney<br>For The Dist Of Maryland<br>36 S Charles St, 4th Fl<br>Baltimore, Md 21201 | Perkins Coie LLP<br>Attn: David WT Daniels<br>700 13th St, NW, Ste 600<br>Washington, DC 20005 | Perkins Coie LLP<br>Attn: Sara L Chenetz<br>1888 Century Park E, Ste 1700<br>Los Angeles, CA 90067-1721 |
| Polsinelli PC<br>Attn: D Jack Blum/Mark B Joachim<br>1401 Eye St, NW, Ste 800<br>Washington, DC 20005 | Saul Ewing LLP<br>Attn: Ashley N Fellona<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | Saul Ewing LLP<br>Attn: Jeffrey C Hampton/Adam H Isenberg<br>Centre Square West<br>1500 Market St, 38th Fl<br>Philadelphia, PA 19102 |
| Saul Ewing LLP<br>Attn: Mark Minuti/Paige Topper<br>Attn: Nicholas Smargiassi<br>1201 N Market St, Ste 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | Securities & Exchange Commission<br>Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 |
| Securities & Exchange Commission<br>100 F St NE<br>Washington, DC 20549 | Simon & Schuster, LLC<br>100 Front St<br>Riverside, NJ 08075 | The Law Offices of Zvi Guttman, P.A.<br>Attn: Zvi Guttman<br>P.O. Box 32308<br>Baltimore, MD 21282 |

3813418.1

| | | |
|---|---|---|
| Titan Publishing Group Limited/Titan Comics<br>144 Southwark St<br>London, SE1 0UP<br>United Kingdom | Troutman Pepper Locke LLP<br>Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St, NW, Ste 500<br>Washington, DC 20001 | Troutman Pepper Locke LLP<br>Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 |
| Tydings & Rosenberg LLP<br>Attn: Dennis J Shaffer/Jung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | US Attorney for The District of Maryland<br>Attn: Civil Process Clerk<br>36 S Charles St, 4th Fl<br>Baltimore, MD 02120 | United States Department of Justice<br>Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 |
| US Attorney's Office<br>District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | US Trustee for the District of Delaware<br>844 N King St, Rm 2207<br>Wilmington, DE 19801 | Whiteford, Taylor & Preston L.L.P<br>Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 |
| Wilmer Cutler Pickering Hale and Dorr LLP<br>Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | Raymond James & Associates<br>Attn: Treasure/Ecm-Rmb<br>P.O. Box 23603<br>St Petersburg, FL 33742 | Raymond James & Associates, Inc.<br>880 Carillon Parkway<br>St. Petersburg, Florida 33716 |

3813418.1