**Exhibit B**

Chairperson Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered) |

**DECLARATION OF GREGORY ANDONIAN IN SUPPORT OF APPLICATION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL, EFFECTIVE AS OF JANUARY 30, 2025**

I, Gregory Andonian, of Simon & Schuster, LLC, solely in my capacity as the Chairperson of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases (the "Chapter 11 Cases"), hereby submit this declaration pursuant to 28 U.S.C. § 1746 and respectfully states as follows:

1. I am Director of Customer Financial Services at Simon & Schuster, LLC ("Simon & Schuster"), and am over the age of 21. On behalf of Simon & Schuster, I am the Chairperson of the Committee. The Committee was appointed by the Office of the United States Trustee for the District of Maryland (the "U.S. Trustee") on January 29, 2025 [D.I. 90].

2. I have read and am familiar with the contents of the *Application by the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler, LLC as Counsel, Effective as of January 30, 2025* (the "Application") filed contemporaneously herewith.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

3. This Declaration is provided pursuant to ¶ D.2 of the U.S. Trustee Guidelines.[2] I am informed by Committee counsel that the U.S. Trustee Guidelines request that any application for employment of an attorney under 11 U.S.C. §§ 327 or 1103 be accompanied by a verified statement from the client that addresses the following:

> The identity and position of the person making the verification.
>
> The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.
>
> The number of firms the client interviewed.
>
> If the billing rates are not comparable to the applicant's billing rates for other nonbankruptcy engagements and to the billing rates of other comparably skilled professionals, then the circumstances warranting the retention of that firm.
>
> The procedures the client has established to supervise the applicant's fees and expenses and to manage costs. If the procedure for the budgeting, review and approval of fees and expenses differ from those the client regularly employs in non-bankruptcy cases to supervise outside general counsel, explain how and why. In addition, describe any efforts to negotiate rates, including rates for routine matters, or in the alternative to delegate such matters to less expensive counsel.

4. On January 29, 2025, Simon & Schuster was appointed to the Committee and was subsequently elected as Chairperson of the Committee. Under the Bylaws of the Official Committee of Diamond Comic Distributors, Inc. (the "<u>Bylaws</u>"), the Chairperson of the Committee, by and through its representatives, has the authority to sign documents on behalf of, and to bind the Committee as appropriate to implement decisions of the Committee made in accordance with the Bylaws.

5. The Committee selected Lowenstein Sandler LLP as its counsel in the Chapter 11 Cases on January 30, 2025 after reviewing at least four sets of "pitch materials" provided by law

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

-2-

firms. In connection with the Committee's selection of Lowenstein Sandler as counsel, the Committee evaluated the breadth of various firms' experience and particular areas of expertise, those firms' prior history of representing committees in chapter 11 cases, and the anticipated attorneys' fees to be billed in connection with these cases.

6. The Committee selected Lowenstein Sandler as its counsel because of the firm's extensive experience and knowledge in the field of creditors' rights, business reorganizations and liquidations under chapter 11 of the Bankruptcy Code, sales processes under chapter 11 of the Bankruptcy Code, investigations on behalf of official committees of unsecured creditors, and its expertise, experience, and knowledge practicing before bankruptcy courts nationwide, and in particular, its experience with cases in the publishing industry. The Committee believes that Lowenstein Sandler is well-qualified to represent its interests in the Chapter 11 Cases.

7. Lowenstein Sandler informed the Committee that its current hourly rates are its standard hourly rates for work of this nature. Lowenstein Sandler further informed the Committee that it operates in a national and regional marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialty, the firm's expertise, performance and reputation, the nature of the work involved, and other factors. Lowenstein Sandler further informed the Committee that its hourly rates are subject to periodic adjustments to reflect economic and other conditions. Lowenstein Sandler confirmed that, while its billing rates vary from attorney to attorney based on such facts as the attorney's seniority and position with the firm (*e.g.*, partner, counsel, or associate), years of experience, and the demand for services in the attorney's particular area of expertise, the billing rates quoted to the Committee are Lowenstein Sandler's customary billing rates for representations of this type. Lowenstein Sandler will seek reimbursement of out-of-pocket disbursements and expenses.

8. The Committee recognizes that it is its responsibility to review the billing practices of its counsel to ensure that the fees and expenses paid by the Debtors' estates remain consistent with the Committee's expectations and the exigencies of the Chapter 11 Cases.

9. The Committee will review the invoices that Lowenstein Sandler submits and, together with Lowenstein Sandler, as necessary, will periodically amend any budget and staffing plans as these cases develop.

I am authorized to submit this Declaration on behalf of the Committee and, if called upon to testify, I could and would testify competently to the facts set forth herein.

Dated: February 21, 2025

Respectfully submitted,

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DIAMOND COMIC DISTRIBUTORS, INC,** *ET AL.*

By: _____

Gregory Andonian of Simon & Schuster, LLC, solely in his capacity as the Chairperson of the Official Committee of Unsecured Creditors and not in his personal capacity or any other capacity