**Exhibit A**
**(Shaffer Declaration)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF DISINTERESTEDNESS**
**PURSUANT TO BANKRUPTCY RULE 2014**

I, Dennis J. Shaffer, state as follows:

1. I am over eighteen years of age and am competent to testify and have personal knowledge of the facts stated herein.

2. I am a partner of the law firm of Tydings & Rosenberg LLP ("T&R").

3. I am in all respects competent to make this Declaration (the "Declaration") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of the above captioned debtors and debtors in possession (collectively, the "Debtors") to retain T&R as its local bankruptcy counsel, effective as of January 31, 2025, and in compliance with sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rule 2016-1.

4. The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6320025.2

5. Other than as set forth above, neither I nor T&R has any other connection with the Debtors, their creditors, any other party in interest, their respective attorneys and accountants, or any other connection with the United States Trustee, or any person employed in the Office of the United States Trustee.

6. Neither I nor T&R holds or represents any interest adverse to the Debtors' bankruptcy estates.

7. All fees and out-of-pocket expenses approved by this Court shall be paid to T&R.

8. There is no agreement by T&R to share any compensation received in connection with these bankruptcy cases with any other person or entity.

9. The Committee proposes that T&R be paid, subject to the approval of this Court, hourly rates as follows: $600 - $625 per hour for partners, $325 - $350 per hour for associates, and $200 - $260 per hour for paralegals, and that T&R be reimbursed for its actual, necessary and reasonable expenses incurred consistent with the Compensation Guidelines appended to the Local Bankruptcy Rules and Bankruptcy Code, and any applicable order of the Court. The hourly rates of the attorneys primarily responsible for this engagement are:

    (a) Dennis J. Shaffer: $625

    (b) Stephen B. Gerald: $600

    (c) Richard Costella: $600

    (d) Jung Lee: $350

10. The hourly charges for the attorneys and legal assistants who will render services to the Committee are based upon the experience and expertise of the attorney or legal assistant involved. T&R adjusts its hourly rates annually and will notify all parties in interest of any adjustments in its hourly rates. Pursuant to Bankruptcy Rule 2014, T&R will file and serve a supplemental

declaration setting forth any additional material information relating to its employment promptly after learning of any such material information.

11. T&R will maintain detailed, contemporaneous records of time and any necessary costs and expenses incurred in connection with providing legal services to the Committee in these bankruptcy cases.

12. The professional services which T&R will render to the Committee include, without limitation, the following:

    a. Advising the Committee with respect to its rights, duties, and powers;

    b. Reviewing the Debtors' motions and applications to ensure they comply with the Local Rules and local practices and procedures;

    c. In conjunction with Lowenstein Sandler LLP ("Lowenstein") Drafting, and reviewing with attention to the Local Rules, pleadings, applications, and appropriate responses and/or objections;

    d. Analyzing any chapter 11 plan(s) filed in these chapter 11 cases;

    e. Representing the Committee, along with Lowenstein, the Committee's proposed lead counsel, in hearings and proceedings;

    f. Representing the Committee, along with Lowenstein, in collateral litigation before this Court and other courts; and

    g. Performing such other legal services as may be required or in the best interests of the Committee in accordance with the powers and duties of the Committee.

13. T&R will attempt to minimize any duplication of effort between it and Lowenstein in their representation of the Committee.

14. Consistent with Part D(1) of the U.S. Trustee Guidelines, I state as follows:

| Questions required by Part D(1) of U.S. Trustee Guidelines | Answer |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | T&R did not represent the Committee prepetition. |
| Has your client approved your respective budget and staffing plan, and if so, for what budget period? | T&R expects to develop a budget and staffing plan to reasonably comply with the U.S. Trustee Guidelines for the duration of the engagement for the postpetition period. The Committee has approved T&R's proposed hourly billing rates. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflected changed or unanticipated developments. |

15. T&R has conducted a search of its conflict database with respect to the Committee and the list of parties in interest and potential parties in interest in these chapter 11 cases. The scope of that conflicts search is set forth on the attached **Schedule 1** and the results of the conflicts search are set forth on the attached **Schedule 2** to this Declaration. Based on the results of the conflicts search, T&R has informed the Committee that, except as may be set forth in this Declaration, T&R does not hold or represent any interest adverse to the Committee within the meaning of section 101(14) of the Bankruptcy Code.

