**Exhibit B**
**(Committee Declaration)**

6320025.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF GREGORY ANDONIAN IN SUPPORT OF
APPLICATION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR AUTHORITY TO EMPLOY
TYDINGS & ROSENBERG LLP, AS LOCAL COUNSEL,
EFFECTIVE AS OF JANUARY 31, 2025**

I, Gregory Andonian, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a representative of Simon & Schuster LLC, a member of the Official Committee of Unsecured Creditors (the "Committee") of Diamond Comic Distributors, Inc. and certain of its affiliates that are debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases").

2. I am authorized to make this declaration in support of the Committee's application (the "Application") seeking authorization to retain Tydings & Rosenberg LLP ("T&R") as its local counsel pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Except as otherwise noted, I have personal knowledge as to all the information set forth below.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6320025.2

3. This declaration is provided pursuant to the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "<u>Revised UST Guidelines</u>"). Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by T&R.

4. I am informed by counsel that Paragraph D.2 of the Revised UST Guidelines suggests that any application for employment of an attorney under 11 U.S.C. §§ 327 or 1103 be accompanied by a verified statement from the client that addresses the following:

   a. The identity and position of the person making the verification. The person ordinarily should be the general counsel of the debtor or another officer responsible for supervising outside counsel and monitoring and controlling legal costs

   b. The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

   c. The number of firms the client interviewed.

   d. If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, the circumstances warranting the retention of that firm.

   e. The procedures the client has established to supervise the applicant's fees and expenses and to manage costs. If the procedure for the budgeting, review and approval of fees and expenses differ from those the client regularly employs in non-bankruptcy cases to supervise outside general counsel, explain how and why. In addition, describe any efforts to negotiate rates including rates for routine matters, or in the alternative to delegate such matters to less expensive counsel.

**Identity of Declarant**

5. On January 29, 2025, pursuant to section 1102(a)(1) of the Bankruptcy Code, the Office of the United States Trustee for the District of Maryland appointed the Committee. Also,

on January 29, 2025, the Committee selected Gregory Andonian to serve as Chairperson of the Committee.

6.   As a member of the Committee, I was directly involved in the Committee's decision to retain T&R, and actively participated in negotiating the terms of T&R's employment together with the other members of the Committee.

### Steps Taken to Ensure the Comparability of Engagement Terms

7.   T&R has informed the Committee that its rates for bankruptcy representations are comparable to the rates T&R charges for non-bankruptcy representations, and that T&R endeavors to set its hourly rates for attorneys and paraprofessionals at levels competitive to those charged by peer firms.

8.   Following its formation, the Committee reviewed at least four sets of "pitch materials" provided by law firms seeking to represent the Committee as bankruptcy counsel in these Chapter 11 Cases. The Committee found Lowenstein Sandler LLP to be qualified as lead counsel for the present engagement, and T&R to be qualified as local counsel for the present engagement. As described in the Application, the Committee selected T&R as its local counsel because of its extensive experience representing committees and other parties in chapter 11 proceedings, as well as its knowledge and expertise in the fields of, inter alia, debtors' and creditors' rights and bankruptcy. In addition, several of the attorneys at T&R are members in good standing of the Bar of the Supreme Court of Maryland and regularly practice before this Court. Therefore, it is the Committee's opinion that T&R is well qualified to represent and assist the Committee in performing its duties in the Chapter 11 Cases.

### Rate Structure

9.   T&R has informed the Committee that its hourly rates are subject to periodic

adjustments (typically on or about January 1 of each year) to reflect economic and other conditions.

10. The Committee recognizes that it is its responsibility to review the billing practices of its counsel to ensure that the fees and expenses paid by the Debtors' estates remain consistent with the Committee's expectations, and the Committee will review the invoices that T&R submits and amend any budget and staffing plans as these cases develop.

11. By virtue of the foregoing, and for the reasons set forth in the Application and the Shaffer Declaration in support thereof, the Committee believes that T&R is well qualified to represent the Committee in the Chapter 11 Cases as local counsel and seeks entry of an Order in the form attached to the Application authorizing the Committee to retain T&R effective as of January 31, 2025, in accordance with the terms set forth in the Application.

12. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2025

                                                  The Official Committee of Unsecured Creditors of Diamond Comic Distributors, Inc., *et al.*

By: _____

Gregory Andonian of Simon & Schuster, LLC, solely in his capacity as the Chairperson of the Official Committee of Unsecured Creditors and not in his personal capacity or any other capacity

6320025.2