| | | |
|---|---|---|
| **Diamond Comic Distributors Inc., et al.,**<br>25-10308 (DER)<br>02/21/25 | Cole Schotz P.C.<br>Attn: Gary H Leibowitz/HC Jones III<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | Delaware State Treasury<br>820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 |
| DLA Piper LLP (US)<br>Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Klestadt Winters Jureller Southard & Stevens, LLP<br>Attn: Ian R Winters/Stephanie R Sweeney<br>Attn: Andrew C Brown<br>200 W 41st St, 17th Fl<br>New York, NY 10036-7023 |
| Little Buddy Toys, LLC<br>270 E Palais Rd<br>Anaheim, CA 92805 | Lowenstein Sandler LLP<br>Attn: Bruce S Nathan/Gianfranco Finizio<br>Attn: Chelsea R Frankel<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | Lowenstein Sandler LLP.<br>Attn: Michael Papandrea<br>1 Lowenstein Dr<br>Roseland, NJ 07068 |
| Office Of The Attorney General<br>Attn: Kris Kobach<br>120 Sw 10th Ave, 2nd Fl<br>Topeka, Ks 66612-1597 | Office Of The Attorney General<br>Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, Ca 95814 | Office of the Attorney General<br>Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 |
| Office Of The Attorney General<br>Attn: Peter F Neronha<br>150 S Main St<br>Providence, Ri 02903 | Office Of The Attorney General<br>Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, Mo 63703 | Office Of The Attorney General<br>Attn: Gentner Drummond<br>313 Ne 21st St<br>Oklahoma City, Ok 73105 |
| Office Of The Attorney General<br>Attn: Chris Carr<br>40 Capital Sq Sw<br>Atlanta, Ga 30334-1300 | Office Of The Attorney General<br>400 6th St NW<br>Washington, Dc 20001 | Office Of The Attorney General<br>Attn: Brian Schwalb<br>400 6th St Nw<br>Washington, Dc 20001 |
| Office Of The Attorney General<br>Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, Tn 37243 | Office Of The Attorney General<br>Walter Sillers<br>Bldg 550 High St, Ste 1200<br>Jackson, Ms 39201 | Office Of The Attorney General<br>Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, Mo 64106 |
| Office Of The Attorney General.<br>Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, Mo 63101 | Office Of The Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, Ca 94102-7004 | Office Of The Attorney General<br>Attn: Ken Paxton<br>Capital Station<br>P.o. Box 12548<br>Austin, Tx 78711-2548 |
| Office Of The Attorney General<br>601 S University Ave<br>Carbondale, Il 62901 | Office Of The Attorney General.<br>Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, Ky 40601 | Office Of The Attorney General<br>Attn: Josh Stein<br>Dept Of Justice<br>P.o. Box 629<br>Raleigh, Nc 27602-0629 |
| Office Of The Attorney General<br>Attn: Lynn Fitch<br>Dept Of Justice<br>P.o. Box 220<br>Jackson, Ms 39205 | Office of the Attorney General<br>Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | Office Of The Attorney General<br>State Of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.o. Box 300152<br>Montgomery, Al 36130-0152 |

3813418.1

Office Of The Attorney General
Attn: Kwame Raoul
James R Thompson Ctr
100 W Randolph St
Chicago, Il 60601

Office Of The Attorney General
Attn: Herbert H Slattery, Iii
P.o. Box 20207
Nashville, Tn 37202-0207

Office Of The Attorney General
AZ Ag Office – Css
P.o. Box 6123, Md  7611
Phoenix, Az 85005-6123

Office Of The Attorney General
Supreme Court Bldg
P.o. Box 899
Jefferson City, Mo 65102

Office Of The Attorney General
Attn: Domingo Emanuelli Hernandez
P.o. Box 9020192
San Juan, Pr 00902-0192

Office of the Attorney General.
Attn: Jeff Landry
P.O. Box 94095
Baton Rouge, LA 70804-4095

Office Of The Attorney General
California Dept Of Justice
P.o. Box 944255
Sacramento, Ca 94244-2550

Office of the Attorney General
Attn: Hector Balderas
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Office Of The Attorney General
Attn: Phil Weiser
Ralph L Carr Colorado Judicial Ctr
1300 Broadway, 10th Fl
Denver, Co 80203

Office Of The Attorney General
Attn: Alan Wilson
Rembert D Dennis Office Bldg
P.o. Box 11549
Columbia, Sc 29211-1549

Office Of The Attorney General
\Attn: Mathew J Platkin
Richard J Hughes Justice Complex
25 Market St
P.o. Box 080
Trenton, Nj 08625

Office Of The Attorney General
800 5th Ave, Ste 2000
Seattle, Wa 98104

Office Of The Attorney General
500 S 2nd St
Springfield, Il 62701

Office Of The Attorney General
Attn: Keith Ellison
State Capital
75 Dr Martin Luther King Jr Blvd, Ste 102
St Paul, Mn 55155

Office Of The Attorney General
Attn: Patrick Morrisey
State Capitol
1900 Kanawha Blvd E
Charleston, Wv 25305

Office of the Attorney General
Attn: Bridget Hill
State Capitol Bldg
Cheyenne, WY  82002

Office of the Attorney General
Attn: Aaron Frey
State House, Stn 6
Augusta, Me 04333

Office of the Attorney General
Attn: Dave Yost
State Office Tower
30 E Broad St
Columbus, Oh 43266-0410

Office of the Attorney General
Attn: Andrew Bailey
Supreme Court Bldg
207 W High St
Jefferson City, Mo 65101

