IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 106** |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SAUL EWING LLP AS BANKRUPTCY COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

The undersigned proposed counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On February 5, 2025, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Saul Ewing LLP as Bankruptcy Counsel to the Debtors Effective as of the Petition Date* [D.I. 106] (the "Application").

2. Pursuant to the Application, objections to the Application were to be filed on or before February 19, 2025 (the "Objection Deadline"). The Debtors agreed to extend the Objection Deadline for the Office of the United States Trustee through February 25, 2025.

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or filed on the Court's docket.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55151401.2

4. Accordingly, pursuant to rule 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the undersigned proposed counsel to the Debtors respectfully requests that the Court enter the proposed order attached to the Application as <u>Exhibit A</u> at its earliest convenience.

Dated: February 27, 2025

**SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
           adam.isenberg@saul.com
           turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
           paige.topper@saul.com
           nicholas.smargiassi@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*

55151401.2