IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 140** |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION TO REJECT AGREEMENT WITH JANNEY MONTGOMERY SCOTT LLC, EFFECTIVE AS OF THE PETITION DATE**

The undersigned proposed counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On February 12, 2025, the Debtors filed the *Debtors' Motion to Reject Agreement with Janney Montgomery Scott, LLC, Effective as of the Petition Date* [D.I. 140] (the "Motion").

2. Pursuant to the Motion, objections to the Motion were to be filed on or before February 26, 2025 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or filed on the Court's docket.

4. Accordingly, pursuant to rule 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the undersigned proposed counsel to

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55151401.2

the Debtors respectfully requests that the Court enter the proposed order attached to the Motion as Exhibit A at its earliest convenience.

Dated: February 27, 2025  **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
       paige.topper@saul.com
       nicholas.smargiassi@saul.com

*Proposed Counsel for Debtors and Debtors in Possession*

2

55151401.2