# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Sierra Aust, am employed in the county of Los Angeles, State of California. I hereby certify that on February 19, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 160]**

Dated: February 27, 2025

_____
Sierra Aust
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 27ᵗʰ day of February, 2025, by Sierra Aust, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Cole Schotz P.C. | Attn: Gary H Leibowitz/HC Jones III<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | gleibowitz@coleschotz.com<br>hjones@coleschotz.com | Email |
| Governmental Agencies | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | First Class Mail |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | kevin.kobbe@us.dlapiper.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel to NECA LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R Winters/Stephanie R Sweeney<br>Attn: Andrew C Brown<br>200 W 41st St, 17th Fl<br>New York, NY 10036-7023 | abrown@klestadt.com;<br>iwinters@klestadt.com;<br>ssweeney@klestadt.com | Email |
| Official Committee of Unsecured Creditors | Little Buddy Toys, LLC | 270 E Palais Rd<br>Anaheim, CA 92805 | | First Class Mail |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Bruce S Nathan/Gianfranco Finizio<br>Attn: Chelsea R Frankel<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | bnathan@lowenstein.com;<br>cfrankel@lowenstein.com;<br>gfinizio@lowenstein.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Michael Papandrea<br>1 Lowenstein Dr<br>Roseland, NJ 07068 | mpapandrea@lowenstein.com | Email |
| Attorney General | Office Of The Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, Co 80203 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, Il 60601 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, Ky 40601 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, Mn 55155 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, Mo 65101 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Lynn Fitch<br>Dept Of Justice<br>P.o. Box 220 Jackson, Ms 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, Wv 25305 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, Ca 95814 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.o. Box 080<br>Trenton, Nj 08625 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Herbert H Slattery, Iii<br>P.o. Box 20207<br>Nashville, Tn 37202-0207 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, Oh 43266-0410 | | First Class Mail |
| Attorney General | Office Of The Attorney General | AZ Ag Office – Css<br>P.o. Box 6123, Md  7611<br>Phoenix, Az 85005-6123 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, Ca 94102-7004 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, Mo 64106 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Supreme Court Bldg<br>P.o. Box 899<br>Jefferson City, Mo 65102 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Gentner Drummond<br>313 Ne 21st St<br>Oklahoma City, Ok 73105 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Stein<br>Dept Of Justice<br>P.o. Box 629<br>Raleigh, Nc 27602-0629 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.o. Box 11549<br>Columbia, Sc 29211-1549 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.o. Box 12548<br>Austin, Tx 78711-2548 | | First Class Mail |
| Attorney General | Office Of The Attorney General | State Of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.o. Box 300152<br>Montgomery, Al 36130-0152 | | First Class Mail |
| Attorney General | Office Of The Attorney General | California Dept Of Justice<br>P.o. Box 944255<br>Sacramento, Ca 94244-2550 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ashley Moody<br>The Capital, Pl 01<br>Tallahassee, Fl 32399-1050 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Chris Carr<br>40 Capital Sq Sw<br>Atlanta, Ga 30334-1300 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Kris Kobach<br>120 Sw 10th Ave, 2nd Fl<br>Topeka, Ks 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.o. Box 9020192<br>San Juan, Pr 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Kaul<br>Wisconsin Dept Of Justice<br>State Capital, Rm 114 E<br>P.o. Box 7857<br>Madison, Wi 53707-7857 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Walter Sillers<br>Bldg 550 High St, Ste 1200<br>Jackson, Ms 39201 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, Ri 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY  82002 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 601 S University