Entered: February 28th, 2025
Signed: February 27th, 2025

**SO ORDERED**



David E. Rice
U. S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 140** |

### ORDER GRANTING DEBTORS' MOTION TO REJECT THE AGREEMENT WITH JANNEY MONTGOMERY SCOTT LLC EFFECTIVE AS OF THE PETITION DATE

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, authorizing the Debtors to reject the Agreement with Janney Montgomery Scott LLC effective as of January 14, 2025; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not defined herein are defined in the Motion.

53386217.6 02/12/2025

§§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that (a) the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate, (b) no opposition was timely filed, and (c) no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Agreement is hereby rejected effective as of January 14, 2025.

3. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

4. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

5. This Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

6. Within ten (10) days of entry of this Order, the Debtors shall serve a copy of this Order on the Master Service List.

**END OF ORDER**

53386217.6 02/12/2025