IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 139** |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF STEPHENSON HARWOOD LLP, AS SPECIAL COUNSEL TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

The undersigned proposed counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On February 12, 2025, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Retention of Stephenson Harwood LLP, as Special Counsel to the Debtors, Effective as of the Petition Date* [D.I. 139] (the "Application").

2. Pursuant to the Application, objections to the Application were to be filed on or before February 26, 2025 (the "Objection Deadline").

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or filed on the Court's docket.

4. Accordingly, pursuant to rule 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the undersigned proposed counsel to

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55199402.1

the Debtors respectfully requests that the Court enter the proposed order attached to the Application as <u>Exhibit A</u> at its earliest convenience.

Dated: March 3, 2025                  **SAUL EWING LLP**

                                      By: */s/ Jordan D. Rosenfeld*
                                               Jordan D. Rosenfeld (MD Bar No. 13694)
                                               1001 Fleet Street, 9th Floor
                                               Baltimore, MD 21202
                                               Telephone: (410) 332-8600
                                               Email: jordan.rosenfeld@saul.com

                                               -and-

                                               Jeffrey C. Hampton (admitted *pro hac vice*)
                                               Adam H. Isenberg (admitted *pro hac vice*)
                                               Turner N. Falk (admitted *pro hac vice*)
                                               1500 Market Street, 38th Floor
                                               Philadelphia, PA 19102
                                               Telephone: (215) 972-7777
                                               Email: jeffrey.hampton@saul.com
                                                            adam.isenberg@saul.com
                                                            turner.falk@saul.com

                                               -and-

                                               Mark Minuti (admitted *pro hac vice*)
                                               Paige N. Topper (admitted *pro hac vice*)
                                               Nicholas Smargiassi (admitted *pro hac vice*)
                                               1201 N. Market Street, Suite 2300
                                               Wilmington, DE 19801
                                               Telephone: (302) 421-6800
                                               Email: mark.minuti@saul.com
                                                            paige.topper@saul.com
                                                            nicholas.smargiassi@saul.com

                                               *Counsel for Debtors and Debtors in Possession*

55199402.1