IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Re: D.I. 114 & 165 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING (I) RETENTION AND EMPLOYMENT OF GETZLER HENRICH & ASSOCIATES LLC, TO PROVIDE INTERIM MANAGEMENT SERVICES, AND (II) THE DESIGNATION OF ROBERT GORIN AND WILLIAM HENRICH AS CO-CHIEF RESTRUCTURING OFFICERS TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On February 6, 2025, the Debtors filed the *Debtors' Motion for an Entry of an Order Authorizing (I) the Retention and Employment of Getzler Henrich & Associates LLC, to Provide Interim Management Services, and (II) the Designation of Robert Gorin and William Henrich as Co-chief Restructuring Officers to the Debtors, Effective as of the Petition Date* [D.I. 114] (the "Motion").

2. Pursuant to the Motion, objections to the Motion were to be filed on or before February 20, 2025 (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

3. On February 20, 2025 the Office of the United States Trustee filed *The United States Trustee's Objection to Debtors' Motion for Entry of an Order Authorizing (I) Retention and Employment of Getzler Henrich & Associates LLC, to Provide Interim Management Services, and (II) the Designation of Robert Gorin and William Henrich as Co-chief Restructuring Officers to the Debtors, Effective as of the Petition Date* [D.I. 165] (the "Objection"). No other informal comments or formal objections were filed in response to the Motion.

4. The Debtors have resolved the Objection through revisions to the proposed order for the Motion. A revised proposed order is attached hereto as **Exhibit A** (the "Revised Proposed Order"). Attached hereto as **Exhibit B** is a redline of the Revised Proposed Order that reflects the changes made to the original proposed order attached filed with the Motion.

5. The Debtors have confirmed that the Revised Proposed Order is acceptable to the Office of the United States Trustee and resolves the Objection.

6. Accordingly, pursuant to rule 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: March 3, 2025

          **SAUL EWING LLP**

          By: */s/ Jordan D. Rosenfeld*
              Jordan D. Rosenfeld (MD Bar No. 13694)
              1001 Fleet Street, 9th Floor
              Baltimore, MD 21202
              Telephone: (410) 332-8600
              Email: jordan.rosenfeld@saul.com

          -and-

          Jeffrey C. Hampton (admitted *pro hac vice*)
          Adam H. Isenberg (admitted *pro hac vice*)
          Turner N. Falk (admitted *pro hac vice*)
          1500 Market Street, 38th Floor
          Philadelphia, PA 19102

Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
　　　　adam.isenberg@saul.com
　　　　turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
　　　　paige.topper@saul.com
　　　　nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*