**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Re: D.I. 136, 160 & 168 |

**SUPPLEMENTAL NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that, on January 14, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Maryland (the "Court"), commencing these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, on January 21, 2025, the Debtors filed a motion [D.I. 68] (the "Bidding Procedures Motion") seeking entry of an order (the "Bidding Procedures Order"), (i) authorizing and approving bidding procedures (the "Bidding Procedures")[2] in connection with one or more sales or dispositions (collectively, the "Sale(s)") of the Alliance Assets, the Diamond UK Assets, and all other assets of the Debtors (collectively, the "Assets"), (ii) approving certain Bid Protections, (iii) establishing certain dates and deadlines for the sale process, including scheduling an auction of the Assets (the "Auction"), if applicable, in accordance with the Bidding Procedures, and the hearing with respect to the approval of the Sale (the "Sale Hearing"), (iv) approving the form and manner of notice of the Auction, if any, the Sale and the Sale Hearing, (v) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases in connection with the Sale and approving the form and manner of notice thereof, and (vi) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that, on February 11, 2025, the Court entered the Bidding Procedures Order [D.I. 136], approving, among other things, the Bidding Procedures, which establish key dates and times relating to the Sale and the Auction. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms not defined in this notice are used as defined in the Bidding Procedures or Sale Motion, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, on February 21, 2025, the Debtors filed a motion [D.I. 168] to sell all or substantially all of their assets free and clear of all liens, claims, interests and encumbrances, in accordance with the Bidding Procedures and the Bidding Procedures Order (the "Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors filed the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [D.I. 160] (the "Initial Contract Notice"), which included a list of potentially assumed and assigned executory contracts or unexpired leases attached thereto as Exhibit 1 (the "Initial Contracts Schedule") and set forth the Debtors' proposed Cure Amounts, if any, related to each such contract or lease.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have identified additional contracts and leases that were not included in the Initial Contract Notice. The additional contracts and leases are identified on **Exhibit 1** (the "Supplemental Contracts Schedule") attached hereto and the Cure Amounts, if any, related to the additional contracts and leases are set forth on the attached schedule. The Supplemental Contracts Schedule also includes modified Cure Amounts for certain contracts that were included on the Initial Contract Notice. **For the avoidance of doubt, other than the contracts listed with modified Cure Amounts, the Supplemental Contracts Schedule does not supersede or replace the Initial Contracts Schedule, and the executory contracts and unexpired leases included on the Supplemental Contracts Schedule are in addition to those included on the Initial Contracts Schedule.**

**PLEASE TAKE FURTHER NOTICE** that each Cure Amount listed on the Supplemental Contracts Schedule represents all liabilities of any nature of the Debtors arising under a contract or lease prior to the closing of the Sale(s) or other applicable effective date of the assumption and assignment of such contract or lease, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such liabilities arise out of or relate to events occurring prior to the closing of the Sale(s) or other applicable effective date of the assumption and assignment of such contract or lease.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A CONTRACT OR LEASE THAT MAY BE ASSUMED AND ASSIGNED AS PART OF THE SALE(s).** *The presence of a contract or lease listed on the Supplemental Contracts Schedule does not constitute an admission that such contract or lease is an executory contract or unexpired lease or that such contract or lease will be assumed and assigned as part of the Sale(s). The Cure Amounts listed on the Initial Contracts Schedule and Supplemental Contracts Schedule do not take into account any payments made for prepetition obligations pursuant to the orders entered by the Court in these chapter 11 cases, including, but not limited to, the Court's order authorizing the Debtors to pay prepetition obligations owed to freight forwarders or shippers [D.I. 134] or the Court's order authorizing the Debtors to pay prepetition obligations owed to critical vendors [D.I. 135]. The Debtors reserve all their rights, claims and causes of action with respect to the contracts and leases, including any setoff rights, listed on either the Initial Contracts Schedule or the Supplemental Contracts Schedule.*

**Filing Objections**

Pursuant to the Assumption and Assignment Procedures, contract counterparties listed on the Supplemental Contracts Schedule objecting to the proposed assumption and assignment of a contract or lease on any basis (other than objections related solely to adequate assurance of future performance by a Successful Bidder other than the Stalking Horse Bidder), including any objection relating to Cure Amounts or adequate assurance of the Stalking Horse Bidder's future ability to perform, must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) if such objection is to the Cure Amount, state with specificity what Cure Amount the counterparty believes is required (in all cases, with appropriate documentation in support thereof); (iv) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court no later than **March 20, 2025**; and (v) be served on the following parties (collectively, the "Objection Notice Parties"): (a) counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutmant.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) the Stalking Horse Bidder.

The Debtors shall file a notice identifying the Successful Bidder(s) and Back-Up Bidder(s) (if selected) (the "Notice of Successful Bidder") and shall serve the Notice of Successful Bidder on each counterparty to a potential assumed contract as soon as reasonably practicable after closing the Auction, if any. Each counterparty to a potential assumed contract will then have an opportunity to object to the identity of the Successful Bidder(s) (other than the Stalking Horse Bidder) or adequate assurance of future performance with respect to such counterparty's contract or lease provided by the Successful Bidder(s), which must (i) be in writing, (ii) comply with the Bankruptcy Code, Bankruptcy Rules and Local Rules, (iii) state, with specificity, the legal and factual bases thereof, (iv) be filed with the Court by **March 25, 2025, at noon (ET)** (the "Adequate Assurance Objection Deadline"), and (v) be served on the Objection Notice Parties.

The Court will hear and determine any objections to the assumption and assignment of the contracts to the Purchaser at the Sale Hearing or at a later hearing, as determined by the Debtors. The Sale Hearing to consider the proposed Sale(s) shall be held before the Honorable Chief Judge Rice on March 27, 2025, at 10:00 a.m. (ET), or such other date as determined by the Court, at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201.

**Consequences of Failing to Timely Assert an Objection**

**UNLESS YOU FILE AN OBJECTION TO THE CURE AMOUNT AND/OR THE ASSUMPTION OR ASSIGNMENT OF YOUR CONTRACT OR LEASE IN ACCORDANCE WITH THE INSTRUCTIONS AND DEADLINES SET FORTH HEREIN, YOU SHALL BE (A) BARRED FROM OBJECTING TO THE CURE AMOUNT SET FORTH ON EXHIBIT 1, (B) ESTOPPED FROM ASSERTING OR CLAIMING ANY CURE AMOUNT AGAINST THE DEBTORS, THE STALKING HORSE BIDDER OR OTHERWISE SUCCESSFUL BIDDER(S) THAT IS GREATER THAN THE CURE AMOUNT SET FORTH ON EXHIBIT 1 AND (C) DEEMED TO HAVE CONSENTED TO THE ASSUMPTION AND/OR ASSIGNMENT OF YOUR CONTRACT OR LEASE AND THE ADEQUACY OF THE STALKING HORSE BIDDER'S ASSURANCE OF FUTURE PERFORMANCE.**

**Obtaining Additional Information**

Copies of the of the Bidding Procedures Motion, the Bidding Procedures, the Bidding Procedures Order, the Stalking Horse Agreement, the Initial Contract Notice and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556 (U.S. & Canada toll free) or 818-639-4849 (International).

Adequate assurance of future performance information for the Stalking Horse Bidder is available by contacting counsel to the Stalking Horse Bidder at: Whiteford, Taylor & Preston LLP, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

Dated: March 5, 2025                              **SAUL EWING LLP**

By:<u>*/s/ Jordan D. Rosenfeld*          </u>
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
          adam.isenberg@saul.com
          turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
paige.topper@saul.com
nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

5

55126293.1 03/05/2025