# **Exhibit 1**

(Contracts Schedule)

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| Agility Recovery | Interruption Recovery (Hunt Valley) | Diamond Comic Distributors, Inc. | $13,361.12 |
| Agility Recovery | Interruption Recovery (Olive Branch) | Diamond Comic Distributors, Inc. | $13,361.12 |
| Arcane Tinmen ApS | Distributor Agreement | Diamond Comic Distributors, Inc. | $136,966.64 |
| Burning Games | Premium Services Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Burning Games Sociedad Cooperativa Pequena (BRG) | Flooring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Burning Wheel (GHQ) | Flooring Agreement | Diamond Comic Distributors, Inc. | $2,621.27 |
| Capstone Games, LLC (CSG) | Flooring Agreement | Diamond Comic Distributors, Inc. | $5,521.99 |
| Card Department, A Department of Bandai Co., LTD. | Sales and Distribution Agreement | Diamond Comic Distributors, Inc. | $4,622,732.52 |
| Chaosium, INC (CHA) | Flooring Agreement | Diamond Comic Distributors, Inc. | $23,263.28 |
| Circana | Order Form (Statement of Work) | Diamond Comic Distributors, Inc. | $30,376.00 |
| Compass Games | Flooring Agreement | Diamond Comic Distributors, Inc. | $10,671.03 |
| Creative Games Studio LLC | Diamond Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Cryptozoic Entertainment | Distribution Agreement | Diamond Comic Distributors, Inc. | $351.62 |
| Cryptozoic Entertainment LLC | Diamond Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| da Vinci Editrice S.r.l. d/b/a DV Giochi or DV Games | Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $19,017.57 |
| Dan Verssen Games | Flooring Agreement | Diamond Comic Distributors, Inc. | $6,698.40 |
| Dara Studios | Diamond Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Dave Taylor Miniatures, LLC | Flooring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Dex Protection, LLC | Flooring Agreement | Diamond Comic Distributors, Inc. | $27,678.80 |
| Dietz Foundation Games | Flooring Agreement | Diamond Comic Distributors, Inc. | $290.00 |
| Dire Wolf Digital, LLC Games, Inc. | Premium Services Agreement | Diamond Comic Distributors, Inc. | $303,644.80 |
| Draco Studios | Flooring Agreement | Diamond Comic Distributors, Inc. | $1,743.89 |
| Elf Creek Games | Flooring Agreement | Diamond Comic Distributors, Inc. | $4,622.00 |
| Evil Hat Productions, LLC | Supply Agreement | Diamond Comic Distributors, Inc. | $16,936.00 |
| Expeditors | Terms for Credit Accounts | Diamond Comic Distributors, Inc. | $283,884.15 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| Express Employment Professionals | Staffing Agreement | Diamond Comic Distributors, Inc. | $21,161.47 |
| FedEx | FedEx Transportation Services Agreement | Diamond Comic Distributors, Inc. | $219,756.48 |
| Floodgate Games (FGG) | Flooring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Folded Space EOOD (FLD) | Flooring Agreement | Diamond Comic Distributors, Inc. | $4,129.80 |
| Gamelyn Games | Diamond Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Gamelyn Games (GLG) | Flooring Agreement | Diamond Comic Distributors, Inc. | $9,561.04 |
| Genius Games, LLC (GEN) | Flooring Agreement | Diamond Comic Distributors, Inc. | $2,131.60 |
| Goodman Games LLC | Flooring Agreement | Diamond Comic Distributors, Inc. | $29,211.20 |
| Green Ronin Publishing | Distribution Agreement | Diamond Comic Distributors, Inc. | $6,361.29 |
| Hammerdog Games (HDG) | Flooring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Happy Camper Games | Flooring Agreement | Diamond Comic Distributors, Inc. | $2,385.90 |
| Hit Point Press (HPP) | Flooring Agreement | Diamond Comic Distributors, Inc. | $25,094.92 |
| Hush Hush Projects USA LLC (HHP) | Flooring Agreement | Diamond Comic Distributors, Inc. | $33,163.14 |
| Incredible Dream Studios, Inc. | Flooring Agreement | Diamond Comic Distributors, Inc. | $31,619.57 |
| Joking Hazard LLC | Flooring Agreement | Diamond Comic Distributors, Inc. | $254.70 |
| Jordan Draper Games | Flooring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Kotobukiya Co., Ltd. d/b/a/ Takayuki Sunano | Master Distribution Agreeemnt | Diamond Comic Distributors, Inc. | $3,382.37 |
| Laguna Studios | Distribution Agreement | Diamond Comic Distributors, Inc. | $682.85 |
| Left Justified, LLC | Flooring Agreement | Diamond Comic Distributors, Inc. | $2,141.23 |
| Loren Coleman (Catalyst Games) | Flooring Agreement | Diamond Comic Distributors, Inc. | $1,102,256.81 |
| Lucky Duck Games (LKY) | Flooring Agreement | Diamond Comic Distributors, Inc. | $48,793.48 |
| Luminary Games | Flooring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Maersk | Maersk E-Delivery Services Agreement | Diamond Comic Distributors, Inc. | $16,710.08 |
| MANK Ventures LLC | Diamond Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Mantic Games | Flooring Agreement | Diamond Comic Distributors, Inc. | $22,888.56 |
| Master Staffing LLC | Information and Rate Proposal | Diamond Comic Distributors, Inc. | $14,050.15 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| Mayday Games, INC (MDG) | Flooring Agreement | Diamond Comic Distributors, Inc. | $5,068.56 |
| Metallic Dice Games (MDG) | Flooring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Microsoft Corporation | Microsoft Volume Licensing | Diamond Comic Distributors, Inc. | $307,816.00 |
| Monster Fight Club | Premium Services Agreement | Diamond Comic Distributors, Inc. | $30,194.00 |
| Mr. B Games | Flooring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Nauvoo Games LLC | Premium Services Agreement | Diamond Comic Distributors, Inc. | $1,879.29 |
| Normal Editorial S.A. | Supply Agreement | Diamond Comic Distributors, Inc. | $42.38 |
| North Star Games, LLC (IWG) | Flooring Agreement | Diamond Comic Distributors, Inc. | $5,624.44 |
| Paizo Inc | Distribution Agreement | Diamond Comic Distributors, Inc. | $139,446.49 |
| Primal Horizon | Flooring Agreement | Diamond Comic Distributors, Inc. | $3,311.20 |
| Publisher Services, Inc (PSI) | Distributor Agreement | Diamond Comic Distributors, Inc. | $377,610.70 |
| Randstad General Partner (US) LLC | Temporary Staffing Services Agreement | Diamond Comic Distributors, Inc. | $17,236.77 |
| Ravensburger North America Inc. | Lorcana Distributor Agreement | Diamond Comic Distributors, Inc. | $11,373.16 |
| Reaper Miniatures (RPR) | Flooring Agreement | Diamond Comic Distributors, Inc. | $11,396.90 |
| Renegade Games, Inc. | Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $164,968.25 |
| Ruptura Estudios LLC dba Ruptura Comics | Diamond Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Skyscraper Studios, Inc. d/b/a Roll for Combat | Flooring Agreement | Diamond Comic Distributors, Inc. | $2,390.01 |
| Snowbright Studio | Flooring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Snowdale Design Oy | Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $829.50 |
| Snowdale Design Oy | Diamond Fulfillment Services Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| Tasty Minstrel Games, LLC (TTT) | Flooring Agreement | Diamond Comic Distributors, Inc. | $0.00 |
| The Army Painter | Fulfillment Agreement proposal | Diamond Comic Distributors, Inc. | $598,973.63 |
| The Little Plastic Train Company | Flooring Agreement | Diamond Comic Distributors, Inc. | $1,104.00 |
| Inc. | Pokémon TCG Terms Of Sale - CIP | Diamond Comic Distributors, Inc. | $533,802.00 |
| The Upper Deck Company | Distributor Agreement | Diamond Comic Distributors, Inc. | $1,820.39 |

