## EXHIBIT C

**Key Employee Incentive Plan**

53728885.6 03/06/2025

**Exhibit C**
**Proposed Key Employee Incentive Program - KEIP**                                                                                       *CONFIDENTIAL*

| | First | Last | Title | Salary | Base Incentive Payment Available | Value of Alliance Asset Sale | | | Additional Incentive Payment (If Non-Alliance Assets Sell for $12+mm) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $30mm-$35mm | $35mm-$40mm | >$40mm | |
| **Diamond Comics** | | | | | | | | | |
| DCD | | | | $ | $ 40,000 | $ 20,000 | $ 30,000 | $ 40,000 | $ 10,000 |
| DCD | | | | $ | $ 35,000 | $ 17,500 | $ 26,250 | $ 35,000 | $ 13,750 |
| DCD | | | | $ | $ 35,000 | $ 17,500 | $ 26,250 | $ 35,000 | $ 11,250 |
| DCD | | | | $ | $ 30,000 | $ 15,000 | $ 22,500 | $ 30,000 | $ 10,750 |
| DCD | | | | $ | $ 40,000 | $ 20,000 | $ 30,000 | $ 40,000 | $ 10,500 |
| **Alliance Game Distributors** | | | | | | | | | |
| AGD | | | | $ | $ 272,250 | $ 166,375 | $ 196,625 | $ 272,250 | |
| AGD | | | | $ | $ 272,250 | $ 166,375 | $ 196,625 | $ 272,250 | |
| AGD | | | | $ | $ 45,000 | $ 22,500 | $ 33,750 | $ 45,000 | |
| AGD | | | | $ | $ 45,000 | $ 22,500 | $ 33,750 | $ 45,000 | |
| AGD | | | | $ | $ 25,000 | $ 12,500 | $ 18,750 | $ 25,000 | |
| AGD | | | | $ | $ 45,000 | $ 22,500 | $ 33,750 | $ 45,000 | |
| AGD | | | | $ | $ 25,000 | $ 12,500 | $ 18,750 | $ 25,000 | |
| AGD | | | | $ | $ 40,000 | $ 20,000 | $ 30,000 | $ 40,000 | |
| AGD | | | | $ | $ 20,000 | $ 10,000 | $ 15,000 | $ 20,000 | |
| AGD | | | | $ | $ 25,000 | $ 12,500 | $ 18,750 | $ 25,000 | |
| AGD | | | | $ | $ 15,000 | $ 7,500 | $ 11,250 | $ 15,000 | |

| Diamond Select Toys | | | | | | DST Assets Sell for $1mm-$2mm | DST Assets Sell for $2mm-$3mm | DST Assets Sell for $3mm-$4mm | |
|---|---|---|---|---|---|---|---|---|---|
| DST | ▮ | ▮ | ▮ | $ | ▮ | $ 10,000 | $ 5,000 | $ 7,500 | $ 10,000 | |
| | | | | | | $ 1,019,500 | $ 570,250 | $ 749,500 | $ 1,019,500 | $ 56,250 |

\* ▮▮▮▮▮ incentives amounts are based on employment agreements.