## **EXHIBIT D**

**Key Employee Retention Plan**

CONFIDENTIAL

**Exhibit D**
**Proposed Key Employee Retention Program - KERP**

| | First | Last | Title | Salary | Retention Payment Through Sale of Alliance (approx 4-10-25) | Additional Retention Payment Through Remaining Asset Sales (approx 8-31-25)* |
|---|---|---|---|---|---|---|
| 1 | DCD | ██ | ██ | | $ ██ | $ 13,000 | |
| 2 | DCD | ████ | ██ | | $ ██ | $ 9,500 | |
| 3 | DCD | █ | ██ | ████ | $ ██ | $ 15,000 | |
| 4 | DCD | █ | ██ | ████ | $ ██ | $ 22,000 | |
| 5 | DCD | ██ | ██ | ████ | $ ██ | $ 10,000 | $ 5,000 |
| 6 | DCD | ██ | ██ | ████ | $ ██ | $ 10,000 | |
| 7 | DCD | █ | ████ | | $ ██ | $ 9,000 | |
| 8 | DCD | ██ | ██ | ████ | $ ██ | $ 11,000 | $ 5,000 |
| 9 | DCD | █ | ██ | ████ | $ ██ | $ 8,000 | |
| 10 | DCD | ██ | ██ | ████ | $ ██ | $ 10,000 | $ 5,000 |
| 11 | DCD | ██ | ███ | ████ | $ ██ | $ 8,500 | $ 5,000 |
| 12 | DCD | █ | ██ | ████ | $ ██ | $ 12,500 | |
| 13 | DCD | █ | ██ | ███ | $ ██ | $ 9,200 | |
| 14 | DCD | █ | ██ | ████ | $ ██ | $ 16,000 | |
| 15 | DCD | █ | ██ | ████ | $ ██ | $ 9,000 | |
| 16 | DCD | ██ | ██ | ████ | $ ██ | $ 18,000 | $ 5,000 |

55173668.1

CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 17 | DCD | ▮ | ▮ | ▬ | $ | ▬ | $ | 5,000 | $ 5,000 |
| 18 | DCD | ▮ | ▮ | ▬ | $ | ▬ | $ | 9,300 | |
| 19 | DCD | ▮ | ▮ | ▬ | $ | ▬ | $ | 7,400 | $ 5,000 |
| 20 | DCD | ▮ | ▮ | ▬ | $ | ▬ | $ | 7,000 | |
| 21 | AGD | ▮ | ▮ | ▬ | $ | ▬ | $ | 7,000 | |
| 22 | AGD | ▮ | ▮ | ▬ | $ | ▬ | $ | 8,500 | |
| 23 | AGD | ▮ | | ▬ | $ | ▬ | $ | 7,000 | |
| | | | | | | | $ | 241,900 | $ 35,000 |

*For KERP Participants needed through liquidation.

55173668.1