IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 5, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 194]**

Dated: March 6, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                       } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 6th day of March, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Cole Schotz P.C. | Attn: Gary H Leibowitz/HC Jones III<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | gleibowitz@coleschotz.com<br>hjones@coleschotz.com | Email |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | kevin.kobbe@us.dlapiper.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel to NECA LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R Winters/Stephanie R Sweeney<br>Attn: Andrew C Brown<br>200 W 41st St, 17th Fl<br>New York, NY 10036-7023 | iwinters@klestadt.com<br>ssweeney@klestadt.com<br>abrown@klestadt.com | Email |
| Official Committee of Unsecured Creditors | Little Buddy Toys, LLC | 270 E Palais Rd<br>Anaheim, CA 92805 | | First Class Mail |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Bruce S Nathan/Gianfranco Finizio<br>Attn: Chelsea R Frankel<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | bnathan@lowenstein.com<br>gfinizio@lowenstein.com<br>cfrankel@lowenstein.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Michael Papandrea<br>1 Lowenstein Dr<br>Roseland, NJ 07068 | mpapandrea@lowenstein.com | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Kobach<br>120 Sw 10th Ave, 2nd Fl<br>Topeka, Ks 66612-1597 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, Ca 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, Ri 02903 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, Mo 63703 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Gentner Drummond<br>313 Ne 21st St<br>Oklahoma City, Ok 73105 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Chris Carr<br>40 Capital Sq Sw<br>Atlanta, Ga 30334-1300 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Brian Schwalb<br>400 6th St Nw<br>Washington, Dc 20001 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, Tn 37243 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, Ms 39201 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, Mo 64106 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, Mo 63101 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, Ca 94102-7004 | | First Class Mail |
| Attorney General | Office Of The Attorney General | State Of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, Al 36130-0152 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, Tx 78711-2548 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, Ky 40601 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 601 S University Ave<br>Carbondale, Il 62901 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Stein<br>Dept Of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Lynn Fitch<br>Dept Of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, Il 60601 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Herbert H Slattery, Iii<br>P.O. Box 20207<br>Nashville, Tn 37202-0207 | | First Class Mail |
| Attorney General | Office Of The Attorney General | AZ Ag Office – Css<br>P.O. Box 6123, Md  7611<br>Phoenix, Az 85005-6123 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office Of The Attorney General | California Dept Of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, Co 80203 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, Wv 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY  82002 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, Me 04333 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, Oh 43266-0410 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, Mo 65101 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ashley Moody<br>The Capital, Pl 01<br>Tallahassee, Fl 32399-1050 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Stein<br>Dept Of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St Ne<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Brenna Bird Hoover<br>State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Dana Nessel<br>P.o. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office Of The Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office Of The Attorney General | 441 4th St Nw, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Bob Ferguson<br>1125 Washington St Se<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| US Attorney's Office | Office Of The Us Attorney | For The Dist Of Maryland<br>36 S Charles St, 4th Fl<br>Baltimore, Md 21201 | | First Class Mail |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: David WT Daniels<br>700 13th St, NW, Ste 600<br>Washington, DC 20005 | DDaniels@perknscoie.com | Email |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: Sara L Chenetz<br>1888 Century Park E, Ste 1700<br>Los Angeles, CA 90067-1721 | SChenetz@perkinscoie.com | Email |
