IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered) |

**LINE SUBMITTING CERTIFICATE OF NO OBJECTION REGARDING APPLICATION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF TYDINGS & ROSENBERG, LLP AS COUNSEL, EFFECTIVE AS OF JANUARY 31, 2025**

By this Line, undersigned counsel to the Official Committee of Unsecured Creditors in the above-captioned debtors' and debtors-in-possession's bankruptcy cases, hereby files a *Certificate of No Objection Regarding Application by the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Tydings & Rosenberg, LLP as Counsel, Effective as of January 31, 2025* [Docket No. 170], attached hereto.

Dated: March 11, 2025

| | |
|---|---|
| **TYDINGS & ROSENBERG LLP**<br><br>*/s/ Dennis J. Shaffer*<br>Dennis J. Shaffer (MD Bar No. 25680)<br>Stephen B. Gerald (MD Bar No. 26590)<br>1 East Pratt Street, Suite 901<br>Baltimore, MD 21202<br>Telephone: (410) 752-9700<br>Email: dshaffer@tydings.com<br>         sgerald@tydings.com | **LOWENSTEIN SANDLER LLP**<br>Bruce S. Nathan (admitted *pro hac vice*)<br>Gianfranco Finizio (admitted *pro hac vice*)<br>Chelsea R. Frankel (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Email: bnathan@lowenstein.com<br>         gfinizio@lowenstein.com<br>         cfrankel@lowenstein.com |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6333387.1

-and-

Michael Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Proposed Co-counsel to the Official Committee of Unsecured Creditors*

6333387.1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of March, 2025, the foregoing was served via the Court's CM/ECF filing system on the parties set forth below:

Hugh M. (UST) Bernstein   hugh.m.bernstein@usdoj.gov
Daniel Jack Blum   jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Thomas K. Bredar   thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown   abrown@klestadt.com
David W.T. Daniels   ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
Turner Falk   turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Ashley N Fellona   ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio   gfinizio@lowenstein.com
Chelsea R Frankel   cfrankel@lowenstein.com
Zvi Guttman   zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
Jeffrey C. Hampton   jeffrey.hampton@saul.com
Adam H Isenberg   adam.isenberg@saul.com
C. Kevin Kobbe   kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage   korphagee@whiteandwilliams.com
Mark Minuti   mark.minuti@saul.com, robyn.warren@saul.com
Bruce S. Nathan   bnathan@lowenstein.com
Michael Papandrea   mpapandrea@lowenstein.com
Jordan Rosenfeld   jordan.rosenfeld@saul.com
Dennis J. Shaffer   dshaffer@tydings.com, scalloway@tydings.com; mhickman@tydings.com; jlee@tydings.com
Indira Kavita Sharma   indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi   nicholas.smargiassi@saul.com
Brent C. Strickland   bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
Paige Noelle Topper   paige.topper@saul.com
US Trustee - Baltimore   USTPRegion04.BA.ECF@USDOJ.GOV

/s/ *Dennis J. Shaffer*
Dennis J. Shaffer

6333387.1