**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL, EFFECTIVE AS OF JANUARY 31, 2025**

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby certifies that:

1. On February 24, 2025, the Committee filed the *Application by the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel, Effective as of January 31, 2025* [Docket No. 169] (the "Application").

2. Pursuant to the notice filed with the Application, objections to entry of an order granting the Application were due no later than March 10, 2025 (the "Objection Deadline").

3. The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection, or other responsive pleading to the Application. The undersigned further certifies that they have caused the review of the Court's docket in the case and no answer, objection, or other responsive pleading to the Application appears thereon.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6333172.1

Accordingly, the Committee respectfully requests that the Court enter the proposed order attached to the Application at the Court's convenience.

March 11, 2025

| | |
|---|---|
| **TYDINGS & ROSENBERG LLP** | **LOWENSTEIN SANDLER LLP** <br> Bruce S. Nathan (admitted *pro hac vice*) |
| */s/ Dennis J. Shaffer* <br> Dennis J. Shaffer (MD Bar No. 25680) <br> Stephen B. Gerald (MD Bar No. 26590) <br> 1 East Pratt Street, Suite 901 <br> Baltimore, MD 21202 <br> Telephone: (410) 752-9700 <br> Email: dshaffer@tydings.com <br> sgerald@tydings.com | Gianfranco Finizio (admitted *pro hac vice*) <br> Chelsea R. Frankel (admitted *pro hac vice*) <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 262-6700 <br> Email: bnathan@lowenstein.com <br> gfinizio@lowenstein.com <br> cfrankel@lowenstein.com |
| | -and- |
| | Michael Papandrea (admitted *pro hac vice*) <br> One Lowenstein Drive <br> Roseland, NJ 07068 <br> Telephone: (973) 597-2500 <br> Email: mpapandrea@lowenstein.com |

*Proposed Co-counsel to the Official Committee of Unsecured Creditors*