# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Carey Steinberg, am employed in the county of Los Angeles, State of California. I hereby certify that on March 4, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Sale, Bidding Procedures, Potential Auction, and Sale Hearing [Docket No. 159]**

Dated: March 11, 2025

Carey Steinberg
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 11th day of _March_, 20 25, by Carey Steinberg, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# EXHIBIT A

**Exhibit A**
**Service List**

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Burning Games | Iparragirre 60 5D | 48010 Vizcaya | Spain | | | First Class Mail |
| Burning Games Sociedad Cooperativa Pequena (BRG) | Attn: Helio de Grado Fernandez | Iparragirre 60 5D | 48010 Vizcaya | Spain | | First Class Mail |
| Burning Wheel (GHQ) | Attn: Luke Crane | 26-47 30th St | Astoria, NY 11102 | | | First Class Mail |
| Capstone Games, LLC (CSG) | Attn: Clay Ross | 2 Techview Dr | Cincinnati, OH 45215 | | | First Class Mail |
| Chaosium, INC (CHA) | 3450 Wooddale Ct | Ann Arbor, MI 48104 | | | | First Class Mail |
| Compass Games | Attn: Ken Dingley | P.O. Box 271 | Cromwell, CT 06416 | | | First Class Mail |
| Dan Verssen Games | 1775 State Hwy 26 | Grapevine, TX 76051 | | | | First Class Mail |
| Dave Taylor Miniatures, LLC | 3128 Abell Ave | Baltimore, MD 21218 | | | | First Class Mail |
| Dex Protection, LLC | Attn: Howard Hsu | 402 S San Gabriel Blvd | San Gabriel, CA 91776 | | | First Class Mail |
| Dietz Foundation Games | 311 N Sunrise St | Sigel, IL 62462 | | | | First Class Mail |
| Draco Studios | Attn: Caroline Pritchard-Law | 848 Brickell Ave | Miami, FL 33131 | | | First Class Mail |
| Elf Creek Games | P.O. Box 7594 | Champaign, IL 61826 | | | | First Class Mail |
| Folded Space EOOD (FLD) | Attn: Richard Coupland, Owner | JK Sofia Park | Sofia 1766 | Bulgaria | | First Class Mail |
| Gamelyn Games (GLG) | Attn: Nathan Hatfield | 18933 E San Tan Blvd, Ste 103 | Queen Creek, AZ 85142 | | | First Class Mail |
| Genius Games, LLC (GEN) | Attn: Patrick Fitzgibbon | 2079 Congressional Dr | Saint Louis, MO 63146 | | | First Class Mail |
| Goodman Games LLC | 51 Piper Ln | Fairfax, CA 94930 | | | | First Class Mail |
| Hammerdog Games (HDG) | Attn: Danny O'Neill | 1115 Columbia St | Fort Wayne, IN 46805 | | | First Class Mail |
| Happy Camper Games | Attn: Jason Schneider | 160 Alewife Brook | Cambridge, MA 02138 | | | First Class Mail |
| Hit Point Press (HPP) | Attn: Ricardo Evangelho, CEO, Owner | 1175 Brookfield Rd E | Ottawa, ON K1V 0C3 | Canada | | First Class Mail |
| Hush Hush Projects USA LLC (HHP) | Attn: Richard Gain, Managing Agent/Sales Manager | 16 Gulph Mill Rd | Somers Point, NJ 08244 | | | First Class Mail |
| INCREDIBLE DREAM STUDIOS, INC. | Attn: Jane Hoffacker, CEO & Co-Founder | 2261 Market St, Ste 4475 | San Fransico, CA 92106 | | | First Class Mail |
| Jordan Draper Games | Attn: Jordan Draper Games | 117 E Calbourne Ln, Ste I3 | Sandy, UT 87040 | | | First Class Mail |
| Left Justified, LLC | 1160 County Rd C2 W | Roseville, MN 55113 | | | | First Class Mail |
| Loren Coleman (Catalyst Games) | 5003 Main St, Ste 110 | Tacoma, WA 98407 | | | | First Class Mail |
| Lucky Duck Games (LKY) | Attn: Anthony Boyd | 2 Techview Dr | Cincinnati, OH 45215, | | | First Class Mail |
| Luminary Games | Attn: Aaron Shaw | 4068 Kingston St | Bellingham, WA 98226 | | | First Class Mail |
| Mantic Games | 193 Hempshill Ln | Bulwell Nottingham, Notts, NG6 8PF | United Kingdom | | ronnie.renton@manticgames.com | Email / First Class Mail |
| Mayday Games, INC (MDG) | Attn: Seth Hiatt, Owner | 380 W 700 S | Springville, UT 84663 | | | First Class Mail |
| Metallic Dice Games (MDG) | Attn: Adam Hackett | 2919 Greenbriar Dr | Fort Wayne, IN 46804 | | | First Class Mail |
| Mr. B Games | Attn: Sean Brown | 312 American Greeting Card Rd | Corbin, KY 40701 | | | First Class Mail |
| Nauvoo Games LLC | Attn: Bill White | 2020 Lawrence St, Unit 422 | Denver, CO 80205 | | | First Class Mail |
| North Star Games, LLC (IWG) | Attn: Satish Pillalamarri | 10605 Concord St | Kensington, MD 20895 | | | First Class Mail |
| Reaper Miniatures (RPR) | Attn: Ed Pugh, President | P.O. Box 2107 | Lake Dallas, TX 75065-2107 | | | First Class Mail |
| Skyscraper Studios, Inc. d/b/a Roll for Combat | Attn: Stephen Glicker | 16 Continental Rd | Scarsdale, NY 10583 | | | First Class Mail |
| Snowbright Studio | 1500 Chagrin River Rd | Gates Mills, OH 44040 | | | | First Class Mail |
| Snowdale Design Oy | Attn: Sami Laakso | Yrjönkatu 5 D 59 | 28100 Pori | Finland | | First Class Mail |
| Tasty Minstrel Games, LLC (TTT) | Attn: Michael Mindes | 4812 W Cattle | Mountain Green, UT 84050 | | | First Class Mail |
| The Little Plastic Train Company | Attn: Stephen Aslett | 1004 Prairie St, Ste 200 | Houston, TX 77002 | | | First Class Mail |
| Treasure Fall Games (Quest Kids) | Attn: Dustin McMillan | 13 Memorial Point Ln | Houston, TX 77024 | | | First Class Mail |
| Ultra Pro International LLC | 6049 Slauson Ave | City of Commerce, CA 90040 | | | | First Class Mail |
| USAOPOLY, Inc. | 5607 Palmer Way | Carlsbad, CA 92010 | | | | First Class Mail |
| Van Ryder Games (VRG) | Attn: AJ Porfirio, President | 3011 Harrah Dr | Spring Hill, TN 37174 | | | First Class Mail |
| Wargames Atlantic LLC (WGA) | Attn: Matt Hudson, President | 270 Bellevue Ave | Newport, RI 02840 | | | First Class Mail |
| Warlord Games | T04/T10 Technology Wing | Nottingham, NG7 2BD | United Kingdom | | | First Class Mail |