UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re:
**DIAMOND COMIC DISTRIBUTORS, INC.,**
Debtor.

Case No.: 25-10308
**Chapter 11**
**Judge:** The Honorable David E. Rice

## OBJECTION TO CURE AMOUNT

**Submitted by:**
**Katherine Govier**
113 Valmere Path
York, PA 17403

**Relevant Contract:** Chief Marketing Officer Employment Agreement

To the Honorable David E. Rice:

I, Katherine Govier, submit this objection to the cure amount listed in the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, filed on February 18, 2025 (Docket 160). The Debtor has listed my cure amount as $0.00, but this is incorrect. As of March 1, 2025, the Debtor owes me $161,499.54 in unpaid wages under my employment contract. Additionally, my salary currently remains below the contractually agreed amount, therefore, unpaid wages will continue to accrue at a rate of $961.54 per biweekly pay period and will increase until the contract is restored or properly assumed with full back pay.

## BACKGROUND AND BASIS FOR THIS OBJECTION

- I signed an employment contract with the Debtor on February 14, 2020, which was countersigned on February 17, 2020.
- Under this contract, my salary was set at $250,000 per year. I started working on March 30, 2020.

13

- Beginning on June 28, 2020, the Debtor made the unilateral decision to reduce my salary to $200,000 per year, without my agreement and in breach of my contract.

- On or around May 1, 2022, my salary was increased to $225,000 per year after I asserted my right to be paid in accordance with my contract. This was described as a 'first step' toward restoring my salary to the contractual rate. At that time, I also requested back pay but was told that was not possible.

- On January 14, 2025, the Debtor filed a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code.

- Currently, my salary remains at $225,000 per year, in continued breach of contact.

- The outstanding balance under my employment contract as of March 1, 2025, is $161,499.54, rather than the $0.00 listed in the Cure Notice. This amount represents unpaid wages due under the terms of my employment contract.

- Because my salary remains below my contractual amount, my unpaid wages continue to accrue at a rate of $961.54 per biweekly pay period ($25,000 annual shortfall ÷ 26 pay periods per year).

- Supporting documentation, including a copy of Chief Marketing Officer Employment Agreement (Exhibit A) and pay stubs (Exhibit B) is attached to substantiate the unpaid wages outlined in this objection.

**Request for Correction**

I respectfully request that the Court:

1. Modify the cure amount to reflect the correct amount of $161,499.54 as of March 1, 2025, representing unpaid wages due under my employment contract.

2. Require that the final cure amount reflect all additional unpaid wages accrued up to the date of assumption, calculated at $961.54 per biweekly pay period.

Thank you for your time and consideration.

**Dated:** March 10, 2025

**Respectfully submitted,**

*[signature]*

**Katherine Govier**
113 Valmere Path
York, PA 17403
kathy_govier@icloud.com
770-335-9059

**GEPPI'S ENTERTAINMENT & MEDIA**

EXHIBIT A
Chief Marketing Officer Employment Agreement
3 pages

Kathy Govier

Dear Kathy,

Geppi Entertainment & Media (GEM) is pleased to extend an offer to you for the position of Chief Marketing Officer (CMO). This position will be reporting to me and will be located in our office in Hunt Valley, MD. It is our sincere hope that you will join our team. If you accept this offer, your hire date will be April 1, 2020, or a mutually agreed upon date.

Attached is a copy of the job description for this position.

**The following describes your initial compensation and benefits package:**

- Your base salary will be an annualized sum of $250,000.00 paid to you on a bi-weekly basis. This position is classified as exempt, meaning your salary compensates you for all hours worked.

- A performance bonus based on EBITDA will be calculated on an annual basis and distributed based on the structure herein. You will be eligible for bonus if the base budget is achieved and exceeded. A model of the bonus structure is available for your review. There is no minimum guarantee.

- You will receive a sign on bonus of $10,000.000. This payment will be provided to you in a lump sum with your first scheduled paycheck. It will be subject to all deductions and withholdings required by law. Should you leave GEM, for any reason, in less than twelve (12) months of your hire date, you will be required to repay the sign on bonus on a prorated basis.

- You will receive four (4) weeks of vacation, which equates to twenty (20) days annually. The Company's policy allows for 56-hours of vacation to be carried over from one-year to the next. An excess balance may be cashed out at sixty (60) percent of the face value or transferred to your paid sick leave account, provided a minimum of forty (40) hours of vacation time have been used during your anniversary year. Vacation requests are normally submitted for approval in advance of the planned vacation.

- You are eligible to accrue six (6) sick days per year, which may be carried over from one year to the next if unused.

