IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: § | |
| § | |
| DIAMOND COMIC DISTRIBUTORS, INC., § | Case No. 25-bk-10308-DER |
| § | (Chapter 11) |
| Debtor. § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

TO: ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW, Nikolaus F. Schandlbauer, of the Firm of Adams and Reese LLP, and files this Entry of Appearance and Demand for Service of Papers, as counsel for and on behalf of Action Figure Authority Inc., a creditor and party in interest in the above styled case, and pursuant to Fed. R. Bankr. P. Rule 9010(b) and 11 U.S.C. § 1109(b), respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

> Nikolaus F. Schandlbauer, Esq.
> Lauren A. Baio, Esq.
> Adams and Reese LLP
> 20 F Street, Suite 500
> Washington, DC 20001
> (202) 478-1221
> Email: nick.schandlbauer@arlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail,

telephone or otherwise. Further, Counsel requests that he be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization.

Counsel additionally requests that the Clerk of the Court place the foregoing name and address on any mailing matrix to be prepared or existing in the above-numbered case.

This 12th day of March, 2025.

Respectfully submitted,

*/s/ Nikolaus F. Schandlbauer*
Nikolaus F. Schandlbauer, Esq.
Lauren A. Baio, Esq.
Maryland Bar No. 08304
Adams and Reese LLP
nick.schandlbauer@arlaw.com
lianna.sarasola@arlaw.com
20 F Street, Suite 500
Washington, DC 20001
(202) 478-1217

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2025, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served via the Court's CM/ECF filing system upon registered users and/or via First Class U.S. Mail as follows:

Turner Falk, Esq.
Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Turner.falk@saul.com
Jeffrey.hampton@saul.com
Adam.isenberg@saul.com
*Counsel for Debtor*

Ashley N. Fellona, Esq.
Jordan Rosenfeld, Esq.
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Ashley.fellona@saul.com
Jordan.rosenfeld@saul.com
*Counsel for Debtor*

| | |
|---|---|
| Mark Minuti, Esq.<br>Nicholas Smargiassi, Esq.<br>Paige N. Topper, Esq.<br>Mark.minuti@saul.com<br>Nicholas.smargiassi@saul.com<br>Paige.topper@saul.com<br>Saul Ewing LLP<br>1201 Market Street<br>Wilmington, DE 19899<br>*Counsel for Debtor* | Hugh M. (UST) Bernstein<br>Office of U.S. Trustee<br>101 W. Lombard Street, Suite 2625<br>Baltimore, MD 21201<br>hugh.m.bernstein@usdoj.gov<br>*U.S. Trustee* |
| Gianfranco Finizio, Esq.<br>Bruce Nathan, Esq.<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>ginizio@lowenstein.com<br>bnathan@lowenstein.com<br><br>*Counsel for Unsecured Creditors Committee* | Michael Papandrea, Esq.<br>Lowenstein Sandler LLP<br>1 Lowenstein Drive<br>Roseland, NJ 07068<br>mpapandrea@lowenstein.com<br><br>*Counsel for Unsecured Creditors Committee* |
| Dennis J. Shaffer, Esq.<br>Whiteford, Taylor & Preston L.L.P.<br>7 Saint Paul Street<br>Baltimore, MD 21202<br>dshaffer@tydubgs,cin<br><br>*Counsel for Unsecured Creditors Committee* | |

 

                                         /s/ Nikolaus F. Schandlbauer
                                         Nikolaus F. Schandlbauer