**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| IN RE: § | |
| § | |
| DIAMOND COMIC DISTRIBUTORS, INC., § | Case No. 25-bk-10308-DER |
| § | (Chapter 11) |
| Debtor. § | |

### MOTION FOR ADMISSION PRO HAC VICE OF LAUREN A. BAIO FOR CREDITOR, ACTION FIGURE AUTHORITY INC.

Pursuant to Local Bankruptcy Rule 9010-3(b) of this Court, and Local Rule 101.1(b) of the U.S. District Court for the District of Maryland, Nikolaus F. Schandlbauer, Esq., a member in good standing of the bar of this Court, moves for the admission of Lauren A. Baio, Esq., to appear *pro hac vice* in the above-captioned proceeding as counsel for Creditor, Action Figure Authority Inc. ("Motion"), and in support thereof states as follows:

In support thereof, movant and the proposed admittee respectfully shows the Court:

1. Lauren A. Baio is not a member of the Bar of Maryland.

2. Lauren A. Baio does not maintain a law office in Maryland.

3. Lauren A. Baio is a member in good standing of the bar of the following State or United States Courts:

**State Court & Date of Admission**

Virginia: May 30, 2023

District of Columbia: January 24, 2020

Florida: September 26, 2017

**U.S. Court & Date of Admission**

US District Court Eastern District of Virginia: October 31, 2023

US District Court Middle District of Florida: January 12, 2019

US District Court Southern District of Florida: December 10, 2018

4. During the twelve (12) months immediately preceding the filing of this Motion, Lauren A. Baio has only been admitted pro hac vice in one other case, captioned as *In re: Totally Cool, Inc.* Case No. 24-17128.

5. Lauren A. Baio has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. Lauren A. Baio is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Lawyers' Rules of Professional Conduct, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for Lauren A. Baio in this proceeding will be the undersigned, Nikolaus F. Schandlbauer, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission pro hac vice does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. The $100.00 fee for admission pro hac vice is being paid via CM/ECF immediately following the filing of this Motion.

10. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

WHEREFORE, for the reasons set forth, movant, respectfully requests the Court to allow this Motion for Admission Pro Hac Vice.

Dated, this the 12th day of March, 2025.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Nikolaus F. Schandlbauer* | By: */s/ Lauren A. Baio* |
| Nikolaus F. Schandlbauer, Esq. | Lauren A. Baio, Esq. |
| *Movant* | *Proposed Admittee* |
| Maryland Bar No. 08304 | Virginia Bar No. 98980 |
| Adams and Reese LLP | Adams and Reese LLP |
| nick.schandlbauer@arlaw.com | lauren.baio@arlaw.com |
| lianna.sarasola@arlaw.com | jessica.bowers@arlaw.com |
| 20 F Street, Suite 500 | 20 F Street, Suite 500 |
| Washington, DC 20001 | Washington, DC 20001 |
| (202) 478-1217 | (202) 478-1217 |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIAMOND COMIC DISTRIBUTORS, INC., | § | Case No. 25-bk-10308-DER |
| | § | (Chapter 11) |
| Debtor. | § | |

### AFFIDAVIT OF LAUREN A. BAIO

I, Lauren A. Baio, depose and state as follows:

1. My name is Lauren A. Baio, and I am an attorney in the Washington D.C. office of Adams and Reese LLP.

2. Adams and Reese LLP represents Creditor, Action Figure Authority Inc., in the above-referenced case and has asked me to perform legal services for in connection therewith.

3. I am admitted to the bars of the highest courts of Virginia, Florida, and the District of Columbia. I have never been the subject of disciplinary action in any jurisdiction, and I have never before been admitted *pro hac vice* in this Court.

*Lauren A Baio Esq.*
_____
Lauren A. Baio

DISTRICT OF COLUMBIA, TO WIT:

I HEREBY CERTIFY that on ___5th of March, 2025___, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared LAUREN A. BAIO, and that she executed the foregoing document for the purposes therein contained.

AS WITNESS my hand and notarial seal.

*Catherine Lockley* (SEAL)
NOTARY PUBLIC

[Notary Seal: CATHERINE J. LOCKLEY, NOTARY PUBLIC, STATE OF FLORIDA, My Comm. Expires August 20, 2025, No. HH 124226]

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2025, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served via the Court's CM/ECF filing system upon registered users and/or via First Class U.S. Mail as follows:

Turner Falk, Esq.
Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Turner.falk@saul.com
Jeffrey.hampton@saul.com
Adam.isenberg@saul.com
*Counsel for Debtor*

Ashley N. Fellona, Esq.
Jordan Rosenfeld, Esq.
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Ashley.fellona@saul.com
Jordan.rosenfeld@saul.com
*Counsel for Debtor*

Mark Minuti, Esq.
Nicholas Smargiassi, Esq.
Paige N. Topper, Esq.
Mark.minuti@saul.com
Nicholas.smargiassi@saul.com
Paige.topper@saul.com
Saul Ewing LLP
1201 Market Street
Wilmington, DE 19899
*Counsel for Debtor*

Hugh M. (UST) Bernstein
Office of U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
hugh.m.bernstein@usdoj.gov
*U.S. Trustee*

Michael Papandrea, Esq.
Lowenstein Sandler LLP
1 Lowenstein Drive
Roseland, NJ 07068
mpapandrea@lowenstein.com
*Counsel for Unsecured Creditors Committee*

Gianfranco Finizio, Esq.
Bruce Nathan, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
ginizio@lowenstein.com
bnathan@lowenstein.com
*Counsel for Unsecured Creditors Committee*

Dennis J. Shaffer, Esq.
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, MD 21202
dshaffer@tydings.com
*Counsel for Unsecured Creditors Committee*

/s/ Nikolaus F. Schandlbauer
Nikolaus F. Schandlbauer