**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | |
|---|---|
| IN RE: § | |
| § | |
| DIAMOND COMIC DISTRIBUTORS, INC., § | Case No. 25-bk-10308-DER |
| § | (Chapter 11) |
| Debtor. § | |

**ORDER ALLOWING ADMISSION OF LAUREN A. BAIO**
***PRO HAC VICE* AS COUNSEL FOR CREDITOR, ACTION FIGURE AUTHORITY INC.**

Upon consideration of the Motion for Admission of Lauren A. Baio *Pro Hac Vice* as Counsel for Creditor, Action Figure Authority Inc. (the "Motion for Admission"), filed by Nikolaus F. Schandlbauer, a member in good standing of the bar of this Court, it appearing that good cause exists for granting the relief sought in the Motion for Admission, it is this ___ day of March , 2025, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion for Admission be, and it hereby is GRANTED; and it is further

ORDERED, that Lauren A. Baio be, and she hereby is admitted to practice *Pro Hac Vice* in this Court for the conduct of the above-captioned case pending before this Court, and any appeals or other related proceedings in connection therewith; and it is further

ORDERED, that the requirement that the Movant appear at all hearings before this Court be, and it hereby is WAIVED.

IT IS SO ORDERED.

_____
JUDGE, UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

After entry, copies to:

Nikolaus F. Schandlbauer, Esq.
Lauren A. Baio, Esq.
Adams and Reese LLP
20 F Street NW Suite 500
Washington, DC 20001
*Counsel for Creditor, Action Figure Authority Inc.*

Turner Falk, Esq.
Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Turner.falk@saul.com
Jeffrey.hampton@saul.com
Adam.isenberg@saul.com
*Counsel for Debtor*

Ashley N. Fellona, Esq.
Jordan Rosenfeld, Esq.
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Ashley.fellona@saul.com
Jordan.rosenfeld@saul.com
*Counsel for Debtor*

Mark Minuti, Esq.
Nicholas Smargiassi, Esq.
Paige N. Topper, Esq.
Mark.minuti@saul.com
Nicholas.smargiassi@saul.com
Paige.topper@saul.com
Saul Ewing LLP
1201 Market Street
Wilmington, DE 19899
*Counsel for Debtor*

Hugh M. (UST) Bernstein
Office of U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
hugh.m.bernstein@usdoj.gov
*U.S. Trustee*
*Counsel for Debtor*

Michael Papandrea, Esq.
Lowenstein Sandler LLP
1 Lowenstein Drive
Roseland, NJ 07068
mpapandrea@lowenstein.com
*Counsel for Unsecured Creditors Committee*

Dennis J. Shaffer, Esq.
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, MD 21202
dshaffer@tydings.com
*Counsel for Unsecured Creditors Committee*

Gianfranco Finizio, Esq.
Bruce Nathan, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
ginizio@lowenstein.com
bnathan@lowenstein.com
*Counsel for Unsecured Creditors Committee*