IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | § |
| | § |
| DIAMOND COMIC DISTRIBUTORS, INC., | § Case No. 25-bk-10308-DER |
| | § (Chapter 11) |
| Debtor. | § |

### MOTION FOR ADMISSION PRO HAC VICE OF SCOTT R. CHEATHAM FOR CREDITOR, ACTION FIGURE AUTHORITY INC.

Pursuant to Local Bankruptcy Rule 9010-3(b) of this Court, and Local Rule 101.1(b) of the U.S. District Court for the District of Maryland, Nikolaus F. Schandlbauer, Esq., a member in good standing of the bar of this Court, moves for the admission of Scott R. Cheatham, Esq., to appear *pro hac vice* in the above-captioned proceeding as counsel for Creditor, Action Figure Authority Inc. ("Motion"), and in support thereof states as follows:

In support thereof, movant and the proposed admittee respectfully shows the Court:

1. Scott R. Cheatham is not a member of the Bar of Maryland.

2. Scott R. Cheatham does not maintain a law office in Maryland.

3. Scott R. Cheatham is a member in good standing of the bar of the following State or United States Courts:

**State Court & Date of Admission**

Louisiana: October 23, 2008

Texas: November 4, 2005

**U.S. Court & Year of Admission**

United States District Court for the Eastern District of Louisiana: 2008

        United States District Court for the Middle District of Louisiana: 2008

        United States District Court for the Western District of Louisiana: 2008

        United States District Court for the Southern District of Texas: 2005

        United States District Court for the Western District of Texas: 2005

        United States District Court for the Eastern District of Texas: 2005

        United States Court of Appeals, Fifth Circuit: 2008

4. During the twelve (12) months immediately preceding the filing of this Motion, Scott R. Cheatham has not been admitted pro hac vice in any other case in this District.

5. Scott R. Cheatham has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. Scott R. Cheatham is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Lawyers' Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for Scott R. Cheatham in this proceeding will be the undersigned, Nikolaus F. Schandlbauer, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission pro hac vice does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. The $100.00 fee for admission pro hac vice is being paid via CM/ECF immediately following the filing of this Motion.

10. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

WHEREFORE, for the reasons set forth, movant, respectfully requests the Court to allow this Motion for Admission Pro Hac Vice.

This the 12th day of March, 2025.

Respectfully submitted,

By: /s/ Nikolaus F. Schandlbauer
Nikolaus F. Schandlbauer, Esq.
*Movant*
Maryland Bar No. 08304
Adams and Reese LLP
nick.schandlbauer@arlaw.com
lianna.sarasola@arlaw.com
20 F Street, Suite 500
Washington, DC 20001
(202) 478-1217

By: /s/ Scott R. Cheatham
Scott R. Cheatham
*Proposed Admittee*
Adams and Reese LLP
Hancock Whitney Center
701 Poydras Street, Suite 4500
New Orleans, LA 70139
504-581-3234
504-566-0210 (facsimile)
scott.cheatham@arlaw.com
Louisiana Bar No. 31658
Texas Bar No. 24050406

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | § |
| | § |
| DIAMOND COMIC DISTRIBUTORS, INC., | § Case No. 25-bk-10308-DER |
| | § (Chapter 11) |
| Debtor. | § |

## AFFIDAVIT OF SCOTT R. CHEATHAM

I, Scott R. Cheatham, depose and state as follows:

1. My name is Scott R. Cheatham and I am an attorney in the New Orleans office of Adams and Reese LLP.

2. Adams and Reese LLP represents Creditor, Action Figure Authority Inc., in the above-referenced case and has asked me to perform legal services for in connection therewith.

3. I am admitted to the bars of the highest courts of both Louisiana and Texas. I have never been the subject of disciplinary action in any jurisdiction and I have never before been admitted *pro hac vice* in this Court.

*/s/ Scott R. Cheatham*
Scott R. Cheatham

STATE OF LOUISIANA, TO WIT:

I HEREBY CERTIFY that on this 5th day of March, 2025, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared SCOTT R. CHEATHAM, and that he executed the foregoing document for the purposes therein contained.

AS WITNESS my hand and notarial seal.

_____ (SEAL)
NOTARY PUBLIC

Annie Parish
Notary Public, ID No. 54540
My commission is for life

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2025, a true and correct copy of the foregoing Motion for Admission of Scott R. Cheatham was served via the Court's CM/ECF filing system upon registered users and/or via First Class U.S. Mail as follows:

Turner Falk, Esq.
Jeffrey C. Hampton, Esq.
Adam H. Isenberg, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Turner.falk@saul.com
Jeffrey.hampton@saul.com
Adam.isenberg@saul.com
*Counsel for Debtor*

Mark Minuti, Esq.
Nicholas Smargiassi, Esq.
Paige N. Topper, Esq.
Mark.minuti@saul.com
Nicholas.smargiassi@saul.com
Paige.topper@saul.com
Saul Ewing LLP
1201 Market Street
Wilmington, DE 19899
*Counsel for Debtor*

Michael Papandrea, Esq.
Lowenstein Sandler LLP
1 Lowenstein Drive
Roseland, NJ 07068
mpapandrea@lowenstein.com
*Counsel for Unsecured Creditors Committee*

Dennis J. Shaffer, Esq.
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, MD 21202
dshaffer@tydings.com
*Counsel for Unsecured Creditors Committee*

Ashley N. Fellona, Esq.
Jordan Rosenfeld, Esq.
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Ashley.fellona@saul.com
Jordan.rosenfeld@saul.com
*Counsel for Debtor*

Hugh M. (UST) Bernstein
Office of U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
hugh.m.bernstein@usdoj.gov
*U.S. Trustee*

Gianfranco Finizio, Esq.
Bruce Nathan, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
ginizio@lowenstein.com
bnathan@lowenstein.com
*Counsel for Unsecured Creditors Committee*

/s/ Nikolaus F. Schandlbauer
Nikolaus F. Schandlbauer