**THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: ) | |
| ) | **Case No. 25-10308-DER** |
| Diamond Comic Distributors, Inc., et al.,[1] ) | **Chapter 11** |
| ) | |
| Debtor. ) | |
| ) | |

**RESPONSE OF DYNAMIC FORCES, INC. TO DEBTORS' INITIAL AND**
**SUPPLEMENTAL NOTICES OF POSSIBLE ASSUMPTION AND**
**ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Dynamic Forces, Inc. ("DFI"), by and through its undersigned counsel, hereby responds to the Initial and Supplemental Notices of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (collectively "Notices") filed by the Debtors in these cases (ECF #s 160, 194), and states as follows:

The Initial Notice lists a Distribution Agreement with DFI as an executory contract that may be sought to be assumed and assigned, with a cure amount of $158,820.93. The cure amount is presumably based on the amount due on the Petition Date. The amount owing to DFI has fluctuated since the petition was filed, as more product has been ordered, and paid for. The cure amount should be adjusted to reflect the amount due to DFI as of the date of sale. Further, Debtors should be required to pay all attorneys' fees accrued by DFI in connection with the Distribution Agreement. *See Matter of Superior Toy and Mfg. Co., Inc.*, 78 F.3d 1169 (7th Cir. 1996).

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Dated:  March 12, 2025          Respectfully submitted,

                                /s/ *Justin P. Fasano*
                                McNamee Hosea, P.A.
                                Justin P. Fasano, Esquire (Bar No. 28659)
                                6404 Ivy Lane, Suite 820
                                Greenbelt, MD 20770
                                Phone: 301-441-2420
                                jfasano@mhlawyers.com
                                *Counsel for Dynamic Forces, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, a copy of the foregoing Notice of Appearance and

Request for Notices and Service of Papers was filed and served via the Court's Electronic Case

Filing System on the following attorneys:


Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com,
lsuprum@polsinelli.com,
delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com,
dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com,
benjamin.loveland@wilmerhale.com,
yolande.thompson@wilmerhale.com

Andrew Brown abrown@klestadt.com

Richard L. Costella rcostella@tydings.com,
scalloway@tydings.com

David W.T. Daniels ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com,
nvargas@perkinscoie.com,
KMcClure@perkinscoie.com

Turner Falk turner.falk@saul.com,
tnfalk@recap.email,

Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
hleaphart@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com,
janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Chelsea R Frankel cfrankel@lowenstein.com

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com,
christopher-j-giaimo-6409@ecf.pacerpro.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Adam H Isenberg adam.isenberg@saul.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com,
docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@tydings.com,
mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com,
bankruptcy@coleschotz.com,
lmorton@coleschotz.com

Mark Minuti mark.minuti@saul.com,
robyn.warren@saul.com

Bruce S. Nathan bnathan@lowenstein.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com,
lianna.sarasola@arlaw.com

Dennis J. Shaffer dshaffer@tydings.com,
scalloway@tydings.com,
mhickman@tydings.com,
jlee@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com,
jonathan.young@troutman.com,
david.ruediger@troutman.com,
errol.chapman@troutman.com,
toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

Brent C. Strickland bstrickland@wtplaw.com,
mbaum@wtplaw.com,
brent-strickland-3227@ecf.pacerpro.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

/s/ *Justin P. Fasano*
Counsel