IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 6, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 194]**

Dated: March 11, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 11th day of March, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Floodgate Games | 8014 Highway 55, #501 | Golden Valley, MN 55427 | | | | First Class Mail |
| Microsoft Corporation | Attn: Software Advisor; Insight Direct USA Inc. | 2701 E. Insight Way | Chandler, AZ, 85286 | | bridgette.seguine@insight.com | Email<br>First Class Mail |
| Toho International Inc. And Legendary Licensince, Llc | Attn: Amber Sheppo, VP, Consumer Products & Promotions | 2900 W. Alameda Ave, Ste 1500 | Burbank, CA 91505 | | asheppo@legendary.com | Email<br>First Class Mail |
| Visible Supply Chain Management, LLC | d/b/a Maersk E-Commerce Logistics | Attn: Jennafer Marchetti | 5160 Wiley Post Way | Salt Lake City, Utah 84116 | jennafer.marchetti@maersk.com | Email<br>First Class Mail |