IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| DIAMOND COMIC DISTRIBUTORS, INC., *et al.,* | Chapter 11 |
| | (Jointly Administered) |
| Debtors.[1] | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Laura S. Bouyea, Esquire, a member in good standing of the bar of this Court, moves the admission of Deborah M. Perry, Esquire, to appear pro hac vice in the above-captioned bankruptcy case as attorney for AIREIT Olive Branch DC LLC, and Anson Logistics Assets LLC.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.

2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member in good standing of the bars of the following State or United States Courts:

| State Court and Date of Admission | U.S. Court and Date of Admission |
|---|---|
| Texas – 11/07/1997 | Dist. Ct for the ND of Texas – 3/17/1998 |
| | Dist. Ct for the SD of Texas - 2002 |
| | Dist. Ct for the ED of Texas - 1998 |
| | Dist. Ct for the WD of Texas – on or about 4/15/2003 |
| | Fifth Circuit Court of Appeals – 5/3/2004 |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in the Court 0 times.  Proposed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is 10150 York Road, Suite 300, Hunt Valley, Maryland 21030

admittee is not currently admitted in more than two (2) active unrelated cases.[2]

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

| | |
|---|---|
| */s/ Laura S. Bouyea* | */s/ Deborah M. Perry* |
| Laura S. Bouyea (Federal Bar No. 27812) | Deborah M. Perry |
| VENABLE LLP | MUNSCH HARDT KOPF & HARR, P.C. |
| 750 East Pratt Street, Suite 900 | 500 N. Akard Street, Suite 4000 |
| Baltimore, MD 21202 | Dallas, Texas 75201-6659 |
| Telephone: (410) 244-7400 | Telephone: (214) 855-7500 |
| Facsimile: (410) 244-7742 | Facsimile: (214) 855-7584 |
| E-mail: lsbouyea@venable.com | E-mail: dperry@munsch.com |
| *Movant* | *Proposed Admittee* |

---

[2] See Local District Court Rule 101(1)(b)(iii)

CERTIFICATE OF SERVICE

I hereby certify that, on the 13th day of March 2025, a copy of this document was served upon the following parties that are registered to receive notice via the Court's CM/ECF notification system:

**Electronic Mail Notice List**

**Debtor's Counsel:**

- **Turner Falk**  turner.falk@saul.com; tnfalk@recap.email; Veronica.Marchiondo@saul.com
- **Adam H. Isenberg**  adam.isenberg@saul.com
- **Jeffrey C. Hampton**  jeffrey.hampton@saul.com
- **Mark Minuti**  mark.minuti@saul.com; robyn.warren@saul.com
- **Nicholas Smargiassi**  nicholas.smargiassi@saul.com
- **Paige Noelle Topper**  paige.topper@saul.com
- **Ashley N. Fellona**  ashley.fellona@saul.com; janice.mast@saul.com
- **Jordan Rosenfeld**  jordan.rosenfeld@saul.com

**United States Trustee:**

- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **US Trustee – Baltimore**  USTPRegion04.BA.ECF@USDOJ.GOV

**Unsecured Creditors Committee:**

- **Richard L. Costella**   rcostella@tydings.com; scalloway@tydings.com
- **Gianfranco Finizio**   gfinizio@lowenstein.com
- **Chelsea R. Frankel**   cfrankel@lowenstein.com
- **Stephen B. Gerald**   sgerald@tydings.com
- **Bruce S. Nathan**   bnathan@lowenstein.com
- **Michael Papandrea**   mpapandrea@lowenstein.com
- **Dennis J. Shaffer**   dshaffer@tydings.com; scalloway@tydings.com; mhickman@tydings.com; jlee@tydings.com
- **Jung Yong Lee**   jlee@tydings.com; mhickman@tydings.com

**Stalking Horse Purchaser:**

- **Brent C. Strickland**   bstrickland@wtplaw.com; mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com

**Other Parties who are Registered to Receive Notice via CM/ECF:**

- **Daniel Jack Blum**  jack.blum@polsinelli.com; lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
- **Thomas K. Bredar**  thomas.bredar@wilmerhale.com; andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
- **Andrew Brown**  abrown@klestadt.com
- **David W.T. Daniels**  ddaniels@perkinscoie.com; docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com
- **Justin Philip Fasano**  jfasano@mhlawyers.com; jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- **Christopher J. Giaimo**  christopher.giaimo@squirepb.com; christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
- **Zvi Guttman**  zvi@zviguttman.com; zviguttman@gmail.com; zviguttman@outlook.com
- **C. Kevin Kobbe**  kevin.kobbe@us.dlapiper.com; docketing-baltimore-0421@ecf.pacerpro.com
- **Eric George Korphage**  korphagee@whiteandwilliams.com
- **Gary H. Leibowitz**  gleibowitz@coleschotz.com; pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
- **Steven Gregory Polard**  steven.polard@ropers.com
- **Nikolaus F. Schandlbauer**  nick.schandlbauer@arlaw.com; lianna.sarasola@arlaw.com
- **Indira Kavita Sharma**  indira.sharma@troutman.com; katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com; errol.chapman@troutman.com; toyja.kelley@troutman.com

*/s/ Laura S. Bouyea*
Laura S. Bouyea