# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 168** |

## STIPULATION TO EXTEND OBJECTION DEADLINE

The above-captioned debtors and debtors in possession (the "Debtors"), the Official Committee of Unsecured Creditors (the "Committee"), and JPMorgan Chase Bank, N.A ("JPM"), by and through their undersigned counsel, hereby stipulate that the Committee and JPM's deadline to object to the *Debtors' Motion for Entry of an Order (I) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 168] is extended to March 21, 2025.

Dated: March 13, 2025

| **SAUL EWING LLP** | **TROUTMAN PEPPER LOCKE LLP** |
|---|---|
| */s/ Jordan D. Rosenfeld* | /s/ *Toyia E. Kelley* |
| Jordan D. Rosenfeld (MD Bar No. 13694) | Toyja E. Kelley |
| 1001 Fleet Street, 9th Floor | Indira K. Sharma |
| Baltimore, MD 21202 | Jonathan W. Young |
| Telephone: (410) 332-8600 | 701 8th St., N.W., Suite 500 |
| Email: jordan.rosenfeld@saul.com | Washington, D.C. 20001 |
| | Tel: (202) 220-6900 |
| -and- | Email: Toyja.Kelley@troutman.com |
| | Indira.Sharma@troutman.com |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| | |
|---|---|
| Jeffrey C. Hampton (admitted *pro hac vice*) | Jonathan.Young@troutman.com |
| Adam H. Isenberg (admitted *pro hac vice*) | |
| Turner N. Falk (admitted *pro hac vice*) | -and- |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102 | David L. Ruediger |
| Telephone: (215) 972-7777 | 111 Huntington Avenue |
| Email: jeffrey.hampton@saul.com | Boston, MA 02199 |
| adam.isenberg@saul.com | Tel: (617) 239-0100 |
| turner.falk@saul.com | Email: David.Ruediger@troutman.com |
| | |
| -and- | *Counsel for JPMorgan Chase Bank N.A.* |
| | |
| | -and- |
| Mark Minuti (admitted *pro hac vice*) | |
| Paige N. Topper (admitted *pro hac vice*) | **TYDINGS & ROSENBERG LLP** |
| Nicholas Smargiassi (admitted *pro hac vice*) | |
| 1201 N. Market Street, Suite 2300 | */s/ Dennis J. Shaffer* |
| Wilmington, DE 19801 | Dennis J. Shaffer (MD Bar No. 25680) |
| Telephone: (302) 421-6800 | Stephen B. Gerald (MD Bar No. 26590) |
| Email: mark.minuti@saul.com | 1 East Pratt Street, Suite 901 |
| paige.topper@saul.com | Baltimore, MD 21202 |
| nicholas.smargiassi@saul.com | Telephone: (410) 752-9700 |
| | Email: dshaffer@tydings.com |
| *Counsel for Debtors and Debtors in Possession* | sgerald@tydings.com |
| | |
| | -and- |
| | |
| | **LOWENSTEIN SANDLER LLP** |
| | |
| | Bruce S. Nathan (admitted *pro hac vice*) |
| | Gianfranco Finizio (admitted *pro hac vice*) |
| | Michael T. Papandrea (admitted *pro hac vice*) |
| | Chelsea R. Frankel (admitted *pro hac vice*) |
| | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: (212) 262-6700 |
| | Email: BNathan@lowenstein.com |
| | GFinizio@lowenstein.com |
| | MPapandrea@lowenstein.com |
| | CFrankel@lowenstein.com |
| | |
| | *Proposed Counsel for the Official Committee of Unsecured Creditors* |

2