# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# NOTICE

In person hearing Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 3/27/25 at 10:00 AM to consider and act upon the following:

160 – Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Filed by Diamond Comic Distributors, Inc. (related document(s)136 Order on Motion for Miscellaneous Relief). (Rosenfeld, Jordan)

194 – Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Filed by Diamond Comic Distributors, Inc. (related document(s)136 Order on Motion for Miscellaneous Relief, 160 Notice filed by Debtor Diamond Comic Distributors, Inc., 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.). (Attachments: # 1 Exhibit 1 – Contracts Schedule) (Rosenfeld, Jordan)

211 – Objection to Cure Amount Filed by Katherine Govier (related document(s)160 Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases filed by Debtor Diamond Comic Distributors, Inc.). (McKenna, Shannon)

215 – Objection on behalf of Anson Logistics Assets LLC, AIREIT Olive Branch DC LLC Filed by Laura Skowronski Bouyea (related document(s)160 Notice filed by Debtor Diamond Comic Distributors, Inc., 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.). (Bouyea, Laura)

216 – Response on behalf of The Pokemon Company International, Inc. Filed by David W.T. Daniels (related document(s)160 Notice filed by Debtor Diamond Comic Distributors, Inc., 194 Notice filed by Debtor Diamond Comic Distributors, Inc.). (Daniels, David)

217 – Response on behalf of Dynamic Forces, Inc. Filed by Justin Philip Fasano (related document(s)160 Notice filed by Debtor Diamond Comic Distributors, Inc.). (Fasano, Justin)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 3/13/25

                              Mark A. Neal, Clerk of Court
                              by Deputy Clerk, Cherita Scott

410–962–7769

Form ntchrgmdb (rev. 08/13/2024)