

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT OF
TYDINGS & ROSENBERG LLP AS LOCAL COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
EFFECTIVE AS OF JANUARY 31, 2025**

Upon consideration of the Application for Authority to Employ Tydings & Rosenberg LLP ("T&R") as Local Counsel, effective as of January 31, 2025 (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above captioned debtors and debtors in possession (collectively, the "Debtors"), and upon the Verified Statement of Disinterestedness Pursuant to Bankruptcy Rule 2014 attached thereto, and it appearing that T&R is duly qualified to act as local counsel to the Committee in these chapter 11 cases, and the

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6320025.2

Court being satisfied that T&R does not hold or represent any interest adverse to the Committee, and it appearing that the employment of T&R is necessary and appropriate and in the best interest of the Committee, and it appearing that no further notice of the Application need be given and upon any hearing held thereon, it is:

**ORDERED**, that the Application is hereby **GRANTED** as set forth herein; and it is further

**ORDERED**, that the Committee is hereby authorized to employ T&R as its local counsel in this case effective as of January 31, 2025, on the terms set forth in the Application, with compensation and reimbursement of expenses subject to further order of this Court; and it is further

**ORDERED**, that T&R shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code, and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, the Compensation Guidelines, and such other orders as this Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in these chapter 11 cases; and it is further

**ORDERED**, that prior to applying any increases in its hourly rates beyond the rates set forth in the Application, T&R shall provide ten (10) days' notice of any such increases to the Debtors and the Office of the United States Trustee (the "US Trustee"). The US Trustee retains all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and this Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code; and it is further

**ORDERED**, that T&R shall make a reasonable effort to comply with the US Trustee's requests for information and additional disclosures as set forth in the US Trustee Guidelines in

connection with any interim and final fee applications to be filed by T&R in these chapter 11 cases; and it is further

**ORDERED**, that the Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

**ORDERED**, that this Court retains jurisdiction over any and all matters arising, from or related to the interpretation or implementation of this Order.

**END OF ORDER**

cc:   Debtors' Counsel
      Committee Counsel
      Office of United States Trustee
      All parties receiving service by CM/ECF system