Entered: March 17th, 2025
Signed: March 13th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[3] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 30, 2025**

Upon consideration of the *Application by the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel, Effective As of January 30, 2025* (the "Application")[4] filed by the Official Committee of Unsecured Creditors (the "Committee"); and upon consideration of the Nathan Declaration and Chairperson Declaration attached thereto; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration

---

[3] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030

[4] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

47351/2
02/24/2025 313664623.3

of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided under the particular circumstances; and it appearing that no other or further notice need be provided; and, based upon the Nathan Declaration, this Court finding that Lowenstein Sandler is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and that the retention and employment of Lowenstein Sandler is in the best interests of the Committee; and this Court having found that good and sufficient cause exists for the relief granted by this Order,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. Pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2016, the Committee is hereby authorized to retain and employ Lowenstein Sandler as counsel in these Chapter 11 Cases, effective as of January 30, 2025.

3. Lowenstein Sandler shall apply for compensation and professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases in compliance with sections 328, 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, the Compensation Guidelines, and such other orders as this Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals in these Chapter 11 Cases.

4. Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, Lowenstein Sandler shall provide ten (10) days' notice of any such increases to the Debtors and the U.S. Trustee. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in Bankruptcy Code

section 330, and this Court retains the right to review any rate increase pursuant to Bankruptcy Code section 330.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, 9014, or otherwise, or any Local Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. Lowenstein Sandler shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines in connection with any interim and final fee applications to be filed by Lowenstein Sandler in these Chapter 11 Cases.

7. The Committee is authorized and empowered to take all actions necessary to effectuate the relief granted by this Order.

8. This Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation of implementation of this Order.

**END OF ORDER**

cc:   Dennis Shaffer, Esquire
      Tydings & Rosenberg LLP
      100 East Pratt Street, 26th Floor
      Baltimore, MD  21202

      Counsel to the Debtors
      The Office of the United States Trustee
      All parties who have requested and are receiving notices through the Court's CM/ECF system