IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SECOND SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 7, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 194]**

Dated: March 13, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 13th day of March, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Agility Recovery Solutions | P.O. Box 733788 | Dallas, TX 75373-3788 | | | | | First Class Mail |
| Chaosium Inc | Attn: Charlie Krank | 895 B Street, Ste 423 | Hayward, CA 94541 | | | charlie@chaosim.com | Email |
| | | | | | | | First Class Mail |
| Circana, LLC | 203 N Lasalle St, Ste 1500 | Chicago, IL 60601 | | | | | First Class Mail |
| Compass Games LLC | 3466 Main St | Cromwell, CT 06416 | | | | | First Class Mail |
| Cryptozoic Entertainment, LLC | 23212 Mill Creek Dr, Ste 300 | Laguna Hills, CA 92653 | | | | javiercasillasjavier.casillas@cryptozoic.com | Email |
| | | | | | | | First Class Mail |
| Dire Wolf Digital LLC | 1865 S Manor Ln | Lakewood, CO 80232 | | | | | First Class Mail |
| Evil Hat Productions LLC | c/o Fred Hicks | 10125 Colesville Rd | Silver Spring, MD 20901 | | | | First Class Mail |
| Express Employment Professionals | c/o Express Services Inc | PO Box 535434 | Atlanta, GA 30353 | | | | First Class Mail |
| FedEx | P.O. Box 7221 | Pasadena, CA 91109-7321 | | | | | First Class Mail |
| FedEx | P.O. Box 94515 | Palatine, IL 60094-4515 | | | | | First Class Mail |
| FedEx Freight | P.O. Box 649001 | San Jose, CA 95164-9001 | | | | | First Class Mail |
| FedEx Freight | P.O. Box 660481 | Dallas, TX 75266-0481 | | | | | First Class Mail |
| FedEx Logistics, Inc | P.O. Box 830144 | Philadelphia, PA 19182-0144 | | | | | First Class Mail |
| FedEx Trade Network | P.O. Box 916200 | P.O. Box 4090 | Station A | Toronto, ON M5W 0E9 | Canada | | First Class Mail |
| FedEx/106697680 | P.O. Box 371461 | Pittsburgh, PA 15250-7461 | | | | | First Class Mail |
| Floodgate Games | 8014 Highway 55, Ste S01 | Golden Valley, MN 55427 | | | | | First Class Mail |
| Goodland Games LLC | Attn: Felicity Jordan | 1907 Cherry Ave | Goodland, KS 67735 | | | | First Class Mail |
| Goodman Games | Attn: Joseph Goodman | 2784 Homestead Rd, Ste 162 | Santa Clara, CA 95051 | | | | First Class Mail |
| Goodman Games LLC | 4040 Civic Center Dr Ste 200 | San Rafael, CA 94903 | | | | Joseph@goodman-games.com | Email |
| | | | | | | | First Class Mail |
| Green Ronin Publishing | 3815 S Othello St | Seattle, WA 98118 | | | | | First Class Mail |
| Microsoft Corp | c/o Boa, Lockbox 842467 | 1950 N Stemmons Fwy, Ste 5010 | Dallas, TX 75207 | | | o365sup8@microsoft.com | Email |
| | | | | | | | First Class Mail |
| Microsoft Corp | c/o Software Advisor, Insight Direct USA, Inc | 2701 E Insight Way | Chandler, AZ 85286 | | | bridgette.seguine@insight.com | Email |
| | | | | | | | First Class Mail |
| North Star Games | Attn: Satish Pillalama | 3720 Farragut Ave, Ste 403 | Kensington, MD 20895 | | | | First Class Mail |
| Paizo Inc | P.O. Box 84311 | Seattle, WA 98124-5611 | | | | | First Class Mail |
| Publisher Services Inc | Attn: Fred Yelk Woodru | 1554 Litton Drive | Stone Mountain, GA 30083 | | | | First Class Mail |
| Randstad | P.O. Box 7247-6655 | Philadelphia, PA 19170-6655 | | | | | First Class Mail |
| Ravensburger North America Inc | P.O. Box 845233 | Boston, MA 02284-5233 | | | | | First Class Mail |
| Renegade Game Studios | 153 Sugar Belle Dr, Ste B 166 | Winter Garden, FL 34787 | | | | | First Class Mail |
| Renegade Games | Attn: Robyn Gaeta | 27155 Silver Berry Way | Valley Center, CA 92082 | | | | First Class Mail |
| Renegade Games, LLC | DLA Piper | Attn: C Kevin Kobbe | Harbor E, 650 S Exeter St, Ste 1100 | Baltimore, MD 21202-4576 | | | First Class Mail |
| Trick Or Treat Studios | Attn: Terry Gadosh | 4134 E Joppa Rd, Ste 201 | Nottingham, MD 21236 | | | terry@trickortreatstudios.com | Email |
| | | | | | | | First Class Mail |
| Ultra Pro International | P.O. Box 8201 | Pasadena, CA 91109-8201 | | | | | First Class Mail |
| Waste Connections of TN Inc | 3340 Players Club Pkwy, Ste 110 | Memphis, TN 38125 | | | | | First Class Mail |
| Waste Connections of TN Inc | 6010-1031370-003 Distric 6010 | P.O. Box 535233 | Pittsburgh, PA 15253-5233 | | | | First Class Mail |
| Waste Connections of TN Inc | P.O. Box 535233 | Pittsburgh, PA 15253-5233 | | | | | First Class Mail |
| Wizards of the Coast Inc | P.O. Box 403050 | Atlanta, GA 30384-3050 | | | | Jeff.Butterworth@wizards.com | Email |
| | | | | | | | First Class Mail |
| Wizards of the Coast LLC | Attn: Mk Smith | 1107 Lake Washington Blvd N, Ste 800 | Renton, WA 98056 | | | mk.smith@wizards.com | Email |
| | | | | | | | First Class Mail |
| Wizards Of The Coast, Inc | A Subsidiary Of Hasbro In | P.O. Box 707 | Renton, WA 98057-0707 | | | | First Class Mail |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)