IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| Diamond Comic Distributors, Inc. | * | Case No.: 25-10308 |
| | | Chapter 11 |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF ENTRY OF**
**<u>APPEARANCE AND REQUEST FOR NOTICES</u>**

NOTICE IS HEREBY GIVEN that Jan I. Berlage and Gohn Hankey & Berlage LLP ("GHB") hereby enter their appearances as counsel for Creditor Kathy Govier, in the above-captioned case pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that all notices and pleadings given or required to be given and copies of all papers served or required to be served in this case be given and served on the undersigned attorneys at the address set forth below:

Jan I. Berlage, Esquire
Gohn Hankey & Berlage LLP
201 N. Charles Street, Suite 2101
Baltimore, Maryland 21201
410-752-9300
410-752-2519 (fax)
jberlage@ghsllp.com

Respectfully submitted,

 /s/ Jan I. Berlage
Jan I. Berlage (23937)
Gohn Hankey & Berlage LLP
201 N. Charles Street, Suite 2101
Baltimore, Maryland 21201
410-752-9300
410-752-2519 (fax)
jberlage@ghsllp.com

Counsel for Kathy Govier

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2024, a copy of Counsel's Notice of Entry and Substitution of Appearance and Request for Notices was served via CM/ECF to:

Hugh M. (UST) Bernstein   hugh.m.bernstein@usdoj.gov
Daniel Jack Blum   jack.blum@polsinelli.com,
Laura Skowronski Bouyea   lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar   thomas.bredar@wilmerhale.com,
Andrew Brown   abrown@klestadt.com
Richard L. Costella   rcostella@tydings.com, scalloway@tydings.com
David W.T. Daniels   ddaniels@perkinscoie.com, docketnyc@perkinscoie.com
Turner Falk   turner.falk@saul.com
Justin Philip Fasano   jfasano@mhlawyers.com
Ashley N Fellona   ashley.fellona@saul.com
Gianfranco Finizio   gfinizio@lowenstein.com
Chelsea R Frankel   cfrankel@lowenstein.com
Stephen B. Gerald   sgerald@tydings.com
Christopher J. Giaimo   christopher.giaimo@squirepb.com
Zvi Guttman   zvi@zviguttman.com,
Jeffrey C. Hampton   jeffrey.hampton@saul.com
Adam H Isenberg   adam.isenberg@saul.com
C. Kevin Kobbe   kevin.kobbe@us.dlapiper.com
Eric George Korphage   korphagee@whiteandwilliams.com
Jung Yong Lee   jlee@tydings.com, mhickman@tydings.com
Gary H. Leibowitz   gleibowitz@coleschotz.com
Mark Minuti   mark.minuti@saul.com, robyn.warren@saul.com
Bruce S. Nathan   bnathan@lowenstein.com
Michael Papandrea   mpapandrea@lowenstein.com
Steven Gregory Polard   steven.polard@ropers.com
Jordan Rosenfeld   jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer   nick.schandlbauer@arlaw.com,
Dennis J. Shaffer   dshaffer@tydings.com,
Indira Kavita Sharma   indira.sharma@troutman.com,
Nicholas Smargiassi   nicholas.smargiassi@saul.com
Brent C. Strickland   bstrickland@wtplaw.com
Paige Noelle Topper   paige.topper@saul.com
US Trustee - Baltimore   USTPRegion04.BA.ECF@USDOJ.GOV

                                                  /s/ Jan I. Berlage
                                                  Jan I. Berlage (23937)