IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Re: D.I. 136 |

## NOTICE OF PUBLICATION OF DEBTORS' SALE NOTICE

Notice is hereby given that the *Notice of Proposed Sale of Substantially All of Debtors' Assets, Free and Clear of All Liens, Claims and Encumbrances, and Sale Hearing* (the "Notice") was published in the following newspapers on the dates specified below:

| Newspaper | Publication Date |
|---|---|
| DeSoto Times-Tribune | February 27, 2025 |
| The Wall Street Journal | February 27, 2025 |
| The Baltimore Sun | February 27, 2025 |
| Austin American-Statesman | February 28, 2025 |
| The Journal Gazette | February 28, 2025 |
| The York Dispatch | February 28, 2025 |
| York Daily Record | February 28, 2025 |
| Visalia Times Delta | February 28, 2025 |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Attached as **Exhibit A** are the Affidavits of Publication for the newspapers listed above, along with copies of the Notice.

Dated: March 17, 2025                                       **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
         paige.topper@saul.com
         nicholas.smargiassi@saul.com

*Counsel to the Debtors and Debtors in Possession*