# Exhibit A

## Affidavits of Publication for Newspapers

AFFP
Bankruptcy

# Affidavit of Publication

DESOTO TIMES-TRIBUNE

STATE OF MS }
COUNTY OF DESOTO } SS

Bankruptcy

MARK RANDALL, being duly sworn, says:

That he is a Clerk of the DESOTO TIMES-TRIBUNE, a newspaper of general circulation in said county, published in Nesbit, DeSoto County, MS; that the publication, a copy of which is printed hereon, was published in the said newspaper on the following dates:

February 27, 2025

That said newspaper was regularly issued and circulated on those dates.
SIGNED:

Clerk

Subscribed to and sworn to me this 27th day of February 2025.

KIMBERLY ISAAC, Notary, DeSoto County, MS

My commission expires: January 18, 2028

00021261 00080791

★ STATE OF MISSISSIPPI ★
KIMBERLY ISAAC, NOTARY PUBLIC
DE SOTO COUNTY
MY COMMISSION EXPIRES JANUARY 18, 2028
COMMISSION NUMBER 114974

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*, Debtors. | Case No. 25-10308 (DER) Chapter 11 (Jointly Administered)

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

# Roads
## from page 1

Horn Lake has 115 miles of paved roads in the city. The City paid a company to survey its streets using a program called ARAN - Automated Road Analyzer - to determine the condition of every street in Horn Lake. The program used a vehicle mounted with cameras, censors, and laser beams to collect data about the condition of each road and assigned each one a Pavement Condition Index number on a scale from zero to 100 with 100 being the best. Malavasi said the ideal average PCI of city roads should be about 75 to 80.

"What this program does is we take the data that we collect and analyze it," Malavasi said. "We put it into a management program that gives us the particular streets that need to be addressed and the type of rehab that needs to be done."

Horn Lake is now in its third year of the road plan and has been spending about $3 million a year on resurfacing projects. The City rehabilitated 13.95 miles of streets in year one and was able to increase its PCI from 44.98 to 48.86 at a cost of $4.2 million. In year two, the city spent $2.6 million on 8.53 miles of streets and boosted the overall PCI rating from 48.86 to a PCI of 51.4.

"So over two years our PCI has increased by 6.42 points," Malavasi said. "We're trying to get every one our our streets from red to a yellow or green. We've got a ways to go, but we're in year two. We've spent a little over $6 million."

Malavasi said the PCI is expected to tick up to 54.19 in 2026, 56.99 in 2027, and 59.78 by 2028. A 55-70 PCI indicates a road that is in fair condition.

"That's kind of where we want to be - at least in the 70 range," Malavasi said. "The average is about 54. So we are getting there. But we want to get to an average of 70 and in eight or nine years of this program, I think we should get to 70. There's always going to be some that are better and some that are worse, but overall we are going to shoot for a 70."

Malavasi said he recently spoke to officials at the Metropolitan Planning Organization (MPO) and has applied for $6.8 million in federal funding that could be used for six road projects in Horn Lake: Tulane Road from Nail Road to Austin Road ($1.1 million); Church Road from Park Place Dr. to Hwy 51 ($574,000); Interstate Blvd and Nail Road from Hwy 51 to Goodman Road ($1.1 million); Tulane Road from Goodman to Nail ($1.1 million); Shadow Oaks Pkwy from Horn Lake Road to Riverdale Road ($592,000); and

[Courtesy Photo]

City Engineer Vince Malavasi goes over a map of Horn Lake streets showing them color coded by condition. The ones in red are in the worst shape.

Briarwood Drive from Shadow Oaks Pkwy to Goodman Road ($721,000). MPO funding is an 80-20 match. If approved, Horn Lake would receive $5.5 million from the MPO and be responsible for committing $1.3 million in city money as its share.

"That's additional funding that we could get," Malavasi said. "With that funding mechanism along with the internet use tax, we should be in pretty good shape in the next few years in keeping this going."

Malavasi said once the city gets its PCI close to 70 residents will really start to notice a whole lot of difference in the condition of the streets.

"You're seeing it now, just not widespread enough," Malavasi said. "I know there are still some bad streets. But it does look like you are on target to get where we need to be with the money we are spending. This will give us safe streets, but also lets us be proactive as far as keeping them maintained."

# IT
## from page 2

"I will hear that we have to keep this data for this many years or that many years," Finestone said. "But there is no document. There is no physical system in place for managing that data, making sure it is destroyed when it needs to be destroyed, and that it is being kept safe. We will have an encyclopedia set of how we do everything inside Horn Lake, how we store our data, where that data is stored, dates and times of when we get rid of that data. Everything will be documented."

Finestone said they are also working on a risk management policy which will have back up procedures in place, how to report incidents, and what systems or data need to come back on-line first if the IT network system ever goes down.

"We've actually gotten a server where we can do a real time disaster recovery and time that and see how long it will take to get the server back up," Finestone said.

Finestone said they ran a scan last week on every city computer to see what software is installed on each one and what operations systems they are running on. He found that 30 computers were still operating on Windows 10, which will no longer be supported in October.

"So if there is shareware or something that shouldn't be installed, we're going to know about it and we are going to deal with it and come up with a best case solution," Finestone said.

The second prong of the assessment will look at cybersecurity. Finestone said Arctic Wolf, a cybersecurity company, will be scanning the city's network 24/7 looking for any malware or attacks by hackers.

"They know the hacker websites overseas and will know if that machine is infected," Finestone said. "We get an alert and they will have the ability to block those hackers immediately."

Finestone said the city will also have a lockdown procedure and a new computer user policy in place as well.

"This is where we need to go," Finestone said. "We are going to dissect all the pieces in the city and get our assessments completed."

**Visit DeSotoTimes.com**

**for the most news coverage in the county!**

## City of Southaven
### Budget Amendment Request

Fund Name: General — Board Meeting Date: 2/18/2025
Department: General Government — Budget Amendment Number: 2025-05

| | Original Budget | Prior Amendments | This Amendment | Revised Budget |
|---|---|---|---|---|
| Prior year fund surplus | 440,291 | 242,628 | 2,000,000 | 2,682,919 |
| **Total Non Revenue Receipts** | **440,291** | **242,628** | **2,000,000** | **2,682,919** |
| Personnel Services | 5,777,600 | - | - | 5,777,600 |
| Supplies | 508,800 | - | - | 508,800 |
| Other Services & Charges | 15,592,700 | 175,000 | 2,000,000 | 17,767,700 |
| **Total Expenditures** | **21,879,100** | **175,000** | **2,000,000** | **24,054,100** |

**Total Budget Amendments as a percentage of the total originally adopted budget:** **10%**

**SUMMARY**
The budget amendment utilizes the FY24 surplus to increase the streets resurfacing budget to meet FY25 needs.

**10% PUBLICATION RULE**
*Per Mississippi state statute, public notice must be provided (in the same manner as the municipality must use for the publication of its final adopted budget) when budget amendments result in a ten percent increase or decrease in a municipal department's total budget. For purposes of determining if a ten percent change has occurred, all amendments made to a department's budget since its budget was originally adopted, or since the last adopted published revision, must be added together.*

**Is publication required due to this budget amendment?**

_____ **No.** Total amendment does not exceed ten percent of the total of either the department's originally adopted budget or its last adopted published revision.

X **Yes.** The adopted revision will be published within two weeks of the adoption of this budget amendment.

### RESOLUTION OF THE MAYOR AND BOARD OF ALDERMEN OF THE CITY OF SOUTHAVEN, MISSISSIPPI TO AMEND FY 2025 BUDGET

The Mayor and Board of Aldermen of the City of Southaven, Mississippi (the "City"), considered the matter of amending the 2025 City Budget.

**WHEREAS**, pursuant to Miss. Code 21-35-25, the City desires to amend its FY 25 Budget by doing the following:

a. Transferring $2,000,000.00, which was received by the City from the MDOR due to a sales tax correction, to City Streets as further set forth in Exhibit A;

**NOW THEREFORE BE IT RESOLVED AS FOLLOWS:**

1. The City Board approves the budget amendment amending the FY 25 budget as described above and further set forth in Exhibit A.
2. The City Clerk is authorized to publish Exhibit A within two (2) weeks of this action in the same manner as the final adopted budget. This publication shall contain a description of the amendment, the amount of money and funds affected, and a detailed statement explaining the need and purpose of the amendment.
3. The Mayor or his designee are authorized to take all actions to further effectuate the intent of this Resolution.

Following the reading of the foregoing Resolution, Alderman Flores made the motion and Alderman Wheeler seconded the motion for its adoption. The Mayor put the question to a roll call vote, and the result was as follows:

| | |
|---|---|
| Alderman William Jerome | voted: YES |
| Alderman Kristian Kelly | voted: YES |
| Alderman George Payne | voted: YES |
| Alderman Joel Gallagher | voted: YES |
| Alderman John David Wheeler | voted: YES |
| Alderman Charlie Hoots | voted: ABSENT |
| Alderman Raymond Flores | voted: YES |

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*, Debtors. — Case No. 25-10308 (DER) Chapter 11 (Jointly Administered)

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 02/27/2025

ADVERTISER: Diamond Comic Distributors, Inc.

and that the foregoing statements are true and correct to the best of my knowledge.

Wayne Sidor

Sworn to
before me this
27th day of
February 2025

Notary Public



ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## COMMERCIAL REAL ESTATE

### UCC Public Sale Notice

Please take notice that Eastdil Secured, L.L.C., on behalf of DWF VI 1 LINCOLN LENDER, LLC, a Delaware limited liability company (together with its successor and assigns, "Secured Party") offers for sale at public auction on April 3, 2025 at 2 p.m. (prevailing Eastern Time) at the offices of Gibson, Dunn & Crutcher LLP, located at 200 Park Avenue, New York, New York 10166, and also being broadcast for remote participation via a virtual videoconference, in connection with a Uniform Commercial Code sale, 100% of the limited liability company membership interests in LINCOLN STREET PROPERTY OWNER, LLC, a Delaware limited liability company (the "Pledged Entity"), and all other collateral pledged by LINCOLN STREET MEZZ, LLC, a Delaware limited liability company ("Debtor") under that certain Pledge and Security Agreement, dated as of September 14, 2022 (as amended, supplemented or otherwise modified from time to time, the "Security Agreement") made by Debtor in favor of Secured Party (collectively, the "Collateral"). Debtor directly owns the Pledged Entity, which directly owns certain real property commonly known as One Lincoln Street, located at 1 Lincoln Street, Boston, Massachusetts (the "Premises").

Pursuant to that certain Mezzanine Loan Agreement, dated as of September 14, 2022 (as amended, restated, supplemented or otherwise modified from time to time, the "Mezzanine Loan Agreement"), by and between Debtor and Secured Party, Secured Party made a loan to Debtor in the original principal amount of up to $145,000,000.00 (the "Mezzanine Loan"). In connection with the Mezzanine Loan, Debtor granted to Secured Party a first priority lien on the Collateral pursuant to the Security Agreement. Secured Party is offering the Collateral for sale in connection with the foreclosure on the pledge of such Collateral. The Pledged Entity is a borrower under a loan in the original aggregate principal amount of $763,000,000.00 (the "Senior Loan"), which is secured by, among other things, a mortgage encumbering the Premises. Secured Party may, prior to the sale described herein, assign all of its right, title and interest in and to the Mezzanine Loan. In the case of such assignment, the assignee shall be considered the "Secured Party" for all purposes hereunder.

The sale of the Collateral will be subject to all applicable third-party consents and regulatory and other governmental approvals, if any, as well as the terms of sale prepared by Secured Party. Without limitation to the foregoing, please take notice that there are specific requirements for any prospective bidder in connection with bidding on the Collateral. The Collateral is being offered as a single lot, "as-is, where-is", with no express or implied warranties, representations, statements or conditions of any kind made by Secured Party or any person acting for or on behalf of Secured Party, without any recourse whatsoever to Secured Party, Secured Party's affiliates, direct and indirect holders of equity in Secured Party, directors, officers, agents, or employees of Secured Party or its affiliates or equity holders, or any other person acting for or on behalf of Secured Party of Secured Party or its affiliates or equity holders. Each bidder must make its own inquiry regarding the Collateral. The winning bidder shall be responsible for the payment of all transfer taxes, stamp duties, and similar taxes incurred in connection with the purchase of the Collateral.

Secured Party reserves the right to (i) credit bid, (ii) reject any bid if Secured Party determines, in its sole and absolute discretion, that such bid was made by a participant that is not a Qualified Bidder (as defined in the Terms of Sale), (iii) accept a lower bid if the bid is on terms that Secured Party determines is more favorable to Secured Party or is from a bidder that, in Secured Party's determination, offers a more certain likelihood of execution, (iv) adjourn the sale to another date and time, and (v) impose any other commercially reasonable conditions upon the sale of the Collateral as Secured Party may deem proper.

Each prospective bidder (other than Secured Party or its affiliates) will further be required to represent in writing to Secured Party, among other things, that such bidder (a) is acquiring the Collateral for investment purposes, solely for the purchaser's own account and not with a view to distribution or resale of the Collateral; (b) is an accredited investor within the meaning of the applicable securities laws; (c) has sufficient knowledge and experience in financial and business matters so as to be capable of evaluating the merits and risks of investment and has sufficient financial means to afford the risk of investment in the Collateral; (d) will not resell or otherwise hypothecate the Collateral without a valid registration under applicable federal or state laws, including, without limitation, the Securities Act of 1933, as amended (the "Securities Act"), or an available exemption therefrom; provided that Secured Party reserves the right to verify that each certificate for the limited liability company interests to be sold bears a legend substantially to the effect that such interests have not been registered under the Securities Act and to impose such other limitations or conditions in connection with the sale of the Collateral as Secured Party deems necessary or advisable in order to comply with the Securities Act or any other applicable law; (e) is not an Embargoed Person (as defined in the Terms of Sale); (f) is not capitalized with a Crowd Funding Structure; and (g) will purchase the Collateral in compliance with all applicable federal and state laws. **Meeting any requirements of the foregoing shall be at the sole responsibility, risk, cost, and expense of a prospective bidder.**

All bids (other than credit bids of Secured Party) must be for cash with no financing or other conditions, and the successful bidder must be prepared to deliver immediately available good funds as required by the Terms of Sale and otherwise comply with the bidding requirements and the Terms of Sale. The selected bidder must (i) deposit with a title company or other agent designated by Secured Party 10% of the selected bidder's final bid within twenty-four (24) hours of completion of the auction, (ii) pay the full amount of its bid as the purchase price for the Collateral, after deduction of the selected bidder's deposits, by wire transfer of immediately available federal funds, no later than 2:00 p.m. prevailing Eastern Time on April 14, 2025, as set forth in, and subject to the terms of, the Terms of Sale, and (iii) otherwise comply with the bidding requirements and the Terms of Sale.

Further information concerning the Collateral, the requirements for obtaining information and bidding on the interests and the Terms of Sale can be obtained by contacting Sarah Lagosh, Managing Director, Eastdil Secured, L.L.C., by telephone at (617) 784-3978 or by email at slagosh@eastdilsecured.com.

### FORM OF PUBLIC NOTICE

PLEASE TAKE NOTICE THAT on March 11, 2025, at the hour of 3:30 p.m. Eastern Time, or as soon thereafter as practicable, AC 37 LLC and/or its successors and assigns ("Secured Party") will hold a public foreclosure sale in person at the offices of Cole Schotz P.C., 1325 Avenue of the Americas, 19th Floor, New York, New York 10019 and virtually via online video conference, pursuant to Section 9-610 of the Uniform Commercial Code as enacted in the State of New York, to sell to the highest qualified bidder all of the right, title and interest of Bryan Bowers and Michael B, Licata (collectively, "Pledgor") in the following collateral (collectively, the "Collateral"): (a) 100% of the Membership interest in Downtown Utica Development, LLC ("Utica Borrower") pledged to Secured Party by Pledgor (the "Utica Interests"); (b) 100% of the membership interest in Radisson Development Company, LLC ("Radisson Borrower") pledged to Secured Party by Pledgor (the "Radisson Interests"); (c) 100% of the membership interest in Bowers Business Park, LLC ("BBP Borrower") pledged to Secured Party by Pledgor (the "BBP Interests"). Utica Borrower, Radisson Borrower, and BBP Borrower are collectively, "Borrower." Each of the Utica Interests, the Radisson Interests, and the BBP Interest are a "Pledged Interest" and collectively are the "Pledged Interests;" (d) All rights to any distribution of property (including cash) (regardless of whether from cash flow, capital transactions, or otherwise) on account of a Pledged Interest, or any other distribution or payment on or in respect of any membership interest or the redemption or repurchase thereof, or other payments arising therefrom or relating thereto, and all options, rights, instruments, and other property or proceeds from time to time received, receivable, or otherwise distributable in respect of or in exchange for any or all of the Pledged Interests; (e) All rights to receive all income, gain, profit, loss, or other items allocated, allocable, distributed, or distributable to Pledgor under the Organizational Documents of Borrower, and all general intangibles, accounts, investment property, payment intangibles, supporting obligations, other contract rights or rights to the payment of money, and all proceeds, as each of the foregoing terms is defined in the UCC, arising out of, or in connection with, the membership interest in Utica Borrower; (f) All of Pledgor's ownership interest in any capital accounts in Borrower; (g) Any additional ownership interests of, and any ownership interests exchangeable for or convertible into and warrants, options, and other rights to purchase or otherwise acquire shares of ownership interests of, Borrower, or entity which is the successor of Borrower, from time to time acquired by Pledgor in any manner (all of which interests shall be deemed to be part of the Pledged Interests), and any certificates or other instruments representing such additional interests, warrants, options, and other rights, and all Distributions and other property or proceeds from time to time received, receivable, or otherwise distributed or distributable in respect of or in exchange for any or all of such additional shares, warrants, options, or other rights; and (h) All proceeds of any or all of the foregoing Collateral.

