# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## STIPULATION TO EXTEND OBJECTION DEADLINE

The above-captioned debtors and debtors in possession (the "Debtors") and Image Comics, Inc. ("Image") hereby stipulate that Image's objection deadline to the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [D.I. 160] is extended to March 26, 2025 at 12:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline"). Any objection filed by Image on or before the Objection Deadline regarding the cure amount to be paid with respect to, or the assumption and assignment of, any contract between the Debtors and Image will not be heard at the sale hearing scheduled on March 27, 2025, at 10:00 a.m. (Prevailing Eastern Time) (the "Sale Hearing"), but rather will be heard at a later date and time. For the avoidance of doubt, any objections or portions of an objection unrelated to the cure amount or assumption and assignment of any contract between the Debtors and Image may be heard at the Sale Hearing.

Dated: March 21, 2025

                                          **SAUL EWING LLP**

                                          By: */s/ Jordan D. Rosenfeld*
                                              Jordan D. Rosenfeld (MD Bar No. 13694)
                                              1001 Fleet Street, 9th Floor

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
           adam.isenberg@saul.com
           turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
           paige.topper@saul.com
           nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

-and-

*/s/ Adam L. Fletcher*
Adam L. Fletcher (*pro hac vice* forthcoming)
**BAKER & HOSTETLER LLP**
Key Tower
127 Public Square | Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 861-7517
Email: afletcher@bakerlaw.com

*Counsel to Image Comics, Inc.*