IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| In re: | Chapter 11 |
| DIAMOND COMIC DISTRIBUTORS, INC., *et al.*[1] | Case No. 25-10308 (DER) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 68, 136, 159, 168** |

**RESERVATION OF RIGHTS AND LIMITED OBJECTION OF JPMORGAN CHASE BANK, N.A. TO DEBTOR'S MOTION FOR ORDER (I) APPROVING SALE OF SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; (II) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CONTRACT AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF**

JPMorgan Chase Bank, N.A., as Prepetition Lender and DIP Lender (collectively, the "**Lender**"), hereby files this reservation of rights and limited objection (this "***Reservation of Rights***") to the *Debtors' Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 168] (the "***Sale Motion***")[2] filed by the above-captioned debtors, as debtors-in-possession (the "***Debtors***") in the above-captioned cases (the "***Chapter 11 Cases***"). In support of this Reservation of Rights, the Lender respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Diamond Comic Distributors, Inc. (3450), Comic Exporters, Inc (7457), Comic Holdings, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Sale Motion.

1

**PROCEDURAL BACKGROUND**

1. On January 14, 2025 (the "***Petition Date***"), each Debtor commenced a case under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases. On January 29, 2025, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "***Committee***").

2. On January 21, 2025, the Debtors filed a motion for, among other things, approval of (i) proposed bidding procedures and established deadlines for the postpetition sale process, (ii) certain bid protections with respect to the Stalking Horse Bidder's bid, and (iii) procedures for the assumption and assignment of certain executory contracts and unexpired leases in connection with the Sale(s) [Docket No. 68] (the "***Bidding Procedures Motion***")

3. On February 11, 2025, the Court entered an order granting the Bidding Procedures Motion [Docket No. 136] (the "***Bidding Procedures Order***"). The Bidding Procedures Order further approved the Debtors' proposed sale process and bidding procedures, including the *Notice of Sale, Bidding Procedures, Potential Auction and Sale Hearing* [Docket No. 159] (the "***Sale Notice***"). Pursuant to the Bidding Procedures Order, the deadline to object to the proposed sale to the Stalking Horse Bidder is March 14, 2025. That deadline has been extended by stipulation and order of the Court to March 21, 2025.

4. On February 19, 2025, the Court entered the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense*

2

*Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 163] (the "**Final DIP Order**").

## RESERVATION OF RIGHTS AND LIMITED OBJECTION

5. In accordance with the Final DIP Order, no later than seven (7) days after conclusion of the Auction, the Bankruptcy Court shall have entered an order, in form and substance reasonably acceptable to the DIP Lender, approving the Sale Transaction.

6. In accordance with the Final DIP Order, no later than fifteen (15) days after the Court's entry of an order, in form and substance reasonably acceptable to the DIP Lender, approving the Sale Transaction (the "**Sale Order**"), the Debtors shall have consummated the Sale Transaction and indefeasibly paid all amounts owing to the Lenders.

7. Accordingly, the Lender files this reservation of rights pending review of the final Sale Order and any amendments to the proposed asset purchase agreement. Without limiting the generality of the foregoing, the Lender reserves the right to object to any Sale Transaction that is legally or factually insufficient or impermissible, proposed in derogation of Lender's consultation rights, not proposed in good faith, not made to a Qualified Bidder (as defined in the Bidding Procedures Order), or violative of the terms of the Bidding Procedures Order, the Final DIP Order or applicable law. Lender further objects and withholds consent to any release of its lien prior to receipt of a full payoff in accordance with a closing statement in form and substance applicable to the Lender. Lender also reserves the right to object to the form and substance of the Sale Order to the extent such order conveys assets or impairs any of the Lender's rights, claims and liens.

**WHEREFORE**, Lender expressly reserves the right (a) to object to the Sale Motion and the Sale Order on any factual or legal basis, including the matters identified herein, (b) to appear and be heard by the Court with respect to the Sale Motion and Sale Order, and (c) to grant such other and further relief as may be just and property.

                                        Respectfully submitted,

DATED: March 21, 2025
                 */s/ Toyja E. Kelley*
Jonathan W. Young (admitted *pro hac vice*)
Toyja E. Kelley (Bar No. 26949)
Indira K. Sharma (Bar No. 28269)
Katherine E. Culbertson (admitted *pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
701 8th Street, N.W., Suite 500
Washington, D.C. 20001
Toyja.Kelley@troutman.com
Indira.Sharma@troutman.com
Jonathan.Young@troutman.com
Katherine.culbertson@troutman.com

**CERTIFICATE OF SERVICE**

I, Toyja E. Kelley, hereby certify that, on the 21st day of March 2025, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be filed and served via CM/ECF on all parties who have registered for electronic service in these cases.

                                                                                 */s/     Toyja E. Kelley*

143762956v.2