IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Joint Administration) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Elizabeth A. Scully, Esquire, a member in good standing of the bar of this Court, moves the admission of Adam L. Fletcher, Esquire, to appear pro hac vice in the above-captioned bankruptcy case as attorney for Image Comics, Inc.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.

2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member of good standing of the bar of the following state or United States Court:

| State Court and Date of Admission | U.S. Court and Date of Admission |
|---|---|
| Ohio (11/09/2009) | District, ND Ohio 2010 |
| | Bankruptcy, ND Ohio 2010 |
| | District, ND Illinois 2019 |
| | Appeals, Tenth Circuit 2018 |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in the Court <u>0</u> times. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[2]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] See Local District Court Rule 101(1)(b)(iii).

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then the proposed admittee must submit a statement fully explaining all relevant facts.)

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

| | |
|---|---|
| */s/ Elizabeth A. Scully* | */s/ Adam L. Fletcher* |
| Elizabeth A. Scully, Esquire | Adam L. Fletcher, Esquire |
| 27402 | Baker Hostetler LLP |
| Baker Hostetler LLP | Key Tower |
| Washington Square, Suite 100 | 127 Public Square, Suite 2000 |
| 1050 Connecticut Avenue, NW | Cleveland, Ohio 44114 |
| Washington, D.C. 20036-5304 | (216) 621-0200 |
| (202) 861-1500 | afletcher@bakerlaw.com |
| escully@bakerlaw.com | |
| | *Proposed Admittee* |
| *Movant* | |

## CERTIFICATE OF SERVICE

  I herby certify that, on March 21, 2025, I reviewed the Court's CM/ECF system, and it reports that an electronic copy of the Motion for Admission Pro Hac Vice will be served electronically by the Court's CM/ECF system on the following:

Hugh M. Bernstein
Attorney for U.S. Trustee
hugh.m.bernstein@usdoj.gov

C. Kevin Kobbe
DLA Piper LLP (US)
kevin.kobbe@us.dlapiper.com
Attorney for Stephen A. Geppi

Toyja E. Kelley
Indira K. Sharma
Jonathan W. Young
David L. Ruediger
Katherine E. Culbertson
Troutman Pepper Locke LLP
Toyja.kelley@troutman.com
Indira.sharma@troutman.com
Jonathan.young@troutman.com
David.ruediger@troutman.com
Katherine.culbertson@troutman.com
Counsel for JP Morgan Chase Bank, N.A.

Brent C. Strickland
Whiteford, Taylor & Preston L.L.P.
bstrickland@whitefordlaw.com
Counsel for Universal Distribution LLC

                */s/ Elizabeth A. Scully*
                Elizabeth A. Scully