**Exhibit A**

Third Amendment to Debtor-In-Possession Credit Agreement

Execution Copy

# THIRD AMENDMENT TO DEBTOR-IN-POSSESSION CREDIT AGREEMENT

This THIRD AMENDMENT TO DEBTOR-IN-POSSESSION CREDIT AGREEMENT, dated as of March 19, 2025 (this "Amendment"), is by and among debtor-in possession DIAMOND COMIC DISTRIBUTORS, INC., a Maryland corporation ("Diamond") as the "Borrower" (in such capacity, the "Borrower"), the other Loan Parties from time to time party to the DIP Credit Agreement referenced below, Stephen A. Geppi (the "Individual Guarantor"), and JPMORGAN CHASE BANK, N.A., as the "DIP Lender" (in such capacity, the "DIP Lender").

WHEREAS, reference is made to the Debtor-in-Possession Credit Agreement dated as of January 16, 2025 (as amended by that certain First Amendment to Debtor-in-Possession Credit Agreement, dated as of February 11, 2025, and that certain Second Amendment to Debtor-in-Possession Credit Agreement dated as of February 25, 2025, the "DIP Credit Agreement") by and among the Borrower, the other Loan Parties that are parties to the DIP Credit Agreement, the Individual Guarantor and the DIP Lender;

WHEREAS, capitalized terms used herein without definition shall have the meanings ascribed to such terms in the DIP Credit Agreement, as amended by this Amendment, as applicable; and

WHEREAS, the parties to the DIP Credit Agreement desire to amend certain provisions of the DIP Credit Agreement, all as more fully set forth herein;

NOW, THEREFORE, in consideration of the foregoing and the agreements contained herein, the parties hereby agree as follows:

1.  Amendments to the DIP Credit Agreement. In reliance on the terms and conditions set forth in this Amendment, the DIP Lender hereby agrees with the Borrower, the other Loan Parties and the Individual Guarantor that the Definitions Schedule to the DIP Credit Agreement and the Borrowing Base Schedule to the DIP Credit Agreement be, and they hereby are, amended as follows:

    (a)  Amendment to Definitions Schedule. The Definitions Schedule to the DIP Credit Agreement is hereby amended by amending and restating the defined term "Maximum DIP Facility Amount" to read as follows (with deleted text shown in the same manner as the following example: ~~deleted text~~ and with added text shown in the same manner as the following example: added text):

    "Maximum DIP Facility Amount" means (a) from the Petition Date through and including the Alliance Game Division Sale Date, $~~42,200,000~~ $44,700,000 and (b) at all times after the Alliance Game Division Sale Date, $8,200,000.

    (b)  Amendment to Borrowing Base Schedule. The Borrowing Base Schedule to the DIP Credit Agreement is hereby amended by amending and restating the defined term "Overadvance Amount" to read as follows (with deleted text shown in the same manner as the following example: ~~deleted text~~ and with added text shown in the same manner as the following example: added text):

143848988v.3

"Overadvance Amount" means the applicable amounts set forth below during the applicable periods set forth below:

| Applicable Period | Overadvance Amount |
|---|---|
| Filing Date through date of entry of Final Financing Order | $6,750,000 |
| Date of entry of Final Financing Order through the ~~date of entry of~~ Alliance Game Division Sale ~~Transaction Order~~ Date | ~~$12,500,000~~ $15,750,000 |
| ~~Date of entry of Alliance Game Division Sale Transaction Order through the Alliance Game Division Sale Date~~ | ~~$14,500,000~~ |
| First day following the Alliance Game Division Sale Date through the Maturity Date | $0 |

2. **Approved Budget**. The updated Approved Budget attached as **Exhibit A** to this Amendment is hereby approved by the DIP Lender and shall constitute the "Approved Budged" for purposes of the DIP Credit Agreement and the Financing Order as in effect on the date of this Amendment and shall remain in effect until such time as further updated Budgets have been delivered to, and approved by, the DIP Lender, as provided in the Reporting Schedule to the DIP Credit Agreement.

3. **Representations and Warranties, Etc**. The Loan Parties hereby confirm that after giving effect to this Amendment, the representations and warranties of the Loan Parties set forth in Article III of the DIP Credit Agreement are true and correct in all material respects (provided that if any representation or warranty is by its terms qualified by concepts of materiality, such representation or warranty shall be true and correct in all respects) on and as of the date of this Amendment as if made on such date (except to the extent that such representations and warranties expressly relate to an earlier date, in which case such representations and warranties shall have been true and correct as of such earlier date).

