# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 253 – Motion to Appear pro hac vice for Scott E. Prince Filed by Image Comics, Inc.. (Attachments: # 1 Proposed Order) (Scully, Elizabeth)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 4/7/25.**

CURE: Motion is missing Date of Admission for U.S. Court. Form Says Bankruptcy, ND Ohio Please filed Amended Motion to include that information.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/24/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301–344–3390

cc:   Debtor
      Attorney for Debtor – Jordan Rosenfeld
      Movant – Elizabeth Scully, Scott Prince

defntc (rev. 12/12/2016)