**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| DIAMOND COMIC DISTRIBUTORS, INC., *et al.*, | Chapter 11 |
| | (Jointly Administered) |
| Debtors.[1] | Re: D.I. 168 |

**OBJECTION OF AIREIT OLIVE BRANCH DC LLC AND ANSON LOGISTICS ASSETS LLC TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; (II) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF**

AIREIT Olive Branch DC LLC ("AIREIT"), and Anson Logistics Assets LLC ("Anson", and together with AIREIT collectively, the Landlords") by and through their undersigned counsel, hereby object (the "Objection") to the *Debtors' Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 168] (the "Sale Motion") served by the above captioned debtors and debtors-in-possession (the "Debtors") and in support thereof would respectfully show as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is 10150 York Road, Suite 300, Hunt Valley, Maryland 21030

# I.
# BACKGROUND

1. AIREIT (through its predecessor-in-interest) and Diamond Comic Distributors, Inc. (the "Tenant") entered into a Lease Agreement dated September 13, 2007, as amended by that certain First Amendment to Lease Agreement dated June 24, 2008, that certain Second Amendment to Lease Agreement dated March 31, 2011, that certain Third Amendment to Lease Agreement dated September 1, 2011, and that certain Fourth Amendment to Lease Agreement dated December 11, 2020 (the "AIREIT Lease") for the lease of that certain parcel of land located in DeSoto County, Mississippi, and all improvements thereon, including a 600,000 square foot building, all of which is more particularly described in the AIREIT Lease.

2. Anson and Tenant entered into a Lease Agreement dated January 31, 2023, as amended by that certain First Amendment to Lease dated May 25, 2023 and that certain Second Amendment to Lease dated September 8, 2023 (the "Anson Lease") for the lease of approximately 33,087 square feet of space known as Suite 100 in that certain building known as Building 300, and located at 1965 Evergreen Boulevard, Duluth, Georgia 30096, as more particularly described in the Anson Lease.

3. On January 14, 2025, the Tenant and three of its affiliated companies (collectively, the "Debtors") each commenced their cases under chapter 11 of the Bankruptcy Code which are jointly administered for procedural purposes (the "Bankruptcy Case").

4. On January 21, 2025, the Debtors filed their *Debtors' Motion for Entry of an Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Hereof, and (V) Establishing Notice and*

2

*Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases* [D.I. 68] (the "Bid Procedures Motion").

5. On February 11, 2025, the Court entered the *Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Hereof, and (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (VI) Granting Related Relief* [D.I. 136] (the "Bid Procedures Order").

6. On February 18, 2025, the Debtors filed the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [D.I. 160] (the "Cure Notice").

7. On February 18, 2025, the Debtors filed their *Notice of Sale, Bidding Procedures, Potential Auction, and Sale Hearing* [D.I. 159] (the "Sale Notice").

8. On February 21, 2025, the Debtors filed the Sale Motion. Attached to the Sale Motion as Exhibit A is a proposed sale order (the "Proposed Sale Order"). In footnote 3 of the Sale Motion, the Debtors state as follows with regard to the Proposed Sale Order: "The Sale Order attached to this Motion is a form order because the identity of the Successful Bidder(s) for the Debtors' Assets is not yet known. The Debtors will file one or more revised Sale Orders before the Sale Hearing to reflect the Sale(s) to the Stalking Horse Bidder and/or other Successful Bidder(s), as applicable." Sale Motion, p. 1, fn. 2.

9. On March 12, 2025, the Landlords timely filed their *Objection of AIREIT Olive Branch DC LLC and Anson Logistics Assets LLC to (A) Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (B) Debtors' Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear*

3

*of Liens, Claims, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 215] (the "Cure and Sale Objection").

## II.
## OBJECTION

10. The Cure and Sale Objection remains outstanding and has not been resolved.

11. The Cure Notice provides an Adequate Assurance Objection Deadline of March 25, 2025 at noon (ET).

12. In connection with such Adequate Assurance Objection Deadline, the Cure Notice provides as follows:

> The Debtors shall file a notice identifying the Successful Bidder(s) and Back-Up Bidder(s) (if selected) (the "Notice of Successful Bidder") and shall serve the Notice of Successful Bidder on each counterparty to a potential Assigned Contract as soon as reasonably practicable after closing he Auction, if any.  Each counterparty to a potential Assigned Contract will then have an opportunity to object to the identity of the Successful Bidder(s) (other than the Stalking Horse Bidder) or adequate assurance of future performance with respect to such contract counterparty's contract or lease provided by the Successful Bidder(s), which must be (i) in writing, (ii) comply with the Bankruptcy Code, Bankruptcy Rules and Local Rules, (iii) state with specificity, the legal and factual bases thereof, (iv) be filed with the Court by **March 25, 2025, at noon (ET)** (the "Adequate Assurance Objection Deadline"), and (v) be served on the Objection Notice Parties.

