Entered: March 25th, 2025
Signed: March 24th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:      Case No.: **25−10308 − DER**      Chapter: **11 (Jointly Administered)**

**Diamond Comic Distributors, Inc., et al.,**
Debtors.

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Adam L. Fletcher  as counsel for

Image Comics, Inc  and  the  certified  statements  in  support thereof, and upon  the recommendation of  Elizabeth Scully
local  counsel  herein,  it  is,  by  the  United  States Bankruptcy  Court  the  District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule  9010−3(b) and District Court Local  Rule 101.1(b);
and  is further

ORDERED, that Adam L. Fletcher must register for a CM/ECF filing account on the court's web site at https://
www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and  it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving
electronic notices after being admitted pro hac vice.


cc:   Debtor
Attorney for the Debtor - Jordan Rosenfeld

    Movant − Adam L. Fletcher
    Local Counsel −  Elizabeth Scully
    U.S. Trustee
01x01 (rev. 03/12/2024) − ShannonMcKenna*

**End of Order**