# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

| | |
|---|---|
| In re: | Case Number: 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), David W.T. Daniels, Esquire, a member in good standing of the bar of this Court, moves the admission of Sara L. Chenetz, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for The Pokémon Company International, Inc.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.

2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

| State Court and Date of Admission | U.S. Court and Date of Admission |
|---|---|
| California, 5/3/2020 | U.S. Court of Appeals for the Second Circuit, 1987 |
| New York, 9/12/1984 | U.S. Court of Appeals for the Third Circuit, 1997 |
| New Jersey, 12/20/1984 | U.S. Court of Appeals for the Ninth Circuit, 2000 |
| | U.S. District Court for the Central, Eastern, Northern, and Southern District of California, 06/2000 |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

|  | State Court and Date of Admission | U.S. Court and Date of Admission |
|---|---|---|
|  |  | U.S. District Court for the Eastern and Southern District of New York, 09/2014 |
|  |  | U.S. District Court for the District of New Jersey, 12/1984 |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court 0 times. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[2]

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned or David W.T. Daniels, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

| */s/ David W.T. Daniels* | */s/ Sara L. Chenetz* |
|---|---|
| David W.T. Daniels MD Bar No. 17343 | Sara L. Chenetz |
| PERKINS COIE LLP | PERKINS COIE LLP |
| 700 Thirteenth Street N.W. | 1888 Century Park East, Suite 1700 |
| Washington, D.C. 20005-3960 | Los Angeles, CA 90067-1721 |
| Telephone: (202) 654-6200 | Telephone: (310) 788-3216 |
| DDaniels@perkinscoie.com | SChenetz@perkinscoie.com |
| Movant | Proposed Admittee |

---

[2] *See* Local District Court Rule 101(1)(b)(iii).

## CERTIFICATE OF SERVICE

I hereby certify that, on the 25th day of March, 2025, a copy of this document was served upon the following parties that are registered to receive notice via the Court's CM/ECF system notification system:

**Electronic Mail Notice List** - Parties in the case only

- **Jan Berlage**   JBerlage@GHSLLP.com, tcollins@ghsllp.com
- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Daniel Jack Blum**   jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- **Laura Skowronski Bouyea**   lsbouyea@venable.com, dmdierdorff@venable.com
- **Thomas K. Bredar**   thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Andrew Brown**   abrown@klestadt.com
- **Richard L. Costella**   rcostella@tydings.com, scalloway@tydings.com
- **David W.T. Daniels**   ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
- **Turner Falk**   turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Ashley N Fellona**   ashley.fellona@saul.com, janice.mast@saul.com
- **Gianfranco Finizio**   gfinizio@lowenstein.com
- **Chelsea R Frankel**   cfrankel@lowenstein.com
- **Stephen B. Gerald**   sgerald@tydings.com
- **Christopher J. Giaimo**   christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- **Zvi Guttman**   zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
- **Jeffrey C. Hampton**   jeffrey.hampton@saul.com
- **Adam H Isenberg**   adam.isenberg@saul.com
- **Toyja E. Kelley**   toyja.kelley@lockelord.com
- **C. Kevin Kobbe**   kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Eric George Korphage**   korphagee@whiteandwilliams.com
- **Jung Yong Lee**   jlee@tydings.com, mhickman@tydings.com
- **Gary H. Leibowitz**   gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **Mark Minuti**   mark.minuti@saul.com, robyn.warren@saul.com
- **Bruce S. Nathan**   bnathan@lowenstein.com
- **Michael Papandrea**   mpapandrea@lowenstein.com

- **Steven Gregory Polard**     steven.polard@ropers.com
- **Jordan Rosenfeld**     jordan.rosenfeld@saul.com
- **Nikolaus F. Schandlbauer**     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- **Elizabeth Anne Scully**     escully@bakerlaw.com
- **Dennis J. Shaffer**     dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
- **Indira Kavita Sharma**     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- **Nicholas Smargiassi**     nicholas.smargiassi@saul.com
- **Brent C. Strickland**     bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
- **Paige Noelle Topper**     paige.topper@saul.com
- **US Trustee - Baltimore**     USTPRegion04.BA.ECF@USDOJ.GOV

/s/ *David W.T. Daniels*
David W.T. Daniels