Entered: March 25th, 2025
Signed: March 24th, 2025

# SO ORDERED



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−10308 − DER**   Chapter: **11 (Jointly Administered)**

**Diamond Comic Distributors, Inc., et al.,**
Debtors.

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Scott E. Prince as counsel for Image Comics, Inc and the certified statements in support thereof, and upon the recommendation of Elizabeth Scully local counsel herein, it is, by the United States Bankruptcy Court the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b); and is further

ORDERED, that Scott E. Prince must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc: Debtor
Attorney for the Debtor - Jordan Rosenfeld
Movant − Scott E. Prince
Local Counsel − Elizabeth Scully
U.S. Trustee

01x01 (rev. 03/12/2024) − ShannonMcKenna*

**End of Order**