IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: <br><br> Diamond Comic Distributors, Inc., *et al.*, <br><br> Debtors.[1] | Case No. 25-10308 (DER) <br><br> Chapter 11 <br><br> (Jointly Administered) |

### SUPPLEMENTAL RESPONSE OF THE POKÉMON COMPANY INTERNATIONAL, INC. TO PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Pokémon Company International, Inc. ("**Pokémon**"), by and through its undersigned counsel, hereby files its response supplementing the Response of The Pokémon Company International, Inc. to Debtors' Initial and Supplemental Notices of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (ECF # 216) ("**First Response**") pertaining to the possible assumption and assignment of the Terms of Sale (as defined therein). The First Response is incorporated herein by reference.

Earlier today, Pokémon learned informally that the Stalking Horse Bidder for the Debtors' assets was not selected by the Debtors as the Successful Bidder and instead the Debtors have selected a bidder known as "Alliance Entertainment, LLC" ("**Alliance**") as the Successful Bidder. As of the submission of this supplemental response, the Debtors have not filed a notice of the results of the auction or any information regarding why or how Alliance satisfies the adequate

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

assurance requirement. Pokémon objects to the assumption and assignment of the Terms of Sale, unless and until such information is provided and is satisfactory to Pokémon.

| | |
|---|---|
| Dated: March 25, 2025 | **PERKINS COIE LLP** |
| | */s/ David W.T. Daniels* |
| | David W.T. Daniels |
| | 700 Thirteenth Street N.W. |
| | Washington, D.C. 20005-3960 |
| | Phone: (202) 654-6200 |
| | DDaniels@perkinscoie.com |
| | |
| | *Counsel to The Pokémon Company International, Inc.* |

180585267.2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2025, a copy of the **SUPPLEMENTAL RESPONSE OF THE POKÉMON COMPANY INTERNATIONAL, INC. TO PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES** was served electronically on all parties registered to receive notifications by the Court's CM/ECF system.

                                              */s/ David W.T. Daniels*
                                              David W.T. Daniels