IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 136** |

### NOTICE OF DESIGNATION OF SUCCESSFUL BIDDER AND BACK-UP BIDDER

**PLEASE TAKE NOTICE** that, on February 11, 2025, the United States Bankruptcy Court for the District of Maryland (the "Court") entered the *Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (VI) Granting Related Relief* [D.I. 136] (the "Bidding Procedures Order")[2]. Pursuant to the Bidding Procedures Order, the Debtors were authorized to hold an Auction for the sale of all or substantially all of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures Order, the Debtors held an auction on March 24, 2025, and in consultation with the Consultation Parties selected Alliance Entertainment, LLC, as the successful bidder ("AENT" or the "Successful Bidder") for substantially all of the Debtors' assets including, but not limited to, Diamond Comic Distributors, Inc., Alliance Game Distributors, Collectible Grading Authority, Diamond Select Toys & Collectibles, LLC, but excluding the Debtors' interest in Comic Exporters, Inc., Comic Holdings, Inc., and Diamond U.K. and the assets of Diamond U.K. The Debtors are working with AENT to finalize the asset purchase agreement for the sale of such assets to AENT (the "APA"). The APA will be filed on the docket as soon as it is available before the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a list of the contracts that may be assumed and assigned to the Successful Bidder. All parties listed on **Exhibit A** were previously provided notice of the potential assumption and assignment of, and the cure amount for, their respective contract or lease to a successful bidder in connection with the Debtors' sale process. *See Notice of Possible Assumption and Assignment of Executory Contracts and*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not defined herein are defined in the Bidding Procedures Order.

*Unexpired Leases* (D.I. 160) and *Supplemental Notice of Possible Assumption and Assignment of Executory Contracts and Unexpired Leases* (D.I. 194).  **EXHIBIT A REMAINS SUBJECT TO ONGOING REVIEW, AND MAY BE AMENDED, MODIFIED, SUPPLEMENTED, OR WITHDRAWN, IN WHOLE OR IN PART, INCLUDING, WITHOUT LIMITATION, TO ADD OR REMOVE UNEXPIRED LEASES OR EXECUTORY CONTRACTS.**

**PLEASE TAKE FURTHER NOTICE** that financial and other information supporting the Successful Bidder's ability to comply with the requirements of adequate assurance of future performance under section 365(f)(2)(B) of the Bankruptcy Code, including the Successful Bidder's financial wherewithal and willingness to perform under any contracts and leases that are assumed and assigned to the Successful Bidder, is available upon request to counsel for the Successful Bidder, S. Jason Teele, Esq., Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey 07102, e-mail: steele@sillscumis.com, telephone: (973) 643-4779. Information is also publicly available through the United States Securities & Exchange Commission or online (Nasdaq: AENT).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Debtors have designated a combined bid submitted by Universal Distribution, LLC, and Ad Populum, LLC, as the Back-Up Bid.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the sale to the Successful Bidder at the Sale Hearing before the Honorable Judge Rice on **March 27, 2025, at 10:00 a.m. (ET)** at Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Successful Bid and any objections to the adequate assurance of future performance under a contract or lease to be assumed and assigned to the Successful Bidder must be: (i) made in writing and filed on the Court's docket for these chapter 11 cases; (ii) state the basis of such objection with specificity; (iii) comply with the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules; and (iv) served on the following, so as to be actually received by them no later than **March 27, 2025, at 9:00 a.m. (ET)**, (a) counsel to the Debtors, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) and Adam H. Isenberg (adam.isenberg@saul.com), and 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com); (b) counsel to the DIP Lender, Troutman Pepper Locke LLP, 401 9th Street, N.W., Suite 1000, Washington, D.C. 20004, Attn: Jonathan W. Young (jonathan.young@troutman.com) and David Ruediger (david.ruediger@troutman.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov); (d) counsel to the Committee, (i) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com) and Gianfranco Finizio (gfinizio@lowenstein.com), and (ii) Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis J. Shaffer (dshaffer@tydings.com); and (e) counsel to the Successful Bidder, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey 07102, Attn: S. Jason Teele (steele@sillscummis.com).

Dated: March 25, 2025               **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
    adam.isenberg@saul.com
    turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
    paige.topper@saul.com
    nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*