**EXHIBIT A**

**List of the Contracts That May Be Assumed and Assigned**

Case 25-10308    Doc 270-1    Filed 03/25/25    Page 1 of 4

| Contract Counterparty | Title of Contract | Debtor Party |
|---|---|---|
| 207 Redco LLC | Agreement of Lease (as amended) | Diamond Comic Distributors, Inc. |
| 74850, INC. | License Agreement | Diamond Select Toys & Collectibles, LLC |
| accessiBe Ltd. | Terms of Service | Diamond Select Toys & Collectibles, LLC |
| Arcane Tinmen ApS | Distributor Agreement | Diamond Comic Distributors, Inc. |
| Ares Games, Srl | Premium Services Agreement | Diamond Comic Distributors, Inc. |
| Big Box Property Owner E, LLC | Commercial Lease of 2251 Picadilly Drive | Diamond Comic Distributors, Inc. |
| Card Department, A Department of Bandai Co., LTD. | Sales and Distribution Agreement | Diamond Comic Distributors, Inc. |
| Comic-Con 2025 | 2025 SDCC Booth Contract | Diamond Comic Distributors, Inc. |
| Creative Mind Energy | Distribution Agreement | Diamond Comic Distributors, Inc. |
| Cryptozoic Entertainment | Distribution Agreement | Diamond Comic Distributors, Inc. |
| Cryptozoic Entertainment LLC | Diamond Fulfillment Services Agreement | Diamond Comic Distributors, Inc. |
| da Vinci Editrice S.r.l. d/b/a DV Giochi or DV Games | Fulfillment Services Agreement | Diamond Comic Distributors, Inc. |
| Dire Wolf Digital, LLC Games, Inc. | Premium Services Agreement | Diamond Comic Distributors, Inc. |
| Fanroll (f/k/a Metallic Dice Games (MDG)) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Goodman Games LLC | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Green Ronin Publishing | Distribution Agreement | Diamond Comic Distributors, Inc. |
| Green Ronin Publishing | Fulfillment Service Proposal | Diamond Comic Distributors, Inc. |
| Gut Bustin' Games, LLC | Premium Services Agreement | Diamond Comic Distributors, Inc. |
| Hasbro Consumer Products Licensing Limited | Merchandise License Agreement | Diamond Select Toys & Collectibles, LLC |
| Imagine Fulfillment Services, LLC | Fulfillment Services Agreement | Diamond Select Toys & Collectibles, LLC |
| IPT Memphis DC LLC | Lease Agreement (as amended) | Diamond Comic Distributors, Inc. |
| Jasco Games LLC dba UVS Games | Distributorship Agreement | Diamond Comic Distributors, Inc. |
| Konami Digital Entertainment, Inc. | Distributorship Agreement | Diamond Comic Distributors, Inc. |

| Contract Counterparty | Title of Contract | Debtor Party |
|---|---|---|
| Lions Gate Ancillary LLC | Merchandising License Agreement | Diamond Select Toys & Collectibles, LLC |
| Loren Coleman (Catalyst Games) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Monster Fight Club | Premium Services Agreement | Diamond Comic Distributors, Inc. |
| Netflix CPX, LLC and Netflix CPX International, B.V. | Overall Merchandising License Agreement | Diamond Select Toys & Collectibles, LLC |
| Paizo Inc | Distribution Agreement | Diamond Comic Distributors, Inc. |
| Phoenix Fort Wayne, LLC | Commercial Lease of 2701 S. Coliseum Blvd, Suite 1201, Fort Wayne, IN  46803 | Diamond Comic Distributors, Inc. |
| Publisher Services, Inc (PSI) | Distributor Agreement | Diamond Comic Distributors, Inc. |
| Ravensburger North America Inc. | Lorcana Distributor Agreement | Diamond Comic Distributors, Inc. |
| Renegade Games, Inc. | Fulfillment Services Agreement | Diamond Comic Distributors, Inc. |
| Rubin & Frieda Fenster Family LTD Partnership | Commercial Lease of 1546 Victory Boulevard, Glendale, CA | Diamond Select Toys & Collectibles, LLC |
| SFV York Road, LLC | Lease Agreement (as amended) | Diamond Comic Distributors, Inc. |
| Skybound, LLC (Invincible) | Amendment #1 to Licensing Agreement | Diamond Select Toys & Collectibles, LLC |
| Skybound, LLC (TWD) | Licensing Agreement | Diamond Select Toys & Collectibles, LLC |
| Skyscraper Studios, Inc. d/b/a Roll for Combat | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Spin Master Ltd. | Distribution Agreement | Diamond Comic Distributors, Inc. |
| Synthesis Entertainment | Merchandise License "Lost in Space" Amendment No. 3 | Diamond Select Toys & Collectibles, LLC |
| Tee Turtle LLC | Distribution Agreement | Diamond Comic Distributors, Inc. |
| The Army Painter | Fulfillment Agreement proposal | Diamond Comic Distributors, Inc. |
| The Philip & Jana Oates Family Trust & O.K.&B. | Standard Industrial/Commercial Multi-Tenant Lease (as amended) | Diamond Comic Distributors, Inc. |
| The Pokémon Company International, Inc. | Pokémon TCG Terms Of Sale - CIP | Diamond Comic Distributors, Inc. |
| The Upper Deck Company | Distributor Agreement | Diamond Comic Distributors, Inc. |

| Contract Counterparty | Title of Contract | Debtor Party |
|---|---|---|
| Toho International Inc. | Merchandising License Agreement | Diamond Select Toys & Collectibles, LLC |
| Toho International Inc. and Legendary Licensince, LLC | Merchandising License Agreement | Diamond Select Toys & Collectibles, LLC |
| Ultra Pro International LLC | 2017 Ultra Pro International LLC Hobby Distribution Program for North American Markets | Diamond Comic Distributors, Inc. |
| Ultra Pro International LLC | Hobby Distribution Program | Diamond Comic Distributors, Inc. |
| United Parcel Service, Inc. | UPS Incentive Program Agreement (as amended) | Diamond Comic Distributors, Inc. |
| USAOPOLY, Inc. | Distributor Sales Agreement | Diamond Comic Distributors, Inc. |
| VIZ Media LLC | Distribution Agreement | Diamond Comic Distributors, Inc. |
| Wizards of the Coast | Distributor Agreement | Diamond Comic Distributors, Inc. |