UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

**In re:**

**DIAMOND COMIC DISTRIBUTORS, INC.,**
*et al.*,

Case No.: 25-10308 (DER)

Chapter 11

**Debtors.**

### REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 9010-3(c)(4), New York State Attorney General Letitia James, hereby files this Request For Service of Notices and Pleadings on behalf of the New York State Department of Taxation and Finance ("NYSTAX"), a party in interest is the above captioned bankruptcy case ("Case"), and does hereby request that all notices required to be given to NYSTAX under Rule 2002, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to Title 11, U.S.C. § 101 et. seq. or their authorized agents, and all papers served or required to be served in this Case and any related adversary proceeding, be given to and served upon:

> Robert J. Rock
> Assistant Attorney General
> Office of the New York State Attorney General
> Civil Recoveries Bureau, Bankruptcy Litigation Unit
> The Capitol
> Albany, New York 12224-0341

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 but also includes, without limitation, notices of any

applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise.  The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this Case.

Dated:  March 19, 2025
        Albany, New York

                                        Respectfully submitted,
                                        Letitia James
                                        Attorney General of the State of New York


                                        By: ___*Robert J. Rock*_____
                                        Robert J. Rock
                                        Assistant Attorney General
                                        Civil Recoveries Bureau
                                        Bankruptcy Litigation Unit
                                        The Capitol
                                        Albany, New York 12224-0341
                                        Telephone: (518) 776-2603
                                        Email: robert.rock@ag.ny.gov