# Exhibit A

**Revised Key Employee Incentive Program**

55291424.3

**Diamond Comic Distributors**
**Key Employee Incentive Program - KEIP**
**As of    3/24/2025**

| Name | | | | | Value of Alliance Asset Sale | | | Non-Alliance Assets Sell For $12mm | Non-Alliance Assets Sell For $15mm |
|---|---|---|---|---|---|---|---|---|---|
| First | Last | Title | | Salary | $30mm-$35mm | $35,000,001-$40mm | >$40,000,001 | | |
| **Diamond Comics** | | | | | | | | | |
| DCD | | | | $ | $ 15,000 | $ 22,500 | $ 30,000 | $ 10,000 | $ 25,000 |
| DCD | | | | $ | $ 13,125 | $ 19,688 | $ 26,250 | $ 13,750 | $ 26,875 |
| DCD | | | | $ | $ 13,125 | $ 19,688 | $ 26,250 | $ 11,250 | $ 24,375 |
| DCD | | | | $ | $ 11,250 | $ 16,875 | $ 22,500 | $ 10,750 | $ 22,000 |
| DCD | | | | $ | $ 15,000 | $ 22,500 | $ 30,000 | $ 10,500 | $ 25,500 |
| **Alliance Game Distributors** | | | | | | | | | |
| AGD | | | | $ | $ 166,375 | $ 196,625 | $ 272,250 | | |
| AGD | | | | $ | $ 166,375 | $ 196,625 | $ 272,250 | | |
| AGD | | | | $ | $ 22,500 | $ 33,750 | $ 45,000 | | |
| AGD | | | | $ | $ 22,500 | $ 33,750 | $ 45,000 | | |
| AGD | | | | $ | $ 12,500 | $ 18,750 | $ 25,000 | | |
| AGD | | | | $ | $ 22,500 | $ 33,750 | $ 45,000 | | |
| AGD | | | | $ | $ 12,500 | $ 18,750 | $ 25,000 | | |
| AGD | | | | $ | $ 20,000 | $ 30,000 | $ 40,000 | | |
| AGD | | | | $ | $ 10,000 | $ 15,000 | $ 20,000 | | |
| AGD | | | | $ | $ 12,500 | $ 18,750 | $ 25,000 | | |
| AGD | | | | $ | $ 7,500 | $ 11,250 | $ 15,000 | | |

| | | | | | DST Assets Sell for $1mm-$2mm | DST Assets Sell for $2mm-$3mm | DST Assets Sell for $3mm-$4mm | | |
|---|---|---|---|---|---|---|---|---|---|
| **Diamond Select Toys** | | | | | | | | | |
| DST | | | | $ | $ 5,000 | $ 7,500 | $ 10,000 | | |
| | | | | | $ 547,750 | $ 715,750 | $ 974,500 | $ 56,250 | $ 123,750 |

Assumes that Alliance sale date is on or about April 10th
\*               incentives based on employment agreements