**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc*., et al.,*<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 196** |

**NOTICE OF FILING OF REVISED PROPOSED ORDER APPROVING THE
DEBTORS' KEY EMPLOYEE INCENTIVE PLAN AND KEY EMPLOYEE
RETENTION PLAN**

**PLEASE TAKE NOTICE** that on March 6, 2025*,* the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Approving Key Employee Incentive Program and Key Employee Retention Program* [D.I. 196] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that the deadline for parties to object or otherwise respond to the Motion was March 20, 2025, as extended for the Official Committee of Unsecured Creditors to March 24, 2025 (together the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed order granting the relief requested in the Motion (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that a blackline comparing the Revised Proposed Order with the proposed order attached to the Motion is attached hereto as **Exhibit B**.

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]   Capitalized terms used but not defined herein are defined in the Motion

Dated: March 26, 2025                    **SAUL EWING LLP**

                                         By: _/s/ Jordan D. Rosenfeld_
                                             Jordan D. Rosenfeld (MD Bar No. 13694)
                                             1001 Fleet Street, 9th Floor
                                             Baltimore, MD 21202
                                             Telephone: (410) 332-8600
                                             Email: jordan.rosenfeld@saul.com

                                             -and-

                                             Jeffrey C. Hampton (admitted *pro hac vice*)
                                             Adam H. Isenberg (admitted *pro hac vice*)
                                             Turner N. Falk (admitted *pro hac vice*)
                                             1500 Market Street, 38th Floor
                                             Philadelphia, PA 19102
                                             Telephone: (215) 972-7777
                                             Email: jeffrey.hampton@saul.com
                                                      adam.isenberg@saul.com
                                                      turner.falk@saul.com

                                             -and-

                                             Mark Minuti (admitted *pro hac vice*)
                                             Paige N. Topper (admitted *pro hac vice*)
                                             Nicholas Smargiassi (admitted *pro hac vice*)
                                             1201 N. Market Street, Suite 2300
                                             Wilmington, DE 19801
                                             Telephone: (302) 421-6800
                                             Email: mark.minuti@saul.com
                                                      paige.topper@saul.com
                                                      nicholas.smargiassi@saul.com

                                             *Counsel for Debtors and Debtors in Possession*