United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-10308-DER
Diamond Comic Distributors, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1     User: admin     Page 1 of 3
Date Rcvd: Mar 24, 2025     Form ID: defntc     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |
| | + | Scott E. Prince, Esquire, Baker Hostetler LLP, Key Tower, 127 Public Square, Suite 2000, Cleveland, Ohio 44114-1214 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam H Isenberg | adam.isenberg@saul.com |
| Andrew Brown | abrown@klestadt.com |
| Ashley N Fellona | ashley.fellona@saul.com janice.mast@saul.com |
| Brent C. Strickland | bstrickland@wtplaw.com mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | bnathan@lowenstein.com |
| C. Kevin Kobbe | |

District/off: 0416-1　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 2 of 3
Date Rcvd: Mar 24, 2025　　　　　　　　　Form ID: defntc　　　　　　　　　Total Noticed: 2

| | |
|---|---|
| | kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com |
| Chelsea R Frankel | cfrankel@lowenstein.com |
| Christopher J. Giaimo | christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Daniel Jack Blum | jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com |
| David W.T. Daniels | ddaniels@perkinscoie.com  docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com |
| Dennis J. Shaffer | dshaffer@tydings.com  scalloway@tydings.com,mhickman@tydings.com,jlee@tydings.com |
| Elizabeth Anne Scully | escully@bakerlaw.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Gary H. Leibowitz | gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com |
| Gianfranco Finizio | gfinizio@lowenstein.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Indira Kavita Sharma | indira.sharma@troutman.com  katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com |
| Jan Berlage | JBerlage@GHSLLP.com  tcollins@ghsllp.com |
| Jeffrey C. Hampton | jeffrey.hampton@saul.com |
| Jordan Rosenfeld | jordan.rosenfeld@saul.com |
| Jung Yong Lee | jlee@tydings.com  mhickman@tydings.com |
| Justin Philip Fasano | jfasano@mhlawyers.com  jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Laura Skowronski Bouyea | lsbouyea@venable.com  dmdierdorff@venable.com |
| Mark Minuti | mark.minuti@saul.com  robyn.warren@saul.com |
| Michael Papandrea | mpapandrea@lowenstein.com |
| Nicholas Smargiassi | nicholas.smargiassi@saul.com |
| Nikolaus F. Schandlbauer | nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com |
| Paige Noelle Topper | paige.topper@saul.com |
| Richard L. Costella | rcostella@tydings.com  scalloway@tydings.com |
| Stephen B. Gerald | sgerald@tydings.com |
| Steven Gregory Polard | steven.polard@ropers.com |
| Thomas K. Bredar | thomas.bredar@wilmerhale.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 24, 2025 | Form ID: defntc | Total Noticed: 2 |

andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley

toyja.kelley@lockelord.com

Turner Falk

turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com

TOTAL: 36

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **25−10308 − DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 253 − Motion to Appear pro hac vice for Scott E. Prince Filed by Image Comics, Inc.. (Attachments: # 1 Proposed Order) (Scully, Elizabeth)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 4/7/25.**

CURE: Motion is missing Date of Admission for U.S. Court. Form Says Bankruptcy, ND Ohio Please filed Amended Motion to include that information.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 3/24/25

  Mark A. Neal, Clerk of Court
  by Deputy Clerk, Shannon McKenna
  301−344−3390

cc: Debtor
  Attorney for Debtor − Jordan Rosenfeld
  Movant − Elizabeth Scully, Scott Prince

defntc (rev. 12/12/2016)