Entered: March 27th, 2025
Signed: March 27th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:      Case No.: **25−10308 − DER**     Chapter: **11 (Jointly Administered)**

**Diamond Comic Distributors, Inc., et al.,**
Debtors.

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit  S. Jason Teele as counsel for  Alliance Entertainment, LLC. and  the  certified  statements  in support  thereof,  and upon  the recommendation of  Jonathan A. Grasso local  counsel herein,  it is,  by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b); and it is further

ORDERED, that   S. Jason Teele  must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.


cc:      Debtor
         Attorney for Debtor − Jordan Rosenfeld
         Movant −  S. Jason Teele
         Local Counsel − Jonathan A. Grasso
         U.S. Trustee


01x01 (rev. 03/12/2024) − ShannonMcKenna*        **End of Order**