IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 25, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Designation of Successful Bidder and Back-Up Bidder [Docket No. 270]**

Dated: March 27, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 27th day of March, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **EXHIBIT A**

Case 25-10308   Doc 287   Filed 03/28/25   Page 2 of 8

**EXHIBIT A**

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Action Figure Authority Inc | Adams and Reese LLP | Attn: Nikolaus F Schandlbauer, Esq / Lauren A Baio, Esq<br>20 F St, Ste 500<br>Washington, DC 20001 | nick.schandlbauer@arlaw.com<br>lianna.sarasola@arlaw.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Cole Schotz P.C. | Attn: Gary H Leibowitz/HC Jones III<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | gleibowitz@coleschotz.com<br>hjones@coleschotz.com | Email |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | kevin.kobbe@us.dlapiper.com | Email |
| *NOA - Counsel for Kathy Govier | Gohn Hankey & Berlage LLP | Attn: Jan I Berlage<br>201 N Charles St, Ste 2101<br>Baltimore, MD 21201 | jberlage@ghsllp.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | | Overnight Mail |
| *NOA - Counsel to NECA LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R Winters/Stephanie R Sweeney<br>Attn: Andrew C Brown<br>200 W 41st St, 17th Fl<br>New York, NY 10036-7023 | abrown@klestadt.com<br>iwinters@klestadt.com<br>ssweeney@klestadt.com | Email |
| Official Committee of Unsecured Creditors | Little Buddy Toys, LLC | 270 E Palais Rd<br>Anaheim, CA 92805 | | Overnight Mail |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Bruce S Nathan/Gianfranco Finizio<br>Attn: Chelsea R Frankel<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | bnathan@lowenstein.com<br>gfinizio@lowenstein.com<br>cfrankel@lowenstein.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Michael Papandrea<br>1 Lowenstein Dr<br>Roseland, NJ 07068 | mpapandrea@lowenstein.com | Email |
| Attorney General | Office Of The Attorney General | 500 S 2nd St<br>Springfield, Il 62701 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | 601 S University Ave<br>Carbondale, Il 62901 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.o. Box 11549<br>Columbia, SC 29211-1549 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Ashley Moody<br>The Capital, Pl 01<br>Tallahassee, FL 32399-1050 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | Overnight Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | Overnight Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Herbert H Slattery, Iii<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | Overnight Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Kaul<br>Wisconsin Dept Of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | Overnight Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Josh Stein<br>Dept Of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | Overnight Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Lynn Fitch<br>Dept Of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | Overnight Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | Overnight Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | AZ Ag Office – Css<br>P.o. Box 6123, Md  7611<br>Phoenix, AZ 85005-6123 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | California Dept Of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | State Of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, Al 36130-0152 | | Overnight Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.o. Box 98920<br>Lincoln, NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St Ne<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Brenna Bird Hoover<br>State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office Of The Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | Attn: Dana Nessel<br>P.o. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office Of The Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | Overnight Mail |
