# EXHIBIT B

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1210910

Page 46  
March 31, 2025

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $1,405.37 |
| Travel | $1,591.19 |
| Meals | $28.70 |
| **Total Disbursements** | **$3,025.26** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1210910

Page 47  
March 31, 2025

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 02/10/25 | Meals (out of town travel) VENDOR: Papandrea, Michael T. INVOICE#: 7228730102140205 DATE: 2/14/2025 ; 02/10/25; Dinner with Michael Papandrea; Attend hearing in Baltimore, MD | $28.70 |
| 02/06/25 | Amtrak Rail travel VENDOR: Finizio, Gianfranco INVOICE#: 7229041402140205 DATE: 2/14/2025 ; 02/06/25; Amtrak; FROM: Penn Station; TO: Baltimore, MA; Amtrak from Penn Station to attend Diamond hearing in Baltimore, MA. | $532.00 |
| 02/10/25 | Amtrak Rail travel VENDOR: Papandrea, Michael T. INVOICE#: 7228730102140205 DATE: 2/14/2025 ; 02/10/25; Amtrak; FROM: Newark Penn Station; TO: Baltimore, MD; Attend hearing in Baltimore, MD | $662.00 |
| 02/19/25 | Amtrak Rail travel VENDOR: Papandrea, Michael T. INVOICE#: 7247040402240203 DATE: 2/24/2025 ; 02/19/25; Amtrak; FROM: Newark Penn; TO: Baltimore, MD; Hearing Cancellation - Amtrak Cancellation Fee | $151.50 |
| 02/10/25 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Papandrea, Michael T. INVOICE#: 7228730102140205 DATE: 2/14/2025 ; 02/10/25; Taxi/Car Service; FROM: Home; TO: Newark Penn Station ; Attend hearing in Baltimore, MD | $60.55 |
| 02/10/25 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Papandrea, Michael T. INVOICE#: 7228730102140205 DATE: 2/14/2025 ; 02/10/25; Taxi/Car Service; FROM: Baltimore Penn Station; TO: Local Counsel's Office; Attend hearing in Baltimore, MD | $69.06 |
| 02/10/25 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Papandrea, Michael T. INVOICE#: 7228730102140205 DATE: 2/14/2025 ; 02/10/25; Taxi/Car Service; FROM: Newark Penn Station; TO: Home; Attend hearing in Baltimore, MD | $57.18 |
| 02/10/25 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Finizio, Gianfranco INVOICE#: 7229041402140205 DATE: 2/14/2025 ; 02/10/25; Taxi/Car Service; FROM: Baltimore Train Station; TO: Court; Uber from Baltimore train station to court for G. Finizio and M. Papandrea. | $41.40 |
| 02/10/25 | Local Travel VENDOR: Finizio, Gianfranco INVOICE#: 7229041402140205 DATE: 2/14/2025 ; 02/10/25; Public Transit; FROM: Home; TO: Penn Station; LIRR to Penn Station to attend Diamond Comics Hearing. | $17.50 |
| 02/03/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 7 / Docs/Lines: 0 | $223.77 |
| 02/05/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 10 / Docs/Lines: 0 | $675.20 |
| 02/22/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 4 / Docs/Lines: 0 | $168.80 |
| 02/23/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 25 / Docs/Lines: 0 | $337.60 |
| | Total Disbursements | $3,025.26 |