# **EXHIBIT A**

**In re: Diamond Comic Distributors, Inc.**



**Exhibit A: Time Detail**

**Berkeley Research Group, LLC**

For the Period 1/31/2025 through 2/28/2025

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 1/31/2025 | D. Galfus | 0.6 | Analyzed the bid procedures. |
| 2/1/2025 | M. Earl | 2.9 | Reviewed Debtors' CIM in data room to inform key takeaways and follow-up questions for Debtors' counsel. |
| 2/1/2025 | A. Kashanirokh | 1.1 | Analyzed key documents to assess stalking horse bid procedure. |
| 2/2/2025 | A. Kashanirokh | 2.8 | Drafted slide for 2/4 UCC presentation related to Raymond James bid procedures. |
| 2/2/2025 | M. Earl | 2.6 | Prepared sale update slides for 2/4 report to the Committee. |
| 2/2/2025 | A. Wilsterman | 2.6 | Prepared slides for Counsel on the bid procedures comparable analysis. |
| 2/2/2025 | J. Emerson | 2.2 | Prepared analysis re: stalking horse bid. |
| 2/2/2025 | A. Kashanirokh | 2.1 | Updated bid procedure slides for 2/4 UCC presentation to reflect comments from BRG team. |
| 2/2/2025 | A. Wilsterman | 1.7 | Created bid procedures comparable analysis. |
| 2/2/2025 | J. Emerson | 1.6 | Provided comments re: bidding procedures slides for 2/3 reporting. |
| 2/2/2025 | A. Wilsterman | 1.5 | Continued create bid procedures comparable analysis. |
| 2/2/2025 | A. Wilsterman | 1.4 | Continued to prepared slides for Counsel on the bid procedures comparable analysis. |
| 2/2/2025 | M. Earl | 1.4 | Prepared draft slides on bid procedures in 2/4 report to the Committee. |
| 2/2/2025 | C. Kearns | 0.4 | Reviewed the bid procedures. |
| 2/3/2025 | M. Earl | 2.9 | Revised bid procedures slides for 2/4 Committee report. |
| 2/3/2025 | J. Emerson | 2.7 | Commented on updated slides for 2/3 report re: bidding procedures. |
| 2/3/2025 | M. Earl | 2.6 | Continued to revise bid procedures slides in 2/4 report to the Committee. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 2/3/2025 | A. Kashanirokh | 2.1 | Prepared slide for 2/4 UCC presentation related to interested parties for Debtors' assets. |
| 2/3/2025 | J. Emerson | 1.7 | Evaluated Debtors' CIM. |
| 2/3/2025 | A. Kashanirokh | 1.4 | Prepared analysis on interested parties related to Debtors' asset sale process. |
| 2/3/2025 | M. Earl | 1.3 | Prepared purchase price reconciliation slides for 2/4 reporting to the Committee. |
| 2/3/2025 | M. Earl | 1.2 | Revised purchase price reconciliation slide in 2/4 report to the Committee. |
| 2/3/2025 | M. Earl | 1.1 | Drafted slides on sale marketing process for 2/4 report to the Committee. |
| 2/3/2025 | D. Galfus | 0.9 | Analyzed the Debtors' bid procedures. |
| 2/3/2025 | D. Galfus | 0.6 | Prepared report on the Debtors' sale process. |
| 2/5/2025 | J. Emerson | 1.2 | Commented on stalking horse bid analysis in support of 2/11 presentation slides. |
| 2/5/2025 | D. Galfus | 0.7 | Analyzed the status of the Debtors' sale process. |
| 2/6/2025 | M. Earl | 2.9 | Updated sale process slides in 2/11 report to the Committee. |
| 2/6/2025 | D. Galfus | 0.6 | Evaluated the status of the Debtors' sale process. |
| 2/6/2025 | C. Kearns | 0.3 | Reviewed possible issues re: the bid procedures. |
| 2/7/2025 | J. Emerson | 2.3 | Prepared analysis on Debtors' asset marketing process. |
| 2/8/2025 | J. Emerson | 2.4 | Performed additional analysis of Debtors' marketing process. |
| 2/8/2025 | J. Emerson | 1.4 | Prepared slides related to Debtors' sale process for inclusion in 2/11 UCC reporting. |
| 2/10/2025 | J. Emerson | 2.4 | Developed analysis of data supporting the stalking horse bid. |
| 2/10/2025 | M. Earl | 1.7 | Revised sale process slides in 2/11 report to the Committee based on internal feedback. |
| 2/10/2025 | J. Emerson | 1.2 | Continued to develop analysis of data supporting the stalking horse bid. |
| 2/10/2025 | J. Emerson | 1.0 | Prepared slides related to stalking horse bid for inclusion in 2/11 UCC reporting. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 2/10/2025 | D. Galfus | 0.6 | Evaluated the status of the sale process. |
| 2/11/2025 | D. Galfus | 0.5 | Held call with Raymond James (G. Richards) re: the sale process. |
| 2/11/2025 | J. Emerson | 0.5 | Participated in call with Raymond James (G. Richards) related to the Debtors' sale process. |
| 2/18/2025 | M. Earl | 1.6 | Created reconciliation of transaction-related fees based on DIP motion and Raymond James retention motion. |
| 2/19/2025 | J. Emerson | 2.4 | Prepared analysis of interested parties and potential bidders related to the Debtors' sales process. |
| 2/19/2025 | J. Emerson | 1.3 | Continued to prepare analysis of interested parties and potential bidders related to the Debtors' sale process. |
| 2/19/2025 | D. Galfus | 0.4 | Reviewed the Debtors' sale process. |
| 2/20/2025 | J. Emerson | 0.5 | Evaluated status of the sale process. |
| 2/20/2025 | D. Galfus | 0.4 | Analyzed the status of the sale process. |
| 2/21/2025 | A. Kashanirokh | 1.3 | Prepared analysis on stalking horse bid for Alliance Games Distributors. |
| 2/21/2025 | D. Galfus | 0.6 | Evaluated the status of the sale process. |
| 2/24/2025 | J. Emerson | 1.8 | Prepared analysis of business line level operating performance with respect to sale process implications. |
| 2/24/2025 | J. Emerson | 1.4 | Edited analysis of stalking horse bid with respect to updated data inputs. |
| 2/25/2025 | A. Kashanirokh | 1.3 | Prepared analysis on interested parties for Debtors' business segments. |
| 2/25/2025 | D. Galfus | 0.8 | Participated in a call with Raymond James (A. Haesler) re: sale process status. |
| 2/25/2025 | J. Emerson | 0.8 | Participated in call with Raymond James (A. Haesler) related to status of the sale process. |
| 2/25/2025 | D. Galfus | 0.4 | Edited summary of the sale process status report. |
| 2/26/2025 | D. Galfus | 0.5 | Reviewed sale process matters. |
| 2/27/2025 | D. Galfus | 0.6 | Reviewed sale process matters. |
| 2/28/2025 | D. Galfus | 0.4 | Evaluated the status of the sale process. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**01. Asset Acquisition/ Disposition**

