# **EXHIBIT B**

**In re: Diamond Comic Distributors, Inc.**



## Exhibit B: Expense Detail

**Berkeley Research Group, LLC**

For the Period 1/31/2025 through 2/28/2025

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **10. Meals** | | | |
| 2/1/2025 | A. Wilsterman | $24.48 | Weekend meal on 2/1 while working on DCD client deliverables. |
| 2/2/2025 | A. Wilsterman | $34.39 | Weekend dinner on 2/2 while working on DCD client deliverables. |
| 2/2/2025 | A. Wilsterman | $28.44 | Weekend lunch on 2/2 while working on DCD client deliverables. |
| 2/2/2025 | A. Kashanirokh | $20.31 | Weekend meal on 2/2 while working on DCD deliverables. |
| 2/2/2025 | M. Earl | $34.37 | Weekend meal on 2/2 while working on Diamond Comic UCC. |
| 2/3/2025 | M. Earl | $35.00 | Dinner on 2/3 while working late on Diamond Comic UCC deliverables. |
| 2/4/2025 | M. Earl | $27.28 | Dinner on 2/4 while working late on Diamond Comic UCC deliverables. |
| 2/14/2025 | M. Earl | $33.45 | Dinner on 2/14 while working late on Diamond Comic UCC deliverables. |
| 2/19/2025 | M. Earl | $24.46 | Diamond Comic UCC's portion of late working dinner on 2/19. |
| ***Expense Category Total*** | | ***$262.18*** | |

| | | | |
|------|------|------|------|
| **Total Expenses** | | **$262.18** | |