# Exhibit A

DATE: 03/31/25 12:10:41 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071559)  # 151448                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS

General Administrative

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors | The Official Committee of Unsecured Creditors |
| for the Diamond Comic Distributors, Inc. Bankruptcy Case | for the Diamond Comic Distributors, Inc. Bankruptcy Case |
| 100 Front Street | 100 Front Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: | PHONE: |
| CONTACT: Gregory Andonian | CONTACT: Gregory Andonian |
| REFERRED BY: | REFERRED BY: |

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

| TRUST AMOUNT: | 0.00 |
|---|---|
| UNAPPLIED AMOUNT: | 0.00 |

LAST BILL DATE:          / /

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2726086 | RLC | 01/31/25 | B | 1.50 | 900.00 | 1.50 | 900.00 | 900 | | | Confer with co-counsel regarding critical vendor motion, pro hac motions, notices of appearances, and upcoming hearings and review same. |
| 2726553 | DJS | 01/31/25 | B | 1.80 | 1125.00 | 1.80 | 1125.00 | 2025 | | | Review docket for list of first day motions, objection deadlines and hearing dates (.9); emails with co-counsel regarding preparing |

DATE: 03/31/25 12:10:41 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071559)  # 151448                                    Page 2

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|--------|--------|--------|--------|-----|------|-----|-------------|
| | | | | HRS | AMT | HRS | AMT | | | | |
| | | | | | | | | | | | pro hac vice motions and notices of appearance (.3); calls with Gerald and Costella regarding DIP issues and other pressing matters (6.). |
| 2726560 | DJS | 01/31/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 2213 | | | Follow up with Costella and Gerald regarding most significant first day issues |
| 2726054 | SBG | 01/31/25 | B | 3.50 | 2170.00 | 2.10 | 1302.00 | 3515 | | | Begin reviewing first day motions |
| 2725972 | JL | 01/31/25 | B | 0.10 | 35.00 | 0.10 | 35.00 | 3550 | | | Case discussion with DJS |
| 2727436 | DJS | 02/02/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 3737 | | | Emails with Finizio regarding extension of time to respond to certain first day motions; internal communications with Gerald regarding same. |
| 2730885 | DJS | 02/03/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 4175 | | | Calls (3x) with Gerald regarding first day motion review and division of labor for review and coordination with LS on open issues |
| 2730888 | DJS | 02/03/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 4675 | | | Notices of appearance review and coordination with LS; local practice and payment of fees and proper procedure for notice and service issues. |
| 2730891 | DJS | 02/03/25 | B | 1.80 | 1125.00 | 1.80 | 1125.00 | 5800 | | | Further review of filed first days, upcoming hearings and objection deadlines; confer with Gerald regarding same. |
| 2730892 | DJS | 02/03/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 5987 | | | Additional emails with co-counsel and call with Gerald regarding open issues to be addressed immediately. |
| 2730894 | DJS | 02/03/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 6112 | | | Follow up on noticing of Feb 10 hearing. |
| 2727141 | SBG | 02/03/25 | B | 2.60 | 1612.00 | 2.60 | 1612.00 | 7724 | | | review first day motions |
| 2727142 | SBG | 02/03/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 8034 | | | emails with debtor regarding stipulation extending time to object; confer with D.Shaffer |

DATE: 03/31/25 12:10:41 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071559)  # 151448                                        Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----|-----|-----|-----|-----|------|-----|-------------|
| | | | | | | | | | | | regarding same |
| 2727292 | RLC | 02/04/25 | B | 1.00 | 600.00 | 0.80 | 480.00 | 8514 | | | Prepare for and attend committee meeting (.7); review/analyze committee bylaws and memo on duties (.3). |
| 2730899 | DJS | 02/04/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 9014 | | | Attend weekly committee call. |
| 2727299 | SBG | 02/04/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 9138 | | | review memo to committee regarding duties |
| 2727227 | SBG | 02/04/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 9324 | | | confer with D.Shaffer regarding status of pro hacs, NOAs, cmecf registration for Lowenstein |
| 2727228 | SBG | 02/04/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 9448 | | | review draft committee bylaws, contact list and email regarding same |
| 2727230 | SBG | 02/04/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 9510 | | | emails regarding status of stipulation extending objection deadline |
| 2727238 | SBG | 02/04/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 9572 | | | review filed stip extending time |
| 2727254 | SBG | 02/04/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 10006 | | | attend committee call |
| 2731822 | DJS | 02/05/25 | B | 1.60 | 1000.00 | 1.60 | 1000.00 | 11006 | | | Review employment application and calls with Gerald regarding same (.8); review issues with bid procedures and call with Gerald regarding same. (.8) |
| 2727643 | SBG | 02/05/25 | B | 0.60 | 372.00 | 0.50 | 310.00 | 11316 | | | calls with D.Shaffer regarding status of issue with first day motions and follow up tasks regarding same |
| 2731860 | DJS | 02/10/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 11879 | | | Further review and prep for hearing and review of revised forms of order regarding same. |
| 2731861 | DJS | 02/10/25 | B | 1.40 | 875.00 | 1.40 | 875.00 | 12754 | | | Walk to and from courthouse regarding hearing on first day motions; attend hearing regarding same. |
| 2728233 | SBG | 02/10/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 12816 | | | confer with D.Shaffer regarding hearing logistics |

DATE: 03/31/25 12:10:41 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071559)  # 151448                                         Page 4

