IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| In re: | Case Number: 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), David W.T. Daniels, Esquire, a member in good standing of the bar of this Court, moves the admission of Junior Dufort, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for The Pokémon Company International, Inc.

Movant and the proposed admittee certify as follows:

1. The proposed admittee was admitted to practice law in the state of Maryland on May 23, 2024, as set forth below, and plans to file an application for admission to practice before the United States District Court for the District of Maryland within the coming days.

2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

   | State Court and Date of Admission | U.S. Court and Date of Admission |
   |---|---|
   | Maryland 5/23/2024 | N/A |
   | District of Columbia 9/16/2024 | |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court 0 times. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[2]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] *See* Local District Court Rule 101(1)(b)(iii).

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned or David W.T. Daniels, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

*/s/ David W.T. Daniels* | */s/ Junior Dufort*
--- | ---
David W.T. Daniels MD Bar No. 17343 | Junior Dufort
PERKINS COIE LLP | PERKINS COIE LLP
700 Thirteenth Street N.W. | 700 Thirteenth Street N.W., Suite 800
Washington, D.C. 20005-3960 | Washington, D.C. 20005-3960
Telephone: (202) 654-6200 | Telephone: (202) 654-1776
DDaniels@perkinscoie.com | JDufort@perkinscoie.com
Movant | Proposed Admittee

## CERTIFICATE OF SERVICE

I hereby certify that, on the 1st day of April, 2025, a copy of this document was served upon the following parties that are registered to receive notice via the Court's CM/ECF system notification system:

**Electronic Mail Notice List** - Parties in the case only

- **Jan Berlage**  JBerlage@GHSLLP.com, tcollins@ghsllp.com
- **Hugh M. (UST) Bernstein**  hugh.m.bernstein@usdoj.gov
- **Daniel Jack Blum**  jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- **Laura Skowronski Bouyea**  lsbouyea@venable.com, dmdierdorff@venable.com
- **Thomas K. Bredar**  thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Andrew Brown**  abrown@klestadt.com
- **Richard L. Costella**  rcostella@tydings.com, scalloway@tydings.com
- **David W.T. Daniels**  ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
- **Turner Falk**  turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- **Justin Philip Fasano**  jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Ashley N Fellona**  ashley.fellona@saul.com, janice.mast@saul.com
- **Gianfranco Finizio**  gfinizio@lowenstein.com
- **Adam Fletcher**  afletcher@bakerlaw.com
- **Chelsea R Frankel**  cfrankel@lowenstein.com
- **Stephen B. Gerald**  sgerald@tydings.com
- **Christopher J. Giaimo**  christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- **Jonathan A. Grasso**  jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- **Zvi Guttman**  zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
- **Jeffrey C. Hampton**  jeffrey.hampton@saul.com
- **Adam H Isenberg**  adam.isenberg@saul.com
- **Toyja E. Kelley**  toyja.kelley@lockelord.com
- **C. Kevin Kobbe**  kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Eric George Korphage**  korphagee@whiteandwilliams.com
- **Jung Yong Lee**  jlee@tydings.com, mhickman@tydings.com
- **Gary H. Leibowitz**  gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

- **Mark Minuti**     mark.minuti@saul.com, robyn.warren@saul.com
- **Bruce S. Nathan**     bnathan@lowenstein.com
- **Michael Papandrea**     mpapandrea@lowenstein.com
- **Steven Gregory Polard**     steven.polard@ropers.com
- **Scott Prince**     sprince@bakerlaw.com
- **Jordan Rosenfeld**     jordan.rosenfeld@saul.com
- **Nikolaus F. Schandlbauer**     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- **Elizabeth Anne Scully**     escully@bakerlaw.com
- **Dennis J. Shaffer**     dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
- **Indira Kavita Sharma**     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- **Nicholas Smargiassi**     nicholas.smargiassi@saul.com
- **Brent C. Strickland**     bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
- **Paige Noelle Topper**     paige.topper@saul.com
- **US Trustee - Baltimore**     USTPRegion04.BA.ECF@USDOJ.GOV

         /s/ *David W.T. Daniels*
         David W.T. Daniels