IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case Number: 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Junior Dufort ("Pro Hac Counsel") as attorney for The Pokémon Company International, Inc. and the certified statements in support thereof, and upon the recommendation of David W.T. Daniels, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and Local District Court Rule 101.1(b) and Pro Hac Counsel is admitted pro hac vice in this bankruptcy case; and it is further

ORDERED, that Pro Hac Counsel must register for a CM/ECF filing account on the Court's website at https://www.mdb.uscourts.gov/for-attorneys/training-and-registration-for-electronic-filing; and it is further

ORDERED, that Pro Hac Counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

cc: Debtor
    Debtor's Attorney
    Movant
    Pro Hac Counsel
    Trustee
    U.S. Trustee

**END OF ORDER**