Entered: April 2nd, 2025
Signed: April 2nd, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−10308 − DER**   Chapter: **11 (Jointly Administered)**

**Diamond Comic Distributors, Inc., et al.,**
Debtors.

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Junior Dufort as counsel for The Pokemon Company International, Inc and the certified statements in support thereof, and upon the recommendation of David W.T. Daniels local counsel herein, it is, by the United States Bankruptcy Court the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b); and is further

ORDERED, that Junior Dufort must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc: Debtor
   Attorney for the Debtor - Jordan Rosenfeld
   Movant − Junior Dufort
   Local Counsel − David W.T. Daniels
   U.S. Trustee

01x01 (rev. 03/12/2024) − ShannonMcKenna*          **End of Order**