DER

_____    ✓ RETAIN

**David E Rice , U. S. BANKRUPTCY JUDGE**        Evidentiary Hrg: (Y) N
                                                 Exhibits Filed: (Y) N

PROCEEDING MEMO - CHAPTER 11

Date: 04/02/2025 Time: 02:00

**CASE: 25-10308 Diamond Comic Distributors, Inc.**

Adam H Isenberg and Ashley N Fellona and Jeffrey C. Hampton Iand Jordan Rosenfeld and Mark Minuti and Nicholas Smargiassi and Paige Noelle Topper and Turner Falk representing Diamond Comic Distributors, Inc. (Debtor)

Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)

Bruce S. Nathan and Chelsea R Frankel and Dennis J. Shaffer and Gianfranco Finizio and Jung Yong Lee and Michael Papandrea and Richard L. Costella and Stephen B. Gerald representing Unsecured Creditors Committee (Creditor Committee)

[245] Objection on behalf of US Trustee - Baltimore Filed by Hugh M. (UST) Bernstein (related document(s) 197 Motion to Seal filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : US Trustee - Baltimore BY H Bernstein

[249] Limited Objection and Reservation of Rights on behalf of Unsecured Creditors Committee Filed by Stephen B. Gerald (related document(s) 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc. ).

**MOVANT** : Unsecured Creditors Committee BY D Shaffer B Nathan G Finizio M Papandrea C Frankel S Gerald J Lee R Costella

[251] Objection on behalf of JPMorgan Chase Bank, N.A. Filed by Toyja E. Kelley Sr (related document(s) 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : JPMorgan Chase Bank, N.A. BY I Sharma K Culbertson J Young D Ruediger T Kelley

[262] Statement and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Key Employee Incentive Program Filed by Stephen B. Gerald (related document(s) 196 Motion for Miscellaneous Relief filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : Unsecured Creditors Committee BY D Shaffer B Nathan G Finizio M Papandrea C Frankel S Gerald J Lee R Costella

[264] Objection on behalf of AIREIT Olive Branch DC LLC,
Anson Logistics Assets LLC Filed by Laura Skowronski
Bouyea (related document(s) 168 Motion to Sell
Free and Clear of Liens and Notice of Motion filed
by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : AIREIT Olive Branch DC LLC Anson Logistics Assets LLC BY L Bouyea L Bouyea

[269] Supplemental Response on behalf of The Pokemon Company
International, Inc. Filed by David W.T. Daniels
(related document(s) 216 Response filed by Creditor
The Pokemon Company International, Inc.).

**MOVANT** : The Pokemon Company International, Inc. BY D Daniels S Chenetz   J.Dufort

[270] Notice *of Designation of Successful Bidder and
Back-Up Bidder* Filed by Diamond Comic Distributors,
Inc. (related document(s) 1 Exhibit A - List
of Contracts That May Be Assumed and Assigned)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[271] Objection on behalf of Image Comics, Inc. Filed
by Elizabeth Anne Scully (related document(s) 1
Exhibit A)

**MOVANT** : Image Comics, Inc. BY E Scully A Fletcher S Prince

[277] Response on behalf of Diamond Comic Distributors,
Inc. Filed by Jordan Rosenfeld (related document(s)
1 Exhibit A - REDACTED Revised Employee Incentive
Program)

[280] Declaration re: *Supplemental Declaration of Robert
Gorin in Support of Debtors Motion for Entry of
an Order Approving Key Employee Incentive Program
and Key Employee Retention Program* Filed by
Jordan Rosenfeld (related document(s) 196 Motion
for Miscellaneous Relief filed by Debtor Diamond
Comic Distributors, Inc.).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[296] Declaration re: *Declaration of Alec Haesler in
Support of Debtors Motion for Entry of an Order
(I) Approving the Sale of Substantially All of the
Debtors Assets Free and Clear of Liens, Claims,
Interests and Encumbrances; (II) Approving the Assumption
and Assignment of Executory Contracts and Unexpired
Leases; and (III) Granting Related Relief* Filed
by Jordan Rosenfeld (related document(s) 168
Motion to Sell Free and Clear of Liens and Notice
of Motion filed by Debtor Diamond Comic Distributors,
Inc.).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[297] Declaration re: *Declaration of Robert Gorin in Support of Debtors Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* Filed by Jordan Rosenfeld (related document(s) 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[68] Motion *Debtors Motion for Entry of an Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, and (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s3 Exhibit B - Stalking Horse Agreement)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[160] Notice *of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* Filed by Diamond Comic Distributors, Inc. (related document(s) 136 Order on Motion for Miscellaneous Relief).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[168] Motion to Sell Description of Assets attached as Exhibit B Free and Clear of Liens and Notice of Motion. Fee Amount $199. Notice Served on 2/21/2025, Filed by Diamond Comic Distributors, Inc. Objections due by 03/14/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 03/27/2025 at 10:00 AM - Courtroom 9-D. (Attachments: #s3 Exhibit B - Description of Assets) (Rosenfeld, Jordan) Modified on 2/24/2025 to fix text to reflect correct hearing date. (McKenna, Shannon).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[194] Supplemental Notice *of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* Filed by Diamond Comic Distributors, Inc. (related document(s) 1 Exhibit 1 - Contracts Schedule)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[196] Motion *for Entry of an Order Approving Key Employee Incentive Program and Key Employee Retention Program (Hearing Date: March 27, 2025 at 10:00 a.m. (ET) / Objection Deadline: March 20, 2025)* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s5 Exhibit D - (REDACTED) Key Employee Retention Plan)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[197] Motion to Seal *Certain Unredacted Exhibits to the Debtors' Motion for Entry of an Order Approving Key Employee Incentive Program and Key Employee Retention Program (Hearing Date: March 27, 2025 at 10:00 a.m. (ET) / Objection Deadline: March 20, 2025)* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s2 Exhibit A - Proposed Order)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[211] Objection to Cure Amount Filed by Katherine Govier (related document(s) 160 Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : Katherine Govier BY J Berlage

[215] Objection on behalf of Anson Logistics Assets LLC, AIREIT Olive Branch DC LLC Filed by Laura Skowronski Bouyea (related document(s) 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : AIREIT Olive Branch DC LLC Anson Logistics Assets LLC BY L Bouyea L Bouyea

[216] Response on behalf of The Pokemon Company International, Inc. Filed by David W.T. Daniels (related document(s) 194 Notice filed by Debtor Diamond Comic Distributors, Inc.).

[217] Response on behalf of Dynamic Forces, Inc. Filed by Justin Philip Fasano (related document(s) 160 Notice filed by Debtor Diamond Comic Distributors, Inc.).

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

Other_____

Confirmed_____ as modified by _____

Denied Confirmation_____ with leave to amend by_____

Other_____

DISPOSITIONS:

    Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court        [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel    [ ] Court
        [ ] Respondent's counsel  [ ] Other _____

NOTES:

- p.168: Sell motion and associated matters are all continued to 4/7/2025 @ 10am.

- p.197 - Granted

- p.196 - Granted as amended