# EXHIBIT LIST

Case No: __25-10308-DER__          Debtor: __Diamond Comic Distributors, Inc.__

Date: __April 2, 2025__

| No. | Offered By | Document | Admitted |
|---|---|---|---|
| 1 | U.S. Trustee | UNREDACTED Key Employee Incentive Program (KEIP) as of 3/24/2025 | |
| 2 | | UNREDACTED Proposed Key Employee Retention Program (KERP) | |
| 3 | | REDACTED Key Employees Incentive Program (KEIP) as of 3/24/2025 | |
| 4 | | REDACTED Proposed Key Employee Retention Program (KERP) | |
| 5 | | Declaration of Robert Goren | X |