# SIGN IN SHEET

*** PLEASE PRINT ***

**Case Name:** Diamond Comic Distributors, Inc

**Case Number:** 25-10308   **Date of Hearing:** 4/2/2025

| Counsel Name: | Representing: |
|---|---|
| Gianfranco Finizio | UCC |
| Dennis Schoffer | UCC |
| Jonathan Young | JP Morgan Chase Bank |
| Brent Strickland | Universal Distribution |
| Mark Minuk | Debtors |
| Hugh Bernstein | U.S. Trustee |
| Junior Duford | Pokemon Company Inc |
| Jonathon Grasso | Alliance Entertainment LLC |
| S. Jason Teele | Alliance Entertainment LLC |

Page ____ of ____