Entered: April 3rd, 2025
Signed: April 3rd, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 197** |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
AUTHORIZING THE DEBTORS TO FILE UNDER SEAL CERTAIN UNREDACTED
EXHIBITS TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER
APPROVING KEY EMPLOYEE INCENTIVE PROGRAM AND KEY
EMPLOYEE RETENTION PROGRAM**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order, pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, authorizing the Debtors to file under seal the Sealed Exhibits; and upon the record of the hearing on April 2, 2025, including the testimony of Mr. Robert Gorin at the hearing; and it appearing that this Court has jurisdiction over

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not defined herein are defined in the Motion.

55186604.4 04/02/2025

the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and, other than the Office of the United States Trustee, no party in interest having objected to the relief requested in the Motion; and no party in interest having suggested that the unredacted versions of the KEIP and KERP were necessary for a party in interest to understand the relief requested in the KEIP/KERP Motion or to participate at the hearing on the KEIP/KERP Motion; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to (a) file the redacted versions of the Sealed Exhibits on the docket of these chapter 11 cases and (b) file the unredacted versions of the Sealed Exhibits under seal.

3. The Debtors shall provide copies of the unredacted versions of the Sealed Exhibits to the Court, the Office of the United States Trustee, counsel to the Committee and counsel to the Debtors' pre-petition secured lender.

4. To the extent any party files any responsive pleadings to the KEIP/KERP Motion, such party shall redact any and all Confidential Information from its pleadings.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

**END OF ORDER**