# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| DIAMOND COMIC DISTRIBUTORS, INC., *et al.,* | Chapter 11 |
| | (Jointly Administered) |
| Debtors. [1] | Re: D.I. 168 |

**SUPPLEMENTAL OBJECTION OF AIREIT OLIVE BRANCH DC LLC AND ANSON LOGISTICS ASSETS LLC TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; (II) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF**

AIREIT Olive Branch DC LLC ("AIREIT"), and Anson Logistics Assets LLC ("Anson", and together with AIREIT collectively, the Landlords") by and through their undersigned counsel, hereby object (the "Objection") to the *Debtors' Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 168] (the "Sale Motion") served by the above captioned debtors and debtors-in-possession (the "Debtors") and in support thereof would respectfully show as follows:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is 10150 York Road, Suite 300, Hunt Valley, Maryland 21030

**I.**
**BACKGROUND**

1.       AIREIT (through its predecessor-in-interest) and Diamond Comic Distributors, Inc. (the "Tenant") entered into a Lease Agreement dated September 13, 2007, as amended by that certain First Amendment to Lease Agreement dated June 24, 2008, that certain Second Amendment to Lease Agreement dated March 31, 2011, that certain Third Amendment to Lease Agreement dated September 1, 2011, and that certain Fourth Amendment to Lease Agreement dated December 11, 2020 (the "AIREIT Lease") for the lease of that certain parcel of land located in DeSoto County, Mississippi, and all improvements thereon, including a 600,000 square foot building, all of which is more particularly described in the AIREIT Lease.

2.       Anson and Tenant entered into a Lease Agreement dated January 31, 2023, as amended by that certain First Amendment to Lease dated May 25, 2023 and that certain Second Amendment to Lease dated September 8, 2023 (the "Anson Lease") for the lease of approximately 33,087 square feet of space known as Suite 100 in that certain building known as Building 300, and located at 1965 Evergreen Boulevard, Duluth, Georgia 30096, as more particularly described in the Anson Lease.

3.       On January 14, 2025, the Tenant and three of its affiliated companies (collectively, the "Debtors") each commenced their cases under chapter 11 of the Bankruptcy Code which are jointly administered for procedural purposes (the "Bankruptcy Case").

4.       On January 21, 2025, the Debtors filed their *Debtors' Motion for Entry of an Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Hereof, and (V) Establishing Notice and*

2

*Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases* [D.I. 68] (the "Bid Procedures Motion").

5.      On February 11, 2025, the Court entered the *Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Hereof, and (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (VI) Granting Related Relief* [D.I. 136] (the "Bid Procedures Order").

6.      On February 18, 2025, the Debtors filed the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [D.I. 160] (the "Cure Notice").

7.      On February 18, 2025, the Debtors filed their *Notice of Sale, Bidding Procedures, Potential Auction, and Sale Hearing* [D.I. 159] (the "Sale Notice").

8.      On February 21, 2025, the Debtors filed the Sale Motion.  Attached to the Sale Motion as Exhibit A is a proposed sale order (the "Proposed Sale Order").  In footnote 3 of the Sale Motion, the Debtors state as follows with regard to the Proposed Sale Order:  "The Sale Order attached to this Motion is a form order because the identity of the Successful Bidder(s) for the Debtors' Assets is not yet known.  The Debtors will file one or more revised Sale Orders before the Sale Hearing to reflect the Sale(s) to the Stalking Horse Bidder and/or other Successful Bidder(s), as applicable."  Sale Motion, p. 1, fn. 2.

9.      On March 12, 2025, the Landlords timely filed their *Objection of AIREIT Olive Branch DC LLC and Anson Logistics Assets LLC to (A) Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (B) Debtors' Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear*

3

*of Liens, Claims, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 215] (the "Cure and Sale Objection").

10.     On March 24, 2025, the Debtors commenced the Auction.

11.     The Cure Notice provided as follows:

The Debtors shall file a notice identifying the Successful Bidder(s) and Back-Up Bidder(s) (if selected) (the "Notice of Successful Bidder") and shall serve the Notice of Successful Bidder on each counterparty to a potential Assigned Contract as soon as reasonably practicable after closing he Auction, if any.   Each counterparty to a potential Assigned Contract will then have an opportunity to object to the identity of the Successful Bidder(s) (other than the Stalking Horse Bidder) or adequate assurance of future performance with respect to such contract counterparty's contract or lease provided by the Successful Bidder(s), which must be (i) in writing, (ii) comply with the Bankruptcy Code, Bankruptcy Rules and Local Rules, (iii) state with specificity, the legal and factual bases thereof, (iv) be filed with the Court by **March 25, 2025, at noon (ET)** (the "Adequate Assurance Objection Deadline"), and (v) be served on the Objection Notice Parties.

