IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**May 21, 2025 at 11:00 a.m. (ET)**<br>**Objection Deadline:**<br>**April 18, 2025** |

**NOTICE OF APPLICATION FOR COMPENSATION OF
RAYMOND JAMES & ASSOCIATES, INC., AS INVESTMENT BANKER
FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**PLEASE TAKE NOTICE** that on April 4, 2025, Raymond James & Associates, Inc., investment banker to the above-captioned debtors and debtor in possession (the "Debtors"), filed its *Application for Compensation of Raymond James & Associates, Inc., as Investment Banker for the Debtors and Debtors in Possession* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that a hearing, if necessary, on the Application will commence before the Honorable Chief Judge David E. Rice on **May 21, 2025 at 11:00 a.m. (ET)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, Maryland 21201.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Debtors, so as to actually be received by or before **April 18, 2025**.

IF NO OBJECTION OR RESPONSE TO THE APPLICATION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Dated: April 4, 2025	SAUL EWING LLP

*/s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted pro hac vice)
Adam H. Isenberg (admitted pro hac vice)
Turner N. Falk (admitted pro hac vice)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
	adam.isenberg@saul.com
	turner.falk@saul.com

-and-

Mark Minuti (admitted pro hac vice)
Paige N. Topper (admitted pro hac vice)
Nicholas Smargiassi (admitted pro hac vice)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
	paige.topper@saul.com
	nicholas.smargiassi@saul.com

*Counsel to the Debtor and Debtor in Possession*