## Exhibit A

**Invoice**

Invoice Number **185608418380**

**RAYMOND JAMES®**

| Invoice |
|---|

**Diamond Comic Distributors, Inc.**

Attention: Robert Gorin
10150 York Road
Ste. 300
Hunt Valley, MD 21030

Invoice Date:    02/24/2025

For questions, email:
RMBBillingTeam@RaymondJames.com

## Summary

| Description | Amount |
|---|---|
| Outstanding Balance | USD |
| Current Period Fees | 200,000.00 USD |
| Total | 200,000.00 USD |

## Current Period Fees

| Description | Amount |
|---|---|
| March Monthly Advisory Fee | 50,000.00 USD |
| DIP Financing Transaction Fee | 150,000.00 USD |
| Total | 200,000.00 USD |

## Comments

Monthly Advisory Fee due on the first business day of every month thereafter during the term of this Agreement pursuant to Section 2(a) and DIP Financing Fee pursuant to Section 2(b) of the engagement letter dated September 30, 2024.

## Methods of Payment

**Wire/ACH (Preferred)**

The Bank of New York Mellon
One Wall Street
New York, NY 10286
ABA ███████0018
For Credit To: Raymond James & Associates, Inc.-ECM RMB Acct
Acct ███████4911 Deal Code: ███T964