IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 168** |

## NOTICE OF REVISED PROPOSED SALE ORDERS

**PLEASE TAKE NOTICE** that, on January 14, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Maryland (the "Court"), commencing these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, on February 11, 2025, the United States Bankruptcy Court for the District of Maryland (the "Court") entered the Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (VI) Granting Related Relief [D.I. 136] (the "Bidding Procedures Order"). Pursuant to the Bidding Procedures Order, the Debtors were authorized to hold an Auction for the sale of all or substantially all of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that on February 21, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 168] seeking, among other things, authority to sell all or substantially all the Debtors' assets (the "Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bidding Procedures Order, the Debtors held an auction on March 24, 2025, and in consultation with the Consultation Parties (as defined in the Bidding Procedures Order) initially selected Alliance Entertainment, LLC, as the successful bidder ("AENT") for substantially all of the Debtors' assets including, but not limited to, Diamond Comic Distributors, Inc., Alliance Game Distributors, Collectible Grading

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Authority, Diamond Select Toys & Collectibles, LLC, but *excluding* the Debtors' interest in Comic Exporters, Inc., Comic Holdings, Inc., and Diamond U.K. and the assets of Diamond U.K.

**PLEASE TAKE FURTHER NOTICE** that, following the Debtors' initial selection of AENT as the successful bidder, the Debtors currently believe, after consultation with the Consultation Parties, that Universal Distribution, LLC, and Ad Populum, LLC, which were initially jointly designed as back-up bidders at the Auction, should be the successful bidders. The Debtors' proposed order with Universal Distribution, LLC, is attached hereto as **Exhibit A** (the "Universal Revised Proposed Order"). A redline of the Universal Revised Proposed Order compared against the proposed order filed with the Sale Motion is attached hereto as **Exhibit B**. The Debtors revised proposed order with Ad Populum, LLC, is attached hereto as **Exhibit C** (the "AP Revised Proposed Order"). A redline of the AP Revised Proposed Order compared against the proposed order filed with the Sale Motion is attached hereto as **Exhibit D**. The Debtors currently intend to seek Court approval of the Universal Revised Proposed Order and the AP Revised Proposed Order at the hearing on the Sale Motion. The Debtors are continuing to discuss the Sale Motion and revised proposed orders with the Consultation Parties.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Sale Motion is scheduled for **April 7, 2025, at 10:00 a.m. (ET)** before the Honorable David E. Rice at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, Maryland 21201.

Dated: April 5, 2025                  **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         turner.falk@saul.com
-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300

2

Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
paige.topper@saul.com
nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*