# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 168** |

## DEBTORS' WITNESS AND EXHIBIT LIST
## FOR THE HEARING SCHEDULED FOR APRIL 7, 2025, AT 10:00 A.M. (ET)

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), submit this Witness and Exhibit List for the hearing scheduled for **April 7, 2025, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Judge Rice in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201 (the "Hearing") at which time the *Debtors' Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 168] (the "Sale Motion") is scheduled to be heard on a contested basis.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

## Witness List

The Debtors may introduce the following witnesses in connection with the Sale Motion:

| Witness Name | Title/ Role |
|---|---|
| Robert Gorin | Debtors' Co-Chief Restructuring Officer |
| Alec Haesler | Director at Raymond James & Associates, Inc., Investment Banker for the Debtors |
| Geoffrey Richards | Senior Managing Director at Raymond James & Associates, Inc., Investment Banker for the Debtors |
| Bruce Ogilvie | Chairman, Alliance Entertainment, LLC |
| Paul Navid | Partner at Province, LLC, Investment Banker for Alliance Entertainment, LLC |

The Debtors reserve the right to call: (i) any person listed or called as a witness by any other party; (ii) any person necessary to establish the authenticity or admissibility of exhibits; (iii) any person for purposes of impeachment; and (iv) any person for purposes of rebuttal. The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

## Exhibit List

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| D01 | Declaration of Alec Haesler in Support of Debtors' Sale Motion [D.I. 296] | | | |
| D02 | Declaration of Robert Gorin in Support of Debtors' Sale Motion [D.I. 297] | | | |
| D03 | Asset Purchase Agreement with Universal Distribution LLC, dated January 13, 2025 [D.I. 68-3] | | | |
| D04 | Auction Transcripts | | | |
| D05 | Alliance Entertainment Executed NDA, dated October 18, 2024 | | | |
| D06 | April 2, 2025 Hearing Transcript | | | |

| | | | | |
|---|---|---|---|---|
| D07 | Alliance Entertainment APA Draft, dated March 23, 2025 | | | |
| D08 | March 26, 2025 (5:55 p.m.) email from William L. Wilkins, Esq. to Jeffrey C. Hampton, Esq. with draft Alliance Entertainment Asset Purchase Agreement | | | |
| D09 | March 27, 2025 (5:28 p.m.) email from Jeffrey C. Hampton, Esq. to Jason Teele, Esquire with draft Alliance Entertainment Asset Purchase Agreement | | | |
| D10 | March 27, 2025 (9:15 p.m.) email from William L. Wilkins, Esq. to Jeffrey C. Hampton, Esq. with draft Alliance Entertainment Asset Purchase Agreement | | | |
| D11 | March 28, 2025 (12:40 p.m.) email from William L. Wilkins, Esq. to Jeffrey C. Hampton, Esq. with draft Alliance Entertainment Asset Purchase Agreement | | | |
| D12 | Draft Alliance Entertainment Asset Purchase Agreement, dated March 31, 2025 | | | |
| D13 | April 1, 2025 (3:53 p.m.) email from Jeffrey C. Hampton, Esq. to William L. Wilkens, Esq. | | | |
| D14 | April 1, 2025 (5:08 p.m.) email from William L. Wilkins, Esq. to Jeffrey C. Hampton, Esq. with draft Asset Purchase Agreement with Alliance Entertainment, LLC | | | |
| D15 | April 1, 2025 (8:17 p.m.) email from Jeffrey C. Hampton, Esq. to William L. Wilkens, Esq. | | | |
| D16 | March 27, 2025 (11:08 p.m.) email from Hunter Thompson to Geoffrey Richards, Alec Haesler and Isabella Zeng | | | |

3

| | | | | |
|---|---|---|---|---|
| D17 | March 26, 2025 (8:53 p.m.) email from Jeffrey C. Hampton, Esq. to Jason Teele, Esq. | | | |
| D18 | Asset Purchase Agreement with Universal Distribution LLC, dated January 13, 2025, and First Amendment to Asset Purchase Agreement [D.I. 314-1] | | | |
| D19 | Asset Purchase Agreement with Sparkle Pop, LLC (Ad Populum) [D.I. 314-3] | | | |
| D20 | Raymond James Demonstratives | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve all rights to modify, supplement, or amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing and further reserve the right to use additional exhibits for any purpose, including but not limited to rebuttal or impeachment. The Debtors also reserve the right to rely upon and use as evidence (i) documents produced by any party in interest, (ii) exhibits included on the exhibit lists of any parties in interest, and (iii) any pleading, transcript, or other document filed with the Court in the above-captioned cases.

Dated: April 6, 2025                 **SAUL EWING LLP**

                                    By: */s/ Jordan D. Rosenfeld*
                                          Jordan D. Rosenfeld (MD Bar No. 13694)
                                          1001 Fleet Street, 9th Floor
                                          Baltimore, MD 21202
                                          Telephone: (410) 332-8600
                                          Email: jordan.rosenfeld@saul.com

                                          -and-

                                          Jeffrey C. Hampton (admitted *pro hac vice*)
                                          Adam H. Isenberg (admitted *pro hac vice*)
                                          Turner N. Falk (admitted *pro hac vice*)
                                          1500 Market Street, 38th Floor
                                          Philadelphia, PA 19102
                                          Telephone: (215) 972-7777
                                          Email: jeffrey.hampton@saul.com
                                                     adam.isenberg@saul.com
                                                     turner.falk@saul.com

                                          -and-

                                          Mark Minuti (admitted *pro hac vice*)
                                          Paige N. Topper (admitted *pro hac vice*)
                                          Nicholas Smargiassi (admitted *pro hac vice*)
                                          1201 N. Market Street, Suite 2300
                                          Wilmington, DE 19801
                                          Telephone: (302) 421-6800
                                          Email: mark.minuti@saul.com
                                                     paige.topper@saul.com
                                                     nicholas.smargiassi@saul.com

                                          *Counsel for Debtors and Debtors in Possession*