United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-10308-DER |
| Diamond Comic Distributors, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 04, 2025 | Form ID: clerk49 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Darek S. Bushnaq, Esq., Venable, LLP, 750 Pratt St.-Ste. 900, Baltimore, MD 21202-3157 |
| + | Deborah Perry, Esq., Munsch Hardt Kopf & Harr, PC, 500 N.Akard St., Ste 4000, Dallas, TX 75201-6605 |
| + | Dennis J. Shaffer, Esq., Whiteford, Taylor & Preston L.L.P., 7 Saint Paul St., Baltimore, MD 21202-1697 |
| + | Hugh M. (UST) Bernstein, Esq., Office of U.S. Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |
| + | Indira Kavita Sharma, Esq., Troutman Pepper Locke LLP, 401 9th Street, N.W., Suite 1000, Washington, DC 20004-2146 |
| + | Jonathan A. Grasso, Esq., S. Jason Teele, Esq., YVS Law, LLC, 185 Admiral Cochrane Drive Suite 130, Annapolis, MD 21401-7582 |
| + | Mark Minuti, Esq., Saul Ewing LLP, 201 North Market Street, Suite 2300, P.O. Box 1266, Wilmington, DE 19899-1266 |
| + | Stephen B. Gerald, Esq., Tydings & Rosenberg LLP, 200 Continental Drive, Suite 401, Newark, DE 19713-4337 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 06, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Andrew Brown | abrown@klestadt.com |

| District/off: 0416-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2025 | Form ID: clerk49 | Total Noticed: 8 |

Ashley N Fellona
ashley.fellona@saul.com janice.mast@saul.com

Brent C. Strickland
bstrickland@wtplaw.com mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com

Bruce S. Nathan
bnathan@lowenstein.com

C. Kevin Kobbe
kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com

Chelsea R Frankel
cfrankel@lowenstein.com

Christopher J. Giaimo
christopher.giaimo@squirepb.com christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Daniel Jack Blum
jack.blum@polsinelli.com lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

David W.T. Daniels
ddaniels@perkinscoie.com docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com

Dennis J. Shaffer
dshaffer@tydings.com scalloway@tydings.com,mhickman@tydings.com,jlee@tydings.com

Elizabeth Anne Scully
escully@bakerlaw.com

Eric George Korphage
korphagee@whiteandwilliams.com

Gary H. Leibowitz
gleibowitz@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
gfinizio@lowenstein.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
indira.sharma@troutman.com
katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

Jan Berlage
JBerlage@GHSLLP.com tcollins@ghsllp.com

Jeffrey C. Hampton
jeffrey.hampton@saul.com

Jonathan A. Grasso
jgrasso@yvslaw.com pgomez@yvslaw.com,r39990@notify.bestcase.com

Jordan Rosenfeld
jordan.rosenfeld@saul.com

Jung Yong Lee
jlee@tydings.com mhickman@tydings.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Laura Skowronski Bouyea
lsbouyea@venable.com dmdierdorff@venable.com

Mark Minuti
mark.minuti@saul.com robyn.warren@saul.com

Michael Papandrea
mpapandrea@lowenstein.com

Nicholas Smargiassi
nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
nick.schandlbauer@arlaw.com lianna.sarasola@arlaw.com

Paige Noelle Topper

| District/off: 0416-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2025 | Form ID: clerk49 | Total Noticed: 8 |

    paige.topper@saul.com

Richard L. Costella
    rcostella@tydings.com  scalloway@tydings.com

Scott Prince
    sprince@bakerlaw.com

Stephen B. Gerald
    sgerald@tydings.com

Steven Gregory Polard
    steven.polard@ropers.com

Thomas K. Bredar
    thomas.bredar@wilmerhale.com
    andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
    toyja.kelley@lockelord.com

Turner Falk
    turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
    zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com

TOTAL: 39

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

## NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT

A transcript of a hearing held in this case was requested and has been received by the Court. The transcript is available for review at the Clerk's Office or copies may be purchased from the transcriber. Each party's attorney is required to review the opening and closing statements made on behalf of the represented party, any statements made by the party and the testimony of any witness called by the party. If a party is self–represented, the party needs to perform this review himself/herself. You have seven (7) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court, stating your intent to request redaction of sensitive private information before the transcript is made electronically available to the public, pursuant to the privacy policy of the Judicial Conference of the United States. The privacy policy is available on the U.S. Court's website, www.uscourts.gov, under Rules & Policies.

Examples of personal identification information which should be redacted include all but the last four digits of social security or taxpayer identification numbers, all but the last four digits of account numbers, all but the initials of minor children, and all but the year of birth.

Pursuant to LBR 9037–1, if you intend to request redaction of the transcript:

1. You have seven (7) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court. A copy of the Notice of Intent to Request Redaction must be served upon the transcriber;

2. You have twenty–one (21) days from the date of the filing of the transcript to file a Request for Redaction of Transcript, listing the entries by page and line where personal data appears that should be redacted. A copy of the Request for Redaction of Transcript must be sent to the transcriber;

3. The deadline for filing the redacted version of the transcript is thirty–one (31) days from the filing date of the transcript;

4. If the redacted transcript is not filed, the transcript in its current form will be made available to the public via remote electronic access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period; and

5. If the redacted version of the transcript is filed, the redacted transcript will be made available via remote public access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period. The unredacted version of the transcript will not be available via remote electronic access or at the Clerk's office upon the filing of the redacted transcript; it shall be maintained as a private, restricted event. An attorney who purchases the transcript during the ninety (90) day restricted period will be given remote electronic access to the transcript and any redacted version filed.

Dated: 4/4/25

                                                 Mark A. Neal, Clerk of Court
                                                 by Deputy Clerk, Shanita Taylor

cc:   Mark Minuti, Esq.
       Jordan Rosenfeld, Esq.
       Dennis J. Shaffer, Esq.
       Stephen B. Gerald, Esq.
       Jonathan A. Grasso, Esq.
       S. Jason Teele, Esq.
       Darek S. Bushnaq, Esq.

Deborah Perry, Esq.
Indra K. Sharma, Esq.

Clerk49 (rev. 09/28/2007)