# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br>**Re:  D.I. 261** |

## STIPULATION TO EXTEND OBJECTION DEADLINE

The above-captioned debtors and debtors in possession (the "Debtors") and the Official

Committee of Unsecured Creditors (the "Committee"), by and through their undersigned counsel,

hereby stipulate that the Committee's deadline to object to the *Debtors' Motion for Entry of an*

*Order (I) Establishing Certain Bar Dates for Filing Prepetition Claims, Including Section*

*503(B)(9) Claims, and (II) Granting Related Relief, Including Notice and Filing Procedures* [D.I.

261] is extended to April 9, 2025.

Dated: April 7, 2025

**SAUL EWING LLP**

/s/ Jordan D. Rosenfeld
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
jordan.rosenfeld@saul.com

-and-

**TYDINGS & ROSENBERG LLP**

/s/ Dennis J. Shaffer
Dennis J. Shaffer (MD Bar No. 25680)
Stephen B. Gerald (MD Bar No. 26590)
1 East Pratt Street, Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
dshaffer@tydings.com
sgerald@tydings.com

-and-

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55395308.1

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
mark.minuti@saul.com
paige.topper@saul.com
nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

**LOWENSTEIN SANDLER LLP**

Bruce S. Nathan (admitted *pro hac vice*)
Gianfranco Finizio (admitted *pro hac vice*)
Michael T. Papandrea (admitted *pro hac vice*)
Chelsea R. Frankel (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
BNathan@lowenstein.com
GFinizio@lowenstein.com
MPapandrea@lowenstein.com
CFrankel@lowenstein.com

*Counsel for the Official*
*Committee of Unsecured Creditors*

55395308.1

2