_____|Dee|_____        ____ RETAIN

**David E Rice , U. S. BANKRUPTCY JUDGE**           Evidentiary Hrg: (Y) N
                                                     Exhibits Filed: (Y) N

PROCEEDING MEMO - CHAPTER 11

Date: 04/07/2025  Time: 10:00

**CASE: 25-10308 Diamond Comic Distributors, Inc.**

Adam H Isenberg and Ashley N Fellona and Jeffrey C. Hampton Iand Jordan Rosenfeld and Mark Minuti and Nicholas Smargiassi and Paige Noelle Topper and Turner Falk representing Diamond Comic Distributors, Inc. (Debtor)

Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)

Bruce S. Nathan and Chelsea R Frankel and Dennis J. Shaffer and Gianfranco Finizio and Jung Yong Lee and Michael Papandrea and Richard L. Costella and Stephen B. Gerald representing Unsecured Creditors Committee (Creditor Committee)

[249] Limited Objection and Reservation of Rights on behalf of Unsecured Creditors Committee Filed by Stephen B. Gerald (related document(s) 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

J. Grasso
S. Teele
B. Strickland
A. Hassler
G. Liebowitz

**MOVANT** : Unsecured Creditors Committee BY D Shaffer B Nathan G Finizio M Papandrea C Frankel S Gerald J Lee R Costella

[251] Objection on behalf of JPMorgan Chase Bank, N.A. Filed by Toyja E. Kelley Sr (related document(s) 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : JPMorgan Chase Bank, N.A. BY I Sharma K Culbertson J Young D Ruediger T Kelley

[264] Objection on behalf of AIREIT Olive Branch DC LLC, Anson Logistics Assets LLC Filed by Laura Skowronski Bouyea (related document(s) 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : AIREIT Olive Branch DC LLC Anson Logistics Assets LLC BY L Bouyea L Bouyea

[269] Supplemental Response on behalf of The Pokemon Company International, Inc. Filed by David W.T. Daniels (related document(s) 216 Response filed by Creditor The Pokemon Company International, Inc.).

**MOVANT** : The Pokemon Company International, Inc. BY D Daniels S Chenetz J Dufort

[270] Notice *of Designation of Successful Bidder and Back-Up Bidder* Filed by Diamond Comic Distributors, Inc. (related document(s) 1 Exhibit A - List of Contracts That May Be Assumed and Assigned)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[271] Objection on behalf of Image Comics, Inc. Filed by Elizabeth Anne Scully (related document(s) 1 Exhibit A)

**MOVANT** : Image Comics, Inc. BY E Scully A Fletcher S Prince

[306] Reservation of Rights and Limited Objection on behalf of Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. Filed by Gary H. Leibowitz (related document(s) 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. BY G Leibowitz S Polard

[308] Declaration re: *Declaration of Paul Navid in Support of Sale of Substantially All of the Debtors' Assets to Alliance Entertainment, LLC* Filed by Jonathan A. Grasso (related document(s) 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : Alliance Entertainment, LLC BY J Grasso S Teele

[309] Limited Objection to Sale Filed by Skyrush Marketing, Inc. (related document(s) 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : Skyrush Marketing, Inc. (no aty)

[312] Supplemental Objection on behalf of AIREIT Olive Branch DC LLC, Anson Logistics Assets LLC Filed by Laura Skowronski Bouyea (related document(s) 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : AIREIT Olive Branch DC LLC Anson Logistics Assets LLC BY L Bouyea L Bouyea

[314] Notice *of Revised Proposed Sale Orders* Filed by Diamond Comic Distributors, Inc. (related document(s) 4 Exhibit D - Redline of Ad Populum Proposed Sale Order)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[315] Alliance Entertainment, LLC's Amended Witness and Exhibit Lists Filed by Jonathan A. Grasso (related

document(s) 168 Motion to Sell Free and Clear
of Liens and Notice of Motion filed by Debtor Diamond
Comic Distributors, Inc.).

**MOVANT** : Alliance Entertainment, LLC BY J Grasso S Teele

[316] Debtor's Witness and Exhibit List Filed by
Jordan Rosenfeld (related document(s) 168 Motion
to Sell Free and Clear of Liens and Notice of Motion
filed by Debtor Diamond Comic Distributors, Inc.
).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[160] Notice of Possible Assumption and Assignment
of Certain Executory Contracts and Unexpired Leases
Filed by Diamond Comic Distributors, Inc. (related
document(s) 136 Order on Motion for Miscellaneous
Relief).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[168] Motion to Sell Description of Assets attached as
Exhibit B Free and Clear of Liens and Notice of
Motion. Fee Amount $199. Notice Served on 2/21/2025,
Filed by Diamond Comic Distributors, Inc. Objections
due by 03/14/2025. with three additional calendar
days allowed if all parties are not served electronically.
Hearing scheduled for 03/27/2025 at 10:00 AM -
Courtroom 9-D. (Attachments: #s3 Exhibit B -
Description of Assets) (Rosenfeld, Jordan) Modified
on 2/24/2025 to fix text to reflect correct hearing
date. (McKenna, Shannon).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[194] Supplemental Notice of Possible Assumption and
Assignment of Certain Executory Contracts and Unexpired
Leases Filed by Diamond Comic Distributors,
Inc. (related document(s) 1 Exhibit 1 - Contracts
Schedule)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[211] Objection to Cure Amount Filed by Katherine Govier
(related document(s) 160 Notice of Possible
Assumption and Assignment of Certain Executory Contracts
and Unexpired Leases filed by Debtor Diamond Comic
Distributors, Inc.).

**MOVANT** : Katherine Govier BY J Berlage

[215] Objection on behalf of Anson Logistics Assets LLC,
AIREIT Olive Branch DC LLC Filed by Laura Skowronski
Bouyea (related document(s) 168 Motion to Sell
Free and Clear of Liens and Notice of Motion filed
by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : AIREIT Olive Branch DC LLC Anson Logistics Assets LLC BY L Bouyea L Bouyea

    [216] Response on behalf of The Pokemon Company International, Inc. Filed by David W.T. Daniels (related document(s) 194 Notice filed by Debtor Diamond Comic Distributors, Inc.).

    [217] Response on behalf of Dynamic Forces, Inc. Filed by Justin Philip Fasano (related document(s) 160 Notice filed by Debtor Diamond Comic Distributors, Inc.).

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

    Other_____

    Confirmed_____ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____April 8, 2025 @ 10:00am_____

DECISION:

[ ] Signed by Court        [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel      [ ] Court
    [ ] Respondent's counsel   [ ] Other _____

NOTES: