# SIGN IN SHEET

### *** PLEASE PRINT ***

**Case Name:** Diamond Comic Distributors, Inc.

**Case Number:** 25-10308   **Date of Hearing:** April 7, 2025

| Counsel Name: | Representing: |
|---|---|
| Mark Minuti | Debtors |
| Brent Strickland | Universal Distribution |
| Katherine Culbertson | JPMorgan Chase |
| S. Jason Teele | Alliance Entertainment LLC |
| Jonathan Grasso | " |
| Gianfranco Finizio | Creditors' Committee |
| Michael Papandrea | Creditors' Committee |
| Stephen Gerald | " |
| Dennis Shaffer | " |
| Hugh Bernstein | UST |
| Laura Bouyer | Ariret Olive Branch DC LLC and Ansun Logistics Assets LLC |

Page ___ of ___