IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 168** |

# DEBTORS' EXHIBIT LIST
## FOR THE HEARING SCHEDULED FOR APRIL 7, 2025, AT 10:00 A.M. (ET)

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| D01 | Declaration of Alec Haesler in Support of Debtors' Sale Motion [D.I. 296] | | | |
| D02 | Declaration of Robert Gorin in Support of Debtors' Sale Motion [D.I. 297] | | | |
| D03 | Asset Purchase Agreement with Universal Distribution LLC, dated January 13, 2025 [D.I. 68-3] | | | X |
| D04 | Auction Transcripts | | | |
| D05 | Alliance Entertainment Executed NDA, dated October 18, 2024 | | | X |
| D06 | April 2, 2025 Hearing Transcript | | | |
| D07 | Alliance Entertainment APA Draft, dated March 23, 2025 | | | X |
| D08 | March 26, 2025 (5:55 p.m.) email from William L. Wilkins, Esq. to Jeffrey C. Hampton, Esq. with draft Alliance Entertainment Asset Purchase Agreement | | | X |

2

| | | | | |
|---|---|---|---|---|
| D09 | March 27, 2025 (5:28 p.m.) email from Jeffrey C. Hampton, Esq. to Jason Teele, Esquire with draft Alliance Entertainment Asset Purchase Agreement | | | X |
| D10** | March 27, 2025 (9:15 p.m.) email from William L. Wilkins, Esq. to Jeffrey C. Hampton, Esq. with draft Alliance Entertainment Asset Purchase Agreement | | | X |
| D11** | March 28, 2025 (12:40 p.m.) email from William L. Wilkins, Esq. to Jeffrey C. Hampton, Esq. with draft Alliance Entertainment Asset Purchase Agreement | | | X |
| D12 | Draft Alliance Entertainment Asset Purchase Agreement, dated March 31, 2025 | | | X |
| D13 | April 1, 2025 (3:53 p.m.) email from Jeffrey C. Hampton, Esq. to William L. Wilkens, Esq. | | | X |
| D14** | April 1, 2025 (5:08 p.m.) email from William L. Wilkins, Esq. to Jeffrey C. Hampton, Esq. with draft Asset Purchase Agreement with Alliance Entertainment, LLC | | | |
| D15 | April 1, 2025 (8:17 p.m.) email from Jeffrey C. Hampton, Esq. to William L. Wilkens, Esq. | | | |
| D16 | March 27, 2025 (11:08 p.m.) email from Hunter Thompson to Geoffrey Richards, Alec Haesler and Isabella Zeng | | | |

3

| D17 | March 26, 2025 (8:53 p.m.) email from Jeffrey C. Hampton, Esq. to Jason Teele, Esq. | | | X |
| --- | --- | --- | --- | --- |
| D18 | Asset Purchase Agreement with Universal Distribution LLC, dated January 13, 2025, and First Amendment to Asset Purchase Agreement [D.I. 314-1] | | | X |
| D19 | Asset Purchase Agreement with Sparkle Pop, LLC (Ad Populum) [D.I. 314-3] | | | X |
| D20 | Raymond James Demonstratives | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve all rights to modify, supplement, or amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing and further reserve the right to use additional exhibits for any purpose, including but not limited to rebuttal or impeachment. The Debtors also reserve the right to rely upon and use as evidence (i) documents produced by any party in interest, (ii) exhibits included on the exhibit lists of any parties in interest, and (iii) any pleading, transcript, or other document filed with the Court in the above-captioned cases.

**The cover page of these exhibits are admitted for the sole purpose of showing when the email communication was sent. The remainder of the exhibit is admitted in its entirety.