**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308<br>(DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**ALLIANCE ENTERTAINMENT, LLC'S EXHIBIT LIST**

| EX# | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| A01 | Transcripts of auction conducted on March 24-25, 2025 | | | |
| A02 | AENT Asset Purchase Agreement dated April 1, 2025, including prior versions of same | | | |
| A03 | Order (I) Authorizing and Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling an Auction and a Sale Hearing, (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures of Assumption and Assignment of Certain Executory Contracts and Leases, and (VI) Granting Related Relief (Docket No. 136) | | | |
| A04 | Notice of Designation of Successful Bidder and Back-Up Bidder (Docket No. 270) | | | |
| A05 | Email dated April 1, 2025, 3:53 p.m., from Jeffrey C. Hampton to William L. Wilkins, et al. | | | |
| A06 | AENT's Original Bid Submission | | | |
| A07 | AENT's Subsequent Bid Submission | | | |
| A08 | Declaration of Paul Navid in Support of Sale of Substantially All of the Debtors' Assets to Alliance Entertainment, LLC | | | X |
| A09 | Debtors' Notice of Revised Proposed Sale Orders (Docket No. 314) | | | |
| A10 | Province LLC Value Comparison | | | |

In addition to the foregoing documents, AENT reserves the right to use any document (i) introduced by any other party, whether as an evidence or used as a demonstrative; (ii) for demonstrative, impeachment or rebuttal purposes.