IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 168** |

NOTICE OF ADJOURNED HEARING FOR
DEBTORS' SALE MOTION TO APRIL 8, 2025, AT 1:00 P.M. (ET)

**PLEASE TAKE NOTICE** that a hearing on the *Debtors' Motion for Entry of an Order (I) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 168] (the "Sale Motion") was held on April 7, 2025, at 10:00 a.m. (ET) and subsequently was scheduled for April 8, 2025, at 10:00 a.m. (ET) before the Honorable Judge Rice at Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland (the "Court"), 101 W. Lombard St., Baltimore, MD 21201.

**PLEASE TAKE FURTHER NOTICE** that the Court, at the Debtors' request, has adjourned the Sale Motion to a hearing scheduled for **April 8, 2025, at 1:00 P.M. (ET)**.

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

Dated: April 8, 2025　　　　　　　　　　**SAUL EWING LLP**

　　　　　　　　　　By: */s/ Jordan D. Rosenfeld*
　　　　　　　　　　　　Jordan D. Rosenfeld (MD Bar No. 13694)
　　　　　　　　　　　　1001 Fleet Street, 9th Floor
　　　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　　　Telephone: (410) 332-8600
　　　　　　　　　　　　Email: jordan.rosenfeld@saul.com

　　　　　　　　　　-and-

　　　　　　　　　　Jeffrey C. Hampton (admitted *pro hac vice*)
　　　　　　　　　　Adam H. Isenberg (admitted *pro hac vice*)
　　　　　　　　　　Turner N. Falk (admitted *pro hac vice*)
　　　　　　　　　　1500 Market Street, 38th Floor
　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　Telephone: (215) 972-7777
　　　　　　　　　　Email: jeffrey.hampton@saul.com
　　　　　　　　　　　　　adam.isenberg@saul.com
　　　　　　　　　　　　　turner.falk@saul.com

　　　　　　　　　　-and-

　　　　　　　　　　Mark Minuti (admitted *pro hac vice*)
　　　　　　　　　　Paige N. Topper (admitted *pro hac vice*)
　　　　　　　　　　Nicholas Smargiassi (admitted *pro hac vice*)
　　　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　Telephone: (302) 421-6800
　　　　　　　　　　Email: mark.minuti@saul.com
　　　　　　　　　　　　　paige.topper@saul.com
　　　　　　　　　　　　　nicholas.smargiassi@saul.com

　　　　　　　　　　*Counsel for Debtors and Debtors in Possession*