IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 3, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Adjourned Hearing for Debtors' Sale Motion to April 7, 2025, at 10:00 A.M. (ET) [Docket No. 305]**

Dated: April 8, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 8th day of April, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Email | Method of Service |
|---|---|---|
| Adam L. Fletcher | afletcher@bakerlaw.com; sprince@bakerlaw.com | Email |
| Allen County Treasurer | Treasurer.Legal@co.allen.in.us | Email |
| Arkansas Dept of Finance and Admin | bryan.west@dfa.arkansas.gov | Email |
| Arkansas Dept of Finance and Admin | corporation.income@dfa.arkansas.gov | Email |
| Artem Skorostensky | Askorostensky@goodwinlaw.com | Email |
| Bank of Montreal | ravi.chhabria@bmo.com | Email |
| Colorado Department of Revenue | dor_tac_bankruptcy@state.co.us | Email |
| David W.T. Daniels | DDaniels@perkinscoie.com | Email |
| Delaware Division of Revenue | kathy.revel@delaware.gov | Email |
| Department of Treasury - Internal Revenue Service | colleen.seed@irs.gov | Email |
| Dept of Revenue - Tax Div | dor.tax.corporations@alaska.gov; joann.everson@alaska.gov | Email |
| Dept of Revenue - Treasury Division | ucproperty@alaska.gov | Email |
| Dept Of Revenue Services | drs@ct.gov | Email |
| Dept of Revenue Tax Div | tax.revenue-online@alaska.gov | Email |
| Eric G. Korphage | Korphagee@whiteandwilliams.com | Email |
| Hawaii Dept Of Taxation | tax.oahu.collection@hawaii.gov | Email |
| Indiana Department of Revenue | callen@dor.in.gov | Email |
| James C. Vandermark | vandermarkj@whiteandwilliams.com | Email |
| James Liu | jamesliu@beast-kingdom.com.tw | Email |
| Jennifer Harned | jharned@boom-studios.com | Email |
| Kansas Dept of Revenue | kdor_tac@ks.gov | Email |
| Maine Revenue Services | Corporate.tax@maine.gov | Email |
| Massachusetts Department of Revenue | reyesyn@dor.state.ma.us | Email |
| Michelle Delavega | mdelavega@penguinrandomhouse.com | Email |
| Missouri Department of Revenue | will.gray@dor.mo.gov | Email |
| Missouri Dept of Revenue | corporate@dor.mo.gov | Email |
| Nebraska Dept Of Revenue | rev.bnc@nebraska.gov | Email |
| New Hampshire Dept of Revenue Admin | dra.collections@dra.nh.gov | Email |
| New York State Dept. of Tax and Finance | BankruptcyCourtMailing@tax.ny.gov | Email |
| Office Of Tax And Revenue | stephanie.jeter@dc.gov | Email |
| Sarah L. Chenetz | SChenetz@perkinscoie.com | Email |
| Scott Feldmann | sfeldmann@bakerlaw.com | Email |
| State Dept of Assessments & Taxation | sdat.411@maryland.gov; stephen.clampett@maryland.gov | Email |
| Stephen A Geppi | kevin.kobbe@us.dlapiper.com | Email |
| Steven G. Polard | steven.polard@ropers.com | Email |
| Tennessee Department of Revenue | deborah.mcalister@tn.gov | Email |
| Tennessee Department of Revenue | tdor.bankruptcy@tn.gov | Email |

**Diamond Comic Distributors, Inc. - Service List to Confidential Recipients**  **Served 04/03/2025**

71 PARTIES WERE SERVED VIA E-MAIL. THE NAMES AND E-MAIL ADDRESSES OF THESE PARTIES ARE NOT STATED TO MAINTAIN CONFIDENTIALITY.