IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 261 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING CERTAIN BAR DATES FOR FILING PREPETITION CLAIMS, INCLUDING SECTION 503(b)(9) CLAIMS, AND (II) GRANTING RELATED RELIEF, INCLUDING NOTICE AND FILING PROCEDURES**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On March 24, 2025, the Debtors filed the *Debtors' Motion for an Entry of an Order (I) Establishing Certain Bar Dates for Filing Prepetition Claims, Including Section 503(b)(9) Claims, and (II) Granting Related Relief, Including Notice and Filing Procedures* [D.I. 261] (the "Motion").

2. Pursuant to the Motion, objections to the Motion were to be filed on or before April 7, 2025 (the "Objection Deadline"), which was extended for the Committee to April 9, 2025.

3. Before the Objection Deadline, the Official Committee of Unsecured Creditors (the "Committee") sent informal comments to the proposed order attached to the Motion (the "Proposed Order"). No other informal comments or formal objections were filed in response to the Motion.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

4. The Debtors have resolved the Committee's comments through revisions to the Proposed Order. A revised Proposed Order is attached hereto as **Exhibit A** (the "Revised Proposed Order"). Attached hereto as **Exhibit B** is a redline of the Revised Proposed Order that reflects the changes made to the Proposed Order filed with the Motion.

5. Accordingly, pursuant to rule 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: April 11, 2025            **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
       paige.topper@saul.com
       nicholas.smargiassi@saul.com
*Counsel for Debtors and Debtors in Possession*

55419708.1