**<u>Exhibit A</u>**

Summary of Fees and Expenses by Activity Category

**Getzler Henrich & Associates**
**Summary of Fees and Expenses by Category**
**January 14, 2025 to February 28, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Activity Description | Hours | Fees |
|---|---|---|
| BOD issues | 5.2 | $ 3,998.00 |
| Case Administration | 23.0 | $ 14,877.00 |
| Cash Management/Analysis | 61.9 | $ 39,589.50 |
| Company Business Mgmt | 111.1 | $ 76,969.50 |
| Compensation Issues | 9.8 | $ 7,569.00 |
| Court Hearing Prep and/or Appearance | 75.1 | $ 52,703.50 |
| Employment and Fee | 0.9 | $ 769.50 |
| Financing and Cash Collateral | 141.6 | $ 95,435.00 |
| Meetings and Communications with Creditors | 50.7 | $ 36,218.50 |
| Reporting | 214.9 | $ 121,803.50 |
| Sale of Business and Related Issues | 180.3 | $ 122,571.50 |
| Supplier Issues | 288.9 | $ 202,406.50 |
| Travel | 78.3 | $ 25,082.75 |
| **Total** | **1241.7** | **$ 799,993.75** |

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 5,589.13 |
| Airfare | $ 4,066.87 |
| Auto Fuel | $ 342.75 |
| Auto Parking | $ 145.55 |
| Auto Rental | $ 2,081.82 |
| Auto Tolls | $ 334.20 |
| Car Rental/Ground Transportation | $ 1,728.86 |
| Internet Connection | $ 199.49 |
| Meals | $ 2,993.48 |
| Train | $ 648.00 |
| **Total** | **$ 18,130.15** |

| | |
|---|---|
| **Total Fees & Expenses** | **$ 818,123.90** |