**Exhibit B**

Summary of Professionals and Fees

Getzler Henrich & Associates
Summary of Professionals and Fees
January 14, 2025 to February 28, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

| Professional | Position | Functional Areas | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Henrich | Principal | Restructuring Advisor | $ 855 | 82.5 | $ 70,537.50 |
| Robert Gorin | Senior Managing Director | Restructuring Advisor | $ 755 | 430.5 | $ 314,080.00 |
| Ramy Aly | Senior Director | Business Plan Analysis | $ 645 | 391.2 | $ 245,906.25 |
| Waleed Aly | Director | Business Plan Analysis Support | $ 525 | 337.5 | $ 169,470.00 |
| **Total** | | | | **1241.7** | **$ 799,993.75** |