**Exhibit C**

Summary of Itemized Out-of-Pocket Expenses

**Summary of Expenses**

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 5,589.13 |
| Airfare | $ 4,066.87 |
| Auto Fuel | $ 342.75 |
| Auto Parking | $ 145.55 |
| Auto Rental | $ 2,081.82 |
| Auto Tolls | $ 334.20 |
| Car Rental/Ground Transportation | $ 1,728.86 |
| Internet Connection | $ 199.49 |
| Meals | $ 2,993.48 |
| Train | $ 648.00 |
| **Grand Total** | **$ 18,130.15** |

**Accommodations Hotel/Motel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 1/16/2025 | $ 425.04 | Marriott |
| Waleed Aly | 1/16/2025 | $ 645.08 | Hotel |
| Robert Gorin | 1/18/2025 | $ 360.36 | Marriott hotel |
| Waleed Aly | 1/23/2025 | $ 561.33 | Hotel |
| Ramy Aly | 2/13/2025 | $ 675.82 | Marriott |
| Robert Gorin | 2/13/2025 | $ 608.18 | Marriott |
| Waleed Aly | 2/14/2025 | $ 816.46 | Hotel |
| Waleed Aly | 2/18/2025 | $ 344.16 | Hotel |
| Robert Gorin | 2/20/2025 | $ 418.10 | Marriott |
| Ramy Aly | 2/21/2025 | $ 734.60 | Marriott |
| **Total** | | **$ 5,589.13** | |

**Airfare**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 2/7/2025 | $ 1,432.96 | Round trip flight to Diamond Comic Distributors |
| Robert Gorin | 2/11/2025 | $ 1,161.96 | Flight for next week to/from Florida to Maryland |
| Robert Gorin | 2/15/2025 | $ 173.99 | Flight change expense - flight changed as per counsels request |
| Robert Gorin | 2/19/2025 | $ 1,297.96 | Flight for next week from PBI to BWI |
| **Total** | | **$ 4,066.87** | |

**Auto Fuel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 1/15/2025 | $ 43.95 | Fuel |
| Ramy Aly | 1/16/2025 | $ 48.15 | BP Fuel |
| Waleed Aly | 1/23/2025 | $ 16.74 | Gas |
| Ramy Aly | 2/10/2025 | $ 45.77 | 7-Eleven Gas |
| Ramy Aly | 2/13/2025 | $ 36.90 | Wawa Fuel |
| Ramy Aly | 2/17/2025 | $ 44.51 | Wawa gas |
| Waleed Aly | 2/18/2025 | $ 29.80 | Gas |
| Waleed Aly | 2/19/2025 | $ 30.22 | Fuel |
| Ramy Aly | 2/20/2025 | $ 46.71 | 7 Eleven Gas |
| **Total** | | **$ 342.75** | |

**Auto Parking**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 1/14/2025 | $ 15.00 | Parking |
| Ramy Aly | 1/15/2025 | $ 15.00 | Marriott overnight parking |
| Ramy Aly | 1/15/2025 | $ 22.85 | Parking - SE office |

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 2/10/2025 | $ 35.00 | Lombard Garbage - Baltimore Courthouse |
| Ramy Aly | 2/10/2025 | $ 12.70 | Municipal Parking - SE Baltimore Office |
| Ramy Aly | 2/18/2025 | $ 15.00 | Dulaney Center Parking |
| Ramy Aly | 2/19/2025 | $ 15.00 | Dulaney Center Parking |
| Ramy Aly | 2/20/2025 | $ 15.00 | Dulaney Center Parking |
| **Total** | | **$ 145.55** | |

