_____|\DER|_____                                    ✓ ____RETAIN

**David E Rice , U. S. BANKRUPTCY JUDGE**                Evidentiary Hrg: (Y) N
                                                         Exhibits Filed: (Y) N

PROCEEDING MEMO - CHAPTER 11

Date: 04/17/2025 Time: 02:00

**CASE: 25-10308 Diamond Comic Distributors, Inc.**

Adam H Isenberg and Ashley N Fellona and Jeffrey C. Hampton and Jordan Rosenfeld and Mark Minuti and Nicholas Smargiassi and Paige Noelle Topper and Turner Falk representing Diamond Comic Distributors, Inc. (Debtor)

Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)

Bruce S. Nathan and Chelsea R Frankel and Dennis J. Shaffer and Gianfranco Finizio and Jung Yong Lee and Michael Papandrea and Richard L. Costella and Stephen B. Gerald representing Unsecured Creditors Committee (Creditor Committee)

[340] Motion *Debtors' Motion for Entry of an Order Approving Second Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s3 Exhibit B - Gorin Declaration)      J. Young

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi


PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

   Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

   Other_____

   Confirmed_____ as modified by _____

   Denied Confirmation_____ with leave to amend by_____

   Other_____

DISPOSITIONS:

   Granted ✓  Denied____ Withdrawn____ Consent____ Default___ Under Adv.____

   Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

   Continued to: _____

DECISION:

   [ ] Signed by Court            [ ] Filed by Counsel
   [✓] To be prepared by:
       [✓] Movant's counsel       [ ] Court
       [ ] Respondent's counsel   [ ] Other _____

NOTES: