**EXHIBIT LIST**

**Case No:**  **25-10308-DER**          **Debtor:**   **Diamond Comic Distributors, Inc.**

**Date:**  **April 17, 2025**

| No. | Offered By | Document | Admitted |
|-----|------------|----------|----------|
| 1 | Debtor | Declaration of Robert Gorin (Dkt. No. 340-3) | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |