**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors[1] | Case No. 25-10308-DER<br>(Jointly Administered)<br><br>Chapter 11 |

**ORDER GRANTING EMERGENCY MOTION TO COMPEL DEBTORS TO
ASSUME OR REJECT DISTRIBUTION AGREEMENT WITH TITAN
PUBLISHING GROUP, LTD. BY APRIL 25, 2025, AND RELATED RELIEF, OR
<u>IN THE ALTERNATIVE FOR ADMINISTRATIVE EXPENSE</u>**

Upon consideration of the Emergency Motion to Compel Debtors to Assume or Reject Distribution Agreement with Titan Publishing Group, Ltd. by April 25, 2025, and Related Relief, or in the Alternative for Administrative Expense ("<u>Motion to Compel</u>") filed by Titan Publishing Group, Ltd., and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland, hereby

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**ORDERED**, that the Motion to Compel is GRANTED as set forth herein; and it is further

**ORDERED**, that Diamond Comics Distributors, Inc. ("Diamond") shall have until April 25, 2025 to determine if it will assume or reject the Distribution Agreement with Titan Publishing Group, Ltd. ("Titan") by filing a line in the court regarding the same; and it is further

**ORDERED**, that any such rejection or assumption will be effective as of the date on which Diamond files such line; and it is further

**ORDERED**, that, if Diamond determines to reject the Distribution Agreement, Titan may reject all orders for new products from Diamond placed after the effective date of the rejection; and it is further;

**ORDERED**, that Titan may, at its option, terminate the Distribution Agreement upon the effective date of any rejection; and it is further;

**ORDERED**, that upon the effective date of any rejection, Titan shall be entitled to exercise its right under the Distribution Agreement to reclaim products held by Diamond on consignment as set forth in Section 11(f) of the Distribution Agreement.

cc:     Parties receiving notice via CM/ECF

**END OF ORDER**