# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308-DER |
| Diamond Comic Distributors, Inc., *et al.*, | (Jointly Administered) |
| Debtors[1] | Chapter 11 |

**MOTION TO SHORTEN TIME TO RESPOND TO EMERGENCY MOTION TO COMPEL DEBTORS TO ASSUME OR REJECT DISTRIBUTION AGREEMENT WITH TITAN PUBLISHING GROUP, LTD. BY APRIL 25, 2025, AND RELATED RELIEF, OR IN THE ALTERNATIVE FOR ADMINISTRATIVE EXPENSE AND REQUEST FOR EXPEDITED HEARING IF OBJECTIONS ARE FILED**

Titan Publishing Group, Ltd. (the "Titan"), by and through its undersigned counsel, files this Motion to Shorten Time to Respond to Emergency Motion for Rejection of Distribution Agreement with Titan Publishing Group, Ltd. Effective April 25, 2025, and Related Relief and Request for Expedited Hearing ("Motion to Shorten Time"), and in support thereof, states as follows:

1. On January 14, 2025 (the "Petition Date"), the Debtors each commenced a case under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Prior to the Petition Date, on or about January 1, 2024, debtor, Diamond Comics Distributors, Inc. ("Diamond") and Titan entered into a Distribution Agreement ("Distribution Agreement").

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

3. Diamond and Titan have continued to do business in the ordinary course since the filing of the bankruptcy case.

4. On February 21, 2025, the Debtors filed the Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [ECF No. 168] ("Motion to Sell").

5. The Motion to Sell was granted on April 11, 2025, by the entry of the Order (I) Approving Asset Purchase Agreement Among Diamond Comic Distributors, Inc., Diamond Selected Toys & Collectibles, LLC and Alliance Entertainment, LLC; (II) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances; (III) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [ECF No. 335] ("Sale Order").

6. Pursuant to the Sale Order, certain executory contracts were assigned ("Assigned Contracts") to Alliance Entertainment, LLC ("Purchaser") pursuant to the Asset Purchase Agreement executed between the parties on April 10, 2025. A list of the Assigned Contracts that the Purchaser agreed to assume was identified on Schedule 2.1(c) of the Asset Purchase Agreement.

7. The Asset Purchase Agreement contemplates, and the Sale Order approved, the closing of the sale to occur no later than April 25, 2025.

8. The Distribution Agreement was not included on the list of Assigned Contracts. Yet, there are several deadlines under the Distribution Agreement that will occur before the end of the month. Namely, on April 26, 2025, Titan would typically provide Diamond with a list of

Products to be released in July 2025, and, on April 29, 2025, Diamond would normally provide Titan with its orders to products to be release in June, 2025.  After these dates, there are deadlines every week for the ordering process.

9. On April 17, 2025, Titan filed the Emergency Motion to Compel Debtors to Assume or Reject the Distribution Agreement with Titan Publishing Group, Ltd. by April 25, 2025, and Related Relief, or in the Alternative, for Administrative Expense ("Motion to Reject") seeking that Diamond be required to assume or reject the Distribution Agreement by April 25, 2025 when the Sale will close and Diamond will cease to be able to operate as a distributor.

10. Cause exits to reduce the notice period to respond to the Motion to Reject pursuant to Bankruptcy Rule 9006(c)(1) because Titan needs certainty as to how its Distribution Agreement will be treated considering it is not being assumed by the Purchaser pursuant to the Sale Order and Titan has obligations due thereunder by the end of the April and continuing thereafter.

11. Accordingly, Titan requests that the Court shorten the response time to Motion to Reject to seven (7) days and schedule a hearing, if necessary, to consider the Motion to Reject on an expedited basis by no later than April 28, 2025.

12. Neither the Debtors, their estates, their creditors, nor any parties in interest will be prejudiced by shortening the time to respond to the Motion to Reject.

13. Pursuant to Local Rule 9013-2, Titan relies solely on the facts presented herein, and no memorandum of law will accompany this motion.

