**Fill in this information to identify the case:**

Debtor name: **Diamond Comic Distributors, Inc.**

United States Bankruptcy Court for the **Baltimore** Division, District of **Maryland**

Case number (If known): **25-10308**

☑ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

| | |
| --- | --- |
| 1a. Real property: Copy line 88 from Schedule A/B | $ 217,329.50 |
| 1b. Total personal property: Copy line 91A from Schedule A/B | $ 78,134,271.93 |
| 1c. Total of all property: Copy line 92 from Schedule A/B | $ 78,351,601.43 |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property:** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D — $ 31,019,347.89

3. **Schedule E/F: Creditors Who Have Unsecured Claims:** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F — $ 851,191.54

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F — + $ 51,086,536.86

4. **Total liabilities:**
Lines 2 + 3a + 3b — $ 82,957,076.29

**Fill in this information to identify the case:**

Debtor name: __Diamond Comic Distributors, Inc.__

United States Bankruptcy Court for the __Baltimore__ Division, District of __Maryland__

Case number (If known): __25-10308__

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

*No Amendments were made to Schedule E.*
*Please refer to Debtor's Schedules at Docket No 155*

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Is the claim subject to offset?
☐ No.
☐ Yes.

**2.2**
Priority creditor's name and mailing address
Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Is the the claim subject to offset?
☐ No.
☐ Yes.

**2.3**
Priority creditor's name and mailing address
Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Is the claim subject to offset?
☐ No.
☐ Yes.

**2.4**
Priority creditor's name and mailing address
Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Is the the claim subject to offset?
☐ No.
☐ Yes.

**2.5**
Priority creditor's name and mailing address
Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Is the claim subject to offset?
☐ No.
☐ Yes.

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

**3.1** Nonpriority creditor's name and mailing address
10 Ton Press
3767 Agua Dulce Ave
Clovis, CA 93619

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,016.86

**3.2** Nonpriority creditor's name and mailing address
100 Percent Soft LLC
124 S Kingsley Dr
Los Angeles, CA 90004

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$42,109.00

**3.3** Nonpriority creditor's name and mailing address
1000 Toys, Inc
390 Amapola Ave, Unit 2
Torrance, CA 90501

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$131,100.00

**3.4** Nonpriority creditor's name and mailing address
1First Comics Inc
861 Cedar Ln
Northbrook, IL 60062

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,473.60

**3.5** Nonpriority creditor's name and mailing address
801 Media Inc
1487 W, 178th St, Ste 310
Gardena, CA 90248

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,471.86

**3.6** Nonpriority creditor's name and mailing address
AAA Cooper Transportation
P.O. Box 935003
Atlanta, GA 31193-5003

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,915.27

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**
ABC Laser USA, Inc
4522 Treadstone Ct NW
Suwanee, GA 30024

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$196.10

---

**3.8** **Nonpriority creditor's name and mailing address**
Ablaze, LLC
11222 SE Main St, Ste 22906
Portland, OR 97269

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$19,447.86

---

**3.9** **Nonpriority creditor's name and mailing address**
About Comics
1569 Edgemont Dr
Camarillo, CA 93010

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,447.20

---

**3.10** **Nonpriority creditor's name and mailing address**
Above the Treeline Inc
P.O. Box 7378
Ann Arbor, MI 48107

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,000.00

---

**3.11** **Nonpriority creditor's name and mailing address**
Abstract Studios, Inc
P.O. Box 271487
Houston, TX 77277

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$20,776.50

---

**3.12** **Nonpriority creditor's name and mailing address**
Abysse America Inc
15002 NW 107th Ave, Unit 2
Hialeah Gardens, FL 33018

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$32,745.09

---

**3.13** **Nonpriority creditor's name and mailing address**
AC Comics
P.O. Box 394
Plymouth, FL 32768-0394

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,065.37

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.14** | **Nonpriority creditor's name and mailing address**

Accenture LLP
P.O. Box 70629
Chicago, IL 60673-0629

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$18,874.80

---

**3.15** | **Nonpriority creditor's name and mailing address**

ACK Comics
5017-20 5th Fl, 1 Aerocity
Nibr Park, Andheri-Kurla Rd
Sakinaka, Mumbai, 400072
India

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$2,955.10

---

**3.16** | **Nonpriority creditor's name and mailing address**

Acrylicos Vallejo SL
P.O. Box 33708800
Barcelona, 8001
Spain

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$54,385.20

---

**3.17** | **Nonpriority creditor's name and mailing address**

Action Lab Entertainment
463 E Main St
Uniontown, PA 15401

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$4,075.19

---

**3.18** | **Nonpriority creditor's name and mailing address**

ADP, Inc
P.O. Box 830272
Philadelphia, PA 19182-0272

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$6,952.55

---

**3.19** | **Nonpriority creditor's name and mailing address**

Advanced Graphics
466 N Marshall Way
Layton, UT 84041

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,700.00

---

**3.20** | **Nonpriority creditor's name and mailing address**

Agility Recovery Solutions
P.O. Box 733788
Dallas, TX 75373-3788

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$26,722.23

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.21** Nonpriority creditor's name and mailing address
AGO Transportation Inc
500 Av Lepine
Dorval, QC H9P 2V6
Canada

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,368.49

**3.22** Nonpriority creditor's name and mailing address
AHOY Comics
Attn: Hart Seely
499 S Warren St, Ste 612
Syracuse, NY 13202

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$14,397.25

**3.23** Nonpriority creditor's name and mailing address
AIT/Planet Lar LLC
2034 47th Ave
San Francisco, CA 94116

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$36.45

**3.24** Nonpriority creditor's name and mailing address
Alaxis Press
21504 W Douglas Ln
Plainfield, IL 60544

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$10,170.00

**3.25** Nonpriority creditor's name and mailing address
Alderac Entertainment Group Inc
555 N El Camino Real
San Clemente, CA 92672

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$22,741.70

**3.26** Nonpriority creditor's name and mailing address
Alien Books
41 NE 107th St
Miami Shores, FL 33161

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$63,945.80

**3.27** Nonpriority creditor's name and mailing address
Alliance Entertainment LLC
P.O. Box 748431
Atlanta, GA 30374-8431

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,415.52

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.28** **Nonpriority creditor's name and mailing address**
Amazon Web Services Inc
62707 Collection Center Dr
Chicago, IL 60693-0627

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$385.29

---

**3.29** **Nonpriority creditor's name and mailing address**
American Booksellers Association
Accounts Receivable
333 Westchester Ave, Ste S202
White Plains, NY 10604

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,950.00

---

**3.30** **Nonpriority creditor's name and mailing address**
American Library Association
6499 Network Pl
Chicago, IL 60673-1649

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$29,900.00

---

**3.31** **Nonpriority creditor's name and mailing address**
American Mythology Productions
1411 Cherokee Ln
Bel Air, MD 21015

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$43,354.17

---

**3.32** **Nonpriority creditor's name and mailing address**
AmeriGas Propane
P.O. Box 371473
Pittsburgh, PA 15250-7473

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,407.09

---

**3.33** **Nonpriority creditor's name and mailing address**
Angola Wire Products, Inc
803 Wohlert St
Angola, IN 46703

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$807.34

---

**3.34** **Nonpriority creditor's name and mailing address**
Ani-Media, LLC
15410 7th Pl W
Lynnwood, WA 98087

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$150.00

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.35** Nonpriority creditor's name and mailing address
Anson Logistics
Rm 1708, 17th Fl, Business Bldg 3A
Creative Industry Park, Gangyi Rd
Torch Development Zone
Zhongshan City, Guangdong Province
China

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$42,991.01

---

**3.36** Nonpriority creditor's name and mailing address
Antarctic Press Inc
4334 Parkwood Dr
San Antonio, TX 78218

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$12,362.79

---

**3.37** Nonpriority creditor's name and mailing address
Ape Entertainment
Attn: Brent Erwin
4000 Fairfax St
Fort Worth, TX 76116

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$203.07

---

**3.38** Nonpriority creditor's name and mailing address
ARA, Inc
3140 Neil Armstrong Blvd, Ste 203
Eagan, MN 55121

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$655,817.27

---

**3.39** Nonpriority creditor's name and mailing address
Arcane Tinmen
Bjoernholms Alle 4-6
Viby J
Denmark

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$136,966.64

---

**3.40** Nonpriority creditor's name and mailing address
ArcBest Corporation
2080 Dunn Ave
Memphis, TN 38114-4617

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,828.60

---

**3.41** Nonpriority creditor's name and mailing address
Archie Comic Publications, Inc
629 5th Ave
Pelham, NY 10803

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$12,137.20

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |

**3.42** Nonpriority creditor's name and mailing address
Archon SP Z O O
3829 N 3rd St
Phoenix, AZ 85012

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$53,144.59

**3.43** Nonpriority creditor's name and mailing address
Ares Games
Piazza Petrucci 8
Camaiore, Tuscany 55040
Italy

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$10,698.85

**3.44** Nonpriority creditor's name and mailing address
Arete Advisors LLC
P.O. Box 919860
Orlando, FL 32891

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$14,840.00

**3.45** Nonpriority creditor's name and mailing address
Argus Transport USA, LLC
970 Driving Park Ave
Rochester, NY 14613

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$800.00

**3.46** Nonpriority creditor's name and mailing address
Armor Packaging
1460 Lakes Pkwy
Lawrenceville, GA 30043

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,370.40

**3.47** Nonpriority creditor's name and mailing address
Artists Writers & Artisans Inc
1359 Broadway, Ste 800
New York, NY 10018

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$803.64

**3.48** Nonpriority creditor's name and mailing address
Asmadi Games
160 Cambridge St
Burlington, MA 01803

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,340.80

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.49** Nonpriority creditor's name and mailing address
Aspen MLT, Inc
5701 Slauson Ave, Ste 120
Culver City, CA 90230

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$1,890.50

**3.50** Nonpriority creditor's name and mailing address
Atlantis Toy & Hobby
435 Brook Ave, Unit 16
Deer Park, NY 11729

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,363.52

**3.51** Nonpriority creditor's name and mailing address
Atlas Container Corporation
8309 Windermere Dr
Pasadena, MD 21122

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,559.93

**3.52** Nonpriority creditor's name and mailing address
Atlas Games
Attn: Accounts Receivables
202 3rd Ave
Proctor, MN 55810

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,243.53

**3.53** Nonpriority creditor's name and mailing address
Atlassian Corporation
Mail Station 1770
600 N Robert St
St Paul, MN 55145-1770

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$42.00

**3.54** Nonpriority creditor's name and mailing address
Auth0 Inc
5955 Desoto Ave, Ste 100
Woodland Hills, CA 91367

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$23.00

**3.55** Nonpriority creditor's name and mailing address
Avatar Press Inc
515 N Century Blvd
Rantoul, IL 61866

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$36,495.14

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.56 Nonpriority creditor's name and mailing address**
Bad Egg LLC
3101 Ocean Park Blvd, Ste 100
Pmb 247
Santa Monica, CA 90405

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$401.40

**3.57 Nonpriority creditor's name and mailing address**
Bad Kids Press
Attn: Robert Howard
407 Highland Ave
Somerville, MA 02144

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,049.88

**3.58 Nonpriority creditor's name and mailing address**
Band of Bards
226 Elmwood Ave, Ste 864
Buffalo, NY 14222

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$13.98

**3.59 Nonpriority creditor's name and mailing address**
Bandai Co Ltd
1-4-8 Komagata
Taito-Ku, Tokyo 111-0081
Japan

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,622,732.52

**3.60 Nonpriority creditor's name and mailing address**
Bandai Namco Toys & Collectibles America Inc
23 Odyssey
Irvine, CA 92618

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$617,443.85

**3.61 Nonpriority creditor's name and mailing address**
Battle Quest Comics
1748 NE Tillamook
Portland, OR 97212

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$1,152.90

**3.62 Nonpriority creditor's name and mailing address**
Battlefront Miniatures Inc
500 Principio Pkwy W
North East, MD 21901

Date or dates debt was incurred _____

Last 4 digits of account number _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$283.80

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.63** | **Nonpriority creditor's name and mailing address**
Beast Kingdom North America Co
1004 Hanson Ct
Milipitas, CA 95035

    Date or dates debt was incurred

    Last 4 digits of account number    __ __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$245,427.14

---

**3.64** | **Nonpriority creditor's name and mailing address**
Beckett Media LP
4635 Mcewen Rd
Dallas, TX 75244

    Date or dates debt was incurred

    Last 4 digits of account number    __ __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$862.65

---

**3.65** | **Nonpriority creditor's name and mailing address**
Beeline Creative Inc
P.O. Box 681571
Franklin, TN 37068

    Date or dates debt was incurred

    Last 4 digits of account number    __ __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,200.00

---

**3.66** | **Nonpriority creditor's name and mailing address**
Behemoth Entertainment LLC
651 N Plano Rd, Ste 421
Richardson, TX 75081

    Date or dates debt was incurred

    Last 4 digits of account number    __ __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$50,520.44

---

**3.67** | **Nonpriority creditor's name and mailing address**
Benitez Productions
P.O. Box 17161
Encino, CA 91416

    Date or dates debt was incurred

    Last 4 digits of account number    __ __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$2,079.27

---

**3.68** | **Nonpriority creditor's name and mailing address**
Black Mask Studios
c/o Epitaph
2798 Sunset Blvd
Los Angeles, CA 90026

    Date or dates debt was incurred

    Last 4 digits of account number    __ __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$2,000.15

---

**3.69** | **Nonpriority creditor's name and mailing address**
Black Panel Press
22 Gilbert St
St John's, NL A1C 1X4
Canada

    Date or dates debt was incurred

    Last 4 digits of account number    __ __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$12,049.45

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

**3.70** Nonpriority creditor's name and mailing address
Blackbox Comics
151-52 23rd Ave
Whitestone, NY 11357

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$13,446.92

**3.71** Nonpriority creditor's name and mailing address
Blackstone Audio Inc
62707 Collection Center Dr
Chicago, IL 60693-0627

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$539.80

**3.72** Nonpriority creditor's name and mailing address
Blood Moon Comics, LLC
P.O. Box 548
Boiling Springs, PA 17007-0548

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,926.82

**3.73** Nonpriority creditor's name and mailing address
Blue Orange USA
1937 Davis St, Ste C
San Leandro, CA 94577

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,858.86

**3.74** Nonpriority creditor's name and mailing address
Blue Star
28487 Network Pl
Chicago, IL 60673-1284

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,990.98

**3.75** Nonpriority creditor's name and mailing address
BlueYonder, Inc
P.O. Box 841983
Dallas, TX 75284-1983

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$96,303.87

**3.76** Nonpriority creditor's name and mailing address
Bluff City Pallet, LLC
P.O. Box 442
Oakland, TN 38060

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,326.40

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.77** Nonpriority creditor's name and mailing address
Bookish SRL
Str Baia De Aries Nr 3
Bucharest, 60801
Romania

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,483.11

**3.78** Nonpriority creditor's name and mailing address
BookNet Canada
440-455 Danforth Ave
Toronto, ON M4K 1P1
Canada

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$438.56

**3.79** Nonpriority creditor's name and mailing address
Boom! Entertainment
Attn: Accounting Dept
5670 Wilshire Blvd, Ste 400
Los Angeles, CA 90036

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$799,133.29

**3.80** Nonpriority creditor's name and mailing address
Boston America Corp
55 6th Rd, Ste 8
Woburn, MA 01801

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,186.00

**3.81** Nonpriority creditor's name and mailing address
Brilliant Enterprise LLC
Attn: Scott Braden
196 Winners Circle Dr
Red Lion, PA 17356

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$234.00

**3.82** Nonpriority creditor's name and mailing address
Broadsword Comics
180 Idlewood Dr
Brodheadsville, PA 18322

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,211.64

**3.83** Nonpriority creditor's name and mailing address
Brotherwise Games LLC
2110 Artesia Blvd, Ste B-385
Redondo Beach, CA 90278

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$25,516.46

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.84** Nonpriority creditor's name and mailing address
Browntrout Publishers
201 Continental Blvd, Ste 200
El Segundo, CA 90245

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$951.44

---

**3.85** Nonpriority creditor's name and mailing address
Bully Pulpit Games LLC
610 Manor Ridge Dr
Carrboro, NC 27510

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$66.00

---

**3.86** Nonpriority creditor's name and mailing address
Bumpas Products LLC
Attn: Brennan C Swain
1900 Ave of The Stars
Los Angeles, CA 90067

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,904.00

---

**3.87** Nonpriority creditor's name and mailing address
Bundoran Press Publishing House
151 Bay St, Unit 1111
Ottawa, ON K1R 7T2
Canada

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$6.78

---

**3.88** Nonpriority creditor's name and mailing address
Burning Wheel
26-47 30th St
Astoria, NY 11102

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$2,621.27

---

**3.89** Nonpriority creditor's name and mailing address
Business Equipment Center
2991 Directors Row
Memphis, TN 38131

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$258.34

---

**3.90** Nonpriority creditor's name and mailing address
C.H. Robinson Worldwide Inc
P.O. Box 9121
Minneapolis, MN 55480-9121

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,461.26

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

| **3.91** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $706.25 |

**3.91** Nonpriority creditor's name and mailing address
Calvert Plumbing and Heating
8801 Mylander Ln
Towson, MD 21286

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$706.25

---

**3.92** Nonpriority creditor's name and mailing address
Canadian Manda Group
Attn: Mr Nick Smith
664 Annette St
Toronto, ON M6S 2C8
Canada

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$12,995.00

---

**3.93** Nonpriority creditor's name and mailing address
Caneda Transport Ltd
4330 46th Ave SE
Calgary, AB T2B 3N7
Canada

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$270.00

---

**3.94** Nonpriority creditor's name and mailing address
Canpar Transport Ltd
201 W Creek Blvd, Ste 102
Brampton, ON L6T 0G8
Canada

