| Fill in this information to identify the case: | |
|---|---|
| Debtor name: **Diamond Select Toys & Collectibles, LLC** | |
| United States Bankruptcy Court for the **Baltimore** Division, District of **Maryland** | |
| Case number (If known): **25-10312** | |

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B ........................................................................................ $ 21,777.72

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B ..................................................................................... $ 2,449,633.01

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B ....................................................................................... $ 2,471,410.73

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property:* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ........ $ 31,019,347.89

3. *Schedule E/F: Creditors Who Have Unsecured Claims:* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F ............................................ $ 57,484.67

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F .................. + $ 5,434,438.43

4. **Total liabilities:**
   Lines 2 + 3a + 3b ................................................................................................................... $ 36,511,270.99

Fill in this information to identify the case:

Debtor name: **Diamond Select Toys & Collectibles, LLC**

United States Bankruptcy Court for the **Baltimore** Division, District of **Maryland**

Case number (If known): **25-10312**

☑ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

*No Amendments were made to Schedule E.*
*Please refer to Debtor's Schedules at Docket No 152*

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  | Total Claim | Priority Amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address
Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

**2.2** Priority creditor's name and mailing address
Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

**2.3** Priority creditor's name and mailing address
Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

**2.4** Priority creditor's name and mailing address
Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

**2.5** Priority creditor's name and mailing address
Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

| Debtor | Diamond Select Toys & Collectibles | | Case number (if known) | 25-10308 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

| 3.1 | Nonpriority creditor's name and mailing address<br>3D Systems, Inc<br>P.O. Box 534963<br>Atlanta, GA 30353-4963<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**   __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $14,056.88 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>Active Interest Media Holdco, Inc<br>P.O. Box 951556<br>Dallas, TX 75395-1556<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**   __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $1,479.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>ADM Protection, Inc<br>17216 Saticoy St, Ste 516<br>Van Nuys, CA 91406<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**   __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $159.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>ADP, Inc<br>P.O. Box 830272<br>Philadelphia, PA 19182-0272<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**   __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $157.40 |
| 3.5 | Nonpriority creditor's name and mailing address<br>Adrian Gonzalo Campos<br>148 Lupine Way<br>Stirling, NJ 07980<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**   __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $4,000.00 |
| 3.6 | Nonpriority creditor's name and mailing address<br>AG Com Weng Fung Wan Lda<br>Via Sandro Penna 24<br>Perugia<br>Italy<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number**   __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis of claim:**<br>Trade<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $103,369.90 |

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.7 Nonpriority creditor's name and mailing address**
Alejandro Pereira Ezcurra
C/Ingeniero La Cierva 35 CP
Gines
Sevilla
Spain

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$10,000.00

---

**3.8 Nonpriority creditor's name and mailing address**
Bradley M Johnson

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,150.00

---

**3.9 Nonpriority creditor's name and mailing address**
Bruce Lee, LLC
9854 National Blvd, Ste 181
Los Angeles, CA 90034

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,942.18

---

**3.10 Nonpriority creditor's name and mailing address**
Chris Trevas
21475 W 13 Mile Rd
Beverly Hills, MI 48025

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,150.00

---

**3.11 Nonpriority creditor's name and mailing address**
City of Glendale
P.O. Box 29099
Glendale, CA 91209-9099

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,992.64

---

**3.12 Nonpriority creditor's name and mailing address**
Diamond Comic Distributors, Inc
10150 York Rd, Ste 300
Hunt Valley, MD 21030

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$313,063.08

---

**3.13 Nonpriority creditor's name and mailing address**
Disney Consumer Products, Inc
Marvel Entertainment, LLC
500 S Buena Vista St
Burbank, CA 91521

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
License
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,712,447.00

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.14 Nonpriority creditor's name and mailing address**
Dragon Product Design Co
610 Nathan Rd, Unit 1201
Hollywood Plz
Kin
Hong Kong

