IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 349 & 350 |

## NOTICE OF DEBTORS' AMENDED SCHEDULES

**PLEASE TAKE NOTICE** that, on April 17, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed amended schedules for Diamond Comic Distributors, Inc., [D.I. 349] and for Diamond Select Toys & Collectibles, LLC [D.I. 350] (collectively, the "Amended Schedules"), to modify the basis and amount of certain claims.

**PLEASE TAKE FURTHER NOTICE that you are receiving this notice because the Debtors identified you as a party whose claim may have been modified by the Amended Schedules. You should review the Amended Schedules to determine whether your claim is impacted by the Amended Schedules.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order (I) Establishing Certain Bar Dates for Filing Prepetition Claims, Including Section 503(b)(9) Claims, and (II) Granting Related Relief, Including Notice and Filing Procedures* [D.I. 261], parties whose claim is modified by the Amended Schedules have until the later of (i) the general bar date of May 20, 2025 (or, if applicable, the government bar date for governmental units of July 14, 2025) and (ii) thirty days following service of this notice, to file proofs of claim.

**PLEASE TAKE FURTHER NOTICE** that copies of the Amended Schedules are available free of charge on the Debtors' case information website, located at https://omniagentsolutions.com/DCD-Claims or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov), or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, at 866-771-0556 (U.S. & Canada toll free) or 818-639-4849 (International).

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Dated: April 17, 2025          **SAUL EWING LLP**

By: /s/ *Jordan D. Rosenfeld*
    Jordan D. Rosenfeld (MD Bar No. 13694)
    1001 Fleet Street, 9th Floor
    Baltimore, MD 21202
    Telephone: (410) 332-8600
    Email: jordan.rosenfeld@saul.com

    -and-

    Jeffrey C. Hampton (admitted *pro hac vice*)
    Adam H. Isenberg (admitted *pro hac vice*)
    Turner N. Falk (admitted *pro hac vice*)
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-7777
    Email: jeffrey.hampton@saul.com
          adam.isenberg@saul.com
          turner.falk@saul.com

    -and-

    Mark Minuti (admitted *pro hac vice*)
    Paige N. Topper (admitted *pro hac vice*)
    Nicholas Smargiassi (admitted *pro hac vice*)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone: (302) 421-6800
    Email: mark.minuti@saul.com
          paige.topper@saul.com
          nicholas.smargiassi@saul.com

    *Counsel to the Debtors and Debtors in Possession*