## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | |
| | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 14, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of Order Approving Second Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement [Docket No. 340]**

- **Debtors' Motion to Shorten Notice of the Debtors' Motion for Entry of Order Approving Second Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement [Docket No. 341]**

Dated: April 18, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 18th day of April, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Action Figure Authority Inc | Adams and Reese LLP | Attn: Nikolaus F Schandlbauer, Esq / Lauren A Baio, Esq<br>20 F St, Ste 500<br>Washington, DC 20001 | nick.schandlbauer@arlaw.com;<br>lianna.sarasola@arlaw.com | Email |
| *NOA - Counsel for Image Comics, Inc | BakerHostetler LLP | Attn: Adam L Fletcher, Esq/Scott E Prince, Esq<br>Key Twr<br>127 Public Sq, Ste 2000<br>Cleveland, OH 44114 | afletcher@bakerlaw.com;<br>sprince@bakerlaw.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Cole Schotz P.C. | Attn: Gary H Leibowitz/HC Jones III<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | gleibowitz@coleschotz.com<br>hjones@coleschotz.com | Email |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | kevin.kobbe@us.dlapiper.com | Email |
| *NOA - Counsel for Kathy Govier | Gohn Hankey & Berlage LLP | Attn: Jan I Berlage<br>201 N Charles St, Ste 2101<br>Baltimore, MD 21201 | jberlage@ghsllp.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | | Overnight Mail |
| *NOA - Counsel to NECA LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R Winters/Stephanie R Sweeney<br>Attn: Andrew C Brown<br>200 W 41st St, 17th Fl<br>New York, NY 10036-7023 | abrown@klestadt.com<br>iwinters@klestadt.com<br>ssweeney@klestadt.com | Email |
| Official Committee of Unsecured Creditors | Little Buddy Toys, LLC | 270 E Palais Rd<br>Anaheim, CA 92805 | | Overnight Mail |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Bruce S Nathan/Gianfranco Finizio<br>Attn: Chelsea R Frankel<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | bnathan@lowenstein.com<br>gfinizio@lowenstein.com<br>cfrankel@lowenstein.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Michael Papandrea<br>1 Lowenstein Dr<br>Roseland, NJ 07068 | mpapandrea@lowenstein.com | Email |
| *NOA - Counsel for Dynamic Forces, Inc | Mcnamee Hosea, P.A. | Attn: Justin P Fasano<br>6404 Ivy Ln, Ste 820<br>Greenbelt, MD 20770 | jfasano@mhlawyers.com | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Brenna Bird Hoover State Office Bldg 1305 E Walnut Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Jason Miyares 202 N 9th St Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen Justice Bldg, 3rd Fl 215 N Sanders Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anne E Lopez 425 Queen St Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Dana Nessel P.O. Box 30212 525 W Ottawa St Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Drew Wrigley State Capital 600 E Boulevard Ave Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office Of The Attorney General | 345 State Capitol Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Tim Griffin 323 Center St, Ste 200 Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office Of The Attorney General | 441 4th St NW, Ste 1100 S Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anthony G Brown 200 St Paul Pl Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Bob Ferguson 1125 Washington St Se P.O. Box 40100 Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| *NOA - Counsel for New York State Department of Taxation and Finance (NYSTAX) | Office of the New York State Attorney General | Attn: Robert J Rock Civil Recoveries Bureau, Bankruptcy Litigation Unit The Capitol Albany, NY 12224-0341 | robert.rock@ag.ny.gov | Email |
