Entered: April 18th, 2025
Signed: April 18th, 2025

**SO ORDERED**

A hearing, if needed, will be held on April 28, 2025, at 11:00 AM in Courtroom 9D, Garmatz Federal Courthouse, 101 W Lombard Street, in Baltimore, Maryland.



**DAVID E. RICE**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

In re:

Diamond Comic Distributors, Inc., *et al.*,

Debtors[1]

Case No. 25-10308-DER
(Jointly Administered)

Chapter 11

### ORDER GRANTING MOTION TO SHORTEN TIME TO RESPOND TO EMERGENCY MOTION TO COMPEL DEBTORS TO ASSUME OR REJECT DISTRIBUTION AGREEMENT WITH TITAN PUBLISHING GROUP, LTD. BY APRIL 25, 2025 AND RELATED RELIEF, OR IN THE ALTERNATIVE FOR <u>ADMINISTRATIVE EXPENSE</u>

Upon consideration of the Motion to Shorten Time to Respond to Emergency Motion to Compel Debtors to Assume or Reject Distribution Agreement with Titan Publishing Group, Ltd. by April 25, 2025, and Related Relief and Request for Expedited Hearing ("<u>Motion to Shorten Time</u>") filed by Titan Publishing Group, Ltd., and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland, hereby

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**ORDERED**, that the Motion to Shorten Time is GRANTED; and it is further

**ORDERED**, that pursuant to Bankruptcy Rule 9006(c), the deadline to respond to the Motion to Reject is hereby shortened to seven (7) days and any response to the Motion to Reject must be filed on or before April 24, 2025; and it is further

**ORDERED**, that a hearing on the Motion to Reject, to the extent necessary, shall be held **on the date and time and by method referenced above**. If an objection to the Motion to Reject is not timely filed, the Court may rule on the Motion to Reject without a hearing.


cc:     Parties receiving notice via CM/ECF


**END OF ORDER**