IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:     Case No.: **25–10308 – DER**     Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

## NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT

A transcript of a hearing held in this case was requested and has been received by the Court. The transcript is available for review at the Clerk's Office or copies may be purchased from the transcriber. Each party's attorney is required to review the opening and closing statements made on behalf of the represented party, any statements made by the party and the testimony of any witness called by the party. If a party is self–represented, the party needs to perform this review himself/herself. You have seven (7) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court, stating your intent to request redaction of sensitive private information before the transcript is made electronically available to the public, pursuant to the privacy policy of the Judicial Conference of the United States. The privacy policy is available on the U.S. Court's website, www.uscourts.gov, under Rules & Policies.

Examples of personal identification information which should be redacted include all but the last four digits of social security or taxpayer identification numbers, all but the last four digits of account numbers, all but the initials of minor children, and all but the year of birth.

Pursuant to LBR 9037–1, if you intend to request redaction of the transcript:

1. You have seven (7) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court. A copy of the Notice of Intent to Request Redaction must be served upon the transcriber;

2. You have twenty–one (21) days from the date of the filing of the transcript to file a Request for Redaction of Transcript, listing the entries by page and line where personal data appears that should be redacted. A copy of the Request for Redaction of Transcript must be sent to the transcriber;

3. The deadline for filing the redacted version of the transcript is thirty–one (31) days from the filing date of the transcript;

4. If the redacted transcript is not filed, the transcript in its current form will be made available to the public via remote electronic access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period; and

5. If the redacted version of the transcript is filed, the redacted transcript will be made available via remote public access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period. The unredacted version of the transcript will not be available via remote electronic access or at the Clerk's office upon the filing of the redacted transcript; it shall be maintained as a private, restricted event. An attorney who purchases the transcript during the ninety (90) day restricted period will be given remote electronic access to the transcript and any redacted version filed.

Dated: 4/21/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shanita Taylor

cc:   Mark Minuti, Esq.
      Paige N. Topper, Esq.
      Jeffrey C. Hampton, Esq.
      Adam H. Isenberg, Esq.
      Dennis J. Shaffer, Esq.
      Stephen B. Gerald, Esq
      Gianfranco Finizio, Esq.

Michael Papandrea, Esq.
Laura S. Bouyea, Esq.
Jonathan A. Grasso, Esq.
S. Jason Teele, Esq.
David L. Ruediger, Esq.
Katherine Culbertson, Esq.
Junior Dufort, Esq.
Gary H. Leibowitz, Esq.

Clerk49 (rev. 09/28/2007)