

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 313** |

### ORDER GRANTING APPLICATION FOR COMPENSATION OF RAYMOND JAMES & ASSOCIATES, INC., AS INVESTMENT BANKER FOR THE DEBTORS AND DEBTORS IN POSSESSION

Raymond James & Associates, Inc. ("Raymond James" or the "Firm"), investment banker for the above-captioned debtors and debtors in possession (the "Debtors"), filed its *Application for Compensation of Raymond James & Associates, Inc., as Investment Banker for the Debtors and Debtors in Possession* (the "Application"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

2

(c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby ORDERED THAT:

    1.       The Application is GRANTED.

    2.       Raymond James is allowed the sum of $150,000.00 as compensation for its Financing Transaction Fee.

    3.       The Debtors are authorized and directed to pay Raymond James all fees and expenses allowed pursuant to this Order.

    4.       This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**