# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 337 |

## NOTICE OF PUBLICATION OF DEBTORS' BAR DATE NOTICE

Notice is hereby given that the *Notice of Bar Dates for Filing Prepetition Claims, Including Section 503(b)(9) Claims* (the "Notice") was published in the following newspapers on the dates specified below:

| Newspaper | Publication Date |
|---|---|
| DeSoto Times-Tribune | April 17, 2025 |
| The Baltimore Sun | April 17, 2025 |
| Austin American-Statesman | April 18, 2025 |
| The Journal Gazette | April 18, 2025 |
| The York Dispatch | April 18, 2025 |
| York Daily Record | April 18, 2025 |
| Visalia Times Delta | April 18, 2025 |

Attached as **Exhibit A** are the Affidavits of Publication for the newspapers listed above, along with copies of the Notice.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Dated: April 23, 2025                                 **SAUL EWING LLP**

                                                             By: */s/ Jordan D. Rosenfeld*
                                                                 Jordan D. Rosenfeld (MD Bar No. 13694)
                                                                  1001 Fleet Street, 9th Floor
                                                                  Baltimore, MD 21202
                                                                  Telephone: (410) 332-8600
                                                                  Email: jordan.rosenfeld@saul.com

                                                                  -and-

                                                                  Jeffrey C. Hampton (admitted *pro hac vice*)
                                                                  Adam H. Isenberg (admitted *pro hac vice*)
                                                                  Turner N. Falk (admitted *pro hac vice*)
                                                                  1500 Market Street, 38th Floor
                                                                  Philadelphia, PA 19102
                                                                  Telephone: (215) 972-7777
                                                                  Email: jeffrey.hampton@saul.com
                                                                           adam.isenberg@saul.com
                                                                           turner.falk@saul.com

                                                                  -and-

                                                                  Mark Minuti (admitted *pro hac vice*)
                                                                  Paige N. Topper (admitted *pro hac vice*)
                                                                 Nicholas Smargiassi (admitted *pro hac vice*)
                                                                 1201 N. Market Street, Suite 2300
                                                                 Wilmington, DE 19801
                                                                 Telephone: (302) 421-6800
                                                                 Email: mark.minuti@saul.com
                                                                           paige.topper@saul.com
                                                                           nicholas.smargiassi@saul.com

                                                                 *Counsel to the Debtors and Debtors in Possession*