# Exhibit A

# Affidavits of Publication for Newspapers

*Bankrupcy Notice*

# DeSoto Times-Tribune

PROOF OF PUBLICATION

THE STATE OF MISSISSIPPI

COUNTY OF DESOTO

**Mark Randall** personally appeared before me the undersigned in and for said County and State and states on oath that he is the **CLERK** of the DeSoto Times Tribune, a newspaper published in the town of Nesbit, State and County aforesaid, and having a general circulation in said county, and that the publication of the notice, a copy of which is hereto attached, has been made in said paper ___1___ consecutive times, as follows, to-wit:

Volume No. __128__ on the __17th__ day of __April__ 2025

Volume No. _____ on the _____ day of _____ 2025

Volume No. _____ on the _____ day of _____ 2025

Volume No. _____ on the _____ day of _____ 2025

Volume No. _____ on the _____ day of _____ 2025

_____[signature: Mark Randall]_____

Sworn to and subscribed before me, this __23rd__ day of __April__ 2025

By _____[signature: Kimberly Isaac]_____

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: JANUARY 18, 2028
BONDED THRU RLI, INCORPORATED.

A  Single first insertion of ___1___ 3x4 words @.12 $ _____
B. _____ subsequent insertions of _____ words @.10 $ _____
C. Making proof of publication and deposing to same $ _____

★ STATE OF MISSISSIPPI ★
KIMBERLY ISAAC, NOTARY PUBLIC
DE SOTO COUNTY
MY COMMISSION EXPIRES JANUARY 18, 2028
COMMISSION NUMBER 114974

2342 HWY. 51 NORTH, Nesbit, MS 38651 | 662.403-9380

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re  Diamond Comic Distributors, Inc., *et al.*, Debtors. | Case No. 25-10308 (DER) Chapter 11,   (Jointly Administered) |

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS, INCLUDING SECTION 503(b)(9) CLAIMS**

**To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "Debtors").** On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Court").

By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, **MUST FILE A PROOF OF CLAIM** on or before **May 20, 2025**, and (ii) governmental units **MUST FILE A PROOF OF CLAIM** on or before **July 14, 2025**.  A claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

A claimant should consult an attorney if the claimant has any questions.  For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD.  ***Please note that Omni is not permitted to give you legal advice.***  Omni cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.**

# Citizens National Bank Welcomes George Sago IV

**By Staff Reports**



Hampton Thames, President and CEO of Citizens National Bank, is pleased to welcome George Sago IV as Vice President and Mortgage Originator, serving DeSoto County and the surrounding areas.

"George brings a solid foundation of lending knowledge and a clear passion for helping individuals and families navigate the home buying process," said Hampton Thames, President and CEO of Citizens National Bank. "His understanding of the mortgage landscape and his connection to the community make him an ideal fit to guide borrowers through one of the most important financial decisions they'll ever make."

With more than ten years of experience in financial services and management, George is known for building strong relationships, providing exceptional service, and staying actively engaged in his community. His extensive leadership background and consistent recognition as a top-performing banker make him a strong addition to the CNB mortgage team.

George's background includes a wide range of leadership roles across community and business organizations. He is a past president of the Rotary Club of Olive Branch, a graduate of Leadership DeSoto, and was named the Olive Branch Chamber of Commerce's 2019 Young Business Leader of the Year. He has also served on the Olive Branch Chamber Board, the Young Business Leaders Steering Committee, the Corporate Volunteer Council, and the Old Towne Design Review Advisory Board.

He is a graduate of the Paul W. Barrett Jr. School of Banking at Christian Brothers University, where he earned cum laude honors and received the Outstanding Bank Management Award for top performance in bank simulation.

"We are proud to have someone of George's caliber join our team," said Addison Lawrence, Regional President, DeSoto County Region of Citizens National Bank. "His character, reputation, and commitment to excellence align perfectly with our mission to serve DeSoto County with integrity and care."

George is available to assist customers with mortgage needs, including purchases, refinancing, and construction loans for DeSoto County and surrounding areas.

Citizens National Bank is celebrating 137 years of service as an independent, Mississippi-owned community bank with locations in Olive Branch, Southaven, Meridian, Quitman, Philadelphia, Hattiesburg, Waynesboro, Laurel, Columbus, Macon, Kosciusko, Carthage, Ridgeland, Madison, and Flowood. The bank has assets in excess of $1.7 billion and manages $2.2 billion in its Wealth Management Division

## Redistricting
### from page 1

olations except as to the Senate Districts in the DeSoto County interest area," the ruling said.

The federal court ruled in favor of the state NAACP in their 2022 lawsuit which claimed that the Legislature's redrawn districts did not include enough African-American representation. As a result of the lawsuit, the maps were redrawn to include two new majority minority districts - one in Hattiesburg and one in DeSoto County. The map approved by the legislature moved a portion of Hernando into a district that included parts of Tate, Tunica, Quitman, and Coahoma counties and would have required Sen. Michael McLendon to run against Sen. Reginald Jackson (D-Marks) in a district that would be 52.4 percent African-American.

McLendon fought back against Lt. Governor Delbert Hosemann and unsuccessfully offered an amendment map that would have met the court's requirements and kept Hernando in one district. He called the legislature's approval of the redistricting map a "disaster for the people of DeSoto County" because it would weaken the county's political impact by potentially having someone from outside of the area who doesn't understand the needs of the people represent them in the state Senate.

McLendon said in a statement that he feels vindicated because his map was "spot on" and showed how the redistricting would hurt DeSoto County.

"People - and even judges - are finally seeing it," McLendon said. "Let's hope the new map is not a repeat of the last one."

The DeSoto County Board of Supervisors hired outside legal counsel on behalf of all voters of DeSoto County to explore all remedies available to contest the new district map.

Board of Supervisors President Mark Gardner said the Board is relieved to hear that the state will have to go back and reconsider the maps.

"The map that was submitted, we just don't think was fair to voters in DeSoto County," Gardner said.

McLendon said Governor Tate Reeves called him about his map and that he, Hosemann, Secretary of State Michael Watson, and Attorney General Lynn Fitch now have to submit a new map within seven days.

"There is a strong possibility my map will be submitted," McLendon said.

McLendon thanked all his constituents, neighbors, and friends from all over the state for standing with him in the fight over redistricting.

"I truly believe the votes of support from the House members in DeSoto helped as part of a team effort along with the City of Hernando and the DeSoto County Board of Supervisors," McLendon said. "WE stopped it. Thank you all."

The Court did not say whether the special elections scheduled to take place in the new districts would be affected.

"The timeline is tight. We remain committed to special elections in November. But as noted during oral argument, allowing defendants to submit competing maps will necessarily require an opportunity for Plaintiffs to respond. We need not address all that right now, but if necessary, the Court may be forced to order a revised pre-election schedule," the ruling stated.

## Crossword Solution for page 4

| T | U | T | T | I | | E | T | A | | | D | E | V | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O | V | E | R | S | | L | S | D | | A | I | D | E | R |
| R | E | M | U | S | | S | P | Y | | M | O | D | E | M |
| C | A | P | S | U | L | E | | T | H | E | R | A | P | Y |
| | | S | E | E | | D | A | U | B | | | | | |
| S | I | P | | R | A | S | E | | B | I | O | P | S | Y |
| O | D | O | R | | S | H | E | D | | C | R | A | T | E |
| M | I | L | E | | | T | O | P | I | C | | A | R | E | A |
| M | O | I | S | T | | T | S | A | R | | L | E | A | S |
| E | M | O | T | E | D | | E | L | A | N | | D | D | T |
| | | | N | O | V | A | | S | O | S | | | | |
| S | U | T | U | R | E | S | | C | H | R | O | N | I | C |
| O | P | I | N | E | | I | C | Y | | M | A | C | R | O |
| S | O | N | I | C | | G | U | M | | A | V | A | I | L |
| O | N | Y | X | | | N | E | E | | | L | E | A | S | E |

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*, Debtors.

Case No. 25-10308 (DER)
Chapter 11, (Jointly Administered)

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS, INCLUDING SECTION 503(b)(9) CLAIMS**

**To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "Debtors").** On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Court").

By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, **MUST FILE A PROOF OF CLAIM** on or before **May 20, 2025**, and (ii) governmental units **MUST FILE A PROOF OF CLAIM** on or before **July 14, 2025**. A claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. ***Please note that Omni is not permitted to give you legal advice.*** Omni cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.**

---

## The DeSoto Times-Tribune

**DeSoto County's newspaper**
A weekly publication, printed on Thursdays.
Published online at desototimes.com.
2342 Hwy. 51 North, Nesbit, MS 38651

Office hours: 8:30 a.m. to 4:00 p.m.
Monday-Friday

**Postmaster:**
Send address changes to:
The DeSoto Times-Tribune
P.O. Box 100, Hernando, MS 38632
(USPS 566620)

**Subscription rates:**
Home or mail delivery:
1 year: $69, $63 for seniors
2 years: $115, $105 for seniors
3 years: $155, $140 for seniors

Member of the Mississippi Press Association and the National Newspaper Association

**Owners**
Jon and Angelique Pittman

### Editorial Staff
Mark Randall
mrandall@dttclick.com

### Advertising Staff
Kim Isaac
kisaac@dttclick.com
For advertising information,
call 662-403-9380

**Contact us**
To report news: news@dttclick.com

To submit wedding, engagements,
birth announcements or obituaries:
news@dttclick.com

For classifieds information:
classifieds@dttclick.com

For legal notices or billing:
legals@dttclick.com • 662-403-9380

For circulation:
circulation@desototimestribune.com

**Editorials and Opinion**
Editorials represent the stance of the newspaper itself and will be clearly marked as such. Opinion articles reflect the views of the authors only, not those of the newspaper.

**Your opinion matters**
Send a letter to the editor about our coverage or community. Send your comments, in 300 or fewer words and with a phone number to verify your identity, to:
news@dttclick.com
**or**
DeSoto Times-Tribune, P.O. Box 100, Hernando, MS 38632



# THE BALTIMORE SUN MEDIA GROUP

200 St Paul Street Suite 2490
Baltimore, MD 21202
tel: 410/332-6000
800/829-8000

WE HEREBY CERTIFY, that the annexed advertisement of Order No 7799574

**Sold To:**
Miller Advertising - CU00171690
909 Third Avenue
15th Floor
New York, NY 10022

**Bill To:**
Miller Advertising - CU00171690
909 Third Avenue
15th Floor
New York, NY 10022

Was published in "The Baltimore Sun", "Daily", a newspaper printed and published in Baltimore City and/or Baltimore County on the following dates:

Apr 17, 2025

The Baltimore Sun Media Group

By _Ellen Harris_

Subscribed and sworn to before me this __17__ day of __April__ 20__25__,

By _____

_Michele Elaine_
Notary Public

My commission expires __10/6/27__

MICHELE ELAINE GRIESBAUER
NOTARY PUBLIC
Comm. Exp
Oct 5, 2027
Baltimore County
STATE OF MARYLAND

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br>Diamond Comic Distributors, Inc., *et al.*,<br>Debtors. | Case No. 25-10308 (DER)<br>Chapter 11<br>(Jointly Administered) |

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS,
INCLUDING SECTION 503(b)(9) CLAIMS**

To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "Debtors"). On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Court").

By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, **MUST FILE A PROOF OF CLAIM** on or before **May 20, 2025**, and (ii) governmental units **MUST FILE A PROOF OF CLAIM** on or before **July 14, 2025**. A claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. ***Please note that Omni is not permitted to give you legal advice.*** Omni cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.**

## LEGAL NOTICES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND (Baltimore Division)**

In re Diamond Comic Distributors, Inc., et al., Debtors.

Case No. 25-10308 (DER) Chapter 11 (Jointly Administered)

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS, INCLUDING SECTION 503(b)(9) CLAIMS**

To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "**Debtors**"). On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "**Court**").

By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, **MUST FILE A PROOF OF CLAIM** on or before **May 20, 2025**, and (ii) governmental units **MUST FILE A PROOF OF CLAIM** on or before **July 14, 2025**. A claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. *Please note that Omni is not permitted to give you legal advice.* Omni cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.**

---

**PUBLIC NOTICE PUBLIC WORKS BOARD May 13, 2025**

By virtue and pursuant to the provisions of Section 18.102 of the Howard County Code, notice is hereby given that utility bond funded improvements of $2,300,000 are proposed to be included in the Fiscal Year 2026 Howard County capital budget. The concept plans of said project may be inspected at the Department of Public Works, Bureau of Engineering, 7125 Riverwood Drive, Suite B, Columbia, Maryland 21046, telephone (410) 313-2414.

