United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-10308-DER
Diamond Comic Distributors, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 3
Date Rcvd: Apr 21, 2025      Form ID: clerk49      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + David L. Ruediger, Troutman Pepper Locke LLP, 111 Huntington Avenue, Boston, MA 02199-7610 |
| aty | + Junior Dufort, PERKINS COIE LLP, 700 Thirteenth Street N.W., Suite 800, Washington, DC 20005-5938 |
| aty | + Katherine Culbertson, Troutman Pepper Locke LLP, 111 South Wacker Drive, Suite 4100, Chicago, IL 60606-4409 |
| aty | + S. Jason Teele, Sills Cummis & Gross P.C, One Riverfront Plaza, Newark, NJ 07102-5408 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Apr 21 2025 19:43:00 | Hugh M. Bernsteing, Esq., Office of the U.S. Trustee, 101 W. Lombard St, Ste 2625, Baltimore MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 21, 2025 | Form ID: clerk49 | Total Noticed: 5 |

| | |
|---|---|
| Andrew Brown | abrown@klestadt.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | bnathan@lowenstein.com |
| C. Kevin Kobbe | kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com |
| Chelsea R Frankel | cfrankel@lowenstein.com |
| Christopher J. Giaimo | christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Daniel Jack Blum | jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com |
| David W.T. Daniels | ddaniels@perkinscoie.com  docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com |
| Dennis J. Shaffer | dshaffer@tydings.com  scalloway@tydings.com,mhickman@tydings.com,jlee@tydings.com |
| Elizabeth Anne Scully | escully@bakerlaw.com |
| Emily Devan | edevan@milesstockbridge.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Gary H. Leibowitz | gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com |
| Gianfranco Finizio | gfinizio@lowenstein.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Indira Kavita Sharma | indira.sharma@troutman.com<br>katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com |
| Jan Berlage | JBerlage@GHSLLP.com  tcollins@ghsllp.com |
| Jeffrey C. Hampton | jeffrey.hampton@saul.com |
| Jonathan A. Grasso | jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com |
| Jordan Rosenfeld | jordan.rosenfeld@saul.com |
| Jung Yong Lee | jlee@tydings.com  mhickman@tydings.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Laura Skowronski Bouyea | lsbouyea@venable.com  dmdierdorff@venable.com |
| Mark Minuti | mark.minuti@saul.com  robyn.warren@saul.com |
| Michael Papandrea | mpapandrea@lowenstein.com |
| Nicholas Smargiassi | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 21, 2025 | Form ID: clerk49 | Total Noticed: 5 |

                    nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
                    nick.schandlbauer@arlaw.com lianna.sarasola@arlaw.com

Paige Noelle Topper
                    paige.topper@saul.com

Richard L. Costella
                    rcostella@tydings.com scalloway@tydings.com

Scott Prince
                    sprince@bakerlaw.com

Stephen B. Gerald
                    sgerald@tydings.com

Steven Gregory Polard
                    steven.polard@ropers.com

Thomas K. Bredar
                    thomas.bredar@wilmerhale.com
                    andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
                    toyja.kelley@lockelord.com

Turner Falk
                    turner.falk@saul.com tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
                    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
                    zvi@zviguttman.com zviguttman@gmail.com,zviguttman@outlook.com

TOTAL: 40

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25-10308 - DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

## NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT

A transcript of a hearing held in this case was requested and has been received by the Court. The transcript is available for review at the Clerk's Office or copies may be purchased from the transcriber. Each party's attorney is required to review the opening and closing statements made on behalf of the represented party, any statements made by the party and the testimony of any witness called by the party. If a party is self-represented, the party needs to perform this review himself/herself. You have seven (7) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court, stating your intent to request redaction of sensitive private information before the transcript is made electronically available to the public, pursuant to the privacy policy of the Judicial Conference of the United States. The privacy policy is available on the U.S. Court's website, www.uscourts.gov, under Rules & Policies.

Examples of personal identification information which should be redacted include all but the last four digits of social security or taxpayer identification numbers, all but the last four digits of account numbers, all but the initials of minor children, and all but the year of birth.

Pursuant to LBR 9037-1, if you intend to request redaction of the transcript:

1. You have seven (7) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court. A copy of the Notice of Intent to Request Redaction must be served upon the transcriber;

2. You have twenty-one (21) days from the date of the filing of the transcript to file a Request for Redaction of Transcript, listing the entries by page and line where personal data appears that should be redacted. A copy of the Request for Redaction of Transcript must be sent to the transcriber;

3. The deadline for filing the redacted version of the transcript is thirty-one (31) days from the filing date of the transcript;

4. If the redacted transcript is not filed, the transcript in its current form will be made available to the public via remote electronic access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period; and

5. If the redacted version of the transcript is filed, the redacted transcript will be made available via remote public access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period. The unredacted version of the transcript will not be available via remote electronic access or at the Clerk's office upon the filing of the redacted transcript; it shall be maintained as a private, restricted event. An attorney who purchases the transcript during the ninety (90) day restricted period will be given remote electronic access to the transcript and any redacted version filed.

Dated: 4/21/25

                                                  Mark A. Neal, Clerk of Court
                                                  by Deputy Clerk, Shanita Taylor

cc:   Mark Minuti, Esq.
      Paige N. Topper, Esq.
      Jeffrey C. Hampton, Esq.
      Adam H. Isenberg, Esq.
      Dennis J. Shaffer, Esq.
      Stephen B. Gerald, Esq
      Gianfranco Finizio, Esq.

Michael Papandrea, Esq.
Laura S. Bouyea, Esq.
Jonathan A. Grasso, Esq.
S. Jason Teele, Esq.
David L. Ruediger, Esq.
Katherine Culbertson, Esq.
Junior Dufort, Esq.
Gary H. Leibowitz, Esq.

Clerk49 (rev. 09/28/2007)