Entered: April 25th, 2025
Signed: April 25th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 347, 361** |

**ORDER TO EXTEND OBJECTION DEADLINE AND ADJOURN HEARING ON
EMERGENCY MOTION TO COMPEL DEBTORS TO ASSUME OR REJECT
DISTRIBUTION AGREEMENT WITH TITAN PUBLISHING GROUP, LTD. BY APRIL
25, 2025, AND RELATED RELIEF,
<u>OR IN THE ALTERNATIVE FOR ADMINISTRATIVE EXPENSE</u>**

Upon consideration of the request of the above-captioned debtors and debtors in possession (the "<u>Debtors</u>"), the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), and Titan Publishing Group, Ltd. ("<u>Titan</u>") for the entry of this order extending the Debtors' and Committee's deadlines to object to the *Emergency Motion to Compel Debtors to Assume or Reject Distribution Agreement with Titan Publishing Group, Ltd. by April 25, 2025, and Related Relief,*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55479432.2

*or in the Alternative for Administrative Expense* (the "<u>Motion</u>")[2] [D.I. 347] and modifying the *Order Granting Motion to Shorten Time to Respond to Emergency Motion to Compel Debtors to Assume or Reject Distribution Agreement with Titan Publishing Group, Ltd. by April 25, 2025 and Related Relief, or in the Alternative for Administrative Expense* [D.I. 361], it is hereby,

**ORDERED** that the Debtors' and Committee's deadlines to object to the Motion are extended to the earlier of May 8, 2025, or the day after the date of the closing on the Sale; and it is further

**ORDERED** that a hearing on the Motion, to the extent necessary, shall be held before the Honorable David E. Rice at the United States Bankruptcy Court for the District of Maryland, Courtroom 9D, 101 W. Lombard St., Baltimore, Maryland 21201, on May 21, 2025, at 11:00 a.m. (prevailing Eastern Time); and it is further

**ORDERED** that, unless otherwise agreed by Titan, any rejection of Titan's contract authorized pursuant to a later order of the Court shall not have an effective date earlier than the earliest of: (i) the date of the closing on the Sale, (ii) the date of a hearing on the Motion, or (iii) the filing date of any other motion seeking to reject Titan's contract.

**END OF ORDER**

---

[2] Capitalized defined terms not otherwise defined herein have the same meaning as in the Motion.

55479432.2