IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 18, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Debtors' Amended Schedules [Docket No. 353]**

Dated: April 28, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 28th day of April, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **<u>EXHIBIT A</u>**

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Action Figure Authority Inc | Adams and Reese LLP | Attn: Nikolaus F Schandlbauer, Esq / Lauren A Baio, Esq<br>20 F St, Ste 500<br>Washington, DC 20001 | nick.schandlbauer@arlaw.com;<br>lianna.sarasola@arlaw.com | Email |
| *NOA - Counsel for Image Comics, Inc | BakerHostetler LLP | Attn: Adam L Fletcher, Esq/Scott E Prince, Esq Key Twr<br>127 Public Sq, Ste 2000<br>Cleveland, OH 44114 | afletcher@bakerlaw.com;<br>sprince@bakerlaw.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Cole Schotz P.C. | Attn: Gary H Leibowitz/HC Jones III<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | gleibowitz@coleschotz.com;<br>hjones@coleschotz.com | Email |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | kevin.kobbe@us.dlapiper.com | Email |
| *NOA - Counsel for Kathy Govier | Gohn Hankey & Berlage LLP | Attn: Jan I Berlage<br>201 N Charles St, Ste 2101<br>Baltimore, MD 21201 | jberlage@ghsllp.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel to NECA LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R Winters/Stephanie R Sweeney<br>Attn: Andrew C Brown<br>200 W 41st St, 17th Fl<br>New York, NY 10036-7023 | abrown@klestadt.com;<br>iwinters@klestadt.com;<br>ssweeney@klestadt.com | Email |
| Official Committee of Unsecured Creditors | Little Buddy Toys, LLC | 270 E Palais Rd<br>Anaheim, CA 92805 | | First Class Mail |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Bruce S Nathan/Gianfranco Finizio<br>Attn: Chelsea R Frankel<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | bnathan@lowenstein.com;<br>gfinizio@lowenstein.com;<br>cfrankel@lowenstein.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Michael Papandrea<br>1 Lowenstein Dr<br>Roseland, NJ 07068 | mpapandrea@lowenstein.com | Email |
| *NOA - Counsel for Dynamic Forces, Inc | Mcnamee Hosea, P.A. | Attn: Justin P Fasano<br>6404 Ivy Ln, Ste 820<br>Greenbelt, MD 20770 | jfasano@mhlawyers.com | Email |
| Attorney General | Office Of The Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ashley Moody<br>The Capital, Pl 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Dave Yost State<br>Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Herbert H Slattery, Iii<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Kaul<br>Wisconsin Dept Of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Stein Dept Of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ken Paxton Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Lynn Fitch Dept Of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Mike Hilgers State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office Of The Attorney General | AZ Ag Office – Css<br>P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| Attorney General | Office Of The Attorney General | California Dept Of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office Of The Attorney General | State Of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office Of The Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Brenna Bird Hoover<br>State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Drew Wrigley State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office Of The Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office Of The Attorney General | 441 4th St Nw, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office Of The Attorney General | Walter Sillers<br>Bldg 550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Bob Ferguson<br>1125 Washington St Se<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| *NOA - Counsel for New York State Department of Taxation and Finance (NYSTAX) | Office of the New York State Attorney General | Attn: Robert J Rock<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341 | robert.rock@ag.ny.gov | Email |
| US Attorney's Office | Office Of The Us Attorney | For The Dist Of Maryland<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201 | | First Class Mail |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: David WT Daniels<br>700 13th St, NW, Ste 600<br>Washington, DC 20005 | DDaniels@perknscoie.com | Email |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: Sara L Chenetz<br>1888 Century Park E, Ste 1700<br>Los Angeles, CA 90067-1721 | SChenetz@perkinscoie.com | Email |
