IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc. *et al.*,<br><br>Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Alliance Entertainment, LLC,<br><br>Plaintiff,<br>v.<br><br>Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; Diamond Select Toys & Collectibles, LLC, Raymond James & Associates, Inc., Getzler Henrich & Associates LLC, Robert Gorin, Charlie Tyson, and Dan Hirsch,<br><br>Defendants. | Adv. Proc. No. 25-_____ |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to the Federal Rule of Bankruptcy Procedure 7007.1, Plaintiff Alliance Entertainment, LLC, by and through its undersigned counsel, states that it is wholly-owned by Project Panther Acquisition Corporation, a Delaware corporation, which is wholly-owned by AENT Corporation, a Delaware corporation, which is wholly-owned by Alliance Entertainment Holding Corporation, a Delaware corporation ("Parent"). Parent is a publicly traded company that is listed on NASDAQ under the ticker symbol "AENT".

[*Signatures appear on next page*.]

Dated: April 29, 2025

/s/ *Jonathan A. Grasso*
Jonathan A. Grasso, 19278
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-5972
jgrasso@yvslaw.com

-and-

S. Jason Teele (Admitted Pro Hac Vice)
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-4779
steele@sillscummis.com

*Counsel for Alliance Entertainment, LLC*