# **EXHIBIT B**

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1215196

Page 42  
April 28, 2025

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $250.09 |
| Travel | $400.52 |
| **Total Disbursements** | **$650.61** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1215196

Page 43
April 28, 2025

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 03/24/25 | Local Travel VENDOR: Papandrea, Michael T. INVOICE#: 7321783303310204 DATE: 3/31/2025 ; 03/24/25; Mileage; FROM: home; TO: auction; Attend auction at Raymond James | $42.90 |
| 03/24/25 | Local Travel VENDOR: Papandrea, Michael T. INVOICE#: 7321783303310204 DATE: 3/31/2025 ; 03/24/25; Parking; Attend auction at Raymond James | $110.00 |
| 03/24/25 | Local Travel VENDOR: Papandrea, Michael T. INVOICE#: 7321783303310204 DATE: 3/31/2025 ; 03/24/25; Toll; Attend auction at Raymond James | $22.62 |
| 03/25/25 | Local Travel VENDOR: Finizio, Gianfranco INVOICE#: 7320093403280201 DATE: 3/28/2025 ; 03/25/25; Taxi/Car Service; FROM: Auction; TO: home; Uber ride from NYC to home (Long Island NY) after concluding auction late at night | $225.00 |
| 03/04/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 2 / Docs/Lines: 0 | $168.80 |
| 03/21/25 | Computerized legal research: Westlaw: User Name: GAUVIN,CAROLYN / Duration of Search: 00:00 / Transaction: 8 / Docs/Lines: 0 | $58.19 |
| 02/03/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212377-Q12025 DATE: 4/23/2025 Date: 02/03/2025 Court: MDDC Pages: 6 | $0.60 |
| 03/19/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212378-Q12025 DATE: 4/24/2025 Date: 03/19/2025 Court: CANBK Pages: 44 | $4.40 |
| 03/19/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212378-Q12025 DATE: 4/24/2025 Date: 03/19/2025 Court: MDBK Pages: 72 | $7.20 |
| 03/19/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212378-Q12025 DATE: 4/24/2025 Date: 03/19/2025 Court: DEBK Pages: 75 | $7.50 |
| 03/19/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 3212378-Q12025 DATE: 4/24/2025 Date: 03/19/2025 Court: FLSBK Pages: 34 | $3.40 |
| | Total Disbursements | $650.61 |