## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | (Chapter 11) |
| Diamond Comic Distributors, Inc.,[1] | Case No. 25-10308 (DER) |
| Debtors. | |

**SECOND MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2025 THROUGH MARCH 31, 2025**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee") |
| Date of Retention: | January 31, 2025 (Pursuant to Order entered March 17, 2025) |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2025 through March 31, 2025 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $259,746.00 as 80% of ($324,682.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $386.57[2] |

This is a monthly application.

**Prior Applications Filed:**

| Application | | Requested | | | Paid to Date | | Total Unpaid |
| Dt Filed Dkt No | Period | Fees | Expenses | CNO/ Order | Fees | Expenses | Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 4/1/2025 Dkt No. 292 | 1/31/2025 - 2/28/2025 | $ 466,568.50 | $ 262.18 | 4/17/2025 Dkt No. 355 | $ - | $ - | $ 466,830.68 |
| **Total** | | **$ 466,568.50** | **$ 262.18** | | **$ -** | **$ -** | **$ 466,830.68** |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] The date listed for expenses contained in Exhibit B does not necessarily reflect the date on which the expense was actually incurred by Applicant.

6360234.3

Dated: April 29, 2025					Berkeley Research Group, LLC

						By:  */s/ David Galfus*

						David Galfus
						Managing Director
						250 Pehle Avenue, Suite 301
						Saddle Brook, NJ 07663
						(201) 587-7117
						dgalfus@thinkbrg.com

						*Financial Advisor for the Official Committee of Unsecured Creditors*

6360234.3

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | (Chapter 11) |
| Diamond Comic Distributors, Inc.,[1] | Case No. 25-110308 (DER) |
| Debtors. | |

### SECOND MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2025 THROUGH MARCH 31, 2025

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 203] entered by the Court on March 10, 2025 (the "Interim Compensation Order"), Berkeley Research Group, LLC ("BRG"), Financial Advisor for the Official Committee of Unsecured Creditors (the "Committee"), submits this monthly statement of services rendered and expenses incurred in this case for the period from March 1, 2025 through March 31, 2025 (the "Fee Period").

**Itemization of Services Rendered by BRG:**

The summary of the hours spent for which BRG seeks compensation, the hourly rate for each professional, the resulting fees, and the blended hourly rate are shown on the following page. The time records of BRG consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

The blended hourly rate for all services during the Fee Period is $882.29 per hour, which is derived by dividing the total fees requested of $324,682.50 by the total hours of 368.0.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6360234.3

**In re: Diamond Comic Distributors, Inc.**



Summary of Fees by Professional

**Berkeley Research Group, LLC**

For the Period 3/1/2025 through 3/31/2025

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Manley | Managing Director | $1,140.00 | 6.8 | $7,752.00 |
| C. Kearns | Managing Director | $1,395.00 | 7.5 | $10,462.50 |
| D. Galfus | Managing Director | $1,395.00 | 61.5 | $85,792.50 |
| J. Emerson | Director | $1,000.00 | 167.2 | $167,200.00 |
| A. Kashanirokh | Associate | $445.00 | 107.0 | $47,615.00 |
| M. Haverkamp | Case Manager | $395.00 | 6.1 | $2,409.50 |
| H. Henritzy | Case Coordinator | $290.00 | 11.9 | $3,451.00 |
| **Total** | | | **368.0** | **$324,682.50** |
| **Blended Rate** | | | | **$882.29** |

**The Maryland Guidelines for Fee Applications**

In accordance with the Maryland Compensation Guidelines for Professionals, BRG has organized its detailed breakdown of time entries by tasks. For the Fee Period, the time entries are divided into the following task categories (the "Task Codes"):

>B001 Asset Acquisition/ Disposition
>
>B005 Professional Retention/ Fee Application Preparation
>
>B008 Interaction/ Meetings with Creditors/ Counsel
>
>B009 Employee Issues/KEIP
>
>B011 Claims Analysis/ Accounting
>
>B012 Statements and Schedules
>
>B014 Executory Contracts/Leases
>
>B017 Analysis of Historical Results
>
>B018 Operating and Other Reports
>
>B019 Cash Flow/ Cash Management/ Liquidity
>
>B037 Vendor Management

Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by BRG by Task Code, and provides a summary of disbursements incurred by category of disbursement.

Services Rendered

The summary of hours and fees for the services rendered in each of the Task Codes is shown on the following page.

A detailed itemization of the services rendered in each of the above Task Codes is set forth in **Exhibit A**.

