**EXHIBIT A**

**In re: Diamond Comic Distributors, Inc.**



## Exhibit A: Time Detail

**Berkeley Research Group, LLC**

For the Period 3/1/2025 through 3/31/2025

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 3/3/2025 | A. Kashanirokh | 2.7 | Prepared summary on Debtors' current sale / marketing process. |
| 3/3/2025 | J. Emerson | 2.4 | Updated purchase price analysis to reflect updated working capital assumptions. |
| 3/6/2025 | D. Galfus | 0.9 | Participated in a call with Raymond James (A. Haesler) re: the status of sale process. |
| 3/6/2025 | J. Emerson | 0.9 | Participated in call with Raymond James (A. Haesler) related to Debtors' asset sales. |
| 3/6/2025 | D. Galfus | 0.6 | Assessed the status of the Debtors' sale process. |
| 3/6/2025 | J. Emerson | 0.6 | Updated Debtors' sale matrix. |
| 3/7/2025 | J. Emerson | 2.5 | Revised analysis related to Debtors' asset sales. |
| 3/7/2025 | J. Emerson | 1.3 | Updated Debtors' sale matrix. |
| 3/7/2025 | D. Galfus | 0.9 | Evaluated the Debtors' sale process and next steps. |
| 3/10/2025 | D. Galfus | 0.4 | Evaluated the status of the sale process. |
| 3/12/2025 | J. Emerson | 2.1 | Updated analysis of illustrative cash purchase price based on latest assumptions. |
| 3/12/2025 | J. Emerson | 2.0 | Continued to update analysis of illustrative cash purchase price based on latest assumptions. |
| 3/12/2025 | D. Galfus | 1.1 | Evaluated the sale process status and related issues. |
| 3/13/2025 | J. Emerson | 2.1 | Prepared analysis of illustrative bid scenarios. |
| 3/13/2025 | J. Emerson | 1.8 | Updated analysis of illustrative bid scenarios to reflect Debtors' revised assumptions. |
| 3/13/2025 | J. Emerson | 0.6 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to potential bidder. |
| 3/14/2025 | J. Emerson | 1.3 | Drafted memorandum update to Counsel (G. Finizio) on recoveries related to certain potential bids. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 3/14/2025 | J. Emerson | 1.0 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' auction. |
| 3/17/2025 | J. Emerson | 2.4 | Updated Debtors' sale matrix to reflect latest presentation from Raymond James. |
| 3/17/2025 | D. Galfus | 1.4 | Evaluated the sale process and related status. |
| 3/17/2025 | J. Emerson | 0.9 | Continued to update Debtors' sale matrix to reflect latest presentation from Raymond James. |
| 3/17/2025 | D. Galfus | 0.5 | Participated in a call with Raymond James (A. Haesler) re: the sale process. |
| 3/17/2025 | J. Emerson | 0.5 | Participated in call with Raymond James (A. Haesler) related to Debtors' asset sale process. |
| 3/18/2025 | J. Emerson | 1.3 | Revised purchase price analysis to reflect updated working capital assumptions. |
| 3/18/2025 | J. Emerson | 1.1 | Prepared analysis related to salable inventory and AR. |
| 3/18/2025 | D. Galfus | 0.4 | Evaluated the sale process. |
| 3/19/2025 | J. Emerson | 2.1 | Prepared bid matrix based on received APAs. |
| 3/19/2025 | J. Emerson | 2.0 | Reviewed bidder APAs. |
| 3/19/2025 | J. Emerson | 1.9 | Continued to prepare bid matrix based on received APAs. |
| 3/19/2025 | A. Kashanirokh | 1.2 | Reviewed Debtors' latest APA for purchase of certain Debtors' assets. |
| 3/19/2025 | D. Galfus | 0.8 | Evaluated the bids from purchasers. |
| 3/19/2025 | C. Kearns | 0.2 | Reviewed status of the sale process. |
| 3/20/2025 | A. Kashanirokh | 2.3 | Prepared summary of cure contracts from interested bidders. |
| 3/20/2025 | A. Kashanirokh | 2.1 | Prepared schedule of assigned contracts per APA from interested buyers. |
| 3/20/2025 | D. Galfus | 1.4 | Evaluated the bids from purchasers and related issues. |
| 3/20/2025 | C. Kearns | 0.3 | Analyzed the status of the bids. |
