# **EXHIBIT B**

**In re: Diamond Comic Distributors, Inc.**



## Exhibit B: Expense Detail

**Berkeley Research Group, LLC**

For the Period 3/1/2025 through 3/31/2025

| Date | Professional | Amount | Description |
|---|---|---|---|
| **04. Taxi** | | | |
| 3/25/2025 | J. Emerson | $164.83 | Late night taxi home following Diamond Comics auction. |
| 3/25/2025 | D. Galfus | $221.74 | Taxi home from Diamond Comics auction which ended around midnight. |
| *Expense Category Total* | | *$386.57* | |
| **Total Expenses** | | **$386.57** | |