# Exhibit A

DATE: 04/18/25 09:29:46 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071559)  # 152379                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                BILLING INSTRUCTIONS

General Administrative

CLIENT ADDRESS                                        MATTER ADDRESS

The Official Committee of Unsecured Creditors          The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                      100 Front Street
Riverside, NJ 08075                                   Riverside, NJ 08075

CLIENT INFORMATION                                    MATTER INFORMATION

PHONE:                                                PHONE:
CONTACT: Gregory Andonian                             CONTACT: Gregory Andonian
REFERRED BY:                                          REFERRED BY:

| | | | | | |
|---|---|---|---|---|---|
| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:      04/01/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2737278 | SBG | 03/25/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 186 | | | review bar date motion |

FEE SUBTOTAL                          186.00

BALANCE DUE FROM PREVIOUS STATEMENT                 18,728.50
LESS PAYMENT(S)

BALANCE FORWARD                                     18,728.50

TIMECARD SUB-TOTAL (0.30)                   186.00
DISBURSEMENT SUB-TOTAL                         0.00
SUBTOTAL CURRENT PERIOD                      186.00
TOTAL DUE                                           18,914.50

## TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Gerald, Stephen B. | 620.00 | 0.30 | 100.0 | 186.00 | 100.00 |
| Lee, Jung | 350.00 | 0.00 | 0.0 | 0.00 | 0.00 |
| TOTALS | | 0.30 | | 186.00 | |

## MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 18,728.50 | 0.00 | 0.00 | 0.00 | 18,728.50 |
| | TOTALS | 18,728.50 | 0.00 | 0.00 | 0.00 | 18,728.50 |

AGED ACCOUNTS RECEIVABLE:          18,728.50 (-30)          0.00 (31-60)          0.00 (61-90)          0.00 (91-120)          0.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 04/18/25 09:32:18 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071562)  # 152382                                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                             BILLING INSTRUCTIONS

Operational Issues


CLIENT ADDRESS                                                MATTER ADDRESS

The Official Committee of Unsecured Creditors                 The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case      for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                              100 Front Street
Riverside, NJ 08075                                           Riverside, NJ 08075

CLIENT INFORMATION                                            MATTER INFORMATION

PHONE:                                                        PHONE:
CONTACT: Gregory Andonian                                     CONTACT: Gregory Andonian
REFERRED BY:                                                  REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:                0.00
UNAPPLIED AMOUNT:            0.00

LAST BILL DATE:        04/01/25


TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2734467 | DJS | 03/10/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 125 | | | Confer with Gerald regarding filing of Debtors' motions to approve retention programs. |
| 2734274 | SBG | 03/10/25 | B | 1.10 | 682.00 | 1.10 | 682.00 | 807 | | | review KEIP/KERM motion |
| 2739088 | DJS | 03/19/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 995 | | | Follow up regarding open KEIP and KERP issues. |
| 2736541 | DJS | 03/20/25 | B | 1.30 | 812.50 | 1.30 | 812.50 | 1807 | | | Prepare stipulation extending |

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| | | | | | | | | | | | UCC deadline to object to KEIP/KERP motion, emails with Debtor counsel regarding same, emails internally regarding same, review final form of stipulation and approve for filing. |
| 2736348 | SBG | 03/20/25 | B | 1.10 | 682.00 | 1.10 | 682.00 | 2489 | | | review UST objection to KEIP/KERP |
| 2736349 | SBG | 03/20/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 2799 | | | emails with team regarding status of KEIP/KERP and bids |
| 2736353 | SBG | 03/20/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2861 | | | review stipulation extending objection deadline regarding KEIP/KERP; confer with D.Shaffer regarding same |
| 2736495 | SBG | 03/20/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2923 | | | emails regarding extension of time to object regarding KEIP/KERP and sale motion |
| 2739101 | DJS | 03/21/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 3173 | | | Review of revised KEIP KERP provisions and emails regarding same. |
| 2739105 | DJS | 03/21/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 3361 | | | Follow up call with Gerald regarding KEIP KERP issues. |
| 2739112 | DJS | 03/21/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 3736 | | | review revised form of order and confer with Gerald regarding same. |
| 2736563 | SBG | 03/21/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 4232 | | | review and comment on KEIP motion |
| 2736582 | SBG | 03/21/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4356 | | | confer with D.Shaffer regarding issues regarding KEIP motion |
| 2739119 | DJS | 03/24/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 4918 | | | Revew revised KEIP KERP provisions and calls with Gerald regarding same (2x) |
| 2736945 | SBG | 03/24/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 5042 | | | review and revise KEIP objection confer with D..Shaffer regarding same; emails with team regarding same |
| 2736981 | SBG | 03/24/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 5104 | | | email with team regarding status of auction and KEIP |

