**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Requested Hearing Date:**<br>April 30, 2025 at 10:30 A.M. (EST)<br><br>**Requested Objection Deadline:**<br>At or before the hearing. |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF ORDERS AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS TO THE BACK-UP BIDDERS PURSUANT TO THE BIDDING PROCEDURES ORDER**

  **PLEASE TAKE NOTICE** that on April 29, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Orders Authorizing the Sale of Substantially All of the Debtors' Assets to the Back-Up Bidders Pursuant to the Bidding Procedures Order* (the "Motion").

  **PLEASE TAKE FURTHER NOTICE THAT THE DEBTORS HAVE ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE AND FOR AN EXPEDITED HEARING ON THE MOTION. IF THE MOTION TO SHORTEN IS GRANTED, THEN THE TIME TO OBJECT AND THE DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER.**

  **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion has been requested on an expedited basis and will commence before the Honorable Judge Rice on **April 30, 2025 at 10:30 a.m. (prevailing Eastern Time)** in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201.

  **PLEASE TAKE FURTHER NOTICE** that the Debtors, through the related motion to shorten notice, request that any responses or objections to the Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned proposed counsel for the Debtors, so as to actually be received at or before the hearing.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Dated: April 29, 2025

**SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
 adam.isenberg@saul.com
 turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
 paige.topper@saul.com
 nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*