IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Requested Hearing Date:** April 30, 2025, at 10:30 a.m. (ET) |
| | **Requested Objection Deadline**: At or before the hearing |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER
APPROVING THIRD STIPULATION BETWEEN DEBTORS AND
JPMORGAN CHASE BANK, N.A., AMENDING DIP CREDIT AGREEMENT**

**PLEASE TAKE NOTICE** that on April 30, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Approving Third Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement* (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT THE DEBTORS HAVE ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE AND FOR AN EXPEDITED HEARING ON THE MOTION. IF THE MOTION TO SHORTEN IS GRANTED, THEN THE TIME TO OBJECT AND THE DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER.**

**PLEASE TAKE FURTHER NOTICE** that a hearing, if required, on the Motion has been requested on an expedited basis and will commence before the Honorable Judge Rice on **April 30, 2025, at 10:30 a.m. (ET)** in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, through the related motion to shorten notice, request that any responses or objections to the Motion must be made either before the hearing with notice to the undersigned counsel for the Debtors or on the record at the hearing.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55499140.6

Dated: April 30, 2025               **SAUL EWING LLP**

By: /s/ *Jordan D. Rosenfeld*
    Jordan D. Rosenfeld (MD Bar No. 13694)
    1001 Fleet Street, 9th Floor
    Baltimore, MD 21202
    Telephone: (410) 332-8600
    Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
       paige.topper@saul.com
       nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*