# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# NOTICE

In person hearing Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 4/30/25 at 10:30 AM to consider and act upon the following:

385 – Motion Debtors' Motion for Entry of Orders Authorizing the Sale of Substantially All of the Debtors' Assets to the Back–Up Bidders Pursuant to the Bidding Procedures Order Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Notice of Motion # 2 Exhibit A – Universal Sale Order # 3 Exhibit B – Sparkle Pop Sale Order # 4 Exhibit C – Redline of Ad Populum Asset Purchase Agreement) (Rosenfeld, Jordan)

386 – Motion to Shorten Time for Notice of Debtors' Motion for Entry of Orders Authorizing the Sale of Substantially All of the Debtors' Assets to the Back–Up Bidders Pursuant to the Bidding Procedures Order Filed by Diamond Comic Distributors, Inc. (related document(s)385 Motion for Miscellaneous Relief filed by Debtor Diamond Comic Distributors, Inc.). (Attachments: # 1 Exhibit A – Proposed Order) (Rosenfeld, Jordan)

387 – Motion to Approve Stipulation/Settlement Debtors Motion for Entry of an Order Approving Third Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement. Notice Served on 4/30/2025, Filed by Diamond Comic Distributors, Inc.. Responses due by 5/21/2025. (Attachments: # 1 Notice of Motion # 2 Exhibit A – Proposed Order) (Rosenfeld, Jordan)

388 – Motion to Shorten Time Debtors Motion to Shorten Notice of the Debtors Motion for Entry of Order Approving Third Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending Dip Credit Agreement Filed by Diamond Comic Distributors, Inc. (related document(s)387 Motion to Approve Stipulation/Settlement and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.). (Attachments: # 1 Exhibit A – Proposed Order) (Rosenfeld, Jordan)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/30/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769