_____DER_____  ✓ RETAIN
David E Rice , U. S. BANKRUPTCY JUDGE       Evidentiary Hrg: Y N
                                            Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 04/30/2025 Time: 10:30

**CASE: 25-10308 Diamond Comic Distributors, Inc.**

Adam H Isenberg and Ashley N Fellona and Jeffrey C. Hampton Iand Jordan Rosenfeld and Mark Minuti and Nicholas Smargiassi and Paige Noelle Topper and Turner Falk representing Diamond Comic Distributors, Inc. (Debtor)

Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)   ✓ Vetter

Bruce S. Nathan and Chelsea R Frankel and Dennis J. Shaffer and Gianfranco Finizio and Jung Yong Lee and Michael Papandrea and Richard L. Costella and Stephen B. Gerald representing Unsecured Creditors Committee (Creditor Committee)

[335] Order (I) Approving Asset Purchase Agreement Among Diamond Comic Distributors, Inc., Diamond Select Toys & Collectibles, LLC and Alliance Entertainment, LLC;(II) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests; (III) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief(related document(s): 168 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc. ).

[345] Order Approving Second Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement(related document(s): 340 Motion for Miscellaneous Relief filed by Debtor Diamond Comic Distributors, Inc.).

[385] Motion *Debtors' Motion for Entry of Orders Authorizing the Sale of Substantially All of the Debtors' Assets to the Back-Up Bidders Pursuant to the Bidding Procedures Order* Filed by Diamond Comic Distributors, Inc.. (Attachments: #s4 Exhibit C - Redline of Ad Populum Asset Purchase Agreement)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[386] Motion to Shorten Time *for Notice of Debtors' Motion for Entry of Orders Authorizing the Sale of Substantially All of the Debtors' Assets to the Back-Up Bidders Pursuant to the Bidding Procedures Order* Filed by Diamond Comic Distributors, Inc. (related document(s) 1 Exhibit A - Proposed Order)

J. Grasso
S. Teele
J. Young

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

    [387] Motion to Approve Stipulation/Settlement *Debtors Motion for Entry of an Order Approving Third Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement.* Notice Served on 4/30/2025, Filed by Diamond Comic Distributors, Inc.. Responses due by 5/21/2025. (Attachments: #s2 Exhibit A - Proposed Order)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

    [388] Motion to Shorten Time *Debtors Motion to Shorten Notice of the Debtors Motion for Entry of Order Approving Third Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending Dip Credit Agreement* Filed by Diamond Comic Distributors, Inc. (related document(s) 1 Exhibit A - Proposed Order)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

    [390] Objection on behalf of Alliance Entertainment, LLC Filed by Jonathan A. Grasso (related document(s) 386 Motion to Shorten Time filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : Alliance Entertainment, LLC BY J Grasso S Teele

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____   Denied Approval_____   Deadline to file Amended D/S_____

    Other_____

    Confirmed_____ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [✓] To be prepared by:
        [✓] Movant's counsel      [ ] Court
        [ ] Respondent's counsel  [ ] Other _____

NOTES:

*[handwritten] P.386 - Granted*
*[handwritten] P.388 - Granted*
*[handwritten] P.385 - Approved*
*[handwritten] P.387 - Approved*