**EXHIBIT LIST**

**Case No:**   **25-10308-DER**                **Debtor:**   **Diamond Comic Distributors, Inc.**

**Date:**  **April 30, 2025**

| No. | Offered By | Document | Admitted |
|-----|-----------|----------|----------|
| 1 | Debtor | Asset Purchase Agreement with Ad Populum | X |
| 2 | | Asset Purchase Agreement with Universal Distribution LLC | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |