IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING FIRST INTERIM APPLICATION OF TYDINGS & ROSENBERG LLP, AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM <u>JANUARY 31, 2025 THROUGH MARCH 31, 2025</u>**

Upon consideration of the *First Interim Application of Tydings & Rosenberg LLP, as Local Counsel, for the Official Committee of Unsecured Creditors for Services Rendered and Expenses Incurred for the Period from January 31, 2025 through March 31, 2025* (the "<u>Application</u>"), filed by Tydings & Rosenberg LLP ("<u>T&R</u>"), as local counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "<u>Committee</u>"), for allowance of compensation for services rendered and for the reimbursement of actual and necessary expenses

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6365703.1

1

incurred for the period of January 31, 2025 through March 31, 2025 (the "Application Period"); and the Court having reviewed the Application and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application was adequate under the circumstances and no further notice being necessary; (c) the fees represent reasonable compensation for actual and necessary services rendered by T&R; and (d) the expenses represent actual and necessary expenses incurred by T&R in the performance of its duties in these chapter 11 cases; and after due deliberation and consideration, and good and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED** that the Application be and hereby is **APPROVED** as set forth herein; and it is further

**ORDERED** that interim compensation to T&R for fees in the amount of $119,920.50 and reimbursement of expenses in the amount of $2,710.17 (collectively, the "Allowed Compensation") is hereby **APPROVED**; and it is further

**ORDERED** that the Debtors are authorized to pay the Allowed Compensation to T&R less any amounts previously paid in connection with the monthly fee applications; and it is further

**ORDERED**, that this Order shall be effective immediately upon its entry; and it is further

**ORDERED** that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order, including, but not limited to, the determination of final compensation to T&R in these chapter 11 cases.

### END OF ORDER

cc: Debtors' Counsel
    Committee Counsel
    Office of United States Trustee
    JP Morgain Chase Bank, N.A. Counsel
    All parties receiving service by CM/ECF system