# **Exhibit B**

**In re: Diamond Comic Distributors, Inc.**



## Exhibit B: Expense Detail

**Berkeley Research Group, LLC**

For the Period 1/31/2025 through 3/31/2025

| Date | Professional | Amount | Description |
|---|---|---|---|
| **04. Taxi** | | | |
| 3/25/2025 | J. Emerson | $164.83 | Late night taxi home following Diamond Comics auction. |
| 3/25/2025 | D. Galfus | $221.74 | Taxi home from Diamond Comics auction which ended around midnight. |
| *Expense Category Total* | | *$386.57* | |
| **10. Meals** | | | |
| 2/1/2025 | A. Wilsterman | $24.48 | Weekend meal on 2/1 while working on DCD client deliverables. |
| 2/2/2025 | A. Wilsterman | $34.39 | Weekend dinner on 2/2 while working on DCD client deliverables. |
| 2/2/2025 | A. Wilsterman | $28.44 | Weekend lunch on 2/2 while working on DCD client deliverables. |
| 2/2/2025 | A. Kashanirokh | $20.31 | Weekend meal on 2/2 while working on DCD deliverables. |
| 2/2/2025 | M. Earl | $34.37 | Weekend meal on 2/2 while working on Diamond Comic UCC. |
| 2/3/2025 | M. Earl | $35.00 | Dinner on 2/3 while working late on Diamond Comic UCC deliverables. |
| 2/4/2025 | M. Earl | $27.28 | Dinner on 2/4 while working late on Diamond Comic UCC deliverables. |
| 2/14/2025 | M. Earl | $33.45 | Dinner on 2/14 while working late on Diamond Comic UCC deliverables. |
| 2/19/2025 | M. Earl | $24.46 | Diamond Comic UCC's portion of late working dinner on 2/19. |
| *Expense Category Total* | | *$262.18* | |
| **Total Expenses** | | **$648.75** | |