Entered: May 1st, 2025
Signed: May 1st, 2025

# SO ORDERED

For the reasons stated at the hearing held on April 30, 2025.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 387 & 388** |

### ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE OF THE DEBTORS' MOTION FOR ENTRY OF ORDER APPROVING THIRD STIPULATION BETWEEN DEBTORS AND JPMORGAN CHASE BANK, N.A., AMENDING DIP CREDIT AGREEMENT

Upon consideration of the motion (the "Motion to Shorten")[2] of the Debtors, pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Bankruptcy Rules 9006-1 and 9013-6, shortening the time for notice of the hearing to consider the *Debtors' Motion for Entry of an Order Approving Third Stipulation Between the Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement* [D.I. 387] (the "Motion to Approve

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms not otherwise defined herein are defined in the Motion to Shorten.

<u>Stipulation</u>") and the Court having reviewed the Motion to Shorten, and having found that the relief requested in the Motion to Shorten is justified under the circumstances,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted to the extent set forth herein.

2. The hearing to consider the relief requested in the Motion to Approve Stipulation shall be held on **April 30, 2025, at 10:30 a.m. (prevailing Eastern Time)**.

3. Any objections or responses to the Motion to Approve Stipulation must be made either before the hearing with notice to the undersigned counsel for the Debtors or on the record at the hearing.

4. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

**END OF ORDER**