## **Exhibit A**

Summary of Fees and Expenses by Activity Category

Getzler Henrich & Associates
Summary of Fees and Expenses by Category
March 01, 2025 to March 31, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

| Activity Description | Hours | Fees |
|---|---|---|
| BOD issues | 5.4 | $ 4,117.00 |
| Case Administration | 17.3 | $ 10,809.50 |
| Cash Management/Analysis | 43.5 | $ 27,836.50 |
| Company Business Mgmt | 84.3 | $ 55,502.50 |
| Compensation Issues | 28.1 | $ 21,727.50 |
| Court Hearing Prep and/or Appearance | 2.4 | $ 1,812.00 |
| Employment and Fee | 7.0 | $ 4,654.00 |
| Financing and Cash Collateral | 45.1 | $ 31,254.50 |
| Meetings and Communications with Creditors | 18.1 | $ 13,161.50 |
| Reporting | 28.6 | $ 16,385.00 |
| Sale of Business and Related Issues | 367.9 | $ 251,723.50 |
| Supplier Issues | 64.6 | $ 42,326.00 |
| Travel | 55.8 | $ 16,976.50 |
| **Total** | **768.1** | **$ 498,286.00** |

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 6,907.34 |
| Airfare | $ 2,528.42 |
| Auto Fuel | $ 198.47 |
| Auto Parking | $ 159.98 |
| Auto Rental | $ 637.44 |
| Auto Tolls | $ 229.56 |
| Car Rental/Ground Transportation | $ 2,237.82 |
| Internet Connection | $ 199.52 |
| Meals | $ 2,275.41 |
| Train | $ 1,386.90 |
| **Total** | **$ 16,760.86** |

| | |
|---|---|
| **Total Fees & Expenses** | **$ 515,046.86** |