**<u>Exhibit B</u>**

Summary of Professionals and Fees

Getzler Henrich & Associates
Summary of Professionals and Fees
March 01, 2025 to March 31, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

| Professional | Position | Functional Areas | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Henrich | Principal | Restructuring Advisor | $ 855 | 101.4 | $ 86,697.00 |
| Robert Gorin | Senior Managing Director | Restructuring Advisor | $ 755 | 199.6 | $ 147,149.50 |
| Ramy Aly | Senior Director | Business Plan Analysis | $ 645 | 272.0 | $ 168,732.00 |
| Waleed Aly | Director | Business Plan Analysis Support | $ 525 | 195.1 | $ 95,707.50 |
| **Total** | | | | **768.1** | **$ 498,286.00** |