## **Exhibit C**

Summary of Itemized Out-of-Pocket Expenses

**Summary of Expenses**

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 6,907.34 |
| Airfare | $ 2,528.42 |
| Auto Fuel | $ 198.47 |
| Auto Parking | $ 159.98 |
| Auto Rental | $ 637.44 |
| Auto Tolls | $ 229.56 |
| Car Rental/Ground Transportation | $ 2,237.82 |
| Internet Connection | $ 199.52 |
| Meals | $ 2,275.41 |
| Train | $ 1,386.90 |
| **Grand Total** | **$ 16,760.86** |

**Accommodations Hotel/Motel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 3/1/2025 | $ 308.43 | Hotel at company HQ 2/26-2/28 |
| Robert Gorin | 3/2/2025 | $ 489.15 | Hotel at client headquarters 3/3-3/6 |
| Waleed Aly | 3/4/2025 | $ 418.11 | Hotel at company HQ 3/4-3/6 |
| Ramy Aly | 3/14/2025 | $ 620.25 | Hotel in MD 3/11-3/13 |
| William Henrich | 3/23/2025 | $ 1,220.58 | Hotel for 3/23-3/25 for Auction in NYC |
| Ramy Aly | 3/24/2025 | $ 494.79 | Hotel for NYC Auction 3/24 |
| Waleed Aly | 3/24/2025 | $ 853.14 | Auction hotel 3/23-3/24 |
| Robert Gorin | 3/24/2025 | $ 858.21 | Hotel for auction 3/23-3/24 |
| Waleed Aly | 3/26/2025 | $ 505.90 | Hotel in MD - 3/24-3/27 |
| Robert Gorin | 3/26/2025 | $ 249.10 | Hotel in MD - 3/25 - 3/26 |
| Ramy Aly | 3/27/2025 | $ 465.28 | Hotel- Baltimore 3/24-3/27 |
| Waleed Aly | 3/27/2025 | $ 215.25 | Hotel prep for court in MD - 3/27 |
| Robert Gorin | 3/27/2025 | $ 209.15 | Hotel in MD 3/27 |
| **Total** | | **$ 6,017.66** | |

**Airfare**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 3/25/2025 | $ 506.48 | Flight from BWI to PBI |
| Robert Gorin | 3/25/2025 | $ 1,010.97 | Flight for next week: Fl to MD |
| Robert Gorin | 3/30/2025 | $ 1,010.97 | Flight: Fl to MD |
| **Total** | | **$ 2,528.42** | |

**Auto Fuel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 3/2/2025 | $ 48.52 | BP Gas |
| Ramy Aly | 3/13/2025 | $ 18.00 | Wawa gas |
| Ramy Aly | 3/25/2025 | $ 33.28 | BP Gas |
| Ramy Aly | 3/27/2025 | $ 44.82 | BP fuel |
| Waleed Aly | 3/28/2025 | $ 15.25 | Gas |
| Ramy Aly | 3/31/2025 | $ 38.60 | Quick Chek fuel |
| **Total** | | **$ 198.47** | |

**Auto Parking**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 3/2/2025 | $ 83.00 | Parking - NYTF |
| Ramy Aly | 3/25/2025 | $ 36.99 | Hotel parking Baltimore |
| Ramy Aly | 3/26/2025 | $ 39.99 | Hotel parking Baltimore |
| **Total** | | **$ 159.98** | |

**Auto Rental**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 3/4/2025 | $ 123.76 | Car rental |
| Ramy Aly | 3/13/2025 | $ 162.67 | Car rental for HQ visit |
| Ramy Aly | 3/28/2025 | $ 351.01 | Car rental for HQ visit |
| **Total** | | **$ 637.44** | |

**Auto Tolls**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 3/1/2025 | $ 52.98 | Tolls to/from MD |
| Ramy Aly | 3/2/2025 | $ 18.31 | GW Bridge for NY Toy Fair |
| Ramy Aly | 3/25/2025 | $ 39.50 | Tolls to MD |
| Ramy Aly | 3/27/2025 | $ 41.75 | Tolls from MD |
| Waleed Aly | 3/28/2025 | $ 37.52 | Tolls from MD |
| Ramy Aly | 3/31/2025 | $ 39.50 | Tolls to MD |
| **Total** | | **$ 229.56** | |

**Car Rental/Ground Transportation**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 3/1/2025 | $ 31.90 | Uber To Hotel |
| Waleed Aly | 3/1/2025 | $ 49.00 | Round Trip Ferry to NY Toy Fair |
| Waleed Aly | 3/1/2025 | $ 34.90 | Uber To Javitz |
| Waleed Aly | 3/1/2025 | $ 8.70 | Subway to NY Toy Fair |
| Waleed Aly | 3/2/2025 | $ 29.81 | Uber To Javitz |
| Waleed Aly | 3/2/2025 | $ 34.55 | Uber To Ferry |
| Waleed Aly | 3/2/2025 | $ 32.25 | Uber To Hotel |
| Robert Gorin | 3/2/2025 | $ 73.33 | Uber From BWI To Client |
| Robert Gorin | 3/2/2025 | $ 64.17 | Uber From Hotel To BWI |
| Robert Gorin | 3/2/2025 | $ 14.64 | Uber From Client To Hotel |
| Robert Gorin | 3/2/2025 | $ 59.07 | Uber From PBI To Home |
| Waleed Aly | 3/4/2025 | $ 278.00 | Train To/From Company |
| Waleed Aly | 3/4/2025 | $ 25.31 | Uber To Company |
| Waleed Aly | 3/4/2025 | $ 60.96 | Uber To Train Station |
| Waleed Aly | 3/6/2025 | $ 49.21 | Uber Back From Train Station |
| Ramy Aly | 3/11/2025 | $ 47.76 | Uber To Train |
| Ramy Aly | 3/11/2025 | $ 39.72 | Lyft To car rental |
| Ramy Aly | 3/13/2025 | $ 29.45 | Uber From car rental to HQ |
| Ramy Aly | 3/13/2025 | $ 48.78 | Uber From Train |
| Ramy Aly | 3/13/2025 | $ 46.82 | Lyft From HQ To Train |
| Robert Gorin | 3/23/2025 | $ 73.31 | Uber From LGA To Hotel |
| Robert Gorin | 3/23/2025 | $ 57.03 | Uber From Home To PBI |
| Waleed Aly | 3/24/2025 | $ 26.89 | Uber |
| Waleed Aly | 3/24/2025 | $ 12.25 | Cab To Hotel |
| Waleed Aly | 3/24/2025 | $ 15.87 | Cab To Auction |
| Waleed Aly | 3/24/2025 | $ 49.00 | Round Trip Ferry Ticket for NY auction |
| Waleed Aly | 3/24/2025 | $ 69.34 | Uber To Train Station |
| Ramy Aly | 3/25/2025 | $ 130.99 | Lyft To car rental - from NY auction to rental location |
| Waleed Aly | 3/25/2025 | $ 15.73 | Uber Home |
| Waleed Aly | 3/25/2025 | $ 15.93 | Uber From Train Station To Car Rental |
| Waleed Aly | 3/25/2025 | $ 35.54 | Uber To Car Rental |
| Waleed Aly | 3/25/2025 | $ 32.21 | Cab To Ferry |
| Robert Gorin | 3/25/2025 | $ 37.86 | Uber From Hotel To Penn Station/Amtrak |
| Waleed Aly | 3/26/2025 | $ 336.91 | Car Rental - Lowest Cost Option |
| Robert Gorin | 3/27/2025 | $ 24.55 | Taxi From PBI To Home |

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 3/27/2025 | $ 14.60 | Uber From Hotel To Courthouse |
| Ramy Aly | 3/28/2025 | $ 44.21 | Uber From rental - car drop off |
| Waleed Aly | 3/28/2025 | $ 62.72 | Uber Home From Train Station |
| Robert Gorin | 3/30/2025 | $ 47.03 | Uber From BWI To Hotel |
| Ramy Aly | 3/31/2025 | $ 44.63 | Uber To Hertz - car pick up for travel to client HQ |
| Robert Gorin | 3/31/2025 | $ 15.46 | Uber From Client To Hotel |
| Robert Gorin | 3/31/2025 | $ 17.43 | Uber From Hotel To Client |
| **Total** | | **$ 2,237.82** | |

**Internet Connection**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 3/2/2025 | $ 199.52 | Verizon data & hotspot - while working at client site/HQ & hotel |
| **Total** | | **$ 199.52** | |

**Meals**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 3/1/2025 | $ 16.00 | Breakfast at company headquarters |
| Waleed Aly | 3/1/2025 | $ 46.41 | Working dinner at client site |
| Waleed Aly | 3/1/2025 | $ 27.65 | Lunch at company HQ |
| Waleed Aly | 3/1/2025 | $ 4.00 | Late night work and prep water/snacks |
| Ramy Aly | 3/2/2025 | $ 28.75 | Breakfast at NY Toy Fair |
| Ramy Aly | 3/2/2025 | $ 42.95 | Working Lunch - NY Toy Fair |
| Ramy Aly | 3/2/2025 | $ 34.50 | Working dinner at client HQ |
| Waleed Aly | 3/2/2025 | $ 16.75 | Breakfast at company headquarters |
| Waleed Aly | 3/2/2025 | $ 27.54 | Lunch at company HQ |
| Robert Gorin | 3/2/2025 | $ 15.17 | Working breakfast |
| Robert Gorin | 3/2/2025 | $ 24.83 | Lunch while traveling |
| Robert Gorin | 3/2/2025 | $ 17.53 | Working lunch |
| Robert Gorin | 3/2/2025 | $ 47.01 | Working dinner |
| Waleed Aly | 3/4/2025 | $ 15.23 | Breakfast at company headquarters |
| Waleed Aly | 3/4/2025 | $ 31.24 | Lunch at company HQ |
| Waleed Aly | 3/4/2025 | $ 38.78 | Working dinner at client site |
| Waleed Aly | 3/5/2025 | $ 16.19 | Breakfast at company headquarters |
| Waleed Aly | 3/5/2025 | $ 33.71 | Lunch at company HQ |
| Waleed Aly | 3/5/2025 | $ 4.25 | Late night work and prep water/snacks |
| Waleed Aly | 3/5/2025 | $ 41.76 | Working dinner at client site |
| Waleed Aly | 3/6/2025 | $ 13.20 | Breakfast at company headquarters |
| Waleed Aly | 3/6/2025 | $ 24.87 | Lunch at company HQ |
| Waleed Aly | 3/6/2025 | $ 43.77 | Working dinner at client site |
| Ramy Aly | 3/11/2025 | $ 24.75 | Breakfast while at company HQ |
| Ramy Aly | 3/11/2025 | $ 41.50 | Working dinner in MD |
| Ramy Aly | 3/11/2025 | $ 33.20 | Lunch while at company site |
| Ramy Aly | 3/12/2025 | $ 24.75 | Breakfast while at company HQ |
| Ramy Aly | 3/12/2025 | $ 41.88 | Working dinner in MD |
| Ramy Aly | 3/12/2025 | $ 38.79 | Lunch while at company site |
| Ramy Aly | 3/13/2025 | $ 28.55 | Breakfast while at company HQ |
| Ramy Aly | 3/13/2025 | $ 24.55 | Working dinner in MD |
| Ramy Aly | 3/13/2025 | $ 31.50 | Lunch while at company site |
| Robert Gorin | 3/23/2025 | $ 18.72 | Breakfast while traveling |
| Robert Gorin | 3/23/2025 | $ 20.48 | Working lunch |
| Ramy Aly | 3/24/2025 | $ 25.95 | Breakfast while at company HQ |
| Waleed Aly | 3/24/2025 | $ 18.12 | Breakfast at company headquarters |
| Waleed Aly | 3/24/2025 | $ 122.89 | Food during auction |
| Robert Gorin | 3/24/2025 | $ 176.80 | Breakfast with B. Henrich, J. Hampton, A. Isenberg, M. Minuti, P. Topper, R. Gor |
| Ramy Aly | 3/25/2025 | $ 25.75 | Breakfast while at company HQ |

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 3/25/2025 | $ 39.50 | Working dinner in Baltimore - R. Aly R. Gorin |
| Ramy Aly | 3/25/2025 | $ 29.55 | Lunch while at company site |
| Ramy Aly | 3/25/2025 | $ 22.51 | Late night work and prep - snacks/water |
| Waleed Aly | 3/25/2025 | $ 39.11 | Breakfast at company headquarters |
| Waleed Aly | 3/25/2025 | $ 42.90 | Working dinner at client site |
| Waleed Aly | 3/25/2025 | $ 26.42 | Working late night snacks and water at company HQ |
| Waleed Aly | 3/25/2025 | $ 72.93 | Lunch at company HQ |
| Waleed Aly | 3/25/2025 | $ 4.60 | Late night work and prep water/snacks |
| Robert Gorin | 3/25/2025 | $ 11.50 | Breakfast at client site |
| Robert Gorin | 3/25/2025 | $ 23.56 | Working dinner |
| Robert Gorin | 3/25/2025 | $ 19.71 | Lunch while traveling |
| Ramy Aly | 3/26/2025 | $ 41.65 | Working dinner in Baltimore |
| Ramy Aly | 3/26/2025 | $ 19.85 | Lunch while at company site |
| Ramy Aly | 3/26/2025 | $ 39.66 | Breakfast while at company HQ - R. Aly & R. Gorin |
| Waleed Aly | 3/26/2025 | $ 17.28 | Breakfast at company headquarters |
| Waleed Aly | 3/26/2025 | $ 49.35 | Working dinner at client site |
| Waleed Aly | 3/26/2025 | $ 24.25 | Lunch at company HQ |
| Robert Gorin | 3/26/2025 | $ 23.32 | Working dinner |
| Ramy Aly | 3/27/2025 | $ 25.95 | Breakfast while at company HQ |
| Ramy Aly | 3/27/2025 | $ 48.96 | Working dinner in Baltimore - R. Aly R. Gorin |
| Ramy Aly | 3/27/2025 | $ 30.65 | Lunch while at company site |
| Ramy Aly | 3/27/2025 | $ 20.99 | Late night work and prep - snacks/water |
| Waleed Aly | 3/27/2025 | $ 14.52 | Breakfast at company headquarters |
| Waleed Aly | 3/27/2025 | $ 30.28 | Lunch at company HQ |
| Robert Gorin | 3/27/2025 | $ 11.24 | Working breakfast at client site |
| Robert Gorin | 3/27/2025 | $ 22.17 | Working dinner |
| Robert Gorin | 3/27/2025 | $ 16.77 | lunch while traveling |
| Waleed Aly | 3/28/2025 | $ 11.25 | Breakfast at company headquarters |
| Waleed Aly | 3/28/2025 | $ 20.03 | Lunch at company HQ |
| Robert Gorin | 3/30/2025 | $ 17.62 | Breakfast while traveling |
| Robert Gorin | 3/30/2025 | $ 24.39 | Working dinner |
| Ramy Aly | 3/31/2025 | $ 23.75 | Breakfast while at company HQ |
| Ramy Aly | 3/31/2025 | $ 25.25 | Lunch while at company site |
| Ramy Aly | 3/31/2025 | $ 31.52 | Working dinner in MD |
| Robert Gorin | 3/31/2025 | $ 23.53 | Working dinner |
| Robert Gorin | 3/31/2025 | $ 18.62 | Working lunch |
| **Total** | | **$ 2,275.41** | |

**Train**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 3/13/2025 | $ 668.00 | Amtrak roundtrip to/from company HQ |
| Waleed Aly | 3/24/2025 | $ 2.90 | Subway for auction |
| Waleed Aly | 3/25/2025 | $ 139.00 | Amtrak to company |
| Robert Gorin | 3/25/2025 | $ 209.00 | Train from NYC to Baltimore |
| Waleed Aly | 3/28/2025 | $ 368.00 | Amtrak home |