**Exhibit A**

**Disclosure of Baylinson, Kudysh, Greenberg & Helt LLC**

Baylinson, Kudysh, Greenberg & Helt LLC currently or previously represented the following parties or their affiliates in matters wholly unrelated to the Debtors: Chubb, CNA Financial Corporation, and Crum & Forster Insurance Company.

55451675.2