**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*, | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on May 1, 2025, the following Notices were sent by first class mail, postage prepaid, to the parties on the attached service list:

a. *Notice of First Interim Application of Tydings & Rosenberg, LLP, as Local Counsel for the Official Committee of Unsecured Creditors For Services Rendered and Expenses Incurred for the Period From January 31, 2025 Through March 31, 2025* [Dkt. 393];

b. *Notice of First Interim Application of Berkeley Research Group, LLC, as Financial Advisor for the Official Committee of Unsecured Creditors For Services Rendered and Expenses Incurred for the Period From January 31, 2025 Through March 31, 2025* [Dkt. 395]; and

c. *Notice of First Interim Application of Lowenstein Sandler LLP, as Co-Counsel for the Official Committee of Unsecured Creditors For Services Rendered and Expenses Incurred for the Period From January 31, 2025 Through March 31, 2025* [Dkt. 397].

Date: May 2, 2025

/s/ *Dennis J. Shaffer*
Dennis J. Shaffer (MD Fed. Bar No. 25680)
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
410-752-9753
DShaffer@tydings.com

*Local Counsel for the Official Committee of Unsecured Creditors*

6366998.1