Adam and Reese LLP
Attn: Nikolaus F. Schandlbauer/Lauren A. Balo
20 F Street, Ste 500
Washington, DC 20001

BakerHostetler LLP
Attn: Adam L. Fletcher/Scott E. Prince
Key Twr
127 Public Sq., Ste. 2000
Clevland, OH 44114

Cole Scotz P.C.
Attn: Gary H. Leibowitz/HC Jones III
1201 Wills St., Ste 320
Baltimore, MD 21231

DLA Piper (US)
Attn: C Kevin Kobbe
650 S Exeter St, Ste 1100
Baltimore, MD 21202

Gohn Hankey & Berlage LLP
Attn: Jan I Berlage
201 N Charles St Ste 2101
Baltimore, MD 21201

Klestadt, Winters, Jureller Southard & Stevens, LLP
Attn: Ian R Winters/Stephanie Sweeney, Andrew Brown
200 W 41st St, 17th Fl
New York, NY 10036

Lowenstein Sandler LLP
Attn: Bruce S Nathan, Gianfranco Finzio, Chelsea R Frankel
1251 Ave of the Americas, 17th Fl
New York, NY 10020

Lowenstein Sandler LLP
Attn: Michael Papandrea
1 Lownestein Dr
Roseland, NJ 07068

Mcnamee Hosea, P.A.
Attn: Justin P Fasano
6404 Ivy Ln, Ste 820
Greenbelt, MD 20770

Office of the Attorney General
Attn: Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

Office of the Attorney General
Attn: Charity R Clark
109 State St
Montpellier, Vt 05609-1001

Office of the Attorney General
Attn: Andrea Campell
10 Mechanic St, Ste 301
Worcester, MA 01608

Office of the Attorney General
Attn: Andrea Campbell
1441 Main St, 12th Fl
Springfield, MA 01103

Office of the Attorney General
Attn: Treg Taylor
1031 W 4th Ave, Ste 200
Anchorage, AK 99501-1994

Office of the Attorney General
Attn: William Tong
165 Capitol Ave
Hartford, CT 06106

Office of the Attorney General
Attn: Kathy Jennings
Carvel State Office Bldg
820 French St
Wilmington, DE 19801

Office of the Attorney General
Attn: John Formelia
33 Capitol St
Concord, NH 03301

Office of the Attorney General
Attn: Ellen F Rosenblum
Justice Bldg
1162 Court St NE
Salem, OR 97301

Office of the Attorney General
Attn: Raul Labrador
700 W Jefferson St, Ste 210
PO Box 83720
Boise, ID 83720

Office of the Attorney General
Attn: Sean Reyes
State Capitol, Rm 236
Salt Lake City, UT 84114-0810

Office of the Attorney General
Attn: Todd Rokita
Indiana Govt Ctr S
302 W Washington St, 5th Fl
Indianapolis, IN 46204

Office of the Attorney General
Attn: Brenna Bird Hoover
State Office Bldg
1305 E Walnut
Des Moines, IA 50319

Office of the Attorney General
Attn: Jason Miyares
202 N 9th St
Richmond, VA 23219

Office of the Attorney General
Attn: Austin Krudsen
Justice Building, 3rd Fl
215 N Sanders
Helena, MT 59620-1401

Office of the Attorney General
Attn: Anne E Lopez
425 Queen St
Honolulu, HI 96813

Office of the Attorney General
Attn: Dana Nessel
PO Box 0313
525 W Ottawa St
Lansing, MI 48909-0212

Office of the Attorney General
Attn: Drew Wigley
State Capital
600 E Blvd Ave
Bismarck, ND 58505-0040

Office of the Attorney General
343 State Capitol
Lincoln, NE 68509

Office of the Attorney General
Attn: Tim Griffin
323 Center St, Ste 200
Little Rock, AR 72201-2610

Office of the Attorney General
441 4th Street SW, Ste 1100S
Washington, DC 20001

Office of the Attorney General
Attn: Anthony Brown
200 St Paul St
Baltimore, MD 21202-2202

Office of the Attorney General
Attn: Bob Ferguson
1125 Washington St SE
PO Box 40100
Olympia, WA 98504-+0100

Office of the NY State Attorney General .
Attn: Robert J Rock
Civil Recoveries Bureau, Bankruptcy Litigation Unit
The Capitol
Albany, NY 12224-0341

Perkins Cole LLP
Attn: David WT Daniels
700 13th St, NW, Ste 600
Washington, DC 20005

Perkins Cole LLP
Attn: Sara L Chenetz
1888 Century Park E, Ste 1700
Los Angeles, CA 90067-1721

Polsinelli PC
Attn: D Jack Blum/Mark B Joachim
1401 Eye St NW, Ste 800
Washington, DC 20005

Ropers Majeski
Attn: Steven G Polard
801 S Figueroa St, Ste 2100
Los Angeles, CA 90017

Saul Ewing LLP
Attn: Jeffrey C Hampton/Adam H Isenberg
Centre Square West
1500 Market St, 38th Fl
Philadelphia, PA 19102

Saul Ewing LLP
Attn: Ashley N Fellona
1001 Fleet St, 9th Fl
Baltimore, MD 21202

Saul Ewing LLP
Attn: Mark Minuti/Paige Tooper/Nicholas Smarglassi
1201 N MArket St, Ste 2300
PO Box 1266
Wilmington, DE 19899

Squire Patton Boggs (US) LLP
Attn: Christopher Giamo/Mark A Salzberg
2550 M St NW
Washington, DC 20037

The Law Offices of Zvi Guttman, PA
Attn: Zvi Guttman
PO Box 32308
Baltimore, MD 21282

Troutman Pepper Locke LLP
Attn: Toyja Kelley, Indira Sharma, Jonathan Woung
701 8th St NW, Ste 500
Washington DC, 20001

Troutman Pepper Locke LLP
Attn: David L Ruediger/Katherine E Culbertson
111 Huntington Ave
Boston, MA 02199

Tydings & Rosenberg LLP
Attn: Dennis J Shaffer/Jung Yong Lee/Stephen B Gerald
1 E Pratt St, Suite 901
Baltimore, MD 21202

Tydings & Rosenberg LLP
Attn: Richard Costella
1 E Pratt St, Suite 901
Baltimore, MD 21202

US Department of Justice
Attn: Hugh M Bernstein
101 W Lombard Sty, Ste 2625
Baltimore, MD 21201

Whiteford Taylor & Preston LLP
Attn: Brent Strickland
8830 Stanford Blvd, Ste 400
Columbia, MD 21045

Wilmer Cutler Pickering Hale and Dorr LLP
Attn: Andrew Goldman/Benjamin Loveland
7 World Trade Center
250 Greenwich St
New York, NY 10007

YVS Law, LLC
Attn: Jonathan A Grasso, Esquire
185 Admiral Conchrane Dr, Ste 130
Annapolis, MD 21401