# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

## LINE SUBMITTING THIRD STIPULATION EXTENDING THE PERIOD WITHIN WHICH THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS MAY ASSERT A CHALLENGE UNDER THE FINAL DIP ORDER

By this Line, undersigned counsel to the Official Committee of Unsecured Creditors in the above-captioned debtors' and debtors-in-possession's bankruptcy cases, hereby files a *Third Stipulation Extending the Period Within Which the Official Committee of Unsecured Creditors May Assert a Challenge Under the Final DIP Order*, attached hereto.

[*remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6367014.1

Dated: May 2, 2025

| | |
|---|---|
| **TYDINGS & ROSENBERG LLP** | **LOWENSTEIN SANDLER LLP** |
| | Bruce S. Nathan (admitted *pro hac vice*) |
| */s/ Dennis J. Shaffer* | Gianfranco Finizio (admitted *pro hac vice*) |
| Dennis J. Shaffer (MD Bar No. 25680) | Chelsea R. Frankel (admitted *pro hac vice*) |
| Stephen B. Gerald (MD Bar No. 26590) | 1251 Avenue of the Americas |
| 1 East Pratt Street, Suite 901 | New York, NY 10020 |
| Baltimore, MD 21202 | Telephone: (212) 262-6700 |
| Telephone: (410) 752-9700 | Email: bnathan@lowenstein.com |
| Email: dshaffer@tydings.com | gfinizio@lowenstein.com |
| sgerald@tydings.com | cfrankel@lowenstein.com |

-and-

Michael Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Co-counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 2nd day of May, 2025, the foregoing was served via the Court's CM/ECF filing system on the parties set forth below:

Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown     abrown@klestadt.com
David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio     gfinizio@lowenstein.com
Chelsea R Frankel     cfrankel@lowenstein.com
Zvi Guttman     zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
Jeffrey C. Hampton     jeffrey.hampton@saul.com
Adam H Isenberg     adam.isenberg@saul.com
C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage     korphagee@whiteandwilliams.com
Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com
Bruce S. Nathan     bnathan@lowenstein.com
Michael Papandrea     mpapandrea@lowenstein.com
Jordan Rosenfeld     jordan.rosenfeld@saul.com
Dennis J. Shaffer     dshaffer@tydings.com, scalloway@tydings.com; mhickman@tydings.com; jlee@tydings.com
Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi     nicholas.smargiassi@saul.com
Brent C. Strickland     bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
Paige Noelle Topper     paige.topper@saul.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV

                                            /s/ *Dennis J. Shaffer*
                                            Dennis J. Shaffer