United States Bankruptcy Court
District of Maryland

In re:                                                                                              Case No. 25-10308-DER

Diamond Comic Distributors, Inc.                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                    Page 1 of 4
Date Rcvd: Apr 30, 2025                  Form ID: ntchrgb3                      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |
| aty | + | David L. Ruediger, Troutman Pepper Locke LLP, 111 Huntington Avenue, Boston, MA 02199-7610 |
| aty | + | Ian Winters, Klestadt Winters Jureller Southard & Ste, 200 West 41st Street, 17th Fl, New York, NY 10036-7219 |
| aty | + | Jonathan W. Young, Troutman Pepper Locke LLP, 701 8th Street, N.W., Suite 500, Washington, DC 20001-3965 |
| aty | + | Junior Dufort, PERKINS COIE LLP, 700 Thirteenth Street N.W., Suite 800, Washington, DC 20005-5938 |
| aty | + | Katherine Culbertson, Troutman Pepper Locke LLP, 111 South Wacker Drive, Suite 4100, Chicago, IL 60606-4409 |
| aty | + | S. Jason Teele, Sills Cummis & Gross P.C, One Riverfront Plaza, Newark, NJ 07102-5408 |
| aty | + | Sara Chenetz, PERKINS COIE LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721 |
| aty | + | Stephanie R. Sweeney, Klestadt Winters Jureller, Southard & Stevens, LLP, 200 West 41st Street 17th Fl, New York, NY 10036-7219 |
| aty | + | Stephen B Gerald, Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202, UNITED STATES 21202-1249 |
| intp | + | Alliance Entertainment, LLC, 8201 Peters Road, Suite 1000, Plantation, FL 33324-3266 |
| cr | + | Angela Veach, 6604 Grant Cover, Olive Branch, MS 38654-5154 |
| intp | + | Katherine Govier, 113 Valmere Path, York, PA 17403-4566 |
| intp | + | Skyrush Marketing, Inc., 80 Orville Dr., Attn: Andrew Aiello, Bohemia, NY 11716-2534 |
| cr | + | Titan Publishing Group, Ltd., d/b/a Titan Comics, c/o Emily K. Devan, Esquire, Miles & Stockbridge P.C., 100 Light St., 7th Fl., Baltimore, MD 21202 US 21202-1153 |
| 32749887 | | Bandai Co, Ltd, Attn: Tomoaki Benjy Ishikaka, 4-8 Komagata 1-chome, Taito-ku Tokyo 111-88081, JAPAN |
| 32749897 | | Bandai Namco Toys & Collectibles, America Inc., Attn: Teppei Onoki, 23 Odyssey Irvine, Irvine, CA 92618 |
| 32749909 | | Beast Kingdom Co, Ltd. Attn: James Liu, 12 F, No 210, Sec 1, Sanmin Rd, Banqiao Dist, New Taipei City, 22069, TAIWAN |
| 32749891 | + | Disney Consumer Products, Inc., Attn: Corporate Legal, 500 S. Buena Vista St., Burbank, CA 91521-0001 |
| 32749912 | + | Dynamic Forces, Inc., Attn: Nick Barrucii, 113 Gaither Drive Ste. 205, Mount Laurel, NJ 08054-1705 |
| 32749910 | + | Funko, LLC, Attn: Lesley Hill, 2802 Wetmore Ave., Everett, WA 98201-3562 |
| 32749892 | + | Hasbro, Inc., Attn: Carla Cross, 1027 Newport Ave., Pawtucket, RI 02861-2500 |
| 32749889 | | Kin Kin Mould Attn: Nelson Chan, Sheung Shui Ctr, 3 Chi Cheong Rd, Unit 1003, Sheung Shui, HK, HONG KONG |
| 32765123 | + | Little Buddy Toys, LLC, 270 East Palais Road, Anaheim, CA 92805-6238 |
| 32749895 | #+ | Little Buddy, LLC, Attn: Andy Tanaka, 7422 Orangewood Ave., Garden Grove, CA 92841-1413 |
| 32749898 | + | Lunar Distribution, Attn: Christina Merkler, 10701 Rose Ave., New Haven, IN 46774-9246 |
| 32749888 | + | National Entertainment Collectibles, Association Inc. (NECA), Attn: Dara Chesley, 603 Sweetland Ave., Hillside, NJ 07205-1799 |
| 32749913 | + | Pai Technology, Inc., Attn: Rocky Yu, 177 E. Colorado Blvd. Ste. 200, Pasadena, CA 91105-1955 |
| 32749886 | + | Penguin Random House LLC, Attn: Jeff Abraham, 1745 Broadway, New York, NY 10019-4343 |
| 32749911 | + | Publisher Services, Inc., Attn: Dean Burnham, 2800 Vista Ridge Dr., Suwanee, GA 30024-4411 |
| 32749896 | | Simon & Schuster, Inc., Attn: Lauren Caster, 12330 Ave. of the Americas, New York, NY 10020 |
| 32765122 | + | Simon & Schuster, LLC, 100 Front Street, Riverside, N.J. 08075-1181 |
| 32749905 | + | Square Enix Holdings Co, Ltd., Attn: Kanji Tashiro, 999 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245-2731 |
| 32749915 | + | Super7, Inc., Attn: Luke Martinez, 777 Florida St. Ste. 202, San Francisco, CA 94110-2025 |
| 32749902 | | The Army Painter ApS, Attn: Michael Anderson, Christiansmindevej 12, Skanderborg, DK-8660, DENMARK |
| 32749907 | + | The Pokemon Company International Inc., Attn: Rich Henry, 10400 NE 4th St. Ste. 2800, Bellevue, WA 98004-5186 |
| 32765121 | | Titan Publishing Group Ltd, Titan Comics, 144 Southwark St, London, SE1 0UP, England |
| 32749904 | | Titan Publishing Group, Ltd, Attn: Nick Landau, 144 Southwark St., London, SE1 0UP, United Kingdom |
| 32749908 | | Transcontinental Inc., Attn: Daniel Gallina, 1 Place Ville Marie, Ste. 3240, Montreal, QC H3B 0G1, CANADA |
| 32749914 | | Udon Entertainment Inc., Attn: Erik Ko, 51 Ridgestone Drive, Richmond Hill, ON L4S 0E3, CANADA |
| 32749900 | + | VIZ Media, LLC, Attn: Sarah Anderson, 1355 Market St. Ste. 200, San Francisco, CA 94103-1460 |
| 32749893 | + | Wizards of the Coast LLC, Attn: Mk Smith, 1107 Lake Washington Blvd N. Ste. 800, Renton, WA 98056-2502 |

| District/off: 0416-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: ntchrgb3 | Total Noticed: 47 |

32749894     + Xceeding Partnership Solutions, Attn: Andy Tanaka, 7422 Orangewood Ave., Garden Grove, CA 92841-1413

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | | Apr 30 2025 19:20:00 | New York State Department of Taxation and Finance, Bankruptcy Unit, P.O. Box 5300, Albany, NY 12205-0300 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | | |
| | | | Apr 30 2025 19:20:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 32749906 | + | Email/Text: celabnc@microsoft.com | | |
| | | | Apr 30 2025 19:20:00 | Microsoft Corp., 1 Microsoft Way, Redmond, WA 98052-8300 |
| 32749899 | + | Email/Text: bankruptcy@ups.com | | |
| | | | Apr 30 2025 19:20:00 | United Parcel Service, Inc., Attn: Mike Wise, 55 Glenlake Pkwy NE, Atlanta, GA 30328-3498 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Lauren A. Baio |
| aty | | Scott Cheatham |
| fa | | Berkeley Research Group, LLC, David Galfus |
| intp | | Omni Agent Solutions |
| op | | Robert Gorin, GETZLER HENRICH & ASSOCIATES LLC |
| sp | | Tal Goldsmith, Stephenson Harwood LLP |
| 32749903 | | ARA, Inc., INVALID ADDRESS PROVIDED |
| 32749890 | | TMP International, Inc., INVALID ADDRESS PROVIDED |
| 32749901 | ##+ | Catalyst Games Lab, LLC, Attn: Loren Coleman, 7108 S. Pheasant Ridge Dr., Spokane, WA 99224-9026 |

TOTAL: 8 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Fletcher | |
| | afletcher@bakerlaw.com |
| Adam H Isenberg | |
| | adam.isenberg@saul.com |

Andrew Brown
abrown@klestadt.com

Ashley N Fellona
ashley.fellona@saul.com  janice.mast@saul.com

Brent C. Strickland
bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com

Bruce S. Nathan
bnathan@lowenstein.com

C. Kevin Kobbe
kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Chelsea R Frankel
cfrankel@lowenstein.com

Christopher J. Giaimo
christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Daniel Jack Blum
jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

David W.T. Daniels
ddaniels@perkinscoie.com  docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com

Dennis J. Shaffer
dshaffer@tydings.com  scalloway@tydings.com,mhickman@tydings.com,jlee@tydings.com

Elizabeth Anne Scully
escully@bakerlaw.com

Emily Devan
edevan@milesstockbridge.com

Eric George Korphage
korphagee@whiteandwilliams.com

Gary H. Leibowitz
gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
gfinizio@lowenstein.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
indira.sharma@troutman.com
katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

Jan Berlage
JBerlage@GHSLLP.com  tcollins@ghsllp.com

Jeffrey C. Hampton
jeffrey.hampton@saul.com

Jonathan A. Grasso
jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jordan Rosenfeld
jordan.rosenfeld@saul.com

Jung Yong Lee
jlee@tydings.com  mhickman@tydings.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Laura Skowronski Bouyea
lsbouyea@venable.com  dmdierdorff@venable.com

Mark Minuti
mark.minuti@saul.com  robyn.warren@saul.com

Michael Papandrea
mpapandrea@lowenstein.com

Nicholas Smargiassi

District/off: 0416-1

Date Rcvd: Apr 30, 2025

User: admin

Form ID: ntchrgb3

Page 4 of 4

Total Noticed: 47

nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer

nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper

paige.topper@saul.com

Richard L. Costella

rcostella@tydings.com  scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com

Scott Prince

sprince@bakerlaw.com

Stephen B. Gerald

sgerald@tydings.com

Steven Gregory Polard

steven.polard@ropers.com

Thomas K. Bredar

thomas.bredar@wilmerhale.com
andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley

toyja.kelley@lockelord.com

Turner Falk

turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com

TOTAL: 40

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25−10308 − DER**    Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# NOTICE

In person hearing Courtroom 9−D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 4/30/25 at 10:30 AM to consider and act upon the following:

385 − Motion Debtors' Motion for Entry of Orders Authorizing the Sale of Substantially All of the Debtors' Assets to the Back−Up Bidders Pursuant to the Bidding Procedures Order Filed by Diamond Comic Distributors, Inc.. (Attachments: # 1 Notice of Motion # 2 Exhibit A − Universal Sale Order # 3 Exhibit B − Sparkle Pop Sale Order # 4 Exhibit C − Redline of Ad Populum Asset Purchase Agreement) (Rosenfeld, Jordan)

386 − Motion to Shorten Time for Notice of Debtors' Motion for Entry of Orders Authorizing the Sale of Substantially All of the Debtors' Assets to the Back−Up Bidders Pursuant to the Bidding Procedures Order Filed by Diamond Comic Distributors, Inc. (related document(s)385 Motion for Miscellaneous Relief filed by Debtor Diamond Comic Distributors, Inc.). (Attachments: # 1 Exhibit A − Proposed Order) (Rosenfeld, Jordan)

387 − Motion to Approve Stipulation/Settlement Debtors Motion for Entry of an Order Approving Third Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement. Notice Served on 4/30/2025, Filed by Diamond Comic Distributors, Inc.. Responses due by 5/21/2025. (Attachments: # 1 Notice of Motion # 2 Exhibit A − Proposed Order) (Rosenfeld, Jordan)

388 − Motion to Shorten Time Debtors Motion to Shorten Notice of the Debtors Motion for Entry of Order Approving Third Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending Dip Credit Agreement Filed by Diamond Comic Distributors, Inc. (related document(s)387 Motion to Approve Stipulation/Settlement and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.). (Attachments: # 1 Exhibit A − Proposed Order) (Rosenfeld, Jordan)

## NOTICE TO MOVING PARTY

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/30/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410−962−7769