**Diamond Comics Distributors, Inc**  Case No. 25-10308
Statement of Operations  01/14/25 - 01/31/25

| | Diamond Comics | Alliance Games | Collective Grading Authority | Consolidated Diamond Comic Distributors, Inc |
|---|---:|---:|---:|---:|
| **Revenue** | | | | |
| Sales | $ 6,570,693 | $ 8,670,264 | $ 121,950 | $ 15,362,907 |
| Freight Income | 322,321 | 16,629 | - | 338,949 |
| **Total Revenue** | 6,893,014 | 8,686,892 | 121,950 | 15,701,856 |
| | | | | |
| **Cost of Sales** | | | | |
| Inventory (Buy/Sell) | 4,943,206 | 4,754,497 | - | 9,697,703 |
| Inventory (Consignment) | 341,678 | 21,702 | - | 363,380 |
| Freight Expense | 356,627 | 143,756 | - | 500,383 |
| **Total Cost Of Sales** | 5,641,512 | 4,919,955 | - | 10,561,466 |
| | | | | |
| **Gross Profit (Loss)** | 1,251,502 | 3,766,937 | 121,950 | 5,140,389 |
| | | | | |
| **Operating Expense** | | | | |
| Contract Labor | 424,590 | 17,402 | - | 441,992 |
| Equipment Acquisition | - | - | - | - |
| Operating Supplies | 7,962 | 14,550 | - | 22,513 |
| Other Operating Expenses | 2,116 | 9,235 | - | 11,351 |
| Rent | - | 102,492 | - | 102,492 |
| Repairs And Maintenance | 58,426 | 393 | - | 58,819 |
| Payroll | 238,448 | 202,076 | - | 440,525 |
| Taxes And Licenses | 129,763 | 31,025 | - | 160,788 |
| Utilities | - | 1,163 | - | 1,163 |
| **Total Operating Expenses** | 861,306 | 378,338 | - | 1,239,644 |
| | | | | |
| **Selling, General, and Administrative** | | | | |
| Advertising | 25,469 | 7,433 | - | 32,902 |
| Computer Expense | 111,012 | 14 | - | 111,026 |
| Insurance | 124,620 | 92,901 | 10,446 | 227,966 |
| Rent | 57,496 | - | - | 57,496 |
| Salaries & Payroll Taxes | 513,557 | 146,331 | 68,804 | 728,692 |
| Taxes And Licenses | 257 | - | - | 257 |
| Utilities | - | - | - | - |
| Other G&A | 70,026 | 12,610 | 30,663 | 113,300 |
| **Total Selling, General, and Administrative** | 902,437 | 259,290 | 109,913 | 1,271,640 |
| | | | | |
| **Other Income / (Expense)** | | | | |
| Bank Fees | 8,416 | 5,963 | - | 14,379 |
| Interest | - | 1,362 | - | 1,362 |
| Professional Fees | 595,275 | - | - | 595,275 |
| **Total Other Income / (Expense)** | 603,691 | 7,325 | - | 611,016 |
| | | | | |
| **Net Income (Loss)** | (1,115,931) | 3,121,985 | 12,037 | 2,018,090 |