**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Cash Receipts/Disbursements  01/14/25 - 01/31/25

| Entity | Diamond Select Toys, LLC |
|---|---|
| Account Number | 8307 |
| Currency | USD |

**Cash Receipts/Disbursments**

| | |
|---|---:|
| **Beginning Balance** | $ 11,276.99 |
| | |
| **Receipts** | |
| Webstore Customer Payments | 14,331.55 |
| Wholesale Customer Advances | 280,000.00 |
| **Total Receipts** | **294,331.55** |
| | |
| **Disbursements** | |
| Vendor Payments (Checks) | (441.40) |
| Vendor Payments (ACH/Wire) | (253,582.88) |
| Bank Fees | (340.93) |
| Payroll And Health Benefits | (49,815.52) |
| **Total Disbursements** | **(304,180.73)** |
| | |
| **Ending Balances -Per Bank Statements** | **1,427.81** |
| | |
| Deposits In Transit | - |
| Outstanding Checks | - |
| | |
| **Totals** | **1,427.81** |