**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Statement of Operations  01/14/25 - 01/31/25

|  | Diamond Select Toys & Collectibles, LLC |
|---|---:|
| **Revenue** | |
| Sales - Wholesale | $ 442,314 |
| Sales - Webstore | 14,332 |
| **Total Sales** | **456,645** |
| | |
| **Cost Of Sales** | |
| Manufacturing | 225,469 |
| Fulfilment | 2,712 |
| **Total Cost Of Sales** | **228,180** |
| | |
| **Gross Profit** | **228,465** |
| | |
| **Selling, General, and Administrative** | |
| Bank Fees | 341 |
| Other Admit Cost | 25,844 |
| Salaries & Payroll Taxes | 49,816 |
| **Total G&A Costs** | **76,000** |
| | |
| **Net Income (Loss)** | **152,465** |