| **Comic Holdings, Inc** | Case No. 25-10311 |
|---|---:|
| Balance Sheet | 01/14/25 - 01/31/25 |

|  | Comic Holdings, Inc |
|---|---:|
| **Assets** | |
| **Total Assets** | - |
| | |
| **Liabilities** | |
| **Liabilities Not Subject to Comprimise** | |
| [1]   DIP Financing (Postpetition) | 13,010,522 |
| **Total Liabilities Not Subject to Comprimise** | **13,010,522** |
| | |
| **Liabilities Subject to Comprimise** | |
|    Prepetition Secured Debt | 14,905,950 |
| **Total Liabilities Subject to Comprimise** | **14,905,950** |
| **Total Liabilities** | 27,916,472 |
| | |
| **Total Equity** | (27,916,472) |

[1]  *The Company is a guarantor of obligations under a prepetition credit facility of a related entity that is currently undergoing a sale process under Section 363 of the Bankruptcy Code*