**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 347, 361, 374 |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER TO FURTHER EXTEND OBJECTION DEADLINE AND ADJOURN HEARING ON EMERGENCY MOTION TO COMPEL DEBTORS TO ASSUME OR REJECT DISTRIBUTION AGREEMENT WITH TITAN PUBLISHING GROUP, LTD. BY APRIL 25, 2025, AND RELATED RELIEF, OR IN THE ALTERNATIVE FOR ADMINISTRATIVE EXPENSE**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On April 17, 2025, Titan Publishing Group, Ltd. ("Titan") filed the *Emergency Motion to Compel Debtors to Assume or Reject Distribution Agreement with Titan Publishing Group, Ltd. by April 25, 2025, and Related Relief, or in the Alternative for Administrative Expense* (the "Motion") [D.I. 347].

2. The objection deadline and hearing date regarding the Motion were set on an expedited basis pursuant to the *Order Granting Motion to Shorten Time to Respond to Emergency Motion to Compel Debtors to Assume or Reject Distribution Agreement with Titan Publishing Group, Ltd. by April 25, 2025 and Related Relief, or in the Alternative for Administrative Expense* [D.I. 361].

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

3. By agreement between The Debtors, the Official Committee of Unsecured Creditors (the "Committee"), the objection deadline and hearing date regarding the Motion were extended pursuant to the *Order to Extend Objection Deadline and Adjourn Hearing on Emergency Motion to Compel Debtors to Assume or Reject Distribution Agreement with Titan Publishing Group, Ltd. by April 25, 2025, and Related Relief, or in the Alternative for Administrative Expense* [D.I. 374].

4. The Debtors, Committee, and Titan have agreed to further extend the Debtors' and Committee's deadlines to object to the Motion and to adjourn the hearing thereon, as set forth in the proposed order (the "Proposed Order"), attached hereto as **Exhibit A**.

5. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: May 8, 2025

        **SAUL EWING LLP**

        By: */s/ Jordan D. Rosenfeld*
            Jordan D. Rosenfeld (MD Bar No. 13694)
            1001 Fleet Street, 9th Floor
            Baltimore, MD 21202
            Telephone: (410) 332-8600
            Email: jordan.rosenfeld@saul.com

        -and-

        Jeffrey C. Hampton (admitted *pro hac vice*)
        Adam H. Isenberg (admitted *pro hac vice*)
        Turner N. Falk (admitted *pro hac vice*)
        1500 Market Street, 38th Floor
        Philadelphia, PA 19102
        Telephone: (215) 972-7777
        Email: jeffrey.hampton@saul.com
               adam.isenberg@saul.com
               turner.falk@saul.com

        -and-

        Mark Minuti (admitted *pro hac vice*)

Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
      paige.topper@saul.com
      nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

55541523.1