**Comic Exporters, Inc**     Case No. 25-10309
Balance Sheet     Feb-25

|  | Comic Exporters, Inc |
|---|---:|
| **Assets** | |
| **Total Assets** | - |
| | |
| **Liabilities** | |
| **Liabilities Not Subject to Compromise** | |
| [1]   DIP Financing (Postpetition) | 40,848,045 |
| **Total Liabilities Not Subject to Compromise** | **40,848,045** |
| | |
| **Liabilities Subject to Compromise** | |
| Prepetition Secured Debt | - |
| **Total Liabilities Subject to Compromise** | - |
| **Total Liabilities** | 40,848,045 |
| | |
| **Total Equity** | (40,848,045) |

[1] *The Company is a guarantor of obligations under the DIP credit facility of a related entity that is currently undergoing a sale process under Section 363 of the Bankruptcy Code*