| | |
|---|---:|
| **Comic Holdings, Inc** | **Case No. 25-10311** |
| Balance Sheet | Mar-25 |

| | Comic Holdings, Inc |
|---|---:|
| **Assets** | |
| **Total Assets** | - |
| | |
| **Liabilities** | |
| **Liabilities Not Subject to Compromise** | |
| [1]   DIP Financing (Postpetition) | 41,271,204 |
| **Total Liabilities Not Subject to Compromise** | **41,271,204** |
| | |
| **Liabilities Subject to Compromise** | |
|   Prepetition Secured Debt | - |
| **Total Liabilities Subject to Compromise** | - |
| **Total Liabilities** | 41,271,204 |
| | |
| **Total Equity** | (41,271,204) |

[1] *The Company is a guarantor of obligations under a prepetition credit facility of a related entity that is currently undergoing a sale process under Section 363 of the Bankruptcy Code*