**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Cash Receipts/Disbursements  Feb-25

| Entity | Diamond Select Toys, LLC |
|---|---|
| Account Number | 8307 |
| Currency | USD |

**Cash Receipts/Disbursements**

| | |
|---|---:|
| **Beginning Balance** | $ 1,427.81 |
| | |
| **Receipts** | |
| Webstore Customer Payments | 3,771.87 |
| Wholesale Customer Advances | 275,000.00 |
| **Total Receipts** | **278,771.87** |
| | |
| **Disbursements** | |
| Vendor Payments (Checks) | (30,404.67) |
| Vendor Payments (ACH/Wire) | (146,127.52) |
| Bank Fees | (531.60) |
| Payroll And Health Benefits | (99,642.88) |
| **Total Disbursements** | **(276,706.67)** |
| | |
| **Ending Balances - Per Bank Statements** | **3,493.01** |
| | |
| Deposits In Transit | - |
| Outstanding Checks | - |
| | |
| **Totals** | **3,493.01** |