**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Balance Sheet  Feb-25

|  | Diamond Select Toys & Collectibles, LLC |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| Cash and cash equivalents | 3,493 |
| Accounts Receivable, net | 994 |
| Inventory | 2,811,081 |
| Prepaids & Deposits | 1,875,000 |
| **Total Current Assets** | **4,690,568** |
| | |
| Other Current Assets | 21,300 |
| **Total Assets** | **4,711,868** |
| | |
| **Liabilities** | |
| **Liabilities Not Subject to Compromise** | |
| Accounts Payable | 216,939 |
| DIP Financing (Postpetition) [1] | 40,848,045 |
| **Total Liabilities Not Subject to Compromise** | **41,064,984** |
| | |
| **Liabilities Subject to Compromise** | |
| Prepetition Secured Debt | - |
| Prepetition Priority Debt | 34,898 |
| Prepetition Unsecured Debt | 8,120,635 |
| **Total Liabilities Subject to Compromise** | **8,155,533** |
| **Total Liabilities** | 49,220,517 |
| | |
| **Total Equity** | (44,508,649) |

[1] *The Company is a guarantor of obligations under a prepetition credit facility of a related entity that is currently undergoing a sale process under Section 363 of the Bankruptcy Code*