**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Statement of Operations  Feb-25

|  | Diamond Select Toys & Collectibles, LLC |
|---|---:|
| **Revenue** | |
| Sales - Wholesale | $ 111,453 |
| Sales - Webstore | 316,441 |
| **Total Sales** | **427,894** |
| | |
| **Cost Of Sales** | |
| Manufacturing | 96,857 |
| Fulfilment | 19,474 |
| **Total Cost Of Sales** | **116,331** |
| | |
| **Gross Profit** | **311,563** |
| | |
| **Selling, General, and Administrative** | |
| Bank Fees | 532 |
| Other Admit Cost | 60,201 |
| Salaries & Payroll Taxes | 99,643 |
| **Total G&A Costs** | **160,376** |
| | |
| **Net Income (Loss)** | **151,188** |