**Diamond Select Toys & Collectibles, LLC** **Case No. 25-10312**
AR Aging Feb-25

| Diamond Select Toys & Collectibles, LLC | ALL | CURRENT | 0 TO 30 | 31 TO 60 | 60 TO 90 | OVER 90 |
|---|---|---|---|---|---|---|
| Product | 994 | - | - | - | - | 994 |
| **TOTALS** | **994** | **-** | **-** | **-** | **-** | **994** |