**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
AP Aging  Feb-25

| Diamond Select Toys | CURRENT | 1 TO 30 | 30 TO 60 | 61 TO 90 | OVER 90 | TOTAL |
|---|---|---|---|---|---|---|
| PRODUCT | - | 55,692 | 130,922 | - | - | 186,614 |
| NON PRODUCT | - | 432,642 | 7,048 | - | - | 439,690 |
| TAXES | - | - | - | - | - | - |
| **TOTAL** | - | 488,334 | 137,970 | - | - | 626,304 |