

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2025 through February 28, 2025
Account Number: 8307

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00074028 WBS 802 211 06025 NNNNNNNNNNN 1 000000000 80 0000
DIAMOND SELECT TOYS & COLLECTIBLES, LLC
10150 YORK RD
HUNT VALLEY MD 21030-3340

## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $1,427.81 | |
| Deposits and Credits | 19 | $282,771.87 | |
| Withdrawals and Debits | 23 | $246,302.00 | |
| Checks Paid | 12 | $34,404.67 | |
| Ending Ledger Balance | | $3,493.01 | |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 02/03 | Remote Online Deposit          8307 | $86.42 |
| 02/03 | JPMorgan Access Transfer From Account 5979  YOUR REF:  1005102034SB | 50,000.00 |
| 02/04 | Orig CO Name:Ebay Comyiylq48U       Orig ID:1618206000 Desc Date:250204 CO Entry Descr:Payments  Sec:CCD Trace#:021000020919475 Eed:250204   Ind ID:Ggo7Nhqnc9Rw960 Ind Name:Diamond Select Toys CO     Nte*Zzz*P6744024121\ Trn: 0350919475Tc | 8.48 |
| 02/05 | JPMorgan Access Transfer From Account 5979  YOUR REF:  1003035036SB | 50,000.00 |
| 02/07 | Remote Online Deposit          8307 | 420.92 |
| 02/10 | Orig CO Name:Ebay Comwzbplnhx       Orig ID:1618206000 Desc Date:250210 CO Entry Descr:Payments  Sec:CCD Trace#:021000024020251 Eed:250210   Ind ID:X3Dif2Jqqgjf662         Ind Name:Diamond Select Toys CO     Nte*Zzz*P6752398297\ Trn: 0414020251Tc | 55.87 |
| 02/14 | JPMorgan Access Transfer From Account 5979  YOUR REF:  1005395045SB | 100,000.00 |

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



February 01, 2025 through February 28, 2025

Account Number: ▮▮▮▮▮▮▮▮8307

## Deposits and Credits  (continued)

| Ledger Date | Description | Amount |
|---|---|---:|
| 02/18 | Orig CO Name:Ebay Combiggk2MT     Orig ID:1618206000 Desc Date:250218 CO Entry Descr:Payments  Sec:CCD  Trace#:021000021319407 Eed:250218   Ind ID:Zfkr8H7Tcgt9M6G   Ind Name:Diamond Select Toys CO     Nte*Zzz*P6763462753\ Trn: 0491319407Tc | 43.86 |
| 02/18 | Orig CO Name:Ebay Comjrxggxss     Orig ID:1618206000 Desc Date:250217 CO Entry Descr:Payments  Sec:CCD  Trace#:021000021319410 Eed:250218   Ind ID:Uq9Nfbztgmrw065   Ind Name:Diamond Select Toys CO     Nte*Zzz*P6762145849\ Trn: 0491319410Tc | 12.46 |
| 02/19 | Remote Online Deposit        8307 | 532.06 |
| 02/19 | JPMorgan Access Transfer From Account ▮▮▮▮▮▮5979   YOUR REF:  1004746050SB | 55,000.00 |
| 02/21 | JPMorgan Access Transfer From Account ▮▮▮▮▮▮5979   YOUR REF:  1004133052SB | 10,000.00 |
| 02/24 | Reversal of Check          102888 | 4,000.00 |
| 02/24 | Remote Online Deposit        8307 | 2,259.69 |
| 02/25 | Orig CO Name:Ebay Comssmyvy49     Orig ID:1618206000 Desc Date:250225 CO Entry Descr:Payments  Sec:CCD  Trace#:021000022360555 Eed:250225   Ind ID:Ub82Bfqggrob46E   Ind Name:Diamond Select Toys CO     Nte*Zzz*P6773147305\ Trn: 0562360555Tc | 12.91 |
| 02/26 | Orig CO Name:Ebay Como21Y0Qfp     Orig ID:1618206000 Desc Date:250226 CO Entry Descr:Payments  Sec:CCD  Trace#:021000027924557 Eed:250226   Ind ID:Ttmun6Prcw4th63          Ind Name:Diamond Select Toys CO     Nte*Zzz*P6774790201\ Trn: 0577924557Tc | 43.24 |
| 02/27 | JPMorgan Access Transfer From Account ▮▮▮▮▮▮5979   YOUR REF:  1006177058SB | 10,000.00 |
| 02/28 | Remote Online Deposit        8307 | 284.65 |
| 02/28 | Orig CO Name:Ebay Com5Suuhvkw     Orig ID:1618206000 Desc Date:250228 CO Entry Descr:Payments  Sec:CCD  Trace#:021000026991114 Eed:250228   Ind ID:Wtefzaarnmmmd6N   Ind Name:Diamond Select Toys CO     Nte*Zzz*P6777604657\ Trn: 0596991114Tc | 11.31 |
| **Total** | | **$282,771.87** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---:|
| 02/03 | Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Rcm&D, Inc US Ref: Inv 116717 Imad: 0203Mmqfmp2N046501 Trn: 9916800034Jo  YOUR REF:  NONREF | $4,351.09 |
| 02/03 | Book Transfer Debit A/C: Imagine Fulfillment Services LLC LA Mirada CA 90638-5802 US Ref: Inv 46274 Trn: 9917000034Jo  YOUR REF:  NONREF | 1,796.86 |
| 02/03 | Fedwire Debit Via: Bk Amer Nyc/026009593 A/C: The Bank of Nova Scotia Toronto Canada CA Ben: Barry Bradfield Ottawa, On, K1V 7J1 CA Ref: Inv Aa300 Imad: 0203Mmqfmp2N046506 Trn: 9916900034Jo  YOUR REF:  NONREF | 1,270.00 |
| 02/03 | Orig CO Name:Diamond Select T     Orig ID:9108307001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD   Trace#:021000024632499 Eed:250203  Ind ID:9108307001             Ind Name:EFT File Name: Rp0345H    ACH Origin#:9090209001   CO Eff: 25/ 02/03                250203 Rp0345H6 Trn: 0344632499Tc | 17,450.00 |



February 01, 2025 through February 28, 2025
Account Number: ███████████8307

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---:|
| 02/05 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 7867500036Jo YOUR REF: NONREF | 35,416.23 |
| 02/06 | Book Transfer Debit A/C: ADP Client Trust San Dimas CA 91773- US Ref: Rbi - ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 7768600037Jo YOUR REF: NONREF | 14,600.19 |
| 02/07 | Orig CO Name:Diamond Select T       Orig ID:9108307001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD    Trace#:021000029596585 Eed:250207 Ind ID:9108307001               Ind Name:EFT File Name: Rp03841     ACH Origin#:9090209001  CO Eff: 25/ 02/07                           250207 Rp038414 Trn: 0389596585Tc | 1,271.10 |
| 02/10 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q/Bnf/Rbi - ADP55S6Q Trn: 7558700041Jo YOUR REF: NONREF | 259.95 |
| 02/11 | Book Transfer Debit A/C: Imagine Fulfillment Services LLC LA Mirada CA 90638-5802 US Ref: Inv 46288 Trn: 7424100042Jo YOUR REF: NONREF | 6,169.37 |
| 02/14 | Chips Debit Via: Standard Chartered Bank/0256 A/C: Caixa Economica Federal Sao Paulo Brazil 01310-300 Br Ben: Jorge Dos Santos Souza Br Ref: Inv Dstoys65 Ssn: 00640006 Trn: 0144700045Vb YOUR REF: NONREF | 1,500.00 |
| 02/14 | Chips Debit Via: Bank of America, N.A./0959 A/C: The Bank of Nova Scotia Toronto Canada CA Ben: Barry Bradfield Ottawa, On, K1V 7J1 CA Ref: Inv Aa301 Ssn: 00640122 Trn: 0144800045Vb YOUR REF: NONREF | 4,410.00 |
| 02/14 | Chips Debit Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corpohong Kong Hong Kong Hk Ben: Pd Workshop Limited Hk Ref: Inv 20250203 Ssn: 00640147 Trn: 0144600045Vb YOUR REF: NONREF | 8,640.00 |
| 02/14 | Chips Debit Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corpohong Kong Hong Kong Hk Ben: Venture Manufacturing Ltd Hk Ref: Inv V026.25 Ssn: 00640564 Trn: 0168100045Vb YOUR REF: NONREF | 66,345.92 |
| 02/14 | Orig CO Name:Diamond Select T       Orig ID:9108307001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD    Trace#:021000026914482 Eed:250214 Ind ID:9108307001               Ind Name:EFT File Name: Rp0454U     ACH Origin#:9090209001  CO Eff: 25/ 02/14                           250214 Rp0454Uf Trn: 0456914482Tc | 7,585.75 |
| 02/18 | Fedwire Debit Via: Key Gr Lakes Cleve/041001039 A/C: Rcm&D, Inc US Ref: Inv 133455 Imad: 0218Mmqfmp2N097453 Trn: 0522900049Vb YOUR REF: NONREF | 1,125.00 |
| 02/18 | Account Analysis Settlement Charge | 531.60 |
| 02/19 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 8340100050Jo YOUR REF: NONREF | 35,006.86 |
| 02/20 | Book Transfer Debit A/C: ADP Client Trust San Dimas CA 91773- US Ref: Rbi - ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 0014100051Vb YOUR REF: NONREF | 14,073.65 |
| 02/20 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q/Bnf/Rbi - ADP55S6Q Trn: 0014200051Vb YOUR REF: NONREF | 286.00 |
| 02/21 | Book Transfer Debit A/C: JPMorgan Chase Bank NA Elgin IL 60124-7836 US Ref: Acct# ███████████8904/Bnf/Acct# ███████████8904 Trn: 7509600052Jo YOUR REF: NONREF | 15,000.00 |



February 01, 2025 through February 28, 2025

Account Number: ▆▆▆▆▆▆▆▆ 8307

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 02/26 | Orig CO Name:Jp Morgan Chase     Orig ID:36-0899825 Desc Date:022525 CO Entry Descr:Comm Card Sec:CCD    Trace#:021000021273104  Eed:250226   Ind ID:556375790004890         Ind Name:Diamond Select Autopay Trn: 0571273104Tc | 978.72 |
| 02/27 | Orig CO Name:Diamond Select T     Orig ID:9108307001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD    Trace#:021000023075775 Eed:250227 Ind ID:9108307001            Ind Name:EFT File Name: Rp0586T    ACH Origin#:9090209001  CO Eff: 25/ 02/27                          250227 Rp0586T3 Trn: 0583075775Tc | 5,120.69 |
| 02/27 | Orig CO Name:Diamond Select T     Orig ID:9108307001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD    Trace#:021000023075772 Eed:250227 Ind ID:9108307001            Ind Name:EFT File Name: Rp0586T    ACH Origin#:9090209001  CO Eff: 25/ 02/27                          250227 Rp0586T4 Trn: 0583075772Tc | 3,113.02 |
| **Total** | | **$246,302.00** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 102879 | 02/14 | $20,775.00 | 102885 | 02/26 | $600.09 | 102890 | 02/24 | $246.50 |
| 102882* | 02/21 | $1,071.78 | 102887* | 02/20 | $157.40 | 102891 | 02/24 | $1,000.00 |
| 102883 | 02/21 | $3.90 | 102888 | 02/21 | $4,000.00 | 102892 | 02/18 | $800.00 |
| 102884 | 02/11 | $3,750.00 | 102889 | 02/18 | $1,200.00 | 102893 | 02/25 | $800.00 |

**Total     12 check(s)**                                                                    **$34,404.67**

* indicates gap in sequence

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 02/03 | $26,646.28 | 02/19 | $23,332.96 |
| 02/04 | $26,654.76 | 02/20 | $8,815.91 |
| 02/05 | $41,238.53 | 02/21 | -$1,259.77 |
| 02/06 | $26,638.34 | 02/24 | $3,753.42 |
| 02/07 | $25,788.16 | 02/25 | $2,966.33 |
| 02/10 | $25,584.08 | 02/26 | $1,430.76 |
| 02/11 | $15,664.71 | 02/27 | $3,197.05 |
| 02/14 | $6,408.04 | 02/28 | $3,493.01 |
| 02/18 | $2,807.76 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.