**Diamond Comics Distributors, Inc**  **Case No. 25-10308**
Cash Receipts/Disbursments  Feb-25

| Division | AGD | AGD | AGD | CGA | CGA | DCD | DCD | DCD | DCD | DCD | DCD | DCD | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - Canada | JPM - Canada | Bank of Montreal | Bank of Montreal | |
| Account Number | 3396 | 3719 | 0569 | 0871 | 0020 | 0555 | 6266 | 5979 | 9564 | 9566 | 025 | 859 | |
| Currency | USD | USD | USD | USD | USD | USD | USD | USD | CAD - (Converted) | USD | CAD - (Converted) | USD | |
| Currency Conversation Rate Used | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.69524 | N/A | 0.69524 | N/A | |
| **Cash Receipts/Disbursements** | | | | | | | | | | | | | |
| Beginning Balance | 11,513 | - | 557,350 | - | 96,305 | 498,754 | - | 115,954 | 80,606 | 37,534 | 71,023 | 19,721 | 1,488,760 |
| **Receipts** | | | | | | | | | | | | | |
| Dip Funding | 14,775,000 | 573,861 | 1,273,373 | 30,651 | - | 930 | 367,303 | 16,771,796 | - | - | - | - | 33,792,914 |
| Other Cash Receipts | - | - | - | - | - | - | - | 5,626 | - | - | - | - | 5,626 |
| Payments From Customers | 23,154 | - | 10,260,250 | - | 207,619 | 9,183,691 | - | 153,855 | 365,781 | 17,188 | 215,339 | 27,981 | 20,454,857 |
| **Total Receipts** | **14,798,154** | **573,861** | **11,533,623** | **30,651** | **207,619** | **9,184,621** | **367,303** | **16,931,277** | **365,781** | **17,188** | **215,339** | **27,981** | **54,253,397** |
| **Disbursements** | | | | | | | | | | | | | |
| Paydown of DIP Facility | - | - | (11,985,141) | - | - | (10,031,946) | - | (1,510,000) | - | - | - | - | (23,527,087) |
| Vendor Payments (Checks) | - | (573,861) | - | (30,651) | - | - | (367,303) | - | (3,221) | - | - | - | (975,035) |
| Vendor Payments (ACH/Wire) | (14,377,858) | - | - | - | (84,944) | - | - | (11,723,704) | (56,179) | - | (61,600) | - | (26,304,286) |
| Bank Fees | (5,564) | - | (105,471) | - | (980) | (53,941) | - | (4,112) | (1,011) | (471) | (458) | (14) | (172,023) |
| Interest Expense | - | - | - | - | - | - | - | (96,796) | - | - | - | - | (96,796) |
| Nsf Checks/Credit Card Chargebacks | (4,013) | - | - | - | - | (829) | - | (6,374) | - | - | - | - | (11,216) |
| Intercompany Payments | - | - | - | - | - | - | - | (275,000) | - | - | - | - | (275,000) |
| Payroll And Health Benefits | (725,850) | - | - | - | - | - | - | (1,709,528) | - | - | - | - | (2,435,378) |
| Professional Fees | - | - | - | - | - | - | - | (1,199,575) | - | - | - | - | (1,199,575) |
| **Total Disbursements** | **(15,113,285)** | **(573,861)** | **(12,090,612)** | **(30,651)** | **(85,924)** | **(10,086,716)** | **(367,303)** | **(16,525,090)** | **(60,412)** | **(471)** | **(62,058)** | **(14)** | **(54,996,397)** |
| **Other** | | | | | | | | | | | | | |
| Currency Conversion | - | - | - | - | - | - | - | - | 2,579 | - | 1,531 | - | 4,111 |
| Transfers Between DCD Accounts | 423,305 | - | - | - | (205,000) | 404,484 | - | (218,305) | (287,016) | (40,000) | (77,468) | - | (0) |
| **Ending Balances (Per Bank Statements)** | **119,687** | **(0)** | **361** | **-** | **13,000** | **1,143** | **(0)** | **303,835** | **101,539** | **14,251** | **148,366** | **47,688** | **749,871** |
| Deposits In Transit | - | - | 151,078 | - | 4,330 | 8,191 | - | - | - | - | - | - | 163,598 |
| Outstanding Checks | - | (125,396) | - | - | - | - | (353,285) | - | - | - | - | - | (478,681) |
| **TOTALS** | **119,687** | **(125,396)** | **151,439** | **-** | **17,330** | **9,334** | **(353,285)** | **303,835** | **101,539** | **14,251** | **148,366** | **47,688** | **434,788** |