| **Diamond Comics Distributors, Inc** | **Case No. 25-10308** |
|---|---|
| Balance Sheet | Feb-25 |

|  | Consolidated Diamond Comic Distributors, Inc |
|---|---|
| **Assets** | |
| **Current Assets** | |
| Cash and cash equivalents | 434,788 |
| Accounts Receivable, net | 27,383,346 |
| Inventory | 22,291,805 |
| Other Receivables | 8,095,636 |
| Prepaids & Deposits | 25,938,327 |
| Note Receivable | 475,239 |
| **Total Current Assets** | **84,619,141** |
| | |
| **Non-Current Assets** | |
| Fixed Assets | 2,754,664 |
| Security Deposits | 99,832 |
| [2]   Investment in Subsidiary | 10,019,040 |
| Intangibles Assets, net | 5,888,615 |
| **Total Non-Current Assets** | **18,762,150** |
| **Total Assets** | **103,381,291** |
| | |
| **Liabilities** | |
| **Liabilities Not Subject to Compromise** | |
| Accounts Payable | 9,232,528 |
| [1]   DIP Financing (Postpetition) | 40,848,045 |
| **Total Liabilities Not Subject to Compromise** | **50,080,573** |
| | |
| **Liabilities Subject to Compromise** | |
| Prepetition Secured Debt | - |
| Prepetition Priority Debt | 604,284 |
| Prepetition Unsecured Debt | 50,273,689 |
| **Total Liabilities Subject to Compromise** | **50,877,973** |
| **Total Liabilities** | 100,958,546 |
| **Total Equity** | 2,422,745 |

[1] *Pursuant DIP financing order, the Company's prepetition revolving credit facility is being repaid on a dollar-for-dollar basis through the use of cash collateral, while a corresponding amount is drawn under the DIP facility. The prepetition revolving credit facility was fully paid down as of 2/28/25*

[2] *Represents the Company's controlling equity interests in Comic Exporters, Inc. and Comic Holdings, Inc., which together own 100% of Diamond UK. The Company holds 100% of both U.S. entities.*