**Diamond Comics Distributors, Inc**  Case No. 25-10308
Statement of Operations  February

| | Diamond Comics | Alliance Games | Collective Grading Authority | Consolidated Diamond Comic Distributors, Inc |
|---|---:|---:|---:|---:|
| **Revenue** | | | | |
| Sales | $ 10,781,362 | $ 10,011,512 | $ 207,619 | $ 21,000,493 |
| Freight Income | 481,124 | 108,254 | - | 589,378 |
| **Total Revenue** | **11,262,486** | **10,119,766** | **207,619** | **21,589,871** |
| | | | | |
| **Cost of Sales** | | | | |
| Inventory (Buy/Sell) | 9,195,279 | 13,526,055 | - | 22,721,334 |
| Inventory (Consignment) | 1,174,627 | 758,151 | - | 1,932,778 |
| Freight Expense | 750,814 | 391,061 | - | 1,141,874 |
| **Total Cost Of Sales** | **11,120,719** | **14,675,267** | **-** | **25,795,986** |
| | | | | |
| **Gross Profit (Loss)** | **141,767** | **(4,555,501)** | **207,619** | **(4,206,115)** |
| | | | | |
| **Operating Expense** | | | | |
| Contract Labor | 652,381 | 85,507 | - | 737,889 |
| Equipment Acquisition | - | - | - | - |
| Operating Supplies | 3,204 | 87,592 | - | 90,796 |
| Other Operating Expenses | - | - | - | - |
| Rent | 196,022 | 102,492 | - | 298,514 |
| Repairs And Maintenance | 3,511 | 10,115 | - | 13,626 |
| Payroll | 452,487 | 447,263 | - | 899,750 |
| Taxes And Licenses | - | - | - | - |
| Utilities | 16,133 | 22,964 | - | 39,097 |
| **Total Operating Expenses** | **1,323,738** | **755,933** | **-** | **2,079,672** |
| | | | | |
| **Selling, General, and Administrative** | | | | |
| Advertising | 159,259.31 | 6,514.10 | - | 165,773.41 |
| Computer Expense | 142,816.55 | 5,060.00 | - | 147,876.55 |
| Insurance | 186,866.41 | 131,049.44 | 13,293.14 | 331,208.99 |
| Rent | 58,495.84 | - | 79,692.34 | 138,188.18 |
| Salaries & Payroll Taxes | 883,832.02 | 323,880.14 | 137,379.14 | 1,345,091.30 |
| Taxes And Licenses | 61,599.97 | 202.55 | - | 61,802.52 |
| Utilities | - | - | - | - |
| Other G&A | 122,526.91 | 8,307.18 | 35,902.49 | 166,736.58 |
| **Total Selling, General, and Administrative** | **1,615,397** | **475,013** | **266,267** | **2,356,678** |
| | | | | |
| **Other Expenses** | | | | |
| Bank Fees | 60,007 | 111,036 | 980 | 172,023 |
| Interest | 96,796 | - | - | 96,796 |
| Professional Fees | 1,199,575 | - | - | 1,199,575 |
| **Total Other Income / (Expense)** | **1,356,379** | **111,036** | **980** | **1,468,394** |
| | | | | |
| **Net Income (Loss)** | **(4,153,747)** | **(5,897,483)** | **(59,628)** | **(10,110,858)** |