**Diamond Comics Distributors, Inc** — Case No. 25-10308
AR Aging — Feb-25

| Consolidated Diamond Comic Distributors, Inc | ALL | CURRENT | 0 TO 30 | 31 TO 60 | 60 TO 90 | OVER 90 |
|---|---|---|---|---|---|---|
| GAMES | 5,968,096 | 3,180,437 | 1,168,062 | 366,462 | 118,900 | 1,134,234 |
| COMICS - NON REMIT | 20,756,508 | 6,533,506 | 2,293,974 | 842,651 | 897,940 | 10,188,438 |
| COMICS- REMIT | 9,267,802 | 6,731,450 | 1,574,312 | 666,081 | 230,581 | 65,378 |
| **TOTALS** | 35,992,406 | 16,445,392 | 5,036,347 | 1,875,195 | 1,247,421 | 11,388,051 |