**Diamond Comics Distributors, Inc** — Case No. 25-10308

AP Aging — Feb-25

| Consolidated Diamond Comic Distributors, Inc | CURRENT | 1 TO 30 | 30 TO 60 | 61 TO 90 | OVER 90 | TOTAL |
|---|---|---|---|---|---|---|
| PRODUCT | 2,475,947 | 2,093,982 | 1,847,663 | - | - | 6,417,592 |
| NON PRODUCT | 96,816 | 931,577 | 151,909 | - | - | 1,180,302 |
| TAXES | - | - | - | - | - | - |
| **TOTAL** | 2,572,763 | 3,025,559 | 1,999,573 | - | - | 7,597,895 |