**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Balance Sheet  01/14/25 - 01/31/25

|  | Diamond Select Toys & Collectibles, LLC |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| Cash and cash equivalents | 1,428 |
| Accounts Receivable, net | 994 |
| Inventory | 2,794,401 |
| Prepaids & Deposits | 2,023,153 |
| **Total Current Assets** | **4,819,976** |
| | |
| Other Current Assets | 23,147 |
| **Total Assets** | **4,843,123** |
| | |
| **Liabilities** | |
| **Liabilities Not Subject to Comprimise** | |
| Accounts Payable | 123,410 |
| DIP Financing (Postpetition) [1] | 13,010,522 |
| **Total Liabilities Not Subject to Comprimise** | **13,133,932** |
| | |
| **Liabilities Subject to Comprimise** | |
| Prepetition Secured Debt | 14,905,950 |
| Prepetition Priority Debt | 34,898 |
| Prepetition Unsecured Debt | 8,120,635 |
| **Total Liabilities Subject to Comprimise** | **23,061,483** |
| **Total Liabilities** | 36,195,415 |
| | |
| **Total Equity** | (31,375,439) |

[1] *Pursuant DIP financing order, the Company's prepetition revolving credit facility is being repaid on a dollar-for-dollar basis through the use of cash collateral, while a corresponding amount is drawn under the DIP facility.*