**Diamond Select Toys & Collectibles, LLC**     **Case No. 25-10312**
AP Aging     01.14.25-01.31.25

| Diamond Select Toys | CURRENT | 1 TO 30 | 30 TO 60 | 61 TO 90 | OVER 90 | TOTAL |
|---|---|---|---|---|---|---|
| PRODUCT | 156,264.67 | - | - | - | - | 156,264.67 |
| NON PRODUCT | 7,048.20 | - | - | - | - | 7,048.20 |
| TAXES | - | - | - | - | - | - |
| **TOTAL** | 163,312.87 | - | - | - | - | 163,312.87 |