

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2025 through January 31, 2025
Account Number: 8307

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00083866 WBS 802 211 03225 NNNNNNNNNNN  1 000000000 80 0000
DIAMOND SELECT TOYS & COLLECTIBLES, LLC
10150 YORK RD
HUNT VALLEY MD 21030-3340

## Commercial Checking

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $64,565.48 |  |
| Deposits and Credits | 30 | $794,818.55 |  |
| Withdrawals and Debits | 24 | $853,321.98 |  |
| Checks Paid | 4 | $4,634.24 |  |
| Ending Ledger Balance |  | $1,427.81 |  |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 01/02 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250102 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000029429789 Eed:250102   Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 0029429789Tc | $430.38 |
| 01/02 | Orig CO Name:Ebay Comissncdny       Orig ID:1618206000 Desc Date:250102 CO Entry Descr:Payments  Sec:CCD    Trace#:021000029429786 Eed:250102   Ind ID:Tfxlrkbrhehls64          Ind Name:Diamond Select Toys CO    Nte*Zzz*P6698436913\ Trn: 0029429786Tc | 17.89 |
| 01/02 | Orig CO Name:Ebay Com4Tskxzud       Orig ID:1618206000 Desc Date:250101 CO Entry Descr:Payments  Sec:CCD    Trace#:021000029429791 Eed:250102   Ind ID:Orp2Pxlt1Gou86N       Ind Name:Diamond Select Toys CO    Nte*Zzz*P6697077649\ Trn: 0029429791Tc | 14.97 |
| 01/03 | JPMorgan Access Transfer From Account         5979         YOUR REF:  1005320003SB | 250,000.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



January 01, 2025 through January 31, 2025
Account Number:              8307

## Deposits and Credits  (continued)

| Ledger Date | Description | Amount |
|---|---|---:|
| 01/03 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250103 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000022534090 Eed:250103   Ind ID:6405517             Ind Name:Diamond Select Toys & Trn: 0032534090Tc | 115.00 |
| 01/03 | Orig CO Name:Ebay Comnt5Exrds      Orig ID:1618206000 Desc Date:250103 CO Entry Descr:Payments  Sec:CCD    Trace#:021000022534087 Eed:250103   Ind ID:Kgzawrutv24Gk61 Ind Name:Diamond Select Toys CO     Nte*Zzz*P6699472393\ Trn: 0032534087Tc | 89.39 |
| 01/06 | JPMorgan Access Transfer From Account           3396   YOUR REF:  1004597006SB | 90,000.00 |
| 01/06 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250106 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023809436 Eed:250106   Ind ID:6405517             Ind Name:Diamond Select Toys & Trn: 0063809436Tc | 21,101.08 |
| 01/06 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250106 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023809434 Eed:250106   Ind ID:6405517             Ind Name:Diamond Select Toys & Trn: 0063809434Tc | 1,785.16 |
| 01/06 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:250104 CO Entry Descr:Settlementsec:CCD    Trace#:091000013809432 Eed:250106   Ind ID:1199200643            Ind Name:Diamond Sele1199200643 Payment Date  25006 Trn: 0063809432Tc | 1,608.88 |
| 01/06 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:250105 CO Entry Descr:Settlementsec:CCD    Trace#:091000013809428 Eed:250106   Ind ID:1199200643            Ind Name:Diamond Sele1199200643 Payment Date  25006 Trn: 0063809428Tc | 130.01 |
| 01/06 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250106 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023809430 Eed:250106   Ind ID:6405517             Ind Name:Diamond Select Toys & Trn: 0063809430Tc | 80.62 |
| 01/06 | Orig CO Name:Ebay Comcquctz2l      Orig ID:1618206000 Desc Date:250106 CO Entry Descr:Payments  Sec:CCD    Trace#:021000023809425 Eed:250106   Ind ID:G6D1Q6Eq9Kdzn6D Ind Name:Diamond Select Toys CO     Nte*Zzz*P6703232521\ Trn: 0063809425Tc | 11.75 |
| 01/07 | JPMorgan Access Transfer From Account           5979   YOUR REF:  1003348007SB | 100,000.00 |
| 01/07 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250107 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000021578937 Eed:250107   Ind ID:6405517             Ind Name:Diamond Select Toys & Trn: 0071578937Tc | 26.99 |
| 01/08 | JPMorgan Access Transfer From Account           5979   YOUR REF:  1004736008SB | 25,000.00 |
| 01/08 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250108 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000026433468 Eed:250108   Ind ID:6405517             Ind Name:Diamond Select Toys & Trn: 0086433468Tc | 7,423.08 |
| 01/09 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:250108 CO Entry Descr:Settlementsec:CCD    Trace#:091000018750417 Eed:250109   Ind ID:1199200643            Ind Name:Diamond Sele1199200643 Payment Date  25009 Trn: 0098750417Tc | 744.78 |
| 01/09 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250109 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000028750419 Eed:250109   Ind ID:6405517             Ind Name:Diamond Select Toys & Trn: 0098750419Tc | 163.61 |



January 01, 2025 through January 31, 2025
Account Number: ███████████8307

## Deposits and Credits  (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 01/10 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250110 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023409955 Eed:250110   Ind ID:6405517           Ind Name:Diamond Select Toys & Trn: 0103409955Tc | 319.75 |
| 01/10 | Orig CO Name:Ebay Comhv1Ckyoy     Orig ID:1618206000 Desc Date:250110 CO Entry Descr:Payments  Sec:CCD   Trace#:021000023409957 Eed:250110   Ind ID:Awbi4Zds6Cvgs6F   Ind Name:Diamond Select Toys CO    Nte*Zzz*P6709775065\ Trn: 0103409957Tc | 11.42 |
| 01/13 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250113 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000026505149 Eed:250113   Ind ID:6405517           Ind Name:Diamond Select Toys & Trn: 0136505149Tc | 1,412.24 |
| 01/15 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250115 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000021280754 Eed:250115   Ind ID:6405517           Ind Name:Diamond Select Toys & Trn: 0151280754Tc | 6,686.50 |
| 01/16 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250116 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000021702103 Eed:250116   Ind ID:6405517           Ind Name:Diamond Select Toys & Trn: 0161702103Tc | 5,965.42 |
| 01/16 | Orig CO Name:American Express     Orig ID:1134992250 Desc Date:250115 CO Entry Descr:Settlementsec:CCD    Trace#:091000011702105 Eed:250116   Ind ID:1199200643           Ind Name:Diamond Sele1199200643   Payment Date  25016 Trn: 0161702105Tc | 1,283.73 |
| 01/17 | Orig CO Name:American Express     Orig ID:1134992250 Desc Date:250116 CO Entry Descr:Settlementsec:CCD    Trace#:091000012782001 Eed:250117   Ind ID:1199200643           Ind Name:Diamond Sele1199200643   Payment Date  25017 Trn: 0172782001Tc | 68.32 |
| 01/22 | JPMorgan Access Transfer From Account ███████████5979  YOUR REF:  1004550022SB | 30,000.00 |
| 01/27 | JPMorgan Access Transfer From Account ███████████5979  YOUR REF:  1000580027SB | 225,000.00 |
| 01/28 | JPMorgan Access Transfer From Account ███████████5979  YOUR REF:  1003208028SB | 25,000.00 |
| 01/31 | Remote Online Deposit        8307 | 327.58 |
| **Total** | | **$794,818.55** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 01/02 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250102 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000021607213 Eed:250102   Ind ID:6405517           Ind Name:Diamond Select Toys & Trn: 0021607213Tc | $2,907.02 |
| 01/02 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250102 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000021607214 Eed:250102   Ind ID:6405517           Ind Name:Diamond Select Toys & Trn: 0021607214Tc | 100.52 |
| 01/03 | Orig CO Name:American Express     Orig ID:1134992250 Desc Date:250102 CO Entry Descr:Chgbck/Adjsec:CCD    Trace#:091000014606650 Eed:250103   Ind ID:1199200643           Ind Name:Diamond Sele1199200643   Payment Date  25003 Trn: 0034606650Tc | 48.99 |



January 01, 2025 through January 31, 2025
Account Number: ███████████8307

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---:|
| 01/03 | Book Transfer Debit A/C: Disney Consumer Products Inc. Glendale CA 91201- US Ref:/Bnf/Diamond Select Payment Plan Trn: 8337100003Jo YOUR REF: NONREF | 275,000.00 |
| 01/06 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:250104 CO Entry Descr:Axp Discntsec:CCD    Trace#:091000016119754 Eed:250106 Ind ID:1199200643            Ind Name:Diamond Sele1199200643 Payment Date  25006 Trn: 0066119754Tc | 310.95 |
| 01/06 | Chips Debit Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corpohong Kong Hong Kong Hk Ben: Venture Manufacturing Ltd Hk Ssn: 00570769 Trn: 9133800006Jo YOUR REF: NONREF | 82,576.00 |
| 01/07 | Book Transfer Debit A/C: Dbs Bank Hong Kong Ltd Hong Kong Hong Kong Hk Trn: 6363600007Jo YOUR REF: NONREF | 100,000.00 |
| 01/08 | Book Transfer Debit A/C: Imagine Fulfillment Services LLC LA Mirada CA █████ 5802 US Ref: Inv 46232, 46217 Trn: 7983500008Jo YOUR REF: NONREF | 8,318.75 |
| 01/08 | Chips Debit Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corpohong Kong Hong Kong Hk Ben: Pd Workshop Limited Hk Ssn: 00530660 Trn: 7983600008Jo YOUR REF: NONREF | 30,000.00 |
| 01/09 | Orig CO Name:ADP Wage Pay        Orig ID:9333006057 Desc Date:250109 CO Entry Descr:Wage Pay  Sec:CCD    Trace#:021000022820180 Eed:250109   Ind ID:926236057711S6Q            Ind Name:Diamond Select Toys &                                                      323298036 Trn: 0092820180Tc | 35,449.71 |
| 01/09 | Orig CO Name:ADP Tax            Orig ID:1223006057 Desc Date:250109 CO Entry Descr:ADP Tax   Sec:CCD    Trace#:021000022820178 Eed:250109   Ind ID:55S6Q 011002A01           Ind Name:Diamond Select Toys &                                                      Aa Trn: 0092820178Tc | 14,623.65 |
| 01/09 | Orig CO Name:ADP Wage Garn        Orig ID:9333006057 Desc Date:250109 CO Entry Descr:Wage Garn Sec:CCD Trace#:021000022820182 Eed:250109   Ind ID:926236057712S6Q Ind Name:Diamond Select Toys & 323298036 Trn: 0092820182Tc | 247.06 |
| 01/21 | Orig CO Name:ADP Tax            Orig ID:1223006057 Desc Date:250121 CO Entry Descr:ADP Tax   Sec:CCD    Trace#:021000023592746 Eed:250121   Ind ID:55S6Q 9489879Vv           Ind Name:Diamond Select Toys &                                                      Aa Trn: 0213592746Tc | 630.00 |
| 01/22 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 7705900022Jo YOUR REF: NONREF | 34,409.23 |
| 01/24 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q/Bnf/Rbi - ADP55S6Q Trn: 8265400024Jo YOUR REF: NONREF | 261.84 |
| 01/27 | Chips Debit Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corpohong Kong Hong Kong Hk Ben: Venture Manufacturing Ltd Hk Ref: Inv V247.24 Ssn: 00493762 Trn: 6002100027Jo YOUR REF: NONREF | 86,398.68 |
| 01/27 | Book Transfer Debit A/C: Bank of China Hong Kong Ltd West Kowloon Hong Kong Hk Ref: 2024021Balance, 2024026 2024027, 2024028 Trn: 6002600027Jo YOUR REF: NONREF | 52,088.52 |
| 01/27 | Book Transfer Debit A/C: Dbs Bank Hong Kong Ltd Hong Kong Hong Kong Hk Ref: Kk12197, Kk12198 Kk12199 Partial Trn: 6002400027Jo YOUR REF: NONREF | 50,000.00 |



January 01, 2025 through January 31, 2025

Account Number: ████████8307

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---:|
| 01/27 | Chips Debit Via: Bank of China Limited - New York/0326 A/C: Bank of China, Macau Branch Macau Macao MO Ben: Ag Com Weng Fung Wan Lda MO Ref: Dst24023IN, Dst24026IN Ssn: 00493916 Trn: 6002500027Jo YOUR REF: NONREF | 28,341.60 |
| 01/27 | Book Transfer Debit A/C: Imagine Fulfillment Services LLC LA Mirada CA 90638-5802 US Ref: Inv 46260 Trn: 6002300027Jo YOUR REF: NONREF | 2,711.55 |
| 01/27 | Chips Debit Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corpohong Kong Hong Kong Hk Ben: Pd Workshop Limited Hk Ref: Inv 20250120 Ssn: 00493914 Trn: 6002000027Jo YOUR REF: NONREF | 8,640.00 |
| 01/27 | Book Transfer Debit A/C: ADP Client Trust San Dimas CA 91773- US Ref:/Bnf/Rbi - ADP55S6Q-A Trn: 7311200027Jo YOUR REF: NONREF | 14,514.45 |
| 01/28 | Orig CO Name:Jp Morgan Chase      Orig ID:36-0899825 Desc Date:012725 CO Entry Descr:Comm Card Sec:CCD    Trace#:021000021295184  Eed:250128   Ind ID:556375790004890           Ind Name:Diamond Select Autopay Trn: 0281295184Tc | 25,402.53 |
| 01/30 | Service Fee | 340.93 |
| **Total** | | **$853,321.98** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 102875 | 01/08 | $260.50 | 102878 | 01/29 | $157.40 | 102881* | 01/31 | $284.00 |
| 102877* | 01/06 | $3,932.34 | | | | | | |

| **Total** | **4 check(s)** | | | | | | | **$4,634.24** |

\* indicates gap in sequence

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---:|---|---:|
| 01/02 | $62,021.18 | 01/17 | $25,280.96 |
| 01/03 | $37,176.58 | 01/21 | $24,650.96 |
| 01/06 | $65,074.79 | 01/22 | $20,241.73 |
| 01/07 | $65,101.78 | 01/24 | $19,979.89 |
| 01/08 | $58,945.61 | 01/27 | $2,285.09 |
| 01/09 | $9,533.58 | 01/28 | $1,882.56 |
| 01/10 | $9,864.75 | 01/29 | $1,725.16 |
| 01/13 | $11,276.99 | 01/30 | $1,384.23 |
| 01/15 | $17,963.49 | 01/31 | $1,427.81 |
| 01/16 | $25,212.64 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.