**Diamond Comics Distributors, Inc**  
Cash Receipts/Disbursements

Case No. 25-10308  
Mar-25

| Division | AGD | AGD | AGD | CGA | CGA | DCD | DCD | DCD | DCD | DCD | DCD | DCD | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - Canada | JPM - Canada | Bank of Montreal | Bank of Montreal | |
| Account Number | 3396 | 3719 | 0569 | 0871 | 0020 | 0555 | 6266 | 5979 | 9564 | 9566 | 025 | 859 | |
| Currency | USD | USD | USD | USD | USD | USD | USD | USD | CAD - (Converted) | USD | CAD - (Converted) | USD | |
| Currency Conversation Rate Used | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.695468 | N/A | 0.695468 | N/A | |
| **Cash Receipts/Disbursements** | | | | | | | | | | | | | |
| Beginning Balance | 119,687 | - | 361 | - | 13,000 | 1,143 | - | 303,835 | 101,539 | 14,251 | 148,366 | 47,688 | 749,871 |
| **Receipts** | | | | | | | | | | | | | |
| DIP Funding | 12,535,000 | 780,958 | 80,966 | 28,421 | - | 69,655 | 714,748 | 10,019,619 | - | - | - | - | 24,229,367 |
| Other Cash Receipts | - | - | - | - | - | - | - | 57,236 | - | - | - | - | 57,236 |
| Payments From Customers | 84,322 | - | 12,594,649 | - | 191,938 | 10,776,051 | - | 344,211 | 232,092 | 18,839 | 180,873 | 9,897 | 24,432,872 |
| **Total Receipts** | 12,619,322 | 780,958 | 12,675,615 | 28,421 | 191,938 | 10,845,706 | 714,748 | 10,421,065 | 232,092 | 18,839 | 180,873 | 9,897 | 48,719,474 |
| **Disbursements** | | | | | | | | | | | | | |
| Paydown of DIP Facility | - | - | (12,536,572) | - | - | (11,212,843) | - | - | - | - | - | - | (23,749,416) |
| Vendor Payments (Checks) | - | (780,958) | - | (28,421) | - | - | (714,748) | - | (1,744) | - | - | - | (1,525,871) |
| Vendor Payments (ACH/Wire) | (12,098,168) | - | - | - | (44,992) | - | - | (6,953,253) | (34,594) | - | - | - | (19,131,006) |
| Bank Fees | (4,908) | - | (80,966) | - | (950) | (31,483) | - | (3,662) | (1,244) | (491) | (868) | (207) | (124,779) |
| Interest Expense | - | - | - | - | - | - | - | (214,619) | - | - | - | - | (214,619) |
| Nsf Checks/Credit Card Chargebacks | - | - | - | - | - | (38,197) | - | (12,355) | (1,847) | - | (1,524) | - | (53,924) |
| Intercompany Payments | - | - | - | - | - | - | - | (137,808) | - | - | - | - | (137,808) |
| Payroll And Health Benefits | (702,871) | - | - | - | - | - | - | (1,762,484) | - | - | - | - | (2,465,355) |
| Professional Fees | - | - | - | - | - | - | - | (1,566,219) | - | - | - | - | (1,566,219) |
| **Total Disbursements** | (12,805,947) | (780,958) | (12,617,538) | (28,421) | (45,942) | (11,282,524) | (714,748) | (10,650,399) | (39,429) | (491) | (2,392) | (207) | (48,968,996) |
| **Other** | | | | | | | | | | | | | |
| Currency Conversion | - | - | - | - | - | - | - | - | (572) | - | 49 | - | (523) |
| Transfers Between DCD Accounts | 97,000 | - | - | - | (112,000) | 445,628 | - | 15,000 | (270,628) | - | (125,184) | (49,816) | 0 |
| **Ending Balances (Per Bank Statements)** | 30,062 | - | 58,438 | 0 | 46,996 | 9,953 | 0 | 89,501 | 23,003 | 32,599 | 201,712 | 7,562 | 499,826 |
| Deposits In Transit | - | - | 465,362 | - | - | 16,811 | - | - | - | - | - | - | 482,173 |
| Outstanding Checks | - | (183,869) | - | - | - | - | (206,948) | - | - | - | - | - | (390,817) |
| **TOTALS** | 30,062 | (183,869) | 523,800 | 0 | 46,996 | 26,764 | (206,948) | 89,501 | 23,003 | 32,599 | 201,712 | 7,562 | 591,181 |