**Diamond Comics Distributors, Inc**  Case No. 25-10308
Balance Sheet  Mar-25

|  | Consolidated Diamond Comic Distributors, Inc |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| Cash and cash equivalents | 591,181 |
| Accounts Receivable, net | 26,650,294 |
| Inventory | 23,560,722 |
| Other Receivables | 8,095,636 |
| Prepaids & Deposits | 23,888,327 |
| Note Receivable | 475,239 |
| **Total Current Assets** | **83,261,399** |
| | |
| **Non-Current Assets** | |
| Fixed Assets, net | 2,648,917 |
| Security Deposits | 99,832 |
| [2] Investment in Subsidiary | 10,044,810 |
| Intangibles Assets, net | 5,847,431 |
| **Total Non-Current Assets** | **18,640,990** |
| **Total Assets** | **101,902,389** |
| | |
| **Liabilities** | |
| **Liabilities Not Subject to Compromise** | |
| Accounts Payable | 11,825,270 |
| [1] DIP Financing (Postpetition) | 41,271,204 |
| **Total Liabilities Not Subject to Compromise** | **53,096,474** |
| | |
| **Liabilities Subject to Compromise** | |
| Prepetition Secured Debt | - |
| Prepetition Priority Debt | 604,284 |
| Prepetition Unsecured Debt | 47,932,331 |
| **Total Liabilities Subject to Compromise** | **48,536,615** |
| **Total Liabilities** | **101,633,089** |
| **Total Equity** | **269,300** |

[1] *Pursuant DIP financing order, the Company's prepetition revolving credit facility is being repaid on a dollar-for-dollar basis through the use of cash collateral, while a corresponding amount is drawn under the DIP facility. The prepetition revolving credit facility was fully paid down as of 2/28/25*

[2] *Represents the Company's controlling equity interests in Comic Exporters, Inc. and Comic Holdings, Inc., which together own 100% of Diamond UK. The Company holds 100% of both U.S. entities.*