| **Diamond Comics Distributors, Inc** | | | | **Case No. 25-10308** |
| Statement of Operations | | | | Mar-25 |

| | Diamond Comics | Alliance Games | Collective Grading Authority | Consolidated Diamond Comic Distributors, Inc |
|---|---|---|---|---|
| **Revenue** | | | | |
| Sales | $ 8,926,003 | $ 13,537,100 | $ 191,938 | $ 22,655,041 |
| Freight Income | 526,309 | 250,496 | - | 776,804 |
| **Total Revenue** | **9,452,312** | **13,787,596** | **191,938** | **23,431,846** |
| | | | | |
| **Cost of Sales** | | | | |
| Inventory (Buy/Sell) | 3,441,483 | 10,950,002 | - | 14,391,485 |
| Inventory (Consignment) | 1,445,959 | 930,998 | - | 2,376,956 |
| Freight Expense | 1,295,333 | 596,062 | - | 1,891,394 |
| **Total Cost Of Sales** | **6,182,774** | **12,477,061** | **-** | **18,659,835** |
| | | | | |
| **Gross Profit (Loss)** | **3,269,537** | **1,310,535** | **191,938** | **4,772,010** |
| | | | | |
| **Operating Expense** | | | | |
| Contract Labor | 488,000 | 63,019 | - | 551,019 |
| Equipment Acquisition | - | - | - | - |
| Operating Supplies | 3,846 | 83,989 | - | 87,834 |
| Other Operating Expenses | 15,973 | - | - | 15,973 |
| Rent | 196,022 | 100,770 | - | 296,792 |
| Repairs And Maintenance | 20,095 | 14,071 | - | 34,166 |
| Payroll | 641,150 | 433,104 | - | 1,074,254 |
| Taxes And Licenses | - | - | - | - |
| Utilities | 20,726 | 25,895 | - | 46,621 |
| **Total Operating Expenses** | **1,385,813** | **720,846** | **-** | **2,106,659** |
| | | | | |
| **Selling, General, and Administrative** | | | | |
| Advertising | 48,281.76 | 23,952.41 | - | 72,234.17 |
| Computer Expense | 121,425.79 | 8,999.88 | - | 130,425.67 |
| Insurance | 355,069.97 | 230,397.56 | 16,405.52 | 601,873.05 |
| Rent | 60,465.43 | 2,000.00 | 39,846.17 | 102,311.60 |
| Salaries & Payroll Taxes | 881,922.72 | 352,226.69 | 136,937.60 | 1,371,087.01 |
| Taxes And Licenses | 10,706.00 | 341.75 | - | 11,047.75 |
| Utilities | 11,456.30 | - | - | 11,456.30 |
| Other G&A | 99,547.79 | 25,621.82 | 33,566.16 | 158,735.77 |
| **Total Selling, General, and Administrative** | **1,588,876** | **643,540** | **226,755** | **2,459,171** |
| | | | | |
| **Other Expenses** | | | | |
| Bank Fees | 38,912 | 85,874 | 950 | 125,736 |
| Interest | 214,619 | - | - | 214,619 |
| Professional Fees | 1,566,219 | - | - | 1,566,219 |
| **Total Other Income / (Expense)** | **1,819,750** | **85,874** | **950** | **1,906,574** |
| | | | | |
| **Net Income (Loss)** | **(1,524,901)** | **(139,725)** | **(35,768)** | **(1,700,394)** |