**Diamond Comics Distributors, Inc**  Case No. 25-10308
AR Aging  Mar-25

| Consolidated Diamond Comic Distributors, Inc | ALL | CURRENT | 0 TO 30 | 31 TO 60 | 60 TO 90 | OVER 90 |
|---|---|---|---|---|---|---|
| GAMES | 6,759,824 | 3,604,217 | 1,330,079 | 271,298 | 323,616 | 1,230,614 |
| COMICS - NON REMIT | 20,792,650 | 6,876,616 | 1,632,524 | 1,001,332 | 713,333 | 10,568,846 |
| COMICS- REMIT | 6,469,357 | 4,587,454 | 117,564 | 639,430 | 380,677 | 744,233 |
| **TOTALS** | 34,021,832 | 15,068,286 | 3,080,167 | 1,912,060 | 1,417,626 | 12,543,693 |