**Diamond Comics Distributors, Inc**  Case No. 25-10308
AP Aging  Mar-25

| Consolidated Diamond Comic Distributors, Inc | CURRENT | 1 TO 30 | 30 TO 60 | 61 TO 90 | OVER 90 | TOTAL |
|---|---|---|---|---|---|---|
| PRODUCT | 2,365,547 | 4,469,056 | 536,167 | 1,290,152 | - | 8,660,921 |
| NON PRODUCT | 80,949 | 594,550 | 442,692 | 48,305 | - | 1,166,496 |
| TAXES | - | - | - | - | - | - |
| **TOTAL** | 2,446,496 | 5,063,606 | 978,859 | 1,338,457 | - | 9,827,417 |