**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Cash Receipts/Disbursements  Mar-25

| Entity | Diamond Select Toys, LLC |
|---|---|
| Account Number | 8307 |
| Currency | USD |

**Cash Receipts/Disbursements**

| | |
|---|---:|
| **Beginning Balance** | $ 3,493.01 |
| | |
| **Receipts** | |
| Webstore Customer Payments | 79,536.62 |
| Wholesale Customer Advances | 135,000.00 |
| **Total Receipts** | **214,536.62** |
| | |
| **Disbursements** | |
| Vendor Payments (Checks) | (17,652.08) |
| Vendor Payments (ACH/Wire) | (98,280.68) |
| Bank Fees | (686.24) |
| Payroll And Health Benefits | (94,083.62) |
| **Total Disbursements** | **(210,702.62)** |
| | |
| **Ending Balances -Per Bank Statements** | **7,327.01** |
| | |
| Deposits In Transit | - |
| Outstanding Checks | - |
| | |
| **Totals** | **7,327.01** |