**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Balance Sheet  Mar-25

|  | Diamond Select Toys & Collectibles, LLC |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| Cash and cash equivalents | 7,327 |
| Accounts Receivable, net | 994 |
| Inventory | 2,891,505 |
| Prepaids & Deposits | 1,786,067 |
| **Total Current Assets** | **4,685,892** |
| | |
| Other Current Assets | 21,234 |
| **Total Assets** | **4,707,126** |
| | |
| **Liabilities** | |
| **Liabilities Not Subject to Compromise** | |
| Accounts Payable | 790,883 |
| [1] DIP Financing (Postpetition) | 41,271,204 |
| **Total Liabilities Not Subject to Compromise** | **42,062,087** |
| | |
| **Liabilities Subject to Compromise** | |
| Prepetition Secured Debt | - |
| Prepetition Priority Debt | 34,898 |
| Prepetition Unsecured Debt | 8,120,635 |
| **Total Liabilities Subject to Compromise** | **8,155,533** |
| **Total Liabilities** | 50,217,620 |
| | |
| **Total Equity** | (45,510,494) |

[1] *The Company is a guarantor of obligations under a prepetition credit facility of a related entity that is currently undergoing a sale process under Section 363 of the Bankruptcy Code*