**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Statement of Operations  Mar-25

|  | Diamond Select Toys & Collectibles, LLC |
|---|---:|
| **Revenue** | |
| Sales - Wholesale | $ 306,522 |
| Sales - Webstore | 79,537 |
| **Total Sales** | **386,058** |
| | |
| **Cost Of Sales** | |
| Manufacturing | 39,652 |
| Fulfilment | 35,643 |
| **Total Cost Of Sales** | **75,295** |
| | |
| **Gross Profit** | **310,763** |
| | |
| **Selling, General, and Administrative** | |
| Bank Fees | 686 |
| Other Admit Cost | 40,638 |
| Salaries & Payroll Taxes | 94,084 |
| **Total G&A Costs** | **135,408** |
| | |
| **Net Income (Loss)** | **175,356** |