**Diamond Select Toys & Collectibles, LLC**　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 25-10312**
AR Aging　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mar-25

| Diamond Select Toys & Collectibles, LLC | ALL | CURRENT | 0 TO 30 | 31 TO 60 | 60 TO 90 | OVER 90 |
|---|---|---|---|---|---|---|
| Product | 994 | - | - | - | - | 994 |
| **TOTALS** | 994 | - | - | - | - | 994 |