**Diamond Select Toys & Collectibles, LLC**                                                      Case No. 25-10312
AP Aging                                                                                          Mar-25

| Diamond Select Toys | CURRENT | 1 TO 30 | 30 TO 60 | 61 TO 90 | OVER 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| PRODUCT | 7,118 | 58,788 | 3,334 | 130,922 | - | 200,163 |
| NON PRODUCT | 380 | 29,413 | 423,130 | 7,024 | - | 459,948 |
| TAXES | - | - | - | - | - | - |
| **TOTAL** | 7,498 | 88,201 | 426,465 | 137,946 | - | 660,111 |