

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2025 through March 31, 2025
Account Number: 8307

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00089696 WBS 802 211 09125 NNNNNNNNNNN  1 000000000 80 0000
DIAMOND SELECT TOYS & COLLECTIBLES, LLC
10150 YORK RD
HUNT VALLEY MD 21030-3340

## Commercial Checking

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $3,493.01 |  |
| Deposits and Credits | 49 | $214,536.62 |  |
| Withdrawals and Debits | 19 | $193,050.54 |  |
| Checks Paid | 16 | $17,652.08 |  |
| **Ending Ledger Balance** |  | **$7,327.01** |  |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 03/03 | JPMorgan Access Transfer From Account 5979 YOUR REF: 1005949062SB | $10,000.00 |
| 03/05 | JPMorgan Access Transfer From Account 5979 YOUR REF: 1005789064SB | 50,000.00 |
| 03/10 | Remote Online Deposit       8307 | 119.40 |
| 03/10 | JPMorgan Access Transfer From Account 5979 YOUR REF: 1005091069SB | 60,000.00 |
| 03/12 | Deposit    1156253725 | 6,288.00 |
| 03/13 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937199 Eed:250313 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 0723937199Tc | 23,037.01 |
| 03/13 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937196 Eed:250313 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 0723937196Tc | 5,233.94 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



March 01, 2025 through March 31, 2025
Account Number: 8307

## Deposits and Credits  (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937220 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937220Tc | 5,200.06 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937195 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937195Tc | 4,241.36 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937209 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937209Tc | 3,560.78 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937200 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937200Tc | 2,797.74 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937215 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937215Tc | 2,735.75 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937203 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937203Tc | 2,257.74 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937212 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937212Tc | 2,234.97 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937219 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937219Tc | 1,675.31 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937214 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937214Tc | 1,636.16 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937198 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937198Tc | 1,415.70 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937208 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937208Tc | 1,391.62 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937210 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937210Tc | 1,000.98 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937216 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937216Tc | 883.61 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000023937213 Eed:250313 Ind ID:6405517          Ind Name:Diamond Select Toys & Trn: 0723937213Tc | 754.81 |



March 01, 2025 through March 31, 2025
Account Number: 8307

## Deposits and Credits  (continued)

| Ledger Date | Description | Amount |
|---|---|---:|
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937204 Eed:250313 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0723937204Tc | 685.10 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937202 Eed:250313 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0723937202Tc | 658.26 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937217 Eed:250313 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0723937217Tc | 359.75 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937207 Eed:250313 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0723937207Tc | 260.73 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937197 Eed:250313 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0723937197Tc | 187.19 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937201 Eed:250313 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0723937201Tc | 152.20 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937205 Eed:250313 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0723937205Tc | 101.37 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937206 Eed:250313 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0723937206Tc | 86.12 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937211 Eed:250313 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0723937211Tc | 11.96 |
| 03/13 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250313 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000023937218 Eed:250313 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0723937218Tc | 5.98 |
| 03/14 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250314 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000027044994 Eed:250314 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0737044994Tc | 555.19 |
| 03/17 | Remote Online Deposit       8307 | 433.39 |
| 03/17 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250317 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000028317851 Eed:250317 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0768317851Tc | 168.36 |
| 03/17 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250317 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000028317849 Eed:250317 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0768317849Tc | 103.22 |
| 03/18 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250318 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000026156145 Eed:250318 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0776156145Tc | 366.76 |



March 01, 2025 through March 31, 2025
Account Number: ███████████8307

## Deposits and Credits  (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 03/19 | Orig CO Name:Paymentech   Orig ID:1020401225 Desc Date:250319 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000022486770 Eed:250319 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 0782486770Tc | 1,439.33 |
| 03/21 | Remote Online Deposit         8307 | 224.74 |
| 03/21 | Orig CO Name:Paymentech   Orig ID:1020401225 Desc Date:250321 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000026325281 Eed:250321 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 0806325281Tc | 183.96 |
| 03/24 | Orig CO Name:Paymentech   Orig ID:1020401225 Desc Date:250324 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000022100565 Eed:250324 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 0832100565Tc | 3,369.02 |
| 03/25 | Orig CO Name:Paymentech   Orig ID:1020401225 Desc Date:250325 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000021866274 Eed:250325 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 0841866274Tc | 240.82 |
| 03/26 | Orig CO Name:Paymentech   Orig ID:1020401225 Desc Date:250326 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000026525432 Eed:250326 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 0856525432Tc | 295.91 |
| 03/27 | Orig CO Name:Paymentech   Orig ID:1020401225 Desc Date:250327 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000029474160 Eed:250327 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 0869474160Tc | 95.20 |
| 03/28 | Remote Online Deposit         8307 | 202.09 |
| 03/28 | JPMorgan Access Transfer From Account ███████5979 YOUR REF:  1005489087SB | 15,000.00 |
| 03/28 | Orig CO Name:Paymentech   Orig ID:1020401225 Desc Date:250328 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000025890314 Eed:250328 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 0875890314Tc | 1,619.87 |
| 03/31 | Remote Online Deposit         8307 | 161.66 |
| 03/31 | Orig CO Name:Paymentech   Orig ID:1020401225 Desc Date:250331 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000021897071 Eed:250331 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 0901897071Tc | 590.43 |
| 03/31 | Orig CO Name:Paymentech   Orig ID:1020401225 Desc Date:250331 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000021897069 Eed:250331 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 0901897069Tc | 513.07 |
| **Total** | | **$214,536.62** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 03/03 | Orig CO Name:Diamond Select T    Orig ID:9108307001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD   Trace#:021000029236926 Eed:250303 Ind ID:9108307001          Ind Name:EFT File Name: Rp0625Z    ACH Origin#:9090209001  CO Eff: 25/ 03/03                         250303 Rp0625Zr Trn: 0629236926Tc | $7,060.00 |
| 03/05 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 8149800064Jo YOUR REF:  NONREF | 34,312.02 |



March 01, 2025 through March 31, 2025
Account Number: ███████8307

## Withdrawals and Debits  (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 03/06 | Book Transfer Debit A/C: ADP Client Trust San Dimas CA 91773- US Ref: Rbi - ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 7819200065Jo YOUR REF: NONREF | 13,667.86 |
| 03/06 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q/Bnf/Rbi - ADP55S6Q Trn: 7820100065Jo YOUR REF: NONREF | 334.73 |
| 03/10 | Book Transfer Debit A/C: Imagine Fulfillment Services LLC LA Mirada CA █████5802 US Ref: Inv 46341 Trn: 7790500069Jo YOUR REF: NONREF | 6,009.78 |
| 03/10 | Book Transfer Debit A/C: The Royal Bank of Scotland Plc London United Kingdom Ec2M -4Aa Gb Ref: Inv 0382 Trn: 7790300069Jo YOUR REF: NONREF | 1,600.00 |
| 03/10 | Chips Debit Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corpohong Kong Hong Kong Hk Ben: Pd Workshop Limited Hk Ref: Inv 20250301 Ssn: 00631966 Trn: 7790400069Jo YOUR REF: NONREF | 7,950.00 |
| 03/10 | Chips Debit Via: Bank of America, N.A./0959 A/C: The Bank of Nova Scotia Toronto Canada CA Ben: Barry Bradfield Ottawa, On, K1V 7J1 CA Ref: Inv Aa302 Ssn: 00631944 Trn: 7789900069Jo YOUR REF: NONREF | 4,660.00 |
| 03/10 | Book Transfer Debit A/C: Canadian Imperial Bank of Commerce Toronto On M5L 1-A2 CA Ben:/█████8097 Dragon Product Design CO Ref:/Lmpd/Inv# 17386, 17387 Trn: 7790000069Jo YOUR REF: NONREF | 2,460.00 |
| 03/10 | Orig CO Name:Diamond Select T       Orig ID:9108307001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD    Trace#:021000021499698 Eed:250310 Ind ID:9108307001             Ind Name:EFT File Name: Rp0693K     ACH Origin#:9090209001  CO Eff: 25/ 03/10                            250310 Rp0693Ke Trn: 0691499698Tc | 28,325.87 |
| 03/12 | Orig CO Name:Diamond Select T       Orig ID:9108307001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD    Trace#:021000022801297 Eed:250312 Ind ID:9108307001             Ind Name:EFT File Name: Rp0713W     ACH Origin#:9090209001  CO Eff: 25/ 03/12                            250312 Rp0713Wl Trn: 0712801297Tc | 5,000.00 |
| 03/17 | Account Analysis Settlement Charge | 645.47 |
| 03/19 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55Ss6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 7401000078Jo YOUR REF: NONREF | 32,674.73 |
| 03/21 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q/Bnf/Rbi - ADP55S6Q Trn: 8045700080Jo YOUR REF: NONREF | 331.19 |
| 03/21 | Book Transfer Debit A/C: ADP Client Trust San Dimas CA 91773- US Ref: Rbi-ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 8329500080Jo YOUR REF: NONREF | 12,763.09 |
| 03/25 | Book Transfer Debit A/C: Imagine Fulfillment Services LLC LA Mirada CA █████5802 US Trn: 7314900084Jo YOUR REF: NONREF | 5,091.40 |
| 03/26 | Orig CO Name:Jp Morgan Chase       Orig ID:36-0899825 Desc Date:032525 CO Entry Descr:Comm Card Sec:CCD    Trace#:021000029645343 Eed:250326   Ind ID:556375790004890            Ind Name:Diamond Select Autopay Trn: 0859645343Tc | 17,707.01 |
| 03/28 | Fedwire Debit Via: Key Gr Lakes Cleve/█████1039 A/C: Rcm&D, Inc US Ref: Inv 136046 Imad: 0328Mmqfmp2M038086 Trn: 9247500087Jo YOUR REF: NONREF | 12,416.62 |
| 03/31 | Orig CO Name:Paymentech            Orig ID:1020401225 Desc Date:250331 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000024272150 Eed:250331 Ind ID:6405517                Ind Name:Diamond Select Toys & Trn: 0904272150Tc | 40.77 |



March 01, 2025 through March 31, 2025
Account Number: ███████████8307

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| **Total** | | **$193,050.54** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 102886 | 03/03 | $1,000.00 | 102899 | 03/19 | $2,500.00 | 102906 | 03/17 | $1,200.00 |
| 102894* | 03/04 | $180.70 | 102900 | 03/19 | $1,290.00 | 102907 | 03/31 | $60.00 |
| 102895 | 03/10 | $4,000.00 | 102901 | 03/19 | $952.70 | 102908 | 03/17 | $1,200.00 |
| 102896 | 03/12 | $4,348.99 | 102904* | 03/18 | $542.34 | 102909 | 03/21 | $105.00 |
| 102897 | 03/24 | $17.05 | 102905 | 03/20 | $126.43 | 102910 | 03/26 | $126.43 |
| 102898 | 03/24 | $2.44 | | | | | | |

**Total    16 check(s)**    **$17,652.08**
* indicates gap in sequence

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 03/03 | $5,433.01 | 03/19 | $33,617.67 |
| 03/04 | $5,252.31 | 03/20 | $33,491.24 |
| 03/05 | $20,940.29 | 03/21 | $20,700.66 |
| 03/06 | $6,937.70 | 03/24 | $24,050.19 |
| 03/10 | $12,051.45 | 03/25 | $19,199.61 |
| 03/12 | $8,990.46 | 03/26 | $1,662.08 |
| 03/13 | $71,556.66 | 03/27 | $1,757.28 |
| 03/14 | $72,111.85 | 03/28 | $6,162.62 |
| 03/17 | $69,771.35 | 03/31 | $7,327.01 |
| 03/18 | $69,595.77 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.



March 01, 2025 through March 31, 2025
**Account Number:** ▇▇▇▇▇▇▇▇▇▇8307

Diamond Select Toys & Collectibles, LLC

## Stop Payment Renewal Notice

Account Number  000000388108307                                                                                                   Bank Number:  802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| —— | 0000001 | 06/17/2019 | 06/17/2025 | 100052 | $30,150.00 |
| —— | 0000010 | 06/14/2023 | 06/14/2025 | 102421 | $5,260.00 |

Diamond Select Toys & Collectibles, LLC          JPMorgan Chase Bank, N.A.
10150 York Rd                                    P O Box 182051
Hunt Valley MD 21030-3340                        Columbus  OH 43218-2051