**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 376** |

## STIPULATION TO EXTEND OBJECTION DEADLINE

The above-captioned debtors and debtors in possession (the "Debtors"), the Office of the United States Trustee, and JPMorgan Chase Bank, N.A. ("JPM"), hereby stipulate that the Debtors' and JPM's objection deadline to *The United States Trustee's Motion to Convert to Chapter 7 or Dismiss Case* [D.I. 376] is extended to May 19, 2025.

*[Remainder of Page Left Intentionally Blank]*

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**SAUL EWING LLP**

*/s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
         paige.topper@saul.com
         nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Jonathan W. Young*
Toyja E. Kelley
Indira K. Sharma
Jonathan W. Young (admitted *pro hac vice*)
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 274-2950
Email: Toyja.Kelley@troutman.com
         Indira.Sharma@troutman.com
         Jonathan.Young@troutman.com

-and-

David L. Ruediger (admitted *pro hac vice*)
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 239-0100
Email: David.Ruediger@troutman.com

*Counsel for JPMorgan Chase Bank N.A.*

**OFFICE OF THE UNITED STATES TRUSTEE**

*/s/ Hugh M. Bernstein*
Hugh M. Bernstein
(Fed. Bar No. 23489)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
Telephone: (410) 962-4300
Email: hugh.m.bernstein@usdoj.gov

*Attorney for the United States Trustee*