IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 376** |

**STATEMENT AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE UNITED STATES TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7 OR DISMISS CASE**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby files this statement and reservation of rights (this "Reservation of Rights") in connection with *The United States Trustee's Motion to Convert to Chapter 7 or Dismiss Case* [D.I. 376] (the "UST Motion"). In support of this Reservation of Rights, the Committee respectfully states as follows:

**STATEMENT & RESERVATION OF RIGHTS**

1. Given the significant relief sought by the UST Motion, the Committee contacted the Debtors promptly after the UST Motion was filed and had certain informal discussions with the Debtors regarding the UST Motion (through counsel). Notwithstanding the foregoing, the Debtors did not give the Committee any advance notice of the stipulation they filed today [D.I.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

-- 2 --

441] (the "Stipulation") to extend today's deadline to object to the UST Motion for the Debtors and JPMorgan Chase Bank, N.A. ("JPM")—nor have the Debtors advised the Committee of the reason for the extension. The Committee contacted the Debtors (through counsel) after the Stipulation was filed to inquire as to the reason for the extension and why the Committee was excluded from the Stipulation. However, the Debtors have not responded to that correspondence as of the filing hereof.

2. The Debtors' failure to timely update and include the Committee with respect to important case matters has become a recurring and problematic theme in this case, and the UST Motion and related Stipulation are no exception. In any event, in light of the filing of the Stipulation and the potential resolution of the UST Motion based on the Debtors' recent (but untimely) filing of their past-due monthly operating reports, the Committee hereby reserves all rights regarding the UST Motion, the relief sought therein, any resolution thereof, and any hearing scheduled in connection therewith.

[*remainder of page intentionally left blank*]

May 12, 2025

| | |
|---|---|
| **TYDINGS & ROSENBERG LLP** | **LOWENSTEIN SANDLER LLP** |
| | Bruce S. Nathan (admitted *pro hac vice*) |
| */s/ Stephen B. Gerald* | Gianfranco Finizio (admitted *pro hac vice*) |
| Dennis J. Shaffer (MD Bar No. 25680) | Chelsea R. Frankel (admitted *pro hac vice*) |
| Stephen B. Gerald (MD Bar No. 26590) | 1251 Avenue of the Americas |
| 1 East Pratt Street, Suite 901 | New York, NY 10020 |
| Baltimore, MD 21202 | Telephone: (212) 262-6700 |
| Telephone: (410) 752-9700 | Email: bnathan@lowenstein.com |
| Email: dshaffer@tydings.com |       gfinizio@lowenstein.com |
|       sgerald@tydings.com |       cfrankel@lowenstein.com |

-and-

Michael T. Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

6374728.1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 12th day of May, 2025, the foregoing was served via the Court's CM/ECF filing system on the parties set forth below:

Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown    abrown@klestadt.com
David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio    gfinizio@lowenstein.com
Chelsea R Frankel    cfrankel@lowenstein.com
Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
Jeffrey C. Hampton    jeffrey.hampton@saul.com
Adam H Isenberg    adam.isenberg@saul.com
C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage    korphagee@whiteandwilliams.com
Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
Bruce S. Nathan    bnathan@lowenstein.com
Michael Papandrea    mpapandrea@lowenstein.com
Jordan Rosenfeld    jordan.rosenfeld@saul.com
Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com; mhickman@tydings.com; jlee@tydings.com
Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi    nicholas.smargiassi@saul.com
Brent C. Strickland    bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
Paige Noelle Topper    paige.topper@saul.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

                            /s/ *Stephen B. Gerald*
                            Stephen B. Gerald