# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.¹ | (Jointly Administered) |
| | **Hearing Date:** <br> June 17, 2025, at 2:00 p. m. (ET) <br> **Objection Deadline:** <br> May 27, 2025 |

## NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THERON

**PLEASE TAKE NOTICE** that on May 13, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing, if required, on the Motion will commence before the Honorable Judge Rice on **June 17, 2025, at 2:00 p.m. (ET)** in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Debtors, so as to actually be received by or before **May 27, 2025.**

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THEN THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55415165.5

| | |
|---|---|
| Dated: May 13, 2025 | **SAUL EWING LLP** |

                            By: */s/ Jordan D. Rosenfeld*
                                Jordan D. Rosenfeld (MD Bar No. 13694)
                                1001 Fleet Street, 9th Floor
                                Baltimore, MD 21202
                                Telephone: (410) 332-8600
                                Email: jordan.rosenfeld@saul.com

                                -and-

                                Jeffrey C. Hampton (admitted *pro hac vice*)
                                Adam H. Isenberg (admitted *pro hac vice*)
                                Turner N. Falk (admitted *pro hac vice*)
                                1500 Market Street, 38th Floor
                                Philadelphia, PA 19102
                                Telephone: (215) 972-7777
                                Email: jeffrey.hampton@saul.com
                                            adam.isenberg@saul.com
                                            turner.falk@saul.com

                                -and-

                                Mark Minuti (admitted *pro hac vice*)
                                Paige N. Topper (admitted *pro hac vice*)
                                Nicholas Smargiassi (admitted *pro hac vice*)
                                1201 N. Market Street, Suite 2300
                                Wilmington, DE 19801
                                Telephone: (302) 421-6800
                                Email: mark.minuti@saul.com
                                            paige.topper@saul.com
                                            nicholas.smargiassi@saul.com

                                *Counsel for Debtors and Debtors in Possession*

55415165.5