**Diamond Comics Distributors, Inc**  
Cash Receipts/Disbursments

Case No. 25-10308  
01/14/25 - 01/31/25

| Division | AGD | AGD | AGD | CGA | CGA | DCD | DCD | DCD | DCD | DCD | DCD | DCD | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - US | JPM - Canada | JPM - Canada | Bank of Montreal | Bank of Montreal | |
| Account Number | 3396 | 3719 | 0569 | 0871 | 0020 | 0555 | 6266 | 5979 | 9564 | 9566 | 025 | 859 | |
| Currency | USD | USD | USD | USD | USD | USD | USD | USD | CAD - (Converted) | USD | CAD - (Converted) | USD | |
| Currency Conversation Rate Used | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.69312 | N/A | 0.69312 | N/A | |
| **Cash Receipts/Disbursments** | | | | | | | | | | | | | |
| Beginning Balance | 3,727.64 | - | 15,791.56 | - | 53,193.30 | 120,861.97 | - | 195,530.53 | 17,049.58 | 8,996.11 | 57,496.77 | 3,636.94 | 476,284.40 |
| **Receipts** | | | | | | | | | | | | | |
| DIP Funding | 2,625,000.00 | 24,353.14 | 502,435.01 | 26,825.04 | - | 900,924.36 | 147,027.06 | 10,210,000.00 | - | - | - | - | 14,436,564.61 |
| Customer Receipts | 22,869.11 | - | 7,902,352.90 | - | 121,949.73 | 8,156,698.22 | - | 179,955.90 | 114,378.21 | 29,028.92 | 149,443.35 | 16,114.90 | 16,692,791.24 |
| Other Cash Receipts | - | - | - | - | - | - | - | 1,260.21 | - | - | - | - | 1,260.21 |
| **Total Receipts** | 2,647,869.11 | 24,353.14 | 8,404,787.91 | 26,825.04 | 121,949.73 | 9,057,622.58 | 147,027.06 | 10,391,216.11 | 114,378.21 | 29,028.92 | 149,443.35 | 16,114.90 | 31,130,616.06 |
| **Disbursements** | | | | | | | | | | | | | |
| Paydown of DIP Facility | - | - | (7,863,229.57) | - | - | (8,814,296.23) | - | - | - | - | - | - | (16,677,525.80) |
| Vendor Payments (Checks) | - | (24,353.14) | - | (26,825.04) | - | - | (147,027.06) | - | (12,036.94) | - | - | - | (210,242.18) |
| Vendor Payments (ACH/Wire) | (5,016,177.02) | - | - | - | (3,837.92) | - | - | (5,946,159.08) | (37,079.35) | - | - | - | (11,003,253.37) |
| Professional Fees [1] | - | - | - | - | - | - | - | (595,275.00) | - | - | - | - | (595,275.00) |
| Bank Fees | (5,962.63) | - | - | - | - | - | - | (4,429.24) | (1,338.46) | (491.20) | (429.50) | (30.65) | (12,681.68) |
| Nsf Checks/Credit Card Chargebacks | - | - | - | - | - | - | - | (1,503.28) | - | - | - | - | (1,503.28) |
| Intercompany Payments | - | - | - | - | - | - | - | (325,282.00) | - | - | - | - | (325,282.00) |
| Payroll And Health Benefits | (327,943.73) | - | - | - | - | - | - | (963,144.48) | - | - | - | - | (1,291,088.21) |
| **Total Disbursements** | (5,350,083.38) | (24,353.14) | (7,863,229.57) | (26,825.04) | (3,837.92) | (8,814,296.23) | (147,027.06) | (7,835,793.08) | (50,454.75) | (491.20) | (429.50) | (30.65) | (30,116,851.52) |
| **Other** | | | | | | | | | | | | | |
| Currency Conversion | - | - | - | - | - | - | - | - | (366.93) | - | (921.86) | - | (1,288.79) |
| Transfers Between DCD Accounts | 2,710,000.00 | - | - | - | (75,000.00) | 134,565.98 | - | (2,635,000.00) | - | - | (134,565.98) | - | - |
| **Ending Balances (Per Bank Statements)** | 11,513.37 | - | 557,349.90 | - | 96,305.11 | 498,754.30 | - | 115,953.56 | 80,606.11 | 37,533.83 | 71,022.78 | 19,721.19 | 1,488,760.15 |
| | | | | | | | | | | | | | |
| Deposits In Transit | - | - | 152,802.24 | - | - | 23,387.99 | - | - | - | - | - | - | 176,190.23 |
| Outstanding Checks | - | (77,106.19) | - | - | - | - | (166,044.76) | - | - | - | - | - | (243,150.95) |
| **Totals** | 11,513.37 | (77,106.19) | 710,152.14 | - | 96,305.11 | 522,142.29 | (166,044.76) | 115,953.56 | 80,606.11 | 37,533.83 | 71,022.78 | 19,721.19 | 1,421,799.43 |

(1) Amounts for professional fees have been funded into a segregated escrow account by the debtor pursuant to the DIP facility.