| Diamond Comics Distributors, Inc | Case No. 25-10308 |
|---|---|
| Balance Sheet | 01/14/25 - 01/31/25 |

|  | Consolidated Diamond Comic Distributors, Inc |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| Cash and cash equivalents | 1,421,799 |
| Accounts Receivable, net | 26,103,590 |
| Inventory | 26,983,181 |
| Other Receivables | 8,095,636 |
| Prepaids & Deposits | 15,988,327 |
| Note Receivable | 475,239 |
| **Total Current Assets** | **79,067,773** |
| | |
| **Non-Current Assets** | |
| Fixed Assets | 2,860,410 |
| Security Deposits | 99,832 |
| [2] Investment in Subsidiary | 9,993,270 |
| Intangibles Assets, net | 5,929,798 |
| **Total Non-Current Assets** | **18,883,311** |
| **Total Assets** | **97,951,083** |
| | |
| **Liabilities** | |
| **Liabilities Not Subject to Comprimise** | |
| Accounts Payable | 11,153,209 |
| [1] DIP Financing (Postpetition) | 13,010,522 |
| **Total Liabilities Not Subject to Comprimise** | **24,163,730** |
| | |
| **Liabilities Subject to Comprimise** | |
| Prepetition Secured Debt | 14,905,950 |
| Prepetition Priority Debt | 604,284 |
| Prepetition Unsecured Debt | 52,581,568 |
| **Total Liabilities Subject to Comprimise** | **68,091,802** |
| **Total Liabilities** | **92,255,532** |
| **Total Equity** | **5,695,551** |

[1] *Pursuant DIP financing order, the Company's prepetition revolving credit facility is being repaid on a dollar-for-dollar basis through the use of cash collateral, while a corresponding amount is drawn under the DIP facility.*

[2] *Represents the Company's controlling equity interests in Comic Exporters, Inc. and Comic Holdings, Inc., which together own 100% of Diamond UK. The Company holds 100% of both U.S. entities.*