**Diamond Comics Distributors, Inc**  Case No. 25-10308
AR Aging  01.14.25-01.31.25

| Consolidated Diamond Comic Distributors, Inc | ALL | CURRENT | 0 TO 30 | 31 TO 60 | 60 TO 90 | OVER 90 |
|---|---:|---:|---:|---:|---:|---:|
| GAMES | 6,202,410 | 3,819,300 | 1,103,842 | 140,520 | 257,287 | 881,460 |
| COMICS - NON REMIT | 19,987,676 | 6,082,985 | 2,382,224 | 961,762 | 488,132 | 10,072,573 |
| COMICS- REMIT | 8,388,110 | 6,271,469 | 236,523 | 415,826 | 662,791 | 801,502 |
| **TOTALS** | 34,578,196 | 16,173,754 | 3,722,589 | 1,518,108 | 1,408,210 | 11,755,535 |