**Diamond Comics Distributors, Inc**     **Case No. 25-10308**
AP Aging     01.14.25-01.31.25

| Consolidated Diamond Comic Distributors, Inc | CURRENT | 1 TO 30 | 30 TO 60 | 61 TO 90 | OVER 90 | TOTAL |
|---|---|---|---|---|---|---|
| PRODUCT | 2,731,055 | 5,194,647 | - | - | - | 7,925,702 |
| NON PRODUCT | 975,066 | 585,276 | - | - | - | 1,560,342 |
| TAXES | - | - | - | - | - | - |
| **TOTAL** | 3,706,121 | 5,779,923 | - | - | - | 9,486,045 |