**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 202** |

**VERIFIED STATEMENT OF KATZABOSCH PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**

I, Matthew Seipp, declare under penalty of perjury:

I am a Chief Operating Officer of KatzAbosch located at 1954 9690 Deereco Rd., Suite 500, Timonium, MD 21093 (the "Firm").

The Firm has been retained by the above-captioned debtors and debtors in possession (the "Debtors") pursuant to this Court's Order dated March 10, 2025 authorizing the Debtors to retain, employ, compensate, and reimburse the expenses of certain professionals used in the ordinary course of the Debtors' business (the "Ordinary Course Professionals") to provide 401(K) audit services to the Debtors.

Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure, the Firm hereby confirms that, to the best of its knowledge and belief, and except as may be set forth on an exhibit attached hereto, other than in connection with these cases, the Firm does not have any material connection with the Debtors, the Debtors' creditors, or any other party in interest, or their respective attorneys or accountants, with an actual or potential interest in these chapter 11 cases in connection with the matters on which it is retained by the Debtors. The Firm hereby confirms that it does not represent any interest adverse to the Debtors or the Debtors' estates in the matters upon which it is engaged.

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases for persons that are parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases or have a relationship with any such person or their attorneys or accountants that would be adverse to the Debtors or the Debtors' estates.

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Neither I nor any principal, partner, director, officer of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

Neither I nor any principal, partner, director, officer etc. of or professional employed by the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or the Debtors' estates with respect to the matters on which the Firm is to be employed.

The Debtors owe the Firm $26,600 for pre-petition services, the payment of which is subject to the provisions of the United States Bankruptcy Code, 11 U.S.C. § 101–1532.

If during the course of the Firm's employment, the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


May 16, 2025                                    KatzAbosch


                                               /s/ Matthew Seipp
                                               Chief Operating Officer of
                                               KatzAbosch

2