# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**DIAMOND COMIC DISTRIBUTORS,** *et al*,<br><br>        Debtors | Bankruptcy Case: 25-10308-DER<br><br>Chapter 11<br>(Jointly Administered) |

## LINE WITHDRAWING THE UNITED STATES TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7 OR DISMISS CASE

Matthew W. Cheney, Acting United States Trustee for Region Four, which includes the District of Maryland, Baltimore Division (the "United States Trustee"), hereby withdraws the Motion to Convert to Chapter 7 or Dismiss Case filed as document 376 on April 28, 2025. The deficiencies noted in the motion have been cured.

    Respectfully submitted,

    Matthew W. Cheney
    Acting United States Trustee, Region 4

Date: May 19, 2025

By: /s/ *Hugh M. Bernstein*
Hugh M. Bernstein (Fed. Bar No. 23489)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that according to the Court's ECF records, electronic notice of this document should be provided to the following persons:

- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Daniel Jack Blum**   jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- **Thomas K. Bredar**   thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Andrew Brown**   abrown@klestadt.com
- **Richard L. Costella**   rcostella@tydings.com, scalloway@tydings.com
- **David W.T. Daniels**   ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
- **Turner Falk**   turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Ashley N Fellona**   ashley.fellona@saul.com, janice.mast@saul.com
- **Gianfranco Finizio**   gfinizio@lowenstein.com
- **Chelsea R Frankel**   cfrankel@lowenstein.com
- **Stephen B. Gerald**   sgerald@tydings.com
- **Zvi Guttman**   zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
- **Jeffrey C. Hampton**   jeffrey.hampton@saul.com
- **Adam H Isenberg**   adam.isenberg@saul.com
- **C. Kevin Kobbe**   kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Eric George Korphage**   korphagee@whiteandwilliams.com
- **Jung Yong Lee**   jlee@tydings.com, mhickman@tydings.com
- **Gary H. Leibowitz**   gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **Mark Minuti**   mark.minuti@saul.com, robyn.warren@saul.com
- **Bruce S. Nathan**   bnathan@lowenstein.com
- **Michael Papandrea**   mpapandrea@lowenstein.com
- **Steven Gregory Polard**   steven.polard@ropers.com
- **Jordan Rosenfeld**   jordan.rosenfeld@saul.com
- **Dennis J. Shaffer**   dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
- **Indira Kavita Sharma**   indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- **Nicholas Smargiassi**   nicholas.smargiassi@saul.com

3

- **Brent C. Strickland**     bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
- **Paige Noelle Topper**     paige.topper@saul.com
- **US Trustee - Baltimore**     USTPRegion04.BA.ECF@USDOJ.GOV

And that further notice is being provided to all required parties by Omni Agent Solutions, Inc.

/s/  *Hugh M. Bernstein*
Hugh M. Bernstein