**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | |
| | ) | **Case No. 25-10308-DER** |
| **DIAMOND COMIC DISTRIBUTORS, INC.** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**MOTION OF DYNAMIC FORCES, INC.**
**FOR ADMINISTRATIVE EXPENSE**

Dynamic Forces, Inc. ("Dynamite" or "Movant"), a creditor, by its undersigned attorneys, files this motion for an order granting the allowance and requiring payment of an administrative expense claim (the "Motion") owed by Diamond Comic Distributors, Inc. (the "Debtor"), and in support thereof, states as follows:

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B).  Dynamite consents to the entry of a final order by the Bankruptcy Court on the relief sought in this Motion.

2.      The relief sought by this motion is based upon § 503(b) of the United States Bankruptcy Code (the "Bankruptcy Code").

**Background**

3. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy on January 14, 2025 (the "Petition Date").

4. Since the Petition Date, Dynamite has delivered $509,114.21 of goods for which it has not been paid. Dynamite has submitted the invoices attached as **Exhibit A**, for which it has not been paid.

> 4/27/25: $58,552.74
> 5/04/25: $233,931.36
> 5/11/25: $216,630.11
> Total:    $509,114.21

**Argument**

5. By this Motion, Dynamite seeks allowance and payment of a chapter 11 administrative expense in the amount of $509,114.21 (the "Chapter 11 Administrative Expense Claim") for

6. Section 503(b)(1) of the Bankruptcy Code provides that, after notice and a hearing, there shall be an allowed administrative expense claim for "the actual, necessary costs and expense of preserving the estate." 11 U.S.C. § 503(b)(1)(A). "[A]n administrative expense claim will be allowed [under section 503(b)(1)(A) of the Bankruptcy Code] where the expense (1) arises post-petition; and (2) is beneficial to the Debtor's estate." *In re Lease-A-Fleet, Inc.*, 140 B.R. 840, 845 (Bankr. E.D. Pa. 1992).

7. Here, the goods provided by Dynamite were sold by the Debtor after they were provided by Dynamite.

8. Further, Dynamite is entitled to an administrative claim for its attorneys' fees and interest at the rate stated in its accepted bid. A post-petition creditor is entitled to recover

2

payments due under a contract, such as attorneys' fees, late fees, and interest, as administrative

expenses if the debtor-in-possession's obligation has not been performed, or has not been

modified by the court.  *CIT Commun. Fin. Corp. v. Midway Airlines Corp. (In re Midway*

*Airlines Corp.)*, 406 F.3d 229, 236 (4th Cir. 2005).  Dynamite will supplement this Motion to the

extent further attorneys' fees are accrued in pursuing this administrative claim.

WHEREFORE, Dynamic Forces, Inc. respectfully requests that this Court enter an Order:

(i) granting it an allowed Chapter 11 administrative expense claim under § 503(b)(1)(A) in the

amount of $509,114.21; and (ii) granting such other relief as is just and equitable.

Dated:  May __, 2025                     Respectfully submitted,

                                         /s/ *Justin P. Fasano*
                                         McNamee Hosea, P.A.
                                         Justin P. Fasano, Esquire (VSB 75983)
                                         6411 Ivy Lane, Suite 200
                                         Greenbelt, MD 20770
                                         Phone: 301-441-2420
                                         jfasano@mhlawyers.com
                                         *Counsel for Dynamic Forces, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, a true and correct copy of the foregoing *Motion of Dynamic Forces, Inc. for Administrative Expense* was served by the Court's ECF system the parties listed below.

Jan Berlage JBerlage@GHSLLP.com,
tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com,
lsuprum@polsinelli.com,
delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com,
dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com,
benjamin.loveland@wilmerhale.com,
yolande.thompson@wilmerhale.com

Andrew Brown abrown@klestadt.com

Richard L. Costella rcostella@tydings.com,
scalloway@tydings.com,
zjones@tydings.com,
swilliams@tydings.com

David W.T. Daniels ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com,
nvargas@perkinscoie.com,
KMcClure@perkinscoie.com

Emily Devan edevan@milesstockbridge.com

Turner Falk turner.falk@saul.com,
tnfalk@recap.email,
Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,

mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com,
janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Adam Fletcher afletcher@bakerlaw.com

Chelsea R Frankel cfrankel@lowenstein.com

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com,
christopher-j-giaimo-6409@ecf.pacerpro.com

Jonathan A. Grasso jgrasso@yvslaw.com,
pgomez@yvslaw.com,
r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Adam H Isenberg adam.isenberg@saul.com

Toyja E. Kelley toyja.kelley@lockelord.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com,
docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@tydings.com,
mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com,
bankruptcy@coleschotz.com,

lmorton@coleschotz.com

Mark Minuti mark.minuti@saul.com,
robyn.warren@saul.com

Bruce S. Nathan bnathan@lowenstein.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com,
loriann.zullo@ropers.com,
anthony.arriola@ropers.com

Scott Prince sprince@bakerlaw.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com,
lianna.sarasola@arlaw.com

Elizabeth Anne Scully escully@bakerlaw.com

Dennis J. Shaffer dshaffer@tydings.com,
scalloway@tydings.com,
mhickman@tydings.com,
jlee@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com,
jonathan.young@troutman.com,
david.ruediger@troutman.com,
errol.chapman@troutman.com,
toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

Brent C. Strickland bstrickland@wtplaw.com,
mbaum@wtplaw.com,
brent-strickland-3227@ecf.pacerpro.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

I hereby certify that on May 27, 2025, a true and correct copy of the foregoing *Motion of Dynamic Forces, Inc. for Administrative Expense* was served by mailing a copy thereof by first class, postage prepaid, upon the attached list of creditors.


/s/ Justin P. Fasano
Counsel