IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC. | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

### NOTICE OF MOTION OF DYNAMIC FORCES, INC.

### FOR ADMINISTRATIVE EXPENSE

**PLEASE TAKE NOTICE** that **Jack Devlin and Waypoint Resources, LLC** ("Waypoint"), has filed a ("Dynamite" or "Movant"), a creditor, by its undersigned attorneys, files this motion for an order granting the allowance and requiring payment of an administrative expense claim in the amount of $509,114.21 (the "Motion")

**PLEASE TAKE NOTICE** that if you intend to object to the Motion, you must, within 21 days after the mailing of this notice, file and serve a written objection to the Application together with the proposed order required by Local Bankruptcy Rule 9072-1.  The objection and proposed order must be filed with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD, 20770 and served (by delivery or by mailing a copy) upon the undersigned.  The objection must contain a complete specification of the factual and legal grounds upon which it is based.  You may append affidavits and documents in support of your objection.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.**   Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial.  Any questions may be directed to the undersigned.

**[signatures on next page]**

Dated: May 27, 2025               Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Janet M. Nesse (MDB # 07804)
Justin P. Fasano, Esquire (MDB # 28659)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Dynamic Forces, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, a true and correct copy of the foregoing *Motion of Dynamic Forces, Inc. for Administrative Expense* was served by the Court's ECF system the parties listed below.

Jan Berlage JBerlage@GHSLLP.com,
tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com,
lsuprum@polsinelli.com,
delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com,
dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com,
benjamin.loveland@wilmerhale.com,
yolande.thompson@wilmerhale.com

Andrew Brown abrown@klestadt.com

Richard L. Costella rcostella@tydings.com,
scalloway@tydings.com,
zjones@tydings.com,
swilliams@tydings.com

David W.T. Daniels ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com,
nvargas@perkinscoie.com,
KMcClure@perkinscoie.com

Emily Devan edevan@milesstockbridge.com

Turner Falk turner.falk@saul.com,
tnfalk@recap.email,
Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com,

janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Adam Fletcher afletcher@bakerlaw.com

Chelsea R Frankel cfrankel@lowenstein.com

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com,
christopher-j-giaimo-6409@ecf.pacerpro.com

Jonathan A. Grasso jgrasso@yvslaw.com,
pgomez@yvslaw.com,
r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Adam H Isenberg adam.isenberg@saul.com

Toyja E. Kelley toyja.kelley@lockelord.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com,
docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@tydings.com,
mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com,
bankruptcy@coleschotz.com,
lmorton@coleschotz.com

Mark Minuti mark.minuti@saul.com,
robyn.warren@saul.com

Bruce S. Nathan bnathan@lowenstein.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com,

4

loriann.zullo@ropers.com,
anthony.arriola@ropers.com

Scott Prince sprince@bakerlaw.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com,
lianna.sarasola@arlaw.com

Elizabeth Anne Scully escully@bakerlaw.com

Dennis J. Shaffer dshaffer@tydings.com,
scalloway@tydings.com,
mhickman@tydings.com,
jlee@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com,
jonathan.young@troutman.com,
david.ruediger@troutman.com,
errol.chapman@troutman.com,
toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

Brent C. Strickland bstrickland@wtplaw.com,
mbaum@wtplaw.com,
brent-strickland-3227@ecf.pacerpro.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

  I hereby certify that on May 27, 2025, a true and correct copy of the foregoing *Notice of Motion of Dynamic Forces, Inc. for Administrative Expense* was served by mailing a copy thereof by first class, postage prepaid, upon the attached list of creditors.

                  /s/ Justin P. Fasano
                  Counsel