**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

|  |  |
|---|---|
| **In re:** ) | |
| ) | **Case No. 25-10308-DER** |
| **DIAMOND COMIC DISTRIBUTORS, INC.** ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |

**ORDER GRANTING MOTION OF WESTHAMPTON**
**LIMITED PARTNERSHIP  FOR ADMINISTRATIVE EXPENSE**

Having read and considered the *Motion of Dynamic Forces, Inc.  for Allowance of Chapter 11 Administrative Expense* (the "Application"), filed by Dynamic Forces, Inc. ("Dynamite"), and any objections to the foregoing, and the following relief appearing proper under the circumstances, it is hereby:

**ORDERED**, that the Application is Granted; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 503(b), Dynamite  is granted an allowed a chapter 11 priority administrative expense claim in the amount of $509,114.21; without prejudice to its rights to seek further administrative claims.

**END OF ORDER**

**Copies to all parties receiving notice via CM/ECF.**