**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**FIRST SUPPLEMENTAL DECLARATION OF DAVID GALFUS**
**IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF**
**BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

I, David Galfus, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a Managing Director of Berkeley Research Group, LLC ("BRG"), a professional services firm, with numerous offices throughout the country. I am duly authorized to make this declaration (the "Declaration") on behalf of BRG. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as witness, I could and would testify thereto.[2]

2. I submit this Declaration to provide additional disclosures relating to parties in interest as supplement to the *Declaration of David Galfus in Support of Application for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Berkeley Research Group, LLC as Financial Advisor, Effective as of January 31, 2025* (the "Initial

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Certain of the disclosures set forth herein relate to matters within the knowledge of other Directors and Managing Directors at BRG and are based on information provided by them.

Declaration") filed in conjunction with the BRG retention application [Docket No. 171] and pursuant to the terms of BRG's Retention Order.[3]

**TowerBrook Transaction Disclosure**

3.   As of May 1, 2025, BRG is a portfolio company of investment funds managed by TowerBrook Capital Partners (such investment funds and manager, collectively, "TowerBrook"). No facts or circumstances concerning TowerBrook, or any other portfolio company of any investment fund managed by TowerBrook or any other entities affiliated with TowerBrook (collectively, "TowerBrook Entities") were reviewed or considered as part of preparing the Initial Declaration (and thus were not disclosed as part of the Initial Declaration) as the transaction had not yet occurred. Now that the transaction has closed, BRG makes the following supplemental disclosures. The TowerBrook Entities are under separate managerial control from BRG and do not share any internal systems with BRG. The TowerBrook Entities have no ability to access BRG systems or confidential information, nor does BRG have the ability to access TowerBrook Entities systems or confidential information. Certain TowerBrook personnel may serve as members of the BRG board of directors (the "BRG Directors") and the BRG Directors may serve on boards of directors for certain of the TowerBrook Entities. However, the BRG Directors are subject to confidentiality obligations and fiduciary duties, which prohibit and prevent the sharing of confidential information between companies for which they have board of director responsibilities. Despite the separation between BRG and the TowerBrook Entities, BRG files this supplemental declaration in an abundance of caution to further disclose that it has

---

[3]   *Order Authorizing Official Committee of Unsecured Creditors to Retain and Employ Berkeley Research Group, LLC as Financial Advisor, Effective as of January 31, 2025* [Docket No. 226] (the "Retention Order").

6383260.1

2

performed a conflict check in connection with the transaction and none of the parties in interest in these chapter 11 cases are TowerBrook Entities.

4. As such, BRG remains, to the best of my knowledge and insofar as I have been able to ascertain, a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, because BRG and its managing directors and directors (a) are not creditors, equity security holders, or insiders of the Debtors; (b) are not and were not, within two years before the Petition Date, directors, officers, or employees of the Debtors; (c) do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors or for any other reason within the meaning of section 327(a) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2025           */s/ David Galfus*
                              David Galfus
                              Berkeley Research Group, LLC

6383260.1