_____ 1381  _____          ✓ _____ RETAIN

**David E Rice , U. S. BANKRUPTCY JUDGE**                Evidentiary Hrg: Ⓨ N
                                                        Exhibits Filed: Ⓨ N

PROCEEDING MEMO – CHAPTER 11

Date: 05/29/2025 Time: 10:30

CASE: 25-10308 Diamond Comic Distributors, Inc.

Adam H Isenberg and Ashley N Fellona and Jeffrey C. Hampton Iand Jordan
Rosenfeld and Mark Minuti and Nicholas Smargiassi and Paige Noelle
Topper and Turner Falk representing Diamond Comic Distributors, Inc.
(Debtor)

Hugh M. (UST) Bernstein representing US Trustee – Baltimore (U.S.
Trustee)

Bruce S. Nathan and Chelsea R Frankel and Dennis J. Shaffer and
Gianfranco Finizio and Jung Yong Lee and Michael Papandrea and Richard
L. Costella and Stephen B. Gerald representing Unsecured Creditors
Committee (Creditor Committee)

[458] Motion to Approve Stipulation/Settlement *Debtors*          D. Ruediger ✓
*Motion for Entry of an Order Approving Fourth Stipulation*       K. Colbertson
*Between Debtors and JPMorgan Chase Bank, N.A., Amending*
*Dip Credit Agreement / Requested Hearing Date: May*
*30, 2025 / Requested Objection Deadline: May 29,*
*2025.* Notice Served on 5/23/2025, Filed by
Diamond Comic Distributors, Inc.. Responses due
by 5/29/2025. (Attachments: #s2 Exhibit A –
Proposed Order)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J
Hampton M Minuti A Isenberg P Topper N Smargiassi

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

    Other_____

    Confirmed_____ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted_____ Denied_____ Withdrawn_____ Consent_____ Default____ Under Adv.____

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court              [ ] Filed by Counsel

[✓] To be prepared by:
      [✓] Movant's counsel      [ ] Court
      [ ] Respondent's counsel    [ ] Other _____

NOTES:  p. 458 - Granted

25-10308: 2 of 2