## EXHIBIT LIST

**Case No:**   **25-10308-DER**               **Debtor:**   **Diamond Comic Distributors, Inc.**

**Date:**  **May 29, 2025**

| No. | Offered By | Document | Admitted |
|---|---|---|---|
| 1 | Debtor | Post Closing Forecast 5/24/2025 – 6/28/2025 | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |