# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 458** |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING FOURTH STIPULATION BETWEEN DEBTORS AND JPMORGAN CHASE BANK, N.A., AMENDING DIP CREDIT AGREEMENT

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On May 23, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order Approving Fourth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement* [D.I. 458] (the "Motion") on an emergency basis.

2. On May 29, 2025, the Court granted the relief requested in the Motion, subject to the Debtors submitting a revised proposed form of order, stipulation and budget under certification of counsel.

3. Following the hearing, the Debtors, JPMorgan Chase Bank, N.A. (the "DIP Lender"), and the Official Committee of Unsecured Creditors (the "Committee") negotiated and agreed to a proposed form of order, stipulation and budget. The revised proposed form of order (which includes the stipulation and budget as attachments) is attached hereto as **Exhibit A** (the

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

"Revised Proposed Order"). Attached hereto as **Exhibit B** is a redline of the Revised Proposed Order that reflects the changes made to the proposed order filed with the Motion.

4. The DIP Lender and the Committee have reviewed the Revised Proposed Order and do not object to its entry.

5. Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: May 29, 2025         **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
      adam.isenberg@saul.com
      turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
      paige.topper@saul.com
      nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*