## Exhibit B

**Redline**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I.** |

**ORDER APPROVING FOURTH STIPULATION BETWEEN DEBTORS AND
JPMORGAN CHASE BANK, N.A., AMENDING DIP CREDIT AGREEMENT**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and

debtors in possession (collectively, the "Debtors") for the entry of an order pursuant to section

105(a) and 364 of the Bankruptcy Code, approving the fourth stipulation between the Debtors

and JPMorgan Chase Bank, N.A. (the "DIP Lender") amending the DIP Credit Agreement (the

"Fourth Stipulation"); and it appearing that this Court has jurisdiction over the Motion pursuant

to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the

Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]  Capitalized terms used but not defined herein are defined in the Motion or the Fourth Stipulation, as applicable.

this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Fourth Stipulation is approved.  Subject to the modifications provided for and authorized by this Order, the Fourth Stipulation and the DIP Credit Agreement Amendment—the Final Order and DIP Credit Agreement remain in full force and effect in accordance with their terms.

3.      The Debtors and DIP Lender are authorized to enter into, perform, and consummate the transactions set forth in and contemplated under the Fourth Stipulation.

4.      On or before June 13, 2025, or by such later date as the DIP Lender may agree (in consultation with the Committee), the Debtors shall simultaneously provide to the DIP Lender and the Committee an updated 13 week budget and cash flow projections and such related information as reasonably requested by the DIP Lender or the Committee.

5.      4. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

6.      5. The Debtors and DIP Lender are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

7.    ~~6.~~ This Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**END OF ORDER**

**<u>EXHIBIT 1</u>**

[Stipulation]

| | |
|---|---|
| **Summary report:** **Litera Compare for Word 11.11.0.158 Document comparison done on 5/29/2025 9:31:38 PM** | |
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://saul.cloudimage.com/firmdms/55623907/4 - Diamond - Motion to Approve Fourth Stipulation Amending DIP Credit Agreement.docx | |
| **Modified DMS:** iw://saul.cloudimage.com/firmdms/55623907/6 - Diamond - Motion to Approve Fourth Stipulation Amending DIP Credit Agreement.docx | |
| **Changes:** | |
| Add | 5 |
| Delete | 3 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 8 |