IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**July 16, 2025 at 10:00 a.m. (ET)**<br>**Objection Deadline:**<br>**June 13, 2025** |

**NOTICE OF DEBTORS' MOTION FOR ENTRY
OF AN ORDER AUTHORIZING THE REJECTION OF HUNT VALLEY LEASE**

**PLEASE TAKE NOTICE** that on May 30, 2025, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed the *Debtors' Motion for Entry of an Order Authorizing the Rejection of Hunt Valley Lease* (the "Rejection Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Rejection Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 101 West Lombard Street, Suite 8530, Baltimore, Maryland 21201, on or before **June 13, 2025,** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by the undersigned proposed counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Rejection Motion will be held before the Honorable David E. Rice at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, Maryland 21201, on **July 16, 2025, at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE REJECTION MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Dated: May 30, 2025                          **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
     Jordan D. Rosenfeld (MD Bar No. 13694)
     1001 Fleet Street, 9th Floor
     Baltimore, MD 21202
     Telephone: (410) 332-8600
     Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
       paige.topper@saul.com
       nicholas.smargiassi@saul.com

*Counsel to the Debtors and Debtors in Possession*