# EXHIBIT B

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1220184

Page 43
May 28, 2025

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $195.75 |
| Travel | $4,583.03 |
| Meals | $214.30 |
| **Total Disbursements** | **$4,993.08** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1220184

Page 44
May 28, 2025

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 04/06/25 | Meals (local) VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/06/25; Dinner with Gianfranco Finizio; Working dinner to prepare for Monday sale hearing | $15.10 |
| 04/07/25 | Meals (local) VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Working Breakfast with Michael Papandrea; Attend 4.7 Sale Hearing | $16.50 |
| 04/08/25 | Meals (local) VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/08/25; Working Breakfast with Michael Papandrea; Attend continued sale hearing | $8.72 |
| 04/01/25 | Meals (out of town travel) VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/01/25; Breakfast with Gianfranco Finizio; -Working breakfast before April 2 hearing: | $14.66 |
| 04/02/25 | Meals (out of town travel) VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/02/25; Lunch with Gianfranco Finizio, Michael Papandrea; Working lunch for G. Finizio and M. Papandrea after April 2 hearing | $56.64 |
| 04/07/25 | Meals (out of town travel) VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Dinner with Michael Papandrea; Attend 4.7 Sale Hearing | $16.50 |
| 04/08/25 | Meals (out of town travel)  VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/08/25; Lunch with Michael Papandrea, Gianfranco Finizio; Attend continued sale hearing | $67.18 |
| 04/08/25 | Meals (out of town travel) VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/08/25; Dinner with Michael Papandrea; Attend continued sale hearing | $19.00 |
| 04/01/25 | Travel - Accommodations VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/01/25; Hotel - Lodging; -1 night hotel stay for April 2 hearing | $263.20 |
| 04/07/25 | Travel - Accommodations VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/07/25; Hotel - Lodging; 1-night hotel stay for Monday sale hearing | $206.80 |
| 04/01/25 | Amtrak Rail travel VENDOR: Papandrea, Michael T. INVOICE#: 7347376604220203 DATE: 4/22/2025 ; 04/01/25; Amtrak; FROM: Newark Penn; TO: Baltimore Penn; Attend KEIP/sale hearing | $899.00 |
| 04/01/25 | Amtrak Rail travel VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/01/25; Amtrak; FROM: NYC Penn; TO: maryland; Roundtrip rail fare from NY to MD for sale hearing: | $411.00 |
| 04/06/25 | Amtrak Rail travel VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/06/25; Amtrak; FROM: home; TO: court; Attend 4.7 Sale Hearing | $384.00 |
| 04/07/25 | Amtrak Rail travel VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Amtrak; FROM: court; TO: home; Attend 4.7 Sale Hearing (updated ticket for continued hearing) | $94.00 |
| 04/07/25 | Amtrak Rail travel VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/07/25; Amtrak; FROM: Newark Penn; TO: Baltimore Penn; Attend | $552.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1220184

Page 45
May 28, 2025

| Date | Description | Amount |
|---|---|---|
| | continued sale hearing | |
| 04/09/25 | Amtrak Rail travel VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/09/25; Amtrak; FROM: New York; TO: Maryland; Amtrak to and from NYC and MD for Monday sale hearing: $411.00 | $411.00 |
| 04/09/25 | Amtrak Rail travel VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/09/25; Amtrak; FROM: NYC Penn; TO: Maryland; Amtrak to and from NYC and MD for continued sale hearing on Tuesday: | $590.00 |
| 04/02/25 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/02/25; Taxi/Car Service; FROM: court; TO: train; Uber from Court to train station: | $25.06 |
| 04/02/25 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Papandrea, Michael T. INVOICE#: 7347376604220203 DATE: 4/22/2025 ; 04/02/25; Taxi/Car Service; FROM: train station; TO: Tydings; Attend KEIP/sale hearing on 4.2 | $17.21 |
| 04/06/25 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/06/25; Taxi/Car Service; FROM: Train Station ; TO: Counsel Office; Uber from MD train station to local counsel office to prepare for Tuesday sale hearing | $38.38 |
| 04/06/25 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/06/25; Taxi/Car Service; FROM: Train station ; TO: hotel; Uber from MD train station to hotel | $27.00 |
| 04/07/25 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Taxi/Car Service; FROM: train station; TO: Tydings; Attend 4.7 Sale Hearing | $24.31 |
| 04/07/25 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Taxi/Car Service; FROM: court; TO: train station; Attend 4.7 Sale Hearing | $19.49 |
| 04/08/25 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/08/25; Taxi/Car Service; FROM: Court; TO: Train station; Uber from Court to MD train station after court for M. Papandrea and G. Finizio | $15.59 |
| 04/02/25 | Local Travel VENDOR: Papandrea, Michael T. INVOICE#: 7347376604220203 DATE: 4/22/2025 ; 04/02/25; Taxi/Car Service; FROM: train station; TO: home; Attend KEIP/sale hearing on 4.2 | $78.51 |
| 04/02/25 | Local Travel VENDOR: Papandrea, Michael T. INVOICE#: 7347376604220203 DATE: 4/22/2025 ; 04/02/25; Taxi/Car Service; FROM: home; TO: Penn Station; Attend KEIP/sale hearing on 4.2 | $45.55 |
| 04/02/25 | Local Travel VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/02/25; Taxi/Car Service; FROM: work; TO: home; -Uber from NYC office home (worked late): $210.98 | $210.98 |
| 04/06/25 | Local Travel VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/06/25; Public Transit; FROM: home; TO: NYC Penn; LIRR train ticket to NYC for Monday sale hearing | $13.00 |
| 04/07/25 | Local Travel VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Taxi/Car | $67.95 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1220184

Page 46  
May 28, 2025

| Date | Description | Amount |
|---|---|---|
| | Service; FROM: home; TO: train station; Attend 4.7 Sale Hearing | |
| 04/07/25 | Local Travel VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Taxi/Car Service; FROM: train station; TO: home; Attend 4.7 Sale Hearing | $70.90 |
| 04/08/25 | Local Travel VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/08/25; Public Transit; FROM: Station; TO: Home; LIRR train ticket home from NYC after Tuesday sale hearing: | $17.50 |
| 04/08/25 | Local Travel VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/08/25; Taxi/Car Service; FROM: Newark Penn; TO: car; Attend continued sale hearing | $50.31 |
| 04/08/25 | Local Travel VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/08/25; Taxi/Car Service; FROM: home; TO: Newark Penn; Attend continued sale hearing | $50.29 |
| 02/06/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q12025 DATE: 4/29/2025 Date: 02/06/2025 Court: MDBK Pages: 3 | $0.30 |
| 02/06/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q12025 DATE: 4/29/2025 Date: 02/06/2025 Court: MDBK Pages: 3 | $0.30 |
| 02/06/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q12025 DATE: 4/29/2025 Date: 02/06/2025 Court: TXSBK Pages: 95 | $9.50 |
| 02/06/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q12025 DATE: 4/29/2025 Date: 02/06/2025 Court: MDBK Pages: 3 | $0.30 |
| 04/28/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 12 / Docs/Lines: 0 | $185.35 |
| | Total Disbursements | $4,993.08 |