# **EXHIBIT A**

In re: Diamond Comic Distributors, Inc.



**Exhibit A: Time Detail**

# Berkeley Research Group, LLC

## For the Period 4/1/2025 through 4/30/2025

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 4/1/2025 | J. Emerson | 1.1 | Prepared analysis for Counsel re: revised incentive calculation. |
| 4/1/2025 | D. Galfus | 0.6 | Analyzed the status of the sale process. |
| 4/1/2025 | C. Kearns | 0.5 | Reviewed status of APA with the stalking horse and related backup. |
| 4/2/2025 | J. Emerson | 2.1 | Prepared comparative analysis re: combined bid versus Alliance Entertainment. |
| 4/2/2025 | D. Galfus | 1.6 | Analyzed the Debtors' sale contract. |
| 4/2/2025 | J. Emerson | 1.3 | Continued to prepare analysis re: combined bid versus Alliance Entertainment. |
| 4/2/2025 | C. Kearns | 0.8 | Reviewed status of the auction process. |
| 4/2/2025 | J. Emerson | 0.4 | Participated in a call with Counsel (B. Nathan, G. Finizio, M. Papandrea), Getzler Henrich (W. Henrich, R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |
| 4/2/2025 | D. Galfus | 0.4 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) and the Debtors (J. Hampton), (A. Haesler - Raymond James), (W. Henrich - Getzler Henrich) re: sale process and related next steps. |
| 4/2/2025 | C. Kearns | 0.4 | Participated in a status call before the sale hearing with the Debtors' advisors (J. Hampton -Saul, A. Haesler - Raymond James, W. Henrich - Getzler Henrich) and Counsel (G. Finizio, B. Nathan). |
| 4/2/2025 | C. Kearns | 0.3 | Participated in a follow up call with Lowenstein (B. Nathan, G. Finizio, M. Papandrea) regarding status of the sale process. |
| 4/3/2025 | A. Kashanirokh | 2.3 | Prepared summary of APA terms for top bids as of 4.3.25. |
| 4/3/2025 | J. Emerson | 1.3 | Updated illustrative bidder purchase price analysis. |
| 4/3/2025 | D. Galfus | 1.2 | Analyzed the Debtors' sale contract. |
| 4/3/2025 | J. Emerson | 1.0 | Evaluated Debtors' sale contract. |
| 4/3/2025 | C. Kearns | 0.8 | Held call with Lowenstein (G. Finizio; B. Nathan) re: auction status. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 4/3/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: sale process and related next steps. |
| 4/3/2025 | J. Emerson | 0.8 | Participated in call with Counsel (B. Nathan, G. Finizio) related to next steps of the sale process. |
| 4/3/2025 | C. Kearns | 0.6 | Reviewed analysis of Alliance Entertainment bid and related emails from Counsel regarding status. |
| 4/4/2025 | D. Galfus | 1.0 | Participated in a follow up call with Lowenstein (G. Finizio; B. Nathan) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (W. Henrich - Getzler Henrich) re: sale process and related next steps. |
| 4/4/2025 | J. Emerson | 1.0 | Participated in a follow up call with Participated in a call with Counsel (B. Nathan, G. Finizio), Getzler Henrich (R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |
| 4/4/2025 | D. Galfus | 0.8 | Analyzed the latest turn of the sale contract. |
| 4/4/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (W. Henrich - Getzler Henrich) re: sale process and related next steps. |
| 4/4/2025 | J. Emerson | 0.8 | Participated in call with Participated in a call with Debtor Counsel (J. Hampton), Committee Counsel (B. Nathan, G. Finizio), Getzler Henrich (R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |
| 4/4/2025 | D. Galfus | 0.7 | Participated in a call with Committee Counsel (G. Finizio; B. Nathan) re: sale process and related next steps. |
| 4/4/2025 | J. Emerson | 0.7 | Participated in a follow up call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to the sale process. |
| 4/4/2025 | D. Galfus | 0.6 | Held follow up call with Lowenstein (G. Finizio; B. Nathan) re: sale process. |
| 4/4/2025 | D. Galfus | 0.6 | Participated in a follow up call with Committee Counsel (G. Finizio; B. Nathan) re: sale process and related next steps. |
| 4/4/2025 | J. Emerson | 0.6 | Participated in call with Counsel (B. Nathan, G. Finizio) related to the sale process. |
| 4/4/2025 | D. Galfus | 0.6 | Reviewed the latest filing from Alliance Entertainment re: sale process. |
| 4/4/2025 | C. Kearns | 0.5 | Held call (portion) with Lowenstein (B. Nathan, G. Finizio) to debrief on auction developments for the day and discuss next steps. |
| 4/4/2025 | C. Kearns | 0.5 | Reviewed latest auction update and related analysis. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 4/4/2025 | D. Galfus | 0.3 | Reviewed communication to the Committee re: sale. |
| 4/5/2025 | J. Emerson | 1.6 | Prepared analysis re: Debtors' sale contract. |
| 4/5/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (W. Henrich - Getzler Henrich) re: sale process and related next steps. |
| 4/5/2025 | D. Galfus | 0.7 | Analyzed the Debtors' sale contract. |
| 4/5/2025 | D. Galfus | 0.5 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: sale process and related next steps. |
| 4/5/2025 | J. Emerson | 0.5 | Participated in call with Counsel (B. Nathan, G. Finizio) related to the sale process. |
| 4/5/2025 | C. Kearns | 0.5 | Reviewed APA redlines and related draft sale orders. |
| 4/6/2025 | J. Emerson | 2.3 | Prepared comparison of economics related to latest sale contract. |
| 4/6/2025 | C. Kearns | 0.5 | Read papers filed by Alliance related to the sale. |
| 4/7/2025 | J. Emerson | 1.5 | Developed analysis re: economic comparison between bids. |
| 4/7/2025 | D. Galfus | 0.2 | Held call with G. Finizio, Lowenstein re: the sale process. |
| 4/7/2025 | D. Galfus | 0.1 | Held call with M. Papandrea, Lowenstein re: the sale process. |
| 4/8/2025 | J. Emerson | 0.9 | Participated in a call with Debtor Counsel (J. Hampton), Committee Counsel (B. Nathan, G. Finizio), Getzler Henrich (R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |
| 4/8/2025 | D. Galfus | 0.9 | Participated in an initial call with Lowenstein (G. Finizio; B. Nathan) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (R. Gorin- Getzler Henrich) and Buyers advisors re: sale process and related next steps. |
| 4/8/2025 | C. Kearns | 0.8 | Participated in a portion of all hands calls with Debtors advisors Saul (M. Minuti, J. Hampton), Getzler Henrich (R. Aly, R. Gorin), Raymond James (A. Haesler), Counsel (B. Nathan, G. Finizio) and buyer advisors. |
| 4/8/2025 | D. Galfus | 0.6 | Participated in a follow up call with Lowenstein (G. Finizio; B. Nathan) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (R. Gorin- Getzler Henrich) and Buyers advisors re: sale process and related next steps. |
| 4/8/2025 | J. Emerson | 0.6 | Participated in call with Debtors' Counsel (J. Hampton), Committee Counsel (B. Nathan, G. Finizio), Getzler Henrich (R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 4/8/2025 | C. Kearns | 0.6 | Participated in second all hands calls with Debtors advisors Saul (M. Minuti, J. Hampton), Getzler Henrich (R. Aly, R. Gorin), Raymond James (A. Haesler), Counsel (B. Nathan, G. Finizio) and buyer advisors. |
| 4/8/2025 | D. Galfus | 0.4 | Participated in an additional follow up call with Lowenstein (G. Finizio; B. Nathan) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (R. Gorin- Getzler Henrich) and Buyers advisors re: sale process and related next steps. |
| 4/8/2025 | C. Kearns | 0.4 | Participated in third all hands calls with Debtors advisors Saul (M. Minuti, J. Hampton), Getzler Henrich (R. Aly, R. Gorin), Raymond James (A. Haesler), Counsel (B. Nathan, G. Finizio) and buyer advisors. |
| 4/9/2025 | J. Emerson | 2.0 | Prepared analysis re: economic comparison between bids. |
| 4/10/2025 | J. Emerson | 1.7 | Revised illustrative purchase price analysis to reflect latest assumptions. |
| 4/10/2025 | C. Kearns | 0.2 | Corresponded with Counsel (B. Nathan, G. Finizio) re: auction status. |
| 4/11/2025 | C. Kearns | 0.8 | Held call with Counsel (G. Finizio) re: sale closing and next steps. |
| 4/11/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio) re: sale process and related next steps. |
| 4/11/2025 | J. Emerson | 0.8 | Participated in call with Counsel (G. Finizio) related to the sale process. |
| 4/11/2025 | C. Kearns | 0.7 | Reviewed the sale order and related APA. |
| 4/11/2025 | D. Galfus | 0.5 | Reviewed the sale contract status. |
| 4/14/2025 | C. Kearns | 0.8 | Held status call with the Lowenstein team (G. Finizio; B. Nathan) re: upcoming closing. |
| 4/14/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) related to the sale closing and expected proceeds. |
| 4/14/2025 | J. Emerson | 0.8 | Participated in call with Counsel (B. Nathan, G. Finizio) related to sale process and proceeds. |
| 4/14/2025 | D. Galfus | 0.6 | Assessed the estimated sale proceeds and related matters. |
| 4/15/2025 | D. Galfus | 0.8 | Participated in a call with Raymond James (A. Haesler; G. Richards) re: the sale process and expected timing of sale proceeds. |
| 4/15/2025 | J. Emerson | 0.8 | Participated in call with Raymond James (A. Haesler) related to Debtors' asset sale process. |
| 4/15/2025 | J. Emerson | 0.7 | Provided comments re: Debtors' closing checklist. |

| Date | Professional | Hours | Description |
| --- | --- | --- | --- |
| **01. Asset Acquisition/ Disposition** | | | |
| 4/16/2025 | D. Galfus | 0.8 | Reviewed issues associated with the Debtors' sale process and related closing. |
| 4/16/2025 | C. Kearns | 0.2 | Analyzed sale and funding status. |
| 4/17/2025 | J. Emerson | 1.2 | Revised purchase price analysis to reflect latest borrowing base assumptions. |
| 4/17/2025 | C. Kearns | 0.9 | Held status call with Counsel (G. Finizio; B. Nathan) re: sale closing and next steps. |
| 4/17/2025 | D. Galfus | 0.9 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: sale process and related next steps. |
| 4/17/2025 | J. Emerson | 0.9 | Participated in call with Counsel (B. Nathan, G. Finizio) related to sale process and proceeds. |
| 4/17/2025 | D. Galfus | 0.4 | Assessed the status of the Debtors' sale process. |
| 4/18/2025 | D. Galfus | 1.1 | Evaluated the status of the Debtors' sale process and related closing. |
| 4/18/2025 | J. Emerson | 1.1 | Revised purchase price analysis to reflect latest borrowing base assumptions. |
| 4/21/2025 | D. Galfus | 0.6 | Assessed issues related to the sale process. |
| 4/21/2025 | D. Galfus | 0.4 | Communicated with G. Finizio, Lowenstein re: issues related to the sale process. |
| 4/21/2025 | J. Emerson | 0.4 | Participated in a call with Counsel (G. Finizio) related to sale process and proceeds. |
| 4/21/2025 | D. Galfus | 0.4 | Participated in a follow up call with Lowenstein (G. Finizio) re: sale process and related next steps. |
| 4/21/2025 | D. Galfus | 0.3 | Held discussion with A. Haesler, Raymond James re: issues related to the sale process. |
| 4/21/2025 | D. Galfus | 0.3 | Participated in a call with Lowenstein (G. Finizio) re: sale process and related next steps. |
| 4/21/2025 | J. Emerson | 0.3 | Participated in call with Raymond James (A. Haesler) related to Debtors' asset sale proceeds. |
| 4/22/2025 | D. Galfus | 0.5 | Reviewed the latest sale analysis. |
| 4/22/2025 | C. Kearns | 0.3 | Corresponded with Counsel (G. Finizio; B. Nathan) re: status of sale closing. |
| 4/22/2025 | D. Galfus | 0.2 | Held a follow up call with G. Finizio (Lowenstein) re: the sale process. |

| Date | Professional | Hours | Description |
| --- | --- | --- | --- |
| **01. Asset Acquisition/ Disposition** | | | |
| 4/22/2025 | J. Emerson | 0.2 | Participated in follow up call with Counsel (G. Finizio) related to the sale process. |
| 4/23/2025 | J. Emerson | 2.6 | Updated purchase price analysis to reflect potential adjustments to bid. |
| 4/23/2025 | D. Galfus | 1.1 | Reviewed sale contract issues impacting closing. |
| 4/23/2025 | C. Kearns | 0.3 | Reviewed sale status emails with Counsel (G. Finizio; B. Nathan). |
| 4/24/2025 | D. Galfus | 0.4 | Evaluated sale contract issues. |
| 4/24/2025 | C. Kearns | 0.4 | Held status call with Lowenstein (G. Finizio) re: sale closing issues. |
| 4/24/2025 | C. Kearns | 0.4 | Monitored status of sale closing developments. |
| 4/24/2025 | D. Galfus | 0.4 | Participated in a call with Lowenstein (G. Finizio) re: communication of the sale. |
| 4/24/2025 | J. Emerson | 0.4 | Participated in call with Counsel (G. Finizio) related to the sale process. |
| 4/24/2025 | D. Galfus | 0.3 | Held call with G. Finizio, Lowenstein re: sale process. |
| 4/24/2025 | J. Emerson | 0.3 | Participated in follow up call with Counsel (G. Finizio) related to the sale process. |
| 4/24/2025 | D. Galfus | 0.3 | Reviewed correspondence between counsel (G. Finizio) associated with the sale. |
| 4/24/2025 | D. Galfus | 0.2 | Held a follow up call with G. Finizio (Lowenstein) re: the sale process. |
| 4/25/2025 | J. Emerson | 2.3 | Updated purchase price analysis to reflect potential adjustments to bid. |
| 4/25/2025 | J. Emerson | 1.7 | Continued to update purchase price analysis to reflect potential adjustments to bid. |
| 4/25/2025 | J. Emerson | 1.4 | Revised illustrative bid valuation to reflect potential changes to the Debtors' bid. |
| 4/25/2025 | J. Emerson | 0.9 | Finalized illustrative bid analysis. |
| 4/25/2025 | D. Galfus | 0.7 | Assessed the status of the Debtors' sale process. |
| 4/25/2025 | C. Kearns | 0.5 | Monitored status of sale closing issues. |
| 4/25/2025 | D. Galfus | 0.3 | Held call with A. Haesler, Raymond James re: sale process. |
| 4/25/2025 | D. Galfus | 0.3 | Held call with G. Finizio, Lowenstein re: sale process. |

| Date | Professional | Hours | Description |
| --- | --- | --- | --- |
| **01. Asset Acquisition/ Disposition** | | | |
| 4/27/2025 | C. Kearns | 0.6 | Held status call on sale closing with Lowenstein (G. Finizio; B. Nathan). |
| 4/27/2025 | D. Galfus | 0.6 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: the status of the sale process. |
| 4/27/2025 | J. Emerson | 0.5 | Participated in a call with Debtor Counsel (J. Hampton), Committee Counsel (B. Nathan, G. Finizio), Getzler Henrich (R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |
| 4/27/2025 | D. Galfus | 0.5 | Participated in a call with the Debtors' advisors (J. Hampton - Saul Ewing), (W. Heinrich - Getzler Henrich) and Counsel (G. Finizio) re: the sale update. |
| 4/27/2025 | D. Galfus | 0.4 | Evaluated the sale proceeds from the sale. |
| 4/27/2025 | C. Kearns | 0.4 | Participated in portion of status call with the Debtors' advisors (J. Hampton - Saul Ewing), (W. Heinrich - Getzler Henrich) and Counsel (G. Finizio) on pivot to the backup bid. |
| 4/27/2025 | C. Kearns | 0.2 | Read Debtors' correspondence with Alliance Entertainment. |
| 4/28/2025 | A. Kashanirokh | 2.6 | Prepared slide for UCC presentation on the revised purchase price based on the latest bid. |
| 4/28/2025 | J. Emerson | 1.4 | Prepared certain revised fee analysis based on updated sale price. |
| 4/28/2025 | D. Galfus | 0.2 | Held call with G. Finizio, Lowenstein re: sale process. |
| 4/28/2025 | C. Kearns | 0.2 | Monitored sale status. |
| 4/28/2025 | J. Emerson | 0.2 | Participated in call with Counsel (G. Finizio) related to the sale process. |
| 4/29/2025 | A. Kashanirokh | 2.4 | Prepared analysis on adjustments for cash at closing related to Debtors' latest bid. |
| 4/29/2025 | C. Kearns | 0.8 | Reviewed status update for the Committee re: the sale process. |
| 4/29/2025 | D. Galfus | 0.5 | Evaluated the Debtors' sale proceeds. |
| 4/29/2025 | D. Galfus | 0.4 | Reviewed Alliance Entertainment filing re: deposit and sale process. |
| 4/29/2025 | D. Galfus | 0.3 | Held call with G. Finizio, Lowenstein re: the sale process. |
| 4/29/2025 | J. Emerson | 0.3 | Participated in call with Counsel (G. Finizio) related to the sale process. |
| 4/29/2025 | C. Kearns | 0.2 | Corresponded with Counsel (G. Finizio; B. Nathan) re: sale status. |
| 4/29/2025 | C. Kearns | 0.2 | Reviewed BRG prepared materials for Committee update on the sale. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 4/30/2025 | D. Galfus | 0.5 | Evaluated the sale motion and related matters. |
| *Task Code Total Hours* | | 95.0 | |
| **04. DIP Financing** | | | |
| 4/14/2025 | D. Galfus | 0.6 | Evaluated the DIP amendment proposal. |
| *Task Code Total Hours* | | 0.6 | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 4/7/2025 | M. Haverkamp | 0.3 | Prepared Diamond March fee statement. |
| 4/8/2025 | E. Degnan | 1.3 | Prepared March fee statement. |
| 4/10/2025 | E. Degnan | 2.9 | Prepared March fee statement. |
| 4/11/2025 | H. Henritzy | 2.9 | Prepared first interim fee application. |
| 4/14/2025 | E. Degnan | 0.3 | Prepared March fee statement. |
| 4/15/2025 | H. Henritzy | 2.9 | Prepared first interim fee application. |
| 4/17/2025 | M. Haverkamp | 2.9 | Edited March fee statement. |
| 4/18/2025 | M. Haverkamp | 0.3 | Edited Diamond Comics March fee statement. |
| 4/21/2025 | M. Haverkamp | 0.7 | Edited March monthly fee statement. |
| 4/22/2025 | E. Degnan | 0.6 | Prepared March fee statement. |
| 4/23/2025 | H. Henritzy | 2.8 | Prepared first interim fee application. |
| 4/23/2025 | M. Haverkamp | 2.3 | Edited March fee statement. |
| 4/23/2025 | H. Henritzy | 1.4 | Edited March fee statement. |
| 4/23/2025 | D. Galfus | 0.4 | Reviewed BRG's first monthly fee statement. |
| 4/23/2025 | M. Haverkamp | 0.3 | Edited first interim fee application. |
| 4/24/2025 | H. Henritzy | 2.9 | Prepared first interim fee application. |
| 4/24/2025 | M. Haverkamp | 0.5 | Edited March fee statement. |
| 4/29/2025 | M. Haverkamp | 2.1 | Edited First Interim Fee Application. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 4/29/2025 | D. Galfus | 0.4 | Reviewed BRG's first interim fee application. |
| 4/30/2025 | M. Haverkamp | 0.5 | Edited first interim fee application. |
| **Task Code Total Hours** | | **28.7** | |
| **06. Attend Hearings/ Related Activities** | | | |
| 4/7/2025 | D. Galfus | 1.2 | Attended a portion of the hearing on the sale process. |
| 4/7/2025 | C. Kearns | 1.2 | Listened to a portion of the openings for the sale hearing. |
| 4/7/2025 | C. Kearns | 0.6 | Held call with Lowenstein team (G. Finizio; B. Nathan) re: status of the auction process going into the hearing. |
| 4/7/2025 | D. Galfus | 0.6 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) in advance of the sale hearing. |
| 4/7/2025 | J. Emerson | 0.6 | Participated in call with Counsel (B. Nathan, G. Finizio) in advance of the hearing. |
| 4/7/2025 | C. Kearns | 0.5 | Monitored hearing status and outcome, including related emails from Counsel to the Committee. |
| 4/7/2025 | D. Galfus | 0.3 | Reviewed summary of the sale hearing for the Committee. |
| 4/8/2025 | J. Emerson | 0.3 | Listened to hearing on sale status and other related issue. |
| 4/8/2025 | C. Kearns | 0.3 | Participated in the hearing on status of sale, read agreement into the record. |
| 4/8/2025 | D. Galfus | 0.2 | Attended a portion of the hearing on the sale. |
| 4/30/2025 | C. Kearns | 0.3 | Monitored sale hearing and related issues. |
| **Task Code Total Hours** | | **6.1** | |
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 4/8/2025 | C. Kearns | 0.4 | Participated in an all hands calls with Debtors, buyer advisors, JPM, and Lowenstein. |
| 4/11/2025 | J. Emerson | 0.8 | Prepared list of outstanding diligence requests for Debtor related to potential unencumbered assets. |
| 4/15/2025 | D. Galfus | 0.9 | Participated in a call with Getzler Henrich (R. Gorin) re: the status of operations, liquidity and sale process. |
| 4/15/2025 | J. Emerson | 0.9 | Participated in call with Getzler Henrich (W. Henrich, R. Gorin, R. Aly) related to Debtors' liquidity and sale closing. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| *Task Code Total Hours* | | 3.0 | |
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 4/1/2025 | D. Galfus | 0.9 | Participated in a call with the Committee and Counsel (G. Finizio; B. Nathan) re: the sale process and next steps. |
| 4/1/2025 | C. Kearns | 0.9 | Participated in a status call with the Committee and Counsel (G. Finizio; B. Nathan) re: the bids. |
| 4/1/2025 | J. Emerson | 0.9 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to sale process. |
| 4/1/2025 | D. Galfus | 0.5 | Participated in a pre call in advance of the Committee call with Lowenstein (G. Finizio; B. Nathan) re: the sale process. |
| 4/1/2025 | J. Emerson | 0.5 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) in advance of UCC call. |
| 4/8/2025 | D. Galfus | 0.9 | Participated in a call with the Committee and Counsel (G. Finizio; B. Nathan) re: the sale process and next steps. |
| 4/8/2025 | J. Emerson | 0.9 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio) related to sale process. |
| 4/8/2025 | C. Kearns | 0.6 | Participated in a portion of call with Counsel (G. Finizio, B. Nathan) and the Committee to discuss status of negotiations with Alliance Entertainment prior to the hearing. |
| 4/8/2025 | C. Kearns | 0.5 | Held call with Lowenstein team (G. Finizio; B. Nathan) to debrief after all hands calls. |
| 4/8/2025 | D. Galfus | 0.5 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: sale process and related next steps. |
| 4/15/2025 | C. Kearns | 0.7 | Held status call with the Committee and Lowenstein (G. Finizio; B. Nathan). |
| 4/15/2025 | D. Galfus | 0.7 | Participated in a call with the Committee and Lowenstein (G. Finizio; B. Nathan) re: the sale closing and timing. |
| 4/15/2025 | J. Emerson | 0.7 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to sale process. |
| 4/22/2025 | C. Kearns | 0.8 | Held status call with the Committee and Counsel (G. Finizio; B. Nathan). |
| 4/22/2025 | D. Galfus | 0.8 | Participated in a call with the Committee and Counsel (G. Finizio; B. Nathan) re: the sale process and other matters. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 4/22/2025 | J. Emerson | 0.8 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) re: status update. |
| 4/27/2025 | D. Galfus | 0.2 | Held call with G. Finizio, Lowenstein re: the call with the Debtors. |
| 4/29/2025 | D. Galfus | 0.7 | Participated in a call with the Committee and Counsel (G. Finizio; B. Nathan) re: the latest liquidity forecast and status of sale process. |
| 4/29/2025 | J. Emerson | 0.7 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio) related to sale process and case update. |
| 4/29/2025 | D. Galfus | 0.3 | Participated in a call with Counsel (G. Finizio; B. Nathan) re: the upcoming Committee call and sale process. |
| 4/29/2025 | J. Emerson | 0.3 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) in advance of UCC call. |
| *Task Code Total Hours* | | **13.8** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 4/3/2025 | J. Emerson | 2.3 | Revised recovery analysis to reflect latest sales contract. |
| 4/3/2025 | J. Emerson | 1.4 | Continued to revise recovery analysis to reflect latest sales contract. |
| 4/11/2025 | J. Emerson | 2.1 | Updated recovery related to purchase incentive calculation. |
| 4/29/2025 | J. Emerson | 2.4 | Updated recovery analysis to reflect Debtors' latest sale assumptions. |
| 4/30/2025 | J. Emerson | 2.4 | Prepared analysis of unincumbered assets. |
| 4/30/2025 | J. Emerson | 1.4 | Continued to prepare analysis of unincumbered assets. |
| *Task Code Total Hours* | | **12.0** | |
| **11. Claim Analysis/ Accounting** | | | |
| 4/16/2025 | J. Emerson | 1.2 | Prepared initial analysis of filed claims. |
| 4/22/2025 | D. Galfus | 0.3 | Reviewed claims information. |
| *Task Code Total Hours* | | **1.5** | |
| **18. Operating and Other Reports** | | | |
| 4/1/2025 | A. Kashanirokh | 1.2 | Drafted slide related to January, February and March Monthly Operating Reports. |
| 4/14/2025 | J. Emerson | 1.9 | Prepared executive summary slide for 4/15 UCC presentation. |

| Date | Professional | Hours | Description |
| --- | --- | --- | --- |
| **18. Operating and Other Reports** | | | |
| 4/14/2025 | J. Emerson | 1.6 | Revised 4.15 UCC report to reflect comments. |
| 4/15/2025 | J. Emerson | 2.3 | Finalized 4.15 UCC report. |
| 4/15/2025 | C. Kearns | 0.3 | Reviewed presentation for Committee update. |
| 4/28/2025 | J. Emerson | 2.5 | Prepared DIP summary slide for 4/29 UCC presentation. |
| 4/28/2025 | J. Emerson | 2.3 | Continued to prepare for 4/29 UCC presentation. |
| 4/28/2025 | D. Galfus | 0.3 | Reviewed the UST motion re: MOR filings. |
| 4/29/2025 | A. Kashanirokh | 2.3 | Analyzed document related to the Debtors' Rule 2015 periodic reporting. |
| 4/29/2025 | J. Emerson | 1.4 | Finalized 4/29 UCC presentation. |
| 4/29/2025 | J. Emerson | 1.1 | Revised executive summary of 4/29 UCC report. |
| **Task Code Total Hours** | | **17.2** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 4/1/2025 | J. Emerson | 1.8 | Updated liquidity analysis to reflect 3/31 DIP balance. |
| 4/1/2025 | D. Galfus | 0.4 | Evaluated the Debtors' liquidity. |
| 4/4/2025 | J. Emerson | 1.9 | Continue to revise pro forma liquidity analysis to incorporate latest bid. |
| 4/4/2025 | J. Emerson | 1.7 | Revised pro forma liquidity analysis to incorporate latest bid. |
| 4/8/2025 | J. Emerson | 1.7 | Developed analysis of cash at closing based on latest bidder. |
| 4/9/2025 | J. Emerson | 1.5 | Revised analysis re: Debtors' liquidity position. |
| 4/10/2025 | J. Emerson | 1.4 | Updated cash at close to reflect latest assumptions. |
| 4/11/2025 | D. Galfus | 0.7 | Evaluated the Debtors' liquidity forecast for 4/15 UCC report. |
| 4/13/2025 | J. Emerson | 2.1 | Prepared DIP slide for inclusion in 4/15 UCC report. |
| 4/13/2025 | J. Emerson | 1.6 | Continued to prepare DIP slide for inclusion in 4/15 UCC report. |
| 4/14/2025 | J. Emerson | 2.6 | Prepared budget to actual cash flow slides for weekly (4/15) UCC presentation. |
| 4/14/2025 | J. Emerson | 2.3 | Continued to DIP budget slide for 4/15 UCC materials. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 4/14/2025 | J. Emerson | 2.1 | Prepared DIP budget slide for 4/15 UCC materials. |
| 4/14/2025 | D. Galfus | 0.5 | Analyzed the Debtors' latest actual liquidity for week ended 4/5. |
| 4/14/2025 | C. Kearns | 0.2 | Reviewed the updated DIP budget and post closing funds available. |
| 4/15/2025 | D. Galfus | 0.7 | Analyzed the Debtors' latest liquidity for 3 weeks ended 4/26. |
| 4/16/2025 | J. Emerson | 1.9 | Updated liquidity model to reflect Debtors' latest reporting for actuals through 4/5. |
| 4/16/2025 | D. Galfus | 0.7 | Reviewed liquidity issues for the Debtors. |
| 4/17/2025 | D. Galfus | 0.7 | Evaluated the Debtors' liquidity for 3 weeks ended 4/26. |
| 4/21/2025 | D. Galfus | 0.5 | Evaluated the Debtors' liquidity related to the sale timing. |
| 4/28/2025 | A. Kashanirokh | 2.9 | Prepared updated DIP report for 4/29 UCC presentation. |
| 4/28/2025 | A. Kashanirokh | 2.7 | Continued to prepare updated DIP report for 4/29 UCC presentation. |
| 4/28/2025 | A. Kashanirokh | 2.7 | Prepared analysis on Debtors' previous DIP budget from 4/13 compared to the updated DIP budget from 4/26. |
| 4/28/2025 | J. Emerson | 2.6 | Prepared updated liquidity analysis to reflect revised DIP budget. |
| 4/28/2025 | J. Emerson | 1.1 | Evaluated updated DIP analysis provided by the Debtors'. |
| 4/28/2025 | D. Galfus | 0.5 | Evaluated the Debtors' liquidity forecast for 6 weeks ended 5/31. |
| 4/29/2025 | J. Emerson | 2.0 | Prepared DIP budget slide for inclusion in 4/29 UCC presentation. |
| 4/29/2025 | D. Galfus | 0.6 | Evaluated the Debtors' liquidity forecast for 6 weeks ended 5/31. |
| 4/30/2025 | A. Kashanirokh | 2.6 | Prepared variance analysis on the Debtors' updated 4.30 DIP Budget versus previous 4.26 Budget. |
| 4/30/2025 | J. Emerson | 2.2 | Revised Debtors' forecast liquidity based on latest actuals re: DIP through 4/25. |
| 4/30/2025 | A. Kashanirokh | 1.3 | Prepared variance analysis on the Debtors' updated 4.30 DIP Budget versus previous 4.13 Budget. |
| 4/30/2025 | J. Emerson | 1.2 | Prepared illustrative value of Debtors' leases. |
| 4/30/2025 | D. Galfus | 0.6 | Analyzed the latest forecasted liquidity for 6 weeks ended 5/31. |
| **Task Code Total Hours** | | **50.0** | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **31. Planning** | | | |
| 4/11/2025 | J. Emerson | 0.9 | Revised internal list of workstreams related to case generally. |
| **Task Code Total Hours** | | **0.9** | |
| **37. Vendor Management** | | | |
| 4/21/2025 | J. Emerson | 2.5 | Evaluated economic impact of potential sale related to certain critical vendors. |
| 4/21/2025 | A. Kashanirokh | 2.3 | Prepared financial performance analysis on one of the Debtors' critical vendors. |
| 4/22/2025 | J. Emerson | 2.1 | Evaluated economic impact of potential sale related to certain critical vendors. |
| 4/22/2025 | A. Kashanirokh | 1.4 | Prepared financial performance analysis on one of the Debtors' critical vendors. |
| 4/24/2025 | J. Emerson | 1.7 | Prepared summary analysis of critical vendors (terms, payments, etc.). |
| 4/29/2025 | A. Kashanirokh | 1.7 | Prepared schedule of professional fees related to the UCC through March 2025. |
| **Task Code Total Hours** | | **11.7** | |
| **Total Hours** | | **240.5** | |