# Exhibit A

DATE: 05/19/25 11:15:05 PRO FORMA STATEMENT AS OF 04/30/25 FOR FILE (D02748.071568) # 153086          Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                 BILLING INSTRUCTIONS
US Trustee Issues and Debtor Disclosures

CLIENT ADDRESS                                       MATTER ADDRESS
The Official Committee of Unsecured Creditors        The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                     100 Front Street
Riverside, NJ 08075                                  Riverside, NJ 08075

CLIENT INFORMATION                                   MATTER INFORMATION
PHONE:                                               PHONE:
CONTACT: Gregory Andonian                            CONTACT: Gregory Andonian
REFERRED BY:                                         REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:        04/01/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2742620 | SBG | 04/17/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | review amended schedules |
| 2745471 | DJS | 04/28/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 249 | | | Read UST Motion to convert or dismiss. |
| 2744639 | SBG | 04/28/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 373 | | | review motion to convert filed by UST and notice of hearing regarding same |

DATE: 05/19/25 11:15:05 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071568)  # 153086          Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----------|-----------|-----------|-----------|-----|------|-----|-------------|
| | | FEE SUBTOTAL | | | | | 373.00 | | | | |

|  |  |
|--|--|
| BALANCE DUE FROM PREVIOUS STATEMENT | 811.50 |
| LESS PAYMENT(S) | |
| BALANCE FORWARD | 811.50 |

| | | |
|--|--|--|
| TIMECARD SUB-TOTAL (0.60) | 373.00 | |
| DISBURSEMENT SUB-TOTAL | 0.00 | |
| SUBTOTAL CURRENT PERIOD | 373.00 | |
| TOTAL DUE | | 1,184.50 |

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 0.20 | 33.3 | 125.00 | 33.50 |
| Gerald, Stephen B. | 620.00 | 0.40 | 66.7 | 248.00 | 66.50 |
| TOTALS | | 0.60 | | 373.00 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|-----------|-------------|------|------|------|-------|-------|
| BL | Bills | 811.50 | 0.00 | 0.00 | 0.00 | 811.50 |
| | TOTALS | 811.50 | 0.00 | 0.00 | 0.00 | 811.50 |

AGED ACCOUNTS RECEIVABLE:          0.00 (-30)          0.00 (31-60)          811.50 (61-90)          0.00 (91-120)          0.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 05/19/25 11:11:05 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071562)  # 153082                                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                         BILLING INSTRUCTIONS

Operational Issues

CLIENT ADDRESS                                             MATTER ADDRESS

The Official Committee of Unsecured Creditors             The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case  for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                          100 Front Street
Riverside, NJ 08075                                       Riverside, NJ 08075

CLIENT INFORMATION                                        MATTER INFORMATION

PHONE:                                                    PHONE:
CONTACT: Gregory Andonian                                 CONTACT: Gregory Andonian
REFERRED BY:                                              REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:        04/30/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2742595 | SBG | 04/17/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | review motion to compel assumption or rejection |

FEE SUBTOTAL                          124.00

DATE: 05/19/25 11:11:05 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071562)  # 153082                    Page 2

BALANCE DUE FROM PREVIOUS STATEMENT                          10,771.00
LESS PAYMENT(S)

BALANCE FORWARD                                              10,771.00

TIMECARD SUB-TOTAL (0.20)                       124.00
DISBURSEMENT SUB-TOTAL                            0.00
SUBTOTAL CURRENT PERIOD                         124.00
TOTAL DUE                                                    10,895.00

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Gerald, Stephen B. | 620.00 | 0.20 | 100.0 | 124.00 | 100.00 |
| TOTALS | | 0.20 | | 124.00 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 10,771.00 | 0.00 | 0.00 | 0.00 | 10,771.00 |
| | TOTALS | 10,771.00 | 0.00 | 0.00 | 0.00 | 10,771.00 |

AGED ACCOUNTS RECEIVABLE:          0.00 (-30)      10,647.00 (31-60)        124.00 (61-90)        0.00 (91-120)        0.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 05/19/25 11:14:12 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071565)  # 153085       Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| Professionals-Debtor and Committee (Rete | |

**CLIENT ADDRESS**
The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

**MATTER ADDRESS**
The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

**CLIENT INFORMATION**
PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

**MATTER INFORMATION**
PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:      0.00
UNAPPLIED AMOUNT:      0.00

LAST BILL DATE:      04/30/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2745341 | DJS | 04/01/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 250 | | | Calls (2x) with Gerald regarding fee statement issues. |
| 2739420 | SBG | 04/01/25 | B | 1.30 | 806.00 | 1.30 | 806.00 | 1056 | | | finalize, prep and file T R, LS and BRG monthly fee applications |
| 2741912 | SBG | 04/15/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1180 | | | review interim comp order regarding timing of first interim fees; email with team regarding |

DATE: 05/19/25 11:14:12 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071565)  # 153085                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------|------|------|------|------|------|-----|-------------|
| | | | | | | | | | | | same |
| 2742294 | SBG | 04/16/25 | B | 1.50 | 930.00 | 1.50 | 930.00 | 2110 | | | review SE monthly fee statement entries |
| 2742349 | SBG | 04/16/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 2544 | | | begin preparation of tydings monthly fee statement for march 2025 |
| 2742453 | SBG | 04/16/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 2854 | | | review large case UST guidelines for fee apps |
| 2742455 | SBG | 04/16/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 3288 | | | begin preparation of interim fee application |
| 2742463 | SBG | 04/16/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 3598 | | | review JPM fee statement |
| 2742480 | SBG | 04/17/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3660 | | | confer with D.shaffer regarding prep of interim fee application |
| 2742519 | SBG | 04/17/25 | B | 1.20 | 744.00 | 1.20 | 744.00 | 4404 | | | prepare CNOs for monthly fee statements for T&R, LS, and BRG |
| 2742621 | SBG | 04/17/25 | B | 6.20 | 3844.00 | 6.20 | 3844.00 | 8248 | | | work on first interim fee application |
| 2742622 | SBG | 04/17/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 8310 | | | emails regarding monthlys with chelsea |
| 2742624 | SBG | 04/17/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 8682 | | | finalize and file CNOs for Committee professional monthly fee statements |
| 2745452 | DJS | 04/18/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 9057 | | | Review monthly fee statement draft |
| 2742682 | SBG | 04/18/25 | B | 1.50 | 930.00 | 1.50 | 930.00 | 9987 | | | finalize March monthly statement |
| 2742699 | SBG | 04/18/25 | B | 3.50 | 2170.00 | 3.50 | 2170.00 | 12157 | | | work on interim fee application |
| 2745330 | DJS | 04/21/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 12907 | | | T&R fee app review for monthly and interim. |
| 2742996 | SBG | 04/21/25 | B | 2.70 | 1674.00 | 2.70 | 1674.00 | 14581 | | | further preparation of first interim fee application |
| 2743178 | SBG | 04/21/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 14643 | | | emails regarding status of fees under monthly and sale |
| 2743507 | SBG | 04/23/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 14705 | | | emails regarding CNOs for Feb monthly statemetns |

DATE: 05/19/25 11:14:12 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071565)  # 153085                    Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2745446 | DJS | 04/24/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 14955 | | | Review fee statements |
| 2743894 | SBG | 04/24/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 15079 | | | review and comment on BRG march monthly fee statement; emails regarding same |
| 2743969 | SBG | 04/24/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 15141 | | | review stanton verified statement |
| 2745451 | DJS | 04/25/25 | B | 1.10 | 687.50 | 1.10 | 687.50 | 15829 | | | Review drafts of fee statments |
| 2745328 | DJS | 04/28/25 | B | 1.10 | 687.50 | 1.10 | 687.50 | 16516 | | | Review draft of fee application and related documents. |
| 2745002 | DJS | 04/29/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 16766 | | | Review fee statements for filing for Committee professionals |
| 2744967 | SBG | 04/29/25 | B | 2.50 | 1550.00 | 2.50 | 1550.00 | 18316 | | | finalize and orgainzie e exhibits, fiile and serve Travel, LS and BRG march monthly fee statements |
| 2744968 | SBG | 04/29/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 18440 | | | update and finalize interim fee application; email with D.Shaffer regarding same |
| 2745194 | DJS | 04/30/25 | B | 1.10 | 687.50 | 1.10 | 687.50 | 19128 | | | Review/edit Tydings fee application. |
| 2745320 | DJS | 04/30/25 | B | 2.70 | 1687.50 | 2.70 | 1687.50 | 20815 | | | Finalize and file Committee professionals first interim fee applications |

FEE SUBTOTAL                                    20,815.00


BALANCE DUE FROM PREVIOUS STATEMENT                    45,606.50
LESS PAYMENT(S)

BALANCE FORWARD                                        45,606.50

TIMECARD SUB-TOTAL (33.50)                   20,815.00
DISBURSEMENT SUB-TOTAL                            0.00
SUBTOTAL CURRENT PERIOD                      20,815.00
TOTAL DUE                                              66,421.50

DATE: 05/19/25 11:14:12 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071565)  # 153085                    Page 4

## TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 9.00 | 26.9 | 5625.00 | 27.00 |
| Gerald, Stephen B. | 620.00 | 24.50 | 73.1 | 15190.00 | 73.00 |
| TOTALS | | 33.50 | | 20815.00 | |

## MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 45,606.50 | 0.00 | 0.00 | 0.00 | 45,606.50 |
| | TOTALS | 45,606.50 | 0.00 | 0.00 | 0.00 | 45,606.50 |

AGED ACCOUNTS RECEIVABLE:                0.00 (-30)        9,294.00 (31-60)        36,312.50 (61-90)        0.00 (91-120)        0.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY                    ( ) CLOSE FILE
( ) BILL COSTS ONLY                 ( ) FINAL BILL

DATE: 05/19/25 11:13:11 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071564)  # 153084          Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
|  |  | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| Avoidance Actions/Litigation/Contested M |  |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors | The Official Committee of Unsecured Creditors |
| for the Diamond Comic Distributors, Inc. Bankruptcy Case | for the Diamond Comic Distributors, Inc. Bankruptcy Case |
| 100 Front Street | 100 Front Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: | PHONE: |
| CONTACT: Gregory Andonian | CONTACT: Gregory Andonian |
| REFERRED BY: | REFERRED BY: |

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: |  | ARRANGEMENT: | HRST | HRST |  |  |

TRUST AMOUNT:                0.00
UNAPPLIED AMOUNT:           0.00

LAST BILL DATE:           04/30/25

## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2744994 | DJS | 04/29/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 750 |  |  | Review complaint alleging fraud in sale process and related filings |
| 2744957 | SBG | 04/29/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 1184 |  |  | review Alliance complaint |

FEE SUBTOTAL                                      1,184.00

DATE: 05/19/25 11:13:11 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071564)  # 153084                    Page 2

BALANCE DUE FROM PREVIOUS STATEMENT                          435.00
LESS PAYMENT(S)

BALANCE FORWARD                                              435.00

TIMECARD SUB-TOTAL (1.90)                     1,184.00
DISBURSEMENT SUB-TOTAL                            0.00
SUBTOTAL CURRENT PERIOD                       1,184.00
TOTAL DUE                                                  1,619.00

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 1.20 | 63.2 | 750.00 | 63.30 |
| Gerald, Stephen B. | 620.00 | 0.70 | 36.8 | 434.00 | 36.70 |
| TOTALS | | 1.90 | | 1184.00 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 435.00 | 0.00 | 0.00 | 0.00 | 435.00 |
| | TOTALS | 435.00 | 0.00 | 0.00 | 0.00 | 435.00 |

AGED ACCOUNTS RECEIVABLE:              0.00 (-30)       435.00 (31-60)        0.00 (61-90)        0.00 (91-120)        0.00 (+)

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL

DATE: 05/19/25 11:09:21 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071560)  # 153080          Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| Secured Lender/Creditor Issues | |

**CLIENT ADDRESS**
The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

**MATTER ADDRESS**
The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

**CLIENT INFORMATION**
PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

**MATTER INFORMATION**
PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:       04/30/25

## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2741183 | SBG | 04/09/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 186 | | | emails regarding stipulation regarding challenge period; review same |
| 2745416 | DJS | 04/10/25 | B | 1.80 | 1125.00 | 1.80 | 1125.00 | 1311 | | | Draft/edit stipulation and prepare line for extension of challenge deadline; emails and calls regarding same; prepare for filing. |

DATE: 05/19/25 11:09:21 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071560)  # 153080                    Page 2

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|--------|--------|--------|--------|------|------|-----|-------------|
| | | | | HRS | AMT | HRS | AMT | | | | |
| 2741263 | SBG | 04/10/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1435 | | | emails regarding stipulation extending challenge period |
| 2741264 | SBG | 04/10/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1559 | | | file line and stipulation extending challenge period |
| 2741331 | SBG | 04/11/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1683 | | | emails regarding status of motion to amend DIP and hearing regarding same; confer with D.Shaffer regarding same |
| 2741831 | SBG | 04/14/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 1993 | | | review motion to amend DIP and related papers, including motion to shorten |
| 2742335 | DJS | 04/15/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 2243 | | | Review filings for upcoming hearing on 4/17. |
| 2741909 | SBG | 04/15/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2305 | | | review order regarding hearing on DIP amendment; emails with team regarding same |
| 2745456 | DJS | 04/17/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 3055 | | | Prepare for and attend hearing on motion to extend. |
| 2745458 | DJS | 04/17/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 3243 | | | Follow up with co-counsel regarding hearing on motion to extend. |
| 2742478 | SBG | 04/17/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3367 | | | emails with team regarding hearing on DIP amendment and prep therefor; confer with D.Shaffer regarding same |
| 2744280 | SBG | 04/25/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 3677 | | | draft line submitting second stipulation extending committee deadline to challenge (.2); fianlzie stip (.1); fiel same (.1); emails regarding same (.1) |

                    FEE SUBTOTAL                     3,676.50

```
BALANCE DUE FROM PREVIOUS STATEMENT                    26,570.00
LESS PAYMENT(S)

BALANCE FORWARD                                        26,570.00

TIMECARD SUB-TOTAL (5.90)                  3,676.50
DISBURSEMENT SUB-TOTAL                         0.00
SUBTOTAL CURRENT PERIOD                    3,676.50
TOTAL DUE                                              30,246.50
```

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 3.70 | 62.7 | 2312.50 | 62.90 |
| Gerald, Stephen B. | 620.00 | 2.20 | 37.3 | 1364.00 | 37.10 |
| TOTALS | | 5.90 | | 3676.50 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 26,570.00 | 0.00 | 0.00 | 0.00 | 26,570.00 |
| | TOTALS | 26,570.00 | 0.00 | 0.00 | 0.00 | 26,570.00 |

AGED ACCOUNTS RECEIVABLE:            0.00 (-30)        5,303.00 (31-60)        21,267.00 (61-90)        0.00 (91-120)        0.00 (+)

```
(  ) BILL COSTS AND FEES          (  ) DO NOT BILL
(  ) BILL FEES ONLY               (  ) CLOSE FILE
(  ) BILL COSTS ONLY              (  ) FINAL BILL
```

DATE: 05/19/25 11:11:45 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071563)  # 153083                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| Sale Issues | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors | The Official Committee of Unsecured Creditors |
| for the Diamond Comic Distributors, Inc. Bankruptcy Case | for the Diamond Comic Distributors, Inc. Bankruptcy Case |
| 100 Front Street | 100 Front Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: | PHONE: |
| CONTACT: Gregory Andonian | CONTACT: Gregory Andonian |
| REFERRED BY: | REFERRED BY: |

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:        04/30/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2745353 | DJS | 04/01/25 | B | 4.70 | 2937.50 | 4.70 | 2937.50 | 2938 | | | Calls with debtor counsel and committee professionals regarding sale issues with AENT and pivot to backup bidder (2.4); internal calls and discussion with Gerald regarding sale issues (1.1); follow up calls with committee co-counsel and professionals and review of bid issue (1.2) |

DATE: 05/19/25 11:11:45 PRO FORMA STATEMENT AS OF 04/30/25 FOR FILE (D02748.071563) # 153083                    Page 2

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | HRS | AMT | HRS | AMT | | | | |
| 2745354 | DJS | 04/01/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 3125 | | | Additional emails regarding sale issues. |
| 2739422 | SBG | 04/01/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3249 | | | emails with debtors' counsel regarding hearing on sale |
| 2739425 | SBG | 04/01/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 3497 | | | calls with F.Finizio, D.Shaffer and Saul team regarding sale hearing |
| 2739426 | SBG | 04/01/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 3683 | | | calls with Franco and Dennis regarding issues regarding sale hearing |
| 2739427 | SBG | 04/01/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3807 | | | follow up emails regarding bids |
| 2739634 | RLC | 04/02/25 | B | 0.60 | 360.00 | 0.60 | 360.00 | 4167 | | | Confer with S. Gerald and D. Shaffer on sale hearing and issues with bids/bidders. |
| 2745358 | DJS | 04/02/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 4417 | | | Confer with Gerald regarding sale issues and review declaration regarding same. |
| 2745359 | DJS | 04/02/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 4917 | | | Calls with LS and BRG to discuss sale issues with AENT |
| 2745362 | DJS | 04/02/25 | B | 1.30 | 812.50 | 1.30 | 812.50 | 5730 | | | Prepare for sale hearing and meetings with LS counsel |
| 2745363 | DJS | 04/02/25 | B | 4.30 | 2687.50 | 4.30 | 2687.50 | 8417 | | | Final prep for hearing onj sale and attend hearing (4.0); follow up discussions with Gerald regarding same (.3). |
| 2739482 | SBG | 04/02/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 8541 | | | emails regarding sale issues |
| 2739504 | SBG | 04/02/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 8665 | | | emails regarding sale hearing prep |
| 2739560 | SBG | 04/02/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 9161 | | | listen in to sale hearing |
| 2739609 | SBG | 04/02/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 9285 | | | confer with D.Shaffer regarding hearing |
| 2745411 | DJS | 04/03/25 | B | 1.10 | 687.50 | 1.10 | 687.50 | 9973 | | | Follow up on sale issues |
| 2745364 | DJS | 04/04/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 10535 | | | Call with Debtor and Committee professionals to discuss sale issues. |

DATE: 05/19/25 11:11:45 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071563)  # 153083                    Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2745371 | DJS | 04/04/25 | B | 1.50 | 937.50 | 1.50 | 937.50 | 11473 | | | Review declaration and sale papers (.8); follow up with Gerald regarding open sale issues |
| 2739929 | SBG | 04/04/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 11535 | | | review namco objection |
| 2740067 | SBG | 04/04/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 11597 | | | review skyrush objection |
| 2740068 | SBG | 04/04/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 11659 | | | status email to committee regarding sale |
| 2740287 | DJS | 04/06/25 | B | 1.60 | 1000.00 | 1.60 | 1000.00 | 12659 | | | Emails with LS regarding open issues for sale hearing and review of filed complaint and motion for TRO filed by AENT (1.1); review additional sale objections (.5) |
| 2740285 | SBG | 04/06/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 13155 | | | review complaint and motion for TRO; emails regarding same |
| 2740442 | DJS | 04/07/25 | B | 2.40 | 1500.00 | 2.50 | 1562.50 | 14717 | | | Prepare for Sale Hearing |
| 2740443 | DJS | 04/07/25 | B | 7.60 | 4750.00 | 7.00 | 4375.00 | 19092 | | | Attend sale hearing; walk to and from courthouse. |
| 2740458 | SBG | 04/07/25 | B | 7.00 | 4340.00 | 7.00 | 4340.00 | 23432 | | | attend sale hearing, including lunch meeting |
| 2740459 | SBG | 04/07/25 | B | 2.50 | 1550.00 | 2.50 | 1550.00 | 24982 | | | prepare for hearing, incuding call with team regarding same |
| 2740460 | SBG | 04/07/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 25044 | | | committee email regarding hearing |
| 2740347 | KAF | 04/07/25 | B | 0.30 | 60.00 | 0.30 | 60.00 | 25104 | | | Assist preparing materials for hearing. |
| 2740618 | BLR | 04/07/25 | B | 0.50 | 105.00 | 0.50 | 105.00 | 25209 | | | Assist preparing materials for hearing. |
| 2740351 | KSK | 04/07/25 | B | 0.60 | 150.00 | 0.60 | 150.00 | 25359 | | | Confer with D. Shaffer regarding preparing materials needed for TRO hearing. |
| 2740478 | DJS | 04/08/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 25797 | | | Follow up from yesterday hearing and prepare for today's continued hearing; emails with co-counsel regarding update to group on status and recommendations |

DATE: 05/19/25 11:11:45 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071563)  # 153083                                                                Page 4

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|--------|--------|--------|--------|-----|------|-----|-------------|
|       |      |      |      | HRS | AMT | HRS | AMT |     |      |     |             |
| 2740656 | DJS | 04/08/25 | B | 3.90 | 2437.50 | 3.90 | 2437.50 | 28234 | | | Meetings and calls with co-counsel and prep for hearing on sale motion |
| 2740657 | DJS | 04/08/25 | B | 2.30 | 1437.50 | 1.60 | 1000.00 | 29234 | | | Walk to and from hearing on sale motion; attend hearing and follow up with Gerald regarding same. |
| 2740481 | SBG | 04/08/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 29420 | | | emails regarding sale/hearing status; confer with D.Shaffer regarding same |
| 2740509 | SBG | 04/08/25 | B | 1.10 | 682.00 | 1.10 | 682.00 | 30102 | | | meeting and call with team regarding status |
| 2740625 | SBG | 04/08/25 | B | 1.60 | 992.00 | 1.60 | 992.00 | 31094 | | | attend sale hearing; negotiations during same |
| 2740630 | SBG | 04/08/25 | B | 2.40 | 1488.00 | 2.40 | 1488.00 | 32582 | | | calls and meeting in prepration of sale hearing |
| 2741378 | SBG | 04/11/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 32644 | | | committee update email from LS |
| 2743492 | SBG | 04/23/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 32830 | | | email regarding status of wizard issue |
| 2743612 | SBG | 04/23/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 32954 | | | confer with D.Shaffer regarding status of Wizard dispute |
| 2745444 | DJS | 04/24/25 | B | 1.30 | 812.50 | 1.30 | 812.50 | 33767 | | | Review issues with AENT; review letter and confer with Gerald regarding same. |
| 2745447 | DJS | 04/24/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 33954 | | | Read motion filed by Titan. |
| 2743972 | SBG | 04/24/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 34016 | | | review COC regarding titan motino to compel |
| 2744036 | SBG | 04/24/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 34202 | | | emails regarding MAC and steps moving forward; review letter to buyer regarding same; confer with D.Shaffer regarding same |
| 2745449 | DJS | 04/25/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 34702 | | | Calls with Gerald to discuss sale issues and review of same. |
| 2745468 | DJS | 04/25/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 34952 | | | Emails with co-counsel regarding AENT issues and responding to same. |

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----|-----|-----|-----|-----|------|-----|-------------|
| 2744037 | SBG | 04/25/25 | B | 1.40 | 868.00 | 1.40 | 868.00 | 35820 | | | emails and calls regarding MAC /sale issues |
| 2744043 | SBG | 04/25/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 35944 | | | review notice of termination |
| 2745326 | DJS | 04/28/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 36382 | | | Call with Gerald and review open sale issues |
| 2745337 | DJS | 04/28/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 36507 | | | Emails with chambers and review of calendar for upcoming hearing dates for potential sale hearing. |
| 2744546 | SBG | 04/28/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 36693 | | | emails and calls regarding status of sale and hearing |
| 2744709 | SBG | 04/28/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 36879 | | | calls and emails with team regarding status of back up bid and filings,  hearing |
| 2745089 | RLC | 04/29/25 | B | 0.60 | 360.00 | 0.60 | 360.00 | 37239 | | | Analyze issues with sale and backup bidder. |
| 2745001 | DJS | 04/29/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 37739 | | | Read motions filed for revised sale to backup bidder. |
| 2744952 | SBG | 04/29/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 37925 | | | calls and emails with team regarding status of salev |
| 2745190 | DJS | 04/30/25 | B | 1.90 | 1187.50 | 1.90 | 1187.50 | 39112 | | | Call with Gerald and prepare for hearing on sale motion for backup bidders |
| 2745191 | DJS | 04/30/25 | B | 2.90 | 1812.50 | 2.90 | 1812.50 | 40925 | | | Attend hearing on sale motion and walk to and from court. |
| 2745224 | SBG | 04/30/25 | B | 2.80 | 1736.00 | 2.90 | 1798.00 | 42723 | | | attend hearing on sale |
| 2745225 | SBG | 04/30/25 | B | 1.80 | 1116.00 | 1.80 | 1116.00 | 43839 | | | prepare for hearing |
| 2745228 | SBG | 04/30/25 | B | 3.50 | 2170.00 | 3.50 | 2170.00 | 46009 | | | meetings and calls regarding: finalizing sale order and budget and related issues |
| 2745013 | BLR | 04/30/25 | B | 0.50 | 105.00 | 0.50 | 105.00 | 46114 | | | Assisted attorney S. Gerald with materials for hearing. |

|  |  |  |  |  | FEE SUBTOTAL | | 46,113.50 | | | | |

DATE: 05/19/25 11:11:45 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071563)  # 153083                    Page 6

```
BALANCE DUE FROM PREVIOUS STATEMENT                      12,016.50
LESS PAYMENT(S)

BALANCE FORWARD                                         12,016.50

TIMECARD SUB-TOTAL (75.30)                   46,113.50
DISBURSEMENT SUB-TOTAL                            0.00
SUBTOTAL CURRENT PERIOD                       46,113.50
TOTAL DUE                                                58,130.00
```

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 41.90 | 55.6 | 26187.50 | 56.80 |
| Gerald, Stephen B. | 620.00 | 30.30 | 40.2 | 18786.00 | 40.70 |
| Costella, Richard L. | 600.00 | 1.20 | 1.6 | 720.00 | 1.60 |
| Kyne, Kathleen S. | 250.00 | 0.60 | 0.8 | 150.00 | 0.30 |
| Rushing, Becky L. | 210.00 | 1.00 | 1.3 | 210.00 | 0.50 |
| Fludd, Keyshawn A. | 200.00 | 0.30 | 0.4 | 60.00 | 0.10 |
| TOTALS | | 75.30 | | 46113.50 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 12,016.50 | 0.00 | 0.00 | 0.00 | 12,016.50 |
| | TOTALS | 12,016.50 | 0.00 | 0.00 | 0.00 | 12,016.50 |

AGED ACCOUNTS RECEIVABLE:            0.00 (-30)       5,542.50 (31-60)     6,474.00 (61-90)      0.00 (91-120)        0.00 (+)

```
(  ) BILL COSTS AND FEES        (  ) DO NOT BILL
(  ) BILL FEES ONLY             (  ) CLOSE FILE
(  ) BILL COSTS ONLY            (  ) FINAL BILL
```

DATE: 05/19/25 11:09:59 PRO FORMA STATEMENT AS OF 04/30/25 FOR FILE (D02748.071561) # 153081                Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS
General Unsecured Creditor Issues

CLIENT ADDRESS                                         MATTER ADDRESS
The Official Committee of Unsecured Creditors          The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                       100 Front Street
Riverside, NJ 08075                                    Riverside, NJ 08075

CLIENT INFORMATION                                     MATTER INFORMATION
PHONE:                                                 PHONE:
CONTACT: Gregory Andonian                              CONTACT: Gregory Andonian
REFERRED BY:                                           REFERRED BY:

| | | | | | |
|---|---|---|---|---|---|
| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:        04/30/25


TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2745340 | DJS | 04/01/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 563 | | | Attend Committee meeting |
| 2739168 | SBG | 04/01/25 | B | 0.90 | 558.00 | 0.90 | 558.00 | 1121 | | | committee call |
| 2739581 | SBG | 04/02/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1183 | | | committee email regarding status |
| 2740444 | DJS | 04/07/25 | B | 0.10 | 62.50 | 0.10 | 62.50 | 1245 | | | Review stipulation extending time to respond to bar date motion. |

|  |  |  |  | WORKED | | BILLED | |  |  |  |  |
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2741181 | SBG | 04/09/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1307 |  |  | emails regarding status of bar date order |
| 2741381 | SBG | 04/11/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1369 |  |  | review COC regarding bar date order |
| 2741861 | SBG | 04/14/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1493 |  |  | committee email in prep for committee call |
| 2742333 | DJS | 04/15/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 1993 |  |  | Attend committee call. |
| 2745424 | DJS | 04/15/25 | B | 0.80 | 500.00 | 0.70 | 437.50 | 2431 |  |  | Committee call preparation. |
| 2741910 | SBG | 04/15/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2555 |  |  | review BRG presentation for committee call |
| 2741994 | SBG | 04/15/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 3051 |  |  | attend committee call |
| 2743341 | SBG | 04/22/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 3485 |  |  | attend committee call |
| 2743477 | SBG | 04/22/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3547 |  |  | committee emails regarding status of wizard issue |
| 2744996 | DJS | 04/29/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 4109 |  |  | Prepare for and attend committee conference call. |
| 2745004 | DJS | 04/29/25 | B | 0.40 | 250.00 | 0.20 | 125.00 | 4234 |  |  | Call with LS team and BRG to discuss open issues to be addressed on Committee call. |
| 2744953 | SBG | 04/29/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4358 |  |  | attend professional pre-call in advance of committee meeting |
| 2744954 | SBG | 04/29/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 4792 |  |  | attend committee meeting/call |
| 2744959 | SBG | 04/29/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 4854 |  |  | review draft committee presentation for meeting |
| 2744960 | SBG | 04/29/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 4916 |  |  | committee email from G.Finizio |

FEE SUBTOTAL                                    4,916.00

DATE: 05/19/25 11:09:59 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071561)  # 153081                    Page 3

```
BALANCE DUE FROM PREVIOUS STATEMENT                    4,795.50
LESS PAYMENT(S)

BALANCE FORWARD                                        4,795.50
                                                      _____

TIMECARD SUB-TOTAL (7.90)              4,916.00
DISBURSEMENT SUB-TOTAL                     0.00
SUBTOTAL CURRENT PERIOD                 4,916.00
TOTAL DUE                                              9,711.50
```

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 3.60 | 45.6 | 2250.00 | 45.80 |
| Gerald, Stephen B. | 620.00 | 4.30 | 54.4 | 2666.00 | 54.20 |
| TOTALS | | 7.90 | | 4916.00 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 4,795.50 | 0.00 | 0.00 | 0.00 | 4,795.50 |
| | TOTALS | 4,795.50 | 0.00 | 0.00 | 0.00 | 4,795.50 |

AGED ACCOUNTS RECEIVABLE:          0.00 (-30)     4,795.50 (31-60)      0.00 (61-90)       0.00 (91-120)       0.00 (+)

```
( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL
```

DATE: 05/19/25 11:08:02 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071475)  # 153045                Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                              BILLING INSTRUCTIONS

Bankruptcy

CLIENT ADDRESS

The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

MATTER ADDRESS

The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

CLIENT INFORMATION

PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

MATTER INFORMATION

PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 02/03/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:            0.00
UNAPPLIED AMOUNT:      0.00

LAST BILL DATE:      04/30/25

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE |
|---|---|---|---|---|---|
| 895990 | 04/02/25 | B | 50.60 | Photocopies - Infortext | PQ |
| 895991 | 04/02/25 | B | 50.60 | Photocopies - Infortext | PQ |
| 897737 | 04/05/25 | BNC | 0.00 | VENDOR: Truist Bank; INVOICE#: 040525TRUIST; DATE: 4/5/2025  -  APR25 Stmt Jimmy Johns 4/2/25 Lunch Meeting DJS | ML |
| 898900 | 04/07/25 | B | 1.40 | VENDOR: Pacer Service Center; INVOICE#: 3942592-Q12025; DATE: 4/7/2025 - Acct #3942592 1/1/25-3/31/25 JL | PA |
| 898901 | 04/07/25 | B | 32.40 | VENDOR: Pacer Service Center; INVOICE#: 3942592-Q12025; DATE: 4/7/2025 - Acct #3942592 1/1/25-3/31/25 JL | PA |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE |
|-------|------|------|--------|-------------|------|
| 896689 | 04/07/25 | B | 4.80 | Photocopies - Infortext | PQ |
| 896693 | 04/07/25 | B | 4.00 | Photocopies - Infortext | PQ |
| 896703 | 04/07/25 | B | 44.00 | Photocopies - Infortext | PQ |
| 896708 | 04/07/25 | B | 2.40 | Photocopies - Infortext | PQ |
| 896710 | 04/07/25 | B | 7.20 | Photocopies - Infortext | PQ |
| 896718 | 04/07/25 | B | 1.80 | Photocopies - Infortext | PQ |
| 896764 | 04/07/25 | B | 18.40 | Photocopies - Infortext | PQ |
| 896773 | 04/07/25 | B | 49.60 | Photocopies - Infortext | PQ |
| 896774 | 04/07/25 | B | 176.80 | Photocopies - Infortext | PQ |
| 896775 | 04/07/25 | B | 4.00 | Photocopies - Infortext | PQ |
| 900261 | 04/07/25 | B | 84.80 | VENDOR: Pacer Service Center; INVOICE#: 3942592-Q12025; DATE: 4/7/2025  -  Acct #3942592 1/1/25-3/31/25 DJS | PA |
| 897201 | 04/08/25 | B | 6.60 | Photocopies - Infortext | PQ |
| 897208 | 04/08/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 897209 | 04/08/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 897210 | 04/08/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 897211 | 04/08/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 897212 | 04/08/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 897213 | 04/08/25 | B | 0.80 | Photocopies - Infortext | PQ |
| 897216 | 04/08/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 897217 | 04/08/25 | B | 0.80 | Photocopies - Infortext | PQ |
| 897235 | 04/08/25 | B | 20.60 | Photocopies - Infortext | PQ |
| 897236 | 04/08/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 898940 | 04/17/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 898941 | 04/17/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 898951 | 04/17/25 | B | 6.20 | Photocopies - Infortext | PQ |
| 898952 | 04/17/25 | B | 7.40 | Photocopies - Infortext | PQ |
| 898953 | 04/17/25 | B | 2.00 | Photocopies - Infortext | PQ |
| 899347 | 04/21/25 | B | 6.60 | Photocopies - Infortext | PQ |
| 899349 | 04/21/25 | B | 1.40 | Photocopies - Infortext | PQ |
| 899352 | 04/21/25 | B | 2.40 | Photocopies - Infortext | PQ |
| 899368 | 04/21/25 | B | 0.20 | Photocopies - Infortext | PQ |
| 899375 | 04/21/25 | B | 2.00 | Photocopies - Infortext | PQ |
| 899377 | 04/21/25 | B | 0.20 | Photocopies - Infortext | PQ |
| 899378 | 04/21/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 899380 | 04/21/25 | B | 18.80 | Photocopies - Infortext | PQ |
| 899381 | 04/21/25 | B | 21.00 | Photocopies - Infortext | PQ |
| 899384 | 04/21/25 | B | 18.80 | Photocopies - Infortext | PQ |
| 899385 | 04/21/25 | B | 21.00 | Photocopies - Infortext | PQ |
| 899392 | 04/21/25 | B | 1.60 | Photocopies - Infortext | PQ |
| 899401 | 04/21/25 | B | 1.60 | Photocopies - Infortext | PQ |
| 899402 | 04/21/25 | B | 0.80 | Photocopies - Infortext | PQ |
| 899409 | 04/21/25 | B | 1.60 | Photocopies - Infortext | PQ |
| 899413 | 04/21/25 | B | 1.60 | Photocopies - Infortext | PQ |
| 899416 | 04/21/25 | B | 0.20 | Photocopies - Infortext | PQ |
| 899417 | 04/21/25 | B | 1.40 | Photocopies - Infortext | PQ |
| 899418 | 04/21/25 | B | 1.20 | Photocopies - Infortext | PQ |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE |
|-------|------|------|--------|-------------|------|
| 899419 | 04/21/25 | B | 3.20 | Photocopies - Infortext | PQ |
| 899420 | 04/21/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 899421 | 04/21/25 | B | 5.60 | Photocopies - Infortext | PQ |
| 899422 | 04/21/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 899433 | 04/21/25 | B | 0.20 | Photocopies - Infortext | PQ |
| 899450 | 04/21/25 | B | 0.80 | Photocopies - Infortext | PQ |
| 899451 | 04/21/25 | B | 1.60 | Photocopies - Infortext | PQ |
| 899452 | 04/21/25 | B | 2.80 | Photocopies - Infortext | PQ |
| 899456 | 04/21/25 | B | 2.20 | Photocopies - Infortext | PQ |
| 899457 | 04/21/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 899458 | 04/21/25 | B | 4.40 | Photocopies - Infortext | PQ |
| 899459 | 04/21/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 899460 | 04/21/25 | B | 3.00 | Photocopies - Infortext | PQ |
| 899461 | 04/21/25 | B | 3.40 | Photocopies - Infortext | PQ |
| 899462 | 04/21/25 | B | 0.80 | Photocopies - Infortext | PQ |
| 899464 | 04/21/25 | B | 1.00 | Photocopies - Infortext | PQ |
| 899465 | 04/21/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 899466 | 04/21/25 | B | 1.20 | Photocopies - Infortext | PQ |
| 899475 | 04/21/25 | B | 0.20 | Photocopies - Infortext | PQ |
| 899479 | 04/21/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 899480 | 04/21/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 899481 | 04/21/25 | B | 2.40 | Photocopies - Infortext | PQ |
| 899482 | 04/21/25 | B | 4.20 | Photocopies - Infortext | PQ |
| 899483 | 04/21/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 899490 | 04/21/25 | B | 3.40 | Photocopies - Infortext | PQ |
| 899491 | 04/21/25 | B | 1.00 | Photocopies - Infortext | PQ |
| 899508 | 04/21/25 | B | 0.20 | Photocopies - Infortext | PQ |
| 899559 | 04/21/25 | B | 3.40 | Photocopies - Infortext | PQ |
| 899561 | 04/21/25 | B | 1.00 | Photocopies - Infortext | PQ |
| 899562 | 04/21/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 899563 | 04/21/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 899564 | 04/21/25 | B | 4.00 | Photocopies - Infortext | PQ |
| 899566 | 04/21/25 | B | 4.20 | Photocopies - Infortext | PQ |
| 899578 | 04/21/25 | B | 0.20 | Photocopies - Infortext | PQ |
| 899579 | 04/21/25 | B | 0.20 | Photocopies - Infortext | PQ |
| 899580 | 04/21/25 | B | 0.20 | Photocopies - Infortext | PQ |
| 899582 | 04/21/25 | B | 1.40 | Photocopies - Infortext | PQ |
| 899583 | 04/21/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 899584 | 04/21/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 899587 | 04/21/25 | B | 0.40 | Photocopies - Infortext | PQ |
| 899588 | 04/21/25 | B | 1.80 | Photocopies - Infortext | PQ |
| 899589 | 04/21/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 899591 | 04/21/25 | B | 2.00 | Photocopies - Infortext | PQ |
| 899592 | 04/21/25 | B | 7.00 | Photocopies - Infortext | PQ |
| 899602 | 04/21/25 | B | 3.40 | Photocopies - Infortext | PQ |
| 901129 | 04/30/25 | B | 4.60 | Photocopies - Infortext | PQ |
| 901130 | 04/30/25 | B | 0.80 | Photocopies - Infortext | PQ |

DATE: 05/19/25 11:08:02 PRO FORMA STATEMENT AS OF 04/30/25  FOR FILE (D02748.071475)  # 153045          Page 4

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE |
|-------|------|------|--------|-------------|------|
| 901287 | 04/30/25 | B | 0.60 | Photocopies - Infortext | PQ |
| 901288 | 04/30/25 | B | 7.20 | Photocopies - Infortext | PQ |
|  |  |  | 775.00 |  |  |

BALANCE DUE FROM PREVIOUS STATEMENT                    2,710.17
LESS PAYMENT(S)

BALANCE FORWARD                                                         2,710.17

TIMECARD SUB-TOTAL (0)                     0.00
DISBURSEMENT SUB-TOTAL                  775.00
SUBTOTAL CURRENT PERIOD                 775.00
TOTAL DUE                                                   3,485.17


                    COST CODE SUMMARY

|  | COST CODE | AMOUNT |
|--|-----------|--------|
| ML | Meals | 0.00 |
| PA | Pacer Service | 118.60 |
| PQ | Photocopies-Infortext | 656.40 |
| COST TOTAL |  | 775.00 |


|  |  | MATTER SUMMARY |  |  |  |
|-----------|-------------|-------|----------|----------|----------|
| Tran Type | Description | Fees | Hard | Soft | Other | Total |
| BL | Bills | 0.00 | 524.17 | 2,186.00 | 0.00 | 2,710.17 |
|  | TOTALS | 0.00 | 524.17 | 2,186.00 | 0.00 | 2,710.17 |

AGED ACCOUNTS RECEIVABLE:          0.00 (-30)          133.97 (31-60)          2,576.20 (61-90)          0.00 (91-120)          0.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL