**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date:**<br>July 16, 2025 at 10:00 a.m. (ET)<br>**Objection Deadline:**<br>June 20, 2025 |

**NOTICE OF FIRST INTERIM FEE APPLICATION OF
SAUL EWING LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM JANUARY 14, 2025 THROUGH MARCH 31, 2025**

**PLEASE TAKE NOTICE** that on May 15, 2025, Saul Ewing LLP ("Saul Ewing") filed the *First Interim Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 14, 2025 through March 31, 2025* (the "Fee Application") with the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing, if required, on the Fee Application will commence before the Honorable Judge Rice on **July 16, 2025 at 10:00 a.m. (ET)** in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application must be (i) made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 203] (the "Interim Compensation Order"), (ii) filed with the Clerk of the Bankruptcy Court, and (iii) served upon (a) Diamond Comic Distributors, Inc., c/o Robert Gorin, CRO, Getzler Henrich & Associates LLC, 1110 Brickell Avenue, 400-64, Miami, Florida 33131 (rgorin@getzlerhenrich.com); (b) the Debtors' counsel, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com), Adam H. Isenberg (adam.isenberg@saul.com), and Turner N. Falk (turner.falk@saul.com) and 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com) and Nicholas Smargiassi (nicholas.smargiassi@saul.com); (c) the Office of the United States Trustee for the District of

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov) and Hugh M. Bernstein (hugh.m.bernstein@usdoj.gov); (d) counsel to the Committee: Lowenstein Sandler LLP, 1251 Avenue of Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com), Gianfranco Finizio (gfinizio@lowenstein.com), and Chelsea Frankel (cfrankel@lowenstein.com) and One Lowenstein Drive, Roseland, New Jersey 07068, Attn: Michael Papandrea (mpapandrea@lowenstein.com) and Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis Shaffer (dshaffer@tydings.com); and (e) counsel to JPMorgan Chase Bank, N.A., Troutman Pepper Locke LLP, 111 Huntington Ave., 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com), David Ruediger (david.ruediger@troutman.com) and Katherine Culbertson (katherine.culbertson@troutman.com) (collectively, the "Notice Parties"), on or before **June 20, 2025** (the "Objection Deadline").

[*Remainder of page left intentionally blank*]

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTION OR RESPONSE TO THE APPLICATION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THEN THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 6, 2025　　　　　　　　　　**SAUL EWING LLP**

　　　　　　　　　　By: */s/ Jordan D. Rosenfeld*
　　　　　　　　　　Jordan D. Rosenfeld (MD Bar No. 13694)
　　　　　　　　　　1001 Fleet Street, 9th Floor
　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　Telephone: (410) 332-8600
　　　　　　　　　　Email: jordan.rosenfeld@saul.com

　　　　　　　　　　-and-

　　　　　　　　　　Jeffrey C. Hampton (admitted *pro hac vice*)
　　　　　　　　　　Adam H. Isenberg (admitted *pro hac vice*)
　　　　　　　　　　Turner N. Falk (admitted *pro hac vice*)
　　　　　　　　　　1500 Market Street, 38th Floor
　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　Telephone: (215) 972-7777
　　　　　　　　　　Email: jeffrey.hampton@saul.com
　　　　　　　　　　　　　adam.isenberg@saul.com
　　　　　　　　　　　　　turner.falk@saul.com

　　　　　　　　　　-and-

　　　　　　　　　　Mark Minuti (admitted *pro hac vice*)
　　　　　　　　　　Paige N. Topper (admitted *pro hac vice*)
　　　　　　　　　　Nicholas Smargiassi (admitted *pro hac vice*)
　　　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　Telephone: (302) 421-6800
　　　　　　　　　　Email: mark.minuti@saul.com
　　　　　　　　　　　　　paige.topper@saul.com
　　　　　　　　　　　　　nicholas.smargiassi@saul.com

　　　　　　　　　　*Counsel for Debtors and Debtors in Possession*