# EXHIBIT A

**COMPENSATION BY PROFESSIONAL**

55493105.2 06/06/2025

## COMPENSATION BY ATTORNEY PROFESSIONALS

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Michael A. Finio | Counsel | Corporate | 1983 | $1,080 | 0.6 | $648.00 |
| Mark Minuti | Partner | Bankruptcy | 1988 | $975 | 160.4 | $156,390.00 |
| Jeffrey C. Hampton | Partner | Bankruptcy | 1990 | $860 | 440.7 | $379,002.00 |
| Adam H. Isenberg | Partner | Bankruptcy | 1988 | $860 | 421.8 | $362,748.00 |
| Dennis J. Brennan | Partner | Corporate | 1998 | $830 | 10.7 | $8,881.00 |
| Darius C. Gambino | Partner | Litigation | 1999 | $825 | 3.3 | $2,722.50 |
| Mark D. Simpson | Partner | Litigation | 1988 | $785 | 0.6 | $471.00 |
| Monique B. DiSabatino | Partner | Bankruptcy | 2009 | $620 | 28.1 | $17,422.00 |
| Carolyn A. Pellegrini | Partner | Litigation | 2009 | $610 | 1.2 | $732.00 |
| Jordan D. Rosenfeld | Partner | Litigation | 2013 | $565 | 6.8 | $3,842.00 |
| Paige N. Topper | Associate | Bankruptcy | 2017 | $505 | 308.4 | $155,742.00 |
| Turner N. Falk | Associate | Bankruptcy | 2014 | $485 | 119.7 | $58,054.50 |
| Ashley N. Fellona | Associate | Litigation | 2018 | $485 | 8.6 | $4,171.00 |
| Emily K. Strine | Associate | Corporate | 2019 | $465 | 90.6 | $42,129.00 |
| Nicholas Smargiassi | Associate | Bankruptcy | 2023 | $355 | 270.9 | $96,169.50 |
| Maxwell M. Hanamirian | Associate | Bankruptcy | 2024 | $325 | 21.2 | $6,890.00 |
| **Total for Attorneys:** | | | | | **1,893.6** | **$1,296,014.50** |
| **Minus 50% for Non-Working Travel** | | | | | | **($20,781.75)** |
| **Grand Total for Attorneys:** | | | | | **1,893.6** | **$1,275,232.75** |

2

**COMPENSATION BY PARAPROFESSIONAL OR STAFF MEMBER**

| NAME OF PARAPROFESSIONAL OR STAFF MEMBER | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Donna H. Lewis | Paralegal | Transactional | $345 | 0.8 | $276.00 |
| Kimberly S. Crampton | Paralegal | Litigation | $315 | 0.2 | $63.00 |
| Patricia Markey | Paralegal | Litigation / Bankruptcy | $315 | 50.8 | $16,002.00 |
| Robyn E. Warren | Paraprofessional | Bankruptcy | $310 | 7.0 | $2,170.00 |
| **Total for Paraprofessionals and other staff:** | | | | **85.8** | **$18,511.00** |