# EXHIBIT B

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

55493105.2 06/06/2025

## COMPENSATION BY PROJECT CATEGORY

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Asset Sale Disposition | 700.9 | $530,239.50 |
| 2. | Business Operations | 215.1 | $166,593.50 |
| 3. | Case Administration | 286.7 | $143,450.00 |
| 4. | Claims Analysis, Objections, Proofs of Claim | 38.5 | $27,781.00 |
| 5. | Committee Matters | 50.5 | $40,372.50 |
| 6. | Creditor Inquiries | 16.5 | $7,510.00 |
| 7. | Employee Benefits Pension | 98.9 | $53,867.00 |
| 8. | Executory Contracts | 70.7 | $37,577.50 |
| 9. | Fee/Employment Applications (Saul Ewing) | 13 | $6,569.00 |
| 10. | Fee/Employment Applications (Other Professionals) | 75.7 | $33,078.50 |
| 11. | Financing and Cash Collateral | 111.1 | $86,593.50 |
| 12. | Litigation: Contested Matters and Adversary Proceedings | 5.6 | $1,988.00 |
| 13. | Non-Working Travel | 52.9 | $41,563.50 |
| 14. | Plan and Disclosure Statement | 1.6 | $568.00 |
| 15. | Preparation for and Attendance at Hearings | 101.2 | $81,132.50 |
| 16. | Relief from Stay and Adequate Protection | 2.3 | $1,729.50 |
| 17. | Statements and Schedules | 83.3 | $39,515.00 |
| 18. | UST Reports, Meetings and Issues | 25.2 | $13,215.50 |
| 19. | Utilities | 2.7 | $1,181.50 |
| | **Total:** | **1,952.4** | **$1,317,525.50** |
| | **Minus 50% for Non-Working Travel** | | **($20,781.75)** |
| | | **Grand Total** | **$1,293,743.75** |
| | | **80% of Total Compensation:** | **$1,034.995.00** |

55493105.2 06/06/2025