# EXHIBIT C

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Summary of Expenses | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total** |
| Total Cab Fare | Lyft; New York Cab; Uber | $353.63 |
| Total Certified Copies | State of Maryland, Department of Assessments and Taxation | $287.00 |
| Total Court Report Servicers | Writer's Cramp, Inc. | $708.10 |
| Total Federal Express | Federal Express | $154.43 |
| Total Filing Fees | State of Maryland, Department of Assessments and Taxation; Maryland Bankruptcy Court; GreenFiling | $7,956.30 |
| Total Good Standing Certificates | ATA Corporate Services LLC; State of Maryland, Department of Assessments and Taxation | $748.00 |
| Total Hotel | Intercontinental New York Barclay | $731.36 |
| Total Meals | Zannino's Catering | $271.12 |
| Total Mileage | N/A | $377.07 |
| Total Parking | Philadelphia Parking Authority; Premium Parking | $231.85 |
| Total Photocopying | N/A | $616.00 |
| Total Tolls | N/A | $28.00 |
| Total Transportation-Amtrak | Amtrak | $2,298.00 |
| Total Westlaw Legal Research | Westlaw Legal Research | $760.00 |
| **Total** | | **$15,520.86** |