# EXHIBIT D

## SUMMARY OF BLENDED RATE

**SUMMARY OF BLENDED HOURLY RATE**

| PROFESSIONALS | BLENDED RATE *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | BLENDED RATE *This Application* | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Senior Partners | $682.00 | $877.48 | 1,034.2 | $907,492.00 |
| Junior Partners | $570.00 | $627.38 | 39.4 | $24,718.50 |
| Counsel | $576.00 | $1,080.00 | 0.6 | $648.00 |
| Senior Associates | $428.00 | $493.26 | 527.3 | $260,096.50 |
| Junior Associates | $343.00 | $352.82 | 292.1 | $103,059.50 |
| Paraprofessionals | $298.00 | $314.81 | 58.8 | $18,511.00 |
| **Minus 50% for Non-Working Travel** | | | | ($20,781.75) |
| **Total Amount Sought for Application Period** | | | | $1,293,743.75 |
| **Blended Hourly Rate/Total fees** | | | | $662.64 |