# EXHIBIT E

## BUDGETS AND STAFFING PLANS

**January 14, 2025–February 28, 2025**

- Budgeted amount: $925,000 (actual fees were $756,360.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 5 | $565 per hour to $975 per hour |
| Counsel | 0 | N/A |
| Associate | 4 | $325 per hour to $505 per hour |
| Paraprofessional | 2 | $310 per hour to $315 per hour |
| Other (Litigation, Support, Clerical) | 1 | $160 per hour to $400 per hour |

**March 2025**

- Budgeted amount: $450,000 (actual fees were $537,383.75)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 6 | $565 per hour to $975 per hour |
| Counsel | 0 | N/A |
| Associate | 4 | $325 per hour to $505 per hour |
| Paraprofessional | 2 | $310 per hour to $315 per hour |
| Other (Litigation, Support, Clerical) | 1 | $160 per hour to $400 per hour |

55493105.2 06/06/2025