IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| In re | Case No. 25-10308 (DER) |
|---|---|
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SALE CLOSING TO UNIVERSAL DISTRIBUTION, LLC

**PLEASE TAKE NOTICE** on April 29, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed an emergency motion for Court approval of the sales of substantially all the Debtors' assets to Universal Distribution, LLC ("Universal") and Sparkle Pop, LLC.

**PLEASE TAKE FURTHER NOTICE** that on May 1, 2025, the Court entered the *Order (I) Approving Asset Purchase Agreement Among the Debtors and Universal Distribution, LLC; (II) Approving Sale of the Debtors' Alliance Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (III) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [D.I. 408] (the "Sale Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Order, the Debtors closed the sale to Universal on May 14, 2025. Attached hereto as **Exhibit A** is a schedule of executory contracts and unexpired leases that were assumed and assigned to Universal in connection with the sale.

*[Remainder of Page Left Intentionally Blank]*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Dated: June 10, 2025                           **SAUL EWING LLP**

                              By: <u>*/s/ Jordan D. Rosenfeld*</u>
                                   Jordan D. Rosenfeld (MD Bar No. 13694)
                                   1001 Fleet Street, 9th Floor
                                   Baltimore, MD 21202
                                   Telephone: (410) 332-8600
                                   Email: jordan.rosenfeld@saul.com

                                   -and-

                                   Jeffrey C. Hampton (admitted *pro hac vice*)
                                   Adam H. Isenberg (admitted *pro hac vice*)
                                   Turner N. Falk (admitted *pro hac vice*)
                                   1500 Market Street, 38th Floor
                                   Philadelphia, PA 19102
                                   Telephone: (215) 972-7777
                                   Email: jeffrey.hampton@saul.com
                                              adam.isenberg@saul.com
                                              turner.falk@saul.com
                                   -and-

                                   Mark Minuti (admitted *pro hac vice*)
                                   Paige N. Topper (admitted *pro hac vice*)
                                   Nicholas Smargiassi (admitted *pro hac vice*)
                                   1201 N. Market Street, Suite 2300
                                   Wilmington, DE 19801
                                   Telephone: (302) 421-6800
                                   Email: mark.minuti@saul.com
                                              paige.topper@saul.com
                                              nicholas.smargiassi@saul.com

                                   *Counsel for Debtors and Debtors in Possession*