# Exhibit A

# Schedule of Assumed Contracts

| Contract Counterparty | Title of Contract | Debtor Party |
|---|---|---|
| 207 Redco LLC | Commercial Lease of of 207 Redco Avenue, Red Lion, PA 17356 | Diamond Comic Distributors, Inc. |
| Advance Business Systems & Supply Company | EMS Contract | Diamond Comic Distributors, Inc. |
| Arcane Tinmen ApS | Distributor Agreement | Diamond Comic Distributors, Inc. |
| Ares Games, Srl | Premium Services Agreement | Diamond Comic Distributors, Inc. |
| Big Box Property Owner E, LLC | Commercial Lease of 2251 Picadilly Drive | Diamond Comic Distributors, Inc. |
| BNC Strategic Capital Ventures, LLC | Standard Form Industrial Lease (as amended) | Diamond Comic Distributors, Inc. |
| Burning Games | Premium Services Agreement | Diamond Comic Distributors, Inc. |
| Burning Games Sociedad Cooperativa Pequena (BRG) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Burning Wheel (GHQ) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Capstone Games, LLC (CSG) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Card Department, A Department of Bandai Co., LTD. | Sales and Distribution Agreement | Diamond Comic Distributors, Inc. |
| Chaosium, INC (CHA) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Compass Games | Flooring Agreement | Diamond Comic Distributors, Inc. |
| da Vinci Editrice S.r.l. d/b/a DV Giochi or DV Games | Fulfillment Services Agreement | Diamond Comic Distributors, Inc. |
| Dan Verssen Games | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Dave Taylor Miniatures, LLC | Flooring Agreement | Diamond Comic Distributors, Inc. |

| Contract Counterparty | Title of Contract | Debtor Party |
|---|---|---|
| Dex Protection, LLC | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Dietz Foundation Games | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Dire Wolf Digital, LLC Games, Inc. | Premium Services Agreement | Diamond Comic Distributors, Inc. |
| Draco Studios | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Electronic Systems Installers | Security System Agreement | Diamond Comic Distributors, Inc. |
| Elf Creek Games | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Evil Hat Productions, LLC | Supply Agreement | Diamond Comic Distributors, Inc. |
| Express Employment Professionals | Staffing Agreement | Diamond Comic Distributors, Inc. |
| FelgerHart, Inc. | HVAC/R Preventative Maintenance Agreement | Diamond Comic Distributors, Inc. |
| Floodgate Games (FGG) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Folded Space EOOD (FLD) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Gamelyn Games (GLG) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Genius Games, LLC (GEN) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Goodman Games LLC | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Green Ronin Publishing | Fulfillment Service Proposal | Diamond Comic Distributors, Inc. |
| Gut Bustin' Games, LLC | Premium Services Agreement | Diamond Comic Distributors, Inc. |
| Hachette Partworks LTD | Distribution Agreement | Diamond Comic Distributors, Inc. |
| Hammerdog Games (HDG) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Happy Camper Games | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Hit Point Press (HPP) | Flooring Agreement | Diamond Comic Distributors, Inc. |

| Contract Counterparty | Title of Contract | Debtor Party |
|---|---|---|
| Hush Hush Projects USA LLC (HHP) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Incredible Dream Studios, Inc. | Flooring Agreement | Diamond Comic Distributors, Inc. |
| IT Office LLC | Burglar Alarm Monitoring Agreement | Diamond Comic Distributors, Inc. |
| Jasco Games LLC dba UVS Games | Distributorship Agreement | Diamond Comic Distributors, Inc. |
| Joking Hazard LLC | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Jordan Draper Games | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Konami Digital Entertainment, Inc. | Distributorship Agreement | Diamond Comic Distributors, Inc. |
| Left Justified, LLC | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Loren Coleman (Catalyst Games) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Lucky Duck Games (LKY) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Luminary Games | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Mantic Games | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Master Staffing LLC | Information and Rate Proposal | Diamond Comic Distributors, Inc. |
| Mayday Games, INC (MDG) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Metallic Dice Games (MDG) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Monster Fight Club | Premium Services Agreement | Diamond Comic Distributors, Inc. |
| Mr. B Games | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Nauvoo Games LLC | Premium Services Agreement | Diamond Comic Distributors, Inc. |
| North Star Games, LLC (IWG) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Paizo Inc | Distribution Agreement | Diamond Comic Distributors, Inc. |
| PBW Communications | Alliance MSA | Diamond Comic Distributors, Inc. |

| Contract Counterparty | Title of Contract | Debtor Party |
|---|---|---|
| Penn Waste, Inc. | Service Agreement | Diamond Comic Distributors, Inc. |
| Primal Horizon | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Publisher Services, Inc (PSI) | Distributor Agreement | Diamond Comic Distributors, Inc. |
| PW Fund B, LP (successor to the Phillip & Jana Oates Family Trust & O.K. & B.) | Commercial Lease at 7952 W. Doe St. Visalia, California | Diamond Comic Distributors, Inc. |
| Randstad General Partner (US) LLC | Temporary Staffing Services Agreement | Diamond Comic Distributors, Inc. |
| Randstad General Partner (US) LLC | Randstad Service Terms | Diamond Comic Distributors, Inc. |
| Ravensburger North America Inc. | Lorcana Distributor Agreement | Diamond Comic Distributors, Inc. |
| Reaper Miniatures (RPR) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Renegade Games, Inc. | Fulfillment Services Agreement | Diamond Comic Distributors, Inc. |
| Republic Services, Inc. | Customer Service Agreement | Diamond Comic Distributors, Inc. |
| Republic Services, Inc. | Customer Service Agreement | Diamond Comic Distributors, Inc. |
| Republic Services, Inc. | Temporary Service Agreement | Diamond Comic Distributors, Inc. |
| Skyscraper Studios, Inc. d/b/a Roll for Combat | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Snowbright Studio | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Snowdale Design Oy | Fulfillment Services Agreement | Diamond Comic Distributors, Inc. |
| SOURCE POINT PRESS | Distribution Agreement | Diamond Comic Distributors, Inc. |
| Tasty Minstrel Games, LLC (TTT) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Tee Turtle LLC | Distribution Agreement | Diamond Comic Distributors, Inc. |
| The Army Painter | Fulfillment Agreement proposal | Diamond Comic Distributors, Inc. |
| The Little Plastic Train Company | Flooring Agreement | Diamond Comic Distributors, Inc. |

| Contract Counterparty | Title of Contract | Debtor Party |
|---|---|---|
| The Pokémon Company International, Inc. | Pokémon TCG Terms Of Sale - CIP | Diamond Comic Distributors, Inc. |
| The Upper Deck Company | Distributor Agreement | Diamond Comic Distributors, Inc. |
| Treasure Fall Games (Quest Kids) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Tyco Integrated Security LLC | Commercial Sales Agreement | Diamond Comic Distributors, Inc. |
| Ultra Pro International LLC | Hobby Distribution Program | Diamond Comic Distributors, Inc. |
| USAOPOLY, Inc. | Distributor Sales Agreement | Diamond Comic Distributors, Inc. |
| Van Ryder Games (VRG) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Wargames Atlantic LLC (WGA) | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Warlord Games | Flooring Agreement | Diamond Comic Distributors, Inc. |
| Wizards of the Coast | Distributor Agreement | Diamond Comic Distributors, Inc. |