**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF SALE CLOSING TO SPARKLE POP, LLC**

**PLEASE TAKE NOTICE** on April 29, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed an emergency motion for Court approval of the sales of substantially all the Debtors' assets to Universal Distribution, LLC, and Sparkle Pop, LLC ("Sparkle Pop").

**PLEASE TAKE FURTHER NOTICE** that on May 1, 2025, the Court entered the *Order (I) Approving Asset Purchase Agreement Among the Debtors and Sparkle Pop, LLC; (II) Approving Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (III) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [D.I. 407] (the "Sale Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Order, the Debtors closed the sale to Sparkle Pop on May 16, 2025.[2]  Pursuant to paragraph 2.3 of the Asset Purchase Agreement approved by the Sale Order, Sparkle Pop has twenty business days from the date of closing, to designate executory contracts and unexpired leases to be assumed or assigned to Sparkle Pop in connection with the sale.  The Debtors will file a motion to assume and assign the designated executory contracts and unexpired leases following the designation period set forth in the Asset Purchase Agreement.

*[Remainder of Page Left Intentionally Blank]*

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]   Sparkle Pop, LLC, asserts that such closing occurred as of May 15, 2025.  All rights of all parties are preserved regarding the closing date.

Dated: June 10, 2025                              **SAUL EWING LLP**

By:*/s/ Jordan D. Rosenfeld*
  Jordan D. Rosenfeld (MD Bar No. 13694)
  1001 Fleet Street, 9th Floor
  Baltimore, MD 21202
  Telephone: (410) 332-8600
  Email: jordan.rosenfeld@saul.com

  -and-

  Jeffrey C. Hampton (admitted *pro hac vice*)
  Adam H. Isenberg (admitted *pro hac vice*)
  Turner N. Falk (admitted *pro hac vice*)
  1500 Market Street, 38th Floor
  Philadelphia, PA 19102
  Telephone: (215) 972-7777
  Email: jeffrey.hampton@saul.com
    adam.isenberg@saul.com
    turner.falk@saul.com
  -and-

  Mark Minuti (admitted *pro hac vice*)
  Paige N. Topper (admitted *pro hac vice*)
  Nicholas Smargiassi (admitted *pro hac vice*)
  1201 N. Market Street, Suite 2300
  Wilmington, DE 19801
  Telephone: (302) 421-6800
  Email: mark.minuti@saul.com
    paige.topper@saul.com
    nicholas.smargiassi@saul.com

  *Counsel for Debtors and Debtors in Possession*