# EXHIBIT A

### TIME ENTRIES FOR FEES & EXPENSE REPORT

| Work Date | Timekeeper Name | Matter Currency | Billed Hours | Billed Amount | | Billed Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 14/01/2025 | Schultz, Sophie | GBP | 0.30 | £ | 310.50 | 1,035.00 | Getting recommendations on dilaps surveyors |
| 14/01/2025 | Goldsmith, Tal | GBP | 0.20 | £ | 207.00 | 1,035.00 | Emails re certificate of good standing |
| 15/01/2025 | Goldsmith, Tal | GBP | 0.40 | £ | 414.00 | 1,035.00 | Call with Sophie re practical aspects of dilapidations and assignment |
| 15/01/2025 | Schultz, Sophie | GBP | 0.80 | £ | 828.00 | 1,035.00 | Contacting various dilaps surveyors |
| 16/01/2025 | Schultz, Sophie | GBP | 0.30 | £ | 310.50 | 1,035.00 | Collating/chasing for quotes & sending update to Tal |
| 16/01/2025 | Benjamin, Ian | GBP | 1.00 | £ | 1,035.00 | 1,035.00 | Call with Tal re transaction (time for previous calls included here). |
| 16/01/2025 | Crowley, Sean | GBP | 0.90 | £ | 931.50 | 1,035.00 | Drafting director's cert, minutes and resolutions for UK company |
| 16/01/2025 | Goldsmith, Tal | GBP | 3.30 | £ | 3,415.50 | 1,035.00 | Call with SE re current position. Review LOI terms and organise team to draft APA, Dealing with directors' certificate, board minutes etc, liaising with Sean and Jonny, emails with potential purchaser, dealing with instructions on dilaps report |
| 16/01/2025 | Bridcut, Jonathan | GBP | 0.20 | £ | 207.00 | 1,035.00 | Emails with Tal and Matt. |
| 17/01/2025 | Benjamin, Ian | GBP | 0.50 | £ | 517.50 | 1,035.00 | Call re deal structure with Tal and Jonny |
| 17/01/2025 | Carew, Tarka | GBP | 0.40 | £ | 264.00 | 660.00 | Considering numerous emails re draft APA, corporate certificates, strategy and next steps. Call to IB re call with corporate team. |
| 17/01/2025 | Schultz, Sophie | GBP | 1.70 | £ | 1,759.50 | 1,035.00 | Multiple calls to surveyors re doing survey by middle of next week. Updating Tal. Instructing chosen surveyor. |
| 17/01/2025 | Goldsmith, Tal | GBP | 1.70 | £ | 1,759.50 | 1,035.00 | Dealing with issues on the APA and regarding dilapidations surveyor and access, emails with Saul, calls with Sophie |
| 17/01/2025 | Han, Byul | GBP | 0.90 | £ | 814.50 | 905.00 | Initial tax review of APA and gathering background information. |
| 17/01/2025 | Kinghorn, Matthew | GBP | 7.30 | £ | 5,767.00 | 790.00 | Internal calls. Emails w/ team. Marking up APA. Disc potential purchaser. |

| Work Date | Timekeeper Name | Matter Currency | Billed Hours | Billed Amount | Billed Rate | Narrative |
|---|---|---|---|---|---|---|
| 17/01/2025 | Bridcut, Jonathan | GBP | 4.00 | £ 4,140.00 | 1,035.00 | Reviewing agreed LoI. Initial review of draft APA. Calls with Tal, Ian and Matt on differences between LoI and draft APA. Emails with Saul Ewing on the same. Lining up call with Saul Ewing over weekend. |
| 18/01/2025 | Kinghorn, Matthew | GBP | 2.40 | £ 1,896.00 | 790.00 | APA mark up |
| 18/01/2025 | Freedman, Richard | GBP | 0.70 | £ 665.00 | 950.00 | Diamond - Review of emp provisions of APA |
| 19/01/2025 | Goldsmith, Tal | GBP | 1.10 | £ 1,138.50 | 1,035.00 | Prep for and attendance at call with Saul re APA, emails re surveyor |
| 19/01/2025 | Bridcut, Jonathan | GBP | 1.60 | £ 1,656.00 | 1,035.00 | Prep for and attending call with Saul Ewings on deal structure and high level APA points. Emails with potential purchaser on the same. Reviewing APA. |
| 19/01/2025 | Kinghorn, Matthew | GBP | 3.30 | £ 2,607.00 | 790.00 | APA mark up |
| 20/01/2025 | Schultz, Sophie | GBP | 0.30 | £ 310.50 | 1,035.00 | Briefing Kathryn & discussing licence to assign process |
| 20/01/2025 | Lister, Kathryn | GBP | 2.60 | £ 2,132.00 | 820.00 | Discuss background w/ Sophie Schultz. Review APA and lease and internal email setting out conditions of assignment plus process. |
| 20/01/2025 | Carew, Tarka | GBP | 0.60 | £ 396.00 | 660.00 | Emails re. APA closing mechanics (many emails). Call w potential purchaser and SH. |
| 20/01/2025 | Carew, Tarka | GBP | 0.00 | £ - | 0.00 | Internal email re meeting. |
| 20/01/2025 | Goldsmith, Tal | GBP | 0.60 | £ 621.00 | 1,035.00 | Emails re structure of US deal and how it affects UK APA |
| 20/01/2025 | Kinghorn, Matthew | GBP | 9.30 | £ 7,347.00 | 790.00 | Marking up APA. Disc potential purchaser. Call w/ potential purchaser. Emails internally. |
| 20/01/2025 | Han, Byul | GBP | 3.10 | £ 2,805.50 | 905.00 | Review and revise UK APA. |
| 20/01/2025 | Bunting, Helen | GBP | 0.20 | £ 158.00 | 790.00 | Initial emails setting up matter/our involvement. Setting up internal call with corporate team |
| 20/01/2025 | Bridcut, Jonathan | GBP | 2.90 | £ 3,001.50 | 1,035.00 | Reviewing APA received from potential purchaser. Call with potential purchaser to discuss structuring and approach to warranties. Emails with Saul Ewing on the same. Internal emails. |
| 20/01/2025 | Noor, Naeem | GBP | 0.70 | £ 651.00 | 930.00 | Review pensions warranties and email to corporate team |
| 20/01/2025 | Freedman, Richard | GBP | 0.20 | £ 190.00 | 950.00 | Emails with NN re pensions warranties |
| 21/01/2025 | Goldsmith, Tal | GBP | 1.20 | £ 1,242.00 | 1,035.00 | Call and emails re leasing issues with U.K. business, survey issues and employment issues |
| 21/01/2025 | Benjamin, Ian | GBP | 0.50 | £ 517.50 | 1,035.00 | Call with Corp and RE re lease assignment |
| 21/01/2025 | Lister, Kathryn | GBP | 1.70 | £ 1,394.00 | 820.00 | Reading various emails. Call w/ Sophie to discuss position and consider timings. Brief prep for call. Call w/ Corporate and Tal. Review email drafted by Alfie and make suggested amends. |

| Work Date | Timekeeper Name | Matter Currency | Billed Hours | Billed Amount | Billed Rate | Narrative |
|---|---|---|---|---|---|---|
| 21/01/2025 | Benjamin, Ian | GBP | 0.50 | £ 517.50 | 1,035.00 | Review emails - emails with client re property |
| 21/01/2025 | Campbell, Archie | GBP | 2.80 | £ 2,898.00 | 1,035.00 | Internal calls and background, checking property aspects, draft emails on licence to assign and survey access. |
| 21/01/2025 | Schultz, Sophie | GBP | 0.30 | £ 310.50 | 1,035.00 | Discussing timescale for licence to assign with Kitty, copy emails |
| 21/01/2025 | Freedman, Richard | GBP | 0.30 | £ 285.00 | 950.00 | Call with IB. Drafting note on I&C process for client, emailing the same to MK |
| 21/01/2025 | Bridcut, Jonathan | GBP | 3.00 | £ 3,105.00 | 1,035.00 | Reviewing and commenting on Matt's draft mark-up of the APA. Liaising with Matt on the same and overseeing its circulation to Saul Ewing. Emails internally on Real Estate and other work streams. |
| 21/01/2025 | Kinghorn, Matthew | GBP | 7.10 | £ 5,609.00 | 790.00 | Mark-up of the APA. Internal call w/ insolvency and real estate. Follow up disc w/ potential purchaser. Review of AC note. Sending mark-up of APA to potential purchaser. |
| 21/01/2025 | Han, Byul | GBP | 0.20 | £ 181.00 | 905.00 | GEM APA - tax review |
| 21/01/2025 | Bunting, Helen | GBP | 1.00 | £ 790.00 | 790.00 | Attending internal SH call re assignment/APA interaction and approaches. Internal emails. Time includes prep for call - reading in and locating/reviewing lease and title registers |
| 21/01/2025 | Kinghorn, Matthew | GBP | 0.60 | £ 474.00 | 790.00 | APA comments from potential purchaser and sending out. |
| 22/01/2025 | Stokes, Natasha | GBP | 2.40 | £ 756.00 | 315.00 | Research re: APA/sale issues. |
| 22/01/2025 | Lister, Kathryn | GBP | 0.80 | £ 656.00 | 820.00 | Consider various emails and point re full information needing to be provided in order to set clock running. |
| 22/01/2025 | Bunting, Helen | GBP | 0.30 | £ 237.00 | 790.00 | Notes from call and follow ups |
| 22/01/2025 | Bunting, Helen | GBP | 0.10 | £ 79.00 | 790.00 | Email to corporate re APA input needed from real estate |
| 22/01/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | 1,035.00 | Emails with Saul Ewing and potential purchaser on APA progress. |
| 22/01/2025 | Han, Byul | GBP | 0.80 | £ 724.00 | 905.00 | Consider VAT record retention and capital allowances points. |
| 23/01/2025 | Schultz, Sophie | GBP | 0.20 | £ 207.00 | 1,035.00 | Arranging signature and return of surveyor's T&C |
| 23/01/2025 | Lister, Kathryn | GBP | 0.10 | £ 82.00 | 820.00 | Various emails re dilaps survey. |
| 23/01/2025 | Benjamin, Ian | GBP | 2.10 | £ 2,173.50 | 1,035.00 | Emails; call with SE team to discuss Sale Contract |
| 23/01/2025 | Goldsmith, Tal | GBP | 0.70 | £ 724.50 | 1,035.00 | Catch up call with Saul re APA |

| Work Date | Timekeeper Name | Matter Currency | Billed Hours | Billed Amount | Billed Rate | Narrative |
|---|---|---|---|---|---|---|
| 23/01/2025 | Bridcut, Jonathan | GBP | 3.10 | £ 3,208.50 | 1,035.00 | Internal calls and emails with Ian and Matt and others about APA, RE aspects and other work streams. Prep for and attending call with Saul Ewing to discuss proposed APA mark-up. Liaising with Matt afterwards about required changes. Reviewing and commenting on Matt's mark-up. |
| 23/01/2025 | Kinghorn, Matthew | GBP | 2.40 | £ 1,896.00 | 790.00 | Call w/ SE. Updating APA. |
| 23/01/2025 | Bunting, Helen | GBP | 0.10 | £ 79.00 | 790.00 | Call with Matt re APA |
| 23/01/2025 | Bunting, Helen | GBP | 1.00 | £ 790.00 | 790.00 | Reviewing APA - real estate elements and commenting |
| 23/01/2025 | Bunting, Helen | GBP | 0.30 | £ 237.00 | 790.00 | Updating comments on APA |
| 24/01/2025 | Lister, Kathryn | GBP | 0.90 | £ 738.00 | 820.00 | Review email from Sophie re dilaps survey. Brief review of dilaps report. Call w/ Archie. Various emails. |
| 24/01/2025 | Benjamin, Ian | GBP | 0.30 | £ 310.50 | 1,035.00 | Emails re: DUK sale process |
| 24/01/2025 | Schultz, Sophie | GBP | 0.40 | £ 414.00 | 1,035.00 | Arranging payment of surveyor's invoice, initial review of report and comments back re minor amendments required |
| 24/01/2025 | Campbell, Archie | GBP | 0.40 | £ 414.00 | 1,035.00 | Queries on survey and emails |
| 24/01/2025 | Bridcut, Jonathan | GBP | 0.30 | £ 310.50 | 1,035.00 | Internal emails. |
| 27/01/2025 | Goldsmith, Tal | GBP | 0.30 | £ 310.50 | 1,035.00 | Emails re dilaps report |
| 27/01/2025 | Lister, Kathryn | GBP | 0.20 | £ 164.00 | 820.00 | Emails and check through further version of dilaps report. |
| 27/01/2025 | Benjamin, Ian | GBP | 0.30 | £ 310.50 | 1,035.00 | Emails re: DUK sale process |
| 27/01/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | 1,035.00 | Emails with Saul Ewing and internally about dilaps report and other aspects. |
| 28/01/2025 | Benjamin, Ian | GBP | 0.50 | £ 517.50 | 1,035.00 | Catch up call with Jonny and Tal |
| 28/01/2025 | Lister, Kathryn | GBP | 0.10 | £ 82.00 | 820.00 | Emails w/ Sophie. |
| 28/01/2025 | Goldsmith, Tal | GBP | 0.60 | £ 621.00 | 1,035.00 | Catch up call re current position |
| 28/01/2025 | Freedman, Richard | GBP | 0.50 | £ 475.00 | 950.00 | ELI table. Sending to MK |
| 28/01/2025 | Bridcut, Jonathan | GBP | 0.30 | £ 310.50 | 1,035.00 | Emails with potential purchaser on APA and internally about employment info needed. |
| 29/01/2025 | Lister, Kathryn | GBP | 0.10 | £ 82.00 | 820.00 | Emails re payment to be made to surveyor. |
| 29/01/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | 1,035.00 | Sending employment info required to Saul Ewing. |
| 30/01/2025 | Goldsmith, Tal | GBP | 0.40 | £ 414.00 | 1,035.00 | Emails with Paige re terms of engagement and with Jeffrey and Adam re position of universal |
| 31/01/2025 | Bunting, Helen | GBP | 0.10 | £ 79.00 | 790.00 | Chasing buyer's solicitor for guarantor information |

| Work Date | Timekeeper Name | Matter Currency | Billed Hours | Billed Amount | | Billed Rate | Narrative |
|---|---|---|---|---|---|---|---|
| 10/02/2025 | Benjamin, Ian | GBP | 1.00 | £ | 1,035.00 | 1,035.00 | Review special counsel application and declaration - mark up. |
| 12/02/2025 | Benjamin, Ian | GBP | 1.00 | £ | 1,035.00 | 1,035.00 | Retention application - review, mark up - emails |
| 03/03/2025 | Benjamin, Ian | GBP | 0.20 | £ | 207.00 | 1,035.00 | Emails with Bus Acc re updating searches monthly for ch11 applications |
| 14/03/2025 | Benjamin, Ian | GBP | 1.20 | £ | 1,242.00 | 1,035.00 | Catch up call with SE and Tal and Bill Henrich |
| 14/03/2025 | Goldsmith, Tal | GBP | 1.70 | £ | 1,759.50 | 1,035.00 | Call with Saul re current position update, call with RSM re update and organising follow up |
| 19/03/2025 | Goldsmith, Tal | GBP | 1.40 | £ | 1,449.00 | 1,035.00 | Prep for, attendance at and follow up after call with Saul, Bill and RSM |
| 24/03/2025 | Siddall, Fiona | GBP | 0.80 | £ | 596.00 | 745.00 | Review and consideration of the Act and Rules to place an unlimited company into administration |
| | | | 100.70 | £ | 90,926.50 | | |

**Expense Report**

| Date | Fee Earner | Currency | Amount | Item |
|---|---|---|---|---|
| 21/01/2025 | Bunting, Helen | GBP | £7.00 | Fee for downloading official copy of the property information from Land Registry for title CH314196 |
| 21/01/2025 | Bunting, Helen | GBP | £7.00 | Fee for downloading official copy of the property information from Land Registry for title CH659132 |
| | | | £14.00 | |

5