## Exhibit A

Summary of Fees and Expenses by Activity Category

Case 25-10308   Doc 505-2   Filed 06/12/25   Page 1 of 2

**Getzler Henrich & Associates**
**Summary of Fees and Expenses by Category**
**April 01, 2025 to April 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Activity Description | Hours | Fees |
|---|---|---|
| Accounting | 30.4 | $ 15,048.00 |
| BOD issues | 10.9 | 8,379.50 |
| Business Ops | 61.9 | 42,343.50 |
| Case Admin. | 2.8 | 1,575.00 |
| Cash Flow | 67.4 | 46,885.00 |
| Cash Management | 39.7 | 25,489.50 |
| Comp Issues | 1.0 | 755.00 |
| Court Prep | 181.0 | 124,352.00 |
| Employment and Fee App | 7.6 | 4,935.00 |
| IT Network Hardware Software | 22.1 | 10,954.50 |
| Litigation Matters & Support | 1.8 | 1,519.00 |
| Meetings with Creditors | 10.2 | 7,706.00 |
| Reporting | 62.9 | 34,787.50 |
| Sale of Business | 451.2 | 311,761.00 |
| Supplier Issues | 27.2 | 18,654.00 |
| Travel | 115.0 | 36,068.00 |
| **Total** | **1062.7** | **$ 691,212.50** |

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 8,389.83 |
| Airfare | 1,968.00 |
| Auto Fuel | 345.16 |
| Auto Parking | 437.11 |
| Auto Rental | 2,136.97 |
| Auto Tolls | 301.60 |
| Car Rental/Ground Transportation | 4,502.37 |
| Internet Connection | 178.58 |
| Meals | 5,203.98 |
| Train | 2,746.50 |
| **Total** | **$ 26,210.10** |

| | |
|---|---|
| **Total Fees & Expenses** | **$ 717,422.60** |