## **Exhibit B**

Summary of Professionals and Fees

**Getzler Henrich & Associates**
**Summary of Professionals and Fees**
**April 01, 2025 to April 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Professional | Position | Functional Areas | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Henrich | Principal | Restructuring Advisor | $ 855 | 150.7 | $ 123,504.75 |
| Robert Gorin | Senior Managing Director | Restructuring Advisor | $ 755 | 302.6 | $ 221,819.00 |
| Ramy Aly | Senior Director | Business Plan Analysis | $ 645 | 303.8 | $ 185,050.50 |
| Waleed Aly | Director | Business Plan Analysis Support | $ 525 | 256.6 | $ 125,396.25 |
| Brandon Kim | Senior Associate | Business Plan Analysis Support | $ 495 | 45.4 | $ 20,740.50 |
| Carl Finkbeiner | Data Engineer | Business Plan Analysis Support | $ 495 | 34.0 | $ 14,701.50 |
| **Total** | | | | **1093.1** | **$ 691,212.50** |