**Exhibit C**

Summary of Itemized Out-of-Pocket Expenses

Case 25-10308    Doc 505-4    Filed 06/12/25    Page 1 of 7

**Summary of Expenses**

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 8,389.83 |
| Airfare | $ 1,968.00 |
| Auto Fuel | $ 345.16 |
| Auto Parking | $ 437.11 |
| Auto Rental | $ 2,136.97 |
| Auto Tolls | $ 301.60 |
| Car Rental/Ground Transportation | $ 4,502.37 |
| Computer Services & Supplies | $ 178.58 |
| Meals | $ 5,203.98 |
| Train | $ 2,746.50 |
| **Grand Total** | **$ 26,210.10** |

**Accommodations Hotel/Motel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 4/3/2025 | $ 717.82 | 4 nights hotel near client site 3/31-4/03 |
| Ramy Aly | 4/4/2025 | $ 932.42 | Hotel - Baltimore 3/31-4/04 |
| Waleed Aly | 4/4/2025 | $ 498.05 | Hotel by client office 4/01-4/03 |
| Ramy Aly | 4/9/2025 | $ 857.87 | Hotel in Baltimore 4/06 - 4/09 |
| Waleed Aly | 4/9/2025 | $ 596.25 | Hotel by client office 4/06 - 4/08 |
| Robert Gorin | 4/10/2025 | $ 1,180.89 | 6 nights hotel stay at client 4/06 - 4/11 |
| William Henrich | 4/6/2025 | $ 195.05 | Baltimore Hotel re: Court hearing - 1st night's stay |
| William Henrich | 4/7/2025 | $ 195.05 | Baltimore Hotel - 2nd night's stay re Court hearing |
| Ramy Aly | 4/17/2025 | $ 699.90 | Hotel by client HQ 4/14 -4/18 |
| Robert Gorin | 4/17/2025 | $ 549.32 | Hotel stay at client site 4/14 -4/17 |
| Ramy Aly | 4/24/2025 | $ 585.72 | Hotel by client HQ in MD 4/21-4/24 |
| Waleed Aly | 4/25/2025 | $ 712.74 | Hotel by client office 4/21-4/25 |
| Carl Finkbeiner | 4/25/2025 | $ 668.75 | Hotel by client office 4/21-4/25 |
| **Total** | | **$ 8,389.83** | |

**Airfare**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 4/10/2025 | $ 525.04 | Flight to Florida for meeting with J. Walker, D. Hirsch |
| Robert Gorin | 4/10/2025 | $ 1,046.96 | Round trip flight to client for next week |
| Robert Gorin | 4/16/2025 | $ 396.00 | Flight change for trip home week ending 04-16-25 |
| **Total** | | **$ 1,968.00** | |

**Auto Fuel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 4/3/2025 | $ 39.66 | Fuel |
| Waleed Aly | 4/4/2025 | $ 26.57 | Gas |
| Ramy Aly | 4/6/2025 | $ 45.60 | Fuel |
| Ramy Aly | 4/11/2025 | $ 48.73 | Fuel |
| Ramy Aly | 4/14/2025 | $ 42.70 | Fuel for car rental |
| Ramy Aly | 4/18/2025 | $ 40.30 | Fuel for rental |
| Ramy Aly | 4/21/2025 | $ 44.81 | Fuel for car rental |
| Ramy Aly | 4/24/2025 | $ 15.38 | Fuel for rental return |
| Ramy Aly | 4/28/2025 | $ 41.41 | Fuel for rental |
| **Total** | | **$ 345.16** | |

**Auto Parking**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 4/2/2025 | $ 39.65 | Parking - Saul Ewing Office Baltimore |

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 4/6/2025 | $ 45.65 | Parking by SE Office |
| Ramy Aly | 4/7/2025 | $ 48.95 | Overnight Parking by Baltimore SE Office |
| Ramy Aly | 4/8/2025 | $ 48.95 | Overnight Parking by SE Baltimore Office |
| Ramy Aly | 4/9/2025 | $ 48.95 | Overnight Parking Garage |
| Ramy Aly | 4/17/2025 | $ 39.99 | Parking by SE office downtown MD |
| Ramy Aly | 4/21/2025 | $ 15.00 | Overnight hotel parking by client HQ |
| Ramy Aly | 4/22/2025 | $ 15.00 | Overnight hotel parking by client HQ |
| Ramy Aly | 4/23/2025 | $ 15.00 | Overnight hotel parking by client HQ |
| Ramy Aly | 4/28/2025 | $ 39.99 | Overnight parking by the hotel |
| Ramy Aly | 4/29/2025 | $ 39.99 | Overnight parking by hotel |
| Ramy Aly | 4/30/2025 | $ 39.99 | Overnight parking by hotel |
| **Total** | | **$ 437.11** | |

**Auto Rental**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 4/4/2025 | $ 283.97 | Car rental for client site visit |
| Ramy Aly | 4/11/2025 | $ 902.22 | Car rental - two weeks 3/31-4/11 |
| Ramy Aly | 4/18/2025 | $ 548.93 | Car rental 4/13-4/18 |
| Ramy Aly | 4/24/2025 | $ 401.85 | Car rental for client HQ visit |
| **Total** | | **$ 2,136.97** | |

**Auto Tolls**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 4/3/2025 | $ 44.50 | Tolls from MD |
| Ramy Aly | 4/6/2025 | $ 41.90 | Tolls from MD |
| Ramy Aly | 4/11/2025 | $ 44.75 | Tolls from MD |
| Ramy Aly | 4/14/2025 | $ 41.90 | Tolls to MD |
| Ramy Aly | 4/17/2025 | $ 44.75 | Tolls from MD |
| Ramy Aly | 4/21/2025 | $ 41.90 | Tolls to MD |
| Ramy Aly | 4/28/2025 | $ 41.90 | Tolls to MD |
| **Total** | | **$ 301.60** | |

**Car Rental/Ground Transportation**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 4/1/2025 | $ 37.74 | Uber to court |
| Waleed Aly | 4/1/2025 | $ 78.95 | Uber |
| Waleed Aly | 4/1/2025 | $ 14.95 | Uber to rental |
| Waleed Aly | 4/1/2025 | $ 164.00 | Train to company |
| Ramy Aly | 4/2/2025 | $ 43.72 | Uber to court from SE office |
| Ramy Aly | 4/2/2025 | $ 45.17 | Uber from court to SE office |
| Waleed Aly | 4/4/2025 | $ 351.00 | Amtrak home |
| Waleed Aly | 4/4/2025 | $ 42.74 | Lyft from train station |
| William Henrich | 4/5/2025 | $ 18.00 | Diamond - Uber - fmr Saul Ewing Office to current Saul Ewing Office |
| William Henrich | 4/5/2025 | $ 19.28 | Uber - Balt Penn Station to fmr Saul Ewing Office |
| William Henrich | 4/5/2025 | $ 48.98 | Diamond - Uber - Saul Ewing Office to Baltimore Penn Station |
| Ramy Aly | 4/6/2025 | $ 47.77 | Uber to hotel |
| Waleed Aly | 4/6/2025 | $ 296.00 | Amtrak to company |
| Waleed Aly | 4/6/2025 | $ 20.97 | Uber to hotel |
| Waleed Aly | 4/6/2025 | $ 84.92 | Uber to train |
| Waleed Aly | 4/6/2025 | $ 17.58 | Uber to saul ewing |
| Robert Gorin | 4/6/2025 | $ 15.84 | Lyft from hotel to Saul Ewing office |
| Waleed Aly | 4/7/2025 | $ 31.22 | Uber to courthouse |
| Waleed Aly | 4/7/2025 | $ 35.22 | Uber from courthouse to Saul Ewing |
| Waleed Aly | 4/7/2025 | $ 33.48 | Uber to courthouse |
| Waleed Aly | 4/7/2025 | $ 35.48 | Uber from courthouse |

| Name | Date | Amount | Description |
|---|---|---|---|
| Robert Gorin | 4/7/2025 | $ 36.83 | Uber from hotel to Saul Ewing offices for B Henrich, R Aly, W Aly, R Gorin |
| Waleed Aly | 4/8/2025 | $ 32.14 | Uber to hotel |
| Robert Gorin | 4/8/2025 | $ 23.47 | Uber to hotel from working dinner with client |
| Robert Gorin | 4/8/2025 | $ 21.33 | Uber to working dinner with client |
| Waleed Aly | 4/9/2025 | $ 43.91 | Uber from train station |
| Robert Gorin | 4/10/2025 | $ 97.60 | Uber from office to LGA |
| Ramy Aly | 4/11/2025 | $ 43.89 | Uber from Hertz |
| Robert Gorin | 4/11/2025 | $ 64.70 | Lyft from airport to home |
| William Henrich | 4/12/2025 | $ 24.67 | Uber - Baltimore Penn Sta to Saul Ewing |
| William Henrich | 4/12/2025 | $ 23.24 | Uber - Saul Ewing to N Rack/Harbor East re Court hearing |
| William Henrich | 4/12/2025 | $ 35.75 | Uber - Saul Ewing to Baltimore Penn Sta re Court hearing |
| William Henrich | 4/12/2025 | $ 22.77 | Uber - N Rack/Harbor East to Saul Ewing re Court hearing |
| William Henrich | 4/12/2025 | $ 43.27 | Uber - Saul Ewing to Renaissance Hotel re Court hearing |
| Ramy Aly | 4/14/2025 | $ 42.51 | Uber to car rental |
| Robert Gorin | 4/14/2025 | $ 53.60 | Uber to FL airport |
| Robert Gorin | 4/14/2025 | $ 72.25 | Uber from BWI to client site |
| Robert Gorin | 4/14/2025 | $ 20.75 | Uber from client site to hotel |
| Robert Gorin | 4/17/2025 | $ 70.54 | Uber from FL to home |
| Robert Gorin | 4/17/2025 | $ 44.35 | Uber to BWI |
| Ramy Aly | 4/18/2025 | $ 43.60 | Uber from car rental drop off |
| Ramy Aly | 4/21/2025 | $ 45.18 | Uber to car rental |
| Waleed Aly | 4/21/2025 | $ 47.65 | Uber to train |
| Waleed Aly | 4/21/2025 | $ 30.92 | Uber to company |
| Waleed Aly | 4/21/2025 | $ 277.00 | Transportation to company |
| Waleed Aly | 4/21/2025 | $ 31.50 | Uber to hotel |
| Carl Finkbeiner | 4/21/2025 | $ 30.05 | Uber from Baltimore train station to client site |
| Brandon Kim | 4/21/2025 | $ 40.45 | Ride from train station to hotel |
| Brandon Kim | 4/21/2025 | $ 32.96 | Ride from hotel to office |
| Ramy Aly | 4/22/2025 | $ 38.30 | Lyft for R. Gorin at client site |
| Robert Gorin | 4/22/2025 | $ 165.95 | Uber Ronald Regan Airport to client |
| Robert Gorin | 4/22/2025 | $ 84.06 | Uber to FLL airport |
| Carl Finkbeiner | 4/23/2025 | $ 15.90 | Uber from hotel to client site with B Kim |
| Robert Gorin | 4/23/2025 | $ 41.37 | Uber to train station |
| Robert Gorin | 4/23/2025 | $ 53.22 | Uber to hotel |
| Ramy Aly | 4/24/2025 | $ 103.92 | Uber home from train station |
| Ramy Aly | 4/24/2025 | $ 31.40 | Uber from car rental to Amtrak |
| Waleed Aly | 4/24/2025 | $ 30.70 | Uber |
| Carl Finkbeiner | 4/24/2025 | $ 38.08 | Uber from client site to baltimore penn train station |
| Robert Gorin | 4/24/2025 | $ 121.32 | Uber from FLL to home |
| Robert Gorin | 4/24/2025 | $ 31.23 | Uber from hotel to Ronald Reagan Airport |
| Brandon Kim | 4/24/2025 | $ 41.14 | Ride to train station |
| Brandon Kim | 4/24/2025 | $ 17.57 | DC office to hotel |
| Brandon Kim | 4/24/2025 | $ 26.29 | Ride from hotel to office with Carl |
| Waleed Aly | 4/25/2025 | $ 327.00 | Transportation back from company |
| Waleed Aly | 4/25/2025 | $ 55.85 | Lyft |
| Ramy Aly | 4/28/2025 | $ 39.71 | Uber to car rental |
| Waleed Aly | 4/29/2025 | $ 38.97 | Uber to company |
| Waleed Aly | 4/29/2025 | $ 64.95 | Uber to train |
| Waleed Aly | 4/29/2025 | $ 130.00 | Transportation to company |
| Ramy Aly | 4/30/2025 | $ 29.20 | Uber to SE office |
| Ramy Aly | 4/30/2025 | $ 22.81 | Uber from courthouse to SE office |
| Ramy Aly | 4/30/2025 | $ 29.48 | Uber from SE office to hotel |
| Waleed Aly | 4/30/2025 | $ 44.06 | Uber to hotel |
| **Total** | | **$ 4,502.37** | |

**Computer Services & Supplies**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Carl Finkbeiner | 4/24/2025 | $ 178.58 | Hard drive for archive of Diamond company data |
| **Total** | | **$ 178.58** | |

**Meals**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 4/1/2025 | $ 39.64 | Breakfast - R. Aly, R. Gorin |
| Ramy Aly | 4/1/2025 | $ 24.75 | Lunch by client site |
| Waleed Aly | 4/1/2025 | $ 21.24 | Working breakfast |
| Waleed Aly | 4/1/2025 | $ 32.91 | Dinner |
| Waleed Aly | 4/1/2025 | $ 6.99 | Water |
| Waleed Aly | 4/1/2025 | $ 96.68 | Working lunch - W. Aly, R. Gorin, R. Aly |
| Ramy Aly | 4/2/2025 | $ 167.09 | Working dinner - R. Gorin, W. Aly, R. Aly |
| Ramy Aly | 4/2/2025 | $ 38.90 | Breakfast - R. Aly, R. Gorin, W. Aly |
| Waleed Aly | 4/1/2025 | $ 139.62 | Working dinner - W. Aly, R. Gorin, R. Aly |
| Ramy Aly | 4/3/2025 | $ 35.60 | Breakfast - R. Aly, R. Gorin |
| Ramy Aly | 4/3/2025 | $ 44.51 | Working dinner during client site visit |
| Ramy Aly | 4/3/2025 | $ 28.90 | Lunch during client site visit |
| Waleed Aly | 4/3/2025 | $ 30.67 | Working dinner |
| Robert Gorin | 4/3/2025 | $ 22.04 | Working dinner |
| Robert Gorin | 4/3/2025 | $ 17.33 | Working lunch |
| Waleed Aly | 4/4/2025 | $ 15.22 | Working breakfast |
| Waleed Aly | 4/4/2025 | $ 26.42 | Working lunch |
| Robert Gorin | 4/4/2025 | $ 14.80 | Working breakfast |
| Robert Gorin | 4/4/2025 | $ 34.09 | Working dinner |
| Robert Gorin | 4/4/2025 | $ 27.41 | Working lunch |
| Robert Gorin | 4/5/2025 | $ 30.03 | Working breakfast |
| Robert Gorin | 4/5/2025 | $ 38.37 | Working dinner |
| Robert Gorin | 4/5/2025 | $ 17.26 | Working lunch |
| William Henrich | 4/5/2025 | $ 11.95 | Diamond - Bkfst - Penn Station travel to Baltimore |
| William Henrich | 4/5/2025 | $ 19.79 | Diamond - Dinner - Faber/Amtrak |
| Ramy Aly | 4/6/2025 | $ 22.55 | Breakfast in Baltimore - prep for court |
| Ramy Aly | 4/6/2025 | $ 23.90 | Dinner in Baltimore - prep for court |
| Ramy Aly | 4/6/2025 | $ 34.28 | Lunch in Baltimore - prep for court |
| Waleed Aly | 4/6/2025 | $ 24.71 | Working lunch |
| Robert Gorin | 4/6/2025 | $ 13.22 | Working breakfast |
| Ramy Aly | 4/7/2025 | $ 21.55 | Breakfast in Baltimore |
| Ramy Aly | 4/7/2025 | $ 53.05 | Dinner in Baltimore - GH Team |
| Ramy Aly | 4/7/2025 | $ 64.16 | Lunch for debtor team |
| Waleed Aly | 4/7/2025 | $ 22.19 | Breakfast in MD |
| Robert Gorin | 4/7/2025 | $ 19.02 | Late night snacks while working |
| Ramy Aly | 4/8/2025 | $ 47.76 | Breakfast at MD, W. Aly, R. Aly |
| Ramy Aly | 4/8/2025 | $ 24.77 | Working dinner |
| Ramy Aly | 4/8/2025 | $ 28.98 | Lunch at in MD prepping for court |
| Waleed Aly | 4/8/2025 | $ 49.08 | Working dinner |
| Robert Gorin | 4/8/2025 | $ 11.35 | Working breakfast |
| Robert Gorin | 4/8/2025 | $ 530.28 | Working dinner with S. Geppi and B. Olgivy |
| Ramy Aly | 4/9/2025 | $ 31.72 | Breakfast while at client site in MD |
| Ramy Aly | 4/9/2025 | $ 41.97 | Working Dinner at client site |
| Ramy Aly | 4/9/2025 | $ 34.90 | Lunch at client site in MD |
| Waleed Aly | 4/9/2025 | $ 17.64 | Breakfast in Maryland |
| Waleed Aly | 4/9/2025 | $ 41.05 | Dinner while traveling and working |
| Waleed Aly | 4/9/2025 | $ 48.41 | Working lunch |
| Robert Gorin | 4/9/2025 | $ 16.47 | Working breakfast |

| Name | Date | Amount | Description |
|---|---|---|---|
| Robert Gorin | 4/9/2025 | $ 37.94 | Working lunch |
| Robert Gorin | 4/10/2025 | $ 21.39 | Dinner while traveling and working |
| William Henrich | 4/12/2025 | $ 11.02 | Breakfast NY Penn Sta - travel to MD |
| William Henrich | 4/12/2025 | $ 627.60 | Working dinner - J. Hampton, A. Isenberg, P. Topper, R. Gorin, R. Aly, W. Aly & |
| William Henrich | 4/12/2025 | $ 48.22 | Working lunch - Kneads - whh |
| Ramy Aly | 4/14/2025 | $ 22.10 | Breakfast during travel to HQ |
| Ramy Aly | 4/14/2025 | $ 36.75 | Working dinner - client HQ |
| Ramy Aly | 4/14/2025 | $ 28.98 | Working lunch client HQ |
| Robert Gorin | 4/14/2025 | $ 17.87 | Working lunch - during calls regarding post sale transition |
| Ramy Aly | 4/15/2025 | $ 39.90 | Breakfast by HQ - R. Aly, R. Gorin |
| Ramy Aly | 4/15/2025 | $ 82.38 | Working dinner - R. Aly & R. Gorin |
| Ramy Aly | 4/15/2025 | $ 48.82 | Lunch at HQ - R. Aly & R. Gorin |
| Ramy Aly | 4/16/2025 | $ 39.90 | Breakfast by HQ - R. Aly, R. Gorin |
| Ramy Aly | 4/16/2025 | $ 99.21 | Working dinner at client site - R. Aly & R. Gorin |
| Ramy Aly | 4/16/2025 | $ 46.25 | Lunch at client site - R. Aly, R. Gorin, T. Garey |
| Ramy Aly | 4/17/2025 | $ 36.71 | Breakfast by client site - R. Aly & R. Gorin |
| Ramy Aly | 4/17/2025 | $ 41.13 | Dinner in MD while traveling |
| Ramy Aly | 4/17/2025 | $ 115.24 | Working lunch in Baltimore - R. Aly, R. Gorin, P. Topper |
| Robert Gorin | 4/17/2025 | $ 19.80 | Dinner while travel and on client calls |
| Ramy Aly | 4/21/2025 | $ 39.40 | Work dinner - client HQ |
| Ramy Aly | 4/21/2025 | $ 18.55 | Breakfast during travel to HQ |
| Ramy Aly | 4/21/2025 | $ 31.33 | Lunch at client HQ |
| Waleed Aly | 4/21/2025 | $ 41.90 | Work dinner - client HQ |
| Waleed Aly | 4/21/2025 | $ 11.25 | Breakfast by client HQ |
| Waleed Aly | 4/21/2025 | $ 22.92 | Working lunch by client office |
| Carl Finkbeiner | 4/21/2025 | $ 33.47 | Dinner delivery to hotel |
| Carl Finkbeiner | 4/21/2025 | $ 6.19 | Breakfast Moynihan Train Hall during travel to client |
| Carl Finkbeiner | 4/21/2025 | $ 20.63 | Working lunch at client site |
| Ramy Aly | 4/22/2025 | $ 259.12 | Working dinner - R. Aly, W. Aly, B. Kim, C. Finkbeiner |
| Ramy Aly | 4/22/2025 | $ 31.50 | Breakfast/Coffee by client HQ - R. Aly, B. Kim |
| Waleed Aly | 4/22/2025 | $ 94.82 | Lunch - W. Aly, R. Aly, C. Finkbeiner |
| Carl Finkbeiner | 4/22/2025 | $ 11.34 | Breakfast during client visit |
| Robert Gorin | 4/22/2025 | $ 17.57 | Breakfast while traveling and working |
| Ramy Aly | 4/23/2025 | $ 36.10 | Working dinner - client HQ |
| Ramy Aly | 4/23/2025 | $ 37.55 | Breakfast by client HQ - R. Aly, W. Aly |
| Waleed Aly | 4/23/2025 | $ 121.65 | Working lunch - R. Gorin, W. Aly, R. Aly, B. Kim |
| Carl Finkbeiner | 4/23/2025 | $ 6.57 | Coffee during client visit |
| Robert Gorin | 4/23/2025 | $ 21.90 | Working dinner |
| Robert Gorin | 4/23/2025 | $ 14.31 | Snack and soda while working late |
| Brandon Kim | 4/23/2025 | $ 28.74 | Dinner + water |
| Brandon Kim | 4/23/2025 | $ 50.10 | Coffee + breakfast for B. Kim, R. Aly, R. Gorin, C. Finkbeiner |
| Ramy Aly | 4/24/2025 | $ 22.75 | Dinner while traveling |
| Ramy Aly | 4/24/2025 | $ 19.95 | Breakfast by client site |
| Ramy Aly | 4/24/2025 | $ 22.67 | Lunch by client site |
| Waleed Aly | 4/24/2025 | $ 103.38 | Working lunch - W. Aly, B. Kim, C. Finkeinber |
| Carl Finkbeiner | 4/24/2025 | $ 9.16 | Coffee during client visit |
| Robert Gorin | 4/24/2025 | $ 14.25 | Lunch while traveling and working |
| Brandon Kim | 4/24/2025 | $ 35.93 | Coffee + breakfast for B. Kim + C. Finkbeiner |
| Ramy Aly | 4/28/2025 | $ 23.98 | Breakfast during travel to HQ |
| Ramy Aly | 4/28/2025 | $ 37.18 | Work dinner - client HQ |
| Ramy Aly | 4/28/2025 | $ 26.35 | Lunch at client HQ |
| Ramy Aly | 4/29/2025 | $ 19.75 | Breakfast by client HQ |
| Ramy Aly | 4/29/2025 | $ 47.94 | Dinner by client HQ - W. Aly & R. Aly |
| Ramy Aly | 4/29/2025 | $ 29.86 | Lunch at client HQ |
| Waleed Aly | 4/29/2025 | $ 17.45 | Breakfast |

| | | | |
|---|---|---|---|
| Waleed Aly | 4/29/2025 | $ 51.36 | Lunch |
| Ramy Aly | 4/30/2025 | $ 23.40 | Breakfast by SE office - prep for court |
| Ramy Aly | 4/30/2025 | $ 32.46 | Coffee for R. Gorin and debtor team |
| Waleed Aly | 4/30/2025 | $ 48.78 | Dinner |
| Waleed Aly | 4/30/2025 | $ 34.04 | Lunch at client site |
| **Total** | | **$ 5,203.98** | |

**Train**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| William Henrich | 4/5/2025 | $ 725.00 | Diamond - Amtrak - NY-Balt-NY re: sale and KEIP/KERP Court hearing |
| William Henrich | 4/5/2025 | $ 14.50 | Diamond - LIRR - to -NYP-to LI |
| William Henrich | 4/5/2025 | $ 460.00 | Diamond - Amtrak - NYP-BALT-NYP continued sale hearing |
| William Henrich | 4/12/2025 | $ 54.00 | Amtrak - fare differential with train change re: Court hearing |
| William Henrich | 4/12/2025 | $ 92.00 | Amtrak - fare difference w/ 2nd train change re Court hearing |