**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 443** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF
AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A
CHAPTER 11 PLAN AND SOLICIT VOTES THEREON**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1.      On May 13, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon* [D.I. 443] (the "Motion").

2.      Pursuant to the Motion, objections to the Motion were to be filed on or before May 27, 2025 (the "Objection Deadline"), which was extended for the Official Committee of Unsecured Creditors (the "Committee") to June 13, 2025.

3.      Before the Objection Deadline, the Committee sent informal comments to the proposed order attached to the Motion (the "Proposed Order").  No other informal comments or formal objections were filed in response to the Motion.

---

[1]      The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

4.      The Debtors have resolved the Committee's comments through revisions to the Proposed Order.  A revised Proposed Order is attached hereto as **Exhibit A** (the "Revised Proposed Order").  Attached hereto as **Exhibit B** is a redline of the Revised Proposed Order that reflects the changes made to the Proposed Order filed with the Motion.

5.      Accordingly, pursuant to rule 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: June 16, 2025                              **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
      Jordan D. Rosenfeld (MD Bar No. 13694)
      1001 Fleet Street, 9th Floor
      Baltimore, MD 21202
      Telephone: (410) 332-8600
      Email: jordan.rosenfeld@saul.com

      -and-

      Jeffrey C. Hampton (admitted *pro hac vice*)
      Adam H. Isenberg (admitted *pro hac vice*)
      Turner N. Falk (admitted *pro hac vice*)
      1500 Market Street, 38th Floor
      Philadelphia, PA 19102
      Telephone: (215) 972-7777
      Email: jeffrey.hampton@saul.com
            adam.isenberg@saul.com
            turner.falk@saul.com
      -and-

      Mark Minuti (admitted *pro hac vice*)
      Paige N. Topper (admitted *pro hac vice*)
      Nicholas Smargiassi (admitted *pro hac vice*)
      1201 N. Market Street, Suite 2300
      Wilmington, DE 19801
      Telephone: (302) 421-6800
      Email: mark.minuti@saul.com
            paige.topper@saul.com
            nicholas.smargiassi@saul.com
      *Counsel for Debtors and Debtors in Possession*