IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 11, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Sale Closing to Universal Distribution, LLC [Docket No. 499]**

Dated: June 16, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 16th day of June, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **EXHIBIT A**

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Action Figure Authority Inc | Adams and Reese LLP | Attn: Nikolaus F Schandlbauer, Esq / Lauren A Baio, Esq<br>20 F St, Ste 500<br>Washington, DC 20001 | lianna.sarasola@arlaw.com;<br>nick.schandlbauer@arlaw.com | Email |
| *NOA - Counsel for Image Comics, Inc | BakerHostetler LLP | Attn: Adam L Fletcher, Esq/Scott E Prince, Esq<br>Key Twr<br>127 Public Sq, Ste 2000<br>Cleveland, OH 44114 | afletcher@bakerlaw.com;<br>sprince@bakerlaw.com | Email |
| *NOA - Counsel to Integrated Connection, LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M Capuzzi/Jared C Hoffman<br>1313 N Market St, Ste 1201<br>Wilmington, DE 19801 | jhoffman@beneschlaw.com;<br>kcapuzzi@beneschlaw.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Cole Schotz P.C. | Attn: Gary H Leibowitz/HC Jones III<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | gleibowitz@coleschotz.com;<br>hjones@coleschotz.com | Email |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | kevin.kobbe@us.dlapiper.com | Email |
| *NOA - Counsel for Kathy Govier | Gohn Hankey & Berlage LLP | Attn: Jan I Berlage<br>201 N Charles St, Ste 2101<br>Baltimore, MD 21201 | jberlage@ghsllp.com | Email |
| *NOA - Counsel to NECA LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R Winters/Stephanie R Sweeney<br>Attn: Andrew C Brown<br>200 W 41st St, 17th Fl<br>New York, NY 10036-7023 | abrown@klestadt.com;<br>iwinters@klestadt.com;<br>ssweeney@klestadt.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Bruce S Nathan/Gianfranco Finizio<br>Attn: Chelsea R Frankel<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | bnathan@lowenstein.com;<br>cfrankel@lowenstein.com;<br>gfinizio@lowenstein.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Michael Papandrea<br>1 Lowenstein Dr<br>Roseland, NJ 07068 | mpapandrea@lowenstein.com | Email |
| *NOA - Counsel for Dynamic Forces, Inc | Mcnamee Hosea, P.A. | Attn: Justin P Fasano<br>6404 Ivy Ln, Ste 820<br>Greenbelt, MD 20770 | jfasano@mhlawyers.com | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Brenna Bird Hoover<br>State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office Of The Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office Of The Attorney General | 441 4th St Nw, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Bob Ferguson<br>1125 Washington St Se<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| *NOA - Counsel for New York State Department of Taxation and Finance (NYSTAX) | Office of the New York State Attorney General | Attn: Robert J Rock<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341 | robert.rock@ag.ny.gov | Email |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: David WT Daniels<br>700 13th St, NW, Ste 600<br>Washington, DC 20005 | DDaniels@perknscoie.com | Email |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: Sara L Chenetz<br>1888 Century Park E, Ste 1700<br>Los Angeles, CA 90067-1721 | SChenetz@perkinscoie.com | Email |
| *NOA - Counsel for Basic Fun, Inc. | Polsinelli PC | Attn: D Jack Blum/Mark B Joachim<br>1401 Eye St, NW, Ste 800<br>Washington, DC 20005 | jack.blum@polsinelli.com;<br>mjoachim@polsinelli.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Ropers Majeski | Attn: Steven G Polard<br>801 S Figueroa St, Ste 2100<br>Los Angeles, CA 90017 | steven.polard@ropers.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Jeffrey C Hampton/Adam H Isenberg<br>Centre Square West<br>1500 Market St, 38th Fl<br>Philadelphia, PA 19102 | adam.isenberg@saul.com;<br>jeffrey.hampton@saul.com | Email |
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | Attn: Ashley N Fellona<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | ashley.fellona@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Mark Minuti/Paige Topper<br>Attn: Nicholas Smargiassi<br>1201 N Market St, Ste 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | mark.minuti@saul.com;<br>nicholas.smargiassi@saul.com;<br>paige.topper@saul.com | Email |
| *NOA - Counsel for Blue Yonder, Inc | Squire Patton Boggs (US) LLP | Attn: Christopher J Giaimo / Mark A Salzberg<br>2550 M St. NW<br>Washington, DC 20037 | christopher.giaimo@squirepb.com;<br>mark.salzberg@squirepb.com | Email |
| *NOA - Counsel to NECA LLC | The Law Offices of Zvi Guttman, P.A. | Attn: Zvi Guttman<br>P.O. Box 32308<br>Baltimore, MD 21282 | zvi@zviguttman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 | David.Ruediger@troutman.com;<br>Katherine.Culbertson@troutman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St, NW, Ste 500<br>Washington, DC 20001 | Indira.Sharma@troutman.com;<br>Jonathan.Young@troutman.com;<br>Toyja.Kelley@troutman.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Dennis J Shaffer/Yung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | dshaffer@tydings.com;<br>jlee@tydings.com;<br>sgerald@tydings.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Richard L Costella Esquire<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | rcostella@tydings.com | Email |
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 | hugh.m.bernstein@usdoj.gov | Email |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 | bstrickland@whitefordlaw.com | Email |
| *NOA - Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | andrew.goldman@wilmerhale.com;<br>benjamin.loveland@wilmerhale.com | Email |
| *NOA - Counsel for Alliance Entertainment, LLC | YVS Law, LLC | Attn: Jonathan A Grasso, Esquire<br>185 Admiral Cochrane Dr, Ste 130<br>Annapolis, MD 21401 | jgrasso@yvslaw.com | Email |

# **EXHIBIT B**

Exhibit B
Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| 207 Redco LLC | 465 E Locust St | P.O. Box 98 | Dallastown, PA 17313 | | glenn@tri-borosupplies.com | Email<br>First Class Mail |
| 207 Redco LLC | Attn: Glen Rexroth | 465 E Locust St | P.O. Box 98 | Dallastown, PA 17313 | | First Class Mail |
| 207 Redco LLC | P.O. Box 98 | 465 E Locust St | Dallastown, PA 17313 | | morgan@tboro.com | Email<br>First Class Mail |
| 207 Redco, LLC | c/o Barley Snyder | Attn: Matthew G Brushwood, Esq | 2755 Century Blvd | Wyomissing, PA 19610 | mbrushwood@barley.com | Email<br>First Class Mail |
| Advance Business Systems & Supply Co | 10755 York Rd | Cockeysville, MD 21030 | | | | First Class Mail |
| Arcane Tinmen | | | | | michael@arcanetinmen.dk | Email |
| Arcane Tinmen | | | | | christoph.cianci@aresgames.eu | Email |
| Arcane Tinmen Aps | | | | | info@arcanetinmen.dk | Email |
| Ares Games Srl | Attn: Christoph Cianci | Piazza Petrucci 8 | Camaiore (Lu), 55040 | Italy | christoph.cianci@aresgames.eu | Email<br>First Class Mail |
| Big Box Property Owner E, LLC | c/o Eqt Exeter | 5 Radnor Corporate Ctr | 100 Matsonford Rd, Ste 250 | Radnor, PA 19087 | | First Class Mail |
| Bnc Strategic Capital Ventures, LLC | c/o Joy Neunschwander, CPM | Zacher Company LLC | 444 E Main St | Ft Wayne, IN 46802 | | First Class Mail |
| BNC Strategic Capital Ventures, LLC | c/o The Zacher Company | 444 E Main St, Ste 203 | Fort Wayne, IN 46802 | | joyn@zacherco.com | Email<br>First Class Mail |
| BNC Strategic Capital Ventures, LLC | c/o The Zacher Co LLC | 444 E Main St, Ste 203 | Ft Wayne, IN 46802 | | | First Class Mail |
| Burning Games | Iparragirre 60 5D | Vizcaya, Barcelona 48010 | Spain | | | First Class Mail |
| Burning Games | Sociedad Cooperativa Pequena (BRG) | Attn: Helio de Grado Fernandez | Iparragirre 60 5D | Vizcaya, 48010 | Spain | First Class Mail |
| Burning Games Sociedad Cooperativa Pequena | aka BRG | Attn: Helio de Grado Fernandez | Iparragirre 60 5D | 48010 Vizcaya | Spain | First Class Mail |
| Burning Wheel (GHQ) | Attn: Luke Crane | 26-47 30th St | Astoria, NY 11102 | | | First Class Mail |
| Capstone Games LLC | Attn: Clayton Ross | 2 Techview Dr | Cincinnati, OH 45215 | | clay@capstone-games.com | Email<br>First Class Mail |
| Capstone Games, LLC (CSG) | Attn: Clay Ross | 2 Techview Dr | Cincinnati, OH 45215 | | aaron@capstone-games.com | Email<br>First Class Mail |
| Card Department, A Dept of Bandai Co, Ltd | 4-8 Komagata 1-Chome | Taito-Ku, Tokyo, 111-8081 | Japan | | | First Class Mail |
| Chaosium, INC (CHA) | 3450 Wooddale Ct | Ann Arbor, MI 48104 | | | | First Class Mail |
| Compass Games | Attn: Ken Dingley | P.O. Box 271 | Cromwell, CT 06416 | | | First Class Mail |
| Da Vinci Editrice SRL | dba Dv Giochi Or Dv Games | Attn: CEO | Via Sandro Penna, 24 | Perugia 06132 | Italy | First Class Mail |
| Dan Verssen Games | Attn: Dan Verssen | 1775 State Hwy 26, Unit 1206 | Grapevine, TX 76051 | | dan@dvg.com | Email<br>First Class Mail |
| Dan Verssen Games | 1775 State Hwy 26 | Grapevine, TX 76051 | | | | First Class Mail |
| Dave Taylor Miniatures, LLC | 3128 Abell Ave | Baltimore, MD 21218 | | | daniel@monsterfightclub.com | Email<br>First Class Mail |
| Dex Protection LLC | Attn: Charles Hsu | 3360 Steve Reynolds Blvd, Unit 1428 | Duluth, GA 30096 | | hsucharles8@gmail.com | Email<br>First Class Mail |
| Dex Protection, LLC | Attn: Howard Hsu | 402 S San Gabriel Blvd | San Gabriel, CA 91776 | | | First Class Mail |
| Dietz Foundation Games | 311 N Sunrise St | Sigel, IL 62462 | | | devin@onipress.com | Email<br>First Class Mail |
| Dietz Foundation Games | 311 N Sunrise St | Siegel, IL 62462 | | | | First Class Mail |
| Dire Wolf Digital, LLC Games, Inc | aka Dire Wolf Digital, LLC | Attn: Scott Martins | 1120 Lincoln St, Ste 1400 | Denver, CO 80203 | scott@direwolfdigital.com | Email<br>First Class Mail |
| Draco Studios | Attn: Caroline Pritchard-Law | 848 Brickell Ave | Miami, FL 33131 | | | First Class Mail |
| Electronic Systems Installers | 56 N Queen St | York, PA 17403 | | | | First Class Mail |
| Elf Creek Games | P.O. Box 7594 | Champaign, IL 61826 | | | metallicdicegames@gmail.com | Email<br>First Class Mail |
| Evil Hat Productions LLC | | | | | sarah@flyingfrog.net | Email |
| Evil Hat Productions, LLC | Attn: Frederick William Hicks IV | 1905 Blackbriar St | Silver Spring, MD 20903 | | evilhat@gmail.com | Email<br>First Class Mail |
| Evil Hat Productions, LLC | Attn: Fred Hicks | 1905 Blackbriar St | Silver Spring, MD 20903 | | | First Class Mail |
| Express Employment Professionals | 1133 S Clinton St | Ft Wayne, IN 46804 | | | | First Class Mail |
| Felger Hart Inc | 5049 N State Rd 1 | Ossian, IN 46777 | | | sales@theplasticsoldiercompany.co.uk | Email<br>First Class Mail |
| Floodgate Games | 8014 Hwy 55, Ste 501 | Golden Valley, MN 55427 | | | | First Class Mail |
| Folded Space EOOD (FLD) | Attn: Richard Coupland, Owner | JK Sofia Park | Sofia, 1766 | Bulgaria | | First Class Mail |
| Gamelyn Games (GLG) | Attn: Nathan Hatfield | 18933 E San Tan Blvd, Ste 105 | Queen Creek, AZ 85142 | | | First Class Mail |
| Genius Games LLC | 1901 Shiloh Oaks Dr | Wildwood, MO 63005 | | | john@geniusgames.org | Email<br>First Class Mail |
| Genius Games, LLC | aka GEN | Attn: Patrick Fitzgibbon | 2079 Congressional Dr | St Louis, MO 63146 | | First Class Mail |
| Genius Games, LLC (GEN) | Attn: Patrick Fitzgibbon | 2079 Congressional Dr | St Louis, MO 63146 | | | First Class Mail |
| Goodman Games | Attn: Joseph Goodman | 2784 Homestead Rd, Ste 162 | Santa Clara, CA 95051 | | joseph@goodman-games.com | Email<br>First Class Mail |
| Goodman Games LLC | 4040 Civic Center Dr, Ste 200 | San Rafael, CA 94903 | | | Joseph@goodman-games.com | Email<br>First Class Mail |
| Goodman Games Llc | Attn: Joseph Goodman | 4040 Civic Center Dr Ste 200 | San Rafael, CA 94903 | | | First Class Mail |
| Goodman Games LLC | 51 Piper Ln | Fairfax, CA | | | | First Class Mail |
| Green Ronin Publishing | Attn: Nicole Lindroos | 6731 29th Ave S | Seattle, WA 98108 | | nicole@greenronin.com | Email<br>First Class Mail |
| Green Ronin Publishing | Attn: Chris Pramas | 6731 29th Ave S | Seattle WA 98108 | | | First Class Mail |
| Gut Bustin' Games, LLC | P.O. Box 911 | Battle Ground, WA 98604 | | | | First Class Mail |
| Hachette Partworks Ltd | 47 Brunswick Pl | Hoxton, London, N1 6EB | United Kingdom | | | First Class Mail |
| Hammerdog Games (HDG) | Attn: Danny O'Neill | 1115 Columbia St | Ft Wayne, IN 46805 | | | First Class Mail |
| Happy Camper Games | Attn: Jason Schneider | 160 Alewife Brook | Cambridge, MA 02138 | | | First Class Mail |
| Hit Point Press (HPP) | Attn: Ricardo Evangelho, CEO, Owner | 1175 Brookfield Rd E | Ottawa, ON K1V 0C3 | Canada | | First Class Mail |
| Hush Hush Projects USA LLC (HHP) | Attn: Richard Gain, Mnging Agt/Sales Mgr | 16 Gulph Mill Rd | Somers Point, NJ 08244 | | | First Class Mail |
| Incredible Dream Studios Inc. | 2261 Market St, Ste 4475 | San Francisco, CA 94114 | | | rhunt@incredibledream.com | Email<br>First Class Mail |
| Incredible Dream Studios Inc. | Attn: Michael Weinstein | 2200 Mill Ave | Brooklyn, NY 11234 | | mike.j.wein@gmail.com | Email<br>First Class Mail |
| Incredible Dream Studios, Inc | dba Incredible Dream | 2261 Market St, Unit 4475 | San Francisco, CA 94114 | | | First Class Mail |
| Incredible Dream Studios, Inc | Attn: Jane Hoffacker, CEO & Co-Founder | 2261 Market St, Unit 4475 | San Francisco, CA 92106 | | | First Class Mail |
| Incredible Dream Stuios Inc | Attn: Rob Hunt | 2261 Market St | Suite 4475 | San Francisco, CA 94114 | ap@incredibledream.com | Email<br>First Class Mail |
| IT Office LLC | 19821 Scenic Dr | Spicewood, TX 78669 | | | | First Class Mail |
| Jasco Games LLC | Dbd Uvs Games | 5075 Cameron St | Las Vegas, NV 89118 | | rich@dara-studios.com | Email<br>First Class Mail |
| Jasco Games LLC | dba UVS Games | 5075 Cameron St, Ste C | Las Vegas NV 89118 | | | First Class Mail |
| Joking Hazard LLC | 15530 Spring Creek Pl | Dallas, TX 75248 | | | heather@explosm.net | Email<br>First Class Mail |
| Joking Hazard LLC | Attn: Heather Denbleyker | 15530 Spring Creek Pl | Dallas, TX 75248 | | | First Class Mail |
| Jordan Draper Games | 117 E Calbourne Ln, Ste I3 | Sandy, UT 87040 | | | | First Class Mail |
| Jordan Draper Games | Attn: Jordan Draper Games | 117 E Calbourne Ln, Ste I3 | Sandy, UT 87040 | | | First Class Mail |
| Kevin P. Montee, Esq. | c/o Montee Law Firm, APC | 1250-I Newell Ave., Suite 149 | Walnut Creek, California 94596 | | kmontee@monteefirm.com | Email<br>First Class Mail |
| Konami Digital Entertainment Inc | 1 Konami Way | Hawthorne, CA 90250-1144 | | | | First Class Mail |
| Konami Digital Entertainment, Inc | 14500 Aviation Blvd | Hawthorne, CA 90250 | | | | First Class Mail |
| Left Justified LLC | Attn: Jeff Tidball | 1160 County Rd C2 | Roseville, MN 55113 | | jeff@left-justified.com | Email<br>First Class Mail |
| Left Justified LLC | 1160 County Rd C2 W | Roseville, MN 55113 | | | | First Class Mail |
| Loren Coleman (Catalyst Games) | 5003 Main St, Unit 110 | Tacoma, WA 98407 | | | | First Class Mail |
| Lucky Duck Games (LKY) | Attn: Anthony Boyd | 2 Techview Dr | Cincinnati, OH 45215 | | | First Class Mail |
| Luminary Games | 4068 Kingston St | Bellingham, WA 98020 | | | charlie.rehor@beadleandgrimms.com | Email<br>First Class Mail |
| Luminary Games | Attn: Aaron Shaw | 4068 Kingston St | Bellingham, WA 98226 | | | First Class Mail |
| Mantic Games | 193 Hempshill Ln | Nottingham, Notts NG 6 8PF | United Kingdom | | ronnierenton@manticgamescom | Email<br>First Class Mail |
| Mantic Games | 193 Hempshill Ln | Bulwell Nottingham, Notts, NG6 8PF | United Kingdom | | ronnie.renton@manticgames.com | Email<br>First Class Mail |
| Master Staffing LLC | 1800 E Market St | York, PA 17402 | | | | First Class Mail |
| Master Staffing, LLC | c/o Barley Snyder | Attn: Scott F Landis, Esq | 126 E King St | Lancaster, PA 17602 | slandis@barley.com | Email<br>First Class Mail |
| Mayday Games, INC (MDG) | Attn: Seth Hiatt, Owner | 380 W 700 S | Springville, UT 84663 | | | First Class Mail |
| Metallic Dice Games (MDG) | Attn: Adam Hackett | 2919 Greenbriar Dr | Ft Wayne, IN 46804 | | | First Class Mail |
| Monster Fight Club | Attn: John Kovaleski | 395-190 Reasford Rd | Earlysville, VA 22936 | | peter@monsterfightclub.com | Email<br>First Class Mail |
| Monster Fight Club | 395-190 Reas Ford Rd | Earlysville, VA 22936 | | | portalgamescompany@gmail.com | Email<br>First Class Mail |
| Mr B Games | Attn: Sean Brown | 312 American Greeting Card Rd | Corbin, KY 40701 | | | First Class Mail |
| Nauvoo Games LLC | Attn: Bill White | 2020 Lawrence St, Unit 422 | Denver, CO 80205 | | | First Class Mail |
| North Star Games, LLC (IWG) | Attn: Satish Pillalamarri | 10605 Concord St | Kensington, MD 20895 | | | First Class Mail |
| Paizo Inc | P.O. Box 84311 | Seattle, WA 98124-5611 | | | | First Class Mail |
| Paizo Inc. | Attn: William Jorenby | 16615 Redmond Way NE, Ste 201 | Redmond, WA 98052 | | accounting@paizo.com | Email<br>First Class Mail |
| PBW Communications | Attn: Howard Leadmon | P.O. Box 32863 | Baltimore, MD 21282 | | | First Class Mail |
| PBW Communications, LLC | P.O. Box 32863 | Baltimore, MD 21282 | | | | First Class Mail |
| Penn Waste Inc | P.O. Box 69035 | Baltimore, MD 21264-9035 | | | | First Class Mail |
| Penn Waste Inc | 85 Brick Yard Rd | Manchester, PA 17345 | | | | First Class Mail |
| Penn Waste, Inc | P.O. Box 3066 | York, PA 17402 | | | yaracena@pennwaste.com | Email<br>First Class Mail |
| Primal Horizon | c/o Glanfield Marketing | 214 King St | Welland, ON L3B 3J7 | Canada | | First Class Mail |
| Primal Horizon | Attn: Mark Easterday | c/o Glanfield Marketing | 214 King St | Welland, ON L3B 3J7 | Canada | First Class Mail |
| Publisher Services Inc | 2800 Vista Ridge Dr | Suwanee, GA 30024 | | | LisaE@pubservinc.com | Email<br>First Class Mail |
| Publisher Services Inc | Attn: Fred Yelk Woodru | 1554 Litton Drive | Stone Mountain, GA 30083 | | | First Class Mail |
| Publisher Services, Inc | Attn: Dean Burnham | 2800 Vista Ridge Dr | Suwanee, GA 30024 | | deanb@pubservinc.com | Email<br>First Class Mail |
| Randstad General Partner US LLC | 1 Overton Park | 3625 Cumberland Blvd, Ste 600 | Atlanta, GA 30339 | | | First Class Mail |
| Ravensburger North America Inc | Attn: Amanda Johnson | 915 E Pine Street | Suite 400 | Seattle, WA 98122 | ap@ravensburger.com | Email<br>First Class Mail |
| Ravensburger North America Inc | 915 E Pine St, Ste 400 | Seattle, WA 98122 | | | | First Class Mail |
| Ravensburger North America Inc | P.O. Box 845233 | Boston, MA 02284-5233 | | | | First Class Mail |
| Reaper Miniatures (RPR) | Attn: Ed Pugh, President | P.O. Box 2107 | Lake Dallas, TX 75065-2107 | | | First Class Mail |
| Renegade Games, Inc | 306-N W El Norte Pkwy, Ste 325 | Escondido, CA 92026 | | | | First Class Mail |
| Republic Services, Inc | 6231 Macbeth Rd | Ft Wayne, IN 46809 | | | | First Class Mail |
| Republic Services, Inc | P.O. Box 677156 | Dallas, TX 75267-7156 | | | | First Class Mail |
| Skyscraper Studios Inc | dba Roll For Combat | 16 Continental Rd | Scarsdale, NY 10583 | | andreas@metalweavegames.com | Email<br>First Class Mail |
| Snowbright Studio | 1500 Chagrin River Rd | Gates Mills, OH 44040 | | | | First Class Mail |
| Snowdale Design Oy | Attn: Sami Laakso | Yrjönkatu 5 D 59 | Pori, Satakunta, 28100 | Finland | sami@snowdaledesign.fi | Email<br>First Class Mail |
| Snowdale Design Oy | Attn: Sami Laakso, CEO | Yrjönkatu 5 D 59 | Pori, 28100 | Finland | | First Class Mail |
| Source Point Press | Attn: Travis Mcintire | 301 Cass St | Saginaw, MI 48602 | | | First Class Mail |

**Exhibit B**
Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Source Point Press | Attn: Jacob Way | 301 Cass St | Saginaw, MI 48602 | | | First Class Mail |
| Source Point Press | | | | | jacob@oxeyemedia.com | Email |
| Tasty Minstrel Games, LLC (TTT) | Attn: Michael Mindes | 4812 W Cattle | Mountain Green, UT 84050 | | | First Class Mail |
| Tee Turtle LLC | 1034 S Brentwood Blvd | Richmond Heights, MO 63117 | | | | First Class Mail |
| The Army Painter ApS | Christiansmindevej 12 | Skanderborg, DK-8660 | Denmark | | | First Class Mail |
| The Army Painter ApS | Attn: Michael Andersen | Christiansmindevej 12 | Skanderborg, DK-8660 | Denmark | mha@thearmypainter.com | Email
First Class Mail |
| The Armypainter ApS | Attn: Palle Winther | Christiansmindevej 12 | DK-8660 Skanderborg | Denmark | pwi@thearmypainter.com | Email
First Class Mail |
| The Little Plastic Train Co | Attn: Stephen Aslett | 1004 Prairie St, Ste 200 | Houston, TX 77002 | | | First Class Mail |
| The Little Plastic Train Company | Attn: Stephen Aslett | 1004 Prairie St, Ste 200 | Houston, TX 77002 | | | First Class Mail |
| The Pokémon Co International, Inc | Attn: General Counsel | 10400 NE 4th St, Ste 2800 | Bellevue, WA 98004 | | legalnotices@pokemon.com | Email
First Class Mail |
| The Pokemon Company International, Inc | 10400 NE 4th St, Ste 2800 | Bellevue, WA 98004 | | | legalnotices@pokemon.com | Email
First Class Mail |
| The Pokémon Company International, Inc | Attn: Rich Henry | 10400 NE 4th St, Ste 2800 | Bellevue, WA 98004 | | r.henry@pokemon.com | Email
First Class Mail |
| The Upper Deck Co | Attn: Brittany Hysni, VP of Legal & Business Affairs | 5830 El Camino Real | Carlsbad, CA 92008 | | brittany_hysni@upperdeck.com | Email
First Class Mail |
| The Upper Deck Co, Inc | Attn: Credit & Collections | 5830 El Camino Real | Carlsbad, CA 92008 | | | First Class Mail |
| The Upper Deck Company | Attn: Brittany Hysni | 5830 El Camino Real | Carlsbad, CA 92008 | | brittany_hysni@upperdeck.com; maria_aiello@upperdeck.com | Email
First Class Mail |
| Treasure Fall Games (Quest Kids) | Attn: Dustin McMillan | 13 Memorial Point Ln | Houston, TX 77024 | | | First Class Mail |
| Tyco Integrated Security LLC | Attn: Glen Roehm | 3600 W McGill St | S Bend, IN 46628-4371 | | | First Class Mail |
| Ultra Pro International LLC | 6049 E Slauson Ave | Commerce, CA 90040 | | | kchan@ultrapro.com | Email
First Class Mail |
| Ultra Pro International LLC | 6049 Slauson Ave | City of Commerce, CA 90040 | | | | First Class Mail |
| Usaopoly | Attn: Brent Navratil | 5999 Avenida Encinas | Suite 150 | Carlsbad, CA 92008 | | First Class Mail |
| USAopoly Inc | The Op Lock Box | P.O. Box 848593 | Los Angeles, CA 90084-8593 | | | First Class Mail |
| Usaopoly, Inc | 5999 Avenida Encinas, Ste 150 | Carlsbad, CA 92008 | | | orders@ugames.com | Email
First Class Mail |
| USAOPOLY, Inc. | 5607 Palmer Way | Carlsbad, CA 92010 | | | | First Class Mail |
| Van Ryder Games | 3011 Harrah Dr, Ste A | Spring Hill, TN 37174 | | | aj@vanrydergames.com | Email
First Class Mail |
| Van Ryder Games | c/o Smith, Gambrell & Russell, LLP | Attn: Shira R Isenberg | 311 S Wacker Dr, Ste 3000 | Chicago, IL 60606 | sisenberg@sgrlaw.com | Email
First Class Mail |
| Van Ryder Games | Attn: Byron Jorjorian | 3011 Harrah Dr | Suite J | Spring Hill, TN 37174 | byron@byronjorjorian.com | Email
First Class Mail |
| Van Ryder Games (VRG) | Attn: AJ Porfirio, President | 3011 Harrah Dr | Spring Hill, TN 37174 | | | First Class Mail |
| Wargames Atlantic LLC | 112 High St | Charlestown, MA 02129 | | | hello@wargamesatlantic.com | Email
First Class Mail |
| Wargames Atlantic LLC | 270 Belleveuw Ave | Newport, RI 02480 | | | | First Class Mail |
| Wargames Atlantic LLC | aka WGA | Attn: Matt Hudson, President | 270 Bellevue Ave | Newport, RI 02840 | | First Class Mail |
| Wargames Atlantic LLC (WGA) | Attn: Matt Hudson, President | 270 Bellevue Ave | Newport, RI 02840 | | | First Class Mail |
| Warlord Games | T04/T10 Technology Wing | Nottingham, NG7 2BD | United Kingdom | | | First Class Mail |
| Wizards Of The Coast | Attn: Adam Colby | 1107 Lake Washington Blvd N, Unit 800 | Renton, WA 98056 | | | First Class Mail |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)