Entered: June 17th, 2025
Signed: June 16th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−10308 − DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Randy Moonan as counsel for Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC and the certified statements in support thereof, and upon the recommendation of Jonathan A. Grasso local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b); and it is further

ORDERED, that Randy Moonan must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc:  Debtor
     Attorney for Debtor – Jordan Rosenfeld
     Movant – Randy Moonan
     Local Counsel – Jonathan A. Grasso
     U.S. Trustee

**End of Order**

01x01 (rev. 03/12/2024) – ShannonMcKenna