# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 472 |

## CERTIFICATE OF NO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF HUNT VALLEY LEASE

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On May 30, 2025, the *Debtors' Motion for Entry of an Order Authorizing the Rejection of Hunt Valley Lease* [D.I. 472] (the "Rejection Motion") was filed with the Court.

2. Pursuant to the notice of Rejection Motion, objections, if any, to the Rejection Motion were required to be filed with the Court and served on the undersigned so as to be received on or before June 13, 2025 (the "Objection Deadline").

3. The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, pursuant to rule 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the undersigned counsel to the

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Debtors respectfully requests that the Court enter the proposed order attached to the Rejection Motion as **Exhibit A** at its earliest convenience.

Dated: June 18, 2025                    **SAUL EWING LLP**

                                     By: */s/ Jordan D. Rosenfeld*
                                           Jordan D. Rosenfeld (MD Bar No. 13694)
                                           1001 Fleet Street, 9th Floor
                                           Baltimore, MD 21202
                                           Telephone: (410) 332-8600
                                           Email: jordan.rosenfeld@saul.com

                                           -and-

                                           Jeffrey C. Hampton (admitted *pro hac vice*)
                                           Adam H. Isenberg (admitted *pro hac vice*)
                                           Turner N. Falk (admitted *pro hac vice*)
                                           1500 Market Street, 38th Floor
                                           Philadelphia, PA 19102
                                           Telephone: (215) 972-7777
                                           Email: jeffrey.hampton@saul.com
                                                         adam.isenberg@saul.com
                                                         turner.falk@saul.com

                                           -and-

                                           Mark Minuti (admitted *pro hac vice*)
                                           Paige N. Topper (admitted *pro hac vice*)
                                           Nicholas Smargiassi (admitted *pro hac vice*)
                                           1201 N. Market Street, Suite 2300
                                           Wilmington, DE 19801
                                           Telephone: (302) 421-6800
                                           Email: mark.minuti@saul.com
                                                          paige.topper@saul.com
                                                          nicholas.smargiassi@saul.com

                                           *Counsel for Debtors and Debtors in Possession*