United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 25-10308-DER
Diamond Comic Distributors, Inc.                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                       User: admin                          Page 1 of 3
Date Rcvd: Jun 16, 2025                    Form ID: ntchrgb2                    Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db   | + | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |
| aty  | + | David L. Ruediger, Troutman Pepper Locke LLP, 111 Huntington Avenue, Boston, MA 02199-7610 |
| aty  | + | Ian Winters, Klestadt Winters Jureller Southard & Ste, 200 West 41st Street, 17th Fl, New York, NY 10036-7219 |
| aty  | + | Jonathan W. Young, Troutman Pepper Locke LLP, 701 8th Street, N.W., Suite 500, Washington, DC 20001-3965 |
| aty  | + | Junior Dufort, PERKINS COIE LLP, 700 Thirteenth Street N.W., Suite 800, Washington, DC 20005-5938 |
| aty  | + | Katherine Culbertson, Troutman Pepper Locke LLP, 111 South Wacker Drive, Suite 4100, Chicago, IL 60606-4409 |
| aty  | + | S. Jason Teele, Sills Cummis & Gross P.C, One Riverfront Plaza, Newark, NJ 07102-5408 |
| aty  | + | Sara Chenetz, PERKINS COIE LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721 |
| aty  | + | Stephanie R. Sweeney, Klestadt Winters Jureller, Southard & Stevens, LLP, 200 West 41st Street 17th Fl, New York, NY 10036-7219 |
| aty  | + | Stephen B Gerald, Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202, UNITED STATES 21202-1249 |
| intp | + | Alliance Entertainment, LLC, 8201 Peters Road, Suite 1000, Plantation, FL 33324-3266 |
| cr   | + | Angela Veach, 6604 Grant Cover, Olive Branch, MS 38654-5154 |
| intp | + | Katherine Govier, 113 Valmere Path, York, PA 17403-4566 |
| intp | + | Skyrush Marketing, Inc., 80 Orville Dr., Attn: Andrew Aiello, Bohemia, NY 11716-2534 |
| cr   | + | Titan Publishing Group, Ltd., d/b/a Titan Comics, c/o Emily K. Devan, Esquire, Miles & Stockbridge P.C., 100 Light St., 7th Fl., Baltimore, MD 21202 US 21202-1153 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 16 2025 19:17:00 | New York State Department of Taxation and Finance, Bankruptcy Unit, P.O. Box 5300, Albany, NY 12205-0300 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Jun 16 2025 19:16:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty  | | Lauren A. Baio |
| aty  | | Lowenstein Sandler LLP |
| aty  | | Scott Cheatham |
| fa   | | Berkeley Research Group, LLC, David Galfus |
| cr   | | Integrated Connection, LLC |
| intp | | Omni Agent Solutions |
| op   | | Robert Gorin, GETZLER HENRICH & ASSOCIATES LLC |
| sp   | | Tal Goldsmith, Stephenson Harwood LLP |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0416-1 | User: admin | Page 2 of 3
Date Rcvd: Jun 16, 2025 | Form ID: ntchrgb2 | Total Noticed: 17

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2025           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Andrew Brown | abrown@klestadt.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | bstrickland@wtplaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | bnathan@lowenstein.com |
| C. Kevin Kobbe | kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com |
| Chelsea R Frankel | cfrankel@lowenstein.com |
| Christopher J. Giaimo | christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Daniel Jack Blum | jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com |
| David W.T. Daniels | ddaniels@perkinscoie.com  docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com |
| Dennis J. Shaffer | dshaffer@tydings.com  scalloway@tydings.com,mhickman@tydings.com,jlee@tydings.com |
| Elizabeth Anne Scully | escully@bakerlaw.com |
| Ellen E. Dew | ellen.dew@us.dlapiper.com |
| Emily Devan | edevan@milesstockbridge.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| Gary H. Leibowitz | gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com |
| Gianfranco Finizio | gfinizio@lowenstein.com |
| Hugh M. (UST) Bernstein | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 16, 2025 | Form ID: ntchrgb2 | Total Noticed: 17 |

hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma

indira.sharma@troutman.com
katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

Jan Berlage

JBerlage@GHSLLP.com  tcollins@ghsllp.com

Jeffrey C. Hampton

jeffrey.hampton@saul.com

Jonathan A. Grasso

jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose

jonathan.rose@us.dlapiper.com

Jordan Rosenfeld

jordan.rosenfeld@saul.com

Jung Yong Lee

jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano

jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Laura Skowronski Bouyea

lsbouyea@venable.com  dmdierdorff@venable.com

Mark Minuti

mark.minuti@saul.com  robyn.warren@saul.com

Michael Papandrea

mpapandrea@lowenstein.com

Nicholas Smargiassi

nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer

nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper

paige.topper@saul.com

Peter J Artese

peter.artese@us.dlapiper.com

Richard L. Costella

rcostella@tydings.com  scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com

Scott Prince

sprince@bakerlaw.com

Stephen B. Gerald

sgerald@tydings.com

Steven Gregory Polard

steven.polard@ropers.com  loriann.zullo@ropers.com,anthony.arriola@ropers.com

Thomas K. Bredar

thomas.bredar@wilmerhale.com
andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley

toyja.kelley@lockelord.com

Turner Falk

turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com

TOTAL: 43

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# NOTICE

In person hearing Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 7/16/25 at 10:00 AM to consider and act upon the following:

462 – Application for Administrative Expenses . Filed by Dynamic Forces, Inc.. (Attachments: # 1 Exhibit A – Unpaid Invoices # 2 Notice of Motion # 3 Proposed Order # 4 List of All Creditors) (Fasano, Justin)

501 – Objection on behalf of Diamond Comic Distributors, Inc. Filed by Jordan Rosenfeld (related document(s)462 Application for Administrative Expenses filed by Creditor Dynamic Forces, Inc.). (Rosenfeld, Jordan)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/16/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 08/13/2024)