## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 23, 2025, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served upon all parties that are registered to receive electronic mail service through the court's ECF notice system in the above case

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers