# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   MARYLAND

Baltimore Division

| | | |
|---|---|---|
| In Re. Diamond Select Toys & Collectibles, LLC | § | Case No.  25-10312 |
| | § | |
| | § | Lead Case No.  25-10308 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2025          Petition Date: 01/14/2025

Months Pending: 4          Industry Classification: | 4 | 2 | 4 | 9 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):          17

Debtor's Full-Time Employees (as of date of order for relief):          21

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Robert Gorin
_____
Signature of Responsible Party

06/23/2025
_____
Date

Robert Gorin
_____
Printed Name of Responsible Party

10150 York Rd
Hunt Valley, MD 21030
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name Diamond Select Toys & Collectibles, LLC

Case No. 25-10312

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $7,327 | |
| b. Total receipts (net of transfers between accounts) | $147,490 | $939,130 |
| c. Total disbursements (net of transfers between accounts) | $147,011 | $795,590 |
| d. Cash balance end of month (a+b-c) | $7,806 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $147,011 | $795,590 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $994 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ●   Other ○   (attach explanation)) | $2,508,601 |
| d. Total current assets | $4,237,988 |
| e. Total assets | $4,259,156 |
| f. Postpetition payables (excluding taxes) | $41,879,562 |
| g. Postpetition payables past due (excluding taxes) | $104,824 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $41,879,562 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $34,898 |
| m. Prepetition unsecured debt | $8,249,566 |
| n. Total liabilities (debt) (j+k+l+m) | $50,164,026 |
| o. Ending equity/net worth (e-n) | $-45,904,870 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $291,090 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $28,389 | |
| c. Gross profit (a-b) | $262,701 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $118,622 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $144,079 | $623,086 |

UST Form 11-MOR (12/01/2021)

2

Debtor's Name Diamond Select Toys & Collectibles, LLC                    Case No. 25-10312

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Diamond Select Toys & Collectibles, LLC                          Case No.  25-10312

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Diamond Select Toys & Collectibles, LLC                    Case No. 25-10312

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Diamond Select Toys & Collectibles, LLC                    Case No. 25-10312

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name Diamond Select Toys & Collectibles, LLC                    Case No. 25-10312

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name Diamond Select Toys & Collectibles, LLC                    Case No. 25-10312

| | | | | | |
|---|---|---|---|---|---|
| | xcix | | | | |
| | c | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $4,218 | $27,549 |
| d. | Postpetition employer payroll taxes paid | $6,779 | $36,155 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire – During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ⦿  No ○ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ⦿ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ⦿  No ○ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ⦿ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ⦿ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ⦿ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ | |

Debtor's Name Diamond Select Toys & Collectibles, LLC       Case No. 25-10312

| **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Robert Gorin | Robert Gorin |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Restructuring Officer | 06/23/2025 |
| Title | Date |

Debtor's Name Diamond Select Toys & Collectibles, LLC                    Case No. 25-10312



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Diamond Select Toys & Collectibles, LLC

Case No. 25-10312


Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Diamond Select Toys & Collectibles, LLC                                          Case No. 25-10312



PageThree



PageFour

## ATTACHMENT TO APRIL MONTHLY OPERATING REPORT

**General Methodology**. The debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors") have prepared this monthly operating report (the "MOR") with the assistance of their advisors and professionals solely for the purpose of complying with the reporting requirements applicable in chapter 11 cases. The financial and supplemental information contained herein is unaudited, limited in scope, and is not prepared in accordance with Generally Accepted Accounting Principles in the United States ("U.S. GAAP") nor in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Upon the application of such principles, the Debtors believe that the financial information could be subject to material change.

The information included in the MOR was derived from the Debtors' books and records available at the time of preparation. The MOR was not prepared in accordance with U.S. GAAP and does not include all disclosures and adjustments required by U.S. GAAP. Specifically, the income statement was prepared on a cash basis and may not reflect all expenses or revenues attributable to the reporting period. In addition, the information has not been subject to the procedures typically applied to financing information in accordance with U.S. GAAP.

Although the Debtors used reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist. Accordingly, the Debtors hereby reserve their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in this MOR. For the avoidance of doubt, the Debtors hereby reserve all rights to amend and supplement the MOR in all respects, as may be deemed necessary or appropriate, but shall be under no obligation to do so. Nothing contained in or omitted from this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to the chapter 11 cases.

The signatory to the MOR has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their agents, advisors, attorneys, and other professionals. The signatory has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the MOR.

**MOR Part 7(a)**: the Debtors made specific payments on account of prepetition debt in accordance with the Bankruptcy Court's orders granting various first day relief and consistent with the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* (D.I. 54) (as amended or modified, the "Interim DIP Order") and the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay and (V) Granting Related Relief* (D.I. 163) (the "Final DIP Order"). In particular, the Bankruptcy Court entered orders authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) taxes and fee obligations, (b) insurance obligations, (c) shippers and freight forwarders claims, (d) critical vendor claims, and (e) employee wages, salaries, other compensation, staffing company obligations, and reimbursable expenses.

**MOR Part 7(c)**: certain insiders were paid salaries pursuant to the Debtors' authority to continue to make such payments in the ordinary course of business and in accordance with the Debtors' prepetition policies and practices under the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain the Compensation and Benefits Programs, and (II) Granting Related Relief* [D.I. 50].

**MOR Part 7(g)**: During April 2025, the Debtors borrowed under their postpetition DIP credit facility consistent with the Final DIP Order and any amendments to the DIP credit facility as applicable.

55537047.5

**Diamond Select Toys & Collectibles, LLC**                    **Case No. 25-10312**

Cash Receipts/Disbursements                                          Apr-25

| Entity | Diamond Select Toys, LLC |
|---|---|
| Account Number | 8307 |
| Currency | USD |

**Cash Receipts/Disbursements**

| **Beginning Balance** | $ | 7,327.01 |
|---|---|---|

**Receipts**

| Webstore Customer Payments | 27,490.20 |
|---|---|
| Wholesale Customer Advances | 120,000.00 |
| **Total Receipts** | **147,490.20** |

**Disbursements**

| Vendor Payments (Checks) | (16,141.32) |
|---|---|
| Vendor Payments (ACH/Wire) | (39,921.70) |
| Bank Fees | (1,067.94) |
| Payroll And Health Benefits | (89,879.98) |
| **Total Disbursements** | **(147,010.94)** |

| **Ending Balances -Per Bank Statements** | **7,806.27** |
|---|---|

| Deposits In Transit | - |
|---|---|
| Outstanding Checks | - |

| **Totals** | **7,806.27** |
|---|---|

**Diamond Select Toys & Collectibles, LLC**                    **Case No. 25-10312**

Balance Sheet                                                                        April

| | Diamond Select Toys & Collectibles, LLC |
|---|---|
| **Assets** | |
| **Current Assets** | |
| Cash and cash equivalents | 7,806 |
| Accounts Receivable, net | 994 |
| Inventory | 2,508,601 |
| Prepaids & Deposits | 1,721,067 |
| **Total Current Assets** | **4,238,467** |
| | |
| Other Current Assets | 20,689 |
| **Total Assets** | **4,259,156** |
| | |
| **Liabilities** | |
| **Liabilities Not Subject to Compromise** | |
| Accounts Payable | 255,072 |
| [1] DIP Financing (Post-petition) | 41,624,489 |
| **Total Liabilities Not Subject to Compromise** | **41,879,562** |
| | |
| **Liabilities Subject to Compromise** | |
| Prepetition Secured Debt | - |
| Prepetition Priority Debt | 34,898 |
| Prepetition Unsecured Debt | 8,249,566 |
| **Total Liabilities Subject to Compromise** | **8,284,464** |
| **Total Liabilities** | 50,164,026 |
| | |
| **Total Equity** | (45,925,559) |

[1] *Pursuant DIP financing order, the Company's prepetition revolving credit facility is being repaid on a dollar-for-dollar basis through the use of cash collateral, while a corresponding amount is drawn under the DIP facility. The prepetition revolving credit facility was fully paid down as of 2/28/25*

**Diamond Select Toys & Collectibles, LLC**                 **Case No. 25-10312**

Statement of Operations                                             Apr-25

|  | Diamond Select Toys & Collectibles, LLC |
|---|---|
| **Revenue** | |
| Sales - Wholesale | $ 263,599 |
| Sales - Webstore | 27,490 |
| **Total Sales** | **291,090** |
| | |
| **Cost Of Sales** | |
| Manufacturing | 12,500 |
| Fulfilment | 15,889 |
| **Total Cost Of Sales** | **28,389** |
| | |
| **Gross Profit** | **262,701** |
| | |
| **Selling, General, and Administrative** | |
| Bank Fees | 1,068 |
| Other Admit Cost | 27,674 |
| Salaries & Payroll Taxes | 89,880 |
| **Total G&A Costs** | **118,622** |
| | |
| **Net Income (Loss)** | **144,079** |

**Diamond Select Toys & Collectibles, LLC**

AR Aging

Case No. 25-10312

Apr-25

| Diamond Select Toys & Collectibles, LLC | ALL | CURRENT | 0 TO 30 | 31 TO 60 | 60 TO 90 | OVER 90 |
|---|---|---|---|---|---|---|
| Product | 994 | - | - | - | - | 994 |
| **TOTALS** | 994 | - | - | - | - | 994 |

**Diamond Select Toys & Collectibles, LLC**

AP Aging

Case No. 25-10312

Apr-25

| Diamond Select Toys | CURRENT | 1 TO 30 | 30 TO 60 | 61 TO 90 | OVER 90 | TOTAL |
|---|---|---|---|---|---|---|
| PRODUCT | 6,011 | 39,663 | 36,664 | - | 7,611 | 200,163 |
| NON PRODUCT | - | 3,187 | 16,769 | 930 | - | 459,948 |
| **TOTAL** | 6,011 | 42,850 | 53,432 | 930 | 7,611 | 660,111 |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2025 through April 30, 2025
**Account Number:** ▮▮▮▮▮▮▮8307

## Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00082878 WBS 802 211  12125 NNNNNNNNNNN  1 000000000 80 0000
DIAMOND SELECT TOYS & COLLECTIBLES, LLC
10150 YORK RD
HUNT VALLEY MD 21030-3340

## Commercial Checking

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $7,327.01 |  |
| Deposits and Credits | 32 | $148,661.14 |  |
| Withdrawals and Debits | 14 | $132,040.56 |  |
| Checks Paid | 9 | $16,141.32 |  |
| **Ending Ledger Balance** |  | **$7,806.27** |  |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 04/01 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250401 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000026080538 Eed:250401 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0916080538Tc | $57.70 |
| 04/02 | JPMorgan Access Transfer From Account▮▮▮▮▮5979 YOUR REF:  1005524092SB | 70,000.00 |
| 04/03 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250403 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000021161855 Eed:250403 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0931161855Tc | 542.89 |
| 04/04 | Remote Online Deposit        8307 | 80.41 |
| 04/04 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250404 CO Entry Descr:Deposit   Sec:CCD   Trace#:021000026117960 Eed:250404 Ind ID:6405517        Ind Name:Diamond Select Toys & Trn: 0946117960Tc | 2,109.41 |
| 04/07 | Remote Online Deposit        8307 | 172.73 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



April 01, 2025 through April 30, 2025

**Account Number:** ████████8307

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 04/07 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250407 CO Entry Descr:Deposit  Sec:CCD  Trace#:021000023415078 Eed:250407 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 0973415078Tc | 728.96 |
| 04/07 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250407 CO Entry Descr:Deposit  Sec:CCD  Trace#:021000023415080 Eed:250407 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 0973415080Tc | 150.00 |
| 04/08 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250408 CO Entry Descr:Deposit  Sec:CCD  Trace#:021000029158623 Eed:250408 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 0989158623Tc | 30.93 |
| 04/09 | Remote Online Deposit          8307 | 73.44 |
| 04/10 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250410 CO Entry Descr:Deposit  Sec:CCD  Trace#:021000024232080 Eed:250410 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1004232080Tc | 506.02 |
| 04/11 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250411 CO Entry Descr:Deposit  Sec:CCD  Trace#:021000024693167 Eed:250411 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1014693167Tc | 827.16 |
| 04/11 | Orig CO Name:Ebay Comhgb9Csrh      Orig ID:1618206000 Desc Date:250411 CO Entry Descr:Payments  Sec:CCD Trace#:021000024693164 Eed:250411    Ind ID:Lwzll5Htcdqxm64              Ind Name:Diamond Select Toys CO    Nte*Zzz*P6838587601\ Trn: 1014693164Tc | 16.10 |
| 04/14 | Remote Online Deposit          8307 | 201.72 |
| 04/15 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250415 CO Entry Descr:Deposit  Sec:CCD  Trace#:021000029453695 Eed:250415 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1059453695Tc | 2,546.99 |
| 04/16 | Remote Online Deposit          8307 | 219.38 |
| 04/16 | JPMorgan Access Transfer From Account████████5979 YOUR REF:  1003352106SB | 50,000.00 |
| 04/16 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250416 CO Entry Descr:Deposit  Sec:CCD  Trace#:021000022838887 Eed:250416 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1062838887Tc | 256.21 |
| 04/17 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250417 CO Entry Descr:Deposit  Sec:CCD  Trace#:021000028743276 Eed:250417 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1078743276Tc | 1,994.18 |
| 04/18 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250418 CO Entry Descr:Deposit  Sec:CCD  Trace#:021000027619459 Eed:250418 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1087619459Tc | 220.82 |
| 04/21 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250421 CO Entry Descr:Deposit  Sec:CCD  Trace#:021000023489545 Eed:250421 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1113489545Tc | 1,659.76 |
| 04/21 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250421 CO Entry Descr:Deposit  Sec:CCD  Trace#:021000023489543 Eed:250421 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1113489543Tc | 57.39 |



April 01, 2025 through April 30, 2025

**Account Number:** ████████8307

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 04/22 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250422 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000025517114 Eed:250422 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1125517114Tc | 2,245.08 |
| 04/23 | Remote Online Deposit        8307 | 130.90 |
| 04/23 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250423 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000021352473 Eed:250423 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1131352473Tc | 39.06 |
| 04/24 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250424 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000025534194 Eed:250424 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1145534194Tc | 3,099.27 |
| 04/25 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250425 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000022466396 Eed:250425 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1152466396Tc | 1,112.75 |
| 04/28 | Remote Online Deposit        8307 | 447.35 |
| 04/28 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250428 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000029601556 Eed:250428 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1189601556Tc | 403.34 |
| 04/28 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250428 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000029601554 Eed:250428 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1189601554Tc | 94.62 |
| 04/29 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250429 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000020755662 Eed:250429 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1190755662Tc | 7,894.53 |
| 04/30 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250430 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000027400923 Eed:250430 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1207400923Tc | 742.04 |
| **Total** | | **$148,661.14** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 04/02 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:250402 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000021002561 Eed:250402 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 0921002561Tc | $543.67 |
| 04/02 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi-ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 7841100092Jo YOUR REF:  NONREF | 34,045.47 |
| 04/03 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q/Bnf/Rbi - ADP55S6Q Trn: 8868800093Jo YOUR REF:  NONREF | 230.93 |
| 04/03 | Book Transfer Debit A/C: ADP Client Trust San Dimas CA 91773- US Ref: Rbi - ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 8868700093Jo YOUR REF:  NONREF | 12,968.66 |



April 01, 2025 through April 30, 2025

**Account Number:** ████████8307

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 04/03 | Orig CO Name:Diamond Select T      Orig ID:9108307001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD    Trace#:021000025373810 Eed:250403 Ind ID:9108307001          Ind Name:EFT File Name: Rp0935W     ACH Origin#:9090209001  CO Eff: 25/ 04/03                    250403 Rp0935W9 Trn: 0935373810Tc | 14,465.23 |
| 04/04 | Book Transfer Debit A/C: Imagine Fulfillment Services LLC LA Mirada CA 90638-5802 US Ref: Inv 46403 Trn: 5615900094Jo YOUR REF:  NONREF | 5,879.19 |
| 04/09 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250409 CO Entry Descr:Deposit  Sec:CCD    Trace#:021000029208180 Eed:250409 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 0999208180Tc | 145.00 |
| 04/14 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:250414 CO Entry Descr:Deposit  Sec:CCD    Trace#:021000028532389 Eed:250414 Ind ID:6405517              Ind Name:Diamond Select Toys & Trn: 1048532389Tc | 1,025.94 |
| 04/15 | Orig CO Name:Diamond Select T      Orig ID:9108307001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD    Trace#:021000021306341 Eed:250415 Ind ID:9108307001          Ind Name:EFT File Name: Rp10556     ACH Origin#:9090209001  CO Eff: 25/ 04/15                    250415 Rp105560 Trn: 1051306341Tc | 5,135.77 |
| 04/15 | Account Analysis Settlement Charge | 524.27 |
| 04/16 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 7729200106Jo YOUR REF:  NONREF | 30,246.85 |
| 04/17 | Book Transfer Debit A/C: ADP Client Trust San Dimas CA 91773- US Ref: Rbi - ADP55S6Q-A/Bnf/Rbi - ADP55S6Q-A Trn: 7772900107Jo YOUR REF:  NONREF | 12,141.38 |
| 04/17 | Book Transfer Debit A/C: ADP Client Trust Wilmington DE 19801- US Ref: Rbi - ADP55S6Q/Bnf/Rbi - ADP55S6Q Trn: 7770700107Jo YOUR REF:  NONREF | 246.69 |
| 04/28 | Orig CO Name:Jp Morgan Chase      Orig ID:36-0899825 Desc Date:042525 CO Entry Descr:Comm Card Sec:CCD    Trace#:021000026296943 Eed:250428  Ind ID:556375790004890          Ind Name:Diamond Select Autopay Trn: 1186296943Tc | 14,441.51 |
| **Total** | | **$132,040.56** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 102902 | 04/07 | $159.00 | 102913 | 04/23 | $250.00 | 102916 | 04/21 | $2,600.00 |
| 102911* | 04/11 | $376.69 | 102914 | 04/28 | $3,750.00 | 102917 | 04/29 | $379.20 |
| 102912 | 04/23 | $126.43 | 102915 | 04/23 | $2,500.00 | 102918 | 04/24 | $6,000.00 |

| **Total** | **9 check(s)** | | | | | | | **$16,141.32** |

\* indicates gap in sequence

 **CHASE**

April 01, 2025 through April 30, 2025

**Account Number:** ████████8307

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------:|------|---------------:|
| 04/01 | $7,384.71 | 04/16 | $30,100.39 |
| 04/02 | $42,795.57 | 04/17 | $19,706.50 |
| 04/03 | $15,673.64 | 04/18 | $19,927.32 |
| 04/04 | $11,984.27 | 04/21 | $19,044.47 |
| 04/07 | $12,876.96 | 04/22 | $21,289.55 |
| 04/08 | $12,907.89 | 04/23 | $18,583.08 |
| 04/09 | $12,836.33 | 04/24 | $15,682.35 |
| 04/10 | $13,342.35 | 04/25 | $16,795.10 |
| 04/11 | $13,808.92 | 04/28 | -$451.10 |
| 04/14 | $12,984.70 | 04/29 | $7,064.23 |
| 04/15 | $9,871.65 | 04/30 | $7,806.27 |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank