# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 527 & 528** <br> <u>**Hearing Date**</u>**:** <br> **June 30, 2025 at 11:00 a.m. (ET)** <br> <u>**Objection Deadline**</u>**:** <br> **At or before the hearing.** |

## AMENDED[2] NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING FIFTH STIPULATION BETWEEN DEBTORS AND JPMORGAN CHASE BANK, N.A., AMENDING DIP CREDIT AGREEMENT

**PLEASE TAKE NOTICE** that on June 24, 2025, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of an Order Approving Fifth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement* (the "<u>Motion</u>") (D.I. 527) and the *Debtors' Motion to Shorten Notice of the Debtors' Motion For Entry of Order Approving Fifth Stipulation Between Debtors and JPMorgan Chase Bank, N. A., Amending Dip Credit Agreement* (the "<u>Motion to Shorten</u>") (D.I. 528).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion and the Motion to Shorten will commence before the Honorable Judge Rice on **June, 30, 2025 at 11:00 a.m. (ET)** (the "<u>Hearing</u>") in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned proposed counsel for the Debtors, so as to actually be received **on or before June 30, 2025 or stated on the record at the Hearing**.

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]  This notice was amended to reflect the hearing for the Motion and Motion to Shorten as set forth in the *Notice* (D.I. 529).

55792117.1

Dated: June 25, 2025
           **SAUL EWING LLP**

           By: */s/ Jordan D. Rosenfeld*
               Jordan D. Rosenfeld (MD Bar No. 13694)
               1001 Fleet Street, 9th Floor
               Baltimore, MD 21202
               Telephone: (410) 332-8600
               Email: jordan.rosenfeld@saul.com

           -and-

           Jeffrey C. Hampton (admitted *pro hac vice*)
           Adam H. Isenberg (admitted *pro hac vice*)
           Turner N. Falk (admitted *pro hac vice*)
           1500 Market Street, 38th Floor
           Philadelphia, PA 19102
           Telephone: (215) 972-7777
           Email: jeffrey.hampton@saul.com
                   adam.isenberg@saul.com
                   turner.falk@saul.com

           -and-

           Mark Minuti (admitted *pro hac vice*)
           Paige N. Topper (admitted *pro hac vice*)
           Nicholas Smargiassi (admitted *pro hac vice*)
           1201 N. Market Street, Suite 2300
           Wilmington, DE 19801
           Telephone: (302) 421-6800
           Email: mark.minuti@saul.com
                   paige.topper@saul.com
                   nicholas.smargiassi@saul.com

           *Counsel for Debtors and Debtors in Possession*

55792117.1