# **Exhibit A**

# **Proposed Order**

55724991.15

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Related to Docket No. ___** |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING
(I) PROCEDURES FOR SALE OR OTHER DISPOSITION OF CONSIGNED
INVENTORY, (II) APPROVING SALES OR OTHER DISPOSITION OF CONSIGNED
INVENTORY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR
ENCUMBRANCES AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order pursuant to sections 105(a) and 363(b), (f) of the Bankruptcy Code, (a) approving the Consignment Sale Procedures; (b) authorizing and approving the Consignment Sales free and clear of all liens, claims,

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not defined herein are defined in the Motion.

55724991.15

-2-

encumbrances, and other interests; and (c) granting related relief; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1.   The Motion is GRANTED as set forth herein.

2.   The Consignment Sale Procedures are approved.

3.   The Debtors are authorized, in the exercise of their business judgment and in consultation with the DIP Lender and the Committee, to consummate Consignment Sales pursuant to the Consignment Sale Procedures.

4.   Pursuant to sections 105(a), 363(b), 363(f) of the Bankruptcy Code, the Debtors are authorized to sell or otherwise dispose of consigned inventory provided by the Consignment Vendors to one or more purchasers in substantial compliance with the Consignment Sale Procedures and free and clear of all liens, claims and encumbrances of any kind or nature whatsoever, including without limitation any lien, claim or interest of the DIP Lender and the applicable Consignment Vendors, and free and clear of successor or successor in interest liability.

-3-

5. The form of declaration attached as **Exhibit 1** to this Order is approved. The Debtors shall file executed declarations promptly after any closing on a sale of Consigned Inventory for a purchase price that is less than $100,000. For all other proposed Consignment Sales, the Debtors shall file any applicable declaration at least seven (7) business days prior to the closing on such sale, and shall provide notice of such declaration to the applicable Consignment Vendor. Parties in interest shall have five (5) business days from such notice to file an objection with the Court as to whether or not the proposed purchaser is a good faith purchaser entitled to the protections of section 363(m) of the Bankruptcy Code. If a timely objection is made to a declaration, a hearing on such objection shall be scheduled. Such hearing shall be limited solely to a determination of the purchaser's good faith.

6. Unless the Court orders otherwise, any person that purchases consigned inventory in compliance with the Consignment Sale Procedures and that timely executes a declaration in substantially the form contained at **Exhibit 1** to this Order shall be deemed to be a good faith buyer within the meaning of section 363(m) of the Bankruptcy Code, and shall be entitled to all of the protections afforded by such provision.

7. Bankruptcy Rule 6004(f)(1)(A) is modified for cause. The Debtors shall file the required reports on a monthly basis.

8. Notwithstanding any Bankruptcy Rule to the contrary, this Order is effective immediately and enforceable upon its entry.

9. This Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**END OF ORDER**

55724991.15

# **Exhibit 1**

## **Good Faith Purchaser Declaration**

55724991.15

**DECLARATION OF GOOD FAITH PURCHASER FOR VALUE**

Diamond Comic Distributors, Inc., and certain of its affiliates (together, the "Company") filed voluntary petitions (the "Chapter 11 Cases") for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland ("Bankruptcy Court") on January 14, 2025 (the "Petition Date"). Such cases are being jointly administered as Case No. 25-10308 (DER). On [__], 2025, the Bankruptcy Court entered its *Order Granting Debtors' Motion for Enty of Order Approving (I) Procedures for Sale of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims and Encumbrances and (III) Granting Related Relief* (the "Order") authorizing the Company, pursuant to certain procedures (referred to in the Order as "Consignment Sale Procedures"), to sell or otherwise dispose of certain consigned inventory, free and clear of liens, claims and encumbrances, pursuant to 11 U.S.C. § 363(f). Unless the context suggests otherwise, capitalized terms used herein shall have the meanings ascribed to them in the Order.

_____, (the "Purchaser") seeks to acquire the consigned inventory identified below (the "Consigned Inventory"), free and clear of all liens, claims, encumbrances or other interests:

[*insert list of Consigned Inventory*]

The undersigned is an representative of the Purchaser with personal knowledge of the facts set forth in this Declaration. The undersigned is authorized to submit this Declaration on behalf of the Purchaser.

The Purchaser has received and reviewed a copy of the Order. To the best of Purchaser's knowledge, it has complied with the Consignment Sale Procedures referenced in, and approved by, the Order.

The Purchaser is not an "insider" of the Company within the meaning of 11 U.S.C. § 101(31).

The Purchaser is acquiring the Consigned Inventory as the result of an arm's-length transaction for fair and reasonable consideration.

The Purchaser has not engaged in any collusion with any party in connection with its purchase of the Consigned Inventory.

The Purchaser is a good faith purchaser of the Consigned Inventory pursuant to 11 U.S.C. § 363(m).

55724991.15

-2-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: _____, 2025                                          _____, Purchaser

                                                                By: _____
                                                                    Name:
                                                                    Title:

55724991.15