THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re
Diamond Comic Distributors, Inc., *et al.*,
Debtors

Case No. 25-10308 (DER)
Chapter 11

## MOTION OF LIMINAL ESPORTS LLC DBA SNOWBRIGHT STUDIO TO EXTEND TIME OF CLAIMS BAR DATE

LIMINAL ESPORTS LLC DBA SNOWBRIGHT STUDIO moves the court for an order granting it an extension from the bar date, respectfully due to the following extenuating circumstances:

> DEBTORS failed to perform their contractual requirement to provide SNOWBRIGHT STUDIO with an accounting of sales until June 20th, 2025, thereby delaying SNOWBRIGHT STUDIO'S ability to file an accurate proof of claim with Omni Agent Solutions until June 20th, 2025 and providing inadequate notice to submit by the May 30, 2025 Bar Date.

Background Information:

WHEREAS,
1) DEBTORS have a contractual sales relationship with SNOWBRIGHT STUDIO, which agreed that DEBTOR would "generate a monthly sales report and to be sent to [CA]." known as a "Flooring Report" to indicate products that had been sold by DEBTOR and amounts owed to SNOWBRIGHT STUDIO.

2) DEBTORS failed to send sales reports and accountings to SNOWBRIGHT STUDIO, thereby preventing SNOWBRIGHT STUDIO from identifying the amounts owed by DEBTOR.

3) DEBTORS did finally provide all relevant sales reports on June 20th, 2025, thirty days past the Bar Date.

4) With the data in hand, SNOWBRIGHT STUDIO was able to accurately calculate its total claim amount, in the total of $4,122 in sales receipts and $2,320 in floored inventory for a total of $6,442.

5) SNOWBRIGHT STUDIO promptly and immediately filed its proof of claim with Omni Agent Solutions on June 20th, 2025, as soon as it had all relevant, accurate sales and flooring data from DEBTORS.

6) The contract between DEBTORS and SNOWBRIGHT STUDIO continues on, as identified in Schedule A, as assigned to new purchaser, UNIVERSAL DISTRIBUTION LLC.

Requested Relief:

THEREFORE,
SNOWBRIGHT STUDIO respectfully requests that the Court accept SNOWBRIGHT STUDIO'S proof of claim which was submitted on June 20th, 2025 to Omni Agent Solutions in spite of the Bar Date being set 30 days prior.


Respectfully submitted,

James Collins, CEO
Liminal Esports LLC dba Snowbright Studio

1500 Chagrin River Rd. #361
Gates Mills, OH 44040
(586) 646-0457
collins@snowbrightstudio.com


CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION have been served by Certified Mail to:

SAUL EWING LLP
Jordan D. Rosenfeld
1001 Fleet Street, 9th Floor
Baltimore, MD 21202