# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline:** July 10, 2025 |

## FIRST MONTHLY FEE APPLICATION OF OMNI AGENT SOLUTIONS, INC., ADMINISTRATIVE AGENT TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH MARCH 31, 2025

| | |
|---|---|
| Name of applicant: | Omni Agent Solutions, Inc. |
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Petition Date: | January 14, 2025 |
| Date of retention: | February 28, 2025 *Nunc pro tunc* to January 14, 2025[2] |
| This is a: | Monthly application for compensation |
| Period for which compensation and reimbursement is sought: | February 1, 2025 through March 31, 2025 |
| Amount of compensation sought: | $31,161.15, 80% of which is $24,928.92 |
| Amount of expense reimbursement sought: | $0.00 |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] On February 28, 2025, the Court entered the *Order Authorizing Retention and Appointment of Omni Agent Solutions, Inc., as Administrative Agent for the Debtors, Effective as of the Petition Date.*

55731218.1

Blended hourly rate for this application:   $188.66

## SUMMARY OF PRIOR MONTHLY FEE APPLICATIONS

| DATE FILED | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES | UNOPPOSED FEES | UNOPPOSED EXPENSES | PAID FEES | PAID EXPENSES | HOLDBACK |
|---|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
|  | Totals: |  |  |  |  |  |  |  |

## SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

| DATE FILED | PERIOD COVERED | ORDER ENTERED | REQUESTED FEES | REQUESTED EXPENSES | UNOPPOSED FEES | UNOPPOSED EXPENSES | PAID FEES | PAID EXPENSES |
|---|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
|  |  | Totals: |  |  |  |  |  |  |

## COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Total |
|---|---|---|
| Preparation of Schedules/SoFAs | 166.7 | $34,623.50 |
| **SUBTOTAL** | **166.7** | **$34,623.50** |
| **DISCOUNT** | ---- | **($3,462.35)** |
| **ADJUSTED TOTAL** | **166.7** | **$31,161.15** |

2

55731218.1

**COMPENSATION BY PROFESSIONAL**

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Ada Ferrer | 0.8 | $190.00 | $152.00 |
| Brittney Whitaker | 0.4 | $240.00 | $96.00 |
| Carrie Hernandez | 0.5 | $190.00 | $95.00 |
| Cassie Weatherspoon | 2.1 | $190.00 | $399.00 |
| Javon Couch | 5.8 | $165.00 | $957.00 |
| Kim Steverson | 8.1 | $240.00 | $1,944.00 |
| Luis Solorzano | 18.1 | $240.00 | $4,344.00 |
| Lyanne Ramirez | 1.6 | $160.00 | $256.00 |
| Mark Bishay | 3.7 | $155.00 | $573.50 |
| Michelle Cano | 21.1 | $175.00 | $3,692.50 |
| Noah Hurst | 8.4 | $165.00 | $1,386.00 |
| Sejal Kelly | 56.9 | $240.00 | $13,656.00 |
| Tanya Hughes | 1.5 | $165.00 | $247.50 |
| Tara Saldajeno | 23.0 | $175.00 | $4,025.00 |
| Todd Pasquale | 4.0 | $165.00 | $660.00 |
| Yelena Bederman | 10.7 | $200.00 | $2,140.00 |
| **SUBTOTAL** | **166.7** | ---- | **$34,623.50** |
| **DISCOUNT** | ---- | ---- | **($3,462.35)** |
| **ADJ. TOTAL** | **166.7** | ---- | **$31,161.15** |

1.  Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Bankruptcy Rule 2016-1 and Appendix D, and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 203] (the "Interim Compensation Order"), Omni Agent Solutions, Inc. ("Omni" or the "Applicant"), administrative agent to the debtors and debtors in possession (collectively, the "Debtors"), hereby applies to the Court for its first monthly fee application for professional services rendered and reimbursement of actual and necessary expenses incurred for the period February 1, 2025 through March 31, 2025 (the "Application Period"). In accordance with the Interim Compensation Order, Omni requests authority to be paid by the Debtors $24,928.92 (which is 80% of $31,161.15) and $0.00 in expenses incurred during the Application Period.

3

55731218.1

2.   Attached hereto as **Exhibit A** are the detailed time records of all services performed by the Applicant during the Application Period. In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category. Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation requested.

### PREPARATION OF SCHEDULES AND SOFAS

This category includes all work performed by Omni in assisting the Debtors in the preparation of the Debtors' schedules and statements of financial affairs. Omni received large and frequent batches of data from the Debtors and their professionals. Such data was properly formatted, when necessary, and incorporated into the Debtors' schedules and statements of financial affairs. Omni conducted multiple reviews of draft work product with the Debtors and their professionals to ensure the accuracy of the final schedules and statements of financial affairs.

### EXPENSES

3.   Omni did not incur any expenses during the Application Period.

WHEREFORE, Omni respectfully requests that the Court enter an Order (i) allowing, authorizing and directing payment of interim compensation in the amount of $24,928.92 (which is 80% of $31,161.15) for services rendered on behalf of the Debtors during the Application Period, together with reimbursement of disbursements in the amount of $0.00; and (ii) granting such other and further relief as the Court deems just and proper.

Dated: June 26, 2025                    **OMNI AGENT SOLUTIONS, INC.**

By: */s/ Paul H. Deutch*
Paul H. Deutch
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
Telephone: (212) 302-3580
Email: pdeutch@omniagnt.com

*Administrative Agent for Debtors and Debtors in Possession*

55731218.1