# EXHIBIT A

**DETAILED TIME ENTRIES**



**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

March 19, 2025

327-Diamond Comic Distributors, Inc.

**Invoice Number: 13698**
Invoice Period: 02-01-2025 - 02-28-2025

Payment Terms: Upon Receipt

**RE: Schedules and Sofa's**

## Schedules and Sofa's

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-03-2025 | Sejal Kelly | Review email received and respond to W Aly @GH re SOFA3 | 0.20 | 240.00 | 48.00 |
| 02-03-2025 | Sejal Kelly | Call with W Aly @ GH re schedules and SOFA preparations | 0.10 | 240.00 | 24.00 |
| 02-03-2025 | Sejal Kelly | Coordinate and supervise updates to schedules and statements | 0.30 | 240.00 | 72.00 |
| 02-04-2025 | Kim Steverson | Review emails received and respond to (2) W. Aly @GH re call to discuss the status of the Schedules/SOFAs | 0.40 | 240.00 | 96.00 |
| 02-04-2025 | Sejal Kelly | Review email received and respond to A. Waleed @GH re revenue questions | 0.20 | 240.00 | 48.00 |
| 02-04-2025 | Kim Steverson | Meet with P. Topper and N. Falk @ SE and W. Aly @ GH amd S. Kelly @ Omni re Schedules and SOFA preparation | 0.60 | 240.00 | 144.00 |
| 02-04-2025 | Sejal Kelly | Meet with P. Topper and N. Falk @ SE and W. Aly @ GH amd K. Steverson @ Omni re Schedules and SOFA preparation | 0.60 | 240.00 | 144.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-04-2025 | Sejal Kelly | Review email received and respond to W. Aly @GH and P. Topper @SA re items listed holding for customers and SOFA21 | 0.20 | 240.00 | 48.00 |
| 02-04-2025 | Sejal Kelly | Review email/files received from client re SOFA21 | 0.50 | 240.00 | 120.00 |
| 02-05-2025 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 1.20 | 175.00 | 210.00 |
| 02-05-2025 | Kim Steverson | Review email received and respond to W. Aly @GH re sofa/schedule data | 0.20 | 240.00 | 48.00 |
| 02-05-2025 | Sejal Kelly | Coordinate and supervise updates to schedules and SOFAs | 0.20 | 240.00 | 48.00 |
| 02-06-2025 | Sejal Kelly | Calls with W. Aly @ GH re schedules and SOFA preparations | 0.50 | 240.00 | 120.00 |
| 02-06-2025 | Kim Steverson | Review email received and respond to W. Aly @GH re sofa/schedule data | 0.20 | 240.00 | 48.00 |
| 02-06-2025 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 1.60 | 175.00 | 280.00 |
| 02-06-2025 | Lyanne Ramirez | Prepare Schedule of Assets and Liabilities | 0.70 | 160.00 | 112.00 |
| 02-06-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.70 | 240.00 | 648.00 |
| 02-06-2025 | Javon Couch | Review and document request received from W. Aly @ GH re SOAL/SOFA data information | 0.20 | 165.00 | 33.00 |
| 02-06-2025 | Michelle Cano | Prepare Schedule of Assets and Liabilities | 2.50 | 175.00 | 437.50 |
| 02-06-2025 | Michelle Cano | Prepare Statement of Financial Affairs | 3.30 | 175.00 | 577.50 |
| 02-06-2025 | Tara Saldajeno | Prepare Statement of Financial Affairs | 0.80 | 175.00 | 140.00 |
| 02-06-2025 | Sejal Kelly | Review email received and respond to W. Aly @GH re sofa/schedules updates | 0.20 | 240.00 | 48.00 |
| 02-06-2025 | Sejal Kelly | Emails with (2) M. Cano @Omni re processing data for SOFAs | 0.20 | 240.00 | 48.00 |
| 02-06-2025 | Sejal Kelly | Meet with P. Topper and N. Falk @ SE and W. Aly @ | 0.50 | 240.00 | 120.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  |  | GH amd K. Steverson @ Omni re Schedules and SOFA preparation |  |  |  |
| 02-06-2025 | Kim Steverson | Meet with P. Topper and N. Falk @ SE and W. Aly @ GH and S. Kelly @ Omni re Schedules and SOFA preparation | 0.50 | 240.00 | 120.00 |
| 02-07-2025 | Kim Steverson | Meet with P. Topper and N. Falk @ SE and W. Aly @ GH and S. Kelly @ Omni re Schedules and SOFA preparation | 0.50 | 240.00 | 120.00 |
| 02-07-2025 | Sejal Kelly | Review email received and respond to W. Aly @GH re A/R between the divisions | 0.20 | 240.00 | 48.00 |
| 02-07-2025 | Sejal Kelly | Review email received and respond to W. Aly @GH re AR for DCD/DST attached | 0.20 | 240.00 | 48.00 |
| 02-07-2025 | Sejal Kelly | Email with L. Solorzano @Omni re Schedule AB 3 Exhibit | 0.10 | 240.00 | 24.00 |
| 02-07-2025 | Sejal Kelly | Meet with P. Topper and N. Falk @ SE and W. Aly @ GH and K. Steverson @ Omni re Schedules and SOFA preparation | 0.50 | 240.00 | 120.00 |
| 02-07-2025 | Tara Saldajeno | Prepare Statement of Financial Affairs | 0.70 | 175.00 | 122.50 |
| 02-07-2025 | Kim Steverson | Review email received and respond to W. Aly @GH re Additional schedules | 0.20 | 240.00 | 48.00 |
| 02-07-2025 | Michelle Cano | Prepare Schedule of Assets and Liabilities | 0.50 | 175.00 | 87.50 |
| 02-07-2025 | Michelle Cano | Prepare Statement of Financial Affairs | 6.50 | 175.00 | 1,137.50 |
| 02-07-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.70 | 240.00 | 168.00 |
| 02-07-2025 | Javon Couch | Review and document request received from W. Aly @ GH re SOAL/SOFA data information | 0.30 | 165.00 | 49.50 |
| 02-07-2025 | Lyanne Ramirez | Prepare Schedule of Assets and Liabilities | 0.30 | 160.00 | 48.00 |
| 02-07-2025 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 2.70 | 175.00 | 472.50 |
| 02-07-2025 | Sejal Kelly | Perform quality assurance on Schedules and SOFA data files | 0.70 | 240.00 | 168.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-07-2025 | Sejal Kelly | Coordinate and supervise updates to schedules and SOFAs | 0.50 | 240.00 | 120.00 |
| 02-10-2025 | Tara Saldajeno | Prepare and maintain Schedules and SOFAs tracking sheets and entry templates | 0.50 | 175.00 | 87.50 |
| 02-10-2025 | Kim Steverson | Review emails received and respond to (2) P. Topper @ SA re call to discuss schedules/sofas | 0.40 | 240.00 | 96.00 |
| 02-10-2025 | Javon Couch | Review and document request received from W. Aly @ GH re SOAL/SOFA data information | 0.30 | 165.00 | 49.50 |
| 02-10-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 3.60 | 240.00 | 864.00 |
| 02-10-2025 | Javon Couch | Prepare Schedule of Assets and Liabilities | 1.50 | 165.00 | 247.50 |
| 02-10-2025 | Carrie Hernandez | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.50 | 190.00 | 95.00 |
| 02-10-2025 | Lyanne Ramirez | Prepare Schedule of Assets and Liabilities | 0.60 | 160.00 | 96.00 |
| 02-10-2025 | Tara Saldajeno | Prepare Statement of Financial Affairs | 0.70 | 175.00 | 122.50 |
| 02-10-2025 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 1.00 | 175.00 | 175.00 |
| 02-10-2025 | Sejal Kelly | Perform quality assurance on Schedules and SOFA data files | 6.20 | 240.00 | 1,488.00 |
| 02-10-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re contract list and will begin preparing Sch G | 0.20 | 240.00 | 48.00 |
| 02-10-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re call to touch base regarding the schedules/SOFAs | 0.20 | 240.00 | 48.00 |
| 02-10-2025 | Kim Steverson | Meet with P. Topper and N. Falk @ SE and W. Aly @ GH and S. Kelly @ Omni re Schedules and SOFA preparation | 0.40 | 240.00 | 96.00 |
| 02-10-2025 | Sejal Kelly | Meet with P. Topper and N. Falk @ SE and W. Aly @ GH and K. Steverson @ Omni re Schedules and SOFA preparation | 0.40 | 240.00 | 96.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-11-2025 | Sejal Kelly | Review email received and respond to W. Aly @GH re receipt of the updated payments | 0.20 | 240.00 | 48.00 |
| 02-11-2025 | Tara Saldajeno | Prepare Statement of Financial Affairs | 1.40 | 175.00 | 245.00 |
| 02-11-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.40 | 240.00 | 96.00 |
| 02-11-2025 | Tara Saldajeno | Prepare and maintain Schedules and SOFAs tracking sheets and entry templates | 0.50 | 175.00 | 87.50 |
| 02-11-2025 | Yelena Bederman | Review email received and respond to S. Kelly @ Omni re: schedules | 0.10 | 200.00 | 20.00 |
| 02-11-2025 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 1.50 | 200.00 | 300.00 |
| 02-11-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA data files | 4.50 | 240.00 | 1,080.00 |
| 02-11-2025 | Todd Pasquale | Prepare Schedule of Assets and Liabilities | 4.00 | 165.00 | 660.00 |
| 02-11-2025 | Noah Hurst | Prepare Schedule of Assets and Liabilities | 4.70 | 165.00 | 775.50 |
| 02-11-2025 | Sejal Kelly | Calls with W. Aly @ GH re schedules and SOFAs | 0.30 | 240.00 | 72.00 |
| 02-12-2025 | Javon Couch | Prepare and maintain Schedules and SOFAs tracking sheets and entry templates | 0.20 | 165.00 | 33.00 |
| 02-12-2025 | Ada Ferrer | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.80 | 190.00 | 152.00 |
| 02-12-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 1.10 | 240.00 | 264.00 |
| 02-12-2025 | Tara Saldajeno | Prepare Statement of Financial Affairs | 1.90 | 175.00 | 332.50 |
| 02-12-2025 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 0.60 | 175.00 | 105.00 |
| 02-12-2025 | Tara Saldajeno | Prepare and maintain Schedules and SOFAs tracking sheets and entry templates | 0.40 | 175.00 | 70.00 |
| 02-12-2025 | Javon Couch | Review and document request received from W. Aly @ GH re SOAL/SOFA data information | 0.20 | 165.00 | 33.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-12-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re drafts of SOFAs and Schedules | 0.20 | 240.00 | 48.00 |
| 02-12-2025 | Michelle Cano | Prepare Schedule of Assets and Liabilities | 1.60 | 175.00 | 280.00 |
| 02-12-2025 | Michelle Cano | Prepare Statement of Financial Affairs | 2.10 | 175.00 | 367.50 |
| 02-13-2025 | Michelle Cano | Prepare Schedule of Assets and Liabilities | 1.00 | 175.00 | 175.00 |
| 02-13-2025 | Michelle Cano | Prepare Statement of Financial Affairs | 2.30 | 175.00 | 402.50 |
| 02-13-2025 | Sejal Kelly | Review email received and respond to W. Aly @GH re schedule E | 0.20 | 240.00 | 48.00 |
| 02-13-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re SOFA 4 | 0.20 | 240.00 | 48.00 |
| 02-13-2025 | Sejal Kelly | Review email received and respond to N. Smargiassi @SE re updated schedule and will update accordingly | 0.20 | 240.00 | 48.00 |
| 02-13-2025 | Sejal Kelly | Email with T. Saldajeno @Omni re Schedule AB 21 Exhibit | 0.10 | 240.00 | 24.00 |
| 02-13-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re updated SOFA16 | 0.20 | 240.00 | 48.00 |
| 02-13-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re schedule D and H | 0.20 | 240.00 | 48.00 |
| 02-13-2025 | Sejal Kelly | Emails with (2) Y. Bederman @Omni re add information to Sch D and H | 0.20 | 240.00 | 48.00 |
| 02-13-2025 | Cassie Weatherspoon | Perform quality assurance on exhibits for Statement of Financial Affairs | 1.20 | 190.00 | 228.00 |
| 02-13-2025 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 0.50 | 175.00 | 87.50 |
| 02-13-2025 | Tara Saldajeno | Prepare and maintain Schedules and SOFAs tracking sheets and entry templates | 0.30 | 175.00 | 52.50 |
| 02-13-2025 | Javon Couch | Review and document request received from W. Aly @ GH re SOAL/SOFA data information | 0.30 | 165.00 | 49.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-13-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 1.80 | 240.00 | 432.00 |
| 02-13-2025 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 1.00 | 200.00 | 200.00 |
| 02-13-2025 | Yelena Bederman | Review email received and respond to T. Saldajeno @ Omni re: schedule G updates | 0.10 | 200.00 | 20.00 |
| 02-13-2025 | Javon Couch | Review and document request received from P. Topper @ SE re questions/comments on SOALs | 0.20 | 165.00 | 33.00 |
| 02-13-2025 | Yelena Bederman | Review email received and respond to S. Kelly @ Omni re: schedules D & H | 0.10 | 200.00 | 20.00 |
| 02-13-2025 | Javon Couch | Update Statement of Financial Affairs | 0.40 | 165.00 | 66.00 |
| 02-13-2025 | Sejal Kelly | Call with P. Topper @ SE re schedules and SOFA preparations | 0.50 | 240.00 | 120.00 |
| 02-13-2025 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.30 | 240.00 | 552.00 |
| 02-13-2025 | Sejal Kelly | Coordinate and supervise updates to schedules and SOFAs based on client input | 1.10 | 240.00 | 264.00 |
| 02-13-2025 | Tara Saldajeno | Prepare Statement of Financial Affairs | 1.40 | 175.00 | 245.00 |
| 02-13-2025 | Brittney Whitaker | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.40 | 240.00 | 96.00 |
| 02-14-2025 | Javon Couch | Review and document request received from W. Aly @ GH re SOAL/SOFA data information | 0.30 | 165.00 | 49.50 |
| 02-14-2025 | Javon Couch | Review and document request received from P. Topper @ SE re questions/comments on SOALs | 0.20 | 165.00 | 33.00 |
| 02-14-2025 | Yelena Bederman | Review email received and respond to S. Kelly @ Omni re: schedule E | 0.10 | 200.00 | 20.00 |
| 02-14-2025 | Cassie Weatherspoon | Perform quality assurance on exhibits for Statement of Financial Affairs | 0.90 | 190.00 | 171.00 |
| 02-14-2025 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 2.00 | 200.00 | 400.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-14-2025 | Javon Couch | Update Statement of Financial Affairs | 0.40 | 165.00 | 66.00 |
| 02-14-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 1.70 | 240.00 | 408.00 |
| 02-14-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA data files | 1.30 | 240.00 | 312.00 |
| 02-14-2025 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 1.80 | 175.00 | 315.00 |
| 02-14-2025 | Tara Saldajeno | Prepare Statement of Financial Affairs | 1.40 | 175.00 | 245.00 |
| 02-14-2025 | Tara Saldajeno | Prepare and maintain Schedules and SOFAs tracking sheets and entry templates | 0.30 | 175.00 | 52.50 |
| 02-14-2025 | Sejal Kelly | Email with Data Management Team and Y. Bederman @Omni re add these to Sch E | 0.10 | 240.00 | 24.00 |
| 02-14-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re preliminary schedules and SOFAs for review | 0.20 | 240.00 | 48.00 |
| 02-14-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re preliminary schedules and SOFAs for review | 0.20 | 240.00 | 48.00 |
| 02-14-2025 | Sejal Kelly | Review emails received and respond to (2) P. Topper @SE re receipt of your comments and will make the updates | 0.40 | 240.00 | 96.00 |
| 02-14-2025 | Michelle Cano | Prepare Statement of Financial Affairs | 1.30 | 175.00 | 227.50 |
| 02-14-2025 | Sejal Kelly | Perform quality assurance on Schedules and SOFA data files | 2.80 | 240.00 | 672.00 |
| 02-14-2025 | Sejal Kelly | Email with T. Saldajeno @Omni re drafts and open items | 0.10 | 240.00 | 24.00 |
| 02-15-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA documents and exhibits | 0.30 | 240.00 | 72.00 |
| 02-15-2025 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.60 | 240.00 | 624.00 |
| 02-15-2025 | Sejal Kelly | Perform quality assurance on prepared Statement of Financial Affairs | 1.90 | 240.00 | 456.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-15-2025 | Sejal Kelly | Update Schedule of Assets and Liabilities | 1.70 | 240.00 | 408.00 |
| 02-15-2025 | Sejal Kelly | Update Statement of Financial Affairs | 1.30 | 240.00 | 312.00 |
| 02-16-2025 | Sejal Kelly | Perform quality assurance on Schedules and SOFA data files | 0.40 | 240.00 | 96.00 |
| 02-16-2025 | Sejal Kelly | Update Schedule of Assets and Liabilities | 1.10 | 240.00 | 264.00 |
| 02-16-2025 | Sejal Kelly | Coordinate and supervise updates to schedules and SOFAs | 0.60 | 240.00 | 144.00 |
| 02-16-2025 | Sejal Kelly | Call with P. Topper @ Saul, W Aly and R Aly @ GH re updates to schedules and SOFAs | 1.80 | 240.00 | 432.00 |
| 02-16-2025 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 1.40 | 240.00 | 336.00 |
| 02-16-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re updated Schedules and SOFAs | 0.20 | 240.00 | 48.00 |
| 02-16-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re call to walk through schedule | 0.20 | 240.00 | 48.00 |
| 02-16-2025 | Sejal Kelly | Review emails received and respond to (2) P. Topper @SE re changes to schedules and sofas | 0.40 | 240.00 | 96.00 |
| 02-16-2025 | Sejal Kelly | Review email received and respond to R. Gorin @GH re client support team will follow up | 0.20 | 240.00 | 48.00 |
| 02-16-2025 | Sejal Kelly | Review email received and respond to W. Aly @GH re updates to Schedule F | 0.20 | 240.00 | 48.00 |
| 02-16-2025 | Sejal Kelly | Email with Data Management Team and Y. Bederman @Omni re update Sch F | 0.10 | 240.00 | 24.00 |
| 02-16-2025 | Sejal Kelly | Review email received and respond to N. Smargiassi @SE re updated spreadsheet of executory contracts for schedule G | 0.20 | 240.00 | 48.00 |
| 02-16-2025 | Sejal Kelly | Email with Data Management Team and Y. Bederman @Omni re update Sch G and address research | 0.10 | 240.00 | 24.00 |
| 02-16-2025 | Mark Bishay | Import Schedules claim information into system | 1.30 | 155.00 | 201.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-17-2025 | Mark Bishay | Import Schedules claim information into system | 1.20 | 155.00 | 186.00 |
| 02-17-2025 | Kim Steverson | Review address research results and coordinate with Data Management Team re processing same | 1.00 | 240.00 | 240.00 |
| 02-17-2025 | Kim Steverson | Coordinate with Case and Data Management Teams re Schedules and SOFA prep | 2.50 | 240.00 | 600.00 |
| 02-17-2025 | Sejal Kelly | Perform quality assurance on Schedules and SOFA documents and exhibits | 12.00 | 240.00 | 2,880.00 |
| 02-17-2025 | Kim Steverson | Coordinate with Case Management Team re researching missing addresses for Schedule F | 0.50 | 240.00 | 120.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to P. Topper and Team @SE re the CEI and CHI Schedules and SOFAs for your review | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Sejal Kelly | Review emails received and respond to (2) W. Aly @GH re will get the schedule changes incorporated | 0.40 | 240.00 | 96.00 |
| 02-17-2025 | Sejal Kelly | Email with Data Management Team and Y. Bederman @Omni re update Sch E for the taxing authorities | 0.10 | 240.00 | 24.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to W. Aly @GH re schedule/sofa questions | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Sejal Kelly | Email with Data Management Team and Y. Bederman @Omni re address research | 0.10 | 240.00 | 24.00 |
| 02-17-2025 | Sejal Kelly | Email with Data Management Team and Y. Bederman @Omni re update Sch F | 0.10 | 240.00 | 24.00 |
| 02-17-2025 | Sejal Kelly | Email with J. Couch @Omni re research the missing addresses | 0.10 | 240.00 | 24.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to N. Smargiassi @SE re updates to be made on sofa/sched | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to W. Aly @GH re will prepare the exhibit and circulate | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Sejal Kelly | Email with T. Saldajeno @Omni re make an exhibit for DCD AB60 and Sofa 21 | 0.10 | 240.00 | 24.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-17-2025 | Kim Steverson | Review emails received and respond to (2) P. Topper @SA re Schedules/SOFA | 0.40 | 240.00 | 96.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re updates to sofa/schedules | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re Final debtor for review and signoff | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Sejal Kelly | Review emails received and respond to (2) P. Topper @SE re removing last three SCh F creditors | 0.40 | 240.00 | 96.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re schedule F | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Tara Saldajeno | Prepare and maintain Schedules and SOFAs tracking sheets and entry templates | 0.30 | 175.00 | 52.50 |
| 02-17-2025 | Tara Saldajeno | Prepare Schedule of Assets and Liabilities | 0.90 | 175.00 | 157.50 |
| 02-17-2025 | Tara Saldajeno | Prepare Statement of Financial Affairs | 2.10 | 175.00 | 367.50 |
| 02-17-2025 | Javon Couch | Review and document request received from W. Aly @ GH re SOAL/SOFA data information | 0.30 | 165.00 | 49.50 |
| 02-17-2025 | Yelena Bederman | Review email received and respond to K. Steverson @ Omni re: updates to schedules | 0.10 | 200.00 | 20.00 |
| 02-17-2025 | Yelena Bederman | Review email received and respond to S. Kelly @ Omni re: updates to schedules E, F & G | 0.10 | 200.00 | 20.00 |
| 02-17-2025 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 4.00 | 200.00 | 800.00 |
| 02-17-2025 | Noah Hurst | Prepare Schedule of Assets and Liabilities | 3.70 | 165.00 | 610.50 |
| 02-17-2025 | Javon Couch | Review and document request received from P. Topper @ SE re updated SOAL/SOFA data information | 0.20 | 165.00 | 33.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to N. Smargiassi @SE re add the two following contract counterparties to Schedule G | 0.20 | 240.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-17-2025 | Sejal Kelly | Email with Data Management Team and Y. Bederman @Omni re add these two contracts to schedule G | 0.10 | 240.00 | 24.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re updated DST files for final review | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re filing DST | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re permission to affix Rob's signature | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re Schedules and SOFAs for review and signoff | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Sejal Kelly | Review email received and respond to P. Topper @SE re Corrected CEI and CHI for filing | 0.20 | 240.00 | 48.00 |
| 02-17-2025 | Sejal Kelly | Email with Data Management Team and Y. Bederman @Omni re update Sch E | 0.10 | 240.00 | 24.00 |
| 02-17-2025 | Sejal Kelly | Calls with P. Topper @ SE re Schedules and SOFAs preparation | 0.90 | 240.00 | 216.00 |
| 02-17-2025 | Sejal Kelly | Prepare drafts for Schedules & SOFAs; email to FA and counsel for review and signoff | 1.60 | 240.00 | 384.00 |
| 02-17-2025 | Sejal Kelly | Call with W. Aly @ GH re final updates to schedules and SOFAs | 0.30 | 240.00 | 72.00 |
| 02-18-2025 | Javon Couch | Review and document request received from W. Aly @ GH re SOAL/SOFA data information | 0.20 | 165.00 | 33.00 |
| 02-18-2025 | Javon Couch | Review and document request received from P. Topper @ SE re SOALs/SOFAs for review | 0.20 | 165.00 | 33.00 |
| 02-18-2025 | Tanya Hughes | Prepare Schedule of Assets and Liabilities | 1.50 | 165.00 | 247.50 |
| 02-18-2025 | Mark Bishay | Import Schedules claim information into system | 0.50 | 155.00 | 77.50 |
| 02-18-2025 | Kim Steverson | Email with Data Management Team re pull a service list for Schedule G | 0.10 | 240.00 | 24.00 |
| 02-18-2025 | Kim Steverson | Review email received and respond to N. Smargiassi @SA re use headquarters address for the following | 0.20 | 240.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | employees that are listed on Schedule G | | | |
| 02-19-2025 | Javon Couch | Review and document request sent from K. Steverson @ Omni re confirmation of using headquarters address Schedule G for the Contract Assumption notice | 0.20 | 165.00 | 33.00 |
| 02-20-2025 | Sejal Kelly | Email with IT Support Team re prepare the Schedules and SOFA excels | 0.10 | 240.00 | 24.00 |
| 02-21-2025 | Mark Bishay | Prepare Schedule of Assets and Liabilities | 0.70 | 155.00 | 108.50 |
| 02-21-2025 | Sejal Kelly | Review email received and respond to W. Aly @ GH re excels of schedules and SOFAs for UCC request | 0.20 | 240.00 | 48.00 |
| 02-21-2025 | Sejal Kelly | Coordinate and supervise preparation of excels for UCC request | 0.50 | 240.00 | 120.00 |
| 02-26-2025 | Yelena Bederman | Review email received and respond to L. Solorzano @ Omni re: required redaction for schedules | 0.10 | 200.00 | 20.00 |
| 02-26-2025 | Yelena Bederman | Review filed schedules records for mandatory redaction | 1.50 | 200.00 | 300.00 |
| 02-28-2025 | Javon Couch | Review and document request sent from S. Kelly @ Omni re SOALs/SOFAs excels to counsel for review | 0.20 | 165.00 | 33.00 |
| 02-28-2025 | Sejal Kelly | Email with P. Topper @SA re Schedules and SOFA excels | 0.20 | 240.00 | 48.00 |
| | | | | **Total** | 34,623.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Ada Ferrer | 0.80 | 190.00 | 152.00 |
| Brittney Whitaker | 0.40 | 240.00 | 96.00 |
| Carrie Hernandez | 0.50 | 190.00 | 95.00 |
| Cassie Weatherspoon | 2.10 | 190.00 | 399.00 |
| Javon Couch | 5.80 | 165.00 | 957.00 |
| Kim Steverson | 8.10 | 240.00 | 1,944.00 |
| Luis Solorzano | 18.10 | 240.00 | 4,344.00 |
| Lyanne Ramirez | 1.60 | 160.00 | 256.00 |
| Mark Bishay | 3.70 | 155.00 | 573.50 |
| Michelle Cano | 21.10 | 175.00 | 3,692.50 |

| Professional | Hours | Rate | Amount |
|---|---:|---:|---:|
| Noah Hurst | 8.40 | 165.00 | 1,386.00 |
| Sejal Kelly | 56.90 | 240.00 | 13,656.00 |
| Tanya Hughes | 1.50 | 165.00 | 247.50 |
| Tara Saldajeno | 23.00 | 175.00 | 4,025.00 |
| Todd Pasquale | 4.00 | 165.00 | 660.00 |
| Yelena Bederman | 10.70 | 200.00 | 2,140.00 |
| **Total** | | | 34,623.50 |

|  |  |
|---:|---:|
| **Subtotal for this Invoice** | 34,623.50 |
| **Discount** | (3,462.35) |
| **Total for this Invoice** | 31,161.15 |
| **Previous Balance** | 0.00 |
| **Total Amount to Pay** | 31,161.15 |