# EXHIBIT B

**DECLARATION**

55731218.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.¹ | (Jointly Administered) |

## DECLARATION OF PAUL H. DEUTCH

I, Paul H. Deutch, hereby declare the following under penalty of perjury:

1. I am the Executive Vice President of Omni Agent Solutions, Inc. ("Omni").

2. I am familiar with the services rendered by Omni as Administrative Agent to the above-captioned debtors and debtors in possession (collectively, the "Debtors").

3. I have reviewed the foregoing *First Monthly Fee Application of Omni Agent Solutions, Inc., Administrative Agent to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through March 31, 2025*, and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

4. There is no agreement or understanding between Omni, as Debtors' administrative agent, and any other person or entity for a division of compensation.

Dated: June 26, 2025

/s/ Paul H. Deutch
Paul H. Deutch

---

¹ The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55731218.1