# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 531<br>**Hearing Date:**<br>**July 21, 2025 at 10:00 a.m. (ET)**<br>**Objection Deadline:**<br>**July 16, 2025** |

## AMENDED[2] NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING (I) PROCEDURES FOR SALE OR OTHER DISPOSITION OF CONSIGNED INVENTORY, (II) APPROVING SALES OR OTHER DISPOSITION OF CONSIGNED INVENTORY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR ENCUMBRANCES AND (III) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on June 25, 2025, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed the *Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief* (the "Motion") (D.I. 531).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will commence before the Honorable Judge Rice on **July 21, 2025 at 10:00 a.m. (ET)** (the "Hearing") in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 101 West Lombard Street, Suite 8530, Baltimore, Maryland 21201, on or before **July 16, 2025,** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by the undersigned counsel for the Debtors.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] This notice was amended to reflect the hearing for the Motion as set forth in the *Notice* (D.I. 537).

55801307.1

Dated: June 26, 2025　　　　　　　　**SAUL EWING LLP**

　　　　　　　　By: */s/ Jordan D. Rosenfeld*
　　　　　　　　　　Jordan D. Rosenfeld (MD Bar No. 13694)
　　　　　　　　　　1001 Fleet Street, 9th Floor
　　　　　　　　　　Baltimore, MD 21202
　　　　　　　　　　Telephone: (410) 332-8600
　　　　　　　　　　Email: jordan.rosenfeld@saul.com

　　　　　　　　-and-

　　　　　　　　Jeffrey C. Hampton (admitted *pro hac vice*)
　　　　　　　　Adam H. Isenberg (admitted *pro hac vice*)
　　　　　　　　Turner N. Falk (admitted *pro hac vice*)
　　　　　　　　1500 Market Street, 38th Floor
　　　　　　　　Philadelphia, PA 19102
　　　　　　　　Telephone: (215) 972-7777
　　　　　　　　Email: jeffrey.hampton@saul.com
　　　　　　　　　　　adam.isenberg@saul.com
　　　　　　　　　　　turner.falk@saul.com

　　　　　　　　-and-

　　　　　　　　Mark Minuti (admitted *pro hac vice*)
　　　　　　　　Paige N. Topper (admitted *pro hac vice*)
　　　　　　　　Nicholas Smargiassi (admitted *pro hac vice*)
　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　Wilmington, DE 19801
　　　　　　　　Telephone: (302) 421-6800
　　　　　　　　Email: mark.minuti@saul.com
　　　　　　　　　　　paige.topper@saul.com
　　　　　　　　　　　nicholas.smargiassi@saul.com

　　　　　　　　*Counsel for Debtors and Debtors in Possession*