IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| In re: | Chapter 11 Cases |
|---|---|
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD MAY 1, 2025 THROUGH MAY 31, 2025**

Name of Applicant: **Lowenstein Sandler LLP**

Authorized to Provide Professional Services to: **Official Committee of Unsecured Creditors**

Date of Retention: **March 17, 2025, effective as of January 30, 2025 [D.I. 225]**

Period for Which Compensation and Reimbursement is sought: **May 1, 2025 through May 31, 2025**

Amount of Compensation Sought as Actual, Reasonable and Necessary: $157,688.25

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $992.95

This is a: **Monthly fee statement**

### PRIOR APPLICATION HISTORY

| Application | Date Filed | Period Covered | Requested Fees 100% | Expenses | Monthly Statements Fees 80% | Expenses | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| 1st Monthly | 4/1/25 D.I. 291 | 1/30/25 – 2/28/25 | $494,220.25 | $3,025.26 | $395,376.20 | $3,025.26 | 4/17/25 D.I. 354 |
| 2nd Monthly | 4/29/25 D.I. 382 | 3/1/25 – 3/31/25 | $451,625.00 | $650.61 | $361,300.00 | $650.61 | 5/20/25 D.I. 453 |
| 3rd Monthly | 5/30/25 D.I. 473 | 4/1/25 – 4/30/25 | $420,627/25 | $4,993.08 | $336,501.80 | $4,993.08 | 6/20/25 D.I. 521 |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

-2-

Dated: June 30, 2025                /s/ *Stephen B. Gerald*
                                                    Dennis J. Shaffer, (MD Bar No. 25680)
                                                    Stephen B. Gerald (MD Bar No. 26590)
                                                    **TYDINGS & ROSENBERG LLP**
                                                    One East Pratt Street, Suite 901
                                                    Baltimore, Maryland 21202
                                                    Telephone (410) 752-9715
                                                    E-mail: dshaffer@tydings.com
                                                    E-mail: sgerald@tydings.com

                                                    *Co-Counsel to the Official Committee of Unsecured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP,
AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD MAY 1, 2025 THROUGH MAY 31, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Administrative Order") [Dkt. 203] entered by the Court on March 10, 2025, Lowenstein Sandler LLP ("Lowenstein Sandler"), as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-referenced chapter 11 cases of Diamond Comic Distributors, Inc., *et al* (the "Debtors"), submits this Monthly Statement of Services Rendered and Expenses Incurred (the "Statement") for the period between May 1, 2025 through May 31, 2025 (the "Statement Period").

**I.     The Itemization of Services Rendered by Lowenstein Sandler**

1.     The hours spent in this case during the Statement Period for which Lowenstein Sandler seeks compensation, the hourly rate for each attorney and legal assistant and the resulting fees are as follows:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Finizio, Gianfranco | 2010 | Partner/Bankruptcy | 45.30 | $1,185.00 | $53,680.50 |
| Nathan, Bruce S. | 1981 | Partner/Bankruptcy | 32.70 | $1,515.00 | $49,540.50 |
| Papandrea, Michael T. | 2015 | Counsel/Bankruptcy | 28.70 | $1,075.00 | $30,852.50 |
| *Papandrea, Michael T. - Travel Time | 2015 | Counsel/Bankruptcy | 6.90 | $537.50 | $3,708.75 |
| Frankel, Chelsea | 2024 | Associate/Bankruptcy | 27.80 | $660.00 | $18,348.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 4.10 | $380.00 | $1,558.00 |
| **TOTAL FEES** | | | **145.50** | | **$157,688.25** |

2. The time and expense records of Lowenstein Sandler submitted herewith, and incorporated herein as **Exhibit A** and **Exhibit B**, respectively, consist of a daily breakdown of the time spent by each person on each day and of the disbursements during the Statement Period.

3. The blended hourly rate for all services during this period is $1,083.77 per hour.[2]

## II. The Itemization of Services Rendered and Disbursements Made by Category

4. The following itemization breaks down the services rendered by Lowenstein Sandler by the service categories indicated and provides an aggregation of disbursements by form of disbursement.

A. **Services Rendered**

5. The following services were rendered in the following service categories:

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 2.10 | $1,559.00 |
| B120 | Asset Analysis and Recovery | 7.20 | $8,266.50 |
| B130 | Asset Disposition | 27.30 | $32,352.50 |

---

[2] The blended hourly billing rate of $1,083.77 per hour is derived by dividing the total fees of $157,688.25 by the total hours of 145.50.

| Task | Task Description | Hours | Fees |
|---|---|---:|---:|
| B150 | Meetings of and Communication with Creditors | 23.90 | $26,286.00 |
| B160 | Fee/Employment Applications | 4.20 | $4,112.00 |
| B165 | Employment and Retention Applications - Others | 0.30 | $250.50 |
| B175 | Fee Applications and Invoices - Others | 4.00 | $2,646.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 8.90 | $10,062.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 3.10 | $2,966.50 |
| B195 | Non-Working Travel | 6.90 | $3,708.75 |
| B210 | Business Operations | 2.70 | $3,300.00 |
| B220 | Employee Benefits/Pensions | 0.20 | $132.00 |
| B230 | Financing/Cash Collateral | 31.40 | $38,913.50 |
| B310 | Claims Administration and Objections | 2.50 | $2,639.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 6.20 | $6,109.00 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 13.10 | $12,772.50 |
| B430A | Court Hearings | 1.50 | $1,612.50 |
|  | **Total** | **145.50** | **$157,688.25** |

A detailed itemization of the services rendered in the above service categories is set forth in **Exhibit A**.

B.    **Disbursements Made**

6.    The disbursements during the Statement Period, as set forth in **Exhibit B**, are as follows:

| CATEGORY | AMOUNT |
|---|---:|
| Computerized legal research | $183.35 |
| Travel | $807.60 |
| **Total Disbursements** | **$992.95** |

-3-

### C. Total Services Rendered and Disbursements

7. The total services rendered, and disbursements made, after adjusting for write offs, are as follows:

| | |
|---|---:|
| Total Services | $157,688.25 |
| Total Disbursements | $992.95 |
| **TOTAL** | **$158,681.20** |

### D. Billing Judgment Adjustments

8. During the Statement Period, Lowenstein Sandler has internally written off $7,182.25 of recorded time in the exercise of its billing discretion.

### E. Amount Payable After Holdback

9. The amount payable for this Statement Period, after adjusting for the twenty percent (20%) holdback of total services rendered, is $127,143.55.

10. Lowenstein Sandler respectfully requests that said amount be paid pursuant to the Administrative Order.

[*remainder of page intentionally left blank*]

Dated: June 30, 2025

/s/ *Stephen B. Gerald*
Dennis J. Shaffer, (MD Bar No. 25680)
Stephen B. Gerald (MD Bar No. 26590)
**TYDINGS & ROSENBERG LLP**
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone (410) 752-9715
E-mail: dshaffer@tydings.com
E-mail: sgerald@tydings.com

-and-

**LOWENSTEIN SANDLER LLP**

Bruce S. Nathan, Esq. (admitted *pro hac vice*)
Gianfranco Finizio, Esq. (admitted *pro hac vice*)
Chelsea R. Frankel, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
Phone: (212) 262-6700
E-mail: bnathan@lowenstein.com
E-mail: gfinizio@lowenstein.com
E-mail: cfrankel@lowenstein.com

-and-

Michael Papandrea, Esq. (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: mpapandrea@lowenstein.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on the 30th day of June, 2025, the foregoing was served via email on the following:

Robert Gorin, CRO rgorin@getzlerhenrich.com
Gerard R. Vetter gerard.r.vetter@usdoj.gov

And via the Court's CM/ECF filing system on the following:

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
Daniel Jack Blum jack.blum@polsinelli.com; lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
Laura Skowronski Bouyea lsbouyea@venable.com; dmdierdorff@venable.com
Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
Andrew Brown abrown@klestadt.com
David W.T. Daniels ddaniels@perkinscoie.com; docketnyc@perkinscoie.com;nvargas@perkinscoie.com; KMcClure@perkinscoie.com
Turner Falk turner.falk@saul.com,tnfalk@recap.email; Veronica.Marchiondo@saul.com
Justin Philip Fasano jfasano@mhlawyers.com; jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona ashley.fellona@saul.com; janice.mast@saul.com
Gianfranco Finizio gfinizio@lowenstein.com
Chelsea R Frankel cfrankel@lowenstein.com
Christopher J. Giaimo christopher.giaimo@squirepb.com; christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
Zvi Guttman zvi@zviguttman.com; zviguttman@gmail.com; zviguttman@outlook.com
Jeffrey C. Hampton jeffrey.hampton@saul.com
Adam H Isenberg adam.isenberg@saul.com
C. Kevin Kobbe kevin.kobbe@us.dlapiper.com; docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage korphagee@whiteandwilliams.com
Gary H. Leibowitz gleibowitz@coleschotz.com; pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
Mark Minuti mark.minuti@saul.com; robyn.warren@saul.com
Bruce S. Nathan bnathan@lowenstein.com
Michael Papandrea mpapandrea@lowenstein.com
Steven Gregory Polard steven.polard@ropers.com
Jordan Rosenfeld jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com; lianna.sarasola@arlaw.com
Indira Kavita Sharma indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.comom; errol.chapman@troutman.com; toyja.kelley@troutman.com
Nicholas Smargiassi nicholas.smargiassi@saul.com
Brent C. Strickland bstrickland@wtplaw.com; mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com

Paige Noelle Topper paige.topper@saul.com
US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

                                                */s/ Stephen B. Gerald*
                                                 Stephen B. Gerald