# EXHIBIT A

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1225013

Page 1
June 25, 2025

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through May 31, 2025

In re: Chapter 11 Bankruptcy

### I.  SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Finizio, Gianfranco | 2010 | Partner/Bankruptcy | 45.30 | $1,185.00 | $53,680.50 |
| Nathan, Bruce S. | 1981 | Partner/Bankruptcy | 32.70 | $1,515.00 | $49,540.50 |
| Papandrea, Michael T. | 2015 | Counsel/Bankruptcy | 28.70 | $1,075.00 | $30,852.50 |
| *Papandrea, Michael T. - Travel Time | 2015 | Counsel/Bankruptcy | 6.90 | $537.50 | $3,708.75 |
| Frankel, Chelsea | 2024 | Associate/Bankruptcy | 27.80 | $660.00 | $18,348.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 4.10 | $380.00 | $1,558.00 |
| **TOTAL FEES** | | | **145.50** | | **$157,688.25** |

| | |
|---|---|
| **Blended Rate** | **$1,083.77** |

\*       Reflects 50% rate reduction due to non-working travel time

Diamond Comic Distributors Inc. - Unsecured Creditors Committee

Page 2

June 25, 2025

Invoice No.: 1225013

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B100 - Administration | | | | | |
| B110 Case Administration | | | | | |
| B110 | 05/01/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.30 | $114.00 |
| B110 | 05/06/25 | EBL | Check docket re: critical dates | 0.20 | $76.00 |
| B110 | 05/06/25 | GF | Email (.1) and call (.1) with J. Hampton regarding case update | 0.20 | $237.00 |
| B110 | 05/13/25 | MTP | E-mails/discussions with C. Frankel, E. Lawler and others re: critical dates | 0.20 | $215.00 |
| B110 | 05/14/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.20 | $76.00 |
| B110 | 05/21/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.20 | $76.00 |
| B110 | 05/23/25 | GF | Call with Saul Ewing team regarding case update (.2); prepare email report to team regarding same (.2) | 0.40 | $474.00 |
| B110 | 05/28/25 | EBL | Review docket and pleadings; update  critical dates memo and attorney calendars | 0.20 | $76.00 |
| B110 | 05/28/25 | MTP | Review critical dates memorandum | 0.20 | $215.00 |
| | | | **Total B110 - Case Administration** | 2.10 | $1,559.00 |
| B120 Asset Analysis and Recovery | | | | | |
| B120 | 05/01/25 | BSN | Review report re meeting with debtors' professionals re budgets and next steps | 0.60 | $909.00 |
| B120 | 05/02/25 | GF | Call with J. Hampton regarding post-sale matters (.4); call with J. Young regarding post-sale matters (.5); memo to team regarding calls with Debtors and lender (1.0) | 1.90 | $2,251.50 |
| B120 | 05/05/25 | BSN | Review and comment on post sale assets summary for distribution to committee | 0.40 | $606.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee

Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 05/06/25 | BSN | Review, revise agenda for call with J. Hampton (.2) and review with G. Finizio re: sale and post sale assets (.2) | 0.40 | $606.00 |
| B120 | 05/07/25 | GF | Call with M. Papandrea and Saul Ewing team regarding case update (.6); email report back to LS and BRG teams regarding same (.3); call with B. Nathan regarding case update and next steps (.6) call re: sale and post sale assets | 1.50 | $1,777.50 |
| B120 | 05/09/25 | BSN | Review preliminary waterfall analysis and questions re same | 0.20 | $303.00 |
| B120 | 05/15/25 | BSN | Emails with Galfus re: post closing next steps | 0.10 | $151.50 |
| B120 | 05/15/25 | CF | Review post closing matters (1.4); call with S. Gerald and D. Shaffer (.1) and G. Finizio re: same (.2) | 1.70 | $1,122.00 |
| B120 | 05/28/25 | BSN | Prepare agenda for call with Debtor's counsel (.1) and review with G. Finizio (.1) | 0.20 | $303.00 |
| B120 | 05/28/25 | GF | Call with D. Galfus regarding recovery on remaining assets | 0.20 | $237.00 |
| | | | **Total B120 - Asset Analysis and Recovery** | 7.20 | $8,266.50 |

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 05/01/25 | BSN | Review orders approving sales to Universal and Sparkle Pop, Ad Populum | 0.50 | $757.50 |
| B130 | 05/01/25 | EBL | Retrieve and circulate sale orders | 0.20 | $76.00 |
| B130 | 05/01/25 | GF | Emails with J. Hampton regarding sale order (.1); call with B. Nathan regarding sale orders and next steps (.5) | 0.60 | $711.00 |
| B130 | 05/01/25 | MTP | E-mails with LS and BRG teams re: sale and remaining assets | 0.20 | $215.00 |
| B130 | 05/06/25 | MTP | E-mails with LS team and BRG team re: sale related matters | 0.10 | $107.50 |
| B130 | 05/07/25 | BSN | Review report re call with debtors' counsel re sale update; post sale matters (.6) and review memo re same (.1) | 0.70 | $1,060.50 |
| B130 | 05/07/25 | GF | Review Universal APA regarding TSA matters | 0.30 | $355.50 |
| B130 | 05/07/25 | MTP | Conference call with J. Hampton and G. Finizio re: sale closings and related matters (.7); e-mails re: same (.1) | 0.80 | $860.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee

Page 4

June 25, 2025

Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 05/08/25 | GF | Emails with Saul Ewing team regarding sale updates | 0.10 | $118.50 |
| B130 | 05/09/25 | GF | Emails with J. Hampton regarding closing | 0.20 | $237.00 |
| B130 | 05/09/25 | MTP | E-mails with Debtors' counsel, LS team and BRG team re: sale closing and related matters | 0.20 | $215.00 |
| B130 | 05/12/25 | BSN | Review, questions re draft TSA (.4) and review with G. Finizio (.2) and review internal memo commenting on same (.2) | 0.80 | $1,212.00 |
| B130 | 05/12/25 | BSN | E-mails with J. Hampton re Universal TSA questions | 0.10 | $151.50 |
| B130 | 05/12/25 | CF | Review and comment on transition services agreement | 1.10 | $726.00 |
| B130 | 05/12/25 | GF | Review draft of Universal TSA (.7) and emails to team regarding same (.3); call with D. Galfus regarding TSA matters (.2); calls with B. Nathan 2x regarding Universal TSA and closing matters (.2); emails with J. Hampton regarding TSA (.2) | 1.60 | $1,896.00 |
| B130 | 05/12/25 | MTP | E-mails with Debtors' counsel, BRG and LS teams re: sale closing and TSA (.2); review same (.2) | 0.40 | $430.00 |
| B130 | 05/12/25 | MTP | Various e-mails/discussions with J. Hampton, G. Finizio, C. Frankel and others re: sale process, TSAs and related matters | 0.60 | $645.00 |
| B130 | 05/13/25 | BSN | Multiple e-mails with J. Hampton re Universal and Ad Populum TSA questions and sale closings status | 0.20 | $303.00 |
| B130 | 05/13/25 | GF | Emails with Saul Ewing team regarding closing status (.2); calls with B. Nathan regarding closing (.2) | 0.40 | $474.00 |
| B130 | 05/14/25 | BSN | Review status of sale closings, TSA, Universal and Ad Populum (.2) and e-mails with J. Hampton re same (.1) | 0.30 | $454.50 |
| B130 | 05/14/25 | CF | Call (.1) and email communications (.1) with M. Papandrea re: Diamond UK; review asset purchase agreements re: same (.2) | 0.40 | $264.00 |
| B130 | 05/14/25 | GF | Call with J. Hampton regarding closing status (.2); emails with J. Hampton and LS team regarding closing matters (.3) | 0.50 | $592.50 |
| B130 | 05/14/25 | MTP | Various e-mails/discussions with Debtors' counsel, G. Finizio, C. Frankel and others re: sale closing related matters | 0.70 | $752.50 |
| B130 | 05/15/25 | BSN | Review update re: Ad Populum closing status | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1225013

Page 5
June 25, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 05/15/25 | BSN | Review Universal closing funds payment | 0.10 | $151.50 |
| B130 | 05/15/25 | CF | Call with M. Papandrea re: sale orders and challenge period (.1) and review orders re: same (.3) | 0.40 | $264.00 |
| B130 | 05/15/25 | GF | Emails with LS team regarding closing status (.2); review payoff letters and emails with Saul Ewing team regarding same (1.0); emails with local counsel regarding payoff letters (.2); calls with D. Galfus 2x regarding payoff letters and next steps (.2) | 1.60 | $1,896.00 |
| B130 | 05/15/25 | MTP | E-mails with J. Hampton, G. Finizio and others re: sale closing and related matters | 0.20 | $215.00 |
| B130 | 05/16/25 | BSN | Review revised draft of partial repayment letter - JP Morgan re: Ad Populum sale proceeds | 0.20 | $303.00 |
| B130 | 05/16/25 | BSN | Review funds flow analysis re: Universal sale proceeds | 0.20 | $303.00 |
| B130 | 05/16/25 | BSN | Review summary of BRG call with Raymond James re: Ad Populum sale price adjustments | 0.30 | $454.50 |
| B130 | 05/16/25 | BSN | Emails with Hampton re: status of Ad Populum closing | 0.10 | $151.50 |
| B130 | 05/16/25 | BSN | Review next steps re: Universal and Ad Populum sale closings, payment of proceeds to JPMorgan and post sale workstream | 0.80 | $1,212.00 |
| B130 | 05/16/25 | GF | Emails with J. Hampton regarding sale closings (.2); review press releases regarding closing (.1); review April 30 sale hearing transcript (.5); calls with B. Nathan regarding sale closings (.2); call with J. Hampton and A. Isenberg regarding sale closings (.4) and prepare email report to team regarding same (.2); strategy call with Tydings, LS, and BRG regarding post-sale matters (.7); follow up call with B. Nathan after strategy call (.1); review Ad Populum payoff letter (.3) | 2.70 | $3,199.50 |
| B130 | 05/16/25 | MTP | Various e-mails/discussions with LS team, BRG team and Committee members re: sale proceeds, funds flow and related matters | 0.90 | $967.50 |
| B130 | 05/19/25 | BSN | Conferred with Papandrea re sale/TSA question (re sale to Ad Populum) raised by creditor (.2); call with creditor re same (.4) and review response to creditor's question with Finizio (.4) | 1.00 | $1,515.00 |
| B130 | 05/19/25 | BSN | Review report on call with Debtors' counsel re: post closing sale matters | 0.10 | $151.50 |
| B130 | 05/19/25 | BSN | Review Partial Repayment Letter re: ad populum closing | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee

Page 6
June 25, 2025

Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 05/19/25 | BSN | Review funds flow memo re: ad populum sale closing | 0.20 | $303.00 |
| B130 | 05/19/25 | BSN | Review ad populum TSA extract re: response to creditor's sale questions regarding sale to ad populum | 0.20 | $303.00 |
| B130 | 05/19/25 | GF | Call with J. Hampton and A. Isenberg regarding closing matters (.3) and prepare email report to team regarding same (.2); call with B. Nathan and M. Papandrea regarding TSA matters (.3); review TSAs and prepare email to B. Nathan and M. Papandrea regarding sale (.5); emails with J. Hampton and J. Emerson regarding funds flow for Ad Populum same (.3); calls with B. Nathan regarding closing (.2) | 1.80 | $2,133.00 |
| B130 | 05/19/25 | MTP | E-mails/discussions with B. Nathan, G. Finizio, and/or C. Frankel re: post-sale matters, TSAs and related matters | 1.20 | $1,290.00 |
| B130 | 05/20/25 | BSN | Review Ad Populum TSA (Sparkle Pop) | 0.40 | $606.00 |
| B130 | 05/20/25 | GF | Review final Universal and Ad Populum TSAs (.5); call with D. Galfus regarding closing matters (.1) | 0.60 | $711.00 |
| B130 | 05/22/25 | GF | Emails with C. Frankel regarding inquiries on damages Alliance APA breach (.2); review C. Frankel research on same (.2) | 0.40 | $474.00 |
| B130 | 05/23/25 | BSN | Review and revise Debtors' Letter to Alliance Entertainment re: terminating APA and retention of deposit, reservation of rights | 0.50 | $757.50 |
| B130 | 05/23/25 | BSN | E-mails with T. Falk re: Debtors' orders from Titan of Sparkle Pop's direction (.1); review Sparkle Pop TSA re: same (.1) | 0.20 | $303.00 |
| B130 | 05/23/25 | CF | Call with M. Papandrea re: revisions to Debtors' termination letter to Alliance | 0.20 | $132.00 |
| B130 | 05/23/25 | CF | Review and revise Debtors' termination letter to Alliance and email communications re: same (.3); revise same (.6) | 0.90 | $594.00 |
| B130 | 05/23/25 | GF | Review draft letter terminating Alliance APA and emails with team regarding same (.5); review markup of termination letter (.2) | 0.70 | $829.50 |
| B130 | 05/23/25 | MTP | Review and revise Debtors' draft termination letter (.1); e-mails/discussions with G. Finizio and C. Frankel re: same (.1) | 0.20 | $215.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1225013

Page 7
June 25, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B130 - Asset Disposition** | 27.30 | $32,352.50 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 05/01/25 | BSN | Telephone call with G. Andonian re status update, sale developments, next steps | 0.50 | $757.50 |
| B150 | 05/01/25 | GF | Prepare outline of remaining asset chart for distribution at next committee meeting (1.0); call with G. Andonian regarding case update (.5); email to committee with sale orders entered by court (.1) | 1.60 | $1,896.00 |
| B150 | 05/05/25 | BSN | Review, revise BRG's report to committee | 0.30 | $454.50 |
| B150 | 05/05/25 | BSN | Review, revise agenda for 5/6 committee call | 0.10 | $151.50 |
| B150 | 05/05/25 | CF | Update post-sale assets chart for Committee (1.2); revise same and email communications with G. Finizio re: same (.4) | 1.60 | $1,056.00 |
| B150 | 05/05/25 | CF | Email communications with LS team re: committee meeting agenda (.2); review and prepare presentation materials for committee meeting (.2) | 0.40 | $264.00 |
| B150 | 05/05/25 | CF | Review BRG Committee presentation (.1) and email communications re: same (.1) | 0.20 | $132.00 |
| B150 | 05/05/25 | GF | Review and revise presentation materials for May 6 committee call (1.0) and emails with C. Frankel regarding same (.2); prepare draft agenda for May 6 call (.3) | 1.50 | $1,777.50 |
| B150 | 05/05/25 | MTP | Review BRG materials for Committee call (.1); e-mails with BRG and LS teams re: same and call agenda (.1) | 0.20 | $215.00 |
| B150 | 05/06/25 | BSN | Attend committee call | 1.00 | $1,515.00 |
| B150 | 05/06/25 | BSN | Review memo re post sale assets and revised BRG report to committee to prepare for committee call | 0.30 | $454.50 |
| B150 | 05/06/25 | CF | Email communications with internal LS team re: Committee agenda (.3); attend weekly committee meeting (1.0) | 1.30 | $858.00 |
| B150 | 05/06/25 | CF | Email communications with claimant re: proof of claim and bar date | 0.30 | $198.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1225013

Page 8
June 25, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|:----------:|----------------|:-----:|-------:|
| B150 | 05/06/25 | GF | Emails with C. Frankel regarding presentation materials for committee call (.1); email to BRG regarding edits to liquidity report (.1); participate on committee call (1.0); emails with C. Frankel regarding creditor inquiry on proof of claim (.1) | 1.30 | $1,540.50 |
| B150 | 05/06/25 | MTP | Attend weekly Committee call | 1.00 | $1,075.00 |
| B150 | 05/09/25 | BSN | E-mails with B. Chen re timing of sale closing and next committee call | 0.10 | $151.50 |
| B150 | 05/09/25 | GF | Emails with committee members regarding closing (.2); emails with team regarding next committee call (.1) | 0.30 | $355.50 |
| B150 | 05/12/25 | GF | Email to chairperson regarding next committee call | 0.20 | $237.00 |
| B150 | 05/12/25 | MTP | Further e-mails/discussions with LS team re: Committee update | 0.10 | $107.50 |
| B150 | 05/13/25 | BSN | Revise e-mail update to committee | 0.10 | $151.50 |
| B150 | 05/13/25 | MTP | Draft update to Committee re: UST motion to dismiss and reservation of rights (.3); e-mails with LS team re: same (.2) | 0.50 | $537.50 |
| B150 | 05/14/25 | BSN | Revise email update to committee | 0.10 | $151.50 |
| B150 | 05/14/25 | CF | Email communications with internal LS team re: committee update | 0.20 | $132.00 |
| B150 | 05/14/25 | MTP | Draft Committee update re: exclusivity extension motion, sale closing, claims bar date and other matters (.5); review pleadings re: same (.3); e-mails with LS team and Committee members re: same (.1) | 0.90 | $967.50 |
| B150 | 05/15/25 | BSN | E-mails with G. Andonian re: sale closings questions | 0.10 | $151.50 |
| B150 | 05/15/25 | BSN | Revise email update to committee re: completion of Universal sale closing, status of Ad Populum closing, plan exclusivity extension motion and claims bar date reminder | 0.10 | $151.50 |
| B150 | 05/15/25 | MTP | Discussions/e-mails with Committee member re: claims bar date | 0.30 | $322.50 |
| B150 | 05/15/25 | MTP | Review/revise Committee update re: sale closing and related matters (.1); e-mails with LS team re: same (.1) | 0.20 | $215.00 |
| B150 | 05/16/25 | BSN | Review e-mail to committee re: status of AD Populum closing | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 05/16/25 | GF | Emails to M. Papandrea regarding committee update on sale closings | 0.20 | $237.00 |
| B150 | 05/16/25 | MTP | Various e-mails/discussions with LS team, BRG team and Committee members re: Committee updates | 1.10 | $1,182.50 |
| B150 | 05/19/25 | GF | Prepare draft agenda for committee call and emails with team regarding same | 0.30 | $355.50 |
| B150 | 05/19/25 | MTP | E-mails with LS team re: Committee call agenda | 0.10 | $107.50 |
| B150 | 05/20/25 | BSN | Review and Revise BRG presentation to committee (.2) and review revised presentations (.1) | 0.30 | $454.50 |
| B150 | 05/20/25 | BSN | Attend committee call | 0.50 | $757.50 |
| B150 | 05/20/25 | CF | Attend weekly committee call (.5); email communications re: agenda for same (.2) | 0.70 | $462.00 |
| B150 | 05/20/25 | GF | Prepare for (.4) and participate on (.5) committee call | 0.90 | $1,066.50 |
| B150 | 05/20/25 | MTP | Attend Committee call (.5); e-mails with BRG and LS teams re: same (.1); review BRG materials re: same (.1) | 0.70 | $752.50 |
| B150 | 05/26/25 | GF | Emails with LS team regarding status of committee call | 0.20 | $237.00 |
| B150 | 05/27/25 | BSN | Revise e-mail update to committee | 0.10 | $151.50 |
| B150 | 05/27/25 | CF | Email communications to Committee re: case update and rescheduling committee call | 0.20 | $132.00 |
| B150 | 05/27/25 | GF | Emails with LS and BRG teams regarding adjournment of committee call (.2); email to C. Frankel regarding committee email (.1); revise committee email regarding next call (.1); email to chairperson regarding next committee call (.1) | 0.50 | $592.50 |
| B150 | 05/27/25 | MTP | Review/comment on Committee update (.2); e-mails with LS and BRG teams re: same (.1) | 0.30 | $322.50 |
| B150 | 05/29/25 | BSN | Review BRG slides re: extended dip financing budgets | 0.20 | $303.00 |
| B150 | 05/29/25 | BSN | Attend committee call | 0.80 | $1,212.00 |
| B150 | 05/29/25 | CF | Attend weekly committee call | 0.80 | $528.00 |
| B150 | 05/29/25 | GF | Call with D. Galfus regarding committee call (.1); prepare for committee call (.2); participate on committee call (.8) | 1.10 | $1,303.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B150 - Meetings of and Communication with Creditors** | 23.90 | $26,286.00 |

**B160 Fee/Employment Applications**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 05/14/25 | BSN | Revise LS April monthly fee application/statement re: compliance with fee guidelines and requirements | 0.60 | $909.00 |
| B160 | 05/15/25 | BSN | Revise LS Third monthly (April) fee application re: compliance with fee guidelines and requirements | 1.00 | $1,515.00 |
| B160 | 05/18/25 | GF | Emails with J. Hampton and C. Frankel regarding committee invoices | 0.10 | $118.50 |
| B160 | 05/19/25 | GF | Prepare edits to LS monthly fee statement | 0.50 | $592.50 |
| B160 | 05/20/25 | CF | Review certifications of no objection and email communications re: same | 0.20 | $132.00 |
| B160 | 05/20/25 | EBL | Emails with C. Frankel re: CNO for LS second monthly fee statement; update master fee app chart | 0.20 | $76.00 |
| B160 | 05/27/25 | EBL | Begin preparing Lowenstein's May monthly fee statement | 0.30 | $114.00 |
| B160 | 05/27/25 | GF | Review exhibits for April fee statement | 0.20 | $237.00 |
| B160 | 05/29/25 | EBL | Finalize Lowenstein's third monthly fee statement and send to local counsel for filing | 0.20 | $76.00 |
| B160 | 05/29/25 | EBL | Prepare third monthly fee statement and related documents | 0.90 | $342.00 |
| | | | **Total B160 - Fee/Employment Applications** | 4.20 | $4,112.00 |

**B165 Employment and Retention Applications - Others**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B165 | 05/27/25 | CF | Review supplemental Galfus declaration and comment on same | 0.20 | $132.00 |
| B165 | 05/28/25 | GF | Emails with Tydings and BRG regarding UCC professional fee budgeting | 0.10 | $118.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1225013

Page 11
June 25, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B165 - Employment and Retention Applications - Others** | 0.30 | $250.50 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 05/01/25 | BSN | Review CNO re Saul Ewing first monthly fee application | 0.10 | $151.50 |
| B175 | 05/01/25 | BSN | Review second monthly fee application of Saul Ewing for March 2025 services | 0.10 | $151.50 |
| B175 | 05/01/25 | EBL | Review email from G. Finizio re: deadlines for filing interim application per compensation order | 0.20 | $76.00 |
| B175 | 05/02/25 | BSN | Review Getzler Henrich March 2025 services invoice | 0.10 | $151.50 |
| B175 | 05/16/25 | BSN | Review internal memo re: Debtors' professional retainers | 0.10 | $151.50 |
| B175 | 05/16/25 | CF | Call with B. Nathan re: Debtors' retention applications and retainer balances (.1); review and summarize same (1.9) | 2.00 | $1,320.00 |
| B175 | 05/27/25 | EBL | Review (.1) and respond to email from G. Finizio re: committee professionals' invoices to date (.3) | 0.40 | $152.00 |
| B175 | 05/27/25 | EBL | Update master fee application spreadsheet | 0.60 | $228.00 |
| B175 | 05/29/25 | CF | Review interim fee application CNOs for Committee professionals | 0.40 | $264.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 4.00 | $2,646.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 05/05/25 | BSN | Review extending objection deadline, Titan motion to compel debtors assumption, rejection of distribution agreement | 0.10 | $151.50 |
| B185 | 05/05/25 | GF | Prepare edits to summary and recommendation regarding Titan motion | 0.70 | $829.50 |
| B185 | 05/05/25 | MTP | E-mails with G. Finizio and Debtors' counsel re: Titan's rejection motion (.1); review Committee update re: same (.1) | 0.20 | $215.00 |
| B185 | 05/06/25 | MTP | Review order re: adjournment of Titan's motion (.1); e-mails with T. Falk and G. Finizio re: same (.1) | 0.20 | $215.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 05/07/25 | BSN | Review update re Titan's agreement | 0.10 | $151.50 |
| B185 | 05/08/25 | MTP | E-mails/discussions with J. Hampton, G. Finizio and others re: Titan's motion to compel | 0.10 | $107.50 |
| B185 | 05/09/25 | BSN | Review order further extending objection deadline and adjournment of hearing on Titan motion | 0.10 | $151.50 |
| B185 | 05/13/25 | BSN | Review debtors' motion to extend time to assume, reject nonresidential real property leases | 0.20 | $303.00 |
| B185 | 05/13/25 | MTP | Review and e-mails regarding motion to extend rejection deadline | 0.10 | $107.50 |
| B185 | 05/14/25 | GF | Review motion to extend deadline to assume or reject contracts | 0.20 | $237.00 |
| B185 | 05/14/25 | MTP | E-mails/discussions with Debtors' counsel, Titan's counsel, and G. Finizio re: motion to compel and related matters | 0.50 | $537.50 |
| B185 | 05/15/25 | BSN | Update re: Titan's emergency motion | 0.10 | $151.50 |
| B185 | 05/15/25 | CF | Draft reservation of rights re: Titan motion | 0.60 | $396.00 |
| B185 | 05/15/25 | GF | Emails to Saul Ewing regarding status of Titan motion to compel Debtors' assumption/rejection (.1); emails and call with M. Papandrea regarding same (.2) | 0.30 | $355.50 |
| B185 | 05/15/25 | MTP | E-mails with Debtors' counsel and G. Finizio re: Titan's motion to compel Debtors' assumption/rejection | 0.20 | $215.00 |
| B185 | 05/16/25 | BSN | Review Debtors' objection to Titan's emergency motion to compel assumption/rejection of Distribution Agreement (.3) and emails with N. Falk re: same (.1) | 0.40 | $606.00 |
| B185 | 05/16/25 | BSN | Review comments to reservation of rights re: Titan's emergency motion to compel assumption of rejection of their distribution agreement | 0.20 | $303.00 |
| B185 | 05/16/25 | CF | Revise reservation of rights re: Titan motion (.3); call with M. Papandrea re: same (.2) | 0.50 | $330.00 |
| B185 | 05/16/25 | CF | Draft email communications to non-Titan committee members re: Titan motion and reservation of rights (.1); Review Titan proof of claim and email communications re: supporting documentation for same (.1) | 0.20 | $132.00 |
| B185 | 05/16/25 | GF | Review and revise reservation of rights on Titan motion (.4); and emails with team regarding same (.1) | 0.50 | $592.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee

Page 13
June 25, 2025

Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 05/16/25 | MTP | Review reservation of rights re: Titan's motion to compel assumption/rejection (.1); e-mails with LS team re: same (.1) | 0.20 | $215.00 |
| B185 | 05/16/25 | MTP | Further review/comment on reservation of rights re: Titan's motion to compel Debtors' assumption/rejection (.2); various e-mails/discussions with G. Finizio, C. Frankel, Titan's counsel, and Committee members re: same (.7) | 0.90 | $967.50 |
| B185 | 05/17/25 | BSN | Review questions re: Titan proof of claim and references to consigned goods | 0.10 | $151.50 |
| B185 | 05/19/25 | MTP | E-mails with Debtors' and Titan's counsel re: Debtors' motion to compel assumption/rejection | 0.10 | $107.50 |
| B185 | 05/20/25 | MTP | E-mails re: Titan's motion to compel Debtors' assumption/rejection of distribution agreement | 0.20 | $215.00 |
| B185 | 05/21/25 | MTP | E-mails/discussion with Titan's and Debtors' counsel re: Debtors' motion to compel assumption/rejection | 0.50 | $537.50 |
| B185 | 05/22/25 | BSN | Review J. Emerson's memo re:  call with Getzler concerning wind down, post sale closing funding | 0.10 | $151.50 |
| B185 | 05/22/25 | BSN | Review settlement terms Titan's motion to compel Debtors' assumption/rejection of distribution agreement | 0.10 | $151.50 |
| B185 | 05/22/25 | MTP | E-mails with Debtors' and Titan's counsel re: Debtors' motion to compel assumption/rejection and potential resolution re: same | 0.20 | $215.00 |
| B185 | 05/23/25 | GF | Review emails from T. Falk and M. Papandrea regarding resolution of Titan motion | 0.20 | $237.00 |
| B185 | 05/23/25 | MTP | E-mails re: proposed resolution of Titan motion to compel Debtors' assumption/rejection | 0.10 | $107.50 |
| B185 | 05/23/25 | MTP | Review motion to extend rejection deadline; e-mails with Debtors' counsel re: same | 0.10 | $107.50 |
| B185 | 05/30/25 | BSN | Review Debtors' motion for entry of order approving rejection of Hunt Valley lease (.2); review internal e-mail re: same (.1) | 0.30 | $454.50 |
| B185 | 05/30/25 | GF | Review Debtors' motion to reject Hunt Valley lease (.1) and correspondence with J. Hampton (.1) and LS team (.1) regarding same. | 0.30 | $355.50 |

|  |  |  | **Total B185 - Assumption/Rejection of Leases and Contracts** | 8.90 | $10,062.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 Other Contested Matters (excluding assumption/rejection motions) | | | | | |
| B190 | 05/12/25 | BSN | Review Stipulation Extending Debtors'/JPMorgan's objection deadlines - U.S. Trustee's conversion motion and response to same | 0.10 | $151.50 |
| B190 | 05/12/25 | BSN | Review/Revise Statement and Reservation of Rights re: U.S. Trustee's conversion motion | 0.10 | $151.50 |
| B190 | 05/12/25 | CF | Draft reservation of rights re: UST motion to dismiss or convert (.8); call with M. Papandrea re: same (.3) and email communications with internal re: same (.1) | 1.20 | $792.00 |
| B190 | 05/12/25 | MTP | E-mails with LS team re: UST's motion to dismiss/convert | 0.10 | $107.50 |
| B190 | 05/12/25 | MTP | Further e-mails/discussions with S. Gerald, D. Shaffer, G. Finizio, C. Frankel and others re: reservation of rights re: UST's motion to dismiss or convert (.6); review/revise same (.6); review motion and MORs (.3) | 1.50 | $1,612.50 |
| B190 | 05/19/25 | BSN | Review U.S. Trustee's withdrawal of conversion/dismissal motion | 0.10 | $151.50 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 3.10 | $2,966.50 |
| B195 Non-Working Travel | | | | | |
| B195 | 05/29/25 | MTP | Travel from home to Baltimore for hearing re: DIP amendment | 3.30 | $1,773.75 |
| B195 | 05/29/25 | MTP | Travel from Baltimore to home after hearing re: DIP amendment | 3.60 | $1,935.00 |
| | | | **Total B195 - Non-Working Travel** | 6.90 | $3,708.75 |
| B200 - Operations | | | | | |
| B210 Business Operations | | | | | |
| B210 | 05/06/25 | BSN | Review debtors' January 2025 monthly operating reports | 0.20 | $303.00 |
| B210 | 05/08/25 | GF | Review monthly operating report filings | 0.20 | $237.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 05/09/25 | BSN | Review debtors' monthly operating reports for month ended 2/28/25 | 0.30 | $454.50 |
| B210 | 05/10/25 | BSN | Review debtors' additional monthly operating reports for March 2025 (.3) and amended monthly operating report for January 2025 (.1) | 0.40 | $606.00 |
| B210 | 05/12/25 | BSN | Review internal memo confirming Debtors' filing of January, February and March monthly operating reports | 0.10 | $151.50 |
| B210 | 05/12/25 | CF | Review monthly operating reports (.2); email communications re: same (.1) | 0.30 | $198.00 |
| B210 | 05/12/25 | GF | Emails with C. Frankel regarding MOR status (.1); review stipulation extending time for debtors and JPM on UST motion to dismiss (.1); emails and calls with Debtors and JPM regarding stipulation extending time (.2); revise draft statement regarding UST motion to dismiss (.5) | 0.90 | $1,066.50 |
| B210 | 05/13/25 | BSN | Review Debtors' amended monthly operating report - January, 2025 | 0.10 | $151.50 |
| B210 | 05/22/25 | CF | Review media coverage regarding vendor relationship with Debtors | 0.20 | $132.00 |
| | | | **Total B210 - Business Operations** | 2.70 | $3,300.00 |

B220 Employee Benefits/Pensions

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B220 | 05/28/25 | CF | Review KEIP program payments and confer with M. Papandrea re: same | 0.20 | $132.00 |
| | | | **Total B220 - Employee Benefits/Pensions** | 0.20 | $132.00 |

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 05/01/25 | BSN | E-mails with J. Emerson re budget status (.1) and review updated budget re same (.1) | 0.20 | $303.00 |
| B230 | 05/01/25 | BSN | Review order approving stipulation between JP Morgan and debtors amending dip credit agreement and updated budget | 0.20 | $303.00 |
| B230 | 05/01/25 | BSN | Review challenge deadline matters (.2) and revise third stipulation extending same (.2) | 0.40 | $606.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 05/01/25 | CF | Revise third challenge period stipulation and email communications with internal LS team and Troutman re: same | 0.40 | $264.00 |
| B230 | 05/01/25 | CF | Email communications with Debtors' counsel re: challenge period stipulation | 0.20 | $132.00 |
| B230 | 05/01/25 | GF | Emails with J. Emerson regarding May DIP budget (.3); emails regarding challenge period stipulation (.2) | 0.50 | $592.50 |
| B230 | 05/01/25 | MTP | Review revisions to challenge extension stipulation (.1); e-mails with J. Young, G. Finizio, C. Frankel and others re: same (.1) | 0.20 | $215.00 |
| B230 | 05/01/25 | MTP | E-mails with BRG and LS teams re: budget/funds flow | 0.20 | $215.00 |
| B230 | 05/02/25 | BSN | E-mails with J. Emerson re budget matters | 0.10 | $151.50 |
| B230 | 05/02/25 | BSN | Prepare for call with Hampton re sale and budget matters and review with G. Finizio | 0.30 | $454.50 |
| B230 | 05/02/25 | BSN | Review summary of call with J. Hampton J. Young (.2) and review with G. Finizio re dip budget, consignment goods and Alliance litigation (.3) | 0.50 | $757.50 |
| B230 | 05/02/25 | BSN | Confirm filing of and review third stipulation extending challenge deadline | 0.10 | $151.50 |
| B230 | 05/02/25 | CF | Review and revise third challenge period stipulation | 0.70 | $462.00 |
| B230 | 05/02/25 | GF | Call with J. Emerson regarding DIP budget through May | 0.10 | $118.50 |
| B230 | 05/02/25 | MTP | E-mails with LS team and J. Young re: challenge period stipulation and DIP order/amendment | 0.30 | $322.50 |
| B230 | 05/05/25 | GF | Emails with J. Young and J. Emerson regarding go-forward DIP budget | 0.30 | $355.50 |
| B230 | 05/05/25 | MTP | Review/respond to e-mails with G. Finizio re: professional fee escrows under final DIP order; review final DIP order | 0.20 | $215.00 |
| B230 | 05/07/25 | GF | Emails with J. Young regarding case funding | 0.20 | $237.00 |
| B230 | 05/08/25 | GF | Call with J. Young regarding additional DIP financing | 0.50 | $592.50 |
| B230 | 05/09/25 | MTP | Review draft cash flow (.1); e-mails with Debtors' counsel, LS team and BRG team re: same (.1) | 0.20 | $215.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 05/15/25 | BSN | Review BRG's questions re: JPMorgan payoff letter re: Universal sale proceeds and emails with D. Galfus re: same | 0.10 | $151.50 |
| B230 | 05/15/25 | BSN | Review JPMorgan partial repayment letter - Universal sale proceeds (.3) and questions re: same (.2) | 0.50 | $757.50 |
| B230 | 05/15/25 | BSN | Conferred with Finizio re: response to paydowns of JPMorgan claim by Universal and Ad Populum sale proceeds and next steps (.2) and review same (.1) and emails with A. Isenberg re: same (.1) | 0.40 | $606.00 |
| B230 | 05/15/25 | MTP | E-mails/discussions with B. Nathan, G. Finizio, C. Frankel, and D. Galfus re: challenge period and related matters | 0.80 | $860.00 |
| B230 | 05/15/25 | MTP | Review payoff letter (.4); e-mails with BRG and LS teams re: same (.2) | 0.60 | $645.00 |
| B230 | 05/16/25 | BSN | Review budget questions and response and review May budget re: same (.2) and several emails with J.. Emerson re: same (.2) | 0.40 | $606.00 |
| B230 | 05/16/25 | GF | Emails with J. Emerson regarding extended DIP budget | 0.20 | $237.00 |
| B230 | 05/19/25 | GF | Emails and calls with J. Young regarding status of DIP budget | 0.30 | $355.50 |
| B230 | 05/21/25 | BSN | Review post closing budget, comments to questions re: same | 0.50 | $757.50 |
| B230 | 05/21/25 | GF | Review draft DIP budget from Debtors (.9) and emails with LS and BRG teams regarding same (.3); call with D. Galfus regarding budget matters (.5) | 1.70 | $2,014.50 |
| B230 | 05/22/25 | BSN | Further review of post sale closing budget and prepare questions re: same (.3) and review with Finizio (.2) | 0.50 | $757.50 |
| B230 | 05/22/25 | BSN | Telephone call with D. Galfus/J. Emerson re: review of post sale closing budget, critique of/questions re: same | 0.90 | $1,363.50 |
| B230 | 05/22/25 | BSN | Review internal memo re:  Debtors' professionals retainers (re: post sale closing budget) | 0.10 | $151.50 |
| B230 | 05/22/25 | GF | Call with B. Nathan regarding budget (.2); emails with LS and BRG team regarding budget (.3); call with D. Galfus regarding budget (.5); review J. Emerson report regarding call with GH on budget (.2); call with BRG and LS teams regarding budget (1.0); email to J. Hampton regarding budget (.1) | 2.30 | $2,725.50 |
| B230 | 05/23/25 | BSN | Review Debtors' motion to approve fourth DIP stipulation | 0.20 | $303.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 05/23/25 | GF | Emails with J. Hampton regarding status of budget | 0.10 | $118.50 |
| B230 | 05/23/25 | MTP | Further review Debtors' proposed termination letter (.2); e-mails/discussions with G. Finizio and C. Frankel re: same (.3) | 0.50 | $537.50 |
| B230 | 05/26/25 | BSN | Review update re: status of budget for amended/extended dip financing amendment | 0.10 | $151.50 |
| B230 | 05/26/25 | GF | Emails with J. Hampton regarding status of budget | 0.10 | $118.50 |
| B230 | 05/26/25 | GF | Review motion to extend DIP facility | 0.20 | $237.00 |
| B230 | 05/27/25 | BSN | Review updated budget (post sale closing); questions re: same | 0.20 | $303.00 |
| B230 | 05/27/25 | GF | Emails with J. Young regarding DIP budget (.1) ; call with J. Young regarding DIP budget (.3) and email report to team regarding same (.1); call with B. Nathan regarding budget matters (.2); emails with M. Papandrea regarding May 29 DIP hearing (.1) | 0.80 | $948.00 |
| B230 | 05/27/25 | MTP | E-mails with Debtors' counsel and G. Finizio re: DIP financing and budget | 0.10 | $107.50 |
| B230 | 05/28/25 | BSN | E-mails with Emerson re: updated dip budget | 0.10 | $151.50 |
| B230 | 05/28/25 | BSN | Review report on call with Debtor's counsel re: updated budget for extended financing | 0.10 | $151.50 |
| B230 | 05/28/25 | BSN | Prepare for hearing re: extended dip financing | 1.00 | $1,515.00 |
| B230 | 05/28/25 | BSN | Review revised extended DIP financing budgets (.3); review response to same with Finizio (.3) | 0.60 | $909.00 |
| B230 | 05/28/25 | BSN | E-mails with Emerson re: update DIP budget | 0.20 | $303.00 |
| B230 | 05/28/25 | GF | Call with M. Papandrea regarding DIP budget (.1); review updated DIP budget (.3) and emails with Saul Ewing team regarding same (.2); DIP hearing prep call with B. Nathan and M. Papandrea (1.0); call with J. Young regarding DIP budget (.2); call with J. Hampton regarding DIP budget (.1) | 1.90 | $2,251.50 |
| B230 | 05/28/25 | MTP | E-mails/discussions with J. Hampton, J. Young, G. Finizio and others re: DIP amendment, budget and hearing | 0.30 | $322.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1225013

Page 19
June 25, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 05/28/25 | MTP | Further e-mails/discussions with G. Finizio, B. Nathan, D. Galfus, J. Emerson, C. Frankel, Debtors' counsel, and D. Shaffer re: DIP amendment and hearing | 2.50 | $2,687.50 |
| B230 | 05/29/25 | BSN | Revise fourth stipulation between debtors and JP Morgan amending dip creditor agreement (.2); review response to final changes with Finizio (.1) | 0.30 | $454.50 |
| B230 | 05/29/25 | BSN | Review updates re: negotiations with debtors' counsel re: resolution with JP Morgan over 4th stipulation extending DIP financing and budget | 0.10 | $151.50 |
| B230 | 05/29/25 | BSN | Conferred with Finizio (.3), M. Papandrea (.2) Finizio/M. Papandrea (.3) re: requirements over budget for 4th stipulation extending DIP financing order | 0.80 | $1,212.00 |
| B230 | 05/29/25 | BSN | Telephone call with D. Shaffer re: requirements over updated DIP financing budget | 0.10 | $151.50 |
| B230 | 05/29/25 | BSN | Review updated DIP financing budget, review questions re: changes to same (.4); e-mails with J. Emerson and D. Galfus re: same (.2); review final budget (.1) | 0.70 | $1,060.50 |
| B230 | 05/29/25 | GF | Multiple calls with M. Papandrea regarding DIP budget matters (.6); call with M. Papandrea and JPM counsel regarding budget and hearing status (.4) and update to team regarding same (.2); review further updated DIP budget from A. Isenberg (.1); review and revise proposed order and stipulation approving DIP budget modification (.8); emails with B. Nathan (.1) and Saul Ewing regarding new dip order (.2) | 2.40 | $2,844.00 |
| B230 | 05/29/25 | MTP | Various e-mails/discussions with J. Hampton, J. Young, B. Nathan, G. Finizio, D. Shaffer and others re: DIP amendment, budget, and related matters (2.2); review proposed order, stipulation and budget after hearing (.2) | 2.40 | $2,580.00 |
| B230 | 05/30/25 | BSN | Review redline/revised proposed order approving fourth stipulation between debtors and JP Morgan amending dip order agreement and fourth stipulation | 0.20 | $303.00 |
| B230 | 05/30/25 | BSN | Review court approved order approving fourth stipulation re: amended dip order agreement | 0.10 | $151.50 |
| B230 | 05/30/25 | GF | Emails with A. Isenberg regarding order approving new DIP budget | 0.20 | $237.00 |

|  |  |  | **Total B230 - Financing/Cash Collateral** | 31.40 | $38,913.50 |

B300 - Claims and Plan

Diamond Comic Distributors Inc. - Unsecured Creditors Committee

Page 20
June 25, 2025

Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 Claims Administration and Objections | | | | | |
| B310 | 05/08/25 | GF | Analysis of 503(b)(9) claims filed to date (.7); review accounts payable data (.3) | 1.00 | $1,185.00 |
| B310 | 05/11/25 | CF | Email communications with internal LS team re: general bar date (.2); review claims register re: same (.1) | 0.30 | $198.00 |
| B310 | 05/11/25 | GF | Review emails regarding proof of claims filed to date | 0.10 | $118.50 |
| B310 | 05/12/25 | MTP | Discussions with C. Frankel and others re: claims bar date and Committee updates | 0.20 | $215.00 |
| B310 | 05/14/25 | CF | Email communications with B. Nathan re: claim bar date | 0.20 | $132.00 |
| B310 | 05/19/25 | CF | Email communications re: Titan proof of claim and review re: same | 0.20 | $132.00 |
| B310 | 05/27/25 | BSN | Review Dynamic Forces Motion for Administrative Expense | 0.20 | $303.00 |
| B310 | 05/28/25 | GF | Correspondence with B. Nathan regarding administrative and priority claims | 0.30 | $355.50 |
| | | | **Total B310 - Claims Administration and Objections** | 2.50 | $2,639.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 05/06/25 | BSN | Review plan exclusivity expiration date | 0.10 | $151.50 |
| B320 | 05/06/25 | MTP | E-mails with LS team re: exclusivity extension motion | 0.10 | $107.50 |
| B320 | 05/13/25 | BSN | Review debtors' motion to extend plan exclusivity periods; notice of debtors' motion and proposed order extending exclusivity periods | 0.30 | $454.50 |
| B320 | 05/13/25 | CF | Review plan exclusivity extension motion | 0.40 | $264.00 |
| B320 | 05/13/25 | MTP | E-mails/discussions with G. Finizio, C. Frankel and others re: exclusivity extension motion | 0.20 | $215.00 |
| B320 | 05/14/25 | GF | Review motion to extend exclusivity | 0.20 | $237.00 |
| B320 | 05/16/25 | CF | Research re: plan exclusivity | 0.30 | $198.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1225013

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 05/21/25 | GF | Review research regarding exclusivity objection | 1.10 | $1,303.50 |
| B320 | 05/22/25 | CF | Review objections to exclusivity motions in other cases and email communications with G. Finizio and M. Papandrea re: same | 1.50 | $990.00 |
| B320 | 05/22/25 | GF | Emails with C. Frankel and M. Papandrea regarding exclusivity extension motion | 0.30 | $355.50 |
| B320 | 05/22/25 | MTP | E-mails/discussions with Debtors' counsel, D. Galfus, J. Emerson, B. Nathan, G. Finizio and others re: exclusivity extension motion, anticipated chapter 11 process and related matters | 0.60 | $645.00 |
| B320 | 05/23/25 | BSN | Review J. Hampton's e-mail extending committee's time to oppose exclusively exclusivity motion | 0.10 | $151.50 |
| B320 | 05/23/25 | GF | Emails with J. Hampton regarding exclusivity extension motion (.1) and call with M. Papandrea regarding same (.1) | 0.20 | $237.00 |
| B320 | 05/23/25 | MTP | E-mails with LS team and Debtors' counsel re: exclusivity extension motion and extension of response deadline | 0.20 | $215.00 |
| B320 | 05/27/25 | GF | Emails with Saul Ewing and S. Gerald regarding extension of exclusivity extension objection deadline | 0.10 | $118.50 |
| B320 | 05/28/25 | CF | Email communications with M. Papandrea and E. Lawler re: objection deadline to exclusivity extension motion (.1); discuss objection to same with M. Papandrea (.1) | 0.20 | $132.00 |
| B320 | 05/30/25 | GF | Emails with A. Isenberg regarding exclusivity extension motion | 0.10 | $118.50 |
| B320 | 05/30/25 | MTP | E-mails with G. Finizio and Debtors' counsel re: exclusivity extension motion and related matters | 0.20 | $215.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 6.20 | $6,109.00 |

B400 - Bankruptcy-Related Advice

B430 Adversary Proceedings and Bankruptcy Court Litigation

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430 | 05/06/25 | CF | Review summons and Alliance adversary proceeding docket and email communications re: same (.1); call with G. Finizio re: same (.1) | 0.20 | $132.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430 | 05/08/25 | BSN | Review summons and notice of pre trial conference, Alliance litigation and answer deadline, pretrial conference date | 0.10 | $151.50 |
| B430 | 05/08/25 | BSN | Review strategy re AEC adversary proceeding with G. Finizio (.2) and review research re same (.2) | 0.40 | $606.00 |
| B430 | 05/08/25 | GF | Confer with B. Nathan regarding adversary proceeding (.1); email to M. Papandrea regarding same (.1) | 0.20 | $237.00 |
| B430 | 05/08/25 | MTP | Review/respond to e-mails with LS team re: Alliance litigation (.2); discuss with G. Finizio and C. Frankel (.2) | 0.40 | $430.00 |
| B430 | 05/09/25 | CF | Research re motion to intervene standards in the Fourth Circuit and prepare memo re: same | 5.10 | $3,366.00 |
| B430 | 05/09/25 | MTP | E-mails/discussions with G. Finizio, C. Frankel and B. Nathan re: potential motion to intervene with Alliance litigation | 0.40 | $430.00 |
| B430 | 05/11/25 | GF | Review research regarding adversary intervention | 0.30 | $355.50 |
| B430 | 05/12/25 | BSN | Review intervention, AEC litigation questions with C. Frankel | 0.10 | $151.50 |
| B430 | 05/12/25 | CF | Review cases regarding intervention in adversary proceedings (.3); call with B. Nathan re: same (.2) | 0.50 | $330.00 |
| B430 | 05/13/25 | BSN | Review issues re Alliance Entertainment litigation and next steps re same | 0.30 | $454.50 |
| B430 | 05/13/25 | GF | Review research regarding adversary intervention | 0.50 | $592.50 |
| B430 | 05/14/25 | BSN | Review internal update re: 30 day extension of answer deadline in Alliance litigation | 0.10 | $151.50 |
| B430 | 05/14/25 | BSN | Update re: status of Debtors' counsel's investigation of Alliance's allegations in its litigation vs. Debtors | 0.10 | $151.50 |
| B430 | 05/14/25 | CF | Research re: motion to intervene requirements and email communications with M. Papandrea re: same | 0.50 | $330.00 |
| B430 | 05/14/25 | GF | Emails with M. Minuti and B. Nathan regarding AENT matters | 0.20 | $237.00 |
| B430 | 05/14/25 | MTP | E-mails with M. Minuti, G. Finizio, C. Frankel and others re: AENT adversary proceeding | 0.10 | $107.50 |
| B430 | 05/15/25 | BSN | Emails with M. Minuti and J. Hampton re: allegations in complaint | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1225013

Page 23
June 25, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430 | 05/15/25 | GF | Emails with M. Minuti regarding adversary proceeding update | 0.10 | $118.50 |
| B430 | 05/16/25 | BSN | Preparation for call with Debtors' counsel re: Alliance | 0.20 | $303.00 |
| B430 | 05/19/25 | BSN | Review report re call with JP Morgan's counsel re Alliance litigation and Debtors' TSA with Ad Populum | 0.20 | $303.00 |
| B430 | 05/20/25 | BSN | Attend call with Hampton, Minuti and J. Young re: Alliance complaint/allegations | 0.60 | $909.00 |
| B430 | 05/20/25 | BSN | Review follow up matters from call on Alliance litigation with Finizio | 0.10 | $151.50 |
| B430 | 05/20/25 | GF | Prepare for call with debtors' counsel regarding AENT adversary (.2); participate on call (.6) | 0.80 | $948.00 |
| B430 | 05/22/25 | BSN | Review internal memo re: damages claims v. Alliance Entertainment (.2); research re: same (.1) | 0.30 | $454.50 |
| B430 | 05/27/25 | BSN | Review docket entries re: answer deadline and Alliance litigation | 0.10 | $151.50 |
| B430 | 05/29/25 | BSN | Review Alliance APA re: damage claim questions (.2); review internal memo re: same (.1) | 0.30 | $454.50 |
| B430 | 05/29/25 | BSN | Review report re: hearing on court approval of 4th stipulation re: amended dip financing | 0.10 | $151.50 |
| B430 | 05/29/25 | CF | Review references to bidding procedures in Alliance sale order and Alliance APA re damage claim | 0.60 | $396.00 |
| B430 | 05/29/25 | CF | Review adversary proceeding docket and deadlines and email communications with E. Lawler re: same | 0.10 | $66.00 |
| | | | **Total B430 - Adversary Proceedings and Bankruptcy Court Litigation** | 13.10 | $12,772.50 |

B430A Court Hearings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430A | 05/29/25 | MTP | Appearance at hearing re: DIP amendment | 1.50 | $1,612.50 |
| | | | **Total B430A - Court Hearings** | 1.50 | $1,612.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1225013

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 2.10 | $1,559.00 |
| B120 | Asset Analysis and Recovery | 7.20 | $8,266.50 |
| B130 | Asset Disposition | 27.30 | $32,352.50 |
| B150 | Meetings of and Communication with Creditors | 23.90 | $26,286.00 |
| B160 | Fee/Employment Applications | 4.20 | $4,112.00 |
| B165 | Employment and Retention Applications - Others | 0.30 | $250.50 |
| B175 | Fee Applications and Invoices - Others | 4.00 | $2,646.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 8.90 | $10,062.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 3.10 | $2,966.50 |
| B195 | Non-Working Travel | 6.90 | $3,708.75 |
| B210 | Business Operations | 2.70 | $3,300.00 |
| B220 | Employee Benefits/Pensions | 0.20 | $132.00 |
| B230 | Financing/Cash Collateral | 31.40 | $38,913.50 |
| B310 | Claims Administration and Objections | 2.50 | $2,639.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 6.20 | $6,109.00 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 13.10 | $12,772.50 |
| B430A | Court Hearings | 1.50 | $1,612.50 |
| | **Total** | **145.50** | **$157,688.25** |