# **EXHIBIT B**

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1225013

Page 25  
June 25, 2025

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---|
| Computerized legal research | $185.35 |
| Travel | $807.60 |
| **Total Disbursements** | **$992.95** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1225013

Page 26  
June 25, 2025

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 05/28/25 | Travel - Accommodations  VENDOR: Finizio, Gianfranco INVOICE#: 7398796505050205 DATE: 5/5/2025 ; 05/28/25; Hotel - Lodging; 1 night stay to attend emergency sale hearing | $302.96 |
| 05/28/25 | Amtrak Rail travel  VENDOR: Finizio, Gianfranco INVOICE#: 7398796505050205 DATE: 5/5/2025 ; 05/28/25; Amtrak; FROM: New York; TO: Baltimore; Roundtrip rail fare to attend emergency sale hearing: | $465.00 |
| 04/29/25 | Out of town ground travel (mileage, taxi, tolls etc...)  VENDOR: Finizio, Gianfranco INVOICE#: 7398796505050205 DATE: 5/5/2025 ; 04/29/25; Taxi/Car Service; FROM: train; TO: hotel; Uber from train station to hotel | $19.94 |
| 04/29/25 | Out of town ground travel (mileage, taxi, tolls etc...)  VENDOR: Finizio, Gianfranco INVOICE#: 7398796505050205 DATE: 5/5/2025 ; 04/29/25; Taxi/Car Service; FROM: Court; TO: Train station; Uber from court to train station: | $19.70 |
| 05/09/25 | Computerized legal research: Westlaw:  User Name: FRANKEL,CHELSEA / Duration of Search:  00:00 / Transaction:  8 / Docs/Lines:  0 | $185.35 |
| | Total Disbursements | $992.95 |