# **EXHIBIT A**

In re: Diamond Comic Distributors, Inc.



## Exhibit A: Time Detail

## Berkeley Research Group, LLC

## For the Period 5/1/2025 through 5/31/2025

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 5/2/2025 | J. Emerson | 1.4 | Updated purchase price analysis to reflect revised working capital assumptions. |
| 5/5/2025 | D. Galfus | 0.4 | Evaluated the proposed sale closing timeline. |
| 5/5/2025 | C. Kearns | 0.2 | Reviewed status update presentation for the UCC related to post sale closing items. |
| 5/6/2025 | J. Emerson | 2.3 | Revised purchase price analysis based on latest bids. |
| 5/6/2025 | J. Emerson | 1.8 | Prepared updated draft purchase price analysis. |
| 5/6/2025 | J. Emerson | 1.1 | Revised purchase price analysis to reflect certain new information. |
| 5/6/2025 | J. Emerson | 0.3 | Participated in call with Raymond James (A. Haesler) related to Debtors' asset sale process. |
| 5/6/2025 | D. Galfus | 0.1 | Held call with G. Finizio, Lowenstein re: the sale process. |
| 5/8/2025 | D. Galfus | 0.4 | Evaluated the Debtors' sale process. |
| 5/12/2025 | J. Emerson | 1.6 | Prepared forecast of potential cost related to Debtors' TSA. |
| 5/12/2025 | D. Galfus | 0.5 | Evaluated the proposed Transition Services Agreements. |
| 5/12/2025 | J. Emerson | 0.4 | Reviewed TSAs with Universal and Ad Populum. |
| 5/12/2025 | D. Galfus | 0.3 | Held call with G. Finizio, Lowenstein re: next steps in the sale process. |
| 5/14/2025 | D. Galfus | 0.6 | Evaluated the status of the Debtors' sale process. |
| 5/15/2025 | D. Galfus | 0.4 | Evaluated the proposed Transition Services Agreements. |
| 5/16/2025 | J. Emerson | 1.3 | Prepared summary of updated purchase price analysis for Counsel. |
| 5/16/2025 | J. Emerson | 0.8 | Participated in a call with Lowenstein (G. Finizio and B. Nathan) related to the sale closings. |
| 5/16/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: the sale closings and next steps. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 5/16/2025 | D. Galfus | 0.7 | Analyzed the closing statement from the sale. |
| 5/16/2025 | D. Galfus | 0.6 | Participated in a call with Raymond James (A. Haesler) re: closing statement. |
| 5/16/2025 | J. Emerson | 0.6 | Participated in call with Raymond James (A. Haesler) re: Universal purchase price analysis. |
| 5/19/2025 | J. Emerson | 2.3 | Prepared slides for March 20 UCC presentation re: purchase price analysis. |
| 5/20/2025 | J. Emerson | 2.1 | Prepared additional slides for March 20 UCC presentation re: purchase price analysis. |
| **Task Code Total Hours** | | **21.0** | |
| **04. DIP Financing** | | | |
| 5/5/2025 | J. Emerson | 1.6 | Updated DIP model to reflect anticipated borrowing. |
| **Task Code Total Hours** | | **1.6** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 5/5/2025 | E. Degnan | 2.9 | Prepared April fee statement. |
| 5/6/2025 | E. Degnan | 1.0 | Prepared April fee statement. |
| 5/9/2025 | M. Haverkamp | 0.1 | Prepared April fee statement. |
| 5/12/2025 | E. Degnan | 0.8 | Prepared April fee statement. |
| 5/19/2025 | E. Degnan | 1.2 | Prepared April fee statement. |
| 5/19/2025 | M. Haverkamp | 1.0 | Edited Diamond Comics April fee statement. |
| 5/27/2025 | M. Haverkamp | 0.1 | Edited April fee statement for filing. |
| 5/28/2025 | M. Haverkamp | 0.7 | Edited April fee statement. |
| 5/28/2025 | E. Degnan | 0.6 | Prepared April fee statement. |
| 5/30/2025 | M. Haverkamp | 0.3 | Edited April fee statement for filing. |
| **Task Code Total Hours** | | **8.7** | |
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| 5/1/2025 | J. Emerson | 0.5 | Participated in call with Debtors (R. Aly) regarding Debtors' liquidity. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **07. Interaction/ Meetings with Debtors/ Counsel** | | | |
| *Task Code Total Hours* | | 0.5 | |
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 5/6/2025 | D. Galfus | 1.0 | Participated in a call with Counsel (B. Nathan, G. Finizio, M. Papandrea) and the Committee re: the latest liquidity issues and sale timing. |
| 5/6/2025 | J. Emerson | 1.0 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to sale process. |
| 5/6/2025 | C. Kearns | 0.5 | Participated in portion of a status call with the Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) re: sale closing and other paths to recovery. |
| 5/13/2025 | C. Kearns | 0.2 | Reviewed status of open case issues. |
| 5/15/2025 | D. Galfus | 0.4 | Held call with G. Finizio, Lowenstein re: exclusivity, sale process and pay off letters. |
| 5/20/2025 | D. Galfus | 0.5 | Participated in a call with Counsel (G. Finizio; B. Nathan) and the Committee re: the latest liquidity issues and next steps. |
| 5/20/2025 | C. Kearns | 0.5 | Participated in a status call with the Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) re: sale process, latest liquidity, next steps. |
| 5/20/2025 | J. Emerson | 0.5 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to sale process. |
| 5/20/2025 | J. Emerson | 0.3 | Participated in call with Counsel (G. Finizio) in advance of Committee call. |
| 5/28/2025 | D. Galfus | 0.2 | Held call with G. Finizio, Lowenstein re: DIP budget extension. |
| 5/29/2025 | D. Galfus | 0.8 | Participated in a call with Counsel (G. Finizio; B. Nathan) and the Committee re: the latest liquidity forecast and case next steps. |
| 5/29/2025 | C. Kearns | 0.8 | Participated in a status call with the Committee and Counsel (G. Finizio; B. Nathan) re: the latest liquidity forecast and case next steps. |
| 5/29/2025 | J. Emerson | 0.8 | Participated in call with Counsel (B. Nathan, G. Finizio) and Committee re: liquidity. |
| 5/29/2025 | D. Galfus | 0.1 | Held call with G. Finizio, Lowenstein re: DIP budget extension and next steps. |
| *Task Code Total Hours* | | 7.6 | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 5/8/2025 | J. Emerson | 2.1 | Prepared illustrative waterfall analysis. |
| 5/9/2025 | J. Emerson | 1.3 | Revised illustrative waterfall analysis. |
| 5/14/2025 | J. Emerson | 1.6 | Revised illustrative waterfall analysis to reflect latest assumptions. |
| 5/20/2025 | C. Kearns | 0.1 | Reviewed current waterfall from sale proceeds. |
| 5/27/2025 | J. Emerson | 1.4 | Analyzed certain administrative expenses to determine potential recoveries. |
| **Task Code Total Hours** | | **6.5** | |
| **11. Claim Analysis/ Accounting** | | | |
| 5/21/2025 | J. Emerson | 2.1 | Continued to prepare analysis of filed claims. |
| 5/21/2025 | J. Emerson | 1.6 | Prepared initial analysis of filed claims. |
| **Task Code Total Hours** | | **3.7** | |
| **18. Operating and Other Reports** | | | |
| 5/4/2025 | A. Kashanirokh | 2.9 | Prepared DIP presentation materials on the new budget and previous budget bridge for 5/6 UCC meeting. |
| 5/4/2025 | A. Kashanirokh | 0.6 | Continued to prepare DIP presentation materials on the new budget and previous budget bridge for 5/6 UCC meeting. |
| 5/5/2025 | A. Kashanirokh | 2.9 | Revised 5/6 UCC presentation based on comments from BRG team. |
| 5/5/2025 | J. Emerson | 2.0 | Revised certain liquidity slides for 5/6 UCC presentation. |
| 5/5/2025 | A. Kashanirokh | 1.8 | Continued to revise 5/6 UCC presentation based on comments from BRG team. |
| 5/6/2025 | J. Emerson | 1.4 | Made further revisions to UCC 5/6 presentation, specifically liquidity slides. |
| 5/12/2025 | J. Emerson | 2.4 | Prepared analysis of February MOR. |
| 5/12/2025 | J. Emerson | 2.1 | Prepared analysis of 1/31 MOR. |
| 5/12/2025 | A. Kashanirokh | 1.9 | Prepared summary of Debtors' amended January, supplemental February, and March MORs. |
| 5/12/2025 | J. Emerson | 1.4 | Reviewed Debtors filed 3/31 MOR. |
| 5/12/2025 | J. Emerson | 0.2 | Reviewed certain filings related to potential conversion to Chapter 7. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **18. Operating and Other Reports** | | | |
| 5/13/2025 | J. Emerson | 2.3 | Continued to prepare summary analysis of filed January February and March MORs. |
| 5/13/2025 | J. Emerson | 2.0 | Prepared summary analysis of filed MORs (January, February and March). |
| 5/13/2025 | A. Kashanirokh | 1.1 | Prepared matrix of Debtors' amended January, supplemental February, and March MOR filings from the week ended 5/11. |
| 5/15/2025 | D. Galfus | 0.6 | Reviewed the Debtors exclusivity motion. |
| 5/15/2025 | J. Emerson | 0.4 | Reviewed certain Debtor motions related to contracts and exclusivity. |
| 5/20/2025 | J. Emerson | 2.3 | Made further revisions to slides for 5/20 UCC presentation. |
| *Task Code Total Hours* | | *28.3* | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 5/1/2025 | J. Emerson | 1.3 | Prepared revised liquidity analysis based on Debtors' 4/30 DIP budget. |
| 5/1/2025 | J. Emerson | 1.3 | Prepared revised liquidity analysis based on Debtors' 4/30 DIP Budget. |
| 5/5/2025 | J. Emerson | 2.1 | Prepared updated DIP forecast slides for inclusion in 5/6 UCC materials. |
| 5/5/2025 | J. Emerson | 1.8 | Prepared liquidity bridge slides for inclusion in 5/6 UCC materials. |
| 5/5/2025 | J. Emerson | 1.3 | Revised liquidity analysis to reflect conversations with the Debtors. |
| 5/5/2025 | D. Galfus | 1.1 | Reviewed the latest liquidity reporting (6 week period ending 5/31) for the 5/6 Committee presentation. |
| 5/6/2025 | D. Galfus | 0.4 | Reviewed the latest liquidity forecast (6 week period ending 5/31). |
| 5/7/2025 | J. Emerson | 1.7 | Prepared certain Debtor expenses analysis to understand liquidity. |
| 5/8/2025 | D. Galfus | 0.6 | Reviewed the latest liquidity forecast. |
| 5/12/2025 | D. Galfus | 0.3 | Evaluated the Debtors' liquidity position. |
| 5/13/2025 | J. Emerson | 1.4 | Revised liquidity analysis to reflect updated professional fees. |
| 5/15/2025 | D. Galfus | 0.5 | Reviewed the draft pay off letter from the Lenders. |
| 5/16/2025 | J. Emerson | 2.3 | Prepared liquidity analysis related to potential DIP paydown related to updated universal funds flows. |

| Date | Professional | Hours | Description |
| --- | --- | --- | --- |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 5/16/2025 | J. Emerson | 1.8 | Revised Debtors liquidity analysis based on latest purchase price assumptions. |
| 5/16/2025 | J. Emerson | 0.7 | Revised Debtors' liquidity analysis to reflect updated assumptions. |
| 5/19/2025 | J. Emerson | 2.6 | Prepared liquidity bridge slides for inclusion in March 20 UCC presentation. |
| 5/19/2025 | J. Emerson | 2.1 | Prepared analysis re: Sparkle Pop funds flow. |
| 5/19/2025 | J. Emerson | 1.5 | Continued to prepare analysis re: Sparkle Pop funds flow. |
| 5/19/2025 | J. Emerson | 0.8 | Reviewed Sparkle Pop funds flow. |
| 5/19/2025 | D. Galfus | 0.6 | Analyzed the status of the Debtors' liquidity issues. |
| 5/20/2025 | J. Emerson | 1.8 | Continued to revise liquidity analysis to reflect latest partial prepayment letter. |
| 5/20/2025 | J. Emerson | 1.6 | Revised liquidity analysis to reflect latest partial prepayment letter. |
| 5/20/2025 | J. Emerson | 0.9 | Reviewed Sparkle Pop partial prepayment letter. |
| 5/20/2025 | D. Galfus | 0.2 | Held call with G. Finizio, Lowenstein re: the liquidity issues. |
| 5/21/2025 | J. Emerson | 1.1 | Reviewed revised budget from Debtors. |
| 5/21/2025 | D. Galfus | 0.4 | Analyzed the status of the Debtors' liquidity issues. |
| 5/22/2025 | J. Emerson | 2.6 | Prepared liquidity analysis related to Debtors revised budget. |
| 5/22/2025 | J. Emerson | 1.6 | Evaluated impact of liquidity related to potential budget changes for Counsel. |
| 5/22/2025 | J. Emerson | 1.0 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors updated budget. |
| 5/22/2025 | J. Emerson | 1.0 | Participated in call with Getzler Henrick (R. Aly, R. Gorin) related to Debtors' revised budget. |
| 5/22/2025 | D. Galfus | 0.9 | Participated in a call with Counsel (G. Finizio; B. Nathan) re: the latest liquidity forecast from the Debtors and next steps. |
| 5/22/2025 | D. Galfus | 0.8 | Participated in a call with Getzler Henrick (R. Aly, R. Gorin) re: the latest liquidity forecast. |
| 5/22/2025 | J. Emerson | 0.8 | Prepared email to Counsel (G. Finizio) re: revised budget observations from call with Debtors. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 5/22/2025 | D. Galfus | 0.7 | Analyzed the Debtors' cash flow forecast for the period ending 12/31/25. |
| 5/27/2025 | J. Emerson | 0.4 | Reviewed Debtors' 5/27 budget. |
| 5/28/2025 | J. Emerson | 1.5 | Prepared liquidity analysis based on Debtors' 5/28 budget. |
| 5/28/2025 | D. Galfus | 1.1 | Analyzed the latest DIP budget from the Debtors. |
| 5/28/2025 | J. Emerson | 1.1 | Provided comments re: Debtors 5/28 budget. |
| 5/28/2025 | J. Emerson | 0.9 | Drafted bridge comparison between Debtors' revised budgets. |
| 5/29/2025 | A. Kashanirokh | 2.3 | Prepared analysis of Debtors' post close budget. |
| 5/29/2025 | J. Emerson | 1.3 | Prepared bridge slide of Debtors revised budget for inclusion in 5/29 UCC materials. |
| 5/29/2025 | J. Emerson | 1.2 | Updated certain budget slides for inclusion in 5/29 UCC materials. |
| 5/29/2025 | D. Galfus | 0.7 | Reviewed the updated DIP budget. |
| 5/29/2025 | J. Emerson | 0.3 | Reviewed further revised Debtors' 5/29 budget. |
| 5/29/2025 | C. Kearns | 0.2 | Reviewed Debtors' latest budget. |
| **Task Code Total Hours** | | **52.6** | |
| **37. Vendor Management** | | | |
| 5/7/2025 | J. Emerson | 1.2 | Prepared forecast expense analysis for professionals through April. |
| 5/14/2025 | J. Emerson | 0.8 | Revised professional fee analysis. |
| **Task Code Total Hours** | | **2.0** | |
| **Total Hours** | | **132.5** | |