## **Exhibit A**

DATE: 06/26/25 12:06:45 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071559)  #153916    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                                    BILLING INSTRUCTIONS

General Administrative

### CLIENT ADDRESS
The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

### MATTER ADDRESS
The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

### CLIENT INFORMATION
PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

### MATTER INFORMATION
PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

| | | | | | |
|---|---|---|---|---|---|
| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | |

TRUST AMOUNT:                     0.00
UNAPPLIED AMOUNT:             0.00

LAST BILL DATE:          04/30/25

### TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2748468 | SBG | 05/15/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | emails regarding need for status conference |
| 2748744 | SBG | 05/16/25 | B | 0.90 | 558.00 | 0.90 | 558.00 | 682 | | | committee professional call regarding status |

FEE SUBTOTAL                              682.00

DATE: 06/26/25 12:06:45 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071559)  #153916                    Page 2

BALANCE DUE FROM PREVIOUS STATEMENT                    18,914.50
LESS PAYMENT(S)                                        (15,131.60)

BALANCE FORWARD                                         3,782.90

TIMECARD SUB-TOTAL (1.10)                    682.00
DISBURSEMENT SUB-TOTAL                         0.00
SUBTOTAL CURRENT PERIOD                      682.00
TOTAL DUE                                              4,464.90

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Gerald, Stephen B. | 620.00 | 1.10 | 100.0 | 682.00 | 100.00 |
| TOTALS | | 1.10 | | 682.00 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 18,914.50 | 0.00 | 0.00 | 0.00 | 18,914.50 |
| CR | Cash Receipts | -15,131.60 | 0.00 | 0.00 | 0.00 | -15,131.60 |
| | TOTALS | 3,782.90 | 0.00 | 0.00 | 0.00 | 3,782.90 |

AGED ACCOUNTS RECEIVABLE:          0.00 (-30)          0.00 (31-60)          37.20 (61-90)          3,745.70 (91-120)          0.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 06/26/25 12:06:40 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071475)  #153893                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                          BILLING INSTRUCTIONS

Bankruptcy

CLIENT ADDRESS                                          MATTER ADDRESS

The Official Committee of Unsecured Creditors            The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case  for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                         100 Front Street
Riverside, NJ 08075                                      Riverside, NJ 08075

CLIENT INFORMATION                                          MATTER INFORMATION

PHONE:                                                   PHONE:
CONTACT: Gregory Andonian                                CONTACT: Gregory Andonian
REFERRED BY:                                             REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 02/03/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:        05/27/25

COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE |
|---|---|---|---|---|---|
| 902633 | 05/05/25 | B | 139.15 | VENDOR: Truist Bank; INVOICE#: 050525TRUIST; DATE: 5/5/2025  -  MAY25 Stmt Lunch 4/4/25 Kona Grill Catering DJS | ML |
| 902634 | 05/05/25 | B | 73.60 | VENDOR: Truist Bank; INVOICE#: 050525TRUIST; DATE: 5/5/2025  -  MAY25 Stmt Lunch 4/8/25 Jimmy John's DJS | ML |
| 902695 | 05/05/25 | B | 162.72 | VENDOR: Truist Bank; INVOICE#: 050525TRUIST; DATE: 5/5/2025  -  MAY25 Stmt Cosi Catering 4/30/25 Lunch Meeting SBG | ML |
| | | | 375.47 | | |

DATE: 06/26/25 12:06:40 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071475)  #153893                    Page 2

```
                 BALANCE DUE FROM PREVIOUS STATEMENT              908.97
                 LESS PAYMENT(S)                                  (39.37)

                 BALANCE FORWARD                                  869.60

                 TIMECARD SUB-TOTAL (0)                  0.00
                 DISBURSEMENT SUB-TOTAL               375.47
                 SUBTOTAL CURRENT PERIOD              375.47
                 TOTAL DUE                                      1,245.07
```

### COST CODE SUMMARY

| COST CODE | | AMOUNT |
|---|---|---|
| ML | Meals | 375.47 |
| COST TOTAL | | 375.47 |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 0.00 | 642.77 | 2,842.40 | 0.00 | 3,485.17 |
| CR | Cash Receipts | 0.00 | -439.37 | -2,176.20 | 0.00 | -2,615.57 |
| | TOTALS | 0.00 | 203.40 | 666.20 | 0.00 | 869.60 |

AGED ACCOUNTS RECEIVABLE:          0.00  (-30)       775.00 (31-60)       94.60 (61-90)       0.00 (91-120)       0.00 (+)

```
        (  ) BILL COSTS AND FEES        (  ) DO NOT BILL
        (  ) BILL FEES ONLY             (  ) CLOSE FILE
        (  ) BILL COSTS ONLY            (  ) FINAL BILL
```

DATE: 06/26/25 12:06:50 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071560)  #153917                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                              BILLING INSTRUCTIONS
Secured Lender/Creditor Issues

CLIENT ADDRESS                                     MATTER ADDRESS
The Official Committee of Unsecured Creditors      The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                   100 Front Street
Riverside, NJ 08075                                Riverside, NJ 08075

CLIENT INFORMATION                                 MATTER INFORMATION
PHONE:                                             PHONE:
CONTACT: Gregory Andonian                          CONTACT: Gregory Andonian
REFERRED BY:                                       REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee<br>Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:      05/27/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2746154 | SBG | 05/01/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | emails regarding stipulation<br>extending challenge deadline |

| 2746205 | DJS | 05/02/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 874 | Numerous emails regarding challenge period stipulation and confer with Gerald regarding same (.3); draft line submitting stipulation (.5); additional emails regarding permission to file and sign off on stipulation, revise and |

DATE: 06/26/25 12:06:50 PRO FORMA STATEMENT AS OF 05/31/25 FOR FILE (D02748.071560) #153917                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------------|------------|------------|------------|-----|------|-----|-------------|
| | | | | | | | | | | | file final form of stipulation (.4) |
| 2746118 | SBG | 05/02/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 1184 | | | emails regarding stip extending challenge period; confer with D.Shaffer regarding same |
| 2749968 | SBG | 05/23/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 1370 | | | review motion to further amend DIP and motion to shorten time; emails regarding same |
| 2751662 | DJS | 05/27/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 1620 | | | DIP extension issues; emails regarding same for upcoming hearing |
| 2749997 | SBG | 05/27/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1682 | | | confer with D.Shaffer regarding hearing on DIP |
| 2750344 | SBG | 05/27/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1806 | | | emails regarding budget; upcoming hearing |
| 2751717 | DJS | 05/28/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 2244 | | | Emails with co-counsel; prepare for hearing tomorrow on DIP extension and budget issues. |
| 2750746 | DJS | 05/29/25 | B | 1.80 | 1125.00 | 1.80 | 1125.00 | 3369 | | | Review motion to approve stipulation and previous DIP motion and proposed budget for fourth stipulation and prepare for hearing. |
| 2750747 | DJS | 05/29/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 3806 | | | Confer with Papandrea and walk to courthouse for hearing. |
| 2750748 | DJS | 05/29/25 | B | 1.60 | 1000.00 | 1.60 | 1000.00 | 4806 | | | Attend hearing on motion to approve DIP extension; conferences with lender counsel and debtor counsel; return from courthouse. |
| 2750781 | DJS | 05/29/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 4994 | | | Review revised budget, stipulation and form of order for fourth extension of DIP agreement. |
| 2751759 | DJS | 05/30/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 5244 | | | Follow up regarding fourth extension to DIP; confer with Gerald regarding same. |
| 2751813 | SBG | 05/30/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 5306 | | | review order approving extension of DIP |

DATE: 06/26/25 12:06:50 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071560) #153917                Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | | | |
| | | FEE SUBTOTAL | | | | | 5,305.50 | | | | |

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | 13,232.90 |
| LESS PAYMENT(S) | (4,242.40) |
| BALANCE FORWARD | 8,990.50 |
| TIMECARD SUB-TOTAL (8.50) | 5,305.50 |
| DISBURSEMENT SUB-TOTAL | 0.00 |
| SUBTOTAL CURRENT PERIOD | 5,305.50 |
| TOTAL DUE | 14,296.00 |

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 7.10 | 83.5 | 4437.50 | 83.60 |
| Gerald, Stephen B. | 620.00 | 1.40 | 16.5 | 868.00 | 16.40 |
| TOTALS | | 8.50 | | 5305.50 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|-----------|-------------|------|------|------|-------|-------|
| BL | Bills | 30,246.50 | 0.00 | 0.00 | 0.00 | 30,246.50 |
| CR | Cash Receipts | -21,256.00 | 0.00 | 0.00 | 0.00 | -21,256.00 |
| | TOTALS | 8,990.50 | 0.00 | 0.00 | 0.00 | 8,990.50 |

AGED ACCOUNTS RECEIVABLE:        0.00  (-30)        3,676.50  (31-60)        1,060.60  (61-90)        4,253.40  (91-120)        0.00 (+)

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL

DATE: 06/26/25 12:06:54 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071561)  #153918                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| General Unsecured Creditor Issues | |

**CLIENT ADDRESS**
The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

**MATTER ADDRESS**
The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street
Riverside, NJ 08075

**CLIENT INFORMATION**
PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

**MATTER INFORMATION**
PHONE:
CONTACT: Gregory Andonian
REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:            0.00
UNAPPLIED AMOUNT:     0.00

LAST BILL DATE:        05/27/25

## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2751508 | DJS | 05/06/25 | B | 1.80 | 1125.00 | 1.80 | 1125.00 | 1125 | | | Review information for Committee call (.5); attend call (1.1); follow up on open fee issues (.2) |
| 2746573 | SBG | 05/06/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1187 | | | review materials in advance of committee meeting |
| 2746593 | SBG | 05/06/25 | B | 1.00 | 620.00 | 1.00 | 620.00 | 1807 | | | attend committee call |

DATE: 06/26/25 12:06:54 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071561)  #153918                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------|------|------|------|-----|------|-----|-------------|
| 2747764 | SBG | 05/13/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1869 | | | committee email regarding status |
| 2748263 | SBG | 05/15/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1931 | | | committee email from LS regarding status |
| 2751571 | DJS | 05/20/25 | B | 0.50 | 312.50 | 0.50 | 312.50 | 2244 | | | Committee call |
| 2751577 | DJS | 05/20/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 2369 | | | Emails and review of agenda for committee call. |
| 2749128 | SBG | 05/20/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2431 | | | review BRG analysis in advance of committee call |
| 2749142 | SBG | 05/20/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 2741 | | | attend committee call |
| 2751600 | DJS | 05/21/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 2866 | | | Read email from co-counsel regarding update on open and pressing matters in case. |

FEE SUBTOTAL                              2,865.50


BALANCE DUE FROM PREVIOUS STATEMENT                          9,711.50
LESS PAYMENT(S)                                             (3,836.40)

BALANCE FORWARD                                              5,875.10

TIMECARD SUB-TOTAL (4.60)                    2,865.50
DISBURSEMENT SUB-TOTAL                           0.00
SUBTOTAL CURRENT PERIOD                      2,865.50
TOTAL DUE                                                    8,740.60


TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 2.70 | 58.7 | 1687.50 | 58.90 |
| Gerald, Stephen B. | 620.00 | 1.90 | 41.3 | 1178.00 | 41.10 |
| TOTALS | | 4.60 | | 2865.50 | |


MATTER SUMMARY

DATE: 06/26/25 12:06:54 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071561)  #153918                    Page 3

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 9,711.50 | 0.00 | 0.00 | 0.00 | 9,711.50 |
| CR | Cash Receipts | -3,836.40 | 0.00 | 0.00 | 0.00 | -3,836.40 |
| | TOTALS | 5,875.10 | 0.00 | 0.00 | 0.00 | 5,875.10 |

AGED ACCOUNTS RECEIVABLE:          0.00  (-30)      4,916.00  (31-60)      959.10  (61-90)      0.00  (91-120)      0.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 06/26/25 12:06:59 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071563)  #153919                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
|  |  | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                                   BILLING INSTRUCTIONS

Sale Issues

CLIENT ADDRESS                                          MATTER ADDRESS

The Official Committee of Unsecured Creditors          The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                       100 Front Street
Riverside, NJ 08075                                    Riverside, NJ 08075

CLIENT INFORMATION                                     MATTER INFORMATION

PHONE:                                                 PHONE:
CONTACT: Gregory Andonian                              CONTACT: Gregory Andonian
REFERRED BY:                                           REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:                    0.00
UNAPPLIED AMOUNT:                0.00

LAST BILL DATE:       05/27/25

## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2746152 | SBG | 05/01/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 310 | | | emails regarding status of order and related issues |
| 2747016 | SBG | 05/08/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 372 | | | review COC and order further extending moton to compel assumption or rejection |
| 2747251 | SBG | 05/09/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 434 | | | emails regarding status of closing |

DATE: 06/26/25 12:06:59 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071563)  #153919                Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2747979 | SBG | 05/13/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 558 | | | review motion to extend time to reject |
| 2747980 | SBG | 05/13/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 620 | | | emails regarding status of closing and payment of fees |
| 2748612 | DJS | 05/15/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 995 | | | Calls (3x) with UCC team regarding sale closing and flow of funds issues and follow up emails regarding same. |
| 2748613 | DJS | 05/15/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 1433 | | | Calls with Gerald regarding sale issues and upcoming hearing dates for potential emergency status conference. |
| 2751550 | DJS | 05/16/25 | B | 1.60 | 1000.00 | 1.60 | 1000.00 | 2433 | | | Emails and calls with Gerald and Finizio regarding sale issues (.9); follow up with Gerald regarding same (.3); calls with court for obtaining transcript for sale hearing (.4) |
| 2751553 | DJS | 05/16/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 2995 | | | Prepare for professionals call (.2); attend call on sale issues. |
| 2748748 | SBG | 05/16/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 3181 | | | emails amongst commttee professionals regarding sale/fee issues |
| 2748753 | SBG | 05/16/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 3367 | | | review and file ROR regarding titan motion |
| 2748764 | SBG | 05/16/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3429 | | | emails regarding status of Titan |
| 2748872 | SBG | 05/19/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3491 | | | emails regarding hearing on Titan motion |
| 2751596 | DJS | 05/21/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 3616 | | | Emails with counsel regarding extension of time and hearing |
| 2749449 | SBG | 05/21/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3740 | | | emails regarding titan status |
| 2749967 | SBG | 05/23/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3802 | | | emails regarding notice to Alliance |
| 2751812 | SBG | 05/30/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3864 | | | review motion to reject |

FEE SUBTOTAL                                          3,864.00

DATE: 06/26/25 12:06:59 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071563)  #153919          Page 3

BALANCE DUE FROM PREVIOUS STATEMENT          52,950.80
LESS PAYMENT(S)                                                       (4,434.00)

BALANCE FORWARD                                                   48,516.80

TIMECARD SUB-TOTAL (6.20)                  3,864.00
DISBURSEMENT SUB-TOTAL                         0.00
SUBTOTAL CURRENT PERIOD                    3,864.00
TOTAL DUE                                                            52,380.80

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 4.00 | 64.5 | 2500.00 | 64.70 |
| Gerald, Stephen B. | 620.00 | 2.20 | 35.5 | 1364.00 | 35.30 |
| TOTALS | | 6.20 | | 3864.00 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 58,130.00 | 0.00 | 0.00 | 0.00 | 58,130.00 |
| CR | Cash Receipts | -9,613.20 | 0.00 | 0.00 | 0.00 | -9,613.20 |
| | TOTALS | 48,516.80 | 0.00 | 0.00 | 0.00 | 48,516.80 |

AGED ACCOUNTS RECEIVABLE:          0.00 (-30)          46,113.50 (31-60)          1,108.50 (61-90)          1,294.80 (91-120)          0.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 06/26/25 12:07:04 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071565)  #153920                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                          BILLING INSTRUCTIONS
Professionals-Debtor and Committee (Rete

CLIENT ADDRESS                                          MATTER ADDRESS
The Official Committee of Unsecured Creditors            The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                        100 Front Street
Riverside, NJ 08075                                      Riverside, NJ 08075

CLIENT INFORMATION                                      MATTER INFORMATION
PHONE:                                                  PHONE:
CONTACT: Gregory Andonian                                CONTACT: Gregory Andonian
REFERRED BY:                                            REFERRED BY:

| | | | | | |
|---|---|---|---|---|---|
| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee<br>Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | |

TRUST AMOUNT:                0.00
UNAPPLIED AMOUNT:            0.00

LAST BILL DATE:        05/27/25

## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2751507 | DJS | 05/06/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 375 | | | Review fee statements and dates regarding same and confer with Gerald regarding same. |
| 2747167 | SBG | 05/08/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 499 | | | review lender fee request |
| 2747783 | DJS | 05/12/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 624 | | | Follow up regarding payment of fees and submission of fee applications and timing of same. |

DATE: 06/26/25 12:07:04 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071565)  #153920                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2748620 | DJS | 05/15/25 | B | 0.10 | 62.50 | 0.10 | 62.50 | 687 | | | Emails regarding professional fees budgeting and actuals. |
| 2748751 | SBG | 05/16/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 873 | | | call with Franco and dennis regarding budget |
| 2751563 | DJS | 05/19/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 1373 | | | Review fee statement and confer with Gerald regarding same. |
| 2748871 | SBG | 05/19/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 1745 | | | prepare CNOs for March monthly fee statements for committee professionals |
| 2749046 | SBG | 05/19/25 | B | 1.90 | 1178.00 | 1.90 | 1178.00 | 2923 | | | prepare April monthly fee statement for Travel; review pro formas |
| 2749297 | SBG | 05/20/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 3295 | | | finalize and file CNOs for March monthly fee statements for committee professionals |
| 2751630 | DJS | 05/22/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 3420 | | | Receive and review supplement from BRG |
| 2749574 | SBG | 05/22/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3544 | | | review draft budget; emails regarding same |
| 2749602 | SBG | 05/22/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3606 | | | review amended BRG declaration |
| 2749977 | SBG | 05/22/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3730 | | | emails regarding budget/retainer issues |
| 2750340 | SBG | 05/27/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3792 | | | emails regarding BRG declaration |
| 2750630 | SBG | 05/28/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3916 | | | file BRG supplemental declaration in support of retention; emails regarding same |
| 2750632 | SBG | 05/28/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4040 | | | emails regarding professional fees |
| 2750688 | SBG | 05/29/25 | B | 1.20 | 744.00 | 1.20 | 744.00 | 4784 | | | Prepare CNOs for committee professionals' first interim fee applications; emails regarding same |
| 2750943 | SBG | 05/29/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4908 | | | emails regarding CNOs for fee applications |

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2751677 | SBG | 05/30/25 | B | 2.20 | 1364.00 | 2.20 | 1364.00 | 6272 | | | finalize April monthly fee statements for committee professionals; file and serve |
| 2751805 | SBG | 05/30/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 6582 | | | finalize, file and serve CNOs for committee interim fee applications |
| 2751810 | SBG | 05/30/25 | B | 2.10 | 1302.00 | 2.10 | 1302.00 | 7884 | | | review debtor professional retention orders regarding indemnification issues; emails with D.Shaffer regarding same |

|  |  |
|---|---|
| FEE SUBTOTAL | 7,883.50 |

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | 37,371.50 |
| LESS PAYMENT(S) | (7,435.20) |
| BALANCE FORWARD | 29,936.30 |
| TIMECARD SUB-TOTAL (12.70) | 7,883.50 |
| DISBURSEMENT SUB-TOTAL | 0.00 |
| SUBTOTAL CURRENT PERIOD | 7,883.50 |
| TOTAL DUE | 37,819.80 |

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 1.90 | 15.0 | 1187.50 | 15.10 |
| Gerald, Stephen B. | 620.00 | 10.80 | 85.0 | 6696.00 | 84.90 |
| TOTALS | | 12.70 | | 7883.50 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 66,421.50 | 0.00 | 0.00 | 0.00 | 66,421.50 |
| CR | Cash Receipts | -36,485.20 | 0.00 | 0.00 | 0.00 | -36,485.20 |
| | TOTALS | 29,936.30 | 0.00 | 0.00 | 0.00 | 29,936.30 |

AGED ACCOUNTS RECEIVABLE:          0.00  (-30)          20,815.00  (31-60)          1,858.80  (61-90)          7,262.50  (91-120)          0.00  (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY          ( ) CLOSE FILE
( ) BILL COSTS ONLY          ( ) FINAL BILL

DATE: 06/26/25 12:07:09 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071566)  #153921                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS
Plan and Disclosure Statement

CLIENT ADDRESS                                         MATTER ADDRESS
The Official Committee of Unsecured Creditors          The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                       100 Front Street
Riverside, NJ 08075                                    Riverside, NJ 08075

CLIENT INFORMATION                                     MATTER INFORMATION
PHONE:                                                 PHONE:
CONTACT: Gregory Andonian                              CONTACT: Gregory Andonian
REFERRED BY:                                           REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:            0.00
UNAPPLIED AMOUNT:        0.00

LAST BILL DATE:         / /

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2747812 | SBG | 05/13/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | review motino to extend exclusivity |
| 2749971 | SBG | 05/23/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 186 | | | emails regarding exclusivity objection deadline |
| 2750145 | SBG | 05/27/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 310 | | | review stip extending deadline to object to exclusivity; emails regarding same |

DATE: 06/26/25 12:07:09 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071566)  #153921                                    Page 2

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
| | | | | HRS | AMT | HRS | AMT | | | | |
|-------|------|------|------|-----|-----|-----|-----|-----|------|-----|-------------|
| | | FEE SUBTOTAL | | | | | 310.00 | | | | |

```
                      BALANCE DUE FROM PREVIOUS STATEMENT                    0.00
                      LESS PAYMENT(S)

                      BALANCE FORWARD                                        0.00

                      TIMECARD SUB-TOTAL (0.50)              310.00
                      DISBURSEMENT SUB-TOTAL                   0.00
                      SUBTOTAL CURRENT PERIOD                310.00
                      TOTAL DUE                                            310.00
```

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Gerald, Stephen B. | 620.00 | 0.50 | 100.0 | 310.00 | 100.00 |
| TOTALS | | 0.50 | | 310.00 | |

(  ) BILL COSTS AND FEES          (  ) DO NOT BILL
(  ) BILL FEES ONLY               (  ) CLOSE FILE
(  ) BILL COSTS ONLY              (  ) FINAL BILL

DATE: 06/26/25 12:07:13 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071568)  #153922                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| US Trustee Issues and Debtor Disclosures | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors | The Official Committee of Unsecured Creditors |
| for the Diamond Comic Distributors, Inc. Bankruptcy Case | for the Diamond Comic Distributors, Inc. Bankruptcy Case |
| 100 Front Street | 100 Front Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: | PHONE: |
| CONTACT: Gregory Andonian | CONTACT: Gregory Andonian |
| REFERRED BY: | REFERRED BY: |

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:        05/27/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2747778 | DJS | 05/12/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 250 | | | Emails with co-counsel and call with Gerald regarding filing reservation of rights (,2); read response and reservation of rights for filing and follow up regarding same. |

| 2747708 | SBG | 05/12/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 498 | review, finalize, and file reservation of rights regarding UST motion to cnvert |

DATE: 06/26/25 12:07:13 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071568)  #153922                    Page 2

|  |  |  |  | WORKED | | BILLED | |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2747709 | SBG | 05/12/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 622 |  |  | review stipulation extending time to object to UST motion to convert; emails regarding same |

FEE SUBTOTAL                    622.00

BALANCE DUE FROM PREVIOUS STATEMENT                    535.30
LESS PAYMENT(S)

BALANCE FORWARD                    535.30

TIMECARD SUB-TOTAL (1.00)                    622.00
DISBURSEMENT SUB-TOTAL                    0.00
SUBTOTAL CURRENT PERIOD                    622.00
TOTAL DUE                    1,157.30

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 0.40 | 40.0 | 250.00 | 40.20 |
| Gerald, Stephen B. | 620.00 | 0.60 | 60.0 | 372.00 | 59.80 |
| TOTALS |  | 1.00 |  | 622.00 |  |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 1,184.50 | 0.00 | 0.00 | 0.00 | 1,184.50 |
| CR | Cash Receipts | -649.20 | 0.00 | 0.00 | 0.00 | -649.20 |
| | TOTALS | 535.30 | 0.00 | 0.00 | 0.00 | 535.30 |

DATE: 06/26/25 12:07:13 PRO FORMA STATEMENT AS OF 05/31/25  FOR FILE (D02748.071568)  #153922                    Page 3

AGED ACCOUNTS RECEIVABLE:            0.00  (-30)          373.00  (31-60)          0.00  (61-90)          162.30  (91-120)          0.00  (+)

       (  ) BILL COSTS AND FEES      (  ) DO NOT BILL
       (  ) BILL FEES ONLY           (  ) CLOSE FILE
       (  ) BILL COSTS ONLY         (  ) FINAL BILL