**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned counsel enters an appearance as counsel for Raymond James & Associates, Inc. in the above-captioned case and any related proceedings. Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules"), section 1109 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and applicable Local Bankruptcy Rules, the undersigned requests that all notices, pleadings, orders and all papers filed, served or required to be filed or served in this case be sent to the following

| | |
|---|---|
| Matthew G. Summers<br>**BALLARD SPAHR LLP**<br>111 S. Calvert Street, 27th Floor<br>Baltimore, Maryland 21202-6174<br>Telephone: (410) 528-5600<br>Facsimile: (410) 528-5650<br>E-mail: summersm@ballardspahr.com | Nicholas J. Brannick<br>**BALLARD SPAHR LLP**<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: brannickn@ballardspahr.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications,

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

Dated: June 30, 2025

/s/ Matthew G. Summers
Matthew G. Summers (Fed. Bar No. 26572)
**BALLARD SPAHR LLP**
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202-6174
Telephone: (410) 528-5600
Facsimile: (410) 528-5650
E-mail: summersm@ballardspahr.com

-and-

Nicholas J. Brannick (Admission *Pro Hac Vice* to be Requested)
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: brannickn@ballardspahr.com

*Counsel to Raymond James & Associates, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on June 30, 2025, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served upon all parties that are registered to receive electronic mail service through the court's ECF notice system in the above case.

                                            */s/ Matthew G. Summers*
                                            Matthew G. Summers (Fed. Bar No. 26572)