IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>            Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) of this Court, and Local Rule 101.1(b) of the U.S. District Court for the District of Maryland, Matthew G. Summers, Esquire, a member in good standing of the bar of this Court, moves the admission of Nicholas J. Brannick, Esquire, to appear *pro hac vice* in the captioned proceeding as counsel for Raymond James & Associates, Inc.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is not a member of the Bar of Maryland.

2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member in good standing of the bar of the following State or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| Delaware (2012) | District of Delaware (2013) |
| New York (2011) | Southern District of New York (2012) |
| Ohio (2005) | U.S. Court of Appeals for the Fifth Circuit (2017) |
| | Southern District of Ohio (2006) |
| | Northern District of Ohio (2024) |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this Court 0 times.

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Lawyers' Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this proceeding will be the undersigned, Matthew G. Summers, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission pro hac vice does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. The $100.00 fee for admission pro hac vice is being paid contemporaneously with this Motion.

10. We hereby certify under penalties or perjury that the foregoing statements are true and correct.

Dated: June 30, 2025

Respectfully submitted,

| Movant | Proposed Admittee |
|---|---|
| */s/ Matthew G. Summers* | */s/ Nicholas J. Brannick* |
| Matthew G. Summers (Fed. Bar No. 26572) | Nicholas J. Brannick |
| **BALLARD SPAHR LLP** | **BALLARD SPAHR LLP** |
| 111 S. Calvert Street, 27th Floor | 919 N. Market Street, 11th Floor |
| Baltimore, Maryland 21202-6174 | Wilmington, Delaware 19801-3034 |
| Telephone: (410) 528-5600 | Telephone: (302) 252-4465 |
| Facsimile: (410) 528-5650 | Facsimile: (302) 252-4466 |
| E-mail: summersm@ballardspahr.com | E-mail: brannickn@ballardspahr.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that, on June 30, 2025, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served upon all parties that are registered to receive electronic mail service through the court's ECF notice system in the above case.

                                    */s/ Matthew G. Summers*
                                    Matthew G. Summers