IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 26, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [Docket No. 531]**

Dated: June 30, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 30th day of June, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

## **EXHIBIT A**

**Exhibit A**
Service List

| Creditor | | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| Attn: Officer, Managing or General Agent, or Agent Authorized to Receive Service | 801 Media | 1478 W 178th Street | Suite 310 | Gardena, CA 90248 | | | | First Class Mail |
| Attn: Officer, Managing or General Agent, or Agent Authorized to Receive Service | Lev Gleason | 25 Skey Lane | Toronto, ON M6J 3V2 | Canada | | | | First Class Mail |
| Attn: Officer, Managing or General Agent, or Agent Authorized to Receive Service | Penguin Random House India Pvt | 2Nd Km Statone Village Graland | Reliana Pwer Projects Rd Nh24 | Ghaziabad, UP 201343 | India | | | First Class Mail |
| Attn: Officer, Managing or General Agent, or Agent Authorized to Receive Service | Penguin Random House India Pvt | Attn: Namoj Rawat A/P | 2Nd Km Statone Village Graland | Reliana Pwer Projects Rd Nh24 | Ghaziabad, 201343 | India | | First Class Mail |
| Attn: Officer, Managing or General Agent, or Agent Authorized to Receive Service | Penguin Random House LLC | Attn: Credit Dept | 400 Hahn Rd | Westminster, MD 21157 | | | jsykes@penguinrandomhouse.com | Email  First Class Mail |
| Attn: Officer, Managing or General Agent, or Agent Authorized to Receive Service | Penguin Random House Llc | Attn: Elizabeth Jones | Attn Accounts Payable | 400 Hahn Rd | Westminster, MD 21157 | | | First Class Mail |
| Attn: Officer, Managing or General Agent, or Agent Authorized to Receive Service | Penguin Random House LLC | Attn: Michelle Delavega | 1745 Broadway | New York, NY 10019 | | | mdelavega@penguinrandomhouse.com | Email  First Class Mail |
| Attn: Officer, Managing or General Agent, or Agent Authorized to Receive Service | Penguin Random House LLC | Attn: Peggy Iser | 400 Hahn Rd | Westminster, MD 21157 | | | prh_remit@penguinrandomhouse.com | Email  First Class Mail |
| Attn: Officer, Managing or General Agent, or Agent Authorized to Receive Service | Penguin Random House LLC | P.O. Box 223384 | Pittsburgh, PA 15251-2384 | | | | emfrazier@penguinrandomhouse.com | Email  First Class Mail |