IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 26, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice [Docket No. 537]**

- **Amended Notice of Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [Docket No. 538]**

Dated: June 30, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 30th day of June, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Action Figure Authority Inc | Adams and Reese LLP | Attn: Nikolaus F Schandlbauer, Esq / Lauren A Baio, Esq<br>20 F St, Ste 500<br>Washington, DC 20001 | nick.schandlbauer@arlaw.com;<br>lianna.sarasola@arlaw.com | Email |
| *NOA - Counsel for Image Comics, Inc | BakerHostetler LLP | Attn: Adam L Fletcher, Esq/Scott E Prince, Esq<br>Key Twr<br>127 Public Sq, Ste 2000<br>Cleveland, OH 44114 | afletcher@bakerlaw.com;<br>sprince@bakerlaw.com | Email |
| *NOA - Counsel to Integrated Connection, LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M Capuzzi/Jared C Hoffman<br>1313 N Market St, Ste 1201<br>Wilmington, DE 19801 | kcapuzzi@beneschlaw.com<br>jhoffman@beneschlaw.com | Email |
| *NOA - Counsel for Getzler Henrich & Associates, LLC, & Robert Gorin | Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers/Robert A Weber<br>1313 N Market St, Ste 5400<br>Hercules Plz<br>Wilmington, DE 19801 | desgross@chipmanbrown.com<br>weber@chipmanbrown.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co, Ltd | Cole Schotz PC | Attn: Gary H Leibowitz<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | gleibowitz@coleschotz.com | Email |
| *NOA - Counsel for Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co, Ltd and Defendants Charlie Tyson and Dan Hirsch | Cole Schotz PC | Attn: H C Jones, III, Esq<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | hjones@coleschotz.com | Email |
| *NOA - Counsel for Defendants Charlie Tyson and Dan Hirsch | Cole Schotz PC | G David Dean, Esq<br>500 Delaware Ave<br>Wilmington, DE 19801 | ddean@coleschotz.com | Email |
| *NOA - Counsel for Defendants Charlie Tyson and Dan Hirsch | Cole Schotz PC | Kori L Pruett, Esq<br>Court Plaza N<br>25 Main St<br>Hackensack, NJ 07601 | kpruett@coleschotz.com | Email |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | kevin.kobbe@us.dlapiper.com | Email |
| *NOA - Counsel for Sparkle Pop, LLC | DLA Piper LLP (US) | Attn: Peter John Artese/Ellen E Dew<br>650 S Exeter St, Ste 1100<br>Baltimore, Maryland 21202 | peter.artese@us.dlapiper.com;<br>ellen.dew@us.dlapiper.com | Email |
| *NOA - Counsel for Kathy Govier | Gohn Hankey & Berlage LLP | Attn: Jan I Berlage<br>201 N Charles St, Ste 2101<br>Baltimore, MD 21201 | jberlage@ghsllp.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel to NECA LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R Winters/Stephanie R Sweeney<br>Attn: Andrew C Brown<br>200 W 41st St, 17th Fl<br>New York, NY 10036-7023 | abrown@klestadt.com<br>iwinters@klestadt.com<br>ssweeney@klestadt.com | Email |
| Official Committee of Unsecured Creditors | Little Buddy Toys, LLC | 270 E Palais Rd<br>Anaheim, CA 92805 | | First Class Mail |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Bruce S Nathan/Gianfranco Finizio<br>Attn: Chelsea R Frankel<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | bnathan@lowenstein.com<br>gfinizio@lowenstein.com<br>cfrankel@lowenstein.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Michael Papandrea<br>1 Lowenstein Dr<br>Roseland, NJ 07068 | mpapandrea@lowenstein.com | Email |
| *NOA - Counsel for Dynamic Forces, Inc | Mcnamee Hosea, P.A. | Attn: Justin P Fasano<br>6404 Ivy Ln, Ste 820<br>Greenbelt, MD 20770 | jfasano@mhlawyers.com | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Walter Sillers<br>Bldg 550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office Of The Attorney General | State Of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 1745 Innovation Drive, Suites C & D<br>Carbondale, IL 62903 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Stein<br>Dept Of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Lynn Fitch<br>Dept Of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Herbert H Slattery, Iii<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office Of The Attorney General | AZ Ag Office – Css<br>P.O. Box 6123, MD  7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office Of The Attorney General | California Dept Of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY  82002 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ashley Moody<br>The Capital, Pl 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Kaul<br>Wisconsin Dept Of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 800 5th Ave, Ste 2000<br>Seattle, Wa 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Brenna Bird Hoover<br>State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Dana Nessel<br>P.o. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office Of The Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office Of The Attorney General | 441 4th St Nw, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Bob Ferguson<br>1125 Washington St Se<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| *NOA - Counsel for New York State Department of Taxation and Finance (NYSTAX) | Office of the New York State Attorney General | Attn: Robert J Rock<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341 | robert.rock@ag.ny.gov | Email |
| US Attorney's Office | Office Of The Us Attorney | For The Dist Of Maryland<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201 | | First Class Mail |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: David WT Daniels<br>700 13th St, NW, Ste 600<br>Washington, DC 20005 | DDaniels@perknscoie.com | Email |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: Sara L Chenetz<br>1888 Century Park E, Ste 1700<br>Los Angeles, CA 90067-1721 | SChenetz@perkinscoie.com | Email |
| *NOA - Counsel for Basic Fun, Inc. | Polsinelli PC | Attn: D Jack Blum/Mark B Joachim<br>1401 Eye St, NW, Ste 800<br>Washington, DC 20005 | jack.blum@polsinelli.com;<br>mjoachim@polsinelli.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Ropers Majeski | Attn: Steven G Polard<br>801 S Figueroa St, Ste 2100<br>Los Angeles, CA 90017 | steven.polard@ropers.com | Email |
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | Attn: Ashley N Fellona<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | ashley.fellona@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Jeffrey C Hampton/Adam H Isenberg<br>Attn: Turner N Falk<br>Centre Square West<br>1500 Market St, 38th Fl<br>Philadelphia, PA 19102 | jeffrey.hampton@saul.com<br>adam.isenberg@saul.com<br>turner.falk@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Mark Minuti/Paige Topper<br>Attn: Nicholas Smargiassi<br>1201 N Market St, Ste 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | mark.minuti@saul.com<br>paige.topper@saul.com<br>nicholas.smargiassi@saul.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Official Committee of Unsecured Creditors | Simon & Schuster, LLC | 100 Front St<br>Riverside, NJ 08075 | | First Class Mail |
| *NOA - Counsel for Blue Yonder, Inc | Squire Patton Boggs (US) LLP | Attn: Christopher J Giaimo / Mark A Salzberg<br>2550 M St. NW<br>Washington, DC 20037 | christopher.giaimo@squirepb.com;<br>mark.salzberg@squirepb.com | Email |
| *NOA - Counsel for the Debtor Defendants | Saul Ewing LLP | Attn: Jordan D Rosenfeld<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | jordan.rosenfeld@saul.com | Email |
| *NOA - Counsel to NECA LLC | The Law Offices of Zvi Guttman, P.A. | Attn: Zvi Guttman<br>P.O. Box 32308<br>Baltimore, MD 21282 | zvi@zviguttman.com | Email |
| Official Committee of Unsecured Creditors | Titan Publishing Group Limited/Titan Comics | 144 Southwark St<br>London, SE1 0UP<br>United Kingdom | | First Class Mail |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St, NW, Ste 500<br>Washington, DC 20001 | Toyja.Kelley@troutman.com;<br>Indira.Sharma@troutman.com;<br>Jonathan.Young@troutman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 | David.Ruediger@troutman.com;<br>Katherine.Culbertson@troutman.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Dennis J Shaffer/Yung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | dshaffer@tydings.com<br>jlee@tydings.com<br>sgerald@tydings.com | Email |
| *NOA - Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Richard L Costella Esquire<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | rcostella@tydings.com | Email |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| United States Attorney for the District of Maryland | United States Attorney for The District of Maryland | Attn: Civil Process Clerk<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201 | | First Class Mail |
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 | hugh.m.bernstein@usdoj.gov | Email |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 | bstrickland@whitefordlaw.com | Email |
| *NOA - Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | andrew.goldman@wilmerhale.com<br>benjamin.loveland@wilmerhale.com | Email |
| *NOA - Counsel for Alliance Entertainment, LLC | YVS Law, LLC | Attn: Jonathan A Grasso, Esquire<br>185 Admiral Cochrane Dr, Ste 130<br>Annapolis, MD 21401 | jgrasso@yvslaw.com | Email |

## **EXHIBIT B**

**Exhibit B**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| 12 Gauge Comics | Attn: Keven Gardner | 3201 Johnson St | Pelham, AL 35214 | | | First Class Mail |
| 12 Gauge Comics LLC | P.O. Box 1413 | Pelham, AL 35124 | | | KEVIN@12GAGECOMICS.COM | Email; First Class Mail |
| 801 Media | 1478 W 178th Street | Suite 310 | Gardena, CA 90248 | | | First Class Mail |
| 801 Media Inc | | | | | kashuk@emanga.com | Email |
| A Wave Blue World | Attn: Tyler Chin-Tanner | 399 West St | New York, NY 10014 | | | First Class Mail |
| A Wave Blue World Inc | 399 West St | New York, NY 10014 | | | TYLERCHINTANNER@GMAIL.COM | Email |
| Ablaze, LLC | 11222 Se Main St, Unit 22906 | Portland, OR 97269 | | | ACCOUNTING@ABLAZEPUBLISHING.COM | Email; First Class Mail |
| Ablaze, Llc | Attn: Rich Young | 11222 Se Main St Ste 22906 | Portland, OR 97269 | | | First Class Mail |
| Ablaze, LLC. | 234 5th Ave, 2nd Fl | New York, NY 10001 | | | accounting@ablazepublishing.com | Email; First Class Mail |
| Abstract Studio,Inc | 3823 Villanova St | Houston, TX 77005 | | | ABSTRACT70@GMAIL.COM | Email; First Class Mail |
| Abstract Studios, Inc | P.O. Box 271487 | Houston, TX 77277 | | | | First Class Mail |
| ACK Comics Amar Chitra Katha | 5017-20 5th Fl, 1 Aerocity | Nibr Park, Andheri-Kurla Rd | Sakinaka, Mumbai, 400072 | India | | First Class Mail |
| Action Lab Entertainment | 463 E Main St | Uniontown, PA 15401 | | | bsseaton1@gmail.com | Email; First Class Mail |
| Action Lab Entertainment | Attn Bryan Seaton | 463 E Main St | Uniontown, PA 15401 | | bsseaton1@gmail.com | Email; First Class Mail |
| Action Lab Entertainment | Attn: Chad Cicconi | 306 Briddlewood Ct | Canonsburg, PA 15317 | | | First Class Mail |
| Aftershock Comics | Attn: Joe Pruett | 6305 Crescent Dr | Norcross, GA 30071 | | joepruett@mac.com | Email; First Class Mail |
| Aftershock Comics | 15030 Ventura Blvd, Ste 587 | Sherman Oaks, CA 91403 | | | joepruett@aftershock.ninja | Email; First Class Mail |
| Aftershock Comics | 6305 Crescent Dr | Norcross, GA 30071 | | | | First Class Mail |
| Ahoy Comics | | | | | hseely@twcny.rr.com | Email |
| AHOY Comics | Attn: Hart I Seely III | 101 Enderberry Cir | Syracuse, NY 13224 | | hartseely@comicsahoy.com | Email; First Class Mail |
| AiT/Planetlar LLC | 2034 47th Ave | San Francisco, CA 94116 | | | planetlar@earthlink.net | Email; First Class Mail |
| Albatross Funnybooks | 1913 Se 76th Ave | Portland, OR 97215 | | | ERICPWL@ICLOUD.COM | Email; First Class Mail |
| Albatross-Funnybooks | 2701 A Meadow Rose Dr | Nashville, TN 37206 | | | | First Class Mail |
| Alien Books | 41 Ne 107th St | Miami Shores, FL 33161 | | | MATIAS@ALIENBOOKS.COM | Email; First Class Mail |
| Alien Books | Attn: Matias | 41 Ne 107Th St | Miami Shores, FL 33161 | | | First Class Mail |
| American Mythology Productions | 1411 Cherokee Ln | Bel Air, MD 21015 | | | james.kuhoric@americanmythology.net | Email; First Class Mail |
| American Mythology Productions | Attn: Jim Kuhoric | Attm James Kuhoric | 1411 Cherokee Lane | Bel Air, MD 21015 | | First Class Mail |
| Antarctic Press | 4334 Parkwood Dr | San Antonio, TX 78218-5028 | | | | First Class Mail |
| Antarctic Press | Attn: Joe Dunn/Matthew | 4334 Parkwood Dr | San Antonio, TX 78218-5028 | | | First Class Mail |
| Ape Entertainment | Attn: Brent Erwin | 6145 Sundown Dr | Fort Worth, TX 76114-3125 | | Brent.e.erwin@gmail.com | Email; First Class Mail |
| Ape Entertainment | Attn: Brent Erwin | 2714 Se Loop 820 | Fort Worth, TX 76140 | | | First Class Mail |
| Apex Publications LLC | 4629 Riverman Way | Lexington, KY 40515 | | | JASON@APEXBOOKCOMPANY.COM | Email; First Class Mail |
| Archie Comic Publications | 629 5th Ave | Pelham, NY 10803 | | | | First Class Mail |
| Archie Comic Publications | Attn: Jonathan Betancourt | 629 Fifth Street | Pelham, NY 10803 | | | First Class Mail |
| Archie Comic Publications Inc | 629 5th Ave | Pelham, NY 10803 | | | ROBL@ARCHIECOMICS.COM | Email; First Class Mail |
| Archie Comic Publications, Inc | Attn: Jonathan Goldwater | 629 5th Ave | Pelham, NY10803 | | | First Class Mail |
| Artists Writers & Artisans Inc | | | | | allison@awastudios.net | Email |
| Artists Writers & Artisans, Inc | 178 Columbus Ave, Ste 237194 | New York, NY 10023 | | | | First Class Mail |
| Aspen Mlt, Inc | 5701 Slauson Ave, Ste 120 | Culver City, CA 90230 | | | FRANK@ASPENCOMICS.COM | Email; First Class Mail |
| Aspen Mtl Inc | Attn: Frank Mastromauro | 5701 W Slauson Ave Ste 120 | Los Angeles, CA 90230 | | | First Class Mail |
| Avatar Press Inc | 515 N Century Blvd | Rantoul, IL 61866 | | | WILLIAM@AVATARPRESS.NET | Email; First Class Mail |
| Avatar Press Inc | Attn: Richard/William | Attn Jim Kuhoric | 515 N Century Blvd | Rantoul, IL 61866-1501 | jameskuhoric@avatarpress.com | Email; First Class Mail |
| Avatar Press, Inc | Attn: William Christensen | 515 N Century Blvd | Rantoul, IL 61866 | | | First Class Mail |
| Bad Egg LLC | 3101 Ocean Park Blvd, Ste 100 | Pmb 247 | Santa Monica, CA 90405 | | | First Class Mail |
| Bad Egg, LLC | Attn: Robert Meyers | 3101 Ocean Park Blvd, Ste 100 PMB | Santa Monica, CA90405 | | | First Class Mail |
| Bandai America Incorporated | 5551 Katella Ave | Attn: Nick Contreras and Cynthia Nishimoto | Cyprus, CA 90630 | | | First Class Mail |
| Bandai Entertainment, Inc | | | | | rob.villnave@battlefront.co.nz | Email |
| Battle Quest Comics | 1748 Ne Tillamook | Portland, OR 97212 | | | AKAFOURY@HOTMAIL.COM | Email; First Class Mail |
| Bedside Press | 4787 Henderson Hwy | Narol, MB R1C 0B2 | Canada | | | First Class Mail |
| Behemoth Entertainment LLC | | | | | NATHAN@BEHEMOTHCOMICS.US | Email |
| Behemoth Studio Entertainment LLC | 1007 Mill Run Dr | Allen, TX 75002 | | | | First Class Mail |
| Benitez Productions | P.O. Box 17161 | Encino, CA 91416 | | | art@joebenitez.com | Email; First Class Mail |
| Benitez Productions | Attn: Marcia Chen | Attn Joe Benitez | Po Box 16101 | Encino, CA 91416 | | First Class Mail |
| Black Mask Comics | Attn: Matt Pizzolo | 2798 Sunset Blvd | Los Angeles, CA 90026 | | | First Class Mail |
| Black Panel Press | 22 Gilbert St | St John's, NL AlC 1X4 | Canada | | ANDREW@BLACKPANELPRESS.COM; info@blackpanelpress.com | Email |
| Black Panel Press | 1701-25 Capreol Ct | Toronto, ON, M5V 3Z7 | Canada | | | First Class Mail |
| Black Panel Press Inc | 495 Water St | St Johns, NL A1E 6B5 | Canada | | | First Class Mail |
| Black Panel Press Inc | Attn: Andrew Benteau | 22 Gilbert Street | St Johns, NL A1C1X45 | Canada | | First Class Mail |
| Blind Ferret Entertainment Inc | 5000 Jean Talon Quest, Ste 260 | Montreal, QC H4P 1W9 | Canada | | RANDY@BLINDFERRET.COM | Email; First Class Mail |
| Blind Ferret Entertainment Inc | Attn: Randy Waxman | 2308 32nd Ave | Lachine, QC H8T 3H4 | Canada | | First Class Mail |
| Boom Entertainment | Attn Accounting | 6920 Melrose Ave | Los Angeles, CA 90038 | | aferrara@boom-studios.com; billing@boom-studios.com | Email; First Class Mail |
| Boom Entertainment | Attn: Filip Slablik | Attn Accounting | 6920 Melrose Ave | Los Angeles, CA 90038 | | First Class Mail |
| Boom Entertainment, Inc | 6920 Melrose Ave | Los Angeles, CA 90038 | | | jharned@boom-studios.com | Email; First Class Mail |
| Bundoran Press Publishing House | 151 Bay St, Unit 1111 | Attn: Hayden Trenholm | Ottawa, Ontario | Canada K1R 7T2 | | First Class Mail |
| Card Department, A Dept Of Bandai Co, Ltd | 4-8 Komagata 1-chome | Taito-Ku, Tokyo, 111-8081 | Japan | | | First Class Mail |
| Chizine Publications | Attn: Brett Savory | 67 Alameda Ave | Toronto, ON M6C 3W4 | Canada | | First Class Mail |
| Clover Press LLC | 8820 Kenamar Dr, Ste 501 | San Diego, CA 92121 | | | matt@cloverpress.us | Email; First Class Mail |
| Clover Press Llc | Attn: Ted And Elaine | 8820 Kenamar Dr, Ste 501 | San Diego, CA 92121 | | matt@cloverpress.us | Email; First Class Mail |
| Cryptozoic Entertainment | 23212 Mill Creek Dr, Ste 300 | Laguna Hills, CA 92653 | | | rumi.asai@cryptozoic.com; JAVIERCASILLASJAVIER.CASILLAS@CRYPTOZOIC.COM | Email; First Class Mail |
| Cryptozoic Entertainment | 23212 Mill Creek Dr | Laguna Hills, CA 92653 | | | bryce.whitacre@dvgiochi.com | Email; First Class Mail |
| Dark Horse Comics LLC | 10956 SE Main St | Milwaukie, OR 97222 | | | DARKHORSEACH@DARKHORSE.COM; tarar@darkhorse.com | Email; First Class Mail |
| Dark Horse Comics, Inc | Attn: Mike Richardson, President | 10956 SE Main St | Milwaukie, OR 97222-7644 | | | First Class Mail |
| Dark Horse Comics, LLC | Attn: Garrett S Ledgerwood | 1140 SW Washington St, Ste 700 | Portland, OR 97205 | | garrett.ledgerwood@millernash.com | Email; First Class Mail |
| DC Comics | c/o Warner Bros | Attn: General Counsel or John Rood, Exectuive VP Sales, Marketing & Business Dev | 4000 Warner Blvd | Burbank, CA 91522 | | First Class Mail |
| Desperado Publishing | 143 Nectar Pl | Dallas, GA 30132 | | | joepruett@gaijinstudios.com | Email; First Class Mail |
| Diamond Comic- (Es-Md1) | Attn: Diamond Employee - See Invoice | 10150 York Rd | Suite 300 | Cockeysville, MD 21030-3344 | tms@alliance-games.com | Email; First Class Mail |
| Diamond Comic Dist | Attn: Justin Ziran | 7485 Polk Ln | Attn: Angie Barber | Star/Tru 026 | Olive Branch, MS 38654 | dellt@necaonline.com; wizkidsorders@necaonline.com | Email; First Class Mail |
| Diamond Comic Dist- Olive Branch | Attn: Dylan Templar | 7485 Polk Lane | Olive Branch, MS 38654 | | sales@greenronin.com; templar@greenronin.com | Email; First Class Mail |
| Diamond Comic Dist.,Inc-3 | Attn: Intercomp Sales | 7485 Polk Ln | Olive Branch, MS 38654 | | raudrey@diamondcomics.com ; OSD@diamondcomics.com | Email; First Class Mail |
| Diamond Comic Distr, Inc | 10150 York Rd | Cockeysville, MD 21030 | | | matt.hyland@devir.com | Email; First Class Mail |
| Diamond Comic Distributors | Attn: Keith | Canalside Warrington Road | Manor Park Industrial Estate | Runcorn Cheshir, WA7 1SN | United Kingdom | tlee@diamondcomics.co.uk | Email; First Class Mail |
| Diamond Comic Distributors | Canalside Warrington Road | Manor Park Industrial Estate | Runcorn Cheshir, WA7 1SN | United Kingdom | mkay@diamondcomics.co.uk; hmike@diamondcomics.co.uk | Email; First Class Mail |
| Diamond Comic Distributors | Krystina E. Schmidt | 227 Carvel Rd | Pasadena, Maryland, 21122 | | Krystina2028@Gmail.com | Email; First Class Mail |
| Diamond Comic Distributors | Attn: Emily Hunter | Attn Denise Yancy | 7485 Polk Lane | Olive Branch, MS 38654 | | First Class Mail |
| Diamond Comic Distributors Inc | 10150 York Rd, Ste 300 | Hunt Valley, MD 21030 | | | | First Class Mail |
| Diamond Comic Distributors UK, Unlimited | 9 - 10 Haymarket | TC Group 6th Fl Kings House | London, SW1Y 4BP | United Kindom | | First Class Mail |
| Diamond Comic Distributors, Inc. | C/O Martin Ernest Grosser | 10150 York Rd, Unit 300 | Cockeysville, MD 21030 | | oldmanpreviews@comcast.net | Email; First Class Mail |
| Difference Engine Pte Ltd | 284 River Valley Rd, Unit 01-01 | Singapore, 238325 | Singapore | | HAIRUL@DIFFERENCEENGINE.SG | Email; First Class Mail |
| Difference Engine Pte. Ltd. | 284 River Valley Rd | Singapore, 238325 | Singapore | | felicia@differenceengine.sg | Email; First Class Mail |
| Difference Engine Pte.Ltd. | Attn: Olivia Djawoto | 284 River Valley Rd 01-01 | 238337 | Singapore | | First Class Mail |
| Digital Manga, Inc | 1487 W 178th St, Ste 300 | Attn: Hikaru Sasahra | Gardena, CA 90248 | | | First Class Mail |
| Digital Manga, Inc | 1447 W 178Th St Ste 302 | Gardena, CA 90248 | | | yoko@emanga.com; fred@emanga.com; kashuk@emanga.com | Email; First Class Mail |
| Digital Manga, Inc | Attn: Hikaru Sasahra | 1487 W 178th St, Ste 300 | Gardena, CA 90248 | | | First Class Mail |
| Digital Manga, Inc | Attn: Jeannie Flogstad | 1447 W 178Th St Ste 302 | Gardena, CA 90248 | | | First Class Mail |

| Creditor | | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Drawn & Quarterly | Attn Ann Cunningham | 7030 Rue Saint-Denis | Montreal, QC H2S 2S4 | Canada | | First Class Mail |
| Dstlry Media | Attn: Chip Mosher | 3680 Wilshire Blvd, Ste P04-1420 | Los Angeles, CA 90010 | | CHIP@DSTLRY.COM | Email |
| | | | | | | First Class Mail |
| Dynamic Forces, Inc. | Attn: Nick Barrucci Ext100 | 113 Gaither Drive Ste 205 | Mt Laurel, NJ 08054 | | nick@dynamicforces.com | Email |
| Dynamic Forces, Inc. | 113 Gaither Drive Ste 205 | Mt Laurel, NJ 08054 | | | nick.barrucci@dynamite.com; accounting@dynamite.com | Email |
| | | | | | | First Class Mail |
| Dynamic Forces, Inc. | c/o McNamee Hosea | Attn: Justin Fasano | 6404 Ivy Ln, Ste 820 | Greenbelt, MD 20770 | jfasano@mhlawyers.com | Email |
| | | | | | | First Class Mail |
| Eros Comix | 7563 Lake City Way NE | Seattle, WA 98115 | | | ZURA@FANTAGRAPHICS.COM | Email |
| | | | | | | First Class Mail |
| Eureka Productions | Attn: Tom Pomplun | 8778 Oak Grove Rd | Mt Horeb, WI 53572 | | tom@rcrumb.com; pomplunllc@gmail.com | Email |
| | | | | | | First Class Mail |
| Fairsquare Comics | 608 S Dunsmuir Ave, Unit 207 | Attn: Fabrice Sapolsky | Los Angeles, CA 90036 | | | First Class Mail |
| Fantagraphics Books Inc | 7563 Lake City Way NE | Seattle, WA 98115 | | | accounting@fantagraphics.com | Email |
| | | | | | | First Class Mail |
| Fantagraphics Books Inc | Attn: Martin | 7563 Lake City Way Ne | Seattle, WA 98115 | | accounting@fantagraphics.com | Email |
| | | | | | | First Class Mail |
| Fantagrpahics Books, Inc | Attn: Gary Groth | 7563 Lake City Way NW | Seattle, WA 98115 | | | First Class Mail |
| Fiery Studios Inc | 209 W Dutton | Kalamazoo, MI 49007 | | | FIREYSTUDIO@HOTMAIL.COM | Email |
| | | | | | | First Class Mail |
| Frank Miller Presents LLC | c/o Nksfb | 400 Garden City Plz, Ste 510 | Garden City, NY 11530 | | DAN.DIDIO920@GMAIL.COM | Email |
| | | | | | | First Class Mail |
| G T Labs | 816 Hutchins Ave | Ann Arbor, MI 48103 | | | | First Class Mail |
| Gemstone Publishing | Attn: Mark Huesman | | | | humark@gemstonepub.com | Email |
| Gemstone Publishing | 10720 Gilroy Rd Ste 300 | Hunt Valley, MD 21031 | | | | First Class Mail |
| Gen Manga Entertainment, Inc | 250 Park Ave, Ste 7002 | Attn: Robert McGuire | New York, NY 10177 | | | First Class Mail |
| Gen Manga Entertainment, Inc | | | | | publisher@genmanga.com | Email |
| Gold Key Entertainment | 4927 W Laurie Ln | Glendale, AZ 85302 | | | LANCE@GOLDKEYCOMICS.COM | Email |
| | | | | | | First Class Mail |
| Good Trouble Productions LLC | 48-11 39th Pl, Unit 1 | Sunnyside, NY 11104 | | | ANDREW@GOODTROUBLE.COM | Email |
| | | | | | | First Class Mail |
| Goodman Games LLC | 4040 Civic Center Dr Ste 200 | San Rafael, CA 94903 | | | joseph@goodman-games.com | Email |
| | | | | | | First Class Mail |
| Goodman Games LLC | 51 Piper Ln | Fairfax, CA 94930 | | | | First Class Mail |
| Goodman Games Llc | Attn: Joseph Goodman | 4040 Civic Center Dr Ste 200 | San Rafael, CA 94903 | | | First Class Mail |
| Graphic Mundi - Psu Press | Accounts Receivable | 512 Paterno Library | University Park, PA 16802 | | bcc5228@psu.edu | Email |
| | | | | | | First Class Mail |
| Graphitti Designs, Inc. | 33159 Camino Capistrano, Ste G | San Juan Capistrano, CA 92675-4827 | | | graphittid@aol.com; gayle@graphittidesigns.com; KATHY@GRAPHITTIDESIGNS.COM | Email |
| | | | | | | First Class Mail |
| Green Ronin Publishing | Attn: Nicole Lindroos | 6731 29th Ave S | Seattle, WA 98108 | | nicole@greenronin.com | Email |
| | | | | | | First Class Mail |
| Gungnir Entertainment | 923 Euclid St Apt 301 | Santa Monica, CA 90403 | | | MATT@HEROPROJECTS.IO | Email |
| | | | | | | First Class Mail |
| Gungnir Entertainment | Attn: Matthew Medney, Founder, Publisher | 923 Euclid St, Ste 301 | Santa Monica, CA 90403 | | | First Class Mail |
| Heavy Metal Magazine | 116 Pleasant St, Unit 018 | Easthampton, MA 01027 | | | | First Class Mail |
| Hermes Press | 2100 Wilmington Rd | New Castle, PA 16105 | | | daniel@hermespress.com | Email |
| | | | | | | First Class Mail |
| Hermes Press | Attn: Daniel Herman | 2100 Wilmington Road | New Castle, PA 16105-1931 | | daniel@hermespress.com | Email |
| | | | | | | First Class Mail |
| Hermes Press | c/o Geer and Herman, PC | Attn: Daniel I Herman, Esq | 2100 Wilmington Rd | New Castle, PA 16105 | admin@geerandherman.com | Email |
| | | | | | | First Class Mail |
| Humanoids Inc | | | | | GUILLAUME.NOUGARET@HUMANOIDS.COM | Email |
| Humanoids Inc | 6464 Sunset Blvd Ste 1180 | Los Angeles, CA 90028 | | | guillaume.nougaret@humanoids.com; alex.donoghue@humanoids.com | Email |
| | | | | | | First Class Mail |
| Humanoids, Inc | Attn Alex Donoghue | 6464 Sunset Blvd Ste 1180 | Los Angeles, CA 90028 | | | First Class Mail |
| Idea And Design Works, LLC D/B/A Idw Publishing | 5080 Santa Fe St | Attn: Ted Adams | San Diego, CA 92109 | | | First Class Mail |
| Image Comics | | | | | ltim@diamondcomics.com | Email |
| Image Comics | | | | | ericstephenson@imagecomics.com | Email |
| Image Comics Inc Attn A/P | Attn: Nicole | Po Box 14457 | Portland, OR 97293-0457 | | | First Class Mail |
| Image Comics Inc Attn A/P | Po Box 14457 | Portland, OR 97293-0457 | | | | First Class Mail |
| Image Comics, Inc | 215 SE 9th Ave, Ste 108 | Attn: Eric Stephenson | Portland, OR 97214 | | | First Class Mail |
| Image Comics, Inc | Attn: Eric Stephenson | 215 SE 9th Ave, Ste 108 | Portland, OR 97214 | | | First Class Mail |
| Image Comics, Inc. | Attn: Eric Stephenson & Nicole Lapalme | P.O. Box 14457 | Portland, OR 97293 | | ericstephenson@imagecomics.com; accounting@imagecomics.com | Email |
| | | | | | | First Class Mail |
| Image Comics, Inc. | c/o Baker & Hostetler LLP | Attn: Adam Fletcher | Key Tower, 127 Public Sq, Ste 2000 | Cleveland, OH 44114 | afletcher@bakerlaw.com | Email |
| | | | | | | First Class Mail |
| Joe Books, Inc. | 567 Queen St W | Attn: Adam Fortier | Toronto, Ontario | Canada M5V 2B6 | | First Class Mail |
| Laguna Studios | 9178 Ridge Path | San Antonio, TX 78250 | | | | First Class Mail |
| Les Editions Pix'n Love | Attn: Jean-Marc Demoly | 8 Rue Du Taur | Toulouse, 31000 | France | demolyjm@gmail.com | Email |
| | | | | | | First Class Mail |
| Les Editions Pix'N Love | 6 Allec Arthur Rimbaud | Triel Sur Seine | France | | | First Class Mail |
| Lev Gleason | 25 Skey Lane | Toronto, ON M6J 3V2 | Canada | | | First Class Mail |
| Lev Gleason Publications Inc | 25 Skey Ln | Toronto, ON M6J 3V2 | Canada | | fadi@chapterhouse.ca | Email |
| | | | | | | First Class Mail |
| Lev Gleason Publications Inc | 1203 Dundas Street W | Tornto, ON M6J 1X3 | Canada | | | First Class Mail |
| Lev Gleason Publications Inc | Attn: Fadi Allison Keith | 1203 Dundas Street W | Tornto, ON M6J1X3 | Canada | | First Class Mail |
| Lion Forge | Attn: Amy Ort | Attn Accounts Payable | 6600 Manchester Ave | St Louis, MO 63139 | sanjiv@lionforge.com | Email |
| | | | | | | First Class Mail |
| Lionwing Publishing Ltd | 7330 Mallard Dr | W Chester, OH 45069 | | | BRADLY@LIONWINGPUBLISHING.COM | Email |
| | | | | | | First Class Mail |
| Living The Line | 1477 Ashland Ave | Staint Paul, MN 55104 | | | seanmichaelrobinson@gmail.com | Email |
| | | | | | | First Class Mail |
| Living The Line | 6951 Amherst St | San Diego, CA 92115 | | | | First Class Mail |
| Locust Moon Press | 1100 Church St | San Francisco, CA 94114 | | | | First Class Mail |
| Mad Cave Studios Inc | | | | | CFERNANDEZ@MADCAVESTUDIOS.COM | Email |
| Magma Comix | 3130 Whittier St | San Diego, CA 92106 | | | denton@magmacomix.com | Email |
| | | | | | | First Class Mail |
| Magma Comix | Attn: Denton Tipton | 2409 Shelter Islan Dr Ste 105 | San Diego, CA 92106 | | | First Class Mail |
| Magnetic Press | Attn: Shonagh Clements | 10964 Lin Valle Dr, Ste A | St Louis, MO 63123 | | shonaghclements@gmail.com | Email |
| | | | | | | First Class Mail |
| Magnetic Press | 5415 N Sheridan Rd Ste 5101 | Chicago, IL 60640 | | | | First Class Mail |
| Magnetic Press | Attn: Mike Kennedy | 5415 N Sheridan Rd Ste 5101 | Chicago, IL 60640 | | | First Class Mail |
| Magnetic Press | c/o Accounting | 10964 Lin Valle Dr, Ste A | St Louis, MO 63123 | | | First Class Mail |
| Manga Classics Inc | 51 Ridgestone Dr | Richmond Hill, ON L4S 0E3 | Canada | | erikko@mangaclassics.com; erikko@gmail.com | Email |
| | | | | | | First Class Mail |
| Marvel Comics Group | Attn: Yolanda Cruz | 1290 Ave of Americas 2nd Fl | New York, NY 10104 | | | First Class Mail |
| Massive Publishing, LLC | 1933 SE Alder St | Portland, OR 97214 | | | | First Class Mail |
| Moonstone | 113 E 9th St | Lockport, IL 60441 | | | | First Class Mail |
| Nbm Publishing | 40 Exchange Place, Ste 1308 | Attn: Terry Nantier | New York, NY 10005 | | | First Class Mail |
| Netcomics | 730 W Doran St, Ste 207 | Attn: Heewoon Chung | Glendale, CA 91230 | | | First Class Mail |
| Netcomics, Inc | 100 Lost Tree Ln | Cary, NC 27513 | | | | First Class Mail |
| Night Shade Books | 221 River St, 9th Fl | Hoboken, NJ 07030 | | | publishing@start-media.com | Email |
| | | | | | | First Class Mail |
| Norma Editorial SA | Passeig De Sant Joan, 7 | Barcelona, 08010 | Spain | | | First Class Mail |
| Normal Editorial SA | Attn: Rafael Martinez | Passeig de Sant Joan, 7 | Barcelona, 08010 | Spain | | First Class Mail |
| Oni Press Inc | 1319 SE M L King Blvd, Ste 216 | Portland, OR 97214 | | | invoices@onipress.com; devin@onipress.com | Email |
| | | | | | | First Class Mail |
| Oni Press Inc | Attn: Joe Nozemack | 1319 SE M L King Blvd, Ste 216 | Portland, OR 97214 | | | First Class Mail |
| Oni Press, Inc | Attn: Joe Nozemack | 1305 SE MLK Jr Blvd, Ste A | Portland, OR 97214 | | | First Class Mail |
| Opus Comics Ltd | 66 Mill Ln | London, NW6 1NJ | United Kindom | | blake@incendium.co | Email |
| | | | | | | First Class Mail |
| Paizo Inc | P.O. Box 84311 | Seattle, WA 98124-5611 | | | ACCOUNTING@PAIZO.COM | Email |
| | | | | | | First Class Mail |
| Paizo Inc. | Attn: William Jorenby | 16615 Redmond Way NE, Ste 201 | Redmond, WA 98052 | | accounting@paizo.com | Email |
| | | | | | | First Class Mail |
| Panini UK Ltd | Brockbourne House Level 2 | 77 Mt Ephraim | Tunbridge Wells, TN4 8BS | United Kingdom | MRiddell@panini.co.uk | Email |
| | | | | | | First Class Mail |
| Papercutz Inc | 8838 129th St | Miami, FL 33176 | | | KNELSON@MADCAVESTUDIOS.COM | Email |
| | | | | | | First Class Mail |
| Papercutz Inc | 8838 Sw 129th St | Miami, FL 33176 | | | | First Class Mail |
| Pegamoose Press | Attn: Troy Little | 74 Westcomb Crescent | Charlottetown, PE C1C 1B8 | Canada | | First Class Mail |
| Penguin Random House India Pvt | 2Nd Km Statone Village Graland | Reliana Pwer Projects Rd Nh24 | Ghaziabad, UP 201343 | India | | First Class Mail |
| Penguin Random House India Pvt | Attn: Namoj Rawat A/P | 2Nd Km Statone Village Graland | Reliana Pwer Projects Rd Nh24 | Ghaziabad, 201343 | India | First Class Mail |
| Penguin Random House Llc | Attn: Elizabeth Jones | Attn Accounts Payable | 400 Hahn Rd | Westminster, MD 21157 | | First Class Mail |
| Penguin Random House LLC | Attn: Michelle Delavega | 1745 Broadway | New York, NY 10019 | | mdelavega@penguinrandomhouse.com | Email |
| | | | | | | First Class Mail |
| Penguin Random House LLC | Attn: Peggy Iser | 400 Hahn Rd | Westminster, MD 21157 | | prh_remit@penguinrandomhouse.com | Email |
| | | | | | | First Class Mail |
| Penguin Random House LLC | P.O. Box 223384 | Pittsburgh, PA 15251-2384 | | | emfrazier@penguinrandomhouse.com | Email |
| | | | | | | First Class Mail |
| Penguin Random House LLC | Attn: Credit Dept | 400 Hahn Rd | Westminster, MD 21157 | | jsykes@penguinrandomhouse.com | Email |
| | | | | | | First Class Mail |
| Prime Books LLC | 13862 Crosstie Dr | Germantown, MD 20874 | | | prime@prime-books.com | Email |
| | | | | | | First Class Mail |
| Prime Books Llc | Attn: Sean Wallace | Attn Sean Wallace | Po Box 83464 | Gaithersburg, MD 20874 | | First Class Mail |
| Prime Books LLC | Attn: Sean Wallace | 13862 Crosstie Dr | Germantown, MD 20874 | | | First Class Mail |
| Rabbit Publishers | 1624 W Northwest Hwy | Arlington Heights, IL 60004 | | | | First Class Mail |
| Rabbit Publishers | Attn: Steve | Attn Steve Goerth | 1624 W Northwest Highway | Arlington Hghts, IL 60004 | | First Class Mail |
| Radical Publishing | P.O. Box 341847 | Los Angeles, CA 90034 | | | mkaufman@radicalcomics.com | Email |
| | | | | | | First Class Mail |
| Radical Publishing | Attn: Barrett Wieslow | Po Box 341847 | Los Angeles, CA 90036 | | | First Class Mail |
| Red Giant Entertainment | Attn: Benny Powell | 614 E Hwy 50, Ste 235 | Clermont, FL 34711 | | | First Class Mail |
| Renaissance Press | c/o Jimmy Gownley | PO Box 5060 | Harrisburg, PA 17110 | | | First Class Mail |
| Roll For Combat | Attn Stephen Glicker | 16 Continental Rd | Scarsdale, NY 10583 | | | First Class Mail |
| S7Games | c/o Seven Seas Entertainment LLC | 3463 State St, Ste 545 | Santa Barbara, CA 93105 | | | First Class Mail |

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Scout Comics | 12541 Metro Pkwy Ste 20 | Fort Myers, FL 33966 | | | | First Class Mail |
| Sea Lion Book, LLC | 6070 Autumn View Trl | Acworth, GA 30101 | | | | First Class Mail |
| Seven Seas Ghost Ship | Attn Jason Deangelis | 3463 State Street Ste 545 | Santa Barbara, CA 93105 | | | First Class Mail |
| Slave Labor Graphics | 44 Race St | San Jose, CA 95126 | | | | First Class Mail |
| Slave Labor Graphics | Attn: Dan Vado | Attn Dan Vado | 44 Race Street | San Jose, CA 95126-3130 | | First Class Mail |
| Soaring Penguin Press | 106-1675 Augusta Ave | Burnaby, BC V5A 4S8 | Canada | | | First Class Mail |
| Soaring Penguin Press | Attn: John Anderson | 106-1675 Augusta Ave | Burnaby, BC V5A 4S8 | Canada | | First Class Mail |
| Source Point Press | | | | | jacob@oxeyemedia.com | Email |
| Source Point Press | Attn: Jacob Way | 301 Cass St | Saginaw, MI 48602 | | | First Class Mail |
| Source Point Press | Attn: Travis Mcintire | 301 Cass St | Saginaw, MI 48602 | | | First Class Mail |
| Starburns Industries Press | 1700 W Burbank Blvd | Burbank CA 91506 | | | | First Class Mail |
| Storm Kind Productions Inc | Attn: Fred Altman & Assoc | 9255 Sunsent Blvd, Ste 901 | W Hollywood, CA 90069 | | | First Class Mail |
| Storm King Productions, Inc | c/o F Altman & Co | 9255 Sunset Blvd, Ste 300 | Los Angeles, CA 90069 | | | First Class Mail |
| Storm King Productions, Inc | c/o F Altman & Co | 9255 W Sunset Blvd, Ste 300 | Los Angeles, CA 90069 | | | First Class Mail |
| Storm King Productions, Inc. | Attn: Sandra Carpenter | C/O F. Altman & Associates | 9255 Sunset Blvd #901 | Los Angeles, CA 90069 | | First Class Mail |
| Sumerian Comics | 434 Houston St, Ste 230 | Nashville, TN 37203 | | | | First Class Mail |
| T Pub | Attn: Will O'Mullane | Po Box 74832 | London, NW6 9UN | United Kingdom | in notes | Email |
| | | | | | | First Class Mail |
| T Pub | Po Box 74832 | London, NW6 9UN | United Kingdom | | | First Class Mail |
| Th3rd World Studios | c/o Kenny Welker | 13122 Pelfrey Ln | Fairfax, VA 22033 | | DEVITO@TH3RDWORLD.COM | Email |
| | | | | | | First Class Mail |
| Titan Comics | Attn: Nick Landau, Chris Teather | 144 Southwark St | London, England SE10UP | United Kingdom | | First Class Mail |
| Titan Comics | 144 Southwark St | London, England SE10UP | United Kingdom | | | First Class Mail |
| Titan Comics | Attn: Nick Landau, Managing Director | 144 Southwark St | London, England SE10UP | United Kingdom | | First Class Mail |
| Titan Comics | 3128 Forest Ln Ste 250 | Dallas, TX 75234 | | | jeremy@titancomics.com | Email |
| | | | | | | First Class Mail |
| Titan Comics | Attn: Jeremy' /Cecilia | 3128 Forest Ln Ste 250 | Dallas, TX 75234 | | jeremy@titancomics.com | Email |
| | | | | | | First Class Mail |
| Tokyopop | | | | | stu@tokyopop.com | Email |
| Tokyopop | Attn Stu Levy | 4136 Del Rey Ave | Marina Del Rey, CA 90292-5604 | | | First Class Mail |
| Toonhound Studios LLC | 20532 2nd Dr SE | Bothell, WA 98012 | | | cory@pvponline.com; cory@crwnstudios.com | Email |
| | | | | | | First Class Mail |
| Toonhound Studious, LLC | Attn: Corey Casoni | 18602 69th Ln NE, Ste 104 | Kenmore, WA 99028 | | | First Class Mail |
| TwoMorrows Inc. | Attn: John Morrow | 10407 Bedfordtown Dr | Raleigh NC 27614 | | john@twomorrows.com | Email |
| | | | | | | First Class Mail |
| TwoMorrows Publishing | 10407 Bedfordtown Dr | Raleigh, NC 27614 | | | | First Class Mail |
| Ubiworkshop | Attn: Greg Sziftigiser | 5505 Boulevard Saint Laurent | Montreal, QC H2T 1S6 | Canada | | First Class Mail |
| UDON Entertainment Inc | 51 Ridgestone Dr | Richmond Hill, ON L4S 0E3 | Canada | | erikko@udonentertainment.com | Email |
| | | | | | | First Class Mail |
| Udon Entertainment Inc | Attn: Erik Ko | 51 Ridgestone Dr | Richmond Hill, ON L4S 0E3 | Canada | erikko@gmail.com | Email |
| | | | | | | First Class Mail |
| Udon Entertainment Inc | 51 Ridgeston Dr | Richmond Hill, ON L4S OE3 | Canada | | | First Class Mail |
| Valiant Entertainment LLC | 239 W 29Th St | New York, NY 10001-5202 | | | walterb@valiantentertainment.com | Email |
| | | | | | | First Class Mail |
| Valiant Entertainment Llc | Attn: John Petrie | 239 W 29Th St | New York, NY 10001-5202 | | | First Class Mail |
| Vault Comics | 945 Wyoming St, Ste 150 | Missoula, MT 59801 | | | cyrus@vaultcomics.com | Email |
| | | | | | | First Class Mail |
| Wicked Cow Studios, LLC | 45 W 21st St, 2nd Floor | Attn: Michael Herman | New York, NY 10010 | | | First Class Mail |
| Wildside Press, LLC | 7945 Macarthur Blvd, Ste 21 | Cabin John, MD 20818 | | | | First Class Mail |
| William M Gaines, Agent | 5419 Hollywood Blvd, Ste C211 | Los Angeles, CA 90027 | | | | First Class Mail |
| William M Gaines, Agent, Inc | c/o Ladas & Parry LLP | Attn: Lanning G Bryer, Esq | 1040 Ave of the Americas | New York, NY 10018-3738 | | First Class Mail |
| William M. Gaines Agent, Inc | Attn: Cathy Gaines Mifsud | 3975 Little John Dr | York, PA 17408 | | gainesmifsud@gmail.com | Email |
| | | | | | | First Class Mail |
| Wyrm Publishing | 148 Lupine Way | Stirling, NJ 07980 | | | | First Class Mail |
| Yaoi Press | c/o Yamila Abraham | 3417 S Goldleaf Loop | Tucson, AZ 85735 | | INFOR@YAOIPRESS.COM | Email |
| | | | | | | First Class Mail |
| Z2 Comics | 201 E 69th, Apt 15B | New York, NY 10021 | | | JFRANKEL@DREW.EDU; jfrankelzipcomic@gmail.com | Email |
| | | | | | | First Class Mail |
| Z2 Comics | 201 E 69th St, Apt 15B | New York, NY 10021 | | | | First Class Mail |
| Z2 Comics | 995 5Th Ave Apt 8S | New York, NY 10028 | | | | First Class Mail |
| Z2 Comics | Attn: Josh Frankel | 995 5Th Ave Apt 8S | New York, NY 10028 | | | First Class Mail |
| Zenescope Entertainment | | | | | jbermel@zenescope.com | Email |
| Zenescope Entertainment | 2381 Philmont Ave, Ste 219 | Huntingdon Valley, PA 19006 | | | DiBrusha@zenescope.com | Email |
| | | | | | | First Class Mail |
| Zenescope Entertainment Inc. | Attn: Lee Kugelman | Attn Leah Kugelman | 2381 Philmont Ave Ste 119 | Huntington Vy, PA 19006-6236 | jbermel@zenescope.com; rtedesco@zenescope.com; jbrusha@zenescope.com | Email |
| | | | | | | First Class Mail |
| Zenescope Entertainment, Inc | Attn: Joe Brusha | 2381 Philmont Ave, Ste 119 | Huntingdon Valley, PA 19006 | | | First Class Mail |
| Zombie Love Studios, LLC | 21031 Ventura Blvd, Ste 1000 | Woodland Hills, CA 91364 | | | JMSKILLEN@GMAIL.COM | Email |
| | | | | | | First Class Mail |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)