IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| In re: ) | |
| ) | Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**MOTION TO EXPEDITE HEARING ON MOTION OF DYNAMIC FORCES, INC. FOR ADMINISTRATIVE EXPENSE**

Dynamic Forces, Inc. ("Dynamite" or "Movant"), a creditor, by its undersigned attorneys, files this motion to expedite ("Motion to Expedite") the hearing on its *Motion of Dynamic Forces, Inc. for Administrative Expense* (the "Motion"), , seeking an order granting the allowance and requiring payment of an administrative expense claim owed by Diamond Comic Distributors, Inc. (the "Debtor"), and in support thereof, states as follows:

**Jurisdiction**

1.	This Court has jurisdiction over the Motions and this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**The Chapter 11 Bankruptcy Case**

1.	On March 17,  2025 (the "Petition Date"), the Debtors filed with this Court a voluntary petition for bankruptcy relief and protection under subchapter V of chapter 11 of the Bankruptcy Code.

2.	The Debtor intends to continue in possession of its property and the management of its business as a Debtor-in-Possession pursuant to sections 1107 and 1108 of the Bankruptcy

Code..

## Relief Requested

3. Dynamite requests that the Court hold a hearing on the First Day Motions as soon as is practical on July 3, 2025 or July 7, 2025.

## The Need for Shortened Time

4. Rule 9006(c)(1) of the Bankruptcy Rules allows the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

5. Cause exists to expedite the hearing on the Motion pursuant to Rule 9006(c)(1) of the Bankruptcy Rules.

6. Dynamite is currently owed over $1 million for shipments made to the Debtor and Ad Populum LLC, a majority of which are administrative expenses. Dynamite, a small company with less than 30 employees, does not have the funds to make payroll next week, if it is not promptly paid by the Debtor. The Debtor has filed a vague objection asserting potential setoffs, but has not communicated any such setoffs to Dynamite. Dynamite is aware of multiple other publishers who remain unpaid for millions of dollars of shipments post-petition.

7. The Debtor has had multiple weeks to prepare for a hearing and has not communicated at all with Dynamite regarding resolution of the Motion.

WHEREFORE, the Debtor requests that the Court grant this Motion to Expedite, hold a hearing on the Motion on or about July 3, 2025 or July 7, 2025; and that the Court such other relief as it deems appropriate and proper.

Dated:  July 1, 2025						Respectfully submitted,

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (VSB 75983)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Dynamic Forces, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2025, a true and correct copy of the foregoing *Motion of Dynamic Forces, Inc. for Administrative Expense* was served by the Court's ECF system the parties listed below.

Jan Berlage JBerlage@GHSLLP.com,
tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com,
lsuprum@polsinelli.com,
delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com,
dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com,
benjamin.loveland@wilmerhale.com,
yolande.thompson@wilmerhale.com

Andrew Brown abrown@klestadt.com

Richard L. Costella rcostella@tydings.com,
scalloway@tydings.com,
zjones@tydings.com,
swilliams@tydings.com

David W.T. Daniels ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com,
nvargas@perkinscoie.com,
KMcClure@perkinscoie.com

Emily Devan edevan@milesstockbridge.com

Turner Falk turner.falk@saul.com,
tnfalk@recap.email,
Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,

Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Adam Fletcher afletcher@bakerlaw.com

Chelsea R Frankel cfrankel@lowenstein.com

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com, christopher-j-giaimo-6409@ecf.pacerpro.com

Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com, r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Adam H Isenberg adam.isenberg@saul.com

Toyja E. Kelley toyja.kelley@lockelord.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@tydings.com, mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com, pratkowiak@coleschotz.com, bankruptcy@coleschotz.com, lmorton@coleschotz.com

Mark Minuti mark.minuti@saul.com, robyn.warren@saul.com

Bruce S. Nathan bnathan@lowenstein.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com,
loriann.zullo@ropers.com,
anthony.arriola@ropers.com

Scott Prince sprince@bakerlaw.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com,
lianna.sarasola@arlaw.com

Elizabeth Anne Scully escully@bakerlaw.com

Dennis J. Shaffer dshaffer@tydings.com,
scalloway@tydings.com,
mhickman@tydings.com,
jlee@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com,
jonathan.young@troutman.com,
david.ruediger@troutman.com,
errol.chapman@troutman.com,
toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

Brent C. Strickland bstrickland@wtplaw.com,
mbaum@wtplaw.com,
brent-strickland-3227@ecf.pacerpro.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

/s/ Justin P. Fasano
Counsel