**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 25-10308-DER |
| **DIAMOND COMIC DISTRIBUTORS, INC.** | ) Chapter 11 |
|  | ) |
| Debtor. | ) |
|  | ) |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON MOTION OF**
**DYNAMIC FORCES, INC. FOR ADMINISTRATIVE EXPENSE**

Upon consideration of the *Motion to Expedite Hearing on Motion of Dynamic Forces, Inc. for Administrative Expense* (the "Motion to Expedite")*;* filed with respect to the *Motion of Dynamic Forces, Inc. for Administrative Expense* (the "Motion") filed by Dynamic Forces, Inc. ("Dynamite" or "Movant"), and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary; and the Court

finding that the relief requested in the Motion to Expedite is in the best interests of the Debtor, its estate, creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is granted.

2. An expedited hearing on the Motion will be held on the time and date set above, pursuant to protocols to be established by the Court.

**END OF ORDER**

**Cc:** All creditors