IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

## LINE WITHDRAWING DUPLICATE MOTION FOR ADMISSION PRO HAC VICE OF NICHOLAS J. BRANNICK

Raymond James & Associates, Inc., by its undersigned attorneys, hereby withdraws the duplicate Motion for Admission *Pro Hac Vice* of Nicholas J. Brannick filed at Dkt. 554 on June 30, 2025.

Dated: July 1, 2025.

/s/ Matthew G. Summers
Matthew G. Summers (Fed. Bar No. 26572)
BALLARD SPAHR LLP
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5679
Facsimile: (410) 528-5650
Email: summersm@ballardspahr.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, a true and correct copy of the foregoing Line was served upon all parties that are registered to receive electronic mail service through the court's ECF notice system in the above case.

/s/ Matthew G. Summers
Matthew G. Summers

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1