Entered: July 1st, 2025
Signed: June 30th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc. *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |
| Alliance Entertainment, LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-00112 |
| Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; Diamond Select Toys & Collectibles, LLC, Raymond James & Associates, Inc., Getzler Henrich & Associates LLC, Robert Gorin, Charlie Tyson, and Dan Hirsch, | |
| Defendants. | |
| Sparkle Pop LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-00157 |
| Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC, | |
| Defendants. | |

ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The Court having considered the Motion for Admission *Pro Hac Vice* to admit Jeffrey A. Kramer ("Pro Hac Counsel") as attorney for Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC and the certified statements in support thereof, and upon the recommendation of Jonathan A. Grasso, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b) and Pro Hac Counsel is admitted *pro hac vice* in this bankruptcy case, and related adversary proceedings, including Adv. Pro. Nos. 25-00112 (DER) and 25-00157 (DER)); and it is further

ORDERED, that Pro Hac Counsel must register for a CM/ECF filing account on the Court's website at https://www.mdb.uscourts.gov/for-attorneys/training-and-registration-for-electronic-filing; and it is further

ORDERED, that Pro Hac Counsel must use their own CM/ECF filing account to file a notice of appearance in the case, and related adversary proceedings to begin receiving electronic notices.

cc:   All parties receiving notice via CM/ECF

**END OF ORDER**

4898-7790-1905