Entered: July 1st, 2025
Signed: July 1st, 2025

# SO ORDERED



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−10308 − DER**   Chapter: **11 (Jointly Administered)**

**Diamond Comic Distributors, Inc., et al.,**
Debtors.

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Nicholas J. Brannick as counsel for Raymond James & Associates, Inc and the certified statements in support thereof, and upon the recommendation of Matthew G. Summers local counsel herein, it is, by the United States Bankruptcy Court the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b); and is further

ORDERED, that Nicholas J. Brannick must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc: Debtor
Attorney for the Debtor - Jordan Rosenfeld
   Movant − Nicholas J. Brannick
   Local Counsel −  Matthew G. Summers
   U.S. Trustee
01x01 (rev. 03/12/2024) − ShannonMcKenna*

**End of Order**