# EXHIBIT A

**COMPENSATION BY PROFESSIONAL**

## COMPENSATION BY ATTORNEY PROFESSIONALS

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| **Ian Benjamin** | Partner | Restructuring & Insolvency | 2004 | 1,035 | 9.10 | £9,418.50 |
| **Jonathan Bridcut** | Partner | Corporate | 2010 | 1,035 | 16.00 | £16,560.00 |
| **Archie Campbell** | Partner | Property | 2009 | 1,035 | 3.20 | £3,312.00 |
| **Sean Crowley** | Partner | Finance | 2010 | 1,035 | 0.90 | £931.50 |
| **Richard Freedman** | Partner | Employment | 2012 | 950 | 1.70 | £1,615.00 |
| **Tal Goldsmith** | Partner | Restructuring & Insolvency | 2009 | 1,035 | 13.60 | £14,076.00 |
| **Sophie Schultz** | Partner | Property Litigation | 2004 | 1,035 | 4.30 | £4,450.50 |
| **Naeem Noor** | Of Counsel | Pensions | 2009 | 930 | 0.70 | £651.00 |
| **Byul Han** | Managing Associate | Tax | 2013 | 905 | 5.00 | £4,525.00 |
| **Kathryn Lister** | Managing Associate | Property Litigation | 2019 | 820 | 6.50 | £5,330.00 |
| **Helen Bunting** | Associate | Property | 2006 | 790 | 3.10 | £2,449.00 |
| **Matthew Kinghorn** | Associate | Corporate | 2017 | 790 | 32.40 | £25,596.00 |
| **Fiona Siddall** | Associate | Restructuring & Insolvency | 2018 | 745 | 0.80 | £596.00 |
| **Tarka Carew** | Associate | Restructuring & Insolvency | 2022 | 660 | 1.00 | £660.00 |
| **Total for Attorneys:** | | | | | **98.30** | **£90,170.50** |
| **Minus 50% for Non-Working Travel** | n/a | n/a | n/a | n/a | n/a | n/a |
| **Grand Total for Attorneys:** | | | | | **98.30** | **£90,170.50** |

## COMPENSATION BY PARAPROFESSIONAL OR STAFF MEMBER

| NAME OF PARAPROFESSIONAL OR STAFF MEMBER | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Natasha Stokes | Trainee Solicitor | Corporate | 315 | 2.40 | £756.00 |
| **Total for Paraprofessionals and other staff:** | | | | **2.40** | **£756.00** |