# EXHIBIT B

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

55720943.2 07/03/2025

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| EXPENSE CATEGORY | EXPENSES |
|---|---|
| Land Registry Fees | £14.00 |
| **Total:** | **£14.00** |