| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br><br>In re: DIAMOND Comic Dist, Inc | CASE NO: 25-10308 (DER) |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:  ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

2. **Old Address:**
   Name(s): Angela Veach
   Mailing Address: 6604 Grant Cove
   City, State, Zip Code: Olive Branch, MS 38654

3. **New Address:**
   Name(s): Angela Veach
   Mailing Address: 1146 Windermere Run
   City, State, Zip Code: O'Fallon, IL 62269
   **Telephone Number(s):** _____

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____
   Joint Debtor's account number _____

Date: 6-30-2025

Angela Veach
Requestor's printed name(s)

[signature]
Requestor's signature(s)

_____
Title (If applicable, of corporate officer, partner, or agent)

Updated: June 2018

1