| | |
|---|---|
| 1 | |
| 2 | Denton J. Tipton, |
| 3 | owner MOLTEN CORE MEDIA LLC dba Magma Comix |
| 4 | *(Name)* |
| 5 | 3130 Whittier St. |
| 6 | *(Mailing address)* |
| 7 | San Diego CA 92106 |
| 8 | *(City, state, zip code)* |
| 9 | 858-337-8245 |
| 10 | *(Telephone number)* |
| 11 | denton@magmacomix.com |
| 12 | *(E-mail address)* |
| | Diamond Vendor |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF MARYLAND**

**(Baltimore Division)**

| | |
|---|---|
| Diamond Comic Distributors, Inc., et al., | Case No.: 25-10308 (DER) |
| Debtors. | |
| | Date of Hearing: July 21, 2025 |
| | Time of Hearing: 10:00 a.m. |

**OPPOSITION TO Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief (the "Motion").**

*Molten Core Media LLC*, a "Diamond Vendor" in this case, opposes the *Motion*, which was filed by *Diamond Comic Distributors, Inc.*, the *Debtors* in this case.

My opposition is based upon and supported by the following Memorandum of Points and Authorities, the pleadings and papers on file with the Court, the attached declaration and exhibits, and any

Page 1 of 3

argument the Court may allow at the time of hearing.

**MEMORANDUM OF POINTS AND AUTHORITIES**

I oppose the motion on file with the Court for the following reasons and based upon the facts, law, and legal analysis below:

Molten Core Media LLC has a fully executed contract with Debtors granting them the right to hold our products on consignment, but the inventory remains our property, the disbursement of which is at our discretion, not Debtors.

For the reasons stated above, the Court should deny the pending motion.

DATED this 3rd day of July, 2025.

I declare under penalty of perjury under the law of the State of Maryland that the foregoing is true and correct.

_(Signature)_

Denton J. Tipton, owner Molten Core Media LLC
_(Print Name)_

Diamond Vendor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on *July, 3, 2025*, I served the above OPPOSITION TO Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief by depositing a copy of the same in the United States Mail in San Diego, California, postage prepaid, to the addresses listed below:

Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202

Jeffrey C. Hampton, Adam H. Isenberg, Turner N. Falk
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Mark Minuti, Paige N. Topper, Nicholas Smargiassi
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

DATED this 3rd day of July, 2025.

I declare under penalty of perjury under the law of the State of Maryland that the foregoing is true and correct.

_____
(Signature)

Denton J. Tipton
(Print name)