

July 10, 2025

To: Clerk of the Bankruptcy Court
101 West Lombard Street
Suite 8530
Baltimore, MD 21201

Case No. 25-10308 (DER)
Diamond Comics Distributors, Inc., et al., Debtors
Re: D.I. 531
Hearing Date: July 21, 2025 at 10:00 a.m. (ET)

Purpose of this communication:

Objection to DEBTOR'S ENTRY OF AN ORDER APPROVING (I) PROCEDURES FOR
SALE OR OTHER DISPOSITION OF CONSIGNED INVENTORY, (II) APPROVING SALES
OR OTHER DISPOSITION OF CONSIGNED INVENTORY FREE AND CLEAR OF LIENS,
CLAIMS, INTERESTS OR ENCUMBRANCES AND (III) GRANTING RELATED RELIEF

I am writing to lodge my formal object to the motion referenced above. Our inventory was sent
to Debtors on a consignment basis per the terms of our Supply Agreement, and is our property,
not Debtor's. My company has an ongoing financial interest in selling all merchandise that is
still in Debtor's warehouse.

Likewise, I object to Debtor's continuing to sell these items without remitting payment to us.

Debtor's efforts to circumvent paying us for our property will not only jeopardize my company's
immediate future financially, but their flooding the market with our products acquired at
liquidated prices will hurt our longterm ability to sell those same products through other
distribution channels.

Sincerely,

Robert W. Chapman, president & publisher
Graphitti Designs, Inc.

33159 CAMINO CAPISTRANO, SUITE G • SAN JUAN CAPISTRANO, CA  92675-4827
714-632-3356 • 949-240-5810

AS