# Notice of Objection

July 11, 2025

To: Clerk of the Bankruptcy Court
101 West Lombard Street
Suite 8530
Baltimore, Maryland 21201

From: Abstract Studio, Inc.
PO Box 271487
Houston, Texas 77277
EIN: 76-0493310

Case No. 25-10308 (DER)
Diamond Comic Distributors, Inc., et al., Debtors
Re: D.I. 531
Hearing Date: July 21, 2025 at 10:00 a.m. (ET)

Objection to DEBTOR'S ENTRY OF AN ORDER APPROVING (I) PROCEDURES FOR SALE OR OTHER DISPOSITION OF CONSIGNED INVENTORY, (II) APPROVING SALE OR OTHER DISPOSITION OF CONSIGNED INVENTORY FREE AND CLEAR OF LEINS, CLAIMS, INTERESTS OR ENCUMBRANCES AND (III) GRANTING RELATED RELIEF

Debtors in the motion referenced above are requesting approval of the sale of inventory stored at 7485 Polk Lane, Olive Branch MS 38654. Product stored at this location for Abstract Studio Inc. is entirely owned by Abstract Studio, Inc. per the Distribution Agreement dated 11/14/2022, stating Abstract Studio, Inc. (Seller) shall retain title to products while they are stored in the Diamond Comic Distributors, Inc. (Buyer) distribution center. Abstract Studio, Inc. has an ongoing financial interest in recovering its product stored at 7485 Polk Lane, Olive Branch MS 38654 in a timely manner.

It is widely known that product distributed through Diamond Comic Distributors, Inc. is typically sold on consignment and remains the property of the Seller until it is sold to a third party. The comic book industry creditors named on the Consignment Vendors list are aware that consigned books distributed by Diamond Comic Distributors, Inc. are the sole property of the Seller until distributed. All creditors making loans to Diamond Comic Distributors, Inc. would be aware that consigned inventory in the Olive Branch MS location is not owned by Diamond Comic Distributors, Inc. and cannot not be considered collateral toward loans obtained by Diamond Comic Distributors, Inc. or be sold to pay debts owed by Diamond Comic Distributors, Inc.

Abstract Studio, Inc. respectfully requests that the motion for sale of consigned inventory by Debtor be denied.

_____
Robyn Moore, President
PO Box 271487, Houston, Texas 77277

7-11-2025
Date