**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 531 & ___** |

**ORDER ADJOURNING THE HEARING ON DEBTORS' MOTION FOR**
**ENTRY OF AN ORDER (I) APPROVING PROCEDURES FOR SALES**
**OR OTHER DISPOSITION OF CONSIGNED INVENTORY, (II)**
**APPROVING THE SALES OR OTHER DISPOSITION OF CONSIGNED**
**INVENTORY, AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and

debtors in possession (collectively, the "Debtors") for the entry of an order pursuant to sections

102(1) and 105(a) of the Bankruptcy Code, adjourning the hearing on the *Debtors' Motion for*

*Entry of an Order (I) Approving Procedures for Sales or Other Disposition of Consigned*

*Inventory, (II) Approving the Sales or Other Disposition of Consigned Inventory, and (III)*

*Granting Related Relief* (D.I. 531) (the "Consignment Motion"); and it appearing that this Court

---

[1]    The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]    Capitalized terms used but not defined herein are defined in the Motion.

has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that

venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C.

§§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28

U.S.C. § 157(b); and this Court having found that the relief requested in the Motion is in the best

interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having

found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were

appropriate and no other notice need be provided; and this Court having reviewed the Motion; and

this Court having determined that the legal and factual bases set forth in the Motion establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The hearing on the Consignment Motion is hereby adjourned to July ___, 2025, at

__:00 _.m. (ET). The Debtors shall file and serve on the notice parties set forth in the Consignment

Motion an amended notice reflecting the adjourned hearing date for the Consignment Motion. For

the avoidance of doubt, the deadline for parties to object or otherwise respond to the relief

requested in the Consignment Motion is July 16, 2025, unless extended pursuant to a stipulation

with the Debtors.

3. The Debtors are authorized to take all actions that are necessary and appropriate to

effectuate the relief granted in this Order.

4. This Court retains jurisdiction over any and all matters arising from the

interpretation or implementation of this Order.

**END OF ORDER**

2