**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*, | (Jointly Administered) |
| Debtors. | |

**JOINDER OF IMAGE COMICS, INC. TO DEBTORS' EXPEDITED MOTION TO ADJOURN THE HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING PROCEDURES FOR SALES OR OTHER DISPOSITION OF CONSIGNED INVENTORY, (II) APPROVING THE SALES OR OTHER DISPOSITION OF CONSIGNED INVENTORY, AND (III) GRANTING RELATED RELIEF**

Image Comics, Inc. ("Image") files this joinder (the "Joinder") to the *Expedited Motion to Adjourn the Hearing on Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief* [D.I. 590] (the "Motion")[1] filed by the above-captioned debtors and debtors in possession (the "Debtors"). In support of this Joinder, Image respectfully states as follows:

**Joinder**

1. Image joins the Debtors' request to adjourn the hearing on the Consignment Motion to either July 24 or July 25, 2025 for the reasons set forth in the Motion. In addition, Image's bankruptcy counsel will be returning to Cleveland, Ohio the night of July 20, 2025 from an international trip that was scheduled months in advance, making it virtually impossible to be in

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

Baltimore the next morning. And, Image's local counsel, who must be present pursuant to Local Rules, will be out of the country on July 21, 2025.

2. Further, the hearing is currently scheduled during Comic Con, the industry-leading comic book convention. As such, Image anticipates that many parties whose rights will be negatively affected by the Consignment Motion will be unavailable to participate at the hearing as it is currently scheduled.

## Conclusion

3. For the reasons set forth above, Image respectfully requests this Court adjourn the hearing on the Consignment Motion as set forth in the Motion.

Dated: July 14, 2025

Respectfully submitted,

*/s/ Elizabeth A. Scully*
Elizabeth A. Scully (Md. Bar No. 27402)
Baker & Hostetler LLP
Washington Square, Suite 100
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5304
Telephone: 202.861.1500
escully@bakerlaw.com

-and-

Adam L. Fletcher (admitted *pro hac vice*)
Scott E. Prince (admitted *pro hac vice*)
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216.621.0200
afletcher@bakerlaw.com
sprince@bakerlaw.com

*Counsel for Image Comics, Inc.*

4905-0273-5957.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2025, the foregoing joinder was served on the following via the Court's CM/ECF filing system:

- **Peter J Artese**   peter.artese@us.dlapiper.com
- **Jan Berlage**   JBerlage@GHSLLP.com, tcollins@ghsllp.com
- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Daniel Jack Blum**   jack.blum@polsinelli.com, lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
- **Laura Skowronski Bouyea**   lsbouyea@venable.com, dmdierdorff@venable.com
- **Thomas K. Bredar**   thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
- **Andrew Brown**   abrown@klestadt.com
- **Richard L. Costella**   rcostella@tydings.com, scalloway@tydings.com; zjones@tydings.com; swilliams@tydings.com
- **David W.T. Daniels**   ddaniels@perkinscoie.com, docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com; rleibowitz@perkinscoie.com
- **G. David Dean**   ddean@coleschotz.com, PRatkowiak@coleschotz.com
- **Mark L Desgrosseilliers**   desgross@chipmanbrown.com, fusco@chipmanbrown.com
- **Emily Devan**   edevan@milesstockbridge.com
- **Ellen E. Dew**   ellen.dew@us.dlapiper.com
- **Turner Falk**   turner.falk@saul.com, tnfalk@recap.email; Veronica.Marchiondo@saul.com
- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- **Ashley N Fellona**   ashley.fellona@saul.com, janice.mast@saul.com
- **Gianfranco Finizio**   gfinizio@lowenstein.com
- **Adam Fletcher**   afletcher@bakerlaw.com
- **Chelsea R Frankel**   cfrankel@lowenstein.com
- **Stephen B. Gerald**   sgerald@tydings.com
- **Christopher J. Giaimo**   christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
- **Jonathan A. Grasso**   jgrasso@yvslaw.com, pgomez@yvslaw.com; r39990@notify.bestcase.com
- **Zvi Guttman**   zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
- **Jeffrey C. Hampton**   jeffrey.hampton@saul.com
- **Catherine Keller Hopkin**   chopkin@yvslaw.com, pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
- **Adam H Isenberg**   adam.isenberg@saul.com

4905-0273-5957.1

- **Harry Conrad Jones**   HJones@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com
- **Toyja E. Kelley**   toyja.kelley@lockelord.com
- **C. Kevin Kobbe**   kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Eric George Korphage**   korphagee@whiteandwilliams.com
- **Jung Yong Lee**   jlee@milesstockbridge.com, mhickman@tydings.com
- **Gary H. Leibowitz**   gleibowitz@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
- **Mark Minuti**   mark.minuti@saul.com, robyn.warren@saul.com
- **Randy Moonan**   rmoonan@sillscummis.com
- **Bruce S. Nathan**   bnathan@lowenstein.com
- **Michael Papandrea**   mpapandrea@lowenstein.com
- **Steven Gregory Polard**   steven.polard@ropers.com, loriann.zullo@ropers.com; anthony.arriola@ropers.com
- **Scott Prince**   sprince@bakerlaw.com
- **Jonathan Gary Rose**   jonathan.rose@us.dlapiper.com
- **Jordan Rosenfeld**   jordan.rosenfeld@saul.com
- **Nikolaus F. Schandlbauer**   nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- **Elizabeth Anne Scully**   escully@bakerlaw.com
- **Dennis J. Shaffer**   dshaffer@tydings.com, scalloway@tydings.com; mhickman@tydings.com; jlee@tydings.com
- **Indira Kavita Sharma**   indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com; errol.chapman@troutman.com; toyja.kelley@troutman.com
- **Nicholas Smargiassi**   nicholas.smargiassi@saul.com
- **Brent C. Strickland**   bstrickland@wtplaw.com, mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com
- **Matthew G. Summers**   summersm@ballardspahr.com, branchd@ballardspahr.com; heilmanl@ballardspahr.com; ambroses@ballardspahr.com; zarnighiann@ballardspahr.com; carolod@ballardspahr.com; cromartie@ballardspahr.com; stammerk@ballardspahr.com
- **S. Jason Teele**   steele@sillscummis.com
- **Paige Noelle Topper**   paige.topper@saul.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV

4905-0273-5957.1

Via regular U.S. Mail:

| | |
|---|---|
| Saul Ewing LLP<br>Attn: Jeffrey C. Hampton and Adam H. Isenberg<br>1500 Market Street, 38th Floor<br>Philadelphia, PA  19102 | Saul Ewing LLP<br>Attn: Paige N. Topper<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE  19801 |
| Troutman Pepper Locke LLP<br>Attn: Jonathan W. Young and David Ruediger<br>111 Huntington Avenue, 9th Floor<br>Boston, MA  02199 | Office of the United States Trustee<br>Attn: Gerard R. Vetter<br>101 West Lombard Street, Suite 2625<br>Baltimore, MD 21201 |
| Lowenstein Sandler LLP<br>Attn: Bruce Nathan and Gianfranco Finizio<br>1251 Avenue of the Americas<br>New York, NY  10020 | Tydings & Rosenberg LLP<br>Attn: Stephen B. Gerald and Dennis J Shaffer<br>One E. Pratt Street, Suite 901<br>Baltimore, MD  21202 |
| Whiteford, Taylor & Preston LLP<br>Attn: Brent C. Strickland<br>8830 Stanford Boulevard, Suite 400<br>Columbia, MD 21045 | |

                                              */s/ Elizabeth A. Scully*
                                              Elizabeth A. Scully