7/14/25



To Clerk of the Bankruptcy Court
101 West Lombard St.
Suite 8530
Baltimore, MD 21201



Case # 25-10308 (DER)
Diamond Comic Distributors, et al, Debtors
Re : D.I. 531
Hearing date : July 21, 2025 at 10AM ET

Purpose of this communication:
Objection to DEBTORS' ENTRY OF AN ORDER APPROVING (I) PROCEDURES FOR SALE OR OTHER DISPOSITION OF CONSIGNED INVENTORY (II) APPROVING SALES OR OTHER DISPOSITION OF CONSIGNED INVENTORY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR ENCUMBRANCES AND (III) GRANTING RELIEF

I am writing to lodge my formal objection to this motion. Our inventory was sent to Debtors on a consignment basis per the terms of our supply agreement, and is our property, not Debtors'. My company has a financial interest in selling all merchandise that is still in Debtors' warehouse.

Debtors' efforts to circumvent payment for our property will not only impact our company financially but their selling our product at great discount will hurt our capacity to sell these products at normal prices. It will also impact our sales through Lunar Distribution (where we were forced to transfer all our business after Debtors' bankruptcy filing).

Sincerely,

Terry Nantier
President
NBM Publishing, Inc.

NBM • nbmpub.com • nbmgn@nbmpub.com • Distributed by IPG
300 E. 54th St., 12c, New York, NY 10022