

**Lanning G. Bryer**
T 212.708.1870
lbryer@ladas.com

1040 Avenue of the Americas
New York, NY 10018-3738
T 212.708.1800
F 212.246.8959
www.ladas.com

July 15, 2025

**VIA FEDEX**
Mr. Mark A. Neal
Clerk of the Bankruptcy Court
U.S. Bankruptcy Court for the District of Maryland (Baltimore Division)
101 West Lombard Street, Suite 8530
Baltimore, Maryland 21201

Re:   *In re Diamond Comic Distributors, Inc., et al.*, **25-10308 (DER) Objection to the Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or other Disposition of Consigned Inventory, (II) Approving Sales of Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief**

Dear Clerk of Court:

We represent William M. Gaines, Agent, Inc. ("Gaines Agent"), a creditor in the above-referenced action. We submit this objection to the Debtor's Motion for Entry of an Order, referenced above, pursuant to the Notice received on June 26, 2025. (D.I. 538).

Gaines Agent hereby objects to the entry of an Order disposing of any inventory that may be in the Debtors' possession, custody or control, but is actually owned by Gaines Agent. Gaines Agent maintains a proprietary interest in the inventory that is the subject of the motion.

As background, in March 2011 Gemstone Publishing Inc. and Diamond Comic Distributors Inc. (jointly, "Debtors") entered into a settlement agreement with Gaines Agent, that transferred all right, title and interest in certain inventory. An executed copy of the 2011 Settlement Agreement will be submitted to the Court upon request. An inventory report of the items in Debtors' possession that are owned by Gaines Agent are hereto attached as Exhibit A.

Therefore, the Debtors' may not dispose of or sell the inventory subject to the 2011 Settlement Agreement and Gaines Agent respectfully requests that any order issued by the Court upon the Debtors' Motion explicitly exclude the inventory that is subject of the 2011 Settlement Agreement.

We thank the Clerk of Court for his consideration of and prompt attention to this objection.



Mark A. Neal  Page 2
July 15, 2025

Respectfully submitted,

**Ladas & Parry LLP**

By: _____
*Lanning G. Bryer*
*Yekaterina Tsyvkin*
1040 Avenue of the Americas
New York, New York 10018
(212) 708-1800
lbryer@ladas.com
ktsyvkin@ladas.com

*Attorneys for William M. Gaines, Agent, Inc.*

BY EMAIL:

Jordan D. Rosenfeld
Jordan.rosenfeld@saul.com

Jeffrey C. Hampton
Jeffrey.hampton@saul.com

Adam H. Isenberg
Adam.isenberg@saul.com

Turner N. Falk
Turner.falk@saul.com

Mark Minuti
Mark.minuti@saul.com

Paige N. Topper
Paige.topper@saul.com

Nicholas Smargiassi
Nicholas.smargiassi@saul.com
*Counsel for Debtors and Debtors in Possession*

EXHIBIT A

| Vendor: 58 WILLIAM M GAINES,VIA GEMSTONE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item Code | Stock No | EAN | UPC | ISBN | Title | Price | On Hand |
| DEC961024 | STK016563 | | | | WEIRD FANTASY #19 | 2.5 | 81 |
| DEC961025 | STK016564 | | | | TWO FISTED TALES #19 | 2.5 | 325 |
| FEB950483 | STK018308 | | | | WEIRD SCIENCE #12 (004) | 2 | 770 |
| JAN950360 | STK023524 | | | | CRIME SUSPENSTORIES #11 (004) | 2 | 459 |
| JAN950361 | STK023525 | | | | HAUNT OF FEAR #11 (004) | 2 | 541 |
| JUL950442 | STK028994 | | | | CRIME SUSPENSTORIES #13 (004) | 2 | 887 |
| JUL950444 | STK028996 | | | | HAUNT OF FEAR #13 (004) | 2 | 145 |
| JUN971367 | STK035747 | | | | VAULT OF HORROR #21 #21 | 2.5 | 1284 |
| MAR950509 | STK038086 | | | | WEIRD FANTASY #12 (004) | 2 | 237 |
| MAR950510 | STK038087 | | | | TWO-FISTED TALES #12 #12 | 2 | 380 |
| MAR960623 | STK039427 | | | | TWO FISTED TALES #16 | 2.5 | 198 |
| MAR971075 | STK041371 | | | | VAULT OF HORROR #20 | 2.5 | 1611 |
| MAR971077 | STK041373 | | | | TWO FISTED TALES #20 | 2.5 | 44 |
| MAY950516 | STK044138 | | | | WEIRD SCIENCE #13 (004) | 2 | 370 |
| MAY971340 | STK047400 | | | | PANIC #3 | 2.5 | 280 |
| OCT950507 | STK052669 | | | | FRONTLINE COMBAT #3 (004) | 2 | 638 |
| OCT950508 | STK052670 | | | | CRIME SUSPENSTORIES #14 #14 | 2 | 382 |
| SEP950477 | STK055908 | | | | WEIRD FANTASY #14 (004) | 2 | 388 |
| JUL971375 | STK060708 | | | | CRIME SUSPENSTORIES #21 | 2.5 | 617 |
| JUL971376 | STK062692 | | | | TALES FROM THE CRYPT #2 | 1.5 | 614 |
| JUL971387 | STK065032 | | | | TALES FROM THE CRYPT #13 (O/A) | 2 | 0 |
| JUL971388 | STK065033 | | | | TALES FROM THE CRYPT #14 (O/A) | 2 | 0 |
| JUL971389 | STK065034 | | | | TALES FROM THE CRYPT #15 (O/A) | 2 | 0 |
| JUL971391 | STK065036 | | | | TALES FROM THE CRYPT #17 (O/A) | 2.5 | 0 |
| NOV971413 | STK069816 | | | | CRIME SUSPENSTORIES #7 (O/A) | 2 | 268 |
| NOV971410 | STK069817 | | | | CRIME SUSPENSTORIES #4 | 2 | 2361 |
| NOV971409 | STK069818 | | | | CRIME SUSPENSTORIES #3 | 1.5 | 123 |
| NOV971407 | STK069819 | | | | CRIME SUSPENSTORIES #1 (O/A) | 1.5 | 1409 |
| NOV971414 | STK069821 | | | | CRIME SUSPENSTORIES #8 (O/A) | 2 | 1568 |
| NOV971416 | STK069823 | | | | CRIME SUSPENSTORIES #10 (O/A) | 2 | 999 |
| NOV971404 | STK070475 | | | | TALES FROM THE CRYPT #23 #23 | 2.5 | 94 |
| DEC971479 | STK072263 | | | | SHOCK SUSPENSTORIES #1 (O/A) | 1.5 | 391 |
| DEC971482 | STK072264 | | | | SHOCK SUSPENSTORIES #4 | 2 | 1743 |

| | | | | |
|---|---|---|---|---|
| DEC971486 | STK072268 | SHOCK SUSPENSTORIES #8 | 2 | 489 |
| DEC971488 | STK072270 | SHOCK SUSPENSTORIES #10 (O/A) | 2 | 739 |
| DEC971489 | STK072271 | SHOCK SUSPENSTORIES #11 (O/A) | 2 | 1090 |
| DEC971490 | STK072272 | SHOCK SUSPENSTORIES #12 (O/A) | 2 | 216 |
| DEC971491 | STK072273 | SHOCK SUSPENSTORIES #13 (O/A) | 2 | 949 |
| DEC971480 | STK072288 | SHOCK SUSPENSTORIES #2 | 1.5 | 1994 |
| DEC971476 | STK072941 | PIRACY #2 | 2.5 | 116 |
| JAN981575 | STK074877 | WEIRD FANTASY #4 #4 | 2 | 1105 |
| JAN981576 | STK074897 | WEIRD FANTASY #5 #5 | 2 | 1451 |
| JAN981577 | STK074898 | WEIRD FANTASY #6 | 2 | 917 |
| JAN981580 | STK074900 | WEIRD FANTASY #9 (O/A) | 2 | 1200 |
| JAN981581 | STK074901 | WEIRD FANTASY #10 #10 | 2 | 1174 |
| JAN981582 | STK074902 | WEIRD FANTASY #11 (O/A) | 2 | 2371 |
| JAN981568 | STK075664 | PIRACY #3 | 2.5 | 358 |
| JAN981570 | STK075666 | FRONTLINE COMBAT #12 | 2.5 | 358 |
| JAN981571 | STK075667 | HAUNT OF FEAR #23 | 2.5 | 36 |
| MAR981389 | STK080683 | PIRACY #5 (001) | 2.5 | 358 |
| MAR981391 | STK080685 | TWO FISTED TALES #24 #24 | 2.5 | 103 |
| MAR981393 | STK080687 | PIRACY ANNUAL VOL 1 | 10.95 | 89 |
| MAY981281 | STK085585 | PANIC #7 (001) | 2.5 | 169 |
| MAY981283 | STK085587 | TALES FROM THE CRYPT #25 (001) | 2.5 | 0 |
| JUL981235 | STK089745 | FRONTLINE COMBAT #14 (001) | 2.5 | 66 |
| JUL981238 | STK089748 | VAULT OF HORROR ANNUAL #5 #5 | 13.5 | 1291 |
| AUG981318 | STK092043 | VALOR #3 (001) | 2.5 | 184 |
| AUG981320 | STK092044 | HAUNT OF FEAR ANNUAL #5 | 13.5 | 1376 |
| SEP981277 | STK094216 | VAULT OF HORROR #26 (001) | 2.5 | 0 |
| OCT981393 | STK096271 | CRIME SUSPENSTORIES #26 #26 | 2.5 | 102 |
| NOV981348 | STK098107 | VALOR ANNUAL #1 (001) | 13.5 | 568 |
| DEC981331 | STK099936 | ACES HIGH #1 (001) | 2.5 | 58 |
| JAN991368 | STK101771 | ACES HIGH #2 (Of 5) (001) | 2.5 | 141 |
| JAN991371 | STK101774 | IMPACT #2 (Of 5) (001) | 2.5 | 688 |
| FEB991350 | STK103780 | ACES HIGH #3 (Of 5) (001) | 2.5 | 0 |
| FEB991351 | STK103781 | IMPACT #3 (Of 5) (001) | 2.5 | 96 |
| APR991409 | STK107545 | ACES HIGH #5 (Of 5) | 2.5 | 0 |
| MAY991505 | STK109402 | PANIC #11 #11 | 2.5 | 2112 |
| JUL991470 | STK113392 | VAULT OF HORROR ANNUAL #6 #6 | 10.95 | 1092 |

| | | | | |
|---|---|---|---|---|
| SEP991486 | STK117334 | EXTRA #1 (Of 5) | 2.5 | 783 |
| SEP991492 | STK117339 | TALES FROM THE CRYPT ANNUAL #6 | 13.5 | 342 |
| OCT991503 | STK119454 | MD ANNUAL #1 | 13.5 | 327 |
| OCT991505 | STK119456 | PSYCHOANALYSIS ANNUAL #1 | 10.95 | 285 |
| DEC991440 | STK123088 | EXTRA #4 (Of 5) | 2.5 | 1067 |
| JAN001525 | STK124912 | EXTRA #5 (Of 5) | 2.5 | 1196 |
| JAN001526 | STK124913 | WAR AGAINST CRIME #2 | 2.5 | 364 |
| FEB001544 | STK126781 | CRIME PATROL #3 | 2.5 | 514 |
| FEB001545 | STK126782 | WAR AGAINST CRIME #3 | 2.5 | 965 |
| FEB001546 | STK126783 | EXTRA ANNUAL #1 | 13.5 | 318 |
| MAR001610 | STK128822 | CRIME PATROL #4 | 2.5 | 646 |
| MAR001611 | STK128823 | WAR AGAINST CRIME #4 | 2.5 | 668 |
| APR001655 | STK130816 | CRIME PATROL #5 | 2.5 | 733 |
| MAY001610 | STK132796 | CRIME PATROL #6 | 2.5 | 960 |
| MAY001612 | STK132798 | CRIME PATROL ANNUAL #1 | 13.5 | 590 |
| MAY001613 | STK132799 | WAR AGAINST CRIME ANNUAL #1 | 13.5 | 564 |
| JUN001763 | STK134847 | CRIME PATROL #7 #7 | 2.5 | 209 |
| JUN001764 | STK134848 | WAR AGAINST CRIME #7 | 2.5 | 495 |
| JUL001817 | STK136877 | CRIME PATROL #8 | 2.5 | 798 |
| JUL001818 | STK136878 | WAR AGAINST CRIME #8 | 2.5 | 957 |
| AUG001978 | STK138846 | CRIME PATROL #9 | 2.5 | 1244 |
| AUG001979 | STK138847 | WAR AGAINST CRIME #9 | 2.5 | 678 |
| SEP001997 | STK140833 | CRIME PATROL #10 | 2.5 | 1146 |
| SEP001998 | STK140834 | WAR AGAINST CRIME #10 | 2.5 | 1179 |
| OCT002111 | STK142712 | CRIME PATROL ANNUAL #2 | 13.5 | 897 |
| OCT002113 | STK142714 | WAR AGAINST CRIME #11 | 2.5 | 1064 |
| APR940308 | STK445988 | HAUNT OF FEAR #8 (004) | 2 | 383 |
| DEC940282 | STK445994 | TWO-FISTED TALES #11 (004) | 2 | 443 |
| JUL940309 | STK446002 | HAUNT OF FEAR #9 (004) | 2 | 521 |
| JUN940342 | STK446010 | TWO FISTED TALES #9 (004) | 2 | 1827 |
| JUN940343 | STK446011 | VAULT OF HORROR #9 (004) | 2 | 3078 |
| MAR940353 | STK446013 | TWO-FISTED TALES #8 | 2 | 1155 |
| MAR940354 | STK446014 | VAULT OF HORROR #8 | 2 | 496 |
| OCT940340 | STK446020 | HAUNT OF FEAR #10 (004) | 2 | 244 |
| SEP940358 | STK446025 | TWO-FISTED TALES #10 (004) | 2 | 1091 |
| AUG940478 | STK446389 | WEIRD SCIENCE #10 (004) | 2 | 1216 |

| | | | | | |
|---|---|---|---|---|---|
| SEP940359 | STK446390 | | VAULT OF HORROR #10 (004) | 2 | 463 |
| OCT940341 | STK446662 | | INCREDIBLE SCIENCE FICTION #10 (004) | 2 | 633 |
| APR940309 | STK448403 | | INCREDIBLE SCIENCE FICTION #8 (004) | 2 | 104 |
| JUL940310 | STK448405 | | INCREDIBLE SCIENCE FICTION #9 (004) | 2 | 200 |
| AUG052946 | STK288911 | 97818 | 1-8884 EC PICTO FICTION LIBRARY COMPLETE S | 150 | 1797 |
| NOV063594 | STK327810 | 97818 | 1-8884 EC ARCHIVES TWO FISTED TALES HC VO | 49.95 | 3367 |
| DEC063587 | STK329886 | 97818 | 1-8884 EC ARCHIVES WEIRD SCIENCE HC VOL 0 | 49.95 | 1530 |
| FEB073490 | STK333535 | 97818 | 1-8884 EC ARCHIVES SHOCK SUSPENSTORIES H | 49.95 | 2461 |
| JUN073591 | STK336586 | 97818 | 1-8884 EC ARCHIVES TWO-FISTED TALES HC VO | 49.95 | 5262 |
| OCT073542 | STK354269 | 97818 | 1-8884 EC ARCHIVES CRIME SUSPENSTORIES H | 49.95 | 2785 |
| DEC073672 | STK358634 | 97816 | 1-6036 EC ARCHIVES WEIRD SCIENCE HC VOL 0 | 49.95 | 3249 |
| APR083869 | STK360829 | 97816 | 1-6036 EC ARCHIVES FRONTLINE COMBAT HC V | 49.95 | 5425 |
| MAR083734 | STK366428 | 97816 | 1-6036 EC ARCHIVES TALES FROM THE CRYPT H | 49.95 | 0 |
| MAR118243 | STK445979 | | EC WEIRD SCIENCE-FANTASY #10 | 2 | 0 |
| MAR118244 | STK445980 | | EC WEIRD SCIENCE-FANTASY #11 | 2 | 14 |
| MAR118240 | STK445984 | | EC VAULT OF HORROR #1 | 2 | 11895 |
| MAR118280 | STK446653 | | EC WEIRD SCIENCE GLADSTONE ED #2 | 1.95 | 2465 |
| MAR118298 | STK446841 | | EC TALES FROM THE CRYPT EXTRA LARG | 3.95 | 9038 |
| SEP198528 | STL145105 | | EC VAULT OF HORROR GLADSTONE ED # | 1.95 | 2644 |
| | | | | | 125038 |