# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 531** |

## STIPULATION TO EXTEND OBJECTION DEADLINE

The above-captioned debtors and debtors in possession (the "Debtors") and Image Comics, Inc. ("Image"), by and through their undersigned counsel, hereby stipulate that Image's deadline to object to the *Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief* [D.I. 531] is extended to July 18, 2025 at 12:00 p.m. (ET).

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Dated: July 16, 2025

**SAUL EWING LLP**

| | |
|---|---|
| */s/ Jordan D. Rosenfeld* | /s/ *Adam L. Fletcher* |
| Jordan D. Rosenfeld (MD Bar No. 13694) | Adam L. Fletcher (admitted *pro hac vice*) |
| 1001 Fleet Street, 9th Floor | Scott E. Prince (admitted *pro hac vice*) |
| Baltimore, MD 21202 | Baker & Hostetler LLP |
| Telephone: (410) 332-8600 | Key Tower |
| jordan.rosenfeld@saul.com | 127 Public Square \| Suite 2000 |
| | Cleveland, OH 44114 |
| -and- | Telephone: 216.861.0200 |
| | afletcher@bakerlaw.com |
| Jeffrey C. Hampton (admitted *pro hac vice*) | sprince@bakerlaw.com |
| Adam H. Isenberg (admitted *pro hac vice*) | |
| Turner N. Falk (admitted *pro hac vice*) | -and- |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102 | Elizabeth A. Scully (Md Bar No. 27402) |
| Telephone: (215) 972-7777 | Baker & Hostetler LLP |
| jeffrey.hampton@saul.com | Washington Square, Suite 100 |
| adam.isenberg@saul.com | 1050 Connecticut Avenue, NW |
| turner.falk@saul.com | Washington D.C. 20036-5304 |
| | Telephone: 202.861.1500 |
| -and- | escully@bakerlaw.com |
| | |
| Mark Minuti (admitted *pro hac vice*) | *Counsel to Image Comics, Inc.* |
| Paige N. Topper (admitted *pro hac vice*) | |
| Nicholas Smargiassi (admitted *pro hac vice*) | |
| 1201 N. Market Street, Suite 2300 | |
| Wilmington, DE 19801 | |
| Telephone: (302) 421-6800 | |
| mark.minuti@saul.com | |
| paige.topper@saul.com | |
| nicholas.smargiassi@saul.com | |

*Counsel for Debtors and Debtors in Possession*