IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Diamond Comic Distributors, Inc. | ) | Case No. 25-10308 |
|  | ) |  |
| Debtor. | ) | Honorable David E. Rice |
|  | ) |  |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

Pursuant to Rule 9010-3(b) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland ("Local Bankruptcy Rules") and Rule 101.1(b), of the Rules of Local District Court, United States District Court for the District of Maryland ("Local Civil Rules"), the Game Manufacturers Association and certain of its members (collectively, "GAMA") and local counsel, Sam Alberts, Esq. ("Local Counsel"), hereby moves for the admission to this Court of James R. Irving ("Movant") of the law firm Dentons Bingham Greenebaum LLP to appear *pro hac vice* as counsel for GAMA (the "Motion"). In support of this Motion, Movant does hereby declare:

1. Movant is not a member of the bar of Maryland.

2. Movant does not maintain a law office in Maryland.

3. Movant is a member in good standing of the bar of Kentucky and is inactive with the bar of Illinois. Movant is also admitted and in good standing before the following United States District Courts: Northern District of Indiana, Southern District of Indiana, Western District of Wisconsin, Eastern District of Kentucky, Western District of Kentucky, Eastern District of Michigan, Western District of Michigan, Northern District of Illinois, and Southern District of

1

Illinois. Movant is also admitted and in good standing before the Sixth and Eleventh United States Courts of Appeal.

4. During the twelve (12) months immediately preceding the filing of this Motion, the Movant has never been admitted to practice *pro hac vice* in this Court and is not currently admitted in more than two (2) active unrelated cases.

5. Movant has never been disbarred, suspended, or denied to practice law in any jurisdiction.

6. Movant is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands the Movants shall be subject to the disciplinary jurisdiction of this Court.

7. Mr. Alberts has been formally admitted to the bar of the United States District Court for the District of Maryland. Pursuant to the Local Civil Rules 101.1(b)(1) the presiding Judge may excuse Local Counsel from having to be present at any court proceedings. Here, Movant and Local Counsel seek the order authorizing Mr. Irving's admission to allow him to appear at hearings in the case without local counsel present to reduce the cost and expense to be borne by GAMA.

8. It is understood that the admission pro hac vice does not constitute formal admission to the bar of the United States District Court for the District of Maryland.

9. Movant has electronically paid the $100.00 fee for admission pro hac vice through CM/ECF.

10. Movant and Local Counsel hereby certify under penalty of perjury that the foregoing statements are true and correct

WHEREFORE, Movant and Local Counsel respectfully requests that this Court enter an order granting this Motion for the purposes set forth herein and permitting James R. Irving to specially appear in this action on behalf of GAMA; excusing Sam J. Alberts as local counsel from needing to be present at any court proceedings; and grant such other relief as the Court may deem necessary and proper

Dated: July 16, 2025

| DENTONS US LLP | DENTONS BINGHAM GREENEBAUM LLP |
|---|---|
| */s/Sam J. Alberts* | */s/ James R. Irving* |
| Sam J. Alberts, Esq. ( MD Bar No. | James R. Irving  (KY Bar No. 96048) |
| 1900 K. Street, NW | 3500 PNC Tower |
| Washington, DC 20006-1102 | 101 South Fifth Street |
| Telephone: (202) 408-7004 | Louisville, Kentucky 40202 |
| Sam.alberts@dentons.com | Telephone: (502)-587-3606 |
|  | james.irving@dentons.com |

*Counsel for the Game Manufacturers Association and certain of its members*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I reviewed the Court's CM/ECF system and it reports the an electronic copy of the foregoing Motion for Admission to Practice Pro Hac Vice will be served by electronic means on those parties registered with the Court's CM/ECF system on the following:

Peter J Artese    peter.artese@us.dlapiper.com
Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown    abrown@klestadt.com
Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com;zjones@tydings.com;swilliams@tydings.com
David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
G. David Dean    ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan    edevan@milesstockbridge.com
Ellen E. Dew    ellen.dew@us.dlapiper.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio    gfinizio@lowenstein.com
Adam Fletcher    afletcher@bakerlaw.com
Chelsea R Frankel    cfrankel@lowenstein.com
Stephen B. Gerald    sgerald@tydings.com
Christopher J. Giaimo    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
Jonathan A. Grasso    jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Jeffrey C. Hampton    jeffrey.hampton@saul.com

1

Catherine Keller Hopkin     chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
Adam H Isenberg     adam.isenberg@saul.com
Harry Conrad Jones     HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
Toyja E. Kelley     toyja.kelley@lockelord.com
C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage     korphagee@whiteandwilliams.com
Jung Yong Lee     jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan     rmoonan@sillscummis.com
Bruce S. Nathan     bnathan@lowenstein.com
Michael Papandrea     mpapandrea@lowenstein.com
Steven Gregory Polard     steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
Scott Prince     sprince@bakerlaw.com
Jonathan Gary Rose     jonathan.rose@us.dlapiper.com
Jordan Rosenfeld     jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Elizabeth Anne Scully     escully@bakerlaw.com
Dennis J. Shaffer     dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi     nicholas.smargiassi@saul.com
Brent C. Strickland     bstrickland@whitefordlaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
Matthew G. Summers     summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com
S. Jason Teele     steele@sillscummis.com
Paige Noelle Topper     paige.topper@saul.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV

I further certify on this day, a copy of the Motion for Admission to Practice *Pro Hac Vice* was also mailed first class, postage prepaid to:

2

4908-7910-1239, v. 1
24926252.v2

Abstract Studio, Inc.
c/o Robyn Moore
PO Box 271487
Houston, TX 77277

Peter J. Artese
DLA Piper LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202

Nicholas J. Brannick
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Sara Chenetz
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

Katherine Culbertson
Troutman Pepper Locke LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606

Junior Dufort
PERKINS COIE LLP
700 Thirteenth Street N.W., Suite 800
Washington, DC 20005

Stephen B Gerald
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202

Graphitti Designs
33159 Camino Capistrano Suite G.
San Juan Capistrano, CA 92675

Jason Koral
641 Lexington Avenue, 13th Floor
New York, NY 10022

3

Jeffrey Kramer
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

Liminal Esports LLC
1500 Chagrin River Road #361
Gates Mills, OH 44040

Molten Core Media, LLC dba Magma Comix
3130 Whittier St.
San Diego, CA 92106

NBM Publishing Inc.
300 E. 54th Street 12c
Attn: Terry Nantier
New York, NY 10022

New York State Department of Taxation and Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-5300

Kori Pruett
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601

David L. Ruediger
Troutman Pepper Locke LLP
111 Huntington Avenue
Boston, MA 02199

Skyrush Marketing, Inc.
80 Orville Dr.
Attn: Andrew Aiello
Bohemia, NY 11716

Gregory Stuhlman
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

4908-7910-1239, v. 1
24926252.v2

Stephanie R. Sweeney
Klestadt Winters Jureller
Southard & Stevens, LLP
200 West 41st Street 17th Fl
New York, NY 10036

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

TwoMorrows Publishing
10407 Bedfordtown Drive
c/o John Morrow
Raleigh, NC 27614

Angela Veach
6604 Grant Cover
Olive Branch, MS 38654

William M. Gaines, Agent, Inc.
c/o Lanning G. Bryer
1040 Avenue of the Americas
New York, NY 10018

Ian Winters
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Fl
New York, NY 10036

Jonathan W. Young
Troutman Pepper Locke LLP
701 8th Street, N.W., Suite 500
Washington, DC 20001

4908-7910-1239, v. 1
24926252.v2