## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Diamond Comic Distributors, Inc. | ) | Case No. 25-10308 |
| | ) | |
| Debtor. | ) | Honorable David E. Rice |
| | ) | |

### ORDER ALLOWING JAMES R. IRVING TO APPEAR *PRO HAC VICE*

The Court having considered the Motion for Admission Pro Hac Vice to admit James R. Irving ("Pro Hac Counsel") as attorney for Game Manufacturers Association and certain of its members, and the certified statements in support thereof, and upon the recommendation of Sam J. Alberts ("Local Counsel"), it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b) and Pro Hac Counsel is admitted pro hac vice in this bankruptcy case, and it is further

ORDERED, that Pro Hac Counsel must register for a CM/ECF Filing account on the Courts website at https://www.mdb.uscourts.gov/for-attorneys/training-and-registration-for-electronic-filing; and it is further

ORDERED, that Pro Hac Counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices; and it is further

ORDERED that Local Counsel is excused from needing to be present during Court proceedings.

cc:
Diamond Comic Distributors, Inc.
Turner Falk, Esq.
James R. Irving, Esq.
Sam J. Alberts, Esq.
Hugh M. Bernstein

[END OF DOCUMENT]

1