## **EXHIBIT B**

**(Collins Declaration)**

24922368.v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.¹ | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Hearing Date**:<br>July 21, 2025<br>**Objection Deadline**:<br>July 16, 2025 |

### DECLARATION OF JAMES COLLINS IN SUPPORT OF THE OBJECTION OF THE GAME MANUFACTURERS ASSOCIATION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING (I) PROCEDURES FOR SALE OR OTHER DISPOSITION OF CONSIGNED INVENTORY, (II) APPROVING SALES OR OTHER DISPOSITION OF CONSIGNED INVENTORY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR ENCUMBRANCES AND (III) GRANTING RELATED RELIEF

I, James Collins, hereby make this statement under 28 U.S.C. § 1746 and state that:

1. I make this declaration on behalf of Liminal Esports LLC dba Snowbright Studio in the above-captioned chapter 11 cases (the Chapter 11 Cases) proceeding in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court"). I am fully familiar with the facts set forth herein either through my own personal knowledge or through a review of documents related Liminal Esports LLC dba Snowbright Studio's claims against the above-captioned debtors (the "Debtors"). If called to testify in connection with the Chapter 11 Cases, the following would constitute my testimony.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

24926262.v1

2.        I am the CEO of Liminal Esports LLC dba Snowbright Studio.

3.        Liminal Esports LLC dba Snowbright Studio entered into a consignment agreement with the Debtors (the "Consignment Agreement"). Under the terms of the Consignment Agreement, Liminal Esports LLC dba Snowbright Studio provided goods which were held by the Debtors for sale. The Debtors would market the goods, and if sold to a third-party the Debtors would remit the proceeds, less a percentage that the Debtors would keep, to Liminal Esports LLC dba Snowbright Studio. At all times the goods were property of Liminal Esports LLC dba Snowbright Studio. Liminal Esports LLC dba Snowbright Studio could request the return of the goods at any time.

4.        I am aware that the Debtors also entered into consignment agreements with other game manufacturers, book publishers, etc. I believe it is widely known and understood in the gaming and comic book industry that the Debtors engaged in selling consigned goods.

5.        On January 14, 2025 (the "Petition Date"), the Debtors each filed voluntary petitions under chapter 11 of the Bankruptcy Code thereby commencing their chapter 11 bankruptcy cases.

6.        After the Petition Date, I provided the Debtors with additional goods to sell under the terms of the Consignment Agreement. I have asked for a full accounting from the Debtors of the goods we sent them after the Petition Date, but have not received it.

7.        Most of the goods that the Debtors are holding under the terms of the Consignment Agreement are goods that I delivered to the Debtors after the Petition Date.

[*Remainder of page intentionally left blank*]

24926262.v1

I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 16, 2025                         <u>*/s/ James Collins*       </u>

                                                  James Collins

24926262.v1