EXHIBIT C



From: **Guy Luc Van den Bussche** <guy.vdb@titanemail.com>
Date: Mon, 4 Mar 2024 at 10:12
Subject: Re: Important 2024 Tax Notice from Diamond Comic Distributors, Inc. for Mississippi Warehouse
To: Freeport Vendor <freeport@diamondcomics.com>
Cc: Freeport Vendor <freeport@diamondcomics.com>, Matthew Demory <dmatt@diamondcomics.com>

Hi Tax Department

Please find attached

Thanks

Guy

On Fri, 1 Mar 2024 at 21:08, Freeport Vendor <freeport@diamondcomics.com> wrote:

> Dear Consignor:
>
> As an owner of inventory in our Freeport designated Mississippi warehouses, you are subject to Mississippi personal property tax.  However, Mississippi allows owners of inventory located in a Freeport warehouse to receive a tax exemption on inventory shipped to out of state customers.  Because of Diamond Comic Distributors, Inc.'s (Diamond) Freeport Warehouse status, the inventory subject to tax and, therefore the personal property tax will be less.

In order to receive this Freeport exemption, you **must** elect to do one of the following:

    A.   File the following two forms with the DeSoto County Tax Assessor by the 3/31/2024 deadline,

        1.   *Freeport Warehouse Report of Inventory*

        2.   *Freeport Warehouse Report of Movement*

**OR**

    B.   Authorize Diamond Comic Distributors, Inc. to file the two forms on your behalf by completing the attached Authorization form, **due March 13, 2024**.

Please note that DeSoto County requires Diamond Comic Distributors, Inc. to provide the name and address of each owner of property that was in our possession or under our management at year end.

## B. Authorize Diamond to file on your behalf (attached form due by March 13, 2024)

If you elect to have Diamond file on your behalf, **you must complete and sign the attached *Authorization to File Freeport Exemption* and return it to us no later than 3/13/2024.**

**We will assume you are filing on your own if we do not receive a response by EOD on March 13th.**

The *Authorization to File Freeport Exemption* includes the following information:

    **YOUR COST** for the inventory in Mississippi. This is the cost that will be used to determine your tax (See our inventory listing attached with our suggested retail price).

## File DeSoto County, Mississippi Personal Property Rendition due April 1, 2024

If you receive a current year *DeSoto County, Mississippi Personal Property Rendition* and you elected to have Diamond file your Freeport Inventory forms for you, you are required to complete the first two sections of the personal property rendition and return it to the DeSoto County Tax Assessor by April 1st. Please complete Section 1 of the form with your identifying information. In Section 2 write "see attachment." Create an attachment like the one included with this letter.

If you have any questions regarding filing requirements or filing details, please contact the Diamond Tax Department by email at freeport@diamondcomics.com or by phone at 443-318-8001 and ask for either Lee Jones X8324 or Claire Llareus X8215.

Best Regards,

Tax Department

EXHIBIT C

**Diamond Comic Distributors, Inc.**

**10150 York Road, Suite 300**

**Hunt Valley, MD 21030**

[www.diamondcomics.com](www.diamondcomics.com)

--
Guy Luc Van den Bussche
Head of Finance
Titan Entertainment Group
144 Southwark Street
London
SE1 0UP

020 7803 1878


--
Guy Luc Van den Bussche
Head of Finance
Titan Entertainment Group
144 Southwark Street
London
SE1 0UP

020 7803 1878


--
Guy Luc Van den Bussche
Head of Finance
Titan Entertainment Group
144 Southwark Street
London
SE1 0UP

020 7803 1878

3

EXHIBIT C

*This email and any attachments are confidential, privileged and protected by copyright. If you are not the intended recipient, dissemination or copying of this email is prohibited. If you have received this in error, please notify the sender by replying by email and then delete the email completely from your system.*

*Where the content of this email is personal or otherwise unconnected with the Company or its business, Titan Entertainment Group accepts no responsibility or liability for such content.*

*Internet email may be susceptible to data corruption, interception and unauthorised amendment over which we have no control. Whilst sweeping all outgoing email for viruses, we do not accept liability for the presence of any computer viruses in this email or any losses caused as a result of viruses.*

Titan Entertainment Group Limited. Registered in England. Company No: 02829144. Office: 144 Southwark Street, London, SE1 0UP. Titan Entertainment Group Limited reserves the right to monitor all email correspondence.