**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: Diamond Comic Distributors, Inc., et al. : | Case No. 25-10308 (DER) |
| Debtors.[1] : | Chapter 11 |
| : | (Jointly Administered) |
| _____ : | |

**ORDER DENYING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I)
APPROVING BIDDING PROCEDURES FOR SALE OR OTHER DISPOSITION OF
CONSIGNED INVENTORY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR
ENCUMBRANCES AND (III) GRANTING RELATED RELIEF**

Upon Consideration of the *Debtor's Motion for Entry of an Order (I) Approving Bidding Procedures for Sale or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances* (Dkt. No. 531) (the "Sale Motion") and the Objection filed thereto by Aspen MLT, LLC /a/ka Aspen Comics, Black Mask Studios, LLC, DSTLRY Media, Inc., Dynamic Forces, Inc. a/k/a Dynamite Entertainment, Heavy Metal International, LLC, Magnetic Press, LLC, Massive Publishing, LLC, Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press,

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

LLC, Panini UK Ltd., Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy (collectively the "Consignment Group"), it is by the United States Bankruptcy Court for the District of Maryland:

**ORDERED** that the Sale Motion be and hereby is denied.

Copies to:

Craig M. Palik, Esquire
Justin P. Fasano, Esquire
Janet M. Nesse, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
cpalik@mhlawyers.com
jfasano@mhlawyers.com
jnesse@mhlawyers.com

*Attorneys for Aspen MLT, LLC, a/ka/ Aspen Comics,*
*Black Mask Studios, LLC,*
*DSTLRY Media, Inc.,*
*Dynamic Forces, Inc. a/k/a Dynamite Entertainment,*
*Heavy Metal International, LLC,*
*Magnetic Press, LLC,*
*Massive Publishing, LLC,*
*Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC,*
*Panini UK Ltd.,*
*Punk Bot Comic Books, LLC a/k/a Alien Books,*
*The Penn State University a/k/a Graphic Mundi,*
*Titan Publishing Group, Ltd. and*
*Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy*

Jordan D. Rosenfeld
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Email: jordan.rosenfeld@saul.com

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: jeffrey.hampton@saul.com
adam.isenberg@saul.com
turner.falk@saul.com

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
paige.topper@saul.com
nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

And to all other registered users of CM/ECF receiving electronic notice in this case

/s/ Craig M. Palik
Craig M. Palik
