IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: Diamond Comic Distributors, Inc., et al. : | Case No. 25-10308 (DER) |
| Debtors.[1] : | Chapter 11 |
| : | (Jointly Administered) |
| _____ : | |

**RESPONSE TO DEBTORS' EXPEDITED MOTION TO ADJOURN THE HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING BIDDING PROCEDURES FOR SALE OR OTHER DISPOSITION OF CONSIGNED INVENTORY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR ENCUMBRANCES AND (III) GRANTING RELATED RELIEF**

Aspen MLT, LLC /a/ka Aspen Comics, Black Mask Studios, LLC, DSTLRY Media, Inc., Dynamic Forces, Inc. a/k/a Dynamite Entertainment, Heavy Metal International, LLC, Magnetic Press, LLC, Massive Publishing, LLC, Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, Panini UK Ltd., Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy (collectively the "Consignment Group"), by and through counsel, McNamee Hosea, P.A., file this response (the "Response") to the *Debtor's Expedited Motion to Adjourn the Hearing on Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for Sale or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances* (Dkt. No. 531) (the "Motion"), stating as follows:

1.   The Consignment Group does not oppose the Motion, but respectfully requests that the hearing on the *Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

*Sale or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances* (Dkt. No. 531) (the "Sale Motion") be rescheduled to date after San Diego Comic-Con concludes on July 27, 2025 (an industry-wide convention) that is being attended by many of the members of the Consignment Group.

    2.    The Consignment Group further respectfully requests that the hearing on the Sale Motion be an initial, non-evidentiary hearing and/or held as a status conference for the reasons stated in its Objection to the Sale Motion filed at Dkt. No. 603.

    Respectfully submitted,

/s/ Craig M. Palik
Craig M. Palik, Esquire (Bar No 15254)
Justin P. Fasano, Esquire
Janet M. Nesse, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
T: (301) 441-2420
cpalik@mhlawyers.com
jfasano@mhlawyers.com
jnesse@mhlawyers.com

*Attorneys for Aspen MLT, LLC, a/ka/ Aspen Comics,*
*Black Mask Studios, LLC,*
*DSTLRY Media, Inc.,*
*Dynamic Forces, Inc. a/k/a Dynamite Entertainment,*
*Heavy Metal International, LLC,*
*Magnetic Press, LLC,*
*Massive Publishing, LLC,*
*Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC,*
*Panini UK Ltd.,*
*Punk Bot Comic Books, LLC a/k/a Alien Books,*
*The Penn State University a/k/a Graphic Mundi,*
*Titan Publishing Group, Ltd. and*

*Vault Storyworks, LLC a/k/a Vault Comics*
*f/k/a Creative Mind Energy*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2025, a copy of the foregoing was served in the manner set forth below, on the following:

**By CM/ECF and First-Class Mail:**

Jordan D. Rosenfeld
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Email: jordan.rosenfeld@saul.com

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: jeffrey.hampton@saul.com
adam.isenberg@saul.com
turner.falk@saul.com

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
paige.topper@saul.com
nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

And to all other registered users of CM/ECF receiving electronic notice in this case

                                    /s/ Craig M. Palik
                                    Craig M. Palik