## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 14, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Debtors' Expedited Motion to Adjourn the Hearing on Debtors' Motion for Entry of an Order (I) Approving Procedures for Sales or Other Disposition of Consigned Inventory, (II) Approving the Sales or Other Disposition of Consigned Inventory, and (III) Granting Related Relief [Docket No. 590]**

- **Notice of Hearing [Docket No. 591]**

Dated: July 17, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 17th day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **<u>EXHIBIT A</u>**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Action Figure Authority Inc | Adams and Reese LLP | Attn: Nikolaus F Schandlbauer, Esq / Lauren A Baio, Esq 20 F St, Ste 500 Washington, DC 20001 | lianna.sarasola@arlaw.com; nick.schandlbauer@arlaw.com | Email |
| *NOA - Counsel for Image Comics, Inc | BakerHostetler LLP | Attn: Adam L Fletcher, Esq/Scott E Prince, Esq Key Twr 127 Public Sq, Ste 2000 Cleveland, OH 44114 | afletcher@bakerlaw.com; sprince@bakerlaw.com | Email |
| *NOA - Counsel for Raymond James & Associates, Inc. | Ballard Spahr LLP | Attn: Nicholas J Brannick 919 N Market St, 11th Fl Wilmington, DE 19801-3034 | brannickn@ballardspahr.com | Email |
| *NOA - Counsel for Raymond James & Associates, Inc. | Ballard Spahr LLP | Attn: Matthew G Summers 111 S Calvert St, 27th Fl Baltimore, MD 21202-6174 | summersm@ballardspahr.com | Email |
| *NOA - Counsel to Integrated Connection, LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M Capuzzi/Jared C Hoffman 1313 N Market St, Ste 1201 Wilmington, DE 19801 | jhoffman@beneschlaw.com; kcapuzzi@beneschlaw.com | Email |
| *NOA - Counsel for Getzler Henrich & Associates, LLC, & Robert Gorin | Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers/Robert A Weber 1313 N Market St, Ste 5400 Hercules Plz Wilmington, DE 19801 | desgross@chipmanbrown.com; weber@chipmanbrown.com | Email |
| *NOA - Counsel for Defendants Charlie Tyson and Dan Hirsch | Cole Schotz PC | G David Dean, Esq 500 Delaware Ave Wilmington, DE 19801 | ddean@coleschotz.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co, Ltd | Cole Schotz PC | Attn: Gary H Leibowitz 1201 Wills St, Ste 320 Baltimore, MD 21231 | gleibowitz@coleschotz.com | Email |
| *NOA - Counsel for Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co, Ltd and Defendants Charlie Tyson and Dan Hirsch | Cole Schotz PC | Attn: H C Jones, III, Esq 1201 Wills St, Ste 320 Baltimore, MD 21231 | hjones@coleschotz.com | Email |
| *NOA - Counsel for Defendants Charlie Tyson and Dan Hirsch | Cole Schotz PC | Kori L Pruett, Esq Court Plaza N 25 Main St Hackensack, NJ 07601 | kpruett@coleschotz.com | Email |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | Attn: C Kevin Kobbe 650 S Exeter St, Ste 1100 Baltimore, MD 21202 | kevin.kobbe@us.dlapiper.com | Email |
| *NOA - Counsel for Sparkle Pop, LLC | DLA Piper LLP (US) | Attn: Peter John Artese/Ellen E Dew 650 S Exeter St, Ste 1100 Baltimore, Maryland 21202 | ellen.dew@us.dlapiper.com; peter.artese@us.dlapiper.com | Email |
| *NOA - Counsel for Kathy Govier | Gohn Hankey & Berlage LLP | Attn: Jan I Berlage 201 N Charles St, Ste 2101 Baltimore, MD 21201 | jberlage@ghsllp.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | Overnight Mail |
| *NOA - Counsel to NECA LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R Winters/Stephanie R Sweeney Attn: Andrew C Brown 200 W 41st St, 17th Fl New York, NY 10036-7023 | abrown@klestadt.com; iwinters@klestadt.com; ssweeney@klestadt.com | Email |
| Official Committee of Unsecured Creditors | Little Buddy Toys, LLC | 270 E Palais Rd Anaheim, CA 92805 | | Overnight Mail |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Bruce S Nathan/Gianfranco Finizio Attn: Chelsea R Frankel 1251 Ave of the Americas, 17th Fl New York, NY 10020 | bnathan@lowenstein.com; cfrankel@lowenstein.com; gfinizio@lowenstein.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Michael Papandrea 1 Lowenstein Dr Roseland, NJ 07068 | mpapandrea@lowenstein.com | Email |
| *NOA - Counsel for Dynamic Forces, Inc | Mcnamee Hosea, P.A. | Attn: Justin P Fasano 6404 Ivy Ln, Ste 820 Greenbelt, MD 20770 | jfasano@mhlawyers.com | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford Old Supreme Court Bldg 100 N Carson St Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes 2005 N Central Ave Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark 109 State St Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell 1 Ashburton Pl, 20th Fl Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell 10 Mechanic St, Ste 301 Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell 1441 Main St, 12th Fl Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor 1031 W 4th Ave, Ste 200 Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong 165 Capitol Ave Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings Carvel State Office Bldg 820 N French St Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella 33 Capitol St Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird Hoover<br>State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.o. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St Nw, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St Se<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| *NOA - Counsel for New York State Department of Taxation and Finance (NYSTAX) | Office of the New York State Attorney General | Attn: Robert J Rock<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341 | robert.rock@ag.ny.gov | Email |
| US Attorney's Office | Office Of The Us Attorney | For The Dist Of Maryland<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201 | | Overnight Mail |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: David WT Daniels<br>700 13th St, NW, Ste 600<br>Washington, DC 20005 | DDaniels@perknscoie.com | Email |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: Sara L Chenetz<br>1888 Century Park E, Ste 1700<br>Los Angeles, CA 90067-1721 | SChenetz@perkinscoie.com | Email |
| *NOA - Counsel for Basic Fun, Inc | Polsinelli PC | Attn: D Jack Blum/Mark B Joachim<br>1401 Eye St, NW, Ste 800<br>Washington, DC 20005 | jack.blum@polsinelli.com;<br>mjoachim@polsinelli.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Ropers Majeski | Attn: Steven G Polard<br>801 S Figueroa St, Ste 2100<br>Los Angeles, CA 90017 | steven.polard@ropers.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Jeffrey C Hampton/Adam H Isenberg<br>Attn: Turner N Falk<br>Centre Square West<br>1500 Market St, 38th Fl<br>Philadelphia, PA 19102 | adam.isenberg@saul.com;<br>jeffrey.hampton@saul.com;<br>turner.falk@saul.com | Email |
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | Attn: Ashley N Fellona<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | ashley.fellona@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Mark Minuti/Paige Topper<br>Attn: Nicholas Smargiassi<br>1201 N Market St, Ste 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | mark.minuti@saul.com;<br>nicholas.smargiassi@saul.com;<br>paige.topper@saul.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | Overnight Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | Overnight Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | Overnight Mail |
| *NOA - Counsel for Alliance Entertainment, LLC and Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC | Sills Cummis & Gross PC | Attn: S Jason Teele<br>1 Riverfront Pl<br>Newark, NJ 07102 | steele@sillscummis.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC | Sills Cummis & Gross PC | Attn: Randy Moonan<br>101 Park Ave, 28th Fl<br>New York, NY 10178 | rmoonan@sillscummis.com; | Email |
| Official Committee of Unsecured Creditors | Simon & Schuster, LLC | 100 Front St<br>Riverside, NJ 08075 | | Overnight Mail |
| *NOA - Counsel for Blue Yonder, Inc | Squire Patton Boggs (US) LLP | Attn: Christopher J Giaimo / Mark A Salzberg<br>2550 M St. NW<br>Washington, DC 20037 | christopher.giaimo@squirepb.com;<br>mark.salzberg@squirepb.com | Email |
| *NOA - Counsel for the Debtor Defendants | Saul Ewing LLP | Attn: Jordan D Rosenfeld<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | jordan.rosenfeld@saul.com | Email |
| *NOA - Counsel to NECA LLC | The Law Offices of Zvi Guttman, P.A. | Attn: Zvi Guttman<br>P.O. Box 32308<br>Baltimore, MD 21282 | zvi@zviguttman.com | Email |
| Official Committee of Unsecured Creditors | Titan Publishing Group Limited/Titan Comics | 144 Southwark St<br>London, SE1 0UP<br>United Kingdom | | Overnight Mail |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 | David.Ruediger@troutman.com;<br>Katherine.Culbertson@troutman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St, NW, Ste 500<br>Washington, DC 20001 | Indira.Sharma@troutman.com;<br>Jonathan.Young@troutman.com;<br>Toyja.Kelley@troutman.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Dennis J Shaffer/Yung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | dshaffer@tydings.com;<br>jlee@tydings.com;<br>sgerald@tydings.com | Email |
| *NOA - Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Richard L Costella Esquire<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | rcostella@tydings.com | Email |
| United States Attorney for the District of Maryland | United States Attorney for The District of Maryland | Attn: Civil Process Clerk<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201 | | Overnight Mail |
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 | hugh.m.bernstein@usdoj.gov | Email |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 | bstrickland@whitefordlaw.com | Email |
| *NOA - Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | andrew.goldman@wilmerhale.com;<br>benjamin.loveland@wilmerhale.com | Email |
| *NOA - Counsel for Alliance Entertainment, LLC | YVS Law, LLC | Attn: Jonathan A Grasso, Esquire<br>185 Admiral Cochrane Dr, Ste 130<br>Annapolis, MD 21401 | jgrasso@yvslaw.com;<br>chopkin@yvslaw.com | Email |

# **<u>EXHIBIT B</u>**

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| 12 Gauge Comics | Attn: Keven Gardner | 3201 Johnson St | Pelham, AL 35214 | KEVIN@12GAGECOMICS.COM | Overnight Mail |
| 12 Gauge Comics LLC | P.O. Box 1413 | Pelham, AL 35124 | | KEVIN@12GAGECOMICS.COM | Email |
| 801 Media | Attn: Tyler Chin-Tanner | Suite 310 | Gardena, CA 90248 | | Overnight Mail |
| 801 Media Inc | 1487 W 178th St, Ste 310 | Gardena, CA 90248 | New York, NY 10014 | kadra@emanga.com | Email |
| A Wave Blue World Inc | Attn: Tyler Chin-Tanner | 399 West St | New York, NY 10014 | | Overnight Mail |
| A Wave Blue World Inc | 399 West St | New York, NY 10014 | | TYLERCHINTANNER@GMAIL.COM | Email |
| Ablaze, LLC | 11222 Se Main St, Unit 22906 | Portland, OR 97269 | | ACCOUNTING@ABLAZEPUBLISHING.COM | Email |
| Ablaze, Llc | Attn: Rich Young | 11222 Se Main St Ste 22906 | Portland, OR 97269 | | Overnight Mail |
| Ablaze, LLC. | 234 5th Ave, 2nd Fl | New York, NY 10001 | | accounting@ablazepublishing.com | Email |
| Abstract Studio,Inc | 3823 Villanova St | Houston, TX 77005 | | ABSTRACT70@GMAIL.COM | Email |
| Abstract Studios, Inc | P.O. Box 271487 | Houston, TX 77277 | | | Overnight Mail |
| ACX Comics Amar Chitra Katha | 501-7-20 5th Fl, 1 Aerocity | Nibr Park, Andheri-Kurla Rd | Sakinaka, Mumbai, 400072 | India | Overnight Mail |
| Action Lab Entertainment | 463 E Main St | Uniontown, PA 15401 | | bsseaton1@gmail.com | Email |
| Action Lab Entertainment | Attn Bryan Seaton | 463 E Main St | Uniontown, PA 15401 | bsseaton1@gmail.com | Overnight Mail |
| Action Lab Entertainment LLC | Attn: Chad Cicconi | 306 Bridlewood Ct | Canonsburg PA 15317 | | Email |
| Aftershock Comics | 15030 Ventura Blvd, Ste 587 | Sherman Oaks, CA 91403 | | joepruett@aftershock.ninja | Email |
| Aftershock Comics | 6305 Crescent Dr | Norcross, GA 30071 | | | Email |
| Aftershock Comics | Attn: Joe Pruett | 6305 Crescent Dr | Norcross, GA 30071 | joepruett@mac.com | Overnight Mail |
| AHOY Comics | Attn: Hart l Seely III | 101 Enderberry Cir | Syracuse, NY 13224 | hartseely@comicsahoy.com | Email |
| Ahoy Comics | Attn: Hart Seely | 499 S Warren St Ste 612 | Syracuse, NY 13202 | hseely@wcny.rr.com | Email |
| Al"|:Planetar LLC | 2034 47th Ave | San Francisco, CA 94116 | | planetlar@earthlink.net | Email |
| Albatross Funnybooks | 1915 Se 76th Ave | Portland, OR 97215 | | ERICPWL@XCLOUD.COM | Email |
| Albatross-Funnybooks | 2701 A Meadow Rose Dr | Nashville, TN 37206 | | | Email |
| Alien Books | 41 Ne 107th St | Miami Shores, FL 33161 | | MATIAS@ALIENBOOKS.COM | Overnight Mail |
| Alien Books | Attn: Matias | 41 Ne 107th St | Miami Shores, FL 33161 | | Email |
| American Mythology Productions | 1411 Cherokee Ln | Bel Air, MD 21015 | | james.kuhoric@americanmythology.net | Email |
| American Mythology Productions | Attn: Jim Kuhoric | Attn James Kuhoric | 1411 Cherokee Lane | Bel Air, MD 21015 | Overnight Mail |
| Antarctic Press | 4334 Parkwood Dr | San Antonio, TX 78218-5028 | | | Email |
| Antarctic Press | Attn: Joe Dunn/Matthew | 4334 Parkwood Dr | San Antonio, TX 78218-5028 | | Overnight Mail |
| Apar Entertainment | Attn: Brent Erwin | 2714 Se Loop 820 | Fort Worth, TX 76140 | | Email |
| Apar Entertainment | Attn: Brent Erwin | 6145 Sundown Dr | Fort Worth, TX 76114-3125 | brent.e.erwin@gmail.com | Overnight Mail |
| Apex Publications LLC | 4629 Riverman Way | Lexington, KY 40515 | | JASON@APEXBOOKCOMPANY.COM | Email |
| Archie Comic Publications | 629 5th Ave | Pelham, NY 10803 | | | Email |
| Archie Comic Publications | Attn: Jonathan Betancourt | 629 Fifth Street | Pelham, NY 10803 | | Overnight Mail |
| Archie Comic Publications | 629 5th Ave | Pelham, NY 10803 | | ROBL@ARCHIECOMICS.COM | Email |
| Archie Comic Publications, Inc | Attn: Jonathan Goldwater | 629 5th Ave | Pelham, NY10803 | | Overnight Mail |
| Artists Writers & Artisans Inc | 1359 Broadway, Ste 800 | New York, NY 10018 | | atlison@awastudios.net | Email |
| Artists Writers & Artisans, Inc | 178 Columbus Ave, Ste 237194 | New York, NY 10023 | | | Overnight Mail |
| Aspen MX, Inc | 5701 Slauson Ave, Ste 120 | Culver City, CA 90230 | | FRANK@ASPENCOMICS.COM | Email |
| Aspen MX Inc | Attn: Frank Mastromauro | 5701 W Slauson Ave Ste 120 | Los Angeles, CA 90230 | | Overnight Mail |
| Avatar Press Inc | 515 N Century Blvd | Rantoul, IL 61866 | | WILLIAM@AVATARPRESS.NET | Email |
| Avatar Press Inc | Attn: Richard/William | Attn Jim Kuhoric | 515 N Century Blvd | Rantoul, IL 61866-1501 | Overnight Mail |
| Avatar Press, Inc | Attn: William Christensen | 515 N Century Blvd | Rantoul, IL 61866 | jameskuhoric@avatarpress.com | Email |
| Bad Egg LLC | 3101 Ocean Park Blvd, Ste 100 | PmB 267 | Santa Monica, CA 90405 | | Overnight Mail |
| Bad Egg, LLC | Attn: Robert Meyers | 3101 Ocean Park Blvd, Ste 100 PMB | Santa Monica, CA90405 | | Email |
| Bandai America Incorporated | 5551 Katella Ave | Attn: Nick Contreras and Cynthia Nishimoto | Cyprus, CA 90630 | | Email |
| Bandai Entertainment, Inc | Dept LA 23021 | Pasadena, CA 91185-3021 | | rob.villnave@battlefront.co.nz | Email |
| Battle Quest Comics | 1748 Ne Tillamook | Portland, OR 97212 | | AKATOURY@HOTMAIL.COM | Email |
| Bedside Press | 4787 Henderson Hwy | Narol, MB R1C 0B2 | Canada | | Email |
| Behemoth Entertainment LLC | 651 N Plano Rd, Ste 421 | Richardson, TX 75081 | | NATHAN@BEHEMOTHCOMICS.US | Email |
| Behemoth Studio Entertainment LLC | 1007 Mill Run Dr | Allen, TX 75002 | | | Overnight Mail |
| Benitez Productions | Attn: Marcia Chen | Attn Joe Benitez | Po Box 16101 | Encino, CA 91416 | Overnight Mail |
| Benitez Productions | P.O. Box 17161 | Encino, CA 91416 | | art@joebenitez.com | Email |
| Black Mask Comics | Attn: Matt Pizzolo | 2798 Sunset Blvd | Los Angeles, CA 90026 | | Overnight Mail |
| Black Mask Comics | 2798 Sunset Blvd | Los Angeles, CA 90026 | | | Email |
| Black Panel Press | 1701-25 Capreol Ct | Toronto, ON, M5V 3Z7 | Canada | | Email |
| Black Panel Press | 22 Gilbert St | St John's, NL A1C 1A4 | Canada | ANDREW@BLACKPANELPRESS.COM; info@blackpanelpress.com | Overnight Mail |
| Black Panel Press Inc | 495 Water St | St Johns, NL A1E 6B5 | Canada | | Overnight Mail |
| Blind Ferret Entertainment Inc | Attn: Andrew Benteau | 22 Gilbert Street | St Johns, NL A1C1A45 | Canada | Overnight Mail |
| Blind Ferret Entertainment Inc | 5000 Jean Talon Quest, Ste 260 | Montreal, QC H4P 1W9 | Canada | RANDY@BLINDFERRET.COM | Overnight Mail |
| Boom Entertainment | Attn: Randy Wiseman | 2308 32nd Ave | Lachine, QC H8T 3H4 | Canada | Overnight Mail |
| Boom Entertainment | Attn Accounting | 6920 Melrose Ave | Los Angeles, CA 90038 | aferrara@boom-studios.com; billing@boom-studios.com | Email |
| Boom Entertainment, Inc | Attn: Filip Sablik | Attn Accounting | 6920 Melrose Ave | Los Angeles, CA 90038 | Overnight Mail |
| Boom Entertainment, Inc | 6920 Melrose Ave | Los Angeles, CA 90038 | | jharned@boom-studios.com | Email |
| Bundoran Press Publishing House | 151 Bay St, Unit 1111 | Attn: Hayden Trenholm | Ottawa, Ontario | Canada K1R 7T2 | Email |
| Card Department, A Dept Of Bandai Co, Ltd | 8-8 Komagata 1-chome | Taito-Ku, Tokyo, 111-8081 | Japan | | Overnight Mail |
| Choive Publications | Attn: Brent Savory | 67 Alameda Ave | Toronto, ON M6C 3W4 | Canada | Overnight Mail |
| Clover Press LLC | 8820 Kenamar Dr, Ste 501 | San Diego, CA 92121 | | matt@cloverpress.us | Email |
| Clover Press Llc | Attn: Ted And Elaine | 8820 Kenamar Dr, Ste 501 | San Diego, CA 92121 | matt@cloverpress.us | Email |
| Cryptozoic Entertainment | 23212 Mill Creek Dr | Laguna Hills, CA 92653 | | bryce.whitacre@dpigtech.com | Email |
| Cryptozoic Entertainment | 23212 Mill Creek Dr, Ste 300 | Laguna Hills, CA 92653 | | rumi.asai@cryptozoic.com; JAVIERCASILLASJAVIER.CASILLAS@CRYPTOZOIC.COM | Email |
| Dark Horse Comics, Inc | 10956 SE Main St | Milwaukie, OR 97222 | | DARKHORSEACH@DARKHORSE.COM; tarar@darkhorse.com | Email |
| Dark Horse Comics, Inc | Attn: Mike Richardson, President | 10956 SE Main St | Milwaukie, OR 97222-7644 | | Overnight Mail |
| Dark Horse Comics, Inc | Attn: Garrett S Ledgerwood | 1140 SW Washington St, Ste 700 | Portland, OR 97205 | garrett.ledgerwood@millernash.com | Email |
| DC Comics | c/o Warner Bros. | Attn: General Counsel or John Rood, Executive VP Sales, Marketing & Business Dev | 4000 Warner Blvd | Burbank, CA 91522 | Overnight Mail |
| Desperado Publishing | 143 Nectar Pl | Dallas, GA 30132 | | joepruett@gaulproduktions.com | Email |
| Diamond Comic- (Es-Mil) | Attn: Diamond Employee - See Invoice | 10150 York Rd | Suite 300 | Cockeysville, MD 21030-3344 | Email |
| Diamond Comic Dist | Attn: Justin Ziran | 7485 Polk Ln | Attn: Angie Barber | Star/Tru 026 | Olive Branch, MS 38654 | Email |
| Diamond Comic Dist- Olive Branch | Attn: Dylan Templar | 7485 Polk Lane | Olive Branch, MS 38654 | sales@greenneron.com; templar@greenneron.com | Email |
| Diamond Comic Dist.,Inc-3 | Attn: Intercomp Sales | 7485 Polk Ln | Olive Branch, MS 38654 | raudrey@diamondcomics.com; OSD@diamondcomics.com | Overnight Mail |
| Diamond Comic Dist, Inc | 10150 York Rd | Cockeysville, MD 21030 | | matt.hyland@devir.com | Email |
| Diamond Comic Distributors | Attn: Emily Hunter | Attn Denise Yancy | 7485 Polk Lane | Olive Branch, MS 38654 | Overnight Mail |
| Diamond Comic Distributors | Krystina E. Schmidt | 227 Carroll Rd | Pasadena, Maryland, 21122 | kyschmidt2028@gmail.com | Email |
| Diamond Comic Distributors | Attn: Keith | Canalside Warrington Road | Manor Park Industrial Estate | Runcorn Cheshir, WA7 1SN | United Kingdom | Overnight Mail |
| Diamond Comic Distributors | Canalside Warrington Road | Manor Park Industrial Estate | Runcorn Cheshir, WA7 1SN | United Kingdom | mkay@diamondcomics.co.uk | Email |
| Diamond Comic Distributors Inc | 10150 York Rd, Ste 300 | Hunt Valley, MD 21030 | | hmike@diamondcomics.co.uk | Email |
| Diamond Comic Distributors UK, Unlimited | 9 - 10 Haymarket | TC Group 6th Fl Kings House | London, SW1Y 4BP | United Kindom | | Overnight Mail |
| Diamond Comic Distrutors, Inc. | C/O Martin Ernest Grosser | 10150 York Rd, Unit 300 | Cockeysville, MD 21030 | oldmansayreviews@comcast.net | Email |
| Difference Engine Pte Ltd | 284 River Valley Rd, Unit 01-01 | Singapore, 238323 | | HAIRUL@DIFFERENCEENGINE.SG | Email |
| Difference Engine Pte. Ltd. | 284 River Valley Rd | Singapore, 238325 | | felicia@differenceengine.sg | Email |
| Difference Engine Pte.Ltd. | Attn: Olivia Ojewola | 284 River Valley Rd 01-01 | 238337 | Singapore | yoko@emanga.com; fred@emanga.com | Overnight Mail |
| Digital Manga, Inc | 1487 W 178Th St Ste 302 | Gardena, CA 90248 | | kashua@emanga.com | Email |
| Digital Manga, Inc | Attn: Hikaru Sasahra | 1487 W 178th St, Ste 302 | Gardena, CA 90248 | | Overnight Mail |
| Digital Manga, Inc | Attn: Jeannie Ragstad | 1647 W 178Th St Ste 302 | Gardena, CA 90248 | | Email |
| Digital Manga, Inc | 1487 W 178th St, Ste 300 | Attn: Hikaru Sasahra | Gardena, CA 90248 | | Email |
| Drawn & Quarterly | Attn Ann Cunningham | 7030 Rue Saint-Denis | Montreal, QC H2S 2S4 | Canada | | Overnight Mail |
| Dstlry Media | Attn: Chip Mosher | 3680 Wilshire Blvd, Ste PO4-1420 | Los Angeles, CA 90010 | CHIP@DSTLRY.COM | Email |
| Dynamic Forces, Inc. | 113 Gaither Drive Ste 205 | Mt Laurel, NJ 08054 | | nick.barrucci@dynamite.com,accounting@dynamite.com | Email |
| Dynamic Forces, Inc. | Attn: Nick Barrucci Ext100 | 113 Gaither Drive Ste 205 | Mt Laurel, NJ 08054 | nick@dynamicforces.com | Overnight Mail |
| Dynamic Forces, Inc. | c/o McNamee Hosea | Attn: Justin Fasano | 6404 Ivy Ln, Ste 820 | Greenbelt, MD 20770 | jfasano@mhlawyers.com | Email |
| Eros Comix | 7563 Lake City Way NE | Seattle, WA 98115 | | ZUPA@FANTAGRAPHICS.COM | Email |
| Eureka Productions | Attn: Tom Pomplun | 8778 Oak Grove Rd | Mt Horeb, WI 53572 | tom@rcmb.com,pomplin@tdsnet.com | Email |
| Fairsquare Comics | 608 S Dunsmuir Ave, Unit 207 | Attn: Fabrice Sapolsky | Los Angeles, CA 90036 | accounting@fantagraphics.com | Overnight Mail |
| Fantagraphics Books Inc | 7563 Lake City Way NE | Seattle, WA 98115 | | accounting@fantagraphics.com | Email |
| Fantagraphics Books Inc | Attn: Martin | 7563 Lake City Way Ne | Seattle, WA 98115 | | Overnight Mail |
| Fantagraphics Books, Inc | Attn: Gary Groth | 7563 Lake City Way NW | Seattle, WA 98115 | FIRSTSTUDIO@HOTMAIL.COM | Email |
| Ferro Studios Inc | 209 W Durton | Kalamazoo, MI 49007 | | DAN.DIDIO520@GMAIL.COM | Email |
| Frank Miller Presents LLC | c/o MoFo | 400 Garden City Plz, Ste 510 | Garden City, NY 11530 | | Overnight Mail |
| G-T Labs | 816 Hutchins Ave | Ann Arbor, MI 48103 | | | Overnight Mail |
| Gemstone Publishing | 10720 Gilroy Rd Ste 300 | Hunt Valley, MD 21031 | | humar@gemstonepub.com | Email |
| Gemstone Publishing | Attn: Mark Huesman Ext 411 | Attn: Kathy Weaver | 741 5th Ave | Graphitti Designs, Inc | Email |
| Gen Manga Entertainment, Inc | 250 Park Ave, Ste 7002 | New York, NY 10177 | | publisher@genmanga.com | Email |
| Gen Manga Entertainment, Inc | 250 Park Ave, Ste 7002 | Attn: Robert McGuire | New York, NY 10177 | | Overnight Mail |
| Gold Key Entertainment | 4927 W Laurie Ln | Glendale, AZ 85302 | | LANCE@GOLDKEYCOMICS.COM | Email |
| Good Trouble Productions LLC | 48-11 39th Pl, Unit 1 | Sunnyside, NY 11104 | | ANDREW@GOODTROUBLE.COM | Email |
| Goodman Games LLC | 4040 Civic Center Dr Ste 200 | San Rafael, CA 94903 | | joseph@goodman-games.com | Email |
| Goodman Games LLC | 51 Piper Ln | Fairfax, LA 94930 | | | Overnight Mail |
| Goodman Games, Inc | Attn: Joseph Goodman | 4040 Civic Center Dr Ste 200 | San Rafael, CA 94903 | | Email |
| Graphic Mundi - Psu Press | Accts Receivable | 512 Paterno Library | University Park, PA 16802 | bcr5228@psu.edu | Email |
| Graphitti Designs, Inc. | 33159 Camino Capistrano, Ste G | San Juan Capistrano, CA 92675-4827 | | graphitid@att.com; gayo@graphittidesigns.com; KATHY@GRAPHITTIDESIGNS.COM | Email |
| Green Ronin Publishing | Attn: Nicole Lindroos | 6731 29th Ave S | Seattle, WA 98108 | nicole@greenronin.com | Email |
| Gungnir Entertainment | 923 Euclid St Apt 305 | Santa Monica, CA 90403 | | MATT@IHEROPROJECTS.IO | Email |
| Gungnir Entertainment | Attn: Matthew Medney, Founder, Publisher | 923 Euclid St, Ste 301 | Santa Monica, CA 90403 | | Overnight Mail |
| Heavy Metal Magazine | 116 Pleasant St, Unit 018 | Easthampton, MA 01027 | | daniel@hermespress.com | Overnight Mail |
| Hermes Press | 2100 Wilmington Rd | New Castle, PA 16105 | | daniel@hermespress.com | Email |
| Hermes Press | Attn: Daniel Herman | 2100 Wilmington Road | New Castle, PA 16105-1931 | admin@genrealdirection.com | Overnight Mail |
| Hermes Press | c/o Geer and Herman, PC | Attn: Daniel J Herman, Esq | 2100 Wilmington Rd | New Castle, PA 16105 | GUILLAUME.NOUGARET@HUMANOIDS.COM | Email |
| Humanoids Inc | 6464 Sunset Blvd Ste 1180 | Los Angeles, CA 90028 | | alex.donoghue@humanoids.com | Overnight Mail |
| Humanoids Inc | 6430 Sunset Blvd Ste 1050 | Los Angeles, CA 90028 | | GUILLAUME.NOUGARET@HUMANOIDS.COM | Email |
| Humanoids, Inc | Attn: Alex Donoghue | 6464 Sunset Blvd Ste 1180 | Los Angeles, CA 90028 | | Overnight Mail |

Exhibit B
Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Idea And Design Works, LLC D/B/A Idw Publishing | 5080 Santa Fe St | Attn: Ted Adams | San Diego, CA 92109 | | | Overnight Mail |
| Image Comics | Attn: Eric Stephenson | 2701 Nw Vaughn Street | Suite 780 | Portland, OR 97210 | tlim@diamondcomics.com | Email |
| Image Comics | Attn: Eric Stephenson | 2701 Nw Vaughn Street | Suite 780 | Portland, OR 97210 | ericstephenson@imagecomics.com | Overnight Mail |
| Image Comics Inc Attn A/P | Attn: Nicole | Po Box 14457 | | Portland, OR 97293-0457 | | Overnight Mail |
| Image Comics Inc Attn A/P | Po Box 14457 | | Portland, OR 97293-0457 | | | Overnight Mail |
| Image Comics, Inc | Attn: Eric Stephenson | 215 SE 9th Ave, Ste 108 | Portland, OR 97214 | | | Overnight Mail |
| Image Comics, Inc. | 215 SE 9th Ave, Ste 108 | Attn: Eric Stephenson | Portland, OR 97214 | | ericstephenson@imagecomics.com; accounting@imagecomics.com | Email |
| Image Comics, Inc. | Attn: Eric Stephenson & Nicole Lapalme | P.O. Box 14457 | | Portland, OR 97293 | | Overnight Mail |
| Image Comics, Inc. | c/o Baker & Hostetler LLP | Attn: Adam Fletcher | Key Tower, 127 Public Sq, Ste 2000 | Cleveland, OH 44114 | afletcher@bakerlaw.com | Email |
| Joe Books, Inc | 567 Queen St W | Attn: Adam Fortier | Toronto, Ontario | Canada M5V 2B6 | | Overnight Mail |
| Laguna Studios | 9178 Ridge Path | San Antonio, TX 78250 | | | | Overnight Mail |
| Les Editions Pix'n Love | 6 Allec Arthur Rimbaud | Triel Sur Seine | France | | | Overnight Mail |
| Les Editions Pix'n Love | Attn: Jean-Marc Demoly | 8 Rue Du Taur | Toulouse, 31000 | France | demolyjm@gmail.com | Email |
| Lev Gleason | Name Redacted | | | | | Overnight Mail |
| Lev Gleason Publications Inc | 1203 Dundas Street W | Toronto, ON M6J 1X3 | Canada | | | Overnight Mail |
| Lev Gleason Publications Inc | 25 Skey Ln | Toronto, ON M6J 3V2 | Canada | | fadi@chapterhouse.ca | Overnight Mail |
| Lev Gleason Publications Inc | Attn: Fadi Allison Keith | 1203 Dundas Street W | Toronto, ON M6J1X3 | Canada | | Overnight Mail |
| Lion Forge | Attn: Amy Ort | Attn: Accounts Payable | 6600 Manchester Ave | St Louis, MO 63139 | sanju@lionforge.com | Overnight Mail |
| Lionwing Publishing Ltd | 7130 Mallard Dr | W Chester, OH 45069 | | | BRADLY@LIONWINGPUBLISHING.COM | Email |
| Living The Line | 1477 Ashland Ave | Staint Paul, MN 55104 | | | seanmichaelroberson@gmail.com | Email |
| Living The Line | 6951 Amherst St | San Diego, CA 92115 | | | | Overnight Mail |
| Locust Moon Press | 1100 Church St | San Francisco, CA 94114 | | | | Overnight Mail |
| Mad Cave Studios Inc | 8838 Sw 129th St | Miami, FL 33176 | | | CFERNANDEZ@MADCAVESTUDIOS.COM | Email |
| Magma Comix | 3130 Whittier St | San Diego, CA 92106 | | | denton@magmacomix.com | Email |
| Magma Comix | Attn: Denton Tipton | 2409 Shetter Islan Dr Ste 105 | San Diego, CA 92106 | | | Overnight Mail |
| Magnetic Press | 5415 N Sheridan Rd Ste 5101 | Chicago, IL 60640 | | | | Overnight Mail |
| Magnetic Press | Attn: Mike Kennedy | 5415 N Sheridan Rd Ste 5101 | Chicago, IL 60640 | | | Overnight Mail |
| Magnetic Press | Attn: Shonagh Clements | 10964 Lin Valle Dr, Ste A | St Louis, MO 63123 | | shonaghclements@gmail.com | Overnight Mail |
| Magnetic Press | c/o Accounting | 10964 Lin Valle Dr, Ste A | St Louis, MO 63123 | | | Email |
| Manga Classics Inc | 51 Ridgestone Dr | Richmond Hill, ON L4S 0E3 | Canada | | erikko@mangaclassics.com; erikko@gmail.com | Overnight Mail |
| Marvel Comics Group | Attn: Yolanda Cruz | 1290 Ave of Americas 2nd Fl | New York, NY 10104 | | | Overnight Mail |
| Massive Publishing, LLC | 1933 SE Alder St | Portland, OR 97214 | | | | Overnight Mail |
| Moonstone | 113 E 9th St | Lockport, IL 60441 | | | | Overnight Mail |
| Nbm Publishing | 40 Exchange Place, Ste 1308 | Attn: Terry Nantier | New York, NY 10005 | | | Overnight Mail |
| Netcomics | 730 W Doran St, Ste 207 | Attn: Heewoon Chung | Glendale, CA 91210 | | | Overnight Mail |
| Netcomics, Inc | 100 Lost Tree Ln | Cary, NC 27513 | | | | Overnight Mail |
| Night Shade Books | 221 River St, 9th Fl | Hoboken, NJ 07030 | | | publishing@start-media.com | Overnight Mail |
| Norma Editorial SA | Passeig De Sant Joan, 7 | Barcelona, 08010 | Spain | | | Overnight Mail |
| Normal Editorial SA | Attn: Rafael Martinez | Passeig de Sant Joan, 7 | Barcelona, 08010 | Spain | | Overnight Mail |
| Oni Press Inc | 1319 SE M L King Blvd, Ste 216 | Portland, OR 97214 | | | invoices@onipress.com; devin@onipress.com | Email |
| Oni Press inc | Attn: Joe Nosemack | 1319 SE M L King Blvd, Ste 216 | Portland, OR 97214 | | | Overnight Mail |
| Oni Press, inc | Attn: Joe Nosemack | 1305 SE MLK Jr Blvd, Ste A | Portland, OR 97214 | | | Overnight Mail |
| Opus Comics Ltd | 66 Mill Ln | London, NW6 1NJ | United Kinodom | | blake@incendium.co | Email |
| Pacos Inc. | P.O. Box 84311 | Seattle, WA 98124-5611 | | | ACCOUNTING@PAIZO.COM | Email |
| Paizo Inc. | Attn: William Joresby | 16615 Redmond Way NE, Ste 201 | Redmond, WA 98052 | | accounting@paizo.com | Email |
| Panini UK Ltd | Brockbourne House Level 2 | 77 Mt Ephraim | Tunbridge Wells, TN4 8BS | United Kingdom | Mfiddell@panini.co.uk | Email |
| Papercutz Inc | 8838 129th St | Miami, FL 33176 | | | KNELSON@MADCAVESTUDIOS.COM | Email |
| Papercutz Inc | 8838 Sw 129th St | Miami, FL 33176 | | | | Overnight Mail |
| Pegamoose Press | Attn: Troy Little | 74 Westconds Crescent | Charlottetown, PE C1C 1B8 | | | Overnight Mail |
| Penguin Random House India Pvt | 2Nd Km Statone Village Graland | Beliana Pwer Projects Rd Nh24 | Ghaziabad, UP 201343 | India | | Overnight Mail |
| Penguin Random House India Pvt | Attn: Namoj Rawat A/P | 2Nd Km Statone Village Graland | Beliana Pwer Projects Rd NH24 | Ghaziabad, 201343 | India | Overnight Mail |
| Penguin Random House LLC | Attn: Credit Dept | 400 Hahn Rd | Westminster, MD 21157 | | nyers@penguinrandomhouse.com | Overnight Mail |
| Penguin Random House LLC | Attn: Elizabeth Jones | Attn: Accounts Payable | 400 Hahn Rd. | Westminster, MD 21157 | | Email |
| Penguin Random House LLC | Attn: Michelle Delavega | 1745 Broadway | New York, NY 10019 | | mdelavega@penguinrandomhouse.com | Email |
| Penguin Random House LLC | Attn: Peggy Iyer | 400 Hahn Rd | Westminster, MD 21157 | | prh_remit@penguinrandomhouse.com | Email |
| Penguin Random House LLC | P.O. Box 223384 | Pittsburgh, PA 15251-2384 | | | emfrazier@penguinrandomhouse.com | Email |
| Prime Books LLC | 13862 Crossite Dr | Germantown, MD 20874 | | | prime@prime-books.com | Email |
| Prime Books LLC | Attn: Sean Wallace | Attn Sean Wallace | Po Box 83464 | Gaithersburg, MD 20876 | | Overnight Mail |
| Prime Books LLC | Attn: Sean Wallace | 13862 Crossite Dr | Germantown, MD 20874 | | | Overnight Mail |
| Rabbit Publishers | 1624 W Northward Hwy | Arlington Heights, IL 60004 | | | | Overnight Mail |
| Rabbit Publishers | Attn: Steve | Attn Accounts Payable | 1624 W Northward Highway | Arlington Hights, IL 60004 | | Overnight Mail |
| Radical Publishing | Attn: Barrett Winslow | Po Box 341847 | Los Angeles, CA 90036 | | | Overnight Mail |
| Radical Publishing | P.O. Box 341847 | Los Angeles, CA 90034 | | | mkaufman@radicalcomics.com | Email |
| Red Giant Entertainment | Attn: Benny Powell | 614 E Hwy 50, Ste 235 | Clermont, FL 34711 | | | Overnight Mail |
| Renaissance Press | c/o Jimmy Gownley | PO Box 5060 | Harrisburg PA 17110 | | | Overnight Mail |
| Roll For Combat | Attn Stephen Glicker | 16 Continental Rd | Scarsdale, NY 10583 | | | Overnight Mail |
| S7Games | c/o Seven Seas Entertainment LLC | 3463 State St, Ste 545 | Santa Barbara, CA 93105 | | | Overnight Mail |
| Scout Comics | 12541 Metro Pkwy Ste 20 | Fort Myers, FL 33966 | | | | Overnight Mail |
| Sea Lion Book, LLC | 6070 Autumn View Trl | Acworth, GA 30101 | | | | Overnight Mail |
| Seven Seas Ghost Ship | Attn Jason Deangelis | 3463 State Street Ste 545 | Santa Barbara, CA 93105 | | | Overnight Mail |
| Slave Labor Graphics | 44 Race St | San Jose, CA 95126 | | | | Overnight Mail |
| Slave Labor Graphics | Attn: Dan Vado | Attn Dan Vado | 44 Race Street | San Jose, CA 95126-3130 | | Overnight Mail |
| Soaring Penguin Press | 106-1675 Augusta Ave | Burnaby, BC V5A 4S8 | Canada | | | Overnight Mail |
| Soaring Penguin Press | Attn John Anderson | 106-1675 Augusta Ave | Burnaby, BC V5A 4S8 | Canada | | Overnight Mail |
| Source Point Press | Attn: Jacob Way | 301 Cass St | Saginaw, MI 48602 | | | Overnight Mail |
| Source Point Press | Attn: Travis Mcintire | 301 Cass St | Saginaw, MI 48602 | | | Overnight Mail |
| Source Point Press | 3603 Orchard Dr | Midland, MI 48640 | | | jacob@oeeyemedia.com | Email |
| Starburns Industries Press | 1700 W Burbank Blvd | Burbank CA 91506 | | | | Overnight Mail |
| Storm Kind Productions Inc | Attn: Fred Altman & Assoc | 9255 Sunsent Blvd, Ste 901 | W Hollywood, CA 90069 | | | Overnight Mail |
| Storm King Productions, Inc | c/o Fred Altman & Co | 9255 Sunset Blvd, Ste 300 | Los Angeles, CA 90069 | | | Overnight Mail |
| Storm King Productions, Inc | c/o F Altman & Co | 9255 W Sunset Blvd, Ste 300 | Los Angeles, CA 90069 | | | Overnight Mail |
| Storm King Productions, Inc | Attn: Sandra Carpenter | C/O F. Altman & Associates | 9255 Sunset Blvd #901 | Los Angeles, CA 90069 | | Overnight Mail |
| Sumerian Comics | 434 Houston St, Ste 230 | Nashville, TN 37203 | | | | Overnight Mail |
| T Pub | Attn: Will O'Mullane | Po Box 74832 | London, NW6 9UN | United Kingdom | in notes | Email |
| T Pub | Po Box 74832 | London, NW6 9UN | United Kingdom | | | Overnight Mail |
| Th3rd World Studios | c/o Kenny Welker | 13122 Pelfrey Ln | Fairfax, VA 22033 | | DEVITO@TH3RDWORLD.COM | Email |
| Titan Comics | 3128 Forest Ln Ste 250 | Dallas, TX 75234 | | | john@titanemail.com | Email |
| Titan Comics | Attn: Jeremy /Cecilia | 3128 Forest Ln Ste 250 | Dallas, TX 75234 | | jeremy@titancomics.com | Overnight Mail |
| Titan Comics | 144 Southwark St | London, England SE1OUP | United Kingdom | | | Overnight Mail |
| Titan Comics | Attn: Nick Landau, Chris Teather | 144 Southwark St | London, England SE1OUP | United Kingdom | | Overnight Mail |
| Titan Comics | Attn: Nick Landau, Managing Director | 144 Southwark St | London, England SE1OUP | United Kingdom | | Overnight Mail |
| Tokyopop | Attn Stu Levy | 4136 Del Rey Ave | Marina Del Rey, CA 90292-5604 | | stu@tokyopop.com | Email |
| Tokyopop | 5200 W Century Blvd, Ste 705 | Los Angeles, CA 93011 | | | cory@poponline.com;cory@cnwstudios.com | Email |
| Toonhound Studios LLC | 20532 2nd Dr SE | Bothell, WA 98012 | | | | Overnight Mail |
| Toonhound Studios, LLC | Attn: Corey Casoni | 18602 69th Ln NE, Ste 104 | Kenmore, WA 99028 | | | Overnight Mail |
| TwoMorrows Inc. | Attn: John Morrow | 10407 Bedfordtown Dr | Raleigh NC 27614 | | john@twomorrows.com | Email |
| TwoMorrows Publishing | 10407 Bedfordtown Dr | Raleigh, NC 27614 | | | | Overnight Mail |
| Uboworkshop | Attn: Greg Softlgier | 5505 Boulevard Saint Laurent | Montréal, QC H2T 1S6 | Canada | | Overnight Mail |
| Udon Entertainment Inc | 51 Ridgeston Dr | Richmond Hill, ON L4S 0E3 | Canada | | | Overnight Mail |
| UDON Entertainment Inc | 51 Ridgeston Dr | Richmond Hill, ON L4S 0E3 | Canada | | erikko@udonentertainment.com | Email |
| Udon Entertainment Inc | Attn: Erik Ko | 51 Ridgestone Dr | Richmond Hill, ON L4S 0E3 | Canada | erikko@udonentertainment.com | Overnight Mail |
| Valiant Entertainment LLC | 239 W 29Th St | New York, NY 10001-5202 | | | walterb@valiantentertainment.com | Email |
| Valiant Entertainment LLC | Attn: John Petrie | 239 W 29Th St | New York, NY 10001-5202 | | | Overnight Mail |
| Vault Comics | 945 Wyoming St, Ste 150 | Missoula, MT 59801 | | | cyrus@vaultcomics.com | Email |
| Wicked Cow Studios, LLC | 45 W 21st St, 2nd Floor | Attn: Michael Herman | New York, NY 10010 | | | Overnight Mail |
| Wildside Press, LLC | 7945 Macarthur Blvd, Ste 21 | Cabin John, MD 20818 | | | | Overnight Mail |
| William M Gaines, Agent | Address Redacted | | | | | Overnight Mail |
| William M Gaines, Agent, Inc | c/o Ladas & Parry LLP | Attn: Lanning G Bryer, Esq | 1040 Ave of the Americas | New York, NY 10018-3738 | | Overnight Mail |
| William M. Gaines Agent, Inc. | Attn: Cathy Mifsud | 3975 Little John Dr | York, PA 17408 | | gainesmifsud@gmail.com | Email |
| Wyrm Publishing | 148 Lupine Way | Stirling, NJ 07980 | | | | Overnight Mail |
| Yaoi Press | c/o Yamila Abraham | 3417 S Goldfield Loop | Tucson, AZ 85735 | | INFOR@YAOIPRESS.COM | Email |
| Z2 Comics | 201 E 69th St, Apt 15B | New York, NY 10021 | | | | Overnight Mail |
| Z2 Comics | 201 E 69th, Apt 15B | New York, NY 10021 | | | JFRANKEL@DREW.EDU;jfrankelyzcomic@gmail.com | Email |
| Z2 Comics | 995 5Th Ave Apt 85 | New York, NY 10028 | | | | Overnight Mail |
| Z2 Comics | Attn: Josh Frankel | 995 5Th Ave Apt 85 | New York, NY 10028 | | | Overnight Mail |
| Zenescope Entertainment | 2381 Philmont Ave, Ste 219 | Huntingdon Valley, PA 19006 | | | Dcbrusha@zenescope.com | Email |
| Zenescope Entertainment | Attn: Joe And Ralph | 2381 Philmont Ave, Ste 119 | Horsham, PA 19044 | | dtermel@zenescope.com | Email |
| Zenescope Entertainment Inc | Attn: Lee Kugelman | 2381 Philmont Ave Ste 119 | Huntington Vy, PA 19006-6236 | | dtermel@zenescope.com; rledesco@zenescope.com; jbrusha@zenescope.com | Email |
| Zenescope Entertainment, Inc | Attn: Joe Brusha | 2381 Philmont Ave, Ste 119 | Huntingdon Valley, PA 19006 | | | Overnight Mail |
| Zombie Love Studios, LLC | 23031 Ventura Blvd, Ste 1000 | Woodland Hills, CA 91364 | | | JMSKILLEN@GMAIL.COM | Email |