IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 550 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF THE GLENDALE LEASE AND THE ABANDONMENT OF DE MINIMIS PROPERTY**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On June 30, 2025, the Debtors filed the *Debtors Motion for Entry of an Order Authorizing the Rejection of the Glendale Lease and the Abandonment of De Minimis Property* [D.I. 550] (the "Motion").

2. Pursuant to the Motion, objections to the Motion were to be filed on or before July 14, 2025 (the "Objection Deadline").

3. The Debtors received comments on the proposed form of order from counsel to Rubin & Frieda Fenster Family LTD Partnership (the "Landlord") prior to the Objection Deadline. No other informal comments or formal objections were filed in response to the Motion.

4. The Debtors have agreed to revisions to the proposed order for the Motion based on comments from the Landlord. A revised proposed order is attached hereto as **Exhibit A** (the

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

"Revised Proposed Order"). Attached hereto as **Exhibit B** is a redline of the Revised Proposed Order that reflects the changes made to the original proposed order filed with the Motion.

5. The Debtors have confirmed that the Revised Proposed Order is acceptable to the Landlord.

6. Accordingly, pursuant to rule 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

[*Remainder of Page Left Intentionally Blank*]

Dated: July 18, 2025                    **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
            adam.isenberg@saul.com
            turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
            paige.topper@saul.com
            nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*