**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP,
AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD MAY 1, 2025 THROUGH MAY 31, 2025**

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby certifies that they have received no answer, objection or any other responsive pleading with respect to the *Fourth Monthly Fee Statement of Lowenstein Sandler LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Services Rendered and Expenses Incurred for the Period May 1, 2025 Through May 31, 2025* [Docket No. 547] (the "Application") of Lowenstein Sandler LLP ("Applicant"). The undersigned further certifies that it has reviewed the Court's docket in these chapter 11 cases and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Court on the date listed on **Exhibit A**.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order") [Docket No.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have fourteen (14) days after the date of service to object to the Application.

6413735.1

203], entered on March 10, 2025, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application.

Dated: July 18, 2025

| | |
|---|---|
| **TYDINGS & ROSENBERG LLP** | **LOWENSTEIN SANDLER LLP** <br> Bruce S. Nathan (admitted *pro hac vice*) |
| */s/ Stephen B. Gerald* | Gianfranco Finizio (admitted *pro hac vice*) |
| Dennis J. Shaffer (MD Bar No. 25680) | Chelsea R. Frankel (admitted *pro hac vice*) |
| Stephen B. Gerald (MD Bar No. 26590) | 1251 Avenue of the Americas |
| 1 East Pratt Street, Suite 901 | New York, NY 10020 |
| Baltimore, MD 21202 | Telephone: (212) 262-6700 |
| Telephone: (410) 752-9700 | Email: bnathan@lowenstein.com |
| Email: dshaffer@tydings.com | gfinizio@lowenstein.com |
| sgerald@tydings.com | cfrankel@lowenstein.com |

-and-

Michael Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Co-counsel to the Official Committee of Unsecured Creditors*

6413735.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of July, 2025, the foregoing was served via email on the following:

> Robert Gorin, CRO rgorin@getzlerhenrich.com
> Gerard R. Vetter gerard.r.vetter@usdoj.gov

And via the Court's CM/ECF filing system on the following:

- Jan Berlage     JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea     lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- Andrew Brown     abrown@klestadt.com
- Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com
- David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
- Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio     gfinizio@lowenstein.com
- Chelsea R Frankel     cfrankel@lowenstein.com
- Stephen B. Gerald     sgerald@tydings.com
- Christopher J. Giaimo     christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Zvi Guttman     zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
- Jeffrey C. Hampton     jeffrey.hampton@saul.com
- Adam H Isenberg     adam.isenberg@saul.com
- Toyja E. Kelley     toyja.kelley@lockelord.com
- C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- Eric George Korphage     korphagee@whiteandwilliams.com
- Jung Yong Lee     jlee@tydings.com, mhickman@tydings.com
- Gary H. Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com
- Bruce S. Nathan     bnathan@lowenstein.com

6413735.1

3

- Michael Papandrea    mpapandrea@lowenstein.com
- Steven Gregory Polard    steven.polard@ropers.com
- Jordan Rosenfeld    jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer    nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- Elizabeth Anne Scully    escully@bakerlaw.com
- Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
- Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- Nicholas Smargiassi    nicholas.smargiassi@saul.com
- Brent C. Strickland    bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
- Paige Noelle Topper    paige.topper@saul.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

        */s/  Stephen B. Gerald*
        Stephen B. Gerald

6413735.1

# EXHIBIT A

**DIAMOND COMIC DISTRIBUTORS, INC., *et al.*
CASE NO. 25-10308 (DER)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Applications Filed | Objection Deadline |
|---|---|---|---|---|---|
| Lowenstein Sandler LLP  [Docket No. 547] | 5/1/25 – 5/31/25 | $157,688.25 (Fees)  $992.95 (Expenses) | $126,150.60 (Fees @ 80%)  $992.95 (Expenses @ 100%) | 6/30/2025 | 7/14/2025 |