United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 25-10308-DER |
| Diamond Comic Distributors, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2025 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 20, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Andrew Brown | abrown@klestadt.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | bnathan@lowenstein.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 18, 2025 | Form ID: defntc | Total Noticed: 1 |

C. Kevin Kobbe
    kevin.kobbe@us.dlapiper.com   docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
    chopkin@yvslaw.com
    pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
    cfrankel@lowenstein.com

Christopher J. Giaimo
    christopher.giaimo@squirepb.com   christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
    cpalik@mhlawyers.com
    cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
    jack.blum@polsinelli.com   lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
    dsbushnaq@venable.com

David W.T. Daniels
    ddaniels@perkinscoie.com
    docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
    dshaffer@tydings.com   scalloway@tydings.com,mhickman@tydings.com,jlee@tydings.com

Elizabeth Anne Scully
    escully@bakerlaw.com

Ellen E. Dew
    ellen.dew@us.dlapiper.com

Emily Devan
    edevan@milesstockbridge.com

Eric George Korphage
    korphagee@whiteandwilliams.com

G. David Dean
    ddean@coleschotz.com   PRatkowiak@coleschotz.com

Gary H. Leibowitz
    gleibowitz@coleschotz.com   pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
    gfinizio@lowenstein.com

Harry Conrad Jones
    HJones@coleschotz.com   bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
    indira.sharma@troutman.com
    katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

Jan Berlage
    JBerlage@GHSLLP.com   tcollins@ghsllp.com

Jeffrey C. Hampton
    jeffrey.hampton@saul.com

Jonathan A. Grasso
    jgrasso@yvslaw.com   pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
    jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
    jordan.rosenfeld@saul.com

Jung Yong Lee
    jlee@milesstockbridge.com   mhickman@tydings.com

Justin Philip Fasano
    jfasano@mhlawyers.com

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 18, 2025 | Form ID: defntc | Total Noticed: 1 |

    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Laura Skowronski Bouyea
    lsbouyea@venable.com dmdierdorff@venable.com

Mark Minuti
    mark.minuti@saul.com robyn.warren@saul.com

Mark L Desgrosseilliers
    desgross@chipmanbrown.com fusco@chipmanbrown.com

Matthew G. Summers
    summersm@ballardspahr.com
    branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com

Michael Papandrea
    mpapandrea@lowenstein.com

Nicholas Smargiassi
    nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
    nick.schandlbauer@arlaw.com lianna.sarasola@arlaw.com

Paige Noelle Topper
    paige.topper@saul.com

Peter J Artese
    peter.artese@us.dlapiper.com

Randy Moonan
    rmoonan@sillscummis.com

Richard L. Costella
    rcostella@tydings.com scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com

S. Jason Teele
    steele@sillscummis.com

Sam Alberts
    sam.alberts@dentons.com docket.general.lit.wdc@dentons.com

Scott Prince
    sprince@bakerlaw.com

Stephen B. Gerald
    sgerald@tydings.com

Steven Gregory Polard
    steven.polard@ropers.com loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas K. Bredar
    thomas.bredar@wilmerhale.com
    andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
    toyja.kelley@lockelord.com

Turner Falk
    turner.falk@saul.com tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
    zvi@zviguttman.com zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 53

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

## DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 600 – Motion to Appear pro hac vice James R. Irving Filed by Game Manufacturers Association and certain of its members. (Attachments: # 1 Proposed Order) (Alberts, Sam) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 8/1/25. Fee has not bee paid.** |
| CURE: | The filing fee of $100 for Motion to Appear Pro Hac Vice must be paid. (28 U.S.C. §1930) |

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

U.S. Bankruptcy Court
Garmatz Federal Courthouse
101 W. Lombard Street, Suite 8530
Baltimore, MD 21201

U.S. Bankruptcy Court
U.S. Courthouse
6500 Cherrywood Lane, Suite 300
Greenbelt, MD 20770

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

| | |
|---|---|
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements:** http://www.mdb.uscourts.gov/content/filing–requirements.
**Additional information for non–attorney filers:** http://www.mdb.uscourts.gov/content/after–filing.

Dated: 7/18/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301–344–3390

cc:   Debtor
      Attorney for Debtor – Jordan Rosenfeld
      Movant's Local Counsel – Sam Alberts

defntc (rev. 12/12/2016)