

# William M. Gaines, Agent, Inc.

3975 Little John Drive • York, Pennsylvania 17408
Phone 717-405-1102 • Fax 717-792-0989 • Email gainesmifsud@aol.com

July 17, 2025

Clerk of the Bankruptcy Court
U.S. Bankruptcy Court for the District of Maryland (Baltimore Division)
101 West Lombard Street, Suite 8530
Baltimore, Maryland 21201

Re: *In re Diamond Comic Distributors, Inc., et al.*, **25-10308 (DER) Objection to the Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or other Disposition of Consigned Inventory, (II) Approving Sales of Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief**

Dear Clerk of Court:

I am Cathy Gaines Mifsud, President of William M. Gaines, Agent, Inc. ("Gaines Agent"), a creditor in the above-referenced action. I submit this objection to the Debtor's Motion for Entry of an Order, referenced above, pursuant to the Notice received on June 26, 2025. (D.I. 538).

Gaines Agent hereby objects to the entry of an Order disposing of any inventory that may be in the Debtors' possession, custody or control, but is actually owned by Gaines Agent. Gaines Agent maintains a proprietary interest in the inventory that is the subject of the motion.

As background, in March 2011 Gemstone Publishing Inc. and Diamond Comic Distributors Inc. ( jointly, "Debtors") entered into a settlement agreement with Gaines Agent, that transferred all right, title and interest in certain inventory. An executed copy of the 2011 Settlement Agreement will be submitted to the Court upon request. An inventory report of the items in Debtors' possession that are owned by Gaines Agent are hereto attached as Exhibit A.

Therefore, the Debtors' may not dispose of or sell the inventory subject to the 2011 Settlement Agreement and Gaines Agent respectfully requests that any order issued by the Court upon the Debtors' Motion explicitly exclude the inventory that is subject of the 2011 Settlement Agreement.

We thank the Clerk of Court for his consideration of and prompt attention to this objection.

USBC-MD B FILED MAIL
18 JUL '25 AM 10:52

_____
Cathy Gaines Mifsud, President
William M. Gaines Agent, Inc.

EXHIBIT A

| Vendor: 58 WILLIAM M GAINES, VIA GEMSTONE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item Code | Stock No | EAN | UPC | ISBN | Title | Price | On Hand |
| DEC961024 | STK016563 | | | | WEIRD FANTASY #19 | 2.5 | 81 |
| DEC961025 | STK016564 | | | | TWO FISTED TALES #19 | 2.5 | 325 |
| FEB950483 | STK018308 | | | | WEIRD SCIENCE #12 (004) | 2 | 770 |
| JAN950360 | STK023524 | | | | CRIME SUSPENSTORIES #11 (004) | 2 | 459 |
| JAN950361 | STK023525 | | | | HAUNT OF FEAR #11 (004) | 2 | 541 |
| JUL950442 | STK028994 | | | | CRIME SUSPENSTORIES #13 (004) | 2 | 887 |
| JUL950444 | STK028996 | | | | HAUNT OF FEAR #13 (004) | 2 | 145 |
| JUN971367 | STK035747 | | | | VAULT OF HORROR #21 #21 | 2.5 | 1284 |
| MAR950509 | STK038086 | | | | WEIRD FANTASY #12 (004) | 2 | 237 |
| MAR950510 | STK038087 | | | | TWO-FISTED TALES #12 #12 | 2 | 380 |
| MAR960623 | STK039427 | | | | TWO FISTED TALES #16 | 2.5 | 198 |
| MAR971075 | STK041371 | | | | VAULT OF HORROR #20 | 2.5 | 1611 |
| MAR971077 | STK041373 | | | | TWO FISTED TALES #20 | 2.5 | 44 |
| MAY950516 | STK044138 | | | | WEIRD SCIENCE #13 (004) | 2 | 370 |
| MAY971340 | STK047400 | | | | PANIC #3 | 2.5 | 280 |
| OCT950507 | STK052669 | | | | FRONTLINE COMBAT #3 (004) | 2 | 638 |
| OCT950508 | STK052670 | | | | CRIME SUSPENSTORIES #14 #14 | 2 | 382 |
| SEP950477 | STK055908 | | | | WEIRD FANTASY #14 (004) | 2 | 388 |
| JUL971375 | STK060708 | | | | CRIME SUSPENSTORIES #21 | 2.5 | 617 |
| JUL971376 | STK062692 | | | | TALES FROM THE CRYPT #2 | 1.5 | 614 |
| JUL971387 | STK065032 | | | | TALES FROM THE CRYPT #13 (O/A) | 2 | 0 |
| JUL971388 | STK065033 | | | | TALES FROM THE CRYPT #14 (O/A) | 2 | 0 |
| JUL971389 | STK065034 | | | | TALES FROM THE CRYPT #15 (O/A) | 2 | 0 |
| JUL971391 | STK065036 | | | | TALES FROM THE CRYPT #17 (O/A) | 2.5 | 0 |
| NOV971413 | STK069816 | | | | CRIME SUSPENSTORIES #7 (O/A) | 2 | 268 |
| NOV971410 | STK069817 | | | | CRIME SUSPENSTORIES #4 | 2 | 2361 |
| NOV971409 | STK069818 | | | | CRIME SUSPENSTORIES #3 | 1.5 | 123 |
| NOV971407 | STK069819 | | | | CRIME SUSPENSTORIES #1 (O/A) | 1.5 | 1409 |
| NOV971414 | STK069821 | | | | CRIME SUSPENSTORIES #8 (O/A) | 2 | 1568 |
| NOV971416 | STK069823 | | | | CRIME SUSPENSTORIES #10 (O/A) | 2 | 999 |
| NOV971404 | STK070475 | | | | TALES FROM THE CRYPT #23 #23 | 2.5 | 94 |
| DEC971479 | STK072263 | | | | SHOCK SUSPENSTORIES #1 (O/A) | 1.5 | 391 |
| DEC971482 | STK072264 | | | | SHOCK SUSPENSTORIES #4 | 2 | 1743 |

| | | | |
|---|---|---|---:|
| DEC971486 | STK072268 | SHOCK SUSPENSTORIES #8 | 2 | 489 |
| DEC971488 | STK072270 | SHOCK SUSPENSTORIES #10 (O/A) | 2 | 739 |
| DEC971489 | STK072271 | SHOCK SUSPENSTORIES #11 (O/A) | 2 | 1090 |
| DEC971490 | STK072272 | SHOCK SUSPENSTORIES #12 (O/A) | 2 | 216 |
| DEC971491 | STK072273 | SHOCK SUSPENSTORIES #13 (O/A) | 2 | 949 |
| DEC971480 | STK072288 | SHOCK SUSPENSTORIES #2 | 1.5 | 1994 |
| DEC971476 | STK072941 | PIRACY #2 | 2.5 | 116 |
| JAN981575 | STK074877 | WEIRD FANTASY #4 #4 | 2 | 1105 |
| JAN981576 | STK074897 | WEIRD FANTASY #5 #5 | 2 | 1451 |
| JAN981577 | STK074898 | WEIRD FANTASY #6 | 2 | 917 |
| JAN981580 | STK074900 | WEIRD FANTASY #9 (O/A) | 2 | 1200 |
| JAN981581 | STK074901 | WEIRD FANTASY #10 #10 | 2 | 1174 |
| JAN981582 | STK074902 | WEIRD FANTASY #11 (O/A) | 2 | 2371 |
| JAN981568 | STK075664 | PIRACY #3 | 2.5 | 358 |
| JAN981570 | STK075666 | FRONTLINE COMBAT #12 | 2.5 | 358 |
| JAN981571 | STK075667 | HAUNT OF FEAR #23 | 2.5 | 36 |
| MAR981389 | STK080683 | PIRACY #5 (001) | 2.5 | 358 |
| MAR981391 | STK080685 | TWO FISTED TALES #24 #24 | 2.5 | 103 |
| MAR981393 | STK080687 | PIRACY ANNUAL VOL 1 | 10.95 | 89 |
| MAY981281 | STK085585 | PANIC #7 (001) | 2.5 | 169 |
| MAY981283 | STK085587 | TALES FROM THE CRYPT #25 (001) | 2.5 | 0 |
| JUL981235 | STK089745 | FRONTLINE COMBAT #14 (001) | 2.5 | 66 |
| JUL981238 | STK089748 | VAULT OF HORROR ANNUAL #5 #5 | 13.5 | 1291 |
| AUG981318 | STK092043 | VALOR #3 (001) | 2.5 | 184 |
| AUG981320 | STK092044 | HAUNT OF FEAR ANNUAL #5 | 13.5 | 1376 |
| SEP981277 | STK094216 | VAULT OF HORROR #26 (001) | 2.5 | 0 |
| OCT981393 | STK096271 | CRIME SUSPENSTORIES #26 #26 | 2.5 | 102 |
| NOV981348 | STK098107 | VALOR ANNUAL #1 (001) | 13.5 | 568 |
| DEC981331 | STK099936 | ACES HIGH #1 (001) | 2.5 | 58 |
| JAN991368 | STK101771 | ACES HIGH #2 (Of 5) (001) | 2.5 | 141 |
| JAN991371 | STK101774 | IMPACT #2 (Of 5) (001) | 2.5 | 688 |
| FEB991350 | STK103780 | ACES HIGH #3 (Of 5) (001) | 2.5 | 0 |
| FEB991351 | STK103781 | IMPACT #3 (Of 5) (001) | 2.5 | 96 |
| APR991409 | STK107545 | ACES HIGH #5 (Of 5) | 2.5 | 0 |
| MAY991505 | STK109402 | PANIC #11 #11 | 2.5 | 2112 |
| JUL991470 | STK113392 | VAULT OF HORROR ANNUAL #6 #6 | 10.95 | 1092 |

| | | | | |
|---|---|---|---|---:|
| SEP991486 | STK117334 | | EXTRA #1 (Of 5) | 2.5 | 783 |
| SEP991492 | STK117339 | | TALES FROM THE CRYPT ANNUAL #6 | 13.5 | 342 |
| OCT991503 | STK119454 | | MD ANNUAL #1 | 13.5 | 327 |
| OCT991505 | STK119456 | | PSYCHOANALYSIS ANNUAL #1 | 10.95 | 285 |
| DEC991440 | STK123088 | | EXTRA #4 (Of 5) | 2.5 | 1067 |
| JAN001525 | STK124912 | | EXTRA #5 (Of 5) | 2.5 | 1196 |
| JAN001526 | STK124913 | | WAR AGAINST CRIME #2 | 2.5 | 364 |
| FEB001544 | STK126781 | | CRIME PATROL #3 | 2.5 | 514 |
| FEB001545 | STK126782 | | WAR AGAINST CRIME #3 | 2.5 | 965 |
| FEB001546 | STK126783 | | EXTRA ANNUAL #1 | 13.5 | 318 |
| MAR001610 | STK128822 | | CRIME PATROL #4 | 2.5 | 646 |
| MAR001611 | STK128823 | | WAR AGAINST CRIME #4 | 2.5 | 668 |
| APR001655 | STK130816 | | CRIME PATROL #5 | 2.5 | 733 |
| MAY001610 | STK132796 | | CRIME PATROL #6 | 2.5 | 960 |
| MAY001612 | STK132798 | | CRIME PATROL ANNUAL #1 | 13.5 | 590 |
| MAY001613 | STK132799 | | WAR AGAINST CRIME ANNUAL #1 | 13.5 | 564 |
| JUN001763 | STK134847 | | CRIME PATROL #7 #7 | 2.5 | 209 |
| JUN001764 | STK134848 | | WAR AGAINST CRIME #7 | 2.5 | 495 |
| JUL001817 | STK136877 | | CRIME PATROL #8 | 2.5 | 798 |
| JUL001818 | STK136878 | | WAR AGAINST CRIME #8 | 2.5 | 957 |
| AUG001978 | STK138846 | | CRIME PATROL #9 | 2.5 | 1244 |
| AUG001979 | STK138847 | | WAR AGAINST CRIME #9 | 2.5 | 678 |
| SEP001997 | STK140833 | | CRIME PATROL #10 | 2.5 | 1146 |
| SEP001998 | STK140834 | | WAR AGAINST CRIME #10 | 2.5 | 1179 |
| OCT002111 | STK142712 | | CRIME PATROL ANNUAL #2 | 13.5 | 897 |
| OCT002113 | STK142714 | | WAR AGAINST CRIME #11 | 2.5 | 1064 |
| APR940308 | STK445988 | | HAUNT OF FEAR #8 (004) | 2 | 383 |
| DEC940282 | STK445994 | | TWO-FISTED TALES #11 (004) | 2 | 443 |
| JUL940309 | STK446002 | | HAUNT OF FEAR #9 (004) | 2 | 521 |
| JUN940342 | STK446010 | | TWO FISTED TALES #9 (004) | 2 | 1827 |
| JUN940343 | STK446011 | | VAULT OF HORROR #9 (004) | 2 | 3078 |
| MAR940353 | STK446013 | | TWO-FISTED TALES #8 | 2 | 1155 |
| MAR940354 | STK446014 | | VAULT OF HORROR #8 | 2 | 496 |
| OCT940340 | STK446020 | | HAUNT OF FEAR #10 (004) | 2 | 244 |
| SEP940358 | STK446025 | | TWO-FISTED TALES #10 (004) | 2 | 1091 |
| AUG940478 | STK446389 | | WEIRD SCIENCE #10 (004) | 2 | 1216 |

| Code | STK | Prefix | Title | Price | Qty |
|---|---|---|---|---|---|
| SEP940359 | STK446390 | | VAULT OF HORROR #10 (004) | 2 | 463 |
| OCT940341 | STK446662 | | INCREDIBLE SCIENCE FICTION #10 (004) | 2 | 633 |
| APR940309 | STK448403 | | INCREDIBLE SCIENCE FICTION #8 (004) | 2 | 104 |
| JUL940310 | STK448405 | | INCREDIBLE SCIENCE FICTION #9 (004) | 2 | 200 |
| AUG052946 | STK288911 | 97818 1-8884 | EC PICTO FICTION LIBRARY COMPLETE S | 150 | 1797 |
| NOV063594 | STK327810 | 97818 1-8884 | EC ARCHIVES TWO FISTED TALES HC VO | 49.95 | 3367 |
| DEC063587 | STK329886 | 97818 1-8884 | EC ARCHIVES WEIRD SCIENCE HC VOL 0 | 49.95 | 1530 |
| FEB073490 | STK333535 | 97818 1-8884 | EC ARCHIVES SHOCK SUSPENSTORIES H | 49.95 | 2461 |
| JUN073591 | STK336586 | 97818 1-8884 | EC ARCHIVES TWO-FISTED TALES HC VO | 49.95 | 5262 |
| OCT073542 | STK354269 | 97818 1-8884 | EC ARCHIVES CRIME SUSPENSTORIES H | 49.95 | 2785 |
| DEC073672 | STK358634 | 97816 1-6036 | EC ARCHIVES WEIRD SCIENCE HC VOL 0 | 49.95 | 3249 |
| APR083869 | STK360829 | 97816 1-6036 | EC ARCHIVES FRONTLINE COMBAT HC V | 49.95 | 5425 |
| MAR083734 | STK366428 | 97816 1-6036 | EC ARCHIVES TALES FROM THE CRYPT H | 49.95 | 0 |
| MAR118243 | STK445979 | | EC WEIRD SCIENCE-FANTASY #10 | 2 | 0 |
| MAR118244 | STK445980 | | EC WEIRD SCIENCE-FANTASY #11 | 2 | 14 |
| MAR118240 | STK445984 | | EC VAULT OF HORROR #1 | 2 | 11895 |
| MAR118280 | STK446653 | | EC WEIRD SCIENCE GLADSTONE ED #2 | 1.95 | 2465 |
| MAR118298 | STK446841 | | EC TALES FROM THE CRYPT EXTRA LARG | 3.95 | 9038 |
| SEP198528 | STL145105 | | EC VAULT OF HORROR GLADSTONE ED # | 1.95 | 2644 |
| | | | | | 125038 |