Entered: July 21st, 2025
Signed: July 21st, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing [533] Motion to File Claim After Claims Bar Date Filed by Liminal Esports LLC filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above−referenced filing is stricken from the official record of the instant case.

cc:  Debtor
     Attorney for Debtor – Jordan Rosenfeld
     Movant – Liminal Esports c/o James Collins
     U.S. Trustee

**End of Order**

14x01 (rev. 02/02/2006) – ShannonMcKenna