## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>August 18, 2025 at 11:00 a.m. (ET)<br>**Objection Deadline:**<br>August 13, 2025 |

## NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SALE AND PURCHASE AGREEMENT AMONG DEBTORS COMIC EXPORTERS, INC. AND COMIC HOLDINGS, INC., AND DIAMOND DISTRIBUTORS UK, LTD; (II) APPROVING SALE OF SHARES FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; AND (III) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on July 23, 2025, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Approving the Sale and Purchase Agreement Among Debtors Comic Exporters, Inc. and Comic Holdings, Inc., and Diamond Distributors UK, Ltd.; (II) Approving the Sale of Shares Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief* (the "Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Sale Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 101 West Lombard Street, Suite 8530, Baltimore, Maryland 21201, on or before **August 13, 2025,** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by the undersigned counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Sale Motion will be held before the Honorable David E. Rice at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, Maryland 21201, on **August 18, 2025, at 11:00 a.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 23, 2025         **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
  Jordan D. Rosenfeld (MD Bar No. 13694)
  1001 Fleet Street, 9th Floor
  Baltimore, MD 21202
  Telephone: (410) 332-8600
  Email: jordan.rosenfeld@saul.com

  -and-

  Jeffrey C. Hampton (admitted *pro hac vice*)
  Adam H. Isenberg (admitted *pro hac vice*)
  Turner N. Falk (admitted *pro hac vice*)
  1500 Market Street, 38th Floor
  Philadelphia, PA 19102
  Telephone: (215) 972-7777
  Email: jeffrey.hampton@saul.com
      adam.isenberg@saul.com
      turner.falk@saul.com

  -and-

  Mark Minuti (admitted *pro hac vice*)
  Paige N. Topper (admitted *pro hac vice*)
  Nicholas Smargiassi (admitted *pro hac vice*)
  1201 N. Market Street, Suite 2300
  Wilmington, DE 19801
  Telephone: (302) 421-6800
  Email: mark.minuti@saul.com
      paige.topper@saul.com
      nicholas.smargiassi@saul.com

  *Counsel to the Debtors and Debtors in Possession*