United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-10308-DER
Diamond Comic Distributors, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2025 | Form ID: defntc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |
| | + | Molten Core Media LLC, dba Magma Comix, ATTN: Denton J. Tipton, 3130 Whittier St., San Diego, CA 92106-1636 |
| cr | + | Molten Core Media, LLC dba Magma Comix, 3130 Whittier St., San Diego, CA 92106-1636 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Andrew Brown | abrown@klestadt.com |
| Ashley N Fellona | ashley.fellona@saul.com janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 21, 2025 | Form ID: defntc | Total Noticed: 3 |

bnathan@lowenstein.com

C. Kevin Kobbe
    kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
    chopkin@yvslaw.com
    pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
    cfrankel@lowenstein.com

Christopher J. Giaimo
    christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
    cpalik@mhlawyers.com
    cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
    jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
    dsbushnaq@venable.com

David W.T. Daniels
    ddaniels@perkinscoie.com
    docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
    dshaffer@tydings.com  scalloway@tydings.com,mhickman@tydings.com,jlee@tydings.com

Elizabeth Anne Scully
    escully@bakerlaw.com

Ellen E. Dew
    ellen.dew@us.dlapiper.com

Emily Devan
    edevan@milesstockbridge.com

Eric George Korphage
    korphagee@whiteandwilliams.com

G. David Dean
    ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz
    gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
    gfinizio@lowenstein.com

Harry Conrad Jones
    HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
    indira.sharma@troutman.com
    katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

Jan Berlage
    JBerlage@GHSLLP.com  tcollins@ghsllp.com

Jeffrey C. Hampton
    jeffrey.hampton@saul.com

Jonathan A. Grasso
    jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
    jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
    jordan.rosenfeld@saul.com

Jung Yong Lee
    jlee@milesstockbridge.com  mhickman@tydings.com

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 21, 2025 | Form ID: defntc | Total Noticed: 3 |

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Laura Skowronski Bouyea
lsbouyea@venable.com  dmdierdorff@venable.com

Mark Minuti
mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers
desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Summers
summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com

Michael Papandrea
mpapandrea@lowenstein.com

Nicholas Smargiassi
nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper
paige.topper@saul.com

Peter J Artese
peter.artese@us.dlapiper.com

Randy Moonan
rmoonan@sillscummis.com

Richard L. Costella
rcostella@tydings.com  scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com

S. Jason Teele
steele@sillscummis.com

Sam Alberts
sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Scott Prince
sprince@bakerlaw.com

Stephen B. Gerald
sgerald@tydings.com

Steven Gregory Polard
steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas K. Bredar
thomas.bredar@wilmerhale.com
andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
toyja.kelley@lockelord.com

Turner Falk
turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 53

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25−10308 − DER**    Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 585 − Objection Filed by Molten Core Media, LLC dba Magma Comix (related document(s)531 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.). (Attachments: # 1 Distribution Agreement) (McKenna, Shannon)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 8/4/25.**

**The Creditor is not an individual and is not represented by an attorney who is a member of the bar of the District Court.**

CURE: Appearance of counsel is required. (Local Bankruptcy Rule 90101)

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 7/21/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301−344−3390

cc:   Debtor
      Attorney for Debtor − Jordan Rosenfeld
      Movant − Molten Core Media LLC c/o Denton J. Tipton

defntc (rev. 12/12/2016)