United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-10308-DER |
| Diamond Comic Distributors, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 21, 2025 | Form ID: defntc | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |
| cr | + | Willaim M. Gaines, Agent Inc., c/o Cathy Gaines Mifsud, President, 3975 Little John Drive, York, PA 17408-8985 |
| | + | William M. Gaines, Agent Inc., C/o Cathy Gaines Mifsud, 3975 Little John Drive, York, PA 17408-8985 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2025            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Andrew Brown | abrown@klestadt.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@wtplaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 21, 2025 | Form ID: defntc | Total Noticed: 3 |

    bnathan@lowenstein.com

C. Kevin Kobbe
    kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
    chopkin@yvslaw.com
    pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
    cfrankel@lowenstein.com

Christopher J. Giaimo
    christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
    cpalik@mhlawyers.com
    cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
    jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
    dsbushnaq@venable.com

David W.T. Daniels
    ddaniels@perkinscoie.com
    docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
    dshaffer@tydings.com  scalloway@tydings.com,mhickman@tydings.com,jlee@tydings.com

Elizabeth Anne Scully
    escully@bakerlaw.com

Ellen E. Dew
    ellen.dew@us.dlapiper.com

Emily Devan
    edevan@milesstockbridge.com

Eric George Korphage
    korphagee@whiteandwilliams.com

G. David Dean
    ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz
    gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
    gfinizio@lowenstein.com

Harry Conrad Jones
    HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
    indira.sharma@troutman.com
    katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

Jan Berlage
    JBerlage@GHSLLP.com  tcollins@ghsllp.com

Jeffrey C. Hampton
    jeffrey.hampton@saul.com

Jonathan A. Grasso
    jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
    jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
    jordan.rosenfeld@saul.com

Jung Yong Lee
    jlee@milesstockbridge.com  mhickman@tydings.com

District/off: 0416-1                                       User: admin                                              Page 3 of 3
Date Rcvd: Jul 21, 2025                                Form ID: defntc                                        Total Noticed: 3

| | |
|---|---|
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Laura Skowronski Bouyea | lsbouyea@venable.com  dmdierdorff@venable.com |
| Mark Minuti | mark.minuti@saul.com  robyn.warren@saul.com |
| Mark L Desgrosseilliers | desgross@chipmanbrown.com  fusco@chipmanbrown.com |
| Matthew G. Summers | summersm@ballardspahr.com branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com |
| Michael Papandrea | mpapandrea@lowenstein.com |
| Nicholas Smargiassi | nicholas.smargiassi@saul.com |
| Nikolaus F. Schandlbauer | nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com |
| Paige Noelle Topper | paige.topper@saul.com |
| Peter J Artese | peter.artese@us.dlapiper.com |
| Randy Moonan | rmoonan@sillscummis.com |
| Richard L. Costella | rcostella@tydings.com  scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com |
| S. Jason Teele | steele@sillscummis.com |
| Sam Alberts | sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com |
| Scott Prince | sprince@bakerlaw.com |
| Stephen B. Gerald | sgerald@tydings.com |
| Steven Gregory Polard | steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com |
| Thomas K. Bredar | thomas.bredar@wilmerhale.com andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com |
| Toyja E. Kelley | toyja.kelley@lockelord.com |
| Turner Falk | turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |
| Zvi Guttman | zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 53

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−10308 − DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 623 − Objection Filed by Willaim M. Gaines, Agent Inc. (related document(s)531 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.). (McKenna, Shannon)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 8/4/25.**

**The Creditor is not an individual and is not represented by an attorney who is a member of the bar of the District Court.**

CURE: Appearance of counsel is required. (Local Bankruptcy Rule 90101)

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 7/21/25

> Mark A. Neal, Clerk of Court
> by Deputy Clerk, Shannon McKenna
> 301−344−3390

cc:   Debtor
      Attorney for Debtor − Jordan Rosenfeld
      Movant − William Gaines Agent c/o Cathy Gaines Mifsud

defntc (rev. 12/12/2016)