## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 200** |

### NOTICE OF FOURTH MONTHLY COMPENSATION AND STAFFING REPORT FOR GETZLER HENRICH & ASSOCIATES LLC, FOR THE PERIOD FROM MAY 1, 2025 TO MAY 31, 2025

**PLEASE TAKE NOTICE** that in accordance with the *Order Authorizing (I) the Retention and Employment of Getzler Henrich & Associates LLC, to Provide Interim Management Services, and (II) the Designation of Robert Gorin and William Henrich as Co-Chief Restructuring Officers to the Debtors, Effective as of the Petition Date* [D.I. 200] (the "Retention Order"), Getzler Henrich & Associates LLC has filed the attached staffing and compensation report for the period from May 1, 2025 through May 31, 2025 (the "Staffing and Compensation Report") with the United States Bankruptcy Court for the District of Maryland.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report must be made in accordance with the Retention Order and filed and served upon the undersigned counsel so as to be received on or before August 7, 2025.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| | |
|---|---|
| Dated: July 24, 2025 | **SAUL EWING LLP**<br><br>By: */s/ Jordan D. Rosenfeld*<br>    Jordan D. Rosenfeld (MD Bar No. 13694)<br>    1001 Fleet Street, 9th Floor<br>    Baltimore, MD 21202<br>    Telephone: (410) 332-8600<br>    Email: jordan.rosenfeld@saul.com<br><br>    -and-<br><br>    Jeffrey C. Hampton (admitted *pro hac vice*)<br>    Adam H. Isenberg (admitted *pro hac vice*)<br>    Turner N. Falk (admitted *pro hac vice*)<br>    1500 Market Street, 38th Floor<br>    Philadelphia, PA 19102<br>    Telephone: (215) 972-7777<br>    Email: jeffrey.hampton@saul.com<br>           adam.isenberg@saul.com<br>           turner.falk@saul.com<br><br>    -and-<br><br>    Mark Minuti (admitted *pro hac vice*)<br>    Paige N. Topper (admitted *pro hac vice*)<br>    Nicholas Smargiassi (admitted *pro hac vice*)<br>    1201 N. Market Street, Suite 2300<br>    Wilmington, DE 19801<br>    Telephone: (302) 421-6800<br>    Email: mark.minuti@saul.com<br>           paige.topper@saul.com<br>           nicholas.smargiassi@saul.com<br><br>    *Counsel for Debtors and Debtors in Possession* |