**Exhibit A**

Summary of Fees and Expenses by Activity Category

**Getzler Henrich & Associates**
**Summary of Fees and Expenses by Category**
**May 01, 2025 to May 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Activity Description | Hours | Fees |
|---|---:|---:|
| Accounting | 51.6 | $ 26,791.00 |
| BOD issues | 7.2 | 5,521.00 |
| Business Ops | 76.7 | 53,030.50 |
| Case Admin. | 2.0 | 1,485.00 |
| Cash Flow | 77.7 | 55,062.50 |
| Cash Management | 71.3 | 42,621.50 |
| Court Prep | 9.4 | 6,855.00 |
| Employment and Fee App | 8.4 | 5,418.00 |
| IT Network Hardware Software | 49.1 | 24,304.50 |
| Litigation Matters & Support | 9.4 | 6,921.00 |
| Meetings with Creditors | 6.7 | 4,979.50 |
| Reporting | 104.2 | 54,344.00 |
| Sale of Business | 382.6 | 246,884.00 |
| Supplier Issues | 15.9 | 10,854.50 |
| Travel | 67.5 | 19,083.25 |
| **Total** | **888.1** | **$ 564,155.25** |

| Expense Category | Amount |
|---|---:|
| Accommodations Hotel/Motel | $ 5,844.01 |
| Airfare | 1,617.69 |
| Auto Fuel | 138.88 |
| Auto Parking | 30.00 |
| Auto Rental | 879.88 |
| Auto Tolls | 131.40 |
| Car Rental/Ground Transportation | 2,817.98 |
| Internet Connection | 199.52 |
| Mailing / Shipping | 69.29 |
| Meals | 1,698.25 |
| Train | 1,568.00 |
| **Total** | **$ 14,994.90** |

| | |
|---|---:|
| **Total Fees & Expenses** | **$ 579,150.15** |