## **Exhibit B**

Summary of Professionals and Fees

**Getzler Henrich & Associates**
**Summary of Professionals and Fees**
**May 01, 2025 to May 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Professional | Position | Functional Areas | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Henrich | Principal | Restructuring Advisor | $855 | 60.6 | 51,813.00 |
| Robert Gorin | Senior Managing Director | Restructuring Advisor | $755 | 205.7 | 152,094.75 |
| Ramy Aly | Senior Director | Business Plan Analysis | $645 | 228.8 | 143,415.75 |
| Waleed Aly | Director | Business Plan Analysis Support | $525 | 282.3 | 142,878.75 |
| Brandon Kim | Senior Associate | Business Plan Analysis Support | $495 | 112.7 | 49,401.00 |
| Carl Finkbeiner | Data Engineer | Business Plan Analysis Support | $495 | 49.6 | 24,552.00 |
| **Total** | | | | **939.7** | **$564,155.25** |