**<u>Exhibit C</u>**

Summary of Itemized Out-of-Pocket Expenses

**Summary of Expenses**

| Expense Category | Amount |
|---|---:|
| Accommodations Hotel/Motel | $ 5,844.01 |
| Airfare | 1,617.69 |
| Auto Fuel | 138.88 |
| Auto Parking | 30.00 |
| Auto Rental | 879.88 |
| Auto Tolls | 131.40 |
| Car Rental/Ground Transportation | 2,817.98 |
| Internet Connection | 199.52 |
| Mailing / Shipping | 69.29 |
| Meals | 1,698.25 |
| Train | 1,568.00 |
| **Grand Total** | **$ 14,994.90** |

**Accommodations Hotel/Motel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 5/1/2025 | $ 686.13 | Hotel in MD 4/28-5/01 |
| Waleed Aly | 5/1/2025 | $ 479.40 | Hotel in MD 4/28-5/01 |
| Robert Gorin | 5/5/2025 | $ 630.54 | Hotel for court and client site visits 4/28-5/01 |
| Waleed Aly | 5/6/2025 | $ 448.02 | Hotel in MD 5/05-5/07 |
| Brandon Kim | 5/8/2025 | $ 781.85 | Hotel in MD 5/05-5/08 |
| Brandon Kim | 5/8/2025 | $ 545.16 | Hotel in MD for the week of 4/21-4/24 |
| Brandon Kim | 5/13/2025 | $ 441.58 | Hotel in MD 5/13-5/16 |
| Waleed Aly | 5/15/2025 | $ 561.33 | Hotel in MD 5/13-5/15 |
| Brandon Kim | 5/20/2025 | $ 546.31 | Hotel in MD 5/20 - 5/22 |
| Ramy Aly | 5/22/2025 | $ 543.51 | Hotel during HQ visit 5/20-5/22 |
| Brandon Kim | 5/28/2025 | $ 180.18 | Hotel in MD 5/27 - 5/28 |
| **Total** | | **$ 5,844.01** | |

**Airfare**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 5/1/2025 | $ 335.73 | Flight from company |
| Robert Gorin | 5/5/2025 | $ 1,281.96 | Round trip flight from PBI to BWI |
| **Total** | | **$ 1,617.69** | |

**Auto Fuel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 5/1/2025 | $ 47.37 | Fuel for rental |
| Ramy Aly | 5/20/2025 | $ 44.12 | Fuel for rental to client office |
| Ramy Aly | 5/22/2025 | $ 47.39 | Fuel for rental |
| **Total** | | **$ 138.88** | |

**Auto Parking**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 5/20/2025 | $ 15.00 | Overnight hotel parking |
| Ramy Aly | 5/21/2025 | $ 15.00 | Overnight hotel parking |
| **Total** | | **$ 30.00** | |

**Auto Rental**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 5/2/2025 | $ 444.04 | Car rental for client site visit 4/28-5/02 |
| Ramy Aly | 5/23/2025 | $ 435.84 | Car rental for client HQ visit 5/19-5/23 |
| **Total** | | **$ 879.88** | |

**Auto Tolls**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 5/1/2025 | $ 44.75 | Tolls from MD |
| Ramy Aly | 5/20/2025 | $ 41.90 | Tolls to MD |
| Ramy Aly | 5/22/2025 | $ 44.75 | Tolls from MD |
| **Total** | | **$ 131.40** | |

**Car Rental/Ground Transportation**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 5/1/2025 | $ 41.30 | Uber from company to airport |
| Waleed Aly | 5/1/2025 | $ 34.70 | Uber from hotel to company |
| Ramy Aly | 5/2/2025 | $ 44.21 | Uber from rental return |
| Robert Gorin | 5/5/2025 | $ 42.23 | Uber from home to PBI |
| Robert Gorin | 5/5/2025 | $ 33.48 | Uber from counsel's office to bankruptcy court |
| Robert Gorin | 5/5/2025 | $ 16.35 | Lyft from hotel to counsel's office |
| Robert Gorin | 5/5/2025 | $ 57.65 | Uber from client to BWI |
| Robert Gorin | 5/5/2025 | $ 43.93 | Uber from client site to hotel |
| Robert Gorin | 5/5/2025 | $ 72.11 | Uber from airport to client site |
| Brandon Kim | 5/5/2025 | $ 45.00 | Uber to client site from Penn station |
| Brandon Kim | 5/5/2025 | $ 44.00 | Uber to train station on 5/5 (NYC) |
| Waleed Aly | 5/6/2025 | $ 296.00 | Train from home to client HQ |
| Waleed Aly | 5/6/2025 | $ 25.97 | Uber from train station to client HQ |
| Waleed Aly | 5/6/2025 | $ 70.98 | Uber from home to Amtrak station |
| Brandon Kim | 5/6/2025 | $ 14.14 | Uber to office from hotel |
| Waleed Aly | 5/7/2025 | $ 17.43 | Lyft from hotel to company |
| Waleed Aly | 5/7/2025 | $ 27.38 | Uber from company to hotel |
| Brandon Kim | 5/7/2025 | $ 13.63 | Uber to client office |
| Waleed Aly | 5/8/2025 | $ 47.95 | Uber from Amtrak station to home |
| Waleed Aly | 5/8/2025 | $ 277.00 | Train from client HQ to home |
| Waleed Aly | 5/8/2025 | $ 26.37 | Uber from client HQ to train station |
| Brandon Kim | 5/8/2025 | $ 39.00 | Uber from penn station to home |
| Brandon Kim | 5/8/2025 | $ 46.00 | Uber from client office to penn station |
| Waleed Aly | 5/13/2025 | $ 21.99 | Uber from hotel to company |
| Waleed Aly | 5/13/2025 | $ 18.40 | Uber from company to hotel |
| Waleed Aly | 5/13/2025 | $ 39.98 | Uber from train station to hotel |
| Waleed Aly | 5/13/2025 | $ 180.00 | Train from home to client HQ |
| Waleed Aly | 5/13/2025 | $ 46.00 | Uber from home to Amtrak station |
| Brandon Kim | 5/13/2025 | $ 14.00 | Uber to Hotel |
| Brandon Kim | 5/13/2025 | $ 33.81 | Uber from Office |
| Brandon Kim | 5/13/2025 | $ 42.60 | Uber to Office |
| Waleed Aly | 5/14/2025 | $ 16.34 | Uber from company to hotel |
| Waleed Aly | 5/14/2025 | $ 24.10 | Lyft from hotel to company |
| Waleed Aly | 5/15/2025 | $ 15.90 | Uber from hotel to company |
| Waleed Aly | 5/15/2025 | $ 62.99 | Lyft from Amtrak station to home |
| Waleed Aly | 5/15/2025 | $ 35.05 | Uber from company to train station |
| Waleed Aly | 5/15/2025 | $ 343.00 | Train from client HQ to home |
| Brandon Kim | 5/15/2025 | $ 42.15 | Uber to Baltimore Penn St |
| Ramy Aly | 5/19/2025 | $ 42.18 | Uber to car rental |
| Brandon Kim | 5/20/2025 | $ 35.41 | Baltimore penn station to client site |
| Brandon Kim | 5/20/2025 | $ 10.37 | client site to sheraton |
| Brandon Kim | 5/20/2025 | $ 42.59 | Uber ride to train station |
| Brandon Kim | 5/21/2025 | $ 9.46 | Uber transport to client |
| Brandon Kim | 5/22/2025 | $ 16.40 | Uber from hotel to client |
| Brandon Kim | 5/22/2025 | $ 45.36 | Uber to home from train |
| Brandon Kim | 5/22/2025 | $ 44.87 | Uber to baltimore penn station |
| Ramy Aly | 5/23/2025 | $ 42.71 | Uber from car rental return |
| Brandon Kim | 5/28/2025 | $ 48.83 | Amtrak from Client HQ |
| Brandon Kim | 5/28/2025 | $ 44.55 | Uber to Train |
| Brandon Kim | 5/28/2025 | $ 18.66 | Client site to hotel |
| Brandon Kim | 5/29/2025 | $ 47.51 | Uber from Train to home |

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Brandon Kim | 5/29/2025 | $ 35.63 | Uber from client site to train station |
| Brandon Kim | 5/29/2025 | $ 20.33 | Uber from hotel to client |
| **Total** | | **$ 2,817.98** | |

### Internet Connection

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 5/10/2025 | $ 199.52 | Verizon data & hotspot - for client work during travel |
| **Total** | | **$ 199.52** | |

### Mailing / Shipping

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Carl Finkbeiner | 5/16/2025 | $ 54.60 | FedEx expense for shipment of SSD to DCD IT |
| Carl Finkbeiner | 5/16/2025 | $ 14.69 | Small box for shipment of hard drives to Diamond IT |
| **Total** | | **$ 69.29** | |

### Meals

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 5/1/2025 | $ 43.82 | Breakfast by client site - R. Aly, R. Gorin |
| Ramy Aly | 5/1/2025 | $ 44.80 | Dinner while traveling - client HQ |
| Ramy Aly | 5/1/2025 | $ 31.50 | Lunch by client site |
| Waleed Aly | 5/1/2025 | $ 17.52 | Working breakfast during client visit |
| Waleed Aly | 5/1/2025 | $ 26.84 | Dinner while traveling to corporate headquarters |
| Waleed Aly | 5/1/2025 | $ 58.63 | Working lunch during client HQ visit |
| Robert Gorin | 5/5/2025 | $ 18.43 | Working breakfast while preparing for emergency sale hearing |
| Robert Gorin | 5/5/2025 | $ 19.56 | Working lunch while traveling and working (participated in call with Saul Ewing) |
| Robert Gorin | 5/5/2025 | $ 20.71 | Working lunch while working on updating extended DIP budget for lender |
| Brandon Kim | 5/5/2025 | $ 54.47 | Working dinner during travel to corporate headquarters |
| Waleed Aly | 5/6/2025 | $ 16.59 | Working breakfast during client visit |
| Waleed Aly | 5/6/2025 | $ 40.83 | Dinner while traveling to corporate headquarters |
| Waleed Aly | 5/6/2025 | $ 21.90 | Working lunch during client HQ visit |
| Waleed Aly | 5/7/2025 | $ 48.06 | Dinner while traveling to corporate headquarters |
| Waleed Aly | 5/7/2025 | $ 56.46 | Working lunch during client HQ visit |
| Brandon Kim | 5/7/2025 | $ 47.90 | Working dinner |
| Waleed Aly | 5/8/2025 | $ 22.55 | Working breakfast during client visit |
| Waleed Aly | 5/8/2025 | $ 36.67 | Working lunch during client HQ visit |
| Brandon Kim | 5/8/2025 | $ 42.99 | Working breakfast - T. Garey |
| Waleed Aly | 5/13/2025 | $ 30.78 | Dinner while traveling to corporate headquarters |
| Waleed Aly | 5/13/2025 | $ 71.31 | Working lunch during client HQ visit |
| Brandon Kim | 5/13/2025 | $ 36.50 | Working dinner |
| Brandon Kim | 5/13/2025 | $ 42.18 | Breakfast for GH team and T. Garey |
| Waleed Aly | 5/14/2025 | $ 41.71 | Dinner while traveling to corporate headquarters |
| Waleed Aly | 5/14/2025 | $ 57.04 | Working lunch during client HQ visit |
| Brandon Kim | 5/14/2025 | $ 38.45 | Working dinner by client site |
| Waleed Aly | 5/15/2025 | $ 14.39 | Working breakfast during client visit |
| Waleed Aly | 5/15/2025 | $ 26.10 | Working lunch during client HQ visit |
| Brandon Kim | 5/15/2025 | $ 34.50 | Working breakfast during client visit -T. Garey |
| Ramy Aly | 5/20/2025 | $ 27.89 | Breakfast while traveling to company HQ |
| Ramy Aly | 5/20/2025 | $ 117.52 | Working Dinner - B. Kim, R. Aly |
| Ramy Aly | 5/20/2025 | $ 49.74 | Working Lunch - B. Kim, R. Aly, T. Garey |
| Brandon Kim | 5/20/2025 | $ 35.29 | Breakfast/coffee |
| Ramy Aly | 5/21/2025 | $ 23.74 | Breakfast during visit to corp office |
| Ramy Aly | 5/21/2025 | $ 49.89 | Working Dinner - B. Kim, R. Aly |
| Ramy Aly | 5/21/2025 | $ 34.12 | Working lunch during client visit |
| Brandon Kim | 5/21/2025 | $ 43.39 | Breakfast/Coffee during client visit |
| Brandon Kim | 5/21/2025 | $ 22.37 | Working dinner by client site |
| Ramy Aly | 5/22/2025 | $ 23.60 | Breakfast during HQ visit |
| Ramy Aly | 5/22/2025 | $ 44.32 | Working dinner during travel to client HQ |
| Ramy Aly | 5/22/2025 | $ 39.58 | Working lunch at client site |
| Brandon Kim | 5/22/2025 | $ 32.89 | Working breakfast by client office |

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Brandon Kim | 5/28/2025 | $ 42.74 | Working lunch at the client site |
| Brandon Kim | 5/29/2025 | $ 47.98 | Working breakfast - T. Garey |
| **Total** | | **$ 1,698.25** | |

**Train**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Brandon Kim | 5/5/2025 | $ 213.00 | Amtrak to client HQ |
| Brandon Kim | 5/8/2025 | $ 379.00 | Amtrak from Client HQ |
| Brandon Kim | 5/13/2025 | $ 183.00 | Amtrak to client HQ |
| Brandon Kim | 5/15/2025 | $ 163.00 | Amtrak from Client HQ |
| Brandon Kim | 5/20/2025 | $ 158.00 | Amtrak to client HQ |
| Brandon Kim | 5/22/2025 | $ 158.00 | Amtrak from Client HQ |
| Brandon Kim | 5/28/2025 | $ 157.00 | Amtrak to client HQ |
| Brandon Kim | 5/29/2025 | $ 157.00 | Amtrak from Client HQ |
| **Total** | | **$ 1,568.00** | |