# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**STATEMENT AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING (I) PROCEDURES FOR SALE OR OTHER DISPOSITION OF CONSIGNED INVENTORY, (II) APPROVING SALES OR OTHER DISPOSITION OF CONSIGNED INVENTORY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR ENCUMBRANCES AND (III) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby files this statement and reservation of rights in connection with the *Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief* [D.I. 531] (the "Motion").[2]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

6417792.1

**STATEMENT AND RESERVATION OF RIGHTS**

1. The Motion has garnered a significant amount of attention. In addition to the twelve (12) objections filed by and on behalf of consignors,[3] several other vendors purporting to be implicated by the Motion have contacted the Committee's professionals regarding the Debtors' requested relief. The Committee has concluded that protracted litigation of the issues raised in the Motion (via a contested matter or adversary proceeding(s)) will divert estate resources during a pivotal time in these cases, and that prompt settlement of the issues raised in the Motion is in the best interest of all stakeholders, including unsecured creditors.

2. The last thing the Debtors need is another round of protracted and unrelenting litigation. As the Court is aware, the Debtors are already party to two contentious adversary proceedings, one of which concerns, in the Committee's view, the Debtors' most valuable asset by far (at least $30 million in claims against Alliance Entertainment, LLC). Accordingly, and in light of the Court scheduling of a Status and Scheduling Conference on the Motion for August 5, 2025, the Committee supports an *expedited* schedule that will clarify crucial facts, address gating factual and legal issues (such as whether each applicable Debtor is "not generally known by its creditors to be substantially engaged in selling the goods of others," Md. Code, Com. Law § 9-102(a)(20)) and, hopefully, drive parties to settlement.

3. In addition to the gating issues raised in the Motion and objections, the Committee believes that settlement discussions will assist the relevant parties (including the Committee) in understanding: (i) the projected value of the consigned inventory to be sold in the Consignment Sales and an accounting of same; (ii) the projected value of the consigned inventory to be sold in the Consignment Sales, and the claims asserted by consignors, specifically attributable to goods

---

[3] This number includes docketed objections that have been identified by the Clerk of the Court as deficient.

6417792.1

delivered after the Petition Date; (iii) whether consignors received consigned inventory, delivered prior to the Petition Date, back from the Debtors after the Petition Date; (iv) whether consignors were paid after the Petition Date for consigned goods that were delivered to the Debtors prior to the Petition Date; (v) the amounts of each consignor's claims against the Debtors' estates arising prior to or after the Petition Date, and whether those amounts match what is in the Debtors' books and records; and (vi) the costs and expenses incurred by the Debtors in connection with storing consigned inventory since the Petition Date, as well as storage charges paid and owing by consignors since the Petition Date. The Committee believes these data points and others could be significant and should be factored into any settlement proposal.

4. Absent settlement, the Committee is concerned that the Motion poses risks for all parties involved. On the one hand, the Motion, if granted, could result in an influx of cash to the Debtors' estates. But on the other hand, the Motion, if granted, could lead to administrative expense claims for consigned goods delivered post-petition (as alleged in certain of the objections), while disrupting the businesses of consignor general unsecured creditors who believe the Debtors are holding *their* property. Consignors also may face a heavy evidentiary burden, furthering the need for an expeditious settlement. And, of course, were the parties to litigate to completion the issues raised in the Motion, the objections and any related adversary proceedings, the exercise would result in considerable costs to the consignors and the estates (including, but not limited to, professional fees and storage costs, both of which could be substantial).

5. The Committee reserves all rights as to the Motion and any potential settlement(s) related thereto.

July 25, 2025

| | |
|---|---|
| **TYDINGS & ROSENBERG LLP** | **LOWENSTEIN SANDLER LLP** |
| | Bruce S. Nathan (admitted *pro hac vice*) |
| */s/ Dennis J. Shaffer* | Gianfranco Finizio (admitted *pro hac vice*) |
| Dennis J. Shaffer (MD Bar No. 25680) | Chelsea R. Frankel (admitted *pro hac vice*) |
| Stephen B. Gerald (MD Bar No. 26590) | 1251 Avenue of the Americas |
| 1 East Pratt Street, Suite 901 | New York, NY 10020 |
| Baltimore, MD 21202 | Telephone: (212) 262-6700 |
| Telephone: (410) 752-9700 | Email: bnathan@lowenstein.com |
| Email: dshaffer@tydings.com | gfinizio@lowenstein.com |
| sgerald@tydings.com | cfrankel@lowenstein.com |

-and-

Michael T. Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

6417792.1

-- 4 --

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of July, 2025, the foregoing was served via the Court's CM/ECF filing system on the parties set forth below.

- Jan Berlage     JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea     lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- Andrew Brown     abrown@klestadt.com
- Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com
- David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
- Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio     gfinizio@lowenstein.com
- Chelsea R Frankel     cfrankel@lowenstein.com
- Stephen B. Gerald     sgerald@tydings.com
- Christopher J. Giaimo     christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Zvi Guttman     zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
- Jeffrey C. Hampton     jeffrey.hampton@saul.com
- Adam H Isenberg     adam.isenberg@saul.com
- Toyja E. Kelley     toyja.kelley@lockelord.com
- C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- Eric George Korphage     korphagee@whiteandwilliams.com
- Jung Yong Lee     jlee@tydings.com, mhickman@tydings.com
- Gary H. Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com
- Bruce S. Nathan     bnathan@lowenstein.com
- Michael Papandrea     mpapandrea@lowenstein.com
- Steven Gregory Polard     steven.polard@ropers.com
- Jordan Rosenfeld     jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com

6417792.1

- Elizabeth Anne Scully    escully@bakerlaw.com
- Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
- Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- Nicholas Smargiassi    nicholas.smargiassi@saul.com
- Brent C. Strickland    bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
- Paige Noelle Topper    paige.topper@saul.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

*/s/ Dennis J. Shaffer*
Dennis J. Shaffer

6417792.1

-- 6 --