IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| DIAMOND COMIC DISTRIBUTORS, INC., et al.[1] | * | Jointly Administered under Case No: 25-10308-DER |
| | * | (Chapter 11) |
| Debtors | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### RULE 2019 VERIFIED STATEMENT OF YVS LAW, LLC DISCLOSING REPRESENTATION OF MULTIPLE PARTIES IN CHAPTER 11 CASE

PLEASE TAKE NOTICE that the undersigned counsel hereby provides this verified statement pursuant to Fed.R.Bankr.P. 2019(c) with respect to the representation of multiple creditors by YVS Law, LLC in the above-captioned jointly administered bankruptcy cases. The Ad Hoc Committee of Consignors (the "Ad Hoc Committee") was formed on or about July 11, 2025. The initial parties that formed the Ad Hoc Committee are Ablaze LLC, American Mythology Productions, LLC, Avatar Press, Inc., Drawn & Quarterly Books Inc., Fantagraphics Books, Inc., Green Ronin Publishing LLC, Herman & Geer Communications, Inc. dba Hermes Press, Living the Line LLC, Paizo Inc., UDON Entertainment Inc., and Zenescope Entertainment Inc. The current members of the Ad Hoc Committee are as follows:

| Client[2] | Disclosable Economic Interest in Case[3] |
|---|---|
| Ablaze LLC<br>234 5th Avenue, 2nd Floor<br>New York, New York 10001 | Proof of Claim No. 634 ($66,391.08) |
| American Mythology Productions, LLC<br>Attn: James Kuhoric<br>1411 Cherokee Ln<br>Bel Air, MD 21015 | Proof of Claim No. 164 ($43,354.17) |
| Andrew Kafoury<br>dba Battle Quest Comics<br>1748 NE Tillamook<br>Portland, Oregon 97212 | Scheduled amount ($1,152.90) |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] YVS Law, LLC also represents Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC (together "AENT") in the above-captioned jointly administered bankruptcy cases, as well as Adversary Proceeding Nos. 25-00112 and 25-00157. However, AENT is not "acting in concert to advance their common interests" with the other clients described herein. *See* Fed.R.Bankr.P. 2019(b).

[3] Each consignor also likely has claims against the Debtor arising out of post-petition transactions involving the Debtor that are not reflected in the proofs of claim, but relate to sales of the clients' stock that was warehoused and/or distributed by the Debtor(s).

| Client[2] | Disclosable Economic Interest in Case[3] |
|---|---|
| Avatar Press, Inc.<br>Attn: William Christensen<br>515 North Century Boulevard<br>Rantoul, Illinois  61866 | Proof of Claim No. 723 ($36,495.19) |
| Bryan Seaton dba Action Lab<br>463 East Main Street<br>Uniontown, Pennsylvania  15401 | Scheduled amount ($4,075.19) |
| Drawn & Quarterly Books Inc.<br>7030 rue Saint Denis<br>Montreal, Quebec H2S 2S4, Canada | Proof of Claim No. 50 ($9,111.30) |
| Fantagraphics Books, Inc.<br>7563 Lake City Way East<br>Seattle, Washington  98115 | Proof of Claim No. 213 ($93,305.80) |
| Green Ronin Publishing LLC<br>6731 29th Avenue South<br>Seattle, Washington  98108 | Proof of Claim No. 724 ($4,896.30) |
| Herman & Geer Communications, Inc.<br>dba Hermes Press<br>c/o Geer and Herman, P.C.<br>Attn: Daniel I. Herman, Esquire<br>2100 Wilmington Road<br>New Castle, Pennsylvania  16105 | Proof of Claim No. 636 ($1,720.40) |
| Living the Line LLC<br>Attn: Sean Michael Robinson<br>1477 Ashland Avenue<br>St. Paul, Minnesota  55104 | Proof of Claim No. 702 ($6,916.40) |
| Paizo Inc.<br>P. O. Box 84311<br>Seattle, Washington  98124-5611 | Proof of Claim No. 494 ($229,917.75) |
| UDON Entertainment Inc.<br>51 Ridgestone Drive<br>Richmond Hill, Ontario L4S 0E3, Canada | Proof of Claim No. 504 ($302,142.29) |
| Zenescope Entertainment Inc.<br>2381 Philmont Avenue, Suite 219<br>Huntingdon Valley, Pennsylvania  19006 | Proof of Claim No. 545 ($77,115.66) |

Additional members of the Ad Hoc Committee of Consignors are in process of retention, and YVS Law will supplement this Notice accordingly once fully retained by any new members.

Respectfully submitted,

Dated:_____July 25, 2025_____          _____/s/ Catherine Keller Hopkin_____
Catherine Keller Hopkin, 28257
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-0788
chopkin@yvslaw.com

Counsel for Committee of Consignors
Entertainment, LLC

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 25th day of July 2025, notice of filing the Rule 2019 Verified Statement of YVS Law, LLC Disclosing Representation of Multiple Parties in Chapter 11 Case was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

_____/s/ Catherine Keller Hopkin_____
Catherine Keller Hopkin

**The following parties received
CM/ECF notice of the filing:**

Jan Berlage, Esquire
(jberlage@ghsllp.com)
Counsel for Katherine Govier
Gohn, Hankey & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland  21201

Hugh M. Bernstein, Esquire
(hugh.m.bernstein@usdoj.gov)
Office of U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Daniel Jack Blum, Esquire
(jack.blum@polsinelli.com)
Counsel for Basic Fun, Inc.
Polsinelli PC
1401 I Street NW, Suite 800
Washington, D.C.  20005

Laura Skowronski Bouyea, Esquire
(lsbouyea@venable.com)
Counsel for AIREIT Olive Branch DC LLC
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21202

Thomas K. Bredar, Esquire
(thomas.bredar@wilmerhale.com)
Counsel for Disney and Marvel
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center, 250 Greenwich St.
New York, New York  10007

Andrew Brown, Esquire
(abrown@klestadt.com)
Counsel for NECA, LLC
Klestadt Winters Jureller Southard &
Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York  10036-7203

Richard L. Costella, Esquire
(rcostella@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

David W.T. Daniels, Esquire
(ddaniels@perkinscoie.com)
Counsel for The Pokemon Company
Perkins Coie LLP
700 13th St NW, Suite 600
Washington, D.C.  20005

Turner Falk, Esquire
(turner.falk@saul.com)
Counsel for Debtors
Saul Ewing LLP
1500 Market Street
Center Square West, 38th Floor
Philadelphia, Pennsylvania  19102

Justin Philip Fasano, Esquire
(jfasano@mhlawyers.com)
Counsel for Dynamic Forces, Inc.
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  22070

Ashley N. Fellona, Esquire
(ashley.fellona@saul.com)
Counsel for Debtors
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland  21202-4359

Gianfranco Finizio, Esquire
(gfinizio@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York  10020

Chelsea R. Frankel, Esquire
(cfrankel@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler LLP
1271 Avenue of the Americas
New York, New York  10020

Stephen B. Gerald, Esquire
(sgerald@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
200 Continental Drive, Suite 401
Newark, Delaware  19713

Christopher J. Giaimo, Esquire
(christopher.giaimo@squirepb.com)
Counsel for Blue Yonder, Inc.
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

Jonathan A. Grasso, Esquire
(jgrasso@yvslaw.com)
Counsel for Alliance Entertainment, LLC
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Zvi Guttman, Esquire
(zvi@zviguttman.com)
Counsel for NECA, LLC
The Law Offices of Zvi Guttman, P.A.
P. O. Box 32308
Baltimore, Maryland  21282

Jeffrey C. Hampton I, Esquire
(jeffrey.hampton@saul.com)
Counsel for Debtors
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Ad Hoc Comm. of Consignors
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Adam H. Isenberg, Esquire
(adam.isenberg@saul.com)
Counsel for Debtors
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102

Toyja E. Kelley, Sr., Esquire
(toyja.kelley@lockelord.com)
Counsel for JPMorgan Chase Bank, N.A.
Troutman Pepper Locke LLP
701 8th Street N.W., Suite 500
Washington, D.C.  20001

C. Kevin Kobbe, Esquire
(kevin.kobbe@us.dlapiper.com)
Counsel for Renegade Games, et al.
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, Maryland  21202

Eric George Korphage, Esquire
(korphagee@whiteandwilliams.com)
Counsel for Fright Rigs, Inc.
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Jung Yong Lee, Esquire
(jlee@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Gary H. Leibowitz, Esquire
(gleibowitz@coleschotz.com)
Counsel for Bandai Namco Toys
Cole Schotz P.C.
1201 Wills Street, Suite 320
Baltimore, Maryland  21231

Mark Minuti, Esquire
(mark.minuti@saul.com)
Counsel for Debtor
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19899

Bruce S. Nathan, Esquire
(bnathan@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler
65 Livingston Avenue
Roseland, New Jersey  07068

Michael Papandrea, Esquire
(mpapandrea@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler
One Lowenstein Drive
Roseland, New Jersey  07068

Steven Gregory Polard, Esquire
(steven.polard@ropers.com)
Counsel for Bandai Namco Toys
Ropers Majeski PC
801 South Figueroa Street, Suite 2100
Los Angeles, California  90017

Jordan Rosenfeld, Esquire
(jordan.rosenfeld@saul.com)
Counsel for Debtors
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland  21202-4359

Nikolaus F. Schandlbauer, Esquire
(nick.schandlbauer@arlaw.com)
Counsel for Action Figure Authority, Inc.
Adams and Reese LLP
20 F Street NW, Suite 500
Washington, D.C.  20001

Elizabeth Anne Scully, Esquire
(escully@bakerlaw.com)
Counsel for Image Comics, Inc.
Baker & Hostetler LLP
1050 Connecticut Ave, NW, Suite 1100
Washington, D.C.  20036

Dennis J. Shaffer, Esquire
(dshaffer@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Indira Kavita Sharma, Esquire
(indira.sharma@troutman.com)
Counsel for JPMorgan Chase Bank, N.A.
Troutman Pepper Locke LLP
401 9th Street NW, Suite 1000
Washington, D.C.  20004

Nicholas Smargiassi, Esquire
(nicholas.smargiassi@saul.com)
Counsel for Debtors
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19801

Brent C. Strickland, Esquire
(bstrickland@wtplaw.com)
Counsel for Universal Distribution LLC
Whiteford Taylor & Preston L.L.P.
8830 Stanford Boulevard, Suite 400
Columbia, Maryland  21045

Paige Noelle Topper, Esquire
(paige.topper@saul.com)
Counsel for Debtors
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19801

U.S. Trustee – Baltimore
(ustpregion04.ba.ecf@usdoj.gov)
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201