**Exhibit A**

Summary of Fees and Expenses by Activity Category

**Getzler Henrich & Associates**
**Summary of Fees and Expenses by Category**
**June 01, 2025 to June 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Activity Description | Hours | Fees |
|---|---|---|
| Accounting | 56.1 | $ 29,134.50 |
| Business Ops | 72.7 | 48,208.50 |
| Case Admin. | 7.1 | 4,402.50 |
| Cash Flow | 104.9 | 73,833.50 |
| Cash Management | 78.7 | 47,653.50 |
| Court Prep | 20.8 | 13,561.00 |
| Employment and Fee App | 8.4 | 5,298.00 |
| Litigation Matters & Support | 44.2 | 31,826.00 |
| Meetings with Creditors | 5.7 | 4,290.50 |
| Reporting | 6.9 | 3,691.50 |
| Sale of Business | 329.4 | 207,644.00 |
| Supplier Issues | 28.3 | 20,921.50 |
| Travel | 31.7 | 10,633.25 |
| **Total** | **738.8** | **$ 501,098.25** |

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 1,441.03 |
| Airfare | 2,661.41 |
| Auto Mileage | 54.60 |
| Auto Parking | 36.00 |
| Auto Tolls | 40.03 |
| Car Rental/Ground Transportation | 757.22 |
| Legal Fees | 17,125.00 |
| Mailing / Shipping | 117.30 |
| Meals | 405.37 |
| Train | 1,031.00 |
| **Total** | **$ 23,668.96** |

| | |
|---|---|
| **Total Fees & Expenses** | **$ 524,767.21** |