## **Exhibit B**

Summary of Professionals and Fees

**Getzler Henrich & Associates**
**Summary of Professionals and Fees**
**June 01, 2025 to June 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Professional | Position | Functional Areas | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Henrich | Principal | Restructuring Advisor | $855 | 57.5 | 49,162.50 |
| Robert Gorin | Senior Managing Director | Restructuring Advisor | $755 | 195.4 | 141,109.50 |
| Ramy Aly | Senior Director | Business Plan Analysis | $645 | 265.2 | 168,570.75 |
| Waleed Aly | Director | Business Plan Analysis Support | $525 | 232.4 | 122,010.00 |
| Brandon Kim | Senior Associate | Business Plan Analysis Support | $495 | 44.4 | 20,245.50 |
| **Total** | | | | **794.9** | **$501,098.25** |