# **Exhibit C**

Summary of Itemized Out-of-Pocket Expenses

**Summary of Expenses**

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 1,441.03 |
| Airfare | 2,661.41 |
| Auto Mileage | 54.60 |
| Auto Parking | 36.00 |
| Auto Tolls | 40.03 |
| Car Rental/Ground Transportation | 757.22 |
| Legal Fees | 17,125.00 |
| Mailing / Shipping | 117.30 |
| Meals | 405.37 |
| Train | 1,031.00 |
| **Grand Total** | **$ 23,668.96** |

**Accommodations Hotel/Motel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Brandon Kim | 6/6/2025 | $ 378.81 | Hotel during travel to corporate office 6/04 - 6/06 |
| Robert Gorin | 6/7/2025 | $ 254.25 | for 5-29-29 Hotel for court appearance |
| Robert Gorin | 6/18/2025 | $ 503.64 | Two nights hotel to attend court hearing on 6/17 - Ad Populum motion filed |
| Ramy Aly | 6/30/2025 | $ 304.33 | Hotel - Baltimore for court hearing |
| **Total** | | **$ 1,441.03** | |

**Airfare**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 6/6/2025 | $ 159.00 | Flight to PBI |
| Robert Gorin | 6/7/2025 | $ 545.48 | expense date 5-27-25 Flight to client for court hearing |
| Robert Gorin | 6/16/2025 | $ 924.97 | Round trip flight to Maryland |
| Robert Gorin | 6/26/2025 | $ 1,031.96 | Flight to/from BWI for court appearance |
| **Total** | | **$ 2,661.41** | |

**Auto Mileage**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 6/29/2025 | $ 25.90 | Mileage to train station parking garage for upcoming hearing |
| Ramy Aly | 6/30/2025 | $ 28.70 | Mileage from train station parking garage to home |
| **Total** | | **$ 54.60** | |

**Auto Parking**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 6/30/2025 | $ 36.00 | Overnight parking - train station |
| **Total** | | **$ 36.00** | |

**Auto Tolls**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 6/29/2025 | $ 18.50 | Tolls to train station parking |
| Ramy Aly | 6/30/2025 | $ 21.53 | Tolls from train station to home |
| **Total** | | **$ 40.03** | |

**Car Rental/Ground Transportation**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Brandon Kim | 6/4/2025 | $ 45.98 | Ride to Penn Station |
| Brandon Kim | 6/4/2025 | $ 33.35 | Penn station to HQ office |
| Brandon Kim | 6/4/2025 | $ 18.80 | HQ Office to Hotel |
| Brandon Kim | 6/5/2025 | $ 21.92 | Uber from hotel to corporate office |
| Brandon Kim | 6/5/2025 | $ 16.51 | Uber from office to hotel |
| Robert Gorin | 6/6/2025 | $ 114.26 | Uber from hotel to JFK airport |
| Robert Gorin | 6/6/2025 | $ 52.92 | Uber from PBI |
| Brandon Kim | 6/6/2025 | $ 19.41 | Uber from hotel to HQ office |
| Brandon Kim | 6/6/2025 | $ 32.81 | Uber to Baltimore penn station |

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Brandon Kim | 6/6/2025 | $ 46.24 | Uber to home |
| Robert Gorin | 6/7/2025 | $ 45.13 | for 5-28-25 Uber from home to PBI |
| Robert Gorin | 6/7/2025 | $ 40.10 | Incurred 5-28-25 Lyft from BWI to airport |
| Robert Gorin | 6/16/2025 | $ 43.79 | Uber from BWI to hotel |
| Robert Gorin | 6/16/2025 | $ 43.19 | Uber to PBI Airport |
| Robert Gorin | 6/17/2025 | $ 21.33 | Uber from Saul Ewing office to courthouse with M Minuti |
| Robert Gorin | 6/17/2025 | $ 12.62 | Uber from hotel to Saul Ewing office |
| Robert Gorin | 6/18/2025 | $ 42.57 | Uber from PBI |
| Robert Gorin | 6/18/2025 | $ 47.86 | Uber from hotel to BWI |
| Ramy Aly | 6/29/2025 | $ 33.60 | Uber from train to hotel |
| Ramy Aly | 6/30/2025 | $ 24.83 | Uber to Saul Ewing Office |
| **Total** | | **$ 757.22** | |

**Legal Fees**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Chipman Brown Cicero & Cole, LLP. | 6/6/2025 | $ 17,125.00 | Legal Fees in connection with Alliance Entertainment adversary proceeding |
| **Total** | | **$ 17,125.00** | |

**Mailing / Shipping**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 6/5/2025 | $ 117.30 | Overnight Fedex letters mailed |
| **Total** | | **$ 117.30** | |

**Meals**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Brandon Kim | 6/4/2025 | $ 15.02 | Dinner while traveling to corporate HQ |
| Robert Gorin | 6/5/2025 | $ 18.23 | Working dinner - budget preparation and review |
| Brandon Kim | 6/5/2025 | $ 36.07 | Working dinner |
| Brandon Kim | 6/5/2025 | $ 48.81 | Working breakfast for accounting team |
| Robert Gorin | 6/6/2025 | $ 21.11 | Breakfast while traveling |
| Brandon Kim | 6/6/2025 | $ 46.20 | Working breakfast |
| Robert Gorin | 6/7/2025 | $ 16.75 | Working lunch while traveling - working on extended DIP budget |
| Robert Gorin | 6/7/2025 | $ 14.22 | for 5-29-25 Working breakfast - prepping for court hearing |
| Robert Gorin | 6/16/2025 | $ 19.77 | Dinner while traveling to court hearing |
| Robert Gorin | 6/17/2025 | $ 14.64 | Working breakfast - prep for court |
| Robert Gorin | 6/18/2025 | $ 13.82 | Breakfast while traveling |
| Robert Gorin | 6/24/2025 | $ 31.90 | Working dinner - Litigation document review |
| Robert Gorin | 6/25/2025 | $ 19.32 | Working lunch - Meeting with Saul Ewing |
| Ramy Aly | 6/29/2025 | $ 29.75 | Dinner while traveling for court hearing |
| Ramy Aly | 6/30/2025 | $ 23.15 | Breakfast during travel for hearing |
| Ramy Aly | 6/30/2025 | $ 36.61 | Lunch during travel |
| **Total** | | **$ 405.37** | |

**Train**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Brandon Kim | 6/4/2025 | $ 162.00 | Train from NYC to MD Penn Station |
| Brandon Kim | 6/6/2025 | $ 242.00 | Train from Baltimore to NYC |
| Ramy Aly | 6/29/2025 | $ 312.00 | Amtrak to Baltimore |
| Ramy Aly | 6/30/2025 | $ 315.00 | Return train from Baltimore |
| **Total** | | **$ 1,031.00** | |