# EXHIBIT A

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1229819

Page 1
July 22, 2025

<u>**EXHIBIT A**</u>

Professional Services rendered by Lowenstein Sandler LLP, through June 30, 2025

In re: Chapter 11 Bankruptcy

## I.  SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Finizio, Gianfranco | 2010 | Partner/Bankruptcy | 40.40 | $1,185.00 | $47,874.00 |
| Nathan, Bruce S. | 1981 | Partner/Bankruptcy | 28.30 | $1,515.00 | $42,874.50 |
| Papandrea, Michael T. | 2015 | Counsel/Bankruptcy | 28.10 | $1,075.00 | $30,207.50 |
| Frankel, Chelsea | 2024 | Associate/Bankruptcy | 21.80 | $660.00 | $14,388.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.90 | $380.00 | $1,482.00 |
| **TOTAL FEES** | | | **122.50** | | **$136,826.00** |

| | |
|---|---|
| **Attorney Blended Rate** | **$1,141.18** |
| **All Timekeeper Blended Rate** | **$1,116.95** |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1229819

Page 2
July 22, 2025

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

B100 - Administration

B110 Case Administration

| | | | | | |
|------|------|------------|----------------|-------|--------|
| B110 | 06/03/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.30 | $114.00 |
| B110 | 06/12/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.20 | $76.00 |
| B110 | 06/17/25 | EBL | Attend to calendar updates | 0.20 | $76.00 |
| B110 | 06/18/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.30 | $114.00 |
| B110 | 06/18/25 | MTP | Review critical dates memorandum | 0.10 | $107.50 |
| B110 | 06/24/25 | EBL | Review docket and pleadings in main case and in adversary proceedings; update critical dates memo and attorney calendars | 0.40 | $152.00 |
| B110 | 06/26/25 | EBL | Review pleadings and update attorney calendars | 0.30 | $114.00 |
| B110 | 06/27/25 | EBL | Attend to calendar updates | 0.20 | $76.00 |
| | | | **Total B110 - Case Administration** | 2.00 | $829.50 |

B120 Asset Analysis and Recovery

| | | | | | |
|------|------|------------|----------------|-------|--------|
| B120 | 06/03/25 | GF | Prepare agenda for weekly check in call with Saul Ewing | 0.20 | $237.00 |
| B120 | 06/04/25 | BSN | Review internal memo re weekly check in call with J. Hampton | 0.10 | $151.50 |
| B120 | 06/04/25 | BSN | Confer with G. Finizio re preparation for call with debtors' counsel | 0.20 | $303.00 |
| B120 | 06/04/25 | GF | Emails with J. Hampton regarding check in call on monetization of remaining assets (.2); call with J. Hampton regarding same (.1) and email to team regarding same (.1) | 0.40 | $474.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1229819

Page 3
July 22, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120 | 06/04/25 | MTP | E-mails with J. Hampton and G. Finizio re: claims and analysis re: same | 0.10 | $107.50 |
| B120 | 06/05/25 | BSN | Revise talking points in preparation for call with debtors' counsel | 0.10 | $151.50 |
| B120 | 06/05/25 | BSN | Review report re call with debtors' counsel re post sale budget; AEC litigation, consignment goods, and exclusivity (.5) and confer with G. Finizio re same (.2) | 0.70 | $1,060.50 |
| B120 | 06/05/25 | GF | Prepare agenda for strategy call with debtors (.5); participate on call with debtors' counsel regarding next steps in case (1.0); confer with B. Nathan regarding call with debtors' counsel (.3); review purchase price analysis regarding potential damages analysis re: AENT litigation (.2); emails with J. Young regarding case strategy (.1); call with M. Papandrea regarding review of call with debtors' counsel on strategy (.3) | 2.40 | $2,844.00 |
| B120 | 06/05/25 | MTP | Conference call with Saul Ewing team and G. Finizio re: adversary proceeding, monetization of remaining assets, and related matters (1.0); e-mails/discussions with G. Finizio re: agenda before same and action items after same (.3); draft/review/revise notes re: same (.8) | 2.10 | $2,257.50 |
| B120 | 06/06/25 | GF | Emails with Tydings team regarding strategy call (.1) and call with B. Nathan regarding same (.1) | 0.20 | $237.00 |
| B120 | 06/09/25 | BSN | Telephone call with Shaffer and S. Gerald re case strategy, budget issues, Alliance litigation | 0.80 | $1,212.00 |
| B120 | 06/09/25 | GF | Participate on strategy call with Tydings team | 0.80 | $948.00 |
| B120 | 06/10/25 | GF | Analysis of potential litigation recoveries (2.3); emails with M. Minuti regarding same (.1) | 2.40 | $2,844.00 |
| B120 | 06/10/25 | MTP | E-mails/discussions with LS team re: strategy for monetizing remaining assets | 0.30 | $322.50 |
| B120 | 06/11/25 | GF | Call with M. Papandrea regarding weekly check-in call with Saul Ewin (.1) and review M. Papandrea email summary on same (.1) | 0.20 | $237.00 |
| B120 | 06/11/25 | MTP | E-mails/discussions with G. Finizio, J.Hampton and others re: claims and other sources of recovery (.4); conference call with J. Hampton and A. Isenberg re: same (.5) | 0.90 | $967.50 |
| B120 | 06/12/25 | BSN | Review report re call with debtors' counsel re Alliance litigation counterclaims; budget status, consignment recovery, and UK sale | 0.40 | $606.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1229819

Page 4
July 22, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 06/12/25 | MTP | E-mails/discussions with D. Galfus, B. Nathan, G. Finizio and others re: potential monetization of remaining assets (.2); conference call with Debtors' and Committee's professionals re: same (.8) | 1.00 | $1,075.00 |
| B120 | 06/13/25 | GF | Calls with D. Galfus regarding damages calculation (.2); emails with J. Hampton regarding deliverables for remaining asset monetization (.1); emails with M. Minuti regarding AENT damages calculation (.1); review research on same (.5) | 0.90 | $1,066.50 |
| B120 | 06/14/25 | BSN | Review J. Emerson memo re call with Getzler re JP Morgan's third party recovery sources | 0.10 | $151.50 |
| B120 | 06/17/25 | MTP | Conference call with LS and BRG teams re: monetization of remaining assets and budget re: same (.7); e-mails/discussions with D. Galfus, J. Emerson, B. Nathan, G. Finizio and C. Frankel re: same (.1); review proposed budget (.3) | 1.10 | $1,182.50 |
| B120 | 06/18/25 | GF | Emails with M. Papandrea regarding weekly check in call (.1);  participate on portion of weekly update call with Saul Ewing (.3); follow up check in call with J. Hampton (.3); prepare email to LS and BRG teams regarding updates (.4) | 1.10 | $1,303.50 |
| B120 | 06/18/25 | GF | Email to J. Hampton regarding consignment analysis and correspondence with D. Galfus regarding same | 0.20 | $237.00 |
| B120 | 06/18/25 | MTP | Conference call with J. Hampton, M. Minuti, A. Isenberg and G. Finizio re: asset monetization strategy and related matters (.4); e-mails with Debtors' counsel, BRG team and LS team re: same (.3) | 0.70 | $752.50 |
| B120 | 06/19/25 | GF | Review J. Emerson emails regarding consignment analysis | 0.10 | $118.50 |
| B120 | 06/19/25 | MTP | E-mails with BRG and LS teams re: monetization of remaining assets and budget re: same | 0.20 | $215.00 |
| | | | **Total B120 - Asset Analysis and Recovery** | 17.70 | $21,062.50 |

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 06/10/25 | BSN | Review notice of sale closing, Sparkle Pop (.1) and questions re status of assumption, assignment of executory contracts, leases (.1) | 0.20 | $303.00 |
| B130 | 06/10/25 | BSN | Review notice of sale closing, Universal Distribution | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1229819

Page 5
July 22, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 06/19/25 | BSN | Telephone call with J. Emerson (.2) re and review consignment goods analysis provided by debtors' counsel (.2) | 0.40 | $606.00 |
| B130 | 06/19/25 | BSN | E-mails with J. Emerson re Getzler's analysis of consignment goods, potential for recovery | 0.10 | $151.50 |
| B130 | 06/23/25 | BSN | Review, revise debtors' draft motion to approve procedures for sale, other disposition of consignment goods, approving sales of consignment goods free and clear of liens | 0.40 | $606.00 |
| B130 | 06/23/25 | GF | Emails with J. Emerson regarding outstanding data requests for consignment goods (.1); email to Saul Ewing regarding consignment motion and related data requests (.1) | 0.20 | $237.00 |
| B130 | 06/23/25 | MTP | E-mails/discussions with J. Hampton, D. Galfus, B. Nathan, G. Finizio and others re: consignment procedures motion (.1); review same (.2) | 0.30 | $322.50 |
| B130 | 06/24/25 | GF | Emails with A. Isenberg regarding consignment motion (.1); draft email to Saul Ewing with suggestions to consignment motion (.5) | 0.60 | $711.00 |
| B130 | 06/24/25 | MTP | Review draft consignment sale procedures motion (.2); e-mails with LS team and Debtors' counsel re: same (.1) | 0.30 | $322.50 |
| B130 | 06/25/25 | BSN | Review filed consignment sales procedures motion and schedule of consignors with consigned goods subject to sale | 0.30 | $454.50 |
| B130 | 06/25/25 | BSN | Review industry report re debtors' consignment sale procedures motions | 0.10 | $151.50 |
| B130 | 06/25/25 | GF | Emails with team regarding press reports on consignment sales procedures motion | 0.10 | $118.50 |
| B130 | 06/25/25 | MTP | E-mails/discussions with B. Nathan, G. Finizio and C. Frankel re: consignment sale procedures motion | 0.10 | $107.50 |
| B130 | 06/26/25 | BSN | Review committee position re consignment claims and debtors' motion to sell consignment goods (.1) and e-mails with D. Shaffer re same (.1) | 0.20 | $303.00 |
| B130 | 06/26/25 | BSN | Review notice and amended notice of motion re debtors' motion to approve procedures re sale of consigned goods | 0.10 | $151.50 |
| B130 | 06/29/25 | CF | Review media coverage regarding market position on Debtors' consignment motion | 0.30 | $198.00 |
| | | | **Total B130 - Asset Disposition** | 3.80 | $4,895.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1229819

Page 6
July 22, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | | | |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 06/02/25 | BSN | Confer with G. Finizio re rescheduling committee call and revise e-mail to committee re same | 0.10 | $151.50 |
| B150 | 06/02/25 | CF | Email communications with committee re: case status (.2); email communications with J. Emerson re: updating committee re: pending motions (.1) | 0.30 | $198.00 |
| B150 | 06/02/25 | GF | Emails with LS regarding next committee call (.2); call with B. Nathan regarding committee call (.1); call with D. Galfus regarding committee call (.1) | 0.40 | $474.00 |
| B150 | 06/02/25 | MTP | E-mails with LS team re: Committee updates | 0.20 | $215.00 |
| B150 | 06/09/25 | CF | Revise case update for committee | 0.20 | $132.00 |
| B150 | 06/09/25 | GF | Emails with M. Papandrea and C. Frankel regarding next committee call (.2); emails with D. Galfus regarding same (.1); review and revise draft committee email regarding case update and next call (.2) | 0.50 | $592.50 |
| B150 | 06/09/25 | MTP | Draft/review/revise update to Committee re: Ad Populum adversary proceeding, exclusivity motion and related matters (1.5); e-mails with LS team re: same (.1) | 1.60 | $1,720.00 |
| B150 | 06/10/25 | CF | Review and incorporate comments to Committee update | 0.40 | $264.00 |
| B150 | 06/10/25 | GF | Review updated draft of committee email with case update | 0.10 | $118.50 |
| B150 | 06/10/25 | MTP | E-mails with LS team and Committee members re: Committee update | 0.20 | $215.00 |
| B150 | 06/11/25 | BSN | Review e-mail from committee chair re creditor's request for ex officio membership (.1) and response to same (.1) | 0.20 | $303.00 |
| B150 | 06/12/25 | BSN | Review response to creditor's request for ex-officio committee membership (.2) and e-mails with G. Andonian re response to request (.1) | 0.30 | $454.50 |
| B150 | 06/12/25 | BSN | Revise email to committee re settlement re exclusivity extension motion, limiting extension through July 31 | 0.10 | $151.50 |
| B150 | 06/12/25 | GF | Emails with chairperson regarding request for ex officio membership (.2); emails with M. Papandrea and B. Nathan regarding ex officio membership request (.2); revise draft committee update email regarding exclusivity matters (.2) | 0.60 | $711.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1229819

Page 7
July 22, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 06/12/25 | MTP | Review/comment on Committee update re: exclusivity motion and resolution re: same (.3); e-mails/discussions with LS team re: same (.1) | 0.40 | $430.00 |
| B150 | 06/16/25 | BSN | Review BRG presentation to committee, analysis of updated dip budget | 0.20 | $303.00 |
| B150 | 06/16/25 | CF | Draft case update report to committee | 0.50 | $330.00 |
| B150 | 06/16/25 | GF | Revise draft committee email | 0.20 | $237.00 |
| B150 | 06/16/25 | MTP | E-mails with LS and BRG teams re: Committee meeting/agenda | 0.30 | $322.50 |
| B150 | 06/17/25 | BSN | Attend call with D. Galfus, J. Emerson with LS team re debtors' proposed budget; Sparkle Pop litigation against Alliance; decision to cancel committee call | 0.70 | $1,060.50 |
| B150 | 06/17/25 | BSN | Revise case update e-mail to committee | 0.20 | $303.00 |
| B150 | 06/17/25 | BSN | E-mails with G. Andonian re canceling committee call | 0.10 | $151.50 |
| B150 | 06/17/25 | CF | Draft case status update for Committee members | 0.50 | $330.00 |
| B150 | 06/17/25 | GF | Email to G. Andonian regarding suggestion on committee call (.2); email to C. Frankel regarding committee update email (.1) | 0.30 | $355.50 |
| B150 | 06/17/25 | MTP | E-mails with LS team re: Committee call agenda | 0.10 | $107.50 |
| B150 | 06/17/25 | MTP | Review/comment on Committee update (.2); e-mails/discussions with LS team re: same (.2) | 0.40 | $430.00 |
| B150 | 06/18/25 | BSN | Confer with G. Finizio re update re creditor's request for ex-officio committee membership | 0.10 | $151.50 |
| B150 | 06/18/25 | GF | Email to LS team regarding ex officio request | 0.10 | $118.50 |
| B150 | 06/19/25 | BSN | Update re: U.S. Trustee's response to creditor's request for ex-officio committee membership | 0.10 | $151.50 |
| B150 | 06/19/25 | GF | Emails and call with M. Papandrea regarding ex officio committee member request | 0.10 | $118.50 |
| B150 | 06/20/25 | BSN | Review update re call with US Trustee re creditor's request for ex-officio membership on committee | 0.10 | $151.50 |
| B150 | 06/20/25 | GF | Emails with M. Papandrea regarding ex officio committee member request | 0.10 | $118.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors                                          Page 8
Committee                                                                                                           July 22, 2025
Invoice No.: 1229819

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 06/20/25 | MTP | E-mails/discussions with LS team and UST re: potential ex officio Committee member | 0.10 | $107.50 |
| B150 | 06/22/25 | MTP | E-mails/discussions with LS team re: potential ex officio Committee member | 0.10 | $107.50 |
| B150 | 06/23/25 | BSN | Confer with LS team and e-mails with G. Andonian re adjourning committee call (.1) and revise e-mail update to committee (.1) | 0.20 | $303.00 |
| B150 | 06/23/25 | BSN | Review internal report on call with US Trustee re creditor's request for ex-officio membership on committee (.1) and review next steps re same (.1) | 0.20 | $303.00 |
| B150 | 06/23/25 | CF | Call with M. Papandrea re: ex officio member discussions | 0.20 | $132.00 |
| B150 | 06/23/25 | GF | Email to LS and BRG teams regarding next committee call | 0.10 | $118.50 |
| B150 | 06/23/25 | GF | Review email from M. Papandrea regarding calls with UST on ex officio committee member request | 0.10 | $118.50 |
| B150 | 06/23/25 | MTP | E-mails/discussions with LS team and H. Bernstein re: potential ex officio Committee member | 0.90 | $967.50 |
| B150 | 06/23/25 | MTP | E-mails/discussions with D. Galfus, B. Nathan, G. Finizio, C. Frankel and others re: Committee call rescheduling and update | 0.30 | $322.50 |
| B150 | 06/24/25 | BSN | E-mails with chairperson re request for ex-officio committee membership | 0.10 | $151.50 |
| B150 | 06/24/25 | GF | Emails with committee regarding next committee call agenda | 0.10 | $118.50 |
| B150 | 06/24/25 | MTP | E-mails with LS team and Committee members re: Committee update/meetings | 0.20 | $215.00 |
| B150 | 06/25/25 | BSN | Revise agenda for 6/26 committee call | 0.10 | $151.50 |
| B150 | 06/25/25 | CF | Draft agenda for 6/16 Committee meeting (.3); review and comment on presentation for weekly committee meeting (.9) | 1.20 | $792.00 |
| B150 | 06/25/25 | GF | Emails with C. Frankel regarding agenda for next Committee call (.1); email edits to BRG slide deck for next call (.1) | 0.20 | $237.00 |
| B150 | 06/25/25 | MTP | Review BRG's Committee materials (.1); e-mails with LS and BRG teams re: same and Committee call/agenda (.1) | 0.20 | $215.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1229819

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 06/26/25 | BSN | Revise BRG report to committee (.3); review questions re same with J. Emerson (.1); G. Finizio (.2) and M. Papandrea (.1) | 0.70 | $1,060.50 |
| B150 | 06/26/25 | BSN | Attend committee call re extended dip budget, Alliance, Sparkle Pop litigations, consigned goods sales procedures motion and ex-officio committee member request | 1.20 | $1,818.00 |
| B150 | 06/26/25 | CF | Attend weekly committee meeting (1.2); preparation re: same (.8); review ex officio provisions in bylaws (.3) | 2.30 | $1,518.00 |
| B150 | 06/26/25 | GF | Call with B. Nathan regarding committee call (.1); prepare for (.2) and participate on (1.2) committee call | 1.50 | $1,777.50 |
| B150 | 06/26/25 | MTP | Review BRG's materials for Committee call (.1); e-mails with BRG and LS teams re: same (.1) | 0.20 | $215.00 |
| B150 | 06/26/25 | MTP | E-mails/discussions with B. Nathan, G. Finizio, Committee members and Penguin Random House re: ex officio membership and bylaws (.3); review bylaws re: same (.3) | 0.60 | $645.00 |
| B150 | 06/26/25 | MTP | Attend Committee conference call (1.2); prepare for same (.6) | 1.80 | $1,935.00 |
| B150 | 06/27/25 | BSN | Revise e-mail to ex officio member re ex-officio membership; request to sign committee bylaws (.1); review bylaws re same (.1) | 0.20 | $303.00 |
| B150 | 06/27/25 | GF | Email to ex officio member (.2) and review LS emails regarding ex officio bylaws (.1) | 0.30 | $355.50 |
| B150 | 06/27/25 | MTP | E-mails with LS team, Committee, and ex officio member re: ex officio Committee membership | 0.10 | $107.50 |
| B150 | 06/27/25 | MTP | E-mails with C. Frankel re: Committee contact list | 0.10 | $107.50 |
| B150 | 06/30/25 | BSN | Revise e-mail report to committee on court hearing and case updates | 0.10 | $151.50 |
| B150 | 06/30/25 | GF | E-mail to C. Frankel regarding hearing update to include in committee e-mail (.1); review committee e-mail with case update (.1) | 0.20 | $237.00 |
| B150 | 06/30/25 | MTP | E-mails with LS team re: Committee update (.1); review/comment on same (.4) | 0.50 | $537.50 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 23.80 | $26,000.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B160 Fee/Employment Applications | | | | | |
| B160 | 06/03/25 | EBL | Retrieve and circulate committee's first interim fee orders; update fee application spreadsheet re: same | 0.20 | $76.00 |
| B160 | 06/13/25 | BSN | Revise LS monthly fee application, statement, May 2025 services re compliance with fee guidelines and requirements | 0.70 | $1,060.50 |
| B160 | 06/18/25 | EBL | Review and respond to email from B. Nathan re: state of receipt of fees payment | 0.20 | $76.00 |
| B160 | 06/18/25 | GF | Prepare updates to LS monthly fee statement | 0.50 | $592.50 |
| B160 | 06/26/25 | EBL | Prepare fourth LS monthly fee statement and related documents | 0.80 | $304.00 |
| B160 | 06/29/25 | GF | Review draft LS monthly statement | 0.20 | $237.00 |
| B160 | 06/30/25 | EBL | Revise, finalize and coordinate filing and service of LS fourth monthly fee statement (.5) and emails with G. Finizio on same (.1) | 0.60 | $228.00 |
| B160 | 06/30/25 | GF | Edits to LS monthly fee statement (.1) and e-mails with E. Lawler regarding same (.1) | 0.20 | $237.00 |
| | | | **Total B160 - Fee/Employment Applications** | 3.40 | $2,811.00 |
| B165 Employment and Retention Applications - Others | | | | | |
| B165 | 06/24/25 | BSN | Review Getzler and Raymond James retention orders re indemnification provisions re budget evaluations (.2) and internal memo re same (.1) | 0.30 | $454.50 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 0.30 | $454.50 |
| B175 Fee Applications and Invoices - Others | | | | | |
| B175 | 06/06/25 | BSN | Review Saul Ewing's first interim fee application and March monthly fee statement | 0.10 | $151.50 |
| B175 | 06/11/25 | GF | Review fee statement from UK counsel | 0.10 | $118.50 |
| B175 | 06/12/25 | BSN | Review debtors' counsel's April, 2025 statement | 0.20 | $303.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1229819

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 06/13/25 | BSN | Review 3rd monthly staffing report, Getzler, April 2025 services | 0.10 | $151.50 |
| B175 | 06/13/25 | GF | Review Getzler Henrich monthly fee statement | 0.10 | $118.50 |
| B175 | 06/20/25 | GF | Emails with J. Hampton regarding professional fees | 0.10 | $118.50 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 0.70 | $961.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B185 | 06/02/25 | MTP | Review consent order resolving Titan's motion to compel Debtors' assumption of rejection of contract (.1); e-mails with Titan's counsel and Debtors' counsel re: same (.1) | 0.20 | $215.00 |
| B185 | 06/09/25 | MTP | E-mails with Titan's and Debtors' counsel re: potential consent order resolving Titan's motion to compel | 0.10 | $107.50 |
| B185 | 06/18/25 | BSN | Review COC re proposed order approving debtors' rejection of Hunt Valley lease | 0.10 | $151.50 |
| B185 | 06/30/25 | BSN | Review debtors' motion to reject Glendale lease | 0.10 | $151.50 |
| B185 | 06/30/25 | CF | Review and summarize Glendale rejection motion | 0.20 | $132.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.70 | $757.50 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 06/30/25 | GF | Review e-mails from creditors regarding consignment sale procedures motion | 0.10 | $118.50 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection  motions)** | 0.10 | $118.50 |

B200 - Operations

B210 Business Operations

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1229819

Page 12
July 22, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 06/04/25 | BSN | Review debtors' April 2025 monthly operating reports | 0.20 | $303.00 |
| B210 | 06/04/25 | GF | Review monthly operating report filings | 0.20 | $237.00 |
| B210 | 06/10/25 | BSN | Review debtors' amended April 2025 monthly operating report | 0.10 | $151.50 |
| | | | **Total B210 - Business Operations** | 0.50 | $691.50 |

B220 Employee Benefits/Pensions

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B220 | 06/16/25 | BSN | Review KEIP/KERP participants, identify employees that bolted to Alliance | 0.10 | $151.50 |
| B220 | 06/16/25 | CF | Review KEIP and KERP payment schedules | 0.20 | $132.00 |
| B220 | 06/16/25 | MTP | E-mails with C. Frankel and J. Emerson re: KERP payments | 0.10 | $107.50 |
| | | | **Total B220 - Employee Benefits/Pensions** | 0.40 | $391.00 |

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 06/10/25 | BSN | Revise e-mail update to committee re exclusivity extension motion; Sparkle Pop litigation vs. Alliance | 0.20 | $303.00 |
| B230 | 06/10/25 | GF | Emails with J. Hampton regarding DIP budget (.2); emails with J. Young regarding DIP budget (.1) | 0.30 | $355.50 |
| B230 | 06/11/25 | GF | Emails with B. Nathan regarding status of DIP budget | 0.10 | $118.50 |
| B230 | 06/12/25 | GF | Prepare for and participate on call with Debtors' team regarding DIP budget matters (1.2); follow up emails to M. Minuti regarding DIP budget assumptions (.2); confer with B. Nathan regarding DIP budget assumptions (.3) | 1.70 | $2,014.50 |
| B230 | 06/13/25 | BSN | Review draft budget 7/5 - 9/27 and comments to, questions re same | 0.20 | $303.00 |
| B230 | 06/13/25 | GF | Analysis of 13-week DIP budget from Debtors (.5); call with B. Nathan regarding same (.1) review 503(b)9 analysis from Debtors (.2) | 0.80 | $948.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors  Page 13
Committee  July 22, 2025
Invoice No.: 1229819

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 06/13/25 | MTP | Review proposed budget for JPM | 0.30 | $322.50 |
| B230 | 06/16/25 | BSN | E-mails with J. Emerson and D. Galfus re debtors' budget | 0.10 | $151.50 |
| B230 | 06/16/25 | BSN | Review updated budget re extended dip financing and questions re same (.3); e-mails with J. Emerson re same (.1) | 0.40 | $606.00 |
| B230 | 06/16/25 | GF | Emails with BRG team regarding call to discuss 13-week budget (.2); call with B. Nathan regarding budget (.2); emails with J. Young regarding budget (.1); review budget analysis (.3); call with D. Galfus regarding budget (.3) | 1.10 | $1,303.50 |
| B230 | 06/17/25 | GF | Participate on call with LS and BRG teams regarding budget matters (.7); follow up call with D. Galfus on same (.1) | 0.80 | $948.00 |
| B230 | 06/18/25 | BSN | Review report on call with debtors' counsel re: budget timing of debtors' response to Alliance complaint; UK stock sale (.1); review with G. Finizio (.2) | 0.30 | $454.50 |
| B230 | 06/18/25 | MTP | E-mails/discussions with B. Nathan and G. Finizio re: proposed budget | 0.20 | $215.00 |
| B230 | 06/19/25 | BSN | Review report re call with JP Morgan's counsel re updated dip budget, next steps | 0.10 | $151.50 |
| B230 | 06/19/25 | BSN | Review, critique updated extended dip financing budget with G. Finizio | 0.60 | $909.00 |
| B230 | 06/19/25 | GF | Call with J. Young regarding budget (.8); email report to LS and BRG teams regarding call with J. Young (.3); call with D. Galfus regarding next steps on budget (.2); call with B. Nathan regarding budget status (.5) | 1.80 | $2,133.00 |
| B230 | 06/20/25 | BSN | Review update re debtors' revised 8 week budget | 0.10 | $151.50 |
| B230 | 06/20/25 | GF | Emails with J. Hampton regarding next steps on budget (.1); analysis of potential budget modifications (.3) | 0.40 | $474.00 |
| B230 | 06/23/25 | BSN | Review debtors' updated 8 week budget and analysis re same (.4) and Hampton's memo re same (.1) and confer with G. Finizio re same (.1) | 0.60 | $909.00 |
| B230 | 06/23/25 | BSN | E-mails with D. Galfus; review G. Finizio's e-mail with comments re draft updated extended dip budget | 0.10 | $151.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 06/23/25 | GF | Emails to J. Hampton regarding status of budget (.1); call with D. Galfus regarding budget status (.2); correspondence with J. Young regarding status of budget (.1); call with B. Nathan regarding budget (.2); analysis of 8-week draft budget and email to LS and BRG teams regarding same (1.0); email to Saul Ewing regarding budget (.1) | 1.70 | $2,014.50 |
| B230 | 06/23/25 | MTP | E-mails/discussions with J. Hampton, D. Galfus, B. Nathan, G. Finizio and others re: proposed budget and related matters | 0.50 | $537.50 |
| B230 | 06/24/25 | BSN | Confer with G. Finizio, 2 conferences, 1st re budget changes and 2nd re changes re debtors' consigned goods sale procedures motion | 0.40 | $606.00 |
| B230 | 06/24/25 | BSN | Review BRG's analysis comparing latest June 23 and prior 8 week budgets for debtor | 0.20 | $303.00 |
| B230 | 06/24/25 | BSN | Review debtors' motion to approve fifth stipulation between debtors and JP Morgan amending dip credit agreement and motion for shortened notice re same | 0.30 | $454.50 |
| B230 | 06/24/25 | BSN | Telephone call with BRG team, Tydings team re latest extended dip financing budget; questions re same and suggested deletions; debtors' draft consigned goods sale procedures motion and changes to same | 1.30 | $1,969.50 |
| B230 | 06/24/25 | GF | Call with LS, BRG, and Tydings regarding budget (1.3); correspondence with B. Nathan regarding budget (.2); call with D. Galfus regarding budget updates from GH (.5); call with J. Young regarding budget (.5); email report regarding call with J. Young (.1); call with M. Papandrea regarding budget (.3) | 2.90 | $3,436.50 |
| B230 | 06/24/25 | MTP | E-mails with Committee professionals re: proposed budget and related matters (.3); conference call with Committee professionals re: same (1.3); discussions with G. Finizio re: same (.3) | 1.90 | $2,042.50 |
| B230 | 06/25/25 | BSN | Prepare for call with debtors' counsel; review topics to cover re same | 0.20 | $303.00 |
| B230 | 06/25/25 | BSN | Review report re call with debtors' counsel re budget, counterclaims in Alliance litigation, consignment sales procedures motion (.1); confer with G. Finizio (.3) and M. Papandrea (.1) and call with D. Shaffer (.4) re same | 0.90 | $1,363.50 |
| B230 | 06/25/25 | BSN | Review debtors' amended notice of motion for entry of order approving fifth stipulation with JP Morgan amending dip credit agreement | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1229819

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 06/25/25 | GF | Call with Saul Ewing team regarding budget (.9); follow up call with D. Shaffer and M. Papandrea regarding same (.2); call with B. Nathan regarding budget (.3); email summary to team regarding budget (.4); call with D. Galfus regarding budget (.3); emails with M. Papandrea regarding DIP hearing (.1) | 2.20 | $2,607.00 |
| B230 | 06/25/25 | MTP | Conference call with J. Hampton, A. Isenberg, D. Shaffer and G. FInizio re: budget and related matters | 0.90 | $967.50 |
| B230 | 06/25/25 | MTP | Discussions/e-mails with D. Shaffer, D. Galfus, B. Nathan, G. Finizio and others re: budget and related matters | 0.50 | $537.50 |
| B230 | 06/26/25 | GF | Call with J. Young regarding budget (.4); calls with D. Galfus (.2) and M. Papandrea regarding budget (.1) | 0.70 | $829.50 |
| B230 | 06/26/25 | MTP | E-mails/discussions with D. Galfus, B. Nathan, G. Finizio and others re: budget | 0.40 | $430.00 |
| B230 | 06/27/25 | BSN | Review internal e-mail re updated budget and questions re same (.3); e-mails with  D. Shaffer (.1) and confer with G. Finizio (.1) re response to same | 0.50 | $757.50 |
| B230 | 06/27/25 | GF | Emails with LS and Tydings teams regarding June 30 hearing strategy (.5); emails with B. Nathan regarding hearing prep (.1); call with J. Hampton regarding budget (.1); email to team regarding call with J. Hampton (.1); review revised budget from J. Hampton (.2) | 1.00 | $1,185.00 |
| B230 | 06/27/25 | MTP | E-mails/discussions with D. Shaffer, D. Galfus, B. Nathan, G. Finizio and others re: proposed budget | 0.30 | $322.50 |
| B230 | 06/28/25 | BSN | Telephone call with D. Shaffer, S. Gerald re committee statement re budget (.4); review, revise statement to send to J. Hampton and present to court (.2) | 0.70 | $1,060.50 |
| B230 | 06/28/25 | GF | Call with LS and BRG teams to prep for June 30 hearing (.4); email to J. Hampton regarding budget reservations (.1) | 0.50 | $592.50 |
| B230 | 06/29/25 | GF | Review LS and Tydings emails regarding June 30 hearing strategy | 0.20 | $237.00 |
| B230 | 06/30/25 | BSN | Review updated budget for dip financing extension; compare to prior version | 0.20 | $303.00 |
| B230 | 06/30/25 | GF | Telephone calls and e-mails with Tydings team regarding hearing outcome (.3); telephone calls with J. Hampton and W. Henrich regarding DIP hearing (.2); telephone call with J. Young regarding DIP hearing (.2); correspondence with M. Papandrea and B. Nathan regarding DIP hearing (.1) | 0.80 | $948.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee

Invoice No.: 1229819

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B230 - Financing/Cash Collateral** | 29.50 | $36,882.50 |

**B300 - Claims and Plan**

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 06/02/25 | BSN | Review internal memo re DCD's setoff rights re Dynamic motion for administrative claim | 0.10 | $151.50 |
| B310 | 06/02/25 | CF | Review Dynamic administrative expense claim and prior filings and scheduled payable (.1); email communications with B. Nathan re: same (.1) | 0.20 | $132.00 |
| B310 | 06/03/25 | GF | Review of administrative claim (Dynamic) | 0.50 | $592.50 |
| B310 | 06/08/25 | BSN | Review questions re extent of debtors' setoff rights re Dynamic Forces' motion for administrative claim | 0.10 | $151.50 |
| B310 | 06/08/25 | MTP | E-mails with LS team re: Dynamic administrative claim motion | 0.10 | $107.50 |
| B310 | 06/10/25 | BSN | Review debtors' objection to Dynamic Force's motion for administrative expense | 0.20 | $303.00 |
| B310 | 06/13/25 | BSN | Review debtors' analysis of section 503b9 priority claims | 0.20 | $303.00 |
| B310 | 06/16/25 | BSN | Review notice of hearing re Dynamic Force's application for administrative expense | 0.10 | $151.50 |
| B310 | 06/26/25 | CF | Review and summarize motion to file late claim | 0.20 | $132.00 |
| B310 | 06/27/25 | CF | Update distribution list and contact sheet (.6); email communications with M. Papandrea re: ex officio committee member (.1) | 0.70 | $462.00 |

| | | | **Total B310 - Claims Administration and Objections** | 2.40 | $2,486.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 06/02/25 | BSN | Review stipulation extending committee's objection deadline re plan exclusivity motion | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1229819

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 06/02/25 | BSN | Review status of analysis of administrative solvency, analysis of section 503b9 claims, debtor's unpaid professional fees with G. Finizio | 0.40 | $606.00 |
| B320 | 06/02/25 | GF | Emails with A. Isenberg regarding DIP budget questions | 0.20 | $237.00 |
| B320 | 06/06/25 | BSN | Revise e-mail to S. Hampton re exclusivity motion objection deadline extension, short term extension, other options (.2) and review with M. Papandrea (.3) and M. Papandrea and G. Finizio (.2) | 0.70 | $1,060.50 |
| B320 | 06/06/25 | GF | Emails with M. Papandrea regarding exclusivity extension | 0.10 | $118.50 |
| B320 | 06/06/25 | MTP | Draft/review/respond to e-mails with Debtors' counsel, B. Nathan, and G. Finizio re: exclusivity motion and potential path forward (.8); conference call with B. Nathan and G. Finizio re: same (.2); discussions with G. Finizio and B. Nathan re: same (.3); review/revise notes from call with Debtors' counsel re: same (.5) | 1.80 | $1,935.00 |
| B320 | 06/07/25 | GF | Email to M. Papandrea regarding status of exclusivity objection deadline | 0.10 | $118.50 |
| B320 | 06/07/25 | MTP | E-mails with B. Nathan and G. Finizio re: exclusivity motion | 0.10 | $107.50 |
| B320 | 06/08/25 | BSN | E-mails with J. Hampton re extended objection deadline, exclusivity extension motion | 0.10 | $151.50 |
| B320 | 06/08/25 | MTP | E-mails with J. Hampton re: exclusivity motion | 0.10 | $107.50 |
| B320 | 06/09/25 | BSN | Update re extension of committee's objection deadline, exclusivity extension motion | 0.10 | $151.50 |
| B320 | 06/09/25 | CF | Call with M. Papandrea re: response to motion to extend exclusivity (.2); draft same (.7) | 0.90 | $594.00 |
| B320 | 06/09/25 | MTP | Conference call with Tydings and LS teams re: exclusivity motion and related matters (.8); e-mails with Committee professionals re: same (.4); discussion with G. Finizio re: same (.1) | 1.30 | $1,397.50 |
| B320 | 06/10/25 | BSN | Review stipulation to further extend committee's objection deadline re debtors' exclusivity extension motion | 0.10 | $151.50 |
| B320 | 06/11/25 | BSN | Review report re call with debtor's counsel re exclusivity extension | 0.10 | $151.50 |
| B320 | 06/11/25 | BSN | E-mails with J. Hampton re plan exclusivity extension and debtors' counterproposal re same | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1229819

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 06/11/25 | CF | Review exclusivity motion | 0.20 | $132.00 |
| B320 | 06/11/25 | MTP | E-mails/discussions with LS team re: exclusivity motion | 0.10 | $107.50 |
| B320 | 06/12/25 | BSN | Review settlement terms re plan exclusivity extension and section 503b9 claims analysis status re same | 0.20 | $303.00 |
| B320 | 06/12/25 | CF | Draft Committee objection to exclusivity motion | 3.40 | $2,244.00 |
| B320 | 06/12/25 | CF | Review exclusivity motion objection precedent (.4); email communications re: exclusivity motion resolution (.2) | 0.60 | $396.00 |
| B320 | 06/12/25 | MTP | E-mails/discussions with J. Hampton, G. Finizio, B. Nathan, C. Frankel and others re: exclusivity objection and proposed resolution and consent order (.6); review same (.1) | 0.70 | $752.50 |
| B320 | 06/13/25 | BSN | Review revised exclusivity extension order per settlement with debtors | 0.10 | $151.50 |
| B320 | 06/13/25 | MTP | Review revised exclusivity order; e-mails with LS and SE teams re: same | 0.10 | $107.50 |
| B320 | 06/16/25 | BSN | Review COC re proposed order approving debtors' motion to extend plan exclusivity period and redline showing changes to proposal order | 0.10 | $151.50 |
| B320 | 06/17/25 | BSN | Review order extending plan exclusivity period approved by court | 0.10 | $151.50 |

|  |  |  | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 11.90 | $11,688.00 |

B400 - Bankruptcy-Related Advice

B430 Adversary Proceedings and Bankruptcy Court Litigation

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B430 | 06/02/25 | BSN | Review appearance by debtors' counsel in Alliance's litigation | 0.10 | $151.50 |
| B430 | 06/03/25 | GF | Review analysis regarding APA and bid procedures language on extent of damage claims against Alliance | 0.50 | $592.50 |
| B430 | 06/05/25 | BSN | Review research re damage claim against Alliance (.50); e-mails with J. Emerson re quantifying damage claim (.2) | 0.70 | $1,060.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee

Invoice No.: 1229819

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430 | 06/05/25 | BSN | Review notice of continued pretrial conferences to 7/10, Alliance Entertainment litigation | 0.10 | $151.50 |
| B430 | 06/09/25 | BSN | Review Sparkle Pop's complaint against Alliance Entertainment and motion for temporary restraining order; Weinshanker's declaration and memo of law in support of motion | 0.80 | $1,212.00 |
| B430 | 06/09/25 | CF | Review AdPopulum complaint against Alliance and summarize same for Committee update | 0.90 | $594.00 |
| B430 | 06/09/25 | GF | Email to M. Minuti regarding estate counterclaims against Alliance | 0.10 | $118.50 |
| B430 | 06/09/25 | MTP | Review SparklePop complaint (.2); e-mails with LS team re: same (.2) | 0.40 | $430.00 |
| B430 | 06/10/25 | BSN | E-mails with LS group re questions concerning Sparkle Pop litigation vs. Universal | 0.10 | $151.50 |
| B430 | 06/10/25 | BSN | Review notice of hearing on Sparkle Pop's request for TRO and preliminary injunction | 0.10 | $151.50 |
| B430 | 06/10/25 | BSN | Review press coverage re Sparkle Pop's litigation against Alliance Entertainment | 0.10 | $151.50 |
| B430 | 06/10/25 | CF | Review media coverage of sales team hires by Alliance and email communications re: same | 0.20 | $132.00 |
| B430 | 06/10/25 | EBL | Attend to attorney ecf registrations for Sparkle Pop adversary proceeding | 0.20 | $76.00 |
| B430 | 06/10/25 | MTP | E-mails with LS team re: SparklePop's adversary proceeding (.1); review complaint (.2) | 0.30 | $322.50 |
| B430 | 06/12/25 | BSN | Review damage claims against Alliance Entertainment | 0.20 | $303.00 |
| B430 | 06/12/25 | BSN | E-mails with J. Emerson (.1) and confer with G. Finizio re damage claim, Alliance litigation (.1) | 0.20 | $303.00 |
| B430 | 06/13/25 | BSN | E-mails with J. Emerson re debtors' damage claim against Alliance Entertainment, draft budget | 0.10 | $151.50 |
| B430 | 06/13/25 | GF | Emails with M. Papandrea regarding June 17 hearing (.1) | 0.10 | $118.50 |
| B430 | 06/14/25 | BSN | Telephone call with J. Emerson re damage claim against Alliance Entertainment, budget issues | 0.70 | $1,060.50 |
| B430 | 06/16/25 | BSN | Review debtors' motion for intervention, Sparkle Pop litigation vs. Alliance | 0.40 | $606.00 |
| B430 | 06/16/25 | GF | Emails with M. Papandrea regarding TRO hearing | 0.20 | $237.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee

Page 20

July 22, 2025

Invoice No.: 1229819

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430 | 06/16/25 | MTP | Review Debtors' motion to intervene in SparklePop adversary proceeding and other filings | 0.20 | $215.00 |
| B430 | 06/17/25 | BSN | E-mails with M. Minuti re counterclaims against Alliance and timing of filing answer, counterclaims | 0.10 | $151.50 |
| B430 | 06/17/25 | BSN | Review D. Shaffer's report re TRO hearing, Sparkle Pop litigation against Universal | 0.10 | $151.50 |
| B430 | 06/17/25 | GF | Emails with M. Minuti regarding estate counterclaims against Alliance | 0.20 | $237.00 |
| B430 | 06/18/25 | MTP | Review memorandum re: claims against AENT | 0.20 | $215.00 |
| B430 | 06/19/25 | BSN | Review debtors' draft memorandum of law in support of motion to partially dismiss complaint (.1); review internal memo re: comments to/questions re: same and suggested research re: same (.1) | 0.20 | $303.00 |
| B430 | 06/19/25 | BSN | Review Sparkle Pop's notice of withdrawal of TRO motion | 0.10 | $151.50 |
| B430 | 06/19/25 | GF | Review and analysis of draft motion to dismiss sent by M. Minuti (1.1); prepare email to LS team with comments to MTD (.6) | 1.70 | $2,014.50 |
| B430 | 06/20/25 | BSN | Review appearance for Tyson and Hirsch, defendants in Alliance itigation | 0.10 | $151.50 |
| B430 | 06/20/25 | GF | Emails with local counsel regarding draft motion to dismiss (.1); prepare additional comments to draft motion to dismiss (.5) | 0.60 | $711.00 |
| B430 | 06/20/25 | MTP | Various e-mails/discussions with LS and BRG teams and Debtors' counsel re: adversary proceedings and related matters | 0.80 | $860.00 |
| B430 | 06/22/25 | CF | Review and comment on Debtors' motion to dismiss Alliance complaint and email communications re: same | 1.90 | $1,254.00 |
| B430 | 06/23/25 | BSN | Review Weinshanker and Parker's declarations in support of Sparkle Pop's request for preliminary injunction | 0.50 | $757.50 |
| B430 | 06/23/25 | CF | Review and comment on Debtors' draft motion to dismiss the Alliance adversary proceeding | 2.60 | $1,716.00 |
| B430 | 06/23/25 | GF | Review C. Frankel comments to draft MTD (.5); incorporate C. Frankel comments into bullet point list of comments to MTD (.3); email to M. Minuti regarding comments to MTD (.2) | 1.00 | $1,185.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1229819

Page 21
July 22, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B430 | 06/23/25 | MTP | E-mails/discussions with J. Hampton, D. Galfus, B. Nathan, G. Finizio and others re: motion to dismiss AENT adversary proceeding (.1); review same (.2) | 0.30 | $322.50 |
| B430 | 06/24/25 | BSN | Review internal memo summarizing Sparkle Pop's Weinshanker's and Parker's declarations in support of preliminary injunction motion in Sparkle Pop vs. Alliance adversary proceeding | 0.10 | $151.50 |
| B430 | 06/24/25 | BSN | Review unsealed Exhibit A Ogilvie's declaration opposing Sparkle Pop's TRO, preliminary injunction motion in Sparkle Pop v. Alliance adversary | 0.20 | $303.00 |
| B430 | 06/24/25 | CF | Review and summarize unsealed exhibits to Sparkle Pop adversary proceeding declarations | 1.10 | $726.00 |
| B430 | 06/24/25 | CF | Strategy call with committee professionals re: pending adversary proceedings, consigned goods sale procedure motion, and budget | 1.30 | $858.00 |
| B430 | 06/24/25 | GF | Review C. Frankel email memo summarizing adversary proceeding declarations from Sparkle Pop | 0.20 | $237.00 |
| B430 | 06/26/25 | BSN | Review committee position re intervention in Alliance Entertainment litigation | 0.10 | $151.50 |
| B430 | 06/26/25 | GF | Review damage claims analyses (.3); review adversary docket updates (.1) | 0.40 | $474.00 |
| B430 | 06/27/25 | BSN | Review debtors' notice of intervention in Sparkle Pop litigation against Alliance Entertainment and notice of hearing re intervention motion | 0.10 | $151.50 |
| B430 | 06/27/25 | GF | Review additional case law in draft motion to dismiss | 0.30 | $355.50 |
| B430 | 06/30/25 | BSN | Review debtors' answer and counterclaims, Alliance litigation | 0.60 | $909.00 |
| B430 | 06/30/25 | BSN | Review debtors' and Getzler Henrich's and Raymond James and Tyson, Hirsch's motions to dismiss Counts II through V of Alliance Complaint and debtors' supporting memo of law | 0.70 | $1,060.50 |
| B430 | 06/30/25 | CF | Review Alliance answer and counterclaims and draft committee update in lieu of 7/1 meeting email | 1.30 | $858.00 |
| B430 | 06/30/25 | GF | Review answer and counterclaims filing by Debtor defendants (.5); review motions to dismiss filed by professional persons (.5) | 1.00 | $1,185.00 |

|  |  |  | **Total B430 - Adversary Proceedings and Bankruptcy Court Litigation** | 24.50 | $25,892.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors
Committee
Invoice No.: 1229819

Page 22
July 22, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| **B430A Court Hearings** | | | | | |
| B430A | 06/13/25 | MTP | E-mails with D. Shaffer and G. Finizio re: 6/17 hearing | 0.10 | $107.50 |
| B430A | 06/16/25 | MTP | E-mails with D. Shaffer and G. Finizio re: 6/17 hearing | 0.10 | $107.50 |
| B430A | 06/17/25 | MTP | E-mails with D. Shaffer, G. Finizio and others re: 6/17 hearing | 0.20 | $215.00 |
| B430A | 06/27/25 | MTP | E-mails/discussions with D. Shaffer, B. Nathan, G. Finizio and others re: 6/30 hearing | 0.10 | $107.50 |
| B430A | 06/28/25 | MTP | E-mails with LS, Tydings and BRG teams re: 6/30 hearing and related matters | 0.20 | $215.00 |
| B430A | 06/30/25 | BSN | Review report re results of court hearing on debtors' motion for approval of extended dip financing order; approving stipulation re amended dip credit agreement | 0.10 | $151.50 |
| | | | **Total B430A - Court Hearings** | 0.80 | $904.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1229819

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 2.00 | $829.50 |
| B120 | Asset Analysis and Recovery | 17.70 | $21,062.50 |
| B130 | Asset Disposition | 3.80 | $4,895.50 |
| B150 | Meetings of and Communication with Creditors | 23.80 | $26,000.00 |
| B160 | Fee/Employment Applications | 3.40 | $2,811.00 |
| B165 | Employment and Retention Applications - Others | 0.30 | $454.50 |
| B175 | Fee Applications and Invoices - Others | 0.70 | $961.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.70 | $757.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 0.10 | $118.50 |
| B210 | Business Operations | 0.50 | $691.50 |
| B220 | Employee Benefits/Pensions | 0.40 | $391.00 |
| B230 | Financing/Cash Collateral | 29.50 | $36,882.50 |
| B310 | Claims Administration and Objections | 2.40 | $2,486.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 11.90 | $11,688.00 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 24.50 | $25,892.00 |
| B430A | Court Hearings | 0.80 | $904.00 |
| | **Total** | **122.50** | **$136,826.00** |