# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $47.60 |
| Travel | $840.25 |
| Meals | $12.00 |
| **Total Disbursements** | **$899.85** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

Diamond Comic Distributors Inc. - Unsecured Creditors Committee

Invoice No.: 1229819

Page 25

July 22, 2025

**DISBURSEMENT DETAIL:**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 05/29/25 | Meals (out of town travel)  VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Meals Other with Michael Papandrea; Attend hearing on May 29th on DIP financing amendment | $12.00 |
| 05/29/25 | Amtrak Rail travel  VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Amtrak; FROM: Newark Penn; TO: Baltimore Penn; Attend hearing on May 29th on DIP financing amendment | $682.00 |
| 05/29/25 | Out of town ground travel (mileage, taxi, tolls etc...)  VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Taxi/Car Service; FROM: Baltimore Penn; TO: local counsel's office; Attend hearing on May 29th on DIP financing amendment | $17.85 |
| 05/29/25 | Out of town ground travel (mileage, taxi, tolls etc...)  VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Taxi/Car Service; FROM: local counsel's office; TO: Baltimore Penn; Attend hearing on May 29th on DIP financing amendment | $16.72 |
| 05/29/25 | Local Travel  VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Taxi/Car Service; FROM: home; TO: Newark Penn; Attend hearing on May 29th on DIP financing amendment | $55.36 |
| 05/29/25 | Local Travel  VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Taxi/Car Service; FROM: Newark Penn; TO: home; Attend hearing on May 29th on DIP financing amendment | $68.32 |
| 05/10/25 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 05/10/2025 Court: MDBK Pages: 3 | $0.30 |
| 05/12/25 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 05/12/2025 Court: MDBK Pages: 2 | $0.20 |
| 05/29/25 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 05/29/2025 Court: MDBK Pages: 2 | $0.20 |
| 06/16/25 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 06/16/2025 Court: MDBK Pages: 14 | $1.40 |
| 06/23/25 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 06/23/2025 Court: MDBK Pages: 193 | $19.30 |
| 06/30/25 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 06/30/2025 Court: MDBK Pages: 182 | $18.20 |
| 05/06/25 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 05/06/2025 Court: MDBK Pages: 4 | $0.40 |
| 05/09/25 | Computerized legal research: Pacer:  VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 05/09/2025 Court: MDBK Pages: 76 | $7.60 |
|  | Total Disbursements | $899.85 |