# **Exhibit A**

DATE: 07/11/25 11:37:01 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071565)  # 154807                                                                  Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                                              BILLING INSTRUCTIONS
Professionals-Debtor and Committee (Rete

CLIENT ADDRESS                                                                    MATTER ADDRESS
The Official Committee of Unsecured Creditors                                     The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case                          for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                                  100 Front Street
Riverside, NJ 08075                                                               Riverside, NJ 08075

CLIENT INFORMATION                                                                MATTER INFORMATION
PHONE:                                                                            PHONE:
CONTACT: Gregory Andonian                                                         CONTACT: Gregory Andonian
REFERRED BY:                                                                      REFERRED BY:

STATUS:         OP                    DEPARTMENT:       500         Bankruptcy                 FEE FREQ:      M
DATE OPENED:    03/06/25              MATTER TYPE:      3300        Creditor Committee         COST FREQ:     M
                                                                    Representation
DATE CLOSED:                          ARRANGEMENT:      HRST        HRST

TRUST AMOUNT:                        0.00
UNAPPLIED AMOUNT:                    0.00

LAST BILL DATE:        06/30/25

TIME ENTRIES

|  |  |  |  | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2752108 | SBG | 06/02/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 62 | | | review order granting interim comp |
| 2754359 | DJS | 06/11/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 437 | | | Review billing and follow up regarding budgeting for case; emails with co-professionals regarding same. |
| 2754467 | SBG | 06/12/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 499 | | | emails with committee professionals regarding |

DATE: 07/11/25 11:37:01 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071565)  # 154807                                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | fees/budget |
| 2754472 | SBG | 06/12/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 623 | | | review getzler staffing report |
| 2754709 | SBG | 06/16/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 995 | | | prepare CNOs for April monthly fee statements for committee professionals |
| 2757708 | DJS | 06/19/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 1120 | | | Review issues for billing. |
| 2755719 | SBG | 06/20/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 1306 | | | file CNOs for committee professionals' April monthly fee statements; emails regarding same |
| 2757677 | DJS | 06/26/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 1556 | | | Review fee application backup and billing information for preparation of monthly statement. |
| 2757683 | DJS | 06/26/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 1681 | | | Review fee statement draft. |
| 2756913 | SBG | 06/26/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 2053 | | | prepare monthly fee statement |
| 2756914 | SBG | 06/26/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2115 | | | review BRG may monthly fee statement |
| 2757558 | SBG | 06/30/25 | B | 1.20 | 744.00 | 1.20 | 744.00 | 2859 | | | finalize and file monthly fee statements for LS, BRG and TR |

```
              FEE SUBTOTAL                                2,859.00


              BALANCE DUE FROM PREVIOUS STATEMENT                         37,819.80
              LESS PAYMENT(S)

              BALANCE FORWARD                                             37,819.80

              TIMECARD SUB-TOTAL (4.60)            2,859.00
              DISBURSEMENT SUB-TOTAL                   0.00
              SUBTOTAL CURRENT PERIOD              2,859.00
              TOTAL DUE                                                   40,678.80
```

DATE: 07/11/25 11:37:01 PRO FORMA STATEMENT AS OF 06/30/25 FOR FILE (D02748.071565) # 154807   Page 3

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 1.40 | 30.4 | 875.00 | 30.60 |
| Gerald, Stephen B. | 620.00 | 3.20 | 69.6 | 1984.00 | 69.40 |
| TOTALS | | 4.60 | | 2859.00 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 74,305.00 | 0.00 | 0.00 | 0.00 | 74,305.00 |
| CR | Cash Receipts | -36,485.20 | 0.00 | 0.00 | 0.00 | -36,485.20 |
| | TOTALS | 37,819.80 | 0.00 | 0.00 | 0.00 | 37,819.80 |

AGED ACCOUNTS RECEIVABLE:   0.00 (-30)   7,883.50 (31-60)   20,815.00 (61-90)   1,858.80 (91-120)   7,262.50 (+)

( ) BILL COSTS AND FEES    ( ) DO NOT BILL
( ) BILL FEES ONLY    ( ) CLOSE FILE
( ) BILL COSTS ONLY    ( ) FINAL BILL

DATE: 07/11/25 11:36:13 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071564)  # 154806                          Page 1

| | CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|---|
| | Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                              BILLING INSTRUCTIONS
Avoidance Actions/Litigation/Contested M

CLIENT ADDRESS                                                  MATTER ADDRESS
The Official Committee of Unsecured Creditors                   The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case        for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                100 Front Street
Riverside, NJ 08075                                             Riverside, NJ 08075

CLIENT INFORMATION                                              MATTER INFORMATION
PHONE:                                                          PHONE:
CONTACT: Gregory Andonian                                       CONTACT: Gregory Andonian
REFERRED BY:                                                    REFERRED BY:

STATUS:        OP              DEPARTMENT:     500       Bankruptcy                FEE FREQ:        M
DATE OPENED:   03/06/25        MATTER TYPE:    3300      Creditor Committee        COST FREQ:       M
                                                         Representation
DATE CLOSED:                   ARRANGEMENT:    HRST      HRST

TRUST AMOUNT:                  0.00
UNAPPLIED AMOUNT:              0.00

LAST BILL DATE:        05/27/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2754375 | DJS | 06/09/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 188 | | | Read Ad Populum complaint against AENT |
| 2753416 | SBG | 06/09/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 436 | | | review sparkle pop complaint |
| 2754809 | DJS | 06/17/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 686 | | | Read Debtors' Motion for Intervention in Sparkle Pop lawsuit |
| 2755140 | DJS | 06/17/25 | B | 3.20 | 2000.00 | 3.20 | 2000.00 | 2686 | | | Travel to and from and attend |

DATE: 07/11/25 11:36:13 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071564)  # 154806                        Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | hearing on TRO motion and motion to seal filed by Sparkle Pop. |
| 2755143 | DJS | 06/17/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 3123 | | | Draft update report on TRO Motion for co-counsel and send; confer with Gerald regarding same. |
| 2754952 | SBG | 06/17/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 3371 | | | confer with D.Shaffer regarding hearing on TRO; emails regarding same |
| 2757713 | DJS | 06/18/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 3496 | | | Follow up with Gerald regarding Administrative Pop and AENT litigation. |
| 2757709 | DJS | 06/20/25 | B | 1.10 | 687.50 | 1.10 | 687.50 | 4184 | | | Read motion to dismiss AENT complaint and email to Finizio regarding same. |
| 2755718 | SBG | 06/20/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 4556 | | | review MTD; emails regarding same; confer with D.Shaffer regarding same |

```
                FEE SUBTOTAL                                   4,555.50


    BALANCE DUE FROM PREVIOUS STATEMENT                        1,619.00
    LESS PAYMENT(S)                                             (348.00)

    BALANCE FORWARD                                            1,271.00

    TIMECARD SUB-TOTAL (7.30)                      4,555.50
    DISBURSEMENT SUB-TOTAL                             0.00
    SUBTOTAL CURRENT PERIOD                        4,555.50
    TOTAL DUE                                                  5,826.50
```

DATE: 07/11/25 11:36:13 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071564)  # 154806                                                       Page 3

## TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 5.90 | 80.8 | 3687.50 | 80.90 |
| Gerald, Stephen B. | 620.00 | 1.40 | 19.2 | 868.00 | 19.10 |
| TOTALS | | 7.30 | | 4555.50 | |

## MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 1,619.00 | 0.00 | 0.00 | 0.00 | 1,619.00 |
| CR | Cash Receipts | -348.00 | 0.00 | 0.00 | 0.00 | -348.00 |
| | TOTALS | 1,271.00 | 0.00 | 0.00 | 0.00 | 1,271.00 |

AGED ACCOUNTS RECEIVABLE:            0.00 (-30)            0.00 (31-60)       1,184.00 (61-90)            87.00 (91-120)            0.00 (+)

```
( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL
```

DATE: 07/11/25 11:32:14 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071560)  # 154803                                Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| Secured Lender/Creditor Issues | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors for the Diamond Comic Distributors, Inc. Bankruptcy Case 100 Front Street Riverside, NJ 08075 | The Official Committee of Unsecured Creditors for the Diamond Comic Distributors, Inc. Bankruptcy Case 100 Front Street Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: CONTACT: Gregory Andonian REFERRED BY: | PHONE: CONTACT: Gregory Andonian REFERRED BY: |

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:                       0.00
UNAPPLIED AMOUNT:                   0.00

LAST BILL DATE:         06/30/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2753421 | SBG | 06/09/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | review DIP lender fee statement |
| 2754474 | SBG | 06/11/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 186 | | | review notice regarding DIP amendment |
| 2754479 | SBG | 06/11/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 248 | | | emails with committee professionals regarding budget |
| 2757702 | DJS | 06/23/25 | B | 0.50 | 312.50 | 0.50 | 312.50 | 561 | | | Review budget draft and emails regarding same; emails |

DATE: 07/11/25 11:32:14 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071560)  # 154803                                                                 Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | regarding update to committee regarding same. |
| 2756810 | SBG | 06/23/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 685 | | | emails regarding budget; review same |
| 2756814 | SBG | 06/23/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 871 | | | emails regarding budget issues |
| 2757694 | DJS | 06/24/25 | B | 1.60 | 1000.00 | 1.60 | 1000.00 | 1871 | | | Review budget proposed from debtor and prepare for call with LS team and BRG (.4); attend call with UCC professionals regarding budget draft from debtors (1.2) |
| 2756406 | SBG | 06/24/25 | B | 1.20 | 744.00 | 1.20 | 744.00 | 2615 | | | committee professionals call regarding budget |
| 2756412 | SBG | 06/24/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2677 | | | email regarding comments to consignment motion |
| 2756502 | SBG | 06/24/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2801 | | | review motion further extending DIP |
| 2757686 | DJS | 06/25/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 3051 | | | Calls and emails with Gerald regarding DIP extension and budget issues. |
| 2756731 | SBG | 06/25/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 3237 | | | emails regarding status of budget and related issues; confer with D.Shaffer regarding same |
| 2757355 | SBG | 06/27/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3361 | | | emails regarding budget |
| 2757669 | DJS | 06/28/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 3486 | | | Prepare for call with LS team to go over DIP budget issues and prep for hearing on extension |
| 2757670 | DJS | 06/28/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 3861 | | | Call with LS team to go over approach for DIP extension hearing; follow up call with Gerald re same. |
| 2757419 | SBG | 06/28/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 4171 | | | calls and emails with Bruce, Franco and Dennis regarding budget |
| 2757662 | DJS | 06/30/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 4733 | | | Prepare for hearing on DIP extension |

DATE: 07/11/25 11:32:14 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071560)  # 154803                                             Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2757663 | DJS | 06/30/25 | B | 1.60 | 1000.00 | 1.60 | 1000.00 | 5733 | | | walk to and from court and attend hearing on DIP extension |
| 2757667 | DJS | 06/30/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 5921 | | | Call with Finizio regarding update from DIP extension hearing. |
| 2757423 | SBG | 06/30/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 6107 | | | confer with D.Shaffer regarding hearing and budget; review same |
| 2757564 | SBG | 06/30/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 6231 | | | confer with D.Shaffer regarding hearing on DIP |

```
                FEE SUBTOTAL                                    6,230.50


        BALANCE DUE FROM PREVIOUS STATEMENT                              14,296.00
        LESS PAYMENT(S)

        BALANCE FORWARD                                                  14,296.00

        TIMECARD SUB-TOTAL (10.00)                      6,230.50
        DISBURSEMENT SUB-TOTAL                              0.00
        SUBTOTAL CURRENT PERIOD                         6,230.50
        TOTAL DUE                                                        20,526.50
```

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 6.10 | 61.0 | 3812.50 | 61.20 |
| Gerald, Stephen B. | 620.00 | 3.90 | 39.0 | 2418.00 | 38.80 |
| TOTALS | | 10.00 | | 6230.50 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 35,552.00 | 0.00 | 0.00 | 0.00 | 35,552.00 |
| CR | Cash Receipts | -21,256.00 | 0.00 | 0.00 | 0.00 | -21,256.00 |
| | TOTALS | 14,296.00 | 0.00 | 0.00 | 0.00 | 14,296.00 |

DATE: 07/11/25 11:32:14 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071560)  # 154803                                                                                      Page 4

AGED ACCOUNTS RECEIVABLE:          0.00  (-30)          5,305.50  (31-60)          3,676.50  (61-90)          1,060.60  (91-120)          4,253.40  (+)

    ( ) BILL COSTS AND FEES    ( ) DO NOT BILL
    ( ) BILL FEES ONLY    ( ) CLOSE FILE
    ( ) BILL COSTS ONLY    ( ) FINAL BILL

DATE: 07/11/25 11:34:23 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071563)  # 154805                                                            Page 1

| | | | | |
|---|---|---|---|---|
| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                              BILLING INSTRUCTIONS
Sale Issues

CLIENT ADDRESS                                                  MATTER ADDRESS
The Official Committee of Unsecured Creditors                   The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case        for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                100 Front Street
Riverside, NJ 08075                                             Riverside, NJ 08075

CLIENT INFORMATION                                              MATTER INFORMATION
PHONE:                                                          PHONE:
CONTACT: Gregory Andonian                                       CONTACT: Gregory Andonian
REFERRED BY:                                                    REFERRED BY:

| | | | | | |
|---|---|---|---|---|---|
| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: M |
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:       06/30/25

TIME ENTRIES

|  |  |  |  | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2753273 | SBG | 06/06/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 62 | | | emails regarding call regarding next steps in case |
| 2754374 | DJS | 06/09/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 562 | | | Call with UCC counsel regarding sale issues and potential administrative insolvency matters including budgeting for additional sale of UK and distribution of proceeds therefrom. |

DATE: 07/11/25 11:34:23 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071563)  # 154805                               Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2753415 | SBG | 06/09/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 1058 | | | call with LS team regarding plan going forward in case |
| 2757688 | DJS | 06/25/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 1621 | | | Review draft of consignment motion and review local rules for procedure and related matters regarding same. |
| 2757689 | DJS | 06/25/25 | B | 1.70 | 1062.50 | 1.70 | 1062.50 | 2683 | | | Call with Debtors counsel regarding consignment motion and open issues (1.0); follow up call with Finizio and Papandrea regarding same (.2); follow up call with Nathan (,2) and emails regarding same and call with Gerald regarding same (.3) |

FEE SUBTOTAL                         2,683.00

BALANCE DUE FROM PREVIOUS STATEMENT                    52,380.80
LESS PAYMENT(S)

BALANCE FORWARD                                        52,380.80

TIMECARD SUB-TOTAL (4.30)            2,683.00
DISBURSEMENT SUB-TOTAL                   0.00
SUBTOTAL CURRENT PERIOD              2,683.00
TOTAL DUE                                              55,063.80

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 3.40 | 79.1 | 2125.00 | 79.20 |
| Gerald, Stephen B. | 620.00 | 0.90 | 20.9 | 558.00 | 20.80 |
| TOTALS | | 4.30 | | 2683.00 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|

DATE: 07/11/25 11:34:23 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071563)  # 154805                                           Page 3

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---:|---:|---:|---:|---:|
| BL | Bills | 61,994.00 | 0.00 | 0.00 | 0.00 | 61,994.00 |
| CR | Cash Receipts | -9,613.20 | 0.00 | 0.00 | 0.00 | -9,613.20 |
|   | TOTALS | 52,380.80 | 0.00 | 0.00 | 0.00 | 52,380.80 |

AGED ACCOUNTS RECEIVABLE:          0.00  (-30)          3,864.00  (31-60)          46,113.50  (61-90)          1,108.50  (91-120)          1,294.80  (+)

```
(  ) BILL COSTS AND FEES        (  ) DO NOT BILL
(  ) BILL FEES ONLY             (  ) CLOSE FILE
(  ) BILL COSTS ONLY            (  ) FINAL BILL
```

DATE: 07/11/25 11:37:48 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071566)  # 154808                                    Page 1

| | CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|---|
| | Diamond Comic Creditors' Committee | D02748 | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                                      BILLING INSTRUCTIONS
Plan and Disclosure Statement

CLIENT ADDRESS                                                                                      MATTER ADDRESS
The Official Committee of Unsecured Creditors                              The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case        for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                                                     100 Front Street
Riverside, NJ 08075                                                                               Riverside, NJ 08075

CLIENT INFORMATION                                                                   MATTER INFORMATION
PHONE:                                                                                                   PHONE:
CONTACT: Gregory Andonian                                                       CONTACT: Gregory Andonian
REFERRED BY:                                                                                    REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:                            0.00
UNAPPLIED AMOUNT:                  0.00

LAST BILL DATE:           06/30/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2751778 | SBG | 06/02/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 62 | | | review stip extending exclusivity; emails regarding same |
| 2754491 | SBG | 06/10/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 124 | | | emails regarding exclusivity extension |
| 2754345 | DJS | 06/13/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 249 | | | Review exclusivity motion proposed form of order; emails regarding same |

DATE: 07/11/25 11:37:48 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071566)  # 154808     Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2754459 | SBG | 06/13/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 311 | | | review stip regarding exclusivity |
| 2754454 | SBG | 06/14/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 373 | | | emails regarding stip extending deadline to object to exclusivity |

FEE SUBTOTAL                                              373.00

BALANCE DUE FROM PREVIOUS STATEMENT                                      310.00
LESS PAYMENT(S)

BALANCE FORWARD                                                          310.00

TIMECARD SUB-TOTAL (0.60)                           373.00
DISBURSEMENT SUB-TOTAL                                0.00
SUBTOTAL CURRENT PERIOD                             373.00
TOTAL DUE                                                                683.00

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 0.20 | 33.3 | 125.00 | 33.50 |
| Gerald, Stephen B. | 620.00 | 0.40 | 66.7 | 248.00 | 66.50 |
| TOTALS | | 0.60 | | 373.00 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 310.00 | 0.00 | 0.00 | 0.00 | 310.00 |
| | TOTALS | 310.00 | 0.00 | 0.00 | 0.00 | 310.00 |

AGED ACCOUNTS RECEIVABLE:        0.00 (-30)        310.00 (31-60)        0.00 (61-90)        0.00 (91-120)        0.00 (+)

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL

DATE: 07/11/25 11:33:24 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071561)  # 154804                                               Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                                       BILLING INSTRUCTIONS
General Unsecured Creditor Issues

CLIENT ADDRESS                                                              MATTER ADDRESS
The Official Committee of Unsecured Creditors                               The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case                    for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                            100 Front Street
Riverside, NJ 08075                                                         Riverside, NJ 08075

CLIENT INFORMATION                                                          MATTER INFORMATION
PHONE:                                                                      PHONE:
CONTACT: Gregory Andonian                                                   CONTACT: Gregory Andonian
REFERRED BY:                                                                REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: |  | ARRANGEMENT: | HRST | HRST |  |  |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:          06/30/25

TIME ENTRIES

|  |  |  |  | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2752107 | SBG | 06/02/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 62 |  |  | committee email regarding status |
| 2754484 | SBG | 06/10/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 124 |  |  | committee email regarding status |
| 2754471 | SBG | 06/12/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 186 |  |  | committee email regarding status |
| 2754810 | DJS | 06/17/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 311 |  |  | Email from lead counsel |

DATE: 07/11/25 11:33:24 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071561)  # 154804                              Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | regarding update on issues and open matters for committee. |
| 2754955 | SBG | 06/17/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 373 | | | committee email regarding status |
| 2756809 | SBG | 06/23/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 435 | | | emails regarding committee call |
| 2757679 | DJS | 06/26/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 1185 | | | Committee call with LS team. |
| 2756912 | SBG | 06/26/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1309 | | | emails regarding creditor inquiries |

```
                FEE SUBTOTAL                                 1,309.00


BALANCE DUE FROM PREVIOUS STATEMENT                                    8,740.60
LESS PAYMENT(S)

BALANCE FORWARD                                                        8,740.60

TIMECARD SUB-TOTAL (2.10)                         1,309.00
DISBURSEMENT SUB-TOTAL                                0.00
SUBTOTAL CURRENT PERIOD                           1,309.00
TOTAL DUE                                                             10,049.60
```

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 1.40 | 66.7 | 875.00 | 66.80 |
| Gerald, Stephen B. | 620.00 | 0.70 | 33.3 | 434.00 | 33.20 |
| TOTALS | | 2.10 | | 1309.00 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 12,577.00 | 0.00 | 0.00 | 0.00 | 12,577.00 |
| CR | Cash Receipts | -3,836.40 | 0.00 | 0.00 | 0.00 | -3,836.40 |
| | TOTALS | 8,740.60 | 0.00 | 0.00 | 0.00 | 8,740.60 |

DATE: 07/11/25 11:33:24 PRO FORMA STATEMENT AS OF 06/30/25  FOR FILE (D02748.071561)  # 154804                                           Page 3

AGED ACCOUNTS RECEIVABLE:         0.00  (-30)         2,865.50  (31-60)         4,916.00  (61-90)         959.10  (91-120)         0.00  (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL