## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date:** September 10, 2025 at 2:00 p.m. (ET) **Objection Deadline:** August 13, 2025 |

### NOTICE OF DEBTORS' SECOND MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THERON

**PLEASE TAKE NOTICE** that on July 30, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Second Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing, if required, on the Motion will commence before the Honorable Judge Rice on **September 10, 2025 at 2:00 p.m. (ET)** in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, Maryland 21201.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Debtors, so as to actually be received by or before **August 13, 2025.**

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THEN THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55899177.3

Dated: July 30, 2025               **SAUL EWING LLP**

                                             By: */s/ Jordan D. Rosenfeld*
                                                 Jordan D. Rosenfeld (MD Bar No. 13694)
                                                 1001 Fleet Street, 9th Floor
                                                 Baltimore, MD 21202
                                                 Telephone: (410) 332-8600
                                                 Email: jordan.rosenfeld@saul.com

                                                 -and-

                                                 Jeffrey C. Hampton (admitted *pro hac vice*)
                                                 Adam H. Isenberg (admitted *pro hac vice*)
                                                 Turner N. Falk (admitted *pro hac vice*)
                                                 1500 Market Street, 38th Floor
                                                 Philadelphia, PA 19102
                                                 Telephone: (215) 972-7777
                                                 Email: jeffrey.hampton@saul.com
                                                                 adam.isenberg@saul.com
                                                                 turner.falk@saul.com

                                                 -and-

                                                 Mark Minuti (admitted *pro hac vice*)
                                                 Paige N. Topper (admitted *pro hac vice*)
                                                 Nicholas Smargiassi (admitted *pro hac vice*)
                                                 1201 N. Market Street, Suite 2300
                                                 Wilmington, DE 19801
                                                 Telephone: (302) 421-6800
                                                 Email: mark.minuti@saul.com
                                                                 paige.topper@saul.com
                                                                 nicholas.smargiassi@saul.com

                                                 *Counsel for Debtors and Debtors in Possession*

55899177.3