## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |
|---|---|
| IN RE<br><br>DIAMOND COMIC DISTRIBUTORS, INC, *et al.*,<br><br>    Debtors. | Case No.: 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><u>Hearing Date:</u><br>August 5, 2025 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Joshua A. Glikin, Esquire, a member in good standing of the bar of this Court, moves the admission of Jane Davidson, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for Objector Cryptozoic Entertainment, LLC.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.
2. The proposed admittee does not maintain a law office in Maryland.
3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

State Court and Date of Admission                      U.S. Court and Date of Admission

State of California (6/30/2019)                         Central District of California (8/25/2019)

                                                       Southern District of California (7/27/2019)

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in the Court <u>zero (0)</u> times.

Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[1]

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then the proposed admittee must submit a statement fully explaining all relevant facts.)

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned or Joshua A. Glikin, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission pro hac vice does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission pro hac vice through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

Dated:  July 31, 2025

 /s/ Joshua A. Glikin
Joshua A. Glikin (Bar No. 26852)
SHULMAN ROGERS, P.A.
The Banner Building at McHenry Row
1215 East Fort Avenue, Suite 301
Baltimore, Maryland 21230
Telephone: (410) 520-1340
Facsimile: (301) 230-2891
jglikin@shulmanrogers.com

MOVANT

 /s/ Jane Davidson
Jane Davidson
NOLAN HEIMANN LLP
16000 Ventura Boulevard, Suite 1200
Encino, California 91436
(818) 574-6304
jdavidson@nolanheimann.com

PROPOSED ADMITTEE

---

[1] *See* Local District Court Rule 101(1)(b)(iii).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 30th day of July, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion for Admission Pro Hac Vice will be served electronically by the Court's CM/ECF system on the following:

Jordan D. Rosenfeld, Esquire
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202
jordan.rosenfeld@saul.com

Jeffrey C. Hampton, Esquire
Adam H. Isenberg, Esquire
Turner N. Falk , Esquire
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
jeffrey.hampton@saul.com
adam.isenberg@saul.com
urner.falk@saul.com

Mark Minuti, Esquire
Paige N. Topper, Esquire
Nicholas Smargiassi, Esquire
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware 19801
mark.minuti@saul.com
paige.topper@saul.com
nicholas.smargiassi@saul.com

 /s/ Joshua A. Glikin
Joshua A. Glikin (Bar No. 26852)