**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| IN RE<br><br>DIAMOND COMIC DISTRIBUTORS, INC, *et al.*,<br><br>    Debtors. | Case No.: 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><u>Hearing Date:</u><br>August 5, 2025 |

## **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

The Court having considered the Motion for Admission Pro Hac Vice to admit Jane Davidson ("Pro Hac Counsel") as attorney for Objector Cryptozoic Entertainment, LLC and the certified statements in support thereof, and upon the recommendation of Joshua A. Glikin, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and Local District Court Rule 101.1(b) and Pro Hac Counsel is admitted pro hac vice in this bankruptcy case; and it is further

ORDERED, that Pro Hac Counsel must register for a CM/ECF filing account on the Court's website at https://www.mdb.uscourts.gov/for-attorneys/training-and-registration-for-electronic-filing; and it is further

ORDERED, that Pro Hac Counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices.

cc:     Debtor – Diamond Comic Distributors, Inc.
        Attorneys for Debtor – Jordan Rosenfeld; Jeffrey Hampton; Adam Isenberg; Turner Falk;
        Mark Minuti; Paige Topper; Nicholas Smargiassi
        Movant – Jane Davidson
        Pro Hac Counsel – Joshua A. Glikin
        Trustee
        U.S. Trustee