# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| **In re:** | |
| **DIAMOND COMIC DISTRIBUTORS, INC.** | Case No. 25-10308-DER<br>Chapter 11 |
| **Debtor.** | |
| | |
| **DNYAMIC FORCES, INC.** | |
| Movant | |
| vs | |
| **DIAMOND COMIC DISTRIBUTORS, INC.,** | |
| Respondents | |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Bankruptcy Rule 7026-2, I hereby certify that on July 31, 2025, I served, on behalf the Movant, Janet M. Nesse, Chapter 7 Trustee (the "Trustee"), the Trustee's:

1) *First Set of Requests for Production of Documents to Diamond Comic Distributors, Inc.*; and

2) *First Set of Requests for Interrogatories to Diamond Comic Distributors, Inc.*; by first class mail, postage prepaid, and electronic mail, to:

Mark Minuti, Esq.
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
mark.minuti@saul.com (counsel for the Respondent)

Dated: July 31, 2025               Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (Fed Bar No. 28659)
McNamee Hosea *et al*
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Dynamic Forces, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this July 31, 2025, a true and correct copy of the foregoing has been furnished by electronic transmission and ECF filing to:

Sam Alberts sam.alberts@dentons.com,
docket.general.lit.wdc@dentons.com

Peter J Artese peter.artese@us.dlapiper.com

Jan Berlage JBerlage@GHSLLP.com,
tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com,
lsuprum@polsinelli.com,
delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com,
dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com,
benjamin.loveland@wilmerhale.com,
yolande.thompson@wilmerhale.com

Andrew Brown abrown@klestadt.com

Darek Bushnaq dsbushnaq@venable.com

Richard L. Costella rcostella@tydings.com,

2

scalloway@tydings.com,
zjones@tydings.com,
swilliams@tydings.com

David W.T. Daniels ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com,
nvargas@perkinscoie.com,
KMcClure@perkinscoie.com,
rleibowitz@perkinscoie.com

G. David Dean ddean@coleschotz.com,
PRatkowiak@coleschotz.com

Mark L Desgrosseilliers desgross@chipmanbrown.com,
fusco@chipmanbrown.com

Emily Devan edevan@milesstockbridge.com

Ellen E. Dew ellen.dew@us.dlapiper.com

Turner Falk turner.falk@saul.com,
tnfalk@recap.email,
Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com,
janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Adam Fletcher afletcher@bakerlaw.com

Chelsea R Frankel cfrankel@lowenstein.com

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com,
christopher-j-giaimo-6409@ecf.pacerpro.com

3

Jonathan A. Grasso jgrasso@yvslaw.com,
pgomez@yvslaw.com,
r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com,
MD55@ecfcbis.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Catherine Keller Hopkin chopkin@yvslaw.com,
pgomez@yvslaw.com,
kreese@yvslaw.com,
vmichaelides@yvslaw.com,
yvslawcmecf@gmail.com,
hopkincr39990@notify.bestcase.com

Adam H Isenberg adam.isenberg@saul.com

Harry Conrad Jones HJones@coleschotz.com,
bankruptcy@coleschotz.com,
pratkowiak@coleschotz.com

Toyja E. Kelley toyja.kelley@lockelord.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com,
docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@milesstockbridge.com,
mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com,
bankruptcy@coleschotz.com,
lmorton@coleschotz.com

Mark Minuti mark.minuti@saul.com,
robyn.warren@saul.com

Randy Moonan rmoonan@sillscummis.com

Bruce S. Nathan bnathan@lowenstein.com

Craig Palik cpalik@mhlawyers.com,
cpalik@ecf.inforuptcy.com,
Palik.CraigR92003@notify.bestcase.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com,
loriann.zullo@ropers.com,
calendar-LAO@ropers.com

Scott Prince sprince@bakerlaw.com

Jonathan Gary Rose jonathan.rose@us.dlapiper.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com,
lianna.sarasola@arlaw.com

Elizabeth Anne Scully escully@bakerlaw.com

Dennis J. Shaffer dshaffer@tydings.com,
scalloway@tydings.com,
mhickman@tydings.com,
jlee@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com,
jonathan.young@troutman.com,
david.ruediger@troutman.com,
errol.chapman@troutman.com,
toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com,
brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers summersm@ballardspahr.com,
branchd@ballardspahr.com,
heilmanl@ballardspahr.com,
ambroses@ballardspahr.com,
zarnighiann@ballardspahr.com,

carolod@ballardspahr.com,
cromartie@ballardspahr.com,
stammerk@ballardspahr.com

S. Jason Teele steele@sillscummis.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

                                      /s/ Justin P. Fasano
                                      Justin P. Fasano