**EXHIBIT B**

**Summary of Timekeepers Included in this Fee Application**

| Name | Title | Department | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | In This Application | In First Interim Application |
| Citron, Lowell A. | Partner | Corporate / Tax | 1995 | $3,059.00 | 1.90 | 0 | $1,610.00 | $1,610.00 |
| *Finizio, Gianfranco - Travel Time | Partner | Bankruptcy | 2010 | $16,293.75 | 27.50 | 0 | $592.50 | $1,185.00 |
| Finizio, Gianfranco | Partner | Bankruptcy | 2010 | $227,283.00 | 191.80 | 0 | $1,185.00 | $1,185.00 |
| Nathan, Bruce S. | Partner | Bankruptcy | 1981 | $224,220.00 | 148.00 | 0 | $1,515.00 | $1,515.00 |
| *Papandrea, Michael T. - Travel Time | Counsel | Bankruptcy | 2015 | $15,641.25 | 29.10 | 0 | $537.50 | $1,075.00 |
| Papandrea, Michael T. | Counsel | Bankruptcy | 2015 | $134,482.50 | 125.10 | 0 | $1,075.00 | $1,075.00 |
| Frankel, Chelsea | Associate | Bankruptcy | 2024 | $85,536.00 | 129.60 | 0 | $660.00 | $660.00 |
| Lawler, Elizabeth B. | Paralegal | Bankruptcy | N/A | $8,626.00 | 22.70 | 0 | $380.00 | $380.00 |

\* Reflects 50% rate reduction due to non-working travel time

| | |
|---|---|
| **Case Name:** | **Diamond Comic Distributors, Inc., *et al.*** |
| **Case Number:** | **25-10308 (DER)** |
| **Applicant's Name:** | **Lowenstein Sandler LLP** |
| **Date of Application:** | **July 30, 2025** |
| **Interim or Final:** | **Second Interim** |

UST Form 11-330-C   (2013)                                                                                   Page 1