<u>EXHIBIT C</u>

**Budget**

The budget for the Committee's professionals was negotiated and approved by the parties, including the Debtors and the secured lender, in connection with the *Final Order (I) Authorizing the Debtors to Obtain Post-petition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay, (V) Granting Relating Relief* [Docket No. 163] entered in these chapter 11 cases, and as further agreed between the parties. The fees sought in the Application are more than 10% higher than the fees budgeted in the DIP financing order for the time covered by such application. The reasons for the variation were discussed with the client, which reasons include several unanticipated and time-consuming issues related to the sale process, various amendments to the DIP financing, and other significant case issues, including multiple adversary proceedings and other contested matters.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2-3 | $1,113.27 |
| Counsel | 1 | $785.80 |
| Associate | 1 | $535.25 |
| Paralegal | 1 | $208.85 |

| | |
|---|---|
| **Case Name:** | **Diamond Comic Distributors, Inc.,** *et al.* |
| **Case Number:** | **25-10308 (DER)** |
| **Applicant's Name:** | **Lowenstein Sandler LLP** |
| **Date of Application:** | **July 30, 2025** |
| **Interim or Final:** | **Second Interim** |