**EXHIBIT E**

**Summary of Expense Reimbursement Requested by Category**

| Category | Unit Cost, if applicable | Amount |
|---|---|---|
| Computerized legal research | | .$428.70 |
| Travel | | $6,230.88 |
| Working Meals | | $226.30 |
| **TOTAL DISBURSEMENTS** | | **$6,885.88** |

**EXHIBIT E**

**Detailed Description of Expenses**

| Date | Description | Amount |
|---|---|---|
| **Meals** | | |
| 04/06/25 | Meals (local) (VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/06/25; Dinner with Gianfranco Finizio; Working dinner to prepare for Monday sale hearing) | $15.10 |
| 04/07/25 | Meals (local) (VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Working Breakfast with Michael Papandrea; Attend 4.7 Sale Hearing) | $16.50 |
| 04/08/25 | Meals (local) (VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/08/25; Working Breakfast with Michael Papandrea; Attend continued sale hearing) | $8.72 |
| 04/01/25 | Meals (out of town travel) (VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/01/25; Breakfast with Gianfranco Finizio; - Working breakfast before April 2 hearing:) | $14.66 |
| 04/02/25 | Meals (out of town travel) (VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/02/25; Lunch with Gianfranco Finizio, Michael Papandrea; Working lunch for G. Finizio and M. Papandrea after April 2 hearing) | $56.64 |
| 04/07/25 | Meals (out of town travel) (VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Dinner with Michael Papandrea; Attend 4.7 Sale Hearing) | $16.50 |
| 04/08/25 | Meals (out of town travel) (VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/08/25; Dinner with Michael Papandrea; Attend continued sale hearing) | $19.00 |
| 04/08/25 | Meals (out of town travel) (VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/08/25; Lunch with Michael Papandrea, Gianfranco Finizio; Attend continued sale hearing) | $67.18 |
| 05/29/25 | Meals (out of town travel) (VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Meals Other with Michael Papandrea; Attend hearing on May 29th on DIP financing amendment) | $12.00 |
| **Computerized legal research** | | |
| 02/06/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q12025 DATE: 4/29/2025 Date: 02/06/2025 Court: MDBK Pages: 3 | $0.30 |
| 02/06/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q12025 DATE: 4/29/2025 Date: 02/06/2025 Court: TXSBK Pages: 95 | $9.50 |
| 02/06/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q12025 DATE: 4/29/2025 Date: 02/06/2025 Court: MDBK Pages: 3 | $0.30 |
| 02/06/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q12025 DATE: 4/29/2025 Date: 02/06/2025 Court: MDBK Pages: 3 | $0.30 |
| 05/06/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 05/06/2025 Court: MDBK Pages: 4 | $0.40 |
| 05/09/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 05/09/2025 Court: MDBK Pages: 76 | $7.60 |
| 05/10/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 05/10/2025 Court: MDBK Pages: 3 | $0.30 |

| Date | Description | Amount |
|---|---|---|
| 05/12/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 05/12/2025 Court: MDBK Pages: 2 | $0.20 |
| 05/29/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 05/29/2025 Court: MDBK Pages: 2 | $0.20 |
| 06/16/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 06/16/2025 Court: MDBK Pages: 14 | $1.40 |
| 06/23/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 06/23/2025 Court: MDBK Pages: 193 | $19.30 |
| 06/30/25 | Computerized legal research: Pacer: VENDOR: Pacer Service Center INVOICE#: 4586608-Q22025 DATE: 7/14/2025 Date: 06/30/2025 Court: MDBK Pages: 182 | $18.20 |
| 04/28/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 12 / Docs/Lines: 0 | $185.35 |
| 05/09/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 8 / Docs/Lines: 0 | $185.35 |

**Travel**

| Date | Description | Amount |
|---|---|---|
| 04/01/25 | Travel - Accommodations (VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/01/25; Hotel - Lodging; -1 night hotel stay for April 2 hearing) | $263.20 |
| 04/07/25 | Travel - Accommodations (VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/07/25; Hotel - Lodging; 1-night hotel stay for Monday sale hearing) | $206.80 |
| 05/28/25 | Travel - Accommodations (VENDOR: Finizio, Gianfranco INVOICE#: 7398796505050205 DATE: 5/5/2025 ; 05/28/25; Hotel - Lodging; 1 night stay to attend emergency sale hearing) | $302.96 |
| 04/01/25 | Amtrak Rail travel (VENDOR: Papandrea, Michael T. INVOICE#: 7347376604220203 DATE: 4/22/2025 ; 04/01/25; Amtrak; FROM: Newark Penn; TO: Baltimore Penn; Attend KEIP/sale hearing) | $899.00 |
| 04/01/25 | Amtrak Rail travel (VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/01/25; Amtrak; FROM: NYC Penn; TO: maryland; Roundtrip rail fare from NY to MD for sale hearing:) | $411.00 |
| 04/06/25 | Amtrak Rail travel (VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/06/25; Amtrak; FROM: home; TO: court; Attend 4.7 Sale Hearing) | $384.00 |
| 04/07/25 | Amtrak Rail travel (VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/07/25; Amtrak; FROM: Newark Penn; TO: Baltimore Penn; Attend continued sale hearing) | $552.00 |
| 04/07/25 | Amtrak Rail travel (VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Amtrak; FROM: court; TO: home; Attend 4.7 Sale Hearing (updated ticket for continued hearing)) | $94.00 |
| 04/09/25 | Amtrak Rail travel (VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/09/25; Amtrak; FROM: NYC Penn; TO: Maryland; Amtrak to and from NYC and MD for continued sale hearing on Tuesday:) | $590.00 |
| 04/09/25 | Amtrak Rail travel (VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/09/25; Amtrak; FROM: New York; TO: Maryland; Amtrak to and from NYC and MD for Monday sale hearing: $411.00) | $411.00 |
| 05/28/25 | Amtrak Rail travel (VENDOR: Finizio, Gianfranco INVOICE#: 7398796505050205 DATE: 5/5/2025 ; 05/28/25; Amtrak; FROM: New York; TO: Baltimore; Roundtrip rail fare to attend emergency sale hearing:) | $465.00 |
| 05/29/25 | Amtrak Rail travel (VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Amtrak; FROM: Newark Penn; TO: | $682.00 |

| | | |
|---|---|---|
| | Baltimore Penn; Attend hearing on May 29th on DIP financing amendment) | |
| 04/02/25 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Papandrea, Michael T. INVOICE#: 7347376604220203 DATE: 4/22/2025 ; 04/02/25; Taxi/Car Service; FROM: train station; TO: Tydings; Attend KEIP/sale hearing on 4.2) | $17.21 |
| 04/02/25 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/02/25; Taxi/Car Service; FROM: court; TO: train; Uber from Court to train station:) | $25.06 |
| 04/06/25 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/06/25; Taxi/Car Service; FROM: Train station ; TO: hotel; Uber from MD train station to hotel) | $27.00 |
| 04/06/25 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/06/25; Taxi/Car Service; FROM: Train Station ; TO: Counsel Office; Uber from MD train station to local counsel office to prepare for Tuesday sale hearing) | $38.38 |
| 04/07/25 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Taxi/Car Service; FROM: train station; TO: Tydings; Attend 4.7 Sale Hearing) | $24.31 |
| 04/07/25 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Taxi/Car Service; FROM: court; TO: train station; Attend 4.7 Sale Hearing) | $19.49 |
| 04/08/25 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/08/25; Taxi/Car Service; FROM: Court; TO: Train station; Uber from Court to MD train station after court for M. Papandrea and G. Finizio) | $15.59 |
| 04/29/25 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Finizio, Gianfranco INVOICE#: 7398796505050205 DATE: 5/5/2025 ; 04/29/25; Taxi/Car Service; FROM: train; TO: hotel; Uber from train station to hotel) | $19.94 |
| 04/29/25 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Finizio, Gianfranco INVOICE#: 7398796505050205 DATE: 5/5/2025 ; 04/29/25; Taxi/Car Service; FROM: Court; TO: Train station; Uber from court to train station:) | $19.70 |
| 05/29/25 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Taxi/Car Service; FROM: local counsel's office; TO: Baltimore Penn; Attend hearing on May 29th on DIP financing amendment) | $16.72 |
| 05/29/25 | Out of town ground travel (mileage, taxi, tolls etc...) (VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Taxi/Car Service; FROM: Baltimore Penn; TO: local counsel's office; Attend hearing on May 29th on DIP financing amendment) | $17.85 |
| 04/02/25 | Local Travel (VENDOR: Finizio, Gianfranco INVOICE#: 7341893604090205 DATE: 4/9/2025 ; 04/02/25; Taxi/Car Service; FROM: work; TO: home; -Uber from NYC office home (worked late): $210.98) | $210.98 |
| 04/02/25 | Local Travel (VENDOR: Papandrea, Michael T. INVOICE#: 7347376604220203 DATE: 4/22/2025 ; 04/02/25; Taxi/Car Service; FROM: train station; TO: home; Attend KEIP/sale hearing on 4.2) | $78.51 |
| 04/02/25 | Local Travel (VENDOR: Papandrea, Michael T. INVOICE#: 7347376604220203 DATE: 4/22/2025 ; 04/02/25; Taxi/Car Service; FROM: home; TO: Penn Station; Attend KEIP/sale hearing on 4.2) | $45.55 |
| 04/06/25 | Local Travel (VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/06/25; Public Transit; FROM: home; TO: NYC Penn; LIRR train ticket to NYC for Monday sale hearing) | $13.00 |

| Date | Description | Amount |
|---|---|---|
| 04/07/25 | Local Travel (VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Taxi/Car Service; FROM: train station; TO: home; Attend 4.7 Sale Hearing) | $70.90 |
| 04/07/25 | Local Travel (VENDOR: Papandrea, Michael T. INVOICE#: 7347853004090205 DATE: 4/9/2025 ; 04/07/25; Taxi/Car Service; FROM: home; TO: train station; Attend 4.7 Sale Hearing) | $67.95 |
| 04/08/25 | Local Travel (VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/08/25; Taxi/Car Service; FROM: Newark Penn; TO: car; Attend continued sale hearing) | $50.31 |
| 04/08/25 | Local Travel (VENDOR: Papandrea, Michael T. INVOICE#: 7349736004250204 DATE: 4/25/2025 ; 04/08/25; Taxi/Car Service; FROM: home; TO: Newark Penn; Attend continued sale hearing) | $50.29 |
| 04/08/25 | Local Travel (VENDOR: Finizio, Gianfranco INVOICE#: 7350844904110206 DATE: 4/11/2025 ; 04/08/25; Public Transit; FROM: Station; TO: Home; LIRR train ticket home from NYC after Tuesday sale hearing:) | $17.50 |
| 05/29/25 | Local Travel (VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Taxi/Car Service; FROM: home; TO: Newark Penn; Attend hearing on May 29th on DIP financing amendment) | $55.36 |
| 05/29/25 | Local Travel (VENDOR: Papandrea, Michael T. INVOICE#: 7465970806090205 DATE: 6/9/2025 ; 05/29/25; Taxi/Car Service; FROM: Newark Penn; TO: home; Attend hearing on May 29th on DIP financing amendment) | $68.32 |
| **Total Disbursements** | | **$6,885.88** |