<u>**EXHIBIT F**</u>

**Summary Cover Sheet of Fee Application**

| | |
|---|---|
| Name of applicant | Lowenstein Sandler LLP |
| Name of client | Official Committee of Unsecured Creditors |
| Time period covered by application | April 1, 2025 – June 30, 2025 |
| Total compensation sought this period | $715,141.50 |
| Total expenses sought this period | $6,885.88 |
| Petition date | January 14, 2025 |
| Retention date | January 30, 2025 |
| Date of order approving employment | March 17, 2025 |
| Total compensation approved by interim order to date | $945,845.25 |
| Total expenses approved by interim order to date | $3,675.87 |
| Total allowed compensation paid to date | $756,676.20 |
| Total allowed expenses paid to date | $3,675.87 |
| Blended rate in this application for all attorneys | $1,081.95 |
| Blended rate in this application for all timekeepers | $1,058.37 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals (attorneys) included in this application | 5 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this application period | The fees sought in the Application are more than 10% higher than the fees budgeted in the DIP financing order for the time covered by such Application. The reasons for the variation were discussed with the client, which reasons include several unanticipated and time-consuming issues related to the sale process (including multiple pending adversary proceedings and other contested matters) that were not anticipated when the DIP budget was originally negotiated. The DIP budget has since been revised and extended to reflect unanticipated issues arising both before and during the Application Period. |
| Number of professionals (attorneys) billing fewer than 15 hours to the case during this period | 1 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate the amount of compensation attributable to any rate increase | No. |