## **<u>EXHIBIT A</u>**

**In re: Diamond Comic Distributors, Inc.**



## Exhibit A: Time Detail

**Berkeley Research Group, LLC**

For the Period 4/1/2025 through 6/30/2025

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 4/1/2025 | J. Emerson | 1.1 | Prepared analysis for Counsel re: revised incentive calculation. |
| 4/1/2025 | D. Galfus | 0.6 | Analyzed the status of the sale process. |
| 4/1/2025 | C. Kearns | 0.5 | Reviewed status of APA with the stalking horse and related backup. |
| 4/2/2025 | J. Emerson | 2.1 | Prepared comparative analysis re: combined bid versus Alliance Entertainment. |
| 4/2/2025 | D. Galfus | 1.6 | Analyzed the Debtors' sale contract. |
| 4/2/2025 | J. Emerson | 1.3 | Continued to prepare analysis re: combined bid versus Alliance Entertainment. |
| 4/2/2025 | C. Kearns | 0.8 | Reviewed status of the auction process. |
| 4/2/2025 | J. Emerson | 0.4 | Participated in a call with Counsel (B. Nathan, G. Finizio, M. Papandrea), Getzler Henrich (W. Henrich, R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |
| 4/2/2025 | D. Galfus | 0.4 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) and the Debtors (J. Hampton), (A. Haesler - Raymond James), (W. Henrich - Getzler Henrich) re: sale process and related next steps. |
| 4/2/2025 | C. Kearns | 0.4 | Participated in a status call before the sale hearing with the Debtors' advisors (J. Hampton -Saul, A. Haesler - Raymond James, W. Henrich - Getzler Henrich) and Counsel (G. Finizio, B. Nathan). |
| 4/2/2025 | C. Kearns | 0.3 | Participated in a follow up call with Lowenstein (B. Nathan, G. Finizio, M. Papandrea) regarding status of the sale process. |
| 4/3/2025 | A. Kashanirokh | 2.3 | Prepared summary of APA terms for top bids as of 4.3.25. |
| 4/3/2025 | J. Emerson | 1.3 | Updated illustrative bidder purchase price analysis. |
| 4/3/2025 | D. Galfus | 1.2 | Analyzed the Debtors' sale contract. |
| 4/3/2025 | J. Emerson | 1.0 | Evaluated Debtors' sale contract. |
| 4/3/2025 | C. Kearns | 0.8 | Held call with Lowenstein (G. Finizio; B. Nathan) re: auction status. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 4/3/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: sale process and related next steps. |
| 4/3/2025 | J. Emerson | 0.8 | Participated in call with Counsel (B. Nathan, G. Finizio) related to next steps of the sale process. |
| 4/3/2025 | C. Kearns | 0.6 | Reviewed analysis of Alliance Entertainment bid and related emails from Counsel regarding status. |
| 4/4/2025 | D. Galfus | 1.0 | Participated in a follow up call with Lowenstein (G. Finizio; B. Nathan) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (W. Henrich - Getzler Henrich) re: sale process and related next steps. |
| 4/4/2025 | J. Emerson | 1.0 | Participated in a follow up call with Participated in a call with Counsel (B. Nathan, G. Finizio), Getzler Henrich (R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |
| 4/4/2025 | D. Galfus | 0.8 | Analyzed the latest turn of the sale contract. |
| 4/4/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (W. Henrich - Getzler Henrich) re: sale process and related next steps. |
| 4/4/2025 | J. Emerson | 0.8 | Participated in call with Participated in a call with Debtor Counsel (J. Hampton), Committee Counsel (B. Nathan, G. Finizio), Getzler Henrich (R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |
| 4/4/2025 | D. Galfus | 0.7 | Participated in a call with Committee Counsel (G. Finizio) B. Nathan) re: sale process and related next steps. |
| 4/4/2025 | J. Emerson | 0.7 | Participated in a follow up call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to the sale process. |
| 4/4/2025 | D. Galfus | 0.6 | Held follow up call with Lowenstein (G. Finizio; B. Nathan) re: sale process. |
| 4/4/2025 | D. Galfus | 0.6 | Participated in a follow up call with Committee Counsel (G. Finizio; B. Nathan) re: sale process and related next steps. |
| 4/4/2025 | J. Emerson | 0.6 | Participated in call with Counsel (B. Nathan, G. Finizio) related to the sale process. |
| 4/4/2025 | D. Galfus | 0.6 | Reviewed the latest filing from Alliance Entertainment re: sale process. |
| 4/4/2025 | C. Kearns | 0.5 | Held call (portion) with Lowenstein (B. Nathan, G. Finizio) to debrief on auction developments for the day and discuss next steps. |
| 4/4/2025 | C. Kearns | 0.5 | Reviewed latest auction update and related analysis. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 4/4/2025 | D. Galfus | 0.3 | Reviewed communication to the Committee re: sale. |
| 4/5/2025 | J. Emerson | 1.6 | Prepared analysis re: Debtors' sale contract. |
| 4/5/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (W. Henrich - Getzler Henrich) re: sale process and related next steps. |
| 4/5/2025 | D. Galfus | 0.7 | Analyzed the Debtors' sale contract. |
| 4/5/2025 | D. Galfus | 0.5 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: sale process and related next steps. |
| 4/5/2025 | J. Emerson | 0.5 | Participated in call with Counsel (B. Nathan, G. Finizio) related to the sale process. |
| 4/5/2025 | C. Kearns | 0.5 | Reviewed APA redlines and related draft sale orders. |
| 4/6/2025 | J. Emerson | 2.3 | Prepared comparison of economics related to latest sale contract. |
| 4/6/2025 | C. Kearns | 0.5 | Read papers filed by Alliance related to the sale. |
| 4/7/2025 | J. Emerson | 1.5 | Developed analysis re: economic comparison between bids. |
| 4/7/2025 | D. Galfus | 0.2 | Held call with G. Finizio, Lowenstein re: the sale process. |
| 4/7/2025 | D. Galfus | 0.1 | Held call with M. Papandrea, Lowenstein re: the sale process. |
| 4/8/2025 | J. Emerson | 0.9 | Participated in a call with Debtor Counsel (J. Hampton), Committee Counsel (B. Nathan, G. Finizio), Getzler Henrich (R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |
| 4/8/2025 | D. Galfus | 0.9 | Participated in an initial call with Lowenstein (G. Finizio; B. Nathan) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (R. Gorin- Getzler Henrich) and Buyers advisors re: sale process and related next steps. |
| 4/8/2025 | C. Kearns | 0.8 | Participated in a portion of all hands calls with Debtors advisors Saul (M. Minuti, J. Hampton), Getzler Henrich (R. Aly, R. Gorin), Raymond James (A. Haesler), Counsel (B. Nathan, G. Finizio) and buyer advisors. |
| 4/8/2025 | D. Galfus | 0.6 | Participated in a follow up call with Lowenstein (G. Finizio; B. Nathan) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (R. Gorin- Getzler Henrich) and Buyers advisors re: sale process and related next steps. |
| 4/8/2025 | J. Emerson | 0.6 | Participated in call with Debtors' Counsel (J. Hampton), Committee Counsel (B. Nathan, G. Finizio), Getzler Henrich (R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**01. Asset Acquisition/ Disposition**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/8/2025 | C. Kearns | 0.6 | Participated in second all hands calls with Debtors advisors Saul (M. Minuti, J. Hampton), Getzler Henrich (R. Aly, R. Gorin), Raymond James (A. Haesler), Counsel (B. Nathan, G. Finizio) and buyer advisors. |
| 4/8/2025 | D. Galfus | 0.4 | Participated in an additional follow up call with Lowenstein (G. Finizio; B. Nathan) and the Debtors (J. Hampton; M. Minuti-Saul Ewing), (A. Haesler - Raymond James), (R. Gorin- Getzler Henrich) and Buyers advisors re: sale process and related next steps. |
| 4/8/2025 | C. Kearns | 0.4 | Participated in third all hands calls with Debtors advisors Saul (M. Minuti, J. Hampton), Getzler Henrich (R. Aly, R. Gorin), Raymond James (A. Haesler), Counsel (B. Nathan, G. Finizio) and buyer advisors. |
| 4/9/2025 | J. Emerson | 2.0 | Prepared analysis re: economic comparison between bids. |
| 4/10/2025 | J. Emerson | 1.7 | Revised illustrative purchase price analysis to reflect latest assumptions. |
| 4/10/2025 | C. Kearns | 0.2 | Corresponded with Counsel (B. Nathan, G. Finizio) re: auction status. |
| 4/11/2025 | C. Kearns | 0.8 | Held call with Counsel (G. Finizio) re: sale closing and next steps. |
| 4/11/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio) re: sale process and related next steps. |
| 4/11/2025 | J. Emerson | 0.8 | Participated in call with Counsel (G. Finizio) related to the sale process. |
| 4/11/2025 | C. Kearns | 0.7 | Reviewed the sale order and related APA. |
| 4/11/2025 | D. Galfus | 0.5 | Reviewed the sale contract status. |
| 4/14/2025 | C. Kearns | 0.8 | Held status call with the Lowenstein team (G. Finizio; B. Nathan) re: upcoming closing. |
| 4/14/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) related to the sale closing and expected proceeds. |
| 4/14/2025 | J. Emerson | 0.8 | Participated in call with Counsel (B. Nathan, G. Finizio) related to sale process and proceeds. |
| 4/14/2025 | D. Galfus | 0.6 | Assessed the estimated sale proceeds and related matters. |
| 4/15/2025 | D. Galfus | 0.8 | Participated in a call with Raymond James (A. Haesler; G. Richards) re: the sale process and expected timing of sale proceeds. |
| 4/15/2025 | J. Emerson | 0.8 | Participated in call with Raymond James (A. Haesler) related to Debtors' asset sale process. |
| 4/15/2025 | J. Emerson | 0.7 | Provided comments re: Debtors' closing checklist. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**01. Asset Acquisition/ Disposition**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/16/2025 | D. Galfus | 0.8 | Reviewed issues associated with the Debtors' sale process and related closing. |
| 4/16/2025 | C. Kearns | 0.2 | Analyzed sale and funding status. |
| 4/17/2025 | J. Emerson | 1.2 | Revised purchase price analysis to reflect latest borrowing base assumptions. |
| 4/17/2025 | C. Kearns | 0.9 | Held status call with Counsel (G. Finizio; B. Nathan) re: sale closing and next steps. |
| 4/17/2025 | D. Galfus | 0.9 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: sale process and related next steps. |
| 4/17/2025 | J. Emerson | 0.9 | Participated in call with Counsel (B. Nathan, G. Finizio) related to sale process and proceeds. |
| 4/17/2025 | D. Galfus | 0.4 | Assessed the status of the Debtors' sale process. |
| 4/18/2025 | D. Galfus | 1.1 | Evaluated the status of the Debtors' sale process and related closing. |
| 4/18/2025 | J. Emerson | 1.1 | Revised purchase price analysis to reflect latest borrowing base assumptions. |
| 4/21/2025 | D. Galfus | 0.6 | Assessed issues related to the sale process. |
| 4/21/2025 | D. Galfus | 0.4 | Communicated with G. Finizio, Lowenstein re: issues related to the sale process. |
| 4/21/2025 | J. Emerson | 0.4 | Participated in a call with Counsel (G. Finizio) related to sale process and proceeds. |
| 4/21/2025 | D. Galfus | 0.4 | Participated in a follow up call with Lowenstein (G. Finizio) re: sale process and related next steps. |
| 4/21/2025 | D. Galfus | 0.3 | Held discussion with A. Haesler, Raymond James re: issues related to the sale process. |
| 4/21/2025 | D. Galfus | 0.3 | Participated in a call with Lowenstein (G. Finizio) re: sale process and related next steps. |
| 4/21/2025 | J. Emerson | 0.3 | Participated in call with Raymond James (A. Haesler) related to Debtors' asset sale proceeds. |
| 4/22/2025 | D. Galfus | 0.5 | Reviewed the latest sale analysis. |
| 4/22/2025 | C. Kearns | 0.3 | Corresponded with Counsel (G. Finizio; B. Nathan) re: status of sale closing. |
| 4/22/2025 | D. Galfus | 0.2 | Held a follow up call with G. Finizio (Lowenstein) re: the sale process. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**01. Asset Acquisition/ Disposition**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/22/2025 | J. Emerson | 0.2 | Participated in follow up call with Counsel (G. Finizio) related to the sale process. |
| 4/23/2025 | J. Emerson | 2.6 | Updated purchase price analysis to reflect potential adjustments to bid. |
| 4/23/2025 | D. Galfus | 1.1 | Reviewed sale contract issues impacting closing. |
| 4/23/2025 | C. Kearns | 0.3 | Reviewed sale status emails with Counsel (G. Finizio; B. Nathan). |
| 4/24/2025 | D. Galfus | 0.4 | Evaluated sale contract issues. |
| 4/24/2025 | C. Kearns | 0.4 | Held status call with Lowenstein (G. Finizio) re: sale closing issues. |
| 4/24/2025 | C. Kearns | 0.4 | Monitored status of sale closing developments. |
| 4/24/2025 | D. Galfus | 0.4 | Participated in a call with Lowenstein (G. Finizio) re: communication of the sale. |
| 4/24/2025 | J. Emerson | 0.4 | Participated in call with Counsel (G. Finizio) related to the sale process. |
| 4/24/2025 | D. Galfus | 0.3 | Held call with G. Finizio, Lowenstein re: sale process. |
| 4/24/2025 | J. Emerson | 0.3 | Participated in follow up call with Counsel (G. Finizio) related to the sale process. |
| 4/24/2025 | D. Galfus | 0.3 | Reviewed correspondence between counsel (G. Finizio) associated with the sale. |
| 4/24/2025 | D. Galfus | 0.2 | Held a follow up call with G. Finizio (Lowenstein) re: the sale process. |
| 4/25/2025 | J. Emerson | 2.3 | Updated purchase price analysis to reflect potential adjustments to bid. |
| 4/25/2025 | J. Emerson | 1.7 | Continued to update purchase price analysis to reflect potential adjustments to bid. |
| 4/25/2025 | J. Emerson | 1.4 | Revised illustrative bid valuation to reflect potential changes to the Debtors' bid. |
| 4/25/2025 | J. Emerson | 0.9 | Finalized illustrative bid analysis. |
| 4/25/2025 | D. Galfus | 0.7 | Assessed the status of the Debtors' sale process. |
| 4/25/2025 | C. Kearns | 0.5 | Monitored status of sale closing issues. |
| 4/25/2025 | D. Galfus | 0.3 | Held call with A. Haesler, Raymond James re: sale process. |
| 4/25/2025 | D. Galfus | 0.3 | Held call with G. Finizio, Lowenstein re: sale process. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**01. Asset Acquisition/ Disposition**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/27/2025 | C. Kearns | 0.6 | Held status call on sale closing with Lowenstein (G. Finizio; B. Nathan). |
| 4/27/2025 | D. Galfus | 0.6 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: the status of the sale process. |
| 4/27/2025 | J. Emerson | 0.5 | Participated in a call with Debtor Counsel (J. Hampton), Committee Counsel (B. Nathan, G. Finizio), Getzler Henrich (R. Gorin, R. Aly) and Raymond James (A. Haesler) related to the sale process. |
| 4/27/2025 | D. Galfus | 0.5 | Participated in a call with the Debtors' advisors (J. Hampton - Saul Ewing), (W. Heinrich - Getzler Henrich) and Counsel (G. Finizio) re: the sale update. |
| 4/27/2025 | D. Galfus | 0.4 | Evaluated the sale proceeds from the sale. |
| 4/27/2025 | C. Kearns | 0.4 | Participated in portion of status call with the Debtors' advisors (J. Hampton - Saul Ewing), (W. Heinrich - Getzler Henrich) and Counsel (G. Finizio) on pivot to the backup bid. |
| 4/27/2025 | C. Kearns | 0.2 | Read Debtors' correspondence with Alliance Entertainment. |
| 4/28/2025 | A. Kashanirokh | 2.6 | Prepared slide for UCC presentation on the revised purchase price based on the latest bid. |
| 4/28/2025 | J. Emerson | 1.4 | Prepared certain revised fee analysis based on updated sale price. |
| 4/28/2025 | D. Galfus | 0.2 | Held call with G. Finizio, Lowenstein re: sale process. |
| 4/28/2025 | C. Kearns | 0.2 | Monitored sale status. |
| 4/28/2025 | J. Emerson | 0.2 | Participated in call with Counsel (G. Finizio) related to the sale process. |
| 4/29/2025 | A. Kashanirokh | 2.4 | Prepared analysis on adjustments for cash at closing related to Debtors' latest bid. |
| 4/29/2025 | C. Kearns | 0.8 | Reviewed status update for the Committee re: the sale process. |
| 4/29/2025 | D. Galfus | 0.5 | Evaluated the Debtors' sale proceeds. |
| 4/29/2025 | D. Galfus | 0.4 | Reviewed Alliance Entertainment filing re: deposit and sale process. |
| 4/29/2025 | D. Galfus | 0.3 | Held call with G. Finizio, Lowenstein re: the sale process. |
| 4/29/2025 | J. Emerson | 0.3 | Participated in call with Counsel (G. Finizio) related to the sale process. |
| 4/29/2025 | C. Kearns | 0.2 | Corresponded with Counsel (G. Finizio; B. Nathan) re: sale status. |
| 4/29/2025 | C. Kearns | 0.2 | Reviewed BRG prepared materials for Committee update on the sale. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 4/30/2025 | D. Galfus | 0.5 | Evaluated the sale motion and related matters. |
| 5/2/2025 | J. Emerson | 1.4 | Updated purchase price analysis to reflect revised working capital assumptions. |
| 5/5/2025 | D. Galfus | 0.4 | Evaluated the proposed sale closing timeline. |
| 5/5/2025 | C. Kearns | 0.2 | Reviewed status update presentation for the UCC related to post sale closing items. |
| 5/6/2025 | J. Emerson | 2.3 | Revised purchase price analysis based on latest bids. |
| 5/6/2025 | J. Emerson | 1.8 | Prepared updated draft purchase price analysis. |
| 5/6/2025 | J. Emerson | 1.1 | Revised purchase price analysis to reflect certain new information. |
| 5/6/2025 | J. Emerson | 0.3 | Participated in call with Raymond James (A. Haesler) related to Debtors' asset sale process. |
| 5/6/2025 | D. Galfus | 0.1 | Held call with G. Finizio, Lowenstein re: the sale process. |
| 5/8/2025 | D. Galfus | 0.4 | Evaluated the Debtors' sale process. |
| 5/12/2025 | J. Emerson | 1.6 | Prepared forecast of potential cost related to Debtors' TSA. |
| 5/12/2025 | D. Galfus | 0.5 | Evaluated the proposed Transition Services Agreements. |
| 5/12/2025 | J. Emerson | 0.4 | Reviewed TSAs with Universal and Ad Populum. |
| 5/12/2025 | D. Galfus | 0.3 | Held call with G. Finizio, Lowenstein re: next steps in the sale process. |
| 5/14/2025 | D. Galfus | 0.6 | Evaluated the status of the Debtors' sale process. |
| 5/15/2025 | D. Galfus | 0.4 | Evaluated the proposed Transition Services Agreements. |
| 5/16/2025 | J. Emerson | 1.3 | Prepared summary of updated purchase price analysis for Counsel. |
| 5/16/2025 | J. Emerson | 0.8 | Participated in a call with Lowenstein (G. Finizio and B. Nathan) related to the sale closings. |
| 5/16/2025 | D. Galfus | 0.8 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: the sale closings and next steps. |
| 5/16/2025 | D. Galfus | 0.7 | Analyzed the closing statement from the sale. |
| 5/16/2025 | D. Galfus | 0.6 | Participated in a call with Raymond James (A. Haesler) re: closing statement. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/ Disposition** | | | |
| 5/16/2025 | J. Emerson | 0.6 | Participated in call with Raymond James (A. Haesler) re: Universal purchase price analysis. |
| 5/19/2025 | J. Emerson | 2.3 | Prepared slides for March 20 UCC presentation re: purchase price analysis. |
| 5/20/2025 | J. Emerson | 2.1 | Prepared additional slides for March 20 UCC presentation re: purchase price analysis. |
| 6/5/2025 | J. Emerson | 1.2 | Revised purchase price bridge to reflect working capital adjustments. |
| 6/5/2025 | D. Galfus | 0.4 | Analyzed the latest sale issues. |
| 6/5/2025 | J. Emerson | 0.3 | Prepared analysis at Counsel's request (G. Finizio) re: purchase price bridge. |
| 6/23/2025 | D. Galfus | 0.5 | Evaluated certain claims related to the sale process. |
| **Task Code Total Hours** | | **118.4** | |
| **04. DIP Financing** | | | |
| 4/14/2025 | D. Galfus | 0.6 | Evaluated the DIP amendment proposal. |
| 5/5/2025 | J. Emerson | 1.6 | Updated DIP model to reflect anticipated borrowing. |
| **Task Code Total Hours** | | **2.2** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 4/7/2025 | M. Haverkamp | 0.3 | Prepared Diamond March fee statement. |
| 4/8/2025 | E. Degnan | 1.3 | Prepared March fee statement. |
| 4/10/2025 | E. Degnan | 2.9 | Prepared March fee statement. |
| 4/11/2025 | H. Henritzy | 2.9 | Prepared first interim fee application. |
| 4/14/2025 | E. Degnan | 0.3 | Prepared March fee statement. |
| 4/15/2025 | H. Henritzy | 2.9 | Prepared first interim fee application. |
| 4/17/2025 | M. Haverkamp | 2.9 | Edited March fee statement. |
| 4/18/2025 | M. Haverkamp | 0.3 | Edited Diamond Comics March fee statement. |
| 4/21/2025 | M. Haverkamp | 0.7 | Edited March monthly fee statement. |
| 4/22/2025 | E. Degnan | 0.6 | Prepared March fee statement. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 4/23/2025 | H. Henritzy | 2.8 | Prepared first interim fee application. |
| 4/23/2025 | M. Haverkamp | 2.3 | Edited March fee statement. |
| 4/23/2025 | H. Henritzy | 1.4 | Edited March fee statement. |
| 4/23/2025 | D. Galfus | 0.4 | Reviewed BRG's first monthly fee statement. |
| 4/23/2025 | M. Haverkamp | 0.3 | Edited first interim fee application. |
| 4/24/2025 | H. Henritzy | 2.9 | Prepared first interim fee application. |
| 4/24/2025 | M. Haverkamp | 0.5 | Edited March fee statement. |
| 4/29/2025 | M. Haverkamp | 2.1 | Edited First Interim Fee Application. |
| 4/29/2025 | D. Galfus | 0.4 | Reviewed BRG's first interim fee application. |
| 4/30/2025 | M. Haverkamp | 0.5 | Edited first interim fee application. |
| 5/5/2025 | E. Degnan | 2.9 | Prepared April fee statement. |
| 5/6/2025 | E. Degnan | 1.0 | Prepared April fee statement. |
| 5/9/2025 | M. Haverkamp | 0.1 | Prepared April fee statement. |
| 5/12/2025 | E. Degnan | 0.8 | Prepared April fee statement. |
| 5/19/2025 | E. Degnan | 1.2 | Prepared April fee statement. |
| 5/19/2025 | M. Haverkamp | 1.0 | Edited Diamond Comics April fee statement. |
| 5/27/2025 | M. Haverkamp | 0.1 | Edited April fee statement for filing. |
| 5/28/2025 | M. Haverkamp | 0.7 | Edited April fee statement. |
| 5/28/2025 | E. Degnan | 0.6 | Prepared April fee statement. |
| 5/30/2025 | M. Haverkamp | 0.3 | Edited April fee statement for filing. |
| 6/2/2025 | E. Degnan | 1.8 | Prepared May fee statement. |
| 6/10/2025 | M. Haverkamp | 0.1 | Edited May fee statement. |
| 6/11/2025 | M. Haverkamp | 0.1 | Prepared May fee statement. |
| 6/13/2025 | E. Degnan | 0.3 | Prepared May fee statement. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**05. Professional Retention/ Fee Application Preparation**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 6/16/2025 | M. Haverkamp | 1.6 | Edited May fee statement. |
| 6/17/2025 | M. Haverkamp | 0.4 | Edited May fee statement. |
| 6/17/2025 | E. Degnan | 0.3 | Prepared May fee statement. |
| 6/23/2025 | E. Degnan | 0.8 | Prepared May fee statement. |
| 6/23/2025 | M. Haverkamp | 0.5 | Edited May fee statement. |
| 6/26/2025 | E. Degnan | 0.5 | Prepared May fee statement. |
| 6/26/2025 | M. Haverkamp | 0.4 | Edited May fee statement. |
| 6/27/2025 | M. Haverkamp | 0.2 | Edited May fee statement for filing. |

| *Task Code Total Hours* | | *44.4* | |

**06. Attend Hearings/ Related Activities**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/7/2025 | D. Galfus | 1.2 | Attended a portion of the hearing on the sale process. |
| 4/7/2025 | C. Kearns | 1.2 | Listened to a portion of the openings for the sale hearing. |
| 4/7/2025 | C. Kearns | 0.6 | Held call with Lowenstein team (G. Finizio; B. Nathan) re: status of the auction process going into the hearing. |
| 4/7/2025 | D. Galfus | 0.6 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) in advance of the sale hearing. |
| 4/7/2025 | J. Emerson | 0.6 | Participated in call with Counsel (B. Nathan, G. Finizio) in advance of the hearing. |
| 4/7/2025 | C. Kearns | 0.5 | Monitored hearing status and outcome, including related emails from Counsel to the Committee. |
| 4/7/2025 | D. Galfus | 0.3 | Reviewed summary of the sale hearing for the Committee. |
| 4/8/2025 | J. Emerson | 0.3 | Listened to hearing on sale status and other related issue. |
| 4/8/2025 | C. Kearns | 0.3 | Participated in the hearing on status of sale, read agreement into the record. |
| 4/8/2025 | D. Galfus | 0.2 | Attended a portion of the hearing on the sale. |
| 4/30/2025 | C. Kearns | 0.3 | Monitored sale hearing and related issues. |

| *Task Code Total Hours* | | *6.1* | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**07. Interaction/ Meetings with Debtors/ Counsel**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/8/2025 | C. Kearns | 0.4 | Participated in an all hands calls with Debtors, buyer advisors, JPM, and Lowenstein. |
| 4/11/2025 | J. Emerson | 0.8 | Prepared list of outstanding diligence requests for Debtor related to potential unencumbered assets. |
| 4/15/2025 | D. Galfus | 0.9 | Participated in a call with Getzler Henrich (R. Gorin) re: the status of operations, liquidity and sale process. |
| 4/15/2025 | J. Emerson | 0.9 | Participated in call with Getzler Henrich (W. Henrich, R. Gorin, R. Aly) related to Debtors' liquidity and sale closing. |
| 5/1/2025 | J. Emerson | 0.5 | Participated in call with Debtors (R. Aly) regarding Debtors' liquidity. |
| 6/12/2025 | D. Galfus | 1.3 | Participated in a call with (Getzler Henrich - W. Heinrich; R. Gorin), (Saul Ewing - J. Hampton) and Lowenstein (G. Finizio) re: status of updated liquidity forecast and other case matters. |
| 6/14/2025 | J. Emerson | 1.0 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to case issues. |
| 6/16/2025 | D. Galfus | 0.6 | Participated in a call with Getzler Henrich (R. Gorin, R. Aly) re: status of updated liquidity forecast and other case matters. |
| 6/19/2025 | J. Emerson | 0.5 | Participated in call with Lowenstein (B. Nathan; G. Finizio) re: consignment. |
| ***Task Code Total Hours*** | | ***6.9*** | |

**08. Interaction/ Meetings with Creditors/ Counsel**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 4/1/2025 | D. Galfus | 0.9 | Participated in a call with the Committee and Counsel (G. Finizio; B. Nathan) re: the sale process and next steps. |
| 4/1/2025 | C. Kearns | 0.9 | Participated in a status call with the Committee and Counsel (G. Finizio; B. Nathan) re: the bids. |
| 4/1/2025 | J. Emerson | 0.9 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to sale process. |
| 4/1/2025 | D. Galfus | 0.5 | Participated in a pre call in advance of the Committee call with Lowenstein (G. Finizio; B. Nathan) re: the sale process. |
| 4/1/2025 | J. Emerson | 0.5 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) in advance of UCC call. |
| 4/8/2025 | D. Galfus | 0.9 | Participated in a call with the Committee and Counsel (G. Finizio; B. Nathan) re: the sale process and next steps. |
| 4/8/2025 | J. Emerson | 0.9 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio) related to sale process. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 4/8/2025 | C. Kearns | 0.6 | Participated in a portion of call with Counsel (G. Finizio, B. Nathan) and the Committee to discuss status of negotiations with Alliance Entertainment prior to the hearing. |
| 4/8/2025 | C. Kearns | 0.5 | Held call with Lowenstein team (G. Finizio; B. Nathan) to debrief after all hands calls. |
| 4/8/2025 | D. Galfus | 0.5 | Participated in a call with Lowenstein (G. Finizio; B. Nathan) re: sale process and related next steps. |
| 4/15/2025 | C. Kearns | 0.7 | Held status call with the Committee and Lowenstein (G. Finizio; B. Nathan). |
| 4/15/2025 | D. Galfus | 0.7 | Participated in a call with the Committee and Lowenstein (G. Finizio; B. Nathan) re: the sale closing and timing. |
| 4/15/2025 | J. Emerson | 0.7 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to sale process. |
| 4/22/2025 | C. Kearns | 0.8 | Held status call with the Committee and Counsel (G. Finizio; B. Nathan). |
| 4/22/2025 | D. Galfus | 0.8 | Participated in a call with the Committee and Counsel (G. Finizio; B. Nathan) re: the sale process and other matters. |
| 4/22/2025 | J. Emerson | 0.8 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) re: status update. |
| 4/27/2025 | D. Galfus | 0.2 | Held call with G. Finizio, Lowenstein re: the call with the Debtors. |
| 4/29/2025 | D. Galfus | 0.7 | Participated in a call with the Committee and Counsel (G. Finizio; B. Nathan) re: the latest liquidity forecast and status of sale process. |
| 4/29/2025 | J. Emerson | 0.7 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio) related to sale process and case update. |
| 4/29/2025 | D. Galfus | 0.3 | Participated in a call with Counsel (G. Finizio; B. Nathan) re: the upcoming Committee call and sale process. |
| 4/29/2025 | J. Emerson | 0.3 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) in advance of UCC call. |
| 5/6/2025 | D. Galfus | 1.0 | Participated in a call with Counsel (B. Nathan, G. Finizio, M. Papandrea) and the Committee re: the latest liquidity issues and sale timing. |
| 5/6/2025 | J. Emerson | 1.0 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to sale process. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 5/6/2025 | C. Kearns | 0.5 | Participated in portion of a status call with the Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) re: sale closing and other paths to recovery. |
| 5/13/2025 | C. Kearns | 0.2 | Reviewed status of open case issues. |
| 5/15/2025 | D. Galfus | 0.4 | Held call with G. Finizio, Lowenstein re: exclusivity, sale process and pay off letters. |
| 5/20/2025 | D. Galfus | 0.5 | Participated in a call with Counsel (G. Finizio; B. Nathan) and the Committee re: the latest liquidity issues and next steps. |
| 5/20/2025 | C. Kearns | 0.5 | Participated in a status call with the Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) re: sale process, latest liquidity, next steps. |
| 5/20/2025 | J. Emerson | 0.5 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to sale process. |
| 5/20/2025 | J. Emerson | 0.3 | Participated in call with Counsel (G. Finizio) in advance of Committee call. |
| 5/28/2025 | D. Galfus | 0.2 | Held call with G. Finizio, Lowenstein re: DIP budget extension. |
| 5/29/2025 | D. Galfus | 0.8 | Participated in a call with Counsel (G. Finizio; B. Nathan) and the Committee re: the latest liquidity forecast and case next steps. |
| 5/29/2025 | C. Kearns | 0.8 | Participated in a status call with the Committee and Counsel (G. Finizio; B. Nathan) re: the latest liquidity forecast and case next steps. |
| 5/29/2025 | J. Emerson | 0.8 | Participated in call with Counsel (B. Nathan, G. Finizio) and Committee re: liquidity. |
| 5/29/2025 | D. Galfus | 0.1 | Held call with G. Finizio, Lowenstein re: DIP budget extension and next steps. |
| 6/10/2025 | C. Kearns | 0.2 | Reviewed correspondence from Counsel (G. Finizio) to the Committee re: status of case. |
| 6/17/2025 | D. Galfus | 0.7 | Participated in a call with (Lowenstein - B. Nathan; G. Finizio) re: updated liquidity forecast and other case matters (13 weeks ended 9/27). |
| 6/19/2025 | D. Galfus | 0.1 | Held call with G. Finizio (Lowenstein) re: updated liquidity forecast (13 weeks ended 9/27) and other case matters B. Nathan; G. Finizio. |
| 6/24/2025 | J. Emerson | 1.0 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to sale process. |
| 6/24/2025 | D. Galfus | 0.7 | Participated in a portion of call with Counsel (B. Nathan; G. Finizio) re: the Debtors' updated budget and other matters. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 6/26/2025 | D. Galfus | 1.2 | Participated in a call with the Committee and Counsel (B. Nathan, G. Finizio) re: the Debtors' updated budget and other case matters. |
| 6/26/2025 | J. Emerson | 0.8 | Participated in a portion of call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) related to sale process. |
| 6/26/2025 | C. Kearns | 0.8 | Participated in a portion of status call with Counsel (B. Nathan, G. Finizio) and Committee re: budget and next steps. |
| ***Task Code Total Hours*** | | ***26.9*** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 4/3/2025 | J. Emerson | 2.3 | Revised recovery analysis to reflect latest sales contract. |
| 4/3/2025 | J. Emerson | 1.4 | Continued to revise recovery analysis to reflect latest sales contract. |
| 4/11/2025 | J. Emerson | 2.1 | Updated recovery related to purchase incentive calculation. |
| 4/29/2025 | J. Emerson | 2.4 | Updated recovery analysis to reflect Debtors' latest sale assumptions. |
| 4/30/2025 | J. Emerson | 2.4 | Prepared analysis of unencumbered assets. |
| 4/30/2025 | J. Emerson | 1.4 | Continued to prepare analysis of unencumbered assets. |
| 5/8/2025 | J. Emerson | 2.1 | Prepared illustrative waterfall analysis. |
| 5/9/2025 | J. Emerson | 1.3 | Revised illustrative waterfall analysis. |
| 5/14/2025 | J. Emerson | 1.6 | Revised illustrative waterfall analysis to reflect latest assumptions. |
| 5/20/2025 | C. Kearns | 0.1 | Reviewed current waterfall from sale proceeds. |
| 5/27/2025 | J. Emerson | 1.4 | Analyzed certain administrative expenses to determine potential recoveries. |
| 6/5/2025 | D. Galfus | 0.6 | Evaluated the Debtors' recovery scenarios. |
| 6/13/2025 | J. Emerson | 1.2 | Revised recovery analysis based on Debtors' latest budget. |
| 6/14/2025 | J. Emerson | 1.4 | Revised recovery analysis to reflect potential sale of other assets. |
| 6/16/2025 | J. Emerson | 0.9 | Prepared illustrative KEIP / KERP analysis based on certain professionals that left Diamond. |
| 6/18/2025 | J. Emerson | 0.3 | Reviewed Debtors' consignment inventory analysis. |
| 6/20/2025 | J. Emerson | 1.4 | Prepared hypothetical recovery analysis related to illustrative consignment sales. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|

**10. Recovery/ SubCon/ Lien Analysis**

| *Task Code Total Hours* | | *24.3* | |
|------|------|------|------|

**11. Claim Analysis/ Accounting**

| 4/16/2025 | J. Emerson | 1.2 | Prepared initial analysis of filed claims. |
| 4/22/2025 | D. Galfus | 0.3 | Reviewed claims information. |
| 5/21/2025 | J. Emerson | 2.1 | Continued to prepare analysis of filed claims. |
| 5/21/2025 | J. Emerson | 1.6 | Prepared initial analysis of filed claims. |
| 6/2/2025 | J. Emerson | 1.1 | Prepared analysis re: lease claims. |
| 6/17/2025 | J. Emerson | 1.1 | Prepared certain claims analysis related to 503(b)(9). |
| *Task Code Total Hours* | | *7.4* | |

**18. Operating and Other Reports**

| 4/1/2025 | A. Kashanirokh | 1.2 | Drafted slide related to January, February and March Monthly Operating Reports. |
| 4/14/2025 | J. Emerson | 1.9 | Prepared executive summary slide for 4/15 UCC presentation. |
| 4/14/2025 | J. Emerson | 1.6 | Revised 4.15 UCC report to reflect comments. |
| 4/15/2025 | J. Emerson | 2.3 | Finalized 4.15 UCC report. |
| 4/15/2025 | C. Kearns | 0.3 | Reviewed presentation for Committee update. |
| 4/28/2025 | J. Emerson | 2.5 | Prepared DIP summary slide for 4/29 UCC presentation. |
| 4/28/2025 | J. Emerson | 2.3 | Continued to prepare for 4/29 UCC presentation. |
| 4/28/2025 | D. Galfus | 0.3 | Reviewed the UST motion re: MOR filings. |
| 4/29/2025 | A. Kashanirokh | 2.3 | Analyzed document related to the Debtors' Rule 2015 periodic reporting. |
| 4/29/2025 | J. Emerson | 1.4 | Finalized 4/29 UCC presentation. |
| 4/29/2025 | J. Emerson | 1.1 | Revised executive summary of 4/29 UCC report. |
| 5/4/2025 | A. Kashanirokh | 2.9 | Prepared DIP presentation materials on the new budget and previous budget bridge for 5/6 UCC meeting. |
| 5/4/2025 | A. Kashanirokh | 0.6 | Continued to prepare DIP presentation materials on the new budget and previous budget bridge for 5/6 UCC meeting. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **18. Operating and Other Reports** | | | |
| 5/5/2025 | A. Kashanirokh | 2.9 | Revised 5/6 UCC presentation based on comments from BRG team. |
| 5/5/2025 | J. Emerson | 2.0 | Revised certain liquidity slides for 5/6 UCC presentation. |
| 5/5/2025 | A. Kashanirokh | 1.8 | Continued to revise 5/6 UCC presentation based on comments from BRG team. |
| 5/6/2025 | J. Emerson | 1.4 | Made further revisions to UCC 5/6 presentation, specifically liquidity slides. |
| 5/12/2025 | J. Emerson | 2.4 | Prepared analysis of February MOR. |
| 5/12/2025 | J. Emerson | 2.1 | Prepared analysis of 1/31 MOR. |
| 5/12/2025 | A. Kashanirokh | 1.9 | Prepared summary of Debtors' amended January, supplemental February, and March MORs. |
| 5/12/2025 | J. Emerson | 1.4 | Reviewed Debtors filed 3/31 MOR. |
| 5/12/2025 | J. Emerson | 0.2 | Reviewed certain filings related to potential conversion to Chapter 7. |
| 5/13/2025 | J. Emerson | 2.3 | Continued to prepare summary analysis of filed January February and March MORs. |
| 5/13/2025 | J. Emerson | 2.0 | Prepared summary analysis of filed MORs (January, February and March). |
| 5/13/2025 | A. Kashanirokh | 1.1 | Prepared matrix of Debtors' amended January, supplemental February, and March MOR filings from the week ended 5/11. |
| 5/15/2025 | D. Galfus | 0.6 | Reviewed the Debtors exclusivity motion. |
| 5/15/2025 | J. Emerson | 0.4 | Reviewed certain Debtor motions related to contracts and exclusivity. |
| 5/20/2025 | J. Emerson | 2.3 | Made further revisions to slides for 5/20 UCC presentation. |
| 6/16/2025 | J. Emerson | 1.1 | Revised June 17th UCC update presentation to reflect certain edits (June 17th UCC call). |
| 6/16/2025 | D. Galfus | 0.6 | Edited report for the Committee on the latest forecast (13 weeks ended 9/27). |
| 6/25/2025 | J. Emerson | 2.4 | Prepared slides for 6/25 UCC presentation. |
| 6/26/2025 | J. Emerson | 1.2 | Revised slides for 6/25 weekly UCC materials. |
| 6/26/2025 | C. Kearns | 0.2 | Reviewed BRG's status update for the Committee. |
| ***Task Code Total Hours*** | | ***51.0*** | |

Berkeley Research Group, LLC

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 4/1/2025 | J. Emerson | 1.8 | Updated liquidity analysis to reflect 3/31 DIP balance. |
| 4/1/2025 | D. Galfus | 0.4 | Evaluated the Debtors' liquidity. |
| 4/4/2025 | J. Emerson | 1.9 | Continue to revise pro forma liquidity analysis to incorporate latest bid. |
| 4/4/2025 | J. Emerson | 1.7 | Revised pro forma liquidity analysis to incorporate latest bid. |
| 4/8/2025 | J. Emerson | 1.7 | Developed analysis of cash at closing based on latest bidder. |
| 4/9/2025 | J. Emerson | 1.5 | Revised analysis re: Debtors' liquidity position. |
| 4/10/2025 | J. Emerson | 1.4 | Updated cash at close to reflect latest assumptions. |
| 4/11/2025 | D. Galfus | 0.7 | Evaluated the Debtors' liquidity forecast for 4/15 UCC report. |
| 4/13/2025 | J. Emerson | 2.1 | Prepared DIP slide for inclusion in 4/15 UCC report. |
| 4/13/2025 | J. Emerson | 1.6 | Continued to prepare DIP slide for inclusion in 4/15 UCC report. |
| 4/14/2025 | J. Emerson | 2.6 | Prepared budget to actual cash flow slides for weekly (4/15) UCC presentation. |
| 4/14/2025 | J. Emerson | 2.3 | Continued to DIP budget slide for 4/15 UCC materials. |
| 4/14/2025 | J. Emerson | 2.1 | Prepared DIP budget slide for 4/15 UCC materials. |
| 4/14/2025 | D. Galfus | 0.5 | Analyzed the Debtors' latest actual liquidity for week ended 4/5. |
| 4/14/2025 | C. Kearns | 0.2 | Reviewed the updated DIP budget and post closing funds available. |
| 4/15/2025 | D. Galfus | 0.7 | Analyzed the Debtors' latest liquidity for 3 weeks ended 4/26. |
| 4/16/2025 | J. Emerson | 1.9 | Updated liquidity model to reflect Debtors' latest reporting for actuals through 4/5. |
| 4/16/2025 | D. Galfus | 0.7 | Reviewed liquidity issues for the Debtors. |
| 4/17/2025 | D. Galfus | 0.7 | Evaluated the Debtors' liquidity for 3 weeks ended 4/26. |
| 4/21/2025 | D. Galfus | 0.5 | Evaluated the Debtors' liquidity related to the sale timing. |
| 4/28/2025 | A. Kashanirokh | 2.9 | Prepared updated DIP report for 4/29 UCC presentation. |
| 4/28/2025 | A. Kashanirokh | 2.7 | Continued to prepare updated DIP report for 4/29 UCC presentation. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 4/28/2025 | A. Kashanirokh | 2.7 | Prepared analysis on Debtors' previous DIP budget from 4/13 compared to the updated DIP budget from 4/26. |
| 4/28/2025 | J. Emerson | 2.6 | Prepared updated liquidity analysis to reflect revised DIP budget. |
| 4/28/2025 | J. Emerson | 1.1 | Evaluated updated DIP analysis provided by the Debtors'. |
| 4/28/2025 | D. Galfus | 0.5 | Evaluated the Debtors' liquidity forecast for 6 weeks ended 5/31. |
| 4/29/2025 | J. Emerson | 2.0 | Prepared DIP budget slide for inclusion in 4/29 UCC presentation. |
| 4/29/2025 | D. Galfus | 0.6 | Evaluated the Debtors' liquidity forecast for 6 weeks ended 5/31. |
| 4/30/2025 | A. Kashanirokh | 2.6 | Prepared variance analysis on the Debtors' updated 4.30 DIP Budget versus previous 4.26 Budget. |
| 4/30/2025 | J. Emerson | 2.2 | Revised Debtors' forecast liquidity based on latest actuals re: DIP through 4/25. |
| 4/30/2025 | A. Kashanirokh | 1.3 | Prepared variance analysis on the Debtors' updated 4.30 DIP Budget versus previous 4.13 Budget. |
| 4/30/2025 | J. Emerson | 1.2 | Prepared illustrative value of Debtors' leases. |
| 4/30/2025 | D. Galfus | 0.6 | Analyzed the latest forecasted liquidity for 6 weeks ended 5/31. |
| 5/1/2025 | J. Emerson | 1.3 | Prepared revised liquidity analysis based on Debtors' 4/30 DIP Budget. |
| 5/1/2025 | J. Emerson | 1.3 | Prepared revised liquidity analysis based on Debtors' 4/30 DIP budget. |
| 5/5/2025 | J. Emerson | 2.1 | Prepared updated DIP forecast slides for inclusion in 5/6 UCC materials. |
| 5/5/2025 | J. Emerson | 1.8 | Prepared liquidity bridge slides for inclusion in 5/6 UCC materials. |
| 5/5/2025 | J. Emerson | 1.3 | Revised liquidity analysis to reflect conversations with the Debtors. |
| 5/5/2025 | D. Galfus | 1.1 | Reviewed the latest liquidity reporting (6 week period ending 5/31) for the 5/6 Committee presentation. |
| 5/6/2025 | D. Galfus | 0.4 | Reviewed the latest liquidity forecast (6 week period ending 5/31). |
| 5/7/2025 | J. Emerson | 1.7 | Prepared certain Debtor expenses analysis to understand liquidity. |
| 5/8/2025 | D. Galfus | 0.6 | Reviewed the latest liquidity forecast. |
| 5/12/2025 | D. Galfus | 0.3 | Evaluated the Debtors' liquidity position. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 5/13/2025 | J. Emerson | 1.4 | Revised liquidity analysis to reflect updated professional fees. |
| 5/15/2025 | D. Galfus | 0.5 | Reviewed the draft pay off letter from the Lenders. |
| 5/16/2025 | J. Emerson | 2.3 | Prepared liquidity analysis related to potential DIP paydown related to updated universal funds flows. |
| 5/16/2025 | J. Emerson | 1.8 | Revised Debtors liquidity analysis based on latest purchase price assumptions. |
| 5/16/2025 | J. Emerson | 0.7 | Revised Debtors' liquidity analysis to reflect updated assumptions. |
| 5/19/2025 | J. Emerson | 2.6 | Prepared liquidity bridge slides for inclusion in March 20 UCC presentation. |
| 5/19/2025 | J. Emerson | 2.1 | Prepared analysis re: Sparkle Pop funds flow. |
| 5/19/2025 | J. Emerson | 1.5 | Continued to prepare analysis re: Sparkle Pop funds flow. |
| 5/19/2025 | J. Emerson | 0.8 | Reviewed Sparkle Pop funds flow. |
| 5/19/2025 | D. Galfus | 0.6 | Analyzed the status of the Debtors' liquidity issues. |
| 5/20/2025 | J. Emerson | 1.8 | Continued to revise liquidity analysis to reflect latest partial prepayment letter. |
| 5/20/2025 | J. Emerson | 1.6 | Revised liquidity analysis to reflect latest partial prepayment letter. |
| 5/20/2025 | J. Emerson | 0.9 | Reviewed Sparkle Pop partial prepayment letter. |
| 5/20/2025 | D. Galfus | 0.2 | Held call with G. Finizio, Lowenstein re: the liquidity issues. |
| 5/21/2025 | J. Emerson | 1.1 | Reviewed revised budget from Debtors. |
| 5/21/2025 | D. Galfus | 0.4 | Analyzed the status of the Debtors' liquidity issues. |
| 5/22/2025 | J. Emerson | 2.6 | Prepared liquidity analysis related to Debtors revised budget. |
| 5/22/2025 | J. Emerson | 1.6 | Evaluated impact of liquidity related to potential budget changes for Counsel. |
| 5/22/2025 | J. Emerson | 1.0 | Participated in call with Counsel (B. Nathan, G. Finizio, M. Papandrea) related to Debtors updated budget. |
| 5/22/2025 | J. Emerson | 1.0 | Participated in call with Getzler Henrick (R. Aly, R. Gorin) related to Debtors' revised budget. |
| 5/22/2025 | D. Galfus | 0.9 | Participated in a call with Counsel (G. Finizio; B. Nathan) re: the latest liquidity forecast from the Debtors and next steps. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 5/22/2025 | D. Galfus | 0.8 | Participated in a call with Getzler Henrick (R. Aly, R. Gorin) re: the latest liquidity forecast. |
| 5/22/2025 | J. Emerson | 0.8 | Prepared email to Counsel (G. Finizio) re: revised budget observations from call with Debtors. |
| 5/22/2025 | D. Galfus | 0.7 | Analyzed the Debtors' cash flow forecast for the period ending 12/31/25. |
| 5/27/2025 | J. Emerson | 0.4 | Reviewed Debtors' 5/27 budget. |
| 5/28/2025 | J. Emerson | 1.5 | Prepared liquidity analysis based on Debtors' 5/28 budget. |
| 5/28/2025 | D. Galfus | 1.1 | Analyzed the latest DIP budget from the Debtors. |
| 5/28/2025 | J. Emerson | 1.1 | Provided comments re: Debtors 5/28 budget. |
| 5/28/2025 | J. Emerson | 0.9 | Drafted bridge comparison between Debtors' revised budgets. |
| 5/29/2025 | A. Kashanirokh | 2.3 | Prepared analysis of Debtors' post close budget. |
| 5/29/2025 | J. Emerson | 1.3 | Prepared bridge slide of Debtors revised budget for inclusion in 5/29 UCC materials. |
| 5/29/2025 | J. Emerson | 1.2 | Updated certain budget slides for inclusion in 5/29 UCC materials. |
| 5/29/2025 | D. Galfus | 0.7 | Reviewed the updated DIP budget. |
| 5/29/2025 | J. Emerson | 0.3 | Reviewed further revised Debtors' 5/29 budget. |
| 5/29/2025 | C. Kearns | 0.2 | Reviewed Debtors' latest budget. |
| 6/12/2025 | J. Emerson | 1.3 | Participated in call with Counsel (G. Finizio), Saul Ewing (J. Hampton), and Getzler Henrich (W. Henrich, R. Gorin) re: revised budget, liquidity forecast. |
| 6/12/2025 | J. Emerson | 1.0 | Revised certain liquidity analysis to reflect latest monthly amounts related to Debtors 6 week forecast ending 6/28. |
| 6/13/2025 | J. Emerson | 0.7 | Reviewed Debtors' revised budget. |
| 6/13/2025 | D. Galfus | 0.6 | Evaluated the Debtors' recent forecast and related assumptions (13 weeks ended 9/27). |
| 6/16/2025 | A. Kashanirokh | 2.9 | Prepared report on the Debtors' new 13 week post close wind down budget. |
| 6/16/2025 | A. Kashanirokh | 2.7 | Continued to prepare report on the Debtors' updated 13 week post close wind down budget. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 6/16/2025 | J. Emerson | 2.1 | Prepared slides for June 17 UCC presentation re: updated DIP. |
| 6/16/2025 | J. Emerson | 1.8 | Prepared slides for June 17 UCC presentation re: summary of DIP. |
| 6/16/2025 | J. Emerson | 1.8 | Revised liquidity analysis to reflect latest budget. |
| 6/16/2025 | A. Kashanirokh | 1.3 | Revised report related to the Debtors' updated 13 week post close wind down budget. |
| 6/16/2025 | D. Galfus | 0.8 | Reviewed the latest DIP forecast (13 weeks ended 9/27). |
| 6/16/2025 | J. Emerson | 0.6 | Participated in call with Debtors advisors (R. Aly, R. Gorin) to discuss revised budget. |
| 6/17/2025 | D. Galfus | 0.6 | Evaluated the issues associated with the latest DIP forecast (13 weeks ended 9/27). |
| 6/18/2025 | D. Galfus | 0.4 | Assessed the Debtors' updated forecast and related issues (13 weeks ended 9/27). |
| 6/19/2025 | D. Galfus | 0.6 | Evaluated certain liquidity issues impacting the Debtors (13 weeks ended 9/27). |
| 6/23/2025 | A. Kashanirokh | 2.8 | Prepared report related to the Debtors' updated 6.23 DIP Budget. |
| 6/23/2025 | J. Emerson | 1.4 | Prepared analysis related to 6/23 budget. |
| 6/23/2025 | J. Emerson | 0.7 | Revised analysis related to 6/23 budget. |
| 6/23/2025 | D. Galfus | 0.3 | Reviewed certain matters impacting liquidity. |
| 6/23/2025 | J. Emerson | 0.3 | Reviewed Debtors' 6/23 budget. |
| 6/24/2025 | A. Kashanirokh | 2.9 | Prepared report on Debtors' updated 6.23 DIP Budget for the 6.26 UCC Presentation. |
| 6/24/2025 | A. Kashanirokh | 1.7 | Continued to prepare report on Debtors' updated 6.23 DIP Budget for the 6.26 UCC Presentation. |
| 6/24/2025 | J. Emerson | 1.6 | Revised 6/23 budget comparison to understand variances from prior version. |
| 6/24/2025 | D. Galfus | 0.5 | Held call with Getzler Henrich (R. Gorin, R. Aly) re: the updated budget. |
| 6/24/2025 | J. Emerson | 0.5 | Participated in call with Debtors' advisors (R. Aly, R. Gorin) related to revised budget. |
| 6/24/2025 | D. Galfus | 0.4 | Reviewed the Debtors' updated budget. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 6/30/2025 | A. Kashanirokh | 2.1 | Prepared variance analysis for Debtors' revised 6/30 DIP budget. |
| 6/30/2025 | J. Emerson | 1.6 | Prepared slide for 7/2 UCC call re: budget bridge. |
| 6/30/2025 | J. Emerson | 1.1 | Prepared bridge analysis related to Debtors' 6/30 budget. |
| 6/30/2025 | J. Emerson | 0.3 | Reviewed Debtors' revised budget. |
| *Task Code Total Hours* | | *140.0* | |
| **31. Planning** | | | |
| 4/11/2025 | J. Emerson | 0.9 | Revised internal list of workstreams related to case generally. |
| *Task Code Total Hours* | | *0.9* | |
| **37. Vendor Management** | | | |
| 4/21/2025 | J. Emerson | 2.5 | Evaluated economic impact of potential sale related to certain critical vendors. |
| 4/21/2025 | A. Kashanirokh | 2.3 | Prepared financial performance analysis on one of the Debtors' critical vendors. |
| 4/22/2025 | J. Emerson | 2.1 | Evaluated economic impact of potential sale related to certain critical vendors. |
| 4/22/2025 | A. Kashanirokh | 1.4 | Prepared financial performance analysis on one of the Debtors' critical vendors. |
| 4/24/2025 | J. Emerson | 1.7 | Prepared summary analysis of critical vendors (terms, payments, etc.). |
| 4/29/2025 | A. Kashanirokh | 1.7 | Prepared schedule of professional fees related to the UCC through March 2025. |
| 5/7/2025 | J. Emerson | 1.2 | Prepared forecast expense analysis for professionals through April. |
| 5/14/2025 | J. Emerson | 0.8 | Revised professional fee analysis. |
| 6/19/2025 | J. Emerson | 0.2 | Prepared analysis of certain professional fees. |
| 6/21/2025 | J. Emerson | 0.3 | Revised analysis of certain professional fees. |
| *Task Code Total Hours* | | *14.2* | |
| **Total Hours** | | **442.7** | |