IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*[6] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION REGARDING SECOND INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2025 THROUGH JUNE 30, 2025**

**David Galfus**, pursuant to 28 U.S.C § 1746, hereby declares as follows:

1. I am a Managing Director of Berkeley Research Group, LLC ("BRG"), a professional services firm with numerous offices throughout the country. I am duly authorized to submit this certification on behalf of BRG, as financial advisor for the Official Committee of Unsecured Creditors (the "Committee") appointed in the Cases of the above captioned debtors and debtors-in-possession (the "Debtors").

2. I make this certification regarding the *Second Interim Fee Application of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from April 1, 2025 through June 30, 2025* (the "Application")[7] to certify certain matters addressed in the *Order Establishing Procedures for Interim Compensation and*

---

[6] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[7] Terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

6421013.1

*Reimbursement of Expenses for Professionals* [Docket No. 203] (the "Interim Compensation Order").

3. Specifically, I have reviewed the interim period covered by the Application, and I hereby certify that such application complies with the Interim Compensation order, and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. In addition, I hereby certify that the, in accordance with the Interim Compensation Order, and in connection with preparing the Application, BRG has made a reasonable effort to comply with the U.S. Trustee's requests for information set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines").

4. I certify, under penalty of perjury, that the foregoing statements made by me are true and correct, to the best of my knowledge, information, and belief.

Dated: July 31, 2025    */s/ David Galfus*
                        David Galfus

6421013.1