IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2025 THROUGH JUNE 30, 2025**

Upon consideration of the *Second Interim Fee Application of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from April 1, 2025 through June 30, 2025* (the "Application"),[2] requesting interim allowance of fees covering the period April 1, 2025 through June 30, 2025 (the "Second Interim Period"), for fees in the amount of $419,796.50, and reimbursement for out-of-pocket expenses in the amount of $0.00; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application was adequate under the circumstances

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms not otherwise defined in this Order have the meaning ascribed to them in the Application.

6421013.1

and no further notice being necessary; (c) the fees represent reasonable compensation for actual and necessary services rendered by BRG; and (d) the expenses represent actual and necessary expenses incurred by BRG in the performance of its duties in these chapter 11 cases; and after due deliberation and consideration, and good and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Application is hereby **APPROVED**, and it is further

**ORDERED**, that BRG is hereby allowed compensation on an interim basis, pursuant to 11 U.S.C. § 331, for the Second Interim Period, in the amount of $419,796.50 and reimbursement for out-of-pocket fees and expenses in the amount of $0.00; and it is further

**ORDERED**, that the Debtors are hereby authorized and directed to pay to BRG the allowed fees and expenses due to BRG for the Second Interim Period less any amounts previously paid in connection with the monthly fee applications; and it is further

**ORDERED**, that this Order shall be effective immediately upon its entry; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters related to or arising from the implementation of this Order, including but not limited to, the determination of final compensation to BRG in these Cases.

### END OF ORDER

cc:   Debtors' Counsel
      Committee Counsel
      Office of United States Trustee
      JP Morgain Chase Bank, N.A. Counsel
      All parties receiving service by CM/ECF system