IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SECOND INTERIM APPLICATION OF TYDINGS & ROSENBERG LLP, AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM APRIL 1, 2025 THROUGH JUNE 30, 2025**

**NOTICE IS HEREBY GIVEN** of the filing by Tydings & Rosenberg LLP ("T&R") of the *Second Interim Application of Tydings & Rosenberg LLP, as Local Counsel for the Official Committee of Unsecured Creditors for Services Rendered and Expenses Incurred for the Period of April 1, 2025 through June 30, 2025* (the "Application") for the Period of **April 1, 2025 through June 30, 2025** (the "Application Period").

The Application requests interim allowance and approval of compensation in the amount of **$116,744.50** as compensation for professional services and reimbursement of expenses in the amount of **$1,550.00** during the Application Period. T&R believes that the compensation requested is reasonable in view of the nature and extent of the services rendered and the results achieved. The Application is available for review at the office of the Clerk, United States Bankruptcy Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Maryland 21201.

ANY PARTY IN INTEREST WISHING TO OPPOSE THE APPLICATION MUST FILE AN OBJECTION IN WRITING, SPECIFICALLY STATING THE FACTUAL AND LEGAL NATURE OF THE OBJECTION, WITH THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, 101 W. LOMBARD STREET, BALTIMORE, MARYLAND 21201, AND MUST SERVE A COPY ON THE UNDERSIGNED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. THE COURT MAY APPROVE THE APPLICATION WITHOUT FURTHER NOTICE OR ORDER UNLESS A TIMELY OBJECTION IS FILED.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6405514.2

     IF THE OBJECTION REQUESTS A HEARING, A HEARING ON THE OBJECTION MAY BE HELD AT THE DISCRETION OF THE COURT. THE COURT MAY RULE ON ANY OBJECTION WITHOUT SCHEDULING A HEARING IN ITS DISCRETION, REGARDLESS OF WHETHER OBJECTIONS ARE FILED. PARTIES IN INTEREST WITH QUESTIONS REGARDING THE APPLICATION MAY CONTACT THE UNDERSIGNED COUNSEL.

Dated: July 31, 2025　　　　　　　　　　Respectfully Submitted,

                                        **TYDINGS & ROSENBERG LLP**

                                        */s/ Stephen B. Gerald*
                                        Dennis J. Shaffer (MD Fed. Bar No. 25680)
                                        Stephen B. Gerald (MD Fed Bar. No. 26590)
                                        1 East Pratt Street, Suite 901
                                        Baltimore, Maryland 21202
                                        Telephone: (410) 752-9700
                                        Email: dshaffer@tydings.com
                                                        sgerald@tydings.com

                                        *Local Counsel for the Official Committee of Unsecured Creditors*