July 15, 2025

**To:** Clerk of the Bankruptcy Court
101 West Lombard Street
Suite 8530
Baltimore, MD 21201

Case No. 25-10308 (DER)
Diamond Comic Distributors, Inc., et al., Debtors
Re: D.I. 531
Hearing Date: July 21, 2025 at 10:00 a.m. (ET)

**Purpose of this communication:**
Objection to DEBTORS' ENTRY OF AN ORDER APPROVING (I) PROCEDURES FOR SALE OR OTHER DISPOSITION OF CONSIGNED INVENTORY, (II) APPROVING SALES OR OTHER DISPOSITION OF CONSIGNED INVENTORY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR ENCUMBRANCES AND (III) GRANTING RELATED RELIEF

I am writing to lodge my formal objection to this motion. Our inventory was sent to Debtors on a consignment basis per the terms of our Supply Agreement, and is our property, not Debtor's. My company has an ongoing financial interest in selling all merchandise that is still in Debtor's warehouse.

Likewise, unsold products that have been returned by booksellers to Debtor's inventory remain our consigned property until payment to us has been made, and I object to Debtors continuing to sell those items without remitting payment to us.

Debtor's efforts to circumvent paying us for our property will not only jeopardize my company's immediate future financially, but their flooding the market with our products at liquidated prices will hurt our longterm ability to sell those same products from our own warehouse's inventory at normal prices. It will also undercut sales of those products at our new distributor, Lunar Distribution (where we were forced to shift our business after Debtor's bankruptcy filing).

Sincerely,
Chris Robinson

Manager
Zombie Love Studios