# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Joint Administration) |

### NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Image Comics, Inc. hereby substitutes Jason F. Hoffman of Baker & Hostetler LLP, as its local counsel of record in accordance with the requirements of Local Rule 9010-3(b)(2) in place of Elizabeth A. Scully of Baker & Hostetler LLP.

PLEASE TAKE NOTICE and enter the appearance of:

> Jason F. Hoffman
> BAKER & HOSTETLER LLP
> Washington Square, Suite 1100
> 1050 Connecticut Avenue, NW
> Washington, D.C. 20036-5304
> Telephone: 202.861.1500
> Facsimile: 202.861.1783
> jhoffman@bakerlaw.com

as local counsel for Image Comics, Inc.

REQUEST is further made by counsel that all Notices required to be given to interested parties be mailed to the undersigned counsel.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Date:  August 1, 2025

Respectfully submitted,

*/s/ Jason F. Hoffman*
Jason F. Hoffman (Md. Bar No. 28428)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5304
Telephone: 202.861.1500
Facsimile: 202.861.1783
jhoffman@bakerlaw.com

-and-

Adam L. Fletcher (admitted *pro hac vice*)
Scott E. Prince (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216.621.0200
afletcher@bakerlaw.com
sprince@bakerlaw.com

*Counsel for Image Comics, Inc.*

*/s/ Elizabeth A. Scully*
Elizabeth A. Scully (Md. Bar No. 27402)
BAKER & HOSTETLER LLP
Washington Square, Suite 100
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5304
Telephone: 202.861.1500
Facsimile: 202.861.1783
escully@bakerlaw.com

*Former Counsel for Image Comics, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 1, 2025, a true and correct copy of the foregoing Notice of Substitution of Counsel and Notice of Appearance was served upon all parties that are registered to receive electronic mail service through the court's ECF notice system in the above case

                                                */s/ Jason F. Hoffman*
                                                Jason F. Hoffman