## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: ) | |
| ) | Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC. ) | |
| et al.[1] ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| DIAMOND COMIC DISTRIBUTORS, INC., ) | |
| et al. ) | |
| ) | |
| **Movant** ) | |
| vs ) | |
| ) | |
| ASPEN MLT, LLC /A/KA ASPEN COMICS, ) | |
| ) | |
| BLACK MASK STUDIOS, LLC, ) | |
| ) | |
| DSTLRY MEDIA, INC., ) | |
| ) | |
| DARK HORSE COMICS, LLC, ) | |
| ) | |
| DYNAMIC FORCES, INC. A/K/A DYNAMITE ) | |
|   ENTERTAINMENT, ) | |
| ) | |
| HEAVY METAL INTERNATIONAL, LLC, ) | |
| ) | |
| MAGNETIC PRESS, LLC, ) | |
| ) | |
| MASSIVE PUBLISHING, LLC, ) | |
| ) | |
| ONI-LION FORGE PUBLISHING GROUP, ) | |
|   LLC F/K/A ONI PRESS, LLC, ) | |
| ) | |
| PANINI UK LTD., ) | |
| ) | |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

PUNK BOT COMIC BOOKS, LLC       )
  A/K/A ALIEN BOOKS,              )
                                        )
THE PENN STATE UNIVERSITY A/K/A  )
  GRAPHIC MUNDI,                )
                                        )
TITAN PUBLISHING GROUP, LTD.    )
                                        )
AND                                 )
                                        )
VAULT STORYWORKS, LLC A/K/A VAULT  )
  COMICS F/K/A CREATIVE MIND ENERGY, )
                                        )
    Respondents.                    )
_____ )

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Bankruptcy Rule 7026-2, I hereby certify that on August 5, 2025, I served, on behalf the above captioned Respondents (the "Respondent"), the Respondent's: 1) *First Set of Requests for Production of Documents to Diamond Comic Distributors, Inc, et al.*; and 2) *First Set of Requests for Interrogatories to Diamond Comic Distributors, Inc., et al.*; by first class mail, postage prepaid, and electronic mail, to:

Jordan D. Rosenfeld
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Email: jordan.rosenfeld@saul.com

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: jeffrey.hampton@saul.com
adam.isenberg@saul.com
turner.falk@saul.com

Mark Minuti, Esq.
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
mark.minuti@saul.com
paige.topper@saul.com
nicholas.smargiassi@saul.com

Counsel for the Movant

 **I HEREBY FURTHER CERTIFY** that on this 4th day of August, 2025, a true and correct copy of the foregoing has been furnished by electronic transmission and ECF filing to:

 Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com

 Peter J Artese peter.artese@us.dlapiper.com

 Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com

 Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

 Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com, delawaredocketing@polsinelli.com

 Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com

 Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com

 Andrew Brown abrown@klestadt.com

 Darek Bushnaq dsbushnaq@venable.com

 Richard L. Costella rcostella@tydings.com, scalloway@tydings.com, zjones@tydings.com, swilliams@tydings.com

David W.T. Daniels ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com,
nvargas@perkinscoie.com,
KMcClure@perkinscoie.com,
rleibowitz@perkinscoie.com

G. David Dean ddean@coleschotz.com,
PRatkowiak@coleschotz.com

Mark L Desgrosseilliers desgross@chipmanbrown.com,
fusco@chipmanbrown.com

Emily Devan edevan@milesstockbridge.com

Ellen E. Dew ellen.dew@us.dlapiper.com

Turner Falk turner.falk@saul.com,
tnfalk@recap.email,
Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com,
janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Adam Fletcher afletcher@bakerlaw.com

Chelsea R Frankel cfrankel@lowenstein.com

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com,
christopher-j-giaimo-6409@ecf.pacerpro.com

Jonathan A. Grasso jgrasso@yvslaw.com,
pgomez@yvslaw.com,
r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com,
MD55@ecfcbis.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Catherine Keller Hopkin chopkin@yvslaw.com,
pgomez@yvslaw.com,
kreese@yvslaw.com,
vmichaelides@yvslaw.com,
yvslawcmecf@gmail.com,
hopkincr39990@notify.bestcase.com

Adam H Isenberg adam.isenberg@saul.com

Harry Conrad Jones HJones@coleschotz.com,
bankruptcy@coleschotz.com,
pratkowiak@coleschotz.com

Toyja E. Kelley toyja.kelley@lockelord.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com,
docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@milesstockbridge.com,
mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com,
bankruptcy@coleschotz.com,
lmorton@coleschotz.com

Mark Minuti mark.minuti@saul.com,
robyn.warren@saul.com

Randy Moonan rmoonan@sillscummis.com

Bruce S. Nathan bnathan@lowenstein.com

Craig Palik cpalik@mhlawyers.com,
cpalik@ecf.inforuptcy.com,
Palik.CraigR92003@notify.bestcase.com,
mevans@mhlawyers.com,

cmartin@mhlawyers.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com,
loriann.zullo@ropers.com,
calendar-LAO@ropers.com

Scott Prince sprince@bakerlaw.com

Jonathan Gary Rose jonathan.rose@us.dlapiper.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com,
lianna.sarasola@arlaw.com

Elizabeth Anne Scully escully@bakerlaw.com

Dennis J. Shaffer dshaffer@tydings.com,
scalloway@tydings.com,
mhickman@tydings.com,
jlee@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com,
jonathan.young@troutman.com,
david.ruediger@troutman.com,
errol.chapman@troutman.com,
toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com,
brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers summersm@ballardspahr.com,
branchd@ballardspahr.com,
heilmanl@ballardspahr.com,
ambroses@ballardspahr.com,
zarnighiann@ballardspahr.com,
carolod@ballardspahr.com,
cromartie@ballardspahr.com,
stammerk@ballardspahr.com

S. Jason Teele steele@sillscummis.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

/s/ Caig M. Palik
Craig M. Palik