United States Bankruptcy Court
District of Maryland

In re:                                                                                           Case No. 25-10308-DER
Diamond Comic Distributors, Inc.                                                                 Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1        User: admin        Page 1 of 4
Date Rcvd: Aug 04, 2025        Form ID: pdfall        Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Jane Davidson, NOLAN HEIMANN LLP, 16000 Ventura Boulevard, Suite 1200, Encino, CA 91436-2767 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Aug 04 2025 19:16:00 | US Trustee, 101 W. Lombard St., Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Andrew Brown | abrown@klestadt.com |
| Ashley N Fellona | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Aug 04, 2025 | Form ID: pdfall | Total Noticed: 2 |

ashley.fellona@saul.com janice.mast@saul.com

Brent C. Strickland

bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Bruce S. Nathan

bnathan@lowenstein.com

C. Kevin Kobbe

kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin

chopkin@yvslaw.com
pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel

cfrankel@lowenstein.com

Christopher J. Giaimo

christopher.giaimo@squirepb.com christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik

cpalik@mhlawyers.com
cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum

jack.blum@polsinelli.com lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq

dsbushnaq@venable.com

David W.T. Daniels

ddaniels@perkinscoie.com
docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer

dshaffer@tydings.com scalloway@tydings.com,mhickman@tydings.com,jlee@tydings.com

Elizabeth Anne Scully

escully@bakerlaw.com

Ellen E. Dew

ellen.dew@us.dlapiper.com

Emily Devan

edevan@milesstockbridge.com

Eric George Korphage

korphagee@whiteandwilliams.com

G. David Dean

ddean@coleschotz.com PRatkowiak@coleschotz.com

Gary H. Leibowitz

gleibowitz@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio

gfinizio@lowenstein.com

Harry Conrad Jones

HJones@coleschotz.com bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein

hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma

indira.sharma@troutman.com
katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

Jan Berlage

JBerlage@GHSLLP.com tcollins@ghsllp.com

Jason F Hoffman

jhoffman@bakerlaw.com

Jeffrey C. Hampton

jeffrey.hampton@saul.com

Jonathan A. Grasso

jgrasso@yvslaw.com pgomez@yvslaw.com,r39990@notify.bestcase.com

| District/off: 0416-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: pdfall | Total Noticed: 2 |

Jonathan Gary Rose
jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
jordan.rosenfeld@saul.com

Joshua Glikin
jglikin@shulmanrogers.com  abogert@shulmanrogers.com,tlewis@shulmanrogers.com

Jung Yong Lee
jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Laura Skowronski Bouyea
lsbouyea@venable.com  dmdierdorff@venable.com

Mark Minuti
mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers
desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Summers
summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com

Michael Papandrea
mpapandrea@lowenstein.com

Nicholas Smargiassi
nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper
paige.topper@saul.com

Peter J Artese
peter.artese@us.dlapiper.com

Randy Moonan
rmoonan@sillscummis.com

Richard L. Costella
rcostella@tydings.com  scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com

S. Jason Teele
steele@sillscummis.com

Sam Alberts
sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Scott Prince
sprince@bakerlaw.com

Stephen B. Gerald
sgerald@tydings.com

Steven Gregory Polard
steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas K. Bredar
thomas.bredar@wilmerhale.com
andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
toyja.kelley@lockelord.com

Turner Falk
turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

District/off: 0416-1 User: admin Page 4 of 4
Date Rcvd: Aug 04, 2025 Form ID: pdfall Total Noticed: 2
TOTAL: 55



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **25−10308 − DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Jane Davidson, Esq. as counsel for Objector Cryptozoic Entertainment, LLC. and the certified statements in support thereof, and upon the recommendation of Joshua A. Glikin, Esq. local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b); and it is further

ORDERED, that Jane Davidson, Esq. must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc:   Debtor
    Attorney for Debtor − Jordan Rosenfeld
    Movant − Jane Davidson, Esq.
    Local Counsel − Joshua A. Glikin, Esq.
    U.S. Trustee

**End of Order**

01x01 (rev. 03/12/2024) − JanineHutchinson