**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

**SUMMARY COVER SHEET FOR FIRST INTERIM FEE APPLICATION OF OMNI AGENT SOLUTIONS, INC., ADMINISTRATIVE AGENT TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 14, 2025 THROUGH MARCH 31, 2025**

| | |
|---|---|
| Name of Applicant: | Omni Agent Solutions, Inc. |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Period for which compensation and reimbursement is sought: | January 14, 2025–March 31, 2025 |
| Total compensation sought this period: | $31,161.15 |
| Total expenses sought this period: | $0.00 |
| Petition date: | January 14, 2025 |
| Date of retention: | February 28, 2025, effective as of January 14, 2025 |
| Total compensation approved by interim order to date: | $0.00 |
| Total expenses approved by interim order to date: | $0.00 |
| Total allowed compensation paid to date: | $0.00 |
| Total allowed expenses paid to date: | $0.00 |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55739886.1

| | |
|---|---|
| Blended rate in this application for all timekeepers: | $188.66 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Compensation Sought in this First Interim Fee Application Not Yet Paid: | $0.00 |
| Expenses Sought in this First Interim Fee Application Not Yet Paid: | $0.00 |
| Number of professionals included in this application | 16 |

This is an: ___ monthly    **X** interim    ___ final application.

## SUMMARY OF PRIOR MONTHLY FEE APPLICATIONS

| DATE FILED AND DOCKET NO. | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES | PAID FEES | PAID EXPENSES | HOLDBACK/ UNAPPROVED FEES | CNO DATE AND DOCKET NO. |
|---|---|---|---|---|---|---|---|
| June 26, 2025 D.I. 536 | 2/1/25 - 3/31/25 | $31,161.15, 80% of which is $24,928.92 | $0.00 | $0.00 | $0.00 | $6,232.23 | 8/7/2025 D.I. 692 |
| | Totals: | **$31,161.15, 80% of which is $24,928.92** | **$0.00** | **$0.00** | **$0.00** | **$6,232.23** | |

## SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

| DATE FILED | PERIOD COVERED | ORDER ENTERED | REQUESTED FEES | REQUESTED EXPENSES | UNOPPOSED FEES | UNOPPOSED EXPENSES | PAID FEES | PAID EXPENSES | HOLDBACK FES |
|---|---|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | | Totals: | | | | | | | |

55739886.1

2

**COMPENSATION BY PROFESSIONAL**

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Ada Ferrer | 0.8 | $190.00 | $152.00 |
| Brittney Whitaker | 0.4 | $240.00 | $96.00 |
| Carrie Hernandez | 0.5 | $190.00 | $95.00 |
| Cassie Weatherspoon | 2.1 | $190.00 | $399.00 |
| Javon Couch | 5.8 | $165.00 | $957.00 |
| Kim Steverson | 8.1 | $240.00 | $1,944.00 |
| Luis Solorzano | 18.1 | $240.00 | $4,344.00 |
| Lyanne Ramirez | 1.6 | $160.00 | $256.00 |
| Mark Bishay | 3.7 | $155.00 | $573.50 |
| Michelle Cano | 21.1 | $175.00 | $3,692.50 |
| Noah Hurst | 8.4 | $165.00 | $1,386.00 |
| Sejal Kelly | 56.9 | $240.00 | $13,656.00 |
| Tanya Hughes | 1.5 | $165.00 | $247.50 |
| Tara Saldajeno | 23.0 | $175.00 | $4,025.00 |
| Todd Pasquale | 4.0 | $165.00 | $660.00 |
| Yelena Bederman | 10.7 | $200.00 | $2,140.00 |
| **SUBTOTAL** | **166.7** | ---- | **$34,623.50** |
| **DISCOUNT** | ---- | ---- | **($3,462.35)** |
| **ADJ. TOTAL** | **166.7** | ---- | **$31,161.15** |

Dated: August 7, 2025         **OMNI AGENT SOLUTIONS, INC.**

By: */s/ Paul H. Deutch*
Paul H. Deutch
1120 Avenue of the Americas
4th Floor
New York, NY 10036
Telephone: (212) 302-3580
Email: pdeutch@omniagnt.com

*Administrative Agent for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF OMNI AGENT SOLUTIONS, INC., ADMINISTRATIVE AGENT TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 14, 2025 THROUGH MARCH 31, 2025**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 and Appendix D of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 203] (the "Interim Compensation Order"), Omni Agent Solutions, Inc. ("Omni"), administrative agent to the debtors and debtors-in-possession (the "Debtors"), hereby applies to the Court for its first interim fee application (the "First Interim Fee Application") for professional services rendered and reimbursement of actual and necessary expenses incurred for the period January 14, 2025 through March 31, 2025 (the "Application Period"). In accordance with the Interim Compensation Order, by this First Interim Fee Application, Omni seeks interim approval and allowance of compensation in the amount of $31,161.15, and reimbursement of actual and necessary expenses in the amount

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

of $0.00, for the Application Period.

**Background**

1. On January 14, 2025 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No party has requested the appointment of a trustee or examiner in these Chapter 11 Cases. On January 29, 2025, the Office of the United States Trustee appointed an official committee of unsecured creditors (the "Committee").

2. On February 28, 2025, the Court entered the *Order Authorizing Retention and Appointment of Omni Agent Solutions, Inc., as Administrative Agent for the Debtors, Effective as of the Petition Date* [Docket No. 186] (the "Retention Order").

3. In addition, on March 10, 2025, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in the chapter 11 cases. Pursuant to the Interim Compensation Order, the Court established a procedure for interim compensation and reimbursement of disbursements for professionals appointed in these cases. In particular, the Court authorized the filing and service to certain notice parties of monthly interim fee applications by professionals appointed in these cases and payment by the Debtors of 80% of fees and 100% of expenses, in the absence of an objection made within fourteen (14) days of service of the pertinent application.

4. Pursuant to the Interim Compensation Order, Omni filed the following monthly fee application (the "Monthly Fee Application"), which is incorporated by reference in its entirety:

    (a) *First Monthly Fee Application of Omni Agent Solutions, Inc., Administrative Agent to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 Through February 28, 2025* [Docket No. 536], filed on June 26, 2025 – Seeks

       compensation in the amount of $31,161.15 and reimbursement of expenses in the amount of $0.00.

5. Pursuant to the Interim Compensation Order, professionals retained in these chapter 11 cases are also authorized to file interim fee applications with the Court at three-month intervals. Under the Interim Compensation Order, the first three-month interval covers the period from the Petition Date through March 31, 2025.

## Professional Services Rendered

6. Pursuant to the Interim Compensation Order, Omni submits this First Interim Fee Application, seeking interim approval and allowance of compensation in the amount of $31,161.15 and actual and necessary expenses in the amount of $0.00 incurred during the interim period from January 14, 2025 through March 31, 2025.

## Additional Disclosures, Representations, and Attached Exhibits

7. The First Interim Fee Application is supported by the following exhibits:

    (a) Attached hereto as **Exhibit A** is a summary of the time expended by all Omni professionals engaged in the representation of the Debtors during the Application Period, by professional.

    (b) Attached hereto as **Exhibit B** is a summary of compensation by project category for the Application Period.

    (c) Attached hereto as **Exhibit C** is the declaration of Paul H. Deutch in support of this Fee Application.

8. This First Interim Fee Application does not include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices.

9. This First Interim Fee Application does not include time or fees for reviewing time records to redact any privileged or other confidential information.

10. In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016(a), no agreement or understanding exists between Omni and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this case.

11. No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by Omni.

12. Notice of this First Interim Fee Application has been provided in accordance with the Interim Compensation Order. Omni submits that no other or further notice need be provided.

13. Omni reserves all rights and claims. Without limiting the generality of the foregoing, Omni reserves its right to submit future monthly fee applications, interim fee applications, and final fee applications, including, without limitation, fee applications seeking final allowance of all amounts sought to be paid or reimbursed herein and in respect of any amounts held back pursuant to the Interim Compensation Order or otherwise.

WHEREFORE, Omni respectfully requests that the Court enter an Order, substantially in the form attached hereto as **Exhibit D**, (i) granting the First Interim Fee Application and authorizing interim allowance of compensation in the amount of $31,161.15 for professional services rendered on behalf of the Debtors and reimbursement for actual and necessary expenses in the amount of $0.00, for a total of $31,161.15 (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: August 7, 2025            **OMNI AGENT SOLUTIONS, INC.**

By: */s/ Paul H. Deutch*
Paul H. Deutch
1120 Avenue of the Americas
4th Floor
New York, NY 10036
Telephone: (212) 302-3580

55739886.1

Email: pdeutch@omniagnt.com

*Administrative Agent for Debtors and Debtors in Possession*

55739886.1