# EXHIBIT A

### COMPENSATION BY PROFESSIONALS

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Ada Ferrer | 0.8 | $190.00 | $152.00 |
| Brittney Whitaker | 0.4 | $240.00 | $96.00 |
| Carrie Hernandez | 0.5 | $190.00 | $95.00 |
| Cassie Weatherspoon | 2.1 | $190.00 | $399.00 |
| Javon Couch | 5.8 | $165.00 | $957.00 |
| Kim Steverson | 8.1 | $240.00 | $1,944.00 |
| Luis Solorzano | 18.1 | $240.00 | $4,344.00 |
| Lyanne Ramirez | 1.6 | $160.00 | $256.00 |
| Mark Bishay | 3.7 | $155.00 | $573.50 |
| Michelle Cano | 21.1 | $175.00 | $3,692.50 |
| Noah Hurst | 8.4 | $165.00 | $1,386.00 |
| Sejal Kelly | 56.9 | $240.00 | $13,656.00 |
| Tanya Hughes | 1.5 | $165.00 | $247.50 |
| Tara Saldajeno | 23.0 | $175.00 | $4,025.00 |
| Todd Pasquale | 4.0 | $165.00 | $660.00 |
| Yelena Bederman | 10.7 | $200.00 | $2,140.00 |
| **SUBTOTAL** | **166.7** | ---- | **$34,623.50** |
| **DISCOUNT** | ---- | ---- | **($3,462.35)** |
| **ADJ. TOTAL** | **166.7** | ---- | **$31,161.15** |

55739886.1