# EXHIBIT B

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

| Category | Hours | Total |
|---|---|---|
| Preparation of Schedules/SoFAs | 166.7 | $34,623.50 |
| **SUBTOTAL** | **166.7** | **$34,623.50** |
| **DISCOUNT** | ---- | **($3,462.35)** |
| **ADJUSTED TOTAL** | **166.7** | **$31,161.15** |

55739886.1