# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline:** August 22, 2025 |

## SECOND MONTHLY FEE APPLICATION OF OMNI AGENT SOLUTIONS, INC., ADMINISTRATIVE AGENT TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025

| | |
|---|---|
| Name of applicant: | Omni Agent Solutions, Inc. |
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Petition Date: | January 14, 2025 |
| Date of retention: | April 30, 2025 *Nunc pro tunc* to January 14, 2025[2] |
| This is a: | Monthly application for compensation |
| Period for which compensation and reimbursement is sought: | April 1, 2025 through April 30, 2025 |
| Amount of compensation sought: | $8,929.80, 80% of which is $7,143.84 |
| Amount of expense reimbursement sought: | $0.00 |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] On April 30, 2025, the Court entered the *Order Authorizing Retention and Appointment of Omni Agent Solutions, Inc., as Administrative Agent for the Debtors, Effective as of the Petition Date.*

55731312.2

Blended hourly rate for this application:          $194.97

## SUMMARY OF PRIOR MONTHLY FEE APPLICATIONS

| DATE FILED | PERIOD COVERED | REQUESTED FEES | REQUESTED EXPENSES | UNOPPOSED FEES | UNOPPOSED EXPENSES | PAID FEES | PAID EXPENSES | HOLDBACK |
|---|---|---|---|---|---|---|---|---|
| 6/26/2025 | 1/14/25 - 2/28/25 | $31,161.15, 80% of which is $24,928.92 | $0.00 | $31,161.15 | $0.00 | $0.00 | $0.00 | $6,232.23 |
| | Totals: | $31,161.15, 80% of which is $24,928.92 | $0.00 | $31,161.15 | $0.00 | $0.00 | $0.00 | $6,232.23 |

## SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

| DATE FILED | PERIOD COVERED | ORDER ENTERED | REQUESTED FEES | REQUESTED EXPENSES | UNOPPOSED FEES | UNOPPOSED EXPENSES | PAID FEES | PAID EXPENSES |
|---|---|---|---|---|---|---|---|---|
| 8/7/2025 | 1/14/2025- 3/31/2025 | N/A[3] | $31,161.15 | $0.00 | N/A | N/A | N/A | N/A |
| | Totals: | | | | | | | |

## COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Total |
|---|---|---|
| Preparation of Schedules/SoFAs | 45.8 | $9,922.00 |
| **SUBTOTAL** | **45.8** | **$9,922.00** |
| **DISCOUNT** | ---- | **($992.20)** |
| **ADJUSTED TOTAL** | **45.8** | **$8,929.80** |

[remainder of page left intentionally blank]

---

[3]   Omni's first interim fee application was filed on August 7, 2025, with an objection deadline of August 21, 2025.

55731312.2

**COMPENSATION BY PROFESSIONAL**

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Javon Couch | 1.2 | $165.00 | $198.00 |
| Kim Steverson | 12.5 | $240.00 | $3,000.00 |
| Luis Solorzano | 9.9 | $240.00 | $2,376.00 |
| Mark Bishay | 3.5 | $155.00 | $542.50 |
| Sejal Kelly | 7.5 | $240.00 | $1,800.00 |
| Tanya Hughes | 6.7 | $165.00 | $1,105.50 |
| Yelena Bederman | 4.5 | $200.00 | $900.00 |
| **SUBTOTAL** | **45.8** | ---- | **$9,922.00** |
| **DISCOUNT** | ---- | ---- | **($992.20)** |
| **ADJ. TOTAL** | **45.8** | ---- | **$8,929.80** |

1.  Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Bankruptcy Rule 2016-1 and Appendix D, and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 203] (the "Interim Compensation Order"), Omni Agent Solutions, Inc. ("Omni" or the "Applicant"), administrative agent to the debtors and debtors in possession (collectively, the "Debtors"), hereby applies to the Court for its second monthly fee application for professional services rendered and reimbursement of actual and necessary expenses incurred for the period April 1, 2025 through April 30, 2025 (the "Application Period"). In accordance with the Interim Compensation Order, Omni requests authority to be paid by the Debtors $7,143.84 (which is 80% of $8,929.80) and $0.00 in expenses incurred during the Application Period.

2.  Attached hereto as **Exhibit A** are the detailed time records of all services performed by the Applicant during the Application Period. In addition, in accordance with Local Rule 2016-1, set forth below are summaries describing the services performed within each category. Attached hereto as **Exhibit B** is a Declaration of Applicant with respect to the compensation requested.

**PREPARATION OF SCHEDULES AND SOFAS**

This category includes all work performed by Omni in assisting the Debtors in the preparation of each of their schedules and statements of financial affairs, including any necessary amendments to the same. Omni received large and frequent batches of data from the Debtors and their professionals. Such data was properly formatted, when necessary, and incorporated into the Debtors' schedules and statements of financial affairs. Omni conducted multiple reviews of draft work product with the Debtors and their professionals to ensure the accuracy of the final schedules and statements of financial affairs.

**EXPENSES**

3. Omni did not incur any expenses during the Application Period.

WHEREFORE, Omni respectfully requests, in accordance with the Interim Compensation Order, that the Debtors direct payment of interim compensation in the amount of $7,143.84 (which is 80% of $8,929.80) for services rendered on behalf of the Debtors during the Application Period.

Dated: August 8, 2025            **OMNI AGENT SOLUTIONS, INC.**

By: */s/ Paul H. Deutch*
Paul H. Deutch
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
Telephone: (212) 302-3580
Email: pdeutch@omniagnt.com

*Administrative Agent for Debtors and Debtors in Possession*