# EXHIBIT A

## DETAILED TIME ENTRIES

55731312.2



**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

May 14, 2025

327-Diamond Comic Distributors, Inc.

**Invoice Number: 13939**
Invoice Period: 04-01-2025 - 04-30-2025

Payment Terms: Upon Receipt

**RE: Schedules and Sofa's**

## Schedules and Sofa's

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-10-2025 | Kim Steverson | Review email received and respond to N. Smargiassi @SA re call to discuss contracts on the Master Contract List | 0.20 | 240.00 | 48.00 |
| 04-10-2025 | Kim Steverson | Coordinate with Data Management Team re processing data for amended Schedule G | 0.60 | 240.00 | 144.00 |
| 04-10-2025 | Kim Steverson | Review new data for amended Schedule G | 0.30 | 240.00 | 72.00 |
| 04-10-2025 | Kim Steverson | Review motion to redact schedules and provide comments to same | 0.30 | 240.00 | 72.00 |
| 04-10-2025 | Kim Steverson | Calls with N. Smargiassi @SE re Master Contract List and amendments to Schedule F | 0.40 | 240.00 | 96.00 |
| 04-10-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA data files | 0.80 | 240.00 | 192.00 |
| 04-10-2025 | Tanya Hughes | Prepare Schedule of Assets and Liabilities | 1.50 | 165.00 | 247.50 |
| 04-10-2025 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 1.00 | 200.00 | 200.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-10-2025 | Yelena Bederman | Review email received and respond to K. Steverson @ Omni re: amended schedule G | 0.10 | 200.00 | 20.00 |
| 04-10-2025 | Kim Steverson | Review email received and respond to N. Smargiassi @SA re preparing the amendment and add the new/updated information | 0.20 | 240.00 | 48.00 |
| 04-10-2025 | Kim Steverson | Emails with (2) Y. Bederman @Omni re amended Schedule G | 0.20 | 240.00 | 48.00 |
| 04-10-2025 | Sejal Kelly | Review email/files received from client re amendment to schedules | 0.20 | 240.00 | 48.00 |
| 04-11-2025 | Kim Steverson | Review email received and respond to P. Topper @SA re amendments to Schedule G | 0.20 | 240.00 | 48.00 |
| 04-11-2025 | Kim Steverson | Email with Data Management Team re process excels for the amended schedules | 0.10 | 240.00 | 24.00 |
| 04-11-2025 | Kim Steverson | Review email received and respond to N. Smargiassi @SA re documents for service and deadline | 0.20 | 240.00 | 48.00 |
| 04-11-2025 | Kim Steverson | Review emails received and respond to (2) N. Smargiassi @SA re party on Schedule E | 0.20 | 240.00 | 48.00 |
| 04-11-2025 | Tanya Hughes | Prepare Schedule of Assets and Liabilities | 2.50 | 165.00 | 412.50 |
| 04-11-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA data files | 4.10 | 240.00 | 984.00 |
| 04-11-2025 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 2.00 | 200.00 | 400.00 |
| 04-11-2025 | Yelena Bederman | Review email received and respond to K. Steverson @ Omni re: amended schedules E & F | 0.10 | 200.00 | 20.00 |
| 04-11-2025 | Javon Couch | Review and document request received from N. Smargiassi @ SE re Amended Schedule G for review | 0.20 | 165.00 | 33.00 |
| 04-11-2025 | Kim Steverson | Coordinate with Data Management Team re processing data for amended Schedules | 0.90 | 240.00 | 216.00 |
| 04-11-2025 | Kim Steverson | Review new data for amended Schedules EF | 0.70 | 240.00 | 168.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-11-2025 | Kim Steverson | Calls with N. Smargiassi @SE re amendments to Schedule EF | 0.40 | 240.00 | 96.00 |
| 04-11-2025 | Kim Steverson | Calls with W. Aly @EA re amendments to Schedule EF | 0.40 | 240.00 | 96.00 |
| 04-12-2025 | Tanya Hughes | Prepare Schedule of Assets and Liabilities | 2.70 | 165.00 | 445.50 |
| 04-12-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA data files | 2.90 | 240.00 | 696.00 |
| 04-13-2025 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 1.00 | 200.00 | 200.00 |
| 04-13-2025 | Kim Steverson | Review email received and respond to P. Topper @SE re status on bar date | 0.20 | 240.00 | 48.00 |
| 04-13-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA data files | 1.90 | 240.00 | 456.00 |
| 04-14-2025 | Luis Solorzano | Perform quality assurance on Schedules and SOFA data files | 0.20 | 240.00 | 48.00 |
| 04-14-2025 | Sejal Kelly | Email with Diamond Team re attached amended schedules for review and signoff | 0.20 | 240.00 | 48.00 |
| 04-14-2025 | Sejal Kelly | Update Schedule of Assets and Liabilities | 2.60 | 240.00 | 624.00 |
| 04-14-2025 | Kim Steverson | Email with Data Management Team re status on Scheduled E -G | 0.10 | 240.00 | 24.00 |
| 04-14-2025 | Kim Steverson | Review email received and respond to N. Smargiassi @SA re transmitting the draft amended schedules | 0.20 | 240.00 | 48.00 |
| 04-14-2025 | Javon Couch | Review and document request received from N. Smargiassi @ SE re updated schedules E and F for review | 0.20 | 165.00 | 33.00 |
| 04-14-2025 | Yelena Bederman | Prepare Schedule of Assets and Liabilities | 0.30 | 200.00 | 60.00 |
| 04-14-2025 | Kim Steverson | Coordinate with Data Management Team re processing data for Schedules E - G | 0.40 | 240.00 | 96.00 |
| 04-14-2025 | Kim Steverson | Perform quality assurance on Schedules and SOFA documents and exhibits | 2.30 | 240.00 | 552.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-15-2025 | Kim Steverson | Review email received and respond to P. Topper @SA re follow up on amended schedules | 0.20 | 240.00 | 48.00 |
| 04-15-2025 | Kim Steverson | Review email received and respond toA. Waleed @GH P. Topper @SA re any revisions or are the Amended Schedules being filed | 0.20 | 240.00 | 48.00 |
| 04-16-2025 | Kim Steverson | Review email received and respond to P. Topper @SE re amended Schedule | 0.20 | 240.00 | 48.00 |
| 04-16-2025 | Kim Steverson | Review email received and respond to P. Topper @SE re updated samples for Schedules D, E, and F | 0.20 | 240.00 | 48.00 |
| 04-16-2025 | Kim Steverson | Email with M. Ignacio @Omni re comparison of Schedule E Employees | 0.10 | 240.00 | 24.00 |
| 04-16-2025 | Sejal Kelly | Prepare drafts for Schedules & SOFAs; email to counsel for filing | 0.50 | 240.00 | 120.00 |
| 04-16-2025 | Sejal Kelly | Review email received and respond to P. Topper @SA re updated amended schedules for DCD and DST | 0.20 | 240.00 | 48.00 |
| 04-16-2025 | Sejal Kelly | Review email received and respond to P. Topper @SA re updated amended schedules as discussed | 0.20 | 240.00 | 48.00 |
| 04-16-2025 | Sejal Kelly | Review email received and respond to P. Topper @SA re schedule E | 0.20 | 240.00 | 48.00 |
| 04-16-2025 | Sejal Kelly | Review emails(2) received and respond to P. Topper @SA re updated amended schedules for review and sign off | 0.40 | 240.00 | 96.00 |
| 04-16-2025 | Javon Couch | Review and document request received from W. Aly @ GH re approval to Amended Schedules E/F and G | 0.20 | 165.00 | 33.00 |
| 04-17-2025 | Kim Steverson | Coordinate with Case Management Team re revisions to Schedules and SOFAS | 1.40 | 240.00 | 336.00 |
| 04-17-2025 | Kim Steverson | Perform quality assurance on Schedules and SOFA documents and exhibits | 1.10 | 240.00 | 264.00 |
| 04-17-2025 | Kim Steverson | Review email received and respond to P. Topper @SA re updated amended schedules any changes or approved | 0.20 | 240.00 | 48.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-17-2025 | Sejal Kelly | Review email received and respond to P. Topper @SA re Schedule E, Schedule G requested changes | 0.20 | 240.00 | 48.00 |
| 04-17-2025 | Sejal Kelly | Review email received and respond to P. Topper @SA re updated amended DST Schedules for review and signoff | 0.20 | 240.00 | 48.00 |
| 04-17-2025 | Sejal Kelly | Review email received and respond to N. Smargiassi @SA re schedule E/F | 0.20 | 240.00 | 48.00 |
| 04-17-2025 | Sejal Kelly | Review email received and respond to P. Topper, N. Smargiassi @SA re changes to DST | 0.20 | 240.00 | 48.00 |
| 04-17-2025 | Kim Steverson | Review email received and respond to P. Topper @SA re updates for Schedule # and G | 0.20 | 240.00 | 48.00 |
| 04-17-2025 | Kim Steverson | Email with M. Ignacio, M. Bishay @Omni re amended Schedules have been filed | 0.10 | 240.00 | 24.00 |
| 04-17-2025 | Kim Steverson | Email with Y. Bederman @Omni re amended Schedules have been filed | 0.10 | 240.00 | 24.00 |
| 04-17-2025 | Sejal Kelly | Update Schedule of Assets and Liabilities | 0.70 | 240.00 | 168.00 |
| 04-17-2025 | Sejal Kelly | Prepare drafts for Schedules & SOFAs; email to counsel for signoff and filing | 0.50 | 240.00 | 120.00 |
| 04-17-2025 | Sejal Kelly | Coordinate with IT re programming updates to amended schedules | 1.00 | 240.00 | 240.00 |
| 04-17-2025 | Javon Couch | Review and document request sent from S. Kelly @ Omni re Amended Schedules and Statement of Financial Affairs to counsel for review | 0.20 | 165.00 | 33.00 |
| 04-18-2025 | Javon Couch | Review and document request sent from S. Kelly @ Omni re revised Amended Schedules and Statement of Financial Affairs to counsel for review | 0.20 | 165.00 | 33.00 |
| 04-18-2025 | Javon Couch | Review and document request received from N. Smargiassi @ SE re Executory Contract Master List and amended schedules excels | 0.20 | 165.00 | 33.00 |
| 04-18-2025 | Mark Bishay | Import Schedules claim information into system | 3.50 | 155.00 | 542.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | | Total | 9,922.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Javon Couch | 1.20 | 165.00 | 198.00 |
| Kim Steverson | 12.50 | 240.00 | 3,000.00 |
| Luis Solorzano | 9.90 | 240.00 | 2,376.00 |
| Mark Bishay | 3.50 | 155.00 | 542.50 |
| Sejal Kelly | 7.50 | 240.00 | 1,800.00 |
| Tanya Hughes | 6.70 | 165.00 | 1,105.50 |
| Yelena Bederman | 4.50 | 200.00 | 900.00 |
| **Total** | | | 9,922.00 |

| | |
|---|---|
| **Subtotal for this Invoice** | 9,922.00 |
| **Discount** | (992.20) |
| **Total for this Invoice** | 8,929.80 |
| **Previous Balance** | 31,161.15 |
| **Total Amount to Pay** | 40,090.95 |