**Exhibit A**

Summary of Fees and Expenses by Activity Category

**Getzler Henrich & Associates**
**Summary of Fees and Expenses by Category**
**July 01, 2025 to July 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Activity Description | Hours | Fees |
|---|---|---|
| Accounting | 4.6 | $ 2,655.00 |
| BOD issues | 6.1 | 4,413.50 |
| Business Ops | 28.7 | 19,710.50 |
| Cash Flow | 26.9 | 18,071.50 |
| Cash Management | 57.7 | 34,864.50 |
| Contracts | 5.2 | 2,898.00 |
| Court Prep | 5.3 | 3,737.50 |
| Employment and Fee App | 8.1 | 5,224.50 |
| IT Network Hardware Software | 1.5 | 742.50 |
| Litigation Matters & Support | 46.3 | 30,664.50 |
| Meetings with Creditors | 0.8 | 516.00 |
| Reporting | 32.2 | 17,867.00 |
| Sale of Business | 400.9 | 252,149.50 |
| Supplier Issues | 32.0 | 23,995.00 |
| **Total** | **656.3** | **$ 417,509.50** |

| Expense Category | Amount |
|---|---|
| Meals | $ 89.96 |
| **Total** | **$ 89.96** |

| | |
|---|---|
| **Total Fees & Expenses** | **$ 417,599.46** |