# **Exhibit B**

Summary of Professionals and Fees

**Getzler Henrich & Associates**
**Summary of Professionals and Fees**
**July 01, 2025 to July 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Professional | Position | Functional Areas | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Henrich | Principal | Restructuring Advisor | $855 | 32.8 | 28,044.00 |
| Robert Gorin | Senior Managing Director | Restructuring Advisor | $755 | 169.4 | 127,897.00 |
| Ramy Aly | Senior Director | Business Plan Analysis | $645 | 195.5 | 126,097.50 |
| Waleed Aly | Director | Business Plan Analysis Support | $525 | 248.8 | 130,620.00 |
| Brandon Kim | Senior Associate | Business Plan Analysis Support | $495 | 7.8 | 3,861.00 |
| Carl Finkbeiner | Data Analyst | Business Plan Analysis Support | $495 | 2.0 | 990.00 |
| **Total** | | | | **656.3** | **$417,509.50** |