## **Exhibit C**

Summary of Itemized Out-of-Pocket Expenses

**Summary of Expenses**

| Expense Category | Amount |
|---|---|
| Meals | 89.96 |
| **Grand Total** | **$ 89.96** |

**Meals**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 7/7/2025 | $ 28.12 | Working lunch |
| Robert Gorin | 7/9/2025 | $ 21.47 | Working dinner |
| Robert Gorin | 7/9/2025 | $ 18.38 | Working lunch - call with counsel |
| Robert Gorin | 7/17/2025 | $ 21.99 | Working dinner |
| **Total** | | **$ 89.96** | |