**Exhibit B**

56042577.2

# Smargiassi, Nicholas

| | |
|---|---|
| **From:** | Perry, Deborah <dperry@munsch.com> |
| **Sent:** | Monday, August 11, 2025 10:17 AM |
| **To:** | Isenberg, Adam H. |
| **Cc:** | Hampton, Jeffrey C. |
| **Subject:** | Consent to Extension of Deadline to Assume or Reject |

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Adam, This confirms that AIREIT Memphis DC LLC, successor-in-interest to AIREIT Olive Branch DC LLC, consents to an extension of the deadline for Diamond Comics Distributors, Inc. to assume or reject the lease for certain premises located at 7485 Polk Lane, Olive Branch, Mississippi through and including August 31, 2025.  Deborah

**Deborah M. Perry**



**Munsch Hardt Kopf & Harr, P.C.**
500 N. Akard Street, Suite 4000 / Dallas, Texas 75201
214.855.7565 / dperry@munsch.com / munsch.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.