IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC. | ) |
| et al.[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| DIAMOND COMIC DISTRIBUTORS, INC., et al. | ) |
| | ) |
| Movant | ) |
| vs | ) |
| | ) |
| ASPEN MLT, LLC /A/KA ASPEN COMICS, | ) |
| | ) |
| BLACK MASK STUDIOS, LLC, | ) |
| | ) |
| DSTLRY MEDIA, INC., | ) |
| | ) |
| DARK HORSE COMICS, LLC, | ) |
| | ) |
| DYNAMIC FORCES, INC. A/K/A DYNAMITE ENTERTAINMENT, | ) |
| | ) |
| HEAVY METAL INTERNATIONAL, LLC, | ) |
| | ) |
| MAGNETIC PRESS, LLC, | ) |
| | ) |
| MASSIVE PUBLISHING, LLC, | ) |
| | ) |
| ONI-LION FORGE PUBLISHING GROUP, LLC F/K/A ONI PRESS, LLC, | ) |
| | ) |
| PANINI UK LTD., | ) |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| | )|
|---|---|
|PUNK BOT COMIC BOOKS, LLC | )|
|  A/K/A ALIEN BOOKS, | )|
| | )|
|THE PENN STATE UNIVERSITY A/K/A | )|
|  GRAPHIC MUNDI, | )|
| | )|
|TITAN PUBLISHING GROUP, LTD. | )|
| | )|
|AND | )|
| | )|
|VAULT STORYWORKS, LLC A/K/A VAULT | )|
|  COMICS F/K/A CREATIVE MIND ENERGY, | )|
| | )|
|    Respondents. | )|
| | )|

## CONSIGNMENT GROUP'S EXHIBIT AND WITNESS LIST

Aspen MLT, LLC /a/ka Aspen Comics, Black Mask Studios, LLC, DSTLRY Media, Inc., Dark Horse Comics, LLC, Dynamic Forces, Inc. a/k/a Dynamite Entertainment, Heavy Metal International, LLC, Magnetic Press, LLC, Massive Publishing, LLC, Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, Panini UK Ltd., Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy (collectively the "Consignment Group" or "Respondents"), by counsel, hereby submits this Exhibit and Witness List in connection with the hearing scheduled August 18, 2025 at 9:30 a.m. EDT (the "Hearing").[2]

## Exhibit List

| Exhibit No. | Exhibit Description | Admitted |
|---|---|---|
| CG1 | Diamond Comics Distributors, Inc., Bankruptcy Schedule E/F | |
| CG2 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Aspen MLT, LLC /a/ka Aspen Comics. | |
| CG3 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by Aspen | |

---

[2] Discovery is incomplete as of the date of the filing of this Exhibit and Witness List and the Consignment Group reserves the right to amend and/or supplement this Exhibit and Witness List as necessary.

2

| | | |
|---|---|---|
| | MLT, LLC /a/ka Aspen Comics. | |
| CG4 | All documents reflecting contract terms between Diamond Comic Distributors, Inc, and Black Mask Studios, LLC | |
| CG5 | Inventory reports for products shipped to Diamond Comic Distributors, Inc, by Black Mask Studios, LLC | |
| CG6 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and DSTLRY Media, Inc. | |
| CG7 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by DSTLRY Media, Inc. | |
| CG8 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Dark Horse Comics, LLC | |
| CG9 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by DSTLRY Media, Inc. | |
| CG10 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Dynamic Forces, Inc. a/k/a Dynamite Entertainment | |
| CG11 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by Dynamic Forces, Inc. a/k/a Dynamite Entertainment | |
| CG12 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Heavy Metal International, LLC | |
| CG13 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by Heavy Metal International, LLC | |
| CG14 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Heavy Metal International, LLC | |
| CG15 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by Heavy Metal International, LLC | |
| CG16 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Massive Publishing, LLC | |
| CG17 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by Massive Publishing, LLC | |
| CG18 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC | |

| | | |
|---|---|---|
| CG19 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC | |
| CG20 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Panini UK Ltd. | |
| CG21 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by Panini UK Ltd. | |
| CG22 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Punk Bot Comic Books, LLC a/k/a Alien Books | |
| CG23 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by Punk Bot Comic Books, LLC a/k/a Alien Books. | |
| CG24 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and The Penn State University a/k/a Graphic Mundi | |
| CG25 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by The Penn State University a/k/a Graphic Mundi | |
| CG26 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Titan Publishing Group, Ltd. | |
| CG27 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by Titan Publishing Group, Ltd. | |
| CG28 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy | |
| CG29 | Inventory and sales reports for products shipped to Diamond Comic Distributors, Inc., by Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy | |
| CG30 | Any documents produced by Debtors in response to pending discovery requests | |
| CG31 | Any documents produced by JP Morgan Chase Bank in response to pending discovery requests | |
| CG32 | Any document identified in the exhibit lists of any other party to these proceedings not otherwise objectionable. | |

**Witness List**

The Consignment Group may call the following witnesses at the Hearing:

| Witness | Title/Role |
|---|---|
| A corporate designee of each of the 14 members of the Consignment Group | Custodian of Records |
| A corporate designee of the Debtor | TBD |
| A corporate designee of JPMorgan Chase Bank, N.A. | TBD |
| Any witness identified in the witness lists of any party to these proceedings not otherwise objectionable. | TBD |

Dated: August 13, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　McNamee, Hosea, P.A.

　　　　　　　　　　　　　　　　　　/s/ Craig M. Palik
　　　　　　　　　　　　　　　　　　Craig M. Palik, Esq. (Fed. Bar. No. 15254)
　　　　　　　　　　　　　　　　　　6404 Ivy Lane, Suite 820
　　　　　　　　　　　　　　　　　　Greenbelt, Maryland 20770
　　　　　　　　　　　　　　　　　　(301) 441-2420
　　　　　　　　　　　　　　　　　　cpalik@mhlawyers.com

　　　　　　　　　　　　　　　　　　*Counsel to the Consignment Group*

**CERTIFICATE OF SERVICE**

　　　I HEREBY CERTIFY that on the 13th day of August 2025, the foregoing Exhibit and Witness List was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices.

　　　　　　　　　　　　　　　　　　/s/ Craig M. Palik
　　　　　　　　　　　　　　　　　　Craig M. Palik, Esq.