IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

### THE GAME MANUFACTURER ASSOCIATION'S
### WITNESS AND EXHIBIT LIST FOR AUGUST 18, 2025 HEARING

The Game Manufacturers Association, in conjunction with certain of its members including Skyscraper Studios, Inc. d/b/a Roll for Combat, Liminal Esports LLC d/b/a Snowbright Studio, and Enginuity Games (collectively, "GAMA"), submits this witness and exhibit list for use at the hearing scheduled for August 18, 2025 (the "Hearing"). Gama notes that the written discovery it has propounded on the Debtors [Docket No. 700] is not due until August 15, 2025, and therefore GAMA explicitly reserves the right to identify additional documents and exhibits in advance of the Hearing.

**WITNESS LIST**

| NAME OF WITNESS | TITLE/ROLE |
|---|---|
| Debtor Representative (Designated Agent to be Deposed on August 15, 2025) | TBD |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

25016824.v1

GAMA explicitly reserves the right to cross-examine all other witnesses called at the Hearing.

## EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| GAMA01 | Distribution Agreement - Skyscraper Studios, Inc. d/b/a Roll for Combat | | | |
| GAMA02 | Distribution Agreement - Liminal Esports LLC d/b/a Snowbright Studio | | | |
| GAMA03 | Distribution Agreement - Enginuity Games | | | |

Dated: August 13, 2025  Respectfully submitted,

/s/ James R. Irving_____
James R. Irving (Admitted *Pro Hac Vice*)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky 40202
Telephone:    (502) 587-3606
Email:    james.irving@dentons.com

-and-

Sam J. Alberts, Esq. (MD Fed Bar No. 22745)
DENTONS US LLP
1900 K. Street, NW
Washington, DC 20006-1102
Telephone:    (202) 408-7004
Email:    sam.alberts@dentons.com

*Counsel for the Game Manufacturers Association and certain of its members*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, a true and correct copy of the foregoing was sent via the Court's ECF noticing system to all parties receiving ECF notices in this case, which parties are identified on the attached service list.

> */s/ James R. Irving*_____
> James R. Irving

**The following parties received CM/ECF notice of the filing**:

Sam Alberts     sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
Peter J Artese     peter.artese@us.dlapiper.com
Jan Berlage     JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Laura Skowronski Bouyea     lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown     abrown@klestadt.com
Darek Bushnaq     dsbushnaq@venable.com
Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com;zjones@tydings.com;swilliams@tydings.com
David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
G. David Dean     ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers     desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan     edevan@milesstockbridge.com
Ellen E. Dew     ellen.dew@us.dlapiper.com
Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio     gfinizio@lowenstein.com
Adam Fletcher     afletcher@bakerlaw.com
Chelsea R Frankel     cfrankel@lowenstein.com
Stephen B. Gerald     sgerald@tydings.com

25016824.v1

Christopher J. Giaimo     christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
Joshua Glikin     jglikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com
Jonathan A. Grasso     jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
Zvi Guttman     zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Jeffrey C. Hampton     jeffrey.hampton@saul.com
Jason F Hoffman     jhoffman@bakerlaw.com
Catherine Keller Hopkin     chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
Adam H Isenberg     adam.isenberg@saul.com
Harry Conrad Jones     HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
Toyja E. Kelley     toyja.kelley@lockelord.com
C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage     korphagee@whiteandwilliams.com
Jung Yong Lee     jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan     rmoonan@sillscummis.com
Bruce S. Nathan     bnathan@lowenstein.com
Craig Palik     cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
Michael Papandrea     mpapandrea@lowenstein.com
Steven Gregory Polard     steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
Scott Prince     sprince@bakerlaw.com
Jonathan Gary Rose     jonathan.rose@us.dlapiper.com
Jordan Rosenfeld     jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Elizabeth Anne Scully     escully@bakerlaw.com
Dennis J. Shaffer     dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi     nicholas.smargiassi@saul.com
Brent C. Strickland     bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com

4

Matthew G. Summers     summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com
S. Jason Teele     steele@sillscummis.com
Paige Noelle Topper     paige.topper@saul.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV