**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)**

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., *et al.*[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered) |

**JPMORGAN CHASE BANK, N.A.'S WITNESS AND EXHIBIT LIST FOR THE
HEARING SCHEDULED TO BEGIN ON AUGUST 18, 2025 AT 9:30 AM**

JPMorgan Chase Bank, N.A., as Prepetition Lender and DIP Lender (collectively, the "**DIP Lender**"), hereby submits this Witness and Exhibit List for the matters noticed for hearing scheduled for the hearing scheduled for **August 18, 2025, at 9:30 a.m**. (prevailing Eastern Time) before the Honorable Chief Judge David E. Rice in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201 (the "**Hearing**"). The Hearing includes (a) *Debtors' Motion for Entry of an Order (I) Approving Procedures for Sales or Other Disposition of Consigned Inventory, (II) Approving the Sales or Other Disposition of Consigned Inventory, and (III) Granting Related Relief* [D.I. 531] (the "**Consignment Sale Motion**"); (b) *Debtors' Motion for Entry of an Order (I) Approving the Sale and Purchase Agreement Among Debtor Comic Exporters, Inc. and Comic Holdings, Inc. and Diamond Distributors UK, Ltd.; (II) Approving Sale of Shares Free and Clear of All Liens, Claims, Encumbrances and Other Interests; and (III) Granting Related Relief* [D.I. 638] (the "**Diamond**

---

[1] The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Diamond Comic Distributors, Inc. (3450), Comic Exporters, Inc (7457), Comic Holdings, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

*UK Sale Motion*"); (c) *Ad Hoc Committee of Consignors' Motion to Stay Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for Sale or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief* [D.I. 649] (the "**Stay Motion**"); and (d) the *Motion Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts with Members of Ad Hoc Committee of Consignors; and For Related Relief* [D. I. 679] (the "**Motion to Compel**").

### Witness List for Consignment Sale Motion [D.I. 531], Stay Motion [D.I. 649]; and Motion to Compel [D.I. 679]

The Lender will not be introducing its own witness in connection with the Consignment Sale Motion. The Lender reserves the right to call: (i) any person listed or called as a witness by any other party; (ii) any person necessary to establish the authenticity or admissibility of exhibits; (iii) any person for purposes of impeachment; and (iv) any person for purposes of rebuttal. The Lender reserve the right to supplement or amend this witness list and to identify additional

### Exhibit List for Consignment Goods Sale Motion [D.I. 531], Stay Motion [D.I. 649]; And Motion to Compel [D.I. 679]

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| JPM01 | Final Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [D.I. 163] | | | |

### RESERVATION OF RIGHTS

The Lender reserve all rights to modify, supplement, or amend their Witness and Exhibit Lists at any time prior to the conclusion of the Hearing and further reserve the right to use additional exhibits for any purpose, including but not limited to rebuttal or impeachment. The Lender also reserve the right to rely upon and use as evidence (i) documents produced by any party in interest, (ii) exhibits included on the exhibit lists of any parties in interest, and (iii) any pleading, transcript, or other document filed with the Court in the above-captioned cases.

                                                   Respectfully submitted,

DATED: August 13, 2025              */s/ Toyja E. Kelly*
                                                Jonathan W. Young (admitted *pro hac vice*)
                                                Toyja E. Kelley (Bar No. 26949)
                                                Indira K. Sharma (Bar No. 28269)
                                                Katherine E. Culbertson (admitted *pro hac vice*)
                                                **TROUTMAN PEPPER LOCKE LLP**
                                                701 8th Street, N.W., Suite 500
                                                Washington, D.C. 20001
                                                Toyja.Kelley@troutman.com
                                                Indira.Sharma@troutman.com
                                                Jonathan.Young@troutman.com
                                                Katherine.culbertson@troutman.com

**CERTIFICATE OF SERVICE**

    I, Toyja E. Kelley, hereby certify that, on the 13th day of August 2025, I caused a true and correct copy of the foregoing *Reservation of Rights* to be filed and served via CM/ECF on all parties who have registered for electronic service in these cases.

                                                                */s/ Toyja E. Kelley*