IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on August 5, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice [Docket No. 685]**

Dated: August 6, 2025

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 6th day of August, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Action Figure Authority Inc | Adams and Reese LLP | Attn: Nikolaus F Schandlbauer, Esq / Lauren A Baio, Esq<br>20 F St, Ste 500<br>Washington, DC 20001 | nick.schandlbauer@arlaw.com;<br>lianna.sarasola@arlaw.com | Email |
| *NOA - Counsel for Image Comics, Inc | BakerHostetler LLP | Attn: Adam L Fletcher, Esq/Scott E Prince, Esq<br>Key Twr<br>127 Public Sq, Ste 2000<br>Cleveland, OH 44114 | afletcher@bakerlaw.com;<br>sprince@bakerlaw.com | Email |
| *NOA - Counsel for Image Comics, Inc | BakerHostetler LLP | Attn: Jason F Hoffman<br>Washington Sqe, Ste 1100<br>1050 Connecticut Ave, NW<br>Washington, D.C. 20036-5304 | jhoffman@bakerlaw.com | Email |
| *NOA - Counsel to Raymond James & Associates, Inc. | Ballard Spahr LLP | Attn: Matthew G Summers<br>111 S Calvert St, 27th Fl<br>Baltimore, MD 21202-6174 | summersm@ballardspahr.com | Email |
| *NOA - Counsel to Raymond James & Associates, Inc. | Ballard Spahr LLP | Attn: Nicholas J Brannick<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | brannickn@ballardspahr.com | Email |
| *NOA - Counsel to Integrated Connection, LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M Capuzzi/Jared C Hoffman<br>1313 N Market St, Ste 1201<br>Wilmington, DE 19801 | kcapuzzi@beneschlaw.com;<br>jhoffman@beneschlaw.com | Email |
| *NOA - Counsel for Getzler Henrich & Associates, LLC, & Robert Gorin | Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers/Robert A Weber<br>1313 N Market St, Ste 5400<br>Hercules Plz<br>Wilmington, DE 19801 | desgross@chipmanbrown.com;<br>weber@chipmanbrown.com | Email |
| *NOA - Counsel for Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co, Ltd and Defendants Charlie Tyson and Dan Hirsch | Cole Schotz PC | Attn: H C Jones, III, Esq<br>1201 Wills St, Ste 320<br>Baltimore, MD 21231 | hjones@coleschotz.com | Email |
| *NOA - Counsel for Defendants Charlie Tyson and Dan Hirsch | Cole Schotz PC | G David Dean, Esq<br>500 Delaware Ave<br>Wilmington, DE 19801 | ddean@coleschotz.com | Email |
| *NOA - Counsel for Defendants Charlie Tyson and Dan Hirsch | Cole Schotz PC | Kori L Pruett, Esq<br>Court Plaza N<br>25 Main St<br>Hackensack, NJ 07601 | kpruett@coleschotz.com | Email |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | Attn: C Kevin Kobbe<br>650 S Exeter St, Ste 1100<br>Baltimore, MD 21202 | kevin.kobbe@us.dlapiper.com | Email |
| *NOA - Counsel for Sparkle Pop, LLC | DLA Piper LLP (US) | Attn: Peter John Artese/Ellen E Dew<br>650 S Exeter St, Ste 1100<br>Baltimore, Maryland 21202 | peter.artese@us.dlapiper.com;<br>ellen.dew@us.dlapiper.com | Email |
| *NOA - Counsel for Kathy Govier | Gohn Hankey & Berlage LLP | Attn: Jan I Berlage<br>201 N Charles St, Ste 2101<br>Baltimore, MD 21201 | jberlage@ghsllp.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |  | First Class Mail |
| *NOA - Counsel to NECA LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R Winters/Stephanie R Sweeney<br>Attn: Andrew C Brown<br>200 W 41st St, 17th Fl<br>New York, NY 10036-7023 | abrown@klestadt.com;<br>iwinters@klestadt.com;<br>ssweeney@klestadt.com | Email |
| Official Committee of Unsecured Creditors | Little Buddy Toys, LLC | 270 E Palais Rd<br>Anaheim, CA 92805 |  | First Class Mail |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Bruce S Nathan/Gianfranco Finizio<br>Attn: Chelsea R Frankel<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | bnathan@lowenstein.com;<br>gfinizio@lowenstein.com;<br>cfrankel@lowenstein.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Attn: Michael Papandrea<br>1 Lowenstein Dr<br>Roseland, NJ 07068 | mpapandrea@lowenstein.com | Email |
| *NOA - Counsel for Dynamic Forces, Inc | Mcnamee Hosea, P.A. | Attn: Justin P Fasano<br>6404 Ivy Ln, Ste 820<br>Greenbelt, MD 20770 | jfasano@mhlawyers.com | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Brenna Bird Hoover<br>State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Dana Nessel<br>P.o. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office Of The Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office Of The Attorney General | 441 4th St Nw, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office Of The Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office Of The Attorney General | Attn: Bob Ferguson<br>1125 Washington St Se<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office Of The Attorney General | 1745 Innovation Drive, Suites C & D<br>Carbondale, IL 62903 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office Of The Attorney General | 800 5th Ave, Ste 2000<br>Seattle, Wa 98104 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ashley Moody<br>The Capital, Pl 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Daniel Cameron<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office Of The Attorney General | Attn: Herbert H Slattery, Iii<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Kaul<br>Wisconsin Dept Of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Josh Stein<br>Dept Of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Lynn Fitch<br>Dept Of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office Of The Attorney General | AZ Ag Office – Css<br>P.O. Box 6123, MD  7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| Attorney General | Office Of The Attorney General | California Dept Of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office Of The Attorney General | State Of Alabama<br>Attn: Attorney General Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office Of The Attorney General | Walter Sillers<br>Bldg 550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| *NOA - Counsel for New York State Department of Taxation and Finance (NYSTAX) | Office of the New York State Attorney General | Attn: Robert J Rock<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341 | robert.rock@ag.ny.gov | Email |
| US Attorney's Office | Office Of The Us Attorney | For The Dist Of Maryland<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201 | | First Class Mail |
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: David WT Daniels<br>700 13th St, NW, Ste 600<br>Washington, DC 20005 | DDaniels@perknscoie.com | Email |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel to The Pokémon Company International, Inc | Perkins Coie LLP | Attn: Sara L Chenetz<br>1888 Century Park E, Ste 1700<br>Los Angeles, CA 90067-1721 | SChenetz@perkinscoie.com | Email |
| *NOA - Counsel for Basic Fun, Inc. | Polsinelli PC | Attn: D Jack Blum/Mark B Joachim<br>1401 Eye St, NW, Ste 800<br>Washington, DC 20005 | jack.blum@polsinelli.com;<br>mjoachim@polsinelli.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Ropers Majeski | Attn: Steven G Polard<br>801 S Figueroa St, Ste 2100<br>Los Angeles, CA 90017 | steven.polard@ropers.com | Email |
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | Attn: Ashley N Fellona<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | ashley.fellona@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Jeffrey C Hampton/Adam H Isenberg<br>Attn: Turner N Falk<br>Centre Square West<br>1500 Market St, 38th Fl<br>Philadelphia, PA 19102 | jeffrey.hampton@saul.com;<br>adam.isenberg@saul.com;<br>turner.falk@saul.com | Email |
| *NOA - Debtors Counsel | Saul Ewing LLP | Attn: Mark Minuti/Paige Topper<br>Attn: Nicholas Smargiassi<br>1201 N Market St, Ste 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | mark.minuti@saul.com;<br>paige.topper@saul.com;<br>nicholas.smargiassi@saul.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| *NOA - Counsel for Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC | Sills Cummis & Gross PC | Attn: Randy Moonan<br>101 Park Ave, 28th Fl<br>New York, NY 10178 | rmoonan@sillscummis.com | Email |
| *NOA - Counsel for Alliance Entertainment, LLC and Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC | Sills Cummis & Gross PC | Attn: S Jason Teele<br>1 Riverfront Pl<br>Newark, NJ 07102 | steele@sillscummis.com | Email |
| Official Committee of Unsecured Creditors | Simon & Schuster, LLC | 100 Front St<br>Riverside, NJ 08075 | | First Class Mail |
| *NOA - Counsel for Blue Yonder, Inc | Squire Patton Boggs (US) LLP | Attn: Christopher J Giaimo / Mark A Salzberg<br>2550 M St. NW<br>Washington, DC 20037 | christopher.giaimo@squirepb.com;<br>mark.salzberg@squirepb.com | Email |
| *NOA - Counsel for the Debtor Defendants | Sua Ewing LLP | Attn: Jordan D Rosenfeld<br>1001 Fleet St, 9th Fl<br>Baltimore, MD 21202 | jordan.rosenfeld@saul.com | Email |
| *NOA - Counsel to NECA LLC | The Law Offices of Zvi Guttman, P.A. | Attn: Zvi Guttman<br>P.O. Box 32308<br>Baltimore, MD 21282 | zvi@zviguttman.com | Email |
| Official Committee of Unsecured Creditors | Titan Publishing Group Limited/Titan Comics | 144 Southwark St<br>London, SE1 0UP<br>United Kingdom | | First Class Mail |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma<br>Attn: Jonathan W Young<br>701 8th St, NW, Ste 500<br>Washington, DC 20001 | Toyja.Kelley@troutman.com;<br>Indira.Sharma@troutman.com;<br>Jonathan.Young@troutman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | Attn: David L Ruediger/Katherine E Culbertson<br>111 Huntington Ave<br>Boston, MA 02199 | David.Ruediger@troutman.com;<br>Katherine.Culbertson@troutman.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Dennis J Shaffer/Yung Yong Lee<br>Attn: Stephen B Gerald<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | dshaffer@tydings.com;<br>jlee@tydings.com;<br>sgerald@tydings.com | Email |
| *NOA - Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | Attn: Richard L Costella Esquire<br>1 E Pratt St, Ste 901<br>Baltimore, MD 21202 | rcostella@tydings.com | Email |
| United States Attorney for the District of Maryland | United States Attorney for The District of Maryland | Attn: Civil Process Clerk<br>36 S Charles St, 4th Fl<br>Baltimore, MD 21201 | | First Class Mail |
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | Attn: Hugh M Bernstein<br>101 W Lombard St, Ste 2625<br>Baltimore, MD 21201 | hugh.m.bernstein@usdoj.gov | Email |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | Attn: Brent C Strickland<br>8830 Stanford Blvd, Ste 400<br>Columbia, MD 21045 | bstrickland@whitefordlaw.com | Email |
| *NOA - Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Andrew N Goldman<br>Attn: Benjamin W Loveland<br>7 World Trade Ctr<br>250 Greenwich St<br>New York, NY 10007 | andrew.goldman@wilmerhale.com;<br>benjamin.loveland@wilmerhale.com | Email |
| *NOA - Counsel for Alliance Entertainment, LLC | YVS Law, LLC | Attn: Jonathan A Grasso, Esquire<br>Attn: Catherine Keller Hopkin<br>185 Admiral Cochrane Dr, Ste 130<br>Annapolis, MD 21401 | jgrasso@yvslaw.com;<br>chopkin@yvslaw.com | Email |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)

# **EXHIBIT B**

**Exhibit B**
Service List

| Name | | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Alabama Dept of Revenue | Pass Through Entity | P.O. Box 327444 | Montgomery, AL 36132-7444 | | | | First Class Mail |
| Alabama Dept of Revenue | Income Tax Administration Division | Corporate Tax Section | P.O. Box 327435 | Montgomery, AL 36132-7435 | | | First Class Mail |
| Alabama Dept of Revenue | Income Tax Administration Division | Business Privilege Tax Section | Gordon Persons Bldg | Montgomery, AL 36104 | | | First Class Mail |
| Alabama Dept of Revenue | Bankruptcy Section | Legal Division | P.O. Box 320001 | Montgomery, AL 36132-001 | | | First Class Mail |
| Alabama Dept of Revenue | 50 N Ripley St, Ste 4112 | Montgomery, AL 36130 | | | | | First Class Mail |
| Allen County Treasurer | 1 E Main St, Ste 104 | Fort Wayne, IN 46802 | | | | Treasurer.Legal@co.allen.in.us | Email |
| Allen County Treasurer | P.O. Box 2540 | Ft Wayne, IN 46801-2540 | | | | | First Class Mail |
| Arizona Dept Of Revenue | P.O. Box 29082 | Phoenix, AZ 85038 | | | | | First Class Mail |
| Arizona Dept Of Revenue | 3191 N Washington St | Chandler, AZ 85225 | | | | | First Class Mail |
| Arizona Dept Of Revenue | 1600 W Monroe St | Phoenix, AZ 85007 | | | | | First Class Mail |
| Arkansas Dept of Finance and Admin | P.O. Box 919 | Little Rock, AR 72203 | | | | corporation.income@dfa.arkansas.gov | Email |
| Arkansas Dept of Finance and Admin | Attn: Bryan West | State Revenue Admin | Ragland Bldg | 1900 W 7th St, Rm 2062 | Little Rock, AR 72201 | bryan.west@dfa.arkansas.gov | Email |
| Arkansas Dept of Finance and Admin | State Revenue Admin | P.O. Box 1272 | Little Rock, AR 72203 | | | | First Class Mail |
| Attn: Michael Whittaker | | | | | | mwhittaker@potteranderson.com | Email |
| Attn: Stephen McNeill | | | | | | rmcneill@potteranderson.com | Email |
| Baltimore County | c/o Fire Recovery Usa, Llc | P.O. Box 935667 | Atlanta, GA 31193-5667 | | | | First Class Mail |
| Baltimore County | P.O. Box 69506 | M 152 | Baltimore, MD 21264-9506 | | | | First Class Mail |
| Baltimore County, Maryland | P.O. Box 64076 | Baltimore, MD 21264-4076 | | | | | First Class Mail |
| Baltimore County, Maryland | Office of Budget & Finance | 400 Washington Ave, Rm 152 | Towson, MD 21204-4665 | | | | First Class Mail |
| Berks Eit Bureau | Tax Administrator/Collector | 1125 Berkshire Blvd, Ste 115 | Wyomissing, PA 19610 | | | | First Class Mail |
| CA State Board of Equilization | P.O. Box 942879 | Sacremento, CA 94279 | | | | | First Class Mail |
| California Department of Tax and Fee Administra | c/o Collections Support, MIC 29 | P.O. Box 942879 | Sacramento, CA 94279-0029 | | | CDTFA-Bankruptcy@cdtfa.ca.gov | Email |
| California Dept of Tax and Fee Admin | P.O. Box 942879 | Sacramento, CA 94279-7072 | | | | | First Class Mail |
| California Franchise Tax Board | P.O. Box 942867 | Sacramento, CA 94267-0011 | | | | | First Class Mail |
| California Franchise Tax Board | P.O. Box 942857 | Sacramento, CA 94257-0501 | | | | | First Class Mail |
| CDTFA | 505 N Brand Blvd, Ste 700 | Glendale, CA 91203-3307 | | | | | First Class Mail |
| City of Olive Branch | 9200 Pigeon Roost Rd | Olive Branch, MS 38654 | | | | | First Class Mail |
| City of Seattle | License & Tax Administration | P.O. Box 34907 | Seattle, WA 98124 | | | | First Class Mail |
| City of Visalia | Business Tax Division | P.O. Box 4002 | Visalia, CA 93278-4002 | | | | First Class Mail |
| Colorado Department of Revenue | c/o Bankruptcy Unit, Rm 104 | 1881 Pierce St | Lakewood, CO 80214 | | | dor_tac_bankruptcy@state.co.us | Email |
| Colorado Dept of Revenue | Denver, CO 80261-0006 | | | | | | First Class Mail |
| Colorado Dept Of Revenue | Taxation Division | Lakewood, CO 80214 | | | | | First Class Mail |
| Colorado Dept Of Revenue | State Tax Office Denver | 1375 S Sherman St | Denver, CO 80261 | | | | First Class Mail |
| Colorado Dept Of Revenue | P.O. Box 17087 | Denver, CO 80217-0087 | | | | | First Class Mail |
| Commonwealth Of Pennsylvania | Dept of Revenue | Dept 280905 | Harrisburg, PA 17128 | | | | First Class Mail |
| Commonwealth Of Pennsylvania | Dept of Revenue | Dept 280901 | Harrisburg, PA 17128 | | | | First Class Mail |
| Comptroller of Colorado | Colorado Dept of Revenue | Denver, CO 80261-0013 | | | | | First Class Mail |
| Comptroller Of Colorado | 1525 Sherman St | Denver, CO 80203 | | | | | First Class Mail |
| Comptroller of Maryland | c/o Bankruptcy Unit | 7 St Paul St, Ste 230 | Baltimore, MD 21202 | | | Twhite2@marylandtaxes.gov | Email |
| Comptroller of Maryland | Revenue Administration Division | 110 Carroll St | Annapolis, MD 21411-0001 | | | | First Class Mail |
| Comptroller of Maryland | Revenue Admin Division | P.O. Box 17405 | Baltimore, MD 21297-1405 | | | | First Class Mail |
| Comptroller of Maryland | P.O. Box 17405 | Baltimore, MD 21297-1405 | | | | | First Class Mail |
| Comptroller of Maryland | Attn: Tria White | 301 W Preston St, Rm 409 | Baltimore, MD 21202 | | | | First Class Mail |
| Comptroller of Massachusetts | Trustee Tax Bureau | 200 Arlington St, 4th Fl | Chelsea, MA 02150 | | | | First Class Mail |
| Comptroller of Nevada | Nevada Departtment of Taxation | 3850 Arrowhead Dr | Carson City, NV 89706-2016 | | | | First Class Mail |
| Comptroller Of The Treasury | 110 Carroll St, Ste 1 | Annapolis, MD 21411 | | | | | First Class Mail |
| Comptroller of West Virginia | P.O. Box 1826 | Charleston, WV 25327-1826 | | | | | First Class Mail |
| Connecticut Dept of Revenue Services | P.O. Box 2977 | Hartford, CT 06104-2977 | | | | | First Class Mail |
| County of Fairfax | Dept of Tax Administration | P.O. Box 10202 | Fairfax, VA 22035-0202 | | | | First Class Mail |
| Delaware Division of Revenue | Attn: Kathy L Revel,Director of Revenue | Coporate Returns | P.O. Box 2044 | Wilmington, DE 19899-2044 | | kathy.revel@delaware.gov | Email |
| Delaware Division of Revenue | 820 N French St | Wilmington, DE 19801 | | | | | First Class Mail |
| Departamento de Hacienda | P.O. Box 9024140 | San Juan, PR 00902-4140 | | | | | First Class Mail |
| Department of Treasury - Internal Revenue Service | 31 Hopkins Plz, Rm 1150 | Baltimore, MD 21201 | | | | colleen.seed@irs.gov | Email |
| Department of Treasury - Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | | First Class Mail |
| Dept of Assessment & Tax | Personal Property Division | 301 W Preston St, Rm 801 | Baltimore, MD 21201-2395 | | | | First Class Mail |
| Dept of Assessments & Taxation | Personal Property Division | P.O. Box 17052 | Baltimore, MD 21297-1052 | | | | First Class Mail |
| Dept of Revenue | Jackson, MS 39225-3191 | | | | | | First Class Mail |
| Dept of Revenue - Tax Div | Attn: Joann M Everson | P.O. Box 110420 | Juneau, AK 99811-0420 | | | dor.tax.corporations@alaska.gov; joann.everson@alaska.gov | Email |
| Dept of Revenue - Treasury Division | P.O. Box 110405 | Juneau, AK 99812 | | | | ucproperty@alaska.gov | Email |
| Dept of Revenue Services | 450 Columbus Blvd, Ste 1 | Hartford, CT 06103 | | | | drs@ct.gov | Email |
| Dept of Revenue Tax Div | Attn: Jamie K Taylor | 550 W 7th Ave, Ste 500 | Anchorage, AK 99501 | | | tax.revenue-online@alaska.gov | Email |
| Dept of The Treasury | Ogden, UT 84201-0013 | | | | | | First Class Mail |
| Desoto County Tax Collector | Attn: Joey Treadway | 365 Losher St, Unit 110 | Hernando, MS 38632 | | | | First Class Mail |
| DSHS Hazardous Prod Reg Prgrm | Texas Dept of State Health Svc | 1100 W 49th St | Austin, TX 78756 | | | | First Class Mail |
| Finance & Administration Dept | 501 N W St, Ste 1201A | Jackson, MS 39201 | | | | | First Class Mail |
| Florida Department of Revenue | Attn: Frederick F Rudzik, Esq | P.O. Box 6668 | Tallahassee, FL 32314-6668 | | | Fred.Rudzik@floridarevenue.com | Email |
| Florida Department of Revenue | Attn: Sophie Jackson | P.O. Box 8045 | Tallahassee, FL 32314-8045 | | | FDOR_Bankruptcy@floridarevenue.com | Email |
| Florida Dept of Revenue | 5050 W Tennessee St | Tallahassee, FL 32399-0120 | | | | | First Class Mail |
| Florida Dept of Revenue | Tallahassee, FL 32399-0135 | | | | | | First Class Mail |
| Florida Dept Of Revenue | Taxpayer Services | Mail Stop 3-200 | 5050 W Tennessee St | Tallahassee, FL 32399-0112 | | | First Class Mail |
| Florida Dept Of Revenue | General Counsel | P.O. Box 6668 | Tallahassee, FL 32314-6668 | | | | First Class Mail |
| Franchise Tax Board | c/o Bankruptcy Section, MS A340 | P.O. Box 2952 | Sacramento, CA 95812-2952 | | | | First Class Mail |
| Franchise Tax Board | P.O. Box 942857 | Sacramento, CA 84257-0631 | | | | | First Class Mail |
| Franchise Tax Board | Sacramento, CA 94257-0501 | | | | | | First Class Mail |
| Franchise Tax Board | P.O. Box 942857 | Sacramento, CA 94257-0531 | | | | | First Class Mail |
| Game Consolidators, LLC | c/o DLA Piper | Attn: C Kevin Kobbe | 650 S Exeter St, Ste 100 | Baltimore, MD 21202-4576 | | | First Class Mail |
| Georgia Dept of Revenue | P.O. Box 740399 | Atlanta, GA 30374-0399 | | | | | First Class Mail |
| Georgia Dept of Revenue | P.O. Box 105408 | Atlanta, GA 30348-5408 | | | | | First Class Mail |
| Georgia Dept of Revenue | Processing Center | P.O. Box 740391 | Atlanta, GA 30374-0391 | | | | First Class Mail |
| Georgia Dept of Revenue | Compliance Division-Central Collection Section | 1800 Century Blvd NE, Ste 9100 | Atlanta, GA 30345-3202 | | | | First Class Mail |
| Georgia Dept of Revenue | 1800 Century Blvd NE, Ste 12000 | Atlanta, GA 30345 | | | | | First Class Mail |
| GST Interim Processing Centre | P.O. Box 20000 | Station A | Sudbury, ON P3A 6B4 | Canada | | | First Class Mail |
| Guam Dept of Revenue & Taxation | Taxpayer Services Division | P.O. Box 23607 | Barrigada, Guam 96921 | | | | First Class Mail |
| Gwinnett County Tax Commission | P.O. Box 372 | Lawrenceville, GA 30046 | | | | | First Class Mail |
| Gwinnett County Tax Commissioner | Gwinnett County Tax Commissioner | Department of Property Tax | Lawrenceville, GA 30046 | | | | First Class Mail |
| HAB-DLT | P.O. Box 20061 | Lehigh Valley, PA 18002-0061 | | | | | First Class Mail |
| Hawaii Dept Of Taxation | Franchise and Public Service Company Tax | P.O. Box 259 | Honolulu, HI 96809-0259 | | | tax.oahu.collection@hawaii.gov | Email |
| Hawaii Dept Of Taxation | Director of Taxation, Civil Legal Complaints/Legal | 830 Punchbowl St, Rm 221 | Honolulu, HI 96813-5094 | | | | First Class Mail |
| Idaho State Tax Commission | P.O. Box 36 | Boise, ID 83722 | | | | | First Class Mail |
| Illinois Dept of Revenue | P.O. Box 19027 | Springfield, IL 62794-9027 | | | | | First Class Mail |
| Illinois Dept of Revenue | P.O. Box 19053 | Springfield, IL 62794-9053 | | | | | First Class Mail |
| Illinois Dept of Revenue | Springfield, IL 62794-9053 | | | | | | First Class Mail |
| Illinois Dept of Revenue | P.O. Box 19013 | Springfield, IL 62794 | | | | | First Class Mail |
| Illinois Dept of Revenue | Corporation Income - Without Payment | P.O. Box 19048 | Springfield, IL 62794-9048 | | | | First Class Mail |
| Illinois Dept of Revenue | Bankruptcy Unit | P.O. Box 19035 | Springfield, IL 62794-9035 | | | | First Class Mail |
| Illinois Dept of Revenue | 101 W Jefferson St | Springfield, IL 62702 | | | | | First Class Mail |
| Illinois Dept of Taxation | P.O. Box 19045 | Springfield, IL 62794-9045 | | | | | First Class Mail |
| Illinois Secretary of State | Dept of Business Services | 501 S 2nd St, Rm 350 | Springfield, IL 62756 | | | | First Class Mail |
| Indiana Department of Revenue | 100 N Senate Ave, N-240 MS 108 | Indianapolis, IN 46204 | | | | swilliams1@dor.IN.gov | Email |
| Indiana Department of Revenue | Attn: Charlotte Allen, Supervisor | Bankruptcy Section | 100 N Senate Ave, MS 108 | Indianapolis, IN 46204 | | callen@dor.in.gov | Email |
| Indiana Department of Revenue | Corporate Income Tax, Tax Administration | P.O. Box 7206 | Indianapolis, IN 46207-7206 | | | | First Class Mail |
| Indiana Department of Revenue | 100 N Senate Ave, Ste N248 | Indianapolis, IN 46204 | | | | | First Class Mail |
| Indiana Department of Revenue | 100 N Senate Ave, Rm N105 | Indianapolis, IN 46204 | | | | | First Class Mail |
| Indiana Dept of Revenue | P.O. Box 7221 | Indianapolis, IN 46207-7221 | | | | | First Class Mail |
| Indiana Dept of Revenue | P.O. Box 7205 | Indianapolis, IN 46207 | | | | | First Class Mail |
| Indiana Dept of Revenue | Indianapolis, IN 46207-7205 | | | | | | First Class Mail |
| Inscuu-Asfe | P.O. Box 6271 | Indianapolis, IN 46206-6271 | | | | | First Class Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St | Mail Stop 5-Q30.133 | Philadelphia, PA 19104-5016 | | | First Class Mail |
| Iowa Dept of Revenue | Iowa Corporation Income Tax | P.O. Box 10466 | Des Moines, IA 50306-0466 | | | | First Class Mail |
| Iowa Dept of Revenue | Bankruptcy | P.O. Box 10330 | Des Moines, IA 50306-0330 | | | | First Class Mail |
| Jpmorgan Chase Bank, NA | c/o Troutman Pepper Locke LLP | Attn: Jonathan W Young | 401 9th St NW, Ste 1000 | Washington, DC 20004 | | jonathan.young@troutman.com | Email |
| Jpmorgan Chase Bank, NA | c/o Troutman Pepper Locke LLP | Attn: David Ruediger | 401 9th St NW, Ste 1000 | Washington, DC 20004 | | david.ruediger@troutman.com | Email |
| JPMorgan Chase Bank, NA | P.O. Box 69165 | Baltimore, MD 21264-9165 | | | | | First Class Mail |
| Jpmorgan Retirement | C/o Jp Morgan Funds | P.o. Box 219143 | Kansas City, Mo 64121-9143 | | | | First Class Mail |
| Kansas Dept of Revenue | Legal Administration | P.O. Box 12005 | Topeka, KS 66601-2005 | | | kdor_tac@ks.gov | Email |
| Kansas Dept of Revenue | P.O. Box 3506 | Topeka, KS 66625 | | | | | First Class Mail |
| Kentucky Dept of Revenue | Legal Support Branch - Bankruptcy | P.O. Box 5222 | Frankfort, KY 40602 | | | | First Class Mail |
| Kentucky Dept of Revenue | 501 High St | Frankfort, KY 40601 | | | | | First Class Mail |
| Legal Division - Bankruptcy unit | P.O. Box 766 | Charleston, WV 25323 | | | | | First Class Mail |
| Los Angeles Cnty Tax Collector | P.O. Box 54027 | Los Angeles, CA 90054-0027 | | | | | First Class Mail |
| Louisiana Dept of Revenue | P.O. Box 201 | Baton Rouge, LA 70821 | | | | | First Class Mail |
| Louisiana Dept of Revenue | Collection Division, Bankruptcy Section | P.O. Box 66658 | Baton Rouge, LA 70896-6658 | | | | First Class Mail |
| Maine Revenue Services | Corporate Tax Unit | P.O. Box 9107 | Augusta, ME 4332 | | | Corporate.tax@maine.gov | Email |
| Maine Revenue Services | Corporate Income Tax - Without Payment | P.O. Box 1064 | Augusta, ME 04332-1064 | | | | First Class Mail |
| Maine Revenue Svc | 24 State House Sta | Augusta, ME 04333 | | | | | First Class Mail |
| Massachusetts Department of Revenue | P.O. Box 7090 | Boston, MA 02204-7090 | | | | reyesyn@dor.state.ma.us | Email |
| Massachusetts Dept of Revenue | P.O. Box 7000 | Boston, MA 2204 | | | | | First Class Mail |
| Massachusetts Dept of Revenue | P.O. Box 419257 | Boston, MA 02241-9257 | | | | | First Class Mail |
| Massachusetts Dept of Revenue | Customer Service Bureau | P.O. Box 7010 | Boston, MA 02204 | | | | First Class Mail |
| Massachusetts Dept of Revenue | P.O. Box 7044 | Boston, MA 02204 | | | | | First Class Mail |
| Massachusetts Dept of Revenue | Mass. Dor | P.O. Box 7003 | Boston, MA 02204 | | | | First Class Mail |
| Massachusetts Dept of Revenue | Collections Bureau/Bankruptcy Unit | P. O. Box 7090 | Boston, MA 02204-7090 | | | | First Class Mail |
| Massachusetts Dept of Revenue | 19 Staniford St | Boston, MA 02114 | | | | | First Class Mail |
| MD Dept Assessments & Taxation | Charter/Legal Division | 301 W Preston St, Rm 808 | Baltimore, MD 21201-2395 | | | | First Class Mail |
| Michigan Department of Treasury | c/o State of Michigan, Office of Attorney General | Attn: Jay Piggott | 3030 W Grand Blvd, Ste 10-200, Cadillac Pl | Detroit, MI 48202 | | PiggottJ4@michigan.gov | Email |
| Michigan Department of Treasury | Attn: Revenue/AG | P.O. Box 30456 | Lansing, MI 48909 | | | | First Class Mail |
| Michigan Department Of Treasury | Attn: Collection & Bankruptcy Unit | P.O. Box 30168 | Lansing, MI 48909 | | | | First Class Mail |
| Michigan Dept of Treasury | Lansing, MI 48909-8274 | | | | | | First Class Mail |
| Michigan Dept of Treasury | Tax Policy Div | Attn: Litigation Liaison | 430 W Allegan St, 2nd Fl, Austin Bldg | Lansing, MI 48922 | | | First Class Mail |
| Michigan Dept of Treasury | Tax Admin | Lansing, MI 48922 | | | | | First Class Mail |
| Michigan Dept of Treasury | Corporate Income Tax | P.O. Box 30774 | Lansing, MI 48909-8274 | | | | First Class Mail |
| Michigan Dept of Treasury | Collection Services Bureau, Bankruptcy Unit - West | P.O. Box 30455 | Lansing, MI 48909-8274 | | | | First Class Mail |
| Michigan Dept of Treasury | Collection Services Bureau, Bankruptcy Unit - East | P.O. Box 30456 | Lansing, MI 48909-8274 | | | | First Class Mail |
| Minister of Revenue of Quebec | Ref: Aco11 | 3800, Rue De Marly | Sainte-Fo, PQ G1X 4A5 | Canada | | | First Class Mail |
| Minnesota Dept of Revenue | Corporation Franchise Tax | 600 N Robert St, Mail Station 5140 | St Paul, MN 55146-5140 | | | | First Class Mail |
| Minnesota Dept of Revenue | Collection Division/Bankruptcy | P.O. Box 64564 | St Paul, MN 55164-0564 | | | | First Class Mail |
| Minnesota Revenue | 600 N Robert St | St Paul, MN 55101 | | | | | First Class Mail |
| Minnesota S Corp Income Tax | Mail Station 1770 | 600 N Robert St | St Paul, MN 55145-1770 | | | | First Class Mail |
| Mississippi Department of Revenue | c/o Bankruptcy Section | P.O. Box 22808 | Jackson, MS 39225-2808 | | | bankruptcy@dor.ms.gov | Email |
| Mississippi Dept of Revenue | Corporate and Franchise | P.O. Box 23191 | Jackson, MS 39225-3050 | | | | First Class Mail |
| Mississippi Dept of Revenue | Bankruptcy | 500 Clinton Ctr Dr | Clinton, MS 39056 | | | | First Class Mail |
| Mississippi Dept of Revenue | Bankruptcy | P.O. Box 22808 | Jackson, MS 39225-2808 | | | | First Class Mail |
| Mississippi Office of Revenue | P.O. Box 23050 | Jackson, MS 39225-3055 | | | | | First Class Mail |
| Mississippi State Tax Commissi | Sales Tax Division | P.O. Box 960 | Jackson, MS 39205-0960 | | | | First Class Mail |
| Missouri Department of Revenue | P.O. Box 475 | Jefferson City, MO 65105 | | | | will.gray@dor.mo.gov | Email |
| Missouri Dept of Revenue | Corporation Income | P.O. Box 700 | Jefferson City, MO 65105-0700 | | | corporate@dor.mo.gov | Email |
| Missouri Dept of Revenue | Taxation Division | P.O. Box 3300 | Jefferson City, MO 65105-3300 | | | | First Class Mail |
| Missouri Dept of Revenue | P.O. Box 311 | Jefferson City, MO 65105 | | | | | First Class Mail |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)

**Exhibit B**
Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Missouri Dept of Revenue | Harry S Truman Bldg | 301 W High S | Jefferson City, MO 65101 | | | First Class Mail |
| Montana Dept of Revenue | Mitchell Bldg | 125 N Roberts | P.O. Box 5805 | Helena, MT 59604-5805 | | First Class Mail |
| Montana Dept of Revenue | Legal Services | Mitchell Bldg, Rm 455 | P.O. Box 5805 | Helena, MT 59604-5805 | | First Class Mail |
| Montana Dept of Revenue | County Collections and State Fees | P.O. Box 6169 | Helena, MT 59604-5805 | | | First Class Mail |
| Montana Dept of Revenue | Corporate Income Tax | P.O. Box 8021 | Helena, MT 59604-8021 | | | First Class Mail |
| Nebraska Dept Of Revenue | P.O. Box 94818 | Lincoln, NE 68509 | | | rev.bnc@nebraska.gov | Email |
| Nebraska Dept Of Revenue | 301 Centennial Mall S | Lincoln, NE 68508 | | | | First Class Mail |
| Nevada Dept of Taxation | 3850 Arrowhead Dr | Carson City, NV 89706-2016 | | | | First Class Mail |
| New Hampshire Dept of Revenue Admin | Taxpayer Services Division | P.O. Box 457 | Concord, NH 03302-0457 | | dra.collections@dra.nh.gov | Email |
| New Hampshire Dept of Revenue Admin | Legal Bureau | P.O. Box 457 | Concord, NH 03302-0457 | | | First Class Mail |
| New Mexico Taxation and Revenue | Legal Services | P.O. Box 630 | Santa Fe, NM 87505 | | | First Class Mail |
| New Mexico Taxation and Revenue | Corporate Income and Franchise Tax | P.O. Box 25128 | Santa Fe, NM 87504-5127 | | | First Class Mail |
| New Mexico Taxation and Revenue | Business Taxes | P.O. Box 25128 | Santa Fe, NM 87504-5128 | | | First Class Mail |
| New York State Comptroller Ofc | 110 State St | Albany, NY 12207 | | | | First Class Mail |
| New York State Dept of Taxation & Finance | State Processing Center | P.O. Box 15555 | Albany, NY 12212-5555 | | | First Class Mail |
| New York State Dept. of Tax and Finance | c/o Bankruptcy | P.O. Box 5300 | Albany, NY 12205-0300 | | BankruptcyCourtMailing@tax.ny.gov | Email |
| New York State Tax and Finance | P.O. Box 5300 | Albany, NY 12205-0300 | | | David.Pugliese@tax.ny.gov | Email |
| NJ Dept of The Treasury | Division of Taxation | P.O. Box 269 | Trenton, NJ 08695-0269 | | | First Class Mail |
| NJ Dept of Treas | Divsion of Taxation | P.O. Box 269 | Trenton, NJ 08695-0269 | | | First Class Mail |
| North Carolina Department of Revenue | Attn: Bankruptcy Unit | P.O. Box 1168 | Raleigh, NC 2760 | | | First Class Mail |
| North Carolina Dept of Revenue | P.O. Box 25000 | Raleigh, NC 27640-0640 | | | | First Class Mail |
| North Carolina Dept of Revenue | Legal Pleadings | P.O. Box 871 | Raleigh, NC 27602 | | | First Class Mail |
| North Carolina Dept of Revenue | 501 N Wilmington St | Raleigh, NC 27604 | | | | First Class Mail |
| NYC Dept of Finance | P.O. Box 3922 | New York, NY 10008 | | | | First Class Mail |
| NYS Dept of Taxation and Finance | Division of the Treasury | P.O. Box 22119 | Albany, NY 12201-2119 | | | First Class Mail |
| Nys Dept Of Taxation And Finance | Bankruptcy Section | P.O. Box 5300 | Albany, NY 12205 | | | First Class Mail |
| NYS Dept of Taxation and Finance | Attn: Office of Counsel | W A Harriman Campus, Bldg 9 | Albany, NY 12227 | | | First Class Mail |
| NYS Filing Fee | State Processing Center | P.O. Box 15310 | Albany, NY 12212-5310 | | | First Class Mail |
| OESC | Attn: Cashier | P.O. Box 52004 | Oklahoma City, OK 73152-2004 | | | First Class Mail |
| Office Of State Tax Commissioner | 600 E Blvd Ave, Dept 127 | Bismarck, ND 58505 | | | | First Class Mail |
| Office Of Tax And Revenue | Attn: Stephanie Jeter, Supervisory Revenue Officer | Compliance Administration, Collection Division | Bankruptcy/Contracts/Special Investigations Unit | P.O. Box 37559 | Washington, DC 20013 | stephanie.jeter@dc.gov | Email |
| Office Of Tax And Revenue | Attn: Marc Aronin, Chief of Collection Division | Compliance Administration, Collection Division | 1101 4th St SW | Washington, DC 20024 | | First Class Mail |
| Office Of Tax And Revenue | 1101 4th S Sw, Ste 270 | Washington, DC 20024 | | | | First Class Mail |
| Office Of The Attorney General | Attn: Ken Paxton | Capital Station | P.o. Box 12548 | Austin, Tx 78711-2548 | | First Class Mail |
| Ohio Bureau of Workers Comp | P.O. Box 89492 | Cleveland, OH 44101 | | | | First Class Mail |
| Ohio Department of Taxation | P.O. Box 530 | Columbus, OH 43216 | | | bankruptcydivision@tax.ohio.gov | Email |
| Ohio Department of Taxation | Attn: Attorney General of the State of Ohio | 30 E Broad St, 14th Fl | Columbus, OH 43215 | | | First Class Mail |
| Ohio Dept of Job & Family Svc | P.O. Box 182404 | Columbus, OH 43218-2404 | | | | First Class Mail |
| Ohio Dept of Taxation | P.O. Box 2057 | Columbus, OH 43270-2057 | | | | First Class Mail |
| Ohio Dept of Taxation | P.O. Box 16560 | Columbus, OH 43216-6560 | | | | First Class Mail |
| Ohio Dept Of Taxation | Commercial Activity/Sales and Use | Attn: Compliance Tax Division | P.O. Box 16678 | Columbus, OH 43216-6678 | | First Class Mail |
| Ohio Dept Of Taxation | Commercial Activity/Sales and Use | Attn: Compliance Tax Division | P.O. Box 2678 | Columbus, OH 43216-2678 | | First Class Mail |
| Ohio Dept Of Taxation | 4485 Northland Ridge Blvd | Columbus, OH 43229 | | | | First Class Mail |
| Oklahoma Tax Commission | P.O. Box 26860 | Oklahoma City, OK 73126-0890 | | | | First Class Mail |
| Oklahoma Tax Commission | Franchise Tax Return | P.O. Box 26850 | Oklahoma City, OK 73126-3160 | | | First Class Mail |
| Oklahoma Tax Commission | 2501 N Lincoln Blvd | Oklahoma City, OK 73194 | | | | First Class Mail |
| Oregon Department of Revenue | P.O. Box 14790 | Salem, OR 97309 | | | | First Class Mail |
| Oregon Dept of Revenue | 955 Center St NE | Salem, OR 97301 | | | | First Class Mail |
| Oregon Dept of Revenue | Salem, OR 97309-0470 | | | | | First Class Mail |
| PA Dept of Revenue | Dept 280420 | Harrisburg, PA 17128-0420 | | | | First Class Mail |
| PA Dept of Revenue | Bureau of Individual Taxes | P.O. Box 280502 | Harrisburg, PA 17128-0502 | | | First Class Mail |
| Pennsylvania Dept of Revenue | PA Dept of Revenue | 1 Revenue Pl | Harrisburg, PA 17129-0001 | | | First Class Mail |
| Potter Anderson & Corroon LLP | Michael Whittaker | | | | mwhittaker@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | Stephen McNeill | | | | rmcneill@potteranderson.com | Email |
| Receiver General / Gst | Gst Interim Processing Centre | 333 Laurier Ave W | Ottawa, ON K1A 1J8 | Canada | | First Class Mail |
| Revenue & Finance Dept | 1305 E Walnut St | Des Moines, IA 50319 | | | | First Class Mail |
| Revenue & Taxation Dept | 617 N 3rd St | Baton Rouge, LA 70802 | | | | First Class Mail |
| Revenue Administration | P.O. Box 13528 | Austin, TX 78711 | | | | First Class Mail |
| Revenue Canada | Sudbury Tax Centre | P.O. Box 20000 | Station A | Sudbury, ON P3A 6B4 | Canada | First Class Mail |
| Revenue Dept | 540 S Dupont Hwy, Ste 2 | Dover, DE 19901 | | | | First Class Mail |
| Revenue Operations Bureau | P.O. Box 36 | Boise, ID 83722 | | | | First Class Mail |
| Rhode Island Division Of Taxation | One Capital Hill | Providence, RI 2908 | | | | First Class Mail |
| SC Department of Revenue | c/o Office of General Counsel | 300A Outlet Pointe Blvd | Columbia, SC 29210 | | bankruptcylegal@dor.sc.gov | Email |
| Scdor | Corporate Taxable | P.O. Box 100151 | Columbia, SC 29202 | | | First Class Mail |
| Secretary of State | Dept of Business Services | 501 S 2nd St | Springfield, IL 62756-5510 | | | First Class Mail |
| South Carolina Dept of Revenue | 300 A Outlet Pointe Blvd | Columbia, SC 29210 | | | | First Class Mail |
| South Carolina Dept Of Revenue | Attn: Director | P.O. Box 125 | Columbia, SC 29214 | | | First Class Mail |
| South Dakota Dept Of Revenue | 445 E Capitol Ave | Pierre, SD 57501 | | | | First Class Mail |
| State Comptroller | Comptroller of Public Accounts | P.O. Box 149348 | Austin, TX 78714-9348 | | | First Class Mail |
| State Comptroller | State of Texas | 111 E 17th S | Austin, TX 78774 | | | First Class Mail |
| State Dept of Assessments & Taxation | Attn: Stephen J Clampett, Associate Director | 301 W Preston St | Baltimore, MD 21201-2395 | | sdat.411@maryland.gov; stephen.clampett@maryland.gov | Email |
| State of Alaska Revenue Dept | P.O. Box 110400 | Juneau, AK 99811 | | | | First Class Mail |
| State Of Arkansas | Dept of Finance and Admin | P.O. Box 8123 | Little Rock, AR 72203-8123 | | | First Class Mail |
| State of California | Franchise Tax Board | P.O. Box 942857 | Sacramento, CA 94257-0501 | | | First Class Mail |
| State of California | Franchise Tax Board | Bankruptcy Section MS A345, Business Bankruptcy | P.O. Box 2952 | Sacramento, CA 95812-2952 | | First Class Mail |
| State of California | Attn: Jozel Brunett, Chief Counsel | Franchise Tax Board | Legal Division | P.O. Box 1720 | Rancho Cordova, CA 95741-1720 | First Class Mail |
| State of Michigan | Department of Treasury | Dept 77003 | Lansing, MI 48277-0003 | | | First Class Mail |
| State of Nevada Dept of Taxation | 1550 E College Pkwy, Ste 115 | Carson City, NV 89706 | | | | First Class Mail |
| State of New Jersey | Dept of Labor & Workforce Dev | P.O. Box 929 | Trenton, NJ 08646-0929 | | | First Class Mail |
| State of New Jersey | Division of Taxation, Revenue Pocessing Center | P.O. Box 666 | Trenton, NJ 08646-0666 | | | First Class Mail |
| State of New Jersey | Division of Taxation, Bankruptcy Unit | 3 John Fitch Way, 5th Fl | P.O. Box 245 | Trenton, NJ 08695-0245 | | First Class Mail |
| State of New Jersey - CBT | Div of Taxation Processin Ctr | P.O. Box 193 | Trenton, NJ 08646-0222 | | | First Class Mail |
| State of New Jersey Division of Taxation | Revenue Processing Center - Payments | P.O. Box 111 | Trenton, NJ 08645-0111 | | | First Class Mail |
| State of New Jersey Division of Taxation | Corporation Tax | P.O. Box 666 | Trenton, NJ 08646-0666 | | | First Class Mail |
| State of Washington | Employment Security Department | P.O. Box 84267 | Seattle, WA 98124 | | | First Class Mail |
| Stephen A Geppi | c/o DLA Piper | Attn: C Kevin Kobbe | 650 S Exeter St, Ste 1100 | Baltimore, MD 21202-4576 | kevin.kobbe@us.dlapiper.com | Email |
| Tax & State Revenue | 955 Center St Ne | Salem, OR 97310 | | | | First Class Mail |
| Tax Compliance Dept | 200 Fair Oaks Ln | Frankfort, KY 40601 | | | | First Class Mail |
| Tax Dept | 3301 C St, Ste 712 | Sacramento, CA 95816 | | | | First Class Mail |
| Taxation & Revenue Dept | 1200 S Saint Francis Dr | Santa Fe, NM 87505 | | | | First Class Mail |
| Taxation Division | 50 Barrack St | Trenton, NJ 08608 | | | | First Class Mail |
| Taxation Division | 30 E Broad St, Ste 22 | Columbus, OH 43215 | | | | First Class Mail |
| Tennessee Department of Revenue | c/o Bankruptcy Unit | P.O. Box 190665 | Nashville, TN 37219-0665 | | tdor.bankruptcy@tn.gov | Email |
| Tennessee Department of Revenue | Attn: Deborah McAlister | 500 Deaderick St | Nashville, TN 37242 | | deborah.mcalister@tn.gov | Email |
| Tennessee Dept of Revenue | Andrew Jackson State Off Bldg | 500 Deaderick St | Nashville, TN 37242 | | | First Class Mail |
| Tennessee Dept of Revenue | c/o Tennessee Attorney General's Office | Bankruptcy Division | P.O. Box 20207 | Nashville, TN 37202-0207 | | First Class Mail |
| Tennessee Dept Of Revenue | Andrew Jackson St Office | 500 Deaderick S | Nashville, TN 37242 | | | First Class Mail |
| Tennessee Secretary of State | 6th Fl, Snodgrass Tower | 312 Rosa LParks Ave | Nashville, TN 37243 | | | First Class Mail |
| Texas Comptroller of PubAcct | P.O. Box 149355 | Austin, TX 78714-9355 | | | | First Class Mail |
| Texas Comptroller of Public Accounts | c/o Office of the Attorney General | Attn: Bankruptcy & Collections Division | P.O. Box 12548, MC-008 | Austin, TX 78711 | bankruptcytax@oag.texas.gov | Email |
| Texas Comptroller of Public Accounts | c/o Revenue Accounting Division | Attn: Bankruptcy | P.O. Box 13528 | Austin, TX 78711 | bankruptcysection@cpa.texas.gov | Email |
| Texas Comptroller of Public Accounts | c/o Revenue Accounting Division | Attn: Catherine Ledesma Coy | 111 E 17th St | Austin, TX 78711 | | First Class Mail |
| Texas Comptroller of Public Accounts | c/o Revenue Accoounting Div | Attn: Catherine Ledesma Coy | 111 E 17th St | Austin, TX 78711 | | First Class Mail |
| Texas Comptroller of Public Accounts of the State | c/o Office of the Attorney General | Attn: Bankruptcy & Collections Division MC-008 | P.O. Box 12548 | Austin, TX 78711 | bankruptcytax@oag.texas.gov | Email |
| Texas Comptroller of Public Accounts of the State | c/o Revenue Accounting Division | Attn: Bankruptcy | P.O. Box 13528 | Austin, TX 78711 | | First Class Mail |
| Texas State Comptroller | Comptroller of Public Accounts | P.O. Box 149354 | Austin, TX 78714 | | | First Class Mail |
| The Revenue Center | 1001 Lee St E | Charleston, WV 25301 | | | | First Class Mail |
| TN Dept of Revenue | c/o TN Attorney General's Office | Bankruptcy Division | P.O. Box 20207 | Nashville, TN 37202 | | First Class Mail |
| Town of Herndon | Business License | 777 Lynn St | Herndon, VA 20170-4602 | | | First Class Mail |
| Travis County | c/o Travis County Attorney's Office | Attn: Jason A Starks | P.O. Box 1748, Ned Granger Bldg | Austin, TX 78767 | jason.starks@traviscountytx.gov | Email |
| Travis County Tax Office | P.O. Box 149328 | Austin, TX 78714-9328 | | | | First Class Mail |
| Troutman Pepper Locke, LLP | Attn: Jonathan Young, David Ruediger | 401 9th St NW, Ste 1000 | Washington, DC 20004 | | | First Class Mail |
| Tulare County Tax Collector | Attn: Cass Cook | 221 S Mooney Blvd | Visalia, CA 93291-4593 | | | First Class Mail |
| United States Treasury | Internal Revenue Service | Ogden, UT 84201-0009 | | | | First Class Mail |
| US Virgin Islands Bureau of Internal Revenue | 6115 Estate Smith Bay, Ste 225 | St Thomas, VI 00802 | | | | First Class Mail |
| US Virgin Islands Bureau of Internal Revenue | 4008 Estate Diamon Plot 7-B | Christiansted, VI 00820-4421 | | | | First Class Mail |
| Utah State Tax Commission | 210 N 1950 W | Salt Lake City, UT 84134 | | | | First Class Mail |
| Vermont Dept Of Tax | 133 State St | Montpelier, VT 05602 | | | | First Class Mail |
| Vermont Dept Of Taxes | P.O. Box 1881 | Montpelier, VT 05602 | | | | First Class Mail |
| Viacom International Inc. | Attn: Sarah Harp | 1515 Broadway | New York, NY 10036 | | sarah.harp@paramount.com | Email |
| Virginia Dept of Taxation | Sales & Use Tax | P.O. Box 26626 | Richmond, VA 23261-6626 | | | First Class Mail |
| Virginia Dept of Taxation | P.O. Box 760 | Richmond, VA 23218-0760 | | | | First Class Mail |
| Virginia Dept of Taxation | P.O. Box 1500 | Richmond, VA 23218-1500 | | | | First Class Mail |
| Virginia Dept of Taxation | Litter Tax | P.O. Box 2185 | Richmond, VA 23218-2185 | | | First Class Mail |
| Virginia Dept of Taxation | Richmond, VA 23218-1500 | | | | | First Class Mail |
| Virginia Dept Of Taxation | P.O. Box 1115 | Richmond, VA 23218 | | | | First Class Mail |
| Virginia State Corp Commission | P.O. Box 1197 | Richmond, VA 23218-1197 | | | | First Class Mail |
| Wa Dept of Labor & Industries | P.O. Box 34022 | Seattle, WA 98124 | | | | First Class Mail |
| Wa Dept of Labor & Industry | P.O. Box 24106 | Seattle, WA 98124 | | | | First Class Mail |
| Washington Dept Of Revenue | P.O. Box 47464 | Olympia, WA 98504 | | | | First Class Mail |
| Washington State Dept of Revenue | Attn: Bankruptcy Unit | 2101 4th Ave, Ste 1400 | Seattle, WA 98121 | | | First Class Mail |
| Wisconsin Department of Revenue | c/o Special Procedures Unit | P.O. Box 8901 | Madison, WI 53708-8901 | | DORBankruptcySpecialist@wisconsin.gov | Email |
| Wisconsin Dept of Revenue | P.O. Box 268 | Madison, WI 53790-0001 | | | | First Class Mail |
| Wisconsin Dept of Revenue | P.O. Box 8965 | Madison, WI 53708 | | | | First Class Mail |
| Wyoming Dept Of Revenue | 122 W 125th S, Ste E301 | Cheyenne, WY 82002 | | | | First Class Mail |
| YATB Tax Collection Serv | 1405 N Duke St | P.O. Box 15627 | York, PA 17405-0156 | | | First Class Mail |
| York Adams Tax Bureau | 1405 N Duke St | P.O. Box 15627 | York, PA 17404 | | | First Class Mail |

**Diamond Comic Distributors, Inc. - Service List to Confidential Recipients**  **Served 08/5/2025**

9 INTERESTED PARTIES WERE SERVED VIA E-MAIL. THE NAMES AND E-MAIL ADDRESSES OF THESE PARTIES ARE NOT STATED TO MAINTAIN CONFIDENTIALITY.