IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sierra Aust, am employed in the county of Los Angeles, State of California. I hereby certify that on August 7, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Stipulation to Extend Objection Deadline [Docket No. 691]**

Dated: August 12, 2025

*/s/ Sierra Aust*
Sierra Aust
Omni Agent Solutions, Inc. 5955
De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 12th day of August, 2025, by Sierra Aust, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **EXHIBIT A**

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Adams and Reese LLP | | lianna.sarasola@arlaw.com | Email |
| Adams and Reese LLP | | nick.schandlbauer@arlaw.com | Email |
| BakerHostetler LLP | | afletcher@bakerlaw.com | Email |
| BakerHostetler LLP | | jhoffman@bakerlaw.com | Email |
| BakerHostetler LLP | | sprince@bakerlaw.com | Email |
| Ballard Spahr LLP | | brannickn@ballardspahr.com | Email |
| Ballard Spahr LLP | | summersm@ballardspahr.com | Email |
| Benesch, Friedlander, Coplan & Aronoff LLP | Jared C Hoffman | jhoffman@beneschlaw.com | Email |
| Benesch, Friedlander, Coplan & Aronoff LLP | Kevin M Capuzzi | kcapuzzi@beneschlaw.com | Email |
| Chipman Brown Cicero & Cole, LLP | | desgross@chipmanbrown.com | Email |
| Chipman Brown Cicero & Cole, LLP | Robert A Weber | weber@chipmanbrown.com | Email |
| Cole Schotz PC | | ddean@coleschotz.com | Email |
| Cole Schotz PC | | hjones@coleschotz.com | Email |
| Cole Schotz PC | | kpruett@coleschotz.com | Email |
| Dentons Bingham Greenebaum LLP | | james.irving@dentons.com | Email |
| DLA Piper LLP (US) | | ellen.dew@us.dlapiper.com | Email |
| DLA Piper LLP (US) | | kevin.kobbe@us.dlapiper.com | Email |
| DLA Piper LLP (US) | | peter.artese@us.dlapiper.com | Email |
| Gohn Hankey & Berlage LLP | Jan I Berlage | jberlage@ghsllp.com | Email |
| Klestadt Winters Jureller Southard & Stevens, LLP | | abrown@klestadt.com | Email |
| Klestadt Winters Jureller Southard & Stevens, LLP | | iwinters@klestadt.com | Email |
| Klestadt Winters Jureller Southard & Stevens, LLP | | ssweeney@klestadt.com | Email |
| Lowenstein Sandler LLP | | bnathan@lowenstein.com | Email |
| Lowenstein Sandler Llp | | cfrankel@lowenstein.com | Email |
| Lowenstein Sandler LLP | | gfinizio@lowenstein.com | Email |
| Lowenstein Sandler LLP | | mpapandrea@lowenstein.com | Email |
| Mcnamee Hosea, P.A. | | jfasano@mhlawyers.com | Email |
| Office of the Attorney General | | aginfo@ag.nv.gov | Email |
| Office Of The Attorney General | | AGInfo@azag.gov | Email |
| Office Of The Attorney General | | ago.info@vermont.gov | Email |
| Office Of The Attorney General | | ago@state.ma.us | Email |
| Office Of The Attorney General | | ago@state.ma.us | Email |
| Office Of The Attorney General | | ago@state.ma.us | Email |
| Office Of The Attorney General | | attorney.general@alaska.gov | Email |
| Office Of The Attorney General | | attorney.general@ct.gov | Email |
| Office of the Attorney General | | attorney.general@delaware.gov | Email |
| Office Of The Attorney General | | attorneygeneral@doj.nh.gov | Email |
| Office Of The Attorney General | | attorneygeneral@doj.state.or.us | Email |
| Office of the Attorney General | | bankruptcy@ag.idaho.gov | Email |
| Office of the Attorney General | | bankruptcy@agutah.gov | Email |
| Office Of The Attorney General | | Constituent@atg.in.gov | Email |
| Office Of The Attorney General | | consumer@ag.iowa.gov | Email |
| Office Of The Attorney General | | Contact@Virginia.gov | Email |
| Office of the Attorney General | | contactdoj@mt.gov | Email |
| Office Of The Attorney General | | hawaiiag@hawaii.gov | Email |
| Office Of The Attorney General | | miag@michigan.gov | Email |
| Office Of The Attorney General | | ndag@nd.gov | Email |
| Office Of The Attorney General | | nedoj@nebraska.gov | Email |
| Office Of The Attorney General | | oag@ArkansasAG.gov | Email |
| Office Of The Attorney General | | oag@dc.gov | Email |
| Office Of The Attorney General | | oag@oag.state.md.us | Email |
| Office Of The Attorney General | | serviceATG@atg.wa.gov | Email |
| Office of the New York State Attorney General | | robert.rock@ag.ny.gov | Email |
| Perkins Coie LLP | | DDaniels@perknscoie.com | Email |
| Perkins Coie LLP | | SChenetz@perkinscoie.com | Email |
| Polsinelli PC | | jack.blum@polsinelli.com | Email |
| Polsinelli PC | | mjoachim@polsinelli.com | Email |
| Ropers Majeski | | steven.polard@ropers.com | Email |
| Saul Ewing LLP | | adam.isenberg@saul.com | Email |
| Saul Ewing LLP | | ashley.fellona@saul.com | Email |
| Saul Ewing LLP | | jeffrey.hampton@saul.com | Email |
| Saul Ewing LLP | | mark.minuti@saul.com | Email |
| Saul Ewing LLP | | nicholas.smargiassi@saul.com | Email |
| Saul Ewing LLP | | paige.topper@saul.com | Email |
| Saul Ewing LLP | | turner.falk@saul.com | Email |
| Sills Cummis & Gross PC | | rmoonan@sillscummis.com | Email |
| Sills Cummis & Gross PC | | steele@sillscummis.com | Email |
| Squire Patton Boggs (US) LLP | | christopher.giaimo@squirepb.com | Email |
| Squire Patton Boggs (US) LLP | | mark.salzberg@squirepb.com | Email |
| Sual Ewing LLP | | jordan.rosenfeld@saul.com | Email |
| The Law Offices of Zvi Guttman, P.A | | Zvi@Zviguttman.com | Email |
| Troutman Pepper Locke LLP | | David.Ruediger@troutman.com | Email |
| Troutman Pepper Locke LLP | | David.Ruediger@troutman.com | Email |
| Troutman Pepper Locke LLP | | Indira.Sharma@troutman.com | Email |
| Troutman Pepper Locke LLP | | Indira.Sharma@troutman.com | Email |
| Troutman Pepper Locke LLP | | Jonathan.Young@troutman.com | Email |
| Troutman Pepper Locke LLP | | Jonathan.Young@troutman.com | Email |
| Troutman Pepper Locke LLP | | jonathan.young@troutman.com; david.ruediger@troutman.com | Email |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)

**Exhibit A**
**Service List**

| | | | |
|---|---|---|---|
| Troutman Pepper Locke LLP | | Katherine.Culbertson@troutman.com | Email |
| Troutman Pepper Locke LLP | | Katherine.Culbertson@troutman.com | Email |
| Troutman Pepper Locke LLP | | Toyja.Kelley@troutman.com | Email |
| Troutman Pepper Locke LLP | | Toyja.Kelley@troutman.com | Email |
| Tydings & Rosenberg LLP | | dshaffer@tydings.com | Email |
| Tydings & Rosenberg LLP | | jlee@tydings.com | Email |
| Tydings & Rosenberg LLP | | rcostella@tydings.com | Email |
| Tydings & Rosenberg LLP | | Sgerald@tydings.com | Email |
| United States Department of Justice | | hugh.m.bernstein@usdoj.gov | Email |
| Whiteford, Taylor & Preston L.L.P | | bstrickland@whitefordlaw.com | Email |
| Wilmer Cutler Pickering Hale and Dorr LLP | | andrew.goldman@wilmerhale.com | Email |
| Wilmer Cutler Pickering Hale and Dorr LLP | | benjamin.loveland@wilmerhale.com | Email |
| YVS Law, LLC | | chopkin@yvslaw.com | Email |
| YVS Law, LLC | | jgrasso@yvslaw.com | Email |