IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered)<br><br>**Re: D.I. 531, 578, 585, 586, 589, 595, 598, 601, 602, 603, 606, 612, 623, 674** |

**JPMORGAN CHASE BANK, N.A.'S OMNIBUS REPLY (A) IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING (I) PROCEDURES FOR SALE OR OTHER DISPOSITION OF CONSIGNED INVENTORY, (II) APPROVING SALES OR OTHER DISPOSITION OF CONSIGNED INVENTORY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR ENCUMBRANCES; AND (B) IN OPPOSITION TO CONSIGNMENT VENDORS' OBJECTIONS TO SAME**

JPMorgan Chase Bank, N.A., as Prepetition Lender and DIP Lender (collectively, the "**Lender**"), by and through its undersigned counsel, hereby files this *Omnibus Reply (A) In Support of Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances, and (III) Granting Related Relief; And (B) in Opposition to Consignment Vendors' Objections to Same* (this "**Reply**"). As support for this Reply, the Lender respectfully submits and incorporates herein the *Memorandum of Points and Authorities in Support of Lender's Omnibus Reply* (the "**Memorandum**"), filed contemporaneously herewith, and states as follows:

---

[1] The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Diamond Comic Distributors, Inc. (3450), Comic Exporters, Inc (7457), Comic Holdings, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

145807261v2

**Relevant Background**

1. On June 25, 2025, the Debtors filed the *Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances, and (III) Granting Related Relief* [Docket No. 531] (the "***Consignment Sale Motion***"),[2] which is currently set for an evidentiary hearing on August 18, 2025.

2. On July 17, 2025, the Lender filed a *Reservation of Rights and Limited Objection* to the Consignment Sale Motion [Docket No. 611] (the "***Reservation of Rights***"), reserving Lender's right to raise additional arguments or objections in connection with the Consignment Sale Motion.

3. In response to the Consignment Sale Motion, thirteen (13) objections were filed by the following Consignment Vendors: TwoMorrows Publishing ("***Two Morrows***") [Docket No. 578]; Molten Core Media, LLC ("***Molten***") [Docket No. 585]; Graphitti Designs, Inc. ("***Graphitti***") [Docket No. 586]; Abstract Studio, Inc. ("***Abstract***") [Docket No. 589]; NBM Publishing, Inc. ("***NBM Publishing***") [Docket No. 595]; Humanoids, Inc. ("***Humanoids***")[Docket No. 598]; the Ad Hoc Committee of Consignors[3] (the "***Ad Hoc Committee***") [Docket No. 601]; The Game Manufacturers Association, in conjunction with certain of its members including Skyscraper Studios, Inc. d/b/a Roll for Combat and Liminal Esports LLC d/b/a Snowbright Studio

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Consignment Sale Motion.

[3] The Ad Hoc Committee has not been designated as an official committee in this case, and is comprised the following thirteen (13) jointly represented consignors: Ablaze LLC; American Mythology Productions, LLC; Andrew Kafoury dba Battle Quest Comics; Avatar Press, Inc., Bryan Seaton dba Action Lab; Drawn & Quarterly Books Inc., Fantagraphics Books, Inc.; Green Ronin Publishing LLC; Herman & Geer Communications, Inc. dba Hermes Press; Living the Line LLC; Paizo Inc.; UDON Entertainment Inc.; and Zenescope Entertainment Inc. *See Rule 2019 Verified Statement of YVS, Law LLC Disclosing Representation of Multiple Parties in Chapter 11 Case* [Docket No. 658].

145807261v2

(collectively, "*GAMA*") [Docket No. 602], the Consignment Group[4] [Docket No. 603]; Cryptozoic Entertainment, LLC ("*Cryptozoic*") [Docket No. 606]; Image Comics, Inc. ("*Image*") [Docket No. 612]; William M. Gaines, Agent, Inc. ("*Gaines*") [Docket No. 623]; Zombie Love Studios ("*Zombie*") [Docket No. 674] (collectively, the "*Consignor Objections*"). As of the date of this Reply, the objections of TwoMorrows, Molten, Graphitti, Abstract, NBM Publishing and Gaines have been stricken by the Court.

4. The Lender has valid, properly attached and binding, fully perfected priming first priority senior security interests and liens upon all of the Debtors' right, title, and interest in the Consigned Inventory and the proceeds resulting from any sale or disposition thereof.

5. The Consignment Vendors hold, at most, a deemed unperfected interest in these assets, junior to the interests of the estate and Lender's perfected liens.

6. As explained in greater detail in the Memorandum, the Consignment Vendors' positions suffer from both factual and legal infirmities and fail to negate the existence of a *bona fide* dispute over these issues sufficient to justify the sale of the Consigned Inventory under 11 U.S.C. § 363(f)(4).

### Reservation of Rights

7. Lender expressly reserves the right to (a) raise any objection it may have with respect to the terms of the proposed Consignment Sales, and (b) to be heard before the Court with respect to the entry of any Consignment Sale order and to raise additional arguments or objections in connection therewith.

---

[4] The "Consignment Group" is comprised of the is comprised the following thirteen (13) jointly represented consignors: Aspen MLT, LLC /a/ka Aspen Comics; Black Mask Studios, LLC; DSTLRY Media, Inc.; Dynamic Forces, Inc. a/k/a Dynamite Entertainment; Heavy Metal International, LLC; MagneticPress, LLC; Massive Publishing, LLC; Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC; Panini UK Ltd.; Punk Bot Comic Books, LLC a/k/a Alien Books; The Penn State University a/k/a Graphic Mundi; Titan Publishing Group, Ltd. and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy.

**WHEREFORE**, Lender respectfully requests that the Court enter an order (i) granting the Debtors' Consignment Sale Motion; (ii) overruling each of the Consignment Vendors' Objections to the Consignment Sale Motion, and (iii) granting such other and further relief as may be just and proper under the circumstances.

Respectfully submitted,

DATED: August 14, 2025

/s/ *Toyja E. Kelley*
Jonathan W. Young (admitted *pro hac vice*)
Toyja E. Kelley (Bar No. 26949)
Indira K. Sharma (Bar No. 28269)
Katherine E. Culbertson (admitted *pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
701 8th Street, N.W., Suite 500
Washington, D.C. 20001
Toyja.Kelley@troutman.com
Indira.Sharma@troutman.com
Jonathan.Young@troutman.com
Katherine.culbertson@troutman.com

## CERTIFICATE OF SERVICE

I, Toyja E. Kelley, hereby certify that, on the 14th day of August, 2025, I caused a true and correct copy of the foregoing *Reply* to be filed and served via CM/ECF on all parties who have registered for electronic service in these cases.

/s/ *Toyja E. Kelley*

145807261v2