# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

I, Jordan D. Rosenfeld, hereby certify that, on August 14, 2025, the above captioned debtors and debtors in possession (the "Debtors") caused a copy of the *Debtors' Responses and Objections to First Set of Interrogatories to Diamond Comic Distributors, Inc., et al.* in response to interrogatories served upon the Debtors by the Consignment Group to be served via electronic mail upon counsel to the parties on the service list attached hereto as **Exhibit A**.

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

56051469.1

Dated: August 14, 2025 **SAUL EWING LLP**

By: /s/ *Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
   adam.isenberg@saul.com
   turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
   paige.topper@saul.com
   nicholas.smargiassi@saul.com

*Counsel for the Debtors and Debtors in Possession*

## Exhibit A

**Service List**

56051469.1

Jonathan W. Young, Esquire
Toyja E. Kelley, Esquire
Indira K. Sharma, Esquire
**TROUTMAN PEPPER LOCKE LLP**
701 8th St., N.W., Suite 500
Washington, D.C. 20001
Toyja.Kelley@troutman.com
Indira.Sharma@troutman.com
Jonathan.Young@troutman.com

-and-

David L. Ruediger, Esquire
**TROUTMAN PEPPER LOCKE LLP**
Huntington Avenue
Boston, MA 02199
David.Ruediger@troutman.com

*Counsel for JPMorgan Chase Bank N.A.*


Dennis J. Shaffer, Esquire
Stephen B. Gerald, Esquire
**TYDINGS & ROSENBERG LLP**
1 East Pratt Street, Suite 901
Baltimore, MD 21202
dshaffer@tydings.com
sgerald@tydings.com

-and-

Bruce S. Nathan, Esquire
Gianfranco Finizio Esquire
Chelsea R. Frankel Esquire
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
BNathan@lowenstein.com
GFinizio@lowenstein.com
CFrankel@lowenstein.com

-and-

Michael Papandrea, Esquire
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
MPapandrea@lowenstein.com

*Counsel for the Official
Committee of Unsecured Creditors*


Catherine Keller Hopkin, Esquire
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
chopkin@yvslaw.com

*Counsel for the Ad Hoc Committee
of Consignors*


Craig M. Palik, Esquire,
Justin P. Fasano, Esquire
Janet M. Nesse, Esquire
**MCNAMEE HOSEA, P.A.**
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
cpalik@mhlawyers.com
jfasano@mhlawyers.com
jnesse@mhlawyers.com

*Counsel for the Consignment Group*


Sam J. Alberts, Esquire
**DENTONS US LLP**
1900 K Street, NW
Washington, DC 20006-1102
sam.alberts@dentons.com

56051469.1

James R. Irving, Esquire
Patrick W. Navin, Esquire
**DENTONS BINGHAM GREENEBAUM LLP**
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
james.irving@dentons.com
patrick.navin@dentons.com

*Counsel for the Game Manufacturers' Association and certain members*


Jane Davidson, Esquire
**NOLAN HEIMANN LLP**
16000 Ventura Blvd., Suite 1200
Encino, CA 91436
jdavidson@nolanheimann.com

*Counsel for Cryptozoic Entertainment LLC*


Andrew J. Currie, Esquire
Darek S. Bushnaq, Esquire
**VENABLE LLP**
750 East Pratt Street, Suite 900
Baltimore, MD 21202
ajcurrie@venable.com
dsbushnaq@venable.com

*Counsel for Humanoids, Inc.*

56051469.1