# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

I, Jordan D. Rosenfeld, hereby certify that, on August 14, 2025, the above captioned debtors and debtors in possession (the "Debtors") caused a copy of the *Debtors' Responses and Objections to First Set of Requests for Production of Documents to Diamond Comic Distributors, Inc., et al.* in response to requests for production served upon the Debtors by the Consignment Group to be served via electronic mail upon counsel to the parties on the service list attached hereto as **Exhibit A**.

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

56051553.1

Dated: August 14, 2025　　　　　　　**SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
　　Jordan D. Rosenfeld (MD Bar No. 13694)
　　1001 Fleet Street, 9th Floor
　　Baltimore, MD 21202
　　Telephone: (410) 332-8600
　　Email: jordan.rosenfeld@saul.com

　　-and-

　　Jeffrey C. Hampton (admitted *pro hac vice*)
　　Adam H. Isenberg (admitted *pro hac vice*)
　　Turner N. Falk (admitted *pro hac vice*)
　　1500 Market Street, 38th Floor
　　Philadelphia, PA 19102
　　Telephone: (215) 972-7777
　　Email: jeffrey.hampton@saul.com
　　　　　adam.isenberg@saul.com
　　　　　turner.falk@saul.com

　　-and-

　　Mark Minuti (admitted *pro hac vice*)
　　Paige N. Topper (admitted *pro hac vice*)
　　Nicholas Smargiassi (admitted *pro hac vice*)
　　1201 N. Market Street, Suite 2300
　　Wilmington, DE 19801
　　Telephone: (302) 421-6800
　　Email: mark.minuti@saul.com
　　　　　paige.topper@saul.com
　　　　　nicholas.smargiassi@saul.com

　　*Counsel for the Debtors and Debtors in Possession*

56051553.1

## Exhibit A

**Service List**

56051553.1

Jonathan W. Young, Esquire
Toyja E. Kelley, Esquire
Indira K. Sharma, Esquire
**TROUTMAN PEPPER LOCKE LLP**
701 8th St., N.W., Suite 500
Washington, D.C. 20001
Toyja.Kelley@troutman.com
Indira.Sharma@troutman.com
Jonathan.Young@troutman.com

-and-

David L. Ruediger, Esquire
**TROUTMAN PEPPER LOCKE LLP**
Huntington Avenue
Boston, MA 02199
David.Ruediger@troutman.com

*Counsel for JPMorgan Chase Bank N.A.*


Dennis J. Shaffer, Esquire
Stephen B. Gerald, Esquire
**TYDINGS & ROSENBERG LLP**
1 East Pratt Street, Suite 901
Baltimore, MD 21202
dshaffer@tydings.com
sgerald@tydings.com

-and-

Bruce S. Nathan, Esquire
Gianfranco Finizio Esquire
Chelsea R. Frankel Esquire
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
BNathan@lowenstein.com
GFinizio@lowenstein.com
CFrankel@lowenstein.com

-and-

Michael Papandrea, Esquire
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
MPapandrea@lowenstein.com

*Counsel for the Official
Committee of Unsecured Creditors*

Catherine Keller Hopkin, Esquire
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
chopkin@yvslaw.com

*Counsel for the Ad Hoc Committee
of Consignors*


Craig M. Palik, Esquire,
Justin P. Fasano, Esquire
Janet M. Nesse, Esquire
**MCNAMEE HOSEA, P.A.**
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
cpalik@mhlawyers.com
jfasano@mhlawyers.com
jnesse@mhlawyers.com

*Counsel for the Consignment Group*


Sam J. Alberts, Esquire
**DENTONS US LLP**
1900 K Street, NW
Washington, DC 20006-1102
sam.alberts@dentons.com

James R. Irving, Esquire
Patrick W. Navin, Esquire
**DENTONS BINGHAM GREENEBAUM LLP**
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
james.irving@dentons.com
patrick.navin@dentons.com

*Counsel for the Game Manufacturers' Association and certain members*


Jane Davidson, Esquire
**NOLAN HEIMANN LLP**
16000 Ventura Blvd., Suite 1200
Encino, CA 91436
jdavidson@nolanheimann.com

*Counsel for Cryptozoic Entertainment LLC*


Andrew J. Currie, Esquire
Darek S. Bushnaq, Esquire
**VENABLE LLP**
750 East Pratt Street, Suite 900
Baltimore, MD 21202
ajcurrie@venable.com
dsbushnaq@venable.com

*Counsel for Humanoids, Inc.*

56051553.1