# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

I, Jordan D. Rosenfeld, hereby certify that, on August 14, 2025, the above captioned debtors and debtors in possession (the "Debtors") caused a copy of the *Debtors' Responses and Objections to First Set of Interrogatories to Diamond Comic Distributors, Inc., et al.* in response to interrogatories served upon the Debtors by the Ad Hoc Committee of Consignors to be served via electronic mail upon counsel to the parties on the service list attached hereto as **Exhibit A**.

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

56051445.1

Dated: August 14, 2025          **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
    Jordan D. Rosenfeld (MD Bar No. 13694)
    1001 Fleet Street, 9th Floor
    Baltimore, MD 21202
    Telephone: (410) 332-8600
    Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
      adam.isenberg@saul.com
      turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
      paige.topper@saul.com
      nicholas.smargiassi@saul.com

*Counsel for the Debtors and Debtors in Possession*

56051445.1

## Exhibit A

**Service List**

56051445.1

| | |
|---|---|
| Jonathan W. Young, Esquire<br>Toyja E. Kelley, Esquire<br>Indira K. Sharma, Esquire<br>**TROUTMAN PEPPER LOCKE LLP**<br>701 8th St., N.W., Suite 500<br>Washington, D.C. 20001<br>Toyja.Kelley@troutman.com<br>Indira.Sharma@troutman.com<br>Jonathan.Young@troutman.com<br><br>-and-<br><br>David L. Ruediger, Esquire<br>**TROUTMAN PEPPER LOCKE LLP**<br>Huntington Avenue<br>Boston, MA 02199<br>David.Ruediger@troutman.com<br><br>*Counsel for JPMorgan Chase Bank N.A.*<br><br>Dennis J. Shaffer, Esquire<br>Stephen B. Gerald, Esquire<br>**TYDINGS & ROSENBERG LLP**<br>1 East Pratt Street, Suite 901<br>Baltimore, MD 21202<br>dshaffer@tydings.com<br>sgerald@tydings.com<br><br>-and-<br><br>Bruce S. Nathan, Esquire<br>Gianfranco Finizio Esquire<br>Chelsea R. Frankel Esquire<br>**LOWENSTEIN SANDLER LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>BNathan@lowenstein.com<br>GFinizio@lowenstein.com<br>CFrankel@lowenstein.com<br><br>-and- | Michael Papandrea, Esquire<br>**LOWENSTEIN SANDLER LLP**<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>MPapandrea@lowenstein.com<br><br>*Counsel for the Official*<br>*Committee of Unsecured Creditors*<br><br>Catherine Keller Hopkin, Esquire<br>**YVS LAW, LLC**<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, MD 21401<br>chopkin@yvslaw.com<br><br>*Counsel for the Ad Hoc Committee*<br>*of Consignors*<br><br>Craig M. Palik, Esquire,<br>Justin P. Fasano, Esquire<br>Janet M. Nesse, Esquire<br>**MCNAMEE HOSEA, P.A.**<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770<br>cpalik@mhlawyers.com<br>jfasano@mhlawyers.com<br>jnesse@mhlawyers.com<br><br>*Counsel for the Consignment Group*<br><br>Sam J. Alberts, Esquire<br>**DENTONS US LLP**<br>1900 K Street, NW<br>Washington, DC 20006-1102<br>sam.alberts@dentons.com |

56051445.1

James R. Irving, Esquire
Patrick W. Navin, Esquire
**DENTONS BINGHAM GREENEBAUM LLP**
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
james.irving@dentons.com
patrick.navin@dentons.com

*Counsel for the Game Manufacturers' Association and certain members*


Jane Davidson, Esquire
**NOLAN HEIMANN LLP**
16000 Ventura Blvd., Suite 1200
Encino, CA 91436
jdavidson@nolanheimann.com

*Counsel for Cryptozoic Entertainment LLC*


Andrew J. Currie, Esquire
Darek S. Bushnaq, Esquire
**VENABLE LLP**
750 East Pratt Street, Suite 900
Baltimore, MD 21202
ajcurrie@venable.com
dsbushnaq@venable.com

*Counsel for Humanoids, Inc.*

56051445.1