# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 18, 2025 AT 9:30 A.M. (ET)

**MATTERS GOING FORWARD**

1. Debtors' Motion for Entry of an Order (I) Approving the Sale and Purchase Agreement Among Debtors Comic Exporters, Inc. and Diamond Distributors Uk, Ltd; (II) Approving Sale of Shares Free and Clear of All Liens, Claims, Encumbrances and Other Interests; and (III) Granting Related Relief [D.I. 638, Filed 7/23/25].

    Objection Deadline: August 13, 2025

    Responses Received:

    a. Reservation of Rights and Limited Objection of JPMorgan Chase Bank, N.A. to Debtors' Motion for Entry of an Order (I) Approving The Sale and Purchase Agreement Among Debtors Comic Exporters, Inc. And Comic Holdings, Inc., and Diamond Distributors Uk, Ltd; (II) Approving Sale of Shares Free and Clear of All Liens, Claims, Encumbrances and Other Interests; and (III) Granting Related Relief [D.I. 716, Filed 8/13/25].

    Related Pleadings:

    a. Debtors' Witness and Exhibit List for the Hearing Scheduled to Begin on August 18, 2025 at 9:30 a.m. (ET) [D.I. 715, Filed 8/13/25].

    Status: This matter is going forward.

2. Debtors' Motion for Entry of an Order (I) Approving Procedures for Sales or Other Disposition of Consigned Inventory, (II) Approving the Sales or Other Disposition of Consigned Inventory, and (III) Granting Related Relief [D.I. 531, Filed 6/25/25].

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

<u>Objection Deadline</u>: July 16, 2025. Extended for Image Comics, Inc. ("<u>Image</u>") and JPMorgan Chase Bank N.A., ("<u>JPM</u>") to July 18, 2025 at 12:00 p.m. (ET); Extended for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") to July 25, 2025.

<u>Responses Received</u>:[2]

a. Humanoids, Inc.'s Objection to Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances, and (III) Granting Related Relief [D.I. 598, Filed 7/16/25].

b. Ad Hoc Committee of Consignors' Objection to Debtors' Motion for Entry of Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [D.I. 601, Filed 7/16/25].

c. Objection of the Game Manufacturers Association to the Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [D.I. 602, Filed 7/16/25].

d. Objection to Debtors' Motion For Entry of an Order (I) Approving Bidding Procedures for Sale or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [D.I. 603, Filed 7/16/25].

e. Objection to Debtors' Motion for Entry of an Order (I) Approving Procedures for Sales or Other Disposition of Consigned Inventory, (II) Approving the Sales or Other Disposition of Consigned Inventory, and (III) Granting Related Relief [D.I. 606, Filed 7/16/25].

f. Reservation of Rights and Limited Objection of JPMorgan Chase Bank, N.A. to Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory; (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances, and (III) Granting Related Relief [D.I. 611, Filed 7/17/25].

g. Objection of Image Comics, Inc. To Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned

---

[2] Certain objections were stricken by the Court for failure to follow the required filing procedures and are thus not included in the list of responses received.

Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [D.I. 612, Filed 7/18/25].

h. Statement and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding the Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [D.I. 653, Filed 7/25/25].

i. Objection to Debtors' Motion For Entry of an Order (I) Approving Bidding Procedures for Sale or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [D.I. 674, Filed 7/31/25].

Related Pleadings:

a. Debtors' Witness and Exhibit List for the Hearing Scheduled to Begin on August 18, 2025 at 9:30 a.m. (ET) [D.I. 715, Filed 8/13/25].

b. Ad Hoc Committee of Consignors' Witness List for August 18, 2025 [D.I. 717, Filed 8/13/25].

c. Ad Hoc Committee of Consignors' Exhibit List for August 18, 2025 [D.I. 718, Filed 8/13/25].

d. Consignment Group's Exhibit and Witness List [D.I. 719, Filed 8/13/25].

e. The Game Manufacturer Association's Witness and Exhibit List for August 18, 2025 Hearing [D.I. 720, Filed 8/13/25].

f. JPMorgan Chase Bank, N.A.'s Witness and Exhibit List for the Hearing Scheduled to Begin on August 18, 2025 at 9:30 AM [D.I. 721, Filed 8/13/25].

g. JPMorgan Chase Bank, N.A.'s Omnibus Reply (A) in Support of Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances; and (B) in Opposition to Consignment Vendors' Objections to Same [D.I. 728, Filed 8/14/25].

h. Omnibus Reply in Support of Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned

      Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [D.I. 730, Filed 8/14/25].

      Status: This matter is going forward as to all objections received with the exception of Image's objection. The Debtors have resolved Image's objection in principle and the parties are working on a stipulation to be filed with the Court. The Debtors and the Game Manufacturer Association ("GAMA") have been engaged in extensive negotiations, and the Debtors are optimistic that GAMA's resolution will be resolved in advance of the hearing.

3. Ad Hoc Committee of Consignors' Motion to Stay Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for Sale or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [D.I. 649, Filed 7/24/25].

      Objection Deadline: August 7, 2025. Extended for the Debtors, the Committee and JPM to August 14, 2025.

      Responses Received:

        a. Debtors' Objection to Ad Hoc Committee of Consignors' Motion to Stay Debtors' Motion for Entry of Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [D.I. 727, Filed 8/14/25].

        b. Opposition of JPMorgan Chase Bank, N.A. To Ad Hoc Committee of Consignors' Motion to Stay Debtors' Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory; (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances, and (III) Granting Related Relief [D.I. 729, Filed 8/14/25].

        c. Objection of the Official Committee of Unsecured Creditors to the Ad Hoc Committee of Consignors' Motion to Stay Debtors' Motion for Entry of Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [D.I. 735, Filed 8/14/25].

      Related Pleadings:

        a. Line Filing Supplemental Cases Supporting Motion to Stay [D.I. 713, Filed 8/12/25].

        b. Debtors' Witness and Exhibit List for the Hearing Scheduled to Begin on August 18, 2025 at 9:30 a.m. (ET) [D.I. 715, Filed 8/13/25].

   c. Ad Hoc Committee of Consignors' Witness List for August 18, 2025 [D.I. 717, 8/13/25].

   d. Ad Hoc Committee of Consignors' Exhibit List for August 18, 2025 [D.I. 718, Filed 8/13/25].

   e. JPMorgan Chase Bank, N.A.'s Witness and Exhibit List for the Hearing Scheduled to Begin on August 18, 2025 at 9:30 AM [D.I. 721, Filed 8/13/25].

   Status: This matter is going forward.

4. Motion Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts with Members of Ad Hoc Committee of Consignors and for Related Relief [D.I. 679, Filed 8/1/25].

   Objection Deadline: August 15, 2025

   Responses Received:

   a. Debtors' Objection to Motion Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts With Members of Ad Hoc Committee of Consignors; and for Related Relief [To be filed].

   b. JPMorgan Chase Bank, N.A.'s Objection to Motion Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts With Members of Ad Hoc Committee of Consignors; and for Related Relief [To be filed].

   Related Pleadings:

   a. Debtors' Witness and Exhibit List for the Hearing Scheduled to Begin on August 18, 2025 at 9:30 a.m. (ET) [D.I. 715, Filed 8/13/25].

   b. Ad Hoc Committee of Consignors' Witness List for August 18, 2025. [D.I. 717, Filed 8/13/25].

   c. Ad Hoc Committee of Consignors' Exhibit List for August 18, 2025 [D.I. 718, Filed 8/13/25].

   d. JPMorgan Chase Bank, N.A.'s Witness and Exhibit List for the Hearing Scheduled to Begin on August 18, 2025 at 9:30 AM [D.I. 721, Filed 8/13/25].

   Status: This matter is going forward.

**MATTER GOING FORWARD AS A STATUS CONFERENCE**

5. Debtors' Motion for Entry of an Order Approving Fifth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending Dip Credit Agreement [D.I. 527, Filed 6/24/25].

    Related Pleadings:

    a. Order Approving Fifth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending Dip Credit Agreement [D.I. 559, Entered 7/3/25].

    Status: This matter is going forward as a status conference.

Dated: August 15, 2025                **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13964)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
       paige.topper@saul.com
       nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*