IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 531, 638, 649, 679 & 715 |

DEBTORS' AMENDED[2] WITNESS AND EXHIBIT LIST
FOR THE HEARING SCHEDULED TO BEGIN
ON AUGUST 18, 2025 AT 9:30 A.M. (ET)

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), submit this Witness and Exhibit List for the matters noticed for the hearing scheduled for **August 18, 2025, at 9:30 a.m. (prevailing Eastern Time)** before the Honorable Chief Judge David E. Rice in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201 (the "Hearing"). The Hearing includes (a) *Debtors' Motion for Entry of an Order (I) Approving Procedures for Sales or Other Disposition of Consigned Inventory, (II) Approving the Sales or Other Disposition of Consigned Inventory, and (III) Granting Related Relief* [D.I. 531] (the "Consigned Goods Sale Motion"); (b) *Debtors' Motion for Entry of an Order (I) Approving the Sale and Purchase Agreement Among Debtor Comic Exporters, Inc. and Comic Holdings, Inc. and Diamond Distributors UK, Ltd.; (II) Approving Sale of Shares Free and Clear of All Liens, Claims, Encumbrances and Other*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] This Witness and Exhibit List is amended to add Alec Haesler as a witness in connection with the Diamond UK Sale Motion.

56030114.3

*Interests; and (III) Granting Related Relief* [D.I. 638] (the "Diamond UK Sale Motion"); (c) *Ad Hoc Committee of Consignors' Motion to Stay Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for Sale or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief* [D.I. 649] (the "Stay Motion"); and (d) the *Motion Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts with Members of Ad Hoc Committee of Consignors; and For Related Relief* [D. I. 679] (the "Motion to Compel").

### Witness List for Diamond UK Sale Motion [D.I. 638]

The Debtors may introduce the following witnesses in connection with the Diamond UK Sale Motion:

| Witness Name | Title/ Role |
|---|---|
| Robert Gorin | Debtors' Co-Chief Restructuring Officer |
| Alec Haesler | Director at Raymond James & Associates, Inc., Investment Banker for the Debtors |

The Debtors reserve the right to call: (i) any person listed or called as a witness by any other party; (ii) any person necessary to establish the authenticity or admissibility of exhibits; (iii) any person for purposes of impeachment; and (iv) any person for purposes of rebuttal. The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

### Exhibit List for Docket Diamond UK Sale Motion [D.I. 638]

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| D01 | Share Sale and Purchase Agreement dated July 23, 2025 | | | |

56030114.3

**Witness List for Consignment Goods Sale Motion [D.I. 531], Stay Motion [D.I. 649] and Motion to Compel Rejection [D.I. 679]**

The Debtors may introduce the following witnesses in connection with the Consignment Goods Sale Motion, the Stay Motion and Motion to Compel:

| Witness Name | Title/ Role |
|---|---|
| Robert Gorin | Debtors' Co-Chief Restructuring Officer |

The Debtors reserve the right to call: (i) any person listed or called as a witness by any other party; (ii) any person necessary to establish the authenticity or admissibility of exhibits; (iii) any person for purposes of impeachment; and (iv) any person for purposes of rebuttal. The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

**Exhibit List for Consignment Goods Sale Motion [D.I. 531], Stay Motion [D.I. 649] and Motion to Compel Rejection [D.I. 679]**

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| D01 | Inventory Reports (Consigned Goods and Non-Consigned Goods as of the Petition Date) | | | |
| D02 | Sales Reports of Consigned and Non-Consigned Goods | | | |
| D03 | May 15, 2025 Transition Services Agreement by and among Sparkle Pop, LLC and Diamond Comic Distributors, Inc. and Diamond Select Toys & Collectibles, LLC | | | |
| D04 | Distribution Agreement dated as of May 1, 2021, by and between The Pennsylvania State University on behalf of Penn State Press and Diamond Comic Distributors, Inc. | | | |
| D05 | Inventory Report (Consigned Goods Currently On Hand) | | | |
| D06 | Consigned Goods Sale Motion [D.I. 531] | | | |

56030114.3

| | | | | |
|---|---|---|---|---|
| D07 | CT Corporation Lien Search Results dated June 20, 2025 (Exhibit C to Consigned Goods Sale Motion) | | | |
| D08 | Claims Register for debtor Diamond Comic Distributors, Inc. (Scheduled and Filed Claims) | | | |
| D09 | Final Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [D.I. 163] | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve all rights to modify, supplement, or amend their Witness and Exhibit Lists at any time prior to the conclusion of the Hearing and further reserve the right to use additional exhibits for any purpose, including but not limited to rebuttal or impeachment. The Debtors also reserve the right to rely upon and use as evidence (i) documents produced by any party in interest, (ii) exhibits included on the exhibit lists of any parties in interest, and (iii) any pleading, transcript, or other document filed with the Court in the above-captioned cases.

[*Remainder of Page Left Intentionally Blank*]

Dated: August 15, 2025 　　　　　　　　**SAUL EWING LLP**

　　　　　　　　By: */s/ Jordan D. Rosenfeld*
　　　　　　　　Jordan D. Rosenfeld (MD Bar No. 13694)
　　　　　　　　1001 Fleet Street, 9th Floor
　　　　　　　　Baltimore, MD 21202
　　　　　　　　Telephone: (410) 332-8600
　　　　　　　　Email: jordan.rosenfeld@saul.com

　　　　　　　　-and-

　　　　　　　　Jeffrey C. Hampton (admitted *pro hac vice*)
　　　　　　　　Adam H. Isenberg (admitted *pro hac vice*)
　　　　　　　　Turner N. Falk (admitted *pro hac vice*)
　　　　　　　　1500 Market Street, 38th Floor
　　　　　　　　Philadelphia, PA 19102
　　　　　　　　Telephone: (215) 972-7777
　　　　　　　　Email: jeffrey.hampton@saul.com
　　　　　　　　　　　adam.isenberg@saul.com
　　　　　　　　　　　turner.falk@saul.com

　　　　　　　　-and-

　　　　　　　　Mark Minuti (admitted *pro hac vice*)
　　　　　　　　Paige N. Topper (admitted *pro hac vice*)
　　　　　　　　Nicholas Smargiassi (admitted *pro hac vice*)
　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　Wilmington, DE 19801
　　　　　　　　Telephone: (302) 421-6800
　　　　　　　　Email: mark.minuti@saul.com
　　　　　　　　　　　paige.topper@saul.com
　　　　　　　　　　　nicholas.smargiassi@saul.com

　　　　　　　　*Counsel for Debtors and Debtors in Possession*

56030114.3