IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., et al.<br><br>Debtors. | Jointly Administered under<br>Case No: 25-10308-DER (Chapter 11) |

### [PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA

WHEREAS, having considered the Non-Party Sparkle Pop LLC's ("Sparkle Pop") Motion to Quash Subpoena (the "Motion") and having found good cause exists to grant the relief requested in the Motion;

NOW, THEREFORE, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Subpoena sent via email by counsel for the Ad Hoc Committee of Creditors to counsel for Sparkle Pop is hereby quashed.

3. Sparkle Pop shall not be required to produce a witness to testify at the August 18-20, 2025 hearing on Debtors' Motion to Sell Consigned Inventory.

**END OF ORDER**