**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

| | | |
|---|---|---|
| IN RE: | ) ) | Jointly Administered under Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC., et al. | ) ) ) | Chapter 11 |
| Debtors. | ) ) ) | |

**JOINDER OF DARK HORSE COMICS, LLC TO THE OBJECTION OF THE CONSIGNMENT GROUP TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING BIDDING PROCEDURES FOR SALE OR OTHER DISPOSITION OF CONSIGNED INVENTORY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS OR ENCUMBRANCES**

Dark Horse Comics, LLC ("Dark Horse"), by and through its undersigned counsel, hereby joins in the *Objection of the Consignment Group to the Debtor's Motion for Entry of an Order (I) Approving Bidding Procedures for Sale or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances* [Docket No. 603] (the "Objection").

Since the filing of the Objection on July 16, 2025, Dark Horse joined the Consignment Group, as referenced therein. Dark Horse adopts and incorporates by reference the arguments and objections set forth in the Objection and reserves the right to be heard at any hearing regarding the Motion or the relief requested therein.

Dated: August 17, 2025

Respectfully Submitted,

/s/ Craig M. Palik
Craig M. Palik, Esquire (Bar No 15254)
Justin P. Fasano, Esquire
Janet M. Nesse, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770 T: (301) 441-2420
cpalik@mhlawyers.com
jfasano@mhlawyers.com
jnesse@mhlawyers.com

Attorneys for Aspen MLT, LLC, a/k/a Aspen Comics,
Black Mask Studios, LLC,
Dark Horse Comics, Inc
DSTLRY Media, Inc.,
Dynamic Forces, Inc. a/k/a Dynamite Entertainment,
Heavy Metal International, LLC,
Magnetic Press, LLC,
Massive Publishing, LLC,
Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC,
Panini UK Ltd.,
Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and
Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 17, 2025, a copy of the foregoing was served in the manner set forth below, on the following:

By CM/ECF and First-Class Mail:
Jordan D. Rosenfeld
Saul Ewing LLP 1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Email: jordan.rosenfeld@saul.com

Jeffrey C. Hampton (admitted pro hac vice)
Adam H. Isenberg (admitted pro hac vice)
Turner N. Falk (admitted pro hac vice) S
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: jeffrey.hampton@saul.com
adam.isenberg@saul.com
turner.falk@saul.com

Mark Minuti (admitted pro hac vice)
Paige N. Topper (admitted pro hac vice)
Nicholas Smargiassi (admitted pro hac vice)
Saul Ewing LLP 1201
N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
paige.topper@saul.com
nicholas.smargiassi@saul.com
Counsel for Debtors and Debtors in Possession

And to all other registered users of CM/ECF receiving electronic notice in this case

                                                 /s/ Craig M. Palik
                                                 Craig M. Palik