UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: ) | Jointly Administered under |
| ) | Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC., ) | Chapter 11 |
| et al.[1] ) | |
| ) | |
| Debtors. ) | |
| ) | |

**RULE 2019 VERIFIED STATEMENT OF MCNAMEE HOSEA, P.A. DISCLOSING REPRESENTATION OF MULTIPLE PARTIES IN CHAPTER 11 CASE**

PLEASE TAKE NOTICE that the undersigned counsel hereby provides this verified statement pursuant to Fed.R.Bankr.P. 2019(c) with respect to the representation of multiple creditors by McNamee Hosea, P.A. in the above-captioned jointly administered bankruptcy cases. A group of consignment creditors (the "Consignment Group") was formed on or about July 16, 2025. The members of the Consignment Group are Aspen MLT, LLC a/k/a Aspen Comics, Black Mask Studios, LLC, DSTLRY Media, Inc., Dynamic Forces, Inc. a/k/a Dynamite Entertainment, Heavy Metal International, LLC, Magnetic Press, LLC, Massive Publishing, LLC, Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, Panini UK Ltd., Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd., and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind and Dark Horse Comics, LLC. Their addresses and disclosable prepetition claim interests are as follows:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

| Client | Disclosable Economic Interest in Case |
|---|---|
| Aspen Mlt, Inc<br>Attn: Frank Mastromauro & Michael Turner<br>1223 Glencoe Ave, Ste A200<br>Marina Del Rey, CA 90292 | $1,890.50 (Scheduled Amount) |
| Black Mask Studios<br>c/o Epitaph<br>2798 Sunset Blvd<br>Los Angeles, CA 90026 | $2,000.15 (Scheduled Amount) |
| Creative Mind Energy<br>Attn: Damian Wassel<br>7399 Cannonball Gate Rd<br>Warrenton, VA 20186 | $12,878.62 (Scheduled Amount) |
| Dark Horse Comics, Inc<br>Attn: Garrett S Ledgerwood<br>1140 SW Washington St, Ste 700<br>Portland, OR 97205 | $86,927.11 (Proof of Claim No. 692) |
| DSTLRY Media<br>Attn: Chip Mosher<br>3680 Wilshire Blvd, Ste P04-1420<br>Los Angeles, CA 90010 | $65,013.15 (Scheduled Amount) |
| Dynamic Forces, Inc<br>c/o McNamee Hosea<br>Attn: Justin Fasano<br>6404 Ivy Ln, Ste 820<br>Greenbelt, MD 20770 | $244,201.44 (Proof of Claim No. 680) |
| Graphic Mundi - PSU Press<br>Attn: Accounts Receivable<br>512 Paterno Library<br>University Park, PA 16802 | $15,523.33 (Scheduled Amount) |
| Heavy Metal Entertainment<br>85A Brook Ave<br>Deer Park, NY 11729 | $363.37 (Scheduled Amount) |
| Magnetic Press LLC<br>Attn: Shonagh Clements<br>10964 Lin Valle Dr, Ste A<br>St Louis, MO 63123 | $51,067.53 (Proof of Claim No. 684) |

| | |
|---|---|
| Massive Publishing LLC<br>Attn: Michael Calero<br>3404 Leatha Way<br>Sacramento, CA 95821 | $40,700.69 (Proof of Claim No. 703) |
| Oni-LF Publishing Group, LLC<br>Attn: Shonagh Clements<br>10964 Lin Valle Dr, Ste A<br>St Louis, MO 63139 | $179,942.40 (Proof of Claim No. 682) |
| Panini UK Ltd<br>Brockbourne House Level 2<br>77 Mt Ephraim<br>Tunbridge Wells, TN4 8BS<br>United Kingdom | $4,993.05 (Scheduled Amount) |
| Punk Bot Comic Books, LLC<br>12550 Biscayne Blvd, Ste 110<br>N Miami, FL 33181 | $122,006.87 (Proof of Claim No. 509) |
| Titan Publishing Group Ltd<br>c/o Finance Department<br>144 Southwark Street<br>Rotherhithe, SE1 0UP<br>United Kingdom | $413,898.17 (Proof of Claim No. 49) |

If additional members join Consignment Group ,McNamee Hosea, P.A will supplement this Notice accordingly once fully retained by new members.

Dated: <u>August 17, 2025</u>     Respectfully Submitted,

<u>/s/ Craig M. Palik</u>
Craig M. Palik, Esquire (Bar No 15254)
Justin P. Fasano, Esquire
Janet M. Nesse, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770 T: (301) 441-2420
cpalik@mhlawyers.com
jfasano@mhlawyers.com
jnesse@mhlawyers.com

Attorneys for Aspen MLT, LLC, a/k/a Aspen Comics,
Black Mask Studios, LLC,

        Dark Horse Comics, Inc
        DSTLRY Media, Inc.,
        Dynamic Forces, Inc. a/k/a Dynamite Entertainment,
        Heavy Metal International, LLC,
        Magnetic Press, LLC,
        Massive Publishing, LLC,
        Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC,
        Panini UK Ltd.,
        Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and
        Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Rule 2019 Verified Statement of McNamee Hosea, P.A. Disclosing Representation of Multiple Parties in Chapter 11 Case will be served electronically by the Court's CM/ECF system on the following:

Adam Fletcher afletcher@bakerlaw.com
Adam H Isenberg adam.isenberg@saul.com
Andrew Brown abrown@klestadt.com
Ashley N Fellona ashley.fellona@saul.com janice.mast@saul.com
Brent C. Strickland bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com
Bruce S. Nathan bnathan@lowenstein.com
C. Kevin Kobbe kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com
Catherine Keller Hopkin chopkin@yvslaw.com pgomez@yvslaw.com, kreese@yvslaw.com, vmichaelides@yvslaw.com, yvslawcmecf@gmail.com, hopkincr39990@notify.bestcase.com
Chelsea R Frankel cfrankel@lowenstein.com
Christopher J. Giaimo christopher.giaimo@squirepb.com christopher.giaimo@squirepb.com, christopher-j-giaimo-6409@ecf.pacerpro.com
Craig Palik cpalik@mhlawyers.com cpalik@ecf.inforuptcy.com, Palik.CraigR92003@notify.bestcase.com mevans@mhlawyers.com, cmartin@mhlawyers.com
Daniel Jack Blum jack.blum@polsinelli.com lsuprum@polsinelli.com, delawaredocketing@polsinelli.com
David W.T. Daniels ddaniels@perkinscoie.com docketnyc@perkinscoie.com, nvargas@perkinscoie.com, KMcClure@perkinscoie.com, rleibowitz@perkinscoie.com
Dennis J. Shaffer dshaffer@tydings.com scalloway@tydings.com,mhickman@tydings.com,jlee@tydings.com
Elizabeth Anne Scully escully@bakerlaw.com

Emily Devan edevan@milesstockbridge.com
Eric George Korphage korphagee@whiteandwilliams.com
Gary H. Leibowitz gleibowitz@coleschotz.com
pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com
Gianfranco Finizio gfinizio@lowenstein.com
Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
Indira Kavita Sharma indira.sharma@troutman.com katherine.culbertson@troutman.com, jonathan.young@troutman.com, david.ruediger@troutman.com, errol.chapman@troutman.com, toyja.kelley@troutman.com
Jan Berlage JBerlage@GHSLLP.com tcollins@ghsllp.com
Jeffrey C. Hampton jeffrey.hampton@saul.com
Jonathan A. Grasso jgrasso@yvslaw.com pgomez@yvslaw.com,r39990@notify.bestcase.com
Jordan Rosenfeld jordan.rosenfeld@saul.com
Jung Yong Lee jlee@milesstockbridge.com mhickman@tydings.com
Justin Philip Fasano jfasano@mhlawyers.com jfasano@ecf.courtdrive.com, tmackey@mhlawyers.com, mevans@mhlawyers.com, cmartin@mhlawyers.com, Fasano.JustinR92003@notify.bestcase.com
Laura Skowronski Bouyea lsbouyea@venable.com dmdierdorff@venable.com
Mark Minuti mark.minuti@saul.com robyn.warren@saul.com heilmanl@ballardspahr.com, ambroses@ballardspahr.com, zarnighiann@ballardspahr.com, carolod@ballardspahr.com, cromartie@ballardspahr.com, stammerk@ballardspahr.com
Michael Papandrea mpapandrea@lowenstein.com
Nicholas Smargiassi nicholas.smargiassi@saul.com
Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com
Paige Noelle Topper paige.topper@saul.com
Richard L. Costella rcostella@tydings.com
scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com
Scott Prince sprince@bakerlaw.com
Stephen B. Gerald sgerald@tydings.com
Steven Gregory Polard steven.polard@ropers.com  loriann.zullo@ropers.com, calendar-LAO@ropers.com
Thomas K. Bredar thomas.bredar@wilmerhale.com
andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com
Toyja E. Kelley toyja.kelley@lockelord.com
Turner Falk turner.falk@saul.com tnfalk@recap.email,Veronica.Marchiondo@saul.com
US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV
Zvi Guttman zvi@zviguttman.com zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

                                          /s/ Craig M. Palik
                                          Craig M. Palik