IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC. | ) |
| et al.1 | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| DIAMOND COMIC DISTRIBUTORS, INC., | ) |
| et al. | ) |
| | ) |
| Movant | ) |
| vs | ) |
| | ) |
| ASPEN MLT, LLC /A/KA ASPEN COMICS, | ) |
| | ) |
| BLACK MASK STUDIOS, LLC, | ) |
| | ) |
| DSTLRY MEDIA, INC., | ) |
| | ) |
| DARK HORSE COMICS, LLC, | ) |
| | ) |
| DYNAMIC FORCES, INC. A/K/A DYNAMITE | ) |
| ENTERTAINMENT, | ) |
| | ) |
| HEAVY METAL INTERNATIONAL, LLC, | ) |
| | ) |
| MAGNETIC PRESS, LLC, | ) |
| | ) |
| MASSIVE PUBLISHING, LLC, | ) |
| | ) |
| ONI-LION FORGE PUBLISHING GROUP, | ) |
| LLC F/K/A ONI PRESS, LLC, | ) |
| | ) |
| PANINI UK LTD., | ) |

---

1 The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

|  |  |
|---|---|
| PUNK BOT COMIC BOOKS, LLC<br>  A/K/A ALIEN BOOKS,<br><br>THE PENN STATE UNIVERSITY A/K/A<br>  GRAPHIC MUNDI,<br><br>TITAN PUBLISHING GROUP, LTD.<br><br>AND<br><br>VAULT STORYWORKS, LLC A/K/A VAULT<br>  COMICS F/K/A CREATIVE MIND ENERGY,<br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSIGNMENT GROUP'S AMENDED EXHIBIT AND WITNESS LIST

Aspen MLT, LLC /a/ka Aspen Comics, Black Mask Studios, LLC, DSTLRY Media, Inc., Dark Horse Comics, LLC, Dynamic Forces, Inc. a/k/a Dynamite Entertainment, Heavy Metal International, LLC, Magnetic Press, LLC, Massive Publishing, LLC, Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, Panini UK Ltd., Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy (collectively the "Consignment Group" or "Respondents"), by counsel, hereby submits this Amended Exhibit and Witness List in connection with the hearing scheduled August 18, 2025 at 9:30 a.m. EDT (the "Hearing").[2]

## Exhibit List

| Exhibit No. | Exhibit Description | Admitted |
|---|---|---|
| CG1 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Aspen MLT, LLC /a/ka Aspen Comics. |  |
| CG2 | All documents reflecting contract terms between Diamond Comic Distributors, Inc, and Black Mask Studios, LLC |  |
| CG3 | All documents reflecting contract terms |  |

---

[2] Discovery is incomplete as of the date of the filing of this Exhibit and Witness List and the Consignment Group reserves the right to amend and/or supplement this Exhibit and Witness List as necessary.

|      |                                                                                                                                                  |   |
|------|--------------------------------------------------------------------------------------------------------------------------------------------------|---|
|      | between Diamond Comic Distributors, Inc., and DSTLRY Media, Inc.                                                                                  |   |
| CG4  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Dark Horse Comics, LLC                                      |   |
| CG5  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Dynamic Forces, Inc. a/k/a Dynamite Entertainment           |   |
| CG6  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Heavy Metal International, LLC                              |   |
| CG7  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Heavy Metal International, LLC                              |   |
| CG8  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Massive Publishing, LLC                                     |   |
| CG9  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC   |   |
| CG10 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Punk Bot Comic Books, LLC a/k/a Alien Books                 |   |
| CG11 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and The Penn State University a/k/a Graphic Mundi               |   |
| CG12 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Titan Publishing Group, Ltd.                                |   |
| CG13 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy |   |
| CG14 | Diamond Comic Distributors Schedule E/F                                                                                                          |   |
| CG15 | Any documents produced by Debtors in response to pending discovery requests                                                                      |   |
| CG16 | Any documents produced by JP Morgan Chase Bank in response to pending discovery requests                                                         |   |
| CG17 | Any document identified in the exhibit lists of any other party to these proceedings not otherwise objectionable.                                |   |

## Witness List

The Consignment Group may call the following witnesses at the Hearing:

| Witness | Title/Role |
|---|---|
| A corporate designee of each of the 14 members of the Consignment Group | Custodian of Records |
| A corporate designee of the Debtor | TBD |
| A corporate designee of JPMorgan Chase Bank, N.A. | TBD |
| Any witness identified in the witness lists of any party to these proceedings not otherwise objectionable. | TBD |

Dated: August 18, 2025

Respectfully submitted,

McNamee, Hosea, P.A.

/s/ Craig M. Palik
Craig M. Palik, Esq. (Fed. Bar. No. 15254)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

*Counsel to the Consignment Group*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of August 2025, the foregoing Amended Exhibit and Witness List was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices.

/s/ Craig M. Palik
Craig M. Palik, Esq.