**From:** Diamond Comic Distributors <accountspayable@diamondcomics.com>
**Sent:** Tuesday, May 27, 2025 3:11 PM
**To:** Accounting
**Subject:** VENDORS Important Update on Outstanding Invoices and Future Payments

Diamond Comic Distributors | Diamond Retailer Services Website



# Important Update on Outstanding Invoices and Future Payments

Dear Diamond Consignment Vendor:

As we navigate the transition in ownership, we wanted to address questions we've received regarding outstanding invoices and future payment expectations.

**Bankruptcy Estate Responsible for Invoicing Related to All Sales Dated May 15 or Earlier**
Invoices dated May 15 and earlier fall under the responsibility of the bankruptcy estate. These obligations were incurred during the Chapter 11 proceedings and pertain to consignment inventory held in our warehouse. We understand the estate is reviewing these outstanding amounts; however, no payment timeline has been provided to us at this time.

**New Ownership Responsible for Invoicing Related to All Sales Activity May 16 Onward**
These obligations are fully separate from the bankruptcy estate and are actively being processed and paid under normal operating procedures. Our goal is to rebuild trust through action and consistency moving forward.

**The Difference Between *the Bankruptcy Estate* and *the New Organization***
We understand that the distinction between the bankruptcy estate and the new organization may be confusing. To clarify: the bankruptcy estate is a separate legal entity responsible for settling obligations incurred prior to the May 15 sale.

Diamond, now operating under the ownership of Ad Populum, is a new entity and the new organization, responsible for all obligations from May 16 onward. Our focus is on moving forward with a clean slate and restoring stability for our partners.

We are committed to maintaining strong, ongoing relationships with our vendor partners. If you have questions about specific invoices or need help determining which payments fall under which period, please contact your AP contact.

Thank you for your patience as we work through this transition.

EXHIBIT A



10150 York Road, Suite 300
Hunt Valley, MD 21030
PH: (443) 318-8500 - FAX: (410) 683-7084

This email was sent to accounting@ablazepublishing.com
MailID EM-62553