|DER| ✓ RETAIN

**David E Rice , U. S. BANKRUPTCY JUDGE**      Evidentiary Hrg: (Y) N
                                                Exhibits Filed: (Y) N

PROCEEDING MEMO - CHAPTER 11

Date: 08/18/2025  Time: 09:30

**CASE: 25-10308 Diamond Comic Distributors, Inc.**

Adam H Isenberg and Ashley N Fellona and Jeffrey C. Hampton Iand Jordan Rosenfeld and Mark Minuti and Nicholas Smargiassi and Paige Noelle Topper and Turner Falk representing Diamond Comic Distributors, Inc. (Debtor)

Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)

Bruce S. Nathan and Chelsea R Frankel and Dennis J. Shaffer and Gianfranco Finizio and Jung Yong Lee and Michael Papandrea and Richard L. Costella and Stephen B. Gerald representing Unsecured Creditors Committee (Creditor Committee)

[531] Debtor's Motion for Entry of an Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interest or Encumbrances and (III) Granted Related Relief. Fee Amount $199. Notice Served on 6/25/2025, Filed by Diamond Comic Distributors, Inc.. Objections due by 07/16/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for a date to be determined. (Attachments: #s4 Exhibit C - Lien Search Results) (Rosenfeld, Jordan)Modified on 6/26/2025 to enhance text to match PDF(McKenna, Shannon).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[598] Objection on behalf of Humanoids, Inc. Filed by Darek Bushnaq (related document(s) 531 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

C. Palik

**MOVANT** : Humanoids, Inc. BY D Bushnaq

[601] Objection on behalf of Ad Hoc Committee of Consignors Filed by Catherine Keller Hopkin (related document(s) 4 Exhibit B-Part 3)

**MOVANT** : Ad Hoc Committee of Consignors BY C Hopkin

[602] Objection on behalf of The Game Manufacturers Association and certain members Filed by Sam Alberts (related document(s) 2 Exhibit B - Collins Declaration)

**MOVANT** : The Game Manufacturers Association and certain members BY S Alberts

[603] Objection on behalf of Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy, Titan Publishing Group, Ltd., The Penn State University a/k/a Graphic Mundi, Punk Bot Comic Books, LLC a/k/a Alien Books, Panini UK, Ltd., Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, Massive Publishing, LLC, Magnetic Press, LLC, Heavy Metal International, LLC, Dynamic Forces, Inc. a/k/a Dynamite Entertainment, DSTLRY Media, Inc., Black Mask Studios, LLC, Aspen MLT, LLC /a/ka Aspen Comics Filed by Craig Palik (related document(s) 4 Proposed Order)

**MOVANT** : Aspen MLT, LLC /a/ka Aspen Comics Black Mask Studios, LLC DSTLRY Media, Inc. Dynamic Forces, Inc. a/k/a Dynamite Entertainment Heavy Metal International, LLC Magnetic Press, LLC Massive Publishing, LLC Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press Panini UK, Ltd. Punk Bot Comic Books, LLC a/k/a Alien Books The Penn State University a/k/a Graphic Mundi Titan Publishing Group, Ltd. Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy BY C Palik C Palik C Palik C Palik C Palik C Palik C Palik C Palik C Palik C Palik C Palik C Palik C Palik

[606] Objection Filed by Cryptozoic Entertainment, LLC (related document(s) 531 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : Cryptozoic Entertainment, LLC BY J Glikin J Davidson

[611] Reservation of Rights and Limited Objection on behalf of JPMorgan Chase Bank, N.A. Filed by Toyja E. Kelley Sr (related document(s) 531 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : JPMorgan Chase Bank, N.A. BY I Sharma K Culbertson J Young D Ruediger T Kelley

[612] Objection on behalf of Image Comics, Inc. Filed by Elizabeth Anne Scully (related document(s) 1 Exhibit A - Stephenson Declaration)

**MOVANT** : Image Comics, Inc. BY A Fletcher S Prince J Hoffman

[638] Motion to Sell Description of Assets attached as Exhibit B Free and Clear of Liens and Notice of Motion. Fee Amount $199. Notice Served on 7/23/2025, Filed by Diamond Comic Distributors, Inc.. Objections due by 08/13/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 08/18/2025 at 11:00 AM - Courtroom 9-D. (Attachments: #s3 Exhibit B - Share Sale and Purchase Agreement) (Rosenfeld, Jordan)Modified on 7/23/2025 to fix text to correctly reflect hearing information provided in notice. (McKenna, Shannon).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

[649] Motion To Stay *Debtors Motion For Entry of Order Approving (i) Procedures For Sale or Other Disposition of Consigned Inventory, (ii) Approving Sales or Other Disposition of Consigned Inventory Free And Clear of Liens, Claims, Interests or Encumbrances And (iii) Granting Related Relief* Filed by Ad Hoc Committee of Consignors (related document(s) 2 Proposed Order)

**MOVANT** : Ad Hoc Committee of Consignors BY C Hopkin

[653] Response on behalf of Unsecured Creditors Committee Filed by Dennis J. Shaffer (related document(s) 531 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

[674] Objection on behalf of Chris Robinson Filed by Chris Robinson (related document(s) 531 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc. ).

**MOVANT** : Chris Robinson (no aty)

[679] Motion *Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts with Members of Ad Hoc Committee of Consignors and for Related Relief* Filed by Ad Hoc Committee of Consignors. (Attachments: #s3 Notice of Motion)

**MOVANT** : Ad Hoc Committee of Consignors BY C Hopkin

[713] Line *Filing Supplemental Cases Supporting Motion to Stay* on behalf of Ad Hoc Committee of Consignors Filed by Catherine Keller Hopkin (related document(s) 649 Motion To Stay filed by Interested Party Ad Hoc Committee of Consignors).

**MOVANT** : Ad Hoc Committee of Consignors BY C Hopkin

[716] Reservation of Rights and Limited Objection of JPMorgan Chase Bank, N.A. to Debtor's Motion for Entry of an Order (I) Approving the Sale and Purchase Agreement Among Debtors Comic Exporters, Inc. and Comic Holdings, Inc. and Diamond Distributors UK, LTD (II) Approving Sale of Shares Free and Clear of all Liens, Claims Encumbrances and other Interests; And (III) Granting Relief Filed by Toyja E. Kelley Sr (related document(s) 638 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : JPMorgan Chase Bank, N.A. BY I Sharma K Culbertson J Young D Ruediger T Kelley

[727] Objection on behalf of Diamond Comic Distributors, Inc. Filed by Jordan Rosenfeld (related document(s) 713 Line filed by Interested Party Ad Hoc Committee of Consignors).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

> [728] Response on behalf of JPMorgan Chase Bank, N.A.
> Filed by Toyja E. Kelley Sr (related document(s)
> 1 Supplement Memorandum of Points and Authorities
> In Support of Omnibus Reply)

> [729] Opposition on behalf of JPMorgan Chase Bank, N.A.
> Filed by Toyja E. Kelley Sr (related document(s)
> 649 Motion To Stay filed by Interested Party
> Ad Hoc Committee of Consignors).

**MOVANT** : JPMorgan Chase Bank, N.A. BY I Sharma K Culbertson J Young D Ruediger T Kelley

> [730] Omnibus Reply in Support of Debtor's Motion
> for Entry of an Order Approving (I) Procedures for
> Sale or other Disposition of Consigned Inventory,
> (II) Approving Sales or Other Disposition of Consigned
> Inventory Free and Clear of Liens, Claims, Interests
> or Encumbrances and (III) Granting Related Relief
> on behalf of Diamond Comic Distributors, Inc. Filed
> by Jordan Rosenfeld (related document(s) 674
> Objection filed by Creditor Chris Robinson).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

> [735] Objection on behalf of Unsecured Creditors Committee
> Filed by Dennis J. Shaffer (related document(s)
> 649 Motion To Stay filed by Interested Party
> Ad Hoc Committee of Consignors).

**MOVANT** : Unsecured Creditors Committee BY D Shaffer B Nathan G Finizio M Papandrea C Frankel S Gerald J Lee R Costella

> [738] Objection on behalf of Diamond Comic Distributors,
> Inc. Filed by Jordan Rosenfeld (related document(s)
> 1 Exhibit A - August 5, 2025 Hearing Transcript)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

> [740] Opposition on behalf of JPMorgan Chase Bank, N.A.
> Filed by Toyja E. Kelley Sr (related document(s)
> 679 Motion for Miscellaneous Relief filed by
> Interested Party Ad Hoc Committee of Consignors).

**MOVANT** : JPMorgan Chase Bank, N.A. BY I Sharma K Culbertson J Young D Ruediger T Kelley

> [743] Line *Joinder* on behalf of Dark Horse Comics,
> LLC Filed by Craig Palik (related document(s) 603
> Objection filed by Creditor Aspen MLT, LLC /a/k/a
> Aspen Comics, Creditor Black Mask Studios, LLC,
> Creditor DSTLRY Media, Inc., Creditor Dynamic Forces,
> Inc. a/k/a Dynamite Entertainment, Creditor Heavy
> Metal International, LLC, Creditor Magnetic Press,

LLC, Creditor Massive Publishing, LLC, Creditor
Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press,
Creditor Panini UK, Ltd., Creditor Punk Bot Comic
Books, LLC a/k/a Alien Books, Creditor The Penn
State University a/k/a Graphic Mundi, Creditor Titan
Publishing Group, Ltd., Creditor Vault Storyworks,
LLC a/k/a Vault Comics f/k/a Creative Mind Energy).

**MOVANT** : Dark Horse Comics, LLC BY C Palik

[745] Stipulation Regarding Certain Facts and Authenticity
of Exhibits for Hearing Scheduled on August 18,2025
By Aspen MLT, LLC /a/ka Aspen Comics, Black Mask
Studios, LLC, DSTLRY Media, Inc., Dark Horse Comics,
LLC, Dynamic Forces, Inc., Heavy Metal International,
LLC, Magnetic Press, LLC, Massive Publishing, LLC,
Oni-Lion Forge Publishing Group, LLC f/k/a Oni
Press, Panini UK, Ltd., Punk Bot Comic Books, LLC
a/k/a Alien Books, The Penn State University a/k/a
Graphic Mundi, Titan Publishing Group, Ltd., Vault
Storyworks, LLC a/k/a Vault Comics f/k/a Creative
Mind Energy and Debtors and JPMorgan Chase Bank,
N.A., Filed by Craig Palik (related document(s)
531 Motion to Sell Free and Clear of Liens and
Notice of Motion filed by Debtor Diamond Comic Distributors,
Inc.).

**MOVANT** : Dynamic Forces, Inc. Aspen MLT, LLC /a/ka Aspen Comics Black Mask
Studios, LLC DSTLRY Media, Inc. Heavy Metal International, LLC Magnetic Press,
LLC Massive Publishing, LLC Oni-Lion Forge Publishing Group, LLC f/k/a Oni
Press Panini UK, Ltd. Punk Bot Comic Books, LLC a/k/a Alien Books The Penn
State University a/k/a Graphic Mundi Titan Publishing Group, Ltd. Vault
Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy Dark Horse
Comics, LLC BY J Fasano C Palik C Palik C Palik C Palik C Palik C Palik C Palik
C Palik C Palik C Palik C Palik C Palik C Palik C Palik

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____    Denied Approval_____    Deadline to file Amended D/S_____

    Other_____

    Confirmed_____    as modified by _____

    Denied Confirmation_____    with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted____    Denied____    Withdrawn____    Consent____    Default____    Under Adv.____

    Moot_____    Dismissed_____    Relief by Operation of Law (no order req.)_____

    Continued to: _____August 19, 2025 @ 10AM_____

DECISION:

    [ ] Signed by Court        [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel      [ ] Court

[ ] Respondent's counsel          [ ] Other _____

NOTES:

p. 638 - Granted.
p. 649 - Granted.