IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## *AD HOC* COMMITTEE OF CONSIGNORS' EXHIBIT LIST FOR AUGUST 18, 2025, HEARING

*Ad Hoc* Committee of Consignors (the "Consignors"),[2] by and through their undersigned counsel, submits this Exhibit List for use at the hearing scheduled for August 18, 2025 (the "Hearing"). The Consignors further note that discovery propounded on the Debtors as well as JPMorgan Chase Bank, N.A., and Sparkle Pop, LLC, is not due to the Consignors until August 15, 2025, and thus the Consignors reserve and do not waive the right to add additional exhibits as may be required and permitted by the Court.

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| AHC01 | Distribution Agreement – Ablaze, LLC | | | ✓ |
| AHC02 | Distribution Agreement – American Mythology Productions LLC | | | ✓ |
| AHC03 | Distribution Agreement – Avatar Press, Inc. | | | ✓ |
| AHC04 | Distribution Agreement – Andrew Kafoury, dba Battle Quest Comics | | | ✓ |
| AHC05 | First Amendment to Distribution Agreement – Andrew Kafoury, dba Battle Quest Comics | | | ✓ |
| AHC06 | Agreement for Bryan Seaton dba Action Lab | | | ✓ |
| AHC08 | Supply Agreement – Fantagraphics Books, Inc. | | | ✓ |
| AHC09 | Distribution Agreement – Green Ronin Publishing LLC | | | ✓ |
| AHC10 | Supply Agreement - Herman and Geer Communications, Inc., dba Hermes Press | | | ✓ |
| AHC11 | Distribution Agreement – Living the Line LLC | | | ✓ |

---

[1] The Debtors in these chapter 11 cases (the "Debtors") along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] The Consignors members are: (i) Ablaze, LLC, (ii) American Mythology Productions LLC, (iii) Avatar Press, Inc., (iv) Andrew Kafoury dba Battle Quest Comics, (v) Bryan Seaton dba Action Lab, (vi) Drawn & Quarterly Books Inc., (vii) Fantagraphics Books, Inc., (viii) Green Ronin Publishing LLC, (ix) Herman and Geer Communications, Inc., dba Hermes Press, (x) Living the Line LLC, (xi) Paizo, Inc., (xii) UDON Entertainment Inc., and (xiii) Zenescope Entertainment, Inc.

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| AHC12 | Distribution Agreement – Paizo, Inc. | | | ✓ |
| AHC13 | Supply Agreement – UDON Entertainment Inc. | | | ✓ |
| AHC14 | Distribution Agreement – Zenescope Entertainment, Inc. | | | ✓ |
| AHC15 | Report of Sales – January 14, 2025 through May 15, 2025 | | | |
| AHC16 | Report of Sales – May 16, 2025 through the Present | | | |
| AHC17 | Inventory Reports (Anticipated to be Produced by Debtors Per Discovery Due August 15, 2025) | | | ✓ |
| AHC18 | Transition Services Agreement | | | ✓ |