# SIGN IN SHEET

*** PLEASE PRINT ***

Case Name: Diamond Comic Distributors, Inc.

Case Number: 25-10308        Date of Hearing: Aug. 18, 2025

**Counsel Name:** | **Representing:**
---|---
Mark Minuti | Debtors
Paige Topper | Debtors
Dennis Shaffer | Official Committee Unsecured Creditors
Jonathan Young | JPMorgan Chase Bank
Craig Paul | Consignment Group

Page ___ of ___