**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF TYDINGS & ROSENBERG LLP,
AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD JULY 1, 2025 THROUGH JULY 31, 2025**

Name of Applicant:   **Tydings & Rosenberg LLP**

Authorized to Provide Professional Services to:  **Official Committee of Unsecured Creditors**

Date of Retention:  **March 17, 2025, effective as of January 31, 2025**

Period for Which Compensation and Reimbursement are sought:   **July 1, 2025 through
July 31, 2025**

Amount of Compensation Sought as Actual, Reasonable and Necessary: **$19,070.80 (80% of
$23,838.50)**

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: **$151.60**

This is a:  **Monthly Fee Statement**

**Prior Applications Filed:**   **Feb. 2025 (monthly) [docket no. 293], filed 4/1/25
March 2025 (monthly) [docket no. 384], filed 4/29/25
April 2025 (monthly) [docket no. 475], filed 5/30/25
May 2025 (monthly) [docket no. 549], filed 6/30/25
June 2025 (monthly) [docket no. 664], filed 7/29/25
First Interim (1/31/25 – 3/31/25) [docket no. 392], filed 4/30/25**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*,[2] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF TYDINGS & ROSENBERG LLP,
AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE
<u>PERIOD JUNE 1, 2025 THROUGH JUNE 30, 2025</u>**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 203] (the "<u>Interim Compensation Order</u>") entered by the Court on March 10, 2025, Tydings & Rosenberg LLP (the "<u>Firm</u>"), as local counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in chapter 11 cases (the "<u>Chapter 11 Cases</u>") of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), submits this Monthly Statement of Services Rendered and Expenses Incurred (the "<u>Statement</u>") for the period of July 1, 2025 through July 31, 2025 (the "<u>Statement Period</u>").

**I.     The Itemization of Services Rendered by the Firm**

1.     The hours spent in the Chapter 11 Case during the Statement Period for which the Firm seeks compensation, the hourly rate for each attorney and the resulting fees are as follows:

---

[2] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| Name | Position | Hours | Hourly Rate | Fees Earned |
|---|---|---|---|---|
| Dennis J. Shaffer | Partner | 18.9 | $625 | $           11,812.50 |
| Stephen B. Gerald | Partner | 18.3 | $620 | $           11,346.00 |
| Jessica J. Bustamante | Associate | 1.7 | $400 | 680.00 |
| **TOTAL** | | **38.9** | | $           **23,838.50** |

2.      The time records of the Firm submitted herewith, and incorporated herein, collectively attached hereto as **Exhibit A**, consist of a daily breakdown of the time spent by each person on each day and of the disbursements during the Statement Period.

## II.      The Itemization of Services Rendered and Disbursements Made by Category

3.      The following itemization breaks down the services rendered by the Firm by the service categories indicated and provides an aggregation of disbursements by form of disbursement.

### A.      Services Rendered.

4.      The following services were rendered in the following service categories:

| | Service Category | Hours | Fees | |
|---|---|---|---|---|
| 1. | General Administrative | 0.0 | $ | 0.00 |
| 2. | US Trustee Issues and Debtor Disclosures | 0.0 | $ | 0.00 |
| 3. | Operational Issues | 0.0 | $ | 0.00 |
| 4. | Regulatory/Securities | 0.0 | $ | 0.00 |
| 5. | Professionals – Debtor and Committee | 13.8 | $ | 8,188.00 |
| 6. | Avoidance Actions/Litigation/Contested Matters | 9.8 | $ | 6,118.50 |
| 7. | Secured Lender/Creditor Issues | 0.8 | $ | 499.00 |
| 8. | Sale Issues | 11.9 | $ | 7,414.00 |
| 9. | Plan and Disclosure Statement | 0.0 | $ | 0.00 |
| 10 | Unsecured Creditor Issues | 2.6 | $ | 1,619.00 |
| | **TOTAL** | **38.9** | **$** | **23,838.50** |

A detailed itemization of the services rendered in the above Service Categories is set forth in **Exhibit A.**

### B.      Disbursements Made.

5.      The Disbursements during the Statement Period were as follows:

6430166.1

a.   Pacer: $151.60

**C.**    **Total Services Rendered and Disbursements.**

b.    The total services rendered and disbursements made, after adjusting for write-offs, are as follows:

| Total Services | $23,838.50 |
|---|---|
| Total Disbursements | $151.60 |
| **TOTAL** | **$23,990.10** |

**D.**    **Amount Payable After Holdback.**

c.    The amount of the twenty percent (20%) holdback is $4,767.70 (the "<u>Holdback</u>").

d.    The amount payable for fees for the Statement Period, after adjusting for the Holdback, is $19,070.80.

e.    The amount payable for reimbursable disbursements during the Statement Period is $151.60.

f.    The Firm respectfully requests that eighty percent (80%) of the amount payable for services, and one hundred percent (100%) of reimbursable disbursements, in the total amount of **$19,222.40** be paid pursuant to the Interim Compensation Order.

Dated: August 18, 2025                    Respectfully Submitted,

**TYDINGS & ROSENBERG LLP**

*/s/ Stephen B. Gerald*
Dennis J. Shaffer (MD Fed. Bar No. 25680)
Stephen B. Gerald (MD Fed. Bar. No. 26590)
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone: (410) 752-9700
Email: dshaffer@tydings.com
        sgerald@tydings.com

*Local Counsel for the Official Committee of*
*Unsecured Creditors*

6430166.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of August, 2025, the foregoing was served via email on the following:

Robert Gorin, CRO rgorin@getzlerhenrich.com
Gerard R. Vetter gerard.r.vetter@usdoj.gov

And via the Court's CM/ECF filing system on the following:

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
Daniel Jack Blum jack.blum@polsinelli.com; lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
Laura Skowronski Bouyea lsbouyea@venable.com; dmdierdorff@venable.com
Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
Andrew Brown abrown@klestadt.com
David W.T. Daniels ddaniels@perkinscoie.com; docketnyc@perkinscoie.com;nvargas@perkinscoie.com; KMcClure@perkinscoie.com
Turner Falk turner.falk@saul.com,tnfalk@recap.email; Veronica.Marchiondo@saul.com
Justin Philip Fasano jfasano@mhlawyers.com; jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona ashley.fellona@saul.com; janice.mast@saul.com
Gianfranco Finizio gfinizio@lowenstein.com
Chelsea R Frankel cfrankel@lowenstein.com
Christopher J. Giaimo christopher.giaimo@squirepb.com; christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
Zvi Guttman zvi@zviguttman.com; zviguttman@gmail.com; zviguttman@outlook.com
Jeffrey C. Hampton jeffrey.hampton@saul.com
Adam H Isenberg adam.isenberg@saul.com
C. Kevin Kobbe kevin.kobbe@us.dlapiper.com; docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage korphagee@whiteandwilliams.com
Gary H. Leibowitz gleibowitz@coleschotz.com; pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
Mark Minuti mark.minuti@saul.com; robyn.warren@saul.com
Bruce S. Nathan bnathan@lowenstein.com
Michael Papandrea mpapandrea@lowenstein.com
Steven Gregory Polard steven.polard@ropers.com
Jordan Rosenfeld jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com; lianna.sarasola@arlaw.com
Indira Kavita Sharma indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.comom; errol.chapman@troutman.com; toyja.kelley@troutman.com
Nicholas Smargiassi nicholas.smargiassi@saul.com
Brent C. Strickland bstrickland@wtplaw.com; mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com

6430166.1

Paige Noelle Topper <u>paige.topper@saul.com</u>
US Trustee - Baltimore <u>USTPRegion04.BA.ECF@USDOJ.GOV</u>

<u>*/s/ Stephen B. Gerald*</u>
Stephen B. Gerald