# **Exhibit A**

DATE: 08/18/25 10:21:37 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071565)  # 155756                          Page 1

| | CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|---|
| | Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                                         BILLING INSTRUCTIONS
Professionals-Debtor and Committee (Rete

CLIENT ADDRESS                                                              MATTER ADDRESS
The Official Committee of Unsecured Creditors                               The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case                    for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                            100 Front Street
Riverside, NJ 08075                                                         Riverside, NJ 08075

CLIENT INFORMATION                                                          MATTER INFORMATION
PHONE:                                                                      PHONE:
CONTACT: Gregory Andonian                                                   CONTACT: Gregory Andonian
REFERRED BY:                                                                REFERRED BY:

STATUS:        OP                    DEPARTMENT:     500        Bankruptcy                FEE FREQ:    M
DATE OPENED:   03/06/25              MATTER TYPE:    3300       Creditor Committee        COST FREQ:   M
                                                                Representation
DATE CLOSED:                         ARRANGEMENT:    HRST       HRST

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:       07/30/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2758782 | SBG | 07/03/25 | B | 2.10 | 1302.00 | 2.10 | 1302.00 | 1302 | | | begin preparation of second interim fee application |
| 2761624 | SBG | 07/18/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 1488 | | | review drafts of CNOs, finalize and file |
| 2761540 | JJB | 07/18/25 | B | 1.70 | 680.00 | 1.70 | 680.00 | 2168 | | | Discussing case with S.Gerald (.3); reviewing Monthly Statements for TR, LS and BRG (.6); preparing Certificates of No |

DATE: 08/18/25 10:21:37  PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071565)  # 155756                                              Page 2

|  |  |  |  | WORKED | | BILLED | |  |  |  |  |
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  | Objection - TR, LS and BRG (.8) |
| 2763457 | SBG | 07/28/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2292 |  |  | emails regarding committee professional fee statements and fee apps |
| 2763481 | SBG | 07/28/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 2664 |  |  | prepare June monthly statement; review entries |
| 2763677 | SBG | 07/29/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 2912 |  |  | emails with LS regarding status of fee apps |
| 2763842 | SBG | 07/29/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 3408 |  |  | finalize and file committee June monthly fee statements |
| 2764201 | SBG | 07/30/25 | B | 1.70 | 1054.00 | 1.70 | 1054.00 | 4462 |  |  | work on second interim fee application |
| 2764997 | DJS | 07/31/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 4712 |  |  | Emails regarding filing of fee applications and completion of same; confer with Gerald regarding filing; review docs regarding same. |
| 2764999 | DJS | 07/31/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 5212 |  |  | Review Travel fee application and edit same. Calls and email with Gerald re same. |
| 2764366 | SBG | 07/31/25 | B | 1.80 | 1116.00 | 1.80 | 1116.00 | 6328 |  |  | further prep of fee application |
| 2764444 | SBG | 07/31/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 6700 |  |  | review and finalize BRG interim fee application |
| 2764668 | SBG | 07/31/25 | B | 2.40 | 1488.00 | 2.40 | 1488.00 | 8188 |  |  | work on finalizing, prepping and filing committee professional fee applications |

FEE SUBTOTAL                                      8,188.00

DATE: 08/18/25 10:21:37 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071565) # 155756                                    Page 3

|  |  |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | 40,678.80 |
| LESS PAYMENT(S) | (16,652.00) |
| BALANCE FORWARD | 24,026.80 |
| TIMECARD SUB-TOTAL (13.80) | 8,188.00 |
| DISBURSEMENT SUB-TOTAL | 0.00 |
| SUBTOTAL CURRENT PERIOD | 8,188.00 |
| TOTAL DUE | 32,214.80 |

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 1.20 | 8.7 | 750.00 | 9.20 |
| Gerald, Stephen B. | 620.00 | 10.90 | 79.0 | 6758.00 | 82.50 |
| Bustamante, Jessica J. | 400.00 | 1.70 | 12.3 | 680.00 | 8.30 |
| TOTALS |  | 13.80 |  | 8188.00 |  |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 77,164.00 | 0.00 | 0.00 | 0.00 | 77,164.00 |
| CR | Cash Receipts | -53,137.20 | 0.00 | 0.00 | 0.00 | -53,137.20 |
|  | TOTALS | 24,026.80 | 0.00 | 0.00 | 0.00 | 24,026.80 |

AGED ACCOUNTS RECEIVABLE:            0.00 (-30)        2,859.00 (31-60)        7,883.50 (61-90)        4,163.00 (91-120)        9,121.30 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 08/18/25 10:21:04   PRO FORMA STATEMENT AS OF 07/31/25   FOR FILE (D02748.071564)  # 155755                                                                                     Page 1

| | | | | |
|---|---|---|---|---|
| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
| Diamond Comic Creditors' Committee | D02748 | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| Avoidance Actions/Litigation/Contested M | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors for the Diamond Comic Distributors, Inc. Bankruptcy Case 100 Front Street Riverside, NJ 08075 | The Official Committee of Unsecured Creditors for the Diamond Comic Distributors, Inc. Bankruptcy Case 100 Front Street Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: CONTACT: Gregory Andonian REFERRED BY: | PHONE: CONTACT: Gregory Andonian REFERRED BY: |

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:          0.00
UNAPPLIED AMOUNT:      0.00

LAST BILL DATE:        07/30/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2761729 | DJS | 07/01/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 563 | | | Read motion of Dynamic Forces for administrative claim demand and confer with Gerald regarding same. |
| 2761730 | DJS | 07/01/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 813 | | | Additional follow up on Dynamic Forces admin claim expense and debtor position regarding same. |
| 2761732 | DJS | 07/01/25 | B | 1.40 | 875.00 | 1.40 | 875.00 | 1688 | | | Follow up on Dynamic Forces |

DATE: 08/18/25 10:21:04   PRO FORMA STATEMENT AS OF 07/31/25   FOR FILE (D02748.071564)  # 155755                                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | filing for expedited relief; call with co-counsel regarding same; further review of open issues and relation to consignment motion issues. |
| 2758676 | SBG | 07/01/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 2060 | | | calls regarding hearing on motion to shorten tie regarding admin claim and case status; hearing |
| 2758680 | SBG | 07/01/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2122 | | | emails regarding hearing on admin |
| 2761737 | DJS | 07/02/25 | B | 1.40 | 875.00 | 1.40 | 875.00 | 2997 | | | Prepare for hearing on Dynamic request for expedited hearing on merits of administrative expense request (.9); review filings regarding same (.2); discussion with co-counsel regarding same (.3) |
| 2761738 | DJS | 07/02/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 3434 | | | Attend hearing on motion to expedite Dynamic hearing on admin expense motion and follow up discussions with co-counsel regarding same. |
| 2758670 | SBG | 07/02/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3558 | | | emails regarding status of hearing regarding admin claim |
| 2761749 | DJS | 07/07/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 3746 | | | Follow up on open issues for consignment and administrative expense claims issues |
| 2761757 | DJS | 07/07/25 | B | 0.10 | 62.50 | 0.10 | 62.50 | 3808 | | | Follow up regarding Dynamic motion for admin expense claim |
| 2759427 | SBG | 07/08/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3870 | | | emails regarding AENT pretrial |
| 2759658 | SBG | 07/09/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3932 | | | emails regarding AENT pretrial |
| 2761004 | DJS | 07/16/25 | B | 2.10 | 1312.50 | 2.10 | 1312.50 | 5245 | | | Prepare for and attend hearing on Motion to Intervene filed by Debtor in Sparkle Pop adversary. |
| 2761167 | SBG | 07/16/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 5369 | | | emails regarding hearing on motion to intervene; confer with D.Shaffer regarding same |

DATE: 08/18/25 10:21:04 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071564)  # 155755                                        Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2761787 | DJS | 07/18/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 5494 | | | Review of proposed form of order for lease rejection and communication with co-counsel regarding same. |
| 2763291 | DJS | 07/25/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 5744 | | | Read stay motion from consignors; confer with Gerald regarding same |
| 2763293 | DJS | 07/25/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 6119 | | | Final review of committee response to consignment motion; prep for filing and file; communication with co-counsel re same. |

```
                FEE SUBTOTAL                              6,118.50


BALANCE DUE FROM PREVIOUS STATEMENT                                  5,826.50
LESS PAYMENT(S)                                                       (947.20)

BALANCE FORWARD                                                      4,879.30

TIMECARD SUB-TOTAL (9.80)                     6,118.50
DISBURSEMENT SUB-TOTAL                            0.00
SUBTOTAL CURRENT PERIOD                       6,118.50
TOTAL DUE                                                           10,997.80
```

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 8.50 | 86.7 | 5312.50 | 86.80 |
| Gerald, Stephen B. | 620.00 | 1.30 | 13.3 | 806.00 | 13.20 |
| TOTALS | | 9.80 | | 6118.50 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 6,174.50 | 0.00 | 0.00 | 0.00 | 6,174.50 |
| CR | Cash Receipts | -1,295.20 | 0.00 | 0.00 | 0.00 | -1,295.20 |

DATE: 08/18/25 10:21:04 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071564)  # 155755                                                     Page 4

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---:|---:|---:|---:|---:|
| | TOTALS | 4,879.30 | 0.00 | 0.00 | 0.00 | 4,879.30 |

AGED ACCOUNTS RECEIVABLE:        0.00  (-30)        4,555.50  (31-60)        0.00  (61-90)        236.80  (91-120)        87.00  (+)

```
( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL
```

DATE: 08/18/25 10:19:01 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071560)  # 155751                                                      Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
|  |  | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                              BILLING INSTRUCTIONS
Secured Lender/Creditor Issues

CLIENT ADDRESS                                                  MATTER ADDRESS
The Official Committee of Unsecured Creditors                   The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case        for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                100 Front Street
Riverside, NJ 08075                                             Riverside, NJ 08075

CLIENT INFORMATION                                              MATTER INFORMATION
PHONE:                                                          PHONE:
CONTACT: Gregory Andonian                                       CONTACT: Gregory Andonian
REFERRED BY:                                                    REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: |  | ARRANGEMENT: | HRST | HRST |  |  |

TRUST AMOUNT:                     0.00
UNAPPLIED AMOUNT:                 0.00

LAST BILL DATE:        07/30/25

TIME ENTRIES

|  |  |  |  | WORKED | | BILLED | | | | | |
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2761741 | DJS | 07/02/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 375 |  |  | Follow up regarding extension of DIP facility |
| 2758665 | SBG | 07/02/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 499 |  |  | confer with D.Shaffer regarding hearing on motion to shorten |

FEE SUBTOTAL                                              499.00

DATE: 08/18/25 10:19:01 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071560)  # 155751                                                        Page 2

```
BALANCE DUE FROM PREVIOUS STATEMENT                     20,526.50
LESS PAYMENT(S)                                         (2,941.20)

BALANCE FORWARD                                         17,585.30

TIMECARD SUB-TOTAL (0.80)              499.00
DISBURSEMENT SUB-TOTAL                   0.00
SUBTOTAL CURRENT PERIOD                499.00
TOTAL DUE                                               18,084.30
```

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 0.60 | 75.0 | 375.00 | 75.20 |
| Gerald, Stephen B. | 620.00 | 0.20 | 25.0 | 124.00 | 24.80 |
| TOTALS | | 0.80 | | 499.00 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 41,782.50 | 0.00 | 0.00 | 0.00 | 41,782.50 |
| CR | Cash Receipts | -24,197.20 | 0.00 | 0.00 | 0.00 | -24,197.20 |
| | TOTALS | 17,585.30 | 0.00 | 0.00 | 0.00 | 17,585.30 |

AGED ACCOUNTS RECEIVABLE:        0.00 (-30)        6,230.50 (31-60)        5,305.50 (61-90)        735.30 (91-120)        5,314.00 (+)

```
( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL
```

DATE: 08/18/25 10:20:27   PRO FORMA STATEMENT AS OF 07/31/25   FOR FILE (D02748.071563)  # 155754                                                                 Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| Sale Issues | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors for the Diamond Comic Distributors, Inc. Bankruptcy Case 100 Front Street Riverside, NJ 08075 | The Official Committee of Unsecured Creditors for the Diamond Comic Distributors, Inc. Bankruptcy Case 100 Front Street Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: CONTACT: Gregory Andonian REFERRED BY: | PHONE: CONTACT: Gregory Andonian REFERRED BY: |

STATUS:        OP                              DEPARTMENT:    500         Bankruptcy                 FEE FREQ:    M
DATE OPENED:   03/06/25                        MATTER TYPE:   3300        Creditor Committee         COST FREQ:   M
                                                                          Representation
DATE CLOSED:                                   ARRANGEMENT:   HRST        HRST

TRUST AMOUNT:                   0.00
UNAPPLIED AMOUNT:               0.00

LAST BILL DATE:        07/30/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2761752 | DJS | 07/08/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 125 | | | Call from counsel to creditor regarding consignment issues. |
| 2759657 | SBG | 07/09/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 249 | | | review objection regarding consignment; emails with team regarding same |
| 2760441 | SBG | 07/14/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 311 | | | review motion to continue hearing on consignment motion |

DATE: 08/18/25 10:20:27 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071563)  # 155754                                                             Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2760442 | SBG | 07/14/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 373 | | | review objection to consignment motion |
| 2761175 | SBG | 07/16/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 435 | | | emails with team regarding hearing on motion to continue hearing on consignment motion |
| 2761777 | DJS | 07/17/25 | B | 1.30 | 812.50 | 1.30 | 812.50 | 1248 | | | Prepare for and attend virtual hearing on Debtors' motion to continue date on consignment motion. |
| 2761779 | DJS | 07/17/25 | B | 1.60 | 1000.00 | 1.60 | 1000.00 | 2248 | | | Follow up calls and emails with co-counsel regarding consignment motion issues and hearing on August 5 to consider next step on the motion. |
| 2761455 | SBG | 07/17/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2372 | | | emails regarding hearing on motion to continue hearing on consignment motion |
| 2761790 | DJS | 07/18/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 2497 | | | Review of stipulation extending time for committee to respond to consignment motion and emails regarding same. |
| 2761628 | SBG | 07/18/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2621 | | | emails regarding consignment and related issues |
| 2763298 | DJS | 07/21/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 2996 | | | Review issues concerning pro se filings as raised by Judge Rice; review same and begin preparing email to send to group. |
| 2762139 | SBG | 07/21/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3058 | | | emails regarding notice to consignors |
| 2762201 | SBG | 07/21/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3182 | | | confer with D.Shaffer regarding notice to objectors, further emails regarding same |
| 2763302 | DJS | 07/22/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 3432 | | | Follow up regarding Judge Rice request to communicate with pro se litigants regarding consignment motion responses; finalize email and send same; communications with co-counsel regarding same. |

DATE: 08/18/25 10:20:27 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071563)  # 155754                                                                                                      Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2763310 | DJS | 07/22/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 3932 | | | Follow up regarding response to consignment motion and review drafts of same; call with Gerald regarding same; emails with co-counsel regarding same. |
| 2762465 | SBG | 07/22/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 4242 | | | review consignment reservation of rights; comments regarding same; emails regarding same |
| 2763315 | DJS | 07/23/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 4492 | | | Review information for consignment objections and prepare notes for call with Administrative hoc committee counsel; confer with Gerald and emails with co-counsel regarding same. |
| 2763317 | DJS | 07/23/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 4992 | | | Further discussion and emails with co-counsel regarding Consignment motion response, and follow up on extension of committee deadline to file response. |
| 2762727 | SBG | 07/23/25 | B | 1.20 | 744.00 | 1.20 | 744.00 | 5736 | | | emails regarding status of consignment, UK sale, and related issues |
| 2762733 | SBG | 07/23/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 6046 | | | review UK sale motion; emails regarding same |
| 2763351 | DJS | 07/24/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 6608 | | | Prepare for call with Consignor Administrative hoc committee counsel; call with Gerald regarding same; call with Cate Hopkin and follow up. |
| 2763009 | SBG | 07/24/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 6918 | | | call with C.Hopkin regarding status of consignment motion and related issues; review email draft and follow up |
| 2763013 | SBG | 07/24/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 7166 | | | confer with D.Shaffer regarding consignment issues |
| 2763430 | SBG | 07/25/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 7290 | | | emails regarding filing of statement regarding consignment motion |

DATE: 08/18/25 10:20:27 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071563)  # 155754                                            Page 4

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2763448 | SBG | 07/26/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 7414 | | | emails with team regarding Adhoc committee filing and issues raised on call |

FEE SUBTOTAL                                           7,414.00

BALANCE DUE FROM PREVIOUS STATEMENT                                 55,063.80
LESS PAYMENT(S)                                                    (36,890.80)

BALANCE FORWARD                                                     18,173.00

TIMECARD SUB-TOTAL (11.90)                 7,414.00
DISBURSEMENT SUB-TOTAL                         0.00
SUBTOTAL CURRENT PERIOD                    7,414.00
TOTAL DUE                                                           25,587.00

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 7.20 | 60.5 | 4500.00 | 60.70 |
| Gerald, Stephen B. | 620.00 | 4.70 | 39.5 | 2914.00 | 39.30 |
| TOTALS | | 11.90 | | 7414.00 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 64,677.00 | 0.00 | 0.00 | 0.00 | 64,677.00 |
| CR | Cash Receipts | -46,504.00 | 0.00 | 0.00 | 0.00 | -46,504.00 |
| | TOTALS | 18,173.00 | 0.00 | 0.00 | 0.00 | 18,173.00 |

DATE: 08/18/25 10:20:27 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071563)  # 155754                                                                 Page 5

AGED ACCOUNTS RECEIVABLE:        0.00  (-30)        2,683.00  (31-60)        3,864.00  (61-90)        9,222.70  (91-120)        2,403.30  (+)

       ( ) BILL COSTS AND FEES      ( ) DO NOT BILL
       ( ) BILL FEES ONLY           ( ) CLOSE FILE
       ( ) BILL COSTS ONLY         ( ) FINAL BILL

DATE: 08/18/25 10:19:45 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071561)  # 155752                                Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
|  |  | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                           BILLING INSTRUCTIONS
General Unsecured Creditor Issues

CLIENT ADDRESS                                               MATTER ADDRESS
The Official Committee of Unsecured Creditors                The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case     for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                             100 Front Street
Riverside, NJ 08075                                          Riverside, NJ 08075

CLIENT INFORMATION                                           MATTER INFORMATION
PHONE:                                                       PHONE:
CONTACT: Gregory Andonian                                    CONTACT: Gregory Andonian
REFERRED BY:                                                 REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: |  | ARRANGEMENT: | HRST | HRST |  |  |

TRUST AMOUNT:               0.00
UNAPPLIED AMOUNT:           0.00

LAST BILL DATE:         07/30/25

TIME ENTRIES

|  |  |  |  | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2761760 | DJS | 07/08/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 125 |  |  | Follow up emails and discussion regarding upcoming committee calls and open issues in case. |
| 2759428 | SBG | 07/08/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 187 |  |  | committee email regarding status |
| 2759663 | SBG | 07/09/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 249 |  |  | review order regarding rejection |
| 2760707 | DJS | 07/15/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 437 |  |  | Review filing of administrative |

DATE: 08/18/25 10:19:45 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071561)  # 155752                Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | expense claim request and update on hearing; emails with Committee co-counsel regarding upcoming hearing. |
| 2761174 | SBG | 07/16/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 499 | | | committee email regarding status |
| 2761776 | DJS | 07/17/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 1061 | | | Committee meeting |
| 2761453 | SBG | 07/17/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 1557 | | | committee call |
| 2762317 | SBG | 07/22/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1619 | | | committee email regarding status |

FEE SUBTOTAL                                1,619.00

BALANCE DUE FROM PREVIOUS STATEMENT                              10,049.60
LESS PAYMENT(S)                                                   (3,932.80)

BALANCE FORWARD                                                    6,116.80

TIMECARD SUB-TOTAL (2.60)             1,619.00
DISBURSEMENT SUB-TOTAL                    0.00
SUBTOTAL CURRENT PERIOD               1,619.00
TOTAL DUE                                                          7,735.80

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 1.40 | 53.8 | 875.00 | 54.00 |
| Gerald, Stephen B. | 620.00 | 1.20 | 46.2 | 744.00 | 46.00 |
| TOTALS | | 2.60 | | 1619.00 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 13,886.00 | 0.00 | 0.00 | 0.00 | 13,886.00 |
| CR | Cash Receipts | -7,769.20 | 0.00 | 0.00 | 0.00 | -7,769.20 |

DATE: 08/18/25 10:19:45 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071561)  # 155752                                              Page 3

## MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| | TOTALS | 6,116.80 | 0.00 | 0.00 | 0.00 | 6,116.80 |

AGED ACCOUNTS RECEIVABLE:         0.00  (-30)        1,309.00  (31-60)        2,865.50  (61-90)        983.20  (91-120)        959.10  (+)

```
( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL
```

DATE: 08/18/25 10:17:54 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071475)  # 155733                                                Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS
Bankruptcy

CLIENT ADDRESS                                        MATTER ADDRESS
The Official Committee of Unsecured Creditors         The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                      100 Front Street
Riverside, NJ 08075                                   Riverside, NJ 08075

CLIENT INFORMATION                                    MATTER INFORMATION
PHONE:                                                PHONE:
CONTACT: Gregory Andonian                             CONTACT: Gregory Andonian
REFERRED BY:                                          REFERRED BY:

STATUS:         OP                DEPARTMENT:     500         Bankruptcy                 FEE FREQ:       M
DATE OPENED:    02/03/25          MATTER TYPE:    3300        Creditor Committee         COST FREQ:      M
                                                              Representation
DATE CLOSED:                      ARRANGEMENT:    HRST        HRST

TRUST AMOUNT:                     0.00
UNAPPLIED AMOUNT:                 0.00

LAST BILL DATE:      06/30/25

COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE |
|---|---|---|---|---|---|
| 915726 | 07/07/25 | B | 151.60 | VENDOR: Pacer Service Center; INVOICE#: 3942592-Q22025; DATE: 7/7/2025 - Acct #3942592 4/1/25-6/30/25 DJS | PA |
|  |  |  | 151.60 |  |  |

DATE: 08/18/25 10:17:54 PRO FORMA STATEMENT AS OF 07/31/25  FOR FILE (D02748.071475)  # 155733                               Page 2

```
        BALANCE DUE FROM PREVIOUS STATEMENT                      1,245.07
        LESS PAYMENT(S)                                           (775.00)

        BALANCE FORWARD                                             470.07

        TIMECARD SUB-TOTAL (0)                     0.00
        DISBURSEMENT SUB-TOTAL                   151.60
        SUBTOTAL CURRENT PERIOD                  151.60
        TOTAL DUE                                                   621.67
```

### COST CODE SUMMARY

| COST CODE | | AMOUNT |
|---|---|---|
| PA | Pacer Service | 151.60 |
| COST TOTAL | | 151.60 |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 0.00 | 1,018.24 | 2,842.40 | 0.00 | 3,860.64 |
| CR | Cash Receipts | 0.00 | -557.97 | -2,832.60 | 0.00 | -3,390.57 |
| | TOTALS | 0.00 | 460.27 | 9.80 | 0.00 | 470.07 |

AGED ACCOUNTS RECEIVABLE:          0.00  (-30)          0.00  (31-60)          375.47  (61-90)          0.00  (91-120)          94.60  (+)

```
        (  ) BILL COSTS AND FEES        (  ) DO NOT BILL
        (  ) BILL FEES ONLY             (  ) CLOSE FILE
        (  ) BILL COSTS ONLY            (  ) FINAL BILL
```