# **EXHIBIT A**

In re: Diamond Comic Distributors, Inc.



**Exhibit A: Time Detail**

## Berkeley Research Group, LLC

### For the Period 7/1/2025 through 7/31/2025

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 7/10/2025 | J. Emerson | 1.1 | Prepared illustrative alternative recoveries related to consignment inventory. |
| 7/14/2025 | J. Emerson | 0.4 | Reviewed certain objections related to consignment motion. |
| 7/23/2025 | J. Emerson | 0.4 | Commented on Debtors' Motion to sell certain assets at the request of Counsel. |
| 7/25/2025 | J. Emerson | 0.2 | Reviewed Committee's statement re: consignment motion. |
| **Task Code Total Hours** | | **2.1** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 7/2/2025 | E. Degnan | 0.5 | Prepared June fee statement. |
| 7/3/2025 | M. Haverkamp | 0.1 | Prepared June fee statement. |
| 7/14/2025 | E. Degnan | 2.9 | Prepared second interim fee application. |
| 7/15/2025 | M. Haverkamp | 2.1 | Edited June fee statement. |
| 7/15/2025 | E. Degnan | 1.0 | Prepared second interim fee application. |
| 7/22/2025 | E. Degnan | 0.6 | Prepared June fee statement. |
| 7/22/2025 | M. Haverkamp | 0.4 | Edited Diamond Comics June fee statement. |
| 7/29/2025 | H. Henritzy | 2.9 | Edited second interim fee application. |
| 7/29/2025 | M. Haverkamp | 0.2 | Edited June fee statement. |
| 7/30/2025 | M. Haverkamp | 0.2 | Edited Diamond Comics second interim fee application. |
| 7/31/2025 | M. Haverkamp | 0.2 | Reviewed second interim fee application ahead of filing. |
| **Task Code Total Hours** | | **11.1** | |
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 7/17/2025 | J. Emerson | 1.0 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) re: general update on case matters. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| *Task Code Total Hours* | | *1.0* | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 7/3/2025 | J. Emerson | 0.6 | Prepared certain preference analysis. |
| 7/16/2025 | J. Emerson | 1.3 | Revised potential recovery analysis to reflect incentive analysis. |
| 7/16/2025 | J. Emerson | 0.7 | Reviewed incentive analysis in comparison to initial projected recoveries. |
| 7/23/2025 | J. Emerson | 0.9 | Updated illustrative recoveries analysis to reflect Debtors' motion to sell certain assets. |
| 7/23/2025 | J. Emerson | 0.4 | Updated illustrative recoveries analysis to reflect Debtors' motion to sell certain assets. |
| 7/30/2025 | J. Emerson | 0.4 | Revised potential recovery analysis based on latest DIP balance. |
| *Task Code Total Hours* | | *4.3* | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 7/17/2025 | J. Emerson | 0.9 | Revised anticipated liquidity based on Debtors latest DIP balance through week ending 7/12. |
| 7/18/2025 | J. Emerson | 1.2 | Updated expected liquidity analysis to reflect activity through week ending 7/12. |
| *Task Code Total Hours* | | *2.1* | |
| **Total Hours** | | **20.6** | |