## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD JUNE 1, 2025 THROUGH JUNE 30, 2025**

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby certifies that they have received no answer, objection or any other responsive pleading with respect to the *Fifth Monthly Fee Statement of Lowenstein Sandler LLP, as Co-Counsel for the Official Committee of Unsecured Creditors for Services Rendered and Expenses Incurred for the Period June 1, 2025 Through June 30, 2025* [Docket No. 663] (the "Application") of Lowenstein Sandler LLP ("Applicant"). The undersigned further certifies that it has reviewed the Court's docket in these chapter 11 cases and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Court on the date listed on **Exhibit A**.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order") [Docket No.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have fourteen (14) days after the date of service to object to the Application.

6430180.1

203], entered on March 10, 2025, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application.

Dated: August 19, 2025

| **TYDINGS & ROSENBERG LLP** | **LOWENSTEIN SANDLER LLP** |
|---|---|
| | Bruce S. Nathan (admitted *pro hac vice*) |
| */s/ Stephen B. Gerald* | Gianfranco Finizio (admitted *pro hac vice*) |
| Dennis J. Shaffer (MD Bar No. 25680) | Chelsea R. Frankel (admitted *pro hac vice*) |
| Stephen B. Gerald (MD Bar No. 26590) | 1251 Avenue of the Americas |
| 1 East Pratt Street, Suite 901 | New York, NY 10020 |
| Baltimore, MD 21202 | Telephone: (212) 262-6700 |
| Telephone: (410) 752-9700 | Email: bnathan@lowenstein.com |
| Email: dshaffer@tydings.com | gfinizio@lowenstein.com |
| sgerald@tydings.com | cfrankel@lowenstein.com |

-and-

Michael Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Co-counsel to the Official Committee of Unsecured Creditors*

6430180.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of August, 2025, the foregoing was served via email on the following

Robert Gorin, CRO rgorin@getzlerhenrich.com
Gerard R. Vetter gerard.r.vetter@usdoj.gov

And, via the Court's CM/ECF filing system on the parties set forth below.

- Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- Andrew Brown    abrown@klestadt.com
- Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com
- David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com
- Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio    gfinizio@lowenstein.com
- Chelsea R Frankel    cfrankel@lowenstein.com
- Stephen B. Gerald    sgerald@tydings.com
- Christopher J. Giaimo    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com
- Jeffrey C. Hampton    jeffrey.hampton@saul.com
- Adam H Isenberg    adam.isenberg@saul.com
- Toyja E. Kelley    toyja.kelley@lockelord.com
- C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- Eric George Korphage    korphagee@whiteandwilliams.com
- Jung Yong Lee    jlee@tydings.com, mhickman@tydings.com
- Gary H. Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com

6430180.1

3

- Bruce S. Nathan     bnathan@lowenstein.com
- Michael Papandrea     mpapandrea@lowenstein.com
- Steven Gregory Polard     steven.polard@ropers.com
- Jordan Rosenfeld     jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- Elizabeth Anne Scully     escully@bakerlaw.com
- Dennis J. Shaffer     dshaffer@tydings.com, scalloway@tydings.com;mhickman@tydings.com;jlee@tydings.com
- Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- Nicholas Smargiassi     nicholas.smargiassi@saul.com
- Brent C. Strickland     bstrickland@wtplaw.com, mbaum@wtplaw.com;brent-strickland-3227@ecf.pacerpro.com
- Paige Noelle Topper     paige.topper@saul.com
- US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV

*/s/ Stephen B. Gerald*
Stephen B. Gerald

## EXHIBIT A

**DIAMOND COMIC DISTRIBUTORS, INC.,** *et al.*
**CASE NO. 25-10308 (DER)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Applications Filed | Objection Deadline |
|---|---|---|---|---|---|
| Lowenstein Sandler LLP [Docket No. 663] | 6/1/25 – 6/30/25 | $136,826.00 (Fees) $899.85 (Expenses) | $109,460.80 (Fees @ 80%) $899.85 (Expenses @ 100%) | 7/29/25 | 8/12/2025 |

6430180.1