|DER|                                              _____RETAIN

_____

**David E Rice , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: (Y)N
                                                   Exhibits Filed: (Y)N

PROCEEDING MEMO - CHAPTER 11

Date: 08/19/2025 Time: 10:00

**CASE: 25-10308 Diamond Comic Distributors, Inc.**

Adam H Isenberg and Ashley N Fellona and Jeffrey C. Hampton Iand Jordan
Rosenfeld and Mark Minuti and Nicholas Smargiassi and Paige Noelle
Topper and Turner Falk representing Diamond Comic Distributors, Inc.
(Debtor)

Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S.
Trustee)

Bruce S. Nathan and Chelsea R Frankel and Dennis J. Shaffer and
Gianfranco Finizio and Jung Yong Lee and Michael Papandrea and Richard
L. Costella and Stephen B. Gerald representing Unsecured Creditors
Committee (Creditor Committee)

[531] Debtor's Motion for Entry of an Order Approving         J. Young -
(I) Procedures for Sale or Other Disposition of              C. Palik -
Consigned Inventory, (II) Approving Sales or Other
Disposition of Consigned Inventory Free and Clear
of Liens, Claims, Interest or Encumbrances and (III)
Granted Related Relief. Fee Amount $199. Notice
Served on 6/25/2025, Filed by Diamond Comic Distributors,
Inc.. Objections due by 07/16/2025. with three
additional calendar days allowed if all parties
are not served electronically. Hearing scheduled
for a date to be determined. (Attachments: #s4
Exhibit C - Lien Search Results) (Rosenfeld, Jordan)Modified
on 6/26/2025 to enhance text to match PDF(McKenna,
Shannon).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J
Hampton M Minuti A Isenberg P Topper N Smargiassi

[598] Objection on behalf of Humanoids, Inc. Filed by
Darek Bushnaq (related document(s) 531 Motion
to Sell Free and Clear of Liens and Notice of Motion
filed by Debtor Diamond Comic Distributors, Inc.
).

**MOVANT** : Humanoids, Inc. BY D Bushnaq

[601] Objection on behalf of Ad Hoc Committee of Consignors
Filed by Catherine Keller Hopkin (related document(s)
4 Exhibit B-Part 3)

**MOVANT** : Ad Hoc Committee of Consignors BY C Hopkin

[602] Objection on behalf of The Game Manufacturers Association
and certain members Filed by Sam Alberts (related
document(s) 2 Exhibit B - Collins Declaration)

**MOVANT** : The Game Manufacturers Association and certain members BY S Alberts

[603] Objection on behalf of Vault Storyworks, LLC a/k/a
Vault Comics f/k/a Creative Mind Energy, Titan Publishing
Group, Ltd., The Penn State University a/k/a Graphic
Mundi, Punk Bot Comic Books, LLC a/k/a Alien Books,
Panini UK, Ltd., Oni-Lion Forge Publishing Group,
LLC f/k/a Oni Press, Massive Publishing, LLC, Magnetic
Press, LLC, Heavy Metal International, LLC, Dynamic
Forces, Inc. a/k/a Dynamite Entertainment, DSTLRY
Media, Inc., Black Mask Studios, LLC, Aspen MLT,
LLC /a/ka Aspen Comics Filed by Craig Palik (related
document(s) 4 Proposed Order)

**MOVANT** : Aspen MLT, LLC /a/ka Aspen Comics Black Mask Studios, LLC DSTLRY
Media, Inc. Dynamic Forces, Inc. a/k/a Dynamite Entertainment Heavy Metal
International, LLC Magnetic Press, LLC Massive Publishing, LLC Oni-Lion Forge
Publishing Group, LLC f/k/a Oni Press Panini UK, Ltd. Punk Bot Comic Books, LLC
a/k/a Alien Books The Penn State University a/k/a Graphic Mundi Titan
Publishing Group, Ltd. Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative
Mind Energy BY C Palik C Palik C Palik C Palik C Palik C Palik C Palik C Palik
C Palik C Palik C Palik C Palik C Palik

[606] Objection Filed by Cryptozoic Entertainment, LLC
(related document(s) 531 Motion to Sell Free
and Clear of Liens and Notice of Motion filed by
Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : Cryptozoic Entertainment, LLC BY J Glikin J Davidson

[611] Reservation of Rights and Limited Objection on behalf
of JPMorgan Chase Bank, N.A. Filed by Toyja E. Kelley
Sr (related document(s) 531 Motion to Sell Free
and Clear of Liens and Notice of Motion filed by
Debtor Diamond Comic Distributors, Inc.).

**MOVANT** : JPMorgan Chase Bank, N.A. BY I Sharma K Culbertson J Young D Ruediger
T Kelley

[612] Objection on behalf of Image Comics, Inc. Filed
by Elizabeth Anne Scully (related document(s) 1
Exhibit A - Stephenson Declaration)

**MOVANT** : Image Comics, Inc. BY A Fletcher S Prince J Hoffman

[653] Response on behalf of Unsecured Creditors Committee
Filed by Dennis J. Shaffer (related document(s)
531 Motion to Sell Free and Clear of Liens and
Notice of Motion filed by Debtor Diamond Comic Distributors,
Inc.).

[674] Objection on behalf of Chris Robinson Filed by Chris
Robinson (related document(s) 531 Motion to
Sell Free and Clear of Liens and Notice of Motion
filed by Debtor Diamond Comic Distributors, Inc.
).

**MOVANT** : Chris Robinson (no aty)

[679] Motion *Seeking Entry of an Order Requiring the
Debtors to Assume or Reject Executory Contracts*

*with Members of Ad Hoc Committee of Consignors and
for Related Relief* Filed by Ad Hoc Committee
of Consignors. (Attachments: #s3 Notice of Motion)

**MOVANT** : Ad Hoc Committee of Consignors BY C Hopkin

[728] Response on behalf of JPMorgan Chase Bank, N.A.
Filed by Toyja E. Kelley Sr (related document(s)
1 Supplement Memorandum of Points and Authorities
In Support of Omnibus Reply)

[730] Omnibus Reply in Support of Debtor's Motion
for Entry of an Order Approving (I) Procedures for
Sale or other Disposition of Consigned Inventory,
(II) Approving Sales or Other Disposition of Consigned
Inventory Free and Clear of Liens, Claims, Interests
or Encumbrances and (III) Granting Related Relief
on behalf of Diamond Comic Distributors, Inc. Filed
by Jordan Rosenfeld (related document(s) 674
Objection filed by Creditor Chris Robinson).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J
Hampton M Minuti A Isenberg P Topper N Smargiassi

[738] Objection on behalf of Diamond Comic Distributors,
Inc. Filed by Jordan Rosenfeld (related document(s)
1 Exhibit A - August 5, 2025 Hearing Transcript)

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J
Hampton M Minuti A Isenberg P Topper N Smargiassi

[740] Opposition on behalf of JPMorgan Chase Bank, N.A.
Filed by Toyja E. Kelley Sr (related document(s)
679 Motion for Miscellaneous Relief filed by
Interested Party Ad Hoc Committee of Consignors).

**MOVANT** : JPMorgan Chase Bank, N.A. BY I Sharma K Culbertson J Young D Ruediger
T Kelley

[743] Line *Joinder* on behalf of Dark Horse Comics,
LLC Filed by Craig Palik (related document(s) 603
Objection filed by Creditor Aspen MLT, LLC /a/ka
Aspen Comics, Creditor Black Mask Studios, LLC,
Creditor DSTLRY Media, Inc., Creditor Dynamic Forces,
Inc. a/k/a Dynamite Entertainment, Creditor Heavy
Metal International, LLC, Creditor Magnetic Press,
LLC, Creditor Massive Publishing, LLC, Creditor
Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press,
Creditor Panini UK, Ltd., Creditor Punk Bot Comic
Books, LLC a/k/a Alien Books, Creditor The Penn
State University a/k/a Graphic Mundi, Creditor Titan
Publishing Group, Ltd., Creditor Vault Storyworks,
LLC a/k/a Vault Comics f/k/a Creative Mind Energy).

**MOVANT** : Dark Horse Comics, LLC BY C Palik

[745] Stipulation Regarding Certain Facts and Authenticity
of Exhibits for Hearing Scheduled on August 18,2025
By Aspen MLT, LLC /a/ka Aspen Comics, Black Mask
Studios, LLC, DSTLRY Media, Inc., Dark Horse Comics,

LLC, Dynamic Forces, Inc., Heavy Metal International,
LLC, Magnetic Press, LLC, Massive Publishing, LLC,
Oni-Lion Forge Publishing Group, LLC f/k/a Oni
Press, Panini UK, Ltd., Punk Bot Comic Books, LLC
a/k/a Alien Books, The Penn State University a/k/a
Graphic Mundi, Titan Publishing Group, Ltd., Vault
Storyworks, LLC a/k/a Vault Comics f/k/a Creative
Mind Energy and Debtors and JPMorgan Chase Bank,
N.A., Filed by Craig Palik (related document(s)
531 Motion to Sell Free and Clear of Liens and
Notice of Motion filed by Debtor Diamond Comic Distributors,
Inc.).

**MOVANT** : Dynamic Forces, Inc. Aspen MLT, LLC /a/ka Aspen Comics Black Mask
Studios, LLC DSTLRY Media, Inc. Heavy Metal International, LLC Magnetic Press,
LLC Massive Publishing, LLC Oni-Lion Forge Publishing Group, LLC f/k/a Oni
Press Panini UK, Ltd. Punk Bot Comic Books, LLC a/k/a Alien Books The Penn
State University a/k/a Graphic Mundi Titan Publishing Group, Ltd. Vault
Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy Dark Horse
Comics, LLC BY J Fasano C Palik C Palik C Palik C Palik C Palik C Palik C Palik
C Palik C Palik C Palik C Palik C Palik C Palik C Palik

    [756] Settlement Stipulation By Diamond Comic Distributors,
Inc. and Image Comics, Inc. Filed by Jordan Rosenfeld
(related document(s) 612 Objection filed by
Creditor Image Comics, Inc.).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J
Hampton M Minuti A Isenberg P Topper N Smargiassi


PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____   Denied Approval_____   Deadline to file Amended D/S_____

    Other_____

    Confirmed_____   as modified by _____

    Denied Confirmation_____   with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted____   Denied____   Withdrawn____   Consent____   Default___   Under Adv.____

    Moot_____   Dismissed_____   Relief by Operation of Law (no order req.)_____

    Continued to: _____August 20, 2025 @ 2pm virtually____

DECISION:

    [ ] Signed by Court        [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel        [ ] Court
        [ ] Respondent's counsel        [ ] Other _____

NOTES: