# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>**Diamond Comic Distributors, Inc., *et al.*,**<br><br>Debtors[1] | Case No. 25-10308-DER<br>(Jointly Administered)<br><br>Chapter 11 |

### NOTICE OF WITHDRAWAL OF EMERGENCY MOTION TO COMPEL DEBTORS TO ASSUME OR REJECT DISTRIBUTION AGREEMENT WITH TITAN PUBLISHING GROUP, LTD. BY APRIL 25, 2025, AND RELATED RELIEF, OR IN THE ALTERNATIVE FOR ADMINISTRATIVE EXPENSE

Titan Publishing Group, Ltd. d/b/a Titan Comics ("Movant"), by and through its undersigned counsel, hereby withdraws its Emergency Motion for Rejection of Distribution Agreement with Titan Publishing Group, Ltd. Effective April 25, 2025, and Related Relief (Dkt. No. 347; "Motion"). Movant has filed a recent, renewed motion to compel rejection (Dkt. No. 747), which supersedes the original Motion.

DATED: August 22, 2025

Respectfully submitted,

*/s/ Emily K. Devan*
Emily K. Devan, Bar No. 18595
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: 410-385-3413
Email: edevan@milesstockbridge.com

*Counsel for Titan Publishing Group, Ltd.*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of August, 2025, a true and correct copy of the foregoing was electronically filed with the Court and served via the Court's ECF filing system, on the following:

- **Jan Berlage**    JBerlage@GHSLLP.com, tcollins@ghsllp.com
- **Hugh M. (UST) Bernstein**    hugh.m.bernstein@usdoj.gov
- **Daniel Jack Blum**    jack.blum@polsinelli.com, lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
- **Laura Skowronski Bouyea**    lsbouyea@venable.com, dmdierdorff@venable.com
- **Thomas K. Bredar**    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
- **Andrew Brown**    abrown@klestadt.com
- **Richard L. Costella**    rcostella@tydings.com, scalloway@tydings.com
- **David W.T. Daniels**    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email; Veronica.Marchiondo@saul.com
- **Justin Philip Fasano**    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- **Ashley N Fellona**    ashley.fellona@saul.com, janice.mast@saul.com
- **Gianfranco Finizio**    gfinizio@lowenstein.com
- **Adam Fletcher**    afletcher@bakerlaw.com
- **Chelsea R Frankel**    cfrankel@lowenstein.com
- **Stephen B. Gerald**    sgerald@tydings.com
- **Christopher J. Giaimo**    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
- **Jonathan A. Grasso**    jgrasso@yvslaw.com, pgomez@yvslaw.com; r39990@notify.bestcase.com
- **Zvi Guttman**    zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com
- **Jeffrey C. Hampton**    jeffrey.hampton@saul.com
- **Adam H Isenberg**    adam.isenberg@saul.com
- **Toyja E. Kelley**    toyja.kelley@lockelord.com
- **C. Kevin Kobbe**    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Eric George Korphage**    korphagee@whiteandwilliams.com
- **Jung Yong Lee**    jlee@tydings.com, mhickman@tydings.com
- **Gary H. Leibowitz**    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
- **Mark Minuti**    mark.minuti@saul.com, robyn.warren@saul.com
- **Bruce S. Nathan**    bnathan@lowenstein.com
- **Michael Papandrea**    mpapandrea@lowenstein.com

- **Steven Gregory Polard**     steven.polard@ropers.com
- **Scott Prince**     sprince@bakerlaw.com
- **Jordan Rosenfeld**     jordan.rosenfeld@saul.com
- **Nikolaus F. Schandlbauer**     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- **Elizabeth Anne Scully**     escully@bakerlaw.com
- **Dennis J. Shaffer**     dshaffer@tydings.com, scalloway@tydings.com; mhickman@tydings.com;jlee@tydings.com
- **Indira Kavita Sharma**     indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com; errol.chapman@troutman.com; toyja.kelley@troutman.com
- **Nicholas Smargiassi**     nicholas.smargiassi@saul.com
- **Brent C. Strickland**     bstrickland@wtplaw.com, mbaum@wtplaw.com; brent-strickland-3227@ecf.pacerpro.com
- **Paige Noelle Topper**     paige.topper@saul.com
- **US Trustee - Baltimore**     USTPRegion04.BA.ECF@USDOJ.GOV

and via U.S. mail on the following:

> Office of the United States Trustee
> 6305 Ivy Lane, Suite 600
> Greenbelt, MD 20770

*/s/ Emily K. Devan*
Emily K. Devan