Entered: August 25th, 2025
Signed: August 25th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–10308 – DER**    Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing Objection (p.674) filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:    Debtor
        Attorney for Debtor – Jordan Rosenfeld
        Interested Party – Zombie Love Studios c/o Chris Robinson
        U.S. Trustee

### End of Order

14x01 (rev. 02/02/2006) – ShannonMcKenna