# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Requested Hearing Date:** September 10, 2025 at 10:00 a.m. (ET) **Requested Objection Deadline**: September 5, 2025 |

## NOTICE OF DEBTORS' MOTION TO (I) ENFORCE THE AUTOMATIC STAY (II) TO ENFORCE THE SALE ORDER AND (III) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on August 26, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors Motion (I) to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have also filed a motion to shorten the time for parties to respond to the Motion and for an expedited hearing with respect to the Motion. If the motion to shorten is granted, then the Debtors will file an amended notice of the Motion reflecting the objection deadline and hearing date set forth in the order granting the motion to shorten.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have requested a hearing to consider the relief requested on the Motion before the Honorable Judge Rice on **September 10, 2025 at 10:00 a.m. (ET)** in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, Maryland 21201.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the motion to shorten, the Debtors have requested that objections, if any, to the Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Debtors, so as to actually be received by or before **September 5, 2025.**

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THEN THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

56100722.7

Dated: August 26, 2025           **SAUL EWING LLP**

          By: */s/ Jordan D. Rosenfeld*
             Jordan D. Rosenfeld (MD Bar No. 13694)
             1001 Fleet Street, 9th Floor
             Baltimore, MD 21202
             Telephone: (410) 332-8600
             Email: jordan.rosenfeld@saul.com

             -and-

             Jeffrey C. Hampton (admitted *pro hac vice*)
             Adam H. Isenberg (admitted *pro hac vice*)
             Turner N. Falk (admitted *pro hac vice*)
             1500 Market Street, 38th Floor
             Philadelphia, PA 19102
             Telephone: (215) 972-7777
             Email: jeffrey.hampton@saul.com
                     adam.isenberg@saul.com
                     turner.falk@saul.com

             -and-

             Mark Minuti (admitted *pro hac vice*)
             Paige N. Topper (admitted *pro hac vice*)
             Nicholas Smargiassi (admitted *pro hac vice*)
             1201 N. Market Street, Suite 2300
             Wilmington, DE 19801
             Telephone: (302) 421-6800
             Email: mark.minuti@saul.com
                     paige.topper@saul.com
                     nicholas.smargiassi@saul.com

             *Counsel for Debtors and Debtors in Possession*

56100722.7