**Exhibit D**

Case 25-10308    Doc 784-5    Filed 08/26/25    Page 1 of 5

**Diamond Consignment Sales 5/16-7/8**

| Consignment Vendor List | Total Sales |
|---|---|
| Dynamic Forces | 563,775 |
| Paizo Inc | 201,096 |
| Oni Press Inc. | 99,618 |
| Zenescope Entertainment Inc | 52,312 |
| Avatar Press Inc | 50,280 |
| Titan Comics | 38,928 |
| Fantagraphics Books | 35,690 |
| American Mythology Productions | 29,611 |
| Udon Entertainment Inc | 24,982 |
| Living The Line | 23,900 |
| Antarctic Press | 23,396 |
| Ablaze | 20,460 |
| Goodman Games LLC | 15,511 |
| Archie Comic Publications | 13,513 |
| Magnetic Press Inc. | 11,736 |
| Clover Press LLC | 11,527 |
| Gemstone Publishing | 11,300 |
| Netcomics | 10,851 |
| Massive | 10,457 |
| Action Lab Entertainment | 9,366 |
| Heavy Metal Magazine | 9,301 |
| Artists Writers & Artisans Inc | 8,065 |
| Panini UK LTD | 8,031 |
| Hermes Press | 6,889 |
| Digital Manga Distribution | 6,116 |
| Magma Comix | 4,846 |
| A Wave Blue World Inc | 4,742 |
| Ahoy Comics | 4,563 |
| Aftershock Comics | 3,778 |
| Humanoids Inc | 3,332 |
| Graphic Mundi - Psu Press | 3,074 |
| 801 Media Inc | 2,724 |
| Manga Classics Inc. | 2,718 |
| Alien Books | 2,651 |
| Roll For Combat | 2,521 |
| Z2 Comics | 2,472 |
| Battle Quest Comics | 2,026 |
| Nbm | 1,682 |
| Valiant Entertainment LLC | 1,488 |
| Fairsquare Graphics | 1,409 |

| | |
|---|---:|
| Benitez Productions | 1,330 |
| Green Ronin Publishing | 1,228 |
| Aspen Mlt Inc | 1,154 |
| Mad Cave Studios | 956 |
| Vault Comics | 832 |
| Bad Egg LLC | 780 |
| Dstlry Media | 739 |
| Abstract Studios | 684 |
| Wildside Press LLC | 638 |
| Drawn & Quarterly | 635 |
| Opus Comics LTD | 610 |
| Laguna Studios | 561 |
| Behemoth Entertainment LLC | 514 |
| Lionwing Publishing LTD | 493 |
| Soaring Penguin Press | 486 |
| Black Mask Comics | 396 |
| Moonstone | 347 |
| Apex Publishing LLC | 303 |
| Papercutz Inc | 274 |
| Norma Editorial S.A. | 196 |
| Eros Comix | 190 |
| Prime Books LLC | 189 |
| Zombie Love Studios | 176 |
| Cryptozoic Entertainment | 159 |
| Desperado Publishing | 159 |
| Graphitti Designs | 159 |
| Difference Engine Pte LTD | 133 |
| Slave Labor Graphics | 121 |
| Rabbit Publishers | 112 |
| Toonhound Studios LLC | 108 |
| Eureka Productions | 93 |
| Gold Key Entertainment | 64 |
| Twomorrows Publishing | 63 |
| Gen Manga Entertainment | 59 |
| Ack Comics (Amar Chitra Katha) | 37 |
| Scout Comics | 37 |
| Lion Forge | 31 |
| Source Point Press | 31 |
| Wicked Cow Studios LLC | 27 |
| 12 Gauge Comics LLC | 23 |
| Sumerian Comics | 13 |
| Frank Miller Presents LLC | 13 |
| Red Giant Entertainment | 12 |
| Starburns Industries Press | 10 |

| | |
|---|---:|
| Fiery Studios Inc | 10 |
| Wyrm Publishing | 8 |
| Good Trouble Productions LLC | 5 |
| Locust Moon Press | 3 |
| Ait/Planetlar | – |
| Albatross Funnybooks | – |
| Ape Entertainment | – |
| Archaia Studios Press | – |
| Bandai Entertainment Inc | – |
| Bedside Press | – |
| Blind Ferret Entertainment Inc | – |
| Boom Entertainment | – |
| Bundoran Press Publishing Hous | – |
| Chizine Publications | – |
| Dark Horse Comics | – |
| Dc Comics | – |
| Diamond Comic Dist.-Stock | – |
| G T Labs | – |
| Idw - Top Shelf | – |
| Idw Publishing | – |
| Image | – |
| Image Comics | – |
| Joe Books Inc. | – |
| Les Editions Pix'N Love | – |
| Marvel Comics | – |
| Marvel Prh | – |
| Night Shade Books | – |
| Radical Publishing | – |
| Renaissance Press | – |
| S7 Games | – |
| Sea Lion Books | – |
| Seven Seas Ghost Ship | – |
| Storm King Productions Inc | – |
| Th3Rd World Studios | – |
| Tokyopop | – |
| Ubiworkshop | – |
| William M Gaines,Via Gemstone | – |
| William M. Gaines Agent, Inc. | – |
| Yaoi Press LLC | – |
| Pegamoose Press | (8) |
| T Pub | (33) |
| Lev Gleason | (77) |
| Gungnir Entertainment | (360) |
| Black Panel Press | (2,100) |

1,353,364