**Exhibit F**

Case 25-10308 Doc 784-7 Filed 08/26/25 Page 1 of 2

## 5/15 Inventory & Sales out of Pre 5/15 Inventory

| | | (A) 5/15 Inventory On Hand | | (B) 5/15 Inventory Sold | | |
|---|---|---|---|---|---|---|
| Vendor # | Vendor Name | Units | Cost | Units | Cost | Lesser Rev or Cost |
| 3540 | ABLAZE | 776,270 | $3,383,573 | 3,379 | $31,299 | $26,207 |
| 1733 | ACTION LAB ENTERTAINMENT | 881,579 | $3,111,071 | 2,666 | $8,218 | $8,210 |
| 3320 | AMERICAN MYTHOLOGY PRODUCTIONS | 293,485 | $737,055 | 1,543 | $3,437 | $3,431 |
| 9341 | AVATAR PRESS INC | 148,606 | $1,009,657 | 6,400 | $60,968 | $45,686 |
| 3632 | BATTLE QUEST COMICS | 392 | $1,642 | 142 | $497 | $497 |
| 462 | DRAWN & QUARTERLY | 19,638 | $177,150 | 56 | $525 | $525 |
| 96 | FANTAGRAPHICS BOOKS | 106,466 | $974,952 | 2,159 | $28,054 | $28,034 |
| 6870 | GREEN RONIN PUBLISHING | 11,283 | $140,447 | 157 | $1,742 | $1,730 |
| 5114 | HERMES PRESS | 28,558 | $338,223 | 341 | $6,131 | $6,095 |
| 3600 | LIVING THE LINE | 9,878 | $115,214 | 2,419 | $19,991 | $19,991 |
| 7044 | PAIZO INC | 318,580 | $4,116,687 | 11,010 | $191,808 | $191,473 |
| 6894 | UDON ENTERTAINMENT INC | 172,732 | $1,630,365 | 2,296 | $25,813 | $25,813 |
| 6876 | ZENESCOPE ENTERTAINMENT INC | 348,488 | $972,229 | 3,714 | $11,595 | $11,573 |
| Total | | 3,115,955 | $16,708,267 | 36,282 | $390,078 | $369,266 |

SP_000002

## Post 5/15 Receipts & Sales out of Post 5/15 Receipts

| | | Post 5/15 Inventory Receipts | | Post 5/15 Inventory Sold | | |
|---|---|---|---|---|---|---|
| Vendor # | Vendor Name | Units | Cost | Units | Cost | Lesser Rev or Cost |
| 3540 | ABLAZE | 0 | $0 | 0 | $0 | $0 |
| 1733 | ACTION LAB ENTERTAINMENT | 0 | $0 | 0 | $0 | $0 |
| 3320 | AMERICAN MYTHOLOGY PRODUCTIONS | 20,170 | $43,909 | 9,699 | $20,373 | $20,373 |
| 9341 | AVATAR PRESS INC | 0 | $0 | 0 | $0 | $0 |
| 3632 | BATTLE QUEST COMICS | 919 | $2,342 | 680 | $1,557 | $1,557 |
| 462 | DRAWN & QUARTERLY | 0 | $0 | 0 | $0 | $0 |
| 96 | FANTAGRAPHICS BOOKS | 1,202 | $10,631 | 1,180 | $10,537 | $10,537 |
| 6870 | GREEN RONIN PUBLISHING | 0 | $0 | 0 | $0 | $0 |
| 5114 | HERMES PRESS | 0 | $0 | 0 | $0 | $0 |
| 3600 | LIVING THE LINE | 0 | $0 | 0 | $0 | $0 |
| 7044 | PAIZO INC | 3,207 | $38,486 | 1,743 | $22,308 | $22,303 |
| 6894 | UDON ENTERTAINMENT INC | 0 | $0 | 0 | $0 | $0 |
| 6876 | ZENESCOPE ENTERTAINMENT INC | 15,973 | $35,796 | 15,314 | $33,987 | $33,987 |
| Total | | 41,471 | $131,165 | 28,616 | $88,762 | $88,757 |