IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re:  D.I. 666** |

## STIPULATION TO FURTHER EXTEND OBJECTION DEADLINE

The above-captioned debtors and debtors in possession (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee"), by and through their undersigned counsel, hereby stipulate that the Committee's deadline to object to the *Debtors' Second Motion for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Votes Thereon* [D.I. 666] is further extended to September 4, 2025.

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

56056670.2

56056670.2

Dated: August 27, 2025

| | |
|---|---|
| **SAUL EWING LLP** | **TYDINGS & ROSENBERG LLP** |
| */s/ Jordan D. Rosenfeld* | */s/ Stephen B. Gerald* |
| Jordan D. Rosenfeld (MD Bar No. 13694) | Dennis J. Shaffer (MD Bar No. 25680) |
| 1001 Fleet Street, 9th Floor | Stephen B. Gerald (MD Bar No. 26590) |
| Baltimore, MD 21202 | 1 East Pratt Street, Suite 901 |
| Telephone: (410) 332-8600 | Baltimore, MD 21202 |
| jordan.rosenfeld@saul.com | Telephone: (410) 752-9700 |
| | dshaffer@tydings.com |
| -and- | sgerald@tydings.com |
| Jeffrey C. Hampton (admitted *pro hac vice*) | -and- |
| Adam H. Isenberg (admitted *pro hac vice*) | |
| Turner N. Falk (admitted *pro hac vice*) | **LOWENSTEIN SANDLER LLP** |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102 | Bruce S. Nathan (admitted *pro hac vice*) |
| Telephone: (215) 972-7777 | Gianfranco Finizio (admitted *pro hac vice*) |
| jeffrey.hampton@saul.com | Chelsea R. Frankel (admitted *pro hac vice*) |
| adam.isenberg@saul.com | 1251 Avenue of the Americas |
| turner.falk@saul.com | New York, NY 10020 |
| | Telephone: (212) 262-6700 |
| -and- | BNathan@lowenstein.com |
| | GFinizio@lowenstein.com |
| Mark Minuti (admitted *pro hac vice*) | CFrankel@lowenstein.com |
| Paige N. Topper (admitted *pro hac vice*) | |
| Nicholas Smargiassi (admitted *pro hac vice*) | -and- |
| 1201 N. Market Street, Suite 2300 | |
| Wilmington, DE 19801 | Michael Papandrea (admitted *pro hac vice*) |
| Telephone: (302) 421-6800 | One Lowenstein Drive |
| mark.minuti@saul.com | Roseland, NJ 07068 |
| paige.topper@saul.com | Telephone: (973) 422-6410 |
| nicholas.smargiassi@saul.com | MPapandrea@lowenstein.com |
| *Counsel for Debtors and Debtors in Possession* | *Counsel for the Official Committee of Unsecured Creditors* |