**Exhibit B**

**Invoices**

Invoice Number **185606929089**

**RAYMOND JAMES®**

| Invoice |
|---|
| **Diamond Comic Distributors, Inc.**<br><br>Attention: Robert Gorin<br>10150 York Road<br>Ste. 300<br>Hunt Valley, MD 21030 | Invoice Date:   02/13/2025<br><br><br>For questions, email:<br>RMBBillingTeam@RaymondJames.com |

## Summary

| Description | Amount |
|---|---:|
| Outstanding Balance | 0.00 USD |
| Current Period Fees | 50,000.00 USD |
| **Total** | **50,000.00 USD** |

## Current Period Fees

| Description | Amount |
|---|---:|
| Monthly Advisory Fee | 50,000.00 USD |
| **Total** | **50,000.00 USD** |

## Comments

Monthly Advisory Fee due on the first business day of every month thereafter during the term of this Agreement pursuant to Section 2(a) of the engagement letter dated September 30, 2024.

## Methods of Payment

**Wire/ACH (Preferred)**

The Bank of New York Mellon
One Wall Street
New York, NY 10286
ABA # ▮▮▮▮▮▮▮▮▮
For Credit To: Raymond James & Associates, Inc.-ECM RMB Acct
Acct ▮▮▮▮▮▮▮▮▮   Deal Code: 59T964

Invoice Number **185608418380**

**RAYMOND JAMES®**

|  |
|---|
| **Invoice** |

**Diamond Comic Distributors, Inc.**

Attention: Robert Gorin
10150 York Road
Ste. 300
Hunt Valley, MD 21030

Invoice Date:   02/24/2025

For questions, email:
RMBBillingTeam@RaymondJames.com

## Summary

| Description | Amount |
|---|---|
| Outstanding Balance | USD |
| Current Period Fees | 200,000.00 USD |
| Total | 200,000.00 USD |

## Current Period Fees

| Description | Amount |
|---|---|
| March Monthly Advisory Fee | 50,000.00 USD |
| DIP Financing Transaction Fee | 150,000.00 USD |
| Total | 200,000.00 USD |

## Comments

Monthly Advisory Fee due on the first business day of every month thereafter during the term of this Agreement pursuant to Section 2(a) and DIP Financing Fee pursuant to Section 2(b) of the engagement letter dated September 30, 2024.

## Methods of Payment

**Wire/ACH (Preferred)**

The Bank of New York Mellon
One Wall Street
New York, NY 10286
ABA # ▮▮▮▮▮▮▮
For Credit To: Raymond James & Associates, Inc.-ECM RMB Acct
Acct ▮▮▮▮▮▮▮   Deal Code: 59T964

Invoice Number **185604430666**

**RAYMOND JAMES**®

| | |
|---|---|
| **Invoice** | |
| **Diamond Comic Distributors, Inc.**<br><br>Attention: Robert Gorin<br>10150 York Road<br>Ste. 300<br>Hunt Valley, MD 21030 | Invoice Date:  03/25/2025<br><br><br>For questions, email:<br>RMBBillingTeam@RaymondJames.com |

## Summary

| Description | Amount |
|---|---:|
| Outstanding Balance | 0.00 USD |
| Current Period Fees | 50,000.00 USD |
| **Total** | **50,000.00 USD** |

## Current Period Fees

| Description | Amount |
|---|---:|
| April Monthly Advisory Fee | 50,000.00 USD |
| **Total** | **50,000.00 USD** |

## Comments

Monthly Advisory Fee due on the first business day of every month thereafter during the term of this Agreement pursuant to Section 2(a) of the engagement letter dated September 30, 2024.

## Methods of Payment

**Wire/ACH (Preferred)**

The Bank of New York Mellon
One Wall Street
New York, NY 10286
ABA # ▮▮▮▮▮▮▮▮▮
For Credit To: Raymond James & Associates, Inc.-ECM RMB Acct
Acct ▮▮▮▮▮▮▮▮▮   Deal Code: 59T964

880 Carillon Parkway, St Petersburg, FL 33716

Invoice Number **185603844498**

**RAYMOND JAMES®**

| Invoice |
|---|

| | |
|---|---|
| **Diamond Comic Distributors, Inc.**<br><br>Attention: Robert Gorin<br>10150 York Road<br>Ste. 300<br>Hunt Valley, MD 21030 | Invoice Date:    04/28/2025<br><br><br>For questions, email:<br>RMBBillingTeam@RaymondJames.com |

## Summary

| Description | Amount |
|---|---:|
| Outstanding Balance | 0.00 USD |
| Current Period Fees | 50,000.00 USD |
| Total | **50,000.00 USD** |

## Current Period Fees

| Description | Amount |
|---|---:|
| May Monthly Advisory Fee | 50,000.00 USD |
| Total | **50,000.00 USD** |

## Comments

Monthly Advisory Fee due on the first business day of every month thereafter during the term of this Agreement pursuant to Section 2(a) of the engagement letter dated September 30, 2024.

## Methods of Payment

**Wire/ACH (Preferred)**

The Bank of New York Mellon
One Wall Street
New York, NY 10286
ABA # ▮▮▮▮▮▮▮▮▮
For Credit To: Raymond James & Associates, Inc.-ECM RMB Acct
Acct # ▮▮▮▮▮▮▮▮▮    Deal Code: 59T964

880 Carillon Parkway, St Petersburg, FL 33716

Invoice Number **185602329672**

**RAYMOND JAMES®**

|  | Invoice |
|---|---|
| **Diamond Comic Distributors, Inc.**<br><br>Attention: Robert Gorin<br>10150 York Road<br>Ste. 300<br>Hunt Valley, MD 21030 | Invoice Date:   05/15/2025<br><br><br>For questions, email:<br>RMBBillingTeam@RaymondJames.com |

## Summary

| Description | Amount |
|---|---:|
| Outstanding Balance | 0.00 USD |
| Current Period Fees | 2,399,037.19 USD |
| **Total** | **2,399,037.19 USD** |

## Current Period Fees

| Description | Amount |
|---|---:|
| Legal Fees | 3,673 USD |
| Business Combination Transaction Fee | 2,511,802.61 USD |
| Reimbursable Expense | 33,561.58 USD |
| Crediting of DIP Financing Fee | (150,000) USD |
| **Total** | **2,399,037.19 USD** |

## Comments

Business Combination Transaction Fee (BCTF) pursuant to Section 2(c), DIP Financing Fee credited against the BCTF pursuant to Section 2(b)(i), and reimbursable expenses and legal fees pursuant to Section 3 of the Engagement Letter dated Sept 30, 2024.

## Methods of Payment

**Wire/ACH**

The Bank of New York Mellon
One Wall Street
New York, NY 10286
ABA #▮▮▮▮▮▮▮▮
For Credit To: Raymond James & Associates, Inc.-ECM RMB Acct
Acct #▮▮▮▮▮▮▮▮         Deal Code: 59T964

Invoice Number **185608577582**

**RAYMOND JAMES®**

|  |
|---|
| Invoice |
| **Diamond Comic Distributors, Inc.**<br><br>Attention: Robert Gorin<br>10150 York Road<br>Ste. 300<br>Hunt Valley, MD 21030 | Invoice Date:   05/16/2025<br><br><br>For questions, email:<br>RMBBillingTeam@RaymondJames.com |

## Summary

| Description | Amount |
|---|---:|
| Outstanding Balance | 2,399,037.19 USD |
| Current Period Fees | 748,721.10 USD |
| **Total** | **3,147,758.29 USD** |

## Current Period Fees

| Description | Amount |
|---|---:|
| Business Combination Transaction Fee | 748,721.10 USD |
| **Total** | **748,721.10 USD** |

## Comments

Business Combination Transaction Fee for the Ad Populum DCD pursuant to Section 2(c) of the Engagement Letter dated Sept 30, 2024.

## Methods of Payment

**Wire/ACH**

The Bank of New York Mellon
One Wall Street
New York, NY 10286
ABA ▮▮▮▮▮▮▮▮
For Credit To: Raymond James & Associates, Inc.-ECM RMB Acct
Acct # ▮▮▮▮▮▮▮▮    Deal Code: 59T964

880 Carillon Parkway, St Petersburg, FL 33716

Invoice Number **185600620600**

**RAYMOND JAMES®**

| Invoice |
|---|

**Diamond Comic Distributors, Inc.**

Attention: Robert Gorin
10150 York Road
Ste. 300
Hunt Valley, MD 21030

Invoice Date:   06/23/2025

For questions, email:
RMBBillingTeam@RaymondJames.com

## Summary

| Description | | Amount |
|---|---|---|
| Outstanding Balance | | USD |
| Current Period Fees | | 50,000.00 USD |
| | Total | 50,000.00 USD |

## Current Period Fees

| Description | | Amount |
|---|---|---|
| July Monthly Advisory Fee | | 50,000.00 USD |
| | Total | 50,000.00 USD |

## Comments

Monthly Advisory Fee due on the first business day of every month thereafter during the term of this Agreement pursuant to Section 2(a) of the engagement letter dated September 30, 2024.

## Methods of Payment

**Wire/ACH**

The Bank of New York Mellon
One Wall Street
New York, NY 10286
ABA #■■■■■■■■
For Credit To: Raymond James & Associates, Inc.-ECM RMB Acct
Acct #■■■■■■■■   Deal Code: 59T964

Invoice Number **185602308506**

# RAYMOND JAMES®

|  |
|---|
| **Invoice** |

**Diamond Comic Distributors, Inc.**

Attention: Robert Gorin
10150 York Road
Ste. 300
Hunt Valley, MD 21030

Invoice Date:   07/25/2025

For questions, email:
RMBBillingTeam@RaymondJames.com

## Summary

| Description | Amount |
|---|---|
| Outstanding Balance | 0.00 USD |
| Current Period Fees | 68,855.33 USD |
| **Total** | **68,855.33 USD** |

## Current Period Fees

| Description | Amount |
|---|---|
| Retainer Fee | 50,000.00 USD |
| Legal Fee (unrelated to indemnity claim for AENT litigation) | 18,855.33 USD |
| **Total** | **68,855.33 USD** |

## Comments

Monthly Advisory fee pursuant to Section 2(a), and legal fees pursuant to Section 3, of the Engagement Letter dated Sept 30, 2024.

## Methods of Payment

Wire/ACH

The Bank of New York Mellon
One Wall Street
New York, NY 10286
ABA # █████
For Credit To: Raymond James & Associates, Inc.-ECM RMB Acct
Acct █████   Deal Code: 59T964

Invoice Number **185602449922**

**RAYMOND JAMES®**

| Invoice |
|---|

**Diamond Comic Distributors, Inc.**

Attention: Robert Gorin
10150 York Road
Ste. 300
Hunt Valley, MD 21030

Invoice Date:   08/21/2025

For questions, email:
RMBBillingTeam@RaymondJames.com

## Summary

| Description | Amount |
|---|---|
| Current Period Fees | 162,307.54 USD |
| Total | 162,307.54 USD |

## Current Period Fees

| Description | Amount |
|---|---|
| Business Combination Transaction Fee | 162,307.54 USD |
| Total | 162,307.54 USD |

## Comments

Business Combination Transaction Fee for the sale of the Shares of Diamond UK, per section 2(c) of the Raymond James Engagement Letter dated September 30, 2024

## Methods of Payment

**Wire/ACH (Preferred)**

The Bank of New York Mellon
One Wall Street
New York, NY 10286
ABA #▮▮▮▮▮▮▮▮
For Credit To: Raymond James & Associates, Inc.-ECM RMB Acct
Acct #▮▮▮▮▮▮▮▮   Deal Code: 59T964