**Exhibit D**

**Raymond James Fee Detail**

**CERTAIN WORKING CAPITAL AND BALANCE SHEET INPUTS PROVIDED BY THE COMPANY AND ITS FINANCIAL ADVISOR (GETZLER HENRICH)**
As of August 22, 2025

*In $*

| Transaction Value and Business Combination Transaction Fee Reconciliation | RJ EL Section | APA / SPA Section | $ |
|---|---|---|---|
| **Transaction Value: Sale of Alliance Assets, Diamond Business Line Assets, and Diamond UK Shares** | | | |
| (+) Cash Consideration[1] | 2(c)(ii)(A) | 2.6(a) | $ 43,802,402.06 |
| (+) Assumed Liabilities | 2(c)(ii)(E) | 2.3(a) - 2.3(d) | 14,933,650.10 |
| (+) Future Contingent Payments: Incentive Amount | 2(c)(ii)(F) | N/A | - |
| **Total Transaction Value: Alliance Assets** | | | **$ 58,736,052.16** |
| (+) Cash Consideration | 2(c)(ii)(A) | 2.6(a) | $ 3,984,189.69 |
| (+) Assumed Liabilities | 2(c)(ii)(E) | 2.3(c) - 2.3(e) | 5,959,392.01 |
| (+) Future Contingent Payments: Incentive Amount | 2(c)(ii)(F) | 2.6(a)(ii) | 5,030,840.29 |
| **Total Transaction Value: Diamond Business Line Assets** | | | **$ 14,974,421.99** |
| (+) Cash Consideration | 2(c)(ii)(A) | 4.1 | $ 2,100,000.00 |
| (+) Obligations Which Remain Outstanding - Inherited by the Buyer | 2(c)(ii)(E) | N/A | 3,146,150.86 |
| (+) Future Contingent Payments: Incentive Amount | 2(c)(ii)(F) | N/A | - |
| **Total Transaction Value: Diamond UK Shares** | | | **$ 5,246,150.86** |
| **Calculation of the Raymond James Business Combination Transaction Fee** | | | |
| (+) Total Transaction Value: Alliance Assets | | | $ 58,736,052.16 |
| (+) Total Transaction Value: Diamond Business Line Assets | | | 14,974,421.99 |
| (+) Total Transaction Value: Diamond UK Shares | | | 5,246,150.86 |
| **Total Transaction Value to the Estate** | | | **$ 78,956,625.02** |

*Per Section 2(c)(i) of the Raymond James Engagement Letter Dated September 30, 2025; the greater of (i) $1,250,000 or (ii) the sum of:*

| | Percent | Consideration | |
|---|---|---|---|
| 3.5% Business Combination Transaction Fee on Transaction Value up to $35,000,000 | 3.50% | $ 35,000,000.00 | 1,225,000.00 |
| 5.0% Business Combination Transaction Fee on Transaction Value greater than $35,000,000 | 5.00% | $ 43,956,625.02 | 2,197,831.25 |
| **Business Combination Transaction Fee Due to Raymond James** | | | **$ 3,422,831.25** |
| | | *Fee Invoiced: Alliance Assets* [2] | $ 2,511,802.61 |
| | | *Fee Invoiced: Diamond Business Lines Assets* | $ 748,721.10 |
| | | *Fee Invoiced: Diamond UK Shares* [2] | $ 162,307.54 |

| Post-Petition Fees and Expenses and Due to Raymond James | | | |
|---|---|---|---|
| Monthly Advisory Fee - February through August (7 Months * $50,000 per Month) | 2(a) | | $ 350,000.00 |
| DIP Financing Fee | 2(b) | | 150,000.00 |
| Business Combination Transaction Fee - Alliance Assets [2] | 2(c) | | 2,511,802.61 |
| Business Combination Transaction Fee - Diamond Business Lines Assets | 2(c) | | 748,721.10 |
| Business Combination Transaction Fee - Diamond UK Shares [2] | 2(c) | | 162,307.54 |
| **Gross Post-Petition Fees Earned and Due to Raymond James** | | | **$ 3,922,831.25** |
| Less: Credit of Fees Earned (DIP Financing Fee) | 2(b)(i) | | (150,000.00) |
| **A. Net Postpetition Fees Earned and Sought by Raymond James** | | | **$ 3,772,831.25** |
| Legal Fees | 3 | | $ 22,667.00 |
| Reimbursable Expenses | 3 | | 43,430.58 |
| **B. Gross Post-Petition Expenses Incurred by Raymond James** | | | **$ 66,097.58** |
| **C. Total Fees and Expenses Due to Raymond James (A + B)** | | | **$ 3,838,928.83** |
| Monthly Advisory Fees Paid To Raymond James, per the Raymond James Engagement Letter and Retention Order | | | (350,000.00) |
| DIP Financing Fee Paid to Raymond James, per the Order Granting Application for Compensation For Raymond James filed April 23, 2025 | | | (150,000.00) |
| **D. Amount Outstanding and Owed to Raymond James** | | | **$ 3,338,928.83** |

**Notes**

**Raymond James did not include certain assumed liabilities and assets left behind in the buildup of its Total Transaction Value, but reserves its rights to include them if this fee application is objected to.**
(1) Includes cash consideration paid for certain working capital assets as of the closing date
(2) Alliance Assets Business Combination Transaction Fee invoiced by Raymond James included $100,000 (5.0% * $2,000,000 of Transaction Value) for the estimated fair market value of the Diamond UK Assets retained by the Debtors (per the Raymond James Engagement Letter, the estimated "fair market value of assets retained by the Company").
The subsequent Business Combination Transaction Fee for the Diamond UK Shares included a $100,000 reduction (credit) to the Fee for the $2,000,000 of Transaction Consideration previously invoiced. There is no impact to the calculation of Total Transaction Value or to the total BCT Fees sought by Raymond James.