3

**Exhibit E**

**Raymond James Expense Summary**

**Raymond James Expenses**

*January 14, 2025 to August 31, 2025*

**Summary of Expenses by Professional**

| Professional | Position | Total Expenses |
|---|---|---:|
| Geoffrey Richards | Managing Director | $ 6,968.70 |
| Alec Haesler | Director | 11,528.18 |
| Rolando Bonachea | Associate | 5,342.68 |
| Isabella Zeng | Analyst | 3,296.60 |
| Brent Robinson | Analyst | 3,555.73 |
| Legal Fees | | 22,667.00 |
| Auction Expenses | | 12,738.69 |
| | **Total** | **$ 66,097.58** |

**Summary of Expenses by Category**

| Category | Total Expenses |
|---|---:|
| Legal Fees | $ 22,667.00 |
| Auction - Catering | 10,288.69 |
| Auction - OT HVAC | 2,450.00 |
| Travel - Airfare | 7,169.52 |
| Travel - Hotel | 5,492.95 |
| Travel - Rail | 5,380.25 |
| Travel - Meals | 1,648.13 |
| Travel - Taxi / Ride Share | 5,854.28 |
| Travel - Other | 659.49 |
| Transport Home from Office After 8pm EST [1] | 2,314.16 |
| Late Night Working Meals [1] | 1,911.90 |
| Other | 261.21 |
| **Total** | **$ 66,097.58** |

(1) Consistent with Raymond James Policy

**Raymond James Expenses**

January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.  8/31/2025*     *Deal#: T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---:|
| 1/15/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Travel Meals - Employee] | $ 31.70 |
| 1/15/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 10.86 |
| 1/15/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 5.71 |
| 1/15/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 39.05 |
| 1/15/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 46.31 |
| 1/15/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 14.12 |
| 1/15/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 22.92 |
| 1/15/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 14.47 |
| 1/15/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Hotel - Lodging] | 129.27 |
| 1/15/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 19.39 |
| 1/15/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 15.84 |
| 1/15/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 6.96 |
| 1/15/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 4.75 |
| 1/15/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Train / Rail] | (45.00) |
| 1/16/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 33.65 |
| 1/16/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 17.10 |
| 1/16/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 66.45 |
| 1/16/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Air WiFi] | 4.95 |
| 1/16/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 15.07 |
| 1/16/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 26.10 |
| 1/16/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 6.43 |
| 1/16/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 36.88 |
| 1/16/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 15.90 |
| 1/16/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 82.16 |
| 1/16/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 26.50 |
| 1/16/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 17.26 |
| 1/17/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 6.92 |
| 1/17/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 105.51 |
| 1/17/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 10.98 |
| 1/17/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 15.13 |
| 1/20/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Airfare] | 685.00 |
| 1/22/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 207.84 |

**Raymond James Expenses**
January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc. 8/31/2025*  *Deal#: T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---|
| 1/22/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Air WiFi] | 15.95 |
| 1/22/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Air WiFi] | 15.95 |
| 1/22/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 8.29 |
| 1/22/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 16.72 |
| 1/23/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 176.75 |
| 1/23/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 15.41 |
| 1/23/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 61.96 |
| 1/23/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 14.17 |
| 1/23/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 14.76 |
| 1/24/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 9.59 |
| 1/24/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 17.64 |
| 1/28/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 14.66 |
| 1/28/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 29.79 |
| 1/28/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 24.12 |
| 1/29/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 6.95 |
| 1/29/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 6.96 |
| 1/29/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 34.45 |
| 1/29/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 4.46 |
| 1/29/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 17.64 |
| 1/30/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 24.12 |
| 1/30/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Meals - Employee] | 35.24 |
| 1/30/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 16.12 |
| 1/30/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 29.21 |
| 1/30/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 7.29 |
| 1/30/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 29.63 |
| 1/31/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 21.82 |
| 1/31/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Meals - Employee] | 31.43 |
| 1/31/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 15.74 |
| 1/31/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 7.00 |
| 1/31/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 4.44 |
| 1/31/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 32.36 |
| 2/4/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 16.66 |

**Raymond James Expenses**

January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.  8/31/2025*  *Deal#: T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---|
| 2/4/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 6.46 |
| 2/4/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |
| 2/4/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 36.67 |
| 2/5/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 11.05 |
| 2/5/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 6.94 |
| 2/5/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 187.20 |
| 2/5/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 111.00 |
| 2/5/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |
| 2/5/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 22.93 |
| 2/6/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 15.74 |
| 2/6/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 9.65 |
| 2/6/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 15.35 |
| 2/6/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |
| 2/6/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 33.13 |
| 2/6/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 3.43 |
| 2/7/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 16.69 |
| 2/7/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 7.40 |
| 2/7/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Airfare] | 309.30 |
| 2/7/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Airfare] | 309.30 |
| 2/7/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 111.00 |
| 2/7/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 288.90 |
| 2/7/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Meals - Employee] | 33.27 |
| 2/7/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 34.07 |
| 2/8/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Train / Rail] | 292.90 |
| 2/10/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 177.90 |
| 2/10/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 52.59 |
| 2/10/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Train / Rail] | 150.80 |
| 2/10/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 19.00 |
| 2/10/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 11.01 |
| 2/11/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 196.84 |
| 2/11/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 16.69 |
| 2/11/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 13.38 |

**Raymond James Expenses**

January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.* 8/31/2025    *Deal#: T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---|
| 2/11/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 64.18 |
| 2/11/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 12.97 |
| 2/11/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 7.82 |
| 2/11/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Lodging] | 136.00 |
| 2/11/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 26.82 |
| 2/11/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |
| 2/11/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 34.40 |
| 2/12/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 47.99 |
| 2/12/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Train / Rail] | 328.80 |
| 2/12/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 17.18 |
| 2/12/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 6.49 |
| 2/12/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |
| 2/12/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Meals - Employee] | 7.57 |
| 2/13/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Train / Rail] | 161.10 |
| 2/13/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 6.94 |
| 2/13/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 19.08 |
| 2/13/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 19.47 |
| 2/13/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 11.46 |
| 2/13/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Airfare] | 453.48 |
| 2/13/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 57.68 |
| 2/13/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 35.38 |
| 2/13/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 173.88 |
| 2/13/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 31.94 |
| 2/13/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |
| 2/13/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 34.02 |
| 2/14/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 18.88 |
| 2/14/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Meals - Employee] | 33.09 |
| 2/14/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 12.48 |
| 2/14/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 29.47 |
| 2/14/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Travel Agency Fee] | 35.00 |
| 2/14/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Airfare] | 153.01 |
| 2/14/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Airfare] | 202.24 |
| 2/14/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 61.71 |
| 2/14/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 68.97 |
| 2/17/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Airfare] | 411.28 |
| 2/17/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Airfare] | 449.80 |
| 2/17/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 129.70 |

**Raymond James Expenses**
January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.  8/31/2025*          *Deal#: T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---:|
| 2/17/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 20.96 |
| 2/18/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 19.16 |
| 2/18/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 7.02 |
| 2/18/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 17.83 |
| 2/18/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 19.72 |
| 2/18/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Air WiFi] | 8.00 |
| 2/18/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 7.61 |
| 2/18/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 54.94 |
| 2/18/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |
| 2/18/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 49.37 |
| 2/18/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 60.97 |
| 2/18/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 89.90 |
| 2/18/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Hotel - Lodging] | 147.87 |
| 2/18/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 22.18 |
| 2/19/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 9.37 |
| 2/19/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 51.92 |
| 2/19/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 34.90 |
| 2/19/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 3.77 |
| 2/19/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 63.91 |
| 2/19/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 7.89 |
| 2/19/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 12.33 |
| 2/19/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 26.79 |
| 2/19/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 54.20 |
| 2/19/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |
| 2/19/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 30.73 |
| 2/20/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 2.50 |
| 2/20/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 7.29 |
| 2/20/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 15.26 |
| 2/20/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Travel Agency Fee] | 35.00 |
| 2/20/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Airfare] | 150.84 |
| 2/20/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Airfare] | 304.32 |
| 2/20/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 10.94 |
| 2/20/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 7.98 |
| 2/20/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 14.94 |
| 2/20/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Meals - Employee] | 32.34 |
| 2/20/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |
| 2/20/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 33.09 |

**Raymond James Expenses**
January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.* 8/31/2025   *Deal#: T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---:|
| 2/21/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 6.96 |
| 2/21/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 2.50 |
| 2/21/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 16.70 |
| 2/22/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 5.00 |
| 2/24/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Lodging] | 158.86 |
| 2/24/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 28.05 |
| 2/24/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Airfare] | 381.26 |
| 2/24/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Airfare] | 340.74 |
| 2/24/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Airfare] | 639.35 |
| 2/24/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 42.34 |
| 2/25/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 73.04 |
| 2/25/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 14.26 |
| 2/25/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Client Meals] | 169.18 |
| 2/25/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Lodging] | 269.05 |
| 2/25/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 47.52 |
| 2/25/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |
| 2/25/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 31.54 |
| 2/25/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Air WiFi] | 15.95 |
| 2/25/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 13.40 |
| 2/25/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Hotel - Lodging] | 134.00 |
| 2/26/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 174.00 |
| 2/26/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 447.30 |
| 2/26/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 119.27 |
| 2/26/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 27.56 |
| 2/26/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 24.94 |
| 2/26/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 75.31 |
| 2/26/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 5.10 |
| 2/26/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Hotel - Lodging] | 115.43 |
| 2/26/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 11.54 |
| 2/26/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |
| 2/26/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Hotel - Lodging] | 129.27 |
| 2/26/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 19.39 |
| 2/27/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 24.95 |
| 2/27/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 5.50 |
| 2/27/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 194.51 |
| 2/27/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 59.14 |
| 2/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 25.13 |

**Raymond James Expenses**

January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.  8/31/2025*          *Deal#:  T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---|
| 2/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 22.48 |
| 2/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 3.00 |
| 2/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 17.93 |
| 2/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 30.11 |
| 2/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Hotel - Meals - Employee] | 6.75 |
| 2/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Car Rental] | 96.32 |
| 2/27/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | (268.30) |
| 2/27/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 33.89 |
| 2/27/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Air WiFi] | 15.95 |
| 2/27/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 16.91 |
| 2/27/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 19.54 |
| 2/27/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 14.03 |
| 2/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Hotel - Lodging] | 118.83 |
| 2/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 13.07 |
| 2/28/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 32.16 |
| 2/28/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 76.98 |
| 2/28/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 12.12 |
| 2/28/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 22.83 |
| 2/28/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Train / Rail] | 19.25 |
| 2/28/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Train / Rail] | 10.00 |
| 2/28/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 11.11 |
| 2/28/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 17.02 |
| 2/28/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Car Rental Fuel] | 18.47 |
| 2/28/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 10.92 |
| 2/28/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 15.87 |
| 3/2/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Airfare] | 554.71 |
| 3/2/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Airfare] | 406.79 |
| 3/4/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 31.78 |
| 3/4/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 27.91 |
| 3/4/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Meals - Employee] | 32.03 |
| 3/4/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 15.90 |
| 3/4/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 27.37 |
| 3/4/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 34.11 |
| 3/4/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Agency Fee] | 35.00 |
| 3/4/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Airfare] | 239.05 |
| 3/4/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 60.18 |
| 3/4/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 10.39 |

**Raymond James Expenses**
January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.*  8/31/2025          Deal#: T964

| Date | Banker Name | Description | Amount |
|---|---|---|---|
| 3/4/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 7.18 |
| 3/4/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 9.97 |
| 3/4/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Hotel - Lodging] | 120.28 |
| 3/4/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 12.03 |
| 3/4/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 13.89 |
| 3/5/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 37.43 |
| 3/5/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 27.37 |
| 3/5/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 32.10 |
| 3/5/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 18.23 |
| 3/5/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Air WiFi] | 17.00 |
| 3/5/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 32.76 |
| 3/5/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 34.66 |
| 3/5/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 11.55 |
| 3/5/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 70.90 |
| 3/5/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 14.18 |
| 3/5/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 33.78 |
| 3/6/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 4.81 |
| 3/6/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 27.37 |
| 3/6/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 33.79 |
| 3/6/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 29.92 |
| 3/6/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 15.41 |
| 3/6/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 49.59 |
| 3/6/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 34.20 |
| 3/7/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 33.99 |
| 3/7/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 19.26 |
| 3/8/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 23.45 |
| 3/10/2025 | Legal Fees | Postpetition GT Invoice (March Invoice) | 1,291.50 |
| 3/10/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/11/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Agency Fee] | 35.00 |
| 3/11/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Agency Fee] | 35.00 |
| 3/11/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/11/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 34.42 |
| 3/12/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 7.67 |
| 3/12/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 15.01 |
| 3/12/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 9.32 |
| 3/12/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/12/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Air WiFi] | 15.95 |

**Raymond James Expenses**
January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.  8/31/2025*  *Deal#: T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---|
| 3/12/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 21.20 |
| 3/12/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Meals - Employee] | 30.00 |
| 3/12/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 12.03 |
| 3/12/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 12.54 |
| 3/12/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 62.00 |
| 3/12/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 7.19 |
| 3/12/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 31.43 |
| 3/12/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 14.23 |
| 3/13/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/13/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 18.15 |
| 3/13/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 44.39 |
| 3/13/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 27.92 |
| 3/13/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 13.89 |
| 3/13/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 33.72 |
| 3/13/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 29.12 |
| 3/14/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 13.89 |
| 3/14/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 4.36 |
| 3/16/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 13.95 |
| 3/17/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 13.89 |
| 3/18/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Agency Fee] | 35.00 |
| 3/18/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Airfare] | 285.47 |
| 3/18/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Airfare] | 303.46 |
| 3/18/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/18/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 16.19 |
| 3/18/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 22.03 |
| 3/19/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/19/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 3.30 |
| 3/19/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 30.21 |
| 3/20/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 30.22 |
| 3/20/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/20/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 32.03 |
| 3/20/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 133.46 |
| 3/21/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 33.85 |
| 3/21/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/21/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 13.93 |
| 3/21/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 34.24 |
| 3/21/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 166.37 |

**Raymond James Expenses**

January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.  8/31/2025*          *Deal#:  T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---|
| 3/22/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 13.94 |
| 3/23/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Lodging] | 345.00 |
| 3/23/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 30.62 |
| 3/23/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 1.50 |
| 3/23/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 6.00 |
| 3/23/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 20.27 |
| 3/24/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 33.72 |
| 3/24/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 18.15 |
| 3/24/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 29.62 |
| 3/24/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Office Supplies] | 43.61 |
| 3/24/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 37.51 |
| 3/24/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share to Office with Office Supplies for Auction] | 48.42 |
| 3/24/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/24/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Meals - Employee] | 76.20 |
| 3/24/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 20.27 |
| 3/24/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Lodging] | 345.00 |
| 3/24/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 30.62 |
| 3/24/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 6.00 |
| 3/24/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 1.50 |
| 3/24/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 120.72 |
| 3/25/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/25/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 14.93 |
| 3/25/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 35.73 |
| 3/25/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 10.47 |
| 3/25/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 23.42 |
| 3/25/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 12.80 |
| 3/25/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 3.75 |
| 3/25/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 3.80 |
| 3/25/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Meals - Employee] | 68.29 |
| 3/25/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Parking] | 34.00 |
| 3/25/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 174.93 |
| 3/26/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/26/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 30.73 |
| 3/26/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 244.55 |
| 3/27/2025 | Auction Expenses | Auction Catering - Three Meals, Snacks, and Drinks for 50 People | 10,288.69 |
| 3/27/2025 | Auction Expenses | Auction OT HVAC | 2,450.00 |
| 3/27/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 24.18 |

**Raymond James Expenses**
January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.  8/31/2025*     *Deal#:  T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---|
| 3/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 4.60 |
| 3/27/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 46.08 |
| 3/31/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 30.62 |
| 3/31/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Lodging] | 345.00 |
| 3/31/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 6.00 |
| 3/31/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 1.50 |
| 3/31/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 20.27 |
| 3/31/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 3/31/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 266.00 |
| 4/1/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 14.93 |
| 4/1/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 28.77 |
| 4/1/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 4/1/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 36.18 |
| 4/1/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Lodging] | 345.00 |
| 4/1/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 30.62 |
| 4/1/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 20.27 |
| 4/1/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Meals - Employee] | 86.74 |
| 4/1/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 6.00 |
| 4/1/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 1.50 |
| 4/1/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Train / Rail] | 502.00 |
| 4/1/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 61.91 |
| 4/1/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 126.93 |
| 4/1/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 35.73 |
| 4/1/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Lodging] | 160.89 |
| 4/1/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 28.15 |
| 4/1/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 24.88 |
| 4/1/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Meals - Employee] | 35.74 |
| 4/2/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 9.00 |
| 4/2/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 25.78 |
| 4/2/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Meals - Employee] | 86.74 |
| 4/2/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 4/2/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 34.01 |
| 4/2/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 21.76 |
| 4/2/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 32.25 |
| 4/2/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Lodging] | 159.03 |
| 4/2/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 27.83 |

**Raymond James Expenses**
January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.* 8/31/2025    *Deal#: T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---:|
| 4/2/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 72.00 |
| 4/2/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 174.00 |
| 4/3/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 92.46 |
| 4/3/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Air WiFi] | 8.00 |
| 4/3/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Airfare] | 54.89 |
| 4/3/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Agency Fee] | 35.00 |
| 4/3/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Agency Fee] | 35.00 |
| 4/3/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Airfare] | 36.90 |
| 4/3/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 4/3/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 52.93 |
| 4/3/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 16.24 |
| 4/3/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 11.95 |
| 4/4/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Agency Fee] | 35.00 |
| 4/4/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 321.00 |
| 4/4/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 175.00 |
| 4/5/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | (112.00) |
| 4/5/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 21.40 |
| 4/6/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 57.92 |
| 4/6/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 10.93 |
| 4/6/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Lodging] | 129.27 |
| 4/6/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 22.63 |
| 4/6/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 23.29 |
| 4/6/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Lodging] | 285.00 |
| 4/6/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 49.88 |
| 4/7/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Lodging] | 176.00 |
| 4/7/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 16.72 |
| 4/7/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 3.52 |
| 4/7/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 10.56 |
| 4/7/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | (17.50) |
| 4/7/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 42.02 |
| 4/7/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 52.67 |
| 4/7/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Meals - Employee] | 58.51 |
| 4/7/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 40.17 |
| 4/7/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 11.49 |
| 4/7/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 49.88 |
| 4/7/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Lodging] | 285.00 |
| 4/7/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Air WiFi] | 8.00 |

**Raymond James Expenses**
January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.*  *8/31/2025*          *Deal#: T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---|
| 4/7/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 43.49 |
| 4/7/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 4/8/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 33.23 |
| 4/8/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 16.94 |
| 4/8/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 25.85 |
| 4/8/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 25.75 |
| 4/8/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Meals - Employee] | 58.51 |
| 4/8/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 4/9/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 58.93 |
| 4/9/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 13.23 |
| 4/9/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Meals - Employee] | 32.70 |
| 4/9/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 4/9/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 63.91 |
| 4/9/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 88.65 |
| 4/9/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 17.96 |
| 4/9/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 33.48 |
| 4/10/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 23.05 |
| 4/13/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Airfare] | 498.33 |
| 4/15/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 7.45 |
| 4/15/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 5.65 |
| 4/15/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 37.44 |
| 4/15/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 7.34 |
| 4/15/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 16.92 |
| 4/15/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 100.77 |
| 4/15/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 30.73 |
| 4/16/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Travel Meals - Employee] | 3.77 |
| 4/16/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 121.89 |
| 4/16/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 61.72 |
| 4/16/2025 | Rolando Bonachea | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 72.68 |
| 4/17/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 30.73 |
| 4/18/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 34.37 |
| 4/28/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Lodging] | 345.00 |
| 4/28/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 56.39 |
| 4/29/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 428.00 |
| 4/29/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Train / Rail] | (54.00) |
| 4/29/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Train / Rail] | 322.00 |
| 4/29/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Agency Fee] | 35.00 |

**Raymond James Expenses**
January 14, 2025 to August 31, 2025

*Bill To: Diamond Comic Distributors, Inc.  8/31/2025*    *Deal#:  T964*

| Date | Banker Name | Description | Amount |
|---|---|---|---:|
| 4/29/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Business Meals] | 153.00 |
| 4/29/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Meals - Employee] | 96.00 |
| 4/29/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Lodging] | 345.00 |
| 4/29/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Hotel - Taxes / Fees] | 56.39 |
| 4/30/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 56.67 |
| 4/30/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 12.67 |
| 4/30/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Train / Rail] | 322.00 |
| 4/30/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 39.59 |
| 4/30/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 10.00 |
| 4/30/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 24.34 |
| 5/1/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 20.55 |
| 5/1/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 76.64 |
| 5/1/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 13.00 |
| 5/1/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 33.48 |
| 5/1/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Meals - Employee] | 30.73 |
| 5/1/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 32.07 |
| 5/2/2025 | Geoffrey Richards | Diamond Comic Distributors - T964 [Travel Agency Fee] | 35.00 |
| 5/2/2025 | Brent Robinson | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 29.39 |
| 5/5/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 251.00 |
| 5/5/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 288.90 |
| 5/5/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 213.00 |
| 5/5/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | (213.00) |
| 5/6/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 76.28 |
| 5/6/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 13.89 |
| 5/6/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 14.25 |
| 5/7/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Traveling Taxi / Ride Share] | 87.33 |
| 5/7/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Meals - Employee] | 25.02 |
| 5/7/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 13.25 |
| 5/9/2025 | Legal Fees | Postpetition GT Invoice (May Invoice) | 2,152.50 |
| 5/16/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 13.89 |
| 5/23/2025 | Isabella Zeng | Diamond Comic Distributors - T964 [Taxi / Ride Share Home After 8pm EST, Consistent with RJ Policy] | 13.89 |
| 6/6/2025 | Legal Fees | Postpetition GT Invoice (June Invoice) | 19,223.00 |
| 8/13/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 90.00 |
| 8/13/2025 | Alec Haesler | Diamond Comic Distributors - T964 [Train / Rail] | 205.00 |
| | | **Total Expenses to Invoice** | **$ 66,097.58** |