**<u>Exhibit F</u>**

**Legal Fees**

# GT GreenbergTraurig

Invoice No.: 1001047923
File No.    : 050267.020900

Bill Date   : June 6, 2025

Raymond James & Associates, Inc.
ELECTRONIC BILLING DO NOT MAIL

## INVOICE

Re: Diamond Comics
    Claim #:2025-000484

<u>Legal Services through May 31, 2025</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 19,223.00 |
| **Current Invoice**: | $ | **19,223.00** |
| Previous Balance (see attached statement): | $ | 2,152.50 |
| **Total Amount Due:** | $ | **21,375.50** |

OP:KH
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | One Vanderbilt Avenue | New York, New York 10017
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

*Important:* If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

Note:  Payment is Due 30 Days from Date of Invoice

*FOR YOUR CONVENIENCE,*
*PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
*FOR FEES & COSTS ARE AS FOLLOWS:*

| | |
|---|---|
| TO: | CITIBANK, N.A. |
| ABA #: | ▮ |
| INTERNATIONAL SWIFT: | ▮ |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | ▮ |

PLEASE REFERENCE:

| | |
|---|---|
| CLIENT NAME: | RAYMOND JAMES & ASSOCIATES, INC. |
| FILE NUMBER: | 050267.020900 |
| INVOICE NUMBER: | 1001047923* |
| BILLING PROFESSIONAL: | Oscar Pinkas |

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

*****

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|---|---|---:|---:|---:|---:|
| 05/09/25 | 1001019060 | 2,152.50 | 0.00 | 0.00 | 2,152.50 |
| | Totals: $ | 2,152.50  $ | 0.00  $ | 0.00  $ | 2,152.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1001047923 | | | Page  1 |
| Re: | Diamond Comics | | | |
| Matter No.: | 050267.020900 | | | |

### Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/19/25 | Nathan A. Haynes | Prepare for/attend conference call with client. Analyze retention letter, retention order, DIP documentation, sale documentation. Confer with LRo re: motion. Calls/correspondence to debtor counsel. | 2.20 | 3,047.00 |
| 05/19/25 | Oscar Pinkas | [redacted] | 0.40 | 574.00 |
| 05/19/25 | Libby B. Ro | [redacted] | 4.70 | 3,266.50 |
| 05/20/25 | Nathan A. Haynes | Review/revise motion, review caselaw re: same. Prepare for/attend conference call with debtor counsel and advisor. | 1.40 | 1,939.00 |
| 05/20/25 | Oscar Pinkas | [redacted] | 0.50 | 717.50 |
| 05/20/25 | Libby B. Ro | Reviewing local rules re: motion practices (0.2). | 0.20 | 139.00 |
| 05/20/25 | Libby B. Ro | [redacted] | 6.20 | 4,309.00 |
| 05/20/25 | Libby B. Ro | [redacted] | 3.20 | 2,224.00 |
| 05/21/25 | Nathan A. Haynes | Prepare for/attend conference call with debtor counsel, review funding emails, analyze DIP amendments re: availability. | 0.80 | 1,108.00 |
| 05/21/25 | Oscar Pinkas | Call with client on DIP [redacted] issues, and call with debtors' professionals re: same. | 0.50 | 717.50 |
| 05/21/25 | Libby B. Ro | Reviewing DIP documents re: Raymond James [redacted] | 1.70 | 1,181.50 |

Total Time: 21.80
Total Fees: $ 19,223.00

| | | |
|---|---|---|
| Invoice No.: | 1001047923 | Page  2 |
| Re: | Diamond Comics | |
| Matter No.: | 050267.020900 | |

Description of Expenses Billed:

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|---|---|---|

**<u>No expenses charged to this file</u>**

# GT GreenbergTraurig

Invoice No.: 1001019060
File No.   : 050267.020900

Bill Date  : May 9, 2025

Raymond James & Associates, Inc.
ELECTRONIC BILLING DO NOT MAIL

## INVOICE

Re:  Diamond Comics
     Claim #:2025-000484

Legal Services through April 30, 2025:

|  | Total Fees: | $ | 2,152.50 |
|---|---|---|---|
|  | **Current Invoice**: | $ | **2,152.50** |

OP:KH
Tax ID: 13-3613083

*Important:* If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

Note: Payment is Due 30 Days from Date of Invoice

**FOR YOUR CONVENIENCE,
PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | CITIBANK, N.A. |
| ABA #: | ▮▮▮▮▮ |
| INTERNATIONAL SWIFT: | ▮▮▮ |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | ▮▮▮ |
| PLEASE REFERENCE: | CLIENT NAME: RAYMOND JAMES & ASSOCIATES, INC. |
| | FILE NUMBER: 050267.020900 |
| | INVOICE NUMBER: 1001019060* |
| | BILLING PROFESSIONAL: Oscar Pinkas |

<u>IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:</u>

**Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

*****

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1001019060 | | | Page  1 |
| Re: | Diamond Comics | | | |
| Matter No.: | 050267.020900 | | | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/02/25 | Oscar Pinkas | Call with client on issues for upcoming contested sale hearing. | 0.80 | 1,148.00 |
| 04/04/25 | Oscar Pinkas | Attn to open issues. | 0.20 | 287.00 |
| 04/05/25 | Oscar Pinkas | Contested sale hearing prep call with client and debtors' counsel. | 0.50 | 717.50 |
| | | Total Time: | 1.50 | |
| | | Total Fees: | | $ 2,152.50 |

| | | |
|---|---|---|
| Invoice No.: | 1001019060 | Page 2 |
| Re: | Diamond Comics | |
| Matter No.: | 050267.020900 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**No expenses charged to this file**

# GT GreenbergTraurig

Invoice No.: 1000950157
File No.   : 050267.020900

Bill Date   : March 10, 2025

Raymond James & Associates, Inc.
ELECTRONIC BILLING DO NOT MAIL

## INVOICE

Re:  Diamond Comics
     Claim #:2025-000484

Legal Services through February 28, 2025:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 9,673.00 |
| **Current Invoice**: | $ | **9,673.00** |

OP:KH
Tax ID: 13-3613083

*Important:* If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

Note:  Payment is Due 30 Days from Date of Invoice

**FOR YOUR CONVENIENCE, PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT FOR FEES & COSTS ARE AS FOLLOWS:**

TO: CITIBANK, N.A.
ABA #: ███
INTERNATIONAL SWIFT: ███
CREDIT TO: GREENBERG TRAURIG ACCOUNT
ACCOUNT #: ███
PLEASE REFERENCE:
 CLIENT NAME: RAYMOND JAMES & ASSOCIATES, INC.
 FILE NUMBER: 050267.020900
 INVOICE NUMBER: 1000950157*
 BILLING PROFESSIONAL: Oscar Pinkas

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

*****

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000950157 | | | Page 1 |
| Re: | Diamond Comics | | | |
| Matter No.: | 050267.020900 | | | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/05/25 | Jessica Wolfert | Review and comment on Diamond Comics Interim DIP Order | 1.30 | 942.50 |
| 01/06/25 | Oscar Pinkas | Reviewed and considered DIP term sheet revisions, and working group emails re: same. | 0.50 | 717.50 |
| 01/08/25 | Oscar Pinkas | Communications re: carveout in DIP financing with client and company. | 0.50 | 717.50 |
| 01/08/25 | Oscar Pinkas | Attn to retention issues | 0.20 | 287.00 |
| 01/08/25 | Jessica Wolfert | Status call with RJA and Debtor's counsel | 0.20 | 145.00 |
| 01/08/25 | Jessica Wolfert | Review and review Interim DIP Order | 0.20 | 145.00 |
| 01/08/25 | Jessica Wolfert | Begin revision of Bid Procedures | 1.40 | 1,015.00 |
| 01/09/25 | Oscar Pinkas | Attn to retention issues | 0.20 | 287.00 |
| 01/09/25 | Jessica Wolfert | Finish revision of Bid Procedures Motion | 2.60 | 1,885.00 |
| 01/10/25 | Oscar Pinkas | Reviewed and considered retention application revisions from J. Wolfert. | 0.30 | 430.50 |
| 01/10/25 | Jessica Wolfert | Review and revise bid procedures motion | 2.10 | 1,522.50 |
| 01/13/25 | Oscar Pinkas | Attn to retention issues | 0.20 | 287.00 |
| 01/23/25 | Oscar Pinkas | Attn to UST inquiries re: retention. | 0.30 | 430.50 |
| 01/31/25 | Oscar Pinkas | Reviewed and considered bidding procedures declaration. | 0.40 | 574.00 |
| 02/06/25 | Oscar Pinkas | Reviewed and considered committee retention order language, and email to client thereon. | 0.20 | 287.00 |
| | | Total Time: | 10.60 | |
| | | Total Fees: | | $ 9,673.00 |

| | | |
|---|---|---|
| Invoice No.: | 1000950157 | Page 2 |
| Re: | Diamond Comics | |
| Matter No.: | 050267.020900 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**No expenses charged to this file**