IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 703 |

**AMENDMENT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME OR REJECT AN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. 365(d)(4)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby amend (the "Amendment") their *Motion For Entry of an Order Extending the Deadline for the Debtors to Assume or Reject an Unexpired Lease of Nonresidential Real Property Pursuant to 11 U.S.C. 365(d)(4)* [D.I. 703] (the "Motion") as follows:[2]

**Amendments**

1. The reference in paragraph 1 of the Motion to "August 31, 2025" is hereby modified to "September 30, 2025."

2. Exhibit A to the Motion is hereby replaced with the revised **Exhibit A** attached hereto.

3. Exhibit B to the Motion is hereby replaced with the revised **Exhibit B** attached hereto.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Unless the context indicates otherwise, capitalized terms used in this Amendment shall have the meanings ascribed to them in the Motion.

**Notice**

4.	Notice of this Amendment will be given to the following parties, or, in lieu thereof, to their counsel: (i) the Office of the United States Trustee for the District of Maryland; (ii) the Committee; (iii) counsel to JPMorgan Chase Bank, N.A.; (iv) the United States Attorney for the District of Maryland; (v) the offices of the attorneys general for the states in which the Debtors operate; (vi) the Internal Revenue Service; (vii) the United States Attorney general; (viii) the civil process clerk for the United States Attorney for the District of Maryland; (ix) the Landlord; and (x) any party that has requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

WHEREFORE, the Debtors respectfully request entry of the revised Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and proper.

[*Remainder of Page Left Intentionally Blank*]

Dated: August 27, 2025  **SAUL EWING LLP**

By: /s/ *Jordan D. Rosenfeld*
   Jordan D. Rosenfeld (MD Bar No. 13694)
   1001 Fleet Street, 9th Floor
   Baltimore, MD 21202
   Telephone: (410) 332-8600
   Email: jordan.rosenfeld@saul.com

   -and-

   Jeffrey C. Hampton (admitted *pro hac vice*)
   Adam H. Isenberg (admitted *pro hac vice*)
   Turner N. Falk (admitted *pro hac vice*)
   1500 Market Street, 38th Floor
   Philadelphia, PA 19102
   Telephone: (215) 972-7777
   Email: jeffrey.hampton@saul.com
          adam.isenberg@saul.com
          turner.falk@saul.com
   -and-

   Mark Minuti (admitted *pro hac vice*)
   Paige N. Topper (admitted *pro hac vice*)
   Nicholas Smargiassi (admitted *pro hac vice*)
   1201 N. Market Street, Suite 2300
   Wilmington, DE 19801
   Telephone: (302) 421-6800
   Email: mark.minuti@saul.com
          paige.topper@saul.com
          nicholas.smargiassi@saul.com

   *Counsel for Debtors and Debtors in Possession*