# EXHIBIT A

**COMPENSATION BY PROFESSIONAL**

## COMPENSATION BY ATTORNEY PROFESSIONALS

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Mark Minuti | Partner | Bankruptcy | 1988 | $975 | 367.5 | $358,312.50 |
| Jeffrey C. Hampton | Partner | Bankruptcy | 1990 | $860 | 540 | $464,400.00 |
| Adam H. Isenberg | Partner | Bankruptcy | 1988 | $860 | 491.4 | $422,604.00 |
| Dennis J. Brennan | Partner | Corporate | 1998 | $830 | 15.2 | $12,616.00 |
| Sarah L. Church | Counsel | Employee Benefits and Executive Compensation | 1984 | $815 | 0.2 | $163.00 |
| Marshall B. Paul | Partner | Corporate | 1973 | $810 | 0.3 | $243.00 |
| Evan J. Foster | Partner | Corporate | 2006 | $750 | 1.9 | $1,425.00 |
| Monique B. DiSabatino | Partner | Bankruptcy | 2009 | $620 | 0.3 | $186.00 |
| Andrew J. Daly | Partner | Corporate | 2004 | $615 | 0.6 | $369.00 |
| Carolyn A. Pellegrini | Partner | Litigation | 2009 | $610 | 4.8 | $2,928.00 |
| Jordan D. Rosenfeld | Partner | Litigation | 2013 | $565 | 22.6 | $12,769.00 |
| Francelina M. Perdomo Klukosky | Counsel | Litigation | 2005 | $675 | 11.9 | $8,032.50 |
| Anne D. Greene | Counsel | Tax and Employee Benefits | 2011 | $585 | 19.1 | $11,173.50 |
| Austin G. Strine | Associate | Litigation | 2017 | $505 | 3.2 | $1,616.00 |
| Paige N. Topper | Associate | Bankruptcy | 2017 | $505 | 227.5 | $114,887.50 |
| Turner N. Falk | Associate | Bankruptcy | 2014 | $485 | 96.9 | $46,996.50 |
| Ashley N. Fellona | Associate | Litigation | 2018 | $485 | 9.4 | $4,559.00 |
| Michelle C. Streifthau-Livizos | Associate | Litigation | 2018 | $485 | 25.9 | $12,561.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sarah E. Nichols | Associate | Corporate | 2022 | $385 | 13.8 | $5,313.00 |
| Nicholas Smargiassi | Associate | Bankruptcy | 2023 | $355 | 253.1 | $89,850.50 |
| Maxwell M. Hanamirian | Associate | Bankruptcy | 2024 | $325 | 97.3 | $31,622.50 |
| **Total for Attorneys:** | | | | | **2,202.9** | **$1,602,628.00** |
| **Minus 50% for Non-Working Travel** | | | | | | **($22,350.25)** |
| **Grand Total for Attorneys:** | | | | | **2,202.9** | **$1,580,277.75** |

## COMPENSATION BY PARAPROFESSIONAL OR STAFF MEMBER

| NAME OF PARAPROFESSIONAL OR STAFF MEMBER | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Jennifer R. Fitzgerald | Paralegal | Real Estate | $350 | 0.2 | $70.00 |
| Donna H. Lewis | Paralegal | Transactional | $345 | 0.7 | $241.50 |
| Patricia Markey | Paralegal | Litigation / Bankruptcy | $315 | 53.5 | $16,852.50 |
| Robyn E. Warren | Paraprofessional | Bankruptcy | $310 | 27.1 | $8,401.00 |
| Cassandra E. Joyner | Paraprofessional | Litigation | $230 | 6.8 | $1,564.00 |
| Sean F. Kenny | Paraprofessional | Bankruptcy | $220 | 4 | $880.00 |
| eDiscovery Project Manager - EDPM | Litigation Support | Litigation | $360 | 1.5 | $540.00 |
| **Total for Paraprofessionals and other staff:** | | | | **93.8** | **$28,549.00** |

2