# EXHIBIT B

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

## COMPENSATION BY PROJECT CATEGORY

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Asset Sale Disposition | 879.1 | $689,289.50 |
| 2. | Business Operations | 207.9 | $170,583.00 |
| 3. | Case Administration | 167.6 | $87,201.00 |
| 4. | Claims Analysis, Objections, Proofs of Claim | 25.4 | $12,854.50 |
| 5. | Committee Matters | 26.5 | $23,149.00 |
| 6. | Creditor Inquiries | 5.8 | $2,648.00 |
| 7. | Employee Benefits Pension | 9 | $5,228.50 |
| 8. | Executory Contracts | 93.4 | $45,847.50 |
| 9. | Fee/Employment Applications (Saul Ewing) | 52.5 | $19,068.50 |
| 10. | Fee/Employment Applications (Other Professionals) | 30.1 | $11,928.50 |
| 11. | Financing and Cash Collateral | 119.6 | $78,427.00 |
| 12. | Litigation: Contested Matters and Adversary Proceedings | 318.1 | $239,684.50 |
| 13. | Non-Working Travel | 57.7 | $44,700.50 |
| 14. | Plan and Disclosure Statement | 22.4 | $10,273.00 |
| 15. | Preparation for and Attendance at Hearings | 216.8 | $161,909.00 |
| 16. | Relief from Stay and Adequate Protection | 0.2 | $172.00 |
| 17. | Statements and Schedules | 14 | $5,658.00 |
| 18. | UST Reports, Meetings and Issues | 50.6 | $22,555.00 |
|  | **Total:** | **2,296.7** | **$1,631,177.00** |
|  | **Minus 50% for Non-Working Travel** |  | **($22,350.25)** |
|  |  | **Grand Total** | **$1,608,826.75** |
|  |  | **80% of Total Compensation:** | **$1,287,061.40** |