# EXHIBIT C

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| Summary of Expenses | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| Total Cab Fare | Lyft; Taxi; Car Service; Uber | $1,176.56 |
| Total Court Costs | Maryland Bankruptcy Court | $106.50 |
| Total Court Report Servicers | Writer's Cramp, Inc. | $3,142.05 |
| Total Federal Express | Federal Express | $126.14 |
| Total Filing Fees | Maryland Bankruptcy Court; State of Maryland, Department of Assessments and Taxation | $140.00 |
| Total Hotel | Intercontinental New York Barclay; Hyatt Place Baltimore; Hilton Garden Inn Baltimore; Hilton Garden Inn; Courtyard by Marriot | $4,334.44 |
| Total Meals | Intercontinental New York Barclay; Avra; Chick-Fil-A; Sweetgreen; Hilton Garden Inn Baltimore; Starbucks; Whole Foods; Maximon; Pizza Bardea; ezCater (Breaking Bread); Toscany Catering; ezCater (Honey Baked Ham); Uber Eats (Panera Bread); Kneads Bakery; Harbor East Deli; Jay's Restaurant Group; Pret; Pizzeria Bardea; Atlas Restaurant; Sweetgreen; Starbucks; Kneads Bakeshop; Zhen Bang Noodle | $2,579.98 |
| Total Messenger Service | Expedited Courier & Distribution, LLC | $612.88 |
| Total Mileage | N/A | $748.10 |
| Total Misc. | Federal Express | $72.21 |
| Total PACER Research | PACER | $153.60 |
| Total Outside Reproduction | Reliable Copy Service | $271.42 |
| Total Parking | Premium Parking; Parking Authority; Philadelphia Parking Authority; Wilmington Parking Authority; Wilmington Train Station | $276.05 |
| Total Photocopying | N/A | $191.25 |
| Total Photocopying - Color | N/A | $620.00 |
| Total Search Fees | CT Lien Solutions | $124.76 |
| Total Tolls | EZ Pass | $56.00 |
| Total Transportation-Amtrak | Amtrak | $2,117.00 |
| Total Westlaw Legal Research | Westlaw Legal Research | $13,068.14 |
| **Total** | | **$29,917.08** |