# EXHIBIT D

## SUMMARY OF BLENDED RATE

**SUMMARY OF BLENDED HOURLY RATE**

| PROFESSIONALS | BLENDED RATE *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | BLENDED RATE *This Application* | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Senior Partners | $682.00 | $889.36 | 1,416.3 | $1,259,600.50 |
| Junior Partners | $570.00 | $574.28 | 28.3 | $16,252.00 |
| Counsel | $576.00 | $620.80 | 31.2 | $19,369.00 |
| Senior Associates | $428.00 | $497.71 | 362.9 | $180,620.50 |
| Junior Associates | $343.00 | $348.12 | 364.2 | $126,786.00 |
| Paraprofessionals | $298.00 | $304.36 | 93.8 | $28,549.00 |
| **Minus 50% for Non-Working Travel** | | | | ($22,350.25) |
| **Total Amount Sought for Application Period** | | | | $1,608,826.75 |
| **Blended Hourly Rate/Total fees** | | | | $700.49 |