# EXHIBIT E

## BUDGETS AND STAFFING PLANS

**April 2025**

- Budgeted amount: $480,000 (actual fees were $692,850.50)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 5 | $565 per hour to $975 per hour |
| Counsel | 2 | $585 per hour to $815 per hour |
| Associate | 5 | $325 per hour to $505 per hour |
| Paraprofessional | 3 | $220 per hour to $350 per hour |
| Other (Litigation, Support, Clerical) | 1 | $360 per hour |

**May 2025**

- Budgeted amount $480,000 (actual fees were $453,983.25)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 5 | $565 per hour to $975 per hour |
| Counsel | 2 | $585 per hour to $815 per hour |
| Associate | 5 | $325 per hour to $505 per hour |
| Paraprofessional | 3 | $220 per hour to $350 per hour |
| Other (Litigation, Support, Clerical) | 0 | N/A |

**June 2025**

- Budgeted amount $480,000 (actual fees were $461,993.00)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 5 | $565 per hour to $975 per hour |
| Counsel | 2 | $585 per hour to $815 per hour |

2

| | | |
|---|---|---|
| Associate | 5 | $325 per hour to $505 per hour |
| Paraprofessional | 3 | $220 per hour to $350 per hour |
| Other (Litigation, Support, Clerical) | 0 | N/A |