# EXHIBIT A

### TIME ENTRIES FOR FEES & EXPENSE REPORT

| Work Date | Timekeeper Name | Matter Currency | Contract Hours | Contract Amount | Contract Rate | Narrative |
|---|---|---|---|---|---|---|
| 07/04/2025 | Goldsmith, Tal | GBP | 0.20 | £ 207.00 | £ 1,035.00 | Update from Saul and consider |
| 14/04/2025 | Goldsmith, Tal | GBP | 0.60 | £ 621.00 | £ 1,035.00 | Review latest update from Saul and consider drafting issues with Matt on APA |
| 14/04/2025 | Kinghorn, Matthew | GBP | 4.00 | £ 3,160.00 | £ 790.00 | Drafting APA |
| 15/04/2025 | Bridcut, Jonathan | GBP | 1.40 | £ 1,449.00 | £ 1,035.00 | Reviewing and commenting on updated draft Asset Purchase Agreement (APA). Sending revised draft and redline to Saul Ewing. Emails with Tal Goldsmith and Matt Kinghorn on the draft APA and on arranging a call with Saul Ewing. |
| 16/04/2025 | Goldsmith, Tal | GBP | 1.70 | £ 1,759.50 | £ 1,035.00 | Prep for and attendance at call with Saul Ewing re current position |
| 16/04/2025 | Bridcut, Jonathan | GBP | 0.30 | £ 310.50 | £ 1,035.00 | Internal emails regarding APA requirements. |
| 16/04/2025 | Kinghorn, Matthew | GBP | 1.30 | £ 1,027.00 | £ 790.00 | APA call. Updating APA |
| 17/04/2025 | Bridcut, Jonathan | GBP | 0.40 | £ 414.00 | £ 1,035.00 | Call with Matt Kinghorn to discuss APA; call with Saul Ewing on APA and next steps. |
| 17/04/2025 | Kinghorn, Matthew | GBP | 1.10 | £ 869.00 | £ 790.00 | Updating APA |
| 23/04/2025 | Kinghorn, Matthew | GBP | 1.10 | £ 869.00 | £ 790.00 | APA updates |
| 27/05/2025 | Benjamin, Ian | GBP | 0.30 | £ 310.50 | £ 1,035.00 | Emails with Saul Ewing re settling pre-Ch.11 fees |
| 28/05/2025 | Benjamin, Ian | GBP | 2.20 | £ 2,277.00 | £ 1,035.00 | Preparing initial fee application - email to Saul Ewing |
| 30/05/2025 | Benjamin, Ian | GBP | 0.60 | £ 621.00 | £ 1,035.00 | Finalise fee application - email to Saul Ewing |
| 30/05/2025 | Goldsmith, Tal | GBP | 0.50 | £ 517.50 | £ 1,035.00 | Emails on current position and liaising with Sophie Schultz re landlord position |
| 02/06/2025 | Goldsmith, Tal | GBP | 1.10 | £ 1,138.50 | £ 1,035.00 | Emails re updated MBO and landlord position, emails with Saul Ewing and Raymond James |
| 03/06/2025 | Goldsmith, Tal | GBP | 0.80 | £ 828.00 | £ 1,035.00 | Multiple emails re MBO deal and in particular re property aspects |
| 03/06/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | £ 1,035.00 | Internal emails with Tal Goldsmith and Matt Kinghorn on amendments to APA. |
| 03/06/2025 | Kinghorn, Matthew | GBP | 2.30 | £ 1,817.00 | £ 790.00 | APA mark up and emails regarding APA drafting. |
| 04/06/2025 | Goldsmith, Tal | GBP | 0.30 | £ 310.50 | £ 1,035.00 | Emails re revised turn of APA and corporate authorities |
| 04/06/2025 | Kinghorn, Matthew | GBP | 2.10 | £ 1,659.00 | £ 790.00 | Emails regarding APA drafting and updating APA to reflect points discussed on the call. |
| 05/06/2025 | Goldsmith, Tal | GBP | 0.40 | £ 414.00 | £ 1,035.00 | Emails re current state of MBO and in particular property aspects |

| Work Date | Timekeeper Name | Matter Currency | Contract Hours | Contract Amount | Contract Rate | Narrative |
|---|---|---|---|---|---|---|
| 05/06/2025 | Kinghorn, Matthew | GBP | 0.60 | £ 474.00 | £ 790.00 | Emails with insolvency team, corporate team and Saul Ewing regarding APA issues. |
| 06/06/2025 | Goldsmith, Tal | GBP | 0.40 | £ 414.00 | £ 1,035.00 | Emails and call re property aspects of UK transaction |
| 06/06/2025 | Schultz, Sophie | GBP | 0.80 | £ 828.00 | £ 1,035.00 | Call with Gerry regarding approach to landlord. Update to Tal. |
| 06/06/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | £ 1,035.00 | Internal emails (with Matt Kinghorn and others). |
| 06/06/2025 | Kinghorn, Matthew | GBP | 0.80 | £ 632.00 | £ 790.00 | Sell side catch up call and call regarding lease transfer. |
| 11/06/2025 | Goldsmith, Tal | GBP | 1.40 | £ 1,449.00 | £ 1,035.00 | All parties call with buyer to discuss routes through to sale, follow up call with Saul Ewing and Bill Henrich and follow up emails |
| 11/06/2025 | Schultz, Sophie | GBP | 0.60 | £ 621.00 | £ 1,035.00 | Preparing draft email to Gerry setting out what info we need from buyers to approach landlord for consent to assign |
| 11/06/2025 | Benjamin, Ian | GBP | 1.00 | £ 1,035.00 | £ 1,035.00 | Call with US counsel, UK management and advisors re potential sale |
| 11/06/2025 | Kinghorn, Matthew | GBP | 1.30 | £ 1,027.00 | £ 790.00 | Call regarding restructuring the transaction w/ sell-side. |
| 11/06/2025 | Bridcut, Jonathan | GBP | 0.30 | £ 310.50 | £ 1,035.00 | Discussions with Matt Kinghorn about revised structure. Emails with Tal Goldsmith about client call tomorrow. |
| 12/06/2025 | Goldsmith, Tal | GBP | 1.20 | £ 1,242.00 | £ 1,035.00 | Call with Saul Ewing re next steps and follow up emails re SPA |
| 12/06/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | £ 1,035.00 | Emails with Tal Goldsmith and Matt Kinghorn about APA/SPA requirements. |
| 13/06/2025 | Goldsmith, Tal | GBP | 0.40 | £ 414.00 | £ 1,035.00 | Emails re stock purchase agreement and current position with buyer |
| 13/06/2025 | Finden, Thomas | GBP | 3.00 | £ 2,715.00 | £ 905.00 | Briefing by Jonathan Bridcut on preparation of the Share Purchase Agreement; review of the Asset Purchase Agreement and background details; discussions with and supervision of Samuel Tyler on approach to drafting the Share Purchase Agreement; preparing list of follow up questions to Jonathan Bridcut; discussions on approach and answering queries from Samuel Tyler; review of the draft Share Purchase Agreement and providing comments to Samuel Tyler; follow up discussions with Jonathan Bridcut. |
| 13/06/2025 | Tyler, Samuel | GBP | 4.90 | £ 2,964.50 | £ 605.00 | Discussion with Tom Finden about the Share Purchase Agreement; reviewing instructions from the client; drafting the Share Purchase Agreement; carrying over relevant provisions from the draft of the Asset Purchase Agreement; discussion with Tom Finden about the Share Purchase Agreement; further amendments to the Share Purchase Agreement; sent the draft Share Purchase Agreement to Jonathan Bridcut. |
| 13/06/2025 | Bridcut, Jonathan | GBP | 1.70 | £ 1,759.50 | £ 1,035.00 | Briefing Tom Finden and Sam Tyler on latest transaction matters. Liaising with Tal Goldsmith on SPA requirements. Reviewing and commenting on draft and sending to Saul Ewing for US input. |
| 16/06/2025 | Goldsmith, Tal | GBP | 0.20 | £ 207.00 | £ 1,035.00 | Emails re new bidder |
| 16/06/2025 | Bridcut, Jonathan | GBP | 0.60 | £ 621.00 | £ 1,035.00 | Emails with Saul Ewing, and internally, on SPA requirements. |
| 16/06/2025 | Kinghorn, Matthew | GBP | 1.60 | £ 1,264.00 | £ 790.00 | Updates to SPA to reflect call with Saul Ewing. |
| 17/06/2025 | Goldsmith, Tal | GBP | 0.40 | £ 414.00 | £ 1,035.00 | Emails and call with new potential buyer lawyers |

| Work Date | Timekeeper Name | Matter Currency | Contract Hours | Contract Amount | | Contract Rate | | Narrative |
|---|---|---|---|---|---|---|---|---|
| 17/06/2025 | Kinghorn, Matthew | GBP | 0.60 | £ | 474.00 | £ | 790.00 | Call with Wedlake Bell and Saul Ewing to discuss second potential buyer's bid process. |
| 17/06/2025 | Bridcut, Jonathan | GBP | 0.30 | £ | 310.50 | £ | 1,035.00 | Call with Wedlake Bell and Saul Ewing to discuss second potential buyer's bid process. |
| 18/06/2025 | Benjamin, Ian | GBP | 0.30 | £ | 310.50 | £ | 1,035.00 | Call with Saul Ewing re APA |
| 18/06/2025 | Schultz, Sophie | GBP | 0.10 | £ | 103.50 | £ | 1,035.00 | Checking no change of control provision in lease |
| 18/06/2025 | Kinghorn, Matthew | GBP | 2.00 | £ | 1,580.00 | £ | 790.00 | Call re Gem SPA with Saul Ewing. Updates to SPA to reflect the call. Discussing mark up with Jonathan Bridcut. |
| 18/06/2025 | Bridcut, Jonathan | GBP | 0.60 | £ | 621.00 | £ | 1,035.00 | Call with Saul Ewing to discuss SPA drafting. Making minor further updates to draft and sending to Saul Ewing team. |
| 23/06/2025 | Goldsmith, Tal | GBP | 0.20 | £ | 207.00 | £ | 1,035.00 | Emails with Saul Ewing re approach of management |
| 26/06/2025 | Bridcut, Jonathan | GBP | 0.50 | £ | 517.50 | £ | 1,035.00 | Initial high-level review of SPA mark-up received from TC Group (on behalf of buyer). Sending initial comments to Saul Ewing and setting up call for tomorrow to discuss next steps on SPA. |
| 27/06/2025 | Tyler, Samuel | GBP | 0.50 | £ | 302.50 | £ | 605.00 | Attended call with client to run through latest markup of the Share Purchase Agreement received from Buyer's solicitors; call with Jonathan Bridcut re. next steps for updating the Share Purchase Agreement. |
| 27/06/2025 | Bridcut, Jonathan | GBP | 1.00 | £ | 1,035.00 | £ | 1,035.00 | Liaising with Saul Ewing and internally on buyer (management team) mark-up of SPA. Call with Saul Ewing to discuss SPA. Emails with TC Group to organise call to discuss approach to signing. |
| 30/06/2025 | Bridcut, Jonathan | GBP | 3.10 | £ | 3,208.50 | £ | 1,035.00 | Prep for and attending call with Steven Conybeare from TC Group to discuss approach to the SPA. Follow-up emails with Saul Ewing on approach to SPA. Preparing revised draft of SPA, as a proposed compromise position between the sellside and buyside; sending draft SPA to Saul Ewing for their review. |
| | | | 53.70 | £ | 48,261.50 | | | |

## Expense Report

| Date | Fee Earner | Currency | Amount | Item |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | £[xx] | |