# EXHIBIT B

## DECLARATION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF TAL GOLDSMITH

1. I am a Partner in the firm of Stephenson Harwood LLP ("Stephenson Harwood"), which serves as special counsel to the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors").

2. I have read the foregoing application of Stephenson Harwood for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3. There is no agreement or understanding between Stephenson Harwood and any other person for a division of compensation as Debtors' special counsel.

4. No division prohibited by the Bankruptcy Code will be made by Stephenson Harwood.

5. No agreement prohibited by Title 18, Section 155 has been made.

Dated: September 2, 2025

/s/ Tal Goldsmith
Tal Goldsmith

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.