# EXHIBIT A

**COMPENSATION BY PROFESSIONAL**

## COMPENSATION BY ATTORNEY PROFESSIONALS

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| **Ian Benjamin** | Partner | Restructuring & Insolvency | 2004 | 1,035 | 4.40 | £4,554.00 |
| **Jonathan Bridcut** | Partner | Corporate | 2010 | 1,035 | 10.80 | £11,178.00 |
| **Tal Goldsmith** | Partner | Restructuring & Insolvency | 2009 | 1,035 | 9.80 | £10,143.00 |
| **Sophie Schultz** | Partner | Property Litigation | 2004 | 1,035 | 1.50 | £1,552.50 |
| **Matthew Kinghorn** | Associate | Corporate | 2017 | 790 | 18.80 | £14,852.00 |
| **Tom Finden** | Associate | Corporate | 2010 | 905 | 3.00 | £2,715.00 |
| **Samuel Tyler** | Associate | Corporate | 2023 | 605 | 5.40 | £3,267.00 |
| **Total for Attorneys:** | | | | | 53.70 | £48,261.50 |
| **Minus 50% for Non-Working Travel** | N/A | N/A | N/A | N/A | N/A | N/A |
| **Grand Total for Attorneys:** | | | | | 53.70 | £48,261.50 |

## COMPENSATION BY PARAPROFESSIONAL OR STAFF MEMBER

| NAME OF PARAPROFESSIONAL OR STAFF MEMBER | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |
| **Total for Paraprofessionals and other staff:** | | | | | N/A |