IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**LIMITED OBJECTION TO DEBTORS' MOTION (I) TO
ENFORCE THE AUTOMATIC STAY (II) TO ENFORCE THE
SALE ORDER AND (III) GRANTING RELATED RELIEF**

The *Ad Hoc* Committee of Consignors (the "Consignors"),[2] by and through its undersigned counsel, files this Limited Objection to Debtors' Motion (I) to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief, and states:

1. On August 26, 2025, the Debtors filed Debtors' Motion (I) to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief [Dkt. # 784] (the "Motion") and related Debtors' Motion for Expedited Hearing on Debtors' Motion (I) to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief [Dkt. # 785], among other things to enforce the automatic stay against Sparkle Pop, LLC ("Sparkle Pop") and damages for Sparkle Pop's sale of consigned inventory.

2. The Consignors contend that the consigned stock located in the Debtors' warehouse, and being wrongfully sold by Sparkle Pop, constitutes property of the Consignors, both as set forth in the Consignors prior objection, the Ad Hoc Committee of Consignors' Objection to Debtors' Motion for Entry of Order Approving (I) Procedures for Sale or Other Disposition of Consigned Inventory, (II) Approving Sales or Other Disposition of Consigned Inventory Free and Clear of Liens, Claims, Interests or Encumbrances and (III) Granting Related Relief [Dkt # 601]. With respect to inventory delivered post-petition, the Committee also believes

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] The Consignors are comprised of 12 different consignors with another 2 who are in process of joining. Upon information and belief, there may be other parties who sold stock to the Debtors on a consignment basis but who are represented by counsel other than the undersigned. The Consignors believe that this objection is in the best interest of all similarly-situated consignors.

that the consigned stock is their property and not property of the Debtors' estate(s) pursuant to Bankruptcy Code §§ 552 and 544.

3. The Consignors support the relief requested by the Debtors so long as (1) it is without waiver of their argument as to ownership of the stock and legal ramifications thereof; (2) any order granting the Motion requires that any proceeds of Sparkle Pop's sales of the consigned inventory are held in escrow by a third party or in the court registry (and not held by the Debtors), pending a further ruling on ownership of the stock at issue and claims by the Consignors and/or Debtors to recovery of those proceeds; and (3) without prejudice to the Consignor's right to recover any additional claims against Sparkle Pop to the extent allowed under applicable law.

4. The Consignors further object to the language in the proposed order that states "[t]he Debtors may retain their contractually agreed-upon portion of such sale proceeds, in accordance with their applicable agreements with consignors, and shall hold the balance of such amount in a segregated account pending further Order of the Court." The Debtors admit in the Motion that they did NOT authorize or order Sparkle Pop's wrongful sale of the consigned inventory, and that Sparkle Pop did not have proper assignment of the underlying consignment contracts that would otherwise form the basis for the relief that the Debtors' seek. (Motion, ¶ 19). Accordingly, the Consignors object to entry of any order that permits Debtors to recover any amounts from the escrowed proceeds on the basis of the Consignors' respective consignment agreements.

5. Although the Chief Restructuring Office, Robert Gorin, testified in August that the Debtors' Transition Services Agreement ("TSA") permits the Debtors to sell consigned stock and then require Sparkle Pop to "pick, pack and ship" that stock at Debtors' cost, in reality no provision exists in the TSA that gives Sparkle Pop the right to sell the consigned stock. (Transcript, Hearing on August 19, 2025, 40:11-25, 41:1-15, 42:1-3, 51:1-25, 52:1-13), relevant portions attached as **Exhibit A**. Rather, the provision that Mr. Gorin relied on (at his counsel's direction after failing to be able to cite any provision himself that gives the Debtors such authority) simply requires Sparkle Pop to process, pack, ship or dispose goods in the context of

removing the consigned stock from the warehouse that Sparkle Pop is now leasing. (TSA, Schedule B-3), attached hereto as **Exhibit B**. As a result, the Debtors' request to "…retain their contractually agreed-upon portion of such sale proceeds, in accordance with their applicable agreements with consignors…" is without any authority, because the respective agreements do not give the Debtors the right to assign their right to sell Committee members' stock to a third party (Sparkle Pop) absent an order of this Court in accordance with the cure protections of Bankruptcy Code §365.

6. The Consignors likewise further object to the relief requested in the proposed order that would permit Sparkle Pop to continue selling consigned goods absent a Court Order authorizing the Debtors to assign the consignment contracts to Sparkle Pop after first curing any defaults thereunder.

WHEREFORE, for the foregoing reasons, the Consignors respectfully request that the Court consider this Limited Objection, craft an order protecting any proceeds from the sale of consigned stock until such time the rightful ownership of such proceeds can be adjudicated, and grant such other and further relief as the Court deems just and appropriate.

Dated September 3, 2025                                Respectfully Submitted,

                                                      /s/ Catherine Keller Hopkin
Catherine Keller Hopkin (28257)
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-0788
chopkin@yvslaw.com

Counsel for the *Ad Hoc* Committee of Consignors

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of September 2025, notice of filing the foregoing Limited Objection was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

                                                /s/ Catherine Keller Hopkin
                                                Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Jan Berlage, Esquire
(jberlage@ghsllp.com)
Counsel for Katherine Govier
Gohn, Hankey & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland  21201

Hugh M. Bernstein, Esquire
(hugh.m.bernstein@usdoj.gov)
Office of U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Daniel Jack Blum, Esquire
(jack.blum@polsinelli.com)
Counsel for Basic Fun, Inc.
Polsinelli PC
1401 I Street NW, Suite 800
Washington, D.C.  20005

Laura Skowronski Bouyea, Esquire
(lsbouyea@venable.com)
Counsel for AIREIT Olive Branch DC LLC
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21202

Thomas K. Bredar, Esquire
(thomas.bredar@wilmerhale.com)
Counsel for Disney and Marvel
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center, 250 Greenwich St.
New York, New York  10007

Andrew Brown, Esquire
(abrown@klestadt.com)
Counsel for NECA, LLC
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York  10036-7203

Richard L. Costella, Esquire
(rcostella@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

David W.T. Daniels, Esquire
(ddaniels@perkinscoie.com)
Counsel for The Pokemon Company
Perkins Coie LLP
700 13th St NW, Suite 600
Washington, D.C.  20005

Emily Devan, Esquire
(edevan@milesstockbridge.com)
Counsel for Titan Publishing Group
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland  21202

Turner Falk, Esquire
(turner.falk@saul.com)
Counsel for Debtors
Saul Ewing LLP
1500 Market Street
Center Square West, 38th Floor
Philadelphia, Pennsylvania  19102

Justin Philip Fasano, Esquire
(jfasano@mhlawyers.com)
Counsel for Dynamic Forces, Inc.
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  22070

Ashley N. Fellona, Esquire
(ashley.fellona@saul.com)
Counsel for Debtors
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland  21202-4359

Gianfranco Finizio, Esquire
(gfinizio@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York  10020

Adam Fletcher, Esquire
(afletcher@bakerlaw.com)
Counsel for Image Comics, Inc.
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, Ohio  44114-1214

Chelsea R. Frankel, Esquire
(cfrankel@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler LLP
1271 Avenue of the Americas
New York, New York  10020

Stephen B. Gerald, Esquire
(sgerald@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
200 Continental Drive, Suite 401
Newark, Delaware  19713

Christopher J. Giaimo, Esquire
(christopher.giaimo@squirepb.com)
Counsel for Blue Yonder, Inc.
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

Jonathan A. Grasso, Esquire
(jgrasso@yvslaw.com)
Counsel for Alliance Entertainment, LLC
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Zvi Guttman, Esquire
(zvi@zviguttman.com)
Counsel for NECA, LLC
The Law Offices of Zvi Guttman, P.A.
P. O. Box 32308
Baltimore, Maryland  21282

Jeffrey C. Hampton I, Esquire
(jeffrey.hampton@saul.com)
Counsel for Debtors
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102

Adam H. Isenberg, Esquire
(adam.isenberg@saul.com)
Counsel for Debtors
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102

Toyja E. Kelley, Sr., Esquire
(toyja.kelley@lockelord.com)
Counsel for JPMorgan Chase Bank, N.A.
Troutman Pepper Locke LLP
701 8th Street N.W., Suite 500
Washington, D.C.  20001

C. Kevin Kobbe, Esquire
(kevin.kobbe@us.dlapiper.com)
Counsel for Renegade Games, et al.
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, Maryland  21202

Eric George Korphage, Esquire
(korphagee@whiteandwilliams.com)
Counsel for Fright Rigs, Inc.
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Jung Yong Lee, Esquire
(jlee@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Gary H. Leibowitz, Esquire
(gleibowitz@coleschotz.com)
Counsel for Bandai Namco Toys
Cole Schotz P.C.
1201 Wills Street, Suite 320
Baltimore, Maryland  21231

Mark Minuti, Esquire
(mark.minuti@saul.com)
Counsel for Debtor
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19899

Bruce S. Nathan, Esquire
(bnathan@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler
65 Livingston Avenue
Roseland, New Jersey  07068

Michael Papandrea, Esquire
(mpapandrea@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler
One Lowenstein Drive
Roseland, New Jersey  07068

Steven Gregory Polard, Esquire
(steven.polard@ropers.com)
Counsel for Bandai Namco Toys
Ropers Majeski PC
801 South Figueroa Street, Suite 2100
Los Angeles, California  90017

Scott Prince, Esquire
(sprince@bakerlaw.com)
Counsel for Image Comics, Inc.
Baker & Hostetler LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114

Jordan Rosenfeld, Esquire
(jordan.rosenfeld@saul.com)
Counsel for Debtors
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland  21202-4359

Nikolaus F. Schandlbauer, Esquire
(nick.schandlbauer@arlaw.com)
Counsel for Action Figure Authority, Inc.
Adams and Reese LLP
20 F Street NW, Suite 500
Washington, D.C.  20001

Elizabeth Anne Scully, Esquire
(escully@bakerlaw.com)
Counsel for Image Comics, Inc.
Baker & Hostetler LLP
1050 Connecticut Ave, NW, Suite 1100
Washington, D.C.  20036

Dennis J. Shaffer, Esquire
(dshaffer@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Indira Kavita Sharma, Esquire
(indira.sharma@troutman.com)
Counsel for JPMorgan Chase Bank, N.A.
Troutman Pepper Locke LLP
401 9th Street NW, Suite 1000
Washington, D.C.  20004

Nicholas Smargiassi, Esquire
(nicholas.smargiassi@saul.com)
Counsel for Debtors
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19801

Brent C. Strickland, Esquire
(bstrickland@wtplaw.com)
Counsel for Universal Distribution LLC
Whiteford Taylor & Preston L.L.P.
8830 Stanford Boulevard, Suite 400
Columbia, Maryland  21045

Paige Noelle Topper, Esquire
(paige.topper@saul.com)
Counsel for Debtors
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19801

U.S. Trustee – Baltimore
(ustpregion04.ba.ecf@usdoj.gov)
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201