Entered: September 3rd, 2025
Signed: September 3rd, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

### ORDER APPROVING SECOND INTERIM APPLICATION OF TYDINGS & ROSENBERG LLP, AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM APRIL 1, 2025 THROUGH JUNE 30, 2025

Upon consideration of the *Second Interim Application of Tydings & Rosenberg LLP, as Local Counsel, for the Official Committee of Unsecured Creditors for Services Rendered and Expenses Incurred for the Period from April 1, 2025 through June 30, 2025* (the "Application"), filed by Tydings & Rosenberg LLP ("T&R"), as local counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee"), for allowance of compensation for services rendered and for the reimbursement of actual and necessary expenses incurred for the period of April 1, 2025 through June 30, 2025 (the "Application Period"); and the

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6405514.2

Court having reviewed the Application and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application was adequate under the circumstances, no objection was timely filed, and no further notice being necessary; (c) the fees represent reasonable compensation for actual and necessary services rendered by T&R; and (d) the expenses represent actual and necessary expenses incurred by T&R in the performance of its duties in these chapter 11 cases; and after due deliberation and consideration, and good and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Application be and hereby is **APPROVED** as set forth herein; and it is further,

**ORDERED**, that interim compensation to T&R for fees in the amount of $116,744.50 and reimbursement of expenses in the amount of $1,550.00 for the Application Period (collectively, the "Allowed Compensation") is hereby **APPROVED**; and it is further,

**ORDERED**, that the Debtors are authorized to pay the Allowed Compensation to T&R less any amounts previously paid in connection with the monthly fee applications; and it is further,

**ORDERED**, that this Order shall be effective immediately upon its entry; and it is further,

**ORDERED**, that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order, including, but not limited to, the determination of final compensation to T&R in these chapter 11 cases.

**END OF ORDER**

cc:  Debtors' Counsel
     Committee Counsel
     Office of United States Trustee
     JP Morgan Chase Bank, N.A. Counsel
     All parties receiving service by CM/ECF system

6405514.2