## Exhibit B

**Redline**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 666** |

**ORDER APPROVING DEBTORS' SECOND MOTION FOR ENTRY OF AN ORDER
EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE
A CHAPTER 11 PLAN AND SOLICIT VOTES THERON**

Upon consideration of the motion (the "<u>Motion</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for the entry of an order, pursuant to section 1121(d) of the Bankruptcy Code, (i) extending the Debtors' Exclusive Filing Period by 90 days, ~~through and including October 29, 2025,~~ and (ii) extending the Debtors' Exclusive Solicitation Period by 90 days~~, through and including December 29, 2025~~; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a "core" proceeding under

---

[1]    The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]    Capitalized terms used but not defined herein are defined in the Motion.

28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court being satisfied that the relief sought in the Motion is in the best interests of the Debtors, their creditors and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon review of the Motion and all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to file a chapter 11 plan or plans is extended through and including October 2915, 2025.

3.      Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to solicit acceptances of a chapter 11 plan or plan is extended through and including December 2915, 2025.

4.      The entry of this Order is without prejudice to the Debtors' right to seek a further extension of the Exclusive Periods under section 1121 of the Bankruptcy Code.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from, or related to, the interpretation or implementation of this Order.

55899177.1

| Summary report: | |
|---|---|
| ra Compare for Word 11.11.0.158 Document comparison done on 9/4/2025 5:18:41 PM | |
| name: Default Style | |
| gent Table Comparison: Active | |
| nal DMS: iw://saul.cloudimanage.com/firmdms/56215086/1 - Diamond - Second Exclusivity Extension Order.docx | |
| ied DMS: iw://saul.cloudimanage.com/firmdms/56215086/2 - Diamond - Second Exclusivity Extension Order.docx | |
| ges: | |
| | |
| - | |
| From | |
| To | |
| Insert | |
| Delete | |
| moves to | |
| moves from | |
| lded Graphics (Visio, ChemDraw, Images etc.) | |
| lded Excel | |
| t changes | |
| **Changes:** | |