# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| DIAMOND COMIC DISTRIBUTORS, INC., *et al.* | Chapter 11 |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Peter J. Artese, Esquire, a member in good standing of the bar of this Court, moves the admission of Jamila Justine Willis, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for Sparkle Pop, LLC.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.

2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

   | **State Court and Date of Admission** | **U.S. Court and Date of Admission** |
   |---|---|
   | Connecticut 2010 | Southern District New York 2011 |
   | New York 2011 | Eastern District New York 2014 |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court <u>zero</u> times. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[1]

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland

---

[1] *See* Local District Court Rule 101(1)(b)(iii).

    Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be Ellen E. Dew and Peter J. Artese, of DLA Piper LLP (US), who have been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

Dated: September 5, 2025

| | |
|---|---|
| /s/ Peter J. Artese | /s/ Jamila Justine Willis |
| Ellen E. Dew (No. 28830) | Jamila Justine Willis |
| Peter J. Artese (No. 31258) | **DLA Piper LLP (US)** |
| **DLA Piper LLP (US)** | 1251 Avenue of the Americas |
| 650 South Exeter Street Suite 1100 | New York, New York 10020 |
| Baltimore Maryland 21202 | Telephone: (212) 335-4500 |
| Telephone: (410) 580-3000 | Facsimile: (212) 335-4501 |
| Facsimile: (410) 580-3001 | Email: jamila.willis@us.dlapiper.com |
| Email: ellen.dew@us.dlapiper.com | |
|    peter.artese@us.dlapiper.com | |

## CERTIFICATE OF SERVICE

I, Peter J. Artese, hereby certify that, on the 5th day of September, 2025, I caused a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice* to be filed and served via CM/ECF on all parties who have registered for electronic service in these cases.

 /s/ Peter J. Artese
Peter J. Artese (Bar No. 31258)