# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| DIAMOND COMIC DISTRIBUTORS, INC., *et al.* | Chapter 11 |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Jamila Justine Willis ("Pro Hac Counsel") as attorney for Sparkle Pop, LLC and the certified statements in support thereof, and upon the recommendation of Peter J. Artese, it is, by the United States Bankruptcy Court for the District of Maryland, it is

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b) and Pro Hac Counsel is admitted pro hac vice in this bankruptcy case; and it is further

ORDERED, that Pro Hac Counsel must register for a CM/ECF filing account on the Court's website at https://www.mdb.uscourts.gov/for-attorneys/training-and-registration-for-electronic-filing; and it is further

ORDERED, that Pro Hac Counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices.

cc:  Debtor
     Debtor's Attorney
     Movant
     Pro Hac Counsel
     Trustee
     U.S. Trustee

### END OF ORDER