UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | Jointly Administered under |
| | Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC., et al.¹ | Chapter 11 |
| Debtors. | |

**JOINDER OF THE CONSIGNMENT GROUP TO THE AD HOC COMMITTEE OF CONSIGNORS' LIMITED OBJECTION TO DEBTORS' MOTION (I) TO ENFORCE THE AUTOMATIC STAY (II) TO ENFORCE THE SALE ORDER AND (III) GRANTING RELATED RELIEF**

The Consignment Group ², by and through its undersigned counsel, hereby joins in the Ad Hoc Committee of Consignors Limited Objection to Debtors' Motion (I) to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief [Docket No. 812] (the "Objection"), stating as follows:

1. The Consignment Group hereby adopts and incorporates by reference the arguments and limited objections set forth in the Objection and reserves the right to be heard at any hearing regarding the Debtors' Motion and the relief requested therein.

2. The Consignment Group further asserts as an independent basis of limited objection, and to the extent that the Court grants the Debtor's Motion, that the certification to be provided by Sparkle Pop to the Court, per the proposed from of order, also include a detailed list

---

¹ The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

² The Consignment Group herein are: (i) Aspen MLT, LLC a/k/a Aspen Comics, (ii) Black Mask Studios, LLC, (iii) DSTLRY Media, Inc., (iv) Dynamic Forces, Inc. a/k/a Dynamite Entertainment, (v) Heavy Metal International, LLC, (vi) Magnetic Press, LLC, (vii) Massive Publishing, LLC, (viii) Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, (ix) Panini UK Ltd., (x) Punk Bot Comic Books, LLC a/k/a Alien Books, (xi) The Penn State University a/k/a Graphic Mundi, (xii) Titan Publishing Group, Ltd., (xiii) Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind, and (xiv) Dark Horse Comics, LLC.

1

of any consignment stock sold by Sparkle Pop, identifying the publisher, title, quantity, date of sale, sales price and proceeds such that all consignment stock sold can be fully accounted.

Dated: September 5, 2025

                                                      Respectfully Submitted,

/s/ Craig M. Palik
Craig M. Palik, Esquire (Bar No 15254)
Justin P. Fasano, Esquire
Janet M. Nesse, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770 T: (301) 441-2420
cpalik@mhlawyers.com
jfasano@mhlawyers.com
jnesse@mhlawyers.com

Attorneys for Aspen MLT, LLC, a/k/a Aspen Comics,
Black Mask Studios, LLC,
Dark Horse Comics, Inc
DSTLRY Media, Inc.,
Dynamic Forces, Inc. a/k/a Dynamite Entertainment,
Heavy Metal International, LLC,
Magnetic Press, LLC,
Massive Publishing, LLC,
Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC,
Panini UK Ltd.,
Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and
Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, a copy of the foregoing was served in the manner set forth below, on the following:

By CM/ECF and First-Class Mail:

Jordan D. Rosenfeld
Saul Ewing LLP 1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Email: jordan.rosenfeld@saul.com

Jeffrey C. Hampton (admitted pro hac vice)
Adam H. Isenberg (admitted pro hac vice)
Turner N. Falk (admitted pro hac vice) S
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: jeffrey.hampton@saul.com
adam.isenberg@saul.com
turner.falk@saul.com

Mark Minuti (admitted pro hac vice)
Paige N. Topper (admitted pro hac vice)
Nicholas Smargiassi (admitted pro hac vice)
Saul Ewing LLP 1201
N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
paige.topper@saul.com
nicholas.smargiassi@saul.com
Counsel for Debtors and Debtors in Possession

And to all other registered users of CM/ECF receiving electronic notice in this case as follows:

Sam Alberts sam.alberts@dentons.com,
docket.general.lit.wdc@dentons.com

Peter J Artese peter.artese@us.dlapiper.com

Jan Berlage JBerlage@GHSLLP.com,
tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com,
lsuprum@polsinelli.com,
delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com,
dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com,
benjamin.loveland@wilmerhale.com,
yolande.thompson@wilmerhale.com

Andrew Brown abrown@klestadt.com

Darek Bushnaq dsbushnaq@venable.com

Richard L. Costella rcostella@tydings.com,
scalloway@tydings.com,
zjones@tydings.com,
swilliams@tydings.com

David W.T. Daniels ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com,
nvargas@perkinscoie.com,
KMcClure@perkinscoie.com,
rleibowitz@perkinscoie.com

G. David Dean ddean@coleschotz.com,
PRatkowiak@coleschotz.com

Mark L Desgrosseilliers desgross@chipmanbrown.com,
fusco@chipmanbrown.com

Emily Devan edevan@milesstockbridge.com

Ellen E. Dew ellen.dew@us.dlapiper.com

Turner Falk turner.falk@saul.com,
tnfalk@recap.email,
Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,

4

Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com,
janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Adam Fletcher afletcher@bakerlaw.com

Chelsea R Frankel cfrankel@lowenstein.com

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com,
christopher-j-giaimo-6409@ecf.pacerpro.com

Jonathan A. Grasso jgrasso@yvslaw.com,
pgomez@yvslaw.com,
r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com,
MD55@ecfcbis.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Catherine Keller Hopkin chopkin@yvslaw.com,
pgomez@yvslaw.com,
kreese@yvslaw.com,
vmichaelides@yvslaw.com,
yvslawcmecf@gmail.com,
hopkincr39990@notify.bestcase.com

Adam H Isenberg adam.isenberg@saul.com

Harry Conrad Jones HJones@coleschotz.com,
bankruptcy@coleschotz.com,
pratkowiak@coleschotz.com

Toyja E. Kelley toyja.kelley@lockelord.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com,
docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@milesstockbridge.com,
mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com,
bankruptcy@coleschotz.com,
lmorton@coleschotz.com

Mark Minuti mark.minuti@saul.com,
robyn.warren@saul.com

Randy Moonan rmoonan@sillscummis.com

Bruce S. Nathan bnathan@lowenstein.com

Craig Palik cpalik@mhlawyers.com,
cpalik@ecf.inforuptcy.com,
Palik.CraigR92003@notify.bestcase.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com,
loriann.zullo@ropers.com,
calendar-LAO@ropers.com

Scott Prince sprince@bakerlaw.com

Jonathan Gary Rose jonathan.rose@us.dlapiper.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com,
lianna.sarasola@arlaw.com

Elizabeth Anne Scully escully@bakerlaw.com

Dennis J. Shaffer dshaffer@tydings.com,
scalloway@tydings.com,
mhickman@tydings.com,
jlee@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com,

katherine.culbertson@troutman.com,
jonathan.young@troutman.com,
david.ruediger@troutman.com,
errol.chapman@troutman.com,
toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com,
brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers summersm@ballardspahr.com,
branchd@ballardspahr.com,
heilmanl@ballardspahr.com,
ambroses@ballardspahr.com,
zarnighiann@ballardspahr.com,
carolod@ballardspahr.com,
cromartie@ballardspahr.com,
stammerk@ballardspahr.com

S. Jason Teele steele@sillscummis.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

/s/ Craig M. Palik
Craig M. Palik