**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 784** |

**DEBTORS' WITNESS AND EXHIBIT LIST
FOR THE HEARING SCHEDULED TO BEGIN
ON SEPTEMBER 10, 2025 AT 10:00 A.M. (ET)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), submit this Witness and Exhibit List for the matter noticed for the hearing scheduled for **September 10, 2025, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Chief Judge David E. Rice in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201 (the "Hearing"). At the hearing, the Court will consider *Debtors' Motion (I) to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief* [D. I. 784] (the "Motion").

**Witness List**

The Debtors may introduce the following witnesses in connection with the Motion:

| Witness Name | Title/ Role |
|---|---|
| Robert Gorin | Debtors' Co-Chief Restructuring Officer |
| Ramy Aly | Senior Director, Getzler Henrich & Associates, LC |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

56159609.1

The Debtors reserve the right to call: (i) any person listed or called as a witness by any other party; (ii) any person necessary to establish the authenticity or admissibility of exhibits; (iii) any person for purposes of impeachment; and (iv) any person for purposes of rebuttal. The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

## Exhibit List

The Debtors may introduce the following exhibits in connection with the Motion:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| D01 | Diamond Comics – Consignment Inventory Sale Listing – Summary by Vendor | | | |
| D02 | Distribution Agreement dated February 15, 2023 by and between Paizo, Inc. and Diamond Comic Distributors, Inc. | | | |
| D03 | Order, (I) Approving Asset Purchase Agreement Among the Debtors and Sparkle Pop, LLC; (II) Approving Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (III) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [D. I. 407] | | | |
| D04 | Asset Purchase Agreement dated as of April 27, 2025 by and between Sparkle Pop LLC and Diamond Comic Distributors, Inc. and Diamond Select Toys and Collectibles, LLC | | | |
| D05 | Transition Services Agreement dated as of May 15, 2025 by and between Diamond Comic Distributors, Inc. and Diamond Select Toys and Collectibles, LLC and Sparkle Pop LLC | | | |

56159609.1

| | | | | |
|---|---|---|---|---|
| D06 | June 17, 2025 Email from Adam H. Isenberg, Esq. (Debtors' Counsel) to Jamila Willis, Esq. (Sparkle Pop LLC's Counsel) | | | |
| D07 | June 18, 2025 Email from Adam H. Isenberg, Esq. to Jamila Willis, Esq. | | | |
| D08 | June 25, 2025 Email from Adam H. Isenberg, Esq. to Jamila Willis, Esq. | | | |
| D09 | July 3, 2025 Email from Jeffrey C. Hampton, Esq. (Debtors' counsel) to Jamila Willis, Esq. | | | |
| D10 | July 14, 2025 Email from Adam H. Isenberg, Esq. to Jamila Willis, Esq. | | | |
| D11 | July 24, 2025 Email from Adam H. Isenberg, Esq. to Jamila Willis, Esq. | | | |
| D12 | August 4, 2025 Email from Adam H. Isenberg, Esq. to Jamila Willis, Esq. | | | |
| D13 | August 13, 2025 Email from Jeffrey C. Hampton, Esq. to Ellen Dew, Esq. (Sparkle Pop LLC's Counsel) | | | |
| D14 | August 18, 2025 Email from Jeffrey C. Hampton, Esq. to Ellen Dew, Esq. | | | |
| D15 | Diamond Consignment Sale 5/16 – 7/8 | | | |
| D16 | DCD-Consignment Sales Report (07/09/25-07/18/25) | | | |
| D17 | 5/15 Inventory & Sales out of Pre 5/15 Inventory and Post 5/15 Receipts & Sales out of Post 5/15 Receipts [Bates No. SP_000001] | | | |
| D18 | 5/15 Inventory & Sales out of Pre 5/15 Inventory and Post 5/15 Receipts & Sales out of Post 5/15 Receipts [Bates No. SP_000002] | | | |
| D19 | Post 5/15 Receipts & Sales out of Post 5/15 Receipts [Bates No. SP_000003] | | | |
| D20 | 5/15 Inventory & Sales out of Pre 5/15 Inventory [Bates Nos. SP_000004-SP_000079] | | | |

3

56159609.1

## RESERVATION OF RIGHTS

The Debtors reserve all rights to modify, supplement, or amend their Witness and Exhibit Lists at any time prior to the conclusion of the Hearing and further reserve the right to use additional exhibits for any purpose, including but not limited to rebuttal or impeachment. The Debtors also reserve the right to rely upon and use as evidence (i) documents produced by any party in interest, (ii) exhibits included on the exhibit lists of any parties in interest, and (iii) any pleading, transcript, or other document filed with the Court in the above-captioned cases.

Dated: September 8, 2025

**SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
       adam.isenberg@saul.com
       turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
       paige.topper@saul.com
       nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

56159609.1