# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

Name of Debtor(s) listed on the bankruptcy case

In re: DIAMOND Comic Dist. Inc

CASE NO: 25-10308 (DER)

## CHANGE OF MAILING ADDRESS

1. This change of mailing address is requested by: ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

2. **Old Address:**
   - Name(s): Angela Veach
   - Mailing Address: 6604 Grant Cove
   - City, State, Zip Code: Olive Branch, MS. 38654

3. **New Address:**
   - Name(s): Angela Veach
   - Mailing Address: 1146 Windermere Run
   - City, State, Zip Code: O'Fallon, IL 62269
   - Telephone Number(s): _____

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____
   Joint Debtor's account number _____

Date: 6-30-2025
      9-4-2025

Angela Veach
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

_____
Title (If applicable, of corporate officer, partner, or agent)

Updated: June 2018