# EXHIBIT A

## Black Mask Comics

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL064636 | BLACK AF AMERICAS SWEETHEART G | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,855 |
| STL077883 | CALEXIT TP VOL 01 (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,634 |
| STL053952 | QUANTUM TEENS ARE GO TP VOL 01 | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,590 |
| STL009947 | JADE STREET PROTECTION SERVICE | 2479 | BLACK MASK COMICS | 1 | COMICS | 1,279 |
| STL126124 | SPACE RIDERS VORTEX OF DARKNES | 2479 | BLACK MASK COMICS | 1 | COMICS | 1,266 |
| STL084339 | OH S#!T ITS KIM & KIM #1 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 1,211 |
| STL025840 | NO ANGEL #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 1,202 |
| STL033846 | THE FOREVERS #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 1,104 |
| STL012941 | KIM AND KIM #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 849 |
| STL023490 | SKEPTICS #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 823 |
| STK687883 | CLANDESTINO #2 | 2479 | BLACK MASK COMICS | 1 | COMICS | 813 |
| STL050806 | KIM AND KIM LOVE IS A BATTLEFI | 2479 | BLACK MASK COMICS | 1 | COMICS | 797 |
| STK687882 | XED #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 782 |
| STL081524 | BLACK AF WIDOWS & ORPHANS #2 ( | 2479 | BLACK MASK COMICS | 1 | COMICS | 714 |
| STK687887 | WE CAN NEVER GO HOME TP (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 692 |
| STL067496 | KIM AND KIM TP VOL 02 LOVE IS | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 661 |
| STL073226 | BEAUTIFUL CANVAS TP VOL 01 (MR | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 655 |
| STK693264 | XED #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 599 |
| STL016644 | KIM AND KIM #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 590 |
| STL001355 | CLANDESTINO #6 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 566 |
| STL025826 | SKEPTICS #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 550 |
| STL036809 | QUANTUM TEENS ARE GO #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 541 |
| STL084343 | SURVIVAL FETISH #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 529 |
| STK690373 | CLANDESTINO #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 515 |
| STL111730 | LAB RAIDER #1 (OF 4) (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 502 |
| STL096240 | NO ANGEL TP (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 488 |
| STL043955 | THERES NOTHING THERE #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 479 |
| STL023491 | THE FOREVERS #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 478 |
| STK690374 | XED #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 466 |
| STL057369 | BLACK TP VOL 01 (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 440 |
| STL050811 | BEAUTIFUL CANVAS #2 | 2479 | BLACK MASK COMICS | 1 | COMICS | 407 |
| STL084344 | WE ARE DANGER #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 396 |
| STL087242 | WE ARE DANGER #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 382 |
| STL103599 | SNAP FLASH HUSTLE #2 (OF 4) (M | 2479 | BLACK MASK COMICS | 1 | COMICS | 382 |
| STL060268 | GRAVETRANCERS #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 379 |
| STL020924 | 4 KIDS WALK INTO A BANK #1 3RD | 2479 | BLACK MASK COMICS | 1 | COMICS | 377 |
| STL195370 | EVERFROST #3 | 2479 | BLACK MASK COMICS | 1 | COMICS | 374 |
| STL016645 | JADE STREET PROTECTION SERVICE | 2479 | BLACK MASK COMICS | 1 | COMICS | 366 |
| STL028769 | THE FOREVERS #1 2ND PTG (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 348 |
| STK676226 | TRANSFERENCE #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 347 |
| STL192059 | EVERFROST #2 | 2479 | BLACK MASK COMICS | 1 | COMICS | 340 |
| STL003835 | 4 KIDS WALK INTO A BANK #2 (MR | 2479 | BLACK MASK COMICS | 1 | COMICS | 339 |
| STL096235 | DEVIL WITHIN #2 (OF 4) (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 332 |
| STL043954 | QUANTUM TEENS ARE GO #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 330 |
| STL078410 | BLACK AF WIDOWS & ORPHANS #1 ( | 2479 | BLACK MASK COMICS | 1 | COMICS | 315 |
| STL078416 | COME INTO ME #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 308 |
| STK646383 | LAST BORN #1 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 287 |
| STL087241 | SURVIVAL FETISH #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 285 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL084340 | BLACK AF WIDOWS & ORPHANS #3 ( | 2479 | BLACK MASK COMICS | 1 | COMICS | 284 |
| STL064639 | GRAVETRANCERS #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 283 |
| STL047438 | THERES NOTHING THERE #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 281 |
| STL074855 | WILDS #2 CVR B NATASHA ALTERIC | 2479 | BLACK MASK COMICS | 1 | COMICS | 279 |
| STL053949 | BEAUTIFUL CANVAS #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 278 |
| STL033790 | SKEPTICS #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 275 |
| STL103598 | SEX DEATH REVOLUTION #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 275 |
| STL043950 | SPACE RIDERS GALAXY OF BRUTALI | 2479 | BLACK MASK COMICS | 1 | COMICS | 251 |
| STL084341 | BREATHLESS #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 231 |
| STL111729 | NOBODY IS IN CONTROL #2 (OF 4) | 2479 | BLACK MASK COMICS | 1 | COMICS | 231 |
| STL188791 | EVERFROST #1 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 224 |
| STK673677 | DISCIPLES #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 218 |
| STL155097 | FOREVERS TP | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 212 |
| STL217065 | WHITE #5 2ND PTG (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 212 |
| STL210563 | WHITE #3 2ND PTG (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 207 |
| STL067497 | GRAVETRANCERS #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 199 |
| STL028127 | KIM AND KIM #1 2ND PTG (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 175 |
| STL040131 | QUANTUM TEENS ARE GO #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 169 |
| STL096236 | OH S#!T ITS KIM & KIM #5 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 166 |
| STL081528 | WILDS #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 156 |
| STL043953 | DREGS #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 154 |
| STL033793 | QUANTUM TEENS ARE GO #1 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 153 |
| STK664768 | CRITICAL HIT TP VOL 01 (RES) ( | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 149 |
| STL033844 | DREGS #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 145 |
| STL099775 | COME INTO ME TP VOL 01 (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 140 |
| STK695649 | CLANDESTINO #1 2ND PTG (MR) (P | 2479 | BLACK MASK COMICS | 1 | COMICS | 140 |
| STL040140 | THE FOREVERS #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 139 |
| STL120776 | SPACE RIDERS VORTEX OF DARKNES | 2479 | BLACK MASK COMICS | 1 | COMICS | 136 |
| STL203427 | EVERFROST #4 (OF 4) | 2479 | BLACK MASK COMICS | 1 | COMICS | 135 |
| STL053948 | KIM AND KIM LOVE IS A BATTLEFI | 2479 | BLACK MASK COMICS | 1 | COMICS | 134 |
| STL084345 | WILDS #5 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 134 |
| STL070418 | CLANDESTINO COMP COLL TP (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 131 |
| STL183217 | LAST SONG #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 129 |
| STL099767 | DEVIL WITHIN #3 (OF 4) (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 129 |
| STL037272 | NO ANGEL #1 2ND PTG (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 123 |
| STL030602 | NO ANGEL #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 123 |
| STL090462 | OH S#!T ITS KIM & KIM #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 121 |
| STL040138 | DREGS #3 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 112 |
| STL096238 | SEX DEATH REVOLUTION #1 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 111 |
| STL087240 | OH S#!T ITS KIM & KIM #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 106 |
| STL081526 | COME INTO ME #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 105 |
| STL057364 | KIM AND KIM LOVE IS A BATTLEFI | 2479 | BLACK MASK COMICS | 1 | COMICS | 104 |
| STL074854 | WILDS #2 CVR A PHIL SEVY (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 102 |
| STL074856 | COME INTO ME #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 100 |
| STL149178 | DEVIL WITHIN TP (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 94 |
| STL090463 | SURVIVAL FETISH #5 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 91 |
| STL060270 | 4 KIDS WALK INTO A BANK TP (MR | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 90 |
| STL090464 | WE ARE DANGER #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 85 |
| STK673082 | MAYDAY #4 (OF 4) (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 83 |
| STK687967 | SPACE RIDERS #3 (OF 4) 2ND PTG | 2479 | BLACK MASK COMICS | 1 | COMICS | 83 |
| STL081543 | WE ARE DANGER #1 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 83 |
| STL103603 | KIM AND KIM TP VOL 03 OH S#!T | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 81 |
| STL073229 | LAST SONG #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 81 |
| STK661991 | GODKILLER WALK AMONG US TP VOL | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 80 |
| STL145370 | TRANSFERENCE TP (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 80 |
| STL073225 | COME INTO ME #1 CVR B PRAMANIK | 2479 | BLACK MASK COMICS | 1 | COMICS | 80 |
| STL093800 | OH S#!T ITS KIM & KIM #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 79 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL143129 | LAB RAIDER TP VOL 01 | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 78 |
| STL019270 | KIM AND KIM #4 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 63 |
| STL043939 | XED TP VOL 01 (O/A) (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 55 |
| STK661990 | BALLISTIC TP VOL 01 (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 54 |
| STL214678 | LAST SONG TP (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 54 |
| STK672938 | LAST BORN TP VOL 01 (RES) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 53 |
| STK685267 | TRANSFERENCE #1 RETAILER SHARE | 2479 | BLACK MASK COMICS | 1 | COMICS | 50 |
| STL029112 | LCSD 2016 KIM AND KIM #1 | 2479 | BLACK MASK COMICS | 1 | COMICS | 50 |
| STL106649 | SNAP FLASH HUSTLE #3 (OF 4) (M | 2479 | BLACK MASK COMICS | 1 | COMICS | 50 |
| STL099768 | SEX DEATH REVOLUTION #2 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 48 |
| STL070416 | ETERNAL OGN (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 46 |
| STL012940 | JADE STREET PROTECTION SERVICE | 2479 | BLACK MASK COMICS | 1 | COMICS | 46 |
| STL099773 | BLACK AF WIDOWS & ORPHANS TP V | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 43 |
| STL043934 | LAST SONG #1 (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 43 |
| STL078417 | SPACE RIDERS TP VOL 02 GALAXY | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 42 |
| STL151680 | GRAVETRANCERS TP (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 40 |
| STL023770 | JADE STREET PROTECTION SERVICE | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 37 |
| STL208274 | EVERFROST TP (RES) (MR) (C: 0- | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 36 |
| STK690375 | GODKILLER TP VOL 02 WALK AMONG | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 36 |
| STL075631 | YOUNG TERRORISTS TP (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 31 |
| STK619351 | LIBERATOR #1 (OF 4) VARIANT CV | 2479 | BLACK MASK COMICS | 1 | COMICS | 27 |
| STL218566 | WHITE TP (RES) (MR) (C: 0-1-2) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 26 |
| STL104084 | SURVIVAL FETISH TP VOL 01 (RES | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 26 |
| STL099776 | WE ARE THE DANGER TP VOL 01 (R | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 22 |
| STK622587 | LIBERATOR TP (RES) (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 18 |
| STL103597 | DEVIL WITHIN #4 (OF 4) (MR) | 2479 | BLACK MASK COMICS | 1 | COMICS | 9 |
| STL096241 | THE WILDS TP (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 7 |
| STL097271 | CALEXIT TP VOL 01 FRIED PIE VA | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 4 |
| STL050809 | DREGS TP VOL 01 (MR) | 2479 | BLACK MASK COMICS | 3 | BOOKS - GRAPHIC NOVELS | 2 |

56218052.1 09/08/2025