# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., et al.<br><br>Debtors.[1] | Case No: 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

### SPARKLE POP, LLC'S WITNESS AND EXHIBIT LIST FOR THE HEARING SCHEDULED TO BEGIN ON SEPTEMBER 10, 2025 at 10:00 A.M (ET)

Sparkle Pop, LLC ("Sparkle Pop") hereby submits this Exhibit List for the matter noticed for the hearing scheduled for September 10, 2025 at 10:00 a.m. (Eastern Time) before the Honorable Chief Judge David E. Rice in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201 (the "Hearing"). At the Hearing, the Court will consider *Debtors' Motion (I) to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief* [D.I. 784] (the "Motion").

### WITNESS LIST

Sparkle Pop reserves the right to call: (i) any person listed or called as a witness by any other party; (ii) any person necessary to establish the authenticity or admissibility of exhibits; (iii) any person for purposes of impeachment; and (iv) any person for purposes of rebuttal. Sparkle Pop reserves the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are Diamond Comic Distributors, Inc., (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

## EXHIBIT LIST

Sparkle Pop may introduce the following exhibits at the Hearing:

| **Exhibit No.** | **Description** | **Offered** | **Objection** | **Admitted** |
|---|---|---|---|---|
| SP01 | Asset Purchase Agreement dated as of April 27, 2025 by and between Sparkle Pop, LLC and Diamond Comic Distributors, Inc. and Diamond Select Toys and Collectibles, LLC | | | |
| SP02 | Transition Services Agreement dated as of May 15, 2025 by and between Diamond Comic Distributors, Inc. and Diamond Select Toys and Collectibles, LLC and Sparkle Pop, LLC | | | |
| SP03 | May 27, 2025 Email from Diamond Comic Distributors to Vendors regarding VENDORS Important Update on Outstanding Invoices and Future Payments | | | |
| SP04 | Sparkle Pop document production in response to Subpoena, Bates stamped SP000001-SP000079 | | | |
| SP05 | Order (I) Approving Asset Purchase Agreement Among the Debtors and Sparkle Pop, LLC; (II) Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (III) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leaves; and (IV) Granting Related Relief [D.I. 407] | | | |

## RESERVATION OF RIGHTS

Sparkle Pop reserves all rights to modify, supplement, or amend its Witness and Exhibit List at any time prior to the conclusion of the Hearing and further reserves the right to use any

additional exhibits for any purpose, including but not limited to rebuttal or impeachment. Sparkle Pop also reserves the right to rely upon and use as evidence (ii) documents produced by any party in interest, (ii) exhibits included on the exhibit lists of any parties in interest, and (iii) any pleading, transcript, or other document filed with the Court in the above-captioned cases.

Dated: September 9, 2025    DLA PIPER LLP US

By:    /s/ *Ellen E. Dew*
Ellen E. Dew (Bar No. 28830)
Peter J. Artese (Bar No. 31258)
Ellen.dew@us.dlapiper.com
Peter.artese@us.dlapiper.com
DLA Piper LLP US
650 S Exeter Street, Suite 1100
Baltimore, MD 21201
(410) 580-3000

Jamila Willis (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
Jamila.willis@us.dlapiper.com

*Attorneys for Interested Party Sparkle Pop, LLC*