**Exhibit A**

Summary of Fees and Expenses by Activity Category

**Getzler Henrich & Associates**
**Summary of Fees and Expenses by Category**
**August 01, 2025 to August 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Activity Description | Hours | Fees |
|---|---:|---:|
| Accounting | 8.8 | $ 4,744.00 |
| Avoidance Action | 20.7 | 11,968.50 |
| BOD issues | 6.4 | 4,665.00 |
| Business Ops | 4.1 | 2,594.50 |
| Case Admin. | 0.8 | 684.00 |
| Cash Flow | 70.9 | 48,951.50 |
| Cash Management | 77.2 | 42,666.00 |
| Court Prep | 100.5 | 73,520.50 |
| Employment and Fee App | 8.6 | 5,547.00 |
| IT Network Hardware Software | 3.3 | 1,633.50 |
| Litigation Matters & Support | 155.8 | 97,379.00 |
| Reporting | 65.6 | 35,214.00 |
| Sale of Business | 88.6 | 62,507.00 |
| Supplier Issues | 22.4 | 16,637.00 |
| Travel | 24.5 | 9,064.25 |
| **Total** | **658.2** | **$ 417,775.75** |

| Expense Category | Amount |
|---|---:|
| Accommodations Hotel/Motel | $ 1,010.44 |
| Airfare | 922.96 |
| Auto Mileage | 66.64 |
| Auto Parking | 70.00 |
| Auto Tolls | 12.75 |
| Car Rental/Ground Transportation | 500.60 |
| Meals | 208.69 |
| Telephone / Cell phone | 197.40 |
| Train | 904.50 |
| **Total** | **$ 3,893.98** |

| | |
|---|---:|
| **Total Fees & Expenses** | **$ 421,669.73** |