**<u>Exhibit B</u>**

Summary of Professionals and Fees

Getzler Henrich & Associates
Summary of Professionals and Fees
August 01, 2025 to August 31, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

| Professional | Position | Functional Areas | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Henrich | Principal | Restructuring Advisor | $855 | 70.8 | 57,926.25 |
| Robert Gorin | Senior Managing Director | Restructuring Advisor | $755 | 161.7 | 118,497.25 |
| Ramy Aly | Senior Director | Business Plan Analysis | $645 | 174.3 | 109,553.25 |
| Waleed Aly | Director | Business Plan Analysis Support | $525 | 245.2 | 128,730.00 |
| Brandon Kim | Senior Associate | Business Plan Analysis Support | $495 | 2.9 | 1,435.50 |
| Carl Finkbeiner | Data Analyst | Business Plan Analysis Support | $495 | 3.3 | 1,633.50 |
| **Total** | | | | **658.2** | **$417,775.75** |