## **Exhibit C**

Summary of Itemized Out-of-Pocket Expenses

Case 25-10308    Doc 876-4    Filed 09/10/25    Page 1 of 3

**Summary of Expenses**

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 1,010.44 |
| Airfare | 922.96 |
| Auto Mileage | 66.64 |
| Auto Parking | 70.00 |
| Auto Tolls | 12.75 |
| Car Rental/Ground Transportation | 500.60 |
| Telephone / Cell phone | 197.40 |
| Meals | 208.69 |
| Train | 904.50 |
| **Grand Total** | **$ 3,893.98** |

**Accommodations Hotel/Motel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 8/6/2025 | $ 291.54 | Hotel for court appearance |
| William Henrich | 8/18/2025 | $ 229.13 | Hotel re: Court hearing |
| Robert Gorin | 8/19/2025 | $ 489.77 | Hotel for sale of consignment inventory hearing |
| **Total** | | **$ 1,010.44** | |

**Airfare**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 8/9/2025 | $ 341.48 | Flight home from court appearance |
| Robert Gorin | 8/12/2025 | $ 581.48 | Flight from PBI to BWI for court testimony |
| **Total** | | **$ 922.96** | |

**Auto Mileage**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 8/15/2025 | $ 26.46 | Mileage to law office |
| Ramy Aly | 8/25/2025 | $ 18.69 | Mileage to train station for hearing 8.25 |
| Ramy Aly | 8/25/2025 | $ 21.49 | Mileage from train station for hearing 8.25 |
| **Total** | | **$ 66.64** | |

**Auto Parking**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 8/15/2025 | $ 35.00 | Parking at law offices for deposition |
| Ramy Aly | 8/25/2025 | $ 35.00 | Train station parking |
| **Total** | | **$ 70.00** | |

**Auto Tolls**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 8/25/2025 | $ 12.75 | Parkway tolls |
| **Total** | | **$ 12.75** | |

**Car Rental/Ground Transportation**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 8/9/2025 | $ 44.07 | Uber from airport to home |
| Robert Gorin | 8/9/2025 | $ 52.73 | Uber from hotel to airport |
| Robert Gorin | 8/17/2025 | $ 50.30 | Uber from home to PBI |
| Robert Gorin | 8/17/2025 | $ 34.14 | Uber from BWI to counsels office |
| William Henrich | 8/17/2025 | $ 35.92 | Uber - Baltimore Penn Sta to Saul Ewing re: Court hearing |
| William Henrich | 8/17/2025 | $ 30.33 | Uber - Saul Ewing to Renaissance Hotel re: Court hearing |
| Robert Gorin | 8/18/2025 | $ 23.47 | Uber from court to Saul Ewing offices for W Henrich, M Minuti, P Topper, R Gorin |
| Robert Gorin | 8/18/2025 | $ 13.00 | Uber from Saul Ewing office to hotel |
| William Henrich | 8/18/2025 | $ 35.20 | Uber - Saul Ewing to Baltimore Penn Sta re: Court hearing |
| Robert Gorin | 8/19/2025 | $ 12.45 | Uber from lawyer office to hotel |
| Robert Gorin | 8/19/2025 | $ 23.47 | Uber from hotel to Saul Ewing office |
| Robert Gorin | 8/23/2025 | $ 40.41 | Uber from PBI to home |

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 8/23/2025 | $ 51.70 | Uber from hotel to airport |
| Ramy Aly | 8/25/2025 | $ 28.11 | Lyft to train station from courthouse |
| Ramy Aly | 8/25/2025 | $ 25.30 | Lyft from train station to courthouse |
| **Total** | | **$ 500.60** | |

**Telephone / Cell phone**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 8/15/2025 | $ 197.40 | Telephone for April & May 2025 |
| **Total** | | **$ 197.40** | |

**Meals**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 8/9/2025 | $ 11.37 | Breakfast while traveling |
| William Henrich | 8/17/2025 | $ 71.06 | Phillips Seafood - whh re: Court hearing |
| William Henrich | 8/17/2025 | $ 37.29 | NYPenn Sta - Yono Sushi - whh - re: Court hearing |
| William Henrich | 8/18/2025 | $ 5.29 | Breakfast while traveling - Balt Penn Sta - whh |
| Robert Gorin | 8/23/2025 | $ 15.23 | Breakfast while traveling |
| Ramy Aly | 8/25/2025 | $ 26.55 | Breakfast while traveling to court |
| Ramy Aly | 8/25/2025 | $ 41.90 | Lunch while traveling for hearing 8/25 |
| **Total** | | **$ 208.69** | |

**Train**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| William Henrich | 8/16/2025 | $ 428.00 | NY-Balt-NY re: Court hearing preparation and participation |
| William Henrich | 8/17/2025 | $ 7.25 | LIRR - Hicksville to NYPenn Sta re: Court hearing |
| William Henrich | 8/18/2025 | $ 7.25 | LIRR - NYPenn to Hicksville re: Court hearing |
| Ramy Aly | 8/21/2025 | $ 424.00 | Roundtrip Amtrak to MD for 8/25 - hearing |
| Ramy Aly | 8/25/2025 | $ 38.00 | Amtrak - ticket change due to delayed train |
| **Total** | | **$ 904.50** | |