**Exhibit 2**

**Ballard Spahr Invoices**

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

| | |
|---|---|
| Raymond D. James & Associates | September 5, 2025 |
| 880 Carillon Parkway | Invoice No. 20250900357 |
| St. Petersburg, FL 33716 | |

Client:   Raymond James & Associates (023095.00)

Matter:   In re Diamond Comic Distributors, Inc., Adv. Proc. Alliance Entertainment, LLC v. Diamond Comic Distributors, Inc., et al. (00441911)

2025-001119

FOR PROFESSIONAL SERVICES RENDERED through September 4, 2025

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $46,652.58 |
| Disbursements | $673.57 |
| **Total Invoice Amount** | **$47,326.15** |

023095.00 - 00441911  
Matthew G. Summers

September 5, 2025  
Invoice No. 20250900357

## Professional Services

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/25 | Summers,M.G. | Call with client re ▓ | 0.70 | 648.55 |
| 05/08/25 | Brannick,N.J. | Conference with M. Desgrosseilliers re: ▓ | 0.30 | 174.00 |
| 05/08/25 | Brannick,N.J. | Conference with G. Richards and D. Palmadesso re: ▓ | 0.30 | 174.00 |
| 05/11/25 | Brannick,N.J. | Draft indemnification demand | 0.50 | 290.00 |
| 05/12/25 | Watt,J.C. | Correspondence with N. Brannick re ▓ | 0.10 | 84.58 |
| 05/12/25 | Watt,J.C. | Review agreement and indemnification demand | 0.30 | 253.73 |
| 05/12/25 | Brannick,N.J. | Begin drafting motion to dismiss and related brief | 1.00 | 580.00 |
| 05/12/25 | Brannick,N.J. | Conference with M. Minuti re: ▓ | 0.10 | 58.00 |
| 05/13/25 | Brannick,N.J. | Finalize and send indemnification demand | 0.20 | 116.00 |
| 05/14/25 | Brannick,N.J. | Review common interest agreement | 0.30 | 174.00 |
| 06/02/25 | Brannick,N.J. | Conference with M. Desgrosseilliers re: ▓ | 0.20 | 116.00 |
| 06/18/25 | Summers,M.G. | Analyze issues re ▓ | 0.30 | 277.95 |
| 06/18/25 | Summers,M.G. | Conferences with N. Brannick re ▓ | 0.30 | 277.95 |
| 06/18/25 | Brannick,N.J. | Preliminary review of draft brief in support of motion to dismiss provided by debtors, research ▓, and follow-up with debtors' counsel re: ▓. | 0.50 | 290.00 |
| 06/19/25 | Summers,M.G. | Analyze ▓ in connection with motion to dismiss | 0.30 | 277.95 |
| 06/19/25 | Summers,M.G. | Review debtors' draft motion to dismiss | 0.70 | 648.55 |
| 06/19/25 | Brannick,N.J. | Research ▓ and related issues arising from debtors' draft brief in support of motion to dismiss | 4.40 | 2,552.00 |
| 06/20/25 | Brannick,N.J. | Conference with co-defendants re: ▓ | 0.80 | 464.00 |

023095.00 - 00441911  
Matthew G. Summers

September 5, 2025  
Invoice No. 20250900357

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 06/20/25 | Brannick,N.J. | Conduct additional research related to motion to dismiss | 2.40 | 1,392.00 |
| 06/21/25 | Brannick,N.J. | Draft and send to client detailed summary ▇▇▇ | 0.50 | 290.00 |
| 06/23/25 | Brannick,N.J. | Conduct additional research on ▇▇▇ and e-mail to M. Minuti and others for consideration | 2.50 | 1,450.00 |
| 06/24/25 | Summers,M.G. | Review/analyze research and summaries re ▇▇▇ | 0.80 | 741.20 |
| 06/24/25 | Summers,M.G. | Further review/analyze debtors' draft motion to dismiss | 0.60 | 555.90 |
| 06/25/25 | Summers,M.G. | Teams meeting with D. Palmadesso, G. Richards, G. Morello, and N. Brannick re ▇▇▇ | 0.60 | 555.90 |
| 06/25/25 | Summers,M.G. | Further review debtors' draft motion to dismiss and N. Brannick research re ▇▇▇ | 0.30 | 277.95 |
| 06/25/25 | Summers,M.G. | Analyze issues re ▇▇▇ with T. Brannon and N. Brannick | 0.50 | 463.25 |
| 06/25/25 | Brannick,N.J. | Conference with client re: ▇▇▇ | 0.50 | 290.00 |
| 06/25/25 | Brannick,N.J. | Additional research related to joinder | 2.30 | 1,334.00 |
| 06/25/25 | Brannon,T. | Teleconference with M. Summers and N. Brannick re ▇▇▇ (.6), Teams communications with N. Brannick re ▇▇▇ (.5) | 1.10 | 645.15 |
| 06/25/25 | Brannon,T. | Research ▇▇▇ research ▇▇▇ | 3.90 | 2,287.35 |
| 06/25/25 | Brannon,T. | Outline motion to dismiss arguments (1.1), draft motion sections re ▇▇▇ (2.2), draft motion sections re ▇▇▇ (3.0) | 3.00 | 1,759.50 |

023095.00 - 00441911  
Matthew G. Summers

September 5, 2025  
Invoice No. 20250900357

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 06/26/25 | Summers,M.G. | Review and comment on draft joinder and motion to dismiss | 0.60 | 555.90 |
| 06/26/25 | Brannick,N.J. | Draft and revise motion to dismiss | 5.80 | 3,364.00 |
| 06/26/25 | Brannon,T. | Revise final draft and incorporate N. Brannick edits and input research re | 2.10 | 1,231.65 |
| 06/26/25 | Brannon,T. | Conduct further research re | 2.00 | 1,173.00 |
| 06/26/25 | Weidman,R. | Draft notice of appearance | 0.60 | 191.25 |
| 06/26/25 | Weidman,R. | Draft N. Brannick pro hac vice motion | 0.60 | 191.25 |
| 06/27/25 | Summers,M.G. | Review draft joinder and motion to dismiss | 0.80 | 741.20 |
| 06/27/25 | Brannick,N.J. | Continue drafting/revising motion to dismiss and joinder | 4.50 | 2,610.00 |
| 06/27/25 | Brannick,N.J. | Exchange correspondence with M. Minuti re: | 0.30 | 174.00 |
| 06/27/25 | Brannick,N.J. | Correspond with client re: | 0.30 | 174.00 |
| 06/27/25 | Weidman,R. | Revise notice of appearance | 0.20 | 63.75 |
| 06/27/25 | Weidman,R. | Revise N. Brannick pro hac vice motion | 0.50 | 159.38 |
| 06/27/25 | Weidman,R. | Correspondence with N. Brannick re: | 0.10 | 31.88 |
| 06/28/25 | Brannick,N.J. | Correspond with counsel for debtors re: | 0.40 | 232.00 |
| 06/28/25 | Brannick,N.J. | Correspond with all defense counsel re: | 0.10 | 58.00 |
| 06/30/25 | Summers,M.G. | Revise/edit entries of appearance | 0.10 | 92.65 |
| 06/30/25 | Summers,M.G. | Review and revise updated versions of motions to dismiss | 0.40 | 370.60 |
| 06/30/25 | Stammer,K.P. | Finalize and e-file (2) Notices of Appearance, Motion for Pro Hac Vice and Motion to Dismiss | 1.70 | 541.88 |
| 06/30/25 | Brannick,N.J. | Review Getzler motion to dismiss | 0.40 | 232.00 |

023095.00 - 00441911  September 5, 2025
Matthew G. Summers  Invoice No. 20250900357

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 06/30/25 | Brannick,N.J. | Additional edits to motion to dismiss | 3.00 | 1,740.00 |
| 06/30/25 | Brannick,N.J. | Address filing of motion to dismiss | 0.60 | 348.00 |
| 06/30/25 | Brannick,N.J. | Conference with G. Richards re: | 0.30 | 174.00 |
| 06/30/25 | Brannick,N.J. | Draft proposed order and R. 7.1 statement | 0.40 | 232.00 |
| 07/01/25 | Stammer,K.P. | Communications with Court re: motion for admission pro hac vice | 0.30 | 95.63 |
| 07/01/25 | Brannick,N.J. | Exchange e-mails with defense counsel re: | 0.10 | 58.00 |
| 08/06/25 | Brannick,N.J. | Conference with M. Summers re: | 0.30 | 174.00 |
| 08/18/25 | Summers,M.G. | Review opposition to motion to dismiss | 1.30 | 1,204.45 |
| 08/20/25 | Brannick,N.J. | Review AENT opposition to motions to dismiss, collect case law cited and begin reviewing same | 4.90 | 2,842.00 |
| 08/21/25 | Brannick,N.J. | Continue reviewing case law cited by AENT and begin outlining reply | 5.20 | 3,016.00 |
| 08/22/25 | Brannick,N.J. | Conference with counsel for all defendants re: | 0.30 | 174.00 |
| 08/22/25 | Brannick,N.J. | Correspond with clients re: | 0.10 | 58.00 |
| 08/25/25 | Brannick,N.J. | Complete initial draft of reply in support of motion to dismiss | 6.20 | 3,596.00 |
| 08/26/25 | Brannick,N.J. | Review documents related to fee application | 0.30 | 174.00 |
| 08/27/25 | Summers,M.G. | Attention to draft stipulation re schedule/deadlines | 0.10 | 92.65 |
| 08/27/25 | Brannick,N.J. | Review stipulations regarding briefing and hearing on motions to dismiss and address approval of same | 0.20 | 116.00 |
| 09/03/25 | Brannick,N.J. | Begin revising reply to incorporate client comments | 0.50 | 290.00 |
| 09/04/25 | Brannick,N.J. | Complete revisions to reply and correspond with clients re: | 0.70 | 406.00 |
| 09/04/25 | Brannick,N.J. | Conference with client representatives re: | 0.30 | 174.00 |
| **Total Fees** | | | **76.90** | **$46,652.58** |

| | |
|---|---|
| 023095.00 -  00441911 | September 5, 2025 |
| Matthew G. Summers | Invoice No. 20250900357 |

## Summary of Professional Fees

| Professional | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Summers,M.G. | 8.40 | 926.50 | 7,782.60 |
| Watt,J.C. | 0.40 | 845.75 | 338.31 |
| Brannon,T. | 12.10 | 586.50 | 7,096.65 |
| Brannick,N.J. | 52.00 | 580.00 | 30,160.00 |
| Stammer,K.P. | 2.00 | 318.75 | 637.51 |
| Weidman,R. | 2.00 | 318.75 | 637.51 |
| **Total Fees** | **76.90** | | **$46,652.58** |

| 023095.00 - 00441911 | September 5, 2025 |
| --- | --- |
| Matthew G. Summers | Invoice No. 20250900357 |

## Disbursements

| Date | Description | Amount |
| --- | --- | --- |
| 05/13/25 | Delivery Service FedEx Invoice #:886414251, 05/16/2025, Tracking #: 288617382699, Robert Gorin, INFORMATION NOT SUPPLIED, 10150 YORK RD STE 300, COCKEYSVILLE, MD 21030 | 31.22 |
| 06/18/25 | Westlaw Research | 73.80 |
| 06/19/25 | Westlaw Research | 103.05 |
| 06/20/25 | Westlaw Research | 46.10 |
| 06/23/25 | Westlaw Research | 30.90 |
| 06/25/25 | Westlaw Research | 219.80 |
| 06/27/25 | Westlaw Research | 15.70 |
| 06/30/25 | Westlaw Research | 153.00 |
| **Total Disbursements** | | **$673.57** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Raymond D. James & Associates
880 Carillon Parkway
St. Petersburg, FL 33716

September 5, 2025
Invoice No. 20250900357

Client:   Raymond James & Associates (023095.00)

Matter:   In re Diamond Comic Distributors, Inc., Adv. Proc. Alliance Entertainment, LLC v. Diamond Comic Distributors, Inc., et al. (00441911)

2025-001119

FOR PROFESSIONAL SERVICES RENDERED through September 4, 2025

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $46,652.58 |
| Disbursements | $673.57 |
| **Total Invoice Amount** | **$47,326.15** |

For billing inquiries please send an email to CB@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer
https://ww2.payerexpress.com/ebp/BallardSpahr/Login/Index

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470<br>Tel 302.252.4465 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP<br>Swift Code: PNCCUS33 (only needed for international wires) |

Due and Payable Within 30 Days