## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF SUPPLEMENT TO FINAL APPLICATION FOR COMPENSATION OF RAYMOND JAMES & ASSOCIATES, INC., AS INVESTMENT BANKER FOR THE DEBTORS AND DEBTORS IN POSSESSION

**PLEASE TAKE NOTICE** that on **August 27, 2025**, Raymond James & Associates, Inc. ("Raymond James"), investment banker to the above-captioned debtors and debtor in possession (the "Debtors"), filed its *Final Application for Compensation of Raymond James & Associates, Inc., as Investment Banker for the Debtors and Debtors in Possession* [D.I. 790] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that on **September 12, 2025**, Raymond James filed its *Supplement to Final Application for Compensation of Raymond James & Associates, Inc., as Investment Banker for the Debtors and Debtors in Possession* (the "Supplement").

**PLEASE TAKE FURTHER NOTICE** that a hearing, if necessary, on the Application will commence before the Honorable Chief Judge David E. Rice on **September 30, 2025 at 2:00 p.m. (ET)** at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, Maryland 21201.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application and Supplement must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Debtors, so as to actually be received by or before **September 17, 2025**.

IF NO OBJECTION OR RESPONSE TO THE APPLICATION AND SUPPLEMENT IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION AND SUPPLEMENT WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Dated: September 12, 2025                **GREENBERG TRAURIG, LLP**

*/s/ Thomas J. McKee, Jr.*
 Thomas J. McKee, Jr. (MD Bar No. 16517)
Greenberg Traurig, LLP
1750 Tysons Blvd. #1000
McLean, VA 22102
Telephone: (703) 749-1300
Email: mckeet@gtlaw.com

-and-

Oscar N. Pinkas, Esq. (not admitted in MD)
Nathan A. Haynes (not admitted in MD)
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9214
Email: pinkaso@gtlaw.com
Email: haynes@gtlaw.com

*Counsel to Raymond James & Associates, Inc.*