IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 9, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Debtors' Witness and Exhibit List for the Hearing Scheduled to Begin on September 10, 2025 at 10:00 a.m. (ET) [Docket No. 835]**

Dated: September 15, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 15th day of September, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

> CAROLYN K. CASHMAN
> Notary Public - California
> Los Angeles County
> Commission # 2396732
> My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Creditor | Attention | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Action Figure Authority Inc | Adams and Reese LLP | | lianna.sarasola@arlaw.com; nick.schandlbauer@arlaw.com | Email |
| *NOA - Counsel for Image Comics, Inc | BakerHostetler LLP | | afletcher@bakerlaw.com; jhoffman@bakerlaw.com; sprince@bakerlaw.com | Email |
| *NOA - Counsel to Raymond James & Associates, Inc. | Ballard Spahr LLP | | brannickn@ballardspahr.com; summersm@ballardspahr.com | Email |
| *NOA - Counsel to Integrated Connection, LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Jared C Hoffman Kevin M Capuzzi | jhoffman@beneschlaw.com; kcapuzzi@beneschlaw.com | Email |
| *NOA - Counsel for Getzler Henrich & Associates, LLC, & Robert Gorin | Chipman Brown Cicero & Cole, LLP | Robert A Weber | weber@chipmanbrown.com; desgross@chipmanbrown.com | Email |
| *NOA - Counsel for Defendants Charlie Tyson and Dan Hirsch | Cole Schotz PC | | ddean@coleschotz.com; kpruett@coleschotz.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co, Ltd and Defendants Charlie Tyson and Dan Hirsch | Cole Schotz PC | | hjones@coleschotz.com | Email |
| *NOA - Counsel for the Game Manufacturers Association and certain of its members | Dentons Bingham Greenebaum LLP | | james.irving@dentons.com | Email |
| *NOA - Counsel for Sparkle Pop, LLC | DLA Piper LLP (US) | | ellen.dew@us.dlapiper.com; peter.artese@us.dlapiper.com | Email |
| *NOA - Counsel for Renegade Games, LLC, Rosebud Entertainment, LLC and Stephen A Geppi | DLA Piper LLP (US) | | kevin.kobbe@us.dlapiper.com | Email |
| *NOA - Counsel for Kathy Govier | Gohn Hankey & Berlage LLP | Jan I Berlage | jberlage@ghsllp.com | Email |
| *NOA - Counsel to NECA LLC | Klestadt Winters Jureller Southard & Stevens, LLP | | abrown@klestadt.com; iwinters@klestadt.com; ssweeney@klestadt.com | Email |
| *NOA - Proposed Counsel for The Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | | bnathan@lowenstein.com; cfrankel@lowenstein.com; gfinizio@lowenstein.com; mpapandrea@lowenstein.com | Email |
| *NOA - Counsel for Dynamic Forces, Inc | Mcnamee Hosea, P.A. | | jfasano@mhlawyers.com | Email |
| Attorney General | Office of the Attorney General | | aginfo@ag.nv.gov | Email |
| Attorney General | Office Of The Attorney General | | AGInfo@azag.gov | Email |
| Attorney General | Office Of The Attorney General | | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | | ago@state.ma.us | Email |
| Attorney General | Office Of The Attorney General | | attorney.general@alaska.gov | Email |
| Attorney General | Office Of The Attorney General | | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | | attorney.general@delaware.gov | Email |
| Attorney General | Office Of The Attorney General | | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office Of The Attorney General | | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | | bankruptcy@agutah.gov | Email |
| Attorney General | Office Of The Attorney General | | Constituent@atg.in.gov | Email |
| Attorney General | Office Of The Attorney General | | consumer@ag.iowa.gov | Email |
| Attorney General | Office Of The Attorney General | | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | | contactdoj@mt.gov | Email |
| Attorney General | Office Of The Attorney General | | hawaiiag@hawaii.gov | Email |
| Attorney General | Office Of The Attorney General | | miag@michigan.gov | Email |
| Attorney General | Office Of The Attorney General | | ndag@nd.gov | Email |
| Attorney General | Office Of The Attorney General | | nedoj@nebraska.gov | Email |
| Attorney General | Office Of The Attorney General | | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | | oag@dc.gov | Email |
| Attorney General | Office Of The Attorney General | | oag@oag.state.md.us | Email |
| Attorney General | Office Of The Attorney General | | serviceATG@atg.wa.gov | Email |
| *NOA - Counsel for New York State Department of Taxation and Finance (NYSTAX) | Office of the New York State Attorney General | | robert.rock@ag.ny.gov | Email |
| *NOA - Counsel to The Pokemon Company International, Inc | Perkins Coie LLP | | DDaniels@perkinscoie.com; SChenetz@perkinscoie.com | Email |
| *NOA - Counsel for Basic Fun, Inc. | Polsinelli PC | | jack.blum@polsinelli.com; mjoachim@polsinelli.com | Email |
| *NOA - Counsel for Bandai Namco Toys & Collectibles America, Inc, and Bandai Co., Ltd. | Ropers Majeski | | steven.polard@ropers.com | Email |
| *NOA - Debtors Counsel and Comic Exporters, Inc., Comic Holdings, Inc., Diamond Comic Distributors, Inc., Diamond Select Toys & Collectibles, LLC. | Saul Ewing LLP | | adam.isenberg@saul.com; jeffrey.hampton@saul.com; mark.minuti@saul.com; nicholas.smargiassi@saul.com; paige.topper@saul.com; turner.falk@saul.com | Email |
| *NOA - Counsel for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | | ashley.fellona@saul.com | Email |

**Exhibit A**
**Master Service List**

| | | | | |
|---|---|---|---|---|
| *NOA - Counsel for Comic Exporters, Inc., Comic Holdings, Inc., Diamond Comic Distributors, Inc., Diamond Select Toys & Collectibles, LLC | Saul Ewing LLP | | jordan.rosenfeld@saul.com | Email |
| *NOA - Counsel for Debtor Defendants | Saul Ewing LLP | | jordan.rosenfeld@saul.com | Email |
| *NOA - Counsel for Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC | Sills Cummis & Gross PC | | rmoonan@sillscummis.com | Email |
| *NOA - Counsel for Alliance Entertainment, LLC and Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC | Sills Cummis & Gross PC | | steele@sillscummis.com | Email |
| *NOA - Counsel for Blue Yonder, Inc | Squire Patton Boggs (US) LLP | | christopher.giaimo@squirepb.com; mark.salzberg@squirepb.com | Email |
| *NOA - Counsel to NECA LLC | The Law Offices of Zvi Guttman, P.A | | Zvi@Zviguttman.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, N.A | Troutman Pepper Locke LLP | | David.Ruediger@troutman.com; Indira.Sharma@troutman.com; Jonathan.Young@troutman.com; Katherine.Culbertson@troutman.com; Toyja.Kelley@troutman.com | Email |
| *NOA - Counsel for The Official Committee of Unsecured Creditors | Tydings & Rosenberg LLP | | rcostella@tydings.com; dshaffer@tydings.com; jlee@tydings.com; Sgerald@tydings.com | Email |
| *NOA - Counsel for the United States Trustee for Region Four | United States Department of Justice | | hugh.m.bernstein@usdoj.gov | Email |
| *NOA - Counsel for Universal Distribution LLC | Whiteford, Taylor & Preston L.L.P | | bstrickland@whitefordlaw.com | Email |
| *NOA - Counsel to Disney Consumer Products, Inc. and Marvel Brands LLC | Wilmer Cutler Pickering Hale and Dorr LLP | | andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com | Email |
| *NOA - Counsel for Ad Hoc Committee of Consignors | YVS Law, LLC | | chopkin@yvslaw.com | Email |
| *NOA - Counsel for Alliance Entertainment, LLC | YVS Law, LLC | | jgrasso@yvslaw.com | Email |