IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>                              Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Thomas McKee Jr., hereby certify that, on the 27th day of August 2025, I caused a true and correct copy of the *Final Fee Application of Raymond James & Associates, Inc., for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker to the Debtors and Debtors In Possession for the Period From January 14, 2025 Through August 31, 2025* [Docket No. 790] and the *Notice of Final Application for Compensation of Raymond James & Associates, Inc., as Investment Banker for the Debtors and Debtors in Possession* [Docket No. 790-7] to be filed and served via CM/ECF on all parties who have registered for electronic services in these cases.

I further certify that, on the 12th day of September 2025, I caused a true and correct copy of the *Supplement to Final Fee Application of Raymond James & Associates, Inc., For Compensation For Services Rendered and Reimbursement of Expenses Incurred as Investment Banker to the Debtors and Debtors In Possession for the Period From January 14, 2025 Through August 31, 2025* [Docket No. 879] to be filed and served via (i) CM/ECF on all parties who have registered for electronic services in these cases and (ii) the method set forth in the Service List attached hereto as **Exhibit A**.

I further certify that, on the 12th day of September 2025, I caused a true and correct copy of the *Notice of Supplement to Final Application for Compensation of Raymond James &*

*Associates, Inc., as Investment Banker for the Debtors and Debtors in Possession* [Docket No. 880] (the "Notice of Supplement") to be filed and served via CM/ECF on all parties who have registered for services in these cases.  Furthermore, I certify that, on the 15th day of September 2025, I caused a true and correct copy of the Notice of Supplement to be filed and served via the method set forth in the Service List attached hereto as **Exhibit A**.

/s/ Thomas J. McKee, Jr.
Thomas J. McKee Jr. (MD. Bar No. 16517)
Greenberg Traurig, LLP
1750 Tysons Blvd. #1000
McLean, VA 22102
Telephone: (703) 749-1300
Email: mckeet@gtlaw.com

-and-

Oscar N. Pinkas, Esq. (not admitted in MD)
Nathan A. Haynes, Esq. (not admitted in MD)
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9214
Email: pinkaso@gtlaw.com
Email:  haynes@gtlaw.com

*Counsel to Raymond James & Associates, Inc.*

**<u>Exhibit A</u>**

**Service List**

| Party | Attention | Email | Method |
|---|---|---|---|
| Diamond Comic Distributors, Inc., c/o Getzler Henrich & Associates LLC | Robert Gorin | rgorin@getzlerhenrich.com | Email |
| Lowenstein Sandler LLP | Bruce S. Nathan | bnathan@lowenstein.com | Email |
| Lowenstein Sandler LLP | Gianfranco Finizio | gfinizio@lowenstein.com | Email |
| Lowenstein Sandler LLP | Chelsea Frankel | cfrankel@lowenstein.com | Email |
| Lowenstein Sandler LLP | Michael Papandrea | mpapandrea@lowenstein.com | Email |
| Office of the United States Trustee for the District of Maryland | Hugh M. Bernstein | hugh.m.bernestin@usdoj.gov | Email |
| Saul Ewing LLP | Jeffrey C. Hampton | jeffrey.hampton@saul.com | Email |
| Saul Ewing LLP | Adam H. Isenberg | adam.isenberg@saul.com | Email |
| Saul Ewing LLP | Turner N. Falk | turner.falk@saul.com | Email |
| Saul Ewing LLP | Paige N. Topper | paige.topper@saul.com | Email |
| Saul Ewing LLP | Nicholas Smargiassi | nicholas.smargiassi@saul.com | Email |
| Troutman Pepper Locke LLP | Jonathan W. Young | jonathan.young@troutman.com | Email |
| Troutman Pepper Locke LLP | David Ruediger | david.ruediger@troutan.com | Email |
| Troutman Pepper Locke LLP | Katherine Culbertson | katherine.culbertson@troutman.com | Email |
| Tydings & Rosenberg LLP | Stephen B. Gerald | sgerald@tydings.com | Email |
| Tydings & Rosenberg LLP | Dennis Shaffer | dshaffer@tydings.com | Email |