# EXHIBIT A

### COMPENSATION BY PROFESSIONALS

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Javon Couch | 1.2 | $165.00 | $198.00 |
| Kim Steverson | 12.5 | $240.00 | $3,000.00 |
| Luis Solorzano | 9.9 | $240.00 | $2,376.00 |
| Mark Bishay | 3.5 | $155.00 | $542.50 |
| Sejal Kelly | 7.5 | $240.00 | $1,800.00 |
| Tanya Hughes | 6.7 | $165.00 | $1,105.50 |
| Yelena Bederman | 4.5 | $200.00 | $900.00 |
| **SUBTOTAL** | **45.8** | **----** | **$9,922.00** |
| **DISCOUNT** | **----** | **----** | **($992.20)** |
| **ADJ. TOTAL** | **45.8** | **----** | **$8,929.80** |

56283838.2