# EXHIBIT B

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

| Category | Hours | Total |
|---|---|---|
| Preparation of Schedules/SoFAs | 45.8 | $9,922.00 |
| **SUBTOTAL** | **45.8** | **$9,922.00** |
| **DISCOUNT** | ---- | **($992.20)** |
| **ADJUSTED TOTAL** | **45.8** | **$8,929.80** |

56283838.2