# EXHIBIT C

## DECLARATION OF PAUL H. DEUTCH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF PAUL H. DEUTCH

I, Paul H. Deutch, declare under penalty of perjury that:

1. I am the Executive Vice President of Omni Agent Solutions, Inc. ("Omni"), which serves as administrative agent to the debtors and debtors-in-possession (the "Debtors").

2. I am familiar with the work performed on behalf of the Debtors by the professionals in the firm.

3. I have read the foregoing *Second Interim Fee Application of Omni Agent Solutions, Inc., Administrative Agent to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through April 30, 2025* and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

4. I hereby certify that the Second Interim Fee Application complies with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and Local Rule 2016-1 and Appendix D.

Dated: September 16, 2025

/s/ Paul H. Deutch
PAUL H. DEUTCH

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

56283838.2