IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., et al.<br><br>Debtors.[1] | Case No: 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## CERTIFICATION OF SPARKLE POP, LLC

I, Joel Weinshanker, being of full age, certifies as follows:

1. I am the Manager for Sparkle Pop, LLC ("Sparkle Pop"), the purchaser of certain assets from the Debtors in the above referenced Chapter 11 bankruptcy case. I make this Certification on behalf of Sparkle Pop in my capacity as Manager.

2. On September 12, 2025, this Court entered the *Consent Order Resolving, in Part, Debtors' (I) Motion to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief* [D.I. 878] (the "Consent Order"). I file this certification, on behalf of Sparkle Pop, to satisfy the requirement under paragraph 2 of the Consent Order.

3. I hereby certify that Sparkle Pop has removed all Consigned Inventory (as defined in the Order) from its (and/or any affiliate of Sparkle Pop's) website, order forms, marketing materials and all other forms of product marketing and sales materials as of the date of the Consent Order;

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are Diamond Comic Distributors, Inc., (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

4. Sparkle Pop has ceased all sales of Consigned Inventory as of the date of the Consent Order.

I certify under penalty of perjury that the foregoing statements made by me are true.

Dated: September 17, 2025

Signed by:
Joel Weinshanker
65084D8EB6E24F5...
Joel Weinshanker

**<u>CERTIFICATE OF SERVICE</u>**

I, Peter J. Artese, hereby certify that on this 17th day of September, 2025, a true and correct copy of the foregoing *Certification of Sparkle Pop, LLC* was served via CM/ECF upon the parties registered to receive efiling notifications in this case.

                                               */s/ Peter J. Artese*
                                               Peter J. Artese