# EXHIBIT A

## TIME ENTRIES FOR FEES DURING MONTH APPLICATION PERIOD

| Work Date | Timekeeper Name | Matter Currency | Contract Hours | Contract Amount | Contract Rate | Narrative |
|---|---|---|---|---|---|---|
| 01/07/2025 | Bridcut, Jonathan | GBP | 0.30 | £ 310.50 | £ 1,035.00 | Call with Matt Kinghorn to discuss next steps on SPA. Emails with Saul Ewing on SPA. |
| 01/07/2025 | Benjamin, Ian | GBP | 0.50 | £ 517.50 | £ 1,035.00 | Review APA - comments re title guarantee - discuss with Matt Kinghorn/Jonny Bridcut |
| 02/07/2025 | Kinghorn, Matthew | GBP | 1.50 | £ 1,185.00 | £ 790.00 | Emails with Saul Ewing re: SPA and updating SPA to reflect comments. |
| 02/07/2025 | Bridcut, Jonathan | GBP | 0.30 | £ 310.50 | £ 1,035.00 | Emails with Saul Ewing about SPA terms. |
| 03/07/2025 | Bridcut, Jonathan | GBP | 0.40 | £ 414.00 | £ 1,035.00 | Update calls with Matt Kinghorn to discuss SPA discussions with Saul Ewing. |
| 03/07/2025 | Kinghorn, Matthew | GBP | 2.10 | £ 1,659.00 | £ 790.00 | Call with Saul Ewing. Amends to SPA. Emails with Saul Ewing and Buyer counsel. |
| 04/07/2025 | Bridcut, Jonathan | GBP | 0.30 | £ 310.50 | £ 1,035.00 | Emails with Matt Kinghorn about comments from Saul Ewing, and communications with TC Group, in relation to the draft SPA. |
| 07/07/2025 | Kinghorn, Matthew | GBP | 2.10 | £ 1,659.00 | £ 790.00 | Review of Gem SPA and discuss with Jonny Bridcut. |
| 07/07/2025 | Bridcut, Jonathan | GBP | 1.00 | £ 1,035.00 | £ 1,035.00 | Reviewing TC Group's comments on current draft SPA. Meeting with Matt Kinghorn to discuss those comments and decide next steps. |
| 08/07/2025 | Kinghorn, Matthew | GBP | 5.10 | £ 4,029.00 | £ 790.00 | Call with Saul Ewing. Discuss with Jonny Bridcut. Amending SPA to reflect instructions and review of SPA. Call with Billy Gregory re: court order applicability in UK. |
| 08/07/2025 | Bridcut, Jonathan | GBP | 0.30 | £ 310.50 | £ 1,035.00 | Discussions with Matt Kinghorn about his conversations with Saul Ewing on TC Group's comments on the SPA. |
| 08/07/2025 | Gregory, Billy | GBP | 0.20 | £ 108.00 | £ 540.00 | Briefing call with Matt Kinghorn |
| 09/07/2025 | Kinghorn, Matthew | GBP | 4.10 | £ 3,239.00 | £ 790.00 | Marking up SPA following call with Saul Ewing. Discuss with Jonny Bridcut. Sending SPA to Saul Ewing. |
| 09/07/2025 | Kinghorn, Matthew | GBP | 0.80 | £ 632.00 | £ 790.00 | Term sheet review. |
| 09/07/2025 | Bridcut, Jonathan | GBP | 0.30 | £ 310.50 | £ 1,035.00 | Discussions with Matt Kinghorn about responses to TC Group on SPA. |
| 09/07/2025 | Gregory, Billy | GBP | 1.60 | £ 864.00 | £ 540.00 | Research into chapter 11 Bankruptcy proceedings and cleansing title order and its effect in the UK; draft research note with findings |
| 10/07/2025 | Kinghorn, Matthew | GBP | 3.80 | £ 3,002.00 | £ 790.00 | Email summary of outstanding SPA issues for Tal Goldsmith. Updates to SPA suggested by Ian Benjamin. Call with Ian Benjamin. Reading emails. |
| 10/07/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | £ 1,035.00 | Reviewing and responding to emails from Saul Ewing on SPA points. |
| 10/07/2025 | Benjamin, Ian | GBP | 2.00 | £ 2,070.00 | £ 1,035.00 | Work on SPA - calls with Tal Goldsmith and Matt Kinghorn, mark up and emails out. |
| 11/07/2025 | Kinghorn, Matthew | GBP | 2.00 | £ 1,580.00 | £ 790.00 | Making Saul changes to SPA and sending to Tal Goldsmith with commentary. |
| 11/07/2025 | Kinghorn, Matthew | GBP | 0.90 | £ 711.00 | £ 790.00 | Catching up on emails. |
| 11/07/2025 | Benjamin, Ian | GBP | 1.70 | £ 1,759.50 | £ 1,035.00 | Call with Tal Goldsmith; update SPA; email to Buyer counsel; email to US counsel |

| Work Date | Timekeeper Name | Matter Currency | Contract Hours | Contract Amount | Contract Rate | Narrative |
|---|---|---|---|---|---|---|
| 11/07/2025 | Benjamin, Ian | GBP | 2.00 | £ 2,070.00 | £ 1,035.00 | Emails and calls re SPA |
| 11/07/2025 | Goldsmith, Tal | GBP | 1.70 | £ 1,759.50 | £ 1,035.00 | Calls and emails with Ian Benjamin and Saul Ewing, emails with Steven Conybeare re closing out outstanding points |
| 12/07/2025 | Kinghorn, Matthew | GBP | 2.10 | £ 1,659.00 | £ 790.00 | Review of resignation letters and indemnity and drafting STFs. Emails. |
| 14/07/2025 | Kinghorn, Matthew | GBP | 0.60 | £ 474.00 | £ 790.00 | Emails internal and external. |
| 14/07/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | £ 1,035.00 | Discussions with Matt Kinghorn on outstanding points on SPA. |
| 14/07/2025 | Benjamin, Ian | GBP | 1.50 | £ 1,552.50 | £ 1,035.00 | Emails re ancillaries with Buyer counsel; emails with Saul Ewing re outstanding points/documents; emails with Saul Ewing re fees |
| 14/07/2025 | Goldsmith, Tal | GBP | 0.30 | £ 310.50 | £ 1,035.00 | Considering current position and emails re release and update to Jeffrey Hampton and Adam Isenberg of Saul Ewing |
| 15/07/2025 | Kinghorn, Matthew | GBP | 1.10 | £ 869.00 | £ 790.00 | Emails re KYC and completion deliverables. Call with Ian Benjamin. |
| 15/07/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | £ 1,035.00 | Discussions with Matt Kinghorn on final SPA points. |
| 15/07/2025 | Siddall, Fiona | GBP | 1.60 | £ 1,264.00 | £ 790.00 | Review of credit agreements and preparing release documents |
| 15/07/2025 | Benjamin, Ian | GBP | 4.00 | £ 4,140.00 | £ 1,035.00 | Emails in and out through day with Saul Ewing and Buyer counsel; amending ancillary documents for sale contract; |
| 16/07/2025 | Kinghorn, Matthew | GBP | 1.60 | £ 1,264.00 | £ 790.00 | Emails. Email to TC Group re: all outstanding items. Discuss with Jonny Bridcut. Meeting with Ian Benjamin to discuss above. |
| 16/07/2025 | Kinghorn, Matthew | GBP | 0.90 | £ 711.00 | £ 790.00 | Email from Ian Benjamin. Updating SPA and email to Steven Conybere and sending out SPA and email re all workstreams. Forwarding to Saul Ewing. |
| 16/07/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | £ 1,035.00 | Discussions with Matt Kinghorn about final outstanding points in the SPA. |
| 16/07/2025 | Benjamin, Ian | GBP | 0.50 | £ 517.50 | £ 1,035.00 | Emails in and out with Saul Ewing and Buyer counsel re SPA |
| 16/07/2025 | Benjamin, Ian | GBP | 1.30 | £ 1,345.50 | £ 1,035.00 | Call with Adam Isenberg and Jeffrey Hampton at Saul Ewing re SPA and ancillary documents and status of sale; brief Matt Kinghorn on updating documents; email to buyer counsel re KYC; review email re SPA and ancillaries for Matt Kinghorn |
| 17/07/2025 | Kinghorn, Matthew | GBP | 2.90 | £ 2,291.00 | £ 790.00 | Emails with Ian Benjamin and Steven Conybeare re: SPA, Release Letters and other deliverables. Updates to releases. Review of buyer board minutes. |
| 17/07/2025 | Benjamin, Ian | GBP | 1.00 | £ 1,035.00 | £ 1,035.00 | Emails re SPA and KYC for Buyer - with Buyer Counsel |
| 18/07/2025 | Kinghorn, Matthew | GBP | 0.90 | £ 711.00 | £ 790.00 | Emails with TC Group re SPA. Review of BMs. |
| 18/07/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | £ 1,035.00 | Emails with Matt Kinghorn on final SPA points and commercial outstanding points. |
| 18/07/2025 | Benjamin, Ian | GBP | 3.90 | £ 4,036.50 | £ 1,035.00 | Emails with Buyer counsel re SPA and ancillaries - seeking to finalise outstanding points; emails and calls with shareholder/directors of Buyer to take KYC; emails with Buyer counsel and US counsel re share certificates and US approval order. |
| 19/07/2025 | Kinghorn, Matthew | GBP | 0.70 | £ 553.00 | £ 790.00 | Emails re final issues on SPA. |
| 21/07/2025 | Kinghorn, Matthew | GBP | 1.00 | £ 790.00 | £ 790.00 | Preparing final form documentation for signature. |

| Work Date | Timekeeper Name | Matter Currency | Contract Hours | Contract Amount | Contract Rate | Narrative |
|---|---|---|---|---|---|---|
| 21/07/2025 | Bridcut, Jonathan | GBP | 0.20 | £ 207.00 | £ 1,035.00 | Liaising with Matt Kinghorn on final issues pre-signing. |
| 21/07/2025 | Cheshire, Charlotte | GBP | 0.60 | £ 189.00 | £ 315.00 | Setting up DocuSign for Matt Kinghorn and emailing various different parties regarding exchange. |
| 21/07/2025 | Benjamin, Ian | GBP | 3.00 | £ 3,105.00 | £ 1,035.00 | Emails with Buyer counsel; Saul Ewing and Management team re SPA final terms and KYC of Buyer. |
| 22/07/2025 | Benjamin, Ian | GBP | 1.20 | £ 1,242.00 | £ 1,035.00 | Emails re finalising transaction for signing and Keith Murrell KYC (with Buyer Counsel) |
| 23/07/2025 | Kinghorn, Matthew | GBP | 2.40 | £ 1,896.00 | £ 790.00 | Preparing for exchange and issuing documents for exchange. Coordinating signatures with both sides. Exchanging. |
| 23/07/2025 | Cheshire, Charlotte | GBP | 1.80 | £ 567.00 | £ 315.00 | Co-ordinating signing of seller and buyer board minutes and the SPA. Emails and discussions with Matt Kinghorn, Saul Ewing, and TC Group. |
| 23/07/2025 | Goldsmith, Tal | GBP | 0.40 | £ 414.00 | £ 1,035.00 | Various emails and call with Saul Ewing re UK sale |
| 18/08/2025 | Kinghorn, Matthew | GBP | 3.50 | £ 2,765.00 | £ 790.00 | Discussing completion logistics with Saul Ewing and Ian Benjamin. Discuss with Jonny Bridcut. |
| 10/07/2025 | Goldsmith, Tal | GBP | 1.20 | £ 1,242.00 | £ 1,035.00 | Call with Saul Ewing re final points on agreement, picking up with Matt Kinghorn and Ian Benjamin and review drafting points |
| 18/08/2025 | Bridcut, Jonathan | GBP | 0.50 | £ 517.50 | £ 1,035.00 | Discussions with Matt Kinghorn about steps to completion. |
| 18/08/2025 | Benjamin, Ian | GBP | 1.00 | £ 1,035.00 | £ 1,035.00 | Emails and calls with Matt Kinghorn re JP Morgan etc. |
| 19/08/2025 | Bridcut, Jonathan | GBP | 0.40 | £ 414.00 | £ 1,035.00 | Reviewing US bankruptcy court approval order and discussions with Matt on procedural steps to completion. |
| 19/08/2025 | Kinghorn, Matthew | GBP | 2.60 | £ 2,054.00 | £ 790.00 | Completion logistics. Emails with Saul Ewing and TC Group. |
| 19/08/2025 | Benjamin, Ian | GBP | 0.40 | £ 414.00 | £ 1,035.00 | Emails re JP Morgan and closing |
| 20/08/2025 | Kinghorn, Matthew | GBP | 4.40 | £ 3,476.00 | £ 790.00 | Completion logistics and signing of documents. Discussion with Saul Ewing, TC Group and Charlotte Cheshire. |
| 20/08/2025 | Bridcut, Jonathan | GBP | 0.40 | £ 414.00 | £ 1,035.00 | Discussions with Matt Kinghorn about process for completion. Emails with all parties. |
| 21/08/2025 | Kinghorn, Matthew | GBP | 5.30 | £ 4,187.00 | £ 790.00 | Completion steps plans and call w/ Saul Ewing, Troutman Pepper Locke and TC Group. Emails with the above. |
| 21/08/2025 | Bridcut, Jonathan | GBP | 1.10 | £ 1,138.50 | £ 1,035.00 | Emails with all parties. Attending call with all parties' lawyers (Saul Ewing, Troutman Pepper Locke and TC Group) to discuss and agree completion logistics and process. Follow-up conversations with Matt Kinghorn, and reviewing undertaking drafting. |
| 22/08/2025 | Kinghorn, Matthew | GBP | 2.60 | £ 2,054.00 | £ 790.00 | Logistics for completion. Call with parties. discussion with Saul Ewing and Jonny Bridcut. Amends to documents. Discussion with Charlotte Cheshire. |
| 22/08/2025 | Bridcut, Jonathan | GBP | 0.30 | £ 310.50 | £ 1,035.00 | Emails with TC Group. Internal discussions with Matt Kinghorn about preparations for completion next week. |
| 26/08/2025 | Kinghorn, Matthew | GBP | 3.30 | £ 2,607.00 | £ 790.00 | Completing and instructing fund remittances to JP Morgan and Raymond James. Emails with various parties involved. Checking signed and dated documents. |
| 26/08/2025 | Cheshire, Charlotte | GBP | 1.60 | £ 504.00 | £ 315.00 | Signing process for completion. Preparing signed and dated document pack. |

| Work Date | Timekeeper Name | Matter Currency | Contract Hours | Contract Amount | Contract Rate | Narrative |
|---|---|---|---|---|---|---|
| 26/08/2025 | Bridcut, Jonathan | GBP | 0.50 | £ 517.50 | £ 1,035.00 | Discussions with Matt Kinghorn about completion arrangements. |
| 27/08/2025 | Kinghorn, Matthew | GBP | 2.40 | £ 1,896.00 | £ 790.00 | Coordinating remittance of funds to JP Morgan and Raymond James. Internal discussions with Jonny Bridcut and Charlotte Cheshire and emails with Troutman Pepper Locke and Saul Ewing. |
| 27/08/2025 | Cheshire, Charlotte | GBP | 0.80 | £ 252.00 | £ 315.00 | Organising for share certificates to be posted. Discussions with Matt Kinghorn regarding the same, and updating post so as not to send based on undertaking understanding. |
|  |  |  | **103.80** | **£87,822.50** |  |  |