# EXHIBIT B

## EXPENSE REIMBURSEMENT REPORTS

**Expense Report for Monthly Compensation Period**

| Date | Fee Earner | Currency | Amount | Item |
|---|---|---|---|---|
| 27/08/2025 | Kinghorn, Matthew | GBP | £23.86 | Bank Charge |
| 27/08/2025 | Kinghorn, Matthew | GBP | £23.88 | Bank Charge |
| | | | **£47.74** | |

**Expense Report for Final Compensation Period**

| Date | Fee Earner | Currency | Amount | Item |
|---|---|---|---|---|
| 21/01/2025 | Bunting, Helen | GBP | £7.00 | Fee for downloading official copy of the property information from Land Registry for title CH314196 |
| 21/01/2025 | Bunting, Helen | GBP | £7.00 | Fee for downloading official copy of the property information from Land Registry for title CH659132 |
| 27/08/2025 | Kinghorn, Matthew | GBP | £23.86 | Bank Charge |
| 27/08/2025 | Kinghorn, Matthew | GBP | £23.88 | Bank Charge |
| | | | **£61.74** | |

56277277.5