# EXHIBIT C

## SUMMARY OF TIMEKEEPERS

**Summary of Timekeepers for Monthly Compensation Period**

### COMPENSATION BY ATTORNEY PROFESSIONALS

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Ian Benjamin | Partner | Restructuring & Insolvency | 2004 | £1,035 | 24.00 | £24,840 |
| Jonathan Bridcut | Partner | Corporate | 2010 | £1,035 | 7.30 | £7,555.50 |
| Tal Goldsmith | Partner | Restructuring & Insolvency | 2009 | £1,035 | 3.60 | £3,726 |
| Billy Gregory | Associate | Corporate | 2025 | £540 | 1.80 | £972 |
| Matthew Kinghorn | Associate | Corporate | 2017 | £790 | 60.70 | £47,953 |
| Fiona Siddall | Associate | Restructuring & Insolvency | 2010 | £790 | 1.60 | £1,264 |
| **Total for Attorneys:** | | | | | 99.00 | £86,310.50 |
| **Minus 50% for Non-Working Travel** | N/A | N/A | N/A | N/A | N/A | N/A |
| **Grand Total for Attorneys:** | | | | | 99.00 | £86,310.50 |

### COMPENSATION BY PARAPROFESSIONAL OR STAFF MEMBER

| NAME OF PARAPROFESSIONAL OR STAFF MEMBER | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Charlotte Cheshire | Trainee Solicitor | Corporate | £315 | 4.80 | £1,512 |
| **Total for Paraprofessionals and other staff:** | | | | 4.80 | £1,512.00 |

| PROFESSIONALS | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Partners | 34.9 | £36,121.50 |
| Associates | 64.1 | £50,189.00 |
| Paraprofessionals | 4.8 | £1,512.00 |
| **Minus 50% for Non-Working Travel** | N/A | N/A |
| **Total Amount Sought for Application Period** | | £87,822.50 |
| **Less 20% Holdback** | | |
| **Total Adjusted Fees Requested** | | |

**Summary of Timekeepers for Final Compensation Period**

### COMPENSATION BY ATTORNEY PROFESSIONALS

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| **Ian Benjamin** | Partner | Restructuring & Insolvency | 2004 | 1,035 | 37.50 | £38,812.50 |
| **Jonathan Bridcut** | Partner | Corporate | 2010 | 1,035 | 34.10 | £35,293.50 |
| **Archie Campbell** | Partner | Property | 2009 | 1,035 | 3.20 | £3,312.00 |
| **Sean Crowley** | Partner | Finance | 2010 | 1,035 | 0.90 | £931.50 |
| **Richard Freedman** | Partner | Employment | 2012 | 950 | 1.70 | £1,615.00 |
| **Tal Goldsmith** | Partner | Restructuring & Insolvency | 2009 | 1,035 | 27.00 | £2,7945.00 |
| **Sophie Schultz** | Partner | Property Litigation | 2004 | 1,035 | 5.80 | £6,003.00 |
| **Naeem Noor** | Of Counsel | Pensions | 2009 | 930 | 0.70 | £651.00 |
| **Byul Han** | Managing Associate | Tax | 2013 | 905 | 5.0 | £4,525.00 |
| **Kathryn Lister** | Managing Associate | Property Litigation | 2019 | 820 | 6.50 | £5,330.00 |
| **Helen Bunting** | Associate | Property | 2006 | 790 | 3.10 | £2,449.00 |
| **Billy Gregory** | Associate | Corporate | 2025 | 540 | 1.80 | £972.00 |
| **Matthew Kinghorn** | Associate | Corporate | 2017 | 790 | 111.90 | £88,401.00 |
| **Tom Finden** | Associate | Corporate | 2010 | 905 | 3.0 | £2,715.00 |
| **Fiona Siddall** | Associate | Restructuring & Insolvency | 2018 | 745 / 790 | 2.40 | £1,860.00 |
| **Samuel Tyler** | Associate | Corporate | 2023 | 605 | 5.40 | £3,267.00 |

| Tarka Carew | Associate | Restructuring & Insolvency | 2022 | 660 | 1.0 | £660.00 |
|---|---|---|---|---|---|---|
| **Total for Attorneys:** | | | | | **557.90** | **£224,742.50** |
| **Grand Total for Attorneys:** | | | | | **557.90** | **£227,010.50** |

### COMPENSATION BY PARAPROFESSIONAL OR STAFF MEMBER

| NAME OF PARAPROFESSIONAL OR STAFF MEMBER | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Charlotte Cheshire | Trainee Solicitor | Corporate | £315 | 4.80 | £1,512.00 |
| Natasha Stokes | Trainee Solicitor | Corporate | £315 | 2.40 | £756.00 |
| **Total for Paraprofessionals and other staff:** | | | | **7.20** | **£2,268.00** |

| PROFESSIONALS | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|
| Partners | 110.2 | £113,912.50 |
| Counsel | 0.7 | £651.00 |
| Associates | 140.1 | £110,179.00 |
| Paraprofessionals | 7.2 | £2,268.00 |
| **Minus 50% for Non-Working Travel** | N/A | N/A |
| **Total Amount Sought for Application Period** | | **£227,010.50** |