## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING APPLICATION FOR COMPENSATION OF RAYMOND JAMES & ASSOCIATES, INC., AS INVESTMENT BANKER FOR THE DEBTORS AND DEBTORS IN POSSESSION, AS SUPPLEMENTED**

The undersigned counsel to Raymond James & Associates, Inc. ("Raymond James") hereby certifies that:

1. On August 27, 2025, Raymond James filed the *Final Application for Compensation for Raymond James & Associates, Inc., as Investment Banker for the Debtors and Debtors in Possession* [D.I. 790] (the "Fee Application").

2. On September 12, 2015, Raymond James filed the *Supplement to Final Application of Raymond James & Associates, Inc., for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker to the Debtors and Debtors in Possession for the Period from January 14, 2025, Through September 4, 2025* [D.I. 879] (the "Fee Application Supplement" and, together with the Fee Application, the "Final Fee Application").

3. The hearing regarding the Final Fee Application is scheduled for September 30, 2025 at 2:00 p.m. (ET).

4. On September 18, 2025, the above-captioned debtors and debtors in possession (the "Debtors"), Raymond James, and the Official Committee of Unsecured Creditors (the "Creditors") filed

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

the *Stipulation to Extend Objection Deadline* [D.I. 894] (the "Stipulation") extending the Committee's deadline to object to the Final Fee Application to September 22, 2025.

5. Following the filing of the Stipulation and in an attempt to resolve the issues raised by the Committee, Raymond James and the Committee have agreed on an amended form of order (the "Amended Order") attached hereto as **Exhibit A**.

6. Attached hereto as **Exhibit B** is a redline of the Amended Order marked against the original proposed order filed with the Fee Application Supplement (the "Original Proposed Order").

*[Remainer of Page Intentionally Left Blank]*

**WHEREFORE**, Raymond James respectfully requests that the Court enter the proposed Amended Order, attached hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated:  September 22, 2025                    Respectfully Submitted,

                                                                    */s/ Thomas J. McKee Jr.*
                                                                    Thomas J. McKee Jr. (MD. Bar No. 16517)
                                                                    Greenberg Traurig, LLP
                                                                    1750 Tysons Blvd. #1000
                                                                    McLean, VA 22102
                                                                    Telephone: (703) 749-1300
                                                                    Email: mckeet@gtlaw.com

                                                                    -and-

                                                                    Oscar N. Pinkas, Esq. (not admitted in MD)
                                                                    Nathan A. Haynes (not admitted in MD)
                                                                    Greenberg Traurig, LLP
                                                                    One Vanderbilt Avenue
                                                                    New York, NY 10017
                                                                    Telephone: (212) 801-9214
                                                                    Email: pinkaso@gtlaw.com
                                                                    Email: haynes@gtlaw.com

                                                                    *Counsel to Raymond James & Associates, Inc.*