**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 790 & 879** |
|---|---|

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO FINAL FEE APPLICATION OF RAYMOND JAMES & ASSOCIATES, INC. AS INVESTMENT BANKER TO THE DEBTOR, AS SUPPLEMENTED**

The undersigned counsel to Raymond James and Associates, Inc. ("Raymond James") hereby certifies that:

1. On August 27, 2025, Raymond James filed the *Final Application for Compensation for Raymond James & Associates, Inc., as Investment Banker for the Debtors and Debtors in Possession* [D.I. 790] (the "Fee Application").

2. On September 12, 2015, Raymond James filed the *Supplement to Final Application of Raymond James & Associates, Inc., for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker to the Debtors and Debtors in Possession for the Period from January 14, 2025, Through September 4, 2025* [D.I. 879] (the "Fee Application Supplement" and, together with the Fee Application, the "Final Fee Application").

3. On September 22, 2025, Raymond James filed the *Certification of Counsel Regarding Order Granting Application for Compensation of Raymond James & Associates, Inc.,*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

*as Investment Banker for the Debtors and Debtors in Possession, as Supplemented* [D.I. 899] (the "Certification of Counsel").

4. Pursuant to the Final Fee Application, objections to the Final Fee Application were to be filed and served no later than September 17, 2025 (the "Objection Deadline").

5. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or filed on the Court's docket.

6. Accordingly, pursuant to 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the undersigned counsel to Raymond James respectfully requests that the Court enter the amended proposed order filed with the Certification of Counsel.

Dated: September 22, 2025

Respectfully Submitted,

*/s/ Thomas J. McKee Jr.*

Thomas J. McKee Jr. (MD Bar No. 16517)
Greenberg Traurig, LLP
1750 Tysons Blvd. #1000
McLean, VA 22102
Telephone: (703) 749-1300
Email: mckeet@gtlaw.com

-and-

Oscar N. Pinkas, Esq. (not admitted in MD)
Nathan A. Haynes (not admitted in MD)
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9214
Email: pinkaso@gtlaw.com
Email: haynes@gtlaw.com

*Counsel to Raymond James & Associates, Inc.*