IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC.<br><br>Debtor.<br><br>DNYAMIC FORCES, INC.<br><br>    Movant<br>vs<br><br>DIAMOND COMIC DISTRIBUTORS, INC.,<br><br>    Respondents | Case No. 25-10308-DER<br>Chapter 11 |

**FIRST SET OF INTERROGATORIES
TO DIAMOND COMIC DISTRIBUTORS, INC.**

**To:**     Diamond Comic Distributors, Inc. ("Respondent")

**From:**   Dynamic Forces (the "Movant")

Movant, in connection with its *Motion of Dynamic Forces, Inc. for Administrative Expense* ("Motion, Docket No. 462), by and through undersigned counsel, hereby requests the Respondent serve responses to the foregoing interrogatories to McNamee, Hosea, P.A., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770, within 30 days of service of these requests, **on or before August 27, 2025,** the documents described below, in accordance with the following definitions and instructions.

## INSTRUCTIONS

A.    You are required to answer each of the attached Interrogatories separately and

fully, in writing and under oath, within thirty (30) days following service of the Interrogatories upon you. A copy of your signed Answers must be served on Plaintiff's undersigned counsel at that time.

      B.     Interrogatories are continuing in character and require you to file Supplementary Answers promptly if you obtain further or different information before trial.

      C.     Any requested information or document that is known by or possessed by any of your agents, representatives, or attorneys (unless privileged) shall be given in response to this discovery. To the extent you do not know the precise information requested, provide your best estimate thereof.

      D.     All Interrogatories phrased in either the disjunctive ("or"), conjunctive ("and"), or both should be responded to in the manner that makes your answer inclusive rather than exclusive.

      E.     Where the singular is used with reference to any person, document or item, it also includes the plural if, in fact, there are more than one and so as to make your answer inclusive rather than exclusive.

      F.     If an objection is made to any of the following Interrogatories or if an Interrogatory is not otherwise answered in full, state the specific grounds for your failure to answer each such Interrogatory or to do so in part, but continue to answer said Interrogatory to the extent that you are able without objection.

      G.     Where an answer to an Interrogatory may be derived or ascertained from a business document or record, and the burden of deriving or ascertaining the answer from the business record is substantially the same for both parties, it is sufficient to answer such Interrogatory by specifying the document or record from which the answer may be derived and

by providing a reasonable opportunity for review, inspection and/or copying of the document or record.

## **DEFINITIONS**

A. "Communication" means both written and oral exchanges between or among any person(s) and entity(ies) including, but not limited to, conversations, telephone calls, letters, notes, memoranda, reports, telegrams, e-mail communications, confirmations, exhibits, drawings, sketches, and any other documents which constitute, confirm, embody or in any way relate to the communication.

B. "Date" and "dates" mean the exact date, but if the exact date or dates are not known and cannot be determined, state the applicable time period, e.g., month, year, range of years, etc.

C. "Document" and "documents" mean all writings and documentary material of any kind whatsoever, including originals and all copies and drafts of such material, including, but not limited to, account statements, letters, correspondence (including enclosures thereto), telegrams, paper communications, notices, confirmations, notes, diary entries, logs, books, reports, manuals, brochures, pamphlets, calendars, telephone logs, computer printouts, data compilations, e-mail communications, charts, worksheets or work papers, summaries, memoranda, records or transcriptions by any mechanical device, by longhand or shorthand, recordings, interoffice communications, microfilm, bulletins, contracts, balance sheets, profit and loss statements, journals, articles, invoices and all other graphic or photographic materials, writings and instruments, however produced. Said definition shall include, among other things, recordings or transcripts of oral communications, telephonic or otherwise, and copies, however reproduced.

D. "Identify" with respect to a person means his or her full name and present or last known residential address, his or her present or last known business address, and his or her business position, including a description of his or her duties and responsibilities.

E. "Identify" with respect to an entity or organization means the name under which it customarily does business, the address of its principal place of business, the names of its affiliates, subsidiaries and control persons, and the identity of the person in such organization who is believed to have the most extensive knowledge with respect to the matters in question.

F. "Identify" with respect to a document means the date of its preparation, the identity of its author, and each person who assisted in its preparation, the identity of each person who received it, to whom it was mailed, sent or delivered, or who read it, the present custodian and location of the document and all its copies, the title or a description of the general nature of the subject matter of the document. If the document is known to have existed but no longer is in existence, is no longer in your possession, or is unavailable, "identify" includes stating its last known custodian, and the date on which and circumstances under which the document was lost, destroyed, left your possession, or otherwise became unavailable.

G. "Person" includes both the singular and the plural and includes legal entities and organizations as well as individual people.

H. "Possession, control or custody" includes the joint or individual possession, control and custody by you or another person if you have the right or privilege to obtain or examine such document upon request or demand.

I. "You and "your" refer to the Debotrs, and all of their present or past representatives, agents, attorneys, or other parties acting or purporting to act on their behalf.

J. The words "and" and "or" shall not be interpreted disjunctively to exclude any information otherwise within the scope of any interrogatory.

K. "Dynamite" means Dynamic Forces, Inc.

L. All other terms used in these Requests have the meaning given by the Bankruptcy Code, or by common usage, unless otherwise required by the context.

M. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all;" "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or." Words in the masculine, feminine or neuter form shall include each of the other genders.

N. "Debtors" means Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

O. "Petition Date" means January 14, 2025.

### **REQUESTS**

Pursuant to Rules 9014 and 7033 of the Federal Rules of Bankruptcy Procedure, please answer the following:

**INTERROGATORY NO. 1**: Identify any and all product(s) that Dynamite delivered to Debtors after the Petition Date.

**INTERROGATORY NO. 2**: Identify any and all product(s) that Dynamite delivered to Debtors within twenty days of the Petition Date.

**INTERROGATORY NO. 3**: Identify any and all product(s) that Dynamite delivered to Debtors prior to twenty days prior to the Petition Date.

**INTERROGATORY NO. 4**: Identify any and all product(s) that Dynamite delivered to Debtors that Debtors have sold since the Petition Date.

**INTERROGATORY NO. 5**: Identify any and all product(s) that Dynamite delivered to Debtors that Debtors have sold prior to the Petition Date.

**INTERROGATORY NO. 6** Identify any and all contracts between any of the Debtors

4

and Dynamite, including any drafts thereof.

**INTERROGATORY NO. 7**     Identify any and all correspondence between any of the Debtors and Dynamite from December 1, 2024 to present.

**INTERROGATORY NO. 8**     If You assert there are any amounts due to any of the Debtors by Dynamite for storage or other costs, other than any line of credit, State the Basis therefore, and Identify any and all documents evidencing said assertion.

**INTERROGATORY NO. 9** If You assert there are any amounts due to any of the Debtors by Dynamite for any line of credit, State the Basis therefore, and Identify any and all documents evidencing said assertion.

**INTERROGATORY NO. 10**     If You assert there are any amounts that the Debtors may set off against amounts claimed to be owed to Dynamite in the Motion, State the Basis therefore, and Identify any and all documents evidencing said assertion.

**INTERROGATORY NO. 11**     If You assert that you are the current owner of any claims against Dynamite, and that such claims have not been sold to Sparkle Pop, LLC, State the Basis therefore, and Identify any and all documents evidencing said assertion.

Dated: July 31, 2025         Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (Fed Bar No. 28659)
McNamee Hosea *et al*
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Dynamic Forces, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this July 31, 2025, a true and correct copy of the Objection to Exemptions has been furnished by e-mail and first class mail, postage prepaid to:

Mark Minuti, Esq.
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
mark.minuti@saul.com (counsel for the Respondent)

/s/ Justin P. Fasano
Justin P. Fasano