# Justin P. Fasano

| | |
|---|---|
| **From:** | Minuti, Mark <mark.minuti@saul.com> |
| **Sent:** | Friday, September 12, 2025 12:41 PM |
| **To:** | Justin P. Fasano |
| **Subject:** | Re: Diamond - Dynamic Forces Discovery Requests |

Thank you

Mark Minuti
Saul Ewing LLP
mark.minuti@saul.com
302-421-6840

**From:** Justin P. Fasano <jfasano@mhlawyers.com>
**Sent:** Friday, September 12, 2025 12:06:13 PM
**To:** Minuti, Mark <mark.minuti@saul.com>
**Subject:** RE: Diamond - Dynamic Forces Discovery Requests

here they are



## Justin P. Fasano
*Principal\**

**McNamee Hosea**

6404 Ivy Lane, Suite 820     **O** 301.441.2420
Greenbelt, Maryland 20770    **F** 301.982.9450

Facebook | mhlawyers.com
*\*Admitted in Maryland and Virginia*

---

*The information contained herein is confidential and intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and delete the message.*
***Disclosure Required by IRS Circular 230:*** *In accordance with IRS requirements, we wish to inform you that, to the extent this communication contains tax advice, it is not intended or written to be used for the purpose of 1) avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service, or 2) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

**From:** Minuti, Mark <mark.minuti@saul.com>
**Sent:** Friday, September 12, 2025 11:35 AM

1

**To:** Justin P. Fasano <jfasano@mhlawyers.com>
**Subject:** Re: Diamond - Dynamic Forces Discovery Requests

Thank you.

Mark Minuti
Saul Ewing LLP
mark.minuti@saul.com
302-421-6840

---

**From:** Justin P. Fasano <jfasano@mhlawyers.com>
**Sent:** Friday, September 12, 2025 11:29:10 AM
**To:** Minuti, Mark <mark.minuti@saul.com>
**Subject:** Re: Diamond - Dynamic Forces Discovery Requests

I will
Sent from my iPhone

> On Sep 12, 2025, at 11:19 AM, Minuti, Mark <mark.minuti@saul.com> wrote:
>
> Justin:
>
> I apologize for the delay. The Debtors will do their best to respond prior to 9/17. In the interim, can you please send me word versions of the discovery please?
>
> > **Mark Minuti**
> > Partner
> > Pronouns: He/him/his
> > **SAUL EWING LLP** | Wilmington
> > **Office:** (302) 421-6840    **Cell:** (302) 545-4911
>
> **From:** Justin P. Fasano <jfasano@mhlawyers.com>
> **Sent:** Friday, September 12, 2025 10:31 AM
> **To:** Minuti, Mark <mark.minuti@saul.com>
> **Subject:** RE: Diamond - Dynamic Forces Discovery Requests
>
> **\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**
>
> Mark:
>
> Where are you with the discovery responses on this? Responses are over a week overdue. I will need to file a motion to compel by Wednesday the 17th if the discovery responses are not provided.
>
> <image001.png>

**Justin P. Fasano**
*Principal*\*

**McNamee Hosea**

6404 Ivy Lane, Suite 820      **O** 301.441.2420
Greenbelt, Maryland 20770   **F** 301.982.9450

Facebook | mhlawyers.com
*\*Admitted in Maryland and Virginia*

---

*The information contained herein is confidential and intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and delete the message.*
***Disclosure Required by IRS Circular 230:*** *In accordance with IRS requirements, we wish to inform you that, to the extent this communication contains tax advice, it is not intended or written to be used for the purpose of 1) avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service, or 2) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

---

**From:** Justin P. Fasano
**Sent:** Thursday, July 31, 2025 6:51 PM
**To:** Minuti, Mark <mark.minuti@saul.com>
**Subject:** Diamond - Dynamic Forces Discovery Requests

Mark:

Please see the attached.

<image001.png>

---

**Justin P. Fasano**
*Principal*\*

**McNamee Hosea**

6404 Ivy Lane, Suite 820      **O** 301.441.2420
Greenbelt, Maryland 20770   **F** 301.982.9450

Facebook | mhlawyers.com
*\*Admitted in Maryland and Virginia*

---

*The information contained herein is confidential and intended for the exclusive use of the addressee(s). If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and delete the message.*
***Disclosure Required by IRS Circular 230:*** *In accordance with IRS requirements, we wish to inform you that, to the extent this communication contains tax advice, it is not intended or written to be used*

*for the purpose of 1) avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service, or 2) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

"Saul Ewing LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~+

This email has been scanned for spam and viruses. Click here to report this email as spam.