**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>**DIAMOND COMIC DISTRIBUTORS, INC.**<br><br>Debtor. | **Case No. 25-10308-DER**<br>**Chapter 11** |

## ORDER GRANTING MOTION TO COMPEL

Upon consideration of the Motion to Compel filed by Dynamic Forces, Inc. ("Dynamite" or "Movant") ,and good cause being shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that Diamond Comic Distributors, Inc. and its affiliates (the "Respondents") shall provide full and complete responses to the Movant's requests for production of documents, and interrogatories, within one day of the entry of this Order; and it is further

ORDERED, that the Movant is entitled to compensation from Respondents pursuant to Federal Rule of Civil Procedure 37, and that such compensation shall be requested within fourteen days of entry of this order.

**END OF ORDER**

cc: All parties via CM/ECF