# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-10308-DER |
| **DIAMOND COMIC DISTRIBUTORS, INC.** | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

## MOTION TO EXPEDITE HEARING ON MOTION TO COMPEL

Dynamic Forces, Inc. ("Dynamite" or "Movant"), a creditor, by its undersigned attorneys, files this motion to expedite ("Motion to Expedite") the hearing on its *Motion to Compel* (the "Motion"), seeking an order compelling discovery regarding the granting the allowance and requiring payment of an administrative expense claim owed by Diamond Comic Distributors, Inc. (the "Debtor"), and in support thereof, states as follows:

### Jurisdiction

1. This Court has jurisdiction over the Motion and this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### The Chapter 11 Bankruptcy Case

2. On March 17, 2025 (the "Petition Date"), the Debtor, along with its affiliates, filed with this Court a voluntary petition for bankruptcy relief and protection under chapter 11 of the Bankruptcy Code.

3. The Debtor is in possession of its property and the management of its business as a Debtor-in-Possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

**Relief Requested**

4.      Dynamite requests that the Court hold a hearing on the Motion as soon as is practical the week of September 29 through October 4, 2025.

**The Need for Shortened Time**

4.      Rule 9006(c)(1) of the Bankruptcy Rules allows the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

5.      Cause exists to expedite the hearing on the Motion pursuant to Rule 9006(c)(1) of the Bankruptcy Rules.

6.      Dynamite is currently owed over $1 million for shipments made to the Debtor and Ad Populum LLC/ Sparkle Pop, LLC, a significant portion of which are administrative expenses believed to be owed by the Debtor. A hearing on Dynamite's motion for administrative expense is scheduled for October 22, 2025.

7.      On July, 31, 2025, the Movant served document requests and interrogatories (the "Discovery Requests") on the Debtor. True and correct copies of the Discovery Requests are attached as **Exhibit A** to the Motion to Compel**.** Responses were due on August 27, 2025. No objection or response was made to the Discovery Requests.

8.      In order to resolve the Motion to Compel in advance of the Hearing, Dynamite requests that it be heard the week of September 29 through October 4, 2025.

WHEREFORE, Dynamite requests that the Court grant this Motion to Expedite, hold a hearing on the Motion the week of September 29 through October 4, 2025; and that the Court such other relief as it deems appropriate and proper.

Dated: September 24, 2025          Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (Fed Bar No. 28659)
McNamee Hosea *et al*
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for Dynamic Forces, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this September 24, 2025, a true and correct copy of the foregoing has been furnished by ECF transmission to:

Sam Alberts sam.alberts@dentons.com,
docket.general.lit.wdc@dentons.com

Peter J Artese peter.artese@us.dlapiper.com

Jan Berlage JBerlage@GHSLLP.com,
tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com,
lsuprum@polsinelli.com,
delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com,
dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com,
benjamin.loveland@wilmerhale.com,
yolande.thompson@wilmerhale.com

Andrew Brown abrown@klestadt.com

Darek Bushnaq dsbushnaq@venable.com

Richard L. Costella rcostella@tydings.com,
scalloway@tydings.com,
zjones@tydings.com,
swilliams@tydings.com

David W.T. Daniels ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com,
nvargas@perkinscoie.com,
KMcClure@perkinscoie.com,
rleibowitz@perkinscoie.com

G. David Dean ddean@coleschotz.com,
PRatkowiak@coleschotz.com

Mark L Desgrosseilliers desgross@chipmanbrown.com,
fusco@chipmanbrown.com

Emily Devan edevan@milesstockbridge.com

Ellen E. Dew ellen.dew@us.dlapiper.com

Turner Falk turner.falk@saul.com,
tnfalk@recap.email,
Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com,
janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Adam Fletcher afletcher@bakerlaw.com

Chelsea R Frankel cfrankel@lowenstein.com

Stephen B. Gerald sgerald@tydings.com

4

Christopher J. Giaimo christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com,
christopher-j-giaimo-6409@ecf.pacerpro.com

Joshua Glikin jglikin@shulmanrogers.com,
abogert@shulmanrogers.com,
tlewis@shulmanrogers.com

Jonathan A. Grasso jgrasso@yvslaw.com,
pgomez@yvslaw.com,
r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com,
MD55@ecfcbis.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Jason F Hoffman jhoffman@bakerlaw.com

Catherine Keller Hopkin chopkin@yvslaw.com,
pgomez@yvslaw.com,
kreese@yvslaw.com,
vmichaelides@yvslaw.com,
yvslawcmecf@gmail.com,
hopkincr39990@notify.bestcase.com

James R. Irving james.irving@dentons.com

Adam H Isenberg adam.isenberg@saul.com

Harry Conrad Jones HJones@coleschotz.com,
bankruptcy@coleschotz.com,
pratkowiak@coleschotz.com

Toyja E. Kelley toyja.kelley@lockelord.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com,
docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@milesstockbridge.com,
mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com,
bankruptcy@coleschotz.com,
lmorton@coleschotz.com

Thomas J. McKee mckeet@gtlaw.com,
smedsa@gtlaw.com,
Karrie.Barbaro@gtlaw.com,
thomas--mckee-0902@ecf.pacerpro.com

Mark Minuti mark.minuti@saul.com,
robyn.warren@saul.com

Randy Moonan rmoonan@sillscummis.com

Bruce S. Nathan bnathan@lowenstein.com

Craig Palik cpalik@mhlawyers.com,
cpalik@ecf.inforuptcy.com,
Palik.CraigR92003@notify.bestcase.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com,
loriann.zullo@ropers.com,
calendar-LAO@ropers.com

Scott Prince sprince@bakerlaw.com

Jonathan Gary Rose jonathan.rose@us.dlapiper.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com,
lianna.sarasola@arlaw.com

Dennis J. Shaffer dshaffer@tydings.com,
scalloway@tydings.com,
mhickman@tydings.com,
jlee@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com,
jonathan.young@troutman.com,

david.ruediger@troutman.com,
errol.chapman@troutman.com,
toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com,
brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers summersm@ballardspahr.com,
branchd@ballardspahr.com,
heilmanl@ballardspahr.com,
ambroses@ballardspahr.com,
zarnighiann@ballardspahr.com,
carolod@ballardspahr.com,
cromartie@ballardspahr.com,
stammerk@ballardspahr.com,
brannickn@ballardspahr.com

S. Jason Teele steele@sillscummis.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

                                              /s/ Justin P. Fasano
                                              Justin P. Fasano