Entered: September 24th, 2025
Signed: September 24th, 2025

**SO ORDERED**

The hearing described below shall be set for September 26, 2025 at 1:30 PM by video conference. For hearing access information see www.mdb.uscourts.gov/hearings.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON MOTION TO COMPEL**

Upon consideration of the *Motion to Expedite Hearing on Motion to Compel* (the "Motion to Expedite")*;* filed with respect to the *Motion to Compel* (the "Motion") filed by Dynamic Forces, Inc. ("Dynamite" or "Movant"), and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is granted.

2. An expedited hearing on the Motion will be held on the time and date set above, pursuant to protocols to be established by the Court.

**END OF ORDER**

**Cc:** All creditors