Entered: September 25th, 2025
Signed: September 24th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 810** |

**ORDER APPROVING SECOND INTERIM FEE APPLICATION OF STEPHENSON HARWOOD LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2025 THROUGH JUNE 30, 2025**

Upon consideration of the second interim fee application (the "Second Interim Fee Application")[2] of Stephenson Harwood LLP ("Stephenson Harwood"), counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for allowance of compensation and reimbursement of expenses incurred for the period from April 1, 2025 through and including June 30, 2025 (the "Application Period"), pursuant to sections 330(a) and 331 of the

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not defined herein are defined in the Second Interim Fee Application.

56165664.3

Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2016-1 and Appendix D; and the Court having reviewed the Second Interim Fee Application and having found that the relief requested in the Second Interim Fee Application is in the best interests of the Debtors' estates, creditors and other parties-in-interest; and after due deliberation and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Second Interim Fee Application is APPROVED as set forth herein.

2. Stephenson Harwood is allowed and awarded compensation of £48,261.50 for services rendered to the Debtors during the Application Period.

3. Stephenson Harwood is allowed and awarded reimbursement of actual and necessary expenses of £0.00 incurred during the Application Period.

4. The Debtors are hereby authorized to remit payment to Stephenson Harwood all allowed amounts of fees and expenses approved by this Order, less any amounts already paid pursuant to the Interim Compensation Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**END OF ORDER**

56165664.3