IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: ) | |
| ) | Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| DYNAMIC FORCES, INC. ) | |
| ) | |
| Movant ) | |
| vs ) | |
| ) | |
| DIAMOND COMIC DISTRIBUTORS, INC., ) | |
| ) | |
| Respondents ) | |

## NOTICE OF SERVICE OF DISCOVERY

I, Jordan D. Rosenfeld, hereby certify that, on September 25, 2025, the above captioned debtors and debtors in possession (the "Debtors") caused a copy of the *Debtors' Omnibus Responses and Objections to Dynamic Forces, Inc.'s Written Discovery* in response to discovery served upon the Debtors Dynamic Forces, Inc. to be served via electronic mail upon:

        Justin P. Fasano, Esq.
        McNamee Hosea
        6404 Ivy Lane, Suite 820
        Greenbelt, MD 20770
        jfasano@mhlawyers.com

56361512.1

Dated: September 25, 2025              **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
    Jordan D. Rosenfeld (MD Bar No. 13694)
    1001 Fleet Street, 9th Floor
    Baltimore, MD 21202
    Telephone: (410) 332-8600
    Email: jordan.rosenfeld@saul.com

-and-

    Jeffrey C. Hampton (admitted *pro hac vice*)
    Adam H. Isenberg (admitted *pro hac vice*)
    Turner N. Falk (admitted *pro hac vice*)
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-7777
    Email: jeffrey.hampton@saul.com
          adam.isenberg@saul.com
          turner.falk@saul.com

-and-

    Mark Minuti (admitted *pro hac vice*)
    Paige N. Topper (admitted *pro hac vice*)
    Nicholas Smargiassi (admitted *pro hac vice*)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone: (302) 421-6800
    Email: mark.minuti@saul.com
          paige.topper@saul.com
          nicholas.smargiassi@saul.com

*Counsel to the Debtors and Debtors in Possession*

56361512.1