UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

In Re. Diamond Select Toys & Collectibles, LLC

Debtor(s)

Case No. 25-10312

Lead Case No. 25-10308

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2025            Petition Date: 01/14/2025
Months Pending: 8                             Industry Classification: 4 2 4 9
Reporting Method:     Accrual Basis ⦿     Cash Basis ○
Debtor's Full-Time Employees (current):                       0
Debtor's Full-Time Employees (as of date of order for relief): 21

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Robert Gorin                              /s/ Robert Gorin
Signature of Responsible Party                Printed Name of Responsible Party

09/26/2025                                    10150 York Rd
Date                                          Hunt Valley, MD 21030
                                              Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                   1

Debtor's Name: Diamond Select Toys & Collectibles, LLC    Case No.: 25-10312

### Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $18,041 | |
| b. | Total receipts (net of transfers between accounts) | $3,261 | $1,140,600 |
| c. | Total disbursements (net of transfers between accounts) | $3,040 | $839,593 |
| d. | Cash balance end of month (a+b-c) | $18,262 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $3,040 | $839,593 |

### Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d. | Total current assets | $18,262 |
| e. | Total assets | $18,262 |
| f. | Postpetition payables (excluding taxes) | $4,999,037 |
| g. | Postpetition payables past due (excluding taxes) | $116,471 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $4,999,037 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $34,898 |
| m. | Prepetition unsecured debt | $8,249,566 |
| n. | Total liabilities (debt) (j+k+l+m) | $13,283,501 |
| o. | Ending equity/net worth (e-n) | $-13,265,240 |

### Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

### Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $2,549 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $-2,770 | |
| k. | Profit (loss) | $-221 | $626,877 |

UST Form 11-MOR (12/01/2021)                            2

Debtor's Name: Diamond Select Toys & Collectibles, LLC          Case No. 25-10312

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

Debtor's Name: Diamond Select Toys & Collectibles, LLC    Case No. 25-10312

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

Debtor's Name  Diamond Select Toys & Collectibles, LLC                                Case No.  25-10312

|   |       |           |      |   |   |   |   |
|---|-------|-----------|------|---|---|---|---|
|   | lxxix |           |      |   |   |   |   |
|   | lxxx  |           |      |   |   |   |   |
|   | lxxxi |           |      |   |   |   |   |
|   | lxxxii |          |      |   |   |   |   |
|   | lxxxiii |         |      |   |   |   |   |
|   | lxxxiv |          |      |   |   |   |   |
|   | lxxxv |           |      |   |   |   |   |
|   | lxxxvi |          |      |   |   |   |   |
|   | lxxxvi |          |      |   |   |   |   |
|   | lxxxvi |          |      |   |   |   |   |
|   | lxxxix |          |      |   |   |   |   |
|   | xc    |           |      |   |   |   |   |
|   | xci   |           |      |   |   |   |   |
|   | xcii  |           |      |   |   |   |   |
|   | xciii |           |      |   |   |   |   |
|   | xciv  |           |      |   |   |   |   |
|   | xcv   |           |      |   |   |   |   |
|   | xcvi  |           |      |   |   |   |   |
|   | xcvii |           |      |   |   |   |   |
|   | xcviii |          |      |   |   |   |   |
|   | xcix  |           |      |   |   |   |   |
|   | c     |           |      |   |   |   |   |
|   | ci    |           |      |   |   |   |   |

|   |   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
|   | *Itemized Breakdown by Firm* | | | | | | |
|   |   | Firm Name | Role | | | | |
|   | i |   |   |   |   |   |   |
|   | ii |  |   |   |   |   |   |
|   | iii | |   |   |   |   |   |
|   | iv |  |   |   |   |   |   |
|   | v |   |   |   |   |   |   |
|   | vi |  |   |   |   |   |   |
|   | vii | |   |   |   |   |   |
|   | viii | |  |   |   |   |   |
|   | ix |  |   |   |   |   |   |
|   | x |   |   |   |   |   |   |
|   | xi |  |   |   |   |   |   |
|   | xii | |   |   |   |   |   |
|   | xiii | |  |   |   |   |   |
|   | xiv | |   |   |   |   |   |

Debtor's Name  Diamond Select Toys & Collectibles, LLC                                    Case No.  25-10312

| | | | | | | |
|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name: Diamond Select Toys & Collectibles, LLC    Case No. 25-10312

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

Debtor's Name  Diamond Select Toys & Collectibles, LLC                                  Case No.  25-10312

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---:|---:|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $27,549 |
| d.  Postpetition employer payroll taxes paid | $0 | $36,155 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ○  No ⦿ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ⦿ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ⦿  No ○ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿  No ○  N/A ○ | |
| i. | Do you have:   Worker's compensation insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ⦿ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ⦿ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ | |

Debtor's Name  Diamond Select Toys & Collectibles, LLC                                  Case No.  25-10312

| | Part 8: Individual Chapter 11 Debtors (Only) | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Robert Gorin                                              Robert Gorin
Signature of Responsible Party                                Printed Name of Responsible Party

Chief Restructuring Officer                                   09/26/2025
Title                                                         Date

Debtor's Name  Diamond Select Toys & Collectibles, LLC         Case No.  25-10312


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name  Diamond Select Toys & Collectibles, LLC                                    Case No.  25-10312



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Diamond Select Toys & Collectibles, LLC                                    Case No.  25-10312


PageThree


PageFour

## ATTACHMENT TO AUGUST MONTHLY OPERATING REPORT

**General Methodology**. The debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors") have prepared this monthly operating report (the "MOR") with the assistance of their advisors and professionals solely for the purpose of complying with the reporting requirements applicable in chapter 11 cases. The financial and supplemental information contained herein is unaudited, limited in scope, and is not prepared in accordance with Generally Accepted Accounting Principles in the United States ("U.S. GAAP") nor in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Upon the application of such principles, the Debtors believe that the financial information could be subject to material change.

The information included in the MOR was derived from the Debtors' books and records available at the time of preparation. The MOR was not prepared in accordance with U.S. GAAP and does not include all disclosures and adjustments required by U.S. GAAP. Specifically, the income statement was prepared on a cash basis and may not reflect all expenses or revenues attributable to the reporting period. In addition, the information has not been subject to the procedures typically applied to financing information in accordance with U.S. GAAP.

Although the Debtors used reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist. Accordingly, the Debtors hereby reserve their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in this MOR. For the avoidance of doubt, the Debtors hereby reserve all rights to amend and supplement the MOR in all respects, as may be deemed necessary or appropriate, but shall be under no obligation to do so. Nothing contained in or omitted from this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to the chapter 11 cases.

The signatory to the MOR has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their agents, advisors, attorneys, and other professionals. The signatory has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the MOR.

**MOR Part 2(c)**: the Debtors inventory set forth in the MOR does not reflect inventory placed on consignment with the Debtors.

**MOR Part 7(a)**: the Debtors made specific payments on account of prepetition debt in accordance with the Bankruptcy Court's orders granting various first day relief and consistent with the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* (D.I. 54) (as amended or modified, the "Interim DIP Order") and the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay and (V) Granting Related Relief* (D.I. 163) (the "Final DIP Order"). In particular, the Bankruptcy Court entered orders authorizing, but not directing, the Debtors to, among other things,

pay certain prepetition (a) taxes and fee obligations, (b) insurance obligations, (c) shippers and freight forwarders claims, (d) critical vendor claims, and (e) employee wages, salaries, other compensation, staffing company obligations, and reimbursable expenses.

**MOR Part 7(c)**: certain insiders were paid salaries pursuant to the Debtors' authority to continue to make such payments in the ordinary course of business and in accordance with the Debtors' prepetition policies and practices under the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain the Compensation and Benefits Programs, and (II) Granting Related Relief* [D.I. 50].

**MOR Part 7(g)**: During August 2025, the Debtors borrowed under their postpetition DIP credit facility consistent with the Final DIP Order and any amendments to the DIP credit facility as applicable.

55537047.5

**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Cash Receipts/Disbursements  Aug-25

| Entity | Diamond Select Toys, LLC |
|---|---|
| Account Number | 8307 |
| Currency | USD |

**Cash Receipts/Disbursements**

| | |
|---|---:|
| **Beginning Balance** | $ 18,040.63 |
| | |
| **Receipts** | |
| Webstore Customer Payments | - |
| Wholesale Customer Advances | - |
| Other Cash Receipts | - |
| TSA Funding | 3,040.23 |
| **Total Receipts** | **3,040.23** |
| | |
| **Disbursements** | |
| TSA Payments | (491.35) |
| Vendor Payments (Checks) | - |
| Vendor Payments (ACH/Wire) | - |
| Bank Fees | (2,548.88) |
| Payroll And Health Benefits | - |
| **Total Disbursements** | **(3,040.23)** |
| | |
| **Other** | |
| Buyer Customer Deposits/Transfers | 221.06 |
| Transfers Between DCD Accounts | - |
| **Ending Balances -Per Bank Statements** | **18,261.69** |
| | |
| Deposits In Transit | - |
| Outstanding Checks | - |
| | |
| **Totals** | **18,261.69** |

**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Balance Sheet  8/1/2025

|  | Diamond Select Toys & Collectibles, LLC |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| Cash and cash equivalents | 18,262 |
| Accounts Receivable, net | - |
| Inventory | - |
| Prepaids & Deposits | - |
| **Total Current Assets** | **18,262** |
| | |
| Other Current Assets | - |
| **Total Assets** | **18,262** |
| | |
| **Liabilities** | |
| **Liabilities Not Subject to Compromise** | |
| Accounts Payable | 196,471 |
| DIP Financing (Post-petition) [1] | 4,802,566 |
| **Total Liabilities Not Subject to Compromise** | **4,999,037** |
| | |
| **Liabilities Subject to Compromise** | |
| Prepetition Secured Debt | - |
| Prepetition Priority Debt | 34,898 |
| Prepetition Unsecured Debt | 8,249,566 |
| **Total Liabilities Subject to Compromise** | **8,284,464** |
| **Total Liabilities** | 13,283,501 |
| | |
| **Total Equity** | (13,265,239) |

[1] *Pursuant DIP financing order, the Company's prepetition revolving credit facility is being repaid on a dollar-for-dollar basis through the use of cash collateral, while a corresponding amount is drawn under the DIP facility. The prepetition revolving credit facility was fully paid down as of 2/28/25*

**Diamond Select Toys & Collectibles, LLC**  Case No. 25-10312
Statement of Operations  Aug-25

|  | Diamond Select Toys & Collectibles, LLC |
|---|---:|
| **Revenue** |  |
| Sales - Wholesale | $ - |
| Sales - Webstore | - |
| **Total Sales** | **-** |
|  |  |
| **Cost Of Sales** |  |
| Manufacturing | - |
| Fulfilment | - |
| **Total Cost Of Sales** | **-** |
|  |  |
| **Gross Profit** | **-** |
|  |  |
| **Selling, General, and Administrative** |  |
| Bank Fees | 2,549 |
| Other Admin Cost | - |
| Salaries & Payroll Taxes | - |
| TSA Activity | (2,770) |
| **Total G&A Costs** | **(221)** |
|  |  |
| **Net Income (Loss)** | **221** |

**Diamond Select Toys & Collectibles, LLC**  **Case No. 25-10312**
AP Aging  Aug-25

| Diamond Select Toys | CURRENT | 1 TO 30 | 30 TO 60 | 61 TO 90 | OVER 90 | TOTAL |
|---|---|---|---|---|---|---|
| PRODUCT | - | - | - | 2,465 | 87,484 | 89,949 |
| NON PRODUCT | - | - | 1,258 | 5,080 | 20,184 | 26,522 |
| **TOTAL** | - | - | 1,258 | 7,545 | 107,668 | 116,471 |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2025 through August 29, 2025

**Account Number:** ████████ 8307

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00019705 WBS 802 211 24225 NNNNNNNNNNN  1 000000000 80 0000
DIAMOND SELECT TOYS & COLLECTIBLES, LLC
10150 YORK RD
HUNT VALLEY MD 21030-3340

## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $18,040.63 | |
| Deposits and Credits | 5 | $3,261.29 | |
| Withdrawals and Debits | 3 | $3,040.23 | |
| Checks Paid | 0 | $0.00 | |
| Ending Ledger Balance | | $18,261.69 | |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/04 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250804 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000021784525 Eed:250804 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 2161784525Tc | $72.08 |
| 08/05 | JPMorgan Access Transfer From ████████ 5979 YOUR REF:  1000337217SB | 155.07 |
| 08/11 | Orig CO Name:Paymentech         Orig ID:1020401225 Desc Date:250811 CO Entry Descr:Deposit   Sec:CCD    Trace#:021000022816314 Eed:250811 Ind ID:6405517            Ind Name:Diamond Select Toys & Trn: 2232816314Tc | 148.98 |
| 08/18 | JPMorgan Access Transfer From ████████ 5979 YOUR REF:  1000438230SB | 336.28 |
| 08/27 | JPMorgan Access Transfer From ████████ 5979 YOUR REF:  1003404239SB | 2,548.88 |
| **Total** | | **$3,261.29** |

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

Page 1 of 2



August 01, 2025 through August 29, 2025

**Account Number:** ▉▉▉▉▉▉▉▉ 8307

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---:|
| 08/04 | Orig CO Name:Paymentech    Orig ID:1020401225 Desc Date:250804 CO Entry Descr:Deposit  Sec:CCD    Trace#:021000024212159 Eed:250804  Ind ID:6405517           Ind Name:Diamond Select Toys & Trn: 2164212159Tc | $155.07 |
| 08/15 | Account Analysis Settlement Charge | 336.28 |
| 08/26 | Orig CO Name:Jp Morgan Chase    Orig ID:36-0899825 Desc Date:082525 CO Entry Descr:Comm Card Sec:CCD    Trace#:021000026331179 Eed:250826   Ind ID:556375790004890       Ind Name:Diamond Select Autopay Trn: 2386331179Tc | 2,548.88 |
| **Total** | | **$3,040.23** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---:|---|---:|
| 08/04 | $17,957.64 | 08/18 | $18,261.69 |
| 08/05 | $18,112.71 | 08/26 | $15,712.81 |
| 08/11 | $18,261.69 | 08/27 | $18,261.69 |
| 08/15 | $17,925.41 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.