# EXHIBIT A

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 1  
September 19, 2025

**EXHIBIT A**  
Professional Services rendered by Lowenstein Sandler LLP, through August 31, 2025

In re: Chapter 11 Bankruptcy

**I. SUMMARY OF TIME CHARGES AND HOURLY RATES**

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Finizio, Gianfranco | 2010 | Partner/Bankruptcy | 23.90 | $1,185.00 | $28,321.50 |
| Nathan, Bruce S. | 1981 | Partner/Bankruptcy | 22.50 | $1,515.00 | $34,087.50 |
| Papandrea, Michael T. | 2015 | Counsel/Bankruptcy | 9.00 | $1,075.00 | $9,675.00 |
| Frankel, Chelsea | 2024 | Associate/Bankruptcy | 13.60 | $660.00 | $8,976.00 |
| Rauchberg, Jake A. | 2023 | Associate/Bankruptcy | 0.10 | $660.00 | $66.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 2.80 | $380.00 | $1,064.00 |
| **TOTAL FEES** | | | **71.90** | | **$82,190.00** |
| **Attorney Blended Rate** | | | | | **$1,174.04** |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 2  
September 19, 2025

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 08/01/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.50 | $190.00 |
| B110 | 08/01/25 | GF | Review updates to critical dates calendar | 0.10 | $118.50 |
| B110 | 08/04/25 | MTP | Review docket/critical dates memorandum | 0.30 | $322.50 |
| B110 | 08/12/25 | MTP | Review calendar and critical dates (.1); e-mails with E. Lawler re: same (.1) | 0.20 | $215.00 |
| B110 | 08/15/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.40 | $152.00 |
| B110 | 08/22/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.30 | $114.00 |
| B110 | 08/22/25 | MTP | Review critical dates memorandum; e-mails with E. Lawler re: same | 0.20 | $215.00 |
| B110 | 08/26/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.20 | $76.00 |
| B110 | 08/27/25 | JAR | Confer with G. Finizio re: immediate case issues | 0.10 | $66.00 |
| B110 | 08/28/25 | BSN | Review updated critical dates memo | 0.10 | $151.50 |
| B110 | 08/28/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.40 | $152.00 |
| B110 | 08/29/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.20 | $76.00 |
| | | | **Total B110 - Case Administration** | 3.00 | $1,848.50 |

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B130 | 08/13/25 | BSN | Review JP Morgan's reservation of rights and limited objection re debtors' motion to approve UK shares sale | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 3  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 08/17/25 | BSN | Review Hampton update re Sparkle Pop 8/15 incentive payment reporting and next steps, timing of payment | 0.10 | $151.50 |
| B130 | 08/18/25 | BSN | Review order approving debtors' sale of UK shares | 0.20 | $303.00 |
| B130 | 08/21/25 | GF | Review order approving Diamond UK shares sale and projected cash on closing | 0.10 | $118.50 |
| | | | **Total B130 - Asset Disposition** | 0.50 | $724.50 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 08/04/25 | BSN | Revise e-mail update to committee including ad hoc consignors' committee's motion to compel debtors' assumption, rejection of agreements with consignors | 0.20 | $303.00 |
| B150 | 08/04/25 | GF | Email edits to draft committee update email | 0.10 | $118.50 |
| B150 | 08/04/25 | MTP | E-mails with LS team re: Committee updates | 0.20 | $215.00 |
| B150 | 08/05/25 | BSN | Revise e-mail update to committee re status, scheduling conferences | 0.30 | $454.50 |
| B150 | 08/05/25 | CF | Draft detailed hearing update for Committee | 0.80 | $528.00 |
| B150 | 08/08/25 | BSN | Preparation of committee update re: pending motion | 0.10 | $151.50 |
| B150 | 08/08/25 | GF | Call with B. Nathan regarding committee update (.3); email to C. Frankel regarding matters to cover in committee update (.2) | 0.50 | $592.50 |
| B150 | 08/10/25 | CF | Draft Committee update regarding pending motions | 0.70 | $462.00 |
| B150 | 08/11/25 | BSN | Revise update to committee re: pending motion | 0.20 | $303.00 |
| B150 | 08/11/25 | CF | Revise committee update re: pending motions | 0.20 | $132.00 |
| B150 | 08/11/25 | GF | Propose edits to email report to committee | 0.20 | $237.00 |
| B150 | 08/11/25 | MTP | Review/comment on Committee update (.6); e-mails with LS team re: same (.1) | 0.70 | $752.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 4  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 08/12/25 | BSN | Further revise e-mail to committee, non-conflicted members re consignment settlement discussions; next steps re committee's response to ad hoc consignors' stay motion | 0.10 | $151.50 |
| B150 | 08/14/25 | BSN | Review e-mail to non-conflicted committee members re debtors' objection to ad hoc consignors' committee's stay motion and committee's objection to same | 0.10 | $151.50 |
| B150 | 08/14/25 | CF | Draft update for committee re: stay motion objection | 0.20 | $132.00 |
| B150 | 08/15/25 | BSN | Revise e-mail to committee with committee's objection to ad hoc consignors' committee's stay motion | 0.10 | $151.50 |
| B150 | 08/19/25 | BSN | Revise e-mail update to committee | 0.10 | $151.50 |
| B150 | 08/19/25 | MTP | E-mails/discussions with B. Nathan and D. Shaffer re: Committee update (.3); draft/review/revise same (.8) | 1.10 | $1,182.50 |
| B150 | 08/20/25 | BSN | Review committee member's question re court decision on stay motion and response to same | 0.10 | $151.50 |
| B150 | 08/25/25 | GF | Prepare email to committee regarding hearing results | 0.20 | $237.00 |
| B150 | 08/26/25 | BSN | Revise email to Committee re: extended DIP financing and next steps in case | 0.20 | $303.00 |
| B150 | 08/26/25 | MTP | E-mails with LS team and D. Shaffer re: Committee update | 0.20 | $215.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 6.60 | $7,076.50 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 08/11/25 | GF | Additional edits to LS monthly statement | 0.10 | $118.50 |
| B160 | 08/15/25 | GF | Update LS July fee statement | 0.20 | $237.00 |
| B160 | 08/18/25 | BSN | Review, revise LS 6th monthly fee statement, application re July 2025 services | 0.20 | $303.00 |
| B160 | 08/18/25 | EBL | Prepare LS sixth monthly fee statement and related documents | 0.80 | $304.00 |
| B160 | 08/18/25 | GF | Emails with LS team regarding LS July fee statement | 0.10 | $118.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 5  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B160 - Fee/Employment Applications** | 1.40 | $1,081.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 08/17/25 | GF | Emails with B. Nathan and UCC professionals regarding July fee applications | 0.10 | $118.50 |
| B175 | 08/18/25 | BSN | Review BRG's and Tydings July 2025 monthly fee application | 0.10 | $151.50 |
| B175 | 08/25/25 | GF | Email to J. Hampton regarding UCC invoices | 0.10 | $118.50 |
| B175 | 08/27/25 | BSN | Review Raymond James final fee application | 0.40 | $606.00 |
| B175 | 08/29/25 | BSN | Review Saul Ewing's second interim fee application covering April 1, 2025 - June 30, 2025 | 0.10 | $151.50 |
| B175 | 08/29/25 | BSN | Review Saul Ewing's 6th monthly fee application - July 2025 | 0.20 | $303.00 |
| B175 | 08/29/25 | GF | Emails with J. Hampton regarding professional fees | 0.10 | $118.50 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 1.10 | $1,567.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 08/01/25 | BSN | Review ad hoc consigners' committee's motion seeking order requiring debtors to assume or reject executory contracts | 0.50 | $757.50 |
| B185 | 08/11/25 | BSN | Review debtors' motion for order extending deadline for debtors to assume, reject lease, Olive Branch lease through 8/31/25 | 0.20 | $303.00 |
| B185 | 08/15/25 | BSN | Review debtors' objection to ad hoc consignors committee's motion requiring debtors to assume, reject contracts with committee members | 0.30 | $454.50 |
| B185 | 08/15/25 | BSN | Review JP Morgan's objection to ad hoc consignors' committee's motion to compel debtors to assume or reject executory contracts with committee members | 0.30 | $454.50 |
| B185 | 08/18/25 | BSN | Review consignment group's motion to compel assumption, rejection of contracts of group members | 0.20 | $303.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 6  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 08/20/25 | BSN | Review notice of hearing on consignor group's motion to compel debtors' assumption, rejection of agreements | 0.10 | $151.50 |
| B185 | 08/22/25 | BSN | Review notice of rescheduled hearing re Titan motion to compel assumption, rejection of distribution agreement and withdrawal of motion | 0.10 | $151.50 |
| B185 | 08/26/25 | BSN | Review order granting landlord's motion for removal of estate property from premises subject to 200 Monroe lease | 0.10 | $151.50 |
| B185 | 08/27/25 | BSN | Review amendment to Debtors' motion to extend deadline for Debtors to assume/reject non residential real property lease (re: Olive Branch lease) | 0.10 | $151.50 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 1.90 | $2,878.50 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 08/01/25 | BSN | Review Diamond consignment settlement options and Hampton's e-mail re same | 0.30 | $454.50 |
| B190 | 08/01/25 | BSN | Review Zombie Love Studios' objection to consignment sale procedures motion | 0.10 | $151.50 |
| B190 | 08/01/25 | GF | Review proposal from Debtors regarding consignment (.2); review additional consignment objections (.2) | 0.40 | $474.00 |
| B190 | 08/02/25 | GF | Review ad hoc motion and related exhibits re: compel assumption or rejection of consignment agreements | 0.40 | $474.00 |
| B190 | 08/03/25 | CF | Revise update consigners litigation | 0.30 | $198.00 |
| B190 | 08/03/25 | GF | Review industry reports regarding consignment motion (.1); review APA re arguments in ad hoc motion to compel assume or rejection (.3) | 0.40 | $474.00 |
| B190 | 08/04/25 | GF | Emails with LS team regarding consignment scheduling conference (.1); call with Tydings team regarding consignment conference (1.0); calls 2x with J. Hampton regarding consignment conference (.3); emails with LS and Tydings regarding calls with J. Hampton (.1); call with B. Nathan regarding consignment matters (.5) | 2.00 | $2,370.00 |
| B190 | 08/04/25 | MTP | E-mails with Tydings and LS teams re: consignment procedures motion | 0.30 | $322.50 |
| B190 | 08/05/25 | BSN | Review file for deadline for objecting to ad hoc consignors' committee's stay motion; debtors' reply to same and re consignment sale procedures motion and committee's position re same | 0.20 | $303.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 7  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| B190 | 08/06/25 | BSN | Review stipulation extending objection deadline re ad hoc consignor group's stay motion | 0.10 | $151.50 |
| B190 | 08/06/25 | GF | Emails with Tydings team regarding extension of objection deadline (.1); review ad hoc case law regarding adversary proceeding vs. contested matter argument (.8) | 0.90 | $1,066.50 |
| B190 | 08/07/25 | GF | Review consignment settlement structures | 0.30 | $355.50 |
| B190 | 08/08/25 | BSN | Review GAMA's notice of service of first set of interrogatories, document demand and request for admission to debtors | 0.10 | $151.50 |
| B190 | 08/08/25 | BSN | Review notice of service of ad hoc consignors' committee's discovery of subpoena on Sparkle Pop and JP Morgan reps and of first set of interrogatories and document request on debtors' reps | 0.10 | $151.50 |
| B190 | 08/08/25 | GF | Call with J. Hampton regarding case updates re: consignment sale procedures | 0.20 | $237.00 |
| B190 | 08/08/25 | GF | Review discovery notice (.1) and email to LS team regarding same (.1); review Sports Authority precedent (.3) | 0.50 | $592.50 |
| B190 | 08/11/25 | BSN | Review update report on call with Hampton re status of settlement discussions with ad hoc consignor group and extension of objection deadline re ad hoc consignor committee's stay motion | 0.10 | $151.50 |
| B190 | 08/11/25 | GF | Emails with Debtors counsel and LS team regarding consignment updates (.2); call with J. Hampton regarding auction (.1) | 0.30 | $355.50 |
| B190 | 08/12/25 | BSN | Review supplemental cases supporting ad hoc consignors' committee's stay motion and cases re same | 0.60 | $909.00 |
| B190 | 08/12/25 | BSN | Review stipulation extending debtors', JP Morgan's and committee's objection deadline re ad hoc consignors' committee's stay motion | 0.10 | $151.50 |
| B190 | 08/12/25 | GF | Correspondence with J. Hampton regarding case deadlines re: consignment sale procedures and email to LS team regarding same (.2); review additional case law from ad hoc group (.2) | 0.40 | $474.00 |
| B190 | 08/13/25 | BSN | Review draft of debtors' objection to ad hoc consignors committee's stay motion re debtors' consignment sale procedures motion | 0.20 | $303.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 8  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 08/13/25 | BSN | Review internal memo re committee's response to debtors' objection to ad hoc consignors' committee's stay motion | 0.20 | $303.00 |
| B190 | 08/13/25 | BSN | Review summary of call with JP Morgan's counsel and counsel's e-mail to consignors' counsel re: consigned goods and going forward strategy | 0.10 | $151.50 |
| B190 | 08/13/25 | CF | Review consignment-related motions and objections (2.5); research and summarize research re: same (3.9) | 6.40 | $4,224.00 |
| B190 | 08/13/25 | GF | Emails with Saul Ewing and LS team regarding consignment research (.1); review draft objection from debtors (.2); emails with Tydings team regarding consignment matters (.1); review emails regarding consignment deposition and correspondence with B. Nathan on same (.2) | 0.60 | $711.00 |
| B190 | 08/13/25 | MTP | Review Debtors' response re: motion to stay consignment procedures motion (.2); e-mails with LS team re: same (.1) | 0.30 | $322.50 |
| B190 | 08/13/25 | MTP | Review Ad Hoc Group's supplemental authorities re: motion for stay (.1); e-mails with LS team re: same (.1) | 0.20 | $215.00 |
| B190 | 08/14/25 | BSN | Review committee's position for 8/18 hearing on debtors' consignment sale procedures, ad hoc consignors' stay motion with G. Finizio (.1); revise committee's objection to stay motion (.1) and e-mails with D. Shaffer re same (.1) | 0.30 | $454.50 |
| B190 | 08/14/25 | BSN | Review debtors' objection to ad hoc consignors' committee's stay motion re debtors' consignment sale procedures motion | 0.30 | $454.50 |
| B190 | 08/14/25 | BSN | Review debtors' omnibus reply in support of debtors' motion for approval of consignment sale procedures | 0.40 | $606.00 |
| B190 | 08/14/25 | BSN | Review JP Morgan's opposition to ad hoc consignors' committee's stay motion re debtors' consignment sale procedures motion | 0.30 | $454.50 |
| B190 | 08/14/25 | BSN | Review JP Morgan's omnibus reply in support of debtors' consignment sale procedures motion and supplemental memorandum of points and authority in support of omnibus reply | 0.40 | $606.00 |
| B190 | 08/14/25 | CF | Revise objection to stay motion and email update re: same | 0.50 | $330.00 |
| B190 | 08/14/25 | CF | Draft committee statement re: stay motion | 3.20 | $2,112.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 9  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 08/14/25 | GF | Emails with D. Shaffer regarding Monday hearing (.3); call with M. Papandrea regarding hearing prep (.1); prepare revisions to draft committee statement on stay motion (.5) and emails with D. Shaffer and C. Frankel on same (.3); review updated debtor objection (.3) | 1.50 | $1,777.50 |
| B190 | 08/14/25 | MTP | Review various filings re: Debtors' consignment procedures motion and Ad Hoc Group's motion for stay (.9); various e-mails/discussions with D. Shaffer, G. Finizio, and others re: same (.7) | 1.60 | $1,720.00 |
| B190 | 08/14/25 | MTP | Review Debtor responses to interrogatories | 0.30 | $322.50 |
| B190 | 08/15/25 | BSN | Review filed committee objection to ad hoc consignors' committee's stay motion re debtors' consignment sale procedures motion | 0.10 | $151.50 |
| B190 | 08/15/25 | GF | Review objections to motion to compel assumption and rejection (.5); review agenda and witness lists for August 18 hearing (.2) | 0.70 | $829.50 |
| B190 | 08/15/25 | MTP | Discussions with B. Nathan re: consignment procedures motion and motion for stay of same; review filings | 0.20 | $215.00 |
| B190 | 08/16/25 | GF | Review JPM reply in support of consignment | 0.30 | $355.50 |
| B190 | 08/17/25 | BSN | Review Rule 2019 statements, ad hoc consignors group and consignment group | 0.20 | $303.00 |
| B190 | 08/17/25 | GF | Correspondence with B. Nathan and J. Hampton regarding status of potential consignment settlements | 0.10 | $118.50 |
| B190 | 08/18/25 | BSN | Review joinder of Dark Horse Comics to consignment group's objection to consignment sale procedures motion | 0.10 | $151.50 |
| B190 | 08/18/25 | BSN | Review Sparkle Pop's motion to quash subpoena from ad hoc consignors' committee | 0.10 | $151.50 |
| B190 | 08/18/25 | BSN | Review committee's position re stay motion and ad hoc consignors' motion to compel assumption, rejection and status of debtors' settlement discussions with consignors | 0.10 | $151.50 |
| B190 | 08/18/25 | BSN | Review settlement stipulation re Image consignment claim (.3) and questions re same (.1); e-mails with D. Shaffer re same (.1) | 0.50 | $757.50 |
| B190 | 08/19/25 | BSN | Review report on call with J. Young re next steps re consignors and agenda for call with debtors' counsel | 0.30 | $454.50 |
| B190 | 08/19/25 | BSN | E-mails with D. Shaffer re settlement stipulation, Image | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 10  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 08/19/25 | GF | Participate in part of call with D. Shaffer and B. Nathan regarding consignment updates (.4); call with J. Young regarding consignment (.4); calls with B. Nathan regarding next steps on consignment (.2); review Image settlement (.3) | 1.30 | $1,540.50 |
| B190 | 08/19/25 | GF | Email to Saul Ewing team requesting status update | 0.20 | $237.00 |
| B190 | 08/20/25 | GF | Emails to Saul Ewing to discuss consignment next steps (.2); review results of virtual hearing (.1) | 0.30 | $355.50 |
| B190 | 08/20/25 | MTP | Discussions/e-mails with Tydings and LS teams re: hearing on consignment procedures and stay motions | 0.30 | $322.50 |
| B190 | 08/21/25 | BSN | Revise proposed order staying consignment sale procedures motion (.2); review debtors' response to debtors' revised order (.1) | 0.30 | $454.50 |
| B190 | 08/21/25 | BSN | Revise agenda for call with debtors' counsel re consignment issues; updated dip financing budget and other matters | 0.20 | $303.00 |
| B190 | 08/21/25 | BSN | Review e-mails from M. Minuti, Young, C. Hopkin re negotiations over stay order concerning consignment sale procedures motion | 0.10 | $151.50 |
| B190 | 08/21/25 | GF | Prepare updated agenda to discuss with Saul Ewing team re consignment (.3) and confer with B. Nathan regarding same (.2); review competing orders regarding stay motion (.4); review emails from ad hoc group regarding order approving stay motion (.1) | 1.00 | $1,185.00 |
| B190 | 08/21/25 | MTP | Various e-mails with D. Shaffer, B. Nathan and G. Finizio re: order staying consignment procedures motion | 0.10 | $107.50 |
| B190 | 08/22/25 | BSN | Telephone call with J. Hampton, M. Minuti, A. Isenberg re consignment settlement, litigation status, updated dip financing budget and other matters | 0.70 | $1,060.50 |
| B190 | 08/22/25 | GF | Participate on call with Saul Ewing regarding next steps in case re: consignment sale procedures (.7); follow up call with B. Nathan regarding same (.1) | 0.80 | $948.00 |
| B190 | 08/25/25 | BSN | Review order granting ad hoc consignors' committee's motion to stay debtors' consignment sale procedures motion | 0.10 | $151.50 |
| B190 | 08/27/25 | BSN | Review debtors' motion to enforce automatic stay, enforce sale order and other relief vs Sparkle Pop (.6) and debtors' motion to expedite hearing re same (.1) and proposed order approving expedited hearing (.1) | 0.80 | $1,212.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 11  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 08/27/25 | BSN | Review entered order approving Debtors' motion for expedited hearing on Debtors' motion to enforce automatic stay and enforce sale order (vs Sparkle Pop) | 0.10 | $151.50 |
| B190 | 08/27/25 | BSN | Review stipulation to extend Debtors'/Committee's objection deadline re: consignment group's motion requiring Debtors to assume/reject members' contracts (.1) and emails with Shafer re: same (.1) | 0.20 | $303.00 |
| B190 | 08/27/25 | GF | Review stipulation further extending objection deadline for motion to compel assumption/rejection and emails with Tydings team regarding same (.1); review motion to enforce stay against Sparkle Pop with related exhibits (.7) | 0.80 | $948.00 |
| B190 | 08/28/25 | MTP | Review Debtors' motion to enforce stay and application to shorten time re: same | 0.20 | $215.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 35.20 | $38,474.00 |

**B200 - Operations**

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B210 | 08/05/25 | BSN | Review debtors' monthly operating report | 0.20 | $303.00 |
| B210 | 08/29/25 | BSN | Review debtors' monthly operating reports, June 2025 and July 2025 | 0.10 | $151.50 |
| | | | **Total B210 - Business Operations** | 0.30 | $454.50 |

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 08/06/25 | GF | Review budgeted items for final weeks of August | 0.10 | $118.50 |
| B230 | 08/13/25 | GF | Call with J. Young regarding next steps in case (.5) and email to team regarding same (.3) | 0.80 | $948.00 |
| B230 | 08/13/25 | MTP | E-mails with LS team re: DIP maturity | 0.10 | $107.50 |
| B230 | 08/16/25 | GF | Review DIP budget re remaining line items before DIP maturity | 0.10 | $118.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 12  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 08/17/25 | BSN | Review proposed extended DIP budget and Hampton's e-mail transmitting same; e-mails with D. Galfus re same | 0.20 | $303.00 |
| B230 | 08/17/25 | GF | Review draft of potential DIP budget for September (.2) and emails with Saul Ewing and BRG team regarding same (.2) | 0.40 | $474.00 |
| B230 | 08/19/25 | MTP | E-mails with Debtors' counsel and LS team re: proposed DIP budget; review same | 0.30 | $322.50 |
| B230 | 08/21/25 | BSN | Review report with J. Young re extended dip financing budget | 0.10 | $151.50 |
| B230 | 08/21/25 | GF | Emails and calls with J. Young regarding status of budget (.3); analysis of prior DIP budget extensions (.2) | 0.50 | $592.50 |
| B230 | 08/21/25 | MTP | E-mails with LS and SE teams re: catch-up discussion on various items including go forward budget | 0.10 | $107.50 |
| B230 | 08/22/25 | BSN | Review revised updated dip financing budget, questions, suggested changes to same (.3) and review with G. Finizio (.1) and e-mails with D. Galfus, J. Emerson re same (.1) | 0.50 | $757.50 |
| B230 | 08/22/25 | GF | Analysis of draft budget provided by J. Hampton and compare against prior budgets (.8); calls with BRG (.1); emails with B. Nathan (.1) and J. Hampton regarding budget (.1) | 1.10 | $1,303.50 |
| B230 | 08/23/25 | BSN | Review updated dip financing budget; questions re same and summary of call with debtors' and JP Morgan's counsel re same | 0.20 | $303.00 |
| B230 | 08/24/25 | GF | Emails and calls with D. Shaffer (.1); D. Galfus; B. Nathan (.1); J. Hampton (.2) and J. Young (3x) (.4) regarding DIP budget extension; report back to LS, BRG and TR teams regarding calls with J. Hampton and J. Young on budget (.1) | 0.90 | $1,066.50 |
| B230 | 08/25/25 | BSN | Review notice of hearing to approve sixth stipulation between debtor and JP Morgan | 0.10 | $151.50 |
| B230 | 08/25/25 | BSN | Review dip financing budget negotiations and committee's position re proposed order approving sixth stipulation between debtors and JP Morgan re extend dip financing | 0.30 | $454.50 |
| B230 | 08/25/25 | BSN | Review notice of proposed order approving sixth stipulation between debtor and JP Morgan and eighth amendment to dip credit agreement re extended dip financing, redline showing changes from seventh amendment and approved budget re same | 0.30 | $454.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 13  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 08/25/25 | GF | Emails and calls with J. Young regarding DIP budget (.5); emails with D. Shaffer regarding DIP hearing (.2); review as-filed DIP stipulation (.2); emails with D. Galfus regarding hearing results (.1) | 1.00 | $1,185.00 |
| B230 | 08/27/25 | BSN | Review order approving sixth stipulation between Debtors and JPMorgan amending DIP credit agreement | 0.20 | $303.00 |
| B230 | 08/28/25 | MTP | Review order approving DIP amendment | 0.10 | $107.50 |
| | | | **Total B230 - Financing/Cash Collateral** | 7.40 | $9,330.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 08/01/25 | GF | Review claims register for priority tax claims | 0.10 | $118.50 |
| | | | **Total B310 - Claims Administration and Objections** | 0.10 | $118.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 08/01/25 | GF | Review second plan exclusivity extension motion | 0.10 | $118.50 |
| B320 | 08/06/25 | BSN | Confer with G. Finizio re committee's response to plan exclusivity extension motion | 0.10 | $151.50 |
| B320 | 08/07/25 | GF | Review exclusivity extension request | 0.10 | $118.50 |
| B320 | 08/08/25 | BSN | Review next steps re debtors' plan exclusivity extension motion; UK sale status, settlement status re consignment claims | 0.30 | $454.50 |
| B320 | 08/11/25 | BSN | Confer with G. Finizio re status of debtors' extension of committee's objection deadline re plan exclusivity extension motion | 0.10 | $151.50 |
| B320 | 08/11/25 | MTP | Review exclusivity motion (.1); e-mails with LS team re: same (.1) | 0.20 | $215.00 |
| B320 | 08/12/25 | BSN | Review update re extended objection deadline, plan exclusivity extension motion | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 14  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 08/13/25 | BSN | Review stipulation extending committee's objection deadline, plan exclusivity extension motion | 0.10 | $151.50 |
| B320 | 08/26/25 | BSN | Review Committee's exclusivity objection extension deadline request (.1) and exchange of emails with J. Hampton re: same (.1) | 0.20 | $303.00 |
| B320 | 08/26/25 | BSN | Review stip extending Committee's deadline to object to Debtors' second motion to exclusivity deadline re: plan | 0.10 | $151.50 |
| B320 | 08/26/25 | GF | Emails with J. Hampton regarding exclusivity | 0.20 | $237.00 |
| B320 | 08/27/25 | BSN | Review filed stipulation extending Committee's objection deadline-plan exclusivity extension motion (.1) and emails with S. Gerald and T. Paige re: same (.1) | 0.20 | $303.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 1.80 | $2,507.00 |

B400 - Bankruptcy-Related Advice

B430 Adversary Proceedings and Bankruptcy Court Litigation

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430 | 08/04/25 | BSN | Review order denying Alliance's motion to dismiss Sparkle Pop adversary proceeding | 0.10 | $151.50 |
| B430 | 08/04/25 | MTP | Discussions/e-mails with D. Shaffer, G. Finizio, C. Frankel and others re: 8/5 hearing | 0.40 | $430.00 |
| B430 | 08/05/25 | GF | Review upcoming critical dates for adversary proceedings | 0.10 | $118.50 |
| B430 | 08/05/25 | MTP | E-mails with LS Team and Tydings re: hearing update | 0.20 | $215.00 |
| B430 | 08/06/25 | GF | Emails with C. Frankel and Tydings team regarding Sparkle Pop adversary | 0.20 | $237.00 |
| B430 | 08/06/25 | MTP | Discussion with C. Frankel re: Sparkle Pop adversary pretrial conference | 0.10 | $107.50 |
| B430 | 08/07/25 | GF | Review emails regarding adjournment of pretrial conference | 0.10 | $118.50 |
| B430 | 08/14/25 | MTP | Discussions/e-mails with D. Shaffer, G. Finizio, C. Frankel and others re: 4/18 hearing | 0.20 | $215.00 |
| B430 | 08/16/25 | GF | Review upcoming deadlines for AENT/Debtor adversary proceeding | 0.10 | $118.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1239477

Page 15
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430 | 08/18/25 | BSN | Review plaintiff's omnibus and amended omnibus opposition to defendants' partial motions to dismiss verified Alliance complaint | 0.50 | $757.50 |
| B430 | 08/18/25 | BSN | Review Alliance Entertainment's omnibus motion to dismiss debtors' counterclaims and supporting memo of law | 0.60 | $909.00 |
| B430 | 08/19/25 | MTP | E-mails with LS and Tydings teams re: hearing on 4/18 | 0.20 | $215.00 |
| B430 | 08/21/25 | BSN | Review Sparkle Pop's opposition to Alliance Entertainment's motion to dismiss Sparkle Pop complaint | 0.30 | $454.50 |
| B430 | 08/22/25 | GF | Review AENT filings in adversary proceeding | 0.30 | $355.50 |
| B430 | 08/28/25 | BSN | Review Stipulated Briefing Schedule - Alliance litigation re: reply deadlines - motions to dismiss, pretrial conference and other matters | 0.20 | $303.00 |
| B430 | 08/29/25 | BSN | Review text entries re pretrial conference and motion to dismiss Alliance litigation | 0.10 | $151.50 |
| | | | **Total B430 - Adversary Proceedings and Bankruptcy Court Litigation** | 3.70 | $4,857.50 |

B430A Court Hearings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430A | 08/04/25 | BSN | Prepare for and review committee's position re status, scheduling conference re debtors' consignment sale procedures motion (.5) and call with D. Shaffer, S. Gerald re same (.9) | 1.40 | $2,121.00 |
| B430A | 08/04/25 | BSN | Review report on call with Hampton re committee's position at status, scheduling conference re debtors' motion for consignment sale procedures | 0.10 | $151.50 |
| B430A | 08/05/25 | BSN | Review notices of rescheduled hearing on debtors' consignment sale procedures motion and ad hoc consignors' committee's stay motion and notice of hearing re objection deadline re: same | 0.20 | $303.00 |
| B430A | 08/05/25 | BSN | Review report re 8/5 status, scheduling conference re debtors' consignment sale procedures motion | 0.20 | $303.00 |
| B430A | 08/05/25 | BSN | Prepare for status, scheduling conference; debtors' consignment sale procedures motion; review with G. Finizio (.2) and D. Shafer (.1) | 0.30 | $454.50 |
| B430A | 08/05/25 | CF | Attend (virtual) scheduling conference on consignment motion | 1.30 | $858.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 16  
September 19, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430A | 08/05/25 | GF | Listen to hearing re consignment status conference (1.0); revise draft committee email report on same (.2); correspondence with C. Frankel regarding consignment hearing (.1); call with D. Shaffer regarding consignment hearing results (.1); review upcoming deadlines related to consignment matters (.2) | 1.60 | $1,896.00 |
| B430A | 08/05/25 | MTP | Further discussions with G. Finizio and C. Frankel re: today's hearing | 0.10 | $107.50 |
| B430A | 08/06/25 | BSN | Preparation for pretrial conference for Sparkle Pop litigation and committee's position | 0.10 | $151.50 |
| B430A | 08/13/25 | BSN | Review exhibit, witness lists, ad hoc consignors' committee, Consignor Group, Game Manufacturers Association for consigners hearing | 0.10 | $151.50 |
| B430A | 08/15/25 | BSN | Review committee's position re 8/18 hearing on consignment sale procedures and stay motions | 0.20 | $303.00 |
| B430A | 08/15/25 | BSN | Review debtors' witness and exhibit list and amended witness, exhibit list for consignment hearing | 0.20 | $303.00 |
| B430A | 08/18/25 | BSN | Telephone call with D. Shaffer re report on 8/18 hearing, court decision granting stay re consignment sale procedures motion and committee's position re ad hoc consignors' motion to compel assumption, rejection of contracts | 0.40 | $606.00 |
| B430A | 08/18/25 | GF | Call with D. Shaffer regarding hearing strategy (.1) and emails re same (.2); participate in portions of hearing on stay motion (.5) | 0.80 | $948.00 |
| B430A | 08/18/25 | MTP | Various e-mails re: hearing on consignment procedures motion (.3); review filings re: same (.3) | 0.60 | $645.00 |
| B430A | 08/19/25 | BSN | Telephone call with D. Shaffer to prepare for hearing re ad hoc consignors' and Game Manufacturers motions to compel assumption and rejection of executory contracts, committee's position and next steps | 0.40 | $606.00 |
| B430A | 08/19/25 | BSN | Telephone call with D. Shaffer re report on hearing on ad hoc consignors' committee's motion to compel debtors' assumption, rejection of contract; settlement with Image and Game Manufacturers and members | 0.50 | $757.50 |
| B430A | 08/20/25 | BSN | Review D. Shaffer's e-mail report re hearing results re consignors' motions to compel debtors' assumption, rejection of contracts | 0.10 | $151.50 |
| B430A | 08/21/25 | BSN | Telephone call with D. Shaffer re questions concerning consignors' administrative claims raised at 8/20 hearing | 0.20 | $303.00 |

| | | | | Page 17 |
|---|---|---|---|---|
| Diamond Comic Distributors Inc. - Unsecured Creditors Committee | | | | September 19, 2025 |
| Invoice No.: 1239477 | | | | |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430A | 08/25/25 | BSN | Review D. Shaffer's report on dip financing extension hearing; correction to budget and hearing disposition on docket | 0.10 | $151.50 |
| | | | **Total B430A - Court Hearings** | **8.90** | **$11,272.00** |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 18  
September 19, 2025

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 3.00 | $1,848.50 |
| B130 | Asset Disposition | 0.50 | $724.50 |
| B150 | Meetings of and Communication with Creditors | 6.60 | $7,076.50 |
| B160 | Fee/Employment Applications | 1.40 | $1,081.00 |
| B175 | Fee Applications and Invoices - Others | 1.10 | $1,567.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.90 | $2,878.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 35.20 | $38,474.00 |
| B210 | Business Operations | 0.30 | $454.50 |
| B230 | Financing/Cash Collateral | 7.40 | $9,330.00 |
| B310 | Claims Administration and Objections | 0.10 | $118.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 1.80 | $2,507.00 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 3.70 | $4,857.50 |
| B430A | Court Hearings | 8.90 | $11,272.00 |
| | **Total** | **71.90** | **$82,190.00** |