# EXHIBIT B

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 19  
September 19, 2025

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---:|
| Computerized legal research | $431.06 |
| **Total Disbursements** | **$431.06** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1239477

Page 20  
September 19, 2025

**DISBURSEMENT DETAIL:**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 08/13/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 6 / Docs/Lines: 0 | $185.35 |
| 08/14/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 16 / Docs/Lines: 0 | $245.71 |
|  | Total Disbursements | $431.06 |