**EXHIBIT A**



In re: Diamond Comic Distributors, Inc.

Exhibit A: Time Detail

Berkeley Research Group, LLC

For the Period 8/1/2025 through 8/31/2025

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 8/5/2025 | J. Emerson | 0.6 | Reviewed certain motions related to consignment. |
| 8/18/2025 | J. Emerson | 0.6 | Reviewed UK sale order including impact to liquidity. |
| ***Task Code Total Hours*** | | ***1.2*** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 8/11/2025 | E. Degnan | 0.8 | Prepared July fee statement. |
| 8/18/2025 | M. Haverkamp | 0.9 | Edited July fee statement. |
| 8/18/2025 | E. Degnan | 0.5 | Prepared July fee statement. |
| ***Task Code Total Hours*** | | ***2.2*** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 8/22/2025 | J. Emerson | 1.4 | Revised illustrative recovery analysis to reflect latest estimate for causes of action. |
| ***Task Code Total Hours*** | | ***1.4*** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 8/7/2025 | J. Emerson | 1.1 | Revised liquidity analysis per Counsel request. |
| 8/17/2025 | J. Emerson | 0.4 | Reviewed Debtors' 8/14 DIP budget. |
| 8/17/2025 | J. Emerson | 0.3 | Provided initial observations to Lowenstein (B. Nathan) re: Debtors 8/14 DIP budget. |
| 8/22/2025 | J. Emerson | 1.3 | Prepared bridge re: 8/14 budget to 8/22 budget. |
| 8/22/2025 | J. Emerson | 1.3 | Updated liquidity analysis based on Debtors' 8/22 budget. |
| 8/22/2025 | J. Emerson | 0.8 | Reviewed Debtors' 8/22 DIP budget. |
| 8/24/2025 | J. Emerson | 0.5 | Reviewed Debtors' 8/24 DIP budget. |
| 8/25/2025 | J. Emerson | 1.3 | Updated liquidity analysis based on Debtors' final 8/24 budget. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 8/25/2025 | J. Emerson | 1.1 | Prepared bridge re: 8/22 budget to 8/24 budget. |
| ***Task Code Total Hours*** | | ***8.1*** | |
| **Total Hours** | | **12.9** | |