# Exhibit A

DATE: 09/19/25 10:10:14 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071568)  # 156731                              Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS
US Trustee Issues and Debtor Disclosures

CLIENT ADDRESS                                        MATTER ADDRESS
The Official Committee of Unsecured Creditors         The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case    for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                      100 Front Street
Riverside, NJ 08075                                   Riverside, NJ 08075

CLIENT INFORMATION                                    MATTER INFORMATION
PHONE:                                                PHONE:
CONTACT: Gregory Andonian                             CONTACT: Gregory Andonian
REFERRED BY:                                          REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:        06/30/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2771375 | DJS | 08/29/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 188 | | | Review filed MORs |

FEE SUBTOTAL                              187.50

| | | |
|---|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | | 1,157.30 |
| LESS PAYMENT(S) | | (796.00) |
| BALANCE FORWARD | | 361.30 |
| TIMECARD SUB-TOTAL (0.30) | 187.50 | |
| DISBURSEMENT SUB-TOTAL | 0.00 | |
| SUBTOTAL CURRENT PERIOD | 187.50 | |
| TOTAL DUE | | 548.80 |

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 0.30 | 100.0 | 187.50 | 100.00 |
| TOTALS | | 0.30 | | 187.50 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 1,806.50 | 0.00 | 0.00 | 0.00 | 1,806.50 |
| CR | Cash Receipts | -1,445.20 | 0.00 | 0.00 | 0.00 | -1,445.20 |
| | TOTALS | 361.30 | 0.00 | 0.00 | 0.00 | 361.30 |

AGED ACCOUNTS RECEIVABLE:          0.00 (-30)          0.00 (31-60)          0.00 (61-90)          124.40 (91-120)          236.90 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 09/19/25 10:05:19 PRO FORMA STATEMENT AS OF 08/31/25 FOR FILE (D02748.071562) # 156726                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                            BILLING INSTRUCTIONS

Operational Issues


CLIENT ADDRESS                                            MATTER ADDRESS

The Official Committee of Unsecured Creditors            The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case  for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                          100 Front Street
Riverside, NJ 08075                                       Riverside, NJ 08075

CLIENT INFORMATION                                        MATTER INFORMATION

PHONE:                                                    PHONE:
CONTACT: Gregory Andonian                                 CONTACT: Gregory Andonian
REFERRED BY:                                              REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:                    0.00
UNAPPLIED AMOUNT:                0.00

LAST BILL DATE:            05/27/25


## TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2765393 | SBG | 08/01/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 186 | | | review motion to compel assumption or rejection |
| 2770562 | DJS | 08/04/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 436 | | | Read motion to require assumption or rejection. |
| 2766772 | SBG | 08/11/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 498 | | | review motion to extend deadline to assume/reject |
| 2767877 | SBG | 08/15/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 870 | | | review debtors' objection to |

DATE: 09/19/25 10:05:19 PRO FORMA STATEMENT AS OF 08/31/25 FOR FILE (D02748.071562) # 156726                   Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----------|-----------|-----------|-----------|-----|------|-----|-------------|
| | | | | | | | | | | | motion to compel assumption /rejection |
| 2768797 | DJS | 08/18/25 | B | 1.80 | 1125.00 | 1.80 | 1125.00 | 1995 | | | Call and strategy session and update with co-counsel; prepare presentation to Court on Committee position. |
| 2768799 | DJS | 08/18/25 | B | 2.90 | 1812.50 | 2.90 | 1812.50 | 3808 | | | Attend afternoon session on consignors' motion to assume or reject; update call with co-counsel regarding same. |
| 2768793 | DJS | 08/19/25 | B | 6.10 | 3812.50 | 6.10 | 3812.50 | 7620 | | | Prepare for and attend hearing on Assumption/Rejection Motion filed by Administrative hoc committee of assignors |
| 2768767 | DJS | 08/20/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 8183 | | | Email to Finizio regarding update on rejection motion (.1): (prepare for and attend virtual hearing (.5); draft and send update email to co-counsel (.3). |
| 2769099 | DJS | 08/21/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 8558 | | | Call with Nathan regarding Court's queries; emails with group regarding open issues and scheduled call with Debtors' counsel regarding same. |
| 2771362 | DJS | 08/22/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 8683 | | | Notice of rescheduled hearing for motion to compel; internal discussion regarding same. |
| 2771377 | DJS | 08/27/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 8808 | | | Review motion of debtors to extend time to assume or reject. |
| 2771379 | DJS | 08/27/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 9058 | | | Review draft stipulation extending time to respond to motion to assume or reject; internal emails and follow up regarding same. |
| 2770209 | SBG | 08/27/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 9120 | | | review motion to extend time to assume or reject |
| | | FEE SUBTOTAL | | | | | 9,119.50 | | | | |

DATE: 09/19/25 10:05:19 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071562)  # 156726                    Page 3

| | | |
|---|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | | 10,795.80 |
| LESS PAYMENT(S) | | (8,616.80) |
| BALANCE FORWARD | | 2,179.00 |
| TIMECARD SUB-TOTAL (14.60) | 9,119.50 | |
| DISBURSEMENT SUB-TOTAL | 0.00 | |
| SUBTOTAL CURRENT PERIOD | 9,119.50 | |
| TOTAL DUE | | 11,298.50 |

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 13.50 | 92.5 | 8437.50 | 92.50 |
| Gerald, Stephen B. | 620.00 | 1.10 | 7.5 | 682.00 | 7.50 |
| TOTALS | | 14.60 | | 9119.50 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 10,895.00 | 0.00 | 0.00 | 0.00 | 10,895.00 |
| CR | Cash Receipts | -8,716.00 | 0.00 | 0.00 | 0.00 | -8,716.00 |
| | TOTALS | 2,179.00 | 0.00 | 0.00 | 0.00 | 2,179.00 |

AGED ACCOUNTS RECEIVABLE:          0.00 (-30)          0.00 (31-60)          0.00 (61-90)          0.00 (91-120)          2,179.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY                    ( ) CLOSE FILE
( ) BILL COSTS ONLY                 ( ) FINAL BILL

DATE: 09/19/25 10:08:19 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071565)  # 156729                          Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS

Professionals-Debtor and Committee (Rete

CLIENT ADDRESS                                      MATTER ADDRESS

The Official Committee of Unsecured Creditors        The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                    100 Front Street
Riverside, NJ 08075                                 Riverside, NJ 08075

CLIENT INFORMATION                                  MATTER INFORMATION

PHONE:                                              PHONE:
CONTACT: Gregory Andonian                           CONTACT: Gregory Andonian
REFERRED BY:                                        REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:                  0.00
UNAPPLIED AMOUNT:              0.00

LAST BILL DATE:        08/28/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2768315 | SBG | 08/18/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 434 | | | prepare july monthly fee statement |
| 2768328 | SBG | 08/18/25 | B | 1.10 | 682.00 | 1.10 | 682.00 | 1116 | | | prepare CNOs for June fee statements for committee professsionals |
| 2768329 | SBG | 08/18/25 | B | 1.40 | 868.00 | 1.40 | 868.00 | 1984 | | | finalize and file July monthly fee statements for committee professionals |

DATE: 09/19/25 10:08:19 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071565)  # 156729                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----|-----|-----|-----|-----|------|-----|-------------|
| 2771199 | SBG | 08/29/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 2232 | | | review SE fee application |

FEE SUBTOTAL                              2,232.00

BALANCE DUE FROM PREVIOUS STATEMENT                32,214.80
LESS PAYMENT(S)                                    (8,594.00)

BALANCE FORWARD                                    23,620.80

TIMECARD SUB-TOTAL (3.60)              2,232.00
DISBURSEMENT SUB-TOTAL                     0.00
SUBTOTAL CURRENT PERIOD                2,232.00
TOTAL DUE                                          25,852.80

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Gerald, Stephen B. | 620.00 | 3.60 | 100.0 | 2232.00 | 100.00 |
| TOTALS | | 3.60 | | 2232.00 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|-----------|-------------|------|------|------|-------|-------|
| BL | Bills | 85,352.00 | 0.00 | 0.00 | 0.00 | 85,352.00 |
| CR | Cash Receipts | -61,731.20 | 0.00 | 0.00 | 0.00 | -61,731.20 |
| | TOTALS | 23,620.80 | 0.00 | 0.00 | 0.00 | 23,620.80 |

AGED ACCOUNTS RECEIVABLE:                0.00 (-30)        8,188.00 (31-60)        571.80 (61-90)        1,576.70 (91-120)        13,284.30 (+)

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL

DATE: 09/19/25 10:07:25 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071564)  # 156728                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                                    BILLING INSTRUCTIONS
Avoidance Actions/Litigation/Contested M

CLIENT ADDRESS                                                          MATTER ADDRESS
The Official Committee of Unsecured Creditors        The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case    for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                        100 Front Street
Riverside, NJ 08075                                                   Riverside, NJ 08075

CLIENT INFORMATION                                                 MATTER INFORMATION
PHONE:                                                               PHONE:
CONTACT: Gregory Andonian                                   CONTACT: Gregory Andonian
REFERRED BY:                                                       REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:                    0.00
UNAPPLIED AMOUNT:             0.00

LAST BILL DATE:         08/28/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2766161 | SBG | 08/07/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 62 | | | review status of sparkle pop pre-trial; emails regarding same |
| 2769946 | SBG | 08/26/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 310 | | | review motion to enforce auto stay and motion to expedite |
| 2771384 | DJS | 08/27/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 685 | | | Read motion filed by debtors to enforce stay and motion to shorten time |

DATE: 09/19/25 10:07:25 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071564)  # 156728                    Page 2

| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----|-----|-----|-----|-----|------|-----|-------------|
| | | | | WORKED | | BILLED | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | FEE SUBTOTAL | | | | 685.00 |

|  |  |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | 10,997.80 |
| LESS PAYMENT(S) | (3,644.40) |
| BALANCE FORWARD | 7,353.40 |
| TIMECARD SUB-TOTAL (1.10) | 685.00 |
| DISBURSEMENT SUB-TOTAL | 0.00 |
| SUBTOTAL CURRENT PERIOD | 685.00 |
| TOTAL DUE | 8,038.40 |

## TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 0.60 | 54.5 | 375.00 | 54.70 |
| Gerald, Stephen B. | 620.00 | 0.50 | 45.5 | 310.00 | 45.30 |
| TOTALS | | 1.10 | | 685.00 | |

## MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|-----------|-------------|------|------|------|-------|-------|
| BL | Bills | 12,293.00 | 0.00 | 0.00 | 0.00 | 12,293.00 |
| CR | Cash Receipts | -4,939.60 | 0.00 | 0.00 | 0.00 | -4,939.60 |
| | TOTALS | 7,353.40 | 0.00 | 0.00 | 0.00 | 7,353.40 |

AGED ACCOUNTS RECEIVABLE:          0.00 (-30)          6,118.50 (31-60)          911.10 (61-90)          0.00 (91-120)          323.80 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 09/19/25 10:03:16 PRO FORMA STATEMENT AS OF 08/31/25 FOR FILE (D02748.071560) # 156724                Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS
Secured Lender/Creditor Issues

CLIENT ADDRESS                                    MATTER ADDRESS
The Official Committee of Unsecured Creditors        The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case    for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                  100 Front Street
Riverside, NJ 08075                               Riverside, NJ 08075

CLIENT INFORMATION                                MATTER INFORMATION
PHONE:                                           PHONE:
CONTACT: Gregory Andonian                         CONTACT: Gregory Andonian
REFERRED BY:                                     REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:        08/28/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2767173 | SBG | 08/13/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | ermails regarding prep for upcoming hearing; confer with D.Shaffer regarding same |
| 2771364 | DJS | 08/22/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 312 | | | Review revised budget and compare with previous versions. Internal emails re same. |
| 2769359 | SBG | 08/22/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 436 | | | emails regarding DIP budget |

DATE: 09/19/25 10:03:16 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071560)  # 156724                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------|------|------|------|------|------|------|------|
| 2769341 | DJS | 08/24/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 686 | | | Emails with co-counsel regarding DIP extension and budget review; review docket regarding hearing time for 8/25 hearing. |
| 2769355 | SBG | 08/24/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 810 | | | emails regarding status of DIP budget |
| 2769503 | DJS | 08/25/25 | B | 1.10 | 687.50 | 1.10 | 687.50 | 1497 | | | Walk to and from Court; attend hearing on DIP extension |
| 2771388 | DJS | 08/25/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 2247 | | | Prepare for hearing on DIP extension; review revised budget regarding same. |
| 2769658 | SBG | 08/25/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2309 | | | confer with D.Shaffer regarding hearing on DIP extension |
| 2771381 | DJS | 08/27/25 | B | 0.10 | 62.50 | 0.10 | 62.50 | 2372 | | | Read order entered on 6th stipulation extending DIP |

FEE SUBTOTAL                                   2,371.50

BALANCE DUE FROM PREVIOUS STATEMENT                    18,084.30
LESS PAYMENT(S)                                        (9,228.80)

BALANCE FORWARD                                        8,855.50

TIMECARD SUB-TOTAL (3.80)           2,371.50
DISBURSEMENT SUB-TOTAL              0.00
SUBTOTAL CURRENT PERIOD             2,371.50
TOTAL DUE                                              11,227.00

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 3.10 | 81.6 | 1937.50 | 81.70 |
| Gerald, Stephen B. | 620.00 | 0.70 | 18.4 | 434.00 | 18.30 |
| TOTALS | | 3.80 | | 2371.50 | |

DATE: 09/19/25 10:03:16 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071560)  # 156724                    Page 3

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 42,281.50 | 0.00 | 0.00 | 0.00 | 42,281.50 |
| CR | Cash Receipts | -33,426.00 | 0.00 | 0.00 | 0.00 | -33,426.00 |
| | TOTALS | 8,855.50 | 0.00 | 0.00 | 0.00 | 8,855.50 |

AGED ACCOUNTS RECEIVABLE:        0.00  (-30)        499.00  (31-60)        1,246.10  (61-90)        1,061.10  (91-120)        6,049.30  (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 09/19/25 10:06:21 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071563)  # 156727

Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                               BILLING INSTRUCTIONS

Sale Issues

CLIENT ADDRESS                                     MATTER ADDRESS

The Official Committee of Unsecured Creditors      The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                   100 Front Street
Riverside, NJ 08075                                Riverside, NJ 08075

CLIENT INFORMATION                                 MATTER INFORMATION

PHONE:                                             PHONE:
CONTACT: Gregory Andonian                          CONTACT: Gregory Andonian
REFERRED BY:                                       REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:       08/28/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2770561 | DJS | 08/01/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 438 | | | Review of filed objections to consignment motion; docketing issues regarding same. |
| 2765404 | SBG | 08/01/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 562 | | | review consignment settlement memo |
| 2765881 | DJS | 08/04/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 1124 | | | Call with LS team to discuss issues with Consignment Motion and Status conference. |

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-------|-------|-------|-------|-----|------|-----|-------------|
| 2765882 | DJS | 08/04/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 1374 | | | Follow up from call with LS to outline Committee stance for status conference. |
| 2765884 | DJS | 08/04/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 1749 | | | Review stay motion and consignor ad hoc committee opposition to motion. |
| 2765522 | SBG | 08/04/25 | B | 0.90 | 558.00 | 0.90 | 558.00 | 2307 | | | meeting with LS team regarding prep for hearing on consignment motion |
| 2765608 | SBG | 08/04/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2431 | | | follow up emails regarding hearing on consignment |
| 2770564 | DJS | 08/05/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 3181 | | | Prepare for and attend Status and scheduling hearing. |
| 2770565 | DJS | 08/05/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 3556 | | | Follow up communications with co-counsel regarding status hearing on consignment issues. |
| 2770567 | DJS | 08/05/25 | B | 0.50 | 312.50 | 0.50 | 312.50 | 3869 | | | Additional follow up on consignment issues and communications with Committee regarding same. |
| 2765779 | SBG | 08/05/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 4241 | | | emails regarding consignmetn hearing; confer with D.Shaffer regarding same |
| 2770571 | DJS | 08/06/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 4428 | | | Review and comment on form of stipulation regarding Stay Motion extension of time and emails related thereto. |
| 2765951 | SBG | 08/06/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 4614 | | | emails regarding consignment |
| 2767018 | SBG | 08/12/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4738 | | | emails regarding stip extending deadline to object to consignment; review same |
| 2771296 | DJS | 08/13/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 5238 | | | Read draft of opposition to stay consignment motion and emails with co-counsel re same. |
| 2771301 | DJS | 08/13/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 5363 | | | Review witness and exhibit list. |
| 2767171 | SBG | 08/13/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 5487 | | | emails regarding current status of settlement discussions |

DATE: 09/19/25 10:06:21 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071563)  # 156727                    Page 3

| INDEX | INIT | DATE | STAT | WORKED | | BILLED | | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | HRS | AMT | HRS | AMT | | | | |
| | | | | | | | | | | | regarding consignment motion |
| 2767434 | SBG | 08/13/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 5673 | | | review exhibit lists and docs regarding hearing on consignment motion |
| 2767376 | DJS | 08/14/25 | B | 1.10 | 687.50 | 1.10 | 687.50 | 6361 | | | Review objections to consignment motion and related pleadings for upcoming hearing. |
| 2767524 | DJS | 08/14/25 | B | 2.20 | 1375.00 | 2.20 | 1375.00 | 7736 | | | Read objection to Stay Motion and Reply to Objection to Consignment Motion and outline issues for Committee's position for hearing. |
| 2767525 | DJS | 08/14/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 7986 | | | Emails with co-counsel and call with Gerald regarding issues for consignment motion hearing. |
| 2767658 | DJS | 08/14/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 8736 | | | Emails with co-counsel regarding objection to Stay Motion (.4); review drafts of objection to stay motion and discussion regarding same; (4); finalize and file objection and additional consultation with co-counsel regarding same. (.4) |
| 2767622 | SBG | 08/14/25 | B | 1.20 | 744.00 | 1.20 | 744.00 | 9480 | | | review debtor reply in support to consignment motion, objection to stay, JPM objections |
| 2767623 | SBG | 08/14/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 9790 | | | review draft committee objection to motion to stay; emails regarding same |
| 2767435 | SBG | 08/14/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 10038 | | | review discoveyr responses regarding consignment |
| 2768314 | SBG | 08/17/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 10348 | | | emails regarding prep for hearing on consignmetn issues |
| 2768795 | DJS | 08/18/25 | B | 5.20 | 3250.00 | 5.20 | 3250.00 | 13598 | | | Prepare for and attend hearing on Consignors' Motion to Stay (morning session) |
| 2768331 | SBG | 08/18/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 13970 | | | emails regarding hearing; confer with D;.Shaffer regarding same |

DATE: 09/19/25 10:06:21 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071563)  # 156727                    Page 4

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------------|------------|------------|------------|-----|------|-----|-------------|
| 2768334 | SBG | 08/18/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 14280 | | | review filings regarding consignment |
| 2768929 | SBG | 08/20/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 14590 | | | emails regarding hearing; confer with D.Shaffer regarding same |
| 2768979 | DJS | 08/21/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 14965 | | | Receive and review various drafts of form of proposed stay motion order; share with co-counsel and emails regarding same |
| 2771358 | DJS | 08/22/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 15340 | | | Emails regarding differing forms of order for Judge Rice consideration on stay motion. |
| 2771366 | DJS | 08/22/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 15465 | | | Follow up with co-counsel regarding issues concerning consignment matters. |
| 2770197 | SBG | 08/27/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 15589 | | | emails regarding stipulation extending time to object to consignor motion regarding assumption/rejection; review stip |

FEE SUBTOTAL                                   15,588.50


BALANCE DUE FROM PREVIOUS STATEMENT                          25,587.00
LESS PAYMENT(S)                                              (5,237.60)

BALANCE FORWARD                                              20,349.40

TIMECARD SUB-TOTAL (25.00)                    15,588.50
DISBURSEMENT SUB-TOTAL                              0.00
SUBTOTAL CURRENT PERIOD                       15,588.50
TOTAL DUE                                                    35,937.90

DATE: 09/19/25 10:06:21 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071563)  # 156727                                    Page 5

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 17.70 | 70.8 | 11062.50 | 71.00 |
| Gerald, Stephen B. | 620.00 | 7.30 | 29.2 | 4526.00 | 29.00 |
| TOTALS | | 25.00 | | 15588.50 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 72,091.00 | 0.00 | 0.00 | 0.00 | 72,091.00 |
| CR | Cash Receipts | -51,741.60 | 0.00 | 0.00 | 0.00 | -51,741.60 |
| | TOTALS | 20,349.40 | 0.00 | 0.00 | 0.00 | 20,349.40 |

AGED ACCOUNTS RECEIVABLE:          0.00 (-30)          7,414.00 (31-60)          536.60 (61-90)          772.80 (91-120)          11,626.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 09/19/25 10:09:17 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071566)  # 156730                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
|  |  | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS
Plan and Disclosure Statement

CLIENT ADDRESS                                        MATTER ADDRESS
The Official Committee of Unsecured Creditors         The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case    for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                      100 Front Street
Riverside, NJ 08075                                   Riverside, NJ 08075

CLIENT INFORMATION                                    MATTER INFORMATION
PHONE:                                                PHONE:
CONTACT: Gregory Andonian                             CONTACT: Gregory Andonian
REFERRED BY:                                          REFERRED BY:

STATUS:         OP          DEPARTMENT:    500        Bankruptcy              FEE FREQ:    M
DATE OPENED:    03/06/25    MATTER TYPE:   3300       Creditor Committee      COST FREQ:   M
                                                      Representation
DATE CLOSED:                ARRANGEMENT:   HRST       HRST

TRUST AMOUNT:              0.00
UNAPPLIED AMOUNT:         0.00

LAST BILL DATE:      07/30/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2771290 | DJS | 08/13/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 188 |  |  | Emails with debtor counsel and internal discussions regarding extension of time to respond to exclusivity motion. |
| 2767172 | SBG | 08/13/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 312 |  |  | emails regarding extension of time regarding exclusivity motion; review stip regarding same |

DATE: 09/19/25 10:09:17 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071566)  # 156730                Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | AMT | BILLED HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|-----|-----|-----|-----|-----|------|-----|-------------|
| | | FEE SUBTOTAL | | | | | 311.50 | | | | |

| | | |
|---|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | | 683.00 |
| LESS PAYMENT(S) | | (546.40) |
| BALANCE FORWARD | | 136.60 |
| TIMECARD SUB-TOTAL (0.50) | 311.50 | |
| DISBURSEMENT SUB-TOTAL | 0.00 | |
| SUBTOTAL CURRENT PERIOD | 311.50 | |
| TOTAL DUE | | 448.10 |

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 0.30 | 60.0 | 187.50 | 60.20 |
| Gerald, Stephen B. | 620.00 | 0.20 | 40.0 | 124.00 | 39.80 |
| TOTALS | | 0.50 | | 311.50 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|-----------|-------------|------|------|------|-------|-------|
| BL | Bills | 683.00 | 0.00 | 0.00 | 0.00 | 683.00 |
| CR | Cash Receipts | -546.40 | 0.00 | 0.00 | 0.00 | -546.40 |
| | TOTALS | 136.60 | 0.00 | 0.00 | 0.00 | 136.60 |

AGED ACCOUNTS RECEIVABLE:        0.00 (-30)        0.00 (31-60)        74.60 (61-90)        62.00 (91-120)        0.00 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 09/19/25 10:04:33 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071561)  # 156725                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS
General Unsecured Creditor Issues

CLIENT ADDRESS                                         MATTER ADDRESS
The Official Committee of Unsecured Creditors          The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                       100 Front Street
Riverside, NJ 08075                                    Riverside, NJ 08075

CLIENT INFORMATION                                     MATTER INFORMATION
PHONE:                                                 PHONE:
CONTACT: Gregory Andonian                              CONTACT: Gregory Andonian
REFERRED BY:                                           REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee | COST FREQ: | M |
| | | | | Representation | | |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:            0.00
UNAPPLIED AMOUNT:        0.00

LAST BILL DATE:      08/28/25

TIME ENTRIES

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2765789 | SBG | 08/05/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | email regarding committee communication |
| 2766805 | SBG | 08/12/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 186 | | | committte email regarding status |
| 2771293 | DJS | 08/13/25 | B | 0.90 | 562.50 | 0.90 | 562.50 | 749 | | | Review of all open pleadings and issues for upcoming hearings in case; emails with co-counsel regarding same and coverage for various items. |

DATE: 09/19/25 10:04:33 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071561)  # 156725                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|-------|------|------|------|------|------|------|------|-----|------|-----|-------------|
| 2768597 | SBG | 08/19/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 873 | | | committee email regarding status and meetings |
| 2771369 | DJS | 08/22/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 1373 | | | Call with Debtor counsel to review all open issues and path forward in case. |

FEE SUBTOTAL                                         1,372.50

BALANCE DUE FROM PREVIOUS STATEMENT              7,735.80
LESS PAYMENT(S)                                 (3,339.60)

BALANCE FORWARD                                  4,396.20

TIMECARD SUB-TOTAL (2.20)            1,372.50
DISBURSEMENT SUB-TOTAL                   0.00
SUBTOTAL CURRENT PERIOD             1,372.50
TOTAL DUE                                        5,768.70

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|------------|------|-------|---|------|---|
| Shaffer, Dennis J. | 625.00 | 1.70 | 77.3 | 1062.50 | 77.40 |
| Gerald, Stephen B. | 620.00 | 0.50 | 22.7 | 310.00 | 22.60 |
| TOTALS | | 2.20 | | 1372.50 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|-----------|-------------|------|------|------|-------|-------|
| BL | Bills | 15,505.00 | 0.00 | 0.00 | 0.00 | 15,505.00 |
| CR | Cash Receipts | -11,108.80 | 0.00 | 0.00 | 0.00 | -11,108.80 |
| | TOTALS | 4,396.20 | 0.00 | 0.00 | 0.00 | 4,396.20 |

DATE: 09/19/25 10:04:33 PRO FORMA STATEMENT AS OF 08/31/25  FOR FILE (D02748.071561)  # 156725                    Page 3

AGED ACCOUNTS RECEIVABLE:          0.00  (-30)       1,619.00  (31-60)      261.80  (61-90)      573.10  (91-120)      1,942.30  (+)

( ) BILL COSTS AND FEES        ( ) DO NOT BILL
( ) BILL FEES ONLY             ( ) CLOSE FILE
( ) BILL COSTS ONLY            ( ) FINAL BILL