IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 23, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Second Stipulation to Extend Objection Deadline [Docket No. 901]**

Dated: September 29, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 29th day of September, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Attention | Email | Method of Service |
|---|---|---|---|
| Lowenstein Sandler LLP | Attn: Bruce S Nathan/Gianfranco Finizio | bnathan@lowenstein.com | Email |
| Lowenstein Sandler LLP | Attn: Gianfranco Finizio | gfinizio@lowenstein.com | Email |
| Lowenstein Sandler LLP | Attn: Michael Papandrea | mpapandrea@lowenstein.com | Email |
| Lowenstein Sandler Llp | Attn: Chelsea R Frankel | cfrankel@lowenstein.com | Email |
| McNamee Hosea, P.A | Attn: Craig M. Palik, Esquire (Bar No 15254) | cpalik@mhlawyers.com | Email |
| McNamee Hosea, P.A | Attn: Justin P. Fasano, Esquire | jfasano@mhlawyers.com | Email |
| McNamee Hosea, P.A | Attn: Janet M. Nesse, Esquire | jnesse@mhlawyers.com | Email |
| Troutman Pepper Locke LLP | Attn: Katherine E Culbertson | Katherine.Culbertson@troutman.com | Email |
| Troutman Pepper Locke LLP | Attn: Indira K Sharma | Indira.Sharma@troutman.com | Email |
| Troutman Pepper Locke LLP | Attn: Jonathan W Young | Jonathan.Young@troutman.com | Email |
| Troutman Pepper Locke LLP | Attn: Toyja E Kelley/Indira K Sharma | Toyja.Kelley@troutman.com | Email |
| Troutman Pepper Locke LLP | Attn: Indira K Sharma | Indira.Sharma@troutman.com | Email |
| Troutman Pepper Locke LLP | Attn: Jonathan W Young | Jonathan.Young@troutman.com | Email |
| Troutman Pepper Locke LLP | Attn: David L Ruediger & Katherine E Culbertson | David.Ruediger@troutman.com | Email |
| Troutman Pepper Locke LLP | Attn: Katherine E Culbertson | Katherine.Culbertson@troutman.com | Email |
| Tydings & Rosenberg LLP | Attn: Yung Yong Lee | jlee@tydings.com | Email |
| Tydings & Rosenberg LLP | Attn: Stephen B Gerald | Sgerald@tydings.com | Email |
| Tydings & Rosenberg LLP | Attn: Richard L Costella Esquire | rcostella@tydings.com | Email |
| Tydings & Rosenberg LLP | Attn: Dennis J. Shaffer | dshaffer@tydings.com | Email |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)