IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 29, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Seventh Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 Through August 31, 2025 [Docket No. 923]**

Dated: October 1, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 1st day of October, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **EXHIBIT A**

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Diamond Comic Distributors, Inc., c/o Getzler Henrich & Associates LLC | Robert Gorin | rgorin@getzlerhenrich.com | Email |
| Lowenstein Sandler LLP | Bruce S. Nathan<br>Gianfranco Finizio<br>Chelsea Frankel<br>Michael Papandrea | bnathan@lowenstein.com;<br>gfinizio@lowenstein.com;<br>cfrankel@lowenstein.com;<br>mpapandrea@lowenstein.com | Email |
| Office of the United States Trustee for the District of Maryland | Gerard R. Vetter<br>Hugh M. Bernstein | gerard.r.vetter@usdoj.gov;<br>hugh.m.bernstein@usdoj.gov | Email |
| Saul Ewing LLP | Jeffrey C. Hampton<br>Adam H. Isenberg<br>Turner N. Falk<br>Paige N. Topper<br>Nicholas Smargiassi | jeffrey.hampton@saul.com;<br>adam.isenberg@saul.com;<br>turner.falk@saul.com;<br>paige.topper@saul.com;<br>nicholas.smargiassi@saul.com | Email |
| Troutman Pepper Locke LLP | Jonathan W. Young<br>David Ruediger<br>Katherine Culbertson | jonathan.young@troutman.com;<br>david.ruediger@troutman.com;<br>katherine.culbertson@troutman.com | Email |
| Tydings & Rosenberg LLP | Stephen B. Gerald<br>Dennis Shaffer | sgerald@tydings.com;<br>dshaffer@tydings.com | Email |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)