UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., et al.<br><br>    Debtors.[1] | Jointly Administered under<br>Case No. 25-10308-DER<br>Chapter 11 |

**LIMITED OBJECTION TO THE ENTRY OF A FINAL ORDER ON THE THIRD MONTHLY FEE APPLICATION OF STEPHENSON HARWOOD LLP, SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE (I) MONTHLY PERIOD FROM JULY 1, 2025 THROUGH AUGUST 31, 2025, AND (II) FINAL PERIOD FROM JANUARY 14, 2025 THROUGH AUGUST 31, 2025  [Dkt. 895]**

The *Consignment Group* (the "Consignors"),[2] by and through its undersigned counsel, files this Limited Objection to the Third Monthly Fee Application of Stephenson Harwood LLP, Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the (I) Monthly Period from July 1, 2025 through August 31, 2025, and (II) Final Period from January 14, 2025 through August 31, 2025 [Dkt. 895] (the "Final Fee Application").

The Consignors do not object to the allowance of the compensation sought in the Final Fee Application, but rather the Debtors' authorization to immediately pay the fee award that is contained in the proposed order, which states:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] The Consignors are comprised of 14 different consignors. The Consignors believe that this objection is in the best interest of all similarly-situated consignors.

      3. The Debtors are hereby authorized to remit payment to Stephenson Harwood all allowed amounts of fees and expenses approved by this Order, less any amounts already paid pursuant to the Interim Compensation Order.

There exists a substantial risk of administrative insolvency in the Debtors' cases. No payment to an administrative claimant should be made on a final basis to the potential detriment of other administrative claimants simply due to the timing of approval. The final award should not be immediately payable at this time or without adequate protections in place to ensure a ratable distribution among all similarly situated administrative claimants in the event of administrative insolvency.

Dated: October 2, 2025

Respectfully Submitted,

/s/ Craig M. Palik
Craig M. Palik, Esquire (Bar No 15254)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770 T: (301) 441-2420
cpalik@mhlawyers.com
jfasano@mhlawyers.com
jnesse@mhlawyers.com

Attorneys for the Consignment Group

Aspen MLT, LLC, a/k/a Aspen Comics,
Black Mask Studios, LLC,
Dark Horse Comics, Inc
DSTLRY Media, Inc.,
Dynamic Forces, Inc. a/k/a Dynamite Entertainment,
Heavy Metal International, LLC,
Magnetic Press, LLC,
Massive Publishing, LLC,
Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC,
Panini UK Ltd.,
Punk Bot Comic Books, LLC a/k/a Alien Books,
The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and

Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy

Case 25-10308   Doc 931   Filed 10/02/25   Page 3 of 6

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Line Reserving the Right to Object to the Entry of a Final Order on the Third Monthly Fee Application of Stephenson Harwood LLP, Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the (I) Monthly Period from July 1, 2025 through August 31, 2025, and (II) Final Period from January 14, 2025 through August 31, 2025 [Dkt. 895] will be served electronically by the Court's CM/ECF system on the following:

Sam Alberts     sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com

Peter J Artese     peter.artese@us.dlapiper.com

Jan Berlage     JBerlage@GHSLLP.com, tcollins@ghsllp.com

Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov

Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com; delawaredocketing@polsinelli.com

Laura Skowronski Bouyea     lsbouyea@venable.com, dmdierdorff@venable.com

Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com

Andrew Brown     abrown@klestadt.com

Darek Bushnaq     dsbushnaq@venable.com

Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com;zjones@tydings.com; swilliams@tydings.com

David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com; rleibowitz@perkinscoie.com

G. David Dean     ddean@coleschotz.com, PRatkowiak@coleschotz.com

Mark L Desgrosseilliers     desgross@chipmanbrown.com, fusco@chipmanbrown.com

Emily Devan     edevan@milesstockbridge.com

Ellen E. Dew     ellen.dew@us.dlapiper.com

Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com

Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com

Gianfranco Finizio     gfinizio@lowenstein.com

Adam Fletcher     afletcher@bakerlaw.com

Chelsea R Frankel     cfrankel@lowenstein.com

Stephen B. Gerald     sgerald@tydings.com

Christopher J. Giaimo     christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com

Joshua Glikin     jglikin@shulmanrogers.com, abogert@shulmanrogers.com, tlewis@shulmanrogers.com

Jonathan A. Grasso     jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com

Zvi Guttman     zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Jeffrey C. Hampton     jeffrey.hampton@saul.com

Jason F Hoffman     jhoffman@bakerlaw.com

Catherine Keller Hopkin     chopkin@yvslaw.com, pgomez@yvslaw.com; kreese@yvslaw.com;vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com

James R. Irving     james.irving@dentons.com

Adam H Isenberg     adam.isenberg@saul.com

Harry Conrad Jones     HJones@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com

Toyja E. Kelley     toyja.kelley@lockelord.com

C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage     korphagee@whiteandwilliams.com

Jung Yong Lee     jlee@milesstockbridge.com, mhickman@tydings.com

Gary H. Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com

Thomas J. McKee     mckeet@gtlaw.com, smedsa@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-0902@ecf.pacerpro.com

Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com

Randy Moonan     rmoonan@sillscummis.com

Bruce S. Nathan     bnathan@lowenstein.com

Craig Palik     cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com; Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com; cmartin@mhlawyers.com

Michael Papandrea     mpapandrea@lowenstein.com

Steven Gregory Polard     steven.polard@ropers.com, loriann.zullo@ropers.com; calendar-LAO@ropers.com

Scott Prince     sprince@bakerlaw.com

Jonathan Gary Rose     jonathan.rose@us.dlapiper.com

Jordan Rosenfeld     jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com

Dennis J. Shaffer     dshaffer@tydings.com, scalloway@tydings.com; mhickman@tydings.com; jlee@tydings.com

Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com; errol.chapman@troutman.com; toyja.kelley@troutman.com

Nicholas Smargiassi     nicholas.smargiassi@saul.com

Brent C. Strickland     bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com; brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers     summersm@ballardspahr.com, branchd@ballardspahr.com; heilmanl@ballardspahr.com; ambroses@ballardspahr.com; zarnighiann@ballardspahr.com; carolod@ballardspahr.com; cromartie@ballardspahr.com; stammerk@ballardspahr.com; brannickn@ballardspahr.com

S. Jason Teele     steele@sillscummis.com

Paige Noelle Topper     paige.topper@saul.com

US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV

*/s/ Craig M. Palik*
Craig M. Palik