IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

| | |
|---|---|
| DIAMOND COMIC DISTRIBUTORS, INC., | : Chapter 11 |
| Debtor | : No. 25-10308-DER |

## MOTION OF 207 REDCO, LLC FOR ADMINISTRATIVE EXPENSE

207 Redco, LLC ("Redco"), a creditor, by its undersigned attorneys, files this Motion for an Order granting the allowance and requiring payment of an administrative expense claim (the "Motion") owed by Diamond Comic Distributors, Inc. (the "Debtor"), and in support thereof, states as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 157 and 1334. Venue is proper pursuant to 28 U.S.C. 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(B). Redco consents to the entry of a final order by the Bankruptcy Court on the relief sought in this Motion.

2. The Relief sought by this Motion is based upon Section 503(b) of the United States Bankruptcy Code (the "Bankruptcy Code").

### Background

3. The Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on January 14, 2025 (the "Petition Date").

4. Redco is the owner of the real property located at 207 Redco Avenue, Red Lion, Pennsylvania 17356 (the "Premises").

5. On April 9, 2018, Redco entered into a lease (the "Lease Agreement") for the Premises pursuant to which the Debtor rented the Premises from Redco on the terms and conditions contained therein. A copy of the Lease Agreement is attached hereto as Exhibit "A".

6. The Lease Agreement was assigned by the Debtor to Universal Distribution, LLC ("Universal") on or about May 14, 2025.

7. Since the Petition Date, and subsequent to the date by which Redco could object to the cure amount set forth in the Debtor's Notice of Possible Assumption and Assignment of Certain Executory Contracts and unexpired Leases (Doc. No. 160), but prior to the date of the

13440835.1

assignment of the Lease Agreement by the Debtor to Universal, the Debtor has become indebted to Redco for expenses incurred under the Lease Agreement for which Redco has not been paid as follows:

        4/24/25 - $8,504.41
        4/9/25 -  $  594.54
        Total -   $9,098.95

  8. Redco has submitted the invoices attached as Exhibit "B" for the unpaid expenses to the Debtor, for which it has not been paid.

### Argument

  9. By this Motion, Redco seeks allowance and payment of a Chapter 11 administrative expense in the amount of $9,098.95 (the "Chapter 11 Administrative Expense Claim").

  10. Section 503(b)(1) of the Bankruptcy Code provides that, after notice and a hearing, there shall be an allowed administrative expense claim for "the actual, necessary costs and expense of preserving the estate". 11 U.S.C. Section 503(b)(1)(A). "[A]n administrative expense claim will be allowed [under section 503(b)(1)(A) of the Bankruptcy Code] where the expense (1) arises post-petition; and (2) is beneficial to the Debtor's estate." *In re: Lease-A-Fleet, Inc.*, 140 B.R. 840, 845 (Bankr. E.D. Pa. 1992).

  11. In this case, the services provided were provided to, and the expenses incurred by, the Debtor post-petition as the Debtor was in possession of the Premises.

13440835.1

WHEREFORE, 207 Redco, LLC respectfully requests that this Court enter an Order: (1) granting it an allowed Chapter 11 administrative expense claim under 11 U.S.C. Section 503(b)(1)(A) in the amount of $9,098.95; and (2) granting such other relief as is just and equitable.

Dated:  10/3/2025

Respectfully submitted:

BARLEY SNYDER

By:  /s/ Matthew G. Brushwood
Matthew G. Brushwood, Esquire
Bar I.D. 2109220013
2755 Century Blvd.
Wyomissing, PA  19610
610-898-7165
mbrushwood@barley.com
Counsel for 207 Redco, LLC

13440835.1