**EXHIBIT "B"**

**207 Redco, LLC**
207 Redco Avenue
Red Lion, PA  17356
USA

Voice:   717-378-3060
Fax:     717-378-3034

# INVOICE

Invoice Number: 2025-0040
Invoice Date:   Apr 24, 2025
Page:           1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Diamond Comic Distributors, Inc<br>10150 York Road, Suite 300<br>Hunt Valley, MD  21030 | Diamond Comic Distributors, Inc<br>10150 York Road, Suite 300<br>Hunt Valley, MD  21030 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DIAMOND COMIC | | 05/24/25 | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 5/24/25 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | 2024 Cam Balance Due (207 Redco Ave.) | | 8,504.41 |
| | | Subtotal | | 8,504.41 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 8,504.41 |
| | | Payment/Credit Applied | | |
| | | **TOTAL** | | **8,504.41** |

Check/Credit Memo No:

# INVOICE

**207 Redco, LLC**
207 Redco Avenue
Red Lion, PA  17356
USA

Voice:  717-378-3060
Fax:    717-378-3034

Invoice Number:  2025-0038
Invoice Date:    Apr 9, 2025
Page:            1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Diamond Comic Distributors, Inc<br>10150 York Road, Suite 300<br>Hunt Valley, MD  21030 | Diamond Comic Distributors, Inc<br>10150 York Road, Suite 300<br>Hunt Valley, MD  21030 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DIAMOND COMIC | | 05/09/25 | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 5/9/25 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Door Repair Labor + Materials (Alliance Gaming 207 Redco Ave.) | | 594.54 |
| | | Subtotal | | 594.54 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 594.54 |
| | | Payment/Credit Applied | | |
| | | **TOTAL** | | 594.54 |

Check/Credit Memo No: