IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

DIAMOND COMIC DISTRIBUTORS, INC.,   : Chapter 11
         Debtor   : No. 25-10308-DER

## ORDER GRANTING MOTION OF 207 REDCO, LLC FOR ADMINISTRATIVE EXPENSE

Having read and considered the Motion of 207 Redco, LLC for Allowance of Chapter 11 Administrative Expense (the "Motion"), and any objections, and the following relief appearing proper under the circumstances, it is hereby:

**ORDERED** that the Motion is Granted; and it is further

**ORDERED** that pursuant to 11 U.S.C. Section 503(b), 207 Redco, LLC is granted an allowed Chapter 11 priority administrative expense claim in the amount of $9,098.95 without prejudice to its rights to seek further administrative claims.

END OF ORDER

Copies to:
All parties receiving notice via CM/ECF
All parties receiving notice via mail
Debtor

13440835.1