IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

| | |
|---|---|
| DIAMOND COMIC DISTRIBUTORS, INC., | : Chapter 11 |
| Debtor | : No. 25-10308-DER |

**NOTICE OF MOTION OF 207 REDCO, LLC FOR ADMINISTRATIVE EXPENSE**

**PLEASE TAKE NOTICE** that 207 Redco, LLC, a creditor, by its undersigned attorneys, files this Motion for an order granting the allowance and requiring payment of an administrative expense claim in the amount of $9,098.95 (the "Motion").

**PLEASE TAKE NOTICE** that if you intend to object to the Motion you must, within 21 days after the mailing of this Notice, file and serve a written objection to the Motion together with the proposed Order required by Local Bankruptcy Rule 9072-1. The objection and proposed Order must be filed with the Clerk, U.S. Bankruptcy Court, 101 W. Lombard St., Ste. 8530, Baltimore, MD 21201 and served (by delivery or by mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

Dated: 10/3/2025                                            Respectfully submitted:

BARLEY SNYDER

By:     /s/ Matthew G. Brushwood
        Matthew G. Brushwood, Esquire
        Bar I.D. 2109220013
        2755 Century Blvd.
        Wyomissing, PA 19610
        610-898-7165
        mbrushwood@barley.com
        Counsel for 207 Redco, LLC

13440835.1