IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

DIAMOND COMIC DISTRIBUTORS, INC.,     : Chapter 11
            Debtor     : No. 25-10308-DER

## CERTIFICATE OF SERVICE

    I hereby certify that on October 3, 2025, a true and correct copy of the Motion of 207 Redco, LLC for Administrative Expense, Notice of Motion, proposed Order, exhibits, and Certificate of Service were served by the Court's ECF system upon the parties listed on the attached mailing matrix.

    I further certify that on October 3, 2025, a true and correct copy of the Motion of 207 Redco, LLC for Administrative Expense, Notice of Motion, proposed Order, exhibits, and Certificate of Service were served by first class mail upon the parties on the attached list.

Dated: 10/3/2025            Respectfully submitted:

                                           BARLEY SNYDER

           By:     /s/ Matthew G. Brushwood
                         Matthew G. Brushwood, Esquire
                         Bar I.D. 2109220013
                         2755 Century Blvd.
                         Wyomissing, PA 19610
                         610-898-7165
                         mbrushwood@barley.com
                         Counsel for 207 Redco, LLC

13440835.1