# Mailing Information for Case 25-10308

**Electronic Mail Notice List** - Parties in the case only

- Sam Alberts    sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Peter J Artese    peter.artese@us.dlapiper.com
- Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- Andrew Brown    abrown@klestadt.com
- Darek Bushnaq    dsbushnaq@venable.com
- Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
- David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
- G. David Dean    ddean@coleschotz.com, PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com
- Emily Devan    edevan@milesstockbridge.com
- Ellen E. Dew    ellen.dew@us.dlapiper.com
- Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio    gfinizio@lowenstein.com
- Adam Fletcher    afletcher@bakerlaw.com
- Chelsea R Frankel    cfrankel@lowenstein.com
- Stephen B. Gerald    sgerald@tydings.com
- Christopher J. Giaimo    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin    jglikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com
- Jonathan A. Grasso    jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- Jeffrey C. Hampton    jeffrey.hampton@saul.com
- Jason F Hoffman    jhoffman@bakerlaw.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- James R. Irving    james.irving@dentons.com
- Adam H Isenberg    adam.isenberg@saul.com
- Harry Conrad Jones    HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Toyja E. Kelley    toyja.kelley@lockelord.com
- C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- Eric George Korphage    korphagee@whiteandwilliams.com
- Jung Yong Lee    jlee@milesstockbridge.com, mhickman@tydings.com
- Gary H. Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- Thomas J. McKee    mckeet@gtlaw.com, smedsa@gtlaw.com,Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
- Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
- Randy Moonan    rmoonan@sillscummis.com
- Bruce S. Nathan    bnathan@lowenstein.com
- Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
- Michael Papandrea    mpapandrea@lowenstein.com
- Steven Gregory Polard    steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
- Scott Prince    sprince@bakerlaw.com
- Jonathan Gary Rose    jonathan.rose@us.dlapiper.com
- Jordan Rosenfeld    jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer    nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- Nicholas Smargiassi    nicholas.smargiassi@saul.com
- Brent C. Strickland    bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- Matthew G. Summers    summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardsp
- S. Jason Teele    steele@sillscummis.com
- Paige Noelle Topper    paige.topper@saul.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

**Abstract Studio, Inc.**
c/o Robyn Moore
PO Box 271487
Houston, TX 77277

**Nicholas J. Brannick**
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

**Sara Chenetz**
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

**Katherine Culbertson**
Troutman Pepper Locke LLP
111 South Wacker Drive, Suite 4100
Chicago, IL 60606

**Jane Davidson**
NOLAN HEIMANN LLP
16000 Ventura Boulevard, Suite 1200
Encino, CA 91436

**Junior Dufort**
PERKINS COIE LLP
700 Thirteenth Street N.W., Suite 800
Washington, DC 20005

**Graphitti Designs**
33159 Camino Capistrano Suite G.
c/o Robert W. Chapman
San Juan Capistrano, CA 92675

**Jason Koral**
641 Lexington Avenue, 13th Floor
New York, NY 10022

**Jeffrey Kramer**
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

13448297.1

**Liminal Exports LLC**
1500 Chagrin River Road #361
Gates Mills, OH 44040

**Molten Core Media, LLC dba Magma Comix**
3130 Whittier St.
c/o Denton J. Tipton
San Diego, CA 92106

**NBM Publishing Inc.**
300 E. 54th Street 12c
Attn: Terry Nantier
New York, NY 10022

**New York State Department of Taxation and Finance**
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-5300

**Kori Pruett**
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601

**David L. Ruediger**
Troutman Pepper Locke LLP
111 Huntington Avenue
Boston, MA 02199

**Skyrush Marketing, Inc.**
80 Orville Dr.
Attn: Andrew Aiello
Bohemia, NY 11716

**Gregory Stuhlman**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

13448297.1

**Stephanie R. Sweeney**
Klestadt Winters Jureller
Southard & Stevens, LLP
200 West 41st Street 17th Fl
New York, NY 10036

**TN Dept of Revenue**
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

**TwoMorrows Publishing**
10407 Bedfordtown Drive
c/o John Morrow
Raleigh, NC 27614

**Angela Veach**
1146 Windermere Run
O'Fallon, IL 62269

**Angela Veach**
6604 Grant Cover
Olive Branch, MS 38654

**William M. Gaines, Agent Inc.**
3975 Little John Drive
c/o Cathy Gaines Mifsud, President
York, PA 17408

**William M. Gaines, Agent, Inc.**
c/o Lanning G. Bryer
1040 Avenue of the Americas
New York, NY 10018

**Jamilla Justine Willis**
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

**Ian Winters**
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Fl
New York, NY 10036

13448297.1

**Jonathan W. Young**
Troutman Pepper Locke LLP
701 8th Street, N.W., Suite 500
Washington, DC 20001

**Diamond Comic Distributors, Inc.**
10150 York Road, Ste. 300
Hunt Valley, MD  21030

13448297.1