# EXHIBIT A

**Subpoena**

56434973.1

Case 25-10308   Doc 934-1   Filed 10/03/25   Page 2 of 3

B2550 (Form 2550- Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT
### District of Maryland

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>　　　　　Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

**TO:** Mr. Tom Garey, Diamond Comic Distributors, Inc., 10150 York Rd., Suite 250, Hunt Valley, Maryland 21030

☒ *Testimony*: **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE<br>**United States Bankruptcy Court for the District of Maryland**<br>**101 West Lombard Street**<br>**Baltimore, MD 21201** | COURTROOM: **9 D** |
|---|---|
| | DATE AND TIME<br>**October 22, 2025 at 10:00 a.m. (ET)** |

You must also bring with you the following documents, electronically stored information, or objects (*leave blank if not applicable*):

　　　　The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: October 1, 2025

　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　OR

　　　_____　　　_____
　　　　　*Signature of Clerk or Deputy Clerk*　　　　　　　　　　　*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing <u>Diamond Comic Distributors, Inc.</u>, who issues or requests this subpoena, are:

**Jordan D. Rosenfeld, Esquire, Saul Ewing LLP, 1001 Fleet Street, 9th Floor, Baltimore, Maryland 21202, (410) 332-8600, jordan.rosenfeld@saul.com**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF MARYLAND, BALTIMORE DIVISION

| | |
|---|---|
| In re: Diamond Comic Distributors, Inc., et al.<br>Plaintiff/Petitioner<br>vs.<br>·<br>Defendant/Respondent | Cause No.: **25-10308 (DER)**<br>Hearing Date: **10/22/2025**<br><br>DECLARATION OF SERVICE OF<br>**Servee Check for Tom Garey ($65.20); SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of October, 2025** at **2:53 PM** at the address of **10150 York Rd Ste 250, Cockeysville, Baltimore County, MD 21030**; the undersigned served the above described documents upon **Tom Garey** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Tom Garey, I delivered the documents to Tom Garey with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Maryland that the statement above is true and correct.

Date: 10/02/25

_(signature)_

**Yetunde Abdul-Okunola**
Yetunde Abdul-Okunola
15 Treeway ct Apt 3A, Towson, MD 21286
347-845-7860

REF: **Diamond Comic**

PAGE 1 OF 1
ORIGINAL PROOF OF SERVICE




Tracking #: **0189045177**