**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## STATUS REPORT REGARDING MOTION TO COMPEL

Dynamic Forces, Inc. ("Dynamite" or "Movant"),, by undersigned counsel, hereby files this status report regarding its Motion to Compel Discovery Responses (the "Motion to Compel") with respect to its Application for Administrative Expenses (the "Motion," Docket No. 462), and states as follows:

On September 25 and 26, 2025, the Debtor provided document production and interrogatory responses to Dynamite. On October 3, 2025, Dynamite provided the Debtor with its demands for supplementation of the discovery responses. Dynamite is requesting that that document requests be supplemented by October 10, 2025. Dynamite will provide a further status report on October 10, 2025.

Dated: October 3, 2025            Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (Fed Bar No. 28659)
McNamee Hosea *et al*
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for Dynamic Forces, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this October 3, 2025, a true and correct copy of the foregoing has been furnished by ECF transmission to:

Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com

Peter J Artese peter.artese@us.dlapiper.com

Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com, delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com

Andrew Brown abrown@klestadt.com

Darek Bushnaq dsbushnaq@venable.com

Richard L. Costella rcostella@tydings.com, scalloway@tydings.com, zjones@tydings.com, swilliams@tydings.com

David W.T. Daniels ddaniels@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com, KMcClure@perkinscoie.com, rleibowitz@perkinscoie.com

G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com

Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com

Emily Devan edevan@milesstockbridge.com

Ellen E. Dew ellen.dew@us.dlapiper.com

Turner Falk turner.falk@saul.com,
tnfalk@recap.email,
Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com,
janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Adam Fletcher afletcher@bakerlaw.com

Chelsea R Frankel cfrankel@lowenstein.com

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com,
christopher-j-giaimo-6409@ecf.pacerpro.com

Joshua Glikin jglikin@shulmanrogers.com,
abogert@shulmanrogers.com,
tlewis@shulmanrogers.com

Jonathan A. Grasso jgrasso@yvslaw.com,
pgomez@yvslaw.com,
r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com,
MD55@ecfcbis.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Jason F Hoffman jhoffman@bakerlaw.com

Catherine Keller Hopkin chopkin@yvslaw.com,
pgomez@yvslaw.com,

kreese@yvslaw.com,
vmichaelides@yvslaw.com,
yvslawcmecf@gmail.com,
hopkincr39990@notify.bestcase.com

James R. Irving james.irving@dentons.com

Adam H Isenberg adam.isenberg@saul.com

Harry Conrad Jones HJones@coleschotz.com,
bankruptcy@coleschotz.com,
pratkowiak@coleschotz.com

Toyja E. Kelley toyja.kelley@lockelord.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com,
docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@milesstockbridge.com,
mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com,
bankruptcy@coleschotz.com,
lmorton@coleschotz.com

Thomas J. McKee mckeet@gtlaw.com,
smedsa@gtlaw.com,
Karrie.Barbaro@gtlaw.com,
thomas--mckee-0902@ecf.pacerpro.com

Mark Minuti mark.minuti@saul.com,
robyn.warren@saul.com

Randy Moonan rmoonan@sillscummis.com

Bruce S. Nathan bnathan@lowenstein.com

Craig Palik cpalik@mhlawyers.com,
cpalik@ecf.inforuptcy.com,
Palik.CraigR92003@notify.bestcase.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com,
loriann.zullo@ropers.com,
calendar-LAO@ropers.com

Scott Prince sprince@bakerlaw.com

Jonathan Gary Rose jonathan.rose@us.dlapiper.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com,
lianna.sarasola@arlaw.com

Dennis J. Shaffer dshaffer@tydings.com,
scalloway@tydings.com,
mhickman@tydings.com,
jlee@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com,
jonathan.young@troutman.com,
david.ruediger@troutman.com,
errol.chapman@troutman.com,
toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com,
brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers summersm@ballardspahr.com,
branchd@ballardspahr.com,
heilmanl@ballardspahr.com,
ambroses@ballardspahr.com,
zarnighiann@ballardspahr.com,
carolod@ballardspahr.com,
cromartie@ballardspahr.com,
stammerk@ballardspahr.com,
brannickn@ballardspahr.com

S. Jason Teele steele@sillscummis.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

/s/ Justin P. Fasano
Justin P. Fasano