# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.¹ | (Jointly Administered) |
| | **Re:  D.I. 747, 791, & 901** |

## THIRD STIPULATION TO EXTEND OBJECTION DEADLINE

The above-captioned debtors and debtors in possession (the "Debtors"), JPMorgan Chase Bank, N.A ("JPM"), the Official Committee of Unsecured Creditors (the "Committee"), and the Consignment Group, by and through their undersigned counsel, hereby stipulate that the Debtors', JPM's, and the Committee's deadline to object to the *Motion Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts with Members of the Consignment Group; and for Related Relief* [D.I. 747] is further extended to October 17, 2025.

[*Remainder of Page Left Intentionally Blank*]

---

¹ The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

56138617.3

Dated: October 7, 2025

| | |
|---|---|
| **SAUL EWING LLP** | **TROUTMAN PEPPER LOCKE LLP** |
| /s/ *Jordan D. Rosenfeld* | /s/ *Jonathan W. Young* |
| Jordan D. Rosenfeld (MD Bar No. 13694) | Jonathan W. Young (admitted *pro hac vice*) |
| 1001 Fleet Street, 9th Floor | Toyja E. Kelley (Bar No. 26949) |
| Baltimore, MD 21202 | Indira K. Sharma (Bar No. 28269) |
| Telephone: (410) 332-8600 | 701 8th St., N.W., Suite 500 |
| jordan.rosenfeld@saul.com | Washington, D.C. 20001 |
| | Telephone: (202) 220-6900 |
| -and- | Email: Toyja.Kelley@troutman.com |
| | Indira.Sharma@troutman.com |
| Jeffrey C. Hampton (admitted *pro hac vice*) | Jonathan.Young@troutman.com |
| Adam H. Isenberg (admitted *pro hac vice*) | |
| Turner N. Falk (admitted *pro hac vice*) | -and- |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102 | David L. Ruediger (admitted *pro hac vice*) |
| Telephone: (215) 972-7777 | 111 Huntington Avenue |
| jeffrey.hampton@saul.com | Boston, MA 02199 |
| adam.isenberg@saul.com | Tel: (617) 239-0100 |
| turner.falk@saul.com | Email: David.Ruediger@troutman.com |
| | |
| -and- | *Counsel for JPMorgan Chase Bank N.A.* |
| | |
| Mark Minuti (admitted *pro hac vice)* | |
| Paige N. Topper (admitted *pro hac vice*) | **TYDINGS & ROSENBERG LLP** |
| Nicholas Smargiassi (admitted *pro hac vice*) | |
| 1201 N. Market Street, Suite 2300 | /s/ *Dennis J. Shaffer* |
| Wilmington, DE 19801 | Dennis J. Shaffer (MD Bar No. 25680) |
| Telephone: (302) 421-6800 | Stephen B. Gerald (MD Bar No. 26590) |
| mark.minuti@saul.com | 1 East Pratt Street, Suite 901 |
| paige.topper@saul.com | Baltimore, MD 21202 |
| nicholas.smargiassi@saul.com | Telephone: (410) 752-9700 |
| | dshaffer@tydings.com |
| *Counsel for Debtors and Debtors in Possession* | sgerald@tydings.com |
| | |
| | -and- |

56138617.3

**LOWENSTEIN SANDLER LLP**

Bruce S. Nathan (admitted *pro hac vice)*
Gianfranco Finizio (admitted *pro hac vice*)
Chelsea R. Frankel (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
BNathan@lowenstein.com
GFinizio@lowenstein.com
CFrankel@lowenstein.com

-and-

Michael Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 422-6410
MPapandrea@lowenstein.com

*Counsel for the Official*
*Committee of Unsecured Creditors*


**McNAMEE HOSEA, P.A.**

/s/ *Craig M. Palik*
Craig M. Palik, Esquire (Bar No 15254)
Justin P. Fasano, Esquire
Janet M. Nesse, Esquire
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770 T: (301) 441-2420
cpalik@mhlawyers.com
jfasano@mhlawyers.com
jnesse@mhlawyers.com

*Counsel for the Consignment Group*

56138617.3