UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

|   |   |
|---|---|
| IN RE: | ) Jointly Administered under |
| | ) Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC., et al. | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) |

**LIMITED OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION AMONG DEBTORS, DIAMOND COMICS DISTRIBUTORS II LLC AND AIREIT MEMPHIS DC LLC REGARDING ASSUMPTION AND ASSIGNMENT OF UNEXPIRED REAL ESTATE LEASE, AS AMENDED, TO DIAMOND COMICS DISTRIBUTORS II LLC [Dkt. 926]**

The *Consignment Group* (the "Consignors"),[2] by and through its undersigned counsel, files this Limited Objection to Debtors' Motion for Entry of an Order Approving Stipulation Among Debtors, Diamond Comics Distributors II LLC and Aireit Memphis DC LLC Regarding Assumption and Assignment of Unexpired Real Estate Lease, as Amended, to Diamond Comics Distributors II LLC [Dkt. 926] (the "Motion") and as referenced therein, the Certificate of Counsel Regarding Stipulation Among Debtors, Diamond Comics Distributors II LLC and Aireit Memphis DC LLC Regarding Assumption and Assignment of Unexpired Real Estate Lease, as Amended, to Diamond Comics Distributors II LLC [Dkt. 912] (the "Stipulation of Settlement").

The Consignors object to the payment of an administrative expense claim to the Debtor's landlord in excess of $500,000.00 given the substantial risk of administrative insolvency in the

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] The Consignors are comprised of 14 different consignors. The Consignors believe that this objection is in the best interest of all similarly-situated consignors.

Debtors' cases. In fact, the monthly operating reports filed by Diamond Comic Distributors, Inc. reflect a deepening insolvency:

|  | January 2025 | February 2025 | March 2025 | April 2025 | May 2025 | June 2025 | July 2025 | August 2025 |
|---|---|---|---|---|---|---|---|---|
| Employees | 478 | 462 | 456 | 456 | 394 | 0 | 0 | 0 |
| Disbursements | $13,683,765 | $31,600,828 | $25,132,240 | $22,744,341 | $27,230,468 | $9,421,461 | $4,958,375 | $4,432,206 |
| Equity | $5,695,551 | $2,422,745 | $269,300 | ($5,224,936) | ($30,570,469) | ($32,001,477) | ($28,512,252) | ($38,026,434) |
| Profit | $2,018,090 | $1,700,394 | ($10,110,858) | ($1,700,394) | ($715,328) | ($41,591,837) | ($587,442) | ($1,086,412) |

No payment to an administrative claimant should be made on a final basis to the potential detriment of other administrative claimants simply due to the timing of approval. The payment of an administrative expense should not be approved at this time or without adequate protections in place to ensure a ratable distribution among all similarly situated administrative claimants in the event of administrative insolvency.

Dated: October 8, 2025                                          Respectfully Submitted,

/s/ Craig M. Palik
Craig M. Palik, Esquire (Bar No 15254)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
T: (301) 441-2420
cpalik@mhlawyers.com
*Attorneys for the Consignment Group*

Aspen MLT, LLC, a/k/a Aspen Comics,
Black Mask Studios, LLC,
Dark Horse Comics, Inc
DSTLRY Media, Inc.,
Dynamic Forces, Inc. a/k/a Dynamite Entertainment,
Heavy Metal International, LLC,
Magnetic Press, LLC,
Massive Publishing, LLC,
Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC,
Panini UK Ltd.,
Punk Bot Comic Books, LLC a/k/a Alien Books,
The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and

Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Objection will be served electronically by the Court's CM/ECF system on the following:

Sam Alberts     sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com

Peter J Artese     peter.artese@us.dlapiper.com

Jan Berlage     JBerlage@GHSLLP.com, tcollins@ghsllp.com

Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov

Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com; delawaredocketing@polsinelli.com

Laura Skowronski Bouyea     lsbouyea@venable.com, dmdierdorff@venable.com

Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com

Andrew Brown     abrown@klestadt.com

Darek Bushnaq     dsbushnaq@venable.com

Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com;zjones@tydings.com; swilliams@tydings.com

David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com; rleibowitz@perkinscoie.com

G. David Dean     ddean@coleschotz.com, PRatkowiak@coleschotz.com

Mark L Desgrosseilliers     desgross@chipmanbrown.com, fusco@chipmanbrown.com

Emily Devan     edevan@milesstockbridge.com

Ellen E. Dew     ellen.dew@us.dlapiper.com

Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com

Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com

Gianfranco Finizio     gfinizio@lowenstein.com

Adam Fletcher     afletcher@bakerlaw.com

Chelsea R Frankel     cfrankel@lowenstein.com

Stephen B. Gerald    sgerald@tydings.com

Christopher J. Giaimo    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com

Joshua Glikin    jglikin@shulmanrogers.com, abogert@shulmanrogers.com, tlewis@shulmanrogers.com

Jonathan A. Grasso    jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com

Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Jeffrey C. Hampton    jeffrey.hampton@saul.com

Jason F Hoffman    jhoffman@bakerlaw.com

Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com; kreese@yvslaw.com;vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com

James R. Irving    james.irving@dentons.com

Adam H Isenberg    adam.isenberg@saul.com

Harry Conrad Jones    HJones@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com

Toyja E. Kelley    toyja.kelley@lockelord.com

C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage    korphagee@whiteandwilliams.com

Jung Yong Lee    jlee@milesstockbridge.com, mhickman@tydings.com

Gary H. Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com

Thomas J. McKee    mckeet@gtlaw.com, smedsa@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-0902@ecf.pacerpro.com

Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com

Randy Moonan    rmoonan@sillscummis.com

Bruce S. Nathan    bnathan@lowenstein.com

Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com; Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com; cmartin@mhlawyers.com

Michael Papandrea    mpapandrea@lowenstein.com

Steven Gregory Polard     steven.polard@ropers.com, loriann.zullo@ropers.com; calendar-LAO@ropers.com

Scott Prince     sprince@bakerlaw.com

Jonathan Gary Rose     jonathan.rose@us.dlapiper.com

Jordan Rosenfeld     jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com

Dennis J. Shaffer     dshaffer@tydings.com, scalloway@tydings.com; mhickman@tydings.com; jlee@tydings.com

Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com; errol.chapman@troutman.com; toyja.kelley@troutman.com

Nicholas Smargiassi     nicholas.smargiassi@saul.com

Brent C. Strickland     bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com; brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers     summersm@ballardspahr.com, branchd@ballardspahr.com; heilmanl@ballardspahr.com; ambroses@ballardspahr.com; zarnighiann@ballardspahr.com; carolod@ballardspahr.com; cromartie@ballardspahr.com; stammerk@ballardspahr.com; brannickn@ballardspahr.com

S. Jason Teele     steele@sillscummis.com

Paige Noelle Topper     paige.topper@saul.com

US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV

                                                    */s/ Craig M. Palik*
                                                    Craig M. Palik