# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# NOTICE

IN PERSON HEARING – Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 10/22/25 at 10:00 AM to consider and act upon the following:

926 – Debtors Motion for Entry of An Order Approving Stipulation Among Debtors, Diamond Comics Distributors II LLC and AIREIT Memphis DC LLC Regarding Assumption and Assignment of Unexpired Real Estate Lease, as Amended, to Diamond Comics Distributors II LLC. Notice Served on 10/1/2025, Filed by Diamond Comic Distributors, Inc.. Responses due by 10/22/2025. (Attachments: # 1 Exhibit A – Proposed Order # 2 Notice of Motion) (Rosenfeld, Jordan)

939 – Objection on behalf of Ad Hoc Committee of Consignors Filed by Catherine Keller Hopkin (related document(s)926 Motion to Approve Stipulation/Settlement and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.). (Hopkin, Catherine)

940 – Limited Objection on behalf of Aspen MLT, LLC /a/ka Aspen Comics, Black Mask Studios, LLC, DSTLRY Media, Inc., Dark Horse Comics, LLC, Dynamic Forces, Inc., Heavy Metal International, LLC, Magnetic Press, LLC, Massive Publishing, LLC, Oni–Lion Forge Publishing Group, LLC f/k/a Oni Press, Panini UK, Ltd., Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd., Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy Filed by Craig Palik (related document(s)926 Motion to Approve Stipulation/Settlement and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.). (Palik, Craig)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/9/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 08/13/2024)