# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10308 (DER)<br><br>Jointly Administered<br>**Re: Docket No. 120** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Cole Schotz P.C. hereby withdraws as counsel in the above-captioned cases on behalf of Bandai Namco Toys & Collectibles America, Inc., and Bandai Co., Ltd.

**PLEASE TAKE FURTHER NOTICE** that Steven G. Polard, Esquire of Ropers Majeski will remain as counsel of record for Bandai Namco Toys & Collectibles America, Inc.

Dated: October 9, 2025        **COLE SCHOTZ P.C.**

By: */s/ H.C. Jones*
Gary H. Leibowitz (Bar No. 24717)
H.C. Jones III (Bar No. 20064)
1201 Wills Street, Suite 320
Baltimore, MD 21231
(410) 230-0660
(410) 230-0667 (fax)
gleibowitz@coleschotz.com
hjones@coleschotz.com

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

69164/0001-51549898v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2025, a copy of the foregoing Notice of Withdrawal of Appearance was sent electronically through the CM/ECF system to all parties on the Electronic Mail Notice List for these cases.

*/s/ H.C. Jones*
H.C. Jones III (Bar No. 20064)