UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC.,<br>EIN: 521243450,<br><br>     Debtor. | Case No. 25-10308-DER<br><br>Chapter 11 |

### NOTICE OF MOTION OF ARA, INC. D/B/A LONE OAK PAYROLL
### FOR ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that ARA, Inc. d/b/a Lone Oak Payroll ("Lone Oak"), a creditor, by its undersigned attorneys, files this motion for an order granting the allowance and requiring payment of an administrative expense claim in the amount of $94,894.48 (the "Motion").

**PLEASE TAKE NOTICE** that if you intend to object to the Motion, you must, within 21 days after the mailing of this Notice, file and serve a written objection to the Motion together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk, U.S. Bankruptcy Court, 101 W. Lombard St., Suite 8530, Baltimore, MD 21201, and served by delivery or by mailing a copy upon the following:

| | |
|---|---|
| David G. Sommer<br>Jared S. Dvornicky<br>Gallagher LLP<br>218 N. Charles Street, Suite 400<br>Baltimore, MD 21201<br>*Counsel for Movant ARA, Inc. d/b/a Lone Oak Payroll* | U.S. Trustee<br>Garmatz Federal Courthouse<br>101 West Lombard Street, Suite 2625<br>Baltimore, MD 21201<br>*U.S. Trustee* |

 The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING**.  Further, the Court may grant the relief requested without a hearing if the objection filed states inadequate grounds for denial.  Any questions may be directed to undersigned counsel.

Respectfully submitted,

/s/ *David G. Sommer*
David G. Sommer, Bar. No. 27581
Jared S. Dvornicky, Bar. No. 19157
Gallagher LLP
218 N. Charles Street, Suite 400
Baltimore, MD   21201
Telephone:  410-951-1414
dsommer@gallagherllp.com
jdvornicky@gallagherllp.com

*Counsel for ARA, Inc. d/b/a Lone Oak Payroll*

Dated:  October 10, 2025

#956801

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Motion for Administrative Expense Claim and Motion for Allowance and Immediate Payment of Administrative Expense Claim will be served electronically by the Court's CM/ECF system on the following:

- Sam Alberts    sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Peter J Artese    peter.artese@us.dlapiper.com
- Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
- Andrew Brown    abrown@klestadt.com
- Matthew G. Brushwood    mbrushwood@barley.com, dkline@barley.com
- Darek Bushnaq    dsbushnaq@venable.com
- Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com; MYoung@tydings.com; zjones@tydings.com; swilliams@tydings.com
- David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com; rleibowitz@perkinscoie.com
- G. David Dean    ddean@coleschotz.com, PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com
- Emily Devan    edevan@milesstockbridge.com
- Ellen E. Dew    ellen.dew@us.dlapiper.com
- Turner Falk    turner.falk@saul.com, tnfalk@recap.email; Veronica.Marchiondo@saul.com
- Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio    gfinizio@lowenstein.com
- Adam Fletcher    afletcher@bakerlaw.com
- Chelsea R Frankel    cfrankel@lowenstein.com
- Stephen B. Gerald    sgerald@tydings.com
- Christopher J. Giaimo    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin    jglikin@shulmanrogers.com, abogert@shulmanrogers.com, tlewis@shulmanrogers.com

- Jonathan A. Grasso    jgrasso@yvslaw.com, pgomez@yvslaw.com; r39990@notify.bestcase.com
- Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
- Jeffrey C. Hampton    jeffrey.hampton@saul.com
- Jason F Hoffman    jhoffman@bakerlaw.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
- James R. Irving    james.irving@dentons.com
- Adam H Isenberg    adam.isenberg@saul.com
- Harry Conrad Jones    HJones@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com
- Toyja E. Kelley    toyja.kelley@lockelord.com
- C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- Eric George Korphage    korphagee@whiteandwilliams.com
- Jung Yong Lee    jlee@milesstockbridge.com, mhickman@tydings.com
- Gary H. Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
- Thomas J. McKee    mckeet@gtlaw.com, smedsa@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-0902@ecf.pacerpro.com
- Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
- Randy Moonan    rmoonan@sillscummis.com
- Bruce S. Nathan    bnathan@lowenstein.com
- Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com; Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com; cmartin@mhlawyers.com
- Michael Papandrea    mpapandrea@lowenstein.com
- Steven Gregory Polard    steven.polard@ropers.com, loriann.zullo@ropers.com; calendar-LAO@ropers.com
- Scott Prince    sprince@bakerlaw.com
- Jonathan Gary Rose    jonathan.rose@us.dlapiper.com
- Jordan Rosenfeld    jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer    nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com; MYoung@tydings.com
- Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com; errol.chapman@troutman.com; toyja.kelley@troutman.com
- Nicholas Smargiassi    nicholas.smargiassi@saul.com
- Brent C. Strickland    bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com; brent-strickland-3227@ecf.pacerpro.com
- Matthew G. Summers    summersm@ballardspahr.com, branchd@ballardspahr.com; heilmanl@ballardspahr.com; ambroses@ballardspahr.com;

      zarnighiann@ballardspahr.com; carolod@ballardspahr.com;
      cromartie@ballardspahr.com; stammerk@ballardspahr.com;
      brannickn@ballardspahr.com
- S. Jason Teele    steele@sillscummis.com
- Paige Noelle Topper    paige.topper@saul.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

I hereby further certify that on the 10th day of October, 2025, a copy of the Notice of Motion for Administrative Expense Claim and Motion for Allowance and Immediate Payment of Administrative Expense Claim was also mailed first class mail, postage prepaid, to the following:

| | | |
|---|---|---|
| Abstract Studio, Inc.<br>c/o Robyn Moore<br>PO Box 271487<br>Houston, TX 77277 | Graphitti Designs<br>33159 Camino Capistrano<br>Suite G.<br>c/o Robert W. Chapman<br>San Juan Capistrano, CA 92675 | Kori Pruett<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 |
| Peter J. Artese<br>DLA Piper LLP (US)<br>650 S. Exeter Street, Ste 1100<br>Baltimore, MD 21202 | James Irving<br>3500 PNC Tower<br>101 South Fifth Street<br>Louisville, KY 40202 | David L. Ruediger<br>Troutman Pepper Locke LLP<br>111 Huntington Avenue<br>Boston, MA 02199 |
| Nicholas J. Brannick<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th FL<br>Wilmington, DE 19801 | Jason Koral<br>641 Lexington Avenue, 13th FL<br>New York, NY 10022 | Skyrush Marketing, Inc.<br>80 Orville Dr.<br>Attn: Andrew Aiello<br>Bohemia, NY 11716 |
| Sara Chenetz<br>PERKINS COIE LLP<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067 | Jeffrey Kramer<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | Gregory Stuhlman<br>Hercules Plaza<br>1313 North Market Street<br>Suite 5400<br>Wilmington, DE 19801 |
| Katherine Culbertson<br>Troutman Pepper Locke LLP<br>111 South Wacker Dr.<br>Suite 4100<br>Chicago, IL 60606 | Liminal Esports LLC<br>1500 Chagrin River Road #361<br>Gates Mills, OH 44040 | Stephanie R. Sweeney<br>Klestadt Winters Jureller<br>Southard & Stevens, LLP<br>200 West 41st Street, 17th FL<br>New York, NY 10036 |

| | | |
|---|---|---|
| Jane Davidson<br>NOLAN HEIMANN LLP<br>16000 Ventura Blvd, Ste 1200<br>Encino, CA 91436 | Molten Core Media, LLC<br>dba Magma Comix<br>3130 Whittier St.<br>c/o Denton J. Tipton<br>San Diego, CA 92106 | TN Dept of Revenue<br>c/o TN Attorney General's<br>Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| Junior Dufort<br>PERKINS COIE LLP<br>700 Thirteenth Street, N.W.<br>Suite 800<br>Washington, DC 20005 | NBM Publishing Inc.<br>300 E. 54th Street 12c<br>Attn: Terry Nantier<br>New York, NY 10022 | TwoMorrows Publishing<br>10407 Bedfordtown Drive<br>c/o John Morrow<br>Raleigh, NC 27614 |
| Stephen B Gerald<br>Tydings & Rosenberg LLP<br>1 East Pratt Street, Suite 901<br>Baltimore, MD 21202 | New York State Department of<br>Taxation and Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-5300 | Angela Veach<br>1146 Windermere Run<br>O'Fallon, IL 62269 |
| William M. Gaines, Agent Inc.<br>3975 Little John Drive<br>c/o Cathy Gaines Mifsud,<br>President<br>York, PA 17408 | Jamilla Justine Willis<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020 | Angela Veach<br>6604 Grant Cover<br>Olive Branch, MS 38654 |
| William M. Gaines, Agent, Inc.<br>c/o Lanning G. Bryer<br>1040 Avenue of the Americas<br>New York, NY 10018 | Jonathan W. Young<br>Troutman Pepper Locke LLP<br>701 8th Street, N.W., Suite 500<br>Washington, DC 20001 | Ian Winters<br>Klestadt Winters Jureller<br>Southard & Ste<br>200 West 41st Street, 17th FL<br>New York, NY 10036 |

        /s/ *David G. Sommer*
David G. Sommer, Bar. No. 27581

#956801        6