16. T&R has also informed the Committee that it will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new material facts or relationships are discovered or arise, T&R will supplement its disclosure to the Court.

6320025.2

4

17. By reason of the foregoing, I believe that T&R is eligible for retention and employment as bankruptcy counsel for the Committee pursuant to sections 328(a) and 1103 of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Bankruptcy Rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:  February 24, 2025

/s/ *Dennis J. Shaffer*
Dennis J. Shaffer (Fed. Bar No. 25680)
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone: (410) 752-9700
Fax: (410) 727-5460
Email: dshaffer@tydings.com

6320025.2

5

**Schedule 1**

**LIST OF POTENTIAL PARTIES IN INTEREST**

**Debtors**
Comic Exporters, Inc.
Comic Holdings, Inc.
Diamond Comic Distributors, Inc.
Diamond Select Toys & Collectibles, LLC

**Non-Debtor Affiliates**
Armory Game Distributors, Inc.
Diamond Comic Distributors UK
Diamond International Galleries, Inc.
DST Investments, LLC
E. Gerber Products, LLC
Game Consolidators, LLC
Gemstone Publishing, Inc.
Mamanook I, LLC
Mid-Atlantic Loan Acquisition I, LLC
Renegade Games, LLC
Rosebud Entertainment LLC
Stephen A. Geppi Irrevocable Trust
Stephen A. Geppi Revocable Trust

**Officers/Directors**
Bradley E. Scher
Charlie Tyson
Christopher Powell
Chuck Parker
Chuck Terceira
Daniel Hirsh
Katherine Govier
Larry R. Swanson
Robert Gorin
Sean Meadows
Timothy Lenaghan

**Equity Holders**
Melinda C. Geppi
SG Resource LLC
Stephen A. Geppi

**Debtor Professionals**
Getzler Henrich & Associates LLC
Raymond James & Associates, Inc.

6320025.2

Saul Ewing LLP
Stephenson Harwood LLP

**Banks / Secured Creditors**
Bank of Montreal
JPMorgan Chase Bank, N.A.

**License Agreement Parties**
All Elite Wrestling LLC
Bruce Lee LLC
Dammage 7, Inc.
Disney Consumer Products, Inc.
Dork Storm Press LLC
Evolution USA LLC
Fox Entertainment Group LLC
Hasbro, Inc.
IMG Worldwide Holdings, LLC
International Merchandising Corporation
Legendary Licensing LLC
Lions Gate Entertainment Corporation
Marvel Brands LLC
Netflix CPX LLC
Paramount Global
SEGA of America, Inc.
Skybound LLC
Sony Pictures Consumer Products Inc.
Synthesis Entertainment Inc.
The Green Hornet, Inc.
Toho Co., Ltd.
Warner Bros. Consumer Products Inc.

**Landlords**
BCI IV Memphis Dc LLC
Big Box Property Owner E, LLC
BNC Strategic Capital Ventures, LLC
MDH F2 Bal Beltway North, LLC
Phoenix Fort Wayne, LLC
PW Fund B LP
Realbat Inc.
Rock Lease Administration
SFV York Road, LLC

**Key Customers**
2428392, Inc. dba FYE
Amazon.com, Inc.
Animextreme Inc.
Baker & Taylor Books, Inc.
Barnes & Noble, Inc.
Booktopia Direct Pty Ltd (Air)
Booktopia Pty Ltd
Boom Entertainment, Inc.
BZVirtual LLC
Chaos Pop Pty Ltd
Comics-N-Stuff
Cosmic Comics, Inc.
DCBS, Inc.
Diamond Select Toys & Collectibles, LLC
Distribution Universe, Inc.
Dorksidetoys, Inc.
Dynamic Entertainment, LLC
Electronics Boutique Canada, Inc.
Entertainment Earth, Inc.
Harrison's Comics & Collectibles, Inc.
Heathside Trading Ltd
HEO GmbH
Idea and Design Works, LLC
Image Comics, Inc.
Indigo Books and Music, Inc.
Indy Comics LLC
Ingram Book Group LLC
Kadokawa World Entertainment, Inc.
Kaiba Corporation
Kieren Consulting, LLC
Lone Star Comics, Inc.
Malta Comics & Collectibles, Inc.
Marvel Entertainment, LLC
Replay Toys LLC
Rosebud Entertainment LLC
Source Point Press, LLC
Sure Thing Sales LLC
Terminal Distribuzione S.R.L.
The Marmaxx Group, Inc.
The Westfield Company, Inc.
THG OnDemand Limited
Things From Another World, Inc.
Torpedo Comics Vintage & Trade, Inc.
Valiant Entertainment, LLC
Walgreen Co.

**Unsecured Creditors Committee**
Little Budy Toys, LLC
Simon & Schuster, LLC
Titan Publishing Group Ltd.

**UCC Professionals**
Lowenstein Sandler LLP
Tydings & Rosenberg LLP

**Other Professionals**
Locke Lord LLP

**Suppliers/Vendors**
3D Systems Corporation
Aftershock Comics, LLC
Ara, Inc.
Arcane Tinmen ApS
Bandai Co., Ltd.
Blueyonder, Inc.
Boom Entertainment, Inc.
Deferred Trx
Dstlry Media, Inc.
Dynamic Forces, Inc.
Funko LLC
Good Smile Company, Inc.
Hachette Book Group USA, Inc.
Hasbro Toy Group, Inc.
Image Comics, Inc.
Integrated Connection LLC
National Entertainment Collectibles Association, Inc. (NECA)
Oni-Lion Forge Publishing Group, LLC
Paizo Inc.
Penguin Random House LLC
Ravensburger North America, Inc.
Reynolds Advanced Materials US, Inc.
Square Enix, Inc.
The Pokémon Company International, Inc.
Titan Publishing Group Ltd.
TMP International, Inc.
Udon Entertainment Inc.
Ultra Pro International, LLC
United Parcel Service, Inc. (UPS)
Viz Media, LLC
Wizards of the Coast, LLC

**Other**
Aetna Inc.
American Express Company
Ara, Inc.
Authorize.Net LLC
Automatic Data Processing, Inc.
Cigna Corporation
Davis Vision, Inc.
Elective Staffing Midsouth LLC
ETS, Inc
Express Services, Inc.
Joshua M. Geppi
Kevin Kobbe
Luminaire Health Benefits, Inc.
Paymentech, LLC
PayPal Holdings, Inc
PaySimple, Inc.
Randstad North America, Inc.
The Hartford Financial Services Group, Inc.
The Tailored Staff, LLC
United States Customs & Border Protection
Xceeding Partnership Solutions LLC

**Office of the United States Trustee – Region 4 District of Maryland (Baltimore Division)**
Amy C. Busch
Christina Schruefer
Danielle Brown
Denise Bachman
Gerard R. Vetter
Hugh M. Bernstein
Jeffrey Heck
Katherine A. Levin
Matthew W. Cheney
Omnia A. Shedid
Tony Pika

**Judges in the U.S. Bankruptcy Court for the District of Maryland**
Chief Judge David E. Rice
Judge Lori S. Simpson
Judge Maria Ellena Chavez-Ruark
Judge Michelle M. Harner
Judge Nancy V. Alquist
Judge Thomas J. Catliota

**Schedule 2**

**[none]**

6320025.2