Office of the Attorney General
Attn: Michelle A Henry
Strawberry Sq, 16th Fl
Harrisburg, PA 17120

Office of the Attorney General
Attn: Ashley Moody
The Capital, Pl 01
Tallahassee, Fl 32399-1050

Office of the Attorney General
Attn: Aaron D Ford
Old Supreme Court Bldg
100 N Carson St
Carson City, NV 89701

Office of the Attorney General
Attn: Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

3813418.1

Office of the Attorney General
Attn: Kathy Jennings
Carvel State Office Bldg
820 N French St
Wilmington, DE 19801

Office Of The Attorney General
Attn: John Formella
33 Capitol St
Concord, Nh 03301

Office Of The Attorney General
Attn: Ellen F Rosenblum
Justice Bldg
1162 Court St Ne
Salem, Or 97301

Office Of The Attorney General
Attn: Raúl Labrador
700 W Jefferson St, Ste 210
P.O. Box 83720
Boise, ID 83720-1000

Office Of The Attorney General
Attn: Sean Reyes
State Capitol, Rm 236
Salt Lake City, UT 84114-0810

Office Of The Attorney General
Attn: Todd Rokita
Indiana Govt Ctr S
302 W Washington St, 5th Fl
Indianapolis, In 46204

Office Of The Attorney General
Attn: Brenna Bird Hoover
State Office Bldg
1305 E Walnut
Des Moines, Ia 50319

Office Of The Attorney General
Attn: Jason Miyares
202 N 9th St
Richmond, Va 23219

Office Of The Attorney General
Justice Bldg, 3rd Fl
215 N Sanders
Helena, MT 59620-1401

Office Of The Attorney General
Attn: Anne E Lopez
425 Queen St
Honolulu, Hi 96813

Office Of The Attorney General
Attn: Dana Nessel
P.o. Box 30212
525 W Ottawa St
Lansing, Mi 48909-0212

Office of the Attorney General
Attn: Drew Wrigley
State Capital
600 E Boulevard Ave
Bismarck, Nd 58505-0040

Office Of The Attorney General
345 State Capitol
Lincoln, Ne 68509

Office Of The Attorney General
Attn: Tim Griffin
323 Center St, Ste 200
Little Rock, Ar 72201-2610

Office Of The Attorney General
Wisconsin Dept Of Justice
State Capital, Rm 114 E
P.o. Box 7857
Madison, Wi 53707-7857

Office Of The Attorney General
441 4th St Nw, Ste 1100 S
Washington, Dc 20001

Office Of The Attorney General
Attn: Anthony G Brown
200 St Paul Pl
Baltimore, Md 21202-2202

Office Of The Attorney General
Attn: Bob Ferguson
1125 Washington St Se
P.o. Box 40100
Olympia, Wa 98504-0100

Office Of The US Attorney
For The Dist Of Maryland
36 S Charles St, 4th Fl
Baltimore, Md 21201

Perkins Coie LLP
Attn: David WT Daniels
700 13th St, NW, Ste 600
Washington, DC 20005

Perkins Coie LLP
Attn: Sara L Chenetz
1888 Century Park E, Ste 1700
Los Angeles, CA 90067-1721

Polsinelli PC
Attn: D Jack Blum/Mark B Joachim
1401 Eye St, NW, Ste 800
Washington, DC 20005

Saul Ewing LLP
Attn: Ashley N Fellona
1001 Fleet St, 9th Fl
Baltimore, MD 21202

Saul Ewing LLP
Attn: Jeffrey C Hampton/Adam H Isenberg
Centre Square West
1500 Market St, 38th Fl
Philadelphia, PA 19102

Saul Ewing LLP
Attn: Mark Minuti/Paige Topper
Attn: Nicholas Smargiassi
1201 N Market St, Ste 2300
P.O. Box 1266
Wilmington, DE 19899

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19904

Securities & Exchange Commission
Attn: Antonia Apps, Regional Director
100 Pearl St, Ste 20-100
New York, NY 10004-2616

Securities & Exchange Commission
100 F St NE
Washington, DC 20549

Simon & Schuster, LLC
100 Front St
Riverside, NJ 08075

The Law Offices of Zvi Guttman, P.A.
Attn: Zvi Guttman
P.O. Box 32308
Baltimore, MD 21282

3813418.1

| | | |
|---|---|---|
| Titan Publishing Group Limited/Titan Comics<br>144 Southwark St<br>London, SE1 0UP<br>United Kingdom | Troutman Pepper Locke LLP<br>Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St, NW, Ste 500<br>Washington, DC 20001 | Troutman Pepper Locke LLP<br>Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 |
| Tydings & Rosenberg LLP<br>Attn: Dennis J Shaffer/Jung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | US Attorney for The District of Maryland<br>Attn: Civil Process Clerk<br>36 S Charles St, 4th Fl<br>Baltimore, MD 02120 | United States Department of Justice<br>Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 |
| US Attorney's Office<br>District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | US Trustee for the District of Delaware<br>844 N King St, Rm 2207<br>Wilmington, DE 19801 | Whiteford, Taylor & Preston L.L.P<br>Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 |
| Wilmer Cutler Pickering Hale and Dorr LLP<br>Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | Raymond James & Associates<br>Attn: Treasure/Ecm-Rmb<br>P.O. Box 23603<br>St Petersburg, FL 33742 | Raymond James & Associates, Inc.<br>880 Carillon Parkway<br>St. Petersburg, Florida 33716 |

3813418.1