Ave<br>Carbondale, Il 62901 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, Me 04333 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 500 S 2nd St<br>Springfield, Il 62701 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, Mo 63101 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Brian Schwalb<br>400 6th St Nw<br>Washington, Dc 20001 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, Mo 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 800 5th Ave, Ste 2000<br>Seattle, Wa 98104 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, Tn 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, Az 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.o. Box 98920<br>Lincoln, Ne 68509-8920 | ago.info.help@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, Vt 05609-1001 | ago.info@vermont.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, Ma 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, Ma 01608 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, Ma 01103 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, Ak 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, Ct 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, Nh 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St Ne<br>Salem, Or 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, In 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Brenna Bird Hoover<br>State Office Bldg<br>1305 E Walnut<br>Des Moines, Ia 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, Va 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, Hi 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Dana Nessel<br>P.o. Box 30212<br>525 W Ottawa St<br>Lansing, Mi 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, Nd 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office Of The Attorney General | 345 State Capitol<br>Lincoln, Ne 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, Ar 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office Of The Attorney General | 441 4th St Nw, Ste 1100 S<br>Washington, Dc 20001 | oag@dc.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, Md 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Bob Ferguson<br>1125 Washington St Se<br>P.o. Box 40100<br>Olympia, Wa 98504-0100 | serviceATG@atg.wa.gov | Email |
| US Attorney's Office | Office Of The Us Attorney | For The Dist Of Maryland<br>36 S Charles St, 4th Fl<br>Baltimore, Md 21201 | | First Class Mail |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: David WT Daniels<br>700 13th St, NW, Ste 600<br>Washington, DC 20005 | DDaniels@perknscoie.com | Email |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: Sara L Chenetz<br>1888 Century Park E, Ste 1700<br>Los Angeles, CA 90067-1721 | SChenetz@perkinscoie.com | Email |
| *NOA - Counsel for Basic Fun, Inc. | Polsinelli PC | Attn: D Jack Blum/Mark B Joachim<br>1401 Eye St, NW, Ste 800<br>Washington, DC 20005 | jack.blum@polsinelli.com;<br>mjoachim@polsinelli.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Ropers Majeski | Attn: Steven G Polard<br>801 S Figueroa St, Ste 2100<br>Los Angeles, CA 90017 | steven.polard@ropers.com | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Jeffrey C Hampton/Adam H Isenberg<br>Centre Square West<br>1500 Market St, 38th Fl<br>Philadelphia, PA 19102 | adam.isenberg@saul.com;<br>jeffrey.hampton@saul.com | Email |
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | Attn: Ashley N Fellona<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | ashley.fellona@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Mark Minuti/Paige Topper<br>Attn: Nicholas Smargiassi<br>1201 N Market St, Ste 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | paige.topper@saul.com;<br>mark.minuti@saul.com;<br>nicholas.smargiassi@saul.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| Official Committee of Unsecured Creditors | Simon & Schuster, LLC | 100 Front St<br>Riverside, NJ 08075 | | First Class Mail |
| Official Committee of Unsecured Creditors | Titan Publishing Group Limited/Titan Comics | 144 Southwark St<br>London, SE1 0UP<br>United Kingdom | | First Class Mail |
| *NOA - TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 | David.Ruediger@troutman.com;<br>Katherine.Culbertson@troutman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St, NW, Ste 500<br>Washington, DC 20001 | Indira.Sharma@troutman.com;<br>Jonathan.Young@troutman.com;<br>Toyja.Kelley@troutman.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Dennis J Shaffer/Yung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | dshaffer@tydings.com;<br>jlee@tydings.com;<br>sgerald@tydings.com | Email |
| *NOA - Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Richard L Costella Esquire<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | rcostella@tydings.com | Email |
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 | hugh.m.bernstein@usdoj.gov | Email |
| US Attorney's Office | US Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |
| US Trustee | US Trustee for the District of Delaware | 844 N King St, Rm 2207<br>Wilmington, DE 19801 | | First Class Mail |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 | bstrickland@whitefordlaw.com | Email |
| *NOA - Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | andrew.goldman@wilmerhale.com;<br>benjamin.loveland@wilmerhale.com | Email |

# **EXHIBIT B**

Exhibit B
Service List

| Creditor | Address | | | | | | Method of Service |
|---|---|---|---|---|---|---|---|
| 12 Gauge Comics | Attn: Keven Gardner | 3201 Johnson St | Pelham, AL 35214 | | | | First Class Mail |
| 207 Redco LLC | 465 E Locust St | P.O. Box 98 | Dallastown, PA 17313 | | | | First Class Mail |
| 207 Redco LLC | Attn: Glen Rexroth | 465 E Locust St | P.O. Box 98 | Dallastown, PA 17313 | | | First Class Mail |
| 2428392, Inc Fye | 38 Corporate Cir | Albany, NY 12203 | | | | | First Class Mail |
| 3D Systems, Inc | 333 Three D Systems Cir | Rock Hill, SC 29730 | | | | | First Class Mail |
| 74850, Inc | c/o IMG Worldwide, LLC | 304 Park Ave S | New York, NY 10010 | | | | First Class Mail |
| A Wave Blue World | Attn: Tyler Chin-Tanner | 399 West St | New York, NY 10014 | | | | First Class Mail |
| Ablaze, LLC | Attn: Rich Young | 11222 SE Main St, Ste 22906 | Priland, OR 97269 | | | | First Class Mail |
| Abstract Studio, Inc | Attn: Terry Moore | 5311 Kirby Dr, Ste 102 | Houston, TX 77005 | | | | First Class Mail |
| Accesslbe Ltd | Derech Menachem Begin 52 | Tel Aviv, 5120149 | Israel | | | | First Class Mail |
| Action Lab Entertainment | Attn: Chad Cicconi | 306 Bridlewood Ct | Canonsburg PA 15317 | | | | First Class Mail |
| Advance Business Systems & Supply Co | 10755 York Rd | Cockeysville, MD 21030 | | | | | First Class Mail |
| Aftershock Comics | Attn: Jon Kramer | 15300 Ventura Blvd, Ste 507 | Sherman Oaks, CA 91403 | | | | First Class Mail |
| Agility Recovery | 1225 17th St, Unit 2000 | Denver, CO 80202 | | | | | First Class Mail |
| Ahoy Comics | Attn: Hart Seely | 101 Enderberry Cir | Syracuse, NY 13224 | | | | First Class Mail |
| AlarmTec Systems of Memphis, LLC | 2035 Fletcher Creek Dr, Ste 102 | Memphis, TN 38133 | | | | | First Class Mail |
| Albatross-Funnybooks | 2701 A Meadow Rose Dr | Nashville, TN 37206 | | | | | First Class Mail |
| Alien Books | 1 N 4th Pl, Ste 24 J | Brooklyn, NY 11249 | | | | | First Class Mail |
| Amar Chitra Katha Private Limited | Attn: NK Krishnanand | 5017-20 5th Fl, 1 Aerocity NIBR Corporate Park | Andheri-Kurla Rd, Safed Pool, Shivaji Nagar | Saki Naka, Mumbai 400072 | India | | First Class Mail |
| Amazon | 440 Terry Ave N | Seattle, WA 98109 | | | | | First Class Mail |
| Amazon Fulfillment Services Inc | 440 Terry Ave N | Seattle, WA 98109 | | | | | First Class Mail |
| Amazon.com Services LLC | 440 Terry Ave N | Seattle, WA 98109 | | | | | First Class Mail |
| American Mythology Productions LLC | Attn: James Kuhoric | 1411 Cherokee Ln | Bel Air, MD 21015 | | | | First Class Mail |
| Andrew Kafoury | DBA Battle Quest Comics | 1748 NE Tillamook | Portland, OR 97212 | | | | First Class Mail |
| Anson Logistics Assets LLC | c/o Mapletree US Management, LLC | Attn: Kerri Sherrer Lauhala, Sr Property Manager | 5 Bryant Park, Ste 2800 | New York, NY 10018 | | | First Class Mail |
| Apex Book Co | Attn: Jason Sizemore | 4629 Riverman Way | Lexington, KY 40515 | | | | First Class Mail |
| Arcane Tinmen Aps | Bjoernholms Alle 4-6 | Viby J, 8260 | Denmark | | | | First Class Mail |
| Archaia Entertainment LLC | Attn: John J Cummins | 415 N LaSalle St, Ste 600 | Chicago, IL 60654 | | | | First Class Mail |
| Archie Comic Publications, Inc | Attn: Jonathan Goldwater | 629 Sth Ave | Pelham, NY10803 | | | | First Class Mail |
| Ares Games, Srl | Attn: Christoph Cianci | Piazza Petrucci 8 | Camaiore, 55051 | Italy | | | First Class Mail |
| Artists Writers & Artisans, Inc | 178 Columbus Ave, Ste 237194 | New York, NY 10023 | | | | | First Class Mail |
| Aspen Mlt, Inc | Attn: Frank Mastromauro & Michael Turner | 1223 Glencoe Ave, Ste A200 | Marina Del Rey, CA 90292 | | | | First Class Mail |
| Avatar Press, Inc | Attn: William Christensen | 515 N Century Blvd | Rantoul, IL 61866 | | | | First Class Mail |
| Bad Egg, LLC | Attn: Robert Meyers | 3101 Ocean Park Blvd, Ste 100 PMB | Santa Monica, CA90405 | | | | First Class Mail |
| Bedside Press | 4787 Henderson Hwy | Narol, MB R1C 0B2 | Canada | | | | First Class Mail |
| Behemoth Studio Entertainment LLC | 1007 Mill Run Dr | Allen TX 75002 | | | | | First Class Mail |
| Benitez Productions Inc | 1436 S Downey Rd, Ste1/2 | Los Angeles, CA 90023 | | | | | First Class Mail |
| Big Box Property Owner E, LLC | Attn: Nureshia Ross | 101 W Elm St, Ste 600 | Conshohocken, PA 19428 | | | | First Class Mail |
| Black Mask Comics | Attn: Matt Pizzolo | 2798 Sunset Blvd | Los Angeles, CA 90026 | | | | First Class Mail |
| Black Panel Press | 1701-25 Capreol Ct | Toronto, ON, M5V 3Z7 | Canada | | | | First Class Mail |
| Bnc Strategic Capital Ventures, LLC | c/o Joy Neuschwander, CPM | Zacher Company LLC | 444 E Main St | Ft Wayne, IN 46802 | | | First Class Mail |
| Boom Entertainment, Inc | Attn: Jennifer Harned | 6920 Melrose Ave | Los Angeles, CA 90038 | | | | First Class Mail |
| Bundoran Press Publishing House | Attn: Hayden Trenholm | 151 Bay St, Unit 1111 | Ottawa, ON K1R 7Z2 | Canada | | | First Class Mail |
| Card Department, A Dept of Bandai Co, Ltd | 4-8 Komagata 1-Chome | Taito-Ku, Tokyo, 111-8081 | Japan | | | | First Class Mail |
| Cartoon Books, Inc | Attn: Vijaya Iyer | P.O. Box 16973 | Columbus, OH 43216 | | | | First Class Mail |
| Chapter House Publishing Inc | 14 Cowan Ave | Toronto, ON M6K 2N2 | Canada | | | | First Class Mail |
| Charles R Tyson III | 10150 York Rd, Ste 300 | Hunt Valley, MD 21030 | | | | | First Class Mail |
| Chizine Publications | Attn: Brett Savory | 67 Alameda Ave | Toronto, ON M6C 3W4 | Canada | | | First Class Mail |
| Circana | 900 W Shore Rd | Port Washington, NY 11050 | | | | | First Class Mail |
| Cleo Communications US, LLC | 4949 Harrison Ave | Rockford, IL 61108 | | | | | First Class Mail |
| Clover Press, LLC | 12625 High Bluff Dr, Ste 220 | San Diego, CA 92130 | | | | | First Class Mail |
| Comic-Con 2025 | 100 Park Blvd | San Diego, CA 92101 | | | | | First Class Mail |
| Creative Mind Energy | Attn: Damian Wassel | 7399 Cannonball Gate Rd | Warrenton, VA 20186 | | | | First Class Mail |
| Cryptozoic Entertainment | Attn: John Sepenuk | 25351 Commercentre Dr, Ste 250 | Lake Forest, CA 92630 | | | | First Class Mail |
| Da Vinci Editrice SRL | dba Dv Giochi Dr Dv Games | Attn: CEO | Via Sandro Penna, 24 | Perugia 06132 | Italy | | First Class Mail |
| Name Redacted | Address Redacted | | | | | | First Class Mail |
| Dark Horse Comics, Inc | Attn: Mike Richardson, President | 10956 SE Main St | Milwaukie, OR 97222 | | | | First Class Mail |
| DC Comics | Attn: VP & Legal Affairs | 1700 Broadway | New York, NY 10019 | | | | First Class Mail |
| DC Comics | c/o Warner Bros | Attn: General Counsel or John Rood, Executive VP Sales, Marketing & Business Dev | 4000 Warner Blvd | Burbank, CA 91522 | | | First Class Mail |
| DC Entertainment | Attn: General Counsel or John Rood, Executive VP Sales | Marketing & Business Dev | Warner Bros | 4000 Warner Blvd | Burbank, CA 91522 | | First Class Mail |
| DC Entertainment | Attn: VP & Legal Affairs | 1700 Broadway | New York, NY 10019 | | | | First Class Mail |
| Difference Engine Pte Ltd | 284 River Valley Rd | Singapore 238325 | Singapore | | | | First Class Mail |
| Digital Manga, Inc | Attn: Hikaru Sasahra | 1487 W 178th St, Ste 300 | Gardena, CA 90248 | | | | First Class Mail |
| Dire Wolf Digital, LLC Games, Inc | aka Dire Wolf Digital, LLC | Attn: Scott Martins | 1120 Lincoln St, Ste 1400 | Denver, CO 80203 | | | First Class Mail |
| Disney Consumer Products, Inc | Attn: Manager, Contract Services | 500 S Buena Vista St | Burbank, CA 91521-8651 | | | | First Class Mail |
| Disney Consumer Products, Inc | c/o The Walt Disney Company | Attn: Corporate Legal, Disney Consumer Products | 500 S Buena Vista St | Burbank, CA 91521-1443 | | | First Class Mail |
| Dolby Media, Inc | 225 E Broadway, Ste 113 | Glendale, CA 91205 | | | | | First Class Mail |
| Dynamic Forces, Inc | Attn: Nick Barrucci | 113 Gaither Dr, Ste 205 | Mt Laurel, NJ 08054 | | | | First Class Mail |
| Elective Staffing Midsouth | 6504 Winchester Rd | Memphis, TN 38115 | | | | | First Class Mail |
| Electronic Systems Installers | 56 N Queen St | York, PA 17403 | | | | | First Class Mail |
| Encore Propane, LLC | 2500 Dallas Pkwy, Ste 300 | Plano, TX 75093 | | | | | First Class Mail |
| Entertainment Earth, Inc | 61 Moreland Rd | Simi Valley, CA 93065 | | | | | First Class Mail |
| ETS Inc | 186 US Oval | Plattsburgh, NY 12903 | | | | | First Class Mail |
| Eureka Productions | Attn: Tom Pomplun | 8778 Oak Grove Rd | Mt Horeb, WI 53572 | | | | First Class Mail |
| Evil Hat Productions, LLC | Attn: Fred Hicks | 1905 Blackbriar St | Silver Spring, MD 20903 | | | | First Class Mail |
| Express Employment Professionals | 1133 S Clinton St | Ft Wayne, IN 46804 | | | | | First Class Mail |
| Express Employment Professionals | c/o Express Services Inc | PO Box 535434 | Atlanta, GA 30353 | | | | First Class Mail |
| Farrsquare Comics | Attn: Fabrice Sapolsky | 608 S Dunsmuir Ave, Ste 207 | Los Angeles, CA 90036 | | | | First Class Mail |
| Fantagraphics Books, Inc | Attn: Gary Groth | 7563 Lake City Way NW | Seattle, WA 98115 | | | | First Class Mail |
| Feedonomics Holdings, LLC | dba Feedonomics | 11305 Four Points Dr, Bldg II, Ste 100 | Austin TX 78726 | | | | First Class Mail |
| FelgerHart, Inc | 5049 N State Rd 1 | Ossian, IN 46777 | | | | | First Class Mail |
| Fonts Mountain Spring Water | 3929 Canton Rd | Marietta, GA 30066 | | | | | First Class Mail |
| Frank Miller Presents | Attn: Dan Didio | 801 7th Ave, Ste 1701 | New York, NY 10019 | | | | First Class Mail |
| Funko, LLC | 2802 Wetmore Ave | Everett, WA 98201 | | | | | First Class Mail |
| Gen Manga Entertainment, Inc | Attn: Robert McGuire | 250 Park Ave, Ste 7002 | New York, NY 10177 | | | | First Class Mail |
| Gold Key Entertainment, LLC | 4927 W Laurite Ln | Glendale, AZ 85302 | | | | | First Class Mail |
| Good Smile Co Inc | Akiba-Co Bldg 8F, 3-16-12, Soto-Kanda | Chiyoda-ku, Tokyo 101-0021 | Japan | | | | First Class Mail |
| Goodman Games LLC | 51 Piper Ln | Fairfax, CA 94930 | | | | | First Class Mail |
| Graphitti Designs, Inc | Attn: Bob Chapman | 8045 E Crystal Dr | Anaheim, CA 92807 | | | | First Class Mail |
| Green Ronin Publishing | Attn: Chris Pramas | 6731 29th Ave S | Seattle WA 98108 | | | | First Class Mail |
| G7 Labs | Attn: Jim Ottaviani | 816 Hutchins Ave | Ann Arbor, MI 48103-4804 | | | | First Class Mail |
| Gungnir Entertainment | 14060 Panay Way, Unit 422 | Marina Del Rey, CA 90292 | | | | | First Class Mail |
| Gut Bustin' Games, LLC | P.O. Box 911 | Battle Ground, WA 98604 | | | | | First Class Mail |
| Hachette Partworks Ltd | 47 Brunswick Pl | Hoxton, London, N1 6EB | United Kingdom | | | | First Class Mail |
| Hasbro Consumer Products Licensing Ltd | Attn: Kaylee Shell | 4 The Sq | Stockley Park, Uxbridge UB11 1ET | United Kingdom | | | First Class Mail |
| Hasbro International Trading Bv | 1501-9 Wharf T&T Centre | Harbour City, Tsimshatsui | Hong Kong | | | | First Class Mail |
| Heavy Metal Magazine | 116 Pleasant St, Ste D18 | Easthampton, MA 01027 | | | | | First Class Mail |
| Hermes Press | Attn: Daniel Herman | 2100 Wilmington Rd | New Castle, PA 16105-1031 | | | | First Class Mail |
| Hornby America, Inc | P.O. Box 99670 | Lakewood, WA 98496 | | | | | First Class Mail |
| Humanoids, Inc | 8033 Sunset Blvd, Ste 628 | Los Angeles, CA 90046 | | | | | First Class Mail |
| Idea And Design Works, LLC | dba IDW Publishing | Attn: Ted Adams | 5080 Santa Fe St | San Diego, CA 92109 | | | First Class Mail |
| Image Comics, Inc | Attn: Eric Stephenson | 2315 SE Pine St, Ste 108 | Portland, OR 97214 | | | | First Class Mail |
| Imagine Fulfillment Services, LLC | Attn: Andy Arvidson | 14245 Artesia Blvd | LaMirada, CA 90638 | | | | First Class Mail |
| Imagine Fulfillment Services, LLC | c/o Dinsmore & Sandelmann, LLP | Attn: Frank Sandelmann | 324 Manhattan Beach Blvd, Ste 201 | Manhattan Beach, CA 90266 | | | First Class Mail |
| Impact Theory, LLC | 11870 Mulholland Dr | Beverly Hills, CA 90210 | | | | | First Class Mail |
| IPT Memphis Dc LLC | c/o Prologis Management LLC | Attn: Pam Faulk | 5101 Wheelis Dr, Ste 300 | Memphis, TN 38117 | | | First Class Mail |
| IT Office LLC | 19821 Scenic Dr | Spicewood, TX 78669 | | | | | First Class Mail |
| Jasco Games LLC | dba LVS Games | 5075 Cameron St, Ste C | Las Vegas NV 89118 | | | | First Class Mail |
| Joe Books, Inc | Attn: Adam Fortier | 567 Queen St W | Toronto, ON M5V 2B6 | Canada | | | First Class Mail |
| Name Redacted | Address Redacted | | | | | | First Class Mail |
| Knive All Systems, Inc | P.O. Box 167 | Dallas, GA 30132 | | | | | First Class Mail |
| Konami Digital Entertainment, Inc | 14500 Aviation Blvd | Hawthorne, CA 90250 | | | | | First Class Mail |
| Kotobukiya Co, Ltd | dba Takayuki Sunano | Kotobukiya Bldg, 4-5 Midori-cho | Tachikawa, Tokyo 190-8542 | Japan | | | First Class Mail |
| Laguna Studios | 9178 Ridge Path | San Antonio, TX 78250 | | | | | First Class Mail |
| Les Editions Pix'N Love | 6 Allec Arthur Rimbaud | Triel Sur Seine | France | | | | First Class Mail |
| Lions Gate Ancillary LLC | Attn: Ryan Gellego | 2700 Colorado Ave | Santa Monica, CA 90404 | | | | First Class Mail |
| Lionwing Publishing Ltd | 7330 Mallard Dr | W Chester, OH 45069 | | | | | First Class Mail |
| Living The Line | 6951 Amherst St | San Diego, CA 92115 | | | | | First Class Mail |
| Lulu Is A Rhinoceros LLC | c/o Levine & Selzer | Attn: Elliot Levine | 500 Sth Ave, 37th Fl | New York, NY 10110 | | | First Class Mail |
| Lunar Distribution | 10701 Rose Ave | New Haven, IN 46774 | | | | | First Class Mail |
| Mad Cave Studios | 8838 SW 129 St | Miami, FL 33176 | | | | | First Class Mail |
| Manson Western, LLC | dba Western Psychological Services, WPS | 625 Alaska Ave | Torrance, CA 90503 | | | | First Class Mail |
| Margaret Weis Productions, Ltd | Attn: Margaret Weis | P.O. Box 1131 | Williams Bay, WI 53191 | | | | First Class Mail |
| Massive Publishing, LLC | 1933 SE Alder St | Portland, OR 97214 | | | | | First Class Mail |
| Master Staffing LLC | 1800 E Market St | York, PA 17402 | | | | | First Class Mail |
| Mezco Toys | 37-38 13th St | Long Island City, NY 11101 | | | | | First Class Mail |
| Microsoft Corp | Attn: Tracey Rock | 1 Microsoft Way | Redmond, WA 98052 | | | | First Class Mail |
| Microsoft Corp | c/o Software Advisor, Insight Direct USA, Inc | 2701 E Insight Way | Chandler, AZ 85286 | | | | First Class Mail |
| Minsai Depot Ca Inc | 1050 Lakes Dr, Ste 260 | W Covina, CA 91790 | | | | | First Class Mail |
| Misch Miisch | dba Prime Books LLC | Attn: Sean Wallace | P.O. Box 83464 | Gaithersburg, MD 20883 | | | First Class Mail |
| Molten Core Media LLC | dba Magma Comix | Attn: Denton Tipton | 3130 Whittier St | San Diego, CA 92106 | | | First Class Mail |
| Monster Fight Club | Attn: John Kovaleski | 395-190 Rexsford Rd | Earlysville, VA 22936 | | | | First Class Mail |
| Moulinsart | 162 Ave Louise | Brussels, 1050 | Belgium | | | | First Class Mail |
| NBM Publishing | Attn: Terry Nantier | 40 Exchange Pl, Ste 1308 | New York, NY 10005 | | | | First Class Mail |

Exhibit B
Service List

| Creditor | Address | | | | | Method of Service |
|---|---|---|---|---|---|---|
| Netcomics | Attn: Heewoon Chung | 730 W Doran St, Ste 207 | Glendale, CA 91190 | | | First Class Mail |
| Netflix CPX, LLC & Netflix CPX International BV | c/o Netflix CPX International, BV | Karperstraat 8-10 | Amsterdam, KZ 1075 | Netherlands | | First Class Mail |
| Netflix CPX, LLC & Netflix CPX International, BV | Attn: Counsel, Consumer Products Legal | 5808 W Sunset Blvd | Los Angeles, CA 90028 | | | First Class Mail |
| Nielsen Book Services Ltd | Midas House | 62 Goldsworth Rd, 3rd Fl | Woking, Surrey GU21 6LQ | United Kingdom | | First Class Mail |
| Normal Editorial SA | Attn: Rafael Martinez | Passeig de Sant Joan, 7 | Barcelona, 08010 | Spain | | First Class Mail |
| Oni Press, Inc | Attn: Joe Nozemack | 1305 SE MLK Jr Blvd, Ste A | Portland, OR 97214 | | | First Class Mail |
| Opus - Incendium | 6 Mill Ln | London NW6 1NJ | United Kingdom | | | First Class Mail |
| Pacos Inc | 7120 185th Ave NE, Ste 120 | Redmond, WA 98052 | | | | First Class Mail |
| Pbw Communications | P.O. Box 32863 | Baltimore MD 21282 | | | | First Class Mail |
| Pedigree Books Ltd | Attn: Matthew Reynolds | Beech Hill House | Walnut Gardens, Exeter | Devon, England EX4 4DH | United Kingdom | First Class Mail |
| Penguin Books Ltd | Attn: Mike Symons | 80 Strand | London, England WC2R 0RL | United Kingdom | | First Class Mail |
| Penn State University Press | dba Graphic Mundi | 820 N University Dr | University Support Bldg 1, Ste C | University Park, PA 16802 | | First Class Mail |
| Penn Waste, Inc | P.O. Box 3066 | York, PA 17402 | | | | First Class Mail |
| Phoenix Fort Wayne, LLC | Attn: Marsha McNeil | 401 E Kilbourn Ave, Ste 201 | Milwaukee, WI 53202 | | | First Class Mail |
| Portmanteau Publishing | Attn: Adam Fortier | 4885 Old Brock Rd | Claremont, ON L1Y 1A6 | Canada | | First Class Mail |
| Presto-X LLC | 6180 E Shelby Dr | Memphis, TN 38141 | | | | First Class Mail |
| Promo Comix | Via Cefalonia 49 | Brescia, 25124 | Italy | | | First Class Mail |
| Publisher Services, Inc | 2800 Vista Ridge Dr | Suwanee, GA 30024 | | | | First Class Mail |
| Qonformation Services, Inc | dba Firebrand Technologies | 44 Merrimac St | Newburyport, MA 01950 | | | First Class Mail |
| Rabbit Publishers | 1624 W Northwest Hwy | Arlington Heights, IL 60004 | | | | First Class Mail |
| Raid Studio | Unit 56 Park West Enterprise Ctr | Dublin, Leinster D12NV67 | Ireland | | | First Class Mail |
| Randstad General Partner US LLC | 1 Overton Park | 3625 Cumberland Blvd, Ste 600 | Atlanta, GA 30339 | | | First Class Mail |
| Ravensburger North America Inc | 915 E Pine St, Ste 400 | Seattle, WA 98122 | | | | First Class Mail |
| Red Giant Entertainment | 614 E Hwy 50, Ste 235 | Clermont, FL 34711 | | | | First Class Mail |
| Reliance Mechanical, Inc | 233 Swanson Dr, Ste A | Lawrenceville, GA 30043 | | | | First Class Mail |
| Renegade Games, Inc | 306-N W El Norte Pkwy, Ste 325 | Escondido, CA 92026 | | | | First Class Mail |
| Republic Services, Inc | 6231 Macbeth Rd | Ft Wayne, IN 46809 | | | | First Class Mail |
| Republic Services, Inc | P.O. Box 677156 | Dallas, TX 75267-7156 | | | | First Class Mail |
| Rewind LLC | Attn: Evans Richards, Manager | 301 N Scales St | Reidsville, NC 27320 | | | First Class Mail |
| Rewind Software Inc | 333 Preston St, Ste 200 | Ottowa, ON K1S 5N4 | Canada | | | First Class Mail |
| Rovio Entertainment Ltd | Attn: Mikael Hed | Keilaranta 7 | Espoo, 02150 | Finland | | First Class Mail |
| Rubin & Frieda Fenster Family LP | Attn: Wendy Watson | 7100 Hayvenhurst Ave, Ste 211 | Van Nuys, CA 91406 | | | First Class Mail |
| Scout Comics & Entertainment Holdings, Inc | 10231 Metro Pkwy, Ste 100 | Ft Myers, FL 33966 | | | | First Class Mail |
| Select Office Suites Flatiron | 1115 Broadway | New York, NY 10010 | | | | First Class Mail |
| Seven Seas Entertainment, LLC | 3463 State St, Ste 545 | Santa Barbara, CA 93105 | | | | First Class Mail |
| Sfx York Road, LLC | Attn: Julio Purcell | c/o MacKenzie Management Co LLC | 2328 W Joppa Rd, Ste 200 | Lutherville, MD 21093 | | First Class Mail |
| Shindo 7 | 3463 State St, Ste 545 | Santa Barbara, CA 93105 | | | | First Class Mail |
| Skybound, LLC | Attn: Shawn Kirkham | 9571 W Pico Blvd | Los Angeles, CA 90025 | | | First Class Mail |
| Skybound, LLC | Attn: Shawn Kirkham | 9570 W Pico Blvd | Los Angeles, CA 90025 | | | First Class Mail |
| Skyland Arts | 390 Stovall St SE, Unit 2411 | Atlanta, GA 30316 | | | | First Class Mail |
| Skyscraper Studios, Inc | dba Roll For Combat | Attn: Stephen Glicker | 16 Continental Rd | Scarsdale, NY 10583 | | First Class Mail |
| Smile Inc | Ira Needles | P.O. Box 33042 | Waterloo, ON N2T 2M9 | Canada | | First Class Mail |
| Source Point Press | Attn: Jacob Way | 301 Cass St | Saginaw, MI 48602 | | | First Class Mail |
| Starburns Industries Press | 1700 W Burbank Blvd | Burbank CA 91506 | | | | First Class Mail |
| Storm Kind Productions Inc | Attn: Fred Altman & Assoc | 9255 Sunset Blvd, Ste 901 | W Hollywood, CA 90069 | | | First Class Mail |
| Synthesis Entertainment | Attn: Jon Jashni | 806 N Witmer Dr | Beverly Hills, CA 90210 | | | First Class Mail |
| T Pub Ltd | 19A Aubrey House | 7 Maida Ave | London W2 1TQ | United Kingdom | | First Class Mail |
| Tad Franks | 10150 York Rd | Cockeysville, MD 21030 | | | | First Class Mail |
| Tee Turtle LLC | 1034 S Brentwood Blvd | Richmond Heights, MO 63117 | | | | First Class Mail |
| Teems & DeMoville Mechanical Contractors LLC | 7314 Plesant Ridge Rd | Arlington, TN 38002 | | | | First Class Mail |
| Tezuka Productions Co Ltd | 32-11, 4-chome,Takadanobaba | Shinjuku-ku, Tokyo, 169 | Japan | | | First Class Mail |
| The Army Painter | Attn: Bo Penstoft | Christiansmindevej 12 | Skanderborg, 8660 | Denmark | | First Class Mail |
| The Lion Forge, LLC | Attn: Geoff Gerber | 6600 Manchester Ave | St Louis, MO 63139 | | | First Class Mail |
| The Philip & Jana Oates Family Trust & DK&B | c/o Buzz Oates Management Services, Inc | Attn: Maira Ibarra | 8615 Elder Creek Rd | Sacramento, CA 95814 | | First Class Mail |
| The Pokémon Co International, Inc | Attn: General Counsel | 10400 NE 4th St, Ste 2800 | Bellevue, WA 98004 | | | First Class Mail |
| The Tailored Staff LLC | Attn: Miguel Medina, Owner | 3629 New Gatwell Rd, Ste 2 | Memphis, TN 38118 | | | First Class Mail |
| The Upper Deck Co | Attn: Brittany Hyson, VP of Legal & Business Affairs | 5830 El Camino Real | Carlsbad, CA 92008 | | | First Class Mail |
| Titan Comics | Attn: Nick Landau, Chris Teether | 144 Southwark St | London, England SE10UP | United Kingdom | | First Class Mail |
| Toho International Inc | Attn: Lora Cohn | 2029 Century Park E, Ste 1140 | Los Angeles CA 90067 | | | First Class Mail |
| Toho International Inc & Legendary Licensince, LLC | Attn: Kristen Porcell, General Manager | 2029 Century Park E, Ste 1140 | Los Angeles, CA 90067 | | | First Class Mail |
| Toho International Inc & Legendary Licensince, LLC | c/o Legendary: Amber Sheppo, VP | Consumer Products & Promotions | 2900 W Alameda Ave, Ste 1500 | Burbank CA 91505 | | First Class Mail |
| Tokyopop Inc | Attn: Stu Levy | 5200 W Century Blvd, Ste 705 | Los Angeles, CA 90045 | | | First Class Mail |
| Toon Books | Attn: Francoise Mouly | 27 Greene St | New York, NY 10013 | | | First Class Mail |
| Toonhound Studious, LLC | Attn: Corey Casoni | 18602 69th Ln NE, Ste 104 | Kenmore, WA 99028 | | | First Class Mail |
| Top Shelf Productions, Inc | Attn: Chris Staros | 1109 Grand Oaks Glen | Marietta, GA 30064 | | | First Class Mail |
| Toy Fair 2025 | 1375 Broadway, Ste 1001 | New York, NY 10018 | | | | First Class Mail |
| Trajectory, Inc | 50 Doaks Ln | Marblehead, MA 01945 | | | | First Class Mail |
| Transcontinental Inc | 1 Place Ville Marie, Ste 3315 | Montreal, QC, H3B 3N2 | Canada | | | First Class Mail |
| Transcontinental Printing Inc | 150 181st St | Beauceville, QC G5X 393 | Canada | | | First Class Mail |
| Transcontinental Printing Inc, | Attn: Nathalie Grégoire | 150 181st St | Beauceville, QC G5X 393 | Canada | | First Class Mail |
| Trick Or Treat Studios | 1005 17th Ave | Santa Cruz, CA 95062 | | | | First Class Mail |
| Troy And Brenda Little | dba Pegamoose Press | 74 Westcomb Crescent | Charlottetown, PE C1C 1B8 | Canada | | First Class Mail |
| Twomorrows Publishing | Attn: John Morrow | 1812 Park Dr | Raleigh, NC 27605 | | | First Class Mail |
| Tyco Integrated Security LLC | Attn: Glen Roehm | 3600 W McGill St | S Bend, IN 46628-4371 | | | First Class Mail |
| Ubisoft Inc | Attn: Ubiworkshop Director | 625 3rd St | San Francisco, CA 94107 | | | First Class Mail |
| Udon Entertainment | Attn: Erik Ko | 38 Sun Valley Dr | Richmond Hill, ON L4S 2E4 | Canada | | First Class Mail |
| Ultra Pro International LLC | 6049 Slauson Ave | City of Commerce, CA 90040 | | | | First Class Mail |
| United Parcel Service, Inc | 55 Glenlake Pkwy | Atlanta, GA 30328 | | | | First Class Mail |
| Usaepoly, Inc | 5607 Palmer Way | Carlsbad, CA 92010 | | | | First Class Mail |
| Valiant Entertainment, LLC | Attn: Gavin Cuneo | 424 W 33rd St, Ste 420 | New York, NY 10001 | | | First Class Mail |
| Viz Media LLC | 1355 Market St | San Franciso, CA 94103 | | | | First Class Mail |
| Warner Bros Consumer Products Inc | Attention: Sr VP, Legal & Business Affairs | 4000 Warner Blvd, Bldg 118, 5th Fl | Burbank, CA 91522 | | | First Class Mail |
| Waste Connections of Tennessee, Inc | Attn: Stacy Michael | 621 Brooks Rd E | Memphis, TN 38116 | | | First Class Mail |
| Wicked Cow Studios, LLC | Attn: Michael Herman | 45 W 21st St, 2nd Fl | New York, NY 10010 | | | First Class Mail |
| William M Gaines, Agent, Inc | Attn: Cathy Gaines Mifsud | 3975 Little John Dr | York, PA 17408 | | | First Class Mail |
| William M Gaines, Agent, Inc | c/o Ladas & Parry LLP | Attn: Lanning G Bryer, Esq | 1040 Ave of the Americas | New York, NY 10018-3738 | | First Class Mail |
| Wizards of the Coast LLC | 1600 Lind Ave SW, Ste 400 | Renton, WA 98057 | | | | First Class Mail |
| Xceeding Partnership Solutions | Attn: Sharon Zaragoza, Owner | 5818 Winchester Rd | Memphis, TN 38115 | | | First Class Mail |
| Yen Press, LLC | Attn: Takayuki Kobayshi | 1290 Avenue of the Americas | New York NY 10104 | | | First Class Mail |
| Yumchla Studios, LLC | Attn: Yen Yen Woo | 3625 Main St, Ste 2B | Flushing NY 11354 | | | First Class Mail |
| Z2 Comics Inc | Attn: Josh Frankel | 237 Griffen Ave | Scarsdale, NY 10583 | | | First Class Mail |
| Zenescope Entertainment, Inc | Attn: Joe Brusha | 433 Caredean Dr, Ste C | Horsham, PA 19044 | | | First Class Mail |
| Zloss Studios | 21033 Ventura Blvd, Ste 1000 | Woodland Hills, CA 91364 | | | | First Class Mail |
| Zloss Studios | c/o Fox Rothschild LLP | Attn: Darrell D Miller | 10250 Constellation Blvd, Ste 900 | Los Angeles CA 90076 | | First Class Mail |
| Information on File | | | | | | First Class Mail |
| Information on File | | | | | | First Class Mail |