| Contract Counterparty | Title of Contract | Debtor Party | Cure Amount |
|---|---|---|---|
| Toho International Inc. and Legendary Licensince, LLC | Merchandising License Agreement | Diamond Select Toys & Collectibles, LLC | $20,000.00 |
| Treasure Fall Games (Quest Kids) | Flooring Agreement | Diamond Comic Distributors, Inc. | $2,110.52 |
| Trick or Treat Studios | Wholesale Application Form | Diamond Comic Distributors, Inc. | $10,610.70 |
| Udon Entertainment | Supply Agreement | Diamond Comic Distributors, Inc. | $285,622.92 |
| Ultra Pro International LLC | 2017 Ultra Pro International LLC Hobby Distribution Program for North American Markets | Diamond Comic Distributors, Inc. | $11,803.80 |
| Ultra Pro International LLC | Hobby Distribution Program | Diamond Comic Distributors, Inc. | $39,498.10 |
| Van Ryder Games (VRG) | Flooring Agreement | Diamond Comic Distributors, Inc. | $58,342.40 |
| Wargames Atlantic LLC (WGA) | Flooring Agreement | Diamond Comic Distributors, Inc. | $18,549.18 |
| Warlord Games | Flooring Agreement | Diamond Comic Distributors, Inc. | $24,315.66 |
| Waste Connections of Tennessee, Inc. | Customer Service Agreement | Diamond Comic Distributors, Inc. | $53,309.47 |
| Wizards of the Coast | Distributor Agreement | Diamond Comic Distributors, Inc. | $2,916,505.96 |