| *NOA - Counsel for Basic Fun, Inc. | Polsinelli PC | Attn: D Jack Blum/Mark B Joachim<br>1401 Eye St, NW, Ste 800<br>Washington, DC 20005 | jack.blum@polsinelli.com<br>mjoachim@polsinelli.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Ropers Majeski | Attn: Steven G Polard<br>801 S Figueroa St, Ste 2100<br>Los Angeles, CA 90017 | steven.polard@ropers.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | Attn: Ashley N Fellona<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | ashley.fellona@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Jeffrey C Hampton/Adam H Isenberg<br>Centre Square West<br>1500 Market St, 38th Fl<br>Philadelphia, PA 19102 | jeffrey.hampton@saul.com<br>adam.isenberg@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Mark Minuti/Paige Topper<br>Attn: Nicholas Smargiassi<br>1201 N Market St, Ste 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | mark.minuti@saul.com<br>paige.topper@saul.com<br>nicholas.smargiassi@saul.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Official Committee of Unsecured Creditors | Simon & Schuster, LLC | 100 Front St<br>Riverside, NJ 08075 | | First Class Mail |
| Official Committee of Unsecured Creditors | Titan Publishing Group Limited/Titan Comics | 144 Southwark St<br>London, SE1 0UP<br>United Kingdom | | First Class Mail |
| *NOA - TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St NW, Ste 500<br>Washington, DC 20001 | Toyja.Kelley@troutman.com<br>Indira.Sharma@troutman.com<br>Jonathan.Young@troutman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 | David.Ruediger@troutman.com<br>Katherine.Culbertson@troutman.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Dennis J Shaffer/Yung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | dshaffer@tydings.com<br>jlee@tydings.com<br>sgerald@tydings.com | Email |
| *NOA - Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Richard L Costella Esquire<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | rcostella@tydings.com | Email |
| United States Attorney for the District of Maryland | United States Attorney for The District of Maryland | Attn: Civil Process Clerk<br>36 S Charles St, 4th Fl<br>Baltimore, MD 02120 | | First Class Mail |
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 | hugh.m.bernstein@usdoj.gov | Email |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 | bstrickland@whitefordlaw.com | Email |
| *NOA - Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com | Email |

**EXHIBIT B**

**Exhibit B**
**Service List**

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Agility Recovery | 1225 17th St, Unit 2000 | 1225 17th St, Unit 2000 | Denver, CO 80202 | | | First Class Mail |
| Arcane Tinmen Aps | Bjoernholms Alle 4-6, 8260 Viby. J, Denmark | Bjoernholms Alle 4-6, 8260 Viby. J | Denmark | | info@arcanetinmen.dk | Email |
| Burning Games | Iparragirre 60 5D, 48010 Vizcaya, Spain | Iparragirre 60 5D, 48010 Vizcaya | Spain | | | First Class Mail |
| Burning Games Sociedad Cooperativa Pequena (Brg) | Attn: Helio de Grado Fernandez | Iparragirre 60 5D, 48010 Vizcaya | Spain | | | First Class Mail |
| Burning Wheel (Ghq) | Attn: Luke Crane | 26-47 30th St | Astoria, NY 11102 | | | First Class Mail |
| Capstone Games, Llc (Csg) | Attn: Clay Ross | 2 Techview Dr | Cincinnati, OH 45215 | | | First Class Mail |
| Card Department, A Department Of Bandai Co., Ltd. | 4-8 Komagata 1-chome | Taito-Ku, Tokyo, 111-8081 | Japan | | | First Class Mail |
| Chaosium, Inc (Cha) | 3450 Wooddale Ct | Ann Arbor, MI 48104 | | | | First Class Mail |
| Circana | 900 West Shore Rd | Port Washington, NY 11050 | | | | First Class Mail |
| Compass Games | Attn: Ken Dingley | P.O. Box 271 | Cromwell, CT 06416 | | | First Class Mail |
| Creative Games Studio Llc | Attn: Rick Bach Cater | 1878 St George Blvd | Billings, MT, 59101 | | marcio@wearecgs.com | Email |
| Cryptozoic Entertainment | Attn: John Sepenuk | 25351 Comerce Center Dr, Ste 250 | Lake Forest CA 92630 | | | First Class Mail |
| Da Vinci Editrice S.R.L. D/B/A Dv Giochi Or Dv Games | Via Sandro Penna, 24 | Via Sandro Penna, 24 | Perugia, Italy 06132 | | | First Class Mail |
| Dan Verssen Games | 1775 State Highway 26 | 1775 State Highway 26 | Grapevine, TX 76051 | | | First Class Mail |
| Dara Studios | Attn: Richard Gain | 16 Gulph Mill Rd | Somers Point, NJ 08244 | | | First Class Mail |
| Dave Taylor Miniatures, Llc | 3128 Abell Ave | Baltimore, MD 21218 | | | | First Class Mail |
| Dex Protection, Llc | Attn: Howard Hsu | 402 S. San Gabriel Blvd | San Gabriel, CA 91776 | | | First Class Mail |
| Dietz Foundation Games | 311 N Sunrise St | Sigel, IL 62462 | | | | First Class Mail |
| Dire Wolf Digital, Llc Games, Inc. | Attn: Scott Martins | 1120 Lincoln St, Ste 1400 | Denver, CO 80203 | | scott@direwolfdigital.com | Email |
| Draco Studios | Attn: Caroline Pritchard-Law | 848 Brickell Ave | Miami, FL 33131 | | | First Class Mail |
| Elf Creek Games | P.O. Box 7594 | Champaign, IL 61826 | | | | First Class Mail |
| Evil Hat Productions, Llc | Attn: Fred Hicks | 1905 Blackbriar St | Silver Spring, MD 20903 | | | First Class Mail |
| Expeditors | 6005 Freeport Ave, Ste 102 | Memphis, TN 38141 | | | | First Class Mail |
| Express Employment Professionals | Attn: Express Services Inc | 1133 South Clinton | Fort Wayne, IN 46804 | | | First Class Mail |
| Fedex | P.O. Box 371461 | Pittsburgh, PA 15250-7461 | | | | First Class Mail |
| Folded Space Eood (Fld) | Attn: Richard Coupland, Owner | J.K. Sofia Park | Sofia 1766 | Bulgaria | | First Class Mail |
| Gamelyn Games | Attn:Michael Coe, CEO | 18933 East San Tan Blvd, Ste 105 | Queen Creek, AZ 85142 | | | First Class Mail |
| Gamelyn Games (Glg) | Attn: Nathan Hatfield | 18933 East San Tan Blvd, Ste 103 | Queen Creek, AZ 85142 | | | First Class Mail |
| Genius Games, Llc (Gen) | Attn: Patrick Fitzgibbon | 2079 Congressional Drive | St Louis, MO 63146 | | | First Class Mail |
| Goodman Games Llc | 51 Piper Ln | Fairfax, CA 94978 | | | | First Class Mail |
| Green Ronin Publishing | Attn: Chris Pramas | 6731 29th Ave S | Seattle, WA 98108 | | | First Class Mail |
| Hammerdog Games (Hdg) | Attn: Danny O'Neill | 1115 Columbia St | Fort Wayne, IN 46805 | | | First Class Mail |
| Happy Camper Games | Attn: Jason Schneider | 160 Alewife Brook | Cambridge, MA 02138 | | | First Class Mail |
| Hit Point Press (Hpp) | Attn: Ricardo Evangelho, CEO, Owner | 1175 Brookfield Rd E | Ottawa, ON K1V 0C3 | Canada | | First Class Mail |
| Hush Hush Projects Usa Llc (Hhp) | Attn: Richard Gain, Managing Agent/Sales Manager | 16 Gulph Mill Rd | Somers Point, NJ 08244 | | | First Class Mail |
| Incredible Dream Studios, Inc. | Attn: Jane Hoffacker, CEO & Co-Founder | 2261 Market St, Ste 4475 | San Fransico, CA 92106 | | | First Class Mail |
| Joking Hazard Llc | Attn: Heather Denbleyker | 15530 Spring Creek Pl | Dallas, TX 75248 | | | First Class Mail |
| Jordan Draper Games | Attn: Jordan Draper Games | 117 E Calbourne Ln I3 | Sandy, UT 87040 | | | First Class Mail |
| Kotobukiya Co., Ltd. D/B/A/ Takayuki Sunano | Kotobukiya Bldg., 4-5 Midori-cho | Tachikawa, Tokyo 190-8542 | Japan | | | First Class Mail |
| Laguna Studios | 9178 Ridge Path San Antonio, TX 78250 | San Antonio, TX 78250 | | | | First Class Mail |
| Left Justified, Llc | 1160 County Rd C2 W | Roseville, MN 55113 | | | | First Class Mail |
| Loren Coleman (Catalyst Games) | 5003 Main St, Ste 110 | Tacoma, WA 98407 | | | | First Class Mail |
| Lucky Duck Games (Lky) | Attn: Anthony Boyd | 2 Techview Dr | Cincinnati, OH 45215 | | | First Class Mail |
| Luminary Games | Attn: Aaron Shaw | 4068 Kingston St | Bellingham, WA 98226 | | | First Class Mail |
| Mank Ventures Llc | Attn: Apoorv Gupta, Director, Sales | 1704 W Olmsted Cir | Asheville, NC 28803 | | | First Class Mail |
| Mantic Games | 193 Hempshill Ln | Bulwell | Nottingham, Notts, NG6 8PF | UK | ronnie.renton@manticgames.com | Email |
| Master Staffing Llc | 1800 E Market St | York, PA 17402 | | | | First Class Mail |
| Mayday Games, Inc (Mdg) | Attn: Seth Hiatt, Owner | 380 West 700 S | Springville, UT 84663 | | | First Class Mail |
| Metallic Dice Games (Mdg) | Attn: Adam Hackett | 2919 Greenbriar Dr | Fort Wayne, IN 46804 | | | First Class Mail |
| Microsoft Corporation | Attn: Software Advisor; Insight Direct USA, Inc. | Attn: Tracey Rock | One Microsoft Way | Redmond, WA 98052 | traceyrock@microsoft.com | Email |
| Monster Fight Club | 395-190 Reas Ford Rd | Earlysville, VA 22936 | | | | First Class Mail |
| Mr. B Games | Attn: Sean Brown | 312 American Greeting Card Rd | Corbin, KY 40701 | | | First Class Mail |
| Nauvoo Games Llc | Attn: Bill White | 2020 Lawrence St, Unit 422 | Denver, CO 80205 | | | First Class Mail |
| Normal Editorial S.A. | Attn: Rafael Martinez | Passeig de Sant Joan, Unit 7 | Barcelona, Spain 08010 | | | First Class Mail |
| North Star Games, Llc (Iwg) | Attn: Satish Pillalamarri | 10605 Concord St | Kensington, MD 20895 | | | First Class Mail |
| Paizo Inc | 7120 185th Ave North East, Ste 120 | Redmond, Washington 98052 | | | | First Class Mail |
| Primal Horizon | Attn: Mark Easterday | c/o Glanfield Marketing | Welland, ON L3B 3J7 | Canada | | First Class Mail |
| Publisher Services, Inc (Psi) | Attn: Allen Hwang | 2800 Vista Ridge Dr | Suwanee, GA 30024 | | allenh@pubservinc.com | Email |
| Randstad General Partner (Us) Llc | One Overton Park | 3625 Cumberland Bldv., Ste 600 | Atlanta, GA 30339 | | | First Class Mail |
| Ravensburger North America Inc. | 915 E. Pine St, Ste 400, Seattle, WA 98122 | Seattle, WA 98122 | | | | First Class Mail |
| Reaper Miniatures (Rpr) | Attn: Ed Pugh, President | PO Box 2107 | Lake Dallas, TX 75065-2107 | | | First Class Mail |
| Renegade Games, Inc. | 306-N West El Norte Pkwy #325 | Escondido, CA 92026 | | | | First Class Mail |
| Ruptura Estudios Llc Dba Ruptura Comics | Attn: Ricardo Felipe González Llarena, Publisher | 600 N Brd St, Ste  382 | Middletown, DE 19709 | | | First Class Mail |
| Skyscraper Studios, Inc. D/B/A Roll For Combat | Attn: Stephen Glicker | 16 Continental Rd | Scarsdale, NY 10583 | | | First Class Mail |
| Snowbright Studio | 1500 Chagrin River Rd | Gates Mills, OH 44040 | | | | First Class Mail |
| Snowdale Design Oy | Attn: Sami Laakso | Yrjönkatu 5 D 59 | 28100 Pori | Finland | | First Class Mail |
| Tasty Minstrel Games, Llc (Ttt) | Attn: Michael Mindes | 4812 W Cattle | Mountain Green, UT 84050 | | | First Class Mail |
| The Army Painter | Attn: Bo Penstoft | Christiansmindevej 12 | 8660 Skanderborg | Denmark | | First Class Mail |
| The Little Plastic Train Company | Attn: Stephen Aslett | 1004 Prairie St, Ste. 200 | Houston, TX 77002 | | | First Class Mail |
| The Pokémon Company International, Inc. | Attn: General Counsel | 10400 NE 4th St, Ste 2800 | Bellevue, WA 98004 | | legalnotices@pokemon.com | Email |
| The Upper Deck Company | Attn: Brittany Hysni, Vice President of Legal and Business Affairs | 5830 El Camino Real | Carlsbad, CA 92008 | | brittany_hysni@upperdeck.com | Email |
| Toho International Inc. And Legendary Licensince, Llc | Attn: Kristen Parcell, General Manager | 2029 Century Park East, Ste 1140 | Los Angeles CA 90067 | | k_parcell@tohointl.com | Email |
| Treasure Fall Games (Quest Kids) | Attn: Dustin McMillan | 13 Memorial Point Ln | Houston, TX 77024 | | | First Class Mail |
| Trick Or Treat Studios | 1005 17th Ave | Santa Cruz, CA 95062 | | | | First Class Mail |
| Udon Entertainment | Attn: Erik Ko | 38 Sun Valley Dr | Richmond Hill, Ontario L4S 2E4 | Canada | | First Class Mail |
| Ultra Pro International Llc | 6049 Slauson Ave | Commerce, CA 90040 | | | | First Class Mail |
| Van Ryder Games (Vrg) | Attn: AJ Porfirio, President | 3011 Harrah Dr | Spring Hill, TN 37174 | | | First Class Mail |
| Wargames Atlantic Llc (Wga) | Attn: Matt Hudson, President | 270 Bellevue Ave | Newport, RI 02840 | | | First Class Mail |
| Warlord Games | T04/T10 Technology Wing | Nottingham, NG7 2BD | United Kingdom | | | First Class Mail |
| Waste Connections Of Tennessee, Inc. | Attn: Stacy Michael | 621 Brooks Rd East, | Memphis, TN 38116 | | | First Class Mail |
| Wizards Of The Coast | Attn: Tim O'Hara | 1600 Lind Ave SW | Renton, WA 98057 | | | First Class Mail |