- Below are the paid holidays the Company is closed for:
    - New Year's Day
    - Memorial Day
    - Independence Day
    - Labor Day
    - Thanksgiving Day
    - Christmas Day

**GEPPI'S ENTERTAINMENT & MEDIA**

- The opportunity to participate in the Company's 401(K) plan takes effect immediately. The Company has a discretionary "match contribution" to an employee's 401(K) account of up to 2 percent (half) of the employee's first 4 percent of wages contributed, provided an individual has been with the Company for one (1) full year, worked a minimum of 1,000 hours and is employed with the Company the last day of the calendar year.

- There is a 60-day waiting period from the date of full time employment for enrollment in our Company's insurance (medical, dental, vision, flexible spending account, short and long-term disability and supplemental life insurance) benefit programs. You will be eligible to enroll in these benefits, which are each independent of each other, the first of the month after the 60-day waiting period.

- The Company will provide a cell phone to you or pay for your monthly cell phone usage. Also, should you leave the Company you will be responsible for returning the cell phone or paying the Company to gain personal ownership of the phone.

- The Company will provide a laptop to you. Should you leave the Company, you will be responsible for returning the laptop or paying the Company to gain personal ownership of the laptop. That said, upon termination, all business information stored in the laptop will be removed prior to personal ownership.

- You will be provided with a company credit card to be used for business expenses.

- Since you will be relocating from Georgia to Maryland, the Company will provide to you a lump sum of **$25,000.00** for relocation assistance. The amount of the relocation expense, as required by law, will be included on your 2020 W-2 form. Should you leave GEM for any reason in less than twelve (12) months of your hire date, you will be required to repay the relocation expense on a prorated basis.

Additionally, employment with GEM is voluntarily entered into, and you and/or the Company may end the relationship at will at any time, with or without cause as long as there is no violation of applicable federal or state law.

Should your employment end through no fault of your own, you will be provided with a severance package. The severance package will be six months of your salary. Unless your salary is reduced or your responsibilities change, you will not receive severance if you choose to leave the company on your own.

We hope these benefits and terms meet your requirements.

To acknowledge your acceptance of the matters outlined above and to confirm your intention to begin employment with GEM, please sign and date the letter by February 14, 2020 and return it to me by scanning a copy to hstan@geppifamilyenterprises.com. By accepting this offer you certify that all information that has been, or will be, provided by you is true and complete and you understand that any falsification, misrepresentation or omission of information may disqualify you from further consideration for employment or, once hired, may result in termiatnion regardless of the time that has elapsed before discovery.

We are genuinely looking forward to adding your professionalism and skills to the already talented team at GEM. We are confident you will be challenged and fulfilled with your responsibilities and work environment.

**GEPPI'S ENTERTAINMENT & MEDIA**

If there are any questions, please contact me.

Sincerely,

Stan Heidmann
President

**Signed and Dated:**

_____  2/14/20
Kathy Govier          Date

_____  2.17.20
Stan Heidmann        Date

EXHIBIT B

PAY STUBS

5 PAGES

☰  Pay

# Statements & Activity

**Jul 17, 2020**

| Take Home | Hours | Gross | |
|---|---|---|---|
| $5,204.07 | 80 | $8,653.85 | > |

**Jul 2, 2020**

| Take Home | Hours | Gross | |
|---|---|---|---|
| $5,671.85 | 80 | $9,615.38 | > |

**Jun 19, 2020**

| Take Home | Hours | Gross | |
|---|---|---|---|
| $5,671.84 | 80 | $9,615.38 | > |

1 of 5



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| SZ5 | 009187 | 000001 | | 0000180004 | 1 |

DIAMOND COMIC DISTRIBUTORS, INC.
10150 YORK RD. SUITE 300
HUNT VALLEY, MD  21030
COMPANY  PH#:443-318-8001

# Earnings Statement

**ADP**

Period Beginning:  04/17/2022
Period Ending:     04/30/2022
Pay Date:          05/06/2022

**KATHERINE  J GOVIER**

Filing Status: ███
Exemptions/Allowances:
  Federal: Standard Withholding Table

### Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7692.31 | 80.00 | 7,692.31 | 69,230.79 |
| **Gross Pay** | | | **$7,692.31** | 69,230.79 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

### Deductions

**Statutory**
Federal Income Tax
Social Security Tax
Medicare Tax
MD State Income Tax

**Other**
Dental
Health Ins
LTD Plan 4
Std
Vision

**Net Pay**
Check

**Net Check**

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$████

---

DIAMOND COMIC DISTRIBUTORS, INC.
10150 YORK RD. SUITE 300
HUNT VALLEY, MD  21030
COMPANY  PH#:443-318-8001

Advice number:  00000180004
Pay date:       05/06/2022

Deposited to the account of
KATHERINE  J GOVIER

| account number | transit  ABA | amount |
|---|---|---|
| xxxxx7365 | xxxx  xxxx | ███ |



**NON-NEGOTIABLE**

© 2000 ADP, LLC

3 of 5

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| SZ5 | 009187 | 000001 | | 0000200004 | 1 |

# Earnings Statement

ADP

DIAMOND COMIC DISTRIBUTORS, INC.
10150 YORK RD. SUITE 300
HUNT VALLEY, MD 21030
COMPANY PH#:443-318-8001

Period Beginning: 05/01/2022
Period Ending: 05/14/2022
Pay Date: 05/20/2022

KATHERINE J GOVIER

Filing Status:
Exemptions/Allowances:
 Federal: Standard Withholding Table

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8653.85 | 80.00 | 8,653.85 | 77,884.64 |
| Gross Pay | | | $8,653.85 | 77,884.64 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

**Deductions**

Statutory
 Federal Income Tax
 Social Security Tax
 Medicare Tax
 MD State Income Tax

Other
 Dental
 Health Ins
 LTD Plan 4
 Std
 Vision

Net Pay
Check

Net Check

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$

© 2000 ADP, LLC

DIAMOND COMIC DISTRIBUTORS, INC.
10150 YORK RD. SUITE 300
HUNT VALLEY, MD 21030
COMPANY PH#:443-318-8001

Advice number: 00000200004
Pay date: 05/20/2022


THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KATHERINE J GOVIER | xxxxx7365 | xxxx xxxx | |

**NON-NEGOTIABLE**

4 of 5

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| SZ5 | 009194 | 000001 | | 0000100004 | 1 |

# Earnings Statement

**ADP**

DIAMOND COMIC DISTRIBUTORS, INC.
10150 YORK RD. SUITE 300
HUNT VALLEY, MD 21030
COMPANY PH#:443-318-8001

Period Beginning: 02/16/2025
Period Ending: 03/01/2025
Pay Date: 03/07/2025

KATHERINE J GOVIER

Filing Status: ███████████████
Exemptions/Allowances:
  Federal: Standard Withholding Table

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8653.85 | 80.00 | 8,653.85 | 43,269.25 |
| **Gross Pay** | | | **$8,653.85** | 43,269.25 |

**Important Notes**
BASIS OF PAY: SALARY

**Deductions**

**Statutory**
Federal Income Tax
Social Security Tax
Medicare Tax
PA State Income Tax

**Other**
Dental
Health Ins
Ltd
Std
Vision

**Net Pay**
Check

**Net Check**

* Excluded from federal taxable wages

Your federal taxable wages this period are
$███████

© 2000 ADP, Inc.

DIAMOND COMIC DISTRIBUTORS, INC.
10150 YORK RD. SUITE 300
HUNT VALLEY, MD 21030
COMPANY PH#:443-318-8001

Advice number: 00000100004
Pay date: 03/07/2025

Deposited to the account of
KATHERINE J GOVIER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7365 | xxxx xxxx | ███████ |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

5 of 5

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND



In re:
**DIAMOND COMIC DISTRIBUTORS, INC.,**
Debtor.

Case No.: 25-10308
**Chapter 11**

## CERTIFICATE OF SERVICE

I, Katherine Govier, certify that on March 11, 2025, a copy of the Objection to Cure Amount was mailed first class mail, postage prepaid to:

### 1. Counsel for the Debtor:

**Saul Ewing LLP**
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
Attn: Jeffrey C. Hampton and Adam H. Isenberg

**Saul Ewing LLP**
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19801
Attn: Paige N. Topper

### 2. Counsel to the DIP Lender:

**Troutman Pepper Locke LLP**
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199
Attn: Jonathan W. Young and David Ruediger

### 3. Office of the United States Trustee:

**Gerard R. Vetter**
Office of the U.S. Trustee for the District of Maryland
101 West Lombard Street
Suite 2625

Baltimore, MD 21201

**4. Proposed Counsel to the Committee:**

**(i) Lowenstein Sandler LLP**
1251 Avenue of the Americas
New York, New York 10020
Attn: Bruce S. Nathan and Gianfranco Finizio

**(ii) Tydings & Rosenberg LLP**
One E. Pratt St., Suite 901
Baltimore, Maryland 21202
Attn: Stephen B. Gerald and Dennis J. Shaffer

**5. Counsel for the Stalking Horse Bidder:**

**Whiteford, Taylor & Preston L.L.P**
8830 Stanford Blvd, Suite 400
Columbia, MD 21045
Attn: Brent C. Strickland

Respectfully submitted,

*/s/ Katherine Govier*

**Katherine Govier**
113 Valmere Path
York, PA 17403
kathy_govier@icloud.com
770-335-9059