The Collateral is pledged to secure the amount due under the Utica Note with an aggregate unpaid balance amount of $2,538,348.57 as of January 31, 2025, with interest and fees continuing to accrue from that date, and the amount due under the Radisson Note with an aggregate unpaid balance amount of $8,505,285.96 as of January 31, 2025, with interest and fees continuing to accrue from that date.

The sales are being held to enforce the rights of Secured Party under that certain: Promissory Note, dated March 2, 2022, in the principal amount of $2,256,000.00 (the "Utica Note"), given by Downtown Utica Development, LLC ("Utica Borrower") in favor of Sachem Capital Corp. ("Prior Lender"); (b) Ownership Interest Pledge and Security Agreement, dated March 2, 2022, (the "Bowers Pledge") between Bryan Bowers ("Bowers") and Prior Lender; (c) Ownership Interest Pledge and Security Agreement, dated March 2, 2022, (the "Licata Pledge") between Michael B. Licata ("Licata" and together with Bowers collectively, "Pledgor") and Prior Lender; (d) Note Modification Agreement, dated June 28, 2023, (the "Utica Note Modification") between Utica Borrower and Prior Lender; (e) Amended and Restated Commercial Promissory Note, dated August 2, 2023, in the principal amount of $7,000,374.00 (the "Radisson Note") given by Radisson Development Company, LLC ("Radisson") and Bowers Business Park, LLC ("BBP" and together with Radisson, collectively, "Radisson Borrower") in favor of Prior Lender; (f) Pledge and Security Agreement, dated August 2, 2023, (the " Radisson Pledge") between Bowers and Licata and Prior Lender. The Utica Note, Bowers Pledge, Licata Pledge, Utica Note Modification, Radisson Note, Raddison Pledge, and other documents memorializing the indebtedness of the Utica Borrower and Radisson Bower (collectively, the "Loan Documents") were assigned to Secured Party pursuant to an Assignment and Assumption Agreement, dated December 23, 2024, (the "Assignment") between Prior Lender and Secured Party. The Utica Note and Radisson Note have matured by their terms. Borrower owns certain real property located within New York State.

The sales will be held on a "where is, as is" basis, with reserve, and without any representations or warranties of any kind, whether express or implied. There is no warranty relating to title, possession, quiet enjoyment or the like in these dispositions. Secured Party reserves the right to sell the Collateral separately, or to sell all (or any combination) of the Collateral collectively and as an entirety in its sole and absolute discretion. Secured Party reserves the right to establish bidding procedures, to require potential bidders to tender a minimum bid deposit, to approve or reject any bids in its sole discretion, and to have potential bidders demonstrate their ability to perform and close to the satisfaction of Secured Party. Secured Party reserves the right to credit bid at the auction, to assign its bid, and to credit the purchase price against the expenses of the sales and the secured obligations. Secured Party reserves the right to adjourn, continue, or cancel the auction without further notice. The sales shall be held in accordance with the "Terms of Public Sale," which set forth (among other things) the sale procedures, the bidding deposit requirements, and the timing of settlement.

The public sale shall be conducted by Mannion Auctions, LLC, by Matthew D. Mannion, Auctioneer, NYC DCA License No. 1434494-DCA, or other such licensed auctioneer(s) as may be selected by the Secured Party, without further publication or notice.

Any parties interested in further information about the Collateral, the exact location of the sales and/or link to the sales, the requirements to be a "qualified bidder" and/or the Terms of Public Sale should contact Jim Barr Coleman (+1 (212) 584-6173; email: jimbarr@wmcapitalpartners.com).

## NOTICE OF SALE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND (Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*, Debtors. | Case No. 25-10308 (DER) Chapter 11 (Jointly Administered)

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

THE WALL STREET JOURNAL.
SHOWROOM
ADVERTISE TODAY
(800) 366-3975
sales.showroom@wsj.com
For more information visit:
wsj.com/classifieds
© 2025 Dow Jones & Company, Inc.
All Rights Reserved.
DOW JONES

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: EPIC! CREATIONS, INC., *et al.*,[1] Debtors. | Chapter 11 Case No. 24-11161 (BLS) (Jointly Administered)

**NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM**

**THE CLAIMS BAR DATE IS MARCH 26, 2025, AT 4:00 P.M. (ET)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Entry of the Bar Date Order.** On February 21, 2025, the United States Bankruptcy Court for the District of Delaware entered *Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Claims Under 11 U.S.C. §§ 507(a)(3) through (a)(10) and 503(b)(9), (II) Approving the Form and Manner for Filing Proofs of Claim, (III) Approving Notice Thereof, and (IV) Granting Related Relief* [D.I. 530] (the "Bar Date Order") establishing certain deadlines for the filing of Proofs of Claim in the Chapter 11 Cases of the above-captioned debtors (collectively, the "Debtors").

EXCEPT AS TO CERTAIN EXCEPTIONS EXPLICITLY SET FORTH IN THE BAR DATE ORDER, ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE CLAIMS BAR DATE SHALL BE: (1) BARRED FROM RECEIVING ANY DISTRIBUTION IN THESE CHAPTER 11 CASES OR (2) BARRED FROM VOTING IN THESE CHAPTER 11 CASES ON ACCOUNT OF THAT CLAIM.

**Who Must File a Proof of Claim.** Pursuant to the Bar Date Order, all persons and entities, including individuals, partnerships, estates, trusts, and governmental units who have a claim or potential claim against the Debtors that arose on or before June 4, 2024, no matter how remote or contingent such right to payment or equitable remedy may be, **including holders of claims allowable under sections 507(a)(3) through (a)(10) and 503(b)(9) of the Bankruptcy Code**, **MUST FILE A PROOF OF CLAIM** on or before **4:00 p.m. (ET), on March 26, 2025** (the "Claims Bar Date").

**Filing a Proof of Claim.** Each original Proof of Claim, including supporting documentation, must be filed so as to be **actually received** by the Trustee's notice and claims agent, Verita Global ("Verita") on or before the Claims Bar Date (or, where applicable, on or before any other Bar Date set forth in the Bar Date Order) (i) via the electronic filing interface available at https://www.veritaglobal.net/EpicCreations, or (ii) by United States mail or other hand delivery system at the following address: Epic! Creations, Inc. Claims Processing Center, c/o Verita Global, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245. **Proofs of Claim submitted by facsimile or electronic mail will not be accepted.**

**Contents of Proofs of Claim.** Subject to the Bar Date Order, each Proof of Claim must: (a) be legible and in English, (b) include a claim amount denominated in United States dollars using, if applicable, the exchange rate as of 5:00 p.m. (ET), on June 4, 2024, (and to the extent such claim is converted to United States dollars, state the rate used in such conversion), (c) set forth with specificity the legal and factual basis for the alleged claim, (d) conform substantially with the Proof of Claim Form provided by the Trustee, and (e) be signed by the Claimant or by an authorized agent or legal representative of the Claimant on behalf of the Claimant, whether such signature is an electronic signature or is ink.

**Additional Information.** If you have any questions regarding the claims process and/or if you wish to obtain a copy of the Bar Date Order (which contains a more detailed description of the requirements for filing Proofs of Claim), a Proof of Claim Form, or related documents, you may do so by: (a) visiting the website of the Trustee's notice and claims agent, Verita at: https://www.veritaglobal.net/EpicCreations, (b) calling Verita at (888) 249-2716 (U.S./Canada) or (310) 751-2603 (International) or (c) inquiring via email at epiccreationsinfo@veritaglobal.com. Please note that Verita **cannot** advise you on how to file, or whether you should file, a proof of claim.

Dated: February 24, 2025, Wilmington, Delaware, **PASHMAN STEIN WALDER HAYDEN, P.C.,** */s/ Joseph C. Barsalona II*, Henry J. Jaffe (No. 2987), Joseph C. Barsalona II (No. 6102), Alexis R. Gambale (No. 7150), 824 N. Market Street, Suite 800, Wilmington, DE 19801, Telephone: (302) 592-6496, Email: hjaffe@pashmanstein.com, jbarsalona@pashmanstein.com, agambale@pashmanstein.com -and- **JENNER & BLOCK LLP,** Catherine Steege (admitted *pro hac vice*), Melissa Root (admitted *pro hac vice*), William A. Williams (admitted *pro hac vice*), 353 N. Clark Street, Chicago, Illinois 60654, Telephone: (312) 923-2952, Email: csteege@jenner.com, mroot@jenner.com, wwilliams@jenner.com, *Co-counsel to the Trustee*

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Epic! Creations, Inc. (9113); Neuron Fuel, Inc. (8758); and Tangible Play, Inc. (9331).

THE WALL STREET JOURNAL.
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

© 2025 Dow Jones & Company, Inc.
All Rights Reserved.

# NEW HIGHS AND LOWS

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. **% CHG**-Daily percentage change from the previous trading session.

**Wednesday, February 26, 2025**

## Highs

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| AcresCmclRlty | ACR | 21.18 | 0.9 |
| AGNC InvtPfdF | AGNCP | 25.28 | 0.1 |
| Agora | API | 6.99 | 10.2 |
| AimeiHlthTechRt | AFJKR | 0.33 | 5.1 |
| AirTransportSvcs | ATSG | 22.38 | ... |
| AlgonquinNt2079 | AQNB | 26.00 | 0.7 |
| AnbioBiotechnology | NNNN | 6.40 | 4.1 |
| AnnalyCap | NLY | 22.05 | 1.0 |
| AnnalyCapPfdF | NLYpF | 26.34 | -0.2 |
| Aon | AON | 400.22 | 0.4 |
| ArtiusIIAcqn | AACBU | 10.04 | ... |
| ADP | ADP | 315.29 | -0.6 |
| Avista | AVA | 40.17 | 4.6 |
| B.RileyNts2025 | RILYM | 25.13 | 0.1 |
| B.RileyNts2026 | RILYK | 22.75 | 4.6 |
| BBVA | BBVA | 13.59 | 1.4 |
| BancoSantander | SAN | 6.50 | 1.7 |
| Barclays | BCS | 15.92 | 2.1 |
| BeiGene | ONC | 268.45 | -0.3 |
| BoldEagleAcqn | BEAGU | 10.35 | 0.4 |
| BoldEagleAcqnA | BEAG | 10.57 | 0.1 |
| Brown&Brown | BRO | 115.34 | ... |
| CBIZ | CBZ | 90.13 | -5.2 |
| CEVA | CEVA | 38.92 | 18.3 |
| CadrenalTherap | CVKD | 22.90 | 2.3 |
| CenterPointEner | CNP | 34.49 | -0.5 |
| CollectiveMining | CNL | 6.85 | -0.6 |
| ColumbiaSportswr | COLM | 92.88 | -0.9 |
| CerveceriasUnid | CCU | 13.93 | 5.5 |
| ContextLogic | LOGC | 9.34 | 3.2 |
| DeutscheBank | DB | 21.96 | 1.4 |
| dMYSquaredTechA | DMYY | 11.90 | 6.6 |
| dMYSquaredWt | DMYY.WS | 0.90 | 499.4 |
| EPR Prop | EPR | 51.37 | 1.0 |
| EPR PropPfdC | EPRpC | 23.05 | 1.1 |
| eBay | EBAY | 71.61 | -2.5 |
| EmbotellAndinaB | AKO.B | 20.85 | 0.8 |
| EnelChile | ENIC | 3.50 | -0.6 |
| Evergy | EVRG | 69.58 | 0.4 |
| Exelixis | EXEL | 37.64 | 1.7 |
| Exelon | EXC | 44.26 | ... |
| FARO Tech | FARO | 33.13 | 2.3 |
| FlagstarFinlPfdA | FLGpA | 23.12 | 0.6 |
| FoxB | FOX | 54.58 | 0.1 |
| Gallagher | AJG | 333.03 | -1.1 |
| GenerationInWt | GIPRW | 0.80 | 67.0 |
| GlobalLightsAcqn | GLACU | 11.00 | 0.6 |
| HCM Acqn Wt | MRNOW | 0.42 | 33.9 |
| HSBC | HSBC | 58.34 | 0.8 |
| HuronConsulting | HURN | 153.77 | 18.2 |
| ICE | ICE | 172.63 | ... |
| IntlGeneralIns | IGIC | 27.76 | 0.8 |
| Intra-Cellular | ITCI | 129.00 | -0.1 |
| IturanLocation | ITRN | 45.24 | 9.3 |
| JBT Marel | JBTM | 139.05 | ... |
| JazzPharm | JAZZ | 148.06 | 3.2 |
| KeenVisionAcqn | KVAC | 11.15 | 0.1 |
| LloydsBanking | LYG | 3.70 | 3.1 |
| MadrigalPharm | MDGL | 377.46 | 15.0 |
| MagyarBancorp | MGYR | 14.75 | 0.2 |
| MarblegateAcqnWt | GATEW | 0.13 | ... |
| Masimo | MASI | 191.10 | 12.3 |
| Metlife pfA | METpA | 25.43 | -0.4 |
| MoneyLionWt | ML.WS | 0.24 | -3.0 |
| MotorcarParts | MPAA | 11.89 | 5.9 |
| MountainLakeA | MLAC | 10.00 | 0.2 |
| Nathan's | NATH | 104.96 | 3.9 |
| NationalFuelGas | NFG | 74.70 | -0.4 |
| NatlPrestoInds | NPK | 103.93 | 0.1 |
| NatWest | NWG | 12.08 | 2.0 |
| OGE Energy | OGE | 45.69 | 0.4 |
| OakWoodsAcqnRt | OAKUR | 0.30 | 59.4 |
| OhioValleyBanc | OVBC | 29.28 | 4.6 |
| OnfolioWt | ONFOW | 0.33 | 8.6 |
| OxbridgeReWt | OXBRW | 0.90 | -10.8 |
| PennyMacNts2030 | PMTV | 25.65 | 0.4 |
| PhilipMorris | PM | 158.39 | -1.7 |
| PlumAcqnIVWt | PLMKW | 0.17 | 3.1 |
| Porch Group | PRCH | 6.92 | 74.1 |
| Progressive | PGR | 280.25 | -1.8 |
| RangeCapAcqnRt | RANGR | 0.29 | 14.6 |
| SAIHEAT Wt | SAIHW | 0.32 | 50.0 |
| STAK | STAK | 4.53 | -6.8 |
| SenecaFoods B | SENEB | 83.75 | 3.4 |
| SiyataMobileWt | SYTAW | 0.20 | 36.8 |
| Sony | SONY | 25.64 | 1.6 |
| SparkIAcqnWt | SPKLW | 0.36 | 26.1 |
| Spire | SR | 76.80 | 1.0 |
| Stantec | STN | 90.24 | 6.7 |
| TrinityCapital | TRIN | 16.82 | 5.1 |
| TruBridge | TBRG | 30.04 | 1.3 |
| UtdCmtyBksPfdI | UCBpI | 25.33 | 0.2 |
| Ventas | VTR | 68.98 | 0.2 |
| VeriSign | VRSN | 239.84 | -0.5 |
| Vicor | VICR | 65.70 | 7.1 |
| WheatonPrecMtls | WPM | 70.80 | 1.9 |
| WillisTowers | WTW | 338.46 | 1.1 |
| XPeng | XPEV | 22.26 | 15.0 |
| Yum!Brands | YUM | 155.18 | -1.7 |

## Lows

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| AeonBiopharma | AEON | 1.36 | -70.8 |
| AGM | AGMH | 0.46 | -8.0 |
| AXT | AXTI | 1.29 | 0.8 |
| Abpro | ABP | 0.65 | -3.0 |
| Aclarion | ACON | 3.03 | 2.2 |
| AcumenPharm | ABOS | 1.27 | -3.0 |
| AdverumBiotech | ADVM | 3.52 | -0.5 |
| AgEagleAerial | UAVS | 1.43 | 1.3 |
| AlphaMetal | AMR | 146.85 | -1.0 |
| Alumis | ALMS | 4.46 | -5.8 |
| AmerEagle | AEO | 13.16 | 0.6 |
| AmericanRebel | AREB | 0.61 | 3.1 |
| Annexon | ANNX | 2.53 | 0.8 |
| AnnovisBio | ANVS | 1.72 | -3.3 |
| ApogeeEnt | APOG | 47.36 | -1.9 |
| ApogeeTherap | APGE | 30.64 | -6.0 |
| AptoseBiosci | APTO | 3.11 | 9.9 |
| ArcBest | ARCB | 80.12 | -3.5 |
| ArcusBiosci | RCUS | 9.92 | -1.0 |
| ArdmoreShipping | ASC | 9.65 | -0.6 |
| Armlogi | BTOC | 2.30 | 0.4 |
| AspenAerogels | ASPN | 7.37 | -1.1 |
| AspireBiopharma | ASBP | 1.41 | 5.5 |
| AstriaTherap | ATXS | 6.24 | -0.6 |
| AstroNova | ALOT | 10.29 | 1.4 |
| AvanosMedical | AVNS | 14.40 | 0.4 |
| AvidXchange | AVDX | 6.96 | -20.7 |
| BRP | DOOO | 40.13 | -1.3 |
| BaselMedical | BMGL | 4.00 | -6.8 |
| BaytexEnergy | BTE | 2.19 | -0.4 |
| BetaBionics | BBNX | 18.67 | 4.3 |
| Big5SportingGds | BGFV | 1.18 | -12.4 |
| bioAffinityTech | BIAF | 0.52 | -11.1 |
| BioAtla | BCAB | 0.33 | 0.4 |
| BiomeaFusion | BMEA | 2.78 | ... |
| Biote | BTMD | 4.22 | -1.8 |
| BitOrigin | BTOG | 0.22 | -23.9 |
| BitcoinDepot | BTM | 1.02 | -8.0 |
| Blackbaud | BLKB | 65.76 | -1.4 |
| Bloomin'Brands | BLMN | 9.57 | -16.8 |
| BoltBiotherap | BOLT | 0.46 | -2.9 |
| BorrDrilling | BORR | 2.64 | -3.6 |
| C4 Therap | CCCC | 2.62 | -5.0 |
| CableOne | CABO | 261.09 | -3.3 |
| Caesarstone | CSTE | 3.69 | -0.8 |
| CanadianNatRscs | CNQ | 28.37 | -0.7 |
| CanopyGrowth | CGC | 1.47 | ... |

Continued on Page B9

## Macro & Market Economics

## Watching the Gauges: U.S. Supply and Demand

Inventories, imports and demand for the week ended February 21. Current figures are in thousands of barrels or thousands of gallons per day, except natural-gas figures, which are in billions of cubic feet. Natural-gas import and demand data are available monthly only.

| | Inventories, 000s barrels | | | | | | Imports, 000s barrels per day | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | Expected change | Previous week | Year ago | 4-week avg | 5-year avg | Current | Expected change | Previous week | Year ago | 4-week avg | 5-year avg |
| Crude oil and petroleum prod | 1,209,833 | ... | 1,212 | 1,228 | 1,211 | 1,236 | 7,564 | ... | 7,512 | 7,751 | 7,867 | 8,492 |
| Crude oil excluding SPR | 430,161 | 1,700 | 432 | 447 | 429 | 458 | 5,919 | ... | 5,820 | 6,385 | 6,241 | 6,376 |
| Gasoline | 248,271 | ... | 248 | 244 | 249 | 240 | 462 | ... | 346 | 384 | 430 | 616 |
| Finished gasoline | 16,977 | -600 | 18 | 17 | 18 | 20 | 35 | ... | 10 | 36 | 26 | 132 |
| Reformulated | 27 | ... | 0 | 0 | 0 | 0 | 0 | ... | 0 | 0 | 0 | 0 |
| Conventional | 16,950 | ... | 18 | 17 | 18 | 20 | 35 | ... | 10 | 36 | 26 | 132 |
| Blend. components | 231,294 | ... | 230 | 227 | 231 | 220 | 426 | ... | 335 | 349 | 404 | 484 |
| Natural gas (bcf) | 2,101 | ... | 2 | 2 | 2 | 2 | ... | ... | ... | ... | ... | ... |
| Kerosene-type jet fuel | 44,614 | ... | 44 | 40 | 44 | 40 | 121 | ... | 120 | 115 | 138 | 153 |
| Distillates | 120,472 | -2,000 | 117 | 121 | 119 | 124 | 370 | ... | 267 | 112 | 260 | 278 |
| Heating oil | 5,870 | ... | 6 | 7 | 6 | 8 | 0 | ... | 0 | 1 | 0 | 3 |
| Diesel | 114,602 | ... | 111 | 114 | 113 | 58 | 370 | ... | 267 | 110 | 260 | 275 |
| Residual fuel oil | 24,157 | ... | 23 | 29 | 24 | 30 | 97 | ... | 193 | 72 | 119 | 137 |
| Other oils | 263,041 | ... | 266 | 269 | 265 | 270 | 462 | ... | 634 | 559 | 529 | 780 |
| Net crude, petroleum products, incl. SPR | 1,605,146 | ... | 1,607 | 1,589 | 1,606 | 1,752 | -1,980 | ... | -3,865 | -2,989 | -2,610 | -399 |

**Weekly Demand,** 000s barrels per day

| | Current | Expected change | Previous week | Year ago | 4-week avg | 5-year avg |
|---|---|---|---|---|---|---|
| Total petroleum product | 20,842 | ... | 19,653 | 19,529 | 20,299 | 20,220 |
| Finished motor gasoline | 8,454 | ... | 8,239 | 8,467 | 8,399 | 8,942 |
| Kerosene-type jet fuel | 1,531 | ... | 1,460 | 1,604 | 1,565 | 1,411 |
| Distillates | 4,097 | ... | 4,364 | 3,536 | 4,186 | 4,212 |
| Residual fuel oil | 173 | ... | 334 | 76 | 287 | 163 |
| Propane/propylene | 1,918 | ... | 1,322 | 1,436 | 1,509 | ... |
| Other oils | 4,670 | ... | 3,935 | 4,411 | 4,353 | ... |

**Natural gas storage**

Billions of cubic feet; weekly totals

4250
3250
2250
1250
250
Natural gas, lower 48 states
Five-year average for each week
M A M J J A S O N D J F
2024
2025

Note: Expected changes are provided by Dow Jones Newswires' survey of analysts. Previous and average inventory data are in millions.
Sources: FactSet; Dow Jones Market Data; U.S. Energy Information Administration; Dow Jones Newswires

Are You Missing Out On WSJ Digital Content?

Your WSJ subscription goes far beyond the news at your door each day. From audio articles to curated newsletters, explore more with your WSJ digital benefits.

Here's a quick look at additional ways to access WSJ.

Newsletters
Keep up with your interests with our curated newsletters—included with your subscription and sent directly to your inbox.
WSJ.com/printnl

Audio
Give your eyes a break and instead press play. Listen to the latest audio articles or dig into the topics you care about with our WSJ podcasts.
WSJ.com/print_audio

The Print Edition App
On the go? Page through the digital version instead. Access the subscriber-only app to click through the day's print articles—and never miss a story.
WSJ.com/print_app

Email Sharing
Grant access to the biggest headlines. Share WSJ stories with your friends and family. Simply click on the share icon above the article to message or copy the link.
Look for this

Not sure how to access WSJ.com with your current print subscription? Visit WSJ.com/digitalaccess

THE WALL STREET JOURNAL.
© 2025 Dow Jones & Co., Inc. All rights reserved. 6DJ0174



THE BALTIMORE SUN MEDIA GROUP

200 St Paul Street Suite 2490
Baltimore, MD 21202
tel: 410/332-6000
800/829-8000

WE HEREBY CERTIFY, that the annexed advertisement of Order No 7773766

**Sold To:**
Miller Advertising - CU00171690
909 Third Avenue
15th Floor
New York,NY 10022

**Bill To:**
Miller Advertising - CU00171690
909 Third Avenue
15th Floor
New York,NY 10022

Was published in "The Baltimore Sun", "Daily", a newspaper printed and published in Baltimore City and/or Baltimore County on the following dates:

Feb 27, 2025

The Baltimore Sun Media Group

By Shanna Evans

Subscribed and sworn to before me this 4 day of March 20 25,

By

Michele Elaine
Notary Public

My commission expires 10/5/27

MICHELE ELAINE GRIESBAUER
NOTARY PUBLIC
Comm. Exp. Oct 5, 2027
Baltimore County
STATE OF MARYLAND

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| In re Diamond Comic Distributors, Inc., *et al.*, Debtors. | Case No. 25-10308 (DER) Chapter 11 (Jointly Administered) |
|---|---|

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

16 The Baltimore Sun | Thursday, February 27, 2025

## AUCTIONS

BSCAmerica BEL AIR AUTO AUCTION'S

### Specialty Sale

Bel Air Auto Auction, as agent of lienor, will sell at public auction the following vehicles under & by virtue of a lien pursuant to Md. Ann Code, Commn. Law Sec. 16-202 & 16-207 for repairs, storage and other lawful charges. Sale will be held at 803 Belair Rd. Bel Air, MD 21014 March 13, 2025 at 10:00am. Purchaser of vehicle must have it inspected as provided in Md. Ann. Code Transp. Art Section 23-107. The following may be inspected during business hours at the auction location, 803 Belair Rd. Bel Air, MD 21014. Contact Bel Air Auto Auction at 410-893-5200.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2077310 | 2014 MERCEDES | S550V | BLACK | 159333 | WDDUG8CB1EA042094 |
| 2086762 | 2010 MERCEDES | C300W4 | BLACK | 107099 | WDDGF8BB7AR123520 |
| 2102471 | 2018 MAZDA | MAZDA3 | BLUE | 146918 | JM1BN1V31J1175020 |
| 2102482 | 2017 MERCEDES | GLE350W4 | GRAY | 82747 | 4JGDA5HB0HA905471 |
| 2102477 | 2016 HYUNDAI | SONATA | BLUE | 140676 | 5NPE24AF1GH322542 |
| 2102487 | 2008 CHRYSLER | 300 TRG | SILVE | 266209 | 2C3KA53G48H122612 |
| 2102485 | 2016 RAM | 1500 EXP | BLACK | 161150 | 1C6RR7FG6GS162425 |
| 2112112 | 2010 MERCEDES | E350W4 | SILVE | 197643 | WDDHF8HB6AA170998 |
| 2066944 | 2013 HYUNDAI | SONATA | BLUE | 120246 | 5NPEC4AC2DH653919 |
| 2066952 | 2012 HYUNDAI | SONATA | GRAY | 150105 | 5NPEB4ACXCH382335 |
| 2086177 | 2009 MERCEDES | C300W | GRAY | 173803 | WDDGF54X19R082952 |
| 2086178 | 2011 MERCEDES | GL450 | BLACK | 166030 | 4JGBF7BEXBA727728 |
| 2086174 | 2007 HONDA | FIT LX | BLUE | 138737 | JHMGD38417S012540 |

Owner may redeem vehicle up until time of auction with no entry or auction fee. Terms of Sale: Cash or Cashier Check. Lienor reserves the right to bid. Any parties claiming interest in the above may contact Bel Air Auto Auction at 410-893-5200. Our Fax # 410-272-8619.

BSCAmerica
Bel Air
AUTO AUCTION
Sale Begins at 8:00am EST
Bel Air Auto Auction
4805 Philadelphia Rd.
Belcamp, Maryland
(410) 879-7950
bscamerica.com
PUBLIC SALE
THURSDAY
MAR. 6th
FINANCIAL
2016
BUICK
ENVISION
PREMIUM • BLACK
VIN# LRBFXFSXXGD170516

CHECK OUT THE AUCTION ADS
In the weekday Sports section and in the Real Estate section on Sunday!
THE BALTIMORE SUN

## LEGAL NOTICES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*, Debtors. | Case No. 25-10308 (DER) Chapter 11 (Jointly Administered)

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

Baltimore City

**Noah warren Trager**, Proper Person
9621 Eldwick Way
Rockville, MD 20854-2034
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the
**Estate of (208463) Dennis Benjamin Myers**

Notice is given that NOAH WARREN TRAGER, 9621 Eldwick Way, Rockville, MD 20854-2034 was on February 20, 2025 appointed personal representative(s) of the estate of Dennis Benjamin Myers who died on October 18, 2024 without a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment or to the probate of the decedent's will shall file their objections with the Register of Wills on or before the 20th day of August, 2025.

Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death, or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

NOAH WARREN TRAGER, PR.
True Test--Copy: **BELINDA K. CONAWAY**,
Register of Wills for Baltimore City,
111 N. Calvert Street, Baltimore, Maryland 21202
10-FF February 27 March 6, 13 7772628

Baltimore City

**Sylvia Johnson**, Proper Person
924 E 37th St.
Baltimore, MD 21218-2014
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the
**Estate of (209077) Irvin Roberts Jr**

Notice is given that SYLVIA JOHNSON, 924 E 37th St., Baltimore, MD 21218-2014 was on February 6, 2025 appointed personal representative(s) of the estate of Irvin Roberts Jr who died on January 3, 2025 without a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment or to the probate of the decedent's will shall file their objections with the Register of Wills on or before the 6th day of August, 2025.

Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death, or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

SYLVIA JOHNSON, PR.
True Test--Copy: **BELINDA K. CONAWAY**,
Register of Wills for Baltimore City,
111 N. Calvert Street, Baltimore, Maryland 21202
8-EE February 13, 20, 27 7767223

**SUMMARY NOTICE OF SALE**

**HOWARD COUNTY, MARYLAND**
**GENERAL OBLIGATION BONDS**

**$82,210,000* Consolidated Public Improvement Project Bonds, 2025 Series A (Tax-Exempt)**
**$21,900,000* Metropolitan District Project Bonds, 2025 Series B (Tax-Exempt)**

**NOTICE IS HEREBY GIVEN** that Howard County, Maryland (the "County") will receive electronic bids for the purchase of its Consolidated Public Improvement Project Bonds, 2025 Series A (Tax-Exempt) (the "CPI Bonds") and its Metropolitan District Project Bonds, 2025 Series B (Tax Exempt) (the "MD Bonds") (collectively, the "Bonds" and each a "Series") as follows:

Bid Date: Wednesday, March 5, 2025
Bid Time: 10:15 a.m. Prevailing Eastern Time – CPI Bonds
10:30 a.m. Prevailing Eastern Time – MD Bonds
Electronic Bids: BiDCOMP/Parity Competitive Bidding System
Good Faith Deposit: $822,100* – CPI Bonds
$219,000* – MD Bonds

The Bonds will be dated the date of their delivery and will bear interest payable on August 15, 2025 and semiannually thereafter on February 15 and August 15. The Bonds will mature on August 15, each in the years set forth in the Preliminary Official Statement for the Bonds. Bidders may designate in their proposals two or more consecutive annual principal payments as a term bond, which matures on the maturity date of the last annual principal payment of the sequence, which such term bonds shall be subject to mandatory sinking fund redemption. Bond maturities of a Series may not be combined with Bond maturities of any other Series to create term bonds.

Certain of the Bonds are subject to redemption prior to their respective maturities as set forth in the Preliminary Official Statement for the Bonds. The aggregate principal amount of the Bonds and other terms of the offering are preliminary and subject to change.

The Bonds will be issued in fully registered form in denominations of $5,000 each or any integral multiple thereof. With respect to each Series of Bonds, the County will not consider bids for less than all of such Series of the Bonds. The winning bidder will be required to submit the good faith deposit indicated above in accordance with the Official Notices of Sale for the Bonds.

This announcement does not constitute a solicitation of bids to purchase the Bonds. The sale of the Bonds shall be made exclusively pursuant to the terms of the Official Notices of Sale. Copies of each of the Official Notices of Sale and the Preliminary Official Statement for the Bonds may be obtained online at www.i-dealprospectus.com on or after February 20, 2025.

* Preliminary, subject to change. By: RAFIU O. IGHILE, Director of Finance

Baltimore Sun Feb. 20, 27 7769732

Selling your merchandise and pets has never been easier.
www.advertise.baltimoresun.com
THE BALTIMORE SUN baltimoresun.com

**MARYLAND DEPARTMENT OF THE ENVIRONMENT AIR AND RADIATION ADMINISTRATION**
**NOTICE OF INTENT TO ISSUE PART 70 OPERATING PERMIT, OPPORTUNITY TO SUBMIT WRITTEN COMMENTS OR TO REQUEST A PUBLIC HEARING**

The Department of the Environment, Air and Radiation Administration (ARA) has completed its review of the application for a renewal Part 70 Operating Permit submitted by the United States Gypsum Company, located in Baltimore, MD. The facility consists of crushers, roller and hammer mills, product feed bins, boilers, storage silos and other wallboard production equipment.

The applicant is represented by: Mr. Alexander Greene, Plant Manager - United States Gypsum Company
5500 Quarantine Rd.
Curtis Bay, MD 21226

The Department has prepared a draft Part 70 Operating Permit for review and is now ready to receive public comment. A docket containing the application, draft permit, and supporting documentation is available for review on the Department's website, under the Air Quality Permitting Page's Title V link under "Draft Title V Permits" and may be viewed here: https://tinyurl.com/DraftTitleV

Interested persons may submit written comments or request a public hearing on the draft permit. Written comments must be received by the Department no later than 30 days from the date of this notice. Requests for a public hearing must be submitted in writing and must also be received by the Department no later than 30 days from the date of this notice.

Comments and requests for a public hearing will be accepted by the Department if they raise issues of law or material fact regarding applicable requirements of Title V of the Clean Air Act, and/or regulations implementing the Title V Program in Maryland found in COMAR.

A request for public hearing shall include the following:
1) The name, mailing address, and telephone number of the person making the request;
2) The names and addresses of any other persons for whom the person making the request is representing; and
3) The reason why a hearing is requested, including the air quality concern that forms the basis for the request and how this concern relates to the person making the request.

All written comments and requests for a public hearing should be directed to the attention of Ms. Shannon Heafey via email at Shannon.heafey@maryland.gov or by post at Air Quality Permits Program, Air and Radiation Administration, 1800 Washington Boulevard Suite 720, Baltimore, Maryland 21230-1720. Further information may be obtained by calling Ms. Shannon Heafey at (410) 537-4433.
2/27/25 7773769

Selling your CAR has never been So Easy
advertise.
baltimoresun.com

## ▼ ROOMS

**BALTIMORE** Northern Pkwy/ Harford Rd. Drug Free. Furn, WiFi, All utils incl $550. 443-400-3373

## ANTIQUES, ART, COLLECTIBLES

**ANTIQUES AND COLLECTIBLES** Buying and paying top cash for antiques & collectibles. House calls made with prompt courteous service 7 days a week. Years of experience. Buying trains, military swords, flags, paper, coins, paintings, sculptures and costume jewelry. Contact Dennis 443-797-5200.

## MISCELLANEOUS

**CEMETERY LOT** Dulaney Valley Memorial Gardens, Mausoleum, $5000, Call 410-688-4654 or bricellioscareers@gmail.com

**DENTAL INSURANCE** from Physicians Mutual Insurance Company. Coverage for 350 plus procedures. Real dental insurance - NOT just a discount plan. Do not wait! Call now! Get your FREE Dental Information Kit with all the details! 1-855-337-5228 www.dental50plus.com/MDDC #6258

**DONATE YOUR CAR/TRUCK/RV** - Lutheran Mission Society of MD Compassion Place ministries help local families with food, clothing, counseling. Tax deductible. MVA licensed #W1044. 410-228-8437 www.CompassionPlace.org

**ELIMINATE GUTTER CLEANING FOREVER!** LeafFilter, the most advanced debris-blocking gutter protection. Schedule a FREE LeafFilter estimate today. 15% off Entire Purchase. 10% Senior & Military Discounts. Call 1-844-566-3227

**GET DISH SATELLITE** TV + Internet! Free Install, Free HD-DVR Upgrade, 80,000 On-Demand Movies, Plus Limited Time Up To $600 In Gift Cards. Call Today! 1-855-407-6870

**MEADOW RIDGE MEMORIAL PARK** Elkridge MD. 1 lot, Block #28, Lot #411-A Site 4. $9500 or best offer. 304-844-8826

**WE BUY HOUSES FOR CASH AS IS!** No repairs. No fuss. Any condition. Easy three step process: Call, get cash offer and get paid. Get your fair cash offer today by calling Liz Buys Houses: 1-866-541-7929

## WANTED TO BUY

**ANTIQUES AND COLLECTIBLES** Paying top cash for antiques and collectibles. Housecalls made with prompt, courteous service seven days a week and 25 years of experience! Buying toys, trains, militaria, glassware, advertising merchandise, paper items and much more! Contact Mason or Megan 443-306-8816

## YARD SALES

### ▼ FLEA MARKETS

**CHANTILLY, VA**
The DC Big Flea Antiques Event returns to The Dulles Expo Center March 1st - 2nd.
Sat.9-6 Sun.11-5 $10 both days
Tickets online @bigfleamarket.com
Free Parking Children 12 and under free

## DOGS

**EXTREME MICRO POMSKY PUPPIES**
M&F, 17 wks. Vet checked, shots, dewormed, heartworm/flea/tick. M/F Blonde Silver w/ brown eyes. F black and white w/ blue eyes; 5-10 lbs. Home raised. $500-1000 ea., 443-822-0389

**YORKIE PUPPIES** 2 AKC Reg Male & female Yorkie puppies 14 wks. $1500 for both. If interested contact :danamorgan189@gmail.com

## Bridge Play Frank Stewart

"My dummy play was the weakest part of my game," a club player told me proudly, "but I've turned that situation around 360 degrees."

He was declarer at today's four spades. If he had bid 3NT at his second turn, West's lead of the king of hearts would have beaten him, but if North had bid 3NT instead of three spades, he would have made it.

West led the king of hearts. East overtook and returned a heart, and declarer ruffed. He took dummy's ace of diamonds and next unblocked the A-Q of trumps.

North dealer
N-S vulnerable

NORTH
♠ A Q
♥ 8 7 5 3 2
♦ A
♣ A K J 7 3

WEST
♠ J 10 5 2
♥ K Q J 10 9
♦ 6 3
♣ 9 4

EAST
♠ 9 3
♥ A 4
♦ 9 8 7 4 2
♣ Q 10 6 2

SOUTH
♠ K 8 7 6 4
♥ 6
♦ K Q J 10 5
♣ 8 5

| North | East | South | West |
|---|---|---|---|
| 1 ♥ | Pass | 1 ♠ | Pass |
| 3 ♣ | Pass | 3 ♦ | Pass |
| 3 ♠ | Pass | 4 ♠ | All Pass |

Opening lead — ♥ K

**GOOD HEARTS**

South then cashed the A-K of clubs and ruffed a club — and West threw a diamond! South then took his king of trumps, but West won the rest with a trump and good hearts. Down two.

South's dummy play still needs work. He can afford to lose a heart and two trumps but must not lose trump control. After South takes the ace of trumps, he must overtake the queen with his king, then get the diamonds. West gets two trump tricks, but declarer keeps control to use the diamonds.

**DAILY QUESTION**

You hold: ♠ 9 3 ♥ A 4 ♦ 9 8 7 4 2 ♣ Q 10 6 2. The dealer, at your left, opens one spade. Your partner doubles, and you respond ("advance") two diamonds. Opener rebids two spades, and two passes follow. What do you say?

**ANSWER**: You have a decent share of the high cards and surely have a trump fit in a minor. In this position it is normal to compete to the three level. Bid three clubs. If the opponents go to three spades, you will hope to beat it.

©2025 Tribune Content Agency, LLC

**marketplaceindex**

TO PLACE AN AD IN THE CLASSIFIEDS PLEASE CALL 410.539.7700
VISIT OUR WEB SITE AT advertise.baltimoresun.com
IF YOU SUSPECT AN ADVERTISER IS FRAUDULENT, PLEASE CONTACT US AT 410-332-6146

CLASSIFIED ADVERTISING DPMT.
HOURS OF OPERATION:
Monday–Friday 9:00 A.M.-5:00 P.M.
Saturday 9:00 A.M.-5:00 P.M. (*)
Sunday Closed
(*) Open on Saturday for Death Notices only

ADVERTISING DISCLAIMER
The Baltimore Sun reserves the right to revise, reject or edit any advertisement or portion thereof at its sole discretion. Claims for errors must be made within 14 days of an ad appearing. The maximum liability of The Baltimore Sun for any error in printing or in the day of publication shall not exceed the cost of advertisement. To correct ads appearing more than once, it is the responsibility of the advertiser to notify The Sun of any errors to correct subsequent insertions.

no. 0123

**ACROSS**
1 Tavern regular
7 Bit of haunted house décor
13 Remove some bugs from
14 Beethoven work initially dedicated to Napoleon
15 Classic line from the Dick and Jane series
16 Hiring practice at a family business, say
17 Like many shots in soccer
18 Suppose
19 One might be worthy or formidable
20 Years of decline
23 Pilots' chronicles
25 "___ plaisir!"
27 Where people amass for Mass
28 Bee-dazzler?
29 Adequate
30 Hurdle for a future Ph.D.
31 E, in a musical mnemonic
32 Land whose name meant "between two rivers"
36 Gets up
39 Grp. with a lot of intelligence
40 Painter Bob who said "We don't make mistakes. We have happy accidents"
44 Advocacy org. that gained prominence in 1980s New York City
45 Eastern currency
46 Word repeated in a children's game
47 Laura of "Jurassic Park"
48 Structure with smoke flaps
50 Prefix with color and county
51 "Snow Falling on ___," 1994 mystery novel set in Washington State
53 Bank assessment
55 Sichuan bean curd dish
56 Obstacles for a driver ... or what this puzzle's circled squares represent
58 "When in the course of human ___ ..." (start of the Declaration of Independence)
59 "You're kidding yourself!"
60 Hate
61 In the interim

**DOWN**
1 Singers who co-starred in the 1978 film "Sgt. Pepper's Lonely Hearts Club Band"
2 Too
3 Either of two diverging in a Robert Frost poem
4 Horse-racing measurements
5 Football powerhouse in the S.E.C.
6 Eastern currency
7 Perfume ecclesiastically
8 Unrefined metal sources
9 Sunset in the West?
10 Motion-sensing gaming device
11 Popeye's creator
12 "Kapow!"
13 All over again
15 Lounges, e.g.
18 Bit of biographical data
21 ___ chips, snack from Hawaii
22 Way
24 Vulpine
26 Fall apart mentally
28 Canadian province where "Anne of Green Gables" is set: Abbr.
33 Special reading ability, for short
34 "And make it snappy!"
35 Hall & Oates hit with the opening lyric "She'll only come out at night"
36 Beyond cool
37 Geologic formation from glacial melting
38 Word with clothes or cleaner
41 Discharge of water, e.g.
42 Filter
43 Heavens
45 "You rang?"
48 Arrangement for an heir, perhaps
49 Literary husband of Zeona Frome
52 Early p.m. times, in brief
54 Steamed dumpling in Tibetan cuisine
55 ___ school
56 Common download
57 Metal para una medalla olímpica

By Natan Last and the J.A.S.A. Crossword Class

ANSWER TO YESTERDAY'S PUZZLE

KGB BOOS HELPME
EAR ALKA AVATAR
ELE REAM RAZORS
PLAYBOYBUDDY
TOKES BUDGE CDS
OPTS TYCO POET
HORSEANDBUNNY
IBERIA RIBEYE
DRINKINGBUGGY
LOCO ARAB RIPA
EWE NOPUN RUSES
MIXEDDOUBLES
ARMANI GABS AWE
BEAMED EGOT NET
ENCASE SEES DES

Annual subscriptions are available for the best of Sunday crosswords from the last 50 years: 1-888-7-ACROSS.
Online subscriptions: Today's puzzle and more than 2,000 past puzzles, nytimes.com/crosswords ($39.95 a year).
Share tips: nytimes.com/wordplay.
Crosswords for young solvers: nytimes.com/learning/xwords.

2/27/25



Austin
American-Statesman

PO Box 631667 Cincinnati, OH 45263-1667

## AFFIDAVIT OF PUBLICATION

Gus Egloff
Not specified
909 3Rd AVE # 15

New York NY 10022-4745

STATE OF TEXAS, COUNTIES OF BASTROP, BELL, BLANCO, BURNET, CALDWELL, COMAL, CORYELL, FAYETTE, GILLESPIE, GUADALUPE, HAYS, KERR, LAMPASAS, LEE, LLANO, MILAM, TRAVIS & WILLIAMSON

The Austin American Statesman, a newspaper that is generally circulated in the counties of Bastrop, Bell, Blanco, Burnet, Caldwell, Comal, Coryell, Fayette, Gillespie, Guadalupe, Hays, Kerr, Lampasas, Lee, Llano, Milam, Travis and Williamson, State of Texas, printed and published and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issues dated on:

ACO American Statesman 02/28/2025

and that the fees charged are legal.
Sworn to and subscribed before on 02/28/2025

Legal Clerk

Notary, State of WI, County of Brown

9.19.25

My commission expires

Order No: 11070216
Customer No: 742969
PO #:

# of Copies:
1

THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

VICKY FELTY
Notary Public
State of Wisconsin

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| In re Diamond Comic Distributors, Inc., *et al.*, Debtors. | Case No. 25-10308 (DER) Chapter 11 (Jointly Administered) |
|---|---|

## NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

STATESMAN.COM | FRIDAY, FEBRUARY 28, 2025 | 9C

# Classifieds

To Advertise, visit our website: **Classifieds.statesman.com**
- Public Notices/Legals email: **Legals@statesman.com**
- Business & Services email: **AustinAmericanBusSer@gannett.com**
- To post job openings, visit: **Statesman.com/jobs**

**TO ADVERTISE**
Visit Our Website:
**Classifieds.statesman.com**

**All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. The Austin American Statesman reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. The Austin American Statesman shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.**

Adopt Me
Pets
all your favorites...

Domestic Pets

AKC Bichon Frisa puppies Champion Bloodlines , 2 Males $1800 and 1 Female $2500 Health Guarantee call or text 512-202-5920 we accept CC , Affirm , Klarna 512-202-5920 text or call

**Goldendoodle/Labradoodle Mix** We have 8 beautiful Goldendoodle/Labradoodle puppies that will be ready to go to good homes Feb 21. We have 4 females and 4 males, they will be standard size. We are not a breeder, and mom and dad will be on the premises. The puppies will be up to date on vaccinations before going to their homes. Please call Kurt at 830-445-1680

**Yorkie** Puppies. Registered, vaccinated, and health guaranteed. Males and females. Some teacups. Located 30 minutes northwest of central Austin, Texas. Call or text 512-694-1137 for more information or for an appointment to meet them. More pictures and details at Https://prettiestpuppies.com/puppies-for-sale-austin-tx/ www.prettiestpuppies.com 512-694-1137

Assorted
Stuff
all kinds of things...

Sporting Goods

WE PAY CASH
$$
FOR GOLF BALLS
GolfBallHouse
.com

Get paid cash for used golf balls. Call, text or email us at (512) 470-7252 GolfBallHouse@GMail.Com

Real Estate
Homes
starting fresh...

Farms for Sale

**Palmerston Ontario Canada** 100 acre farm 7km from Palmerston Ontario. Good set of buildings,90 acres workable,4 acres of bush,21 acres licensed gravel pit This 3rd generation farm has been on a regenerative soil management program for over 25 years implementing multi species cover cropping and crop rotations for better soil health and livestock nutrition. Call 519-343-3276 for more info and price.

Homes for Sale

HOME DESIGN
Architectural Degree
Guest House-ADU $995
737-268-8343

Real Estate
**Rentals**

**PUBLISHER'S NOTICE**
All real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status, or national origin, or intention to make any such preference, limitation, or discrimination. "We will not knowingly accept any advertising for real estate which is in violation of the law. All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis.

Single Family Rentals

**Austin** Beautiful 4 bed, 3 bath Balcones Drive home. 2 master suites, views. Furnished, $6,800/month. Bbalcone1@gmail.com

Your Source
Public Notices
for the latest...

**Bids & Proposals**

AUSTIN COMMUNITY COLLEGE (ACC) DISTRICT is requesting proposals from interested or qualified optical laboratory equipment providers in order to supply state-of-the-art nanotechnology equipment to ACC's Advanced Manufacturing Department for the following solicitation:
- Request for Proposals (RFPs) No. 490-25-233-00-S-AB-RFP

All proposals must be submitted to the Procure to Pay (P2P) Department by no later than on Thursday, March 13th, 2025 at 12:00 p.m., Central Standard Time (CST). See solicitation for details.
Solicitation documents are available on the ACC P2P's website at:
- https://offices.austincc.edu/procurement/advertised-solicitations/ or at
- https://us.workdayspend.com/rfps/public/848610

If you are not able to view this solicitation, please send an email to the Buyer/Sole Point of Contact for the solicitation as soon as possible.
SOLE POINT OF CONTACT:
- Anthony Barron, Buyer of Record

Email: anthony.barron@austincc.edu
- Telephone Number: (512) 223-1039

**Only electronically transmitted responses will be accepted by the date and time indicated above, unless otherwise stated in the solicitation documents.**
ACC will host an optional solicitation conference on **Monday, March 3rd, 2025, at 10:00 a.m., CST** via Zoom Meetings. See solicitation documents for details.
Notice: ACC Business Offices and campus locations will be closed for the College's **Spring Break** from **March 17-21, 2025.**
2/21, 2/28/25 11057651

**Govt Bids & Proposals**

2025-12 Elementary Reading Initiative Partner
Education Service Center (ESC) Region 13 seeks proposals for 2025-12-Elementary Reading Initiative Partner. Proposals are available and accepted at https://www.esc13.ionwave.net and ESC Region 13, 5701 Springdale Rd. Austin, TX 78723 and due at 2:00PM on 3/25/2025.
February 21, 28 2025
LACO0244329

PROPOSAL NOTICE

The **Bastrop Independent School District** is accepting electronic Requests for Proposal for **Food Service Management Services, BA03-2025** beginning February 20, 2025 thru April 11, 2025 at 2:00 P.M. Proposals are to be accessed through the Public Purchase website (www.publicpurchase.com) and submitted electronically to **bids@bisdtx.org.**
11052133 2/20 2/21 2/27 2/28/25

**Public Notices**

RFP 2502-002 - Employee Engagement Survey Tool
Travis County Healthcare District d/b/a Central Health
1111 E. Cesar Chavez Street
Austin, TX 78702
RFP 2502-002 EMPLOYEE ENGAGEMENT SURVEY TOOL
Due Date: 3/19/2025 by 2:00 PM CT
Central Health acknowledges that the enterprise requires a solution to support enterprise-level employee surveying around topics of engagement, wellness, and workplace culture. Identify, evaluate, and implement a tool to support enterprise HR strategic objective for employee engagement and workplace culture data collection. The purpose of the request is to evaluate proposals for a comprehensive tool to support the initiative to build a comprehensive employee surveying program that supports enterprise objectives for employee engagement.
Ordering Instructions: Package can be downloaded from:
https://www.bidnetdirect.com/texas/traviscounty-healthcaredistrictdbacentralhealth
OR http://www.centralhealth.net/finance/purchasing
OR https://www.txsmartbuy.com/esbd
February 21, 28 2025
LACO0241966

Integral Care is currently soliciting proposals to provide Health Insurance Information and Verification Software. The Request for Proposals (RFP) may be accessed at integralcare.org/business-opportunities. The deadline to submit a proposal under the RFP is 5:00 P.M. CST on March 27, 2025. Historically Underutilized Businesses, including Minority-Owned Businesses and Women-Owned Businesses, are encouraged to apply.
February 28, March 2,7,9,2025 11063848

Notice to Creditors

Notice is hereby given that original Letters of Independent Administration for the Estate of Kyle Ann Hintner, Deceased, were issued on February 13, 2025, in Cause No. C-1-PB-24-000553, pending in the Probate Court No: 1, Travis County, Texas, to: Cullen Daniel Strange.
All persons having claims against this Estate which is currently being administered are required to present them to the undersigned within the time and in the manner prescribed by law.

c/o:
Carter & Denham, PLLC
808 N. Ave. C, P.O. Box 669
Elgin, Texas 78621

DATED the 24th day of February, 2025.

/s/ W. Christopher Denham

Attorney for Cullen Daniel Strange
State Bar No.: 24052139
808 N. Ave. C, P.O. Box 669
Elgin, Texas 78621
Telephone: (512) 538-2292
Facsimile: (512) 285-6855
Email: cdenham@carter-denham.com
February 28 2025
LACO0247258

**Submit a Legal Public Notice**
through our *NEW* and convenient self-service platform.
statesman.com/public-notices
USA TODAY NETWORK
*A legally compliant and trusted media source.*

Public Notices

Public Notices

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*, Debtors.
Case No. 25-10308 (DER)
Chapter 11 (Jointly Administered)

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

**Govt Public Notices**

Brooke Paup, *Chairwoman*
Bobby Janecka, *Commissioner*
Catarina Gonzales, *Commissioner*
Kelly Keel, *Executive Director*

THE STATE OF TEXAS

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
*Protecting Texas by Reducing and Preventing Pollution*

NOTICE OF PUBLIC HEARING AND COMMENT PERIOD ON PROPOSED RENEWALS/REVISIONS OF AIR QUALITY GENERAL OPERATING PERMITS NUMBERS 511, 512, 513, and 514

The Texas Commission on Environmental Quality (TCEQ, commission) is providing an opportunity for public comment and a notice and comment hearing (hearing) on the draft Air Quality General Operating Permits (GOPs) Numbers 511, 512, 513, and 514. The draft GOPs contain revisions based on recent federal and state rule changes, which include updates to the Statement of Basis, the Periodic Monitoring, the requirements tables, the addition of new requirements tables, and updates to the terms. This renewal also corrects typographical errors and updates language for administrative preferences.

The draft GOPs are subject to a 30-day comment period. During the comment period, any person may submit written comments on the draft GOPs.

The commission will hold a hybrid virtual and in-person public hearing in Austin, Texas on Monday, March 31, 2025, at 2:00 p.m. in Building F, room 2210, at TCEQ's central offices located at 12100 Park 35 Circle, Austin. The hearing will be structured for the receipt of oral or written comments by interested persons. Open discussion will not be permitted during the hearing; however, commission staff members will be available to discuss the draft GOPs 30 minutes prior to the hearing.

Individuals who plan to attend the hearing virtually and want to provide oral comments and/or want their attendance on record must register by Friday, March 28, 2025. To register for the hearing, please email Rules@tceq.texas.gov and provide the following information: your name, your affiliation, your email address, your phone number, and whether you plan to provide oral comments during the hearing. Instructions for participating in the hearing will be sent on Monday, March 31, 2025, to those who register for the hearing.

Members of the public who do not wish to provide oral comments but would like to view the hearing virtually may do so at no cost at:
https://events.teams.microsoft.com/event/eb58ee09-7d50-430d-ba7f-02fd6e72cb09@871a83a4-a1ce-4b7a-8156-3bcd93a08fba

Persons who have special communication or other accommodation needs who are planning to attend the hearing should contact 1-800-RELAY-TX (TDD). Requests should be made as far in advance as possible.

Written comments may be submitted to Gwen Ricco, Office of Legal Services, MC 205, P.O. Box 13087, Austin, Texas 78711-3087, or faxed to fax4808@tceq.texas.gov. Electronic comments may be submitted at: https://tceq.commentinput.com/. File size restrictions may apply to comments being submitted via the TCEQ Public Comment system. All comments should reference Non-Rule Project Number 2024-021-OTH-NR.

The comment period closes March 31, 2025.

Copies of the draft GOP may be obtained from the commission website at https://www.tceq.texas.gov/permitting/air/nav/air_genopermits.html.

For further information, please contact Ms. Stephanie Heath at (512) 239-5654. Si desea información en Español, puede llamar al 800-687-4040.
2/28/25 #11036477

Community
Announce
lost, found, happy ads, novena...

Community
Announce
lost, found, happy ads, novena...

**2 AUCTIONS IN 1 DAY**
**LARGE LATE MODEL RENTAL FLEET**
**CONSTRUCTION EQUIPMENT AUCTION**
**PLUS CANCELED ORDER OF NEW TRUCKS & EQUIPMENT**
~ BottomLine Equipment ~
**TUESDAY, MARCH 11TH @ 9:30 AM**
**1990 US-380, Greenville, Texas 75401**

**HIGHLIGHTS: 7 CAB & CHASSIS:** (4)Unused Ford F600, (2)Unused Chevy 5500, 2019 Dodge Ram 3500, **5 ARTI. HAUL TRKS.:** (3)Unused Bell B50, (2)Unused 2024 Bell B45E, **15 EXCAVATORS:** 2020-2019-2018 Cat 349FL, 2018 Cat 336FL, Cat 329EL, (2)2019 Cat 308, 2015 Cat 305.5, (3)JD 470GLC, 2015 JD 350GLC, 2017 JD 35G, Komatsu PC490LC-11, Kubota KX080-4, **RUBBER TIRED LOADER:** 2019 Cat 914M, **9 CRAWLER TRACTORS:** 2020 Cat D6TLGP, 2018 JD 950KLGP, (2)2020 JD 850LWLT, (5)2018 JD 850KWLT, **3 MOTOR GRADERS:** (2)2021 Cat 140, JD 772A, **MILLING MACHINE:** Roadtec RX-50, **SOIL STABILIZER:** CMI RS-500B, **ROTARY MIXER:** 2017 Cat RM300, **9 VIBRATORY ROLLERS:** 2021 Volvo SD115B, 2020-2019 Hamm H12ip, 2017 Hamm H5i, (4)2019 Bomag BW211D-50, Sakai SV540T, **9 TRACKED SKID STEERS:** 2019 Cat 259, 2020 Cat 249, (3)2020-(2)2016-(2)2020 Kubota SVL95, **BACKHOE:** 2021 Cat 415, **7 TELE. FORKLIFTS:** (2)Unused JLG 1255, (2)Unused Skytrak 10054, (2)Unused Skytrak 8042, 2022 JLG 10054, **2 BOOM LIFTS:** 2017 Snorkel TB86J, 2016 Genie S-40, **2 SWEEPERS:** 2016 Broce CR350, Terramite TSS38, **2 WATER TANKERS:** Cat 725C, Cat 725, **2 WATER TRKS.:** 2019 Ford F750(2,000gal.), 2020 IH MV607(2,000gal.), **GARBAGE TRK.:** 2016 Mack(s/a), **DISTRIBUTOR TRK:** 2002 Freightliner, **FUEL TRK.:** 2003 IH(4,000gal., t/a), **4 SERVICE TRKS.:** 2019-2016-2015 Ford F350, 2013 GMC 2500, **2 TRK. TRACTORS:** 2017 Freightliner Cascadia 125(t/a), 2017 Mack CXU612, **9 PICKUPS:** (3)2021 Dodge Ram 1500, 2018 Chevy 2500, 2012 Chevy 2500(ext.), 2015 Ford F350, 2019 Ford F250 Crew, (2)2016 Ford F250XLT, **3 DETACHABLE TRAILERS:** (3)New Witzco RG52(tri.), **4 PRESSURE WASHERS:** (4)New Easy Kleen 4000psi, **4 BUCKETS, 2 THUMBS, PLUS A LARGE QUANTITY OF NEW SUPPORT AND ATTACHMENTS.**

**SALE SITE PHONE:** (936) 346-1795 Ernest
**TEXAS LICENSE:** #15791 Jack Lyon
**ALEX LYON & SON**
**SALES MANAGERS & AUCTIONEERS, INC.,**
**BRIDGEPORT, NY 13030 • Phone: (315) 633-2944**
Go to **WWW.LYONAUCTION.COM** for more details.

Single Family Rentals

Single Family Rentals

Settlement Estates Senior Living
A Fairway Management Community
512-321-1447
149 Settlement Dr.
Bastrop, TX 78602

1 AND 2 BEDROOM
APARTMENT HOMES
FOR SENIORS

fwm
Fairway Management, Inc.

This institution is an equal opportunity provider.

Certain age, income, and time restrictions apply.

SELL YOUR CAR · BUY A BOAT · GET A DATE · GET A JOB
ADOPT A PET · FIND A TREASURE · LEARN YOGA · HIRE A HANDYMAN
**Find whatever you need. Check out the classified ads everyday.**



Prescribed by State Board of Accounts

General Form No. 99P
(Rev. 2009A)

# The Journal Gazette

Account # 1068144 - 1470487

Allen County, Indiana

**Miller Advertising Agency Inc.**

## PUBLISHER'S CLAIM

---

Pursuant to the provisions and penalties of IC 5-11-10-1, I hereby certify that the foregoing account is just and correct, that the amount claimed is legally due, after allowing all just credits, and that no part of the same has been paid.

I also certify that the printed matter attached hereto is a true copy, of the same column width and type size, which was duly published in said paper 1 times.

The dates of publication being as follows:

2/28/2025 - - -

- - - -

Additionally, Newspaper has a Web site and this public notice was posted on the same day as it was published in The Journal Gazette.

Rhonda McClure

Rhonda McClure
Legal Clerk

Date: February 28, 2025

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*, Debtors.

Case No. 25-10308 (DER)
Chapter 11 (Jointly Administered)

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

****Notice of Sale for Ft Wayne****

Pursuant to Indiana statute Title 26, Article 3, Chapter 8, U-Stor Self Storage will hold a public sale of delinquent units in order to satisfy an owner's lien. The sale will be conducted by open bid. Contents of the unit will be sold to the highest bidder for cash. The sale will be conducted by open bid through www.storagetreasures.com.

**Wednesday, March 12, 2025**

2--28 hspaxlp

----------------------------------------

STATE OF INDIANA
COUNTY OF ALLEN
SS:

IN THE ALLEN SUPERIOR COURT
PROBATE DIVISION
CAUSE NUMBER:
02D02-2502-EU-000054

IN RE: THE ESTATE OF
CHRISTA DHLADHLA
Deceased.

NOTICE OF ADMINISTRATION FOR PUBLICATION IN NEWSPAPER

Notice is hereby given that SHAKA DHLADHLA was on the 6 day of February, 2025, appointed Personal Representatives of the estate of CHRISTA DHLADHLA, deceased, who died on the 13th day of October, 2020.

All persons who claims against this estate, whether or not now due, must file the claim in the office of the Clerk of this Court within three (3) months from the date of the first publication of this notice, or withing nine (9) months after the decedent's death, whichever is earlier, or the claims will be forever barred.

Dated at Fort Wayne, Indiana, this 6 day of February, 2025.

Christopher M. Nancarrow
CLERK, ALLEN SUPERIOR COURT
HK

Attorney for Estate:
R. DAVID BOYER, II
110 WEST BERRY ST., STE. 1910
FORT WAYNE, IN 46802
260.407.7123 (PHONE)
260.407.7111 (FAX)
DAVID@BOYERLEGAL.COM
SUPREME COURT ID: 20808-02

2--28, 3--7 hspaxlp

----------------------------------------

ALLEN COUNTY AUDITOR'S OFFICE VENDOR PAYMENT LISTING FOR 2/28/25 " NICHOLAS D. JORDAN, AUDITOR" FT WAYNE PUBLIC TRANSPORT $900.00 CHRISTOFF & CHRISTOFF ATTY $910.00 FORT WAYNE COMMUNITY SCHOOLS "$3,676.10" ALLEN COUNTY BUILDING MANAGER $420.00 ARAB TERMITE & PEST CONTROL $55.00 ALLEN COUNTY SERVICES DEPT "$1,280.28" SPANICUS LLC "$12,692.31" WHITE CAP CONSTRUCTION (HDS) $116.96 MARKS PLUMBING PARTS $245.79 ADAMS REMCO INC $141.04 KENDALL ELECTRIC INC $84.26 REDWOOD TOXICOLOGY LABORATORY $756.00 TANDEM SOLUTIONS $118.21 PIZZA HUT OF FORT WAYNE INC $64.95 STUCKY LAUER & YOUNG LLP $400.00 RPG CARD SERVICES "$1,013.87" TRINITY SERVICES GROUP INC "$8,368.66"

2--28 hspaxlp

----------------------------------------

STATE OF INDIANA
IN THE ALLEN COUNTY COURT
SS:
PROBATE DIVISION
COUNTY OF ALLEN

CAUSE NO. 02D02-2502-EU-000084

IN THE MATTER OF THE ESTATE OF:

MARTIN THOMAS HUSAR
Decedent,

CATHERINE MARIE BELL
Petitioner,

NOTICE OF ADMINISTRATION
Notice is hereby given that, on the 21st day of February, 2025, Catherine Marie Bell was appointed personal representative of the Estate of Martin Thomas Husar, deceased, who died on January 28, 2025.

All persons having claims against this estate, whether or not now due, must file the claim in the office of the Clerk of this Court within three (3) months from the date of the first publication of this notice, or within nine (9) months after the decedent's death, whichever is earlier, or the claims will be forever barred.

Dated at Allen County, Indiana this February 24, 2025.

Clerk of the Court of Allen County

2--28, 3--7 hspaxlp

----------------------------------------

The Florence M & Paul Staehle Foundation Trust 990PF is file on an annual basis and available on www.guidestar.org

2--28 hspaxlp

----------------------------------------

Subscribe.FortWayne.com

**NOTICE OF PUBLIC HEARING
FORT WAYNE COMMON COUNCIL**

**CONFIRMING RESOLUTION NO. R-25-02-26**

NOTICE IS HEREBY GIVEN THAT THE COMMON COUNCIL OF THE CITY OF FORT WAYNE, INDIANA, WILL CONDUCT A PUBLIC HEARING ON MARCH 11, 2025, AT 5:30 P.M., IN ROOM 035 – COUNCIL COURTROOM – GARDEN LEVEL CITIZENS SQUARE, 200 E. BERRY, FORT WAYNE, INDIANA 46802; DESIGNATING AN ECONOMIC REVITALIZATION AREA UNDER SECTION I.C. 6-1.1-12.1 FOR A PROPERTY COMMONLY KNOWN AS :

**7915 Decatur Road, Fort Wayne, Indiana 46816 (Arbors Indiana, LLC/ Allied Argenta)**

COMMON COUNCIL WILL CONDUCT A PUBLIC HEARING ON WHETHER THE ABOVE DESCRIBED RESOLUTION SHOULD BE CONFIRMED, MODIFIED AND CONFIRMED, OR RESCINDED ON TUESDAY MARCH 11, 2025.

IF CONFIRMED, SAID DESIGNATION SHALL EXPIRE DECEMBER 31, 2026.

ALL INTERESTED PERSONS ARE INVITED TO ATTEND AND BE HEARD AT THE PUBLIC HEARING.

REASONABLE ACCOMMODATIONS FOR PERSONS WITH A KNOWN DISABLING CONDITION WILL BE CONSIDERED IN ACCORDANCE WITH STATE AND FEDERAL LAW. ANY PERSON NEEDING A REASONABLE ACCOMMODATION SHOULD NOTIFY PUBLIC INFORMATION OFFICE (260) 427-1120, TTY (260) 427-1200, AT LEAST SEVENTY-TWO HOURS PRIOR TO THE MEETING.

LANA R. KEESLING
CITY CLERK

2--28 hspaxlp

----------------------------------------

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*,
Debtors.

Case No. 25-10308 (DER)
Chapter 11 (Jointly Administered)

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

2--28 1470487 hspaxlp

Buy and sell your stuff! Call today to advertise.
Call 260-461-8534

# FORT WAYNE NEWSPAPERS MARKETPLACE

AUTOS | HOMES | JOBS | BUY & SELL | SERVICES | COMMUNITY

TO PLACE AN AD: CALL 260-461-8534 | ONLINE WWW.FORTWAYNE.COM

## Miscellaneous For Sale

**En Center**
72"x72" 5 Slvs each side Storage 30" TV $135
260-804-0924

**For Sale: Nutrafol men's** hair growth capsules.1 mo. supply $50. Hair serum $40 260-273-7333

**For sale too expensive** houseshoes size 9. Make an offer. 260-724-6009 or 260-706-1557

**Garmin GPS**
$40
call/text
260-804-0924

**Hallmark Holiday Pins**
$6.00 each.
260-422-9613

**Russ/Avon/Enesco** holiday pins
$6 ea. OBO
260-422-9613

## Autos For Sale

**2016 Chevy Cruze** limited. New breaks & tires. Body & interior great shape. 108k mils. Needs head gasket. Make offer. 260-490-6101

**Immediate cash for your** junk vehichle. With or without title.
Call 260-446-4836

## Homes – General

**1-260-710-0482**
~Dave Springer~
Your Personal Realtor
Specializing In Changing Houses To Homes.

MIKE THOMAS ASSOCIATES REALTORS

**CASH for your HOME!**
Locally Owned & Serving NE IN. for over 35 yrs!
Call Bradd at
260-403-8700

SUMMIT REALTY INC.

The Journal Gazette
Subscribe.FortWayne.com
FORT WAYNE MAGAZINE

## Homes – General

**Call Now to Get Immediate Cash** for your home!
Rick Widmann
260-704-6565

CENTURY 21 Bradley Realty, Inc.

DOWNSIZING?
Sell your stuff for FREE in
FORT WAYNE NEWSPAPERS MARKETPLACE
Call 260-461-8534

## Homes – General

**I Will Buy Your Home.**
Cash. Any Condition. Quick Close, No Inspection. Diane Palermo
Blake 260-385-8858

BLAKE REALTY

Thinking of Selling? Need cash today? We buy your home-you stay there until you find your next home.
Sarah Staker,260-755-8291

SNS
PROPERTY GROUP

**What's your home worth?**
FREE market analysis!
I will sell it fast & sell it right! Call Debbie Lucky
260-466-3987

CENTURY 21 Bradley Realty, Inc.

## Auctions Miscellaneous

**BID ONLINE NOW !**
Real Estate and Personal Property
4 Beds / 2.5 Baths
3,000+sqft Living, Partial Fin. Bsmt.
For Details go to www.NessBros.com
Chauntell 260.240.8309
Auction Manager
Ness #AU1940019

NESS BROS. REALTORS & AUCTIONEERS Since 1961

Buried in Clutter?
Sell your stuff for FREE in
FORT WAYNE NEWSPAPERS MARKETPLACE
Call 260-461-8534

## Auctions Miscellaneous

**BID ONLINE NOW !**
Real Estate & Personal
3 Beds / 2 full Baths
2,052sqft on 1.09 ac
+ Household Contents
For Details go to www.NessBros.com
Anna 260.264.1319
Auction Manager
Ness #AU1940019

NESS BROS.
REALTORS & AUCTIONEERS

**BID ONLINE NOW !**
Updated Real Estate
Move-in-Ready !
3 Beds / 1 full Bath
1302sqft on .23ac
For Details go to www.NessBros.com
Anna Updike
260.264.1319
Auction Manager
Ness #AU1940019

NESS BROS.
REALTORS & AUCTIONEERS

The news you love is available at your fingertips anytime, from anywhere.

Your subscription includes our e-edition on all digital platforms from any computer or device.

Subscribers receive full access to journalgazette.net.

Activate your account now at subscribe.fortwayne.com.

Need help? 260-461-8519

The Journal Gazette

All subscribers may view the e-edition 24 hours a day, 7 days a week, even when on vacation!

**EAST ALLEN COUNTY LAND AUCTION**
Thu, Mar. 13 • 6pm
• 53.5± Acres Offered in 6 Tract or Combinations • Harlan, IN • Mini Farm Sites • Country Building Sites • Productive Tillable Soils • Immediate Possession Available
**Property Location:** On the edge of Harlan, IN. Located northeast of the intersection of Notestine & Brush College Rd. Between Notestine Rd & Hamm Rd, just west of Bull Rapids Rd.
**Inspection:** 3/4 from 4-5:30pm
**Sellers:** Matt & Jamie Schlatter
**Auction Managers:** Jerry Ehle • 260.410.1996 #AU19300123, #AC63001504
**260.749.0445**
**866.340.0445**
**SchraderFortWayne.com**
**SchraderAuction.com**

SCHRADER REAL ESTATE & AUCTION of Fort Wayne

**INDEPENDENT CONTRACTOR OPPORTUNITIES**

START YOUR OWN BUSINESS

NEWSPAPER CARRIER WANTED

SOUTHWEST MOTOR ROUTE
Up To $700 Monthly
Fort Wayne Country Club - Ardmore & Covington Rd. Area

*Delivery Deadline: 6 a.m. Monday-Friday and 8 a.m. Saturday. Absolutely NO COLLECTIONS on all routes!*

ROUTES AVAILABLE IN THESE AREAS

*Route Locations* — *Potential Monthly Profit + Tips*

**EAST** ........ **$600**
Georgetown, Trier Rd., Reed Rd. & Maplecrest

**NORTH** ........ **$750**
LaCabreah, Dupont Estates, Gump Rd. & Cedar Canyon

**NORTHEAST** ........ **$700**
Cherry Hill, Schwartz & St. Joe Rd.

**NORTHWEST** ........ **$800**
Huegenard, Cook & Leesburg Rd.

**SOUTH** ........ **$450**
South Anthony, Pontiac & Rudisill

**SOUTHWEST** ........ **$600 - $800**
Aboite Center, Homestead Rd., Liberty Mills

**NEW HAVEN** ........ **$650 - $800**
Lincoln Hwy., Rose Ave. & Green Rd.

The Journal Gazette
Please call 260-750-0524 today!

On a Budget?
Find some deals in FORT WAYNE NEWSPAPERS MARKETPLACE

## Daily Crossword Puzzle

Edited by Patti Varol

**ACROSS**
1 PIC
5 THREAD
10 EYE WOE
14 ACE IN THE __
15 "ROLLING IN THE DEEP" SINGER
16 EURASIAN RIVER
17 "LEAVE THAT TO ME!"
18 MAD'S PICK FOR THE BEST MOVIE OF ALL TIME?
20 LAB'S DISH?
22 MEAT-GRADING ORG.
23 GET EVEN WITH?
24 THE ATLANTIC'S PICK FOR THE BEST MOVIE OF ALL TIME?
28 "BET YOU __ TO DOUGHNUTS ... "
31 VICINITY
32 SMUG CRY
33 DIET BRANDING WORD
35 BIG NAME IN SPORTING GOODS
39 SHAPE'S PICK FOR THE BEST MOVIE OF ALL TIME?
44 COKE, E.G.
45 OVERFLOW (WITH)
46 ANIMAL FEATURED ON THE OLYMPIC NATIONAL PARK QUARTER
47 SPRING BREAK?
51 STOCKPILES
53 ROLLING STONE'S PICK FOR THE BEST MOVIE OF ALL TIME?
57 SMALL DIGIT?
58 SURREALIST MAGRITTE
59 SCOTT OF NPR
63 THE NEW YORKER'S PICK FOR THE BEST MOVIE OF ALL TIME?
67 CORDON (OFF)
68 BLOSSOMED
69 UNSUCCESSFUL FORD
70 ORANGE OR PEAR
71 MOVE VERY SLOWLY
72 MINUSCULE AMOUNTS
73 DELIGHT

**DOWN**
1 BROWSE
2 FEWER THAN FEW
3 LANDED
4 GAS, TO AN AUSSIE
5 A WAYS AWAY
6 MONT. NEIGHBOR
7 KICKED OFF
8 SENATOR SLOTKIN OF MICHIGAN
9 GIVE, AS A VERDICT
10 TEMP
11 CABLE CHANNEL WITH RERUNS OF SITCOMS AND REALITY SHOWS
12 CONNECTICUT IVY LEAGUER
13 SIGOURNEY'S "ALIEN" ROLE
19 BEAUFORT SCALE RATING
21 "LET'S SEE YOUR HAND"
25 LAKE THAT SURROUNDS KELLEYS ISLAND
26 REGARDING
27 ROOF TRIM
28 OB-GYNS, E.G.
29 HOME OF HOPEWELL CEREMONIAL EARTHWORKS
30 "BRIDGERTON" TITLE
34 BABY NEWT
36 TIP JAR WAD
37 COLLECTING DUST
38 JUDGY CLUCKS
40 "THE CENSOR" OF ANCIENT ROME
41 PHOBIA
42 SAN __, ITALY
43 SAFARI RUNNERS
48 ESPN'S "AROUND THE __"
49 RUSSIAN POLITICAL DISSIDENT NAVALNY
50 IS INADEQUATE
52 PARTS OF SOME SUITS
53 RIDE OUT OF TOWN, IN A WESTERN
54 HOODED SNAKE
55 "__ TO YOU"
56 REPAST
60 GREEDY CRY
61 UNBOX
62 SINE QUA NON
64 BUY ON CREDIT, SAY
65 PERRINS'S PARTNER IN STEAK SAUCE
66 COUPLE OF LOCALS?

Crossword answer in Living Section

©2025 Tribune Content Agency, LLC 02/28/2025



Pennsylvania
GANNETT

PO Box 630531 Cincinnati, OH 45263-0531

## AFFIDAVIT OF PUBLICATION

Gus Egloff
ADAM LEVIN
Not specified
10 Rockefeller PLZ # 1016
New York NY 10020-1903

STATE OF WISCONSIN, COUNTY OF BROWN

The below stated newspapers that are generally circulated in the county of York, State of Pennsylvania, printed and published and personal knowledge of the facts herin state and that the notice hereto annexed was Published in said newspapers in the issue dated on:

YOR York Daily Record 02/28/2025
YOR York Dispatch 02/28/2025

and that the fees charged are legal.
Sworn to and subscribed before on 02/28/2025

Legal Clerk

Notary, State of WI, County of Brown

3.7.27

My commission expires

Order No: 11070065
Customer No: 792107
PO #: R2240017

# of Copies:
1

THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

KAITLYN FELTY
Notary Public
State of Wisconsin

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| In re Diamond Comic Distributors, Inc., *et al.*, Debtors. | Case No. 25-10308 (DER) Chapter 11 (Jointly Administered) |
|---|---|

## NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

# Classifieds

To Advertise, visit our website: **classifieds.inyork.com**
- Public Notices/Legals email: **ync-legals@mediaonepa.com**
- Business & Services email: **servicedirectory@mediaonepa.com**
- To post job openings, visit: **inyork.com/jobs**

**TO ADVERTISE**
Visit Our Website:
**classifieds.inyork.com**

All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. York Newspaper Companies reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. York Newspaper Companies shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.

Assorted
Stuff
all kinds of things...

## Firewood and Fuel

FOR SALE
Seasoned Firewood
16" lengths
FREE DELIVERY
JAN & FEB
Prompt & Reliable Service
We Deliver
717-359-9230 or
717-451-0556 (cell)

## Wanted to Buy

$CASH$
ALL GOLD & SILVER COINS, JEWELRY, ESTATES, OLD TOYS, ANTIQUES, OLD COMICS, ANYTHING OF VALUE. I WILL BEAT ANYONE'S PRICES!
717-266-8880

Professional Service all your needs...

## Clean Up and Removal

CRASS HAULING
We Can Get Everything or Anything out of the House or Yard
717-456-6051 OR 410-688-7569

Homes

Home Improvement

Check It Out!
#1 Consultant
I.N.H
Home Improvements
717-825-8044
Roofing, siding, spouting, additions, decks, kitchen and bathroom remodeling, powerwashing, waterproofing, painting, hauling, basement and garage cleanout, does it all for your interior and exterior needs.
24 Hour emergency repair services.
Licensed and Fully Insured.
717-825-8044

## Landscaping

AFFORDABLE LANDSCAPING
Spring Clean Ups, MULCH!! Trimming, Planting. Specializing in neglected overgrowth & renewing mulch beds. Small Tree & Shrub Removal. We Take Care of Weeds so they do not return. Call Today for a Free Estimate. Senior Discounts (No Mowing)
717-208-2265

## Lawn - Garden Care

DON'S LAWN CARE & HOME IMPROVEMENT
MOWING LAWNS, LOTS & FIELDS, POWER WASHING, BUSH AND TREE TRIMMING, MULCHING FLOWER BED DESIGN, SPRING/SUMMER CLEAN-UP, INTALL & REPAIR FENCES, DECKS & ROOFS, & ALL TYPES OF HOME IMPROVEMENT!
FREE ESTIMATES!! FULLY INSURED!
CALL DON AT:
717-781-0697 OR 717-542-2315

*Love the house.*
*Know the neighborhood.*

Homes

## Lawn - Garden Care

DON'S LAWN CARE & HOME IMPROVEMENT
MOWING LAWNS, LOTS & FIELDS, POWER WASHING, BUSH AND TREE TRIMMING, MULCHING FLOWER BED DESIGN, SPRING/SUMMER CLEAN-UP, INTALL & REPAIR FENCES, DECKS & ROOFS, & ALL TYPES OF HOME IMPROVEMENT!
FREE ESTIMATES!! FULLY INSURED!
CALL DON AT:
717-781-0697 OR 717-542-2315

## Services

34th Year
Certified & Legal Contractor
PA-65190
Free Estimates!!
Sealcoating, Hot Crack Filling, Line Painting, Concrete Work, Concrete Rotary Cleaning Trenching for Underground DownSpouts,
717-755-3597 or 717-324-1533

QUALITY GUARANTEED
SKR PAVING
We specialize in asphalt paving, sealcoating & asphalt repair.
We also demolish & remove unwanted buildings, sheds, garages, etc.
FREE estimates!
Licensed & Insured.
Call Steve
NOW BOOKING FOR THE 2025 SEASON!
717-359-9230 or
717-451-0556 (cell)

ADVERTISE HERE

Order online to reserve your space.
classifieds.inyork.com

Real Estate Rentals

**PUBLISHER'S NOTICE**
All real estate advertising herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status, or national origin, or intention to make any such preference, limitation, or discrimination. "We will not knowingly accept any advertising for real estate which is in violation of the law. All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis.

EQUAL HOUSING OPPORTUNITY

## Rentals to Share

EMIGSVILLE STORAGE
Rental Units
Avail. 24 Hr. Access ☎ 764-1088

Automotive Wheels best deal for you...

## Autos Wanted

CASH 4 CARS
Call Red Lion Salvage
(717) 246-2888

Your Source
Public Notices
for the latest...

## Notice To Creditors

ADMINISTRATOR'S NOTICE
Estate of Wade Lee Wealand, late of Dover Borough, PA, deceased.
Letters of Administration on said estate having been granted to the undersigned, all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same, will present them without delay for settlement to the undersigned residing at 881 3rd Street, B-3 Whitehall, PA 18052
Jason Allen Wealand & Austin Lee Wealand
Daniel G. Dougherty, Esquire 881 3rd Street, Ste B-3 Whitehall, PA 18052
February 14,21,28 2025
LSOM0238271

ADMINISTRATOR'S NOTICE
Estate of Jean E Carson, late of Springettsbury Township, PA, deceased.
Letters of Administration on said estate having been granted to the undersigned, all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same, will present them without delay for settlement to the undersigned residing at 41 N Penryn Road Manheim, PA 17545
James Carson
Justin J. Bollinger, Esq. Gibbel Kraybill & Hess, 2933 Lititz Pike, Lancaster, PA 17606
February 21,28,March 7 2025
LSOM0243522

ADMINISTRATOR'S NOTICE
Estate of Michael Lee Beshore late of Manchester Township, York County, Pennsylvania, deceased.
Letters of Administration on said estate having been granted to the undersigned, all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same, will present them without delay for settlement to the undersigned:
Elizabeth Beshore Ruby
c/o Kearney Graybill, LLC
940 South Queen Street
York, PA 17403
Jack L. Graybill II, Esquire

ADMINISTRATOR'S NOTICE
ESTATE OF DAVID A. AMSPACHER
Late of Chanceford Township, deceased.
Letters of Administration on said estate having been granted to the undersigned, all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same, will present them without delay for settlement to the undersigned.
Michael L. Amspacher, Administrator
Eveler & DeArment LLP
2997 Cape Horn Rd., Suite A-6
Red Lion, PA 17356

ESTATE NOTICE
Letters Testamentary in the Estate of Grace A. Koser, late of Carroll Township, York County, Pennsylvania, deceased, have been granted to Cindy L. Hertweck.
All persons knowing themselves to be indebted to said estate will make payment immediately and those having claims will present them for settlement to:
Murrel R. Walters, III, Esquire
WALTERS & GALLOWAY, PLLC
54 East Main Street
Mechanicsburg, PA 17055

EXECUTOR'S NOTICE
Kay M. Shin of York County, York, PA, deceased.
Letters Testamentary on said estate having been granted to the undersigned all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same will present them without delay for settlement to the undersigned:
Yong H. Shin
c/o Bellomo & Associates, LLC
3198 East Market Street
York, PA 17402
Jeffrey R. Bellomo, Esquire

ADMINISTRATOR'S NOTICE
William Edward Vaughan, Jr. of Hellam Township, York County, PA, deceased.
Letters of Administration on said estate having been granted to the undersigned all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same will present them without delay for settlement to the undersigned:
Susan M. Bodenhemier
c/o Bellomo & Associates, LLC
3198 East Market Street
York, PA 17402
Jeffrey R. Bellomo, Esquire

## Public Notices

August 18, 2025
September 15, 2025
October 20, 2025
November 17, 2025
December 15, 2025

Michelle Kendig
Board Secretary/Chief Financial and Operations Officer
York Suburban School District

EXECUTOR'S NOTICE
Estate of Glenn Wiley, deceased
Late of Manchester Township, York County, PA
Letters Testamentary on said estate having been granted to the undersigned, all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same will present them without delay for settlement to:
Brian E. Wiley, Administrator c/o Richard R. Reilly, Esquire
54 N. DUKE STREET
YORK PA 17401-1210
Richard R. Reilly, Esquire

SELL YOUR NEW OR PRE-LOVED ITEMS
Advertise here to reach our local audience.

Order online to reserve your space.
classifieds.inyork.com

LOOKING FOR HELP?
Advertise here to reach local job seekers.

Post your job listing today.
inyork.com/jobs

Find your new job HERE!

NOW HIRING

## REAL ESTATE AUCTION

**2965 Admire Road Dover, PA**
**Saturday April 12, 2025 at 10 AM**

Brick Ranch style home (2600 sq. ft.) on 2.06 acres. Home has a large eat-in kitchen & dining area with custom cabinets, living room, 3 bedrooms, 2 full bath (one with Jacuzzi tub), enclosed porch, & 2 car garage. Home also has an attic and large basement. Other features: oil hot water baseboard heat, central AC, well water, public sewer, Dover township, Dover school district, generator hookup, central Vac, 24'X60' metal pole building with electric & water, large macadam parking area, gazebo, & spacious yard. Home was built 1995. All appliances included. Terms: 10% down day of auction, balance due in 60 days. Open House:

Saturday March 22 from 10 – 12 Noon & Wednesday April 2 from 6 – 7 pm. All auction announcements supersede all printed material. See website for pics.

Gilbert & Gilbert Auctioneers Inc. AY002086
Brian Gilbert AU002256L
Estate of Mervin E. Livingston – Lori Fischer Exec.
717-891-0537 – www.gilbertauctions.com
Amanda Snoke Dubbs Atty.

PA-41313489

## PUBLIC AUCTION

**Saturday March 8, 2025 at 9 AM**
**2720 Cambridge Road York PA (In Haines Acres)**

**REAL ESTATE – CAR – ANTIQUES – PERSONAL PROPERTY**

Brick split level home in Haines Acres, York Suburban School District, and Springettsbury Township. Home has a living room, kitchen, dining area, 3 bedrooms, and a full bath on main level. Lower level has a bedroom/office with built in cabinets, a full bath, and a large family room with fireplace, laundry room, and 2 car garage. Lower level has walk-out access to back yard. Other features: Rear deck, hardwood floors, gas forced air heat, central AC, public water & sewer, all appliances included. Terms: 10% down day of auction, balance due in 60 days. Open House: Saturday Feb. 22 from 10 – 12 Noon. Real Estate will be offered for sale at 11 AM day of auction. ALSO: 2014 Honda Civic – 24,464 Miles (Car Approx. 10:30 AM). Antique jelly cupboard, round oak claw foot table, antique dresser, P. Buckley Moss prints, coffee grinder, antique glassware & china, open corner cabinet, Gulbranson spinet piano & bench, desk, rush seat chairs, blanket chest, costume jewelry, 4 pc. Bedroom suite, asst. bedroom furniture, stands, lamps, barn wood cabinet, settee, stuffed furniture, modern drysink, Seiko wall clock, prints, kitchen items, York PA prints, stereo equipment, Weslo treadmill, day bed, flat top trunk, set of silverware, Toro power mower, MTD snow thrower, lawn & garden tools, & much more. All auction announcements supersede all printed material. Terms: Cash or Check with Auctioneers Approval. Credit Cards accepted 3% premium. Estate of Patricia Dorwart

Gilbert & Gilbert Auctioneers Inc. AY002086
Brian Gilbert AU002256L
717-891-0537 www.gilbertauctions.com

PA-41307622

## Rentals to Share

## Public Notices

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*, Debtors.
Case No. 25-10308 (DER)
Chapter 11 (Jointly Administered)

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

## Public Notices

Meeting Notice
The York Suburban School District Board of School Directors has restructured its 2025 Board meeting schedule. The following committee meetings, when applicable, will be conducted during the meetings of the Whole Board. Visit bit.ly/ys-updates for meeting agendas, minutes, and potential changes.
**Personnel Committee**
June 9, 2025
September 22, 2025
**Property & Finance Committee**
March 17, 2025
April 22, 2025
May 19, 2025
June 16, 2025
July 21, 2025

## Public Notices

YORK COUNTY AREA AGENCY ON AGING
2401 PLEASANT VALLEY ROAD
YORK, PENNSYLVANIA 17402
PUBLIC MEETING
The York County Area Agency on Aging will hold a public hearing on Monday, March 10, 2025, to receive comments on its SFY 2024/2025 Agency Budget Application. The hearing will be held at 2401 Pleasant Valley Road beginning at 12 P.M. For more information about this hearing, please call (717) 771-9610. The York County Area Agency on Aging is funded in part by both the York County Board of Commissioners and the Pennsylvania Department of Aging.

ESTATE NOTICE
Estate of Richard E. Shelley, Late of Springettsbury Township, York County, Pennsylvania, Deceased. Letters of Administration have been granted on the above estate to the undersigned. All persons indebted thereto are requested to make immediate payment, and those having claims against the estate shall make them known without delay to the undersigned at 340 Pine Grove Commons, York, PA 17403.
Administratrix: Cathy L. Shelley
Attorney: Joy L. Kolodzi
Elder Law Firm of Robert Clofine



# Classifieds

To Advertise, visit our website: **classifieds.inyork.com**
- Public Notices/Legals email: **ync-legals@mediaonepa.com**
- Business & Services email: **servicedirectory@mediaonepa.com**
- To post job openings, visit: **inyork.com/jobs**

**TO ADVERTISE**
Visit Our Website:
**classifieds.inyork.com**

**All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. York Newspaper Companies reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. York Newspaper Companies shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.**

Assorted
Stuff
all kinds of things...

Firewood and Fuel

FOR SALE
Seasoned Firewood
16" lengths
FREE DELIVERY
JAN & FEB
Prompt & Reliable Service
We Deliver
☎ 717-359-9230 or
☎ 717-451-0556 (cell)

**Wanted to Buy**

$CASH$
ALL GOLD & SILVER COINS, JEWELRY, ESTATES, OLD TOYS, ANTIQUES, OLD COMICS, ANYTHING OF VALUE. I WILL BEAT ANYONE'S PRICES!
717-266-8880

Professional
Service
all your needs...

**Clean Up and Removal**

CRASS HAULING
We Can Get Everything or Anything out of the House or Yard
717-456-6051 OR 410-688-7569

**ADVERTISE HERE**
Order online to reserve your space.
classifieds.inyork.com

Home Improvement

**Check It Out!**
#1 Consultant
I.N.H
Home Improvements
717-825-8044
Roofing, siding, spouting, additions, decks, kitchen and bathroom remodeling, powerwashing, waterproofing, painting, hauling, basement and garage cleanout, and chimneys. One call does it all for your interior and exterior needs.
24 Hour emergency repair services.
Licensed and Fully Insured.
717-825-8044

**Landscaping**

AFFORDABLE LANDSCAPING
Spring Clean Ups, MULCH!! Trimming, Planting. Specializing in neglected overgrowth & renewing mulch beds. Small Tree & Shrub Removal. We Take Care of Weeds so they do not return. Call Today for a Free Estimate. Senior Discounts (No Mowing)
717-208-2265

Lawn - Garden Care

DON'S LAWN CARE & HOME IMPROVEMENT
MOWING LAWNS, LOTS & FIELDS, POWER WASHING, BUSH AND TREE TRIMMING, MULCHING FLOWER BED DESIGN, SPRING/SUMMER CLEAN-UP, INTALL & REPAIR FENCES, DECKS & ROOFS, & ALL TYPES OF HOME IMPROVEMENT!
FREE ESTIMATES!! FULLY INSURED!
CALL DON AT:
717-781-0697 OR 717-542-2315

Submit a Legal Public Notice
inyork.com/public-notices
USA TODAY NETWORK

**Services**

34th Year
Certified & Legal Contractor
PA-65190
Free Estimates!!
Sealcoating, Hot Crack Filling, Line Painting, Concrete Work, Concrete Rotary Cleaning Trenching for Underground DownSpouts,
717-755-3597 or 717-324-1533

**QUALITY GUARANTEED**
**SKR PAVING**
We specialize in asphalt paving, sealcoating & asphalt repair.
We also demolish & remove unwanted buildings, sheds, garages, etc.
FREE estimates!
Licensed & Insured.
Call Steve
*NOW BOOKING FOR THE 2025 SEASON!*
717-359-9230 or
717-451-0556 (cell)

**ADVERTISE HERE**

Order online to reserve your space.
classifieds.inyork.com

Real Estate
Rentals

**PUBLISHER'S NOTICE**
All real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status, or national origin, or intention to make any such preference, limitation, or discrimination. "We will not knowingly accept any advertising for real estate which is in violation of the law. All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis.

**Rentals to Share**

**Rentals to Share**

EMIGSVILLE STORAGE
Rental Units
Avail. 24 Hr. Access ☎ 764-1088

Automotive
Wheels
best deal for you...

**Autos Wanted**

CASH 4 CARS
Call Red Lion Salvage
(717) 246-2888

Your Source
Public Notices
for the latest...

**Notice To Creditors**

ADMINISTRATOR'S NOTICE
Estate of Wade Lee Wealand, late of Dover Borough, PA, deceased.
Letters of Administration on said estate having been granted to the undersigned, all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same, will present them without delay for settlement to the undersigned residing at 881 3rd Street, B-3 Whitehall, PA 18052
Jason Allen Wealand & Austin Lee Wealand
Daniel G. Dougherty, Esquire 881 3rd Street, Ste B-3 Whitehall, PA 18052
February 14,21,28 2025
LSOM0238271

ADMINISTRATOR'S NOTICE
Estate of Jean E Carson, late of Springettsbury Township, PA, deceased.
Letters of Administration on said estate having been granted to the undersigned, all persons indebted thereto are requested to make

**Notice To Creditors**

immediate payment, and those having claims or demands against the same, will present them without delay for settlement to the undersigned residing at 41 N Penryn Road Manheim, PA 17545
James Carson
Justin J. Bollinger, Esq. Gibbel Kraybill & Hess, 2933 Lititz Pike, Lancaster, PA 17606
February 21,28,March 7 2025
LSOM0243522

ADMINISTRATOR'S NOTICE
Estate of Michael Lee Beshore late of Manchester Township, York County, Pennsylvania, deceased.
Letters of Administration on said estate having been granted to the undersigned, all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same will present them without delay for settlement to the undersigned:
Elizabeth Beshore Ruby
c/o Kearney Graybill, LLC
940 South Queen Street
York, PA 17403
Jack L. Graybill II, Esquire

ADMINISTRATOR'S NOTICE
ESTATE OF DAVID A. AMSPACHER
Late of Chanceford Township, deceased.
Letters of Administration on said estate having been granted to the undersigned, all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same, will present them without delay for settlement to the undersigned.
Michael L. Amspacher, Administrator
Eveler & DeArment LLP
2997 Cape Horn Rd.,
Suite A-6
Red Lion, PA 17356

ESTATE NOTICE
Letters Testamentary in the Estate of Grace A. Koser, late of Carroll Township, York County, Pennsylvania, deceased, have been granted to Cindy L. Hertweck.
All persons knowing themselves to be indebted to said estate will make payment immediately and those having claims will present them for settlement to:
Murrel R. Walters, III, Esquire
WALTERS & GALLOWAY, PLLC
54 East Main Street
Mechanicsburg, PA 17055

EXECUTOR'S NOTICE
Kay M. Shin of York County, York, PA, deceased.
Letters Testamentary on said estate having been granted to the undersigned all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same will present them without delay for settlement to the undersigned:
Yong H. Shin
c/o Bellomo & Associates, LLC
3198 East Market Street
York, PA 17402
Jeffrey R. Bellomo, Esquire

ADMINISTRATOR'S NOTICE
William Edward Vaughan, Jr. of Hellam Township, York County, PA, deceased.
Letters of Administration on said estate having been granted to the undersigned all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same will present them without delay for settlement to the undersigned:
Susan M. Bodenhemier
c/o Bellomo & Associates, LLC
3198 East Market Street
York, PA 17402
Jeffrey R. Bellomo, Esquire

**Public Notices**

June 16, 2025
July 21, 2025
August 18, 2025
September 15, 2025
October 20, 2025
November 17, 2025
December 15, 2025

Michelle Kendig
Board Secretary/Chief Financial and Operations Officer
York Suburban School District

EXECUTOR'S NOTICE
Estate of Glenn Wiley, deceased
Late of Manchester Township, York County, PA
Letters Testamentary on said estate having been granted to the undersigned, all persons indebted thereto are requested to make immediate payment, and those having claims or demands against the same will present them without delay for settlement to:
Brian E. Wiley, Administrator c/o Richard R. Reilly, Esquire
54 N. DUKE STREET
YORK PA 17401-1210
Richard R. Reilly, Esquire

CHANGE OF NAME
Notice is hearby given that on February 10, 2025, a petition for change of name was filed in the York County Court of Common Pleas, requesting a decree to change the name of Helen Sage Ladd to Helen Sage Robinson.
The Court has fixed April 22, 2025, at 9:30 a.m. in Courtroom #7003, York County Courthouse, 45 N. George St, York, PA 17401, as the time and place for the hearing on said petition when and where all persons interested may appear and show cause, if any they have, why the prayer of the said petitioner should not be granted.
February 28 2025
LSOM0247844

CHANGE OF NAME
Notice is hearby given that on February 10, 2025, a petition for change of name was filed in the York County Court of Common Pleas, requesting a decree to change the name of Isabel Ruby Ladd to Isabel Ruby Robinson.
The Court has fixed April 22, 2025, at 9:30 a.m. in Courtroom #7003, York County Courthouse, 45 N. George St, York, PA 17401, as the time and place for the hearing on said petition when and where all persons interested may appear and show cause, if any they have, why the prayer of the said petitioner should not be granted.
February 28 2025
LSOM0247855

CHANGE OF NAME
Notice is hearby given that on February 10, 2025, a petition for change of name was filed in the York County Court of Common Pleas, requesting a decree to change the name of Asher Lerew Ladd to Asher Parker Robinson.
The Court has fixed April 22, 2025, at 9:30 a.m. in Courtroom #7003, York County Courthouse, 45 N. George St, York, PA 17401, as the time and place for the hearing on said petition when and where all persons interested may appear and show cause, if any they have, why the prayer of the said petitioner should not be granted.
February 28 2025
LSOM0247863

CHANGE OF NAME
Notice is hearby given that on February 10, 2025, a petition for change of name was filed in the York County Court of Common Pleas, requesting a decree to change the name of Levi Robert Ladd to Levi Matthew Robinson.
The Court has fixed April 22, 2025, at 9:30 a.m. in Courtroom #7003, York County Courthouse, 45 N. George St, York, PA 17401, as the time and place for the hearing on said petition when and where all persons interested may appear and show cause, if any they have, why the prayer of the said petitioner should not be granted.
February 28 2025
LSOM0247870

CHANGE OF NAME
Notice is hearby given that on December 30, 2024, a petition for change of name was filed in the York County Court of Common Pleas, requesting a decree to change the name of Taya Michele Durham to Treü L Durham.
The Court has fixed March 25, 2025, at 9:30am in Courtroom #7003, 17401, as the time and place for the hearing on said petition when and where all persons interested may appear and show cause, if any they have, why the prayer of the said petitioner should not be granted.
February 28 2025
LSOM0248289

Homes

## REAL ESTATE AUCTION
**2965 Admire Road Dover, PA**
**Saturday April 12, 2025 at 10 AM**

Brick Ranch style home (2600 sq. ft.) on 2.06 acres. Home has a large eat-in kitchen & dining area with custom cabinets, living room, 3 bedrooms, 2 full bath (one with Jacuzzi tub), enclosed porch, & 2 car garage. Home also has an attic and large basement. Other features: oil hot water baseboard heat, central AC, well water, public sewer, Dover township, Dover school district, generator hookup, central Vac, 24'X60' metal pole building with electric & water, large macadam parking area, gazebo, & spacious yard. Home was built 1995. All appliances included. Terms: 10% down day of auction, balance due in 60 days. Open House:

Saturday March 22 from 10 – 12 Noon & Wednesday April 2 from 6 – 7 pm. All auction announcements supersede all printed material. See website for pics.

Gilbert & Gilbert Auctioneers Inc. AY002086
Brian Gilbert AU002256L
Estate of Mervin E. Livingston – Lori Fischer Exec.
717-891-0537 – www.gilbertauctions.com
Amanda Snoke Dubbs Atty.

PA-41313489

## PUBLIC AUCTION
**Saturday March 8, 2025 at 9 AM**
**2720 Cambridge Road York PA (In Haines Acres)**

**REAL ESTATE – CAR – ANTIQUES – PERSONAL PROPERTY**

Brick split level home in Haines Acres, York Suburban School District, and Springettsbury Township. Home has a living room, kitchen, dining area, 3 bedrooms, and a full bath on main level. Lower level has a bedroom/office with built in cabinets, a full bath, and a large family room with fireplace, laundry room, and 2 car garage. Lower level has walk-out access to back yard. Other features: Rear deck, hardwood floors, gas forced air heat, central AC, public water & sewer, all appliances included. Terms: 10% down day of auction, balance due in 60 days. Open House: Saturday Feb. 22 from 10 – 12 Noon. Real Estate will be offered for sale at 11 AM day of auction. ALSO: 2014 Honda Civic – 24,464 Miles (Car Approx. 10:30 AM). Antique jelly cupboard, round oak claw foot table, antique dresser, P. Buckley Moss prints, coffee grinder, antique glassware & china, open corner cabinet, Gulbranson spinet piano & bench, desk, rush seat chairs, blanket chest, costume jewelry, 4 pc. Bedroom suite, asst. bedroom furniture, stands, lamps, barn wood cabinet, settee, stuffed furniture, modern drysink, Seiko wall clock, prints, kitchen items, York PA prints, stereo equipment, Weslo treadmill, day bed, flat top trunk, set of silverware, Toro power mower, MTD snow thrower, lawn & garden tools, & much more. All auction announcements supersede all printed material. Terms: Cash or Check with Auctioneers Approval. Credit Cards accepted 3% premium. Estate of Patricia Dorwart

Gilbert & Gilbert Auctioneers Inc. AY002086
Brian Gilbert AU002256L
717-891-0537 www.gilbertauctions.com

PA-41307762

Public Notices

Public Notices

YORK COUNTY AREA AGENCY ON AGING
2401 PLEASANT VALLEY ROAD
YORK, PENNSYLVANIA 17402
PUBLIC MEETING
The York County Area Agency on Aging will hold a public hearing on Monday, March 10, 2025, to receive comments on its SFY 2024/2025 Agency Budget Application. The hearing will be held at 2401 Pleasant Valley Road beginning at 12 PM. For more information about this hearing, please call (717) 771-9610. The York County Area Agency on Aging is funded in part by both the York County Board of Commissioners and the Pennsylvania Department of Aging.

LEGAL NOTICE
Notice of intent of the Board of Supervisors of Manchester Township, York County, PA to consider adoption of Ordinance No. 2025-01, Amending Chapter 15, Section 402, Parking Prohibited at All Times and Section 407, Standing or Parking on Roadway for Loading or Unloading, at a duly advertised regularly scheduled meeting which shall take place on March 11, 2025 at 6 p.m. at the Manchester Township Office, 3200 Farmtrail Rd., York, PA 17406. The Ordinance updates no parking restrictions and loading and unloading regulations on a portion of Hayshire Drive. A copy of the full text of the Ordinance is available for inspection at the Manchester Township Office and the Law Resource Center, located at the York County Judicial Center, 45 N. George St., York, PA 17401, during normal business hours.
Manchester Township
By: Lawrence V. Young, Solicitor

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*, Debtors.
Case No. 25-10308 (DER)
Chapter 11 (Jointly Administered)

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

**Public Notices**

Meeting Notice
The York Suburban School District Board of School Directors has restructured its 2025 Board meeting schedule. The following committee meetings, when applicable, will be conducted during the meetings of the Whole Board. Visit bit.ly/ys-updates for meeting agendas, minutes, and potential changes.
**Personnel Committee**
June 9, 2025
September 22, 2025
**Property & Finance Committee**
March 17, 2025
April 22, 2025
May 19, 2025





LocaliQ
California
GANNETT

PO Box 631437 Cincinnati, OH 45263-1437

**AFFIDAVIT OF PUBLICATION**

Gus Egloff
Not specified
909 3Rd AVE
15th Floor
New York NY 10022-4731

STATE OF WISCONSIN, COUNTY OF BROWN

The Tulare Advance-Register and Visalia Times-Delta newspaper published in the city of Visalia, Tulare County, State of California, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue:

02/28/2025

and that the fees charged are legal.
Sworn to and subscribed before on 02/28/2025

Legal Clerk

Notary, State of WI, County of Brown

8.25.26

My commission expires

| | | | |
|---|---|---|---|
| Publication Cost: | | | |
| Tax Amount: | $0.00 | | |
| Payment Cost: | | | |
| Order No: | 11070115 | # of Copies: | |
| Customer No: | 1252915 | 1 | |
| PO #: | R2240019 | | |

THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

MARIAH VERHAGEN
Notary Public
State of Wisconsin

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re Diamond Comic Distributors, Inc., *et al.*, Debtors.

Case No. 25-10308 (DER)
Chapter 11 (Jointly Administered)

## NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**

# Russia, US hold talks amid push to reset ties

## Relations between nations could improve in other areas

**Jonathan Spicer and Mark Trevelyan**
REUTERS

ISTANBUL – Russian and U.S. teams held six hours of talks in Turkey on Thursday to try to restore normal functioning of their embassies, and Vladimir Putin said initial contacts with Donald Trump's new administration had inspired hope.

The talks, focused narrowly on conditions for each other's diplomats, provided an early test of the two countries' ability to reset wider relations, amid a Trump administration outreach effort that has alarmed Washington's European allies and Kyiv.

The Kremlin last year described relations as "below zero" under the administration of Joe Biden, who backed Ukraine with aid and weapons and imposed sanctions on Russia to punish it for its invasion in 2022.

But Trump, who has promised a quick end to the war, has upended U.S. policy swiftly to open talks with Moscow, beginning with a phone call to Putin on February 12 and a high-level diplomatic meeting in Saudi Arabia six days later.

Russian state news agency TASS said Thursday's talks, held at the gated residence of the U.S. consul general in Istanbul, wrapped up after some six hours without any statements to the press.

Ukraine and its European allies are worried that Trump's rapid rapprochement with Moscow could lead to a deal on ending the war that sidelines them and undermines their security. Trump says he wants to end the bloodshed with an early ceasefire.

Putin this week tempered expectations of a quick deal, saying trust between Russia and the United States had to be rebuilt before anything could be achieved.

**Russian President Vladimir Putin recently said that while his contacts with the Trump administration have given him hope, trust between the two nations has to be rebuilt.** SERGEY BOBYLEV/SPUTNIK/POOL VIA REUTERS

But in televised comments to members of the FSB security service on Thursday, he said: "I note that the first contacts with the new American administration inspire certain hopes."

"There is a reciprocal mood to work to restore intergovernmental ties and to gradually resolve the huge number of systemic and strategic problems that have built up in the world's security architecture."

Russian Foreign Ministry spokeswoman Maria Zakharova said the Istanbul talks were expected to be the first in a series of contacts aimed at building confidence and removing "irritants" in bilateral relations.

In an example of judicial cooperation, the office of Russia's prosecutor general said Dmitry Koshelev, wanted by Moscow on suspicion of stealing $1.5 million from a courier at gunpoint in 2014, was being deported from the United States on Thursday.

Russia and the United States have expelled diplomats and limited the appointment of new staff at each other's missions in tit-for-tat measures over the past decade, leaving their embassies thinly staffed.

The State Department said Thursday's talks would cover issues such as staffing levels, visas and diplomatic banking.

The U.S. delegation in Istanbul was led by Deputy Assistant Secretary of State Sonata Coulter, and the Russian team by Alexander Darchiyev, head of the foreign ministry's North America department.

# Theatre

Continued from Page 1A

personalities women have," said Brynn Saponara, who plays M'Lynn, Shelby's mother.

"M'Lynn is a dream role, especially because as a mother, I see the arc she goes through and how she fights for her daughter," she said.

"For a long time you didn't see roles with strong female relationships, especially with such age ranges. You see more now."

Saponara really enjoys the scene where Shelby tells her mother she is pregnant.

"M'Lynn goes through a series of emotions in 10 minutes. It's fun to figure out ways to play that scene."

A drama teacher in Selma, Saponara decided it was time to be in a show herself.

"My kids are excited to see me on stage. They're at a self-sufficient stage, and I have a supportive husband, so it was time to do something for myself."

### Special connection

Christa Reiber plays Truvy, the Dolly Parton role.

"I can identify with that energy. Dolly Parton is such a wonderful person, and I feel that's the way Truvy is as well."

"Steel Magnolias" has a special meaning for Reiber. She recently lost her mother. The two would go to a women's retreat every year. One night, they ordered pizza and her mom said she wanted to watch "that Dolly Parton show." When Reiber asked her which Dolly Parton show, it turned out to be "Steel Magnolias."

"It's a classic; it's great fun," Reiber said. "It's a story about sisterhood with such well-written roles."

The show title suggests that women are as delicate as magnolias but tough as steel. That explanation seems to fit perfectly.

**Clairee (Ali Janusiewicz) swaps one-liners with Ouiser (Robin Hammond).** PROVIDED BY SUSI YOUNGS

### How to attend

- When: Feb. 28-March 16
- Where: Ice House Theatre, 410 E. Race, Visalia
- Information: (559) 734-3900 orwww.visaliaice-house.com

# Tariffs

Continued from Page 1A

Comments from Trump administration officials indicated that the April deadline was for Trump's "reciprocal tariffs" import duty rates of other countries and offsetting their other restrictions. His trade advisers consider European countries' value added taxes to be akin to a tariff.

Kevin Hassett, the top White House economic adviser, told CNBC television that Trump would determine new tariffs after a study is completed by April 1.

"The schedule is that there's a study coming out on April 1, and after that the president is going to decide what to do about tariff policies for all countries," he said, but specifically mentioning Mexico and Canada.

Meanwhile, Mexican Economy Minister Marcelo Ebrard will meet with newly confirmed U.S. trade representative Jamieson Greer on Thursday and Commerce Secretary Howard Lutnick on Friday in an effort to head off the tariffs.

In Canada, Public Safety Minister David McGuinty said on Thursday that the progress Canada has made on tightening security along the border with the United States and combating drug smuggling should satisfy the Trump administration.

China, in a letter to Greer, said China and the United States should address concerns in economic and trade fields through equal dialogue and consultation.

# Ellis

Continued from Page 1A

Gov. Gavin Newsom called for this special election because Vince Fong, who won the Assembly seat in the November election, at the same time also won his first full term to the U.S. Congress representing California's 20th District.

"I am truly honored and humbled by the overwhelming support," Ellis said in a press release. "This victory is a clear message that our communities want common-sense leadership that puts working families and our future first.

"A special thank you to my friend Congressman Vince Fong for his years of dedicated service to our district," he continued. "He has set a strong foundation, and I look forward to building upon his work to ensure the Central Valley continues to thrive."

**Congressman Vince Fong (left) with his successor in the California State Assembly, Stan Ellis** STANELLISFORASSEMBLY.COM

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*, Debtors. | Case No. 25-10308 (DER) Chapter 11 (Jointly Administered)

**NOTICE OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the above-captioned Bankruptcy Court. On February 11, 2025, the Bankruptcy Court entered an order (the "Bid Procedures Order") establishing procedures by which the Debtors may sell substantially all their assets, **free and clear of all liens, claims, and encumbrances**. On February 21, 2025, the Debtors filed a motion seeking approval of such sale(s). The chart below describes the Debtors' assets being marketed for sale.

| | Business | Description |
|---|---|---|
| 1 | Diamond Comic Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes comic books, graphic novels, toys, games, and other pop culture-related merchandise. |
| 2 | Diamond Book Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes English-language graphic novels, manga, games, and merchandise. |
| 3 | Alliance Game Distributors | Division of Debtor Diamond Comic Distributors, Inc., that distributes board games, card games, role-playing games, miniatures, and other gaming products. |
| 4 | Collectible Grading Authority (CGA) | Division of Debtor Diamond Comic Distributors, Inc., that provides professional evaluation, authentication and grading services of vintage and modern toys, video games and other related collectible assets. |
| 5 | FandomWorld | Division of Debtor Diamond Comic Distributors, Inc., that operates a direct-to-consumer e-commerce platform offering a range of collectible merchandise for sale. |
| 6 | FreeComicBookDay.com | Division of Debtor Diamond Comic Distributors, Inc., that operates an annual promotional event where participating comic bookstores give away free comic books to drive product awareness and attract new customers. |
| 7 | Diamond Select Toys & Collectibles, LLC | Manufactures collectible toys and animated style statues based on licensed intellectual property. |
| 8 | Gentle Giant Ltd. | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures collectible toys and statues based on licensed intellectual property. |
| 9 | Ironguard Supplies | Division of Debtor Diamond Select Toys & Collectibles, LLC, that manufactures card supplies, comic supplies, and displays, including card binders, card sleeves, magna-armor, backer boards, and comic bags. |
| 10 | Comic Exporters, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 11 | Comic Holdings, Inc. | Holding company that owns 50% of non-debtor Diamond Comic Distributors UK, a distributor of comic books, collectibles, and related merchandise in the United Kingdom. |
| 12 | Diamond Comic Distributors UK | Distributes comic books, collectibles, and related merchandise in the United Kingdom. |

The deadline to submit bids is **March 19, 2025**. The Bid Procedures Order provides the details for the submission of a bid. Any objections to the sale(s) must (i) be made in writing; (ii) state with particularity the grounds for the response or objection; (iii) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; (iv) be filed with the Court on or before **March 14, 2025**; and (v) be served on the following parties: (a) proposed counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 111 Huntington Avenue, 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) proposed counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Stalking Horse Bidder, Whiteford, Taylor & Preston LLP, 8830 Stanford Blvd., Suite 400, Columbia, Maryland 21045, Attn: Brent C. Strickland (bstrickland@whitefordlaw.com).

The hearing to consider approval of the sale is scheduled for **March 27, 2025, at 10:00 a.m. (EST)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Courtroom 9-D, Baltimore, Maryland 21201. Copies of documents related to the sale as well as other documents filed in the Debtors' chapter 11 cases are available free of charge on the Debtors' case information website, located at https://cases.omniagentsolutions.com/home?clientId=3721, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556.

**ANY PARTY WHO FAILS TO OBJECT TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION, INCLUDING WITH RESPECT TO THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES.**