4. **Ratification, Confirmation and Acknowledgment**. The Borrower, the other Loan Parties, and the Individual Guarantor hereby ratify and confirm all terms and provisions of the DIP Credit Agreement and the other Loan Documents and agree that all such terms and provisions, as amended hereby, remain in full force and effect.

5. **Certain Conditions to this Amendment**. This Amendment shall become effective on the date on which each of the following conditions is satisfied:

(a) The DIP Lender shall have received (i) a counterpart of this Amendment signed on behalf of each party hereto or (ii) written evidence satisfactory to the DIP Lender (which may include telecopy or electronic mail transmission of a signed signature page to this Amendment) that each party hereto has signed a counterpart of this Amendment; and

(b) An order shall have been entered by the Bankruptcy Court in the Chapter 11 Cases approving a stipulation between the Debtors and the DIP Lender as to this Amendment and the changes to the Debtor-in-Possession Credit Agreement set forth herein.

6. <u>Miscellaneous</u>.

(a) Except as otherwise expressly set forth herein, nothing herein shall be deemed to constitute an amendment, modification or waiver of any of the provisions of the DIP Credit Agreement or the other DIP Loan Documents, all of which remain in full force and effect as of the date hereof and are hereby ratified and confirmed.

(b) This Amendment may be executed in any number of counterparts, each of which, when executed and delivered, shall be an original, but all counterparts shall together constitute one instrument. Delivery of an executed counterpart of a signature page of this Amendment by facsimile or electronic mail shall be equally effective as delivery of a manually executed counterpart of this Amendment.

(c) This Amendment shall be governed by the laws of the State of New York and shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

(d) This Amendment constitutes a "DIP Loan Document" as such term is defined in the DIP Credit Agreement.

(e) The Borrower agrees to pay all reasonable and documented out-of-pocket expenses (including the reasonable legal fees and disbursements of Troutman Pepper Locke LLP, special US counsel to the DIP Lender), incurred by the DIP Lender in connection with this Amendment and the transactions contemplated hereby.

[Remainder of page intentionally left blank]

IN WITNESS WHEREOF, the parties hereto have executed this Third Amendment to Debtor-in-Possession Credit Agreement, which shall be deemed to be a sealed instrument as of the date first above written.

BORROWER:

**DIAMOND COMIC DISTRIBUTORS, INC.**

By: *[signature]*
Name: CHARLES PARKER
Title: President

OTHER LOAN PARTIES:

**COMIC EXPORTERS, INC.**

By: *[signature]*
Name: CHARLES PARKER
Title: Director

**COMIC HOLDINGS, INC.**

By: *[signature]*
Name: CHARLES PARKER
Title: Director

**DIAMOND SELECT TOYS AND COLLECTIBLES, LLC**

By: *[signature]*
Name: STEPHEN A. GEPPI
Title: Manager

**DIAMOND COMIC DISTRIBUTORS**, an unlimited company incorporated under the laws of England and Wales

By: *[signature]*
Name: CHARLES PARKER
Title: Director

**ROSEBUD ENTERTAINMENT, LLC**

By: *[signature]*
Name: STEPHEN A. GEPPI
Title: Member

[Signature Page to Third Amendment to DIP Credit Agreement]

**RENEGADE GAMES, LLC**

By: *Stephen A Geppi*
Name: STEPHEN A GEPPI
Title: MANAGER

**GAME CONSOLIDATORS, LLC**

By: *Stephen A Geppi*
Name: STEPHEN A GEPPI
Title: MANAGER

<u>**INDIVIDUAL GUARANTOR:**</u>

*Stephen A Geppi*
Stephen A. Geppi, individually

**DIP LENDER:**

**JPMORGAN CHASE BANK, N.A.**

By: _/s/ Angela Leake_
Name: Angela Leake
Title: Authorized Officer

[Signature Page to Third Amendment to DIP Credit Agreement]

**<u>Exhibit A</u>**

Approved Budget

| CONSOLIDATED_WF CF<br>FORECAST WEEK<br>WEEK ENDED | FORECAST<br>1<br>3/15/2025 | FORECAST<br>2<br>3/22/2025 | FORECAST<br>3<br>3/29/2025 | FORECAST<br>4<br>4/5/2025 | FORECAST<br>5<br>4/12/2025 | FORECAST<br>6<br>4/19/2025 | FORECAST<br>7<br>4/26/2025 | FORECAST<br>8<br>5/3/2025 | FORECAST<br>9<br>5/10/2025 | FORECAST<br>10<br>5/17/2025 | FORECAST<br>11<br>5/24/2025 | FORECAST<br>12<br>5/31/2025 | FORECAST<br>13<br>6/7/2025 | FORECAST<br>14<br>6/14/2025 | FORECAST<br>15<br>6/21/2025 | FORECAST<br>16<br>6/28/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | 3/15/2025 | 3/22/2025 | 3/29/2025 | 4/5/2025 | 4/12/2025 | 4/19/2025 | 4/26/2025 | 5/3/2025 | 5/10/2025 | 5/17/2025 | 5/24/2025 | 5/31/2025 | 6/7/2025 | 6/14/2025 | 6/21/2025 | 6/28/2025 |
| Customer Receipts | 5,457,025 | 6,299,602 | 5,302,604 | 5,451,832 | 5,992,524 | 2,800,287 | 2,685,018 | 2,582,162 | 2,490,383 | 2,408,488 | 2,335,412 | 2,270,206 | 2,896,357 | 2,260,274 | 2,198,400 | 2,143,745 |
| **TOTAL CASH RECEIPTS** | **5,457,025** | **6,299,602** | **5,302,604** | **5,451,832** | **5,992,524** | **2,800,287** | **2,685,018** | **2,582,162** | **2,490,383** | **2,408,488** | **2,335,412** | **2,270,206** | **2,896,357** | **2,260,274** | **2,198,400** | **2,143,745** |
| **CASH DISBURSEMENTS** | 3/15/2025 | 3/22/2025 | 3/29/2025 | 4/5/2025 | 4/12/2025 | 4/19/2025 | 4/26/2025 | 5/3/2025 | 5/10/2025 | 5/17/2025 | 5/24/2025 | 5/31/2025 | 6/7/2025 | 6/14/2025 | 6/21/2025 | 6/28/2025 |
| *OPERATING DISBURSEMENTS* | | | | | | | | | | | | | | | | |
| Bank/Credit Card Fees | – | (21,000) | – | (170,519) | – | – | – | (38,760) | – | – | (15,000) | – | (43,248) | – | (15,000) | – |
| Contingency | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) |
| Employee Benefits | (200,000) | (75,000) | (200,000) | (87,290) | (200,000) | (75,000) | (200,000) | (87,290) | (200,000) | (75,000) | (200,000) | (175,000) | (100,000) | (100,000) | (100,000) | (100,000) |
| Freight | (302,251) | (391,469) | (369,297) | (319,075) | (273,817) | (214,612) | (214,612) | (172,993) | (172,993) | (172,993) | (172,993) | (172,993) | (172,993) | (172,993) | (172,993) | (172,993) |
| Insurance | – | – | – | (100,000) | – | – | – | (100,000) | (700,000) | – | – | – | (100,000) | – | – | – |
| Inventory | (2,672,425) | (7,158,328) | (4,026,432) | (2,592,121) | (3,516,904) | (825,373) | (813,155) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (25,000) |
| Other Operating Expense | (155,222) | (205,222) | (155,222) | (155,222) | (205,222) | (125,593) | (125,593) | (125,593) | (175,593) | (100,593) | (100,593) | (100,593) | (100,593) | (100,593) | (100,593) | (100,593) |
| Payroll | – | (1,114,750) | – | (1,243,545) | – | (1,114,750) | – | (527,949) | – | (394,490) | – | (394,490) | – | (394,490) | – | (394,490) |
| Payroll - Accrued PTO | – | – | – | – | – | (150,000) | – | – | – | (214,869) | – | – | – | – | – | – |
| Payroll - KEIP | – | – | – | – | – | (700,000) | – | – | – | – | – | – | – | – | – | – |
| Rent & Utilities | (6,896) | (4,065) | (4,065) | (384,954) | (31,598) | – | – | (282,396) | (27,533) | – | – | – | (282,396) | (27,533) | – | – |
| Temporary Labor | (194,718) | (194,718) | (194,718) | (194,718) | (194,718) | (94,300) | (94,300) | (94,300) | (94,300) | (94,300) | (94,300) | (94,300) | (19,820) | (19,820) | (19,820) | (19,820) |
| Total Operating Disbursements | (3,556,511) | (9,189,552) | (4,974,733) | (5,272,443) | (4,447,259) | (3,324,628) | (1,472,660) | (1,494,281) | (1,435,418) | (1,117,245) | (647,885) | (1,002,375) | (884,049) | (880,428) | (473,405) | (837,895) |
| **NET OPERATING CASH FLOW** | **1,900,513** | **(2,889,949)** | **327,871** | **179,389** | **1,545,265** | **(524,340)** | **1,212,358** | **1,087,881** | **1,054,965** | **1,291,243** | **1,687,527** | **1,267,831** | **2,012,308** | **1,379,846** | **1,724,995** | **1,305,850** |
| *NON-OPERATING DISBURSEMENTS* | | | | | | | | | | | | | | | | |
| Administrative Claims | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Claims & Noticing Agent | – | – | – | – | (200,000) | – | – | – | (50,000) | – | – | – | (50,000) | – | – | – |
| GUC's Professional Fees | (100,000) | (100,000) | (100,000) | (100,000) | (275,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) | (60,000) |
| Independent Board Director | (15,000) | – | – | – | (15,000) | – | – | – | (15,000) | – | – | – | – | (15,000) | – | – |
| RJ DIP Fee, Monthly Fee + Expenses | – | – | – | (60,000) | – | – | – | – | – | – | – | – | – | – | – | – |
| Raymond James Transaction Fee[1] | – | – | – | – | (1,250,000) | – | – | – | – | – | – | – | – | – | – | – |
| Lender Professional Fees | (196,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) |
| Professional Fees - Debtor | (225,000) | (225,000) | (225,000) | (225,000) | (225,000) | (225,000) | (225,000) | (225,000) | (160,000) | (160,000) | (160,000) | (160,000) | (160,000) | (160,000) | (160,000) | (160,000) |
| US Trustee | – | – | – | – | (250,000) | – | – | – | – | – | – | – | – | – | – | – |
| Total Non-Operating Disbursements | (536,000) | (365,000) | (365,000) | (425,000) | (2,255,000) | (325,000) | (325,000) | (325,000) | (325,000) | (260,000) | (260,000) | (260,000) | (310,000) | (275,000) | (260,000) | (260,000) |
| DIP Interest & Financing Fees | – | – | – | (214,280) | (300,000) | – | – | (146,677) | – | – | – | – | (48,654) | – | – | (275,000) |
| Interest & Other Fees | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Total Credit Disbursements | – | – | – | (214,280) | (300,000) | – | – | (146,677) | – | – | – | – | (48,654) | – | – | (275,000) |
| **TOTAL DISBURSEMENTS** | **(4,092,511)** | **(9,554,552)** | **(5,339,733)** | **(5,911,723)** | **(7,002,259)** | **(3,649,628)** | **(1,797,660)** | **(1,965,958)** | **(1,760,418)** | **(1,377,245)** | **(907,885)** | **(1,262,375)** | **(1,242,704)** | **(1,155,428)** | **(733,405)** | **(1,372,895)** |
| **NET CASH FLOW** | **1,364,513** | **(3,254,949)** | **(37,129)** | **(459,891)** | **(1,009,735)** | **(849,340)** | **887,358** | **616,204** | **729,965** | **1,031,243** | **1,427,527** | **1,007,831** | **1,653,654** | **1,104,846** | **1,464,995** | **770,850** |
| *Cum. Change in Cash* | *(6,475,669)* | *(9,730,618)* | *(9,767,747)* | *(10,227,639)* | *(11,237,374)* | *(12,086,714)* | *(11,199,356)* | *(10,583,152)* | *(9,853,187)* | *(8,821,944)* | *(7,394,417)* | *(6,386,587)* | *(4,732,933)* | *(3,628,087)* | *(2,163,092)* | *(1,392,243)* |

| RECONCILIATION SUMMARY | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK ENDED | 3/15/2025 | 3/22/2025 | 3/29/2025 | 4/5/2025 | 4/12/2025 | 4/19/2025 | 4/26/2025 | 5/3/2025 | 5/10/2025 | 5/17/2025 | 5/24/2025 | 5/31/2025 | 6/7/2025 | 6/14/2025 | 6/21/2025 | 6/28/2025 |
| Book Cash Balance, Beginning of period | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Net Change in Cash | 1,364,513 | (3,254,949) | (37,129) | (459,891) | (1,009,735) | (849,340) | 887,358 | 616,204 | 729,965 | 1,031,243 | 1,427,527 | 1,007,831 | 1,653,654 | 1,104,846 | 1,464,995 | 770,850 |
| Net Change in Debt | (1,364,513) | 3,254,949 | 37,129 | 459,891 | 1,009,735 | 849,340 | (887,358) | (616,204) | (729,965) | (1,031,243) | (1,427,527) | (1,007,831) | (1,653,654) | (1,104,846) | (1,464,995) | (770,850) |
| **Book Cash Balance, End of period** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** |
| Revolver, Beginning of Period | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Revolver Paydown | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Revolver - Net Change | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **Revolver, End of Period** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** |
| DIP Revolver, Beginning of Period | 40,888,767 | 39,524,253 | 42,779,203 | 42,816,332 | 43,276,223 | 7,785,959 | 8,635,299 | 7,747,941 | 7,131,737 | 6,401,772 | 5,370,529 | 3,943,002 | 2,935,172 | 1,281,518 | 176,672 | (1,288,323) |
| DIP Revolver Paydown | (5,457,025) | (6,299,602) | (5,302,604) | (5,451,832) | (5,992,524) | (2,800,287) | (2,685,018) | (2,582,162) | (2,490,383) | (2,408,488) | (2,335,412) | (2,270,206) | (2,896,357) | (2,260,274) | (2,198,400) | (2,143,745) |
| DIP Revolver Draw | 4,092,511 | 9,554,552 | 5,339,733 | 5,911,723 | 5,752,259 | 3,649,628 | 1,797,660 | 1,965,958 | 1,760,418 | 1,377,245 | 907,885 | 1,262,375 | 1,242,704 | 1,155,428 | 733,405 | 1,372,895 |
| Net Sale Proceeds | – | – | – | – | (35,250,000) | – | – | – | – | – | – | – | – | – | – | – |
| Cash Collateral Credit Cards | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Cash Collateral LC | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| **DIP Revolver, End of Period** | **39,524,253** | **42,779,203** | **42,816,332** | **43,276,223** | **7,785,959** | **8,635,299** | **7,747,941** | **7,131,737** | **6,401,772** | **5,370,529** | **3,943,002** | **2,935,172** | **1,281,518** | **176,672** | **(1,288,323)** | **(2,059,173)** |
| Total Debt, End of Period / (Cash on Hand) | 39,524,253 | 42,779,203 | 42,816,332 | 43,276,223 | 43,035,959 | 8,635,299 | 7,747,941 | 7,131,737 | 6,401,772 | 5,370,529 | 3,943,002 | 2,935,172 | 1,281,518 | 176,672 | (1,288,323) | (2,059,173) |
| Gross Sale Proceeds[1] | – | – | – | – | (36,500,000) | – | – | – | – | – | – | – | – | – | – | – |
| Raymond James Transaction Fee | – | – | – | – | 1,250,000 | – | – | – | – | – | – | – | – | – | – | – |
| **Total Debt Balance / (Cash on Hand)** | **39,524,253** | **42,779,203** | **42,816,332** | **43,276,223** | **7,785,959** | **8,635,299** | **7,747,941** | **7,131,737** | **6,401,772** | **5,370,529** | **3,943,002** | **2,935,172** | **1,281,518** | **176,672** | **(1,288,323)** | **(2,059,173)** |
| Borrowing Base Availability | 26,635,298 | 25,580,724 | 26,208,100 | 26,190,724 | 25,403,939 | 13,857,503 | 13,063,388 | 12,239,933 | 11,457,774 | 10,781,165 | 10,138,645 | 8,998,481 | 7,294,782 | 6,163,558 | 5,088,020 | 4,061,671 |
| Cash Collateral LC / Credit Card | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 | 1,510,000 |
| Total Debt, End of Period | (39,524,253) | (42,779,203) | (42,816,332) | (43,276,223) | (43,035,959) | (8,635,299) | (7,747,941) | (7,131,737) | (6,401,772) | (5,370,529) | (3,943,002) | (2,935,172) | (1,281,518) | (176,672) | 1,288,323 | 2,059,173 |
| Letter of Credit | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Rent Reserve | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) | (53,705) |
| **Net Availability / (Overadvance)** | **(11,432,661)** | **(15,742,184)** | **(15,151,937)** | **(15,629,205)** | **(16,175,725)** | **6,678,499** | **6,771,742** | **6,564,491** | **6,512,296** | **6,866,931** | **7,651,937** | **7,519,604** | **7,469,559** | **7,443,180** | **7,832,637** | **7,577,138** |
| **Post Close - Net Availability / (Overadvance)** | **(11,432,661)** | **(15,742,184)** | **(15,151,937)** | **(15,629,205)** | **(16,175,725)** | **6,678,499** | **6,771,742** | **6,564,491** | **6,512,296** | **6,866,931** | **7,651,937** | **7,519,604** | **7,469,559** | **7,443,180** | **7,832,637** | **7,577,138** |