13. The Debtors have not filed a Notice of Successful Bidder nor have they provided any adequate assurance information.  Out of an abundance of caution, Landlords file this Adequate Assurance Objection to object to any Successful Bidder(s) or Back-Up Bidder(s) who intend to have either of the Leases assumed and assigned to them.  Landlords also object to the Sale Hearing going forward on Thursday, March 27 if the Debtors intend to proceed with seeking approval of assumption and assignment of the AIREIT Lease and/or the Anson Lease at such hearing.

4932-4998-3534v.1 018571.00388

14. Landlords reserve all rights in regard to proof of adequate assurance once a successful bidder and/or back-up bidder has been identified for the leases. Landlords join in objections asserted by other landlords in the Bankruptcy Case to the Sale Motion to the extent such objections are not inconsistent with the relief requested in this Objection.

### III.
### RESERVATION OF RIGHTS

15. The Landlords reserve the right to amend and/or supplement this Objection up to and including at the time of any hearing.

WHEREFORE, the Landlords respectfully request that the Court sustain their objections to the Sale Motion, and for such other and further relief to which the Landlords may show themselves to be justly entitled at law or in equity.

Dated:  March 25, 2025

**VENABLE LLP**

 /s/ Laura S. Bouyea
Laura S. Bouyea (Federal Bar No. 27812)
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone:  (410) 244-7400
Facsimile:  (410) 244-7742
E-mail:  lsbouyea@venable.com

-and-

**MUNSCH HARDT KOPF & HARR, P.C**.
Deborah M. Perry (*admitted pro hac vice*)
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail:  dperry@munsch.com

**ATTORNEYS FOR AIREIT OLIVE BRANCH DC LLC and ANSON LOGISTICS ASSETS LLC**

4932-4998-3534v.1 018571.00388

## CERTIFICATE OF SERVICE

I , Laura S. Bouyea, hereby certify that on this 25th day March 2025, a copy of this document was served upon the following parties that are registered to receive notice via the Court's CM/ECF notification system:

### Electronic Mail Notice List

**Debtor's Counsel:**

- **Turner Falk**  turner.falk@saul.com; tnfalk@recap.email; Veronica.Marchiondo@saul.com
- **Adam H. Isenberg**  adam.isenberg@saul.com
- **Jeffrey C. Hampton**  jeffrey.hampton@saul.com
- **Mark Minuti**  mark.minuti@saul.com; robyn.warren@saul.com
- **Nicholas Smargiassi**  nicholas.smargiassi@saul.com
- **Paige Noelle Topper**  paige.topper@saul.com
- **Ashley N. Fellona**  ashley.fellona@saul.com;  janice.mast@saul.com
- **Jordan Rosenfeld**  jordan.rosenfeld@saul.com

**United States Trustee:**

- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **US Trustee – Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV

**Unsecured Creditors Committee:**

- **Richard L. Costella**   rcostella@tydings.com; scalloway@tydings.com
- **Gianfranco Finizio**   gfinizio@lowenstein.com
- **Chelsea R. Frankel**   cfrankel@lowenstein.com
- **Stephen B. Gerald**   sgerald@tydings.com
- **Bruce S. Nathan**   bnathan@lowenstein.com
- **Michael Papandrea**   mpapandrea@lowenstein.com
- **Dennis J. Shaffer**   dshaffer@tydings.com; scalloway@tydings.com; mhickman@tydings.com; jlee@tydings.com
- **Jung Yong Lee**   jlee@tydings.com; mhickman@tydings.com

**Stalking Horse Purchaser:**

- **Brent C. Strickland**   bstrickland@wtplaw.com; mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com

4932-4998-3534v.1 018571.00388

**Other Parties who are Registered to Receive Notice via CM/ECF:**

- **Daniel Jack Blum**  jack.blum@polsinelli.com; lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
- **Thomas K. Bredar**  thomas.bredar@wilmerhale.com; andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
- **Andrew Brown**  abrown@klestadt.com
- **David W.T. Daniels**  ddaniels@perkinscoie.com; docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com
- **Justin Philip Fasano**  jfasano@mhlawyers.com; jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- **Christopher J. Giaimo**  christopher.giaimo@squirepb.com; christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
- **Zvi Guttman**  zvi@zviguttman.com; zviguttman@gmail.com; zviguttman@outlook.com
- **C. Kevin Kobbe**  kevin.kobbe@us.dlapiper.com; docketing-baltimore-0421@ecf.pacerpro.com
- **Eric George Korphage**  korphagee@whiteandwilliams.com
- **Gary H. Leibowitz**  gleibowitz@coleschotz.com; pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
- **Steven Gregory Polard**  steven.polard@ropers.com
- **Nikolaus F. Schandlbauer**  nick.schandlbauer@arlaw.com; lianna.sarasola@arlaw.com
- **Indira Kavita Sharma**  indira.sharma@troutman.com; katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com; errol.chapman@troutman.com
- **Jan Berlage**  JBerlage@GHSLLP.com, tcollins@ghsllp.com
- **Toyja E. Kelley**  toyja.kelley@lockelord.com
- **Elizabeth Anne Scully**  escully@bakerlaw.com

                                                            */s/ Laura S. Bouyea*
                                                             Laura S. Bouyea

4932-4998-3534v.1 018571.00388