| Attorney General | Office Of The Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office Of The Attorney General | 441 4th St Nw, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Bob Ferguson<br>1125 Washington St Se<br>P.o. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| US Attorney's Office | Office Of The Us Attorney | For The Dist Of Maryland<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201 | | Overnight Mail |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: David WT Daniels<br>700 13th St, NW, Ste 600<br>Washington, DC 20005 | DDaniels@perknscoie.com | Email |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: Sara L Chenetz<br>1888 Century Park E, Ste 1700<br>Los Angeles, CA 90067-1721 | SChenetz@perkinscoie.com | Email |
| *NOA - Counsel for Basic Fun, Inc. | Polsinelli PC | Attn: D Jack Blum/Mark B Joachim<br>1401 Eye St, NW, Ste 800<br>Washington, DC 20005 | jack.blum@polsinelli.com<br>mjoachim@polsinelli.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Ropers Majeski | Attn: Steven G Polard<br>801 S Figueroa St, Ste 2100<br>Los Angeles, CA 90017 | steven.polard@ropers.com | Email |
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | Attn: Ashley N Fellona<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | ashley.fellona@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Jeffrey C Hampton/Adam H Isenberg<br>Centre Square West<br>1500 Market St, 38th Fl<br>Philadelphia, PA 19102 | jeffrey.hampton@saul.com<br>adam.isenberg@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Mark Minuti/Paige Topper<br>Attn: Nicholas Smargiassi<br>1201 N Market St, Ste 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | mark.minuti@saul.com<br>paige.topper@saul.com<br>nicholas.smargiassi@saul.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | Overnight Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | Overnight Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | Overnight Mail |
| Official Committee of Unsecured Creditors | Simon & Schuster, LLC | 100 Front St<br>Riverside, NJ 08075 | | Overnight Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Blue Yonder, Inc | Squire Patton Boggs (US) LLP | Attn: Christopher J Giaimo / Mark A Salzberg<br>2550 M St. NW<br>Washington, DC 20037 | christopher.giaimo@squirepb.com<br>mark.salzberg@squirepb.com | Email |
| Official Committee of Unsecured Creditors | Titan Publishing Group Limited/Titan Comics | 144 Southwark St<br>London, SE1 0UP<br>United Kingdom | | Overnight Mail |
| *NOA - TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | | Overnight Mail |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St, NW, Ste 500<br>Washington, DC 20001 | Toyja.Kelley@troutman.com<br>Indira.Sharma@troutman.com<br>Jonathan.Young@troutman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 | David.Ruediger@troutman.com<br>Katherine.Culbertson@troutman.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Dennis J Shaffer/Yung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | dshaffer@tydings.com<br>jlee@tydings.com<br>sgerald@tydings.com | Email |
| *NOA - Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Richard L Costella Esquire<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | rcostella@tydings.com | Email |
| United States Attorney for the District of Maryland | United States Attorney for The District of Maryland | Attn: Civil Process Clerk<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201 | | Overnight Mail |
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 | hugh.m.bernstein@usdoj.gov | Email |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 | bstrickland@whitefordlaw.com | Email |
| *NOA - Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com | Email |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)

# **EXHIBIT B**

| Name | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| 207 Redco LLC | 465 E Locust St | P.O. Box 98 | Dallastown, PA17313 | | | | Overnight Mail |
| 207 Redco LLC | | | | | | glenn@tri-borosupplies.com | Email |
| 74850, Inc | c/o IMG Worldwide, LLC | 304 Park Ave S | New York, NY 10010 | | | | Overnight Mail |
| Accessibe Ltd | Derech Menachem Begin 52 | Tel Aviv 5120149 | Israel | | | | Overnight Mail |
| Accessibe Ltd | | | | | | support@accessibe.com | Email |
| Arcane Tinmen | Attn: Michael Nielsen | Bjoernholms Alle 4-6 | Viby J, Hovedstaden 8260 | Denmark | | | Overnight Mail |
| Arcane Tinmen | | | | | | michael@arcanetinmen.dk; info@arcanetinmen.dk | Email |
| Ares Games Srl | Attn: Christoph Cianci | Piazza Petrucci 8 | Piazza Petrucci 8 | Camaiore (Lu)55040 | Italy | | Overnight Mail |
| Ares Games Srl | | | | | | christoph.cianci@aresgames.eu | Email |
| Big Box Property Owner E, LLC | c/o Eqt Exeter | 5 Radnor Corporate Ctr | 100 Matsonford Rd, Ste 250 | Radnor, PA19087 | | | Overnight Mail |
| Big Box Property Owner E, LLC | Attn: Nyeshia Ross | 101 W Elm St, Ste 600 | Conshochocken, PA 19428 | | | | Overnight Mail |
| Card Department, A Dept of Bandai Co, Ltd | 4-8 Komagata 1-Chome | Taito-Ku, Tokyo 111-8081 | Japan | | | | Overnight Mail |
| Comic-Con 2025 | 100 Park Blvd | San Diego, CA 92101 | | | | | Overnight Mail |
| Creative Mind Energy | Attn: Damian Wassel | 7399 Cannonball Gate Rd | Warrenton, VA 20186 | | | | Overnight Mail |
| Creative Mind Energy LLC | 259 B W Front St | Missoula, MT 59802 | | | | | Overnight Mail |
| Creative Mind Energy LLC | | | | | | cyrus@vaultcomics.com | Email |
| Cryptozoic Entertainment | 23212 Mill Creek Dr, Ste 300 | Laguna Hills, CA 92653 | | | | | Overnight Mail |
| Cryptozoic Entertainment LLC | Attn: Rumi Asai | 23212 Mill Creek Dr, Ste 300 | Laguna Hills, CA 92653 | | | | Overnight Mail |
| Cryptozoic Entertainment LLC | | | | | | rumi.asai@cryptozoic.com; bryce.whitacre@dvgiochi.com; JAVIER.CASILLAS@CRYPTOZOIC.COM | Email |
| Da Vinci Editrice SRL | dba Dv Giochi Or Dv Games | Attn: CEO | Via Sandro Penna, 24 | Perugia 6132 | Italy | | Overnight Mail |
| Dire Wolf Digital LLC | 1865 S Manor Ln | Lakewood, CO 80232 | | | | | Overnight Mail |
| Dire Wolf Digital, LLC Games, Inc | aka Dire Wolf Digital, LLC | Attn: Scott Martins & Matt Hudson | 1120 Lincoln St, Ste 1400 | Denver, CO 80203 | | | Overnight Mail |
| Dire Wolf Digital, LLC Games, Inc | | | | | | scott@direwolfdigital.com; mhudson@direwolfdigital.com | Email |
| Fanroll LLC | 3236 Illinois Rd | Ft Wayne, IN 46802 | | | | | Overnight Mail |
| Fanroll LLC | Attn: David Silver | 10330 Stablehand Dr | Cincinnati, OH 45242 | | | | Overnight Mail |
| Fanroll LLC | | | | | | wholesale@exaltedfuneral.com | Email |
| Fanroll LLC | | | | | | daslivs@yahoo.com | Email |
| Goodman Games | Attn: Joseph Goodman | 2784 Homestead Rd, Ste 162 | Santa Clara, CA 95051 | | | | Overnight Mail |
| Goodman Games | | | | | | joseph@goodman-games.com | Email |
| Goodman Games Llc | Attn: Joseph Goodman | 4040 Civic Center Dr Ste 200 | San Rafael, CA 94903 | | | | Overnight Mail |
| Goodman Games LLC | 51 Piper Ln | Fairfax, CA 94930 | | | | | Overnight Mail |
| Green Ronin Publishing | Attn: Nicole Lindroos | 6731 29th Ave S | Seattle, WA 98108 | | | | Overnight Mail |
| Green Ronin Publishing | 3815 S Othello St | Seattle, WA 98118 | | | | | Overnight Mail |
| Green Ronin Publishing | | | | | | nicole@greenronin.com | Email |
| Gut Bustin Games | Attn: Lisa Steenson | 39713 Ne Sunset Drive | Yacolt, WA 98675 | | | | Overnight Mail |
| Gut Bustin Games | Attn: Lisa Steenson | P.O. Box 911 | Battle Ground, WA 98604 | | | | Overnight Mail |
| Gut Bustin Games | | | | | | gutbustingames@msn.com | Email |
| Hasbro Consumer Products Licensing Ltd | Attn: Kaylee Sheil | 4 The Sq | Stockley Park, Uxbridge UB11 1ET | United Kingdom | United Kingdom | | Overnight Mail |
| Hasbro Consumer Products Licensing Ltd | | | | | | globallegalcp@hasbro.com | Email |
| Imagine Fulfillment Services, LLC | c/o Dinsmore & Sandelmann, LLP | Attn: Frank Sandelmann | 324 Manhattan Beach Blvd, Ste 201 | Manhattan Beach, CA 90266 | | | Overnight Mail |
| Imagine Fulfillment Services, LLC | Attn: Andy Arvidson | 14245 Artesia Blvd | LaMirada, CA 90638 | | | | Overnight Mail |
| Imagine Fullfillment Services | 14245-14249 Artesia Blvd | La Mirada, CA 90638 | | | | | Overnight Mail |
| IPT Memphis Dc LLC | c/o Prologis Management LLC | Attn: Pam Faulk | 5101 Wheelis Dr, Ste 300 | Memphis, TN 38817 | | | Overnight Mail |
| Jasco Games LLC | Dbd Uvs Games | 5075 Cameron St | Las Vegas, NV 89118 | | | | Overnight Mail |
| Jasco Games LLC | | | | | | rich@dara-studios.com | Email |
| Konami Digital Entertainment Inc | 1 Konami Way | Hawthorne, CA 90250-1144 | | | | | Overnight Mail |
| Konami Digital Entertainment, Inc | 14500 Aviation Blvd | Hawthorne, CA 90250 | | | | | Overnight Mail |
| Lions Gate Ancillary LLC | Attn: Ryan Gellego | 2700 Colorado Ave | Santa Monica, CA 90404 | | | | Overnight Mail |
| Lions Gate Ancillary LLC | | | | | | rgallego@lionsgate.com | Email |
| Loren Coleman | Catalyst Games | 5003 Main St, Ste 110 | Tacoma, WA 98407 | | | | Overnight Mail |
| Loren Coleman | | | | | | kyle.przelenski@manticgames.com | Email |
| Metallic Dice Games | aka MDG | Attn: Adam Hackett | 2919 Greenbriar Dr | Ft Wayne, IN 46804 | | | Overnight Mail |
| Monster Fight Club | Attn: John Kovaleski | 395-190 Reasford Rd | Earlysville, VA 22936 | | | | Overnight Mail |
| Monster Fight Club | 395-190 Reas Ford Rd | Earlysville, VA 22936 | | | | | Overnight Mail |
| Monster Fight Club | | | | | | portalgamescompany@gmail.com | Email |
| Monster Fight Club | | | | | | peter@monsterfightclub.com | Email |
| Netflix CPX, LLC & Netflix CPX International BV | c/o Netflix CPX International, BV | Karperstraat 8-10 | Amsterdam KZ1075 | Netherlands | | | Overnight Mail |
| Netflix CPX, LLC & Netflix CPX International, BV | Attn: Counsel, Consumer Products Legal | 5808 W Sunset Blvd | Los Angeles, CA 90028 | | | | Overnight Mail |
| Netflix CPX, LLC & Netflix CPX International, BV | | | | | | cplegal@netflix.com | Email |
| Paizo Inc | P.O. Box 84311 | Seattle, WA 98124-5611 | | | | | Overnight Mail |
| Paizo Inc | 7120 185th Ave NE, Ste 120 | Redmond, WA 98052 | | | | | Overnight Mail |
| Paizo Inc | | | | | | ACCOUNTING@PAIZO.COM | Email |
| Phoenix Fort Wayne, LLC | Attn: Marsha McNeil | 401 E Kilbourn Ave, Ste 201 | Milwaukee, WI 53202 | | | | Overnight Mail |
| Publisher Services Inc | Attn: Fred Yelk Woodru | 1554 Litton Drive | Stone Mountain, GA 30083 | | | | Overnight Mail |
| Publisher Services, Inc | Attn: Dean Burnham | 2800 Vista Ridge Dr | Suwanee, GA 30024 | | | | Overnight Mail |
| Publisher Services, Inc | | | | | | deanb@pubservinc.com | Email |
| Ravensburger North America Inc | Attn: Amanda Johnson | 915 E Pine Street | Suite 400 | Seattle, WA 98122 | | | Overnight Mail |
| Ravensburger North America Inc | | | | | | ap@ravensburger.com | Email |
| Ravensburger USA Inc | P.O. Box 845233 | Boston, MA 02284-5233 | | | | | Overnight Mail |
| Ravensburger USA Inc | | | | | | accounting@ravensburger.com | Email |
| Renegade Games, Inc | 306-N W El Norte Pkwy, Ste 325 | Escondido, CA 92026 | | | | | Overnight Mail |
| Rubin & Frieda Fenster Family LP | Attn: Wendy Watson | 7100 Hayvenhurst Ave, Ste 211 | Van Nuys, CA 91406 | | | | Overnight Mail |
| Sfv York Road, LLC | Attn: Julio Purcell | c/o MacKenzie Management Co LLC | 2328 W Joppa Rd, Ste 200 | Lutherville, MD 21093 | | | Overnight Mail |
| Skybound Llc | Attn: Paul Shin | Attn: Shawn Kirkham | 9570 W Pico Blvd | Los Angeles, CA 90035 | | | Overnight Mail |
| Skybound Llc | | | | | | ap@skybound.com; sk@skybound.com | Email |
| Skyscraper Studios Inc | dba Roll For Combat | 16 Continental Rd | Scarsdale, NY 10583 | | | | Overnight Mail |
| Spin Master, Inc | 300 International Dr, Ste 100 | Pmb 10053 | Williamsville, NY 14221-5783 | | | | Overnight Mail |
| Synthesis Entertainment | c/o Hollis Alexander Accting | 4247 Jackson Ave | Culver City, CA 90232 | | | | Overnight Mail |
| Synthesis Entertainment | Attn: Jon Jashni | 806 N Wittier Dr | Beverly Hills, CA 90210 | | | | Overnight Mail |
| Tap Consumer Order | Attn: Jonas Faering | | | | | operations@thearmypainter.com | Email |
| Tee Turtle LLC | 1034 S Brentwood Blvd | | Richmond Heights, MO 63117 | | | | Overnight Mail |
| The Army Painter | Attn: Bo Penstoft | Christiansmindevej 12 | Skanderborg 8660 | Denmark | | | Overnight Mail |
| The Army Painter | | | | | | bo@thearmypainter.com; pwi@thearmypainter.com; mha@thearmypainter.com | Email |
| The Philip & Jana Oates Family Trust & OK&B | Address Redacted | | | | | | Overnight Mail |
| The Pokémon Company International, Inc | Attn: Rich Henry | 10400 NE 4th St, Ste 2800 | Bellevue, WA 98004 | | | | Overnight Mail |
| The Pokémon Company International, Inc | | | | | | r.henry@pokemon.com; legalnotices@pokemon.com | Email |
| The Upper Deck Co | Attn: Brittany Hysni, VP of Legal & Business Affairs | 5830 El Camino Real | Carlsbad, CA 92008 | | | | Overnight Mail |
| The Upper Deck Co | | | | | | brittany_hysni@upperdeck.com | Email |
| Toho International | Attn: Ali, Kristen | 2029 Century Park E Ste 1140 | Los Angeles, CA 90067 | | | | Overnight Mail |
| Toho International | | | | | | a_anderson@tohointl.com; e_bottari@tohointl.com; accountspayable@tohointl.com | Email |
| Toho International Inc | Attn: Lora Cohn & Kristen Parcell | 2029 Century Park E, Ste 1140 | Los Angeles, CA 90067 | | | | Overnight Mail |
| Toho International Inc | | | | | | lora_cohn@tohointl.com; k_parcell@tohointl.com | Email |
| Toho International Inc & Legendary Licensince, LLC | c/o Legendary: Amber Sheppo, VP | Consumer Products & Promotions | 2900 W Alameda Ave, Ste 1500 | Burbank, CA 91505 | | | Overnight Mail |
| Toho International Inc & Legendary Licensince, LLC | | | | | | asheppo@legendary.com | Email |
| Ultra Pro International | P.O. Box 8201 | Pasadena, CA 91109-8201 | | | | | Overnight Mail |
| Ultra Pro International LLC | 6049 E Slauson Ave | | | Commerce, CA 90040 | | | Overnight Mail |
| Ultra Pro International LLC | | | | | | kchan@ultrapro.com | Email |
| United Parcel Service, Inc | Attn: Mike Wise | 55 Glenlake Pkwy NE | Atlanta, GA 30328 | | | | Overnight Mail |
| United Parcel Service, Inc | P.O. Box 650116 | Dallas, TX 75265-0116 | | | | | Overnight Mail |
| United Parcel Service, Inc | P.O. Box 809488 | Chicago, IL 60680-9488 | | | | | Overnight Mail |
| United Parcel Service, Inc | | | | | | michaelwise@ups.com | Email |
| USA Opoly Inc | The Op Lock Box | P.O. Box 848593 | Los Angeles, CA 90084-8593 | | | | Overnight Mail |
| Usaopoly | Attn: Brent Navratil | 5999 Avenida Encinas | Suite 150 | Carlsbad, CA 92008 | | | Overnight Mail |
| Usaopoly, Inc | 5999 Avenida Encinas, Ste 150 | Carlsbad, CA 92008 | | | | | Overnight Mail |
| Usaopoly, Inc | 5607 Palmer Way | Carlsbad, CA 92010 | | | | | Overnight Mail |
| Usaopoly, Inc | | | | | | orders@ugames.com | Email |
| VIZ Media, LLC | Attn: Sarah Anderson | 1355 Market St, Ste 200 | San Francisco, CA 94103 | | | | Overnight Mail |
| VIZ Media, LLC | | | | | | sarahanderson@viz.com; evanwei@viz.com;ar@viz.com;sergiovalencia@viz.com; candicenquyen@viz.com;nobi.watanabe@viz.com | Email |
| Wizards Of The Coast | Attn: Adam Colby | 1600 Lind Ave Sw | Renton, WA 98057 | | | | Overnight Mail |
| Wizards of The Coast Inc | P.O. Box 403050 | Atlanta, GA 30384-3050 | | | | | Overnight Mail |
| Wizards Of The Coast Inc | | | | | | Jeff.Butterworth@wizards.com | Email |
| Wizards of the Coast LLC | Attn: Mk Smith | 1107 Lake Washington Blvd N, Ste 800 | Renton, WA 98056 | | | | Overnight Mail |
| Wizards of the Coast LLC | | | | | | mk.smith@wizards.com | Email |
| Wizards Of The Coast, Inc | A Subsidiary Of Hasbro In | P.O. Box 707 | Renton, WA 98057-0707 | | | | Overnight Mail |