*Task Code Total Hours* **79.6**

**04. DIP Financing**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 1/31/2025 | D. Galfus | 0.9 | Evaluated the Debtors' DIP motion and forecast. |
| 2/1/2025 | J. Emerson | 2.0 | Analyzed the Debtors' DIP motion and related forecast. |
| 2/1/2025 | J. Emerson | 1.4 | Evaluated Debtors' DIP forecast. |
| 2/2/2025 | A. Wilsterman | 2.8 | Developed DIP budget and agreement comparable analysis to assess fees, sizing, and procedure timing. |
| 2/2/2025 | J. Emerson | 2.5 | Analyzed certain documents posted to the data room re: borrowing base. |
| 2/2/2025 | A. Wilsterman | 2.2 | Continued to develop DIP budget and agreement comparable analysis to assess fees, sizing, and procedure timing. |
| 2/2/2025 | J. Emerson | 1.8 | Prepared analysis related to borrowing base. |
| 2/2/2025 | J. Emerson | 1.5 | Revised borrowing base analysis. |
| 2/3/2025 | J. Emerson | 2.8 | Developed an analysis of the initial DIP forecast as against Debtors' historical performance. |
| 2/3/2025 | J. Emerson | 2.1 | Continued to develop an analysis of the initial DIP forecast as against Debtors' historical performance. |
| 2/3/2025 | J. Gusciora | 1.5 | Reconciled financial information to the DIP budget. |
| 2/3/2025 | J. Emerson | 1.1 | Prepared analysis of Debtors' historical borrowing base. |
| 2/3/2025 | D. Galfus | 0.7 | Analyzed the Debtors' DIP forecast. |
| 2/4/2025 | J. Gusciora | 2.9 | Prepared DIP comparables analysis based on prepetition debt to roll up ratios. |
| 2/4/2025 | A. Kashanirokh | 2.7 | Analyzed key documents in data room to evaluate the Debtors' borrowing base. |
| 2/4/2025 | A. Wilsterman | 2.4 | Evaluated the DIP budget model and related assumptions. |
| 2/4/2025 | M. Earl | 2.3 | Reviewed DIP borrowing base summary for key takeaways and questions for call with Getzler Henrich. |
| 2/4/2025 | A. Wilsterman | 2.1 | Analyzed the DIP agreement terms. |
| 2/4/2025 | M. Earl | 2.0 | Reviewed DIP budget for key takeaways and questions for Debtors' counsel. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **04. DIP Financing** | | | |
| 2/4/2025 | A. Wilsterman | 1.8 | Prepared slides on the DIP budget model for the 2/11 weekly UCC presentation. |
| 2/5/2025 | A. Kashanirokh | 2.9 | Prepared analysis on Debtors' borrowing base for inclusion in the 2/11 UCC presentation. |
| 2/5/2025 | M. Earl | 2.9 | Revised DIP budget and debt paydown summary to include in 2/11 report to the Committee. |
| 2/5/2025 | A. Kashanirokh | 2.8 | Continued to prepare analysis on Debtors' borrowing base for inclusion in the 2/11 UCC presentation. |
| 2/5/2025 | A. Wilsterman | 2.2 | Created analysis comparing historical data to DIP budget to confirm accuracy of the projected budget. |
| 2/5/2025 | D. Galfus | 0.8 | Analyzed the Debtors' DIP forecast. |
| 2/6/2025 | A. Wilsterman | 2.7 | Updated 2/11 UCC presentation with latest data from DIP budget analysis. |
| 2/6/2025 | J. Emerson | 2.6 | Prepared analysis of DIP budget for inclusion in 2/11 UCC presentation. |
| 2/6/2025 | J. Emerson | 2.5 | Prepared DIP budget slides for 2/11 UCC presentation. |
| 2/6/2025 | J. Emerson | 2.1 | Continued to prepare analysis of DIP budget for inclusion in 2/11 UCC presentation. |
| 2/6/2025 | J. Emerson | 1.7 | Provided comments on DIP budget slides for 2/11 UCC presentation. |
| 2/6/2025 | A. Wilsterman | 1.2 | Incorporated data from DIP budget comparative analysis into the 2/11 UCC update presentation. |
| 2/6/2025 | J. Emerson | 0.9 | Continued to provide comments on DIP budget slides for inclusion in 2/11 UCC presentation. |
| 2/6/2025 | D. Galfus | 0.2 | Held call with Lowenstein (G. Finizio) re: DIP matters. |
| 2/7/2025 | J. Emerson | 2.6 | Revised borrowing base slides for 2/11 UCC presentation. |
| 2/7/2025 | D. Galfus | 0.6 | Reviewed latest information on the DIP forecast. |
| 2/7/2025 | C. Kearns | 0.6 | Revised issues related to the DIP. |
| 2/7/2025 | C. Kearns | 0.2 | Reviewed the latest DIP budget. |
| 2/8/2025 | A. Wilsterman | 2.8 | Edited the DIP forecast slides in the 2/11 UCC presentation. |
| 2/8/2025 | M. Earl | 2.0 | Revised DIP budget slides in 2/11 report based on internal feedback. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **04. DIP Financing** | | | |
| 2/8/2025 | A. Wilsterman | 1.9 | Continued to edit the DIP forecast slides in the 2/11 UCC presentation. |
| 2/8/2025 | D. Galfus | 0.2 | Reviewed information on the DIP forecast. |
| 2/10/2025 | M. Earl | 1.2 | Developed breakdown of borrowing base changes over time. |
| 2/10/2025 | C. Kearns | 0.4 | Reviewed redline to draft final DIP order. |
| 2/10/2025 | D. Galfus | 0.4 | Reviewed the outstanding DIP issues. |
| 2/11/2025 | D. Galfus | 0.6 | Participated in a call with Getzler Henrich (R. Gorin, R. Aly) re: the status of the DIP budget. |
| 2/11/2025 | J. Emerson | 0.6 | Participated in call with Getzler Henrich (R. Gorin, R. Aly) related to the DIP budget. |
| 2/12/2025 | J. Emerson | 1.6 | Revised DIP comparables analysis to incorporate updated data. |
| 2/12/2025 | J. Gusciora | 1.5 | Prepared DIP comparables analysis based on revolver fees. |
| 2/12/2025 | D. Galfus | 0.6 | Analyzed certain of the proposed DIP terms. |
| 2/12/2025 | D. Galfus | 0.4 | Held call with Lowenstein (M. Papandrea) re: the DIP order. |
| 2/13/2025 | A. Kashanirokh | 2.8 | Prepared analysis on Debtors' borrowing base calculation. |
| 2/13/2025 | J. Emerson | 1.5 | Updated DIP comparable analysis for additional comparables. |
| 2/13/2025 | D. Galfus | 0.6 | Evaluated the DIP forecast. |
| 2/13/2025 | D. Galfus | 0.4 | Provided input on the DIP order. |
| 2/14/2025 | A. Kashanirokh | 2.8 | Prepared analysis on the Debtors' extended DIP budget for the 2/19 UCC report. |
| 2/14/2025 | M. Earl | 2.5 | Drafted observations on revised DIP budget for 2/19 weekly report to the Committee. |
| 2/14/2025 | J. Emerson | 2.1 | Prepared analysis of DIP amendments obtained. |
| 2/14/2025 | D. Galfus | 1.2 | Participated in a call with Lowenstein (G. Finizio, B. Nathan) re: the updated DIP forecast and next steps. |
| 2/14/2025 | J. Emerson | 1.2 | Participated in call with Counsel (G. Finizio, B. Nathan) to discuss the Debtors' updated DIP forecast. |
| 2/14/2025 | A. Kashanirokh | 0.9 | Reviewed documents found in the data room related to Debtors' borrowing base. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **04. DIP Financing** | | | |
| 2/14/2025 | D. Galfus | 0.8 | Analyzed the Debtors' latest DIP forecast. |
| 2/14/2025 | M. Earl | 0.7 | Revised DIP budget summary in 2/19 weekly report to the Committee. |
| 2/14/2025 | D. Galfus | 0.5 | Participated in a call with Getzler Henrich (R. Gorin, R. Aly) re: the updated DIP budget. |
| 2/14/2025 | J. Emerson | 0.5 | Participated in call with Getzler Henrich (R. Gorin, R. Aly) to discuss the updated DIP budget. |
| 2/14/2025 | D. Galfus | 0.3 | Held call with Lowenstein (G. Finizio) re: the DIP timing and other matters. |
| 2/14/2025 | C. Kearns | 0.3 | Participated in status call with Lowenstein (G. Finizio) re: funding needs and DIP matters. |
| 2/15/2025 | M. Earl | 2.4 | Revised updated DIP budget charts for 2/19 weekly report to the Committee. |
| 2/15/2025 | J. Emerson | 1.4 | Evaluated Debtors' revised DIP budget. |
| 2/16/2025 | J. Emerson | 2.4 | Prepared DIP budget slides for week 2/19 UCC meeting. |
| 2/16/2025 | D. Galfus | 0.7 | Reviewed latest DIP forecast. |
| 2/17/2025 | J. Emerson | 2.5 | Prepared additional DIP budget slides for week 2/19 UCC meeting. |
| 2/17/2025 | D. Galfus | 1.0 | Participated in a call with Lowenstein (G. Finizio, B. Nathan) re: DIP negotiations. |
| 2/17/2025 | J. Emerson | 1.0 | Participated in call with Counsel (B. Nathan, G. Finizio) related to DIP negotiations. |
| 2/17/2025 | D. Galfus | 0.7 | Participated in a call with Getzler Henrich (R. Gorin) re: the DIP budget. |
| 2/17/2025 | J. Emerson | 0.7 | Participated in call with Getzler Henrich (R. Gorin) to discuss the DIP budget. |
| 2/17/2025 | D. Galfus | 0.6 | Analyzed the updated DIP budget. |
| 2/18/2025 | A. Kashanirokh | 2.7 | Prepared slide on Debtors' new borrowing base for 2/19 UCC report. |
| 2/18/2025 | J. Emerson | 2.6 | Revised DIP slides for 2/19 UCC presentation. |
| 2/18/2025 | J. Emerson | 2.3 | Prepared slide related to DIP amendment obtained for inclusion in 2/19 UCC presentation. |
| 2/18/2025 | J. Emerson | 1.9 | Prepared analysis re: updated borrowing base. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **04. DIP Financing** | | | |
| 2/18/2025 | D. Galfus | 1.4 | Reviewed the status of the DIP negotiations. |
| 2/19/2025 | M. Earl | 1.9 | Revised 2/19 weekly report to the Committee for updated DIP budget items. |
| 2/19/2025 | M. Earl | 1.6 | Created bridge of prior DIP budget to updated DIP budget. |
| 2/19/2025 | D. Galfus | 1.1 | Reviewed the DIP settlement terms. |
| *Task Code Total Hours* | | *131.2* | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 1/31/2025 | M. Haverkamp | 0.4 | Prepared retention application package. |
| 2/3/2025 | M. Haverkamp | 0.3 | Prepared bankruptcy conflict check. |
| 2/4/2025 | M. Haverkamp | 0.1 | Corresponded with Lowenstein (G. Finizio) re: BRG retention application. |
| 2/5/2025 | M. Haverkamp | 0.2 | Prepared retention document package. |
| 2/6/2025 | E. Degnan | 2.0 | Prepared conflict check. |
| 2/6/2025 | M. Haverkamp | 0.3 | Prepared retention application. |
| 2/7/2025 | H. Henritzy | 2.9 | Prepared bankruptcy retention documents. |
| 2/7/2025 | H. Henritzy | 2.7 | Continued to prepare bankruptcy retention documents. |
| 2/7/2025 | H. Henritzy | 0.6 | Edited Parties in Interest list for conflict check. |
| 2/7/2025 | E. Degnan | 0.4 | Prepared conflict check. |
| 2/10/2025 | H. Henritzy | 1.8 | Prepared bankruptcy retention documents. |
| 2/10/2025 | M. Haverkamp | 1.3 | Prepared retention declaration schedules. |
| 2/14/2025 | M. Haverkamp | 0.1 | Edited retention application. |
| 2/17/2025 | E. Degnan | 1.0 | Prepared conflict check. |
| 2/17/2025 | D. Galfus | 0.4 | Reviewed BRG's retention application. |
| 2/17/2025 | M. Haverkamp | 0.1 | Edited retention application package. |
| 2/18/2025 | M. Haverkamp | 2.8 | Edited retention application package. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 2/18/2025 | E. Degnan | 1.5 | Prepared conflict check. |
| 2/18/2025 | M. Haverkamp | 0.7 | Continued editing retention application package. |
| 2/19/2025 | M. Haverkamp | 0.4 | Edited retention application. |
| 2/19/2025 | M. Haverkamp | 0.4 | Reviewed Counsel edits to BRG retention application. |
| 2/20/2025 | J. Emerson | 0.5 | Reviewed retention application for BRG. |
| 2/20/2025 | M. Haverkamp | 0.4 | Reviewed Counsel comments on BRG retention application. |
| 2/20/2025 | D. Galfus | 0.2 | Reviewed BRG's retention papers. |
| 2/21/2025 | M. Haverkamp | 0.1 | Edited retention application. |
| ***Task Code Total Hours*** | | ***21.6*** | |
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 2/1/2025 | J. Emerson | 1.2 | Prepared diligence request list. |
| 2/2/2025 | J. Emerson | 1.6 | Prepared diligence request list. |
| 2/4/2025 | D. Galfus | 1.4 | Participated in a call with Getzler Henrich (B. Gorin, W. Henrich) re: the DIP forecast and other case matters. |
| 2/4/2025 | J. Emerson | 1.4 | Participated in call with Getzler Henrich (R. Gorin, W. Henrich) related to the DIP forecast. |
| 2/6/2025 | D. Galfus | 1.0 | Participated in a call with Getzler Henrich (W. Henrich) and Raymond James (G. Richards) re: the sale process and other case matters. |
| 2/6/2025 | J. Emerson | 1.0 | Participated in call with Getzler Henrich (R. Gorin, W. Henrich) and Raymond James (G. Richards) related to the sale process and other case status updates. |
| 2/10/2025 | M. Earl | 0.4 | Revised Getzler Henrich call agenda and questions based on internal feedback. |
| 2/27/2025 | D. Galfus | 0.2 | Held call with Getzler Heinrich (R. Gorin) re: case matters and next steps. |
| ***Task Code Total Hours*** | | ***8.2*** | |
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 1/31/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio, B. Nathan) re: case issues and related next steps. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 1/31/2025 | C. Kearns | 0.8 | Participated in call with Lowenstein (G. Finizio, B. Nathan) re: recap of their initial call with Debtors' counsel. |
| 2/3/2025 | D. Galfus | 0.2 | Held call with Lowenstein (G. Finizio) re: case issues and related timing. |
| 2/3/2025 | J. Emerson | 0.2 | Participated in call with Counsel (G. Finizio) re: case issues. |
| 2/4/2025 | D. Galfus | 0.7 | Participated in a call with the Committee and Lowenstein (G. Finizio, B. Nathan) re: case status and second day motions. |
| 2/4/2025 | J. Emerson | 0.7 | Participated in call with the Committee and Counsel (B. Nathan, G. Finizio) re: case status. |
| 2/4/2025 | C. Kearns | 0.7 | Participated in status call with the Committee and Lowenstein (G. Finizio, B. Nathan) re: second days and related matters. |
| 2/4/2025 | D. Galfus | 0.5 | Participated in a call with Lowenstein (G. Finizio, B. Nathan) in preparation for the Committee call. |
| 2/4/2025 | J. Emerson | 0.5 | Participated in call with Counsel (B. Nathan, G. Finizio) in advance of Committee call. |
| 2/4/2025 | D. Galfus | 0.3 | Held call with Lowenstein (G. Finizio) re: the DIP and other case matters. |
| 2/5/2025 | D. Galfus | 0.5 | Held call with Lowenstein (G. Finizio, B. Nathan) re: the DIP and other case matters. |
| 2/5/2025 | J. Emerson | 0.5 | Participated in call with Counsel (B. Nathan, G. Finizio) related to DIP and other case matters. |
| 2/5/2025 | C. Kearns | 0.5 | Participated in status call with Lowenstein (G. Finizio, B. Nathan) re: case updates. |
| 2/5/2025 | C. Kearns | 0.4 | Emailed with Counsel (G. Finizio, B. Nathan) re: case status and potential issues re: case funding. |
| 2/11/2025 | D. Galfus | 1.2 | Participated in a call with the Committee and Lowenstein (G. Finizio, B. Nathan re: the liquidity and sale process. |
| 2/11/2025 | J. Emerson | 1.2 | Participated in call with the Committee and Counsel (G. Finizio, B. Nathan) related to Debtors' liquidity and sale process. |
| 2/11/2025 | C. Kearns | 1.0 | Participated in partial call with the Committee and Counsel (B. Nathan, G. Finizio) re: general case status. |
| 2/19/2025 | D. Galfus | 1.2 | Participated in a call with the Committee and Lowenstein (G. Finizio, B. Nathan) re: sale process, DIP settlement and operations. |
| 2/19/2025 | J. Emerson | 1.2 | Participated in call with the Committee and Counsel (G. Finizio, B. Nathan) related to the Debtors' sale process and DIP related issues. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**08. Interaction/ Meetings with Creditors/ Counsel**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/19/2025 | C. Kearns | 1.2 | Participated in status call with the Committee and Lowenstein (G. Finizio, B. Nathan) re: sale process and DIP matters. |
| 2/20/2025 | D. Galfus | 0.1 | Held call with Lowenstein (G. Finizio) re: sale process and other matters. |
| 2/25/2025 | C. Kearns | 0.2 | Emailed with Counsel (G. Finizio) regarding diligence/information requests. |
| 2/27/2025 | C. Kearns | 0.2 | Emailed with the Committee members re: general status of the case including sale processes. |

| *Task Code Total Hours* | | *14.8* | |

**11. Claim Analysis/ Accounting**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/17/2025 | M. Earl | 0.6 | Reviewed latest analyses for B-9 and critical vendor claims for key takeaways. |

| *Task Code Total Hours* | | *0.6* | |

**12. Statements and Schedules**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/18/2025 | A. Kashanirokh | 2.8 | Prepared analysis on Debtors' unsecured claims for each Debtor entity for SOFA/SOAL presentation. |
| 2/18/2025 | M. Earl | 2.5 | Created tables of SOFA 4 filings for 2/19 weekly report to the Committee. |
| 2/18/2025 | A. Kashanirokh | 2.4 | Continued to prepare analysis on Debtors' unsecured claims for each Debtor entity for SOFA/SOAL presentation. |
| 2/18/2025 | M. Earl | 1.9 | Created SOFA and SOAL sections in 2/19 weekly report to the Committee. |
| 2/18/2025 | M. Earl | 1.7 | Created tables of SOFA 3 filings for 2/19 weekly report to the Committee. |
| 2/18/2025 | M. Earl | 0.3 | Compiled SOFAs and SOALs from docket for BRG analysis. |
| 2/19/2025 | A. Kashanirokh | 2.2 | Prepared report on unsecured claims for all Debtor entities for SOFA/SOAL presentation. |
| 2/19/2025 | M. Earl | 1.9 | Created summary-level charts of third-party payments data from SOFA filings. |
| 2/19/2025 | M. Earl | 0.8 | Created summary-level charts of insider payments data from SOFA filings. |
| 2/19/2025 | M. Earl | 0.5 | Created report template for SOFA and SOAL data and findings. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **12. Statements and Schedules** | | | |
| 2/20/2025 | A. Kashanirokh | 2.8 | Drafted analysis on Debtors' financial position as of petition date related SOFA/SOAL presentation. |
| 2/20/2025 | A. Kashanirokh | 2.4 | Prepared analysis of Debtors' insider payments made in the last 12 months related to SOFA/SOAL presentation. |
| 2/20/2025 | J. Emerson | 2.4 | Prepared analysis of Debtors' insider payments related to potential preferences for SOFA/SOAL reporting. |
| 2/20/2025 | D. Galfus | 0.7 | Reviewed the Statements and Schedule as filed on the docket. |
| 2/21/2025 | A. Kashanirokh | 2.1 | Prepared creditor analysis on Debtors' SOFA and SOALs. |
| 2/21/2025 | J. Emerson | 1.7 | Reviewed Debtors' Statement of Financial Affairs. |
| 2/21/2025 | J. Emerson | 1.2 | Reviewed Debtors' Schedule of Assets and Liabilities. |
| 2/21/2025 | D. Galfus | 0.4 | Reviewed the Debtors' Statements and Schedules. |
| 2/25/2025 | A. Kashanirokh | 2.4 | Prepared analysis on Debtors' Statements of Financial Affairs as of petition date. |
| 2/25/2025 | J. Emerson | 1.3 | Prepared executive summary slide for Statements and Schedules report for the UCC. |
| 2/25/2025 | J. Emerson | 0.9 | Updated executive summary slide for Statements and Schedules report for the UCC. |
| 2/26/2025 | J. Emerson | 2.4 | Prepared analysis of payments made in the 90-day prepetition period. |
| 2/26/2025 | J. Emerson | 1.2 | Revised analysis of payments made in the 90-day prepetition period. |
| 2/26/2025 | J. Emerson | 0.6 | Prepared analysis of Debtors' gross revenue for SOFA/SOAL reporting to the UCC. |
| 2/27/2025 | A. Kashanirokh | 2.8 | Prepared analysis related to Debtors' creditor payments 90 days prior to bankruptcy related to SOFA/SOAL presentation. |
| 2/27/2025 | A. Kashanirokh | 2.7 | Prepared analysis related to Debtors' insider payments 12 months prior to bankruptcy related to SOFA/SOAL presentation. |
| 2/27/2025 | A. Kashanirokh | 2.6 | Updated SOFA/SOALs report based on comments revived from the BRG team. |
| 2/27/2025 | J. Emerson | 2.1 | Prepared certain slides for inclusion in statements and schedules report re: gross revenue. |
| 2/27/2025 | J. Emerson | 1.5 | Prepared certain slides for inclusion in statements and schedules report re: payments to third parties. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **12. Statements and Schedules** | | | |
| 2/27/2025 | D. Galfus | 0.8 | Analyzed the Statement and Schedules for claims information. |
| 2/28/2025 | A. Kashanirokh | 2.7 | Prepared analysis on Debtors' consolidated assets related to SOFA/SOAL presentation. |
| 2/28/2025 | A. Kashanirokh | 2.6 | Revised SOFA/SOAL presentation based on comments received from BRG team. |
| 2/28/2025 | J. Emerson | 2.6 | Revised UCC report re: Statements and Schedules. |
| 2/28/2025 | A. Kashanirokh | 2.5 | Prepared analysis on Debtors' unsecured claims related to SOFA/SOAL presentation. |
| 2/28/2025 | J. Emerson | 2.0 | Prepared UCC report re: Statements and Schedules. |
| 2/28/2025 | J. Emerson | 1.5 | Commented on UCC report re: Statements and Schedules. |
| 2/28/2025 | D. Galfus | 0.6 | Reviewed BRG's analysis of the Debtors' Statements and Schedules. |
| ***Task Code Total Hours*** | | ***66.5*** | |
| **18. Operating and Other Reports** | | | |
| 2/1/2025 | M. Earl | 1.4 | Prepared draft framework of 2/4 report to the Committee. |
| 2/2/2025 | A. Kashanirokh | 2.7 | Prepared slide for 2/4 UCC presentation related to Debtors' core business segments. |
| 2/2/2025 | M. Earl | 2.7 | Revised summary and detailed milestone comparison slides in 2/4 report to the Committee. |
| 2/2/2025 | A. Kashanirokh | 2.6 | Prepared slide detailing Debtors' upcoming key chapter 11 process events for 2/4 UCC presentation. |
| 2/2/2025 | M. Earl | 2.1 | Prepared draft slides on Debtors' historical consolidated and standalone financial statements for 2/4 report to the Committee. |
| 2/2/2025 | M. Earl | 1.1 | Revised bid procedures slides in 2/4 report to the Committee based on internal feedback. |
| 2/3/2025 | A. Kashanirokh | 2.9 | Updated 2/4 UCC presentation based on comments received from BRG team. |
| 2/3/2025 | A. Kashanirokh | 2.8 | Continued to update 2/4 UCC presentation based on comments received from BRG team. |
| 2/3/2025 | A. Wilsterman | 2.5 | Conducted further edits on the 2/4 comprehensive update presentation for the UCC. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 2/3/2025 | A. Wilsterman | 2.3 | Continued to conduct further edits on the 2/4 comprehensive update presentation for the UCC. |
| 2/3/2025 | A. Wilsterman | 1.8 | Updated the 2/4 report to the UCC. |
| 2/3/2025 | A. Wilsterman | 1.6 | Revised slides for 2/3 report to Counsel on the bid procedures comparables analysis. |
| 2/3/2025 | A. Wilsterman | 1.3 | Continued to update the 2/4 report to the UCC. |
| 2/3/2025 | J. Emerson | 0.8 | Prepared outline of initial (2/4) reporting to the UCC. |
| 2/4/2025 | J. Emerson | 1.9 | Prepared executive summary slides for 2/4 draft reporting. |
| 2/5/2025 | D. Galfus | 0.8 | Analyzed the Debtors' operating plan following the sale process. |
| 2/5/2025 | M. Earl | 0.7 | Compiled standalone balance sheets in preparation for discussion with Counsel. |
| 2/6/2025 | M. Earl | 2.9 | Revised executive summary slide in 2/11 report to the Committee based on internal feedback. |
| 2/6/2025 | A. Kashanirokh | 2.8 | Prepared analysis of the top unsecured creditors for 2/11 UCC meeting. |
| 2/6/2025 | M. Earl | 2.7 | Added commentary to 2/11 report to the Committee based on BRG call notes. |
| 2/6/2025 | A. Kashanirokh | 2.1 | Updated 2/11 UCC presentation to reflect comments from BRG team. |
| 2/6/2025 | M. Earl | 0.9 | Performed quality control review of 2/11 report slides for Committee. |
| 2/7/2025 | A. Kashanirokh | 2.9 | Modified 2/11 UCC presentation to reflect comments from BRG team. |
| 2/7/2025 | A. Kashanirokh | 2.8 | Prepared summary on Debtors' different business segments for 2/11 UCC presentation. |
| 2/7/2025 | A. Wilsterman | 2.7 | Revised the 2/11 UCC presentation based on feedback from BRG (J. Emerson). |
| 2/7/2025 | A. Wilsterman | 2.4 | Continued to revise the 2/11 UCC presentation based on feedback from BRG (J. Emerson). |
| 2/7/2025 | M. Earl | 2.4 | Revised 2/11 report to the Committee based on internal feedback. |
| 2/7/2025 | A. Kashanirokh | 1.7 | Continued to modify 2/11 UCC presentation to reflect comments from BRG team. |
| 2/7/2025 | D. Galfus | 1.2 | Edited reporting for the Committee on operating matters. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 2/8/2025 | M. Earl | 2.4 | Revised executive summary in 2/11 report based on internal feedback. |
| 2/8/2025 | J. Emerson | 0.9 | Revised 2/11 UCC comprehensive update presentation. |
| 2/8/2025 | D. Galfus | 0.8 | Reviewed certain reporting on operating matters. |
| 2/9/2025 | A. Kashanirokh | 2.4 | Updated 2/11 UCC presentation to reflect comments from BRG team. |
| 2/10/2025 | A. Wilsterman | 2.6 | Performed quality control review of the 2/11 UCC presentation. |
| 2/10/2025 | D. Galfus | 0.9 | Reviewed the 2/11 presentation for the Committee on liquidity issues. |
| 2/11/2025 | J. Emerson | 0.9 | Edited 2/11 update presentation in advance of meeting with the UCC. |
| 2/11/2025 | C. Kearns | 0.2 | Reviewed presentation materials for the 2/11 Committee meeting. |
| 2/12/2025 | M. Earl | 1.6 | Prepared outline of 2/19 weekly report to Committee. |
| 2/13/2025 | M. Earl | 1.2 | Updated slides including charts and graphs in draft outline of 2/19 weekly report to Committee. |
| 2/14/2025 | M. Earl | 1.6 | Developed questions on 2015.3 docket filing in preparation for call with Lowenstein. |
| 2/15/2025 | M. Earl | 1.4 | Added revised tables to 2/19 weekly report to the Committee. |
| 2/15/2025 | M. Earl | 0.8 | Analyzed budgeted professionals' fees in Debtors' January operating package. |
| 2/16/2025 | M. Earl | 2.4 | Revised 2/19 weekly report to the Committee. |
| 2/16/2025 | A. Kashanirokh | 1.2 | Updated the 2/19 UCC report based on comments received from the BRG team. |
| 2/18/2025 | A. Kashanirokh | 1.4 | Incorporated internal comments into the 2/19 UCC report. |
| 2/18/2025 | D. Galfus | 1.1 | Reviewed the 2/19 weekly presentation for the Committee re: sale process and operations. |
| 2/19/2025 | J. Emerson | 2.1 | Provided comments re: 2/19 UCC presentation. |
| 2/19/2025 | M. Earl | 1.4 | Revised 2/19 weekly report to the Committee for revisions from Counsel. |
| 2/19/2025 | D. Galfus | 1.2 | Edited 2/19 presentation for the Committee re: operations and sale process. |
| 2/19/2025 | J. Emerson | 1.2 | Edited 2/19 UCC presentation in advance of distribution to the Committee. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 2/19/2025 | C. Kearns | 0.1 | Reviewed 2/19 presentation for the Committee re: case status. |
| 2/24/2025 | A. Kashanirokh | 2.7 | Prepared analysis on Debtors' sales by month for the last year to assess revenue fluctuations. |
| ***Task Code Total Hours*** | | ***92.0*** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 2/4/2025 | M. Earl | 2.9 | Prepared draft slides to include in 2/11 report to the Committee re: cash flow variance reporting for week ending 2/1. |
| 2/4/2025 | A. Kashanirokh | 2.8 | Prepared analysis on Debtors' liquidity for 2/11 UCC meeting. |
| 2/4/2025 | A. Kashanirokh | 2.8 | Prepared variance analysis on Debtors' weekly cash forecast through week ending 2/1. |
| 2/4/2025 | J. Emerson | 2.5 | Revised slides for 2/4 draft reporting for the UCC. |
| 2/4/2025 | J. Emerson | 2.3 | Prepared analysis of Debtors' liquidity in advance of initial meeting with UCC. |
| 2/4/2025 | A. Wilsterman | 1.6 | Drafted slides on the Debtors' cash flow and liquidity for the 2/11 UCC presentation. |
| 2/4/2025 | M. Earl | 1.6 | Reviewed DIP motion and cash management motion for information on reporting requirements. |
| 2/4/2025 | A. Wilsterman | 1.2 | Performed analysis of trends of the Debtors' weekly liquidity. |
| 2/4/2025 | M. Earl | 0.9 | Prepared draft slides on revolver paydown and weekly liquidity trends to include in 2/11 report to the Committee. |
| 2/5/2025 | M. Earl | 2.9 | Revised cash flow variance reporting for 2/11 report to the Committee based on internal feedback. |
| 2/5/2025 | M. Earl | 2.9 | Revised week ending 2/1 cash flow budget versus actual slides for 2/11 report to the Committee based on internal feedback. |
| 2/5/2025 | A. Wilsterman | 2.8 | Adjusted slides on DIP and liquidity for the 2/11 UCC presentation for internal comments received. |
| 2/5/2025 | A. Kashanirokh | 2.8 | Prepared slide for 2/11 UCC presentation detailing Debtors' liquidity profile. |
| 2/5/2025 | J. Emerson | 2.7 | Prepared analysis of Debtors' recent actual cash flows for the two weeks ending 2/1/25. |
| 2/5/2025 | A. Kashanirokh | 2.7 | Prepared slides for 2/11 UCC presentation on the Debtors' 13-week cash flow through week ending 5/3. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 2/5/2025 | A. Wilsterman | 2.6 | Analyzed the Debtors' 13-week cash flows through week ending 5/3. |
| 2/5/2025 | J. Emerson | 2.5 | Edited 2/11 UCC presentation slides re: actual cash flows through 2/1. |
| 2/5/2025 | J. Emerson | 2.1 | Continued to prepare analysis of Debtors' recent actual cash flows for the two weeks ending 2/1/25. |
| 2/5/2025 | A. Wilsterman | 2.0 | Incorporated internal feedback on the DIP and liquidity slides into the 2/11 UCC presentation. |
| 2/5/2025 | A. Wilsterman | 1.9 | Continued to adjust slides on DIP and liquidity for the 2/11 UCC presentation for internal comments received. |
| 2/5/2025 | M. Earl | 1.6 | Prepared bridge between actual and budgeted cash flows. |
| 2/6/2025 | A. Wilsterman | 2.9 | Revised cash flow analysis sides in the 2/11 UCC presentation. |
| 2/6/2025 | A. Kashanirokh | 2.7 | Prepared schedule of the Debtors' weekly inventory payments for week ending 2/1 for inclusion in the 2/11 UCC presentation. |
| 2/6/2025 | A. Wilsterman | 2.6 | Incorporated feedback into the 2/11 UCC presentation re: DIP and liquidity. |
| 2/6/2025 | A. Wilsterman | 1.7 | Continued to incorporate feedback into the 2/11 UCC presentation re: DIP and liquidity. |
| 2/6/2025 | A. Kashanirokh | 1.4 | Prepared analysis on the Debtors' total debt balance over a 13-week period. |
| 2/6/2025 | M. Earl | 1.4 | Revised DIP budget summary for 2/11 report to the Committee. |
| 2/6/2025 | M. Earl | 1.2 | Updated cash flow actual bridge slides for 2/11 report to the Committee. |
| 2/7/2025 | J. Emerson | 2.8 | Evaluated comprehensive liquidity and cash forecast model incorporating Debtors' 2/5 reporting updates. |
| 2/7/2025 | J. Emerson | 2.1 | Continued to evaluate comprehensive liquidity and cash forecast model incorporating Debtors' 2/5 reporting updates. |
| 2/7/2025 | J. Emerson | 2.0 | Prepared slides for 2/11 UCC reporting re: liquidity. |
| 2/8/2025 | J. Emerson | 1.6 | Prepared analysis re: Debtors' revised liquidity. |
| 2/8/2025 | M. Earl | 1.4 | Revised budget to actual slides in 2/11 report based on team feedback. |
| 2/9/2025 | M. Earl | 1.6 | Revised bridge slide in 2/11 report based on feedback from BRG (D. Galfus). |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 2/9/2025 | A. Wilsterman | 1.5 | Edited the 2/11 UCC presentation slides on DIP and liquidity. |
| 2/10/2025 | M. Earl | 0.9 | Developed questions for Debtors' advisors on DIP budget and variance reporting. |
| 2/13/2025 | A. Kashanirokh | 1.3 | Reviewed documents related to Debtors' liquidity profile, including eligible inventory items. |
| 2/14/2025 | M. Earl | 2.8 | Drafted observations on budget versus actuals for 2/19 weekly report to the Committee. |
| 2/14/2025 | J. Emerson | 2.8 | Prepared analysis on Debtors' budget versus actual performance for week ended 2/8. |
| 2/14/2025 | M. Earl | 2.7 | Created slides on latest budget versus actuals for 2/19 weekly report to the Committee. |
| 2/14/2025 | A. Kashanirokh | 2.7 | Prepared variance analysis for 2/19 UCC report. |
| 2/14/2025 | J. Emerson | 2.1 | Prepared actual cash flow slides for 2/19 UCC reporting. |
| 2/15/2025 | J. Emerson | 1.8 | Prepared analysis re: Debtors' budget versus actual performance to date for 2/19 UCC presentation. |
| 2/16/2025 | D. Galfus | 0.8 | Prepared comments on BRG's slides on DIP forecast and liquidity for the 2/19 report to the UCC. |
| 2/17/2025 | A. Kashanirokh | 0.9 | Reviewed documents related to the Debtors' variance reporting covenants. |
| 2/18/2025 | A. Kashanirokh | 2.8 | Prepared cash flow analysis on Debtors' updated DIP budget. |
| 2/19/2025 | M. Earl | 1.6 | Created reconciliation of operating disbursements from first half to second half of DIP budget period. |
| 2/20/2025 | J. Emerson | 0.8 | Evaluated updated Debtors' DIP budget and related budget to actuals variances. |
| 2/25/2025 | J. Emerson | 2.1 | Revised analysis of Debtors' expected liquidity under revised assumptions. |
| ***Task Code Total Hours*** | | ***101.1*** | |
| **25. Litigation** | | | |
| 2/4/2025 | C. Kearns | 0.5 | Reviewed litigation-related documents. |
| 2/17/2025 | C. Kearns | 0.2 | Evaluated possible forensic needs for the case. |
| 2/18/2025 | D. Galfus | 0.4 | Evaluated certain investigation workstreams. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **25. Litigation** | | | |
| ***Task Code Total Hours*** | | ***1.1*** | |
| **31. Planning** | | | |
| 2/1/2025 | M. Earl | 1.1 | Prepared draft outline of BRG workstreams based on upcoming case milestones and data received in data room. |
| 2/2/2025 | M. Earl | 1.3 | Revised slide on BRG workstream plan for 2/4 report to the Committee based on additional data received. |
| 2/2/2025 | J. Emerson | 0.6 | Edited initial list of BRG workstreams. |
| 2/21/2025 | J. Emerson | 0.9 | Revised internal list of workstreams for the case. |
| ***Task Code Total Hours*** | | ***3.9*** | |
| **32. Document Review** | | | |
| 1/31/2025 | D. Galfus | 1.2 | Analyzed the Debtors' second day motions. |
| 1/31/2025 | C. Kearns | 0.5 | Reviewed the Gorin first day declaration. |
| 2/1/2025 | M. Earl | 2.9 | Analyzed first day motion to assess the Company's background and other critical case information. |
| 2/1/2025 | M. Earl | 2.9 | Reviewed financial statements in the data room to inform key takeaways and follow-up questions for Debtors' counsel. |
| 2/1/2025 | J. Emerson | 2.8 | Reviewed the Debtors' filed first day motions and related interim orders. |
| 2/1/2025 | A. Wilsterman | 2.7 | Evaluated the Company's financial statements in the data room to identify documents requiring further analysis. |
| 2/1/2025 | J. Emerson | 2.7 | Reviewed first day declaration. |
| 2/1/2025 | A. Wilsterman | 2.4 | Reviewed first day motions and related interim orders. |
| 2/1/2025 | A. Wilsterman | 2.3 | Continued to evaluate the Company's financial statements in the data room to identify documents requiring further analysis. |
| 2/1/2025 | J. Emerson | 2.1 | Continued to review the Debtors' filed first day motions and related interim orders. |
| 2/1/2025 | A. Wilsterman | 1.9 | Analyzed the Company's historical financial data provided by the Debtors' investment banker. |
| 2/1/2025 | J. Emerson | 1.9 | Evaluated the Debtors' second day motions. |
| 2/1/2025 | A. Wilsterman | 1.6 | Reviewed second day motions. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 32. Document Review

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/1/2025 | A. Kashanirokh | 1.2 | Analyzed first day motion to evaluate the Debtors' business mechanics. |
| 2/1/2025 | A. Wilsterman | 0.7 | Continued to analyze the Company's historical financial data provided by the Debtors' investment banker. |
| 2/3/2025 | M. Earl | 0.7 | Analyzed historical sales data to develop key takeaways and follow-up questions for Debtors' counsel. |
| 2/3/2025 | M. Earl | 0.6 | Evaluated the Debtors' A/P and A/R aging reporting in preparation for call with Debtors' counsel. |
| 2/3/2025 | M. Earl | 0.6 | Reviewed certain historical financial information in the data room to assess outstanding data. |
| 2/3/2025 | C. Kearns | 0.3 | Reviewed status of second day motions. |
| 2/4/2025 | A. Kashanirokh | 1.1 | Compiled the Debtors' key Court documents for integration into the data room. |
| 2/4/2025 | A. Kashanirokh | 0.7 | Updated data room with the Debtors' key Court documents. |
| 2/5/2025 | J. Emerson | 1.6 | Revised diligence tracker to reflect recently provided files. |
| 2/6/2025 | C. Kearns | 0.4 | Reviewed status of second days motions. |
| 2/9/2025 | M. Earl | 0.8 | Compiled historical consolidated and standalone financial statements for Counsel. |
| 2/12/2025 | A. Kashanirokh | 1.1 | Reviewed key documents related to Debtors' objection deadlines. |
| 2/17/2025 | M. Earl | 1.1 | Reviewed latest docket filings and data room uploads for key takeaways and next steps. |
| *Task Code Total Hours* | | *38.8* | |

### 37. Vendor Management

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/1/2025 | J. Gusciora | 2.9 | Continued to prepare investment banker fees comparables analysis. |
| 2/1/2025 | J. Gusciora | 2.9 | Prepared investment banker fees comparables analysis. |
| 2/2/2025 | M. Earl | 2.4 | Prepared draft slides on Debtors' retention of Raymond James for report to the Committee on 2/4. |
| 2/2/2025 | J. Gusciora | 2.1 | Prepared investment banker fees comparables analysis. |
| 2/2/2025 | J. Emerson | 1.0 | Prepared comparables analysis related to investment banker fees. |
| 2/2/2025 | J. Emerson | 0.7 | Evaluated investment banker retention economics. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

### 37. Vendor Management

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/3/2025 | M. Earl | 0.5 | Reviewed Raymond James retention filing for specific terms and fee structures. |
| 2/3/2025 | D. Galfus | 0.4 | Reviewed the retention agreement for the Debtors' financial professionals. |
| 2/17/2025 | M. Earl | 0.4 | Updated critical vendor analysis based on trade letters received from Counsel. |
| 2/18/2025 | D. Galfus | 0.2 | Reviewed the Debtors' financial advisor retention. |
| *Task Code Total Hours* | | *13.5* | |

### 39. Overseas/Foreign Entity Proceedings

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 2/7/2025 | M. Earl | 2.0 | Prepared summary of UK entity financials and operations for BRG (D. Galfus). |
| 2/7/2025 | D. Galfus | 0.7 | Evaluated matters related to the Debtors' foreign operations. |
| 2/9/2025 | J. Emerson | 1.2 | Prepared analysis on Debtors' UK business. |
| 2/14/2025 | A. Kashanirokh | 2.8 | Prepared financial analysis related to the Debtors' U.K entity for 2/19 UCC report. |
| *Task Code Total Hours* | | *6.7* | |

| **Total Hours** | | **579.6** | |