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | HRS | AMT | HRS | AMT | | | | |
| 2728426 | SBG | 02/10/25 | B | 1.50 | 930.00 | 1.50 | 930.00 | 13746 | | | attend second day hearing; prep in discussions in advance thereof |
| 2728428 | SBG | 02/10/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 13808 | | | committee email regarding hearing |
| 2731866 | DJS | 02/11/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 14308 | | | Attend Committee meeting. |
| 2729548 | SBG | 02/11/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 14432 | | | confer with D.Shaffer regarding committee call |
| 2731895 | DJS | 02/13/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 14557 | | | Review form 426 for debtor. |
| 2729528 | SBG | 02/14/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 14619 | | | confer with D.Shaffer regarding pleadings to review |
| 2730332 | DJS | 02/18/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 14994 | | | Further review of open issues for various motions filed by Debtor; discuss with Gerald regarding same. |
| 2729869 | SBG | 02/18/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 15118 | | | confer with D.Shaffer regarding hearing logistics |
| 2730301 | DJS | 02/19/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 15868 | | | Attend committee call. |
| 2730120 | SBG | 02/19/25 | B | 1.20 | 744.00 | 1.20 | 744.00 | 16612 | | | attend committee call |
| 2731018 | DJS | 02/24/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 16987 | | | Confer with Gerald and assess open issues with pending motions filed by debtor (.5); confirm objection and hearing dates (.1) |
| 2732617 | DJS | 02/26/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 17487 | | | Review requests for documents from debtor and confer with Gerald re same. |
| 2731415 | SBG | 02/26/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 17859 | | | review and comment on draft discovery request letter; review local rules regarding and appendix regarding same |
| 2731482 | SBG | 02/26/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 18293 | | | review docket and calendar important dates |
| 2732637 | DJS | 02/27/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 18543 | | | Email from co-counsel regarding update on case status and upcoming matters; confer with Gerald regarding same. |

DATE: 03/31/25 12:10:41 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071559)  # 151448                    Page 5

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----------|-----------|-----------|-----------|-----|------|-----|-------------|
| 2731732 | SBG | 02/27/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 18729 | | | committee email from LS regarding status; confer with D.Shaffer regarding same |

FEE SUBTOTAL                                    18,728.50

BALANCE DUE FROM PREVIOUS STATEMENT                    0.00
LESS PAYMENT(S)

BALANCE FORWARD                                        0.00

TIMECARD SUB-TOTAL (30.20)             18,728.50
DISBURSEMENT SUB-TOTAL                      0.00
SUBTOTAL CURRENT PERIOD                18,728.50
TOTAL DUE                                            18,728.50

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 15.50 | 51.3 | 9687.50 | 51.70 |
| Gerald, Stephen B. | 620.00 | 12.30 | 40.7 | 7626.00 | 40.70 |
| Costella, Richard L. | 600.00 | 2.30 | 7.6 | 1380.00 | 7.40 |
| Lee, Jung | 350.00 | 0.10 | 0.3 | 35.00 | 0.20 |
| TOTALS | | 30.20 | | 18728.50 | |

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL

DATE: 03/31/25 12:16:23 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071568)  # 151442                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| US Trustee Issues and Debtor Disclosures | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors | The Official Committee of Unsecured Creditors |
| for the Diamond Comic Distributors, Inc. Bankruptcy Case | for the Diamond Comic Distributors, Inc. Bankruptcy Case |
| 100 Front Street | 100 Front Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: | PHONE: |
| CONTACT: Gregory Andonian | CONTACT: Gregory Andonian |
| REFERRED BY: | REFERRED BY: |

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:        0.00

LAST BILL DATE:          / /

## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2731831 | DJS | 02/06/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 438 | | | Prepare for call to UST regarding open issues with bid procedures and DIP (.4); call with Hugh Bernstein regarding same (.3). |
| 2727730 | SBG | 02/06/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 562 | | | confer with D.Shaffer regarding call with UST |
| 2731019 | DJS | 02/24/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 812 | | | Emails with Hugh Bernstein and Chelsea Frankel regarding |

DATE: 03/31/25 12:16:23 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071568)  # 151442                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----------|-----------|-----------|-----------|-----|------|-----|-------------|
| | | | | | | | | | | | obtaining recording of 341 meeting and getting transcript of same; follow up with Reliable regarding same. |
| | | FEE SUBTOTAL | | | | | 811.50 | | | | |

BALANCE DUE FROM PREVIOUS STATEMENT                           0.00
LESS PAYMENT(S)

BALANCE FORWARD                                               0.00

TIMECARD SUB-TOTAL (1.30)                     811.50
DISBURSEMENT SUB-TOTAL                          0.00
SUBTOTAL CURRENT PERIOD                        811.50
TOTAL DUE                                                811.50

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 1.10 | 84.6 | 687.50 | 84.70 |
| Gerald, Stephen B. | 620.00 | 0.20 | 15.4 | 124.00 | 15.30 |
| TOTALS | | 1.30 | | 811.50 | |

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL

DATE: 03/31/25 12:13:27 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071562)  # 151436                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                 BILLING INSTRUCTIONS
Operational Issues

CLIENT ADDRESS                                     MATTER ADDRESS
The Official Committee of Unsecured Creditors      The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                   100 Front Street
Riverside, NJ 08075                                Riverside, NJ 08075

CLIENT INFORMATION                                 MATTER INFORMATION
PHONE:                                             PHONE:
CONTACT: Gregory Andonian                          CONTACT: Gregory Andonian
REFERRED BY:                                       REFERRED BY:

STATUS:          OP            DEPARTMENT:    500        Bankruptcy                FEE FREQ:     M
DATE OPENED:     03/06/25      MATTER TYPE:   3300       Creditor Committee        COST FREQ:    M
                                                         Representation
DATE CLOSED:                   ARRANGEMENT:   HRST       HRST

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:          / /

## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2729545 | SBG | 02/12/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | review motion to reject janey contract |

FEE SUBTOTAL                          124.00

DATE: 03/31/25 12:13:27 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071562)  # 151436                                          Page 2

```
BALANCE DUE FROM PREVIOUS STATEMENT                              0.00
LESS PAYMENT(S)

BALANCE FORWARD                                                  0.00
                                                      _____

TIMECARD SUB-TOTAL (0.20)                       124.00
DISBURSEMENT SUB-TOTAL                            0.00
SUBTOTAL CURRENT PERIOD                         124.00
TOTAL DUE                                                      124.00
```

| | TIME AND FEE SUMMARY | | | | |
|---|---|---|---|---|---|
| TIMEKEEPER | RATE | HOURS | % | FEES | % |
| Gerald, Stephen B. | 620.00 | 0.20 | 100.0 | 124.00 | 100.00 |
| TOTALS | | 0.20 | | 124.00 | |

```
( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL
```

DATE: 03/31/25 12:15:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071565)  # 151439                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                        BILLING INSTRUCTIONS
Professionals-Debtor and Committee (Rete

CLIENT ADDRESS                                        MATTER ADDRESS
The Official Committee of Unsecured Creditors          The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                       100 Front Street
Riverside, NJ 08075                                    Riverside, NJ 08075

CLIENT INFORMATION                                     MATTER INFORMATION
PHONE:                                                 PHONE:
CONTACT: Gregory Andonian                              CONTACT: Gregory Andonian
REFERRED BY:                                           REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:         / /

## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2726554 | DJS | 01/31/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 500 | | | Emails and calls with Jung Lee regarding preparation of Notices of Appearance for Lowenstein and T&R; review drafts of same. |
| 2726555 | DJS | 01/31/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 750 | | | Review Lowenstein draft of Notice of Appearance and follow up with Frankel regarding timing and procedure for filing. |

DATE: 03/31/25 12:15:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071565)  # 151439                                    Page 2

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------|------|------|------|-----|------|-----|-------------|
| | | | | HRS | AMT | HRS | AMT | | | | |
| 2726052 | SBG | 01/31/25 | B | 3.60 | 2232.00 | 2.20 | 1364.00 | 2114 | | | Finalize pro hacs for co-counsel; file same |
| 2725973 | JL | 01/31/25 | B | 1.70 | 595.00 | 1.70 | 595.00 | 2709 | | | Review docket and prepare Notice of Entry of Appearance for Tydings & Rosenberg LLP |
| 2730889 | DJS | 02/03/25 | B | 0.50 | 312.50 | 0.50 | 312.50 | 3022 | | | Emails with co-counsel regarding open issues and filing of notices of appearances. |
| 2730895 | DJS | 02/03/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 3272 | | | Confer with Lee and Gerald regarding employment application issues. |
| 2727922 | JL | 02/03/25 | B | 1.40 | 490.00 | 1.40 | 490.00 | 3762 | | | Draft Application to Employ Tydings & Rosenberg LLP, affidavit, and proposed order |
| 2727943 | JL | 02/03/25 | B | 0.40 | 140.00 | 0.40 | 140.00 | 3902 | | | Draft Notices of Appearances for Lowenstein attorneys |
| 2730904 | DJS | 02/04/25 | B | 0.50 | 312.50 | 0.50 | 312.50 | 4214 | | | Review of NOA's for LS lawyers and emails with Frankel regarding same. |
| 2727931 | JL | 02/04/25 | B | 0.30 | 105.00 | 0.30 | 105.00 | 4319 | | | Revise Application to Employee T&R |
| 2731828 | DJS | 02/05/25 | B | 0.50 | 312.50 | 0.50 | 312.50 | 4632 | | | Review interim compensation motion issues and confer with Gerald regarding same. |
| 2727638 | SBG | 02/05/25 | B | 1.60 | 992.00 | 1.60 | 992.00 | 5624 | | | review interim comp procedures and compare to recent cases; email to D.Shaffer regarding same |
| 2731841 | DJS | 02/06/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 5874 | | | Review interim comp issues and confer with Gerald regarding same. |
| 2727665 | SBG | 02/06/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 5998 | | | confer with D.Shaffer regarding issues regarding interim comp procedures |
| 2727671 | SBG | 02/06/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 6308 | | | email to team regarding issues regarding interim comp and local practice |

DATE: 03/31/25 12:15:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071565)  # 151439                              Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----|-----|-----|-----|-----|------|-----|-------------|
| 2727784 | SBG | 02/06/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 6370 | | | finalize and file NOA |
| 2727788 | SBG | 02/06/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 6618 | | | review saul and omni retention applications |
| 2727789 | SBG | 02/06/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 6742 | | | review guidelines for large cases and applicability to instant case |
| 2727817 | SBG | 02/06/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 6928 | | | review getzler employment app for local rule issues |
| 2728429 | SBG | 02/10/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 6990 | | | emails with D.Shaffer and J.Lee regarding issues regarding employment application |
| 2728430 | SBG | 02/10/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 7114 | | | confer with J.Lee regarding large case guidelines for employment application |
| 2728550 | JL | 02/10/25 | B | 1.80 | 630.00 | 1.10 | 385.00 | 7499 | | | Revise Application to Employee T&R as local counsel |
| 2731867 | DJS | 02/11/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 7686 | | | Address issues with notices of appearance. |
| 2731875 | DJS | 02/12/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 8124 | | | Review and edit T&R employment application |
| 2729546 | SBG | 02/12/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 8496 | | | email from G.Franco regarding comments to interim comp motion; email to Saul Ewing regarding same |
| 2731893 | DJS | 02/13/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 8996 | | | Draft/edit T&R employment application; review same. |
| 2731894 | DJS | 02/13/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 9121 | | | Call with Gerald regarding interim compensation motion issues. |
| 2729534 | SBG | 02/13/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 9245 | | | confer with P.Topper regarding issues raised regarding interim comp motion |
| 2729535 | SBG | 02/13/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 9369 | | | confer with J.Hampton regarding status of DIP and interim comp issues |
| 2729126 | JL | 02/13/25 | B | 4.50 | 1575.00 | 3.20 | 1120.00 | 10489 | | | Draft and revise Application to Employ T&R, Proposed Order, Verified Statement, and Notice of |

DATE: 03/31/25 12:15:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071565)  # 151439                    Page 4

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|--------|--------|--------|--------|-----|------|-----|-------------|
|       |      |      |      | HRS | AMT | HRS | AMT |     |      |     | Application |
| 2730816 | SBG | 02/14/25 | B | 1.50 | 930.00 | 0.90 | 558.00 | 11047 | | | emails regarding finalizing employment applications; final review and edits; confer with D.Shaffer regarding same |
| 2730818 | SBG | 02/14/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 11171 | | | emails with LS team regarding engagement issues |
| 2729918 | DJS | 02/17/25 | B | 1.70 | 1062.50 | 1.70 | 1062.50 | 12233 | | | Review ordinary course professional motion and proposed order (1.3); calls and emails with Gerald regarding issues concerning same (.4). |
| 2729919 | DJS | 02/17/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 12608 | | | Review issues raised regarding Debtor Special Counsel application to employ UK counsel for non-debtor affiliate. |
| 2730333 | DJS | 02/17/25 | B | 1.70 | 1062.50 | 1.70 | 1062.50 | 13671 | | | Read ordinary course professional motion; check local cases for similar terms as proposed by debtors. |
| 2730334 | DJS | 02/17/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 14171 | | | Read Stephenson application and identify issues; review latest proposed budget for line item regarding same. |
| 2730335 | DJS | 02/17/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 14421 | | | Follow up with Gerald regarding open issues with Stephenson application and ordinary course professional motion. |
| 2729618 | SBG | 02/17/25 | B | 2.70 | 1674.00 | 2.70 | 1674.00 | 16095 | | | review ordinary course motion and Stephensen application; identify potential issues; prepare list of same for LS team; conferences with D.Shaffer regarding same |
| 2729764 | SBG | 02/17/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 16405 | | | further emails regarding status of interim comp, ordinary course, and stephenson application; confer with D.Shaffer regarding same |

DATE: 03/31/25 12:15:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071565)  # 151439                                            Page 5

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----|-----|-----|-----|-----|------|-----|-------------|
| | | | | HRS | AMT | HRS | AMT | | | | |
| 2730326 | DJS | 02/18/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 16842 | | | Follow up on open issues for Stephenson retention and ordinary course professional motions. |
| 2730329 | DJS | 02/18/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 17280 | | | Review T&R employment application. |
| 2729916 | DJS | 02/18/25 | B | 1.90 | 1187.50 | 1.90 | 1187.50 | 18467 | | | Review drafts of employment application, verified statement, notice and form of order; edit same. |
| 2729917 | DJS | 02/18/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 18717 | | | Emails and calls with Gerald regarding open issues with UST guidelines for employment applications. |
| 2729921 | DJS | 02/18/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 19155 | | | Review UST guidelines for fee and employment applications |
| 2729971 | SBG | 02/18/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 19279 | | | emails regarding comments to interim comp motion |
| 2729863 | SBG | 02/18/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 19589 | | | review guidelines regarding applications in large cases; confer with D.Shaffer regarding same; emails with C.Frankel regarding same; confer with D.Shaffer regarding tydings employment application |
| 2729864 | SBG | 02/18/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 19651 | | | email to Saul regarding status of comments regarding interim comp motion |
| 2729865 | SBG | 02/18/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 19837 | | | email to Saul regarding comments regarding Stephenson application and ordinary course motion; confer with D.Shaffer regarding same |
| 2730286 | JL | 02/18/25 | B | 2.00 | 700.00 | 2.00 | 700.00 | 20537 | | | Revise Employment Application |
| 2730136 | RLC | 02/19/25 | B | 0.50 | 300.00 | 0.50 | 300.00 | 20837 | | | Analyze issues regarding professionals employment application and required disclosures. |
| 2730285 | DJS | 02/19/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 21087 | | | Review and edit T&R |

DATE: 03/31/25 12:15:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071565)  # 151439                        Page 6

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|--------|--------|--------|--------|------|------|-----|-------------|
| | | | | HRS | AMT | HRS | AMT | | | | |
| | | | | | | | | | | | employment application. |
| 2730287 | DJS | 02/19/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 21274 | | | Review interim compensation motion issues. |
| 2730289 | DJS | 02/19/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 21524 | | | Review issues with Stephenson application regarding whether benefit to estates and amounts involved. |
| 2730310 | DJS | 02/19/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 22087 | | | Further review of employment application; emails with co-counsel regarding same. |
| 2730311 | DJS | 02/19/25 | B | 1.90 | 1187.50 | 1.90 | 1187.50 | 23274 | | | Review and edit T&R employment application packet, including affidavits, notice and form of order. |
| 2730313 | DJS | 02/19/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 23524 | | | Calls and emails with Gerald regarding employment application issues, including review of BRG application. |
| 2730314 | DJS | 02/19/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 24274 | | | Review of BRG application; calls with Gerald regarding same, including on indemnification and UST guideline issues. |
| 2730058 | SBG | 02/19/25 | B | 1.20 | 744.00 | 1.20 | 744.00 | 25018 | | | review and revise T&R employment |
| 2730201 | SBG | 02/19/25 | B | 1.80 | 1116.00 | 1.80 | 1116.00 | 26134 | | | prepare committee declaration; review and finalize tydings employment application; |
| 2730206 | SBG | 02/19/25 | B | 1.50 | 930.00 | 1.50 | 930.00 | 27064 | | | review and finalize BRG employment application; prepare notice for same; emails with BRG regarding same |
| 2730149 | AMG | 02/19/25 | B | 0.30 | 210.00 | 0.30 | 210.00 | 27274 | | | Review email from Steve Gerald regarding indemnification declaration for BRG; pull BRG retention application and declaration and forward same to Gerald for his review; analyze same. |
| 2730630 | DJS | 02/20/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 27837 | | | Further review of employment |

DATE: 03/31/25 12:15:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071565)  # 151439                    Page 7

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|--------|------|--------|------|-----|------|-----|-------------|
| | | | | HRS | AMT | HRS | AMT | | | | |
| | | | | | | | | | | | applications and comments from co-counsel; confer with Gerald regarding same; confer with Lee regarding service. |
| 2730631 | DJS | 02/20/25 | B | 0.50 | 312.50 | 0.50 | 312.50 | 28149 | | | Read objection to debtor FA application on numerous grounds filed by UST office; confer with Gerald regarding same. |
| 2730427 | SBG | 02/20/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 28459 | | | review LS revisions and revise T&R employment application; emails regarding same |
| 2730458 | SBG | 02/20/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 28831 | | | work on updating BRG and T&R fee applications; update notice |
| 2730459 | SBG | 02/20/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 29079 | | | prepare notice for LS employment application; emails regarding same |
| 2730460 | SBG | 02/20/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 29203 | | | review objection to Getzler employment application; email with team regarding sale |
| 2730772 | DJS | 02/21/25 | B | 1.40 | 875.00 | 1.40 | 875.00 | 30078 | | | Review and edit T&R employment application. |
| 2730773 | DJS | 02/21/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 30578 | | | Review and edit LS employment application. |
| 2730774 | DJS | 02/21/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 31141 | | | Review and edit BRG application. |
| 2730775 | DJS | 02/21/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 31578 | | | Calls with Frankel regarding filing of UCC employment applications; set up service regarding same; confer with Gerald regarding same. |
| 2730815 | SBG | 02/22/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 31888 | | | emails regarding stephenson application; confer with D.Shaffer regarding same |
| 2730811 | SBG | 02/23/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 32260 | | | emails regarding stephenson application; review engagement agreement; |
| 2731015 | DJS | 02/24/25 | B | 3.20 | 2000.00 | 3.20 | 2000.00 | 34260 | | | Finalize each of UCC's |

DATE: 03/31/25 12:15:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071565)  # 151439          Page 8

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | professionals' employment applications and file same (2.9); coordinate service of same (.3). |
| 2730875 | SBG | 02/24/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 34384 | | | confer with D.Shaffer regarding status of Stephenson application, filing of Committee applications and review of sale motion |
| 2731004 | SBG | 02/24/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 34508 | | | confer with D.Shaffer regarding committee employment applications |
| 2732571 | DJS | 02/25/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 34758 | | | Follow up regarding open issues on forms of order for the Ordinary course and interim compensation motions. |
| 2732605 | DJS | 02/25/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 34946 | | | Follow up on forms of order for OCP and Interim Comp motions. |
| 2731142 | SBG | 02/25/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 35070 | | | review revised OCP order; emails regarding same; confer with D.Shaffer regarding same |
| 2731179 | SBG | 02/25/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 35504 | | | review revised interim comp order / revisions; emails regarding same |
| 2732612 | DJS | 02/26/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 35629 | | | Emails with co-counsel regarding status of open matters and internal communications. |
| 2731490 | SBG | 02/26/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 35753 | | | emalls regarding comments to OCP and interim com |
| 2732563 | DJS | 02/28/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 36003 | | | Review entered orders; calls with Gerald regarding improvidently entered order on interim comp motion; follow up regarding same. |
| 2731975 | SBG | 02/28/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 36251 | | | emails with team and SE regarding ordered entered on interim comp and need to rectify; call with M.Papandea regarding same |
| 2731977 | SBG | 02/28/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 36313 | | | email with P.Topper regarding |

DATE: 03/31/25 12:15:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071565)  # 151439                    Page 9

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------------|------------|------------|------------|-----|------|-----|-------------|
| | | | | | | | | | | | status of Stephenson order |
| | | FEE SUBTOTAL | | | | | 36,312.50 | | | | |

| | | |
|---|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | | 0.00 |
| LESS PAYMENT(S) | | |
| BALANCE FORWARD | | 0.00 |
| TIMECARD SUB-TOTAL (62.70) | 36,312.50 | |
| DISBURSEMENT SUB-TOTAL | 0.00 | |
| SUBTOTAL CURRENT PERIOD | 36,312.50 | |
| TOTAL DUE | | 36,312.50 |

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 30.30 | 48.3 | 18937.50 | 52.20 |
| Gerald, Stephen B. | 620.00 | 21.50 | 34.3 | 13330.00 | 36.70 |
| Costella, Richard L. | 600.00 | 0.50 | 0.8 | 300.00 | 0.80 |
| Grochal, Alan M. | 700.00 | 0.30 | 0.5 | 210.00 | 0.60 |
| Lee, Jung | 350.00 | 10.10 | 16.1 | 3535.00 | 9.70 |
| TOTALS | | 62.70 | | 36312.50 | |

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 03/31/25 14:32:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071560)  # 151434                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                        BILLING INSTRUCTIONS
Secured Lender/Creditor Issues

CLIENT ADDRESS                                        MATTER ADDRESS
The Official Committee of Unsecured Creditors         The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case    for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                      100 Front Street
Riverside, NJ 08075                                   Riverside, NJ 08075

CLIENT INFORMATION                                     MATTER INFORMATION
PHONE:                                                PHONE:
CONTACT: Gregory Andonian                             CONTACT: Gregory Andonian
REFERRED BY:                                          REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:        / /

## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2725951 | SBG | 01/31/25 | B | 1.10 | 682.00 | 1.10 | 682.00 | 682 | | | Research issues present in case / opinions of Judge Rice |
| 2727439 | DJS | 02/02/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 1182 | | | Review DIP motion and issues identified as problematic. |
| 2727263 | SBG | 02/04/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1244 | | | review issue list regarding DIP |
| 2727331 | SBG | 02/04/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1306 | | | email from G. Finizio regarding status of discussion with DIP |

DATE: 03/31/25 14:32:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071560)  # 151434                    Page 2

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | HRS | AMT | HRS | AMT | | | | |
| 2727618 | RLC | 02/05/25 | B | 1.20 | 720.00 | 1.20 | 720.00 | 2026 | | | Analyze issues regarding roll-up DIP loan, avoidance actions, and post-sale carve-out. |
| 2727639 | SBG | 02/05/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 2336 | | | emails with team regarding issue with DIP |
| 2727640 | SBG | 02/05/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 2522 | | | call with D.Shaffer regarding issues with DIP |
| 2727641 | SBG | 02/05/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 2708 | | | call with D.Shaffer regarding issue regarding DIP and local benchmark |
| 2727642 | SBG | 02/05/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 2894 | | | call with D.Shaffer regarding issues with DIP |
| 2727710 | AMG | 02/05/25 | B | 0.20 | 140.00 | 0.20 | 140.00 | 3034 | | | Telephone conference with Rich Costella regarding issues raised by lender's proposed cash collateral agreement (roll up, lien on avoidance actions). |
| 2727711 | AMG | 02/05/25 | B | 0.30 | 210.00 | 0.30 | 210.00 | 3244 | | | Telephone conference call with Dennis Shaffer and Rich Costella regarding Judge Rice's reaction to proposed roll up and lender's request for lien on avoidance actions; discuss lender's refusal to lend additional money post=sale. |
| 2727721 | RLC | 02/06/25 | B | 0.60 | 360.00 | 0.40 | 240.00 | 3484 | | | Analyze issues regarding DIP loan and roll up. |
| 2731830 | DJS | 02/06/25 | B | 2.60 | 1625.00 | 2.60 | 1625.00 | 5109 | | | Research regarding case law and previous Maryland rulings on roll-up situations and allowance of same in a DIP financing order (2.3); confer with Gerald regarding same and follow up (.3). |
| 2731839 | DJS | 02/06/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 5547 | | | Emails and discussions with co-counsel regarding DIP and bid procedures issues. |
| 2731840 | DJS | 02/06/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 6109 | | | Review of DIP and Sale issues and confer with Gerald regarding |

DATE: 03/31/25 14:32:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071560)  # 151434                        Page 3

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|--------|--------|--------|--------|-----|------|-----|-------------|
| | | | | HRS | AMT | HRS | AMT | | | | |
| | | | | | | | | | | | same. |
| 2727673 | SBG | 02/06/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 6605 | | | research issues regarding objection items regarding DIP and local process and procedure; internal emails with Tydings team; emails regarding same |
| 2727815 | SBG | 02/06/25 | B | 0.90 | 558.00 | 0.90 | 558.00 | 7163 | | | confer with D.Shaffer regarding DIP and bid procedures issues |
| 2727729 | AMG | 02/06/25 | B | 0.20 | 140.00 | 0.20 | 140.00 | 7303 | | | Review draft response by Dennis Shaffer to Lowenstein request on cash collateral issues; email Shaffer. |
| 2731843 | DJS | 02/07/25 | B | 2.80 | 1750.00 | 2.80 | 1750.00 | 9053 | | | Review draft DIP objection and confer with Gerald regarding issues. |
| 2731846 | DJS | 02/07/25 | B | 1.10 | 687.50 | 1.10 | 687.50 | 9741 | | | Review of open issues for committee regarding DIP and sale matters; post-closing funding and sale of non-debtor affiliates. |
| 2727880 | SBG | 02/07/25 | B | 1.10 | 682.00 | 1.10 | 682.00 | 10423 | | | review and comment on draft objection to DIP and sale procedures |
| 2727881 | SBG | 02/07/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 10547 | | | call with D.Shaffer reviewing comments to objection to DIP sale procedures motion |
| 2728070 | SBG | 02/07/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 10733 | | | review reservation of rights; file same |
| 2728071 | SBG | 02/07/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 11105 | | | emails with team regarding status of objection/resolution of issues and status of hearing |
| 2728203 | DJS | 02/09/25 | B | 1.40 | 875.00 | 1.40 | 875.00 | 11980 | | | Emails with co-counsel and review of proposed final DIP Order draft (1.2); calls with Gerald regarding same (.2) |
| 2728208 | SBG | 02/09/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 12290 | | | further review draft DIP with collective comments; emails regarding same |

DATE: 03/31/25 14:32:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071560)  # 151434                    Page 4

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2728202 | SBG | 02/09/25 | B | 2.20 | 1364.00 | 2.20 | 1364.00 | 13654 | | | review Final DIP Order with LS comments; confer with D.Shaffer regarding same; emails with team regarding same |
| 2731859 | DJS | 02/10/25 | B | 2.20 | 1375.00 | 2.20 | 1375.00 | 15029 | | | Prepare for hearing on DIP motion; review other motions on for hearing and confer with co-counsel regarding same. |
| 2728232 | SBG | 02/10/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 15091 | | | emails regarding changes to DIP order |
| 2731896 | DJS | 02/13/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 15528 | | | Review open issues for DIP order and emails regarding same. |
| 2729536 | SBG | 02/13/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 15652 | | | emails regarding status of DIP |
| 2729525 | SBG | 02/14/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 15776 | | | confer with D.Shaffer regarding call with team regarding status of DIP |
| 2729524 | SBG | 02/15/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 15900 | | | emails regarding budget and DIP issues and status of hearing |
| 2729922 | DJS | 02/16/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 16150 | | | Follow up emails regarding budget items in Final DIP concerning critical vendor and 503b9 issues. |
| 2729923 | DJS | 02/16/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 16400 | | | Emails with co-counsel and financial advisor regarding open DIP budget issues. |
| 2729523 | SBG | 02/16/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 16524 | | | emails with team regarding status of DIP |
| 2730341 | DJS | 02/17/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 17024 | | | Review open issues for DIP and related open motions; emails with Counter claim professionals regarding same; confer with Gerald regarding same. |
| 2730355 | DJS | 02/17/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 17149 | | | emails regarding DIP hearing and open issues. |
| 2729910 | DJS | 02/18/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 17899 | | | Travel to and from courthouse for hearing on final DIP and |

DATE: 03/31/25 14:32:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071560)  # 151434                    Page 5

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----------|-----------|-----------|-----------|-----|------|-----|-------------|
| | | | | | | | | | | | attend hearing |
| 2729911 | DJS | 02/18/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 18024 | | | Follow up with Finizio regarding hearing on Final DIP and entry of bridge order. |
| 2729912 | DJS | 02/18/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 18774 | | | Calls and emails with co-counsel for committee (.4); review form of redlined bridge order for Interim DIP (.2); review sections of DIP proposed order and motion regarding extension (.4); prepare notes for hearing (.2). |
| 2730319 | DJS | 02/18/25 | B | 1.70 | 1062.50 | 1.70 | 1062.50 | 19837 | | | Calls with Finizio and Gerald; review open issues and prepare for hearing on DIP; attend hearing regarding same. |
| 2729870 | SBG | 02/18/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 19961 | | | review bridge for DIP; emails regarding same; confer with D.Shaffer regarding same |
| 2730292 | DJS | 02/19/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 20148 | | | Follow up from DIP hearing and open issues. |
| 2730300 | DJS | 02/19/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 20336 | | | Review reservation of rights regarding DIP; prepare for committee call. |
| 2730315 | DJS | 02/19/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 20523 | | | Review Final DIP Order and emails with group regarding entry and cancellation of hearing. |
| 2730023 | SBG | 02/19/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 20957 | | | emails regarding resolving DIP; review final order |
| 2730103 | SBG | 02/19/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 21081 | | | review and file reservation of rights regarding final DIP |
| 2730233 | SBG | 02/19/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 21267 | | | review final DIP order, emails regarding same |

FEE SUBTOTAL                                     21,267.00

DATE: 03/31/25 14:32:09 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071560)  # 151434                    Page 6

```
BALANCE DUE FROM PREVIOUS STATEMENT                                0.00
LESS PAYMENT(S)

BALANCE FORWARD                                                    0.00
                                                        _____

TIMECARD SUB-TOTAL (34.10)                       21,267.00
DISBURSEMENT SUB-TOTAL                                0.00
SUBTOTAL CURRENT PERIOD                          21,267.00
TOTAL DUE                                                     21,267.00
```

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 20.20 | 59.2 | 12625.00 | 59.40 |
| Gerald, Stephen B. | 620.00 | 11.60 | 34.0 | 7192.00 | 33.80 |
| Costella, Richard L. | 600.00 | 1.60 | 4.7 | 960.00 | 4.50 |
| Grochal, Alan M. | 700.00 | 0.70 | 2.1 | 490.00 | 2.30 |
| TOTALS | | 34.10 | | 21267.00 | |

```
(  ) BILL COSTS AND FEES          (  ) DO NOT BILL
(  ) BILL FEES ONLY               (  ) CLOSE FILE
(  ) BILL COSTS ONLY              (  ) FINAL BILL
```

DATE: 03/31/25 14:33:52 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071563)  # 151437                Page 1

|  CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
|  |  | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                       BILLING INSTRUCTIONS

Sale Issues

CLIENT ADDRESS

The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

MATTER ADDRESS

The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

CLIENT INFORMATION

PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

MATTER INFORMATION

PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: |  | ARRANGEMENT: | HRST | HRST |  |  |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:          / /

TIME ENTRIES

|  |  |  |  | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2730902 | DJS | 02/04/25 | B | 1.60 | 1000.00 | 1.60 | 1000.00 | 1000 |  |  | Review of bid procedures issues; confer with Gerald regarding same. |
| 2727294 | SBG | 02/04/25 | B | 1.80 | 1116.00 | 1.80 | 1116.00 | 2116 |  |  | review bid procedures order along with list of issues and comment |
| 2727354 | SBG | 02/04/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 2426 |  |  | call with D.Shaffer regarding Tydings comments to bid |

DATE: 03/31/25 14:33:52 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071563)  # 151437                                        Page 2

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|--------|--------|--------|--------|-----|------|-----|-------------|
| | | | | HRS | AMT | HRS | AMT | | | | procedures |
| 2731827 | DJS | 02/05/25 | B | 1.00 | 625.00 | 0.80 | 500.00 | 2926 | | | Internal discussions with Gerald regarding post-sale funding and other issues with proposed DIP financing. |
| 2728129 | SBG | 02/07/25 | B | 1.60 | 992.00 | 1.60 | 992.00 | 3918 | | | email from Franco regarding final comments to sale procedures order; review comments and compare to current draft; email to D.shaffer regarding same |
| 2730343 | DJS | 02/14/25 | B | 1.10 | 687.50 | 1.10 | 687.50 | 4606 | | | Review wind down budget and process memo. |
| 2730344 | DJS | 02/14/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 5356 | | | Call with committee professionals to go over wind down budget and open issues for post sale time period. |
| 2730026 | SBG | 02/19/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 5480 | | | review notice of sale procedures |
| 2730778 | DJS | 02/21/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 5605 | | | Receipt of sale motion filed by debtors; check response deadline; emails with Nathan regarding same. |
| 2731020 | DJS | 02/24/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 5792 | | | Review local rules for sale motion requirements. |
| 2731022 | SBG | 02/24/25 | B | 1.10 | 682.00 | 1.10 | 682.00 | 6474 | | | review sale motion |
| | | FEE SUBTOTAL | | | | | 6,474.00 | | | | |

```
BALANCE DUE FROM PREVIOUS STATEMENT                        0.00
LESS PAYMENT(S)

BALANCE FORWARD                                            0.00
                                          _____

TIMECARD SUB-TOTAL (10.40)                6,474.00
DISBURSEMENT SUB-TOTAL                        0.00
SUBTOTAL CURRENT PERIOD                   6,474.00
TOTAL DUE                                             6,474.00
```

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 5.20 | 50.0 | 3250.00 | 50.20 |
| Gerald, Stephen B. | 620.00 | 5.20 | 50.0 | 3224.00 | 49.80 |
| TOTALS | | 10.40 | | 6474.00 | |

```
( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL
```

DATE: 03/26/25 09:58:16 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071475) # 151451          Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| Bankruptcy | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors for the Diamond Comic Distributors, Inc. Bankruptcy Case 100 Front Street Riverside, NJ 08075 | The Official Committee of Unsecured Creditors for the Diamond Comic Distributors, Inc. Bankruptcy Case 100 Front Street Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: CONTACT: Gregory Andonian REFERRED BY: | PHONE: CONTACT: Gregory Andonian REFERRED BY: |

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 02/03/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:        0.00

LAST BILL DATE:          / /

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE |
|---|---|---|---|---|---|
| 884610 | 02/03/25 | B | 400.00 | VENDOR: Stephen B. Gerald; INVOICE#: 96860; DATE: 2/3/2025 - Reim 1/31/25 Maryland Bankruptcy Court | FF |
| 887290 | 02/24/25 | B | 781.20 | Photocopies - Infortext | PQ |
| 887304 | 02/24/25 | B | 651.00 | Photocopies - Infortext | PQ |
| 887307 | 02/24/25 | B | 744.00 | Photocopies - Infortext | PQ |
| | | | 2,576.20 | | |

DATE: 03/26/25 09:58:16 PRO FORMA STATEMENT AS OF 02/28/25  FOR FILE (D02748.071475)  # 151451                          Page 2

BALANCE DUE FROM PREVIOUS STATEMENT                                      0.00
LESS PAYMENT(S)

BALANCE FORWARD                                                          0.00

TIMECARD SUB-TOTAL (0)                              0.00
DISBURSEMENT SUB-TOTAL                          2,576.20
SUBTOTAL CURRENT PERIOD                         2,576.20
TOTAL DUE                                                            2,576.20


COST CODE SUMMARY
                    COST CODE                  AMOUNT
FF        Filing Fee                            400.00
PQ        Photocopies-Infortext                2176.20
COST TOTAL                                     2576.20


( ) BILL COSTS AND FEES            ( ) DO NOT BILL
( ) BILL FEES ONLY                 ( ) CLOSE FILE
( ) BILL COSTS ONLY                ( ) FINAL BILL