12.     The Debtors did not file the Notice of Successful Bidder prior to the Adequate Assurance Objection Deadline set forth in the Cure Notice.

13.     On March 25, 2025, prior to noon ET, the Landlords timely filed their *Objection to Debtors' Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 264] (the "Initial Adequate Assurance Objection")

14.     Subsequently, on March 25, 2025, the Debtors filed their *Notice of Designation of Successful Bidder and Back-Up Bidder* [D.I. 270] (the "Notice of Successful Bidder").  Attached to the Notice of Successful Bidder was an Exhibit A titled List of the Contracts That May Be Assumed and Assigned, which lists the AIREIT Lease.

4

15.     In the Notice of Successful Bidder, the Debtors designated Alliance Entertainment, LLC ("Alliance") as the Successful Bidder and stated that they would be seeking approval of the sale to the Successful Bidder on March 27, 2025.

16.     On March 27, 2025, the Debtors announced at the initial Sale Hearing that they needed additional time to finalize the APA with Alliance as well as the Sale Order.  The Sale Hearing was adjourned to April 2, 2025.  At the subsequent Sale Hearing, the Debtors announced that they were pivoting to the Back-Up Bidder which is a combined bid of Universal Distribution, LLC ("Universal") and Ad Populum, LLC ("Ad Populum").  Importantly, Universal who was the stalking horse bidder is not interested in either of the Leases but Ad Populum has expressed an interest in taking assumption and assignment of the AIREIT Lease.

17.     Alliance informed the Court that it would be opposing the Debtors' sale to the Back-Up Bidder.  The Court adjourned the Sale Hearing to April 7, 2025.

18.     As of the filing of this Objection, no APA with Ad Populum has been filed on the docket or provided to counsel for the Landlords.  Nor has a Proposed Sale Order been provided to counsel for the Landlords or filed on the docket.

19.     Landlords and other parties do not know who will be ultimately approved as the purchaser by the Court.

## II.
## OBJECTION

20.     The Cure and Sale Objection and the Initial Adequate Assurance Objection remain outstanding and have not been resolved.

21.     Counsel for the Landlords has been communicating with in-house counsel for Ad Populum over the last several days requesting the last three years of audited financials or unaudited financials for Ad Populum if they do not have audited financials.  While the parties have worked

5

constructively and signed an NDA today, AIREIT did not receive any financial information on Ad Populum until mid-afternoon today.  The financial information is limited to one slide which is insufficient.  AIREIT has requested the financial back-up for the slide.

22.    AIREIT is entitled to due process with regard to its review and analysis of adequate assurance information.  Its leased space is substantial and current monthly base rent alone is $175,000.00.  In addition, the real property taxes that AIREIT paid on the leased property that is an obligation of the Debtors was $450,000.00, part of the Cure Objection, and an obligation in addition to base rent.

23.    Landlords have requested that the Debtors adjourn any issues with regard to the Leases, adequate assurance, assumption and assignment and cure to a later date but have not yet received a response.  Accordingly, Landlords object to the Sale Hearing going forward on April 7 as it relates to any issue that impacts their Leases, including, but not limited to, assumption and assignment, adequate assurance and cure.

24.    Landlords reserve all rights in regard to adequate assurance.  Landlords join in objections asserted by other landlords in the Bankruptcy Case to the Sale Motion to the extent such objections are not inconsistent with the relief requested in this Objection.

## III.
## RESERVATION OF RIGHTS

25.    The Landlords reserve the right to amend and/or supplement this Objection up to and including at the time of any hearing.

WHEREFORE, the Landlords respectfully request that the Court sustain their objections to the Sale Motion, and for such other and further relief to which the Landlords may show themselves to be justly entitled at law or in equity.

6

Dated:  April 4, 2025

**VENABLE LLP**

*/s/ Laura S. Bouyea*
Laura S. Bouyea (Federal Bar No. 27812)
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone:  (410) 244-7400
Facsimile:  (410) 244-7742
E-mail:  lsbouyea@venable.com

-and-

**MUNSCH HARDT KOPF & HARR, P.C.**
Deborah M. Perry (*admitted pro hac vice*)
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail:  dperry@munsch.com

**ATTORNEYS FOR AIREIT OLIVE BRANCH DC
LLC and ANSON LOGISTICS ASSETS LLC**

7

## <u>CERTIFICATE OF SERVICE</u>

I , Laura S. Bouyea, hereby certify that on this 4th day April 2025, a copy of this document was served upon the following parties that are registered to receive notice via the Court's CM/ECF notification system:

**Electronic Mail Notice List**

<u>Debtor's Counsel:</u>

- **Turner Falk**  turner.falk@saul.com; tnfalk@recap.email; Veronica.Marchiondo@saul.com
- **Adam H. Isenberg**  adam.isenberg@saul.com
- **Jeffrey C. Hampton**  jeffrey.hampton@saul.com
- **Mark Minuti**  mark.minuti@saul.com; robyn.warren@saul.com
- **Nicholas Smargiassi**  nicholas.smargiassi@saul.com
- **Paige Noelle Topper**  paige.topper@saul.com
- **Ashley N. Fellona**  ashley.fellona@saul.com;  janice.mast@saul.com
- **Jordan Rosenfeld**  jordan.rosenfeld@saul.com

<u>United States Trustee:</u>

- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **US Trustee – Baltimore**  USTPRegion04.BA.ECF@USDOJ.GOV

<u>Unsecured Creditors Committee:</u>

- **Richard L. Costella**  rcostella@tydings.com; scalloway@tydings.com
- **Gianfranco Finizio**  gfinizio@lowenstein.com
- **Chelsea R. Frankel**  cfrankel@lowenstein.com
- **Stephen B. Gerald**  sgerald@tydings.com
- **Bruce S. Nathan**  bnathan@lowenstein.com
- **Michael Papandrea**  mpapandrea@lowenstein.com
- **Dennis J. Shaffer**  dshaffer@tydings.com; scalloway@tydings.com; mhickman@tydings.com; jlee@tydings.com
- **Jung Yong Lee**  jlee@tydings.com; mhickman@tydings.com

<u>Stalking Horse Purchaser:</u>

- **Brent C. Strickland**  bstrickland@wtplaw.com; mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com

4901-1499-5250v.1 018571.00388

**Other Parties who are Registered to Receive Notice via CM/ECF:**

- **Daniel Jack Blum**  jack.blum@polsinelli.com; lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
- **Thomas K. Bredar**  thomas.bredar@wilmerhale.com; andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
- **Andrew Brown**  abrown@klestadt.com
- **David W.T. Daniels**  ddaniels@perkinscoie.com; docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com
- **Justin Philip Fasano**  jfasano@mhlawyers.com; jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- **Christopher J. Giaimo**  christopher.giaimo@squirepb.com; christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
- *Zvi Guttman*  zvi@zviguttman.com; zviguttman@gmail.com; zviguttman@outlook.com
- **C. Kevin Kobbe**  kevin.kobbe@us.dlapiper.com; docketing-baltimore-0421@ecf.pacerpro.com
- **Eric George Korphage**  korphagee@whiteandwilliams.com
- **Gary H. Leibowitz**  gleibowitz@coleschotz.com; pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
- **Steven Gregory Polard**  steven.polard@ropers.com
- **Nikolaus F. Schandlbauer**  nick.schandlbauer@arlaw.com; lianna.sarasola@arlaw.com
- **Indira Kavita Sharma**  indira.sharma@troutman.com; katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com; errol.chapman@troutman.com
- **Jan Berlage**  JBerlage@GHSLLP.com, tcollins@ghsllp.com
- **Toyja E. Kelley**  toyja.kelley@lockelord.com
- **Elizabeth Anne Scully**  escully@bakerlaw.com
- **Adam Fletcher**  afletcher@bakerlaw.com
- **Jonathan A. Grasso**  jgrasso@yvslaw.com, pgomez@yvslaw.com; r39990@notify.bestcase.com
- **Scott Prince**  sprince@bakerlaw.com

 */s/ Laura S. Bouyea*
Laura S. Bouyea

9