**Auto Rental**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 1/15/2025 | $ 333.93 | Car rental - lowest available option |
| Ramy Aly | 1/17/2025 | $ 550.53 | Hertz Rental |
| Waleed Aly | 1/22/2025 | $ 181.86 | Car rental |
| Ramy Aly | 2/14/2025 | $ 449.22 | Hertz |
| Waleed Aly | 2/18/2025 | $ 213.50 | Car rental - lowest cost option |
| Ramy Aly | 2/21/2025 | $ 352.78 | Hertz |
| **Total** | | **$ 2,081.82** | |

**Auto Tolls**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 1/16/2025 | $ 41.75 | Tolls from MD |
| Waleed Aly | 1/20/2025 | $ 129.95 | Tolls |
| Ramy Aly | 2/10/2025 | $ 39.50 | Tolls to MD |
| Ramy Aly | 2/13/2025 | $ 41.75 | Tolls from MD |
| Ramy Aly | 2/17/2025 | $ 39.50 | Tolls to MD |
| Ramy Aly | 2/20/2025 | $ 41.75 | Tolls from MD |
| **Total** | | **$ 334.20** | |

**Car Rental/Ground Transportation**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 1/15/2025 | $ 57.38 | Uber from train station |
| Robert Gorin | 1/16/2025 | $ 62.29 | Uber from PBI to home |
| Robert Gorin | 1/16/2025 | $ 58.93 | Uber from client site to BWI |
| Ramy Aly | 1/17/2025 | $ 42.09 | Uber from Hertz |
| Waleed Aly | 1/20/2025 | $ 74.96 | Uber to train |
| Waleed Aly | 1/20/2025 | $ 27.03 | Uber to hotel |
| Waleed Aly | 1/23/2025 | $ 29.52 | Uber to train station |
| Waleed Aly | 1/23/2025 | $ 57.98 | Uber home |
| Ramy Aly | 2/7/2025 | $ 45.57 | Uber to Hertz |
| Robert Gorin | 2/9/2025 | $ 76.21 | Uber from BWI to hotel |
| Robert Gorin | 2/9/2025 | $ 48.51 | Uber from home to PBI |
| Waleed Aly | 2/10/2025 | $ 68.40 | Lyft to train |
| Waleed Aly | 2/10/2025 | $ 192.00 | Train to company |
| Robert Gorin | 2/10/2025 | $ 42.45 | Uber from hotel to Saul Ewing offices |
| Robert Gorin | 2/13/2025 | $ 58.21 | Uber from PBI to home |
| Robert Gorin | 2/13/2025 | $ 71.53 | Uber from client to BWI |
| Ramy Aly | 2/14/2025 | $ 47.58 | Uber from Hertz |
| Waleed Aly | 2/14/2025 | $ 71.95 | Lyft from train station |
| Waleed Aly | 2/14/2025 | $ 312.00 | Train from comapny |
| Ramy Aly | 2/17/2025 | $ 42.69 | Uber to Hertz |
| Robert Gorin | 2/17/2025 | $ 45.59 | Uber from home to PBI |
| Robert Gorin | 2/17/2025 | $ 100.42 | Uber from BWI to hotel |
| Robert Gorin | 2/20/2025 | $ 49.65 | Uber from PBI to home |
| Ramy Aly | 2/21/2025 | $ 45.92 | Uber from Hertz |
| **Total** | | **$ 1,728.86** | |

**Internet Connection**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 2/7/2025 | $ 199.49 | Verizon |
| **Total** | | **$ 199.49** | |

**Meals**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 1/14/2025 | $ 46.55 | Breakfast while at company HQ - R. Aly, R. Gorin |
| Waleed Aly | 1/14/2025 | $ 22.50 | Breakfast at company headquarters |
| Ramy Aly | 1/14/2025 | $ 61.27 | Working dinner in MD - R. Aly, W. Aly, R. Gorin |
| Waleed Aly | 1/14/2025 | $ 22.64 | Lunch at company HQ |
| Ramy Aly | 1/14/2025 | $ 25.25 | Lunch while at company site |
| Ramy Aly | 1/15/2025 | $ 41.77 | Breakfast while at company HQ - R. Aly, R. Gorin |
| Waleed Aly | 1/15/2025 | $ 13.57 | Breakfast at company headquarters |
| Waleed Aly | 1/15/2025 | $ 26.94 | Working dinner at Baltimore |
| Waleed Aly | 1/15/2025 | $ 82.60 | Lunch at client site -R. Gorin, W. Aly and management team |
| Ramy Aly | 1/15/2025 | $ 31.40 | Late lunch at company HQ |
| Ramy Aly | 1/16/2025 | $ 41.77 | Breakfast while at company HQ - R. Aly, R. Gorin |
| Waleed Aly | 1/16/2025 | $ 16.74 | Breakfast at company headquarters |
| Ramy Aly | 1/16/2025 | $ 38.95 | Working dinner in MD |
| Ramy Aly | 1/16/2025 | $ 29.70 | Lunch at company HQ |
| Waleed Aly | 1/16/2025 | $ 33.14 | Lunch at client site |
| Robert Gorin | 1/16/2025 | $ 14.22 | Working lunch at client site |
| Waleed Aly | 1/20/2025 | $ 16.15 | Breakfast at company headquarters |
| Waleed Aly | 1/20/2025 | $ 36.03 | Working dinner at client site |
| Waleed Aly | 1/20/2025 | $ 23.01 | Lunch at client site |
| Waleed Aly | 1/21/2025 | $ 13.66 | Breakfast at company headquarters |
| Waleed Aly | 1/21/2025 | $ 32.12 | Working dinner at client site |
| Waleed Aly | 1/21/2025 | $ 22.91 | Lunch at client site |
| Waleed Aly | 1/22/2025 | $ 14.72 | Breakfast at company headquarters |
| Waleed Aly | 1/22/2025 | $ 33.31 | Working dinner at client site |
| Waleed Aly | 1/22/2025 | $ 22.58 | Lunch at client site |
| Waleed Aly | 1/23/2025 | $ 15.64 | Breakfast at company headquarters |
| Waleed Aly | 1/23/2025 | $ 28.79 | Working dinner at client site |
| Robert Gorin | 2/4/2025 | $ 231.15 | Working dinner - R Aly, W Aly, R Gorin |
| Robert Gorin | 2/9/2025 | $ 43.19 | Working dinner at client site |
| Robert Gorin | 2/9/2025 | $ 22.49 | Lunch at client site |
| Ramy Aly | 2/10/2025 | $ 28.95 | Breakfast while at company HQ - R. Aly, R. Gorin |
| Waleed Aly | 2/10/2025 | $ 21.74 | Breakfast at company headquarters |
| Waleed Aly | 2/10/2025 | $ 49.25 | Working dinner at client site |
| Robert Gorin | 2/10/2025 | $ 111.12 | Working dinner with R Aly, R Gorin |
| Ramy Aly | 2/10/2025 | $ 29.12 | Lunch at company HQ |
| Waleed Aly | 2/10/2025 | $ 4.65 | Water/Drinks |
| Robert Gorin | 2/10/2025 | $ 14.56 | Snacks while working |
| Ramy Aly | 2/11/2025 | $ 46.60 | Breakfast while at company HQ - R. Aly, R. Gorin |
| Waleed Aly | 2/11/2025 | $ 15.04 | Breakfast at company headquarters |
| Waleed Aly | 2/11/2025 | $ 80.50 | Lunch at client site, W. Aly, R. Gorin |
| Ramy Aly | 2/11/2025 | $ 28.99 | Lunch at company HQ |
| Ramy Aly | 2/12/2025 | $ 43.90 | Breakfast while at company HQ - R. Aly, R. Gorin |
| Waleed Aly | 2/12/2025 | $ 16.74 | Breakfast at company headquarters |
| Ramy Aly | 2/12/2025 | $ 208.54 | Working dinner - R. Aly, W. Aly, R. Gorin, M. Schimmel |
| Ramy Aly | 2/12/2025 | $ 19.50 | Lunch at company HQ |
| Robert Gorin | 2/12/2025 | $ 17.43 | Late lunch in MD |
| Ramy Aly | 2/13/2025 | $ 45.75 | Breakfast while at company HQ - R. Aly, R. Gorin |
| Waleed Aly | 2/13/2025 | $ 17.74 | Breakfast at company headquarters |

| Ramy Aly | 2/13/2025 | $ | 44.63 | Working dinner at company HQ |
| Waleed Aly | 2/13/2025 | $ | 42.58 | Working dinner at client site |
| Robert Gorin | 2/13/2025 | $ | 21.61 | Dinner while traveling |
| Waleed Aly | 2/13/2025 | $ | 32.65 | Lunch at client site |
| Ramy Aly | 2/13/2025 | $ | 22.86 | Lunch at company HQ |
| Waleed Aly | 2/14/2025 | $ | 26.04 | Breakfast at company headquarters |
| Waleed Aly | 2/14/2025 | $ | 34.25 | Lunch at client site |
| Ramy Aly | 2/17/2025 | $ | 22.50 | Breakfast while at company HQ |
| Ramy Aly | 2/17/2025 | $ | 38.60 | Working diner in Hunt Valley MD |
| Robert Gorin | 2/17/2025 | $ | 21.56 | Dinner while traveling |
| Ramy Aly | 2/17/2025 | $ | 35.55 | Lunch at company HQ |
| Robert Gorin | 2/17/2025 | $ | 14.73 | Dinner during 4 hour flight delay |
| Ramy Aly | 2/18/2025 | $ | 38.75 | Breakfast while at company HQ - R. Aly, R. Gorin |
| Waleed Aly | 2/18/2025 | $ | 18.33 | Breakfast at company headquarters |
| Ramy Aly | 2/18/2025 | $ | 49.93 | Working dinner in MD |
| Waleed Aly | 2/18/2025 | $ | 43.78 | Working dinner at client site |
| Ramy Aly | 2/18/2025 | $ | 19.77 | Lunch at company HQ |
| Waleed Aly | 2/18/2025 | $ | 5.87 | Water |
| Robert Gorin | 2/18/2025 | $ | 12.41 | Snacks during late night prep for 341 meeting |
| Ramy Aly | 2/19/2025 | $ | 43.90 | Breakfast while at company HQ - R. Aly, R. Gorin |
| Waleed Aly | 2/19/2025 | $ | 18.29 | Breakfast at company headquarters |
| Ramy Aly | 2/19/2025 | $ | 200.06 | Working dinner - R. Aly, R. Gorin, C. Parker, T. Lenaghan |
| Waleed Aly | 2/19/2025 | $ | 39.29 | Working dinner at client site |
| Ramy Aly | 2/19/2025 | $ | 48.96 | Late lunch delivery at company HQ |
| Waleed Aly | 2/19/2025 | $ | 61.36 | Lunch at client site, R. Gorin, W. Aly |
| Ramy Aly | 2/20/2025 | $ | 26.75 | Breakfast while at company HQ |
| Ramy Aly | 2/20/2025 | $ | 26.55 | Working dinner at company HQ |
| Ramy Aly | 2/20/2025 | $ | 54.58 | Lunch at company HQ - R. Aly, R. Gorin |
| Robert Gorin | 2/20/2025 | $ | 22.46 | Dinner while traveling |

| **Total** | | **$ 2,993.48** | |

**Train**

| Professional | Date | Amount | Expense Description |
| --- | --- | --- | --- |
| Waleed Aly | 1/16/2025 | $ 178.00 | Train |
| Waleed Aly | 1/20/2025 | $ 231.00 | Train to company |
| Waleed Aly | 1/23/2025 | $ 239.00 | Train from company |
| **Total** | | **$ 648.00** | |