WHEREFORE, Titan requests that the Court entered an Order:

A. Requiring responses to the Motion to Reject be filed on or before April 24, 2025;

B. Scheduling a hearing on the Motion to Reject and any response thereto no later than April 28, 2025; and

    C.  Granting such other and further relief as is just in proper.

DATED: April 17, 2025

Respectfully submitted,

*/s/ Emily K. Devan*
Emily K. Devan
 Fed. Bar No. 18595
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3413
Email: edevan@milesstockbridge.com

*Counsel to Titan Publishing Group, Ltd.*

120579\000001\4939-0821-0999.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2025, an electronic copy of the foregoing Motion to Shorten Time and Request for Expedited Hearing will be served electronically by the Court's CM/ECF system on the following:

- **Jan Berlage**   JBerlage@GHSLLP.com, tcollins@ghsllp.com
- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Daniel Jack Blum**   jack.blum@polsinelli.com, lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
- **Laura Skowronski Bouyea**   lsbouyea@venable.com, dmdierdorff@venable.com
- **Thomas K. Bredar**   thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
- **Andrew Brown**   abrown@klestadt.com
- **Richard L. Costella**   rcostella@tydings.com, scalloway@tydings.com
- **David W.T. Daniels**   ddaniels@perkinscoie.com, docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com
- **Turner Falk**   turner.falk@saul.com, tnfalk@recap.email; Veronica.Marchiondo@saul.com
- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- **Ashley N Fellona**   ashley.fellona@saul.com, janice.mast@saul.com
- **Gianfranco Finizio**   gfinizio@lowenstein.com
- **Adam Fletcher**   afletcher@bakerlaw.com
- **Chelsea R Frankel**   cfrankel@lowenstein.com
- **Stephen B. Gerald**   sgerald@tydings.com
- **Christopher J. Giaimo**   christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
- **Jonathan A. Grasso**   jgrasso@yvslaw.com, pgomez@yvslaw.com; r39990@notify.bestcase.com
- **Zvi Guttman**   zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com
- **Jeffrey C. Hampton**   jeffrey.hampton@saul.com
- **Adam H Isenberg**   adam.isenberg@saul.com
- **Toyja E. Kelley**   toyja.kelley@lockelord.com
- **C. Kevin Kobbe**   kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Eric George Korphage**   korphagee@whiteandwilliams.com
- **Jung Yong Lee**   jlee@tydings.com, mhickman@tydings.com
- **Gary H. Leibowitz**   gleibowitz@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
- **Mark Minuti**   mark.minuti@saul.com, robyn.warren@saul.com
- **Bruce S. Nathan**   bnathan@lowenstein.com
- **Michael Papandrea**   mpapandrea@lowenstein.com

120579\000001\4939-0821-0999.v1

- **Steven Gregory Polard**   steven.polard@ropers.com
- **Scott Prince**   sprince@bakerlaw.com
- **Jordan Rosenfeld**   jordan.rosenfeld@saul.com
- **Nikolaus F. Schandlbauer**   nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- **Elizabeth Anne Scully**   escully@bakerlaw.com
- **Dennis J. Shaffer**   dshaffer@tydings.com, scalloway@tydings.com; mhickman@tydings.com;jlee@tydings.com
- **Indira Kavita Sharma**   indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com; errol.chapman@troutman.com; toyja.kelley@troutman.com
- **Nicholas Smargiassi**   nicholas.smargiassi@saul.com
- **Brent C. Strickland**   bstrickland@wtplaw.com, mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com
- **Paige Noelle Topper**   paige.topper@saul.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV

and via U.S. mail on the following:

>Office of the United States Trustee
>6305 Ivy Lane, Suite 600
>Greenbelt, MD 20770
>
>Internal Revenue Service
>Attn: Centralized Insolvency Operation
>P.O. Box 7346
>Philadelphia, PA 19101-7346
>
>United States Attorney
>  for the District of Maryland
>Attn: Civil Process Clerk
>36 S. Charles Street, 4th Floor
>Baltimore, MD 21201

*/s/ Emily K. Devan*
Emily K. Devan

120579\000001\4939-0821-0999.v1