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$23,334.00

---

**3.95** Nonpriority creditor's name and mailing address
Capstone Games
2 Techview Dr
Cincinatti, OH 45215

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$48,642.12

---

**3.96** Nonpriority creditor's name and mailing address
Capstone Publishers
P.O. Box 776866
Chicago, IL 60677-6866

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$5,521.99

---

**3.97** Nonpriority creditor's name and mailing address
Carrera of America
197 Rte 18 S, Ste 307N
E Brunswick, NJ 08816

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,058.16

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.98** Nonpriority creditor's name and mailing address
Casemate
1950 Lawrence Rd
Havertown, PA 19083

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,678.80

**3.99** Nonpriority creditor's name and mailing address
Ceaco
250 Royall St
Canton, MA 02021

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16,269.00

**3.100** Nonpriority creditor's name and mailing address
Chaosium Inc
3450 Wooddale Ct
Ann Arbor, MI 48104

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$23,263.28

**3.101** Nonpriority creditor's name and mailing address
Chessex Manufacturing Co LLC
P.O. Box 80255
Fort Wayne, IN 46898-0255

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$90,619.53

**3.102** Nonpriority creditor's name and mailing address
Chicago Distribution Center
11030 S Langley Ave
Chicago, IL 60628

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$580.13

**3.103** Nonpriority creditor's name and mailing address
Circana, LLC
203 N Lasalle St, Ste 1500
Chicago, IL 60601

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$30,376.00

**3.104** Nonpriority creditor's name and mailing address
City of Fort Wayne
Violations Bureau
Fort Wayne, IN 46802

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$75.00

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.105**   Nonpriority creditor's name and mailing address
City of Olive Branch
9200 Pigeon Roost Rd
Olive Branch, MS 38654

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$13,869.45

---

**3.106**   Nonpriority creditor's name and mailing address
City of Visalia
Utility Billing
City of Industry, CA 91716-8268

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,540.34

---

**3.107**   Nonpriority creditor's name and mailing address
Classic Imports, Inc
2018 Great Trails Dr
Wooster, OH 44691

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$95,355.50

---

**3.108**   Nonpriority creditor's name and mailing address
CLEO Communications US
P.O. Box 735690
Chicago, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$72,664.68

---

**3.109**   Nonpriority creditor's name and mailing address
Clover Press, LLC
12625 High Bluff Dr, Ste 220
San Diego, CA 92130

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$9,561.14

---

**3.110**   Nonpriority creditor's name and mailing address
Cockey's Enterprises Inc
3300 Transway Rd
Baltimore, MD 21227

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$199.00

---

**3.111**   Nonpriority creditor's name and mailing address
Coffin Comics
40 W Brown Rd, Ste 105
Mesa, AZ 85201

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,483.57

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.112** Nonpriority creditor's name and mailing address
Collectible Grading Authority
aka CGA
1965 Evergreen Blvd, Unit 100
Duluth, GA 30096

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$15,000.00**

---

**3.113** Nonpriority creditor's name and mailing address
Columbia Gas
P.O. Box 70285
Philadelphia, PA 19176-0285

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$3,676.59**

---

**3.114** Nonpriority creditor's name and mailing address
Comcast Corporation
P.O. Box 70219
Philadelphia, PA 19176-0219

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$554.77**

---

**3.115** Nonpriority creditor's name and mailing address
Comics Experience
dba Cex Publishing
712 Hollow Trace
Shelbyville, KY 40065

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$10,401.03**

---

**3.116** Nonpriority creditor's name and mailing address
Comicsburgh
Attn: Grant Lankard
1040 Peermont Ave
Pittsburgh, PA 15216

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$2,141.99**

---

**3.117** Nonpriority creditor's name and mailing address
ComixTribe
Attn: Tyler James Vogel
36 Olive St
Newburyport, MA 01950

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$1,077.84**

---

**3.118** Nonpriority creditor's name and mailing address
Compass Games LLC
3466 Main St
Cromwell, CT 06416

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

**$10,671.03**

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.119** Nonpriority creditor's name and mailing address
Compound Fun Inc
P.O. Box 88
Redmond, WA 98033

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$11,737.50

**3.120** Nonpriority creditor's name and mailing address
ComServ Wireless
1246 Sycamore View Rd
Memphis, TN 38134

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$3,300.00

**3.121** Nonpriority creditor's name and mailing address
Contention Games
Piazza Petrucci 8
Camaiore, Tuscany 55041
Italy

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$78,522.00

**3.122** Nonpriority creditor's name and mailing address
Corvus Belli SLL
Pologono Industrial Castineiras, Nave 19
Pontevedra, 36939 BUEU
Spain

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$17,941.40

**3.123** Nonpriority creditor's name and mailing address
Cosmic Lion Productions
Attn: Eli Schwab
4430 Dulcinea Ct
Woodland Hills, CA 91364

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$2,529.50

**3.124** Nonpriority creditor's name and mailing address
Creative Mind Energy LLC
259 B W Front St
Missoula, MT 59802

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☒ Yes.

$12,878.62

**3.125** Nonpriority creditor's name and mailing address
Creepy Classics
Attn: Ron Adams
P.O. Box 23
Ligonier, PA 15658

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$106.98

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.126** Nonpriority creditor's name and mailing address<br>Critical Entertainment LLC<br>330 Burchett St, Unit 104<br>Glendale, CA 91203 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,520.21 |
| **Date or dates debt was incurred** | **Basis of claim:** Trade | |
| **Last 4 digits of account number** _ _ _ _ | Is the the claim subject to offset?<br>☑ No.<br>☐ Yes. | |

| | | |
|---|---|---|
| **3.127** Nonpriority creditor's name and mailing address<br>Crusade Comics<br>429 Middle Rd<br>Bayport, NY 11705 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $512.00 |
| **Date or dates debt was incurred** | **Basis of claim:** Trade | |
| **Last 4 digits of account number** _ _ _ _ | Is the the claim subject to offset?<br>☑ No.<br>☐ Yes. | |

| | | |
|---|---|---|
| **3.128** Nonpriority creditor's name and mailing address<br>Cryptozoic Entertainment, LLC<br>23212 Mill Creek Dr, Ste 300<br>Laguna Hills, CA 92653 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | $8,352.91 |
| **Date or dates debt was incurred** | **Basis of claim:** Trade | |
| **Last 4 digits of account number** _ _ _ _ | Is the the claim subject to offset?<br>☐ No.<br>☑ Yes. | |

| | | |
|---|---|---|
| **3.129** Nonpriority creditor's name and mailing address<br>Czech Games Edition Inc<br>901 Watson Ave<br>Madison, WI 53713 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,178.48 |
| **Date or dates debt was incurred** | **Basis of claim:** Trade | |
| **Last 4 digits of account number** _ _ _ _ | Is the the claim subject to offset?<br>☑ No.<br>☐ Yes. | |

| | | |
|---|---|---|
| **3.130** Nonpriority creditor's name and mailing address<br>Daikaiju Enterprises<br>530 Willow Crescent<br>Steinbach, MB R5G 0K1<br>Canada | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,296.00 |
| **Date or dates debt was incurred** | **Basis of claim:** Trade | |
| **Last 4 digits of account number** _ _ _ _ | Is the the claim subject to offset?<br>☑ No.<br>☐ Yes. | |

| | | |
|---|---|---|
| **3.131** Nonpriority creditor's name and mailing address<br>Dan Verssen Games<br>1775 State Hwy 26<br>Grapevine, TX 76051 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | $6,698.40 |
| **Date or dates debt was incurred** | **Basis of claim:** Trade | |
| **Last 4 digits of account number** _ _ _ _ | Is the the claim subject to offset?<br>☐ No.<br>☑ Yes. | |

| | | |
|---|---|---|
| **3.132** Nonpriority creditor's name and mailing address<br>Dark Horse Comics, LLC<br>10956 SE Main St<br>Milwaukie, OR 97222 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | $70,968.14 |
| **Date or dates debt was incurred** | **Basis of claim:** Trade | |
| **Last 4 digits of account number** _ _ _ _ | Is the the claim subject to offset?<br>☐ No.<br>☑ Yes. | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133** Nonpriority creditor's name and mailing address
Darrington Press LLC
2025 N Lincoln St
Burbank, CA 91504

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$416.00

---

**3.134** Nonpriority creditor's name and mailing address
David Ray Gerhardt
172 Smith St
Brooklyn, NY 11201

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$18,922.32

---

**3.135** Nonpriority creditor's name and mailing address
DaVinci Editrice SRL
Via Sandro Penna 24
Perugia
Italy

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$19,017.57

---

**3.136** Nonpriority creditor's name and mailing address
Dayton Freight Lines, Inc
P.O. Box 340
Vandalia, OH 45377

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$243.60

---

**3.137** Nonpriority creditor's name and mailing address
Dead Sky Publishing, LLC
Attn: Steve Wands
6411 Allison Rd
Miami, FL 33141

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$489.02

---

**3.138** Nonpriority creditor's name and mailing address
Dematic Corp
684125 Network Pl
Chicago, IL 60673-1684

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$45,745.00

---

**3.139** Nonpriority creditor's name and mailing address
DeSoto County Tax Collector
Attn: Joey Treadway
365 Losher St, Ste 110
Hernando, MS 38632

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$129,766.28

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

**3.140** Nonpriority creditor's name and mailing address
Desperado Publishing
143 Nectar Pl
Dallas, GA 30132

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$338.39

**3.141** Nonpriority creditor's name and mailing address
Devir Americas
8123 S Orange Ave
Orlando, FL 32809

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$23,337.14

**3.142** Nonpriority creditor's name and mailing address
Dex Protection LLC
402 S San Gabriel Blvd
San Gabriel, CA 91776

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$27,678.80

**3.143** Nonpriority creditor's name and mailing address
Diamond Comic Distributors UK, Unlimited
9 - 10 Haymarket
TC Group 6th Fl Kings House
London, SW1Y 4BP
United Kindom

Date or dates debt was incurred    11/01/2024

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Loan
Is the the claim subject to offset?
☐ No.
☑ Yes.

$2,080,237.46

**3.144** Nonpriority creditor's name and mailing address
Diamond Select Toys LLC
10150 York Rd, Ste 250
Cockeysville, MD 21030

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$3,929,327.71

**3.145** Nonpriority creditor's name and mailing address
Dietz Foundation Games
311 N Sunrise St
Sigel, IL 62462

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$290.00

**3.146** Nonpriority creditor's name and mailing address
Difference Engine Pte Ltd
284 River Valley Rd, Ste 01-01
Singapore, 238325
Singapore

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,588.80

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.147**   Nonpriority creditor's name and mailing address
Digital Manga Publishing, Inc
1447 W 178th St, Ste 302
Gardena, CA 90248

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$4,625.21

---

**3.148**   Nonpriority creditor's name and mailing address
Dire Wolf Digital LLC
1865 S Manor Ln
Lakewood, CO 80232

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$303,644.80

---

**3.149**   Nonpriority creditor's name and mailing address
Disburst Ltd
P.O. Box 141453
Columbus, OH 43214-6453

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,276.24

---

**3.150**   Nonpriority creditor's name and mailing address
Doctor Collector
8 Tees Creative Ageny SL
C/ Reina Dona Germana 24,
Valencia, 46005
Spain

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,223.40

---

**3.151**   Nonpriority creditor's name and mailing address
Draco Studios
848 Brickell Ave
Miami, FL 33131

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$1,743.89

---

**3.152**   Nonpriority creditor's name and mailing address
Drawn & Quarterly Books Inc
7030 Rue St-Denis
Montreal, QC H2S 2S4
Canada

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,103.32

---

**3.153**   Nonpriority creditor's name and mailing address
Dren Productions
17877 2nd St
Tall Timbers, MD 20690

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,486.84

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.154** Nonpriority creditor's name and mailing address
DSTLRY Media
Attn: Chip Mosher
3680 Wilshire Blvd, Ste P04-1420
Los Angeles, CA 90010

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$65,013.15

---

**3.155** Nonpriority creditor's name and mailing address
Dynamic Forces, Inc
113 Gaither Dr, Ste 205
Mt Laurel, NJ 08054

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$158,820.93

---

**3.156** Nonpriority creditor's name and mailing address
E Gerber Products, LLC
1720 Belmont Ave, Ste C
Baltimore, MD 21244

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$24,549.00

---

**3.157** Nonpriority creditor's name and mailing address
Electric Milk Creation Inc
52 Magnolia Dr
Streamwood, IL 60107

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,000.00

---

**3.158** Nonpriority creditor's name and mailing address
Electronic Systems Installers, Inc
120 Rose Ct, Ste A
York, PA 17406

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$20.51

---

**3.159** Nonpriority creditor's name and mailing address
Elf Creek Games
P.O. Box 7594
Champaign, IL 61826

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$4,622.00

---

**3.160** Nonpriority creditor's name and mailing address
Elite Production HK Limited
Rm 1905, 19/F, Cheung Tat Centre
18 Cheung Lee St
Chai Wan
Hong Kong

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,800.00

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.161** Nonpriority creditor's name and mailing address
Entertainment Earth
61 Moreland Rd
Simi Valley, CA 93065

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

$284.40

---

**3.162** Nonpriority creditor's name and mailing address
ePost Global LLC
P.O. Box 996
Bedford Park, IL 60499-0996

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

$18,056.24

---

**3.163** Nonpriority creditor's name and mailing address
Equifax Inc
P.O. Box 71221
Charlotte, NC 28272-1221

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

$623.53

---

**3.164** Nonpriority creditor's name and mailing address
Erasmus Fox
Attn: Pan Univeral Galactic Ww
3288 Adams Ave, Ste 16297
San Diego, CA 92116-9998

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

$9,102.88

---

**3.165** Nonpriority creditor's name and mailing address
ERB Books
1626 Skyview Dr
Irving, TX 75060

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

$3,780.00

---

**3.166** Nonpriority creditor's name and mailing address
Estes Express Lines
P.O. Box 105160
Atlanta, GA 30348-5160

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

$256.79

---

**3.167** Nonpriority creditor's name and mailing address
Eureka Productions
Attn: Tom Pomplun
8778 Oak Grove Rd
Mount Horeb, WI 53572

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
- [ ] No.
- [x] Yes.

$751.21

---

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.168** Nonpriority creditor's name and mailing address
Evil Hat Productions LLC
c/o Fred Hicks
10125 Colesville Rd
Silver Spring, MD 20901

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$16,936.00

---

**3.169** Nonpriority creditor's name and mailing address
Exalted Funeral Press
6024 N Seacliff Ave
Meridian, ID 83646

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,878.00

---

**3.170** Nonpriority creditor's name and mailing address
Expeditors International
6005 Freeport Ave, Ste 102
Memphis, TN 38141

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$283,884.15

---

**3.171** Nonpriority creditor's name and mailing address
Exploding Kittens Inc
7162 Beverly Blvd
Los Angeles, CA 90036

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$60,438.00

---

**3.172** Nonpriority creditor's name and mailing address
Express Services Inc
P.O. Box 535434
Atlanta, GA 30353-5434

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$21,161.47

---

**3.173** Nonpriority creditor's name and mailing address
Factory Entertainment
2355 Whitman Rd, Ste A
Cromwell, CA 94518

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,276.00

---

**3.174** Nonpriority creditor's name and mailing address
Fair Square Graphics LLC
608 S Dunsmuir Ave, Apt 207
Los Angeles, CA 90036

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$1,538.28

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.175** Nonpriority creditor's name and mailing address
Fanattik
The Sidings, Unit 2
Station Rd, Goostrey
Cheshire, CW48PJ
United Kindom

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$2,454.71

**3.176** Nonpriority creditor's name and mailing address
Fangoria Publishing, LLC
2566 Shallowford Rd, Ste 104-180
Atlanta, GA 30345

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$42,170.77

**3.177** Nonpriority creditor's name and mailing address
Fanroll LLC
3236 Illinois Rd
Fort Wayne, IN 46802

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☒ Yes.

$65,613.20

**3.178** Nonpriority creditor's name and mailing address
Fantagraphics Books, Inc
7563 Lake City Way, NE
Seattle, WA 98115

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☒ Yes.

$92,859.04

**3.179** Nonpriority creditor's name and mailing address
Fanwraps Inc
P.O. Box 635
Union, ME 04862

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$2,227.50

**3.180** Nonpriority creditor's name and mailing address
FedEx Corporation
P.O. Box 371461
Pittsburgh, PA 15250-7461

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$219,756.48

**3.181** Nonpriority creditor's name and mailing address
Fedex Trade Network
P.O. Box 916200
P.O. Box 4090, Stn A
Toronto, ON M5W 0E9
Canada

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☒ No.
☐ Yes.

$33,243.52

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.182** Nonpriority creditor's name and mailing address
Fiery Studios Inc
209 W Dutton
Kalamazoo, MI 49007

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$5.18

**3.183** Nonpriority creditor's name and mailing address
FIGPIN Collect Awesome Inc
14 Goodyear Ste 120
Irvine, CA 92618

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$17,720.14

**3.184** Nonpriority creditor's name and mailing address
Fine Collectibles Corp
Iron Studios
1221 S Main St
Los Angeles, CA 90015-2542

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,951.47

**3.185** Nonpriority creditor's name and mailing address
Fineline Technologies Inc
P.O. Box 934219
Atlanta, GA 31193-4219

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$49.00

**3.186** Nonpriority creditor's name and mailing address
Fireline Corporation
4506 Hollins Ferry Rd
Baltimore, MD 21227-4671

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$375.86

**3.187** Nonpriority creditor's name and mailing address
Firelock Games
14399 SW 143 Ct
Miami, FL 33186

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☐ No.
☑ Yes.

$2,433.30

**3.188** Nonpriority creditor's name and mailing address
First Factory Inc
228 Park Ave S, Ste 88643
New York, NY 10003

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$118,470.83

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.189** Nonpriority creditor's name and mailing address
Fisher-Price Inc
P.O. Box 198049
Atlanta, GA 30384-8049

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$528.54

---

**3.190** Nonpriority creditor's name and mailing address
Flat River Group LLC
306 Reed St
Belding, MI 48809

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$26,477.27

---

**3.191** Nonpriority creditor's name and mailing address
Flesk Publications LLC
Attn: John Fleskes
2871 Mission St
Santa Cruz, CA 95060

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,253.40

---

**3.192** Nonpriority creditor's name and mailing address
Flex-Pacc Inc
P.O. Box 623000
Indianapolis, IN 46201

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$125,647.71

---

**3.193** Nonpriority creditor's name and mailing address
Floating World Comics
1223 Lloyd Ctr
Portland, OR 97232

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,704.19

---

**3.194** Nonpriority creditor's name and mailing address
Flying Frog Productions LLC
2518 141st St SW
Lynnwood, WA 98087

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,691.61

---

**3.195** Nonpriority creditor's name and mailing address
Folded Space EOOD
JK Sofia Park District
Ap 22, 2nd Fl, Block 54 Stolichna
Sofia, 1766
Bulgaria

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$4,129.80

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.196** Nonpriority creditor's name and mailing address
Forklifts Etc
3684 Cherry Rd
Memphis, TN 38118

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,787.05

---

**3.197** Nonpriority creditor's name and mailing address
Frank Miller Presents LLC
c/o NKSFB
400 Garden City Plz, Ste 510
Garden City, NY 11530

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$150.48

---

**3.198** Nonpriority creditor's name and mailing address
Fraser Direct
8300 Lawson Rd
Milton, ON L9T 0A4
Canada

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$584.90

---

**3.199** Nonpriority creditor's name and mailing address
Fred Distribution
16761 W Brookhaven Ct
Surprise, AZ 85387

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,113.57

---

**3.200** Nonpriority creditor's name and mailing address
Fright-Rags, Inc
Attn: Ben Scrivens
70 Cascade Dr
Rochester, NY 14614

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$148,747.00

---

**3.201** Nonpriority creditor's name and mailing address
FTE Holding Company
P.O. Box 96
Lafox, IL 60147

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,484.25

---

**3.202** Nonpriority creditor's name and mailing address
Funko LLC
P.O. Box 677876
Dallas, TX 75267-7876

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$438,551.62

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.203** Nonpriority creditor's name and mailing address
Gamelyn Games
18933 E San Tan Blvd, Ste 103
Queen Creek, AZ 85142

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

**$9,561.04**

**3.204** Nonpriority creditor's name and mailing address
Games Workshop Retail Inc
6211 E Holmes Rd
Memphis, TN 38141

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$16,206.47**

**3.205** Nonpriority creditor's name and mailing address
Gemstone Publishing, Inc
10720 Gilroy Rd, Ste 300
Hunt Valley, MD 21031

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$2,224.01**

**3.206** Nonpriority creditor's name and mailing address
Gen Manga Entertainment, Inc
250 Park Ave, Ste 7002
New York, NY 10177

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

**$1,902.85**

**3.207** Nonpriority creditor's name and mailing address
Genius Games
2079 Congressional Dr
Saint Louis, MO 63146

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

**$2,131.60**

**3.208** Nonpriority creditor's name and mailing address
GEODIS USA, Inc
62216 Collections Center Dr
Chicago, IL 60693

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$17,425.58**

**3.209** Nonpriority creditor's name and mailing address
Georgia Power Company
1453 Hwy 120
Lawrenceville, GA 30043

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$3,837.92**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.210** Nonpriority creditor's name and mailing address
Ghost Galaxy Inc
1995 W County Rd B2, Ste 2
Roseville, MN 55113

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,626.17

**3.211** Nonpriority creditor's name and mailing address
Glass House Graphics
1060 Glenraven Ln
Clermont, FL 34711

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,199.80

**3.212** Nonpriority creditor's name and mailing address
Global Games Distribution
2333 NE 47th Ave
Portland, OR 97213-1913

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,294.08

**3.213** Nonpriority creditor's name and mailing address
Global Industrial
29833 Network Pl
Chicago, IL 60673-1298

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,233.40

**3.214** Nonpriority creditor's name and mailing address
GMT Games LLC
P.O. Box 1308
Hanford, CA 93230

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,453.37

**3.215** Nonpriority creditor's name and mailing address
Gold Key Entertainment
4927 W Laurie Ln
Glendale, AZ 85302

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$69.39

**3.216** Nonpriority creditor's name and mailing address
Goliath Games
Dept 3842
P.O. Box 12 3842
Dallas, TX 75312-3842

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,665.88

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.217** Nonpriority creditor's name and mailing address
Good Smile Company
Akiba Co Bldg 7F,3-16-12
Sotokanda, Chiyod-Ku
Tokyo, 101-0021
Japan

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,987.07

---

**3.218** Nonpriority creditor's name and mailing address
Good Trouble Productions LLC
48-11 39th Pl, Ste 1
Sunnyside, NY 11104

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$19.97

---

**3.219** Nonpriority creditor's name and mailing address
Goodman Games LLC
4040 Civic Center Dr Ste 200
San Rafael, CA 94903

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$160,974.10

---

**3.220** Nonpriority creditor's name and mailing address
Google LLC
2435 Old Alabama Rd
Roswell, GA 30076-2415

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$36.00

---

**3.221** Nonpriority creditor's name and mailing address
Grandpa Joe's
dba Chris Beers Ventures, LLC
500 Glass Rd
Pittsburgh, PA 15205

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,429.25

---

**3.222** Nonpriority creditor's name and mailing address
Graphic Mundi - PSU Press
Attn: Accounts Receivable
512 Paterno Library
University Park, PA 16802

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$15,523.86

---

**3.223** Nonpriority creditor's name and mailing address
Graphitti Designs
33159 Camino Capistrano, Ste G
San Juan Capist, CA 92675

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$1,821.33

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.224** Nonpriority creditor's name and mailing address
Great Eastern Entertainment Co
610 W Carob St
Compton, CA 90220

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,624.80

---

**3.225** Nonpriority creditor's name and mailing address
Green Ronin Publishing, LLC
6731 29th Ave S
Seattle, WA 98108

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$4,054.17

---

**3.226** Nonpriority creditor's name and mailing address
Greenlight Toys
5901 Lakeside Blvd
Indianapolis, IN 46278

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$421.44

---

**3.227** Nonpriority creditor's name and mailing address
Grimoire Games
110 Uno Dr
Toronto, ON M8Z 3P3
Canada

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,429.75

---

**3.228** Nonpriority creditor's name and mailing address
GT Labs
816 Hutchins Ave
Ann Arbor, MI 48103

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$129.24

---

**3.229** Nonpriority creditor's name and mailing address
Guangdong Pinqi Culture
28 Wild Rose Pl
Aliso Viejo, CA 92656

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,102.88

---

**3.230** Nonpriority creditor's name and mailing address
Gungnir Entertainment
923 Euclid St Apt 301
Santa Monica, CA 90403

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$3,961.35

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.231** Nonpriority creditor's name and mailing address
Habermaass Corp Inc
Haba USA
4407 Jordan Rd
Skaneateles, NY 13152

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$713.25**

**3.232** Nonpriority creditor's name and mailing address
Happy Camper LLC
160 Alewife Brook
Cambridge, MA 02138

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

**$2,385.90**

**3.233** Nonpriority creditor's name and mailing address
HarperCollins Publishers LLC
P.O. Box 21091
New York, NY 10087-1091

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$19,059.98**

**3.234** Nonpriority creditor's name and mailing address
Hasbro Toy Group
VC 160119
P.O. Box 281480
Atlanta, GA 30384-1480

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$1,164,365.40**

**3.235** Nonpriority creditor's name and mailing address
Hassett Express, LLC
17W775 Butterfield Rd, Ste 109
Oakbrook Terr, IL 60181

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$1,801.83**

**3.236** Nonpriority creditor's name and mailing address
Heavy Metal Entertainment
85A Brook Ave
Deer Park, NY 11729

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

**$363.37**

**3.237** Nonpriority creditor's name and mailing address
Heavy Play LLC
3060 Atwater Dr
Burlingame, CA 94010

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$23,306.00**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.238** Nonpriority creditor's name and mailing address
Hermes Press
2100 Wilmington Rd
New Castle, PA 16105

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

**$29.67**

---

**3.239** Nonpriority creditor's name and mailing address
Hette Boardgames USA
Hachette Boardgames USA
2363 James St, Ste 537
Syracuse, NY 13206-2840

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

**$6,260.80**

---

**3.240** Nonpriority creditor's name and mailing address
Hit Point Press
1175 Brookfield Rd E
Ottawa, ON K1V 0C3
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

**$25,094.92**

---

**3.241** Nonpriority creditor's name and mailing address
Hornby America Inc
P.O. Box 99670
Lakewood, WA 98496

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$7,683.84**

---

**3.242** Nonpriority creditor's name and mailing address
HorrorHound Ltd
P.O. Box 710
Milford, OH 45150

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$15,645.42**

---

**3.243** Nonpriority creditor's name and mailing address
Humanoids Inc
6464 Sunset Blvd, Ste 1180
Los Angeles, CA 90028

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

**$7,909.48**

---

**3.244** Nonpriority creditor's name and mailing address
Hush Hush Projects USA
16 Gulph Mill Rd
Somers Point, NJ 08244

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

**$33,163.14**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.245** Nonpriority creditor's name and mailing address
Image Comics, Inc
Attn: Accounting
2701 NW Vaugh St, Ste 780
Portland, OR 97210

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$25,666.87

**3.246** Nonpriority creditor's name and mailing address
Incredible Dream Studios Inc
2261 Market St, Ste 4475
San Francisco, CA 94114

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$31,619.57

**3.247** Nonpriority creditor's name and mailing address
Independent Publishers Group
P.O. Box 2154, Ach
Bedford Park, IL 60499-2154

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$799.84

**3.248** Nonpriority creditor's name and mailing address
Infinite Worlds LLC
1565 California St Apt 407
Denver, CO 80202

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$676.00

**3.249** Nonpriority creditor's name and mailing address
Ingram
P.O. Box 277616
Atlanta, GA 30384-7616

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$137,294.89

**3.250** Nonpriority creditor's name and mailing address
Insight Direct USA, Inc
P.O. Box 731069
Dallas, TX 75373-1069

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$23,697.41

**3.251** Nonpriority creditor's name and mailing address
Integrated Connection LLC
306 6th Ave SE
Cedar Rapids, IA 52401

Date or dates debt was incurred

Last 4 digits of account number  _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$86,044.35

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** Nonpriority creditor's name and mailing address
International Paper
P.O. Box 644095
Pittsburgh, PA 15264-4095

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$44,246.00

**3.253** Nonpriority creditor's name and mailing address
Invader Comics
3212 Storer Ave
Oakland, CA 94619

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,718.64

**3.254** Nonpriority creditor's name and mailing address
J.J. Keller & Associates, Inc
P.O. Box 6609
Carol Stream, IL 60197-6609

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$340.26

**3.255** Nonpriority creditor's name and mailing address
Jada Toys Inc
18521 Railroad St
City of Industry, CA 91748

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$82,984.42

**3.256** Nonpriority creditor's name and mailing address
JAKKS Pacific Inc
P.O. Box 772704
Detroit, MI 48277-2704

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$47,344.88

**3.257** Nonpriority creditor's name and mailing address
Janney Montgomery Scott LLC
Investment Banking
1717 Arch St, 19th Fl
Philadelphia, PA 19103

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$10,102.62

**3.258** Nonpriority creditor's name and mailing address
Jasco Games LLC
5075 Cameron St
Las Vegas, NV 89118

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$14,449.57

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.259** Nonpriority creditor's name and mailing address
Joe Books Inc
Attn: Accounting Dept
567 Queen St W
Toronto, ON M3V 2B6
Canada

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$8,603.98

---

**3.260** Nonpriority creditor's name and mailing address
Joking Hazard, LLC
15530 Spring Creek Pl
Dallas, TX 75248

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$254.70

---

**3.261** Nonpriority creditor's name and mailing address
JPMorgan Chase Bank, NA
P.O. Box 69165
Baltimore, MD 21264-9165

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$61,522.06

---

**3.262** Nonpriority creditor's name and mailing address
Kaeser Compressors, Inc
P.O. Box 946
Fredericksburg, VA 22404

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,986.76

---

**3.263** Nonpriority creditor's name and mailing address
Kayla N Gibson
1886 Yakona Rd
Parkville, MD 21234

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Accrued/Unused PTO
Is the the claim subject to offset?
☑ No.
☐ Yes.

$57.65

---

**3.264** Nonpriority creditor's name and mailing address
Keenspot Entertainment
16565 Choco Rd
Apple Valley, CA 92307

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$56,088.31

---

**3.265** Nonpriority creditor's name and mailing address
Kenzer & Company
25667 Hillview Ct
Highwood, IL 60060

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,391.55

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.266** Nonpriority creditor's name and mailing address
Keymaster Games LLC
Attn: Brennan C Swain
1900 Ave of The Stars
Los Angeles, CA 90067

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $20,604.70**

---

**3.267** Nonpriority creditor's name and mailing address
Kieren Consulting
4150 Norma Ave
Saint Paul, MN 55112

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $17,916.70**

---

**3.268** Nonpriority creditor's name and mailing address
Kingstone Media Group Inc
1330 Citizens Blvd, Ste 701
Leesburg, FL 34748

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $7,303.76**

---

**3.269** Nonpriority creditor's name and mailing address
KMC USA LLC
108 N Macarthur Blvd
Irving, TX 75061

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $9,910.50**

---

**3.270** Nonpriority creditor's name and mailing address
KnuckleBonz, Inc
616 Persimmon Rd
Walnut Creek, CA 94598

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $27,542.00**

---

**3.271** Nonpriority creditor's name and mailing address
Kobold Press
P.O. Box 2811
Kirkland, WA 98083

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $21,306.80**

---

**3.272** Nonpriority creditor's name and mailing address
Konami Digital Entertainment Inc
1 Konami Way
Hawthorne, CA 90250-1144

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $26,399.82**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|---|

**3.273** Nonpriority creditor's name and mailing address
Kotobukiya Co, Ltd
4-5 Midori-Choshi
Tachikawa-Shi
Tokyo, 190-8542
Japan

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,382.37

**3.274** Nonpriority creditor's name and mailing address
Laguna Studios, LLC
9178 Ridge Path
San Antonio, TX 78250

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$682.85

**3.275** Nonpriority creditor's name and mailing address
Last Gasp
777 Florida St
San Francisco, CA 94110

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,827.40

**3.276** Nonpriority creditor's name and mailing address
Left Justified LLC
1160 County Rd C2 W
Roseville, MN 55113

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$2,141.23

**3.277** Nonpriority creditor's name and mailing address
Les Editions Pix'n Love
Attn: Jean-Marc Demoly
8 Rue Du Taur
Toulouse, 31000
France

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$57.00

**3.278** Nonpriority creditor's name and mailing address
Library Journal LLC
Attn: Accounting
P.O. Box 8391
Carol Stream, IL 60197-8391

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$10,200.00

**3.279** Nonpriority creditor's name and mailing address
Lion Forge Comics
227 N Lindbergh Blvd
St Louis, MO 63141

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$5.99

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.280** Nonpriority creditor's name and mailing address
Little Buddy LLC
7422 Orangewood Ave
Garden Grove, CA 92841

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$815,342.00

---

**3.281** Nonpriority creditor's name and mailing address
Little Shop of Horrors
3213 48th Pl
Des Moines, IA 50310-2606

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,556.45

---

**3.282** Nonpriority creditor's name and mailing address
Little Shop of Pins, LLC
4220 NE Simpson Ct
Portland, OR 97218

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,364.43

---

**3.283** Nonpriority creditor's name and mailing address
Living The Line
1477 Ashland Ave
Staint Paul, MN 55104

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$3,432.38

---

**3.284** Nonpriority creditor's name and mailing address
Llewellyn Worldwide Ltd
2143 Wooddale Dr
Woodbury, MN 55125

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,449.54

---

**3.285** Nonpriority creditor's name and mailing address
Locus Publications, Inc
655 13th St, Ste 100
Oakland, CA 94612

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$625.00

---

**3.286** Nonpriority creditor's name and mailing address
Looney Labs
P.O. Box 20
Williston, VT 05495

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$9,104.40

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.287** Nonpriority creditor's name and mailing address
Loren Coleman
5003 Main St, Ste 110
Tacoma, WA 98402

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$1,102,256.81

**3.288** Nonpriority creditor's name and mailing address
LSG Hobby Inc
5955 Desoto Ave, Ste 100
Woodland Hills, CA 91367

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,064.87

**3.289** Nonpriority creditor's name and mailing address
Lucky Duck Games
Plac Nowy 3/44
Krakow, 31-057
Poland

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$48,793.48

**3.290** Nonpriority creditor's name and mailing address
Lulu Is A Rhinoceros LLC
1755 Broadway, 8th Fl
New York, NY 10019

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$645.16

**3.291** Nonpriority creditor's name and mailing address
Luminare Health Benefits
62707 Collection Center Dr
Chicago, IL 60693-0627

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,649.06

**3.292** Nonpriority creditor's name and mailing address
Lunar Distribution
10701 Rose Ave
New Haven, IN 46774

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$545,560.61

**3.293** Nonpriority creditor's name and mailing address
Mad Cave Studios Inc
8838 SW 129th St
Miami, FL 33176

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$61,968.12

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.294** Nonpriority creditor's name and mailing address
Maersk E-Commerce Logistics
5160 Wiley Post Way
Salt Lake City, UT 84116

Date or dates debt was incurred

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16,710.08

---

**3.295** Nonpriority creditor's name and mailing address
Magma Comix
3130 Whittier St
San Diego, CA 92106

Date or dates debt was incurred

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$6,780.51

---

**3.296** Nonpriority creditor's name and mailing address
Magnetic Press LLC
227 N Lindbergh Blvd
St Louis, MO 63141-7809

Date or dates debt was incurred

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$51,067.53

---

**3.297** Nonpriority creditor's name and mailing address
Manga Classics, Inc
51 Ridgestone Dr
Richmond Hill, ON L4S 0E3
Canada

Date or dates debt was incurred

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$52,835.48

---

**3.298** Nonpriority creditor's name and mailing address
Mantic Entertainment Ltd
Cumberland House
193 Hempshill Ln
Nottingham, NG1 6EE
United Kindom

Date or dates debt was incurred

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$22,888.56

---

**3.299** Nonpriority creditor's name and mailing address
Manuscript Press
Attn: Rick Norwood
P.O. Box 336
Mountain Home, TN 37684

Date or dates debt was incurred

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,049.52

---

**3.300** Nonpriority creditor's name and mailing address
Marquis Book Printing Inc
350 Des Entrepreneurs St
Montmagny, QC G5V 4T1
Canada

Date or dates debt was incurred

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$23,491.04

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.301** Nonpriority creditor's name and mailing address
Marrs Media, Inc
17 Willingdon Blvd
Etobicoke, ON M8X 2H1
Canada

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,785.60

---

**3.302** Nonpriority creditor's name and mailing address
Massive Publishing LLC
Attn: Michael Calero
3404 Leatha Way
Sacramento, CA 95821

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$40,700.69

---

**3.303** Nonpriority creditor's name and mailing address
Master Staffing
1800 E Market St
York, PA 17402

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$14,050.15

---

**3.304** Nonpriority creditor's name and mailing address
Masterpieces Inc
39313 Treasure Ctr
Chicago, IL 60602

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$428.80

---

**3.305** Nonpriority creditor's name and mailing address
Mattel Inc
333 Continental Blvd
Atlanta, GA 90245

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

Reference: 975229-6864

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$125,273.35

---

**3.306** Nonpriority creditor's name and mailing address
Mayday Games Inc
380 W 700 S
Springville, UT 84665

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$5,068.56

---

**3.307** Nonpriority creditor's name and mailing address
MDH F2 Bal Beltway North, LLC
3715 Northside Pkwy NW, Ste 4-240
Atlanta, GA 30327

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,830.94

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.308** Nonpriority creditor's name and mailing address
Medicom Toy Corp
3-22-5, Uehara Shibuya-Ku
Tokyo, 151-0064
Japan

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$163.20

---

**3.309** Nonpriority creditor's name and mailing address
MegaHouse Corporation
Bandai 2nd Building
2-5-4 Komagata, Taito-Ku
Tokyo, 111-0043
Japan

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$17,205.84

---

**3.310** Nonpriority creditor's name and mailing address
Mercury Comics
335 N Ohio Ave
Fremont, OH 43420

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$21,203.96

---

**3.311** Nonpriority creditor's name and mailing address
Metal Weave Games
23564 Oak Valley Rd
Cupertino, CA 95014

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,708.00

---

**3.312** Nonpriority creditor's name and mailing address
Metropolitan Edison Company
P.O. Box 3687
Akron, OH 44309-3687

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,906.24

---

**3.313** Nonpriority creditor's name and mailing address
Microsoft Corporation
c/o BAO
Lockbox 842467
1950 N Stemmons Fwy, Ste 5010
Dallas, TX 75207

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$307,816.00

---

**3.314** Nonpriority creditor's name and mailing address
Mid South Transport, Inc
P.O. Box 16013
Memphis, TN 38186-0013

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$72,839.25

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.315** Nonpriority creditor's name and mailing address
Midsouth Forklift and Battery
1228 Malone Rd
Nesbit, MS 38651

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $2,728.50

**3.316** Nonpriority creditor's name and mailing address
Mighty Jaxx International
21 Tai Seng Dr, Ste 06-00
Singapore, 535223
Singapore

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $1,438.00

**3.317** Nonpriority creditor's name and mailing address
Mighty Jaxx International Pte Ltd
3302 Canal St, Ste 62
Houston, TX 77003

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $59,528.12

**3.318** Nonpriority creditor's name and mailing address
Mindware Wholesale Inc
P.O. Box 310482
Des Moines, IA 50301

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $1,876.50

**3.319** Nonpriority creditor's name and mailing address
Molly Maid
P.O. Box 5537
Derwood, MD 20855

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $119.00

**3.320** Nonpriority creditor's name and mailing address
MON Holdings LLC
3829 N 3rd St
Phoenix, AZ 85012

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $934.92

**3.321** Nonpriority creditor's name and mailing address
Mondo Tees LLC
2802 Wetmore Ave
Everett, WA 98201-3569

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $79,576.10

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.322** | Nonpriority creditor's name and mailing address<br>Monogram International Inc<br>21005 Commerce Pointe Dr<br>Walnut, CA 91789 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $112,545.34 |

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

| | | |
|---|---|---|
| **3.323** | Nonpriority creditor's name and mailing address<br>Monster Fight Club<br>395-190 Reas Ford Rd<br>Earlysville, VA 22936 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | $30,194.00 |

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

Basis of claim: Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

| | | |
|---|---|---|
| **3.324** | Nonpriority creditor's name and mailing address<br>Moonstone Books<br>113 E 9th St<br>Lockport, IL 60441 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $174.05 |

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

| | | |
|---|---|---|
| **3.325** | Nonpriority creditor's name and mailing address<br>MPS Ltd<br>Attn: 10306000<br>Dept Ch 17571<br>Palatine, IL 60055-7571 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,407.06 |

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

| | | |
|---|---|---|
| **3.326** | Nonpriority creditor's name and mailing address<br>MVB US Inc<br>301 Virginia Ave<br>Fairmont, WV 26554 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $955.00 |

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

| | | |
|---|---|---|
| **3.327** | Nonpriority creditor's name and mailing address<br>MyMovieMonsters.com<br>277 Westville Rd<br>Van Buren, AR 72956-7800 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,038.64 |

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

| | | |
|---|---|---|
| **3.328** | Nonpriority creditor's name and mailing address<br>Myrick Marketing & Media, LLC<br>6670 New Nashville Hwy, Ste 105<br>Smyrna, TN 37167 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,441.78 |

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.329**   **Nonpriority creditor's name and mailing address**
Natasha Stagmer
P.O. Box 730375
Dallas, TX 75373-0375

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$325.00

---

**3.330**   **Nonpriority creditor's name and mailing address**
National Entertainment Collectibles Association
Nat Entertainment Coll, Inc
603 Sweetland Ave
Hillside, NJ 07205

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$4,253,892.44

---

**3.331**   **Nonpriority creditor's name and mailing address**
Nauvoo Games LLC
2020 Lawrence St
Denver, CO 80205

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$1,879.29

---

**3.332**   **Nonpriority creditor's name and mailing address**
NBM Publishing, Inc
160 Broadway, E Wing, Ste 700
New York, NY 10038

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$2,587.36

---

**3.333**   **Nonpriority creditor's name and mailing address**
Nemesis Now Inc
108 - 114 City Rd
Stoke-On-Trent, ST4 2PH
United Kindom

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$21,360.40

---

**3.334**   **Nonpriority creditor's name and mailing address**
Netcomics, Inc
100 Lost Tree Ln
Cary, NC 27513

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$16,057.34

---

**3.335**   **Nonpriority creditor's name and mailing address**
NextEra Energy Inc
62707 Collection Center Dr
Chicago, IL 60693-0627

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,391.31

---

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.336**   Nonpriority creditor's name and mailing address
NKOK, Inc
5354 Irwindale Ave, Unit A
Irwindale, CA 91706

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: **$12,850.49**

---

**3.337**   Nonpriority creditor's name and mailing address
NMR Distribution America
28912 Ave Paine
Valencia, CA 91355

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: **$34,637.00**

---

**3.338**   Nonpriority creditor's name and mailing address
Non-Sport Update
P.O. Box 809488
Chicago, IL 60680-9488

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: **$853.60**

---

**3.339**   Nonpriority creditor's name and mailing address
Norma Editorial SA
Passeig De Sant Joan, 7
Barcelona, 08010
Spain

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☐ No.
☑ Yes.

Amount of claim: **$42.38**

---

**3.340**   Nonpriority creditor's name and mailing address
North Star Games
10605 Concord St
Kensington, MD 20895

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☐ No.
☑ Yes.

Amount of claim: **$5,624.44**

---

**3.341**   Nonpriority creditor's name and mailing address
Northcentral Electric Cooperative
P.O. Box 405
Byhalia, MS 38611-0405

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: **$20,954.27**

---

**3.342**   Nonpriority creditor's name and mailing address
Northwest Press
1631 16th Ave, Ste 219
Seattle, WA 98122

**Date or dates debt was incurred**

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: **$479.76**

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.343** Nonpriority creditor's name and mailing address
Office Basics, Inc
P.O. Box 2230
Boothwyn, PA 19061

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,534.04

---

**3.344** Nonpriority creditor's name and mailing address
Old Dominion Freight Line, Inc
P.O. Box 415202
Boston, MA 02241-5202

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$637.27

---

**3.345** Nonpriority creditor's name and mailing address
Oni-LF Publishing Group, LLC
227 N Lindbergh Blvd
St Louis, MO 63141

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$179,942.40

---

**3.346** Nonpriority creditor's name and mailing address
Online Freight Services
P.O. Box 860789
Minneapolis, MN 55486-0789

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$24,500.00

---

**3.347** Nonpriority creditor's name and mailing address
Open Road Brands LLC
3718 N Rock Rd
Wichita, KS 67226

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,517.25

---

**3.348** Nonpriority creditor's name and mailing address
Opus Comics Ltd
66 Mill Ln
London, NW6 1NJ
United Kindom

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$426.16

---

**3.349** Nonpriority creditor's name and mailing address
Ouchfactory Yumclub
661 Kern St
Richmond, CA 94805

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,072.00

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.350** Nonpriority creditor's name and mailing address
Ox Eye Media Inc
100 S Jefferson Ave
Saginaw, MI 48607

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$228.80

---

**3.351** Nonpriority creditor's name and mailing address
Ozone Productions, Ltd
5312 Derry Ave, Ste J
Agoura Hills, CA 91301

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,079.40

---

**3.352** Nonpriority creditor's name and mailing address
OzWest Inc
5955 Desoto Ave, Ste 100
Woodland Hills, CA 91367

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$25,000.00

---

**3.353** Nonpriority creditor's name and mailing address
PAI Technology Inc
177 E Colorado Blvd, Ste 200
Pasadena, CA 91105

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$211,331.50

---

**3.354** Nonpriority creditor's name and mailing address
Paizo Inc
P.O. Box 84311
Seattle, WA 98124-5611

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$224,052.68

---

**3.355** Nonpriority creditor's name and mailing address
Paladone Products
P.O. Box 18380
Palatine, IL 60055-8380

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,055.00

---

**3.356** Nonpriority creditor's name and mailing address
Palladium Books
39074 Webb Ct
Westland, MI 48185

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,956.65

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.357** Nonpriority creditor's name and mailing address
Panini America Inc
5325 Faa Blvd, Ste 100
Irving, TX 75061

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$81,289.32

**3.358** Nonpriority creditor's name and mailing address
Panini UK Ltd
Brockbourne House Level 2
77 Mt Ephraim
Tunbridge Wells, TN4 8BS
United Kindom

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,993.05

**3.359** Nonpriority creditor's name and mailing address
Papercutz Inc
8838 129th St
Miami, FL 33176

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$10,351.69

**3.360** Nonpriority creditor's name and mailing address
Passage Trading Co
3-1-4-904 Tsukiji
Chuo-Ku
Tokyo, 104-0045
Japan

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$27,035.18

**3.361** Nonpriority creditor's name and mailing address
Pegamoose Press
Attn: Troy Little
74 Westcomb Crescent
Charlottetown, PE C1C 1B8
Canada

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$5,548.54

**3.362** Nonpriority creditor's name and mailing address
Pegasus Spiele North America Corporation
2955 Lone Oak Dr
Eagan, MN 55121

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,545.08

**3.363** Nonpriority creditor's name and mailing address
Penguin Group UK
80 Strand
London, WC2R 0RL
United Kindom

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$48,307.54

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.364** Nonpriority creditor's name and mailing address
Penguin Random House LLC
P.O. Box 223384
Pittsburgh, PA 15251-2384

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$9,171,798.97

---

**3.365** Nonpriority creditor's name and mailing address
Penn Waste Inc
P.O. Box 69035
Baltimore, MD 21264-9035

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$860.00

---

**3.366** Nonpriority creditor's name and mailing address
PEZ Candy, Inc
P.O. Box 30087
New York, NY 10087-0087

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,160.96

---

**3.367** Nonpriority creditor's name and mailing address
Phoenix Studios
Attn: Kayden Phoenix
521 S Soto St
Los Angeles, CA 90033

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$317.90

---

**3.368** Nonpriority creditor's name and mailing address
Picturesque Publishing Inc
P.O. Box 32014
Arthur Po Po
Thunder Bay, ON P7K 0E7
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$719.20

---

**3.369** Nonpriority creditor's name and mailing address
Piedmont National Corporation
P.O. Box 890938
Charlotte, NC 28289-0938

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$14,742.47

---

**3.370** Nonpriority creditor's name and mailing address
Pintrill, LLC
37 Greenpoint Ave, Ste 320
Brooklyn, NY 11222

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$672.00

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.371** Nonpriority creditor's name and mailing address
Playmates Toys Inc
909 N Pacific Coast Hwy, Ste 800
El Segundo, CA 90245

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**Amount of claim: $67,311.00**

---

**3.372** Nonpriority creditor's name and mailing address
Plazmida LLC
P.O. Box 8851
Honolulu, HI 96830

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$19,092.97**

---

**3.373** Nonpriority creditor's name and mailing address
Pocket Jacks Comics
12471 Wood Manor Cir
Dallas, TX 75234

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$3,932.12**

---

**3.374** Nonpriority creditor's name and mailing address
Polymershapes LLC
P.O. Box 505503
St Louis, MO 63150-5503

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$54,644.02**

---

**3.375** Nonpriority creditor's name and mailing address
Premium DNA Enterprises, LLC
13894 S Bangerter Pkwy, Ste 200
Draper, UT 84020

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$59.98**

---

**3.376** Nonpriority creditor's name and mailing address
Presto-X
P.O. Box 13848
Reading, PA 19612-3848

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$748.70**

---

**3.377** Nonpriority creditor's name and mailing address
Primal Horizon
c/o Glanfield Marketing
214 King St
Welland, ON L3B 3J7
Canada

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim: Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

**$3,311.20**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.378** Nonpriority creditor's name and mailing address
Prime Books LLC
Attn: Sean Wallace
13862 Crosstie Dr
Germantown, MD 20874

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$914.71

**3.379** Nonpriority creditor's name and mailing address
Prime Motion Inc
5955 Desoto Ave, Ste 100
Woodland Hills, CA 91367

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$14,385.60

**3.380** Nonpriority creditor's name and mailing address
Pristine Janitorial Services LLC
128 W Rudisill Blvd
Fort Wayne, IN 46807

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,400.00

**3.381** Nonpriority creditor's name and mailing address
Public Library Association
3447 Eagle Way
Chicago, IL 60678-3447

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,800.00

**3.382** Nonpriority creditor's name and mailing address
Publisher Services Inc
2800 Vista Ridge Dr
Suwanee, GA 30024

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$377,610.70

**3.383** Nonpriority creditor's name and mailing address
Pye Barker Fire & Safety
dba Alarmtec Systems
P.O. Box 735358
Dallas, TX 75373-5358

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$567.18

**3.384** Nonpriority creditor's name and mailing address
Pyramid America Ltd
1 Haven Ave
Mt Vernon, NY 10553

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,546.00

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.385**   Nonpriority creditor's name and mailing address

QS Information Services Inc
44 Merrimac St
Newburyport, MA 01950

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$12,507.66

---

**3.386**   Nonpriority creditor's name and mailing address

Quartermaster Direct
8550 S US Hwy 17/92
Maitland, FL 32751

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$13,093.30

---

**3.387**   Nonpriority creditor's name and mailing address

Quest Kids LLC
605 E 21st St
Houston, TX 77008-4430

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☐ No.
☑ Yes.

$2,110.52

---

**3.388**   Nonpriority creditor's name and mailing address

R & R Games
P.O. Box 130195
Tampa, FL 33681

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,710.56

---

**3.389**   Nonpriority creditor's name and mailing address

R 5 Comics LLC
27103 Kelsey Woods Ct
Cypress, TX 77433

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$239.40

---

**3.390**   Nonpriority creditor's name and mailing address

R Talsorian Games Inc
13847 70th Ave
Kirkland, WA 98034

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$35,194.00

---

**3.391**   Nonpriority creditor's name and mailing address

Rabbit Hole Studios
4787 Greenfield Rd
Montague, PE C0A 1R0
Canada

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$42.80

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.392** Nonpriority creditor's name and mailing address
Rabbit Publishers
1624 W Northwest Hwy
Arlington Hghts, IL 60004

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$311.31

**3.393** Nonpriority creditor's name and mailing address
Radical Publishing
P.O. Box 341847
Los Angeles, CA 90034

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11.20

**3.394** Nonpriority creditor's name and mailing address
Randstad
P.O. Box 7247-6655
Philadelphia, PA 19170-6655

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$34,473.54

**3.395** Nonpriority creditor's name and mailing address
Ravensburger North America Inc
P.O. Box 845233
Boston, MA 02284-5233

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,373.16

**3.396** Nonpriority creditor's name and mailing address
Reaper Miniatures
P.O. Box 2107
Lake Dallas, TX 75065-2107

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$11,396.90

**3.397** Nonpriority creditor's name and mailing address
Receiver of Taxes and Assessments
151 Banker Rd
Plattsburgh, NY 12901

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$34.62

**3.398** Nonpriority creditor's name and mailing address
Red Giant Entertainment
Attn: Benny Powell
614 E Hwy 50, Ste 235
Clermont, FL 34711

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$64.41

| | | |
|---|---|---|
| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 58 of 81 |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.399** | **Nonpriority creditor's name and mailing address**
Red Lion Municipal Authority
P.O. Box 190
Red Lion, PA 17356-0190

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$430.07**

---

**3.400** | **Nonpriority creditor's name and mailing address**
Renegade Game Studios
153 Sugar Belle Dr, Ste B 166
Winter Garden, FL 34787

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

**$164,968.25**

---

**3.401** | **Nonpriority creditor's name and mailing address**
Republic Services
P.O. Box 677156
Dallas, TX 75267-7156

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$1,236.53**

---

**3.402** | **Nonpriority creditor's name and mailing address**
Retail Management Hero Inc
454 W Napa St, Unit B
Sonoma, CA 95476

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$13,920.78**

---

**3.403** | **Nonpriority creditor's name and mailing address**
Retro-A-Go-Go! LLC
214 S Michigan Ave
Howell, MI 48843

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$3,126.40**

---

**3.404** | **Nonpriority creditor's name and mailing address**
Rio Grande Games
18 Santa Ana Loop
Placitas, NM 87043

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$55,963.90**

---

**3.405** | **Nonpriority creditor's name and mailing address**
Riot New Media Group, Inc
4243 SE Belmont St, Ste 100
Portland, OR 97215

**Date or dates debt was incurred**

**Last 4 digits of account number**  _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:** Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

**$517.72**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.406** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $687.12 |

**3.406** Nonpriority creditor's name and mailing address
Rising Empire Studios
8545 W Warm Springs Rd, Ste A4 426
Las Vegas, NV 89113

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis of claim:
Trade

**Last 4 digits of account number** _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $687.12

---

**3.407** Nonpriority creditor's name and mailing address
Roadrunner Transportation
Attn: Collections
P.O. Box 74857
Chicago, IL 60694

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis of claim:
Trade

**Last 4 digits of account number** _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $1,124.14

---

**3.408** Nonpriority creditor's name and mailing address
Rock America
Attn: Michael Cisneros
6400 Oak Canyon, Ste 100
Irvine, CA 92618

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis of claim:
Trade

**Last 4 digits of account number** _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $39.98

---

**3.409** Nonpriority creditor's name and mailing address
Role 4 Initiative LLC
9740 Shaver Rd
Portage, MI 49024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis of claim:
Trade

**Last 4 digits of account number** _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $1,238.58

---

**3.410** Nonpriority creditor's name and mailing address
Round 2 LLC
4073 Meghan Beeler Ct
S Bend, IN 46628

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis of claim:
Trade

**Last 4 digits of account number** _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $11,324.29

---

**3.411** Nonpriority creditor's name and mailing address
Roy Miller Freight Lines LLC
3165 E Coronado St
Anaheim, CA 92806

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis of claim:
Trade

**Last 4 digits of account number** _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $1,020.03

---

**3.412** Nonpriority creditor's name and mailing address
Safari Ltd
P.O. Box 96529
Charlotte, NC 28296-0529

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

Basis of claim:
Trade

**Last 4 digits of account number** _ _ _ _

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $2,651.85

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

| | |
|---|---|
| **3.413** Nonpriority creditor's name and mailing address<br>SAIA Motor Freight Line LLC<br>P.O. Box 730532<br>Dallas, TX 75373-0532<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**  __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |
| $3,848.01 |

| | |
|---|---|
| **3.414** Nonpriority creditor's name and mailing address<br>Sam Stevens<br>P.O. Box 669825<br>Dallas, TX 75266-0782<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**  __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |
| $269.00 |

| | |
|---|---|
| **3.415** Nonpriority creditor's name and mailing address<br>Santoki LLC<br>1100 N Opdyke Rd, Ste 200<br>Auburn Hills, MI 48326<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**  __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |
| $37.00 |

| | |
|---|---|
| **3.416** Nonpriority creditor's name and mailing address<br>Scan Global Logistics<br>P.O. Box 7410684<br>Chicago, IL 60674-0684<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**  __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |
| $160,047.44 |

| | |
|---|---|
| **3.417** Nonpriority creditor's name and mailing address<br>SCB Distributors<br>15608 S New Century Dr<br>Gardena, CA 90248<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**  __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |
| $7,294.94 |

| | |
|---|---|
| **3.418** Nonpriority creditor's name and mailing address<br>Schiffer Publishing, Ltd<br>4880 Lower Valley Rd<br>Atglen, PA 19310<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**  __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |
| $3,027.50 |

| | |
|---|---|
| **3.419** Nonpriority creditor's name and mailing address<br>Scholastic Inc<br>P.O. Box 639851<br>Cincinnati, OH 45263-9851<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**  __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. |
| $51,548.50 |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.420** Nonpriority creditor's name and mailing address
Schwarz Paper Company
P.O. Box 644095
Pittsburgh, PA 15264-4095

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$28.77

---

**3.421** Nonpriority creditor's name and mailing address
Schylling, Inc
c/o Berkshire Bank
P.O. Box 941
Worcester, MA 01613-0941

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$518.40

---

**3.422** Nonpriority creditor's name and mailing address
Scout Comics
12541 Metro Pkwy Ste 20
Fort Myers, FL 33966

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$1,274.97

---

**3.423** Nonpriority creditor's name and mailing address
Screem Magazine
c/o Darryl Mayeski
41 Mayer St
Wilkes Barre, PA 18702-3765

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,294.92

---

**3.424** Nonpriority creditor's name and mailing address
SCS Direct Inc
9 Trefoil Dr
Trumbull, CT 06611-1330

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,052.00

---

**3.425** Nonpriority creditor's name and mailing address
Sentry
P.O. Box 4300
Carol Stream, IL 60197-4300

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$30.74

---

**3.426** Nonpriority creditor's name and mailing address
SFV York Road, LLC
2328 W Joppa Rd, Ste 200
Lutherville, MD 21093

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$62,733.10

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427** Nonpriority creditor's name and mailing address
Shaw Material Handling Systems
P.O. Box 872700
Kansas City, MO 64187-2700

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,578.46

---

**3.428** Nonpriority creditor's name and mailing address
Shawn Hainsworth
59 King St
Hatfield, MA 01038

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,952.08

---

**3.429** Nonpriority creditor's name and mailing address
ShipStation
P.O. Box 935003
Atlanta, GA 31193-5003

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$174.99

---

**3.430** Nonpriority creditor's name and mailing address
Sigma Comics, LLC
405 E 16th St, Apt 6E
Brooklyn, NY 11226

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,077.32

---

**3.431** Nonpriority creditor's name and mailing address
Silver Buffalo LLC
Attn: Brennan C Swain
1900 Ave of The Stars
Los Angeles, CA 90067

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,639.08

---

**3.432** Nonpriority creditor's name and mailing address
Silver Sprocket LLC
1057 Valencia St
San Francisco, CA 94110

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,751.52

---

**3.433** Nonpriority creditor's name and mailing address
Silverline Comics
16415 SW 14th Ct
Ocala, FL 34473

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$449.38

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.434** Nonpriority creditor's name and mailing address
Simon & Schuster, LLC
P.O. Box 70660
Chicago, IL 60673-0660

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$688,610.94

**3.435** Nonpriority creditor's name and mailing address
Sirius Dice
1 City Point
Brooklyn, NY 11201

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$50,781.38

**3.436** Nonpriority creditor's name and mailing address
Skelton Crew Studio
295 Buker Rd
Litchfield, ME 04350

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,560.00

**3.437** Nonpriority creditor's name and mailing address
Skyscraper Studios Inc
16 Continental Rd
Scarsdale, NY 10583

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$4,782.01

**3.438** Nonpriority creditor's name and mailing address
Slave Labor Graphics
44 Race St
San Jose, CA 95126

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,949.18

**3.439** Nonpriority creditor's name and mailing address
Smart Zone Games
121-03 DuPont St
Plainview, NY 11803

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,910.60

**3.440** Nonpriority creditor's name and mailing address
Smile.io
Akiba Co Bldg 7F,3-16-12
Sotokanda, Chiyod-Ku
Tokyo, 101-0021
Japan

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$199.00

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.441** Nonpriority creditor's name and mailing address
Snowdale Design
Yrjönkatu 5D 59
Bjorneborg, 28100
Finland

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$829.50

---

**3.442** Nonpriority creditor's name and mailing address
Soaring Penguin Press
106-1675 Augusta Ave
Burnaby, BC V5A 4S8
Canada

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$168.93

---

**3.443** Nonpriority creditor's name and mailing address
Source Point Press
3603 Orchard Dr
Midland, MI 48640

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$74.61

---

**3.444** Nonpriority creditor's name and mailing address
Southeastern Freight Lines Inc
P.O. Box 105024
Atlanta, GA 30348-5024

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$373.91

---

**3.445** Nonpriority creditor's name and mailing address
Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0002

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,067.65

---

**3.446** Nonpriority creditor's name and mailing address
Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756-5111

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,088.43

---

**3.447** Nonpriority creditor's name and mailing address
Sovereign Media Company
P.O. Box 366
Williamsport, PA 17703-0366

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,359.09

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.448** Nonpriority creditor's name and mailing address
Spero Toy Enterprises
1122 Terrace Hwy
Broussard, LA 70518

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$442.21

---

**3.449** Nonpriority creditor's name and mailing address
Spin Master, Inc
300 International Dr, Ste 100
Williamsville8, NY 14221

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$93,687.61

---

**3.450** Nonpriority creditor's name and mailing address
SQ Mag Pty Ltd
54 The Pinnacle
12 Coolum Rd
Point Cook, VCT 3030
Australia

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,839.82

---

**3.451** Nonpriority creditor's name and mailing address
SQ Productions Inc
P.O. Box 248
Columbus, NJ 08022

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,447.16

---

**3.452** Nonpriority creditor's name and mailing address
Square Enix LLC
P.O. Box 60079
Los Angeles, CA 90060-0079

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$314,295.51

---

**3.453** Nonpriority creditor's name and mailing address
Stanton Public Relations & Marketing
909 3rd Ave, 14th Fl
New York, NY 10022

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,000.00

---

**3.454** Nonpriority creditor's name and mailing address
Star Ace Toys Limited
20E, Block 4, Belair Monte
3 Ma Sik Rd
Fanling
Hong Kong

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$47,536.88

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.455** Nonpriority creditor's name and mailing address
Steamforged Games Ltd
Hanover House, Greg St
Stockport, Cheshire SK5 7NR
United Kindom

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,941.64

---

**3.456** Nonpriority creditor's name and mailing address
Storm King Productions, Inc
c/o F Altman & Co
9255 W Sunset Blvd, Ste 300
Los Angeles, CA 90069

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$950.32

---

**3.457** Nonpriority creditor's name and mailing address
Stranger Comics LLC
11575 Blix St
N Hollywood, CA 91602

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,150.69

---

**3.458** Nonpriority creditor's name and mailing address
Studio 2 Publishing Inc
2663 Byington Solway Rd
Knoxville, TN 37931

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$38,594.47

---

**3.459** Nonpriority creditor's name and mailing address
Sumerian Comics
434 Houston St, Ste 230
Nashville, TN 37203

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16,197.25

---

**3.460** Nonpriority creditor's name and mailing address
Super Impulse
10 Canal St, Ste 330
Bristol, PA 19007

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11.70

---

**3.461** Nonpriority creditor's name and mailing address
Super7
Mailstop 109
P.O. Box 989746
W Sacramento, CA 95798

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$170,413.00

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.462** Nonpriority creditor's name and mailing address
Synchrony Bank
P.O. Box 669825
Dallas, TX 75266-0782

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$79.67

---

**3.463** Nonpriority creditor's name and mailing address
T Pub Comics
108 Victoria Rd
London, NW6 6QB
United Kindom

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$774.19

---

**3.464** Nonpriority creditor's name and mailing address
T&T Cargo Services
Airport Station
P.O. Box 37142
San Juan, PR 00937-0142

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$519.84

---

**3.465** Nonpriority creditor's name and mailing address
Team Pest USA
Hachette Boardgames USA
2363 James St, Ste 537
Syracuse, NY 13206-2840

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$122.00

---

**3.466** Nonpriority creditor's name and mailing address
Teems & Demoville
7314 Pleasant Ridge Rd
Arlington, TN 38002

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$16,658.06

---

**3.467** Nonpriority creditor's name and mailing address
TeeTurtle, LLC
6200 Pershall Rd
Hazelwood, MO 63042

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☐ No.
☑ Yes.

$73,172.84

---

**3.468** Nonpriority creditor's name and mailing address
TFI Transport 11 Inc
99 Rte 271 Sud
St-Ephrem, QC G0M 1R0
Canada

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,758.85

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.469** Nonpriority creditor's name and mailing address
Th3rd World Studios
c/o Kenny Welker
13122 Pelfrey Ln
Fairfax, VA 22033

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$41.86**

---

**3.470** Nonpriority creditor's name and mailing address
Thames & Kosmos
89 Ship St
Providence, RI 02903

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$38,241.22**

---

**3.471** Nonpriority creditor's name and mailing address
The Army Painter ApS
Christiansmindevej 12
Skanderborg, DK-8660
Denmark

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

**$598,973.63**

---

**3.472** Nonpriority creditor's name and mailing address
The Canadian Group
430 Signet Dr, Ste A
Toronto, ON M9L 2T6
Canada

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$44,436.33**

---

**3.473** Nonpriority creditor's name and mailing address
The Center for Cartoon Studies
P.O. Box 125
White River Jct, VT 05001

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$2,975.00**

---

**3.474** Nonpriority creditor's name and mailing address
The Little Plastic Train Company
1004 Prairie St
Houston, TX 77002

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

**$1,104.00**

---

**3.475** Nonpriority creditor's name and mailing address
The Loyal Subjects
155 W Washington Blvd, Ste 207
Los Angeles, CA 90015

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

**$8,570.20**

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.476** Nonpriority creditor's name and mailing address
The Pokémon Company International
10400 NE 4th St, Ste 2800
Bellevue, WA 98004

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$533,802.00

**3.477** Nonpriority creditor's name and mailing address
The Tailored Staff, LLC
3639 New Getwell Rd, Ste 2
Memphis, TN 38118

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,320.00

**3.478** Nonpriority creditor's name and mailing address
The Upper Deck Company Inc
Attn: Credit & Collections
5830 El Camino Real
Carlsbad, CA 92008

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$1,820.39

**3.479** Nonpriority creditor's name and mailing address
ThreeZero
Flat A 3/F Jone Mult Ind Bldg
169 Wai Yip St
Kwun Tong, KLN
Hong Kong

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,475.10

**3.480** Nonpriority creditor's name and mailing address
Thunderworks Games LLC
7182 US Hwy 14
Middleton, WI 53562

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,305.08

**3.481** Nonpriority creditor's name and mailing address
Titan Publishing Group Ltd
144 Southwark St
London, SE10UP
United Kindom

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$410,711.21

**3.482** Nonpriority creditor's name and mailing address
TKO Studios LLC
1325 Franklin Ave, Ste 545
Garden City, NY 11530

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,627.06

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.483** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $1,729,610.55 |

TMP International, Inc
Attn: Al Bedinger
1711 W Greentree Dr, Ste 212
Tempe, AZ 85284

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.484** Nonpriority creditor's name and mailing address

Tokyopop, Inc
c/o Guglielmo Accounting Inc
P.O. Box 2815
Camarillo, CA 93011

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $10,289.05
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

---

**3.485** Nonpriority creditor's name and mailing address

Tony Kittrell
dba Advent Comics
13149 Larchdale Rd, Ste 2
Laurel, MD 20708

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $540.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.486** Nonpriority creditor's name and mailing address

Toonhound Studios LLC
20532 2nd Dr SE
Bothell, WA 98012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $1,590.17
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

---

**3.487** Nonpriority creditor's name and mailing address

Top Notch Transit Inc
2190 Idlewood Cove
Germantown, TN 38139

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $100.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.488** Nonpriority creditor's name and mailing address

Top Trumps USA Inc
P.O. Box 600
Grantsville, MD 21536

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $61.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.489** Nonpriority creditor's name and mailing address

Top Trumps USA, Inc
P.O. Box 600
Grantsville, MD 21536

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**As of the petition filing date, the claim is:** $702.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.490** Nonpriority creditor's name and mailing address
Toycollectr Magazine
9115 Fm 723 Rd, Ste 550-111
Richmond, TX 77406

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,080.00

---

**3.491** Nonpriority creditor's name and mailing address
Toynami Inc
1936 Kellogg Ave
Carlsbad, CA 92008

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,051.44

---

**3.492** Nonpriority creditor's name and mailing address
Toynk Toys LLC
P.O. Box 778773
Chicago, IL 60677-8773

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,271.36

---

**3.493** Nonpriority creditor's name and mailing address
Transcontinental Printing Inc
Interweb Division
1603 Montarville Blvd
Boucherville, QC J4B 5Y2
Canada

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$315,036.34

---

**3.494** Nonpriority creditor's name and mailing address
Travis County Tax Office
P.O. Box 149328
Austin, TX 78714-9328

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$60,842.82

---

**3.495** Nonpriority creditor's name and mailing address
Tri-Star Power
1553 Bartlett Rd
Memphis, TN 38134

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$15,450.80

---

**3.496** Nonpriority creditor's name and mailing address
Trick or Treat Studios
1005 17th Ave
Santa Cruz, CA 95062

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$22,717.87

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.497** Nonpriority creditor's name and mailing address
TwoMorrows Publishing
10407 Bedfordtown Dr
Raleigh, NC 27614

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☐ No.
☑ Yes.

$62,752.81

---

**3.498** Nonpriority creditor's name and mailing address
UDON Entertainment Inc
51 Ridgezone Dr
Richmond Hill, ON L4S 0E3
Canada

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☐ No.
☑ Yes.

$285,622.92

---

**3.499** Nonpriority creditor's name and mailing address
Uline
Attn: Accounts Receivables
P.O. Box 88741
Chicago, IL 60680-1741

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,797.05

---

**3.500** Nonpriority creditor's name and mailing address
Ultra Pro International, LLC
P.O. Box 8201
Pasadena, CA 91109-8201

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$51,301.90

---

**3.501** Nonpriority creditor's name and mailing address
Uncanny Brands, LLC
350 Sentry Pkwy
Building 670, Ste 120
Blue Bell, PA 19422

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$38,160.00

---

**3.502** Nonpriority creditor's name and mailing address
Uncivilized Books
3336 30th Ave S
Minneapolis, MN 55406

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,760.00

---

**3.503** Nonpriority creditor's name and mailing address
United Parcel Service, Inc
P.O. Box 650116
Dallas, TX 75265-0116

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$771,662.58

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.504** Nonpriority creditor's name and mailing address<br>University Games<br>2030 Harrison St<br>San Francisco, CA 94110<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number   _ _ _ _ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis of claim:<br>Trade<br>Is the the claim subject to offset?<br>☑ No.<br>☐ Yes.<br><br>**$2,976.40** |
| **3.505** Nonpriority creditor's name and mailing address<br>University Games Corp<br>2030 Harrison St<br>San Francisco, CA 94110<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis of claim:<br>Trade<br>Is the the claim subject to offset?<br>☑ No.<br>☐ Yes.<br><br>**$12,052.92** |
| **3.506** Nonpriority creditor's name and mailing address<br>US Customs & Border Protection<br>Cashier/Revenue Collecion Sect<br>6650 Telecom Dr, Ste 100<br>Indianapolis, IN 46278<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis of claim:<br>Trade<br>Is the the claim subject to offset?<br>☑ No.<br>☐ Yes.<br><br>**$24,636.56** |
| **3.507** Nonpriority creditor's name and mailing address<br>USAopoly Inc<br>The Op Lock Box<br>P.O. Box 848593<br>Los Angeles, CA 90084-8593<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number   _ _ _ _ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis of claim:<br>Trade<br>Is the the claim subject to offset?<br>☑ No.<br>☐ Yes.<br><br>**$29,782.28** |
| **3.508** Nonpriority creditor's name and mailing address<br>Valaverse LLC<br>2435 Old Alabama Rd<br>Roswell, GA 30076-2415<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number   _ _ _ _ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis of claim:<br>Trade<br>Is the the claim subject to offset?<br>☑ No.<br>☐ Yes.<br><br>**$240.48** |
| **3.509** Nonpriority creditor's name and mailing address<br>Valiant Entertainment<br>350 7th Ave, Ste 300<br>New York, NY 10001<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number   _ _ _ _ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis of claim:<br>Trade<br>Is the the claim subject to offset?<br>☐ No.<br>☑ Yes.<br><br>**$5,283.13** |
| **3.510** Nonpriority creditor's name and mailing address<br>Van Ryder Games LLC<br>3011 Harrah Dr<br>Spring Hill, TN 37174<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number   _ _ _ _ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis of claim:<br>Trade<br>Is the the claim subject to offset?<br>☐ No.<br>☑ Yes.<br><br>**$58,342.40** |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.511**   Nonpriority creditor's name and mailing address
Vanguard Productions
Attn: JD Spurlock
705 Rancho Dr
Mesquite, TX 75149

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,822.08

**3.512**   Nonpriority creditor's name and mailing address
Ventures Trading Shanghai Co
30 N Juangsu Rd, Rm 405
Changning, SH
China

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$213,050.01

**3.513**   Nonpriority creditor's name and mailing address
Verotik Inc
P.O. Box 642692
Los Angeles, CA 90064

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,642.20

**3.514**   Nonpriority creditor's name and mailing address
Vestis
P.O. Box 650977
Dallas, TX 75265-0977

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,028.95

**3.515**   Nonpriority creditor's name and mailing address
VIZ Media, LLC
1355 Market St, Ste 200
San Francisco, CA 94103

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$268,308.30

**3.516**   Nonpriority creditor's name and mailing address
W W Norton & Company Inc
c/o National Book Co
P.O. Box 786652
Philadelphia, PA 19178-6652

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,920.00

**3.517**   Nonpriority creditor's name and mailing address
Wake Entertainment
Attn: Brent Erwin
4000 Fairfax St
Fort Worth, TX 76116

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,918.79

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.518** Nonpriority creditor's name and mailing address
Wargames Atlantic LLC
270 Bellevuew Ave
Newport, RI 02480

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$18,549.18

**3.519** Nonpriority creditor's name and mailing address
Warlord Games
T04/T10 Technology Wing
Nottingham, NG7 2BD
United Kindom

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☐ No.
☑ Yes.

$24,315.66

**3.520** Nonpriority creditor's name and mailing address
Warrant Publishing Company
P.O. Box 66
Yucca Valley, CA 92286

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$19,627.92

**3.521** Nonpriority creditor's name and mailing address
Waste Connections of TN Inc
District 6010-1131524-003
P.O. Box 535233
Pittsburg, PA 15253-5233

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$53,309.47

**3.522** Nonpriority creditor's name and mailing address
Wehrlegig Games
1007 S Lincoln St
Bloomington, IN 47401

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,060.00

**3.523** Nonpriority creditor's name and mailing address
Wiese USA
1435 Woodson Rd
St Louis, MO 63132

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,601.29

**3.524** Nonpriority creditor's name and mailing address
Wildside Press, LLC
7945 Macarthur Blvd, Ste 21
Cabin John, MD 20818

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,481.65

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.525** Nonpriority creditor's name and mailing address
William M Gaines, Agent
5419 Hollywood Blvd, Ste C211
Los Angeles, CA 90027

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,721.05

**3.526** Nonpriority creditor's name and mailing address
Winning Moves Inc
75 Sylvan St, Ste C-104
Danvers, MA 01923

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,156.51

**3.527** Nonpriority creditor's name and mailing address
Wise Wizard Games LLC
719 Water St
Framingham, MA 01701

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$18,246.24

**3.528** Nonpriority creditor's name and mailing address
Wizards of the Coast Inc
P.O. Box 403050
Atlanta, GA 30384-3050

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,916,505.96

**3.529** Nonpriority creditor's name and mailing address
Worldwide Express
P.O. Box 21272
New York, NY 11202-1272

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$12,670.33

**3.530** Nonpriority creditor's name and mailing address
Worldwise Imports LLC
4390 E Alexander Rd
Las Vegas, NV 89115

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$680.60

**3.531** Nonpriority creditor's name and mailing address
Wyrd Miniatures LLC
2197 Canton Rd
Marietta, GA 30066

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$11,557.60

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.532** Nonpriority creditor's name and mailing address
Xceeding Partnership Solutions
8547 Dulwich Rd
Cordova, TN 38016

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,142,681.65

---

**3.533** Nonpriority creditor's name and mailing address
XPO Logistics Freight Inc
29559 Network Pl
Chicago, IL 60673-1559

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$80,935.85

---

**3.534** Nonpriority creditor's name and mailing address
Yen Press LLC
150 W 30th St, 19th Fl
New York, NY 10001

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☐ No.
☑ Yes.

$6,705.20

---

**3.535** Nonpriority creditor's name and mailing address
Youtooz
4223 Glencoe Ave, Ste C203
Marina Del Ray, CA 90292

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$35,250.00

---

**3.536** Nonpriority creditor's name and mailing address
Yumcha Studios
31-50 140th St, Apt 5G
Flushing, NY 11354

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☐ No.
☑ Yes.

$74.18

---

**3.537** Nonpriority creditor's name and mailing address
Z2 Comics
201 E 69th St, Apt 15B
New York, NY 10021

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☐ No.
☑ Yes.

$7,618.10

---

**3.538** Nonpriority creditor's name and mailing address
Zaobitz Inc
5948 Lindenhurst Ave
Los Angeles, CA 90036

Date or dates debt was incurred

Last 4 digits of account number      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade

Is the the claim subject to offset?
☑ No.
☐ Yes.

$31.68

---

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.539** Nonpriority creditor's name and mailing address
Zdarsco Inc
5955 Desoto Ave, Ste 100
Woodland Hills, CA 91367

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,105.00

---

**3.540** Nonpriority creditor's name and mailing address
Zen Monkey Studios LLC
303 E 33rd St, Unit 11E
New York, NY 10016

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,517.70

---

**3.541** Nonpriority creditor's name and mailing address
Zenescope Entertainment Inc
2381 Philmont Ave, Unit 119
Huntingdon Vlly, PA 19006

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$68,766.71

---

**3.542** Nonpriority creditor's name and mailing address
Zurzolo & Quinn, LLC
4 Browning Dr
Ossining, NY 10562

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,890.20

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.2 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.3 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.4 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.5 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.6 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.7 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.8 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.9 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.10 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.11 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.12 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.13 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.14 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.15 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.16 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.17 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.18 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |
| 4.19 _____ | Line ____  <br> ☐ Not listed. Explain | _ _ _ _ |

Debtor  Diamond Comic Distributors, Inc.

Name

Case number (if known) 25-10308

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5.a **Total claims from Part 1.** | 5a |  | $0.00 |
| 5.b **Total claims from Part 2.** | 5b | + | $51,086,536.86 |
| 5.c **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c | 5c | + | $51,086,536.86 |

**Fill in this information to identify the case:**

Debtor name: Diamond Comic Distributors, Inc.

United States Bankruptcy Court for the Baltimore Division, District of Maryland

Case number (If known): 25-10308

☑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | 12 Gauge Comics<br>Attn: Keven Gardner<br>3201 Johnson St<br>Pelham, AL 35214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease (as amended) | 207 Redco LLC<br>Attn: Glen Rexroth<br>465 E Locust St<br>P.O. Box 98<br>Dallastown, PA 17313 |
| | State the term remaining | 07/31/2028 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement | 2428392, Inc Fye |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | A Wave Blue World<br>Attn: Tyler Chin-Tanner<br>399 West St<br>New York, NY 10014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Ablaze, LLC<br>Attn: Rich Young<br>11222 SE Main St, Ste 22906<br>Prtland, OR 97269 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Abstract Studio, Inc<br>Attn: Terry Moore<br>5311 Kirby Dr, Ste 102<br>Houston, TX 77005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Action Lab Entertainment<br>Attn: Chad Cicconi<br>306 Briddlewood Ct<br>Canonsburg PA 15317 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | EMS Contract | Advance Business Systems & Supply Co<br>10755 York Rd<br>Cockeysville, MD 21030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | EMS Contract | Advance Business Systems & Supply Co<br>10755 York Rd<br>Cockeysville, MD 21030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Aftershock Comics<br>Attn: Jon Kramer<br>15300 Ventura Blvd, Ste 507<br>Sherman Oaks, CA 91403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Interruption Recovery | Agility Recovery |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Interruption Recovery | Agility Recovery |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Ahoy Comics<br>Attn: Hart Seely<br>101 Enderberry Cir<br>Syracuse, NY 13224 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Albatross-Funnybooks<br>2701 A Meadow Rose Dr<br>Nashville, TN 37206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Alien Books<br>1 N 4th Pl, Ste 24 J<br>Brooklyn, NY 11249 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Amar Chitra Katha Private Limited<br>Attn: NK Krishnanand<br>5017-20 5th Fl, 1 Aerocity NIBR Corporate Park<br>Andheri-Kurla Rd, Safed Pool, Shivaji Nagar<br>Saki Naka, Mumbai 400072<br>India |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.17** State what the contract or lease is for and the nature of the debtor's interest  2023 Purchase Terms Sheet | Amazon |
| State the term remaining  09/30/2025 | |
| List the contract number of any government contract | |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest  Vendor Terms and Conditions | Amazon |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest  Vendor Terms and Conditions | Amazon Fulfillment Services Inc |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.20** State what the contract or lease is for and the nature of the debtor's interest  MDF/COOP Agreement #83115645 | Amazon.com Services LLC |
| State the term remaining  12/31/2025 | |
| List the contract number of any government contract | |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest  MDF/COOP Agreement #73925110 | Amazon.com Services LLC |
| State the term remaining  03/31/2025 | |
| List the contract number of any government contract | |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest  MDF/COOP Agreement #73925105 | Amazon.com Services LLC |
| State the term remaining  03/31/2025 | |
| List the contract number of any government contract | |
| **2.23** State what the contract or lease is for and the nature of the debtor's interest  MDF/COOP Agreement #73776520 | Amazon.com Services LLC |
| State the term remaining  03/31/2025 | |
| List the contract number of any government contract | |
| **2.24** State what the contract or lease is for and the nature of the debtor's interest  MDF/COOP Agreement #73755775 | Amazon.com Services LLC |
| State the term remaining  03/31/2025 | |
| List the contract number of any government contract | |
| **2.25** State what the contract or lease is for and the nature of the debtor's interest  Distribution Agreement | American Mythology Productions LLC  Attn: James Kuhoric  1411 Cherokee Ln  Bel Air, MD 21015 |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
          Name

■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Andrew Kafoury<br>DBA Battle Quest Comics<br>1748 NE Tillamook<br>Portland, OR 97212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement (as amended) | Anson Logistics Assets LLC<br>c/o Mapletree US Management, LL<br>Attn: Kerri Sherrer Lauhala, Sr Property Manager<br>5 Bryant Park, Ste 2800<br>New York, NY 10018 |
| | State the term remaining | 87 months after Commencement Date (not set) | |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Apex Book Co<br>Attn: Jason Sizemore<br>4629 Riverman Way<br>Lexington, KY 40515 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | Distributor Agreement | Arcane Tinmen Aps<br>Bjoernholms Alle 4-6<br>Viby J, 8260<br>Denmark |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Archaia Entertainment LLC<br>Attn: John J Cummins<br>415 N LaSalle St, Ste 600<br>Chicago, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Archie Comic Publications, Inc<br>Attn: Jonathan Goldwater<br>629 5th Ave<br>Pelham, NY 10803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | Premium Services Agreement | Ares Games, Srl<br>Attn: Christophi Cianci<br>Piazza Petrucci 8<br>Camaiore, 55031<br>Italy |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Artists Writers & Artisans, Inc<br>178 Columbus Ave, Ste 237194<br>New York, NY 10023 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Aspen Mlt, Inc<br>Attn: Frank Mastromauro & Michael Turner<br>1223 Glencoe Ave, Ste A200<br>Marina Del Rey, CA 90292 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.                   Case number (if known) 25-10308
         Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Avatar Press, Inc<br>Attn: William Christensen<br>515 N Century Blvd<br>Rantoul, IL 61866 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Bad Egg, LLC<br>Attn: Robert Meyers<br>3101 Ocean Park Blvd, Ste 100 PMB<br>Santa Monica, CA90405 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Bedside Press<br>4787 Henderson Hwy<br>Narol, MB R1C 0B2<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Behemoth Studio Entertainment LLC<br>1007 Mill Run Dr<br>Allen TX 75002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Benitez Productions Inc<br>1436 S Downey Rd, Ste1/2<br>Los Angeles, CA 90023 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease of 2251 Picadilly Drive | Big Box Property Owner E, LLC<br>Attn: Nyeshia Ross<br>101 W Elm St, Ste 600<br>Conshochhocken, PA 19428 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Black Mask Comics<br>Attn: Matt Pizzolo<br>2798 Sunset Blvd<br>Los Angeles, CA 90026 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Black Panel Press<br>1701-25 Capreol Ct<br>Toronto, ON, M5V 3Z7<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | Standard Form Industrial Lease (as amended) | Bnc Strategic Capital Ventures, LLC<br>c/o Joy Neunschwander, CPM<br>Zacher Company LLC<br>444 E Main St<br>Ft Wayne, IN 46802 |
| | State the term remaining | 04/30/2026 | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.                                    Case number (if known) 25-10308
          Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Boom Entertainment, Inc<br>Attn: Jennifer Harned<br>6920 Melrose Ave<br>Los Angeles, CA 90038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Bundoran Press Publishing House<br>Attn: Hayden Trenholm<br>151 Bay St, Unit 1111<br>Ottawa, ON K1R 7T2<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | Premium Services Agreement | Burning Games<br>Iparragirre 60 5D<br>Vizcaya, 48010<br>Spain |
| | State the term remaining | The initial term of this Agreement is for one year | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Burning Games<br>Sociedad Cooperativa Pequena (BRG)<br>Attn: Helio de Grado Fernandez<br>Iparragirre 60 5D<br>Vizcaya, 48010<br>Spain |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Burning Wheel (GHQ)<br>Attn: Luke Crane<br>26-47 30th St<br>Astoria, NY 11102 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Capstone Games, LLC (CSG)<br>Attn: Clay Ross<br>2 Techview Dr<br>Cincinnati, OH 45215 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | Sales and Distribution Agreement | Card Department, A Dept of Bandai Co, Ltd<br>4-8 Komagata 1-Chome<br>Taito-Ku, Tokyo, 111-8081<br>Japan |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Cartoon Books, Inc<br>Attn: Vijaya Iyer<br>P.O. Box 16973<br>Columbus, OH 43216 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Chaosium, INC (CHA)<br>3450 Wooddale Ct<br>Ann Arbor, MI 48104 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |

Debtor   Diamond Comic Distributors, Inc.                         Case number (if known) 25-10308
         Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Chapter House Publishing Inc<br>14 Cowan Ave<br>Toronto, ON M6K 2N2<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | Senior Employment Agreement | Charles R Tyson III<br>10150 York Rd, Ste 300<br>Hunt Valley, MD 21030 |
| | State the term remaining | 12/04/2026 | |
| | List the contract number of any government contract | | |
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Chizine Publications<br>Attn: Brett Savory<br>67 Alameda Ave<br>Toronto, ON M6C 3W4<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | Order Form (Statement of Work) | Circana<br>900 W Shore Rd<br>Port Washington, NY 11050 |
| | State the term remaining | 10/30/2026 | |
| | List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | Quote Number 00008951 | Cleo Communications US, LLC<br>4949 Harrison Ave<br>Rockford, IL 61108 |
| | State the term remaining | 11/23/2027 | |
| | List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Clover Press, LLC<br>12625 High Bluff Dr, Ste 220<br>San Diego, CA 92130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | 2025 SDCC Booth Contract | Comic-Con 2025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Compass Games<br>Attn: Ken Dingley<br>P.O. Box 271<br>Cromwell, CT 06416 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | DIAMOND FULFILLMENT SERVICES AGREEMENT | Creative Games Studio LLC<br>Attn: Rick Bach Cater<br>1878 St George Blvd<br>Billings, MT 59101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Creative Mind Energy<br>Attn: Damian Wassel<br>7399 Cannonball Gate Rd<br>Warrenton, VA 20186 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Cryptozoic Entertainment<br>Attn: John Sepenuk<br>25351 Comereecenter Dr, Ste 250<br>Lake Forest, CA 92630 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | DIAMOND FULFILLMENT SERVICES AGREEMENT | Cryptozoic Entertainment LLC<br>25351 Commercentre Dr, Unit 250<br>Lake Forest, CA 92630 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | Fulfillment Services Agreement | Da Vinci Editrice SRL<br>dba Dv Giochi Or Dv Games<br>Attn: CEO<br>Via Sandro Penna, 24<br>Perugia 06132<br>Italy |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Dan Verssen Games<br>1775 State Hwy 26<br>Grapevine, TX 76051 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | Senior Employment Agreement | Daniel W Hirsch<br>10150 York Rd,<br>Cockeysville, MD 21030 |
| | State the term remaining | 12/04/2026 | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | DIAMOND FULFILLMENT SERVICES AGREEMENT | Dara Studios<br>Attn: Richard Gain<br>16 Gulph Mill Rd<br>Somers Point, NJ 08244 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | Agreement | Dark Horse Comics, Inc<br>Attn: Mike Richardson, President<br>10956 SE Main St<br>Milwaukie, OR 97222-7644 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Dave Taylor Miniatures, LLC<br>3128 Abell Ave<br>Baltimore, MD 21218 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
Name

<table>
<tr><td style="background:black"> </td><td colspan="2"><strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.71** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | DC Comics<br>Attn: VP & Legal Affairs<br>1700 Broadway<br>New York, NY 10019 |
| **2.72** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Flooring Agreement<br><br>Either party may terminate with 60 days written notice | Dex Protection, LLC<br>Attn: Howard Hsu<br>402 S San Gabriel Blvd<br>San Gabriel, CA 91776 |
| **2.73** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Flooring Agreement<br><br>Either party may terminate with 60 days written notice | Dietz Foundation Games<br>311 N Sunrise St<br>Siegel, IL 62462 |
| **2.74** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Difference Engine Pte Ltd<br>284 River Valley Rd<br>Singapore 238325<br>Singapore |
| **2.75** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Digital Manga, Inc<br>Attn: Hikaru Sasahra<br>1487 W 178th St, Ste 300<br>Gardena, CA 90248 |
| **2.76** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PREMIUM SERVICES AGREEMENT | Dire Wolf Digital, LLC Games, Inc<br>aka Dire Wolf Digital, LLC<br>Attn: Scott Martins<br>1120 Lincoln St, Ste 1400<br>Denver, CO 80203 |
| **2.77** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Flooring Agreement<br><br>Either party may terminate with 60 days written notice | Draco Studios<br>Attn: Caroline Pritchard-Law<br>848 Brickell Ave<br>Miami, FL 33131 |
| **2.78** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Dstlry Media, Inc<br>225 E Broadway, Ste 113<br>Glendale, CA 91205 |
| **2.79** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Dynamic Forces, Inc<br>Attn: Nick Barrucci<br>113 Gaither Dr, Ste 205<br>Mt Laurel, NJ 08054 |

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
          Name

████  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.80** State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement | Elective Staffing Midsouth |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.81** State what the contract or lease is for and the nature of the debtor's interest | Securtiy System Agreement | Electronic Systems Installers 56 N Queen St York, PA 17403 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.82** State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Elf Creek Games P.O. Box 7594 Champaign, IL 61826 |
| State the term remaining | Either party may terminate with 60 days written notice | |
| List the contract number of any government contract | | |
| **2.83** State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement, Entertainment Earth, Inc. Year-End Credit | Entertainment Earth, Inc 61 Moreland Rd Simi Valley, CA 93065 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.84** State what the contract or lease is for and the nature of the debtor's interest | General Staffing Agreement | ETS Inc 186 US Oval Plattsburgh, NY 12903 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.85** State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Eureka Productions Attn: Tom Pomplun 8778 Oak Grove Rd Mt Horeb, WI 53572 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.86** State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Evil Hat Productions, LLC Attn: Fred Hicks 1905 Blackbriar St Silver Spring, MD 20903 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.87** State what the contract or lease is for and the nature of the debtor's interest | Terms for Credit Accounts | Expeditors 6005 Freeport Ave, Ste 102 Memphis, TN 38141 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.88** State what the contract or lease is for and the nature of the debtor's interest | Staffing Agreement | Express Employment Professionals 1133 S Clinton St Ft Wayne, IN 46804 |
| State the term remaining | | |
| List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 10 of 30 |
|---|---|---|

Debtor  Diamond Comic Distributors    Case number (if known) 25-10308
Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.89** State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Fairsquare Comics Attn: Fabrice Sapolsky 608 S Dunsmuir Ave, Ste 207 Los Angeles, CA 90036 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.90** State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Fantagrpahics Books, Inc Attn: Gary Groth 7563 Lake City Way NW Seattle, WA 98115 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.91** State what the contract or lease is for and the nature of the debtor's interest | FedEx Transportation Services Agreement | FedEx P.O. Box 371461 Pittsburgh, PA 15250-7461 |
| State the term remaining | Continues until expired or terminated by either party | |
| List the contract number of any government contract | | |
| **2.92** State what the contract or lease is for and the nature of the debtor's interest | Agreement Terms | Feedonomics Holdings, LLC dba Feedonomics 11305 Four Points Dr, Bldg II, Ste 100 Austin TX 78726 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.93** State what the contract or lease is for and the nature of the debtor's interest | HVAC/R Preventative Maintenance Agreement | FelgerHart, Inc 5049 N State Rd 1 Ossian, IN 46777 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.94** State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Floodgate Games (FGG) Attn: Benjamin Harkins |
| State the term remaining | Either party may terminate with 60 days written notice | |
| List the contract number of any government contract | | |
| **2.95** State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Folded Space EOOD (FLD) Attn: Richard Coupland, Owner JK Sofia Park Sofia, 1766 Bulgaria |
| State the term remaining | Either party may terminate with 60 days written notice | |
| List the contract number of any government contract | | |
| **2.96** State what the contract or lease is for and the nature of the debtor's interest | Equipment Rental and Water/Coffee Service Agreement | Fontis Mountain Spring Water 3929 Canton Rd Marietta, GA 30066 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.97** State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Frank Miller Presents Attn: Dan Didio 801 7th Ave, Ste 1701 New York, NY 10019 |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
         Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement | Funko, LLC<br>2802 Wetmore Ave<br>Everett, WA 98201 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest — DIAMOND FULFILLMENT SERVICES AGREEMENT | Gamelyn Games<br>Attn: Michael Coe, CEO<br>18933 E San Tan Blvd, Ste 105<br>Queen Creek, AZ 85142 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest — Flooring Agreement | Gamelyn Games (GLG)<br>Attn: Nathan Hatfield<br>18933 E San Tan Blvd, Ste 105<br>Queen Creek, AZ 85142 |
| | State the term remaining — Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest — Supply Agreement | Gen Manga Entertainment, Inc<br>Attn: Robert McGuire<br>250 Park Ave, Ste 7002<br>New York, NY 10177 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest — Flooring Agreement | Genius Games, LLC (GEN)<br>Attn: Patrick Fitzgibbon<br>2079 Congressional Dr<br>St Louis, MO 63146 |
| | State the term remaining — Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest — Independent Sale Representative Agreement | Giovanni Termanini<br>Rua Pioppa 112<br>Modena, 41121<br>Italy |
| | State the term remaining — 04/26/2024 | |
| | List the contract number of any government contract | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement | Gold Key Entertainment, LLC<br>4927 W Laurite Ln<br>Glendale, AZ 85302 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement | Good Smile Co Inc<br>Akiba-Co Bldg 8F, 3-16-12, Soto-Kands<br>Chiyoda-ku, Tokyo 101-0021<br>Japan |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest — Distribution Agreement | Goodman Games LLC<br>51 Piper Ln<br>Fairfax, CA 94930 |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor   Diamond Comic Distributors    Case number (if known) 25-10308
         Name

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.107** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Goodman Games LLC<br>51 Piper Ln<br>Fairfax, CA |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.108** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Graphitti Designs, Inc<br>Attn: Bob Chapman<br>8045 E Crystal Dr<br>Anaheim, CA 92807 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.109** | State what the contract or lease is for and the nature of the debtor's interest | Fulfillment Service Proposal | Green Ronin Publishing |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.110** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Green Ronin Publishing<br>Attn: Chris Pramas<br>6731 29th Ave S<br>Seattle WA 98108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | GT Labs<br>Attn: Jim Ottaviani<br>816 Hutchins Ave<br>Ann Arbor, MI 48103-4804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Gungnir Entertainment<br>14060 Panay Way, Unit 422<br>Marina Del Rey, CA 90292 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | DIAMOND FULFILLMENT SERVICES AGREEMENT | Gungnir Entertainment<br>Attn: Matthew Medney, Founder, Publisher<br>923 Euclid St, Ste 301<br>Santa Monica, CA 90403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.114** | State what the contract or lease is for and the nature of the debtor's interest | Premium Services Agreement | Gut Bustin' Games, LLC<br>P.O. Box 911<br>Battle Ground, WA 98604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.115** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Hachette Partworks Ltd<br>47 Brunswick Pl<br>Hoxton, London, N1 6EB<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Diamond Comic Distributors Inc                          Case number (if known) 25-10308
         Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.116** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Hammerdog Games (HDG)<br>Attn: Danny O'Neill<br>1115 Columbia St<br>Ft Wayne, IN 46805 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.117** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Happy Camper Games<br>Attn: Jason Schneider<br>160 Alewife Brook<br>Cambridge, MA 02138 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.118** | State what the contract or lease is for and the nature of the debtor's interest | Hasbro International Trading BV, Direct Import Program 2014 Sales Agreement - Distributor | Hasbro International Trading Bv<br>1501-9 Wharf T&T Centre<br>Harbour City, Tsimshatsui<br>Hong Kong |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.119** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Heavy Metal Magazine<br>116 Pleasant St, Ste 018<br>Easthampton, MA 01027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.120** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Hermes Press<br>Attn: Daniel Herman<br>2100 Wilmington Rd<br>New Castle, PA 16105-1031 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.121** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Hit Point Press (HPP)<br>Attn: Ricardo Evangelho, CEO, Owner<br>1175 Brookfield Rd E<br>Ottawa, ON K1V 0C3<br>Canada |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.122** | State what the contract or lease is for and the nature of the debtor's interest | Terms and Conditions for U.S.A Independent Dealers | Hornby America, Inc<br>99670<br>Lakewood, WA 98496-0670 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.123** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Humanoids, Inc<br>8033 Sunset Blvd, Ste 628<br>Los Angeles, CA 90046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.124** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Hush Hush Projects USA LLC (HHP)<br>Attn: Richard Gain, Mnging Agt/Sales Mgr<br>16 Gulph Mill Rd<br>Somers Point, NJ 08244 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308
          Name

| | | | | |
|---|---|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.125** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Idea And Design Works, LLC dba IDW Publishing Attn: Ted Adams 5080 Santa Fe St San Diego, CA 92109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.126** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Image Comics, Inc Attn: Eric Stephenson 215 SE 9th Ave, Ste 108 Portland, OR 97214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.127** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Impact Theory, LLC 13870 Mulholland Dr Beverly Hills, CA 90210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.128** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Incredible Dream Studios, Inc Attn: Jane Hoffacker, CEO & Co-Founder 2261 Market St, Unit 4475 San Francisco, CA 92106 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.129** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement (as amended) | IPT Memphis Dc LLC c/o Prologis Management LLC Attn: Pam Faulk 5101 Wheelis Dr, Ste 300 Memphis, TN 38817 |
| | State the term remaining | 09/30/2028 | |
| | List the contract number of any government contract | | |
| **2.130** | State what the contract or lease is for and the nature of the debtor's interest | Burglar Alarm Monitoring Agreement | IT Office LLC 19821 Scenic Dr Spicewood, TX 78669 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.131** | State what the contract or lease is for and the nature of the debtor's interest | Distributorship Agreement | Jasco Games LLC dba UVS Games 5075 Cameron St, Ste C Las Vegas NV 89118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Joe Books, Inc Attn: Adam Fortier 567 Queen St W Toronto, ON M5V 2B6 Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Joking Hazard LLC Attn: Heather Denbleyker |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Jordan Draper Games<br>Attn: Jordan Draper Games<br>117 E Calbourne Ln, Unit I3<br>Sandy, UT 87040 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | Chief Marketing Officer Employment Agreement | Kathy Govier |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | Monitoring Agreement | Knine All Systems, Inc<br>P.O. Box 167<br>Dallas, GA 30132 |
| | State the term remaining | 12/06/2025 | |
| | List the contract number of any government contract | | |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest | Distributorship Agreement | Konami Digital Entertainment, Inc<br>14500 Aviation Blvd<br>Hawthorne, CA 90250 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.138** | State what the contract or lease is for and the nature of the debtor's interest | Master Distribution Agreeemnt | Kotobukiya Co, Ltd<br>dba Takayuki Sunano<br>Kotobukiya Bldg, 4-5 Midori-cho<br>Tachikawa, Tokyo 190-8542<br>Japan |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.139** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Laguna Studios<br>9178 Ridge Path<br>San Antonio, TX 78250 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.140** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Left Justified, LLC<br>1160 County Rd C2 W<br>Roseville, MN 55113 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.141** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Les Editions Pix'N Love<br>6 Allec Arthur Rimbaud<br>Triel Sur Seine<br>France |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.142** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Lionwing Publishing Ltd<br>7330 Mallard Dr<br>W Chester, OH 45069 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Diamond Comic Distributors LLC | Case number (if known) 25-10308 |
|--------|-------------------------------|--------------------------------|
| | Name | |

<table>
<tr><td colspan="3">■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.143** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Living The Line<br>6951 Amherst St<br>San Diego, CA 92115 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.144** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Loren Coleman (Catalyst Games)<br>5003 Main St, Unit 110<br>Tacoma, WA 98407 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.145** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Lucky Duck Games (LKY)<br>Attn: Anthony Boyd<br>2 Techview Dr<br>Cincinnati, OH 45215 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.146** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Lulu Is A Rhinoceros LLC<br>c/o Levine & Selzer<br>Attn: Elliot Levine<br>500 5th Ave, 37th Fl<br>New York, NY 10110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.147** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Luminary Games<br>Attn: Aaron Shaw<br>4068 Kingston St<br>Bellingham, WA 98226 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.148** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement | Lunar Distribution<br>10701 Rose Ave<br>New Haven, IN 46774 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.149** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Mad Cave Studios<br>8838 SW 129 St<br>Miami, FL 33176 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.150** | State what the contract or lease is for and the nature of the debtor's interest | Maersk E-Delivery Services Agreement | Maersk<br>Attn: Spencer D Critchett, Sr Counsel |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.151** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Magnetic Press, Inc<br>4910 N Winthrop Ave, Ste 3S |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.152** | State what the contract or lease is for and the nature of the debtor's interest | DIAMOND FULFILLMENT SERVICES AGREEMENT | MANK Ventures LLC Attn: Apoorv Gupta, Director, Sales 1704 W Olmsted Cir Asheville, NC 28803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.153** | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | Manson Western, LLC dba Western Psychological Services, WPS 625 Alaska Ave Torrance, CA 90503 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.154** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Mantic Games 193 Hempshill Ln Nottingham, Notts NG 6 8PF United Kingdom |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.155** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Margaret Weis Productions, Ltd Attn: Margaret Weis P.O. Box 1131 Williams Bay, WI 53191 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.156** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Massive Publishing, LLC 1933 SE Alder St Portland, OR 97214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.157** | State what the contract or lease is for and the nature of the debtor's interest | Information and Rate Proposal | Master Staffing LLC 1800 E Market St York, PA 17402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.158** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Mayday Games, INC (MDG) Attn: Seth Hiatt, Owner 380 W 700 S Springville, UT 84663 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.159** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Metallic Dice Games (MDG) Attn: Adam Hackett 2919 Greenbriar Dr Ft Wayne, IN 46804 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.160** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement for Exclusive Product | Mezco Toys 37-38 13th St Long Island City, NY 11101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.161** | State what the contract or lease is for and the nature of the debtor's interest | Microsoft Volume Licensing | Microsoft Corp<br>Attn: Tracey Rock<br>1 Microsoft Way<br>Redmond, WA 98052 |
| | State the term remaining | 06/22/2026 | |
| | List the contract number of any government contract | | |
| **2.162** | State what the contract or lease is for and the nature of the debtor's interest | Sale of Goods Agreement | Miniso Depot Ca Inc<br>1050 Lakes Dr, Ste 260<br>W Covina, CA 91790 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.163** | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement | Miniso Depot Ca Inc<br>1050 Lakes Dr, Ste 260<br>W Covina, CA 91790 |
| | State the term remaining | 05/17/2028 | |
| | List the contract number of any government contract | | |
| **2.164** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Misch Masch<br>dba Prime Books LLC<br>Attn: Sean Wallace<br>P.O. Box 83464<br>Gaithersburg, MD 20883 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.165** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Molten Core Media LLC<br>dba Magma Comix<br>Attn: Denton Tipton<br>3130 Whittier St<br>San Diego, CA 92106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.166** | State what the contract or lease is for and the nature of the debtor's interest | Premium Services Agreement | Monster Fight Club<br>Attn: John Kovaleski<br>395-190 Reasford Rd<br>Earlysville, VA 22936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.167** | State what the contract or lease is for and the nature of the debtor's interest | Agreement for DCD to distribute products | Moulinsart<br>162 Ave Louise<br>Brussels, 1050<br>Belgium |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.168** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Mr B Games<br>Attn: Sean Brown<br>312 American Greeting Card Rd<br>Corbin, KY 40701 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.169** | State what the contract or lease is for and the nature of the debtor's interest | Premium Services Agreement | Nauvoo Games LLC<br>Attn: Bill White<br>2020 Lawrence St, Unit 422<br>Denver, CO 80205 |
| | State the term remaining | The initial term of this Agreement is for one year | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.        Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.170** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | NBM Publishing<br>Attn: Terry Nantier<br>40 Exchange Pl, Ste 1308<br>New York, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.171** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Netcomics<br>Attn: Heewoon Chung<br>730 W Doran St, Ste 207<br>Glendale, CA 91230 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.172** | State what the contract or lease is for and the nature of the debtor's interest | Agreement | Nielsen Book Services Ltd<br>Midas House<br>62 Goldsworth Rd, 3rd Fl<br>Woking, Surrey GU21 6LQ<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.173** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Normal Editorial SA<br>Attn: Rafael Martinez<br>Passeig de Sant Joan, 7<br>Barcelona, 08010<br>Spain |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.174** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | North Star Games, LLC (IWG)<br>Attn: Satish Pillalamarri<br>10605 Concord St<br>Kensington, MD 20895 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.175** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Oni Press, Inc<br>Attn: Joe Nozemack<br>1305 SE MLK Jr Blvd, Ste A<br>Portland, OR 97214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.176** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Opus - Incendium<br>6 Mill Ln<br>London NW6 1NJ<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.177** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Paizo Inc<br>7120 185th Ave NE, Ste 120<br>Redmond, WA 98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.178** | State what the contract or lease is for and the nature of the debtor's interest | Master Products and Services Agreement | PBW Communications<br>Attn: Howard Leadmon<br>P.O. Box 32863<br>Baltimore MD 21282 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor | Diamond Comic Distributors, Inc. | Case number (if known) 25-10308
Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.179** | State what the contract or lease is for and the nature of the debtor's interest | Alliance MSA | PBW Communications<br>Attn: Howard Leadmon<br>P.O. Box 32863<br>Baltimore, MD 21282 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.180** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Pedigree Books Ltd<br>Attn: Matthew Reynolds<br>Beech Hill House<br>Walnut Gardens, Exeter<br>Devon, England EX4 4DH<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.181** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Penguin Books Ltd<br>Attn: Mike Symons<br>80 Strand<br>London, England WC2R 0RL<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.182** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Penn State University Press<br>dba Graphic Mundi<br>820 N University Dr<br>University Support Bldg 1, Ste C<br>University Park, PA 16802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.183** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Penn Waste, Inc<br>P.O. Box 3066<br>York, PA 17402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.184** | State what the contract or lease is for and the nature of the debtor's interest | Commerical Lease of 2701 S. Coliseum Blvd, Suite 1201, Fort Wayne, IN 46803 | Phoenix Fort Wayne, LLC<br>Attn: Marsha McNeil<br>401 E Kilbourn Ave, Ste 201<br>Milwaukee, WI 53202 |
| | State the term remaining | 10/31/2024 | |
| | List the contract number of any government contract | | |
| **2.185** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Portmanteux Publishing<br>Attn: Adam Fortier<br>4885 Old Brock Rd<br>Claremont, ON L1Y 1A6<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.186** | State what the contract or lease is for and the nature of the debtor's interest | Proposal / Agreement for Pest Management Service | Presto-X LLC<br>6180 E Shelby Dr<br>Mephis, TN 38141 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.187** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Primal Horizon<br>c/o Glanfield Marketing<br>Attn: Mark Easterday<br>Welland, ON L3B 3J7<br>Canada |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |

Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 21 of 30

Debtor    Diamond Comic Distributors, Inc.    Case number (if known) 25-10308

Name

Debtor    Diamond Comic Dis...    ...Case number...

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.188** | State what the contract or lease is for and the nature of the debtor's interest | Free Comic Book Day Logo Licensing Agreement | Promo Comix |
| | State the term remaining | 05/31/2025 | |
| | List the contract number of any government contract | | |
| **2.189** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Publisher Services, Inc<br>2800 Vista Ridge Dr<br>Suwanee, GA 30024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.190** | State what the contract or lease is for and the nature of the debtor's interest | Eloquence on Demand Agreement | Qsinformation Services, Inc<br>dba Firebrand Technologies<br>44 Merrimac St<br>Newburyport, MA 01950 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.191** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Rabbit Publishers<br>1624 W Northwest Hwy<br>Arlington Heights, IL 60004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.192** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Raid Studio |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.193** | State what the contract or lease is for and the nature of the debtor's interest | Ranstad Service Terms | Randstad General Partner US LLC<br>1 Overton Park<br>3625 Cumberland Blvd, Ste 600<br>Atlanta, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.194** | State what the contract or lease is for and the nature of the debtor's interest | Temporary Staffing Services Agreement | Randstad General Partner US LLC<br>1 Overton Park<br>3625 Cumberland Blvd, Ste 600<br>Atlanta, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.195** | State what the contract or lease is for and the nature of the debtor's interest | Lorcana Distributor Agreement | Ravensburger North America Inc<br>915 E Pine St, Ste 400<br>Seattle, WA 98122 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.196** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Reaper Miniatures (RPR)<br>Attn: Ed Pugh, President<br>P.O. Box 2107<br>Lake Dallas, TX 75065-2107 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors    Case number (if known)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Red Giant Entertainment<br>614 E Hwy 50, Ste 235<br>Clermont, FL 34711 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Heating & Air Conditioning Maintenance Contract | Reliance Mechanical, Inc<br>233 Swanson Dr, Ste A<br>Lawrenceville, GA 30043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Fulfillment Services Agreement | Renegade Games, Inc<br>306-N W El Norte Pkwy, Ste 325<br>Escondido, CA 92026 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement | Republic Services, Inc<br>6231 Macbeth Rd<br>Ft Wayne, IN 46809 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement | Republic Services, Inc<br>6231 Macbeth Rd<br>Ft Wayne, IN 46809 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Service Agreement | Republic Services, Inc<br>P.O. Box 677156<br>Dallas, TX 75267-7156 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Confidential Fulfillment Agreement, Covenant Not to Solicit, and Agreement of Non-Disclosure | Revend LLC<br>Attn: Evans Richards, Manager<br>301 N Scales St<br>Redisville, NC 27320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Data Services | Rewind Software Inc<br>333 Preston St, Ste 200<br>Ottowa, ON K1S 5N4<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Rovio Entertainment Ltd<br>Attn: Mikael Hed<br>17 C Fin<br>Espoo, 02150<br>Finland |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 23 of 30 |
|---|---|---|

| Debtor | Diamond Comic Distributors | Case number (if known) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.206** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DIAMOND FULFILLMENT SERVICES AGREEMENT | Ruptura Estudios LLC<br>dba Ruptura Comics<br>Attn: Ricardo Felipe González Llarena<br>600 N Broad St, Ste 382<br>Middletown, DE 19709 |
| **2.207** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Scout Comics & Entertainment Holdings, Inc<br>10231 Metro Pkwy, Ste 100<br>Ft Myers, FL 33966 |
| **2.208** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Seven Seas Entertainment, LLC<br>3463 State St, Ste 545<br>Santa Barbara, CA 93105 |
| **2.209** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease Agreement (as amended)<br><br>01/31/2029 | Sfv York Road, LLC<br>Attn: Julio Purcell<br>c/o MacKenzie Management Co LLC<br>2328 W Joppa Rd, Ste 200<br>Lutherville, MD 21093 |
| **2.210** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Shinobi 7<br>3463 State St, Ste 545<br>Santa Barbara, CA 93105 |
| **2.211** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Skyland Arts |
| **2.212** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Distribution Agreement | Skyscraper Studios, Inc<br>dba Roll For Combat<br>Attn: Stephen Glicker<br>16 Continental Rd<br>Scarsdale, NY 10583 |
| **2.213** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Flooring Agreement<br><br>Either party may terminate with 60 days written notice | Skyscraper Studios, Inc<br>dba Roll for Combat<br>Attn: Stephen Glicker<br>16 Continental Rd<br>Scarsdale, NY 10583 |
| **2.214** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Software Services | Smile Inc<br>Ira Needles<br>P.O. Box 33042<br>Waterloo, ON N2T 2M9<br>Canada |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.215** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Snowbright Studio<br>1500 Chagrin River Rd<br>Gates Mills, OH 44040 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.216** | State what the contract or lease is for and the nature of the debtor's interest | Fulfillment Services Agreement | Snowdale Design Oy<br>Attn: Sami Laakso<br>Yrjönkatu 5 D 59<br>Pori, 28100<br>Finland |
| | State the term remaining | The initial term is two years, automatically renew | |
| | List the contract number of any government contract | | |
| **2.217** | State what the contract or lease is for and the nature of the debtor's interest | DIAMOND FULFILLMENT SERVICES AGREEMENT | Snowdale Design Oy<br>Attn: Sami Laakso, CEO<br>Yrjönkatu 5 D 59<br>Pori, 28100<br>Finland |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.218** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Source Point Press<br>Attn: Jacob Way<br>301 Cass St<br>Saginaw, MI 48602 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.219** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Spin Master Ltd<br>Attn: Jeremy Langer<br>225 King St W, Ste 200 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.220** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Starburns Industries Press<br>1700 W Burbank Blvd<br>Burbank CA 91506 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.221** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Storm Kind Productions Inc<br>Attn: Fred Altman & Assoc<br>9255 Sunsent Blvd, Ste 901<br>W Hollywood, CA 90069 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.222** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | T Pub Ltd<br>19A Aubrey House<br>7 Maida Ave<br>London W2 1TQ<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.223** | State what the contract or lease is for and the nature of the debtor's interest | Letter of Engagement | Tad Franks |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.      Case number (if known)
     Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.224** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Tasty Minstrel Games, LLC (TTT)<br>Attn: Michael Mindes<br>4812 W Cattle<br>Mountain Green, UT 84050 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.225** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Tee Turtle LLC<br>1034 S Brentwood Blvd<br>Richmond Heights, MO 63117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.226** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Teems & DeMoville Mechanical Contractors LLC<br>7314 Plesant Ridge Rd<br>Arlington, TN 38002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.227** | State what the contract or lease is for and the nature of the debtor's interest | Sales Agreement | Tezuka Productions Co Ltd<br>32-11, 4-chome,Takadanobaba<br>Shinjuku-ku, Tokyo, 169<br>Japan |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.228** | State what the contract or lease is for and the nature of the debtor's interest | Fulfillment Agreement proposal | The Army Painter<br>Attn: Bo Penstoft |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.229** | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | The Lion Forge, LLC<br>Attn: Geoff Gerber<br>6600 Manchester Ave<br>St Louis, MO 63139 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.230** | State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | The Little Plastic Train Company<br>Attn: Stephen Aslett<br>1004 Prairie St, Ste 200<br>Houston, TX 77002 |
| | State the term remaining | Either party may terminate with 60 days written notice | |
| | List the contract number of any government contract | | |
| **2.231** | State what the contract or lease is for and the nature of the debtor's interest | Standard Industrial/Commercial Multi-Tenant Lease (as amended) | The Philip & Jana Oates Family Trust & OK&B<br>c/o Buzz Oates Management Services, Inc<br>Attn: Maira Ibarra<br>8615 Elder Creek Rd<br>Sacramento, CA 95814 |
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |
| **2.232** | State what the contract or lease is for and the nature of the debtor's interest | POKEMON TCG TERMS OF SALE - CIP | The Pokémon Co International, Inc<br>Attn: General Counsel<br>10400 NE 4th St, Ste 2800<br>Bellevue, WA 98004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Comic Distributors, Inc.       Case number (if known) 25-10308
Name

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.233** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Agreement Form | The Tailored Staff LLC<br>Attn: Miguel Medina, Owner<br>3639 New Getwell Rd, Ste 2<br>Memphis, TN 38118 |
| **2.234** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distributor Agreement | The Upper Deck Co<br>Attn: Brittany Hysni, VP of Legal & Business Affairs<br>5830 El Camino Real<br>Carlsbad, CA 92008 |
| **2.235** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Titan Comics<br>Attn: Nick Landau, Chris Teather<br>144 Southwark St<br>London, England SE10UP<br>United Kingdom |
| **2.236** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Tokyopop Inc<br>Attn: Stu Levy<br>5200 W Century Blvd, Ste 705<br>Los Angeles, CA 90045 |
| **2.237** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Toon Books<br>Attn: Francoise Mouly<br>27 Greene St<br>New York, NY 10013 |
| **2.238** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Toonhound Studious, LLC<br>Attn: Corey Casoni<br>18602 69th Ln NE, Ste 104<br>Kenmore, WA 99028 |
| **2.239** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Supply Agreement | Top Shelf Productions, Inc<br>Attn: Chris Staros<br>1109 Grand Oaks Glen<br>Marietta, GA 30064 |
| **2.240** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Ebook Distribution Agreement | Trajectory, Inc<br>50 Doaks Ln<br>Marblehead, MA 01945 |
| **2.241** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Printing Agreement | Transcontinental Printing Inc,<br>Attn: Nathalie Grégoire<br>150 181st St<br>Beauceville, QC G5X 393<br>Canada |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.242** State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Treasure Fall Games (Quest Kids) Attn: Dustin McMillan 13 Memorial Point Ln Houston, TX 77024 |
| State the term remaining | Either party may terminate with 60 days written notice | |
| List the contract number of any government contract | | |
| **2.243** State what the contract or lease is for and the nature of the debtor's interest | Wholesale Application Form | Trick Or Treat Studios 1005 17th Ave Santa Cruz, CA 95062 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.244** State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Troy And Brenda Little dba Pegamoose Press 74 Westcomb Crescent Charlottetown, PE C1C 1B8 Canada |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.245** State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Twomorrows Publishing Attn: John Morrow 1812 Park Dr Raleigh, NC 27605 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.246** State what the contract or lease is for and the nature of the debtor's interest | Commercial Sales Agreement | Tyco Integrated Security LLC Attn: Glen Roehm 3600 W McGill St S Bend, IN 46628-4371 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.247** State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Ubisoft Inc Attn: Ubiworkshop Director 625 3rd St San Francisco, CA 94107 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.248** State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Udon Entertainment Attn: Erik Ko 38 Sun Valley Dr Richmond Hill, ON L4S 2E4 Canada |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.249** State what the contract or lease is for and the nature of the debtor's interest | 2017 Ultra Pro International LLC Hobby Distribution Program for North American Markets | Ultra Pro International LLC 6049 Slauson Ave City of Commerce, CA 90040 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.250** State what the contract or lease is for and the nature of the debtor's interest | Hobby Distribution Program | Ultra Pro International LLC 6049 Slauson Ave City of Commerce, CA 90040 |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor  Diamond Comic Distributors, Inc.                     Case number (if known) 25-10308
        Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.251** State what the contract or lease is for and the nature of the debtor's interest | UPS Incentive Program Agreement (as amended) | United Parcel Service, Inc<br>55 Glenlake Pkwy<br>Atlanta, GA 30328 |
| State the term remaining | 07/27/2026 | |
| List the contract number of any government contract | | |
| **2.252** State what the contract or lease is for and the nature of the debtor's interest | Distributor Sales Agreement | Usaopoly, Inc<br>5607 Palmer Way<br>Carlsbad, CA 92010 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.253** State what the contract or lease is for and the nature of the debtor's interest | Distributor Sales Agreement | USAOPOLY, Inc<br>5607 Palmer Way<br>Carlsbad, CA 92010 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.254** State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Valiant Entertainment, LLC<br>Attn: Gavin Cuneo<br>424 W 33rd St, Ste 420<br>New York, NY 10001 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.255** State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Van Ryder Games (VRG)<br>Attn: AJ Porfirio, President<br>3011 Harrah Dr<br>Spring Hill, TN 37174 |
| State the term remaining | Either party may terminate with 60 days written notice | |
| List the contract number of any government contract | | |
| **2.256** State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Viz Media LLC<br>1355 Market St<br>San Franciso, CA 94103 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.257** State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Wargames Atlantic LLC (WGA)<br>Attn: Matt Hudson, President<br>270 Bellevue Ave<br>Newport, RI 02840 |
| State the term remaining | Either party may terminate with 60 days written notice | |
| List the contract number of any government contract | | |
| **2.258** State what the contract or lease is for and the nature of the debtor's interest | Flooring Agreement | Warlord Games<br>T04/T10 Technology Wing<br>Nottingham, NG7 2BD<br>United Kingdom |
| State the term remaining | Either party may terminate with 60 days written notice | |
| List the contract number of any government contract | | |
| **2.259** State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement | Waste Connections of Tennessee, Inc<br>Attn: Stacy Michael<br>621 Brooks Rd E<br>Memphis, TN 38116 |
| State the term remaining | | |
| List the contract number of any government contract | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 29 of 30 |
|---|---|---|

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.260** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Wicked Cow Studios, LLC<br>Attn: Michael Herman<br>45 W 21st St, 2nd Fl<br>New York, NY 10010 |
| **2.261** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Settlement Agreement | William M Gaines, Agent, Inc<br>Attn: Cathy Gaines Mifsud<br>3975 Little John Dr<br>York, PA 17408 |
| **2.262** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distributorship Agreement | Wizards of the Coast LLC<br>1600 Lind Ave SW, Ste 400<br>Renton, WA 98057 |
| **2.263** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Staffing Services Agreement | Xceeding Partnership Solutions<br>Attn: Sharon Zaragoza, Owner |
| **2.264** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Yen Press, LLC<br>Attn: Takayuki Kobayshi<br>1290 Avenue of the Americas<br>New York NY 10104 |
| **2.265** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Supply Agreement | Yumcha Studios, LLC<br>Attn: Yen Yen Woo<br>3625 Main St, Ste 2B<br>Flushing NY 11354 |
| **2.266** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Supply Agreement | Z2 Comics Inc<br>Attn: Josh Frankel<br>237 Griffen Ave<br>Scarsdale, NY 10583 |
| **2.267** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Supply Agreement | Zenescope Entertainment, Inc<br>Attn: Joe Brusha<br>433 Caredean Dr, Ste C<br>Horsham, PA 19044 |
| **2.268** State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Distribution Agreement | Zloss Studios<br>21031 Ventura Blvd, Ste 1000<br>Woodland Hills, CA 91364 |

Debtor name: **Diamond Comic Distributors, Inc.**

United States Bankruptcy Court for the **Baltimore** Division, District of **Maryland**

Case number (If known): **25-10308**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property*       (Official Form 206 A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property*       (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*       (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*       (Official Form 206 G)

☐ *Schedule H: Codebtors*       (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*       (Official Form 206Sum)

☑ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | Thursday, April 17th, 2025 | Signature | /s/ Robert Gorin |
|---|---|---|---|
| | MM / DD / YYYY | | |
| | | Printed Name | Robert Gorin |
| | | Title | Chief Restructuring Officer |