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $10,920.00

---

**3.15 Nonpriority creditor's name and mailing address**
Dynamic Forces, Inc
113 Gaither Dr, Ste 205
Mt Laurel, NJ 08054

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $1,220.00

---

**3.16 Nonpriority creditor's name and mailing address**
Eamon O'Donoghue

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $2,200.00

---

**3.17 Nonpriority creditor's name and mailing address**
Easy Signs, Inc.
7346 PENN DRIVE
Allentown, PA 18106

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $1,083.80

---

**3.18 Nonpriority creditor's name and mailing address**
Elite Production (HK) Ltd
P.O. Box 649001
San Jose, CA 95164-9001

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $158,561.64

---

**3.19 Nonpriority creditor's name and mailing address**
Gentle Giant Entertainment LLC
2018 Great Trails Dr
Wooster, OH 44691

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $72,750.00

---

**3.20 Nonpriority creditor's name and mailing address**
Global Experience Specialists, Inc
Attn: Bank of America
P.O. Box 96174
Chicago, IL 60693-6174

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:** Trade

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount: $38,206.47

---

Official Form 206E/F           Schedule E/F: Creditors Who Have Unsecured Claims           Page 4 of 11

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.21 Nonpriority creditor's name and mailing address**
Imagine Fullfillment Services
14245-14249 Artesia Blvd
La Mirada, CA 90638
**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,838.64

---

**3.22 Nonpriority creditor's name and mailing address**
Infernal Machinery
27758 Santa Margarita Pkwy, Ste 319
Mission Viejo, CA 92691-6709
**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,769.00

---

**3.23 Nonpriority creditor's name and mailing address**
Jean St Jean Studios LLC
1628 Macopin Rd
W Milford, NJ 07480
**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,500.00

---

**3.24 Nonpriority creditor's name and mailing address**
Jim Rowell Productions
1506 Stagecoach Dr
Pantego, TX 76013
**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,300.00

---

**3.25 Nonpriority creditor's name and mailing address**
Jorge dos Santos Souza
**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,500.00

---

**3.26 Nonpriority creditor's name and mailing address**
JPMorgan Chase Bank, NA
P.O. Box 69165
Baltimore, MD 21264-9165
**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$24,256.64

---

**3.27 Nonpriority creditor's name and mailing address**
JW Productions
3640 Kennesaw N Industrial Pkwy, Ste A
Kennesaw, GA 30144
**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$16,200.00

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.28 Nonpriority creditor's name and mailing address**
Kin Kin Mould
3, Chi Cheong Rd, Unit 1003
Shaung Shui Ctr
Sheung Shui, NT
Hong Kong

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,110,071.68

---

**3.29 Nonpriority creditor's name and mailing address**
Legendary Licensing, LLC
2900 W Alameda Ave
Burbank, CA 91505

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
License
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$20,000.00

---

**3.30 Nonpriority creditor's name and mailing address**
Lone Horsemen
Dept of Treasury
Dept 77003
Lansing, MI 48277-0003

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$7,000.00

---

**3.31 Nonpriority creditor's name and mailing address**
Matthew Black
1810 Via Petrirrojo, Apt G
Newbury Park, CA 91320

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$9,250.00

---

**3.32 Nonpriority creditor's name and mailing address**
Mireya Romo
2061 W Redlands Blvd, Ste 10C
Redlands, CA 92373

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,200.00

---

**3.33 Nonpriority creditor's name and mailing address**
Nelson Asencio
413 S Wellwood Ave
Lindenhurst, NY 11757

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,650.00

---

**3.34 Nonpriority creditor's name and mailing address**
Neoscott Productions
11949 Cottonwood Ave
Hesperia, CA 92345

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,400.00

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.35** **Nonpriority creditor's name and mailing address**
Netflix CPX, LLC
5808 W Sunset Blvd
Los Angeles, CA 90028
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$134.16

**3.36** **Nonpriority creditor's name and mailing address**
New York State Insurance Fund
P.O. Box 5520
Binghampton, NY 13902-5520
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$10.00

**3.37** **Nonpriority creditor's name and mailing address**
Office Basics, Inc
P.O. Box 2230
Boothwyn, PA 19061
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$163.83

**3.38** **Nonpriority creditor's name and mailing address**
PD Workshop
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$45,403.05

**3.39** **Nonpriority creditor's name and mailing address**
Rubin & Frieda Fenster Family LP
7100 Hayvenhurst Ave, Ste 211
Van Nuys, CA 91406
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$6,800.00

**3.40** **Nonpriority creditor's name and mailing address**
SG Studio
110 Brewery Ln, Ste 302
Portsmouth, NH 03801
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,000.00

**3.41** **Nonpriority creditor's name and mailing address**
Shogun Labs, Inc
340 South Lemon Ave, Ste 1085
Walnut, CA 91789
**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$15,718.50

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.42 Nonpriority creditor's name and mailing address**
Skybound, LLC
Attn: Shawn Kirkman
9570 W Pico Blvd
Los Angeles, CA 90035

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$9,772.80

---

**3.43 Nonpriority creditor's name and mailing address**
Southland Environmental Services
P.O. Box 86786
Los Angeles, CA 90086

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$379.29

---

**3.44 Nonpriority creditor's name and mailing address**
The CS Moore Studio LLC
6512 Southern Times Dr
Raleigh, NC 27603

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,000.00

---

**3.45 Nonpriority creditor's name and mailing address**
ToyCollector Magazine
250 Park Ave, Ste 7002
New York, NY 10177

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$940.00

---

**3.46 Nonpriority creditor's name and mailing address**
United Parcel Service, Inc
P.O. Box 809488
Chicago, IL 60680-9488

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$18,130.27

---

**3.47 Nonpriority creditor's name and mailing address**
United States Postal Service
115 Wight Ave
Cockeysville, MD 21030-9998

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Acct 2557167

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$600.00

---

**3.48 Nonpriority creditor's name and mailing address**
V2 Content
10040 Shore Front Dr
Lincoln, NE 68527

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,000.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 8 of 11

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.49** **Nonpriority creditor's name and mailing address**
Venture Manufacturing Ltd
27 Hillier St, Ste 1102
Sheung Wan, 999077
Hong Kong

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$233,733.97

---

**3.50** **Nonpriority creditor's name and mailing address**
Viacom Media Networks
P.O. Box 412276
Boston, MA 02241-2276

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$1,465.00

---

**3.51** **Nonpriority creditor's name and mailing address**
Warner Bros Entertainment, Inc
4000 Warner Blvd
Burbank, CA 91521

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
License
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$422,342.61

---

**3.52** **Nonpriority creditor's name and mailing address**
Winnovations, Inc
1904 E 16th St
Brooklyn, NY 11229

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade
**Is the the claim subject to offset?**
☒ No.
☐ Yes.

$4,000.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 9 of 11

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Troutman Pepper Locke LLP Attn: Toyja E Kelley, Indira K SharmaAttn: Jonathan W Young 701 8th St NW, Ste 500 Washington, DC 20001 | Line 3.26<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 | Wilmer Cutler Pickering Hale & Dorr LLP Attn: Andrew N Goldman, Benjamin W Loveland7 World Trade Ctr 250 Greenwich St New York, NY 10007 | Line 3.13<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 10 of 11 |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   |   | Total of claim amounts |
|---|---|---|---|
| 5.a Total claims from Part 1. | 5a |   | $0.00 |
| 5.b Total claims from Part 2. | 5b | + | $5,434,438.43 |
| 5.c Total of Parts 1 and 2<br>Lines 5a + 5b = 5c | 5c | + | $5,434,438.43 |

Fill in this information to identify the case:

Debtor name: **Diamond Select Toys & Collectibles, LLC**

United States Bankruptcy Court for the **Baltimore** Division, District of **Maryland**

Case number (If known): **25-10312**

☑ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | ProJet MJP 2500 Plus 3D Printer Service Plan, Service Contract Quote | 3D Systems, Inc<br>333 Three D Systems Cir<br>Rock Hill, SC 29730 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | 74850, Inc<br>304 Park Ave S<br>New York, NY 10010 |
| | State the term remaining | 12/31/2026 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Accesability Software, Terms of Service | Accessibe Ltd |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Termination of License Agreements; substitution of new agreements, Settlement Agreement | Disney Consumer Products, Inc<br>Attn: Manager, Contract Services<br>500 S Buena Vista St<br>Burbank, CA 91521-8651 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Merchandise License Agreement | Hasbro Consumer Products Licensing Ltd<br>Attn: Kaylee Sheil<br>4 The Sq<br>Stockley Park, Uxbridge UB11 1ET<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Software Licensing, Fulfillment Services Agreement | Imagine Fulfillment Services, LLC<br>Attn: Andy Arvidson<br>14245 Artesia Blvd<br>LaMirada, CA 90638 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | License re: John Wick, Merchandising License Agreement | Lions Gate Ancillary LLC<br>Attn: Ryan Gellego<br>2700 Colorado Ave<br>Santa Monica, CA 90404 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | | |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
| | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Licensing re: Rebel Moon, Overall Merchandising License Agreement | Netflix CPX, LLC & Netflix CPX International, BV<br>Attn: Counsel, Consumer Products Legal<br>5808 W Sunset Blvd<br>Los Angeles, CA 90028 |
| | State the term remaining | 12/31/2025 | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Diamond Select Toys California, Commercial Lease of 1546 Victory Boulevard, Glendale, CA | Rubin & Frieda Fenster Family LP<br>Attn: Wendy Watson<br>7100 Hayvenhurst Ave, Ste 211<br>Van Nuys, CA 91406 |
| | State the term remaining | 02/28/2027 | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Diamond Select Toys New York, Commercial Lease of 1115 Broadway, Suite 1200, New York, NY 10010 | Select Office Suites Flatiron<br>1115 Broadway<br>New York, NY 10010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT | Skybound, LLC<br>Attn: Shawn Kirkham<br>9570 W Pico Blvd<br>Los Angeles, CA 90025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #1 TO LICENSING AGREEMENT | Skybound, LLC<br>Attn: Shawn Kirkham<br>9571 W Pico Blvd<br>Los Angeles, CA 90025 |
| | State the term remaining | 12/31/2026 | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Merchandise License "Lost in Space" Amendment No. 3 | Synthesis Entertainment<br>Attn: Jon Jashni<br>806 N Wittier Dr<br>Beverly Hills, CA 90210 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Merchandise Licensing re: Godzilla products, Merchandising License Agreement | Toho International Inc<br>Attn: Lora Cohn<br>2029 Century Park E, Ste 1140<br>Los Angeles CA 90067 |
| | State the term remaining | 09/30/2025 | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Merchandise Licensing re: Godzilla x Kong: the New Empire, Merchandising License Agreement | Toho International Inc & Legendary Licensince, LLC<br>Attn: Kristen Parcell, General Manager<br>2029 Century Park E, Ste 1140<br>Los Angeles, CA 90067 |
| | State the term remaining | 12/31/2026 | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Licensing re: WB properties, PRODUCT LICENSE AGREEMENT WARNER BROS. CONSUMER PRODUCTS INC. #587127-MULTI | Warner Bros Consumer Products Inc<br>Attention: Sr VP, Legal & Business Affairs<br>4000 Warner Blvd, Bldg 118, 5th Fl<br>Burbank, CA 91522 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [ ] Schedule A/B: Assets-Real and Personal Property (Official Form 206 A/B)
- [ ] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206 D)
- [x] Schedule E/F: Creditors Who Have Claims Unsecured Claims (Official Form 206 E/F)
- [x] Schedule G: Executory Contracts and Unexpired Leases (Official Form 206 G)
- [ ] Schedule H: Codebtors (Official Form 206 H)
- [x] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- [x] Amended Schedule

- [ ] Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- [ ] Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Thursday, April 17th, 2025
MM / DD / YYYY

Signature: /s/ Robert Gorin

Printed Name: Robert Gorin

Title: Chief Restructuring Officer