| US Attorney's Office | Office Of The Us Attorney | For The Dist Of Maryland 36 S Charles St, 4th Fl Baltimore, MD 21201 | | Overnight Mail |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: David WT Daniels 700 13th St, NW, Ste 600 Washington, DC 20005 | DDaniels@perknscoie.com | Email |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: Sara L Chenetz 1888 Century Park E, Ste 1700 Los Angeles, CA 90067-1721 | SChenetz@perkinscoie.com | Email |
| *NOA - Counsel for Basic Fun, Inc. | Polsinelli PC | Attn: D Jack Blum/Mark B Joachim 1401 Eye St, NW, Ste 800 Washington, DC 20005 | jack.blum@polsinelli.com; mjoachim@polsinelli.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Ropers Majeski | Attn: Steven G Polard 801 S Figueroa St, Ste 2100 Los Angeles, CA 90017 | steven.polard@ropers.com | Email |
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | Attn: Ashley N Fellona 1001 Fleet St, 9th Fl Baltimore, MD 21202 | ashley.fellona@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Jeffrey C Hampton/Adam H Isenberg Centre Square West 1500 Market St, 38th Fl Philadelphia, PA 19102 | jeffrey.hampton@saul.com adam.isenberg@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Mark Minuti/Paige Topper Attn: Nicholas Smargiassi 1201 N Market St, Ste 2300 P.O. Box 1266 Wilmington, DE 19899 | mark.minuti@saul.com paige.topper@saul.com nicholas.smargiassi@saul.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations Franchise Tax P.O. Box 898 Dover, DE 19904 | | Overnight Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director 100 Pearl St, Ste 20-100 New York, NY 10004-2616 | | Overnight Mail |
| SEC | Securities & Exchange Commission | 100 F St NE Washington, DC 20549 | | Overnight Mail |
| Official Committee of Unsecured Creditors | Simon & Schuster, LLC | 100 Front St Riverside, NJ 08075 | | Overnight Mail |
| *NOA - Counsel for Blue Yonder, Inc | Squire Patton Boggs (US) LLP | Attn: Christopher J Giaimo / Mark A Salzberg 2550 M St. NW Washington, DC 20037 | christopher.giaimo@squirepb.com; mark.salzberg@squirepb.com | Email |
| *NOA - Counsel to NECA LLC | The Law Offices of Zvi Guttman, P.A. | Attn: Zvi Guttman P.O. Box 32308 Baltimore, MD 21282 | zvi@zviguttman.com | Email |
| Official Committee of Unsecured Creditors | Titan Publishing Group Limited/Titan Comics | 144 Southwark St London, SE1 OUP United Kingdom | | Overnight Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | | Overnight Mail |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St, NW, Ste 500<br>Washington, DC 20001 | Toyja.Kelley@troutman.com;<br>Indira.Sharma@troutman.com;<br>Jonathan.Young@troutman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 | David.Ruediger@troutman.com;<br>Katherine.Culbertson@troutman.com | Email |
| *NOA - Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Richard L Costella Esquire<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | rcostella@tydings.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Dennis J Shaffer/Yung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | dshaffer@tydings.com<br>jlee@tydings.com<br>sgerald@tydings.com | Email |
| United States Attorney for the District of Maryland | United States Attorney for The District of Maryland | Attn: Civil Process Clerk<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201 | | Overnight Mail |
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 | hugh.m.bernstein@usdoj.gov | Email |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 | bstrickland@whitefordlaw.com | Email |
| *NOA - Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com | Email |
| *NOA - Counsel for Alliance Entertainment, LLC | YVS Law, LLC | Attn: Jonathan A Grasso, Esquire<br>185 Admiral Cochrane Dr, Ste 130<br>Annapolis, MD 21401 | jgrasso@yvslaw.com | Email |

# EXHIBIT B

**Exhibit B**
**Service List**

| Name | Address | | | | | Method of Service |
|------|---------|--|--|--|--|-------------------|
| Office Of The Attorney General | Attn: Andrew Bailey | 615 E 13th St, Ste 401 | Kansas City, MO 64106 | | | First Class Mail |
| Office Of The Attorney General | Attn: Andrew Bailey | Supreme Court Bldg | 207 W High St | Jefferson City, MO 65101 | | First Class Mail |
| Office Of The Attorney General | Attn: Andrew Bailey | 815 Olive St, Ste 200 | St Louis, MO 63101 | | | First Class Mail |
| Office Of The Attorney General | Attn: Peter F Neronha | 150 S Main St | Providence, RI 02903 | | | First Class Mail |
| Office Of The Attorney General | Attn: Herbert H Slattery, Iii | P.O. Box 20207 | Nashville, TN 37202-0207 | | | First Class Mail |
| Office Of The Attorney General | Attn: Ashley Moody | The Capital, Pl 01 | Tallahassee, FL 32399-1050 | | | First Class Mail |
| Office Of The Attorney General | California Dept Of Justice | P.O. Box 944255 | Sacramento, CA 94244-2550 | | | First Class Mail |
| Office Of The Attorney General | Attn: Andrew Bailey | 2311 Bloomfield St, Ste 106 | Cape Girardeau, MO 63703 | | | First Class Mail |
| Office Of The Attorney General | Attn: Domingo Emanuelli Hernandez | P.O. Box 9020192 | San Juan, PR 00902-0192 | | | First Class Mail |
| Office of the Attorney General | AZ Ag Office – Cos | P.O. Box 6123, MD 7611 | Phoenix, AZ 85005-6123 | | | First Class Mail |
| Office Of The Attorney General | Attn: Brian Schwalb | 400 6th St NW | Washington, DC 20001 | | | First Class Mail |
| Office Of The Attorney General | Attn: Josh Kaul | Wisconsin Dept Of Justice | State Capital, Rm 114 E | P.O. Box 7857 | Madison, WI 53707-7857 | First Class Mail |
| Office Of The Attorney General | Attn: Ken Paxton | Capital Stn | P.O. Box 12548 | Austin, TX 78711-2548 | | First Class Mail |
| Office of the Attorney General | Attn: Marty Jackley | 1302 E Hwy 14, Ste 1 | Pierre, SD 57501-8501 | | | First Class Mail |
| Office Of The Attorney General | Attn: Kris Kobach | 120 SW 10th Ave, 2nd Fl | Topeka, KS 66612-1597 | | | First Class Mail |
| Office of the Attorney General | Attn: Bridget Hill | State Capitol Bldg | Cheyenne, WY 82002 | | | First Class Mail |
| Office Of The Attorney General | Supreme Court Bldg | P.O. Box 899 | Jefferson City, MO 65102 | | | First Class Mail |
| Office Of The Attorney General | Attn: Mathew J Platkin | Richard J Hughes Justice Complex | 25 Market St | P.O. Box 080 | Trenton, NJ 08625 | First Class Mail |
| Office Of The Attorney General | Walter Sillers Bldg | 550 High St, Ste 1200 | Jackson, MS 39201 | | | First Class Mail |
| Office Of The Attorney General | Attn: Jonathan Skrmetti | 425 5th Ave N | Nashville, TN 37243 | | | First Class Mail |
| Office Of The Attorney General | Attn: Lynn Fitch | Dept Of Justice | P.O. Box 220 | Jackson, MS 39205 | | First Class Mail |
| Office Of The Attorney General | Attn: Dave Yost | State Office Tower | 30 E Broad St | Columbus, OH 43266-0410 | | First Class Mail |
| Office Of The Attorney General | Attn: Gentner Drummond | 313 NE 21st St | Oklahoma City, OK 73105 | | | First Class Mail |
| Office Of The Attorney General | Consumer Law Section | Attn: Bankruptcy Notices | 455 Golden Gate Ave, Ste 11000 | San Francisco, CA 94102-7004 | | First Class Mail |
| Office Of The Attorney General | State Of Alabama | Attn: Steve Marshall | 501 Washington Ave | P.O. Box 300152 | Montgomery, AL 36130-0152 | First Class Mail |
| Office Of The Attorney General | 500 S 2nd St | Springfield, IL 62701 | | | | First Class Mail |
| Office Of The Attorney General | Attn: Phil Weiser | Ralph L Carr Colorado Judicial Ctr | 1300 Broadway, 10th Fl | Denver, CO 80203 | | First Class Mail |
| Office Of The Attorney General | Attn: Keith Ellison | State Capital | 75 Dr Martin Luther King Jr Blvd, Ste 102 | St Paul, MN 55155 | | First Class Mail |
| Office Of The Attorney General | Attn: Josh Stein | Dept Of Justice | P.O. Box 629 | Raleigh, NC 27602-0629 | | First Class Mail |
| Office Of The Attorney General | Attn: Letitia A James | Dept of Law | The Capitol, 2nd Fl | Albany, NY 12224 | | First Class Mail |
| Office of the Attorney General | Attn: Jeff Landry | P.O. Box 94095 | Baton Rouge, LA 70804-4095 | | | First Class Mail |
| Office of the Attorney General | Attn: Michelle A Henry | Strawberry Sq, 16th Fl | Harrisburg, PA 17120 | | | First Class Mail |
| Office of the Attorney General | 601 S University Ave | Carbondale, IL 62901 | | | | First Class Mail |
| Office of the Attorney General | 800 5th Ave, Ste 2000 | Seattle, WA 98104 | | | | First Class Mail |
| Office of the Attorney General | Attn: Kwame Raoul | James R Thompson Ctr | 100 W Randolph St | Chicago, IL 60601 | | First Class Mail |
| Office of the Attorney General | Attn: Aaron Frey | State House, Stn 6 | Augusta, ME 04333 | | | First Class Mail |
| Office of the Attorney General | Attn: Alan Wilson | Rembert D Dennis Office Bldg | P.O. Box 11549 | Columbia, SC 29211-1549 | | First Class Mail |
| Office of the Attorney General | Attn: Rob Bonta | 1300 I St, Ste 1740 | Sacramento, CA 95814 | | | First Class Mail |
| Office of the Attorney General | Attn: Chris Carr | 40 Capital Sq SW | Atlanta, GA 30334-1300 | | | First Class Mail |
| Office of the Attorney General | Attn: Daniel Cameron | Capitol Bldg | 700 Capitol Ave, Ste 118 | Frankfort, KY 40601 | | First Class Mail |
| Office of the Attorney General | Attn: Hector Balderas | P.O. Drawer 1508 | Santa FE, NM 87504-1508 | | | First Class Mail |
| Office of the Attorney General | Attn: Patrick Morrisey | State Capitol | 1900 Kanawha Blvd E | Charleston, WV 25305 | | First Class Mail |