The following represents a description of the project and the estimated cost.

W8324 & S6699, Talbots Landing Water and Sewer Extensions

A project for the design and construction of 1,800 L.F. of 8-inch water main to complete a water system loop and connect two dead-end segments of water main; and design and construction of 1,750 L.F. of 8-inch sewer main and 7 sewer manholes. The project will improve system redundancy, water quality, pressure, and flow in the 550-pressure zone. This project will also reduce onsite sewage disposal systems in the County by providing public sewer access, thereby reducing nutrient and pollutant loads to County waters.

Total estimated project cost is $2,300,000.

Any persons interested in the proposed improvements will be heard by the Public Works Board on Tuesday, May 13, 2025 at 7:30 PM in the C. Vernon Gray Conference Room, First Floor George Howard Building, 3430 Court House Drive, Ellicott City, MD 21043. Sign interpretation is available with a three-day working day notice by calling 410-313-6400 (voice) or 410-313-6401 (TTY).

Yosef Kebede Executive Secretary April 10 & 17   7793950

---

**CONDEMNATION AND CLOSING OF A 6 FOOT PORTION OF WEST SARATOGA STREET AND AN ALLEY 10.67 WIDE, BOUNDED BY PEARL STREET, WEST SARATOGA STREET AND NORTH GREENE STREET**

NOTICE: Application will be made to the Mayor and City Council of Baltimore for the condemnation and closing of a 6 foot portion of West Saratoga Street and an alley 10.67 feet wide bounded by Pearl Street, West Saratoga Street and North Greene Street in accordance with a plat now on file with the Department of Transportation.

Apr 15, 17, 22, 24   7793790

**NOTICE:**

The Baltimore County Revenue Authority will hold a regular meeting of its Board of Directors on Thursday, April 24, at 8:00 am at 115 Towsontown Blvd, Towson, MD. For more information please visit www.bcramd.com
4/17/25   7800506

## APARTMENTS BALTIMORE CITY

**HARLEM PARK** 2BR apt, $1250 mo. 1BR $900 mo. Vinyl flr, CAC, gas heat, lg vd 410-984-1860

## HOUSE/CONDO RENT CITY

**E BALTIMORE** 3BR + den, 1.5 ba, lge rms, newly renov TH, hdwd flrs. $1200+SD. No pets. Near John's Hopkins. 443-622-7376

## ROOMS

**E BALTIMORE** Large rooms for rent. $525 & up. Reno. house, 1.5 ba, high ceilings. No pets. Near John's Hopkins. 443-622-7376

## MISCELLANEOUS

**WE BUY HOUSES FOR CASH AS IS!** No repairs. No fuss. Any condition. Easy three step process: Call, get cash offer and get paid. Get your fair cash offer today by calling Liz Buys Houses: 1-866-541-7929

## WANTED TO BUY

**ANTIQUES AND ART**, collectables, watches, models, signs, neon, gambling items, toys, cameras, fishing equipment, trains, posters, scrimshaw, coin operated, bourbon, radios, advertisements, military, 50 years experience, Call Phil 410-336-1153

**ANTIQUES AND COLLECTIBLES** Paying top cash for antiques and collectibles. Housecalls made with prompt, courteous service seven days a week and 25 years of experience! Buying toys, trains, militaria, glassware, advertising merchandise, paper items and much more! Contact Mason or Megan 443-306-8816

## YARD SALES

### CARROLL COUNTY

**SYKESVILLE** 5640 Old Washington Rd. Estate contents from a fully furnished 5 bedroom house. No reasonable offer refused. Everything must go! Clothes, furniture, appliances, bedding, lamps, king beds, bedroom sets, decorative items, toiletries, equipment, dishes, towels, jewelry, office chairs and equipment , desks, books, and much more. Sale dates: 4/18 & 4/19 from 8 am - 2 pm.

### HARFORD CO.

**JARRETTSVILLE** Craft show April 19th 9am-4pm. Jarrettsville United Methodist Church. Over 25 vendors!

## ANTIQUES, ART, COLLECTIBLES

We buy all militaria, WWII, Civil War, coins, swords, costume jewelry and flags. House calls done 7 days a week. Call Dennis at 443-797-5200.

## MISCELLANEOUS

**DENTAL INSURANCE** from Physicians Mutual Insurance Company. Coverage for 350 plus procedures. Real dental insurance - NOT just a discount plan. Do not wait! Call now! Get your FREE Dental Information Kit with all the details! 1-855-337-5228 www.dental50plus.com/MDDC #6258

**DONATE YOUR CAR/TRUCK/ RV** - Lutheran Mission Society of MD Compassion Place ministries help local families with food, clothing, counseling. Tax deductible. MVA licensed #W1044. 410-228-8437 www.CompassionPlace.org

**ELIMINATE GUTTER CLEANING FOREVER!** LeafFilter, the most advanced debris-blocking gutter protection. Schedule a FREE LeafFilter estimate today. 15% off Entire Purchase. 10% Senior & Military Discounts. Call 1-844-566-3227

**GET DISH SATELLITE TV + INTERNET!** Free Install, Free HD-DVR Upgrade, 80,000 On-Demand Movies, Plus Limited Time Up To $600 in Gift Cards. Call Today! 1-855-407-6870

**MEADOW RIDGE MEMORIAL PARK** Elkridge MD. 1 lot, Block #28, Lot #411-A Site 4. $9500 or best offer. 304-844-8826

## DOGS

**BOXER** Akc reg limited, 85% Euro, white boxer female, Champion bloodlines from her mother's parentage. 12 weeks old UTD on shots, wormed, and has health certificate. $1800. House training, harness and leash training started. Located in Laurel De, call or text 443-359-7073

**CHINESE CRESTED** Chinese crested puppies will be ready for forever homes may 22 they will be 750 and will have first shots and dewormed 3 female 2 male all powderpuff mom is powderpuff dad is hairless if I do not answer you can txt 443-310-8526

**GOLDEN RETRIEVER PUPPIES (AKC)** Raised in-home & ready for forever homes 4/28. Males Available. Up-to-date deworming and 1st round vaccinations. $1250. Gettysburg, PA. 240-405-6191.

**MALSHI** The breed is Maltese/Shih Tzu. I have one tiny, tiny little girl for you to see. She looks like a cute bouncy fluff ball with a baby doll face. Her shots and deworming has been administered. You'll fall in love if you see her. For more information call my cell 518 552 7299. I'm in northern Virginia.

**MALTESE** I have absolute gorgeous 10 week old tiny toy babies for you to see. They've had their first shot and been dewormed. You won't prettier ones. Call for more information. I'm in Northern Virginia, not New York. Cell 518 552 7299. 1500.00

**MALTI POO** Max is the cutest little tiny baby and about 1 1/2 pounds currently . He's beyond precious. You have to see this beautiful boy. His age is 10 weeks and come with the first shot and deworming. If you're interested, please call 276 639 1976. 1200.00. I'm in northern Virginia.

---

Posting your job has never been easier.
www.advertise.baltimoresun.com

Selling your car has never been easier.
www.advertise.baltimoresun.com



**Renting or Selling Your Home?**
reach your buyers at
**placeanad.baltimoresun.com**

The right place to advertise your Merchandise, Pets, Auto, Real Estate, Tag Sales & Flea Markets, Vacation Property, Wanted to Buy Items and more!

PLACE YOUR ADS HERE

THE BALTIMORE SUN
placeanad.baltimoresun.com

---

## Bridge Play — Frank Stewart

Too many people are inclined to offer you advice when what you need is help. That is often the case after a misdefense.

North's positive response of two spades promised two top honors, so South took control with Blackwood and bid six hearts when North showed one ace. East's double of the slam was "Lightner," asking West to pick an unlikely lead — typically the lead of the first suit North bid.

North might have run to 6NT, but when he did not, West led the three of spades. East ruffed but then led a club. South claimed 12 tricks.

**PROBLEM**

West had some advice for his partner that I can't repeat here, but what East really needed was help. If West anticipates East's problem, he will lead the jack of spades as a suit-preference signal: his highest spade to indicate an entry in the higher-ranking minor suit.

If East returns a diamond at Trick Two, West wins and gives East another ruff for down two. (Yes, West could have achieved down one by leading his ace of diamonds.)

**DAILY QUESTION**

You hold: ♠ A K 9 7 5  ♥ 8 4 2  ♦ K J 3  ♣ J 8. The dealer, at your left, opens one heart. Your partner doubles, and the next player bids two hearts. What do you say?

**ANSWER:** You have plenty of strength to commit to game at spades, but to jump straight to four spades would be a misbid and an underbid. If partner has Q 10 6 4, 5, A Q 8 7 6, A 7 6, you make a slam. Cue-bid three hearts. You might bid a direct four spades with K J 9 7 5 4, 8 4 2, K 3 2, J 8.

South dealer
N-S vulnerable

```
                NORTH
                ♠ A K 9 7 5
                ♥ 8 4 2
                ♦ K J 3
                ♣ J 8
WEST                        EAST
♠ J 6 4 3 2                 ♠ None
♥ 9                         ♥ J 5
♦ A 8 7 4                   ♦ Q 10 9 5 2
♣ 10 6 2                    ♣ Q 9 7 5 4 3
                SOUTH
                ♠ Q 10 8
                ♥ A K Q 10 7 6 3
                ♦ 6
                ♣ A K
```

| South | West | North | East |
|---|---|---|---|
| 2 ♣ | Pass | 2 ♦ | Pass |
| 4 NT | Pass | 5 ♦ | Pass |
| 6 ♥ | Pass | Pass | Dbl |
| All Pass | | | |

Opening lead — Choose it

©2025 Tribune Content Agency, LLC

---

## the new york times crossword — no. 0313

**ACROSS**
1 Give up
5 Datum on a dating profile
8 Delivery people?
13 Eye part
14 Presently, in the past
15 Choose
16 Aired in multiple places at the same time
18 Oil and water, to a painter
19 Nationalist grp. founded in 1964
20 Collectors of forensic evidence, for short
21 Sorts with unruly hair
22 Hit up gratefully on "the socials"
24 Some lighters or pens
26 Potpourri
27 Tries to win
28 Close-up shots, of a sort
30 Homemade bombs, for short
31 Lout
32 Identity associated with a blue, pink and white flag
37 Burning glow
39 Toy shooter
41 Cays, e.g.
42 "That's my cue!"
44 Possible sleeping spot for a partner who's in the doghouse
45 Still to be filled, as a role
47 Put out
48 "if u put it that way, however ..."
52 Tag sale disclaimer
53 Eye part found in the 13-Across
54 Items for babies on board
56 Night light?
58 Vital force in Taoism
60 Farmworker organizer Chavez
61 Commit a party foul, in a way ... or what five answers do in this puzzle?
63 Last word of the last multiple-choice option, maybe
64 Month with the newest federal holiday, recognized in 2021
65 Hyundai S.U.V. named after a region in Hawaii
66 Green
67 Assume the lotus position, say
68 Things to brood over

**DOWN**
1 Point of transition
2 Bad actors
3 Try-before-you-buy option
4 What un sachet de thé is put into
5 Bug killers?
6 Hits the exchange, in Wall Street lingo
7 ___ around (football trick play)
8 Many a work message
9 First Hebrew letter
10 Companion of Jason in the search for the Golden Fleece
11 Complements to salts and fats in the kitchen
12 Trove
15 Some smallish batteries
17 TV screen option, in brief
21 Windows portal, in brief
23 Big name in nail polish
25 Juggling chain saws on a tightrope, for instance
27 Hotel amenity
28 "No lie ...," in texts
29 Speedway additive brand
33 Stand onstage, perhaps
34 1982 George Clinton hit with the refrain "Bow wow wow, yippie yo, yippie yay"
35 Cautionary sign at a pier
36 Blind part
38 Atlanta sch. whose teams are the Panthers
40 Quick to learn
43 "Surely!," in Orly
46 Rapper for whom Harvard's Hip-Hop Fellowship is named
48 Logician who hypothesized that the simplest explanation for a phenomenon is usually the best
49 Kickin' cardio option
50 Director Welles
51 Chuck
53 Online shorthand for "off-line"
55 Deuce beater
57 Face on a fiver
59 Six-pack that might be in the "Craft" section, for short
61 Record setters?
62 Barely make, with "out"

By Rich Proulx and Simeon Seigel

**ANSWER TO YESTERDAY'S PUZZLE**

```
I T S A T I E   A S P E C T S
C H O L E R A   P L A T O O N
A R T E M I S   S U S A N N A
L E T   P S Y   E R S   D E R
L E O N E         K I O S K
    O R B S   N O E L
E L P H A B A   B E Y O N C E
P Y R O   C L E A R   S O A R
S C O W L   A D J   P E T C O
O R S       A C T U A R Y
    M A T I L D A   M E L A N I E
    T A R   F O B
S A W A W O M A N I N H A L F
A W O L   M O D E L   O H I O
P L O Y   S P O O L   R I P E
```

Annual subscriptions are available for the best of Sunday crosswords from the last 50 years: 1-888-7-ACROSS.

Online subscriptions: Today's puzzle and more than 2,000 past puzzles, nytimes.com/crosswords ($39.95 a year).
Share tips: nytimes.com/wordplay.
Crosswords for young solvers: nytimes.com/learning/xwords.

4/17/25

---

**marketplace index**

TO PLACE AN AD IN THE CLASSIFIEDS PLEASE CALL **410.539.7700**
VISIT OUR WEB SITE AT **advertise.baltimoresun.com**
IF YOU SUSPECT AN ADVERTISER IS FRAUDULENT, PLEASE CONTACT US AT 410-332-6146

**CLASSIFIED ADVERTISING DPMT.**
HOURS OF OPERATION:
Monday-Friday 9:00 A.M.-5:00 P.M.
Saturday 9:00 A.M.-5:00 P.M. (*)
Sunday Closed
(*) Open on Saturday for Death Notices only

**ADVERTISING DISCLAIMER**
The Baltimore Sun reserves the right to revise, reject or edit any advertisement or portion thereof at its sole discretion. Claims for errors must be made within 14 days of an ad appearing. The maximum liability of The Baltimore Sun for any error in printing or in the day of publication shall not exceed the cost of advertisement. To correct ads appearing more than once, it is the responsibility of the advertiser to notify The Sun of any errors to correct subsequent insertions.

Case 25-10308   Doc 369-1   Filed 04/23/25   Page 8 of 19



**Austin American-Statesman**

PO Box 631667 Cincinnati, OH 45263-1667

## AFFIDAVIT OF PUBLICATION

Gus Egloff
Miller Advertising - Legal-Austin

909 3Rd AVE # 15

New York NY 10022-4745

STATE OF TEXAS, COUNTIES OF BASTROP, BELL, BLANCO, BURNET, CALDWELL, COMAL, CORYELL, FAYETTE, GILLESPIE, GUADALUPE, HAYS, KERR, LAMPASAS, LEE, LLANO, MILAM, TRAVIS & WILLIAMSON

The Austin American Statesman, a newspaper that is generally circulated in the counties of Bastrop, Bell, Blanco, Burnet, Caldwell, Comal, Coryell, Fayette, Gillespie, Guadalupe, Hays, Kerr, Lampasas, Lee, Llano, Milam, Travis and Williamson, State of Texas, printed and published and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issues dated on:

ACO American Statesman 04/18/2025

and that the fees charged are legal.
Sworn to and subscribed before on 04/18/2025

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

9/19/25
_____
My commission expires

Order No:      11229617           # of Copies:
Customer No:   742969             1
PO #:          R4140019

THIS IS NOT AN INVOICE!
*Please do not use this form for payment remittance.*

VICKY FELTY
Notary Public
State of Wisconsin

Page 1 of 2

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re  Diamond Comic Distributors, Inc., *et al.*, Debtors. | Case No. 25-10308 (DER) Chapter 11,   (Jointly Administered) |

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS,**
**INCLUDING SECTION 503(b)(9) CLAIMS**

To all persons or entities with claims against the following debtors (along with their respective EIN numbers): **Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585)** (collectively, the "Debtors"). On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Court").

By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, **MUST FILE A PROOF OF CLAIM** on or before **May 20, 2025**, and (ii) governmental units **MUST FILE A PROOF OF CLAIM** on or before **July 14, 2025**. A claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. ***Please note that Omni is not permitted to give you legal advice.*** Omni cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.**

## Public Notices

**NOTICE OF GENERAL ELECTION**
(AVISO DE ELECCIÓN GENERAL)
**TO THE REGISTERED VOTERS OF THE CITY OF ROUND ROCK, TEXAS.**
*(A LOS VOTANTES REGISTRADOS DE LA CIUDAD DE ROUND ROCK, TEXAS)*

Notice is hereby given that the polling places listed below will be open from 7:00 AM to 7:00 PM, on SATURDAY, MAY 3, 2025, for voting in a general election to elect a Councilmember for Place 2 and a Councilmember for Place 6 of the City of Round Rock. (Por la presente se da aviso que los sitios de votación listados a continuación estarán abiertos de 7:00 AM a 7:00 PM el SÁBADO, 3 DE MAYO, 2025, para votar en la Elección General para elegir a un Concejal al Puesto 2 y un Concejal al Puesto 6 de la Ciudad de Round Rock).

- **Election Day locations, dates, and times for the General Election are listed on Exhibit "A".** (Los sitios, fechas y horarios de votación en la Elección General se indican en el Adjunto "A".)
- **Early Voting by personal appearance will be conducted for the General Election at the locations, dates, and times listed on Exhibit "B".** (La votación anticipada en persona en la Elección General se llevará a cabo en los sitios, fechas y horarios indicados en el Adjunto "B".)

**Applications for ballots by mail for voters residing in Williamson County shall be delivered by:**
(Votantes residentes del Condado de Williamson deberán enviar sus solicitudes para votar por correo a):
**By Email** (por correo electrónico): bbm@wilco.org

**By Regular Mail** (por correo postal):

Williamson County Elections
PO Box 209
Georgetown, TX 78627

**By Hand Delivery** (entrega en persona): (Must be by Voter/deberá ser por el votante)

Inner Loop Annex
301 SE Inner Loop, Suite 104
Georgetown, TX 78626

**Applications for ballots by mail for voters residing in Travis County shall be delivered by:**
(Votantes residentes del Condado de Travis deberán enviar sus solicitudes para votar por correo a):
**By Email** (por correo electrónico):
ebbm@traviscountytx.gov

**By Regular Mail** (por correo postal):
Travis County Clerk – Elections Division
P.O. Box 149325
Austin, TX 78714-9325

**By Hand Delivery** (entrega en persona):
(Must be by Voter/deberá ser por el votante)
Travis County Elections Division
5501 Airport Blvd
Austin, TX 78751

**Applications for ballots by mail must be received no later than the close of business on April 22, 2025.** (Solicitudes de boletas para votar por correo deberán ser recibidas a no más tardar del final de las horas hábiles, el 22 de abril, 2025.)

**Issued this the 23rd day of January 2025.**
(Emitido este día 23 de Enero, 2025.)

**Craig Morgan, Mayor City of Round Rock, Texas**
(Alcalde, Ciudad de Round Rock, Texas)

**EXHIBIT "A"** (ADJUNTO "A")
**ELECTION DAY POLLING PLACES - WILLIAMSON COUNTY**
(LUGARES DE VOTACION EL DIA DE LAS ELECCIONES- CONDADO DE WILLIAMSON)
**SATURDAY, MAY 3, 2025, 7:00 AM to 7:00 PM**
(Sábado, 3 de mayo, 2025, 7:00 AM to 7:00 PM)
ELECTION DAY VOTE CENTER LOCATIONS
(CENTROS PARA VOTAR EL DÍA DE LA ELECCIÓN)

**Austin:** Spicewood Springs Library, Periodical Reading Room, 8637 Spicewood Springs Rd, 78759
**Austin:** Kelly Reeves Athletic Center, Gymnasium, Room 101, 10211 W Parmer Ln, 78717
**Bartlett:** Bartlett City Hall, Town Hall, 140 W Clark St, 76511
**Cedar Park:** ACC Cypress Creek, Room 1102, 1555 Cypress Creek Rd, 78613
**Cedar Park:** Lakeline Oaks, Conference Room, 1000 Old Mill Rd, 78613
**Cedar Park:** Staybridge Suites Cedar Park, Boardroom, 1110 Arrow Point Dr, 78613
**Cedar Park:** Cedar Park Recreation Center, San Gabriel Room, 1435 Main St, 78613
**Cedar Park:** Treasure of the Hills Senior Center, TV Room, 408 Ridgewood Dr, 78613
**Georgetown:** Georgetown Annex, HR Room 108, 100 Wilco Way, 78626
**Georgetown:** Georgetown City Hall, Community Room, 808 Martin Luther King Jr St, 78626
**Georgetown:** Georgetown ISD Technology Bldg, Conference Room, 603 Lakeway Dr, 78628
**Georgetown:** The Oaks Community Center - Sun City, Oaks Room, 301 Del Webb Blvd, 78633
**Granger:** Granger City Hall, Lobby, 214 E Davilla St, 76530
**Hutto:** Hutto City Hall, Council Chambers, 500 W Live Oak St, 78634
**Leander:** Leander Public Library, Annex, 1011 S Bagdad Rd, 78641
**Leander:** Park at Crystal Falls Apartments, Phase 2 Clubhouse, 7860 183A Toll Rd, 78641
**Leander:** Pat Bryson Municipal Hall, City Council Chambers, 201 N Brushy St, 78641
**Leander:** Larkspur Elementary School, Gymnasium, 424 Rusk Bluff Ave, 78641
**Liberty Hill:** Liberty Hill ISD Gym Annex, Gymnasium, 301 Forrest St, 78642
**Liberty Hill:** Santa Rita Ranch House, Great Room, 175 Elizabeth Park Blvd, 78642
**Round Rock:** Allen R Baca Senior Center, Bldg 2, Meeting Room 3, 301 W Bagdad Ave, 78664
**Round Rock:** Wilco Jester Annex, Anderson & Harrell Room, 1801 E Old Settlers Blvd, 78664
**Round Rock:** Round Rock Presbyterian Church, Fellowship Hall, 4010 Sam Bass Rd, 78681
**Taylor:** Taylor City Hall, Auditorium, 400 Porter St, 76574
**Taylor:** Taylor ISD Event Center, Event Center, 3101 N Main St, 76574
**Thrall:** St John Lutheran Church, Education Center, 409 S Main St, 76578
**Registered voters may vote at any location listed.**
(Votantes registrados pueden votar en cualquier sitio indicado aquí).
**Wait time estimates available at wilcotx.gov/elections**
(Estimados del tiempo de espera se pueden ver en wilcotx.gov/elections)
Locations subject to change. To verify, please go to the Williamson County Elections website:
(Los sitios son sujetos a cambios. Para verificar, visite el sitio web de Elecciones del Condado de Williamson):
wilcotx.gov/elections

**TRAVIS COUNTY ELECTION DAY LOCATIONS**
(Sitios de Votación del Condado de Travis para el Día de Elecciones)
**Polls are open 7:00 AM – 7:00 PM**
(Sitios de votar abren de 7:00 AM – 7:00 PM)
**Creedmoor Community Center** 12511 FM 1625 Meeting Room Creedmoor 78610
**Christ Episcopal Church** 3520 Whitestone Blvd Outreach Center Cedar Park 78613
**Deer Creek Elementary School** 2420 Zeppelin Dr MPR Cedar Park 78613
**ACC Elgin** 1501 US-290 Multi-Purpose Room 1143 Elgin 78621
**Whitestone Elementary School** 2000 Crystal Falls Pkwy MPR Leander 78641
**Lago Vista High School** 5185 Lohman Ford Rd Lobby of PAC Lago Vista 78645
**Bible Baptist Church of Pflugerville** 14400 Immanuel Rd Auditorium Pflugerville 78660
**Murchison Elementary School** 2215 Kelly Ln Pflugerville 78660
**PfISD Rock Gym Gymnasium** 702 W Pecan St Pflugerville 78660
**All Nations Church** 16804 Radholme Ct Round Rock 78664
**Briarcliff POA Community Center** 22801 Briarcliff Dr Spicewood 78669
**Laura Bush Community Library** 9411 Bee Caves Rd Austin 78733
**Lake Travis ISD Educational Development Center** 607 Ranch Road 620 N Austin 78734
**Lakeway Activity Center** 105 Cross Creek Lakeway 78734
**Lake Travis ISD Transportation Center** 16101 State Hwy 71 Bldg A Austin 78738
**Bee Cave City Hall** 4000 Galleria Pkwy Bee Cave 78738
**Lost Creek Limited District** 1305 Quaker Ridge Dr Austin 78746
**Randalls Flagship West Lake Hills** 3300 Bee Caves Rd Austin 78746
**Riverbend Centre** 4214 N Capital of Texas Hwy Austin 78746
**Travis County Clerk** 5501 Airport Blvd Austin 78751
**Connally High School** 13212 N Lamar Blvd Austin 78753
**Our Savior Lutheran Church** 1513 E Yager Ln Austin 78753
Locations subject to change. To verify, please go to the Travis County Elections website:
(Los sitios son sujetos a cambios. Para verificar, visite el sitio web de Elecciones del Condado de Travis):
elections.traviscountytx.gov

EXHIBIT "B" (ADJUNTO "B")
**EARLY VOTING LOCATIONS, DATES AND TIMES – WILLIAMSON COUNTY**
**(LUGARES, FECHAS Y HORARIOS DE VOTACIÓN ANTICIPADA – CONDADO DE WILLIAMSON)**
**Dates and Times for Early Voting Locations**
(Fechas y horarios para sitios de la Votación Anticipada)
**Tuesday, April 22, 2025 - Saturday, April 26, 2025 (8:00 AM - 6:00 PM)**
(martes, 22 de abril, 2025 - sábado, 26 de abril, 2025, 8:00 AM-6:00 PM)
**NO VOTING - Sunday, April 27, 2025**
(No hay votación) - domingo, 27 de abril, 2025
**Monday, April 28, 2025 - Tuesday, April 29, 2025 (7:00 AM - 7:00 PM)**
(lunes, 28 de abril, 2025 - martes, 29 de abril, 2025; 7:00 AM - 7:00 PM)

**Main Location and Limited Ballot Voting**
(Sitio principal y con Votación de boleta limitada)
**Georgetown:** Georgetown Annex, HR Room 108, 100 Wilco Way, 78626
**Branch Locations** – (Sitios sucursales)
**Austin:** Spicewood Springs Library, Periodical Reading Room, 8637 Spicewood Springs Rd, 78759
**Bartlett:** Bartlett City Hall, Town Hall, 140 W Clark St, 76511
**Cedar Park:** Lakeline Oaks, Conference Room, 1000 Old Mill Rd, 78613
**Cedar Park:** Staybridge Suites Cedar Park, Boardroom, 1110 Arrow Point Dr, 78613
**Cedar Park:** Cedar Park Recreation Center, San Gabriel Room, 1435 Main St, 78613
**Georgetown:** Georgetown City Hall, Community Room, 808 Martin Luther King Jr St, 78626
**Georgetown:** Georgetown ISD Technology Bldg, Conference Room, 603 Lakeway Dr, 78628
**Georgetown:** The Oaks Community Center - Sun City, Oaks Room, 301 Del Webb Blvd, 78633
**Hutto:** Hutto City Hall, Council Chambers, 500 W Live Oak St, 78634
**Leander:** Leander Public Library, Annex, 1011 S Bagdad Rd, 78641
**Leander:** Park at Crystal Falls Apartments, Phase 2 Clubhouse, 7860 183A Toll Rd, 78641
**Liberty Hill:** Liberty Hill ISD Gym Annex, Gymnasium, 301 Forrest St, 78642
**Round Rock:** Allen R Baca Senior Center, Bldg 2, Meeting Room 3, 301 W Bagdad Ave, 78664
**Round Rock:** Wilco Jester Annex, Anderson & Harrell Room, 1801 E Old Settlers Blvd, 78664
**Taylor:** Taylor City Hall, Auditorium, 400 Porter St, 76574
**Registered voters of Williamson County may vote at any location listed**
(Votantes registrados de Williamson County pueden votar en cualquier sitio indicado aquí)
Locations subject to change. To verify, please go to the Williamson County Elections website:
(Los sitios son sujetos a cambios. Para verificar, visite el sitio web de Elecciones del Condado de Williamson):
wilcotx.gov/elections

**Travis County Early Voting Locations**
(Sitios de Votación Anticipada del Condado de Travis)
**Early Voting begins Monday, April 22, 2025, and ends on Tuesday, April 29, 2025**
(La Votación Anticipada principia el lunes, 22 de abril, 2025, y termina el martes, 29 de abril, 2025)
**Monday—Saturday (7:00 AM – 7:00 PM), Sunday (Noon – 6:00 PM)**
Lunes—Sábado (7:00 AM – 7:00 PM), Domingo (mediodía – 6:00 PM)

**ACC Elgin** 1143 1501 W US 290 Elgin
**Bee Cave** 4000 Galleria Pkwy Bee Cave
**Christ Episcopal Church**
**Lake Travis ISD** 607 Ranch Road 620 N Austin
**Lakeway Activity Center** 105 Cross Creek Lakeway
**PfISD Rock Gym** 702 W Pecan St Pflugerville
**Randalls Flagship West Lake** 3300 Bee Caves Rd Austin
**Riverbend Centre** 4214 N Capital of Texas Hwy Austin
**Travis County Clerk** 5501 Airport Blvd Austin
Locations subject to change. To verify, please go to the Travis County Elections website:
(Los sitios son sujetos a cambios. Para verificar, visite el sitio web de Elecciones del Condado de Travis):
elections.traviscountytx.gov
April 18,2025 11230019

## Public Notices

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re Diamond Comic Distributors, Inc., *et al.*, Debtors. | Case No. 25-10308 (DER) Chapter 11, (Jointly Administered) |

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS, INCLUDING SECTION 503(b)(9) CLAIMS**

**To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "Debtors").** On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Court").

By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, **MUST FILE A PROOF OF CLAIM** on or before **May 20, 2025**, and (ii) governmental units **MUST FILE A PROOF OF CLAIM** on or before **July 14, 2025**. A claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. ***Please note that Omni is not permitted to give you legal advice.*** Omni cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.**

## Public Notices

NOTICE OF DEFAULT AND FORECLOSURE SALE
LEGAL NOTICE

Notice is hereby given that a Notice of Default & Foreclosure Sale was recorded in the **Travis** Recorder's office. WHEREAS, on **May 24, 2011** a certain Mortgage Deed was executed by **Corine Shannon**, as mortgagor(s) (grantor(s)) in favor of **G. Tommy Bastain**, as trustee and **1st Mariner Bank** as beneficiary, and was recorded on **June 7, 2011**, in **Instrument number 2011081814** in the Office of the Recorder, **Travis** County, Texas; and

WHEREAS, the Mortgage is now owned by the Secretary, pursuant to an assignment dated **February 06, 2019**, and recorded on **February 06, 2019**, in/as **Instrument number 2019016644**, in the Office of the Recorder, **Travis** County, Texas; and

WHEREAS the entire amount delinquent as of **March 20, 2025** is **$220,216.47**; and

WHEREAS, by virtue of this default, the Secretary has declared the entire amount of the indebtedness secured by the Mortgage to be immediately due and payable; and

NOW THEREFORE, pursuant to powers vested in me by the Single Family Foreclosure Act of 1994, 12 U.S.C. 3751 et seq., by 24 CFR Part 27 subpart B, and by the Secretary's designation of me as Foreclosure Commissioner, recorded on **April 07, 2021** in **Instrument Number 2021076125** , notice is hereby given that, on **May 06, 2025** at **10:00AM local time** all real and personal property at or used in connection with the following described premises ("Property"), will be sold at public auction to the highest bidder(s):

LEGAL DESCRIPTION

LOT 5, BLOCK A, MURRAY OWENS SUBDIVISION BY CITY OF AUSTIN, TRAVIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THERE OF RECORDED IN VOLUME 29, PAGE(S) 37 OF THE MAP AND/OR PLAT RECORDS OF TRAVIS COUNTY, TEXAS.

Commonly Known As: **1813 Rhodes Road, Austin, TX 78721**
Permanent Parcel Number: **204860**

The Sale will be held in the lobby of the **100 Guadalupe St, Austin, TX 78701**. The Secretary of Housing and Urban Development will bid an amount to be determined.

There will be no proration of taxes, rents or other income or liabilities, except that the purchaser(s) will pay, at or before closing, his (their) pro-rata share of any real estate taxes that have been paid by the Secretary to the date of the foreclosure sale.

When making their bids, all bidders, except the Secretary, must submit a deposit totaling **(10% of the Secretary's bid) $22,356.38** in the form of a certified check or cashier's check made out to the United States Secretary of Housing and Urban Development. Each oral bid need not be accompanied by a deposit. If the successful bid is oral, a **deposit of 10%** of the purchase price must be presented before the bidding is closed. The deposit is nonrefundable. The remainder of the purchase price must be delivered within **30 days** of the sale or at such other time as the Secretary may determine for good cause shown, time being of the essence. This amount, like the bid deposits, must be delivered in the form of a certified or cashier's check. If the Secretary is the high bidder, he need not pay the bid amount in cash. The successful bidder(s) will pay all conveyancing fees, all real estate and other taxes that are due on or after the date of closing and all other costs associated with the transfer of title. At the conclusion of the sale, the deposits of the unsuccessful bidder(s) will be returned to them.

The Secretary may grant an extension of time within which to deliver the remainder of the payment. All extensions will be for 15-day increments for a fee of **$500** paid in advance. The extension fee shall be paid in the form of a certified or cashier's check made payable to the United States Secretary of Housing and Urban Development. If the high bidder(s) close(s) the sale prior to the expiration of any extension period, the unused portion of the extension fee shall be applied toward the amount due at closing.

If the high bidder(s) is/are unable to close the sale within the required period, or within any extensions of time granted by the Secretary, the high bidder may be required to forfeit the cash deposit, or at the election of the foreclosure commissioner after consultation with the HUD representative, will be liable to HUD for any costs incurred as a result of such failure. The Commissioner may, at the direction of the HUD Field Office Representative, offer the Property to the second highest bidder for an amount equal to the highest price offered by that bidder.

There is no right of redemption, or right of possession based upon a right of redemption, in the mortgagor or others subsequent to a foreclosure completed pursuant to the Act. Therefore, the Foreclosure Commissioner will issue a Deed to the purchaser(s) upon receipt of the entire purchase price in accordance with the terms of the sale as provided herein. HUD does not guarantee that the property will be vacant.

The scheduled foreclosure sale shall be cancelled or adjourned if it is established, by documented written application of the mortgagor to the Foreclosure Commissioner not less than 3 days before the date of sale, or otherwise, that the default or defaults upon which the foreclosure is based did not exist at the time of service of this notice of default and foreclosure sale, or all amounts due under the mortgage agreement are tendered to the Foreclosure Commissioner, in the form of a certified or cashier's check payable to the United States Secretary of Housing and Urban Development, before public auction of the property is completed.

The amount that must be paid if the mortgage is to be reinstated prior to the scheduled sale is **$128,450.94 as of March 20, 2025**, plus all other amounts that would be due under the mortgage agreement if payments under the mortgage had not been accelerated, advertising costs and postage expenses incurred in giving notice, mileage by the most reasonable road distance for posting notices and for the Foreclosure Commissioner's attendance at the sale, reasonable and customary costs incurred for title and lien record searches, the necessary out of pocket costs incurred by the Foreclosure Commissioner for recording documents, a commission for the Foreclosure Commissioner, and all other costs incurred in connection with the foreclosure prior to reinstatement.

Tender of payment by certified or cashier's check or application for cancellation of the foreclosure sale shall be submitted to the address of the Foreclosure Commissioner provided below.

This Instrument prepared by:
Carson Emmons, Esq.
6565 N MacArthur Blvd, Suite 470
Irving, TX 75039
Phone: 469-804-8457
Fax: 469-804-8462
cemmons@algw.net
Firm # 24-037534
4/11, 4/18, 4/25/25 #11212053

**SELL IT BUY IT FIND IT**
**Place your classified ad today.**

# The World's Lightest Wheelchair

For those of us who've found daily activities becoming more challenging, there's a remarkable breakthrough in mobility that's changing lives. This ultra-lightweight wheelchair is nothing like the bulky and heavy models of yesterday weighing over 35lbs! - imagine gliding effortlessly through your garden again, joining your family at the park, or meeting friends for coffee, all without worry of fatigue or dependency. Why not take that first step toward renewed freedom? Your next chapter of independence is here.

Throughout the ages, there have been significant advancements in mobility aids. From canes to walkers, rollators, and scooters, these devices were created to help those with mobility issues maintain their independence. However, there haven't been any truly revolutionary new products in this field until now. Until now, that is, because a team of engineers has developed something that's set to change the game. They've created the world's lightest wheelchair, weighing only 13.5 lbs, a personal mobility solution that's been called a game-changer. It's called the **Featherweight Wheelchair**, and there is nothing out there quite like it.

Only 13.5 lbs!*

The first thing you'll notice about the **Featherweight Wheelchair** is how light it is! This is the world's lightest wheelchair at 13.5lbs, making it possible for anyone to lift into a vehicle. It's modern design and custom color options make it very lightweight, durable, and great to look at.

Why take our word for it? Call now, and **receive $50 Off** when you purchase a **Matte Black Featherweight Wheelchair! Only $599!** Mention CODE 50FEATHER to start your journey towards effortless mobility.

*Jennifer F. us*
Verified Buyer
01/09/25

★★★★★ **Lightweight wheelchair**

*It's so light weight that it's no problem to lift in and out of the back of my car. It's also easy to set up and collapse down. It is very compact and the wheels come off for compact packing alongside luggage or groceries etc. My Mom finds it very comfortable to ride in as well and enjoys the look. We both love it.*

1800WHEELCHAIR.COM
Since 1997

**855-520-6122**

Scan Me

*13.5 lbs. with the rear wheels removed. Overall weight, with rear wheels, is 19 lbs.

Easy to Transport and Store








# The Journal Gazette

Account # 1068144 - 1472044

Allen County, Indiana                                    Miller Advertising Agency Inc.

## PUBLISHER'S CLAIM

Pursuant to the provisions and penalties of IC 5-11-10-1, I hereby certify that the foregoing account is just and correct, that the amount claimed is legally due, after allowing all just credits, and that no part of the same has been paid.

I also certify that the printed matter attached hereto is a true copy, of the same column width and type size, which was duly published in said paper 1 times.

The dates of publication being as follows:

<u>4/18/2025</u>

Additionally, Newspaper has a Web site and this public notice was posted on the same day as it was published in The Journal Gazette.

*[Signature: Rhonda McClure]*

Rhonda McClure
Legal Clerk

Date:  April 18, 2025

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re Diamond Comic Distributors, Inc., *et al.*, Debtors.

Case No. 25-10308 (DER)
Chapter 11, (Jointly Administered)

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS, INCLUDING SECTION 503(b)(9) CLAIMS**

To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "**Debtors**"). On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Court").

By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, **MUST FILE A PROOF OF CLAIM** on or before **May 20, 2025**, and (ii) governmental units **MUST FILE A PROOF OF CLAIM** on or before **July 14, 2025**. A claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. **Please note that Omni is not permitted to give you legal advice.** Omni cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.**



Indiana Capital Chronicle file

Indiana National Guardsmen listen to Gov. Eric Holcomb at a departure ceremony in March 2024. Gov. Mike Braun is bringing them back.

# Braun calling back Guard from Mexico border, hails Trump

**WHITNEY DOWNARD**
*Indiana Capital Chronicle*

Roughly a month after deploying for a second time to the southern border, Gov. Mike Braun is bringing 50 Indiana National Guardsmen back home to the Hoosier State and crediting President Donald Trump for their early return.

The March deployment was set to last for 12 months and cost the state an estimated $9 million. Troops were first sent to Texas to support Gov. Greg Abbott's Operation Lone Star last year under former Gov. Eric Holcomb.

"We are proud to welcome home these brave Hoosier Guardsmen and thank them for their service during this successful mission," said Braun in a statement.

"Under the leadership of President Trump, well-managed border security is a priority and that enables these Guardsmen to return home."

Recent data documents a 94% drop in border crossings from one year ago.

During the first border rotation, Hoosiers detected 2,639 individual crossings, supported 35 surrenders and "impacted" 8,837 turn backs, according to the guard.

The 50 guardsmen sent last month had 559 interactions, a news release said.

"I commend the soldiers on this mission, and for the work they've done to secure our border," said Brig. Gen. Larry Muennich, the adjutant general.

"I look forward to welcoming them back home soon. This is an example of how the Indiana National Guard always stands ready to support our state and nation when called."

The soldiers will return to the state within 60 days.

## BARS
Continued from Page 1C

away from other issues, and this kind of partnership helps law enforcement spread out its resources.

"We didn't have a team," Fries said. "We didn't have enough manpower to have a team that could go address (nuisance bars), which is probably why state police is partnering with excise to combat this problem."

The state commission will hire an excise superintendent, who will work with the Indiana Association of Chiefs of Police and the Indiana Sheriffs' Association. That partnership will identify ways to collaborate with local law enforcement.

Over the next four years, state police and excise will explore opportunities such as cross-training and sharing resources.

Indiana State Police Fort Wayne Post and the Fort Wayne Police Department were not immediately available for comment.

*tsandleben@jg.net*

## BRIEFS

**FORT WAYNE/ALLEN COUNTY**

### Watch roads for farm equipment

Planting season is approaching, meaning more large, slow-moving farm equipment will be traveling Indiana's rural roads and highways.

The Indiana State Department of Agriculture, Indiana Department of Homeland Security, Indiana Department of Transportation, Indiana State Police and Hoosier Ag Today are encouraging motorists to slow down, be alert and patient on roads this spring.

In 2022, crashes with farm equipment injured 11 people in Indiana that resulted in one death, according to the National Highway Traffic Safety Administration.

Officials offered the following tips:

■ Farmers will pull over when they are able to let motorists pass, but it might take time for them to get to a safe place to do so.

■ Be patient. Farm equipment is wide, sometimes taking up most of the road.

■ Be careful when passing. Do not pass in a designated No Passing Zone or within 100 feet of any intersection, railroad grade crossing, bridge, elevation structure or tunnel.

■ Do not try to pass slow-moving farm equipment on the left without ensuring the farmer driving is not planning a left turn. The driver may be pulling over to allow a vehicle to pass when the farmer is preparing to turn. You will drive right into its path, endangering yourself and the farmer.

■ Avoid tailgating, as some farm equipment might have to make sudden stops along the road.

■ Allow plenty of time to reach a destination, be aware of alternate routes and avoid distractions.

### Harrison closed a week downtown

South Harrison Street from West Main Street to West Wayne Street will be closed starting today and running through April 25, city officials announced Thursday.

Drivers won't be able to access the two-block stretch due to asphalt paving work on the Fort Wayne Urban Trail project, according to a news release.

The detour for northbound traffic on South Harrison Street will be West Wayne Street to South Calhoun Street to West Main Street. The detour for southbound traffic on South Harrison Street will be West Main Street to South Calhoun Street to West Washington Boulevard.

More information about the Fort Wayne Urban Trail can be found online at engage.cityoffortwayne.org/urban-trail.

– Journal Gazette

## GENERAL ASSEMBLY

# Immigration enforcement, economic agency rules in bills going to governor

**NIKI KELLY AND LESLIE BONILLA MUÑIZ**
*Indiana Capital Chronicle*

Indiana lawmakers are giving law enforcement explicit instructions on how to "cooperate" with federal immigration enforcement efforts under legislation that passed the House 58-19 Wednesday. It is one of dozens of bills that got final concurrence votes in the House and Senate, including curtailing the state's controversial economic development agency, chiding health insurers and more.

All now move to Gov. Mike Braun's desk.

Rep. Garrett Bascom, R-Lawrenceburg, said Indiana law on local collaboration with U.S. Immigration and Customs Enforcement takes a passive approach.

His House Bill 1393 would require jails and detention facilities to tell county sheriffs when they have probable cause to believe that someone they're booking on unrelated misdemeanor or felony charges isn't legally in the country. Sheriffs would have to report that information to ICE.

"This is being done in most of our counties," Bascom said. "This defines the action we want to see."

The Senate softened the language – including by taking the onus off officers on the street and placing it more firmly on sheriffs – but opponents still believe it will lead to racial profiling.

Rep. Mike Andrade, D-Munster, noted that counties already have policies on this, whether it be a fax to ICE or a direct call.

"They're already doing the work," he said. "This is a do-nothing bill."

Senate Republicans blocked another immigration bill that also could have cracked down on employers for using illegal workers.

### Bill to limit IEDC clears Senate

Legislation taking aim at the Indiana Economic Development Corp. easily earned a ticket to Braun's desk on a unanimous, 41-0 concurrence vote in the Indiana Senate.

Lawmakers there concurred with several changes made in the House.

Senate Bill 516 establishes an office for entrepreneurship and innovation, a Braun agenda item. The new office would assume oversight of certified technology parks, currently an IEDC duty.

IEDC has faced years' worth of backlash from lawmakers and constituents alike over its secretive approach to economic development efforts like the Limitless Exploration/Advanced Pace Innovation District.

"Over the last few years, obviously there's been a lot of questions, a lot of concerns over IEDC," author Sen. Brian Buchanan told the Capital Chronicle. "We're just trying to find a way to make sure the transparency and accountability is there that people expect, but still also they have the ability to do their job and do it very successfully."

The bill tasks the IEDC and the executives of communities that host innovation development districts – like one within LEAP – with annually compiling reports about the districts' activities over the last calendar year. A detailed list of information must be included.

Buchanan, R-Lebanon, said some residents either "absolutely do not like" LEAP or "tremendously embrace it." But most, he added, "just have questions. They want to know what's going on. How's it going to impact them? What's it going to mean? And that's where I think the additional transparency and accountability will help."

The legislation would also require the quasi-public agency to tell local units of government about acquisitions of more than 100 acres – whether it's bought in one or multiple transactions – at least 30 days before those purchases close.

The State Budget Committee must get a copy of that notice. And IEDC would have to extend any invitations to tour potential sites to the entire committee, not just GOP leadership.

Also, Senate Bill 516 would split the IEDC president role and the cabinet-level commerce secretary role. Under current law, they're held by the same person.

### Health coverage, other measures

Also in the Senate, weakened limits on prior authorization are steps away from law after an attempt last year died. Senate Bill 480 received a 39-2 concurrence vote.

"I know that we've got a ways to go ... but I think that this is a very important start," said Sen. Andrea Hunley, D-Indianapolis.

She thanked author Sen. Tyler Johnson, R-Leo, for his work on the health insurer cost-control technique.

"This is going to be an important step in lowering health care costs for Hoosiers and making sure that we just protect our health care benefits," Hunley added.

And renters might soon find it easier to get certain evictions sealed from their records after beneficial legislation advanced on a 35-1 tally.

Author Sen. Liz Brown, R-Fort Wayne, said Hoosier tenants can't always get evictions expunged, even when they've paid what they owe or otherwise resolved the dispute. She said Senate Bill 142 allows that renter to "have that black mark, if you will, on their record removed."

Brown acknowledged that it doesn't "fulfill all the needs" that tenant advocates sought and that she'd continue to work on the topic in the future, "but I think we're in a really good spot right now."

Also exiting the legislative process after favorable concurrence votes were Senate measures setting out "standard operating procedures" for eyewitness identification and modestly extending the statute of limitations for Level 3 felony rape prosecution.

Under Indiana law, the legislative session must end by the end of the month.

*Indiana Capital Chronicle is part of States Newsroom, a nonprofit news network supported by grants and a coalition of donors as a 501(c)(3) public charity. Indiana Capital Chronicle maintains editorial independence. Contact Editor Niki Kelly for questions: info@indianacapitalchronicle.com.*

## BILLS
Continued from Page 1C

have already voted to secede. Since 2020, 33 counties have passed such "advisory referenda," with seven of those votes occurring in the most recent general election.

Originally, Illinois would've had to appoint members for the commission to convene. Now, it must meet by September – with or without Prairie State representation.

"That's their choice whether they want to participate or not," Huston said, shortly after the 64-23 concurrence vote.

House Minority Leader Phil GiaQuinta, D-Fort Wayne, criticized the measure as a "publicity ploy," and argued the secessionist counties would sink Indiana finances instead of contributing revenue.


GiaQuinta

### Prosecutors, roads

A proposal punishing public prosecutors who "categorically refuse to prosecute" criminal laws also crossed the finish line Thursday, on a 60-20 concurrence vote in the House.

House Enrolled Act 1006 initially would have also boosted the number of qualified special prosecutors available for appointment and offered partial reimbursement for prosecutors, defenders and more.

But those came with price tags, so the Senate stripped them out.

Now, it mainly creates a prosecutor review board that will scrutinize prosecutors and issue reports to the Indiana Prosecuting Attorneys Council on those labeled "noncompliant." But it no longer requires that funding be withheld.

And a complex transportation funding measure avoided negotiations – contrary to Senate expectations – when it earned a 69-19 concurrence vote in the House.

House Bill 1461 would change up the popular Community Crossings Matching Grant Program, raise the speed limit on Interstate 465, let communities tap into excess township funds and ease barriers to tolling, among numerous other provisions.

Opponents largely cited the tolling provisions as problematic, complaining about the impact to residents and local streets.

*Indiana Capital Chronicle is part of States Newsroom, a nonprofit news network supported by grants and a coalition of donors as a 501(c)(3) public charity. Indiana Capital Chronicle maintains editorial independence. Contact Editor Niki Kelly for questions: info@indianacapitalchronicle.com.*

## Obituaries

### Auburn

**ANA LUISA BOMAN,** 61, of Auburn, Indiana, passed away on April 16, 2025. Arrangements by **Feller and Clark Funeral Home, 875 S. Wayne St., Waterloo, Indiana 46793**.

### To our readers

The Journal Gazette publishes DEATH NOTICES for $32.50 which are limited to the deceased's name, age, city of residence, date of death and the funeral home handling arrangements. They also offer enhanced OBITUARIES which can include additional information about your loved one, a photo, emblem or special verse for an additional charge. The enhanced obituary will appear online at FortWayne.com and JournalGazette.net where friends and family can view and sign the guestbook.

Your funeral home will provide details, answer your questions, and coordinate publication with Fort Wayne Newspapers. Other questions can be directed to our obit clerks at 461-8682 or obits@fwn.fortwayne.com. Obituaries are available online at www.FortWayne.com.



MIDWEST FUNERAL HOME
THE SENSIBLE CHOICE
Locally Owned and Operated
Full Service Funerals • Onsite Crematory
A tradition of trust when it matters most.
260-496-9600
www.midwestfuneralhome.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)
In re Diamond Comic Distributors, Inc., et al., Debtors.
Case No. 25-10308 (DER)
Chapter 11, (Jointly Administered)
NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS,
INCLUDING SECTION 503(b)(9) CLAIMS
To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "Debtors"): On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Court"). By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing procedures as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, MUST FILE A PROOF OF CLAIM on or before May 20, 2025, and (ii) governmental units MUST FILE A PROOF OF CLAIM on or before July 14, 2025. A claim must be submitted so as to be actually received on or before the applicable deadline to be deemed timely.
A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. Please note that Omni is not permitted to give you legal advice. Omni cannot advise you how to file, or whether you should file, a proof of claim.
Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ is PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).
ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.
4–18                                                                                                                1470487 hspaxlp

HEADLINES
The Journal Gazette
IN YOUR INBOX



TINCAPS
NEWSLETTER

Coverage of the Fort Wayne TinCaps baseball team.

SENT THROUGH THE SEASON

SIGN UP FOR FREE
Scan here or go to JournalGazette.net/Newsletter

@JGFortWayne    @journalgazette



**LocaliQ**
Pennsylvania
GANNETT

PO Box 630531 Cincinnati, OH 45263-0531

## AFFIDAVIT OF PUBLICATION

Gus Egloff
ADAM LEVIN
Miller Advertising
10 Rockefeller PLZ # 1016
New York NY 10020-1903

STATE OF WISCONSIN, COUNTY OF BROWN

The below stated newspapers that are generally circulated in the county of York, State of Pennsylvania, printed and published and personal knowledge of the facts herin state and that the notice hereto annexed was Published in said newspapers in the issue dated on:

YOR York Daily Record 04/18/2025
YOR York Dispatch    04/18/2025

and that the fees charged are legal.
Sworn to and subscribed before on 04/18/2025

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

3.7.27
_____
My commission expires

Order No:      11229425       # of Copies:
Customer No:   792107         1
PO #:          R4140015

### THIS IS NOT AN INVOICE!
*Please do not use this form for payment remittance.*

KAITLYN FELTY
Notary Public
State of Wisconsin

Page 1 of 2

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re  Diamond Comic Distributors, Inc., *et al.*, | Case No. 25-10308 (DER) |
| Debtors. | Chapter 11, (Jointly Administered) |

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS,
INCLUDING SECTION 503(b)(9) CLAIMS**

To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "**Debtors**"). On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Court").

By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, **MUST FILE A PROOF OF CLAIM** on or before **May 20, 2025**, and (ii) governmental units **MUST FILE A PROOF OF CLAIM** on or before **July 14, 2025**. A claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. ***Please note that Omni is not permitted to give you legal advice.*** Omni cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.**

# Classifieds

To Advertise, visit our website: classifieds.inyork.com
- Public Notices/Legals email: ync-legals@mediaonepa.com
- Business & Services email: servicedirectory@mediaonepa.com
- To post job openings, visit: inyork.com/jobs

**TO ADVERTISE** — Visit Our Website: **classifieds.inyork.com**

All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. York Newspaper Companies reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. York Newspaper Companies shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.

## Garage sales — Market, neighborly deals... 

## Estate Sales

**HUGE ESTATE SALE** – Coins, Jewelry, Antiques, Old Toys, Tools, & Lots More! 4/17, 4/18, 4/19. 5225 North George St. Ext. Manchester, PA. Approx. 1 ml N. of Manchester Sq.

## Professional Service — all your needs...

## Home Improvement

**Check It Out!**
#1 Consultant I.N.H Home Improvements
717-825-8044
Roofing, siding, spouting, additions, decks, kitchen and bathroom remodeling, powerwashing, waterproofing, painting, hauling, basement and garage cleanout, and chimneys. One call does it all for your interior and exterior needs. 24 Hour emergency repair services. Licensed and Fully Insured.
717-825-8044

## Landscaping

**AFFORDABLE LANDSCAPING**
Spring Clean Ups, MULCH!! Trimming, Planting. Specializing in neglected overgrowth & renewing mulch beds. Small Tree & Shrub Removal. We Take Care of Weeds so they do not return. Call Today for a Free Estimate. Senior Discounts (No Mowing) 717-208-2265

## Lawn - Garden Care

**DON'S LAWN CARE & HOME IMPROVEMENT**
MOWING LAWNS, LOTS & FIELDS, POWER WASHING, BUSH AND TREE TRIMMING, MULCHING FLOWER BED DESIGN, SPRING/SUMMER CLEAN-UP, INTALL & REPAIR FENCES, DECKS & ROOFS, & ALL TYPES OF HOME IMPROVEMENT! FREE ESTIMATES!! FULLY INSURED!
CALL DON AT: 717-781-0697 OR 717-542-2315

## Lawn - Garden Care

**DON'S LAWN CARE & HOME IMPROVEMENT**
MOWING LAWNS, LOTS & FIELDS, POWER WASHING, BUSH AND TREE TRIMMING, MULCHING FLOWER BED DESIGN, SPRING/SUMMER CLEAN-UP, INTALL & REPAIR FENCES, DECKS & ROOFS, & ALL TYPES OF HOME IMPROVEMENT! FREE ESTIMATES!! FULLY INSURED!
CALL DON AT: 717-781-0697 OR 717-542-2315

## SELL IT BUY IT FIND IT

cars · yard sales · tickets · antiques · motorcycles · computers · boats · sports equipment · pets · instruments · jewelry · furniture · auctions · collectibles · appliances · cameras · coins

Place your classified ad today.

## Real Estate Rentals

**PUBLISHER'S NOTICE**
All real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status, or national origin, or intention to make any such preference, limitation, or discrimination. "We will not knowingly accept any advertising for real estate which is in violation of the law. All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis. 

## Rentals to Share

**REAL ESTATE AUCTION**
59 Acres Land
Saturday May 10, 2025 at 10 AM
Mt. Pisgah Road & Gun Club Rd. York, PA (Signs Posted)

59 Acre tract of land located along Mt. Pisgah Road & Gun Club Rd in Windsor Township and Red Lion School district. Property is zoned Industrial. Land is in Clean & Green – Deed Book 2068 – Deed Page 5890 – Parcel ID # 53-000-IK-0023.A0-00000. Many Possibilities, Property can be seen anytime. For map contact Gilbert & Gilbert Auctioneers. Terms: 10% down day of auction, balance due in 45 days. All auction announcements supersede all printed material.

Gilbert & Gilbert Auctioneers Inc. #AY002086
Brian Gilbert #AU002256L
Rambling Meadows LLC Owner
717-891-0537   www.gilbertauctions.com
Robert Clofine Atty.

PUBLIC REAL ESTATE AUCTION
47 +/- ACRE FARM!! AND PERSONAL PROPERTY
SATURDAY MAY 31, 2025 AT 8:30 AM!
REAL ESTATE AT 11:30 AM!
582 BRIGHTON DRIVE SEVEN VALLEYS PA. 17360
SOUTHERN YORK COUNTY, SPRINGFIELD TOWNSHIP, DALLASTOWN SCHOOL DISTRICT.
WE HAVE A 1860'S 3 BED ROOM 2 STORY BRICK HOUSE, BANK BARN, WAGON SHED, SPRING HOUSE, AND POND.
SPRING FED WATER WITH TREATMENT SYSTEM,
WITH ON LOT SEPTIC, AND SOLAR PANELS.
FARM IS IN THE CLEAN AND GREEN PROGRAM.
APPROXIMATELY 25 TILLABLE, 10 TO 12 WOODED ACRES
BALANCE IN PASTURES AND POND
OPEN HOUSE DATES,
SATURDAY APRIL 26, SUNDAY APRIL 27, AND SATURDAY MAY 3, 1PM TO 3 PM.
FARM MACHINERY
JOHN DEERE 3010 GAS, JD 2020 GAS W/LOADER, JD GATOR TH 6X4 GAS WITH HYD, JD 1008 10FT. ROTARY MOWER,
JD X730 AND X534 LAWN MOWER TRACTORS, JD 1028 SNOW BLOWER, JD 3PT LOG SPLITTER, JD 6FT. SCRAPER BLADE, STILH CHAIN AND POLE SAWS, AND MANY MORE FARM ITEMS!!
HORSE TACK, ANTIQUES AND HOUSEHOLD ITEMS.
GO TO WEHRLYSAUCTION.COM FOR
TERMS, CONDITIONS, FULL LISTING AND PICTURES
OWNERS, FRED AND PATRICIA (STOUGH) RICHCRICK
ATTORNEYS: LAUCKS AND LAUCKS, DAVID, 717-244-3272
WEHRLY'S AUCTION SERVICE INC.
PH.717-235-4146, AY002060

## Rentals to Share

**EMIGSVILLE STORAGE**
Rental Units Avail. 24 Hr. Access ☎ 764-1088

## Automotive — Wheels, best deal for you... 

## Autos Wanted

**CASH 4 CARS**
Call Red Lion Salvage
(717) 246-2888

## Your Source — Public Notices for the latest... 

## Notice To Creditors

**NOTICE OF DISSOLUTION**
TO ALL CREDITORS OF CENTRAL PA CONGRESSIONAL INTERNSHIP ASSOCIATION: This is notice that the Central PA Congressional Internship Association, a Pennsylvania non-profit corporation with its registered office identified as 1130 Putters Cove, York, PA 17408, is dissolving and winding up its business under the provisions of the Nonprofit Corporation Law, as amended.
April 18 2025
LSOM0279952

**LETTERS OF TESTAMENTARY**
NOTICE is hereby given that Letters of Testamentary have been granted by the Register of Wills of York County, Pennsylvania, upon the estate of the following named Decedent, and all persons indebted to said estate are requested to make immediate payment, and those having claims against said estate shall make them known without delay to the Executor, residing at c/o 135 North George Street, York, PA 17401.
Estate of Charles E. Druck, late of West Manchester Township
Eileen M. Druck, Executor
CGA Law Firm, PC
By: Jeffrey L. Rehmeyer II

**LETTERS OF TESTAMENTARY**
NOTICE is hereby given that Letters of Testamentary have been granted by the Register of Wills of York County, Pennsylvania, upon the estate of the following named Decedent, and all persons indebted to said estate are requested to make immediate payment, and those having claims against said estate shall make them known without delay to the Executrix, c/o 135 North George Street, York, PA 17401.
Estate of Constance E. Meiler, late of Springettsbury Township
Julie A. Lacontora, Executrix
CGA Law Firm, PC
By: Richard K. Konkel, Esq.

## Rentals to Share

## Notice To Creditors

**LETTERS OF TESTAMENTARY**
NOTICE is hereby given that Letters of Testamentary have been granted by the Register of Wills of York County, Pennsylvania, upon the estate of the following named Decedent, and all persons indebted to said estate are requested to make immediate payment, and those having claims against said estate shall make them known without delay to the Executor, at c/o PO BOX 606, East Berlin PA 17316.
Estate of Vickie R. Trago, late of Jackson Township
Walter A. Fritz, Jr., Executor
CGA Law Firm, PC
By: Sharon E. Myers

## Public Notices

**ESTATE NOTICE**
Estate of Andrew Paul Smith a/k/a Andrew P. Smith
Late of Springettsbury Township, York County, Pennsylvania
Letters of Administration on said estate having been granted to the undersigned, all persons indebted thereto are requested to make payment, and those having claims or demands against the same will present them without delay for settlement to the undersigned at:
David A. Mills, Esquire
MPL Law Firm
96 S. George Street, Suite 520
York, PA 17401
Emerald Guardian Services, LLC
By Scott Rutkowski, President Administrator

**Estate Administrator's - Executor's Notice**
Estate of Richard Michael Johnston Sr., deceased, late of Shrewsbury Township, York County, PA

Letters of Administration on said estate having been granted to the undersigned, all persons indebted to said estate are requested to make payment, and those having claims against said estate are requested to present the same, without delay, to:

A. Michelle Moore c/o Justin S. Alex, Esq.
Alex and LaFleur, Attorneys at Law, LLC
9614 Deereco Rd.
Timonium, MD 21093

A. Michelle Moore, Administrator-Executor
April 18 2025
LSOM0279701

**ESTATE NOTICE**
Nancy A. Noll a/k/a Nancy Ann Noll, Late of West Manchester Township, York County, PA, deceased, all payments for obligations to the estate or demands for payment of obligations of the estate should be immediately made to: Douglas J. Noll, Exc. c/o MPL LAW FIRM, LLP, 96 So. George Street, Suite 520, York, PA 17401, John D. Miller, Jr., Attorney.

PUBLIC AUCTION
35 Acre Farm – Tractors – Farm Machinery – Pickup Truck
Saturday May 17, 2025 at 10 AM
3260 East Prospect Rd York, PA

35 Acre Farm in Windsor Township & Red Lion school district. Farm consists of pasture and tillable farmland. Property has been chemical free for over 30 years. Property is in clean & green and zoned Rural Residential & Low Density Residential. Farm has a 2 story brick home with a large kitchen & dining area, and large living room with fireplace on the first floor. Second floor has 4 bedrooms and a full bath. Home has a cemented basement with outside entrance and fireplace. Property also has a 2 car oversized garage, large bank barn, spring house, several out buildings, a stream that runs through the property, pond, and 3 entrances. Other features: oil hot water heat, attic, on-site septic, well water, appliances included. Terms: 10% down day of auction, balance due in 60 days. Open House: Wednesday April 30 from 6-8 p.m. & Saturday May 3 from 10 – 1 pm – Real estate will be offered for sale at 11 am day of auction. ALSO: Allis Chalmers WD 45 tractor w/ 3 bottom plow, Allis Chalmers One Seventy tractor 5200 hrs., 1998 Ford F150 XLT 4X4 pickup truck, 95,000 miles, auto, Titan V8 – New Holland BC 5050 baler, New Holland 472 Haybine, New Holland 56 rake, 2 farm wagons, New Idea 206 manure spreader, Vicon broadcast spreader, Bolens HT23 riding mower w/ snowblower, 3 1960's Sears riding mowers, lg. platform scales, 2 fuel tanks, runner sleds, dinner bell, string trimmers, antique wooden chest, vintage 7up elec. clock, antique drill press, asst. hand tools, & more. Not responsible for accidents. Good Parking – Terms: Cash or check with auctioneers approval. Credit cards accepted 3% premium.
Gilbert & Gilbert Auctioneers Inc. AY002086
Brian Gilbert AU002256L
Barbara DeChristopher Owner
717-891-0537    www.gilbertauctions.com
David M. Laucks Atty.

## Public Notices

Vida Charter School announces its Board of Trustees Academic Excellence Committee Meeting that is open to parents, staff & the community. The public meeting on April 24, 2025 will begin @ 3:30 pm at the Eisenhower Center located at 120 East Broadway, Gettysburg, PA.

**ESTATE NOTICE**
Decedent: Robert J. Young
Late of: Windsor Twp
Personal Representative: Jacqueline Young c/o John H. May , Esquire 49 N. Duke Street Lancaster, PA 17602
Attorneys: May Herr & Grosh LLP

Rozella M. Deitz a/k/a Rozella Mae Deitz, Late of Windsor Township, York County, PA, deceased, all payments for obligations to the estate or demands for payment of obligations of the estate should be immediately made to: Jay M. Deitz, Exc. c/o MPL LAW FIRM, LLP, 96 So. George Street, Suite 520, York, PA 17401, John D. Miller, Jr., Attorney.

NOTICE is hereby given that Articles of Incorporation – Nonprofit were filed with the Department of State of the Commonwealth of Pennsylvania on the 26th day of March 2025. The name of the corporation is Stone Hill North Planned Community Association. The purpose of the corporation is a planned community association. The corporation has been organized under the provisions of the Nonprofit Corporation Law of 1988, as amended.
Stacey R. MacNeal, Esquire

## Public Sale

Outhouse Storage Auction
Outhouse Storage LLC, located at 1251 Wallace Street York, PA 17403 will hold an auction to include the contents of the following occupants units leased space to be sold to satisfy the owner's lien. Sale to be held on premises Saturday, April 26, 2025 at 9:00AM. 93 Cordero, 308 Arce, 404 Gonzalez, 72 Hall, 35 Ragland, 165 Parker, 298 Perez, 801 Rauhauser, 36 Herrington, Rodriguez 26.
April 18, 25 2025
LSOM0278742

Submit a Legal Public Notice through our NEW and convenient self-service platform.
inyork.com/public-notices
Available 24/7
USA TODAY NETWORK
A legally compliant and trusted media source.

## SELL IT BUY IT FIND IT

cars · garage sales · tickets · jobs · antiques · motorcycles · computers · boats · sports equipment · pets · instruments · jewelry · furniture · tablets · auctions · yard sales · collectibles · appliances · cameras · coins

Place Your Classified Ad Today.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)
In re Diamond Comic Distributors, Inc., et al., Case No. 25-10308 (DER)
Debtors.   Chapter 11. (Jointly Administered)
**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS, INCLUDING SECTION 503(b)(9) CLAIMS**
To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "Debtors"). On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Court").
By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, MUST FILE A PROOF OF CLAIM on or before May 20, 2025, and (ii) all governmental units MUST FILE A PROOF OF CLAIM on or before July 14, 2025. A claim must be submitted so as to be actually received on or before the applicable deadline to be deemed timely.
A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com; (ii) go the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. Please note that Omni is not permitted to give you legal advice. Omni cannot advise you how to file, or whether you should file, a proof of claim.
Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).
ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.

## Public Sale

PUBLIC AUCTION
EMIGSVILLE STORAGE RENTAL
3265 OTTERBEIN AVENUE, EMIGSVILLE, PA
TUESDAY, APRIL 22, 2025 9:00 AM
FOR NON-PAYMENT OF STORAGE - CASH ONLY!
Bldg. A UNIT 36A BRIANA McCLEARY
Bldg. C UNIT 24 JAMAR MILLER
Bldg. D UNIT 29 MELANIE COLON
Bldg. E UNIT 14A SCOTT ADAMS
Bldg. E UNIT 30A ASHLEY FELLER













# Classifieds

To Advertise, visit our website: **classifieds.inyork.com**
- Public Notices/Legals email: **ync-legals@mediaonepa.com**
- Business & Services email: **servicedirectory@mediaonepa.com**
- To post job openings, visit: **inyork.com/jobs**

### TO ADVERTISE
Visit Our Website:
**classifieds.inyork.com**

All classified ads are subject to the applicable rate card, copies of which are available from our Advertising Dept. All ads are subject to approval before publication. York Newspaper Companies reserves the right to edit, refuse, reject, classify or cancel any ad at any time. Errors must be reported in the first day of publication. York Newspaper Companies shall not be liable for any loss or expense that results from an error in or omission of an advertisement. No refunds for early cancellation of order.

## Garage sales — Market neighborly deals...

## Estate Sales

HUGE ESTATE SALE- Coins, Jewelry, Antiques, Old Toys, Tools, & Lots More! 4/17, 4/18, 4/19 5225 North George St. Ext. Manchester, PA. Approx.1 mi N. of Manchester Sq.

## Professional Service — all your needs...

## Home Improvement

### ✓ Check It Out!
#1 Consultant
I.N.H
Home Improvements
717-825-8044
Roofing, siding, spouting, additions, decks, kitchen and bathroom remodeling, powerwashing, waterproofing, painting, hauling, basement and garage cleanout, and chimneys. One call does it all for your interior and exterior needs.
24 Hour emergency repair services.
Licensed and Fully Insured.
717-825-8044

## Landscaping

AFFORDABLE LANDSCAPING
Spring Clean Ups, MULCH!! Trimming, Planting. Specializing in neglected overgrowth & renewing mulch beds. Small Tree & Shrub Removal. We Take Care of Weeds so they do not return. Call Today for a Free Estimate. Senior Discounts (No Mowing)
717-208-2265

## Lawn - Garden Care




DON'S LAWN CARE & HOME IMPROVEMENT
MOWING LAWNS, LOTS & FIELDS, POWER WASHING, BUSH AND TREE TRIMMING, MULCHING FLOWER BED DESIGN, SPRING/SUMMER CLEAN-UP, INTALL & REPAIR FENCES, DECKS & ROOFS, & ALL TYPES OF HOME IMPROVEMENT!
FREE ESTIMATES!! FULLY INSURED!
CALL DON AT:
717-781-0697 OR 717-542-2315



## Real Estate Rentals

**PUBLISHER'S NOTICE**
All real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status, or national origin, or intention to make any such preference, limitation, or discrimination. "We will not knowingly accept any advertising for real estate which is in violation of the law. All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis.

## Rentals to Share

### FIND A
CAR
HOME
JOB
PET
BOAT
GARAGE SALE
TICKET
COUCH

Check out the classified ads everyday.

Submit a Legal Public Notice
inyork.com/public-notices
USA TODAY NETWORK

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re Diamond Comic Distributors, Inc., *et al.*,                Case No. 25-10308 (DER)
Debtors.                                                          Chapter 11, (Jointly Administered)

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS, INCLUDING SECTION 503(b)(9) CLAIMS**

To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "**Debtors**"). On January 14, 2025 (the "**Petition Date**"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "**Court**").

By order dated April 11, 2025 (the "**Bar Date Order**"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, **MUST FILE A PROOF OF CLAIM** on or before **May 20, 2025**, and (ii) governmental units **MUST FILE A PROOF OF CLAIM** on or before **July 14, 2025**. A claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("**Omni**"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4649 (international), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. **Please note that Omni is not permitted to give you legal advice. Omni cannot advise you how to file, or whether you should file, a proof of claim.**

Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov/).

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.**

---

## Rentals to Share

EMIGSVILLE STORAGE
Rental Units
Avail. 24 Hr. Access ☎ 764-1088

## Automotive — Wheels, best deal for you...

## Autos Wanted



CASH 4 CARS
Call Red Lion Salvage
(717) 246-2888

## Your Source — Public Notices for the latest...

## Notice To Creditors

**NOTICE OF DISSOLUTION**
The Central PA Congressional Internship Association

TO ALL CREDITORS OF CENTRAL PA CONGRESSIONAL INTERNSHIP ASSOCIATION: This is notice that the Central PA Congressional Internship Association, a Pennsylvania non-profit corporation with its registered office identified as 1130 Putters Cove, York, PA 17408, is dissolving and winding up its business under the provisions of the Nonprofit Corporation Law, as amended.
April 18 2025
LSOM0279952

**LETTERS OF TESTAMENTARY**
NOTICE is hereby given that Letters of Testamentary have been granted by the Register of Wills of York County, Pennsylvania, upon the estate of the following named Decedent, and all persons indebted to said estate are requested to make immediate payment, and those having claims against said estate shall make them known without delay to the Executor, residing at c/o 135 North George Street, York, PA 17401.
Estate of Charles E. Druck, late of West Manchester Township
Eileen M. Druck, Executor
CGA Law Firm, PC
By: Jeffrey L. Rehmeyer II

**LETTERS OF TESTAMENTARY**
NOTICE is hereby given that Letters of Testamentary have been granted by the Register of Wills of York County, Pennsylvania, upon the estate of the following named Decedent, and all persons indebted to said estate are requested to make immediate payment, and those having claims against said estate shall make them known without delay to the Executrix, c/o 135 North George Street, York, PA 17401.
Estate of Constance E. Meiler, late of Springettsbury Township
Julie A. Lacontora, Executrix
CGA Law Firm, PC
By: Richard K. Konkel, Esq.

**LETTERS OF TESTAMENTARY**
NOTICE is hereby given that Letters of Testamentary have been granted by the Register of Wills of York County, Pennsylvania, upon the estate of the following named Decedent, and all persons indebted to said estate are requested to make immediate payment, and those having claims against said estate shall make them known without delay to the Executor, residing at c/o PO BOX 606, East Berlin PA 17316.
Estate of Vickie R. Trago, late of Jackson Township
Walter A. Fritz, Jr., Executor
CGA Law Firm, PC
By: Sharon E. Myers

## Public Notices

Notice of Self Storage Sale

Please take notice Route 30 Self Storage located at 815 Loucks Rd, York, PA 17404 intends to hold a public sale to the highest bidder of the property stored by the following tenants at the storage facility. This sale will occur as an online auction via www.storageauctions.com on 4/28/2025 at 11:00AM. Millie Ortega unit #040; Gene Wright unit #048; Aliysa Ojeda-Travers unit #211; Taisha Viera unit #622. This sale may be withdrawn at any time without notice. Certain terms and conditions apply.
April 11, 18 2025
LSOM0270220

Notice of Self Storage Sale

Please take notice Susquehanna Valley Self Storage located at 625 Lowther Rd, Lewisberry, PA 17339 intends to hold a public sale to the highest bidder of the property stored by the following tenants at the storage facility. This sale will occur as an online auction via www.storageauctions.com on 4/28/2025 at 11:00AM. Steve Theis unit #110; Ashley Lynch unit #37. This sale may be withdrawn at any time without notice. Certain terms and conditions apply.
April 11, 18 2025
LSOM0270229

## Public Sale

PUBLIC AUCTION
EMIGSVILLE STORAGE RENTAL
3265 OTTERBEIN AVENUE, EMIGSVILLE, PA
TUESDAY, APRIL 22, 2025 9:00 AM
FOR NON-PAYMENT OF STORAGE - CASH ONLY!
Bldg. A UNIT 36A BRIANA McCLEARY
Bldg. C UNIT 24 JAMAR MILLER
Bldg. D UNIT 29 MELANIE COLON
Bldg. E UNIT 14A SCOTT ADAMS
Bldg. E UNIT 30A ASHLEY FELLER

## Public Notices

the same will present them without delay for settlement to the undersigned at:
David A. Mills, Esquire
MPL Law Firm
96 S. George Street, Suite 520
York, PA 17401
Emerald Guardian Services, LLC
By Scott Rutkowski, President
Administrator

Estate Administrator's - Executor's Notice
Estate of Richard Michael Johnston Sr., deceased, late of Shrewsbury Township, York County, PA

Letters of Administration on said estate having been granted to the undersigned, all persons indebted to said estate are requested to make payment, and those having claims against said estate are requested to present the same, without delay, to:

A. Michelle Moore c/o Justin S. Alex, Esq.
Alex and LaFleur, Attorneys at Law, LLC
9614 Deereco Rd.
Timonium, MD 21093

A. Michelle Moore, Administrator-Executor
April 18 2025
LSOM0279701

Vida Charter School announces its Board of Trustees Academic Excellence Committee Meeting that is open to parents, staff & the community. The public meeting on April 24, 2025 will begin @ 3:30 pm at the Eisenhower Center located at 120 East Broadway, Gettysburg, PA.

**ESTATE NOTICE**
Decedent: Robert J. Young
Late of: Windsor Twp
Personal Representative:
Jacquelene Young
c/o John H. May , Esquire 49 N. Duke Street
Lancaster, PA 17602
Attorneys: May Herr & Grosh LLP

NOTICE is hereby given that Articles of Incorporation – Nonprofit were filed with the Department of State of the Commonwealth of Pennsylvania on the 26th day of March 2025. The name of the corporation is Stone Hill

## Public Notices

North Planned Community Association. The purpose of the corporation is a planned community association. The corporation has been organized under the provisions of the Nonprofit Corporation Law of 1988, as amended.
Stacey R. MacNeal, Esquire

## Public Sale

Outhouse Storage Auction
Outhouse Storage LLC, located at 1251 Wallace Street York, PA 17403 will hold an auction to include the contents of the following occupants units leased space to be sold to satisfy the owner's lien. Sale to be held on premises Saturday, April 26, 2025 at 9:00AM. 93 Cordero, 308 Arce, 404 Gonzalez, 72 Hall, 35 Ragland, 165 Parker, 298 Perez, 801 Rauhauser, 36 Herrington, Rodriguez 26.
April 18, 25 2025
LSOM0278742



Submit a Legal Public Notice
through our *NEW* and convenient self-service platform.
inyork.com/public-notices

Available 24/7

USA TODAY NETWORK
*A legally compliant and trusted media source.*



TO BOOK YOUR
**REAL ESTATE**
CLASSIFIED AD

Contact your local real estate sales representative today

---



# SELL YOUR CAR  ADOPT A PET
# GET A JOB  FIND A HOUSE
# BUY A BOAT
# FIND A TREASURE
# GET A MASSAGE
# HIRE A HANDYMAN

Check out the classified section everyday.



**LocaliQ**
California
GANNETT

PO Box 631437 Cincinnati, OH 45263-1437

## AFFIDAVIT OF PUBLICATION

Gus Egloff
Not specified
909 3Rd AVE
15th Floor
New York NY 10022-4731

STATE OF WISCONSIN, COUNTY OF BROWN

The Tulare Advance-Register and Visalia Times-Delta newspaper published in the city of Visalia, Tulare County, State of California, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue:

04/18/2025

and that the fees charged are legal.
Sworn to and subscribed before on 04/18/2025

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

10-25-26
_____
My commission expires

Order No:     11230788         # of Copies:
Customer No:  1252915          1
PO #:         R4140018

THIS IS NOT AN INVOICE!
*Please do not use this form for payment remittance.*

RYAN SPELLER
Notary Public
State of Wisconsin

Page 1 of 2

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re Diamond Comic Distributors, Inc., *et al.*, Debtors. | Case No. 25-10308 (DER) Chapter 11, (Jointly Administered) |

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS, INCLUDING SECTION 503(b)(9) CLAIMS**

To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "**Debtors**"). On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Court").

By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, **MUST FILE A PROOF OF CLAIM** on or before **May 20, 2025**, and (ii) governmental units **MUST FILE A PROOF OF CLAIM** on or before **July 14, 2025**. A claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. ***Please note that Omni is not permitted to give you legal advice.*** Omni cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.**

# Supreme Court will consider restrictions on birthright citizenship

**Maureen Groppe**
USA TODAY

WASHINGTON – The Supreme Court on April 17 said it would weigh in on the Trump administration's request that it be allowed to broadly enforce its new restrictions on birthright citizenship while the policy is being litigated.

The court said it will hear oral arguments May 15.

It's the first challenge to the new administration's policies that the justices have taken up for public discussion.

The administration had asked the court to scale back the nationwide actions that judges in Maryland, Massachusetts and Washington issued to pause President Donald Trump's order denying citizenship to children born in the United States who do not have at least one parent who is an American citizen or lawful permanent resident.

The Justice Department said Trump should be able to enforce the policy for everyone except the people directly named in the lawsuits and those who lives in states that have sued if the court thinks states have a legal right to challenge the order. The government also wanted to be able to develop guidance on how it will implement Trump's directive if it is upheld.

Rather than focusing on the validity of Trump's executive action, the Justice Department argued that a judge in one part of the country shouldn't be able to block actions nationally.

"Years of experience have shown that the Executive Branch cannot properly perform its functions if any judge anywhere can enjoin every presidential action everywhere," Sarah Harris, an attorney with the Justice Department, told the court.

Washington state Attorney General Nicholas Brown countered that citizenship rules must be uniform across the country. A patchwork rule is "unworkable" for states and would leave tens of thousands of infants subject to removal or detention, even though the government has not shown it is likely to eventually win the court fight, he argued.

"If any injunction warranted a nationwide scope, it is this one," Brown wrote in his response to Trump's appeal.

The first federal judge to issue an opinion, U.S. District Judge John Coughenour in Seattle, called Trump's order "blatantly unconstitutional."

An appeals court refused to pause Coughenour's nationwide injunction. Two other appeals court likewise backed injunctions issued by federal judges in Maryland and Massachusetts.

Trump has said the Supreme Court will ultimately agree with his interpretation of the 14th Amendment's citizenship promise, a change he said is needed to bolster security along the southern U.S. border.

The amendment states that all "persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside."

The Trump administration maintains that right doesn't cover children of people who entered the country without proper authorization.



President Donald Trump's order would deny citizenship to children born in the United States who do not have at least one parent who is an American citizen or lawful permanent resident. ELIZABETH FRANTZ/REUTERS

## Inflation

Continued from Page 1A

Powell said. "That's not a problem. But we will do what we do strictly without consideration of political or any other extraneous factors."

Economists polled by Reuters put recession odds at 45%. The trade war has also raised the prospect of higher inflation that policymakers said they are guarding against.

Powell said the Fed was "well positioned to wait for greater clarity," indicating the central bank was not prepared to move policy in any direction or at any pace until Trump's tariff plans – rolled out in dramatic announcements but often delayed and still unclear in key respects – are finalized and the impact on the economy more obvious.

"Unemployment is likely to go up as the economy slows, in all likelihood, and inflation is likely to go up as tariffs find their way and some part of those tariffs come to be paid by the public," Powell said.

During Trump's first term, he frequently dialed up the pressure on the Fed. Powell was confirmed as Trump's nominee for board chair in February 2018, and was reappointed to a second four-year term in May 2022.

*Contributing: Reuters*



Federal Reserve Chair Jerome Powell spoke at the Economic Club of Chicago on April 16, where he pledged to set interest rates independent of political pressure or partisan considerations.
KAMIL KRZACZYNSKI/AFP VIA GETTY IMAGES

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re Diamond Comic Distributors, Inc., et al., | Case No. 25-10308 (DER)
Debtors. | Chapter 11, (Jointly Administered)

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS, INCLUDING SECTION 503(b)(9) CLAIMS**

To all persons or entities with claims against the following debtors (along with their respective EIN numbers): Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585) (collectively, the "**Debtors**"). On January 14, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Court").

By order dated April 11, 2025 (the "Bar Date Order"), the Court established claim filing deadlines as follows: (i) all persons or entities with a claim against a Debtor that arose before the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within 20 days before the Petition Date, **MUST FILE A PROOF OF CLAIM** on or before **May 20, 2025**, and (ii) governmental units **MUST FILE A PROOF OF CLAIM** on or before **July 14, 2025**. A claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

A claimant should consult an attorney if the claimant has any questions. For more detailed information regarding who must file a proof of claim and the specific requirements regarding the filing of a proof of claim, or to obtain a Proof of Claim Form, you may (i) contact the Debtors' claims agent, Omni Agent Solutions, Inc. ("Omni"), by telephone at 866-771-0556 (US & Canada toll free) and 818-639-4849 (International), or by email at DCDInquiries@OmniAgnt.com, (ii) contact the Debtors' attorneys, Saul Ewing LLP, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com) or Paige N. Topper (paige.topper@saul.com) or (iii) visit the case website maintained by Omni at https://omniagentsolutions.com/DCD. **Please note that Omni is not permitted to give you legal advice.** Omni cannot advise you how to file, or whether you should file, a proof of claim.

Interested parties may examine copies of the Debtors' schedules of assets and liabilities, the Bar Date Order and other filings in these cases free of charge at https://omniagentsolutions.com/DCD or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES.**



**PONANT EXPLORATIONS**

Discover your

# INNER EXPLORER

Set sail on a voyage of discovery with PONANT, where the spirit of exploration meets the elegance of French-inspired luxury. Journey to the world's most remote polar regions, where towering glaciers, pristine wilderness, and extraordinary wildlife create an unforgettable tableau. Enrich your adventure with meaningful cultural encounters, all while indulging in the refined comfort of our intimate, purpose-designed ships. Experience the art of travel, reimagined—your adventure begins here.

For reservations & information, call **559-931-0108**
Customer Care Team hours:
Monday – Friday | 9am - 8pm EST



At **SCA**, your *heart health* is our *priority.*

Residents of Tulare and Kings County can now turn to board-certified interventional cardiologists **Dr. Ankur Gupta, Dr. Atul Singla** and **Dr. Vinod Gupta** for exceptional cardiovascular care in downtown Visalia.

At **Sequoia Cardiovascular Associates** we treat the full range of cardiovascular disease, including coronary artery disease, congestive heart failure, heart rhythm disorders, peripheral arterial disease and valvular heart disease, to name a few.

Our doctors are skilled, highly trained interventional cardiologists, specializing in a number of procedures such as cardiac catheterization, complex coronary intervention, pacemaker and defibrillator implantation, transcatheter valve replacement (TAVR), Mitral valve repair (Mitral clip), Watchman, PFO closure and peripheral vascular interventions.

**TO SCHEDULE AN APPOINTMENT, PLEASE CALL**
## 559-733-7010
www.sequoiacardiology.com

**SCA** Sequoia Cardiovascular Associates

**WE ARE LOCATED AT**
**100 S SANTA FE ST, VISALIA, CA, 93292.**

**ACCEPTING EXISTING AND NEW PATIENTS!**