| *NOA - Counsel for Basic Fun, Inc. | Polsinelli PC | Attn: D Jack Blum/Mark B Joachim<br>1401 Eye St NW, Ste 800<br>Washington, DC 20005 | jack.blum@polsinelli.com;<br>mjoachim@polsinelli.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Ropers Majeski | Attn: Steven G Polard<br>801 S Figueroa St, Ste 2100<br>Los Angeles, CA 90017 | steven.polard@ropers.com | Email |
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | Attn: Ashley N Fellona<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | ashley.fellona@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Jeffrey C Hampton/Adam H Isenberg<br>Centre Square West<br>1500 Market St, 38th Fl<br>Philadelphia, PA 19102 | jeffrey.hampton@saul.com;<br>adam.isenberg@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Mark Minuti/Paige Topper<br>Attn: Nicholas Smargiassi<br>1201 N Market St, Ste 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | mark.minuti@saul.com;<br>paige.topper@saul.com;<br>nicholas.smargiassi@saul.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Official Committee of Unsecured Creditors | Simon & Schuster, LLC | 100 Front St<br>Riverside, NJ 08075 | | First Class Mail |
| *NOA - Counsel for Blue Yonder, Inc | Squire Patton Boggs (US) LLP | Attn: Christopher J Giaimo / Mark A Salzberg<br>2550 M St NW<br>Washington, DC 20037 | christopher.giaimo@squirepb.com;<br>mark.salzberg@squirepb.com | Email |
| *NOA - Counsel to NECA LLC | The Law Offices of Zvi Guttman, P.A. | Attn: Zvi Guttman<br>P.O. Box 32308<br>Baltimore, MD 21282 | zvi@zviguttman.com | Email |
| Official Committee of Unsecured Creditors | Titan Publishing Group Limited/Titan Comics | 144 Southwark St<br>London, SE1 0UP<br>United Kingdom | | First Class Mail |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St NW, Ste 500<br>Washington, DC 20001 | Toyja.Kelley@troutman.com;<br>Indira.Sharma@troutman.com;<br>Jonathan.Young@troutman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 | David.Ruediger@troutman.com;<br>Katherine.Culbertson@troutman.com | Email |
| *NOA - Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Richard L Costella Esquire<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | rcostella@tydings.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Dennis J Shaffer/Yung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | dshaffer@tydings.com;<br>jlee@tydings.com;<br>sgerald@tydings.com | Email |
| United States Attorney for the District of Maryland | United States Attorney for The District of Maryland | Attn: Civil Process Clerk<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 | hugh.m.bernstein@usdoj.gov | Email |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 | bstrickland@whitefordlaw.com | Email |
| *NOA - Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | andrew.goldman@wilmerhale.com;<br>benjamin.loveland@wilmerhale.com | Email |
| *NOA - Counsel for Alliance Entertainment, LLC | YVS Law, LLC | Attn: Jonathan A Grasso, Esquire<br>185 Admiral Cochrane Dr, Ste 130<br>Annapolis, MD 21401 | jgrasso@yvslaw.com | Email |

## **EXHIBIT B**

**Exhibit B**
Service List

| Creditor | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| 10720 Gilroy Road, LLC | Attn: Antonio Kittles. Tom Brooks | 32 West Road, Suite 230 | Towson, MD 21204 | | | tbrooks@tbrooksinc.com | Email / First Class Mail |
| Ablaze, LLC | 11222 SE Main St. Unit 22906 | Portland, OR 97269 | | | | | First Class Mail |
| Abstract Studios, Inc. | P.O. Box 271487 | Houston, TX 77277 | | | | | First Class Mail |
| ACK Comics | 5017-20 5Th Floor, 1 Aerocity | Nibr Park, Andheri-Kurla Rd | Sakinaka, Mumbai, 400072 | India | | | First Class Mail |
| Action Lab Entertainment | 463 E Main St | Uniontown, PA 15401 | | | | | First Class Mail |
| AHOY Comics | Hart Seely | 499 S. Warren St. Ste. 612 | Syracuse, NY 13202 | | | | First Class Mail |
| AlarmTec Systems of Memphis, LLC | 2035 Fletcher Creek Dr, Ste 102 | Memphis, TN 38133 | | | | | First Class Mail |
| Alien Books | 41 NE 107th St | Miami Shores, FL 33161 | | | | | First Class Mail |
| All Elite Wrestling, LLC | 1 TIAA Bank Field Drive | Jacksonville, FL 32202 | | | | megha.parkh@allelitewrestling.com | Email / First Class Mail |
| American Mythology Productions | 1411 Cherokee Ln | Bel Air, MD 21015 | | | | | First Class Mail |
| Arcane Tinmen | Bjoernholms Alle 4-6 | 8260 Viby J | Denmark | | | | First Class Mail |
| Archie Comic Publications, Inc. | 629 Fifth Ave | Pelham, NY 10803 | | | | | First Class Mail |
| Ares Games | Piazza Petrucci 8 | Camaiore, TUSCANY 55040 | Italy | | | | First Class Mail |
| Artists Writers & Artisans Inc. | 1359 Broadway, Ste 800 | New York, NY 10018 | | | | | First Class Mail |
| ASMODEE GROUP. d/b/a Days of Wonder | 18 rue Jacqueline Auriol | Quartier Villaroy | 78280 Guyancourt | France | | | First Class Mail |
| Aspen MLT, Inc. | 5701 Slauson Ave | Suite #120 | Culver City, CA 90230 | | | | First Class Mail |
| Atlas Games | Attn: Accounts Receivables | 202 3rd Ave | Proctor, MN 55810 | | | | First Class Mail |
| Avatar Press Inc. | 515 N Century Blvd | Rantoul, IL 61866 | | | | | First Class Mail |
| Bad Egg LLC | 3101 Ocean Park Blvd | Ste 100 Pmb 247 | Santa Monica, CA 90405 | | | | First Class Mail |
| Bandai America Incorporated | Attn: Nick Contreras and Cynthia Nishimoto | 5551 Katella Avenue | Cyprus, CA 90630 | | | | First Class Mail |
| Bandai Co. Ltd. | 1-4-8 Komagata | Taito-Ku, Tokyo 111-8081 | Japan | | | | First Class Mail |
| Bandai Namco Toys & Collectibles America Inc. | 23 Odyssey | Irvine, CA 92618 | | | | | First Class Mail |
| Battle Quest Comics | 1748 NE Tillamook | Portland, OR 97212 | | | | | First Class Mail |
| Battlefront Miniatures Inc. | 500 Principio Pkwy W | North East, MD 21901 | | | | | First Class Mail |
| Behemoth Entertainment LLC | 651 N Plano Rd | Suite 421 | Richardson, TX 75081 | | | | First Class Mail |
| Benitez Productions | P.O. Box 17161 | Encino, CA 91416 | | | | | First Class Mail |
| Black Mask Studios | C/O Epitaph | 2798 Sunset Blvd | Los Angeles, CA 90026 | | | | First Class Mail |
| Black Panel Press | 22 Gilbert Street | St. John'S, NL AIC1X4 | Canada | | | | First Class Mail |
| BOOM! Entertainment | Attn: Accounting Dept. | 5670 Wilshire Blvd. Suite 400 | Los Angeles, CA 90036 | | | | First Class Mail |
| Brulyman | 3223 Lake Ave, Unit 394 | Wilmette, IL 60091 | | | | | First Class Mail |
| Bundoran Press Publishing House | Unit 1111 | 151 Bay Street | Ottawa, ON K1R 7T2 | Canada | | | First Class Mail |
| Burning Games | Iparragirre 60 5D | 48010 Vizcaya | Spain | | | | First Class Mail |
| Burning Games Sociedad Cooperativa Pequena (BRG) | Attn: Helio de Grado Fernandez | Iparragirre 60 5D | 48010 Vizcaya | Spain | | | First Class Mail |
| Burning Wheel | 26-47 30th St | Astoria, NY 11102 | | | | | First Class Mail |
| Burning Wheel (GHQ) | Attn: Luke Crane | 26-47 30th Street | Astoria, NY 11102 | | | | First Class Mail |
| C.H. Robinson Worldwide Inc. | P.O. Box 9121 | Minneapolis, MN 55480-9121 | | | | | First Class Mail |
| Capstone Games | 2 Techview Dr | Cincinnati, OH 45215 | | | | | First Class Mail |
| Capstone Games, LLC (CSG) | Attn: Clay Ross | 2 Techview Drive | Cincinnati, OH 45215 | | | | First Class Mail |
| Capstone Publishers | P.O. Box 776866 | Chicago, IL 60677-6866 | | | | | First Class Mail |
| Chaosium Inc. | 3450 Wooddale Ct | Ann Arbor, MI 48104 | | | | | First Class Mail |
| Chaosium, INC (CHA) | 3450 Wooddale Ct | Ann Arbor, MI 48104 | | | | | First Class Mail |
| Chessex Manufacturing Co. LLC | P.O. Box 80255 | Fort Wayne, IN 46898-0255 | | | | | First Class Mail |
| Cleo Communications US, LLC | 4949 Harrison Ave | Rockford IL 61108 | | | | | First Class Mail |
| Clover Press, LLC | 12625 High Bluff Dr | Suite 220 | San Diego, CA 92130 | | | | First Class Mail |
| Comikaze Entertainment LLC | 801 S Grand Ave, Ste 375 | Los Angeles, CA 90017 | | | | | First Class Mail |
| Compass Games | Attn: Ken Dingley | PO Box 271 | Cromwell, CT 06416 | | | | First Class Mail |
| Compass Games LLC | 3466 Main St | Cromwell, CT 06416 | | | | | First Class Mail |
| CREATIVE GAMES STUDIO LLC | Attn: Rick Bach Cater | 1878 Saint George Blvd | Billings, MT, 59101 | | | marcio@wearecgs.com | Email / First Class Mail |
| Creative Mind Energy LLC | 259 B W Front St | Missoula, MT 59802 | | | | | First Class Mail |
| Cryptozoic Entertainment LLC | 25351 Commercentre Dr, #250 | Lake Forest CA 92630 | | | | | First Class Mail |
| Cryptozoic Entertainment, LLC | 23212 Mill Creek D | Suite 300 | Laguna Hills, CA 92653 | | | | First Class Mail |
| Czech Games Edition Inc. | 901 Watson Ave | Madison, WI 53713 | | | | | First Class Mail |
| Dan Verssen Games | 1775 State Highway 26 | Grapevine, TX 76051 | | | | | First Class Mail |
| Dara Studios | Attn: Richard Gain | 16 Gulph Mill Rd | Somers Point, NJ 08244 | | | | First Class Mail |
| Dark Horse Comics, LLC | 10956 SE Main St | Milwaukie, OR 97222 | | | | | First Class Mail |
| Dave Taylor Miniatures, LLC | 3128 Abell Avenue | Baltimore, MD 21218 | | | | | First Class Mail |
| DaVinci Editrice SRL | Via Sandro Penna 24 | Perugia | Italy | | | | First Class Mail |
| DC Comics | Attn: Theodore D. Segal | c/o Stradley Ronon Stevens & Young | 1250 Connecticut Avenue, N.W. Suite 500 | Washington D.C. 20036 | | | First Class Mail |
| DC Comics | Attn: Warner Bros. Gen Counsel, John Rood, Exectutive VP Sales, Marketing & Business Dev | c/o Warner Bros. | 4000 Warner Bolevard | Burbank, CA 91522 | | | First Class Mail |
| DC Comics | Attn: Vice President and Legal Affairs | 1700 Broadway | New York, NY 10019 | | | | First Class Mail |
| DESIGN STUDIO PRESS | Attn: Tinti Dey | 8577 Higuera Street | Culver City, CA 90232 | | | | First Class Mail |
| Device Magic Inc. | 2700 Fairmount St | Dallas, TX 75201 | | | | finance@accounts.devicemagic.com | Email / First Class Mail |
| Dex Protection LLC | 402 S San Gabriel Blvd | San Gabriel, CA 91776 | | | | | First Class Mail |
| Dex Protection, LLC | Attn: Howard Hsu | 402 S. San Gabriel Blvd | San Gabriel, CA 91776 | | | | First Class Mail |
| Diamond Comic Distributors, Inc | 10150 York Rd, Ste 300 | Hunt Valley, MD 21030 | | | | | First Class Mail |
| Dietz Foundation Games | 311 N Sunrise St | Sigel, IL 62462 | | | | | First Class Mail |
| Digital Manga Publishing, Inc. | 1447 W 178th St, Ste 302 | Gardena, CA 90248 | | | | | First Class Mail |
| Dire Wolf Digital LLC | 1865 S Manor Ln | Lakewood, CO 80232 | | | | | First Class Mail |
| Disney Consumer Products, Inc./Marvel Entertainment, LLC | 500 South Buena Vista Street | Burbank, CA 91521 | | | | | First Class Mail |
| Draco Studios | 848 Brickell Ave | Miami, FL 33131 | | | | | First Class Mail |
| Draco Studios | Attn: Caroline Pritchard-Law | 848 Brickell Ave | Miami, FL 33131 | | | | First Class Mail |
| DSTLRY Media | 3680 Wilshire Blvd, Ste P04-1420 | Antt: Chip Mosher | Los Angeles, CA 90010 | | | | First Class Mail |
| Dynamic Forces, Inc. | Ste 205 | 113 Gaither Dr | Mt Laurel, NJ 08054 | | | | First Class Mail |
| E.C. Publications, Inc. | dba DC | Attn: Vice President and Legal Affairs | 1700 Broadway | New York, NY 10019 | | | First Class Mail |
| E.C. Publications, Inc. | dba DC | Attn: Theodore D. Segal | c/o Stradley Ronon Stevens & Young | 1250 Connecticut Avenue, N.W. Suite 500 | Washington D.C. 20036 | | First Class Mail |
| E.C. Publications, Inc. | dba DC | Attn: Warner Bros. Gen Counsel, John Rood, Exectutive VP Sales, Marketing & Business Dev | c/o Warner Bros. | 4000 Warner Bolevard | Burbank, CA 91522 | | First Class Mail |
| Electronics Boutique Canada, Inc. | 8995 Airport Road | Brampton, ON L6T 5T2 | Canada | | | | First Class Mail |
| Elf Creek Games | P.O. Box 7594 | Champaign, IL 61826 | | | | | First Class Mail |
| Encore Propane, LLC | 2500, Dallas Parkway STE 300 | Plano, Texas 75093 | | | | | First Class Mail |
| Eureka Productions | Attn: Tom Pomplun | 8778 Oak Grove Road | Mount Horeb, WI 53572 | | | | First Class Mail |
| Evil Hat Productions LLC | C/O Fred Hicks | 10125 Colesville Rd, Ste 318 | Silver Spring, MD 20901 | | | | First Class Mail |
| Expeditors | 6005 Freeport Avenue, Suite 102 | Memphis, TN 38141 | | | | | First Class Mail |
| Express Services Inc. | P.O. Box 535434 | Atlanta, GA 30353-5434 | | | | | First Class Mail |
| Fair Square Graphics LLC | 608 S Dunsmuir Ave | Apt. 207 | Los Angeles, CA 90036 | | | | First Class Mail |
| Fanroll LLC | 3236 Illinois Rd | Fort Wayne, IN 46802 | | | | | First Class Mail |
| Fantagraphics Books, Inc. | 7563 Lake City Way NE | Seattle, WA 98115 | | | | | First Class Mail |
| FedEx | P.O. Box 371461 | Pittsburgh, PA 15250-7461 | | | | | First Class Mail |
| FedEx Corporation | Acct# 1978-6070-7 | Po Box 371461 | Pittsburgh, PA 15250-7461 | | | | First Class Mail |
| Firelock Games | 14399 SW 143 Ct | Miami, FL 33186 | | | | | First Class Mail |
| Fisher-Price & Mattel | 636 Girard Ave E | Aurora, NY 14052 | | | | | First Class Mail |
| Floodgate Games (FGG) | Attn: Benjamin Harkins | 8014 Hwy 55, Ste 501 | Golden Valley, MN 55427 | | | | First Class Mail |
| Flying Frog Productions LLC | 2518 141St St SW | Lynnwood, WA 98087 | | | | | First Class Mail |
| Folded Space EOOD | J.K. Sofia Park | Sofia, 1766 | Bolgaria | | | | First Class Mail |
| Folded Space EOOD (FLD) | Attn: Richard Coupland, Owner | J.K. Sofia Park | Sofia 1766 | Bulgaria | | | First Class Mail |
| FUNimation Productions, Ltd. | 1200 Lakeside Parkway Building 1 | Flower Mound, TX 75028 | | | | | First Class Mail |
| Gamelyn Games | 18933 E Ste 103 San Tan Blvd | Queen Creek, AZ 85142 | | | | | First Class Mail |
| Gamelyn Games | Attn: Michael Coe, CEO, | 18933 East San Tan Blvd Suite 105 | Queen Creek, AZ 85142 | | | | First Class Mail |
| Gamelyn Games (GLG) | Attn: Nathan Hatfield | 18933 East San Tan Blvd, Suite 103 | Queen Creek, AZ 85142 | | | | First Class Mail |
| Gen Manga Entertainment, Inc. | Ste 7002 | 250 Park Ave | New York, NY 10177 | | | | First Class Mail |
| Genius Games | 2079 Congressional Dr | Saint Louis, MO 63146 | | | | | First Class Mail |
| Genius Games, LLC (GEN) | Attn: Patrick Fitzgibbon | 2079 Congressional Drive | Saint Louis, MO 63146 | | | | First Class Mail |

**Exhibit B**
Service List

| Creditor | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Ghost Galaxy Inc. | 1995 W County Rd B2, Ste 2 | Roseville, MN 55113 | | | | | First Class Mail |
| Gold Key Entertainment | 4927 W. Laurie Lane | Glendale, AZ 85302 | | | | | First Class Mail |
| Goodman Games LLC | 4040 Civic Center Dr Suite 200 | San Rafael, CA 94903 | | | | | First Class Mail |
| Goodman Games LLC | 51 Piper Lane | Fairfax, CA 94930 | | | | | First Class Mail |
| Gorgias Inc | 180 Sansome Street, Suite 1800 | San Fransico, CA 94104 | | | | billing@gorgias.com | Email First Class Mail |
| Graphic Mundi - PSU Press | Accounts Receivable | 512 Paterno Library | University Park, PA 16802 | | | | First Class Mail |
| Graphitti Designs | 33159 Camino Capistrano Ste G | San Juan Capist, CA 92675 | | | | | First Class Mail |
| Green Ronin Publishing, LLC | 6731 29Th Avenue South | Seattle, WA 98108 | | | | | First Class Mail |
| GT Labs | 816 Hutchins Ave | Ann Arbor, MI 48103 | | | | | First Class Mail |
| Gungnir Entertainment | 923 Euclid Street Apt 301 | Santa Monica, CA 90403 | | | | | First Class Mail |
| Gungnir Entertainment | Attn: Matthew Medney, Founder, Publisher | 923 Euclid St. Suite 301 | Santa Monica, CA, 90403 | | | | First Class Mail |
| Habermaass Corp Inc. | Haba Usa | 4407 Jordan Rd | Skaneateles, NY 13152 | | | | First Class Mail |
| Hammerdog Games (HDG) | Attn: Danny O'Neill | 1115 Columbia St | Fort Wayne, IN 46805 | | | | First Class Mail |
| Happy Camper Games | Attn: Jason Schneider | 160 Alewife Brook | Cambridge, MA 02138 | | | | First Class Mail |
| Happy Camper LLC | 160 Alewife Brook | Cambridge, MA 2138 | | | | | First Class Mail |
| Heavy Metal Entertainment | 85A Brook Ave | Deer Park, NY 11729 | | | | | First Class Mail |
| Hermes Press | 2100 Wilmington Road | New Castle, PA 16105 | | | | | First Class Mail |
| Hette Boardgames Usa | Hachette Boardgames Usa | 2363 James St, Ste 537 | Syracuse, NY 13206-2840 | | | | First Class Mail |
| Hit Point Press | 1175 Brookfield Rd East | Ottawa, ON K1V0C3 | Canada | | | | First Class Mail |
| Hit Point Press (HPP) | Attn: Ricardo Evangelho, CEO, Owner | 1175 Brookfield Rd East | Ottawa, ON K1V 0C3 | Canada | | | First Class Mail |
| Hootsuite Inc. | 111 East 5th Avenue | Vancouver, BC V5T 4L1 | Canada | | | | First Class Mail |
| Humanoids Inc. | 6464 Sunset Blvd.Suite 1180 | Los Angeles, CA 90028 | | | | | First Class Mail |
| Hush Hush Projects USA | 16 Gulph Mill Rd | Somers Point, NJ 8244 | | | | | First Class Mail |
| Hush Hush Projects USA LLC (HHP) | Attn: Richard Gain, Managing Agent/Sales Manager | 16 Gulph Mill Rd | Somers Point, NJ 08244 | | | | First Class Mail |
| Icon Heroes, LLC | 4255 Campus A100 No 4926 | Irvine, CA 92616-4926 | | | | | First Class Mail |
| Image Comics, Inc. | Suite 780 Attn: Accounting | 2701 Nw Vaugh Street | Portland, OR 97210 | | | | First Class Mail |
| Incredible Dream Studios Inc. | 2261 Market Street #4475 | San Francisco, CA 94114 | | | | | First Class Mail |
| INCREDIBLE DREAM STUDIOS, INC. | Attn: Jane Hoffacker, CEO & Co-Founder | 2261 Market Street, Ste 4475 | San Fransico, CA 92106 | | | | First Class Mail |
| Integrated Connection LLC | 306 6Th Avenue Se | Cedar Rapids, IA 52401 | | | | | First Class Mail |
| Jasco Games LLC | 5075 Cameron Street | Las Vegas, NV 89118 | | | | | First Class Mail |
| Joe Books Inc. | Attn: Accounting Dept. | 567 Queen St. West | Toronto, ON M3V 2B6 | Canada | | | First Class Mail |
| Joking Hazard LLC | Attn: Heather Denbleyker | 15530 Spring Creek Pl | Dallas, TX 75248 | | | | First Class Mail |
| Joking Hazard, LLC | 15530 Spring Creek Pl | Dallas, TX 75248 | | | | | First Class Mail |
| Jordan Draper Games | Attn: Jordan Draper Games | 117 E Calbourne Ln I3 | Sandy, UT 87040 | | | | First Class Mail |
| JPMorgan Chase Bank, N.A. | P.O. Box 69165 | Baltimore, MD 21264-9165 | | | | | First Class Mail |
| KMC USA LLC | 108 N Macarthur Blvd | Irving, TX 75061 | | | | | First Class Mail |
| Kuehne & Nagel Limited Shenzhen Branch | Unit A-F, 28/F, Block A | World Finance Centre | 4003 ShenNan Dong Road | Shenzhen 518001 P.R. | China | | First Class Mail |
| Laguna Studios, LLC | 9178 Ridge Path | San Antonio, TX 78250 | | | | | First Class Mail |
| Left Justified, LLC | 1160 County Road C2 W | Roseville, MN 55113 | | | | | First Class Mail |
| Legendary Licensing, LLC | 2900 W. Alameda Ave | Burbank, CA 91505 | | | | | First Class Mail |
| Lion Forge Comics | 227 N Lindbergh Blvd | St Louis, MO 63141 | | | | | First Class Mail |
| Living The Line | 1477 Ashland Avenue | Staint Paul, MN 55104 | | | | | First Class Mail |
| Loren Coleman (Catalyst Games) | 5003 Main Street, Ste 110 | Tacoma, WA 98407 | | | | | First Class Mail |
| Lucky Duck Games | Plac Nowy 3/44 | Krakow, 31-057 | Poland | | | | First Class Mail |
| Lucky Duck Games (LKY) | Attn: Anthony Boyd | 2 Techview Drive | Cincinnati, OH 45215 | | | | First Class Mail |
| Lulu Is A Rhinoceros LLC | 1755 Broadway 8Th Floor | New York, NY 10019 | | | | | First Class Mail |
| Luminary Games | Attn: Aaron Shaw | 4068 Kingston St, | Bellingham, WA 98226 | | | | First Class Mail |
| Lunar Distribution | 10701 Rose Avenue | New Haven, IN 46774 | | | | | First Class Mail |
| Mad Cave Studios Inc. | 8838 Sw 129Th Street | Miami, FL 33176 | | | | | First Class Mail |
| Maersk | Attn: Spencer D. Critchett (Senior Counsel) | 5160 Wiley Post Way | Salt Lake City, UT 84116 | | | | First Class Mail |
| Maersk E-Commerce Logistics | 5160 Wiley Post Way | Salt Lake City, UT 84116 | | | | | First Class Mail |
| Magma Comix | 3130 Whittier Street | San Diego, CA 92106 | | | | | First Class Mail |
| Magnetic Press LLC | 227 N. Lindbergh Blvd. | St. Louis, MO 63141-7809 | | | | | First Class Mail |
| MANK Ventures LLC | Attn: Apoorv Gupta, Director, Sales | 1704 W Olmsted Circle | Asheville NC 28803 | | | | First Class Mail |
| Mantic Entertainment Ltd. | Cumberland House | Nottingham, NG1 6EE | United Kingdom | | | | First Class Mail |
| Mantic Games | 193 Hempshill Lane | Bulwell, Nottingham, | Notts, NG6 8PF | United Kingdom | | ronnie.renton@manticgames.com | Email First Class Mail |
| Marvel Brands LLC | Attn: Marvel Business and Legal Affairs | c/o Marvel Entertainment, LLC | 1290 Avenue of the Americas, 2nd Floor | New York, NY 10104 | | | First Class Mail |
| Marvel Worldwide, Inc. | 1290 Ave of The Americas, 2nd Fl, | New York, NY 10104 | | | | | First Class Mail |
| Massive Publishing LLC | Michael Calero | 3404 Leatha Way | Sacramento, CA 95821 | | | | First Class Mail |
| Master Staffing | 1800 East Market St | York, PA 17402 | | | | | First Class Mail |
| Masterpieces Inc. | 39313 Treasure Center | Chicago, IL 60628 | | | | | First Class Mail |
| Mattel Inc. | Reference: 975229-6864 | 333 Continental Blvd | Atlanta, GA 90245 | | | | First Class Mail |
| Mayday Games Inc. | 380 West 700 South | Springville, UT 84665 | | | | | First Class Mail |
| Mayday Games, INC (MDG) | Attn: Seth Hiatt, Owner | 380 West 700 South | Springville, UT 84663 | | | | First Class Mail |
| Metallic Dice Games (MDG) | Attn: Adam Hackett | 2919 Greenbriar Drive | Fort Wayne, IN 46804 | | | | First Class Mail |
| Microsoft Corporation | C/O Boa, Lockbox# 842467 | 1950 N Stemmons Fwy Ste 5010 | Dallas, TX 75207 | | | | First Class Mail |
| Mindware Wholesale Inc. | Po Box 310482 | Des Moines, IA 50331-0482 | | | | | First Class Mail |
| Monster Fight Club | 395-190 Reas Ford Road | Earlysville, VA 22936 | | | | | First Class Mail |
| Mr. B Games | Attn: Sean Brown | 312 American Greeting Card Road | Corbin, KY 40701 | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | | | First Class Mail |
| National Entertainment Collectibles Association | Nat.Entertainment Coll;Inc | 603 Sweetland Avenue | Hillside, NJ 07205 | | | | First Class Mail |
| Nauvoo Games LLC | 2020 Lawrence St | Denver, CO 80205 | | | | | First Class Mail |
| Nauvoo Games LLC | Attn: Bill White | 2020 Lawrence St. Unit 422 | Denver, CO 80205 | | | | First Class Mail |
| NBM Publishing, Inc. | Ste. 700, East Wing | 160 Broadway | New York, NY 10038 | | | | First Class Mail |
| Netcomics, Inc. | 100 Lost Tree Lane | Cary, NC 27513 | | | | | First Class Mail |
| Norma Editorial S.A. | Passeig De Sant Joan, 7 | Barcelona, 08010 | Spain | | | | First Class Mail |
| North Star Games | 10605 Concord Street | Kensington, MD 20895 | | | | | First Class Mail |
| North Star Games, LLC (IWG) | Attn: Satish Pillalamarri | 10605 Concord Street | Kensington, MD 20895 | | | | First Class Mail |
| Oni-LF Publishing Group, LLC | 227 N. Lindbergh Blvd. | St Louis, MO 63141 | | | | | First Class Mail |
| Ox Eye Media Inc. | 100 S. Jefferson Ave | Saginaw, MI 48607 | | | | | First Class Mail |
| Paddle.com Inc. | 3881 Ditmars Blvd, Ste 1071 | Astoria 11105, New York | | | | | First Class Mail |
| Paizo Inc. | P.O. Box 44311 | Seattle, WA 98124-5611 | | | | | First Class Mail |
| Pegamoose Press | Troy Little | 74 Westcomb Cres | Charlottetown, PE C1C 1B8 | Canada | | | First Class Mail |
| Penguin Random House LLC | Box 223384 | Pittsburgh, PA 15251-2384 | | | | | First Class Mail |
| Primal Horizon | C/O Glanfield Marketing | 214 King St | Welland, ON L3B 3J7 | Canada | | | First Class Mail |
| Primal Horizon | Attn: Mark Easterday | C/O Glanfield Marketing | 214 King St | Welland, ON L3B 3J7 | Canada | | First Class Mail |
| Prime Books LLC | Attn Sean Wallace | 13862 Crosstie Dr. | Germantown, MD 20874 | | | | First Class Mail |
| Pristine Janitorial Services LLC | 128 W Rudisill Blvd | Fort Wayne, IN 46807 | | | | | First Class Mail |
| Publisher Services Inc. | 2800 Vista Ridge Dr. | Suwanee, GA 30024 | | | | | First Class Mail |
| Quartermaster Direct | 8550 S Us Hwy 17/92 | Maitland, FL 32751 | | | | | First Class Mail |
| Quest Kids LLC | 605 E 21st St | Houston, TX 77008-4430 | | | | | First Class Mail |
| R. Talsorian Games Inc. | 13847 70Th Ave | Kirkland, WA 98034 | | | | | First Class Mail |
| Rabbit Publishers | 1624 W. Northwest Highway | Arlington Hghts, IL 60004 | | | | | First Class Mail |
| Randstad | Po Box 7247-6655 | Philadelphia, PA 19170-6655 | | | | | First Class Mail |
| Ravensburger North America Inc. | P.O. Box 845233 | Boston, MA 02284-5233 | | | | | First Class Mail |
| Reaper Miniatures | Po Box 2107 | Lake Dallas, TX 75065-2107 | | | | | First Class Mail |
| Reaper Miniatures (RPR) | Attn: Ed Pugh, President | PO Box 2107 | Lake Dallas, TX 75065-2107 | | | | First Class Mail |
| Red Giant Entertainment | Attn: Benny Powell | 614 E Hwy 50 #235 | Clermont, FL 34711 | | | | First Class Mail |
| Red Lion Municipal Authority | Po Box 190 | Red Lion, PA 17356-0190 | | | | | First Class Mail |
| Renegade Game Studios | 153 Sugar Belle Drive Suite B #166 | Winter Garden, FL 34787 | | | | | First Class Mail |
| Rio Grande Games | 18 Santa Ana Loop | Placitas, NM 87043 | | | | | First Class Mail |
| Roadrunner Transportation | Attn: Collections | Po Box 74857 | Chicago, IL 60694 | | | | First Class Mail |
| RUPTURA ESTUDIOS LLC dba RUPTURA COMICS | Attn: Ricardo Felipe González Llarena, Publisher | 600 N Broad Street, Suite 382 | Middletown, DE 19709 | | | | First Class Mail |
| SAIA Motor Freight Line LLC | P.O. Box 730532 | Dallas, TX 75373-0532 | | | | | First Class Mail |
| Scout Comics | 12541 Metro Parkway Suite 20 | Fort Myers, FL 33966 | | | | | First Class Mail |
| Skyscraper Studios Inc. | 16 Continental Road | Scarsdale, NY 10583 | | | | | First Class Mail |

**Exhibit B**
Service List

| Creditor | | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Skyscraper Studios, Inc. | dba Roll for Combat | Attn: Stephen Glicker | 16 Continental Road | Scarsdale, NY 10583 | | First Class Mail |
| Snowbright Studio | 1500 Chagrin River Rd | Gates Mills, OH 44040 | | | | First Class Mail |
| Snowdale Design | Yrjönkatu 5D 59 | Bjorneborg, 28100 | Finland | | | First Class Mail |
| Snowdale Design Oy | Attn: Sami Laakso | Yrjönkatu 5 D 59 | 28100 Pori | Finland | | First Class Mail |
| Source Point Press | 3603 Orchard Drive | Midland, MI 48640 | | | | First Class Mail |
| Southeastern Freight Lines Inc. | P O Box 105024 | Atlanta, GA 30348-5024 | | | | First Class Mail |
| Southern California Gas Company | Po Box C | Monterey Park, CA 91756-5111 | | | | First Class Mail |
| Square Enix LLC | P.O. Box 60079 | Los Angeles, CA 90060-0079 | | | | First Class Mail |
| Stanton Public Relations | 909 3rd Ave, 14th Fl | New York, NY 10022 | | | | First Class Mail |
| Steamforged Games Ltd. | Hanover House, Greg Street | Stockport, CHESHIRE SK5 7NR | United Kingdom | | | First Class Mail |
| Sterling Integration Services | P.O. Box 1995 | 303 Centennial Dr | N Sioux City, SD 57049 | | | First Class Mail |
| Storm King Productions, Inc. | C/O F. Altman & Company | 9255 W. Sunset Blvd, Ste 300 | Los Angeles, CA 90069 | | | First Class Mail |
| Studio 2 Publishing Inc. | 2663 Byington Solway Rd | Knoxville, TN 37931 | | | | First Class Mail |
| Tasty Minstrel Games, LLC (TTT) | Attn: Michael Mindes | 4812 West Cattle | Mountain Green, UT 84050 | | | First Class Mail |
| TeeTurtle, LLC | 6200 Pershall Rd. | Hazelwood, MO 63042 | | | | First Class Mail |
| Thames & Kosmos | 89 Ship St | Providence, RI 02903 | | | | First Class Mail |
| The Army Painter ApS | Christiansmindevej 12 | Skanderborg,  DK-8660 | Denmark | | | First Class Mail |
| The Little Plastic Train Company | 1004 Prairie St. | Houston, TX 77002 | | | | First Class Mail |
| The Little Plastic Train Company | Attn: Stephen Aslett | 1004 Prairie St., Ste. 200 | Houston, TX 77002 | | | First Class Mail |
| The Pokémon Company International | 10400 Ne 4Th Street | Suite 2800 | Bellevue, WA 98004 | | | First Class Mail |
| The Upper Deck Company Inc. | Attn: Credit & Collections | 5830 El Camino Real | Carlsbad, CA 92008 | | | First Class Mail |
| Titan Publishing Group Ltd. | 144 Southwark Street | London,  SE10UP | United Kingdom | | | First Class Mail |
| Tokyopop, Inc. | C/O Guglielmo Accounting Inc. | Po Box 2815 | Camarillo, CA 93011 | | | First Class Mail |
| Toonhound Studios LLC | 20532 2Nd Drive Se | Bothell, WA 98012 | | | | First Class Mail |
| Toy Fair 2025 | 1375 Broadway, Ste 1001 | New York, NY 10018 | | | | First Class Mail |
| Transcontinental Printing Inc. | c/o Transcontinental Inc | 1 Place Ville Marie, Suite 3315, | Montreal, Qubec H3B 3N2 | Canada | | First Class Mail |
| Transcontinental Printing Inc. | 150 181st Street | Beauceville, Qubec, G5X 3P3 | Canada | | | First Class Mail |
| Treasure Fall Games (Quest Kids) | Attn: Dustin McMillan | 13 Memorial Point Lane | Houston, TX 77024 | | | First Class Mail |
| TwoMorrows Publishing | 10407 Bedfordtown Drive | Raleigh, NC 27614 | | | | First Class Mail |
| UDON Entertainment Inc. | 51 Ridgestone Drive | Richmond Hill, ON L4S 0E3 | Canada | | | First Class Mail |
| Uline | Attn: Accounts Receivables | Po Box 88741 | Chicago, IL 60680-1741 | | | First Class Mail |
| Ultra Pro International LLC | 6049 Slauson Avenue | City of Commerce, CA 90040 | | | | First Class Mail |
| Ultra Pro International, LLC | P.O. Box 8201 | Pasadena, CA 91109-8201 | | | | First Class Mail |
| United Parcel Service, Inc. | P.O. Box 650116 | Dallas, TX 75265-0116 | | | | First Class Mail |
| University Games | 2030 Harrison Street | San Francisco, CA 94110 | | | | First Class Mail |
| USAopoly Inc. | The Op Lock Box | Po Box 848593 | Los Angeles, CA 90084-8593 | | | First Class Mail |
| USAOPOLY, Inc. | 5607 Palmer Way | Carlsbad, CA 92010 | | | | First Class Mail |
| Valiant Entertainment | 350 7Th Avenue | Suite 300 | New York, NY 10001 | | | First Class Mail |
| VALIANT ENTERTAINMENT, LLC. | Attn: Gavin Cuneo | 424 West 33rd Street, Suite 420 | New York NY 10001 | | | First Class Mail |
| Van Ryder Games (VRG) | Attn: AJ Porfirio, President | 3011 Harrah Dr | Spring Hill, TN 37174 | | | First Class Mail |
| Van Ryder Games LLC | 3011 Harrah Dr. | Spring Hill, TN 37174 | | | | First Class Mail |
| Viacom International Inc. | Attn: EVP, Deputy General Counsel, Paramount Consumer Products | Paramount Global | c/o Paramount Consumer Products | 1515 Broadway | New York, NY 10036 | sara.newbold@paramount.com; legalnotices@viacomcbs.com | Email First Class Mail |
| VIZ Media, LLC | 1355 Market Street | Suite 200 | San Francisco, CA 94103 | | | First Class Mail |
| Wargames Atlantic LLC | 270 Bellevuew Avenue | Newport, RI 2480 | | | | First Class Mail |
| Wargames Atlantic LLC (WGA) | Attn: Matt Hudson, President | 270 Bellevue Avenue | Newport, RI 02840 | | | First Class Mail |
| Warlord Games | T04/T10 Technology Wing | Nottingham, NG7 2BD | United Kingdom | | | First Class Mail |
| Wiese USA | 1435 Woodson Road | St. Louis, MO 63132 | | | | First Class Mail |
| Winning Moves Inc. | 75 Sylvan St, Ste C-104 | Danvers, MA 01923 | | | | First Class Mail |
| Wizards of the Coast Inc. | P.O. Box 403050 | Atlanta, GA 30384-3050 | | | | First Class Mail |
| Worldwide Express | P.O.Box 21272 | New York, NY 10087-1272 | | | | First Class Mail |
| Worldwise Imports LLC | 4390 E. Alexander Road | Las Vegas, NV 89115 | | | | First Class Mail |
| XPO Logistics Freight Inc. | 29559 Network Place | Chicago, IL 60673-1559 | | | | First Class Mail |
| Yen Press LLC | Floor 19 | 150 West 30Th Street | New York, NY 10001 | | | First Class Mail |
| Yumcha Studios | 31-50 140Th St Apt 5G | Flushing, NY 11354 | | | | First Class Mail |
| Z2 Comics | Apt 15B | 201 East 69Th | New York, NY 10021 | | | First Class Mail |
| Zenescope Entertainment Inc. | Unit 119 | 2381 Philmont Avenue | Huntingdon Vlly, PA 19006 | | | First Class Mail |