6360234.3

**In re: Diamond Comic Distributors, Inc.**



## Summary of Fees by Task Code

**Berkeley Research Group, LLC**

For the Period 3/1/2025 through 3/31/2025

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/ Disposition | 127.5 | $127,156.50 |
| 05. Professional Retention/ Fee Application Preparation | 18.5 | $6,558.00 |
| 08. Interaction/ Meetings with Creditors/ Counsel | 23.3 | $28,356.00 |
| 09. Employee Issues/KEIP | 45.1 | $42,383.50 |
| 11. Claim Analysis/ Accounting | 3.4 | $3,400.00 |
| 12. Statements and Schedules | 19.2 | $13,662.00 |
| 14. Executory Contracts/ Leases | 14.9 | $13,790.00 |
| 17. Analysis of Historical Results | 53.1 | $37,017.00 |
| 18. Operating and Other Reports | 12.0 | $8,526.00 |
| 19. Cash Flow/Cash Management/ Liquidity | 47.6 | $40,877.50 |
| 37. Vendor Management | 3.4 | $2,956.00 |
| **Total** | **368.0** | **$324,682.50** |
| **Blended Rate** | | **$882.29** |

Disbursements Incurred

BRG incurred actual and necessary out-of-pocket expenses in connection with the rendition of the professional services to the Committee in the sum of $386.57, for which BRG requests reimbursement in full. A summary schedule of the expenses incurred by category during the Fee Period is shown on the following page. An itemized schedule of expenses within each category, including description, incurred in connection with these Cases and the amounts for which reimbursement is requested is annexed hereto as **Exhibit B**.

*[Remainder of the page left intentionally blank]*



**In re: Diamond Comic Distributors, Inc.**

## Summary of Expenses by Category

**Berkeley Research Group, LLC**

For the Period 3/1/2025 through 3/31/2025

| Expense Category | Amount |
|---|---|
| 04. Taxi | $386.57 |
| **Total Expenses for the Period 3/1/2025 through 3/31/2025** | **$386.57** |

Total Requested for Services Rendered and Disbursements Incurred

Accordingly, the amount of compensation and expenses payable for this Fee Period is $269,078.17, which is calculated as follows:

| | |
|---|---:|
| Total Fees for Services Rendered During Statement Period | $324,682.50 |
| Twenty Percent (20%) Holdback | -  $64,936.50 |
| Fees Minus Holdback | $259,746.00 |
| Costs (100%) | +  $386.57 |
| **TOTAL** | **$260,132.57** |

      BRG respectfully requests that these amounts be paid pursuant to the Court's Interim Compensation Order.

Dated: April 29, 2025                  **Berkeley Research Group, LLC**

By: */s/ David Galfus*
David Galfus
Managing Director
250 Pehle Avenue, Suite 301
Saddle Brook, NJ 07663
(201) 587-7117
dgalfus@thinkbrg.com

*Financial Advisor for the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29 day of April, 2025, the foregoing was served via email on the following:

Robert Gorin, CRO rgorin@getzlerhenrich.com
Gerard R. Vetter gerard.r.vetter@usdoj.gov

And via the Court's CM/ECF filing system on the following:

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
Daniel Jack Blum jack.blum@polsinelli.com; lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
Laura Skowronski Bouyea lsbouyea@venable.com; dmdierdorff@venable.com
Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
Andrew Brown abrown@klestadt.com
David W.T. Daniels ddaniels@perkinscoie.com; docketnyc@perkinscoie.com;nvargas@perkinscoie.com; KMcClure@perkinscoie.com
Turner Falk turner.falk@saul.com,tnfalk@recap.email; Veronica.Marchiondo@saul.com
Justin Philip Fasano jfasano@mhlawyers.com; jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona ashley.fellona@saul.com; janice.mast@saul.com
Gianfranco Finizio gfinizio@lowenstein.com
Chelsea R Frankel cfrankel@lowenstein.com
Christopher J. Giaimo christopher.giaimo@squirepb.com; christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
Zvi Guttman zvi@zviguttman.com; zviguttman@gmail.com; zviguttman@outlook.com
Jeffrey C. Hampton jeffrey.hampton@saul.com
Adam H Isenberg adam.isenberg@saul.com
C. Kevin Kobbe kevin.kobbe@us.dlapiper.com; docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage korphagee@whiteandwilliams.com
Gary H. Leibowitz gleibowitz@coleschotz.com; pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
Mark Minuti mark.minuti@saul.com; robyn.warren@saul.com
Bruce S. Nathan bnathan@lowenstein.com
Michael Papandrea mpapandrea@lowenstein.com
Steven Gregory Polard steven.polard@ropers.com
Jordan Rosenfeld jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com; lianna.sarasola@arlaw.com
Indira Kavita Sharma indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.comom; errol.chapman@troutman.com; toyja.kelley@troutman.com
Nicholas Smargiassi nicholas.smargiassi@saul.com
Brent C. Strickland bstrickland@wtplaw.com; mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com
Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

                                                */s/ Stephen B. Gerald*
                                                 Stephen B. Gerald

6360234.3