| 3/21/2025 | J. Emerson | 1.3 | Revised bid matrix based on received APAs. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 3/21/2025 | J. Emerson | 1.0 | Participated in a call with Counsel (B. Nathan, G. Finizio, M. Papandrea), Getzler Henrich (W. Henrich, R. Gorin, R. Aly), Saul Ewing (J. Hampton) and Raymond James (A. Haesler) related to Debtors' asset sale process. |
| 3/21/2025 | D. Galfus | 1.0 | Participated in a call with Raymond James (A. Haesler), Getzler Heinrich (W. Henrich, R. Gorin, R. Aly), Saul Ewing (J. Hampton) and Lowenstein (G. Finizio, B. Nathan) re: the sale process. |
| 3/21/2025 | D. Galfus | 0.7 | Reviewed the bid analysis by the Debtors. |
| 3/21/2025 | C. Kearns | 0.2 | Reviewed draft objection to sale process. |
| 3/22/2025 | J. Emerson | 1.6 | Reviewed the updated bidder APAs. |
| 3/23/2025 | A. Kashanirokh | 2.8 | Prepared summary of inventory payment timeline related to a potential bidder. |
| 3/23/2025 | A. Kashanirokh | 2.8 | Reviewed Debtors' updated APA to evaluate key dynamics. |
| 3/23/2025 | A. Kashanirokh | 2.5 | Prepared inventory payment schedule related to Debtors' bids as of 3.23.25. |
| 3/23/2025 | J. Emerson | 2.3 | Developed analysis re: economic comparison between bids. |
| 3/23/2025 | D. Galfus | 1.0 | Participated in a call with Raymond James (A. Haesler), Getzler Heinrich (W. Heinrich), Saul Ewing (J. Hampton) and Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: the upcoming sale auction. |
| 3/23/2025 | J. Emerson | 1.0 | Participated in call with Counsel (G. Finizio, B. Nathan, M. Papandrea), Raymond James (A. Haesler), Getzler Heinrich (W. Heinrich) and Saul Ewing (J. Hampton) related to Debtors' auction. |
| 3/23/2025 | D. Galfus | 0.7 | Evaluated the updated bids received by the Debtors. |
| 3/23/2025 | D. Galfus | 0.7 | Participated in a call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: upcoming auction. |
| 3/23/2025 | J. Emerson | 0.7 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' auction. |
| 3/24/2025 | J. Emerson | 2.9 | Attended the auction for sale of the Debtors' assets. |
| 3/24/2025 | D. Galfus | 2.9 | Attended the Debtors' auction. |
| 3/24/2025 | D. Galfus | 2.9 | Continued attending the Debtors' auction. |
| 3/24/2025 | J. Emerson | 2.9 | Continued to attend the auction for sale of the Debtors' assets. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 3/24/2025 | D. Galfus | 2.9 | Continued to attend the Debtors' auction. |
| 3/24/2025 | D. Galfus | 2.3 | Continued to attend the Debtors' auction. |
| 3/24/2025 | A. Kashanirokh | 1.1 | Reviewed documents related to inventory payment outline found in latest APA. |
| 3/24/2025 | A. Kashanirokh | 0.7 | Prepared summary of cure payments as seen in the APA for certain bidders. |
| 3/24/2025 | C. Kearns | 0.5 | Monitored status of the auction. |
| 3/24/2025 | J. Emerson | 0.2 | Continued to attend the auction for sale of the Debtors' assets. |
| 3/25/2025 | J. Emerson | 2.5 | Updated purchase price analysis based on winning bidder. |
| 3/25/2025 | J. Emerson | 1.7 | Revised purchase price analysis based on winning bidder. |
| 3/25/2025 | D. Galfus | 1.4 | Analyzed the Debtors' bids made during the auction. |
| 3/25/2025 | J. Emerson | 0.8 | Prepared analysis of Debtors' bids made during auction. |
| 3/26/2025 | J. Emerson | 2.4 | Updated asset purchase price allocation related to winning bid. |
| 3/26/2025 | J. Emerson | 2.1 | Prepared draft bid analysis to potential inclusion in UCC materials. |
| 3/26/2025 | D. Galfus | 2.1 | Reviewed the sale contract draft. |
| 3/26/2025 | D. Galfus | 0.1 | Held call with Lowenstein (G. Finizio) re: auction. |
| 3/27/2025 | J. Emerson | 2.1 | Prepared analysis of estimate cash at closing. |
| 3/27/2025 | A. Kashanirokh | 1.3 | Reviewed successful bidder's APA for Debtors' business. |
| 3/27/2025 | J. Emerson | 1.2 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' auction and bidders. |
| 3/27/2025 | D. Galfus | 1.2 | Participated in call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: the auction and next steps. |
| 3/28/2025 | J. Emerson | 2.3 | Developed analysis of cash at closing based on winning bidder and back up bidder. |
| 3/28/2025 | D. Galfus | 2.1 | Evaluated the Debtors' draft sale contract. |
| 3/28/2025 | J. Emerson | 1.8 | Revised analysis of cash at closing to reflect comments. |
| 3/28/2025 | A. Kashanirokh | 1.4 | Reviewed APA to assess economics of incentive amount. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 3/28/2025 | J. Emerson | 1.1 | Continued to develop analysis of cash at closing based on winning bidder and back up bidder. |
| 3/28/2025 | J. Emerson | 1.0 | Prepared analysis of bidder incentive amount. |
| 3/28/2025 | D. Galfus | 0.2 | Held call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: the sale process. |
| 3/28/2025 | J. Emerson | 0.2 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' sale process and backup bidder. |
| 3/30/2025 | J. Emerson | 0.7 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' sale process and bids. |
| 3/31/2025 | A. Kashanirokh | 2.9 | Prepared bid comparison analysis for bids received. |
| 3/31/2025 | A. Kashanirokh | 1.8 | Continued to prepare bid comparison analysis for bids received. |
| 3/31/2025 | D. Galfus | 1.4 | Evaluated the Debtors' sale contracts. |
| 3/31/2025 | J. Emerson | 0.9 | Prepared update re: status of bidder negotiations. |
| 3/31/2025 | J. Emerson | 0.7 | Participated in a call with Counsel (B. Nathan, G. Finizio, M. Papandrea), Saul Ewing (J. Hampton, M. Minuti), Getzler Henrich (W. Henrich, R. Gorin, R. Aly) and Raymond James (A. Haesler) related to Debtors' auction and bidders. |
| 3/31/2025 | D. Galfus | 0.7 | Participated in a call with Lowenstein (B. Nathan, G. Finizio, M. Papandrea), Saul Ewing (J. Hampton, M. Minuti), Raymond James (A. Haesler) and Getzler Henrich (W. Henrich, R. Gorin, R. Aly) re: sale process and related next steps. |
| 3/31/2025 | C. Kearns | 0.6 | Reviewed status of negotiations of APAs with the bidder and backup bidder. |
| 3/31/2025 | D. Galfus | 0.3 | Held call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: sale process and next steps. |
| 3/31/2025 | J. Emerson | 0.3 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' sale process and bids. |
| 3/31/2025 | J. Emerson | 0.3 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' sale process and bids. |
| 3/31/2025 | D. Galfus | 0.3 | Participated in call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: sale process. |
| ***Task Code Total Hours*** | | ***127.5*** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 3/11/2025 | M. Haverkamp | 0.1 | Developed February fee and expense estimate. |
| 3/17/2025 | M. Haverkamp | 0.3 | Prepared first monthly fee statement. |
| 3/21/2025 | H. Henritzy | 2.1 | Prepared January/February fee statement. |
| 3/24/2025 | H. Henritzy | 2.9 | Prepared January/February fee statement. |
| 3/24/2025 | H. Henritzy | 0.7 | Continued to prepare January/February fee statement. |
| 3/24/2025 | M. Haverkamp | 0.3 | Edited first monthly fee statement. |
| 3/25/2025 | H. Henritzy | 1.2 | Prepared January/February fee statement. |
| 3/26/2025 | M. Haverkamp | 0.4 | Edited first monthly fee statement. |
| 3/29/2025 | H. Henritzy | 1.3 | Prepared January/February fee statement. |
| 3/29/2025 | M. Haverkamp | 0.5 | Prepared first monthly fee statement. |
| 3/31/2025 | M. Haverkamp | 2.9 | Edited first monthly fee statement. |
| 3/31/2025 | H. Henritzy | 2.9 | Prepared first fee statement. |
| 3/31/2025 | M. Haverkamp | 1.6 | Continued editing first monthly fee statement. |
| 3/31/2025 | H. Henritzy | 0.8 | Continued to prepare first fee statement. |
| 3/31/2025 | D. Galfus | 0.5 | Reviewed BRG's February fee statement. |
| ***Task Code Total Hours*** | | ***18.5*** | |
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 3/3/2025 | D. Galfus | 0.6 | Participated in a call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) in preparation for upcoming Committee call. |
| 3/3/2025 | J. Emerson | 0.6 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) in advance of UCC call. |
| 3/3/2025 | C. Kearns | 0.4 | Participated in portion of a status call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea). |
| 3/4/2025 | D. Galfus | 0.9 | Participated in a call with the Committee and Lowenstein (B. Nathan, G. Finizio, M. Papandrea) re: the sale process, Statements and Schedules and other case matters. |
| 3/4/2025 | J. Emerson | 0.9 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to UCC presentation. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 3/4/2025 | C. Kearns | 0.8 | Participated in a portion of the status call with the Committee and Lowenstein (B. Nathan, G. Finizio, M. Papandrea). |
| 3/5/2025 | D. Galfus | 0.5 | Held call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: the Debtors' operations. |
| 3/5/2025 | J. Emerson | 0.5 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' operations. |
| 3/5/2025 | D. Galfus | 0.3 | Held follow up call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: case updates. |
| 3/5/2025 | J. Emerson | 0.3 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to case matters. |
| 3/6/2025 | D. Galfus | 0.5 | Held call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: sale process and other matters. |
| 3/6/2025 | J. Emerson | 0.5 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' asset sales and other case matters. |
| 3/10/2025 | D. Galfus | 0.2 | Held call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: liquidity and other case issues. |
| 3/10/2025 | J. Emerson | 0.2 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' liquidity and other case topics. |
| 3/10/2025 | D. Galfus | 0.1 | Held follow-up call with Lowenstein (G. Finizio) re: KEIP and other matters. |
| 3/11/2025 | C. Kearns | 0.7 | Participated in a status call with the Committee and Lowenstein (B. Nathan, G. Finizio, M. Papandrea) re: KEIP and other matters. |
| 3/11/2025 | J. Emerson | 0.7 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' proposed retention programs. |
| 3/13/2025 | J. Emerson | 0.7 | Participated in call with a Committee member and Counsel (B. Nathan, G. Finizio) related to 3/11 UCC presentation and update. |
| 3/16/2025 | D. Galfus | 0.8 | Participated in a call with Counsel (G. Finizio, B. Nathan) re: the DIP amendment and other case issues. |
| 3/16/2025 | J. Emerson | 0.8 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to certain DIP amendments and other case topics. |
| 3/18/2025 | D. Galfus | 0.3 | Held call with Lowenstein (B. Nathan, G. Finizio, M. Papandrea) re: case matters. |
| 3/18/2025 | J. Emerson | 0.3 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' liquidity and other case issues. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 3/21/2025 | D. Galfus | 0.9 | Participated in a call with the Committee and Lowenstein (G. Finizio, B. Nathan) re: the sale process and KEIP. |
| 3/21/2025 | C. Kearns | 0.9 | Participated in a call with the Committee and Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: bids and general status. |
| 3/21/2025 | J. Emerson | 0.9 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to UCC presentation. |
| 3/21/2025 | D. Galfus | 0.5 | Participated in a call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: the sale process and KEIP in preparation for the Committee call. |
| 3/21/2025 | J. Emerson | 0.5 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) in advance of UCC call. |
| 3/25/2025 | D. Galfus | 0.8 | Participated in a call with the Committee and Counsel (G. Finizio, B. Nathan, M. Papandrea) to discuss the auction and next steps. |
| 3/25/2025 | C. Kearns | 0.8 | Participated in a call with the Committee and Lowenstein (B. Nathan, G. Finizio, M. Papandrea) to debrief on the auction and discuss next steps. |
| 3/25/2025 | D. Galfus | 0.8 | Participated in a pre-call with Lowenstein (G. Finizio, M. Papandrea, B. Nathan) in advance of the Committee call. |
| 3/25/2025 | J. Emerson | 0.8 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' auction. |
| 3/25/2025 | J. Emerson | 0.8 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) in advance of UCC call. |
| 3/27/2025 | D. Galfus | 1.8 | Held call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: auction and other matters. |
| 3/27/2025 | J. Emerson | 1.8 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' auction and economics. |
| 3/27/2025 | D. Galfus | 0.2 | Held call with Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: auction and other matters. |
| 3/27/2025 | J. Emerson | 0.2 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' auction and bidders. |
| **_Task Code Total Hours_** | | **_23.3_** | |
| **09. Employee Issues/KEIP** | | | |
| 3/7/2025 | J. Emerson | 2.8 | Prepared analysis related to Debtors' proposed KEIP/KERP. |
| 3/7/2025 | A. Kashanirokh | 2.7 | Drafted report related to Debtors' KEIP/KERP plans for the UCC. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **09. Employee Issues/KEIP** | | | |
| 3/7/2025 | D. Galfus | 1.8 | Reviewed the Debtors' proposed KEIP and KERP program. |
| 3/8/2025 | J. Emerson | 1.5 | Prepared analysis of Debtors' proposed KEIP/KERP. |
| 3/9/2025 | J. Emerson | 2.6 | Prepared certain slides for inclusion in 3/11 KEIP/KERP presentation to the UCC. |
| 3/9/2025 | J. Emerson | 0.9 | Revised certain slides for inclusion in the 3/11 KEIP/KERP presentation to the UCC. |
| 3/10/2025 | J. Emerson | 2.7 | Prepared comparable KEIP analysis for inclusion in the 3/11 presentation to UCC. |
| 3/10/2025 | A. Kashanirokh | 2.7 | Prepared slide for KEIP/KERP presentation related to bankruptcy compensation considerations. |
| 3/10/2025 | J. Emerson | 2.6 | Prepared comparable KERP analysis for the 3/11 UCC presentation. |
| 3/10/2025 | D. Galfus | 1.6 | Analyzed the KEIP and KERP filing. |
| 3/10/2025 | C. Kearns | 0.2 | Reviewed status of weekly UCC update re: KEIP analysis. |
| 3/11/2025 | J. Emerson | 2.7 | Updated KEIP slides for 3/11 UCC presentation. |
| 3/11/2025 | J. Emerson | 2.5 | Revised 3/11 KEIP/KERP presentation to reflect comments. |
| 3/11/2025 | C. Kearns | 0.5 | Reviewed the KEIP/KERP motion. |
| 3/11/2025 | C. Kearns | 0.2 | Reviewed finalized materials for the Committee re: KEIP and KERP. |
| 3/12/2025 | D. Galfus | 1.1 | Analyzed the Debtors' proposed KEIP and KERP program. |
| 3/12/2025 | J. Emerson | 0.6 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' proposed KEIP, KERP. |
| 3/13/2025 | J. Emerson | 0.5 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' proposed KEIP, KERP. |
| 3/13/2025 | A. Kashanirokh | 0.5 | Reviewed Debtors' employment agreements. |
| 3/13/2025 | J. Emerson | 0.4 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors' proposed KEIP, KERP. |
| 3/14/2025 | A. Kashanirokh | 2.8 | Prepared analysis of comparable KEIP/KERP for presentation related to employee compensation. |
| 3/14/2025 | J. Emerson | 1.9 | Prepared analysis of revised KEIP/KERP proposal. |
| 3/14/2025 | A. Kashanirokh | 1.4 | Reviewed Debtors' employment agreements. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **09. Employee Issues/KEIP** | | | |
| 3/14/2025 | A. Kashanirokh | 1.2 | Drafted summary of Debtors' comparables KEIP/KERP compensation. |
| 3/14/2025 | J. Emerson | 1.2 | Updated KEIP/KERP counter proposal. |
| 3/17/2025 | D. Galfus | 0.4 | Evaluated the Debtors' proposed KEIP and KERP program. |
| 3/18/2025 | D. Galfus | 0.4 | Reviewed the proposed KEIP issues. |
| 3/19/2025 | J. Emerson | 1.2 | Participated in a call with Counsel (B. Nathan, G. Finizio, M. Papandrea), Getzler Henrich (W. Henrich, R. Gorin, R. Aly) and Raymond James (A. Haesler) related to Debtors' proposed retention programs. |
| 3/19/2025 | D. Galfus | 1.2 | Participated in a call with the Raymond James (A. Haesler), Getzler Heinrich (W. Heinrich, R. Gorin, R. Aly), Saul Ewing (A. Isenberg) and Lowenstein (G. Finizio, B. Nathan, M. Papandrea) re: the KEIP. |
| 3/19/2025 | D. Galfus | 0.1 | Held call with Lowenstein (G. Finizio) re: KEIP issues. |
| 3/20/2025 | D. Galfus | 0.9 | Reviewed the UST KEIP objection. |
| 3/20/2025 | D. Galfus | 0.1 | Held call with Lowenstein (G. Finizio) re: KEIP status. |
| 3/21/2025 | J. Emerson | 0.7 | Reviewed the filed KEIP/KERP objection. |
| 3/21/2025 | C. Kearns | 0.2 | Reviewed UST objection to the KEIP. |
| 3/23/2025 | D. Galfus | 0.3 | Reviewed the revised KEIP motion proposal. |
| ***Task Code Total Hours*** | | ***45.1*** | |
| **11. Claim Analysis/ Accounting** | | | |
| 3/5/2025 | J. Emerson | 0.7 | Updated certain claims analyses to reflect critical vendor payments. |
| 3/25/2025 | J. Emerson | 2.7 | Prepared analysis of claims related to assumed contracts. |
| ***Task Code Total Hours*** | | ***3.4*** | |
| **12. Statements and Schedules** | | | |
| 3/2/2025 | A. Kashanirokh | 2.8 | Updated SOFA/SOAL presentation based on comments received from BRG team. |
| 3/2/2025 | J. Emerson | 2.1 | Revised certain slides in the Statements and Schedules report for the UCC. |
| 3/2/2025 | A. Kashanirokh | 0.8 | Prepared analysis of Debtors' executory contracts related to SOFA/SOAL presentation. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **12. Statements and Schedules** | | | |
| 3/3/2025 | A. Kashanirokh | 2.9 | Updated SOFA/SOAL presentation based on comments received from BRG team. |
| 3/3/2025 | A. Kashanirokh | 2.8 | Continued to update SOFA/SOAL presentation based on comments received from BRG team. |
| 3/3/2025 | D. Galfus | 1.6 | Analyzed the Debtors' Statements and Schedules. |
| 3/3/2025 | C. Kearns | 0.2 | Reviewed presentation for the Committee on Statements and Schedules. |
| 3/4/2025 | A. Kashanirokh | 2.6 | Prepared analysis of affiliate payments to certain Debtors' entities related to SOFA / SOALS presentation . |
| 3/4/2025 | J. Emerson | 1.4 | Edited Statements and Schedules report for 3/4 UCC meeting. |
| 3/4/2025 | J. Emerson | 1.1 | Updated certain Statements and Schedules slides for inclusion in 3/4 UCC presentation. |
| 3/4/2025 | D. Galfus | 0.9 | Reviewed the report on the Debtors' Statements and Schedules. |
| ***Task Code Total Hours*** | | ***19.2*** | |
| **14. Executory Contracts/ Leases** | | | |
| 3/11/2025 | A. Kashanirokh | 1.2 | Reviewed Debtors' lease agreements for certain locations. |
| 3/11/2025 | J. Emerson | 1.2 | Summarized Debtors' lease agreements and related underlying data in preparation for lease analysis. |
| 3/17/2025 | A. Manley | 2.2 | Reviewed lease agreements re: analysis of potential leasehold value. |
| 3/17/2025 | J. Emerson | 1.8 | Prepared analysis re: value of Debtors' leases. |
| 3/17/2025 | J. Emerson | 0.7 | Revised analysis re: Debtors' leases value. |
| 3/18/2025 | A. Manley | 1.8 | Reviewed lease agreements re: analysis of potential leasehold value. |
| 3/18/2025 | A. Kashanirokh | 0.5 | Analyzed Debtors' cure cost schedule with detail on cure amounts. |
| 3/21/2025 | A. Manley | 1.9 | Prepared presentation re: potential leasehold values. |
| 3/21/2025 | A. Manley | 0.9 | Reviewed lease agreements re: potential leasehold values. |
| 3/24/2025 | A. Kashanirokh | 2.3 | Updated cure cost schedule to reflect assumed contracts net of critical vendor payments. |
| 3/26/2025 | D. Galfus | 0.4 | Evaluated the Debtors' lease values. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**14. Executory Contracts/ Leases**

| | | | |
|------|-------------|-------|-------------|
| *Task Code Total Hours* | | *14.9* | |

**17. Analysis of Historical Results**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/5/2025 | A. Kashanirokh | 2.8 | Analyzed Debtors' liabilities to evaluate JPM secured loan financing. |
| 3/5/2025 | J. Emerson | 2.7 | Prepared certain collateral analysis in support of potential litigation. |
| 3/5/2025 | A. Kashanirokh | 2.7 | Reviewed documents related to Debtors' amended credit agreements. |
| 3/5/2025 | A. Kashanirokh | 2.6 | Drafted timeline on Debtors' amended credit agreements over the last six years. |
| 3/5/2025 | J. Emerson | 2.3 | Continued to prepare certain collateral analysis in support of potential litigation. |
| 3/7/2025 | A. Kashanirokh | 2.6 | Prepared presentation related to Debtors' amendments to 2019 JPM credit agreement. |
| 3/7/2025 | A. Kashanirokh | 2.4 | Prepared slide related to Debtors' liabilities as of 6/20/2024. |
| 3/7/2025 | J. Emerson | 1.2 | Revised certain assumptions related to consignment inventory analysis. |
| 3/7/2025 | D. Galfus | 0.6 | Analyzed the Debtors' historical information. |
| 3/8/2025 | J. Emerson | 2.1 | Prepared analysis related to consignment inventory. |
| 3/10/2025 | A. Kashanirokh | 2.8 | Reviewed documents related to Debtors' consignment agreements. |
| 3/10/2025 | A. Kashanirokh | 2.1 | Reviewed documents related to Debtors' trademarks/copyrights. |
| 3/10/2025 | J. Emerson | 1.8 | Prepared analysis related to the Debtors' trademarks. |
| 3/10/2025 | J. Emerson | 0.9 | Revised trademark/copyright analysis. |
| 3/18/2025 | A. Kashanirokh | 0.6 | Reviewed documents related to Debtors' consignment agreements. |
| 3/20/2025 | C. Kearns | 0.4 | Reviewed Counsel's lien review memo and related limited objection to the sale. |
| 3/21/2025 | D. Galfus | 0.4 | Reviewed the lien analysis by Counsel. |
| 3/23/2025 | J. Emerson | 0.6 | Reviewed lien analysis prepared by Counsel. |
| 3/26/2025 | A. Kashanirokh | 2.6 | Prepared summary of Debtors' historical consolidated liabilities. |
| 3/26/2025 | A. Kashanirokh | 1.9 | Updated slide related to Debtors' liabilities as of 6/20/2024. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **17. Analysis of Historical Results** | | | |
| 3/26/2025 | J. Emerson | 1.7 | Prepared analysis of Debtors' assets over time. |
| 3/26/2025 | J. Emerson | 1.2 | Drafted comments re: analysis of Debtors' historical liabilities. |
| 3/26/2025 | D. Galfus | 0.5 | Reviewed the Debtors' historical debt activity. |
| 3/27/2025 | A. Kashanirokh | 2.8 | Prepared analysis related to potential preference payments owned to unsecured creditors. |
| 3/27/2025 | A. Kashanirokh | 2.7 | Prepared analysis of payments made to vendors 90 days prior to the Debtors' petition date. |
| 3/27/2025 | J. Emerson | 0.9 | Revised preference analysis at the request of Counsel. |
| 3/27/2025 | D. Galfus | 0.8 | Analyzed the Debtors' assets changes over years. |
| 3/27/2025 | J. Emerson | 0.4 | Updated preference analysis at the request of Counsel. |
| 3/28/2025 | A. Kashanirokh | 2.3 | Analyzed Debtors' consignment agreements to determine payout structures. |
| 3/30/2025 | J. Emerson | 1.6 | Prepared a recovery analysis. |
| 3/31/2025 | J. Emerson | 2.1 | Prepared an updated recovery analysis. |
| ***Task Code Total Hours*** | | ***53.1*** | |
| **18. Operating and Other Reports** | | | |
| 3/3/2025 | A. Kashanirokh | 2.4 | Analyzed Debtors' top creditors for 3/4 UCC presentation. |
| 3/5/2025 | D. Galfus | 0.7 | Analyzed certain operational issues impacting the Debtors. |
| 3/19/2025 | A. Kashanirokh | 1.7 | Updated 3/21 UCC presentation based on comments received by BRG team. |
| 3/20/2025 | A. Kashanirokh | 2.8 | Updated 3/21 UCC presentation based on comments from BRG team. |
| 3/21/2025 | J. Emerson | 2.4 | Revised week 3/21 UCC update on 3/17 updated DIP budget through 6/28, 2/18 to 3/17 DIP budget comparison, and cash actuals for two weeks ended 3/8. |
| 3/21/2025 | J. Emerson | 1.8 | Prepared feedback for team re: week 3/21 UCC presentation. |
| 3/21/2025 | C. Kearns | 0.2 | Reviewed presentation in advance of the 3/21 Committee meeting. |
| ***Task Code Total Hours*** | | ***12.0*** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 3/3/2025 | J. Emerson | 1.8 | Prepared analysis re: Debtors' current liquidity position. |
| 3/3/2025 | J. Emerson | 1.7 | Prepared certain liquidity analyses related to Debtors' latest DIP model. |
| 3/3/2025 | J. Emerson | 1.6 | Reviewed Debtors' latest DIP model. |
| 3/3/2025 | A. Kashanirokh | 1.3 | Prepared variance report for 3/4 UCC presentation. |
| 3/3/2025 | J. Emerson | 1.1 | Provided comments re: variance analysis to be included in UCC 3/4 presentation. |
| 3/3/2025 | D. Galfus | 0.3 | Evaluated the Debtors' liquidity positions. |
| 3/3/2025 | C. Kearns | 0.2 | Reviewed 3/4 presentation for the Committee re: liquidity and case update. |
| 3/4/2025 | J. Emerson | 2.6 | Revised liquidity slides for 3/4 UCC presentation. |
| 3/4/2025 | A. Kashanirokh | 1.7 | Reviewed documents related to Debtors' receivables YTD. |
| 3/4/2025 | D. Galfus | 0.8 | Participated in a call with Getzler Henrich (W. Henrich, R. Gorin, R. Aly) re: liquidity and other operational matters. |
| 3/4/2025 | J. Emerson | 0.8 | Participated in call with Getzler Henrich (W. Henrich, R. Gorin, R. Aly) related to Debtors' liquidity. |
| 3/4/2025 | D. Galfus | 0.4 | Analyzed the liquidity of the Debtors. |
| 3/6/2025 | D. Galfus | 0.6 | Evaluated the Debtors' liquidity positions. |
| 3/10/2025 | J. Emerson | 0.7 | Revised analysis re: Debtors' liquidity position. |
| 3/10/2025 | D. Galfus | 0.3 | Evaluated the Debtors' liquidity position. |
| 3/12/2025 | D. Galfus | 0.8 | Reviewed the Debtors' liquidity forecast. |
| 3/16/2025 | A. Kashanirokh | 2.8 | Prepared variance analysis for 3/21 UCC presentation. |
| 3/16/2025 | A. Kashanirokh | 2.7 | Prepared analysis of Debtors' updated 3/16 budget versus prior budget. |
| 3/16/2025 | J. Emerson | 2.7 | Prepared updated liquidity analysis based on Debtors' proposed DIP upsizing. |
| 3/16/2025 | A. Kashanirokh | 1.4 | Drafted presentation for 3/21 UCC presentation related to Debtors' new DIP budget. |
| 3/16/2025 | D. Galfus | 0.7 | Evaluated the Debtors' revised liquidity budget. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 3/16/2025 | J. Emerson | 0.6 | Revised certain liquidity analysis to reflect Debtors' proposed DIP upsizing. |
| 3/17/2025 | A. Kashanirokh | 2.7 | Prepared analysis of Debtors' updated 3/17 budget versus prior 3/16 budget. |
| 3/17/2025 | A. Kashanirokh | 2.4 | Updated 3/21 UCC presentation based on Debtors' updated DIP budget. |
| 3/18/2025 | J. Emerson | 2.7 | Prepared analysis related to Debtors' latest borrowing base. |
| 3/19/2025 | A. Kashanirokh | 0.6 | Reviewed analysis related to Debtors' prior DIP budget. |
| 3/20/2025 | J. Emerson | 2.7 | Prepared Debtors' current liquidity analysis in support of 3/21 UCC presentation. |
| 3/20/2025 | J. Emerson | 2.3 | Prepared budget to actuals analysis for the 2 week period ended 3/8 for inclusion in 3/21 UCC presentation. |
| 3/20/2025 | J. Emerson | 1.4 | Updated comparison between current and prior DIP budget. |
| 3/20/2025 | J. Emerson | 1.3 | Prepared comparison between current and prior DIP budget. |
| 3/20/2025 | D. Galfus | 0.8 | Edited BRG's report for the Committee on liquidity issues. |
| 3/24/2025 | J. Emerson | 1.6 | Developed analysis re: liquidity impact of employee incentive payments. |
| 3/25/2025 | J. Emerson | 1.5 | Developed Debtors' liquidity analysis at close to reflect winning bidder. |
| ***Task Code Total Hours*** | | ***47.6*** | |
| **37. Vendor Management** | | | |
| 3/5/2025 | J. Emerson | 0.8 | Prepared analysis of critical vendor payments. |
| 3/12/2025 | J. Emerson | 1.8 | Prepared summary analysis of latest critical vendor payments and liquidity impacts. |
| 3/12/2025 | A. Kashanirokh | 0.8 | Prepared summary of Debtors' critical vendor agreements. |
| ***Task Code Total Hours*** | | ***3.4*** | |
| **Total Hours** | | **368.0** | |