DATE: 04/18/25 09:32:18 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071562)  # 152382                                    Page 3

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | HRS | AMT | HRS | AMT | | | | |
| 2737065 | SBG | 03/24/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 5414 | | | review reservation of rights regarding KEIP and prep for filing |
| 2739147 | DJS | 03/26/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 5602 | | | Call with co-counsel regarding KEIP KERP issues. |
| 2739150 | DJS | 03/26/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 5852 | | | Review revised order and response of Committee regarding KEIP KERP |
| 2739152 | DJS | 03/26/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 6289 | | | Follow up regarding open issues for sale and KEIP hearing |
| 2737430 | SBG | 03/26/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 6351 | | | emails regarding status of hearing on sale/KEIP |
| 2737536 | SBG | 03/26/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 6599 | | | call with Franco and Dennis regarding hearing on sale and KEIP |
| 2737537 | SBG | 03/26/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 6785 | | | call with D.Shaffer regarding hearing and status of KEIP and related issues |
| 2737540 | SBG | 03/26/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 6847 | | | review changes to KEIP order; emails regarding same |
| 2737541 | SBG | 03/26/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 6909 | | | review KEIP schedule; emails regarding ame |
| 2737596 | SBG | 03/26/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 7033 | | | review supplemental declaration in support of KEIP |
| 2737667 | SBG | 03/26/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 7157 | | | review reply in support of KEIP |
| 2737669 | SBG | 03/26/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 7281 | | | review revised KEIP order |
| 2739155 | DJS | 03/27/25 | B | 2.80 | 1750.00 | 2.80 | 1750.00 | 9031 | | | Prepare for and attend hearing on sale motion and KEIP KERP - continued to April 2. |
| 2739157 | DJS | 03/27/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 9531 | | | Follow up with Gerald and Finizio regarding sale hearing and KEIP KERP issues and continuance of hearing, |
| 2737626 | SBG | 03/27/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 9965 | | | attend hearing on sale/KEIP. continued |

DATE: 04/18/25 09:32:18 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071562)  # 152382                                        Page 4

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----|-----|-----|-----|-----|------|-----|-------------|
| 2737627 | SBG | 03/27/25 | B | 0.90 | 558.00 | 0.90 | 558.00 | 10523 | | | prepare for hearing on sale/KEIP and requested continuance |
| 2737640 | SBG | 03/27/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 10647 | | | call with Franco and Dennis regarding hearing |

FEE SUBTOTAL                    10,647.00

BALANCE DUE FROM PREVIOUS STATEMENT                    124.00
LESS PAYMENT(S)

BALANCE FORWARD                    124.00

TIMECARD SUB-TOTAL (17.10)              10,647.00
DISBURSEMENT SUB-TOTAL                      0.00
SUBTOTAL CURRENT PERIOD              10,647.00
TOTAL DUE                    10,771.00

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 9.00 | 52.6 | 5625.00 | 52.80 |
| Gerald, Stephen B. | 620.00 | 8.10 | 47.4 | 5022.00 | 47.20 |
| TOTALS | | 17.10 | | 10647.00 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|-----------|-------------|------|------|------|-------|-------|
| BL | Bills | 124.00 | 0.00 | 0.00 | 0.00 | 124.00 |
| | TOTALS | 124.00 | 0.00 | 0.00 | 0.00 | 124.00 |

DATE: 04/18/25 09:32:18 PRO FORMA STATEMENT AS OF 03/31/25 FOR FILE (D02748.071562) # 152382                    Page 5

AGED ACCOUNTS RECEIVABLE:        124.00 (-30)        0.00 (31-60)        0.00 (61-90)        0.00 (91-120)        0.00 (+)

    ( ) BILL COSTS AND FEES        ( ) DO NOT BILL
    ( ) BILL FEES ONLY        ( ) CLOSE FILE
    ( ) BILL COSTS ONLY        ( ) FINAL BILL

DATE: 04/18/25 09:34:14 PRO FORMA STATEMENT AS OF 03/31/25 FOR FILE (D02748.071565) # 152385                Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                              BILLING INSTRUCTIONS
Professionals-Debtor and Committee (Rete

CLIENT ADDRESS                                                   MATTER ADDRESS
The Official Committee of Unsecured Creditors                   The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case        for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                 100 Front Street
Riverside, NJ 08075                                              Riverside, NJ 08075

CLIENT INFORMATION                                              MATTER INFORMATION
PHONE:                                                          PHONE:
CONTACT: Gregory Andonian                                       CONTACT: Gregory Andonian
REFERRED BY:                                                    REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:       04/01/25

## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2738765 | DJS | 03/03/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 563 | | | Review of open applications for review and possible hearing. |
| 2733080 | SBG | 03/03/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 687 | | | calls with J.Hampton regarding OCP motion |
| 2733082 | SBG | 03/03/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 873 | | | call and emails wtih M.Papandrea regarding status of OCP, pending applications and hearing |

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2733084 | SBG | 03/03/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 1059 | | | confer with D.Shaffer regarding monthly fee statement/categories and related issues |
| 2733782 | JL | 03/04/25 | B | 0.30 | 105.00 | 0.30 | 105.00 | 1164 | | | Draft Monthly Fee Statement |
| 2738825 | DJS | 03/07/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 1601 | | | Review forms for monthly and interim compensation; forward to LS for their use and review. |
| 2734465 | DJS | 03/10/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 1726 | | | Emails with co-counsel and call with Gerald regarding deadline to object to retention applications. |
| 2738872 | DJS | 03/10/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 1851 | | | Follow up with LS regarding no objections to retention applications. |
| 2734091 | SBG | 03/10/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1975 | | | review status of OCP and interim comp orders; email to P.Topper regarding need to correct. |
| 2734092 | SBG | 03/10/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2037 | | | review interim comp order regarding timing of filing monthly statement |
| 2734275 | SBG | 03/10/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2099 | | | review revised orders on OCP and interim comp as entered |
| 2734420 | SBG | 03/10/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 2595 | | | prepare certificates of no objection for committee retention applications |
| 2734423 | SBG | 03/10/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2657 | | | emails with team regarding status of employment application and CNOs |
| 2738879 | DJS | 03/11/25 | B | 1.10 | 687.50 | 1.10 | 687.50 | 3345 | | | Prepare lines filing CNO's for employment applications (.7); check docket for objection deadline and court's review dates (.2); edit CNO's for filing (.2) |
| 2738916 | DJS | 03/14/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 3782 | | | Prepare information for January and February fees for Tydings |

DATE: 04/18/25 09:34:14 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071565)  # 152385                    Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------|------|------|------|------|------|------|------|
| 2738951 | DJS | 03/14/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 4345 | | | Review draft of fee statement and edit same (.6); review emails regarding same and retention papers (.3) |
| 2738960 | DJS | 03/17/25 | B | 0.50 | 312.50 | 0.50 | 312.50 | 4657 | | | Emails regarding filing of January and February fee statements (.2); review orders for retention of professionals and interim comp order (.3) |
| 2738963 | DJS | 03/17/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 5407 | | | Draft/edit quarterly fee application for Tydings |
| 2738972 | DJS | 03/17/25 | B | 0.50 | 312.50 | 0.50 | 312.50 | 5720 | | | Finalize forms of order for CNOs and Lines submitting same; emails with Gerald for review of same. |
| 2735555 | SBG | 03/17/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 5844 | | | review orders entered approving retention of committee professionals |
| 2735714 | SBG | 03/17/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 6340 | | | review and comment on draft order and CNO for interim fee applications |
| 2739083 | DJS | 03/19/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 6527 | | | Receive and review Omni invoices. |
| 2739110 | DJS | 03/21/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 6777 | | | Review draft of February fee statement |
| 2736704 | JL | 03/21/25 | B | 1.80 | 630.00 | 1.80 | 630.00 | 7407 | | | Revise Monthly Fee Statement for February 2025 |
| 2736864 | SBG | 03/24/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 7717 | | | review and comment on draft monthly fee statement for T&R |
| 2739131 | DJS | 03/25/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 7842 | | | Review draft fee statement for Tydings |
| 2738185 | SBG | 03/29/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 8152 | | | emails regarding timing of monthly fee applications; review same |
| 2738182 | SBG | 03/30/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 8276 | | | emails regarding monthly fee apps |
| 2738260 | SBG | 03/31/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 8400 | | | confer with D.Shaffer regarding |

DATE: 04/18/25 09:34:14 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071565)  # 152385                                       Page 4

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | | | monthly fee statements; emails with team regarding same |
| 2738555 | SBG | 03/31/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 8524 | | | review current draft of mothly statement; comments regarding same |
| 2739129 | JL | 03/31/25 | B | 2.20 | 770.00 | 2.20 | 770.00 | 9294 | | | Revise February 2025 Monthly Fee Statement with updated prebills |

FEE SUBTOTAL                              9,294.00


BALANCE DUE FROM PREVIOUS STATEMENT                    36,312.50
LESS PAYMENT(S)

BALANCE FORWARD                                        36,312.50

TIMECARD SUB-TOTAL (16.80)              9,294.00
DISBURSEMENT SUB-TOTAL                      0.00
SUBTOTAL CURRENT PERIOD                 9,294.00
TOTAL DUE                                              45,606.50


TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 7.80 | 46.4 | 4875.00 | 52.50 |
| Gerald, Stephen B. | 620.00 | 4.70 | 28.0 | 2914.00 | 31.40 |
| Lee, Jung | 350.00 | 4.30 | 25.6 | 1505.00 | 16.20 |
| TOTALS | | 16.80 | | 9294.00 | |


MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|-----------|-------------|------|------|------|-------|-------|
| BL | Bills | 36,312.50 | 0.00 | 0.00 | 0.00 | 36,312.50 |
| | TOTALS | 36,312.50 | 0.00 | 0.00 | 0.00 | 36,312.50 |

AGED ACCOUNTS RECEIVABLE:        36,312.50 (-30)           0.00 (31-60)           0.00 (61-90)           0.00 (91-120)           0.00 (+)

    (   ) BILL COSTS AND FEES          (   ) DO NOT BILL
    (   ) BILL FEES ONLY               (   ) CLOSE FILE
    (   ) BILL COSTS ONLY              (   ) FINAL BILL

DATE: 04/18/25 09:33:38 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071564)  # 152384                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS
Avoidance Actions/Litigation/Contested M

CLIENT ADDRESS                                    MATTER ADDRESS
The Official Committee of Unsecured Creditors        The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case    for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                    100 Front Street
Riverside, NJ 08075                                Riverside, NJ 08075

CLIENT INFORMATION                                MATTER INFORMATION
PHONE:                                            PHONE:
CONTACT: Gregory Andonian                         CONTACT: Gregory Andonian
REFERRED BY:                                     REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:                    0.00
UNAPPLIED AMOUNT:                0.00

LAST BILL DATE:            / /

## TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2735713 | SBG | 03/17/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | review motion to extend time to remove |
| 2739153 | DJS | 03/26/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 249 | | | Review motion to extend removal deadline. |
| 2737594 | SBG | 03/26/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 373 | | | review motion to extend removal deadline; emails regarding same |
| 2737641 | SBG | 03/27/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 435 | | | email regarding motion to extend |

DATE: 04/18/25 09:33:38 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071564)  # 152384          Page 2

|  |  |  |  | WORKED | | BILLED | |  |  |  |  |
|  |  |  |  | | | | |  |  |  |  |
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
|  |  |  |  |  |  |  |  |  |  |  | removal deadline |

|  |  |  |
| --- | --- | --- |
| FEE SUBTOTAL |  | 435.00 |

| | |
| --- | --- |
| BALANCE DUE FROM PREVIOUS STATEMENT | 0.00 |
| LESS PAYMENT(S) | |
| BALANCE FORWARD | 0.00 |

| | |
| --- | --- |
| TIMECARD SUB-TOTAL (0.70) | 435.00 |
| DISBURSEMENT SUB-TOTAL | 0.00 |
| SUBTOTAL CURRENT PERIOD | 435.00 |
| TOTAL DUE | 435.00 |

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
| --- | --- | --- | --- | --- | --- |
| Shaffer, Dennis J. | 625.00 | 0.20 | 28.6 | 125.00 | 28.70 |
| Gerald, Stephen B. | 620.00 | 0.50 | 71.4 | 310.00 | 71.30 |
| TOTALS | | 0.70 | | 435.00 | |

( ) BILL COSTS AND FEES     ( ) DO NOT BILL
( ) BILL FEES ONLY          ( ) CLOSE FILE
( ) BILL COSTS ONLY         ( ) FINAL BILL

DATE: 04/18/25 09:30:52 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071560)  # 152380                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
|  |  | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                              BILLING INSTRUCTIONS

Secured Lender/Creditor Issues

CLIENT ADDRESS                                          MATTER ADDRESS

The Official Committee of Unsecured Creditors          The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case    for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                       100 Front Street
Riverside, NJ 08075                                    Riverside, NJ 08075

CLIENT INFORMATION                                     MATTER INFORMATION

PHONE:                                                 PHONE:
CONTACT: Gregory Andonian                              CONTACT: Gregory Andonian
REFERRED BY:                                           REFERRED BY:

| | | | | | |
|---|---|---|---|---|---|
| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | |

TRUST AMOUNT:                0.00
UNAPPLIED AMOUNT:            0.00

LAST BILL DATE:       04/01/25

## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2735557 | DJS | 03/16/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 125 | | | Call with Steve Gerald regarding motion to approve DIP amendment and related matters. |
| 2735524 | DJS | 03/16/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 500 | | | Emails with co-counsel regarding amendment to DIP facility; review motion, proposed order and stipulation regarding same. |
| 2735554 | SBG | 03/16/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 934 | | | review motion to increase DIP; |

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | related emails; confer with D.Shaffer regarding same; review credit agreement |
| 2738968 | DJS | 03/17/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 1684 | | | Review stipulation and related documents for amendment to credit agreement and emails regarding same(1.1); authorize signature on same (1.) |
| 2738977 | DJS | 03/17/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 2122 | | | Email from co-counsel and review of proposed amendment to DIP credit agreement to purchase additional inventory on pre-pay basis. |
| 2739027 | DJS | 03/18/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 2372 | | | Review documents for hearing tomorrow. |
| 2735994 | SBG | 03/18/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2496 | | | emails regarding hearing on Amended DIP |
| 2739050 | DJS | 03/19/25 | B | 3.20 | 2000.00 | 3.20 | 2000.00 | 4496 | | | Prepare for hearing on amended DIP agreement and related matters; attend hearing and follow up regarding same. |
| 2739085 | DJS | 03/19/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 4683 | | | Follow up regarding amended DIP and sale issues. |
| 2736281 | SBG | 03/19/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4807 | | | confer with D.Shaffer regarding hearing on dip modification |
| 2736475 | SBG | 03/20/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 5303 | | | review lien review |
| | | FEE SUBTOTAL | | | | | 5,303.00 | | | | |

| | | |
|---|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | | 21,267.00 |
| LESS PAYMENT(S) | | |
| BALANCE FORWARD | | 21,267.00 |
| TIMECARD SUB-TOTAL (8.50) | 5,303.00 | |
| DISBURSEMENT SUB-TOTAL | 0.00 | |
| SUBTOTAL CURRENT PERIOD | 5,303.00 | |
| TOTAL DUE | | 26,570.00 |

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---:|---:|---:|---:|---:|
| Shaffer, Dennis J. | 625.00 | 6.60 | 77.6 | 4125.00 | 77.80 |
| Gerald, Stephen B. | 620.00 | 1.90 | 22.4 | 1178.00 | 22.20 |
| TOTALS | | 8.50 | | 5303.00 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---:|---:|---:|---:|---:|
| BL | Bills | 21,267.00 | 0.00 | 0.00 | 0.00 | 21,267.00 |
| | TOTALS | 21,267.00 | 0.00 | 0.00 | 0.00 | 21,267.00 |

AGED ACCOUNTS RECEIVABLE:        21,267.00 (-30)          0.00 (31-60)          0.00 (61-90)          0.00 (91-120)          0.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 04/18/25 09:32:58 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071563)  # 152383                Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| Sale Issues | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors | The Official Committee of Unsecured Creditors |
| for the Diamond Comic Distributors, Inc. Bankruptcy Case | for the Diamond Comic Distributors, Inc. Bankruptcy Case |
| 100 Front Street | 100 Front Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: | PHONE: |
| CONTACT: Gregory Andonian | CONTACT: Gregory Andonian |
| REFERRED BY: | REFERRED BY: |

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:        04/01/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2738838 | DJS | 03/07/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 188 | | | Email regarding Mantic cure and related issues |
| 2738849 | DJS | 03/07/25 | B | 0.10 | 62.50 | 0.10 | 62.50 | 250 | | | Read email from debtor counsel regarding Mantic cure issue. |
| 2734690 | SBG | 03/11/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 374 | | | emails with debtors' counsel and team regarding extension of time to object to sale motion and need for stipulation |

DATE: 04/18/25 09:32:58 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071563)  # 152383                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------|------|------|------|-----|------|-----|-------------|
| 2734900 | SBG | 03/12/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 498 | | | review cure objections |
| 2738902 | DJS | 03/13/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 936 | | | call with Gerald regarding upcoming auction and related issues (.3); review stipulations regarding extending objection deadline and emails regarding same (.4) |
| 2735152 | SBG | 03/13/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1060 | | | review stipulation extending time to object to sale motion; emails regarding same |
| 2736286 | SBG | 03/19/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 1432 | | | review bid; emals regarding same |
| 2736476 | SBG | 03/20/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 1742 | | | review and comment  on objection and ROR to sale |
| 2739099 | DJS | 03/21/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 2242 | | | Review of some objections regarding sale of assets and call with Gerald regarding same. |
| 2736491 | SBG | 03/21/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2366 | | | emails with DJS regarding proposed changes to limited objection to sale motion; email to LS team regarding same |
| 2736564 | SBG | 03/21/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 2738 | | | final review of sale motion and prep for filing; file same |
| 2739120 | DJS | 03/24/25 | B | 0.50 | 312.50 | 0.50 | 312.50 | 3050 | | | Review sale objection, cure and assumption issues and emails regarding auction. |
| 2739135 | DJS | 03/25/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 3300 | | | Review sale objection issues raised by other parties. |
| 2737205 | SBG | 03/25/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3362 | | | review Aireit/Anson objection to adequate assurance |
| 2737206 | SBG | 03/25/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3486 | | | emails regarding sale outcome and issues regarding same |
| 2739148 | DJS | 03/26/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 4236 | | | Further review of sale objections, including cure and assumption issues |
| 2737431 | SBG | 03/26/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4360 | | | review objections to cure/sale |

DATE: 04/18/25 09:32:58 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071563)  # 152383                 Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------|------|------|------|------|------|------|------|
| 2737595 | SBG | 03/26/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 4422 | | | review objection to sale |
| 2737664 | SBG | 03/26/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4546 | | | review revised sale order |
| 2738191 | SBG | 03/28/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4670 | | | with counsel for NECA regarding status of exectutory contract; emails with buyer's counsel regarding same |
| 2738759 | DJS | 03/31/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 4858 | | | Emails and call with Finizio regarding issues concerning finalizing APA for bidder and upcoming hearing. |
| 2738760 | DJS | 03/31/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 5108 | | | Follow up emails with co-counsel and call with Gerald regarding bid issues. |
| 2738764 | DJS | 03/31/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 5233 | | | Follow up emails and call with Gerald regarding bidder issues. |
| 2738551 | SBG | 03/31/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 5357 | | | call with Franco and Dennis regarding status of sale issues |
| 2738553 | SBG | 03/31/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 5419 | | | emails regarding potential dispute with APA |
| 2738598 | SBG | 03/31/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 5543 | | | confer with D.Shaffer regarding issues APA status; committee email regarding same |

FEE SUBTOTAL                    5,542.50

BALANCE DUE FROM PREVIOUS STATEMENT                6,474.00
LESS PAYMENT(S)

BALANCE FORWARD                                    6,474.00

TIMECARD SUB-TOTAL (8.90)         5,542.50
DISBURSEMENT SUB-TOTAL               0.00
SUBTOTAL CURRENT PERIOD          5,542.50
TOTAL DUE                                        12,016.50

DATE: 04/18/25 09:32:58 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071563)  # 152383                    Page 4

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 4.90 | 55.1 | 3062.50 | 55.30 |
| Gerald, Stephen B. | 620.00 | 4.00 | 44.9 | 2480.00 | 44.70 |
| TOTALS | | 8.90 | | 5542.50 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 6,474.00 | 0.00 | 0.00 | 0.00 | 6,474.00 |
| | TOTALS | 6,474.00 | 0.00 | 0.00 | 0.00 | 6,474.00 |

AGED ACCOUNTS RECEIVABLE:        6,474.00 (-30)        0.00 (31-60)        0.00 (61-90)        0.00 (91-120)        0.00 (+)

```
(  ) BILL COSTS AND FEES       (  ) DO NOT BILL
(  ) BILL FEES ONLY            (  ) CLOSE FILE
(  ) BILL COSTS ONLY           (  ) FINAL BILL
```

DATE: 04/18/25 09:31:30 PRO FORMA STATEMENT AS OF 03/31/25 FOR FILE (D02748.071561) # 152381                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                   BILLING INSTRUCTIONS
General Unsecured Creditor Issues


CLIENT ADDRESS                                        MATTER ADDRESS
The Official Committee of Unsecured Creditors         The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case    for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                      100 Front Street
Riverside, NJ 08075                                   Riverside, NJ 08075

CLIENT INFORMATION                                    MATTER INFORMATION
PHONE:                                                PHONE:
CONTACT: Gregory Andonian                             CONTACT: Gregory Andonian
REFERRED BY:                                          REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:             0.00
UNAPPLIED AMOUNT:         0.00

LAST BILL DATE:          / /


TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2738776 | DJS | 03/04/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 750 | | | Prep for and attend committee call. |
| 2733073 | SBG | 03/04/25 | B | 1.00 | 620.00 | 1.00 | 620.00 | 1370 | | | Attend committee call |
| 2733932 | SBG | 03/07/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1432 | | | email from contract counter party; J.Hampton response |
| 2738880 | DJS | 03/11/25 | B | 1.40 | 875.00 | 1.40 | 875.00 | 2307 | | | prepare for committee call (.3); attend committee call (1.1) |

DATE: 04/18/25 09:31:30 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071561)  # 152381                      Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2734688 | SBG | 03/11/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 2803 | | | Attend committee call |
| 2734689 | SBG | 03/11/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 3051 | | | post committee call with professionals |
| 2739096 | DJS | 03/21/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 3614 | | | Committee update call. |
| 2736525 | SBG | 03/21/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3676 | | | review slide deck in preparation of committee call |
| 2736562 | SBG | 03/21/25 | B | 0.90 | 558.00 | 0.90 | 558.00 | 4234 | | | attend committee call |
| 2739127 | DJS | 03/25/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 4734 | | | Committee call. |
| 2737633 | SBG | 03/27/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 4796 | | | committee email regarding status of hearing |

```
                    FEE SUBTOTAL                          4,795.50



         BALANCE DUE FROM PREVIOUS STATEMENT                        0.00
         LESS PAYMENT(S)

         BALANCE FORWARD                                            0.00

         TIMECARD SUB-TOTAL (7.70)              4,795.50
         DISBURSEMENT SUB-TOTAL                     0.00
         SUBTOTAL CURRENT PERIOD               4,795.50
         TOTAL DUE                                           4,795.50
```

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 4.30 | 55.8 | 2687.50 | 56.00 |
| Gerald, Stephen B. | 620.00 | 3.40 | 44.2 | 2108.00 | 44.00 |
| TOTALS | | 7.70 | | 4795.50 | |

```
(  ) BILL COSTS AND FEES          (  ) DO NOT BILL
(  ) BILL FEES ONLY               (  ) CLOSE FILE
(  ) BILL COSTS ONLY              (  ) FINAL BILL
```

DATE: 04/18/25 09:28:53 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071475)  # 152378          Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS

Bankruptcy

CLIENT ADDRESS                                         MATTER ADDRESS

The Official Committee of Unsecured Creditors          The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                       100 Front Street
Riverside, NJ 08075                                    Riverside, NJ 08075

CLIENT INFORMATION                                    MATTER INFORMATION

PHONE:                                                PHONE:
CONTACT: Gregory Andonian                             CONTACT: Gregory Andonian
REFERRED BY:                                          REFERRED BY:

STATUS:         OP              DEPARTMENT:    500      Bankruptcy                FEE FREQ:       M
DATE OPENED:    02/03/25        MATTER TYPE:   3300     Creditor Committee        COST FREQ:      M
                                                       Representation
DATE CLOSED:                    ARRANGEMENT:   HRST     HRST

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:       04/01/25

COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE |
|---|---|---|---|---|---|
| 891260 | 03/05/25 | B | 124.17 | VENDOR: Truist Bank; INVOICE#: 030525TRUIST; DATE: 3/5/2025  -  MAR25 Stmt Jimmy John's 2/10/25 Co-counsel lunch DJS | ML |
| 894194 | 03/21/25 | B | 9.60 | Photocopies - Infortext | PQ |
| 895054 | 03/27/25 | B | 0.20 | Photocopies - Infortext | PQ |
| | | | 133.97 | | |

DATE: 04/18/25 09:28:53 PRO FORMA STATEMENT AS OF 03/31/25  FOR FILE (D02748.071475)  # 152378                    Page 2

BALANCE DUE FROM PREVIOUS STATEMENT                          2,576.20
LESS PAYMENT(S)

BALANCE FORWARD                                              2,576.20

TIMECARD SUB-TOTAL (0)                          0.00
DISBURSEMENT SUB-TOTAL                        133.97
SUBTOTAL CURRENT PERIOD                       133.97
TOTAL DUE                                                    2,710.17


COST CODE SUMMARY

| COST CODE | | AMOUNT |
|---|---|---|
| ML | Meals | 124.17 |
| PQ | Photocopies-Infortext | 9.80 |
| COST TOTAL | | 133.97 |


MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 0.00 | 400.00 | 2,176.20 | 0.00 | 2,576.20 |
| | TOTALS | 0.00 | 400.00 | 2,176.20 | 0.00 | 2,576.20 |


AGED ACCOUNTS RECEIVABLE:        2,576.20  (-30)        0.00  (31-60)        0.00  (61-90)        0.00  (91-120)        0.00  (+)

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL