

# STAFFING SERVICE AGREEMENT

**For:** Diamond Comics Distributors

**Customer Name:** Diamond Comics Distributors
**Attn**: Tony Wilde

**Address**: 7485 Polk Lane

Olive Branch MS, 38654

*(\*Please fill in your company information & billing information on page 4.)*

---

**Xceeding Partnership Solutions** will supply the following employees according to the following rates and conditions:

| Employee Category | Markup |
|---|---|
| General Associates | 27% |
| Roll Over Employees | 25% |

Exhibit 1

**TERMS AND CONDITIONS:**

This Agreement is created by **Xceeding Partnership Solutions** and **Diamond Comics Distributors Inc.**
 ("Client") whose principal place of Business is located at: **7485 Polk Lane, Olive Branch MS, 38645**
If the client is dissatisfied with any employee assigned to your company, please notify your Xceeding Partnership Solutions representative in writing (email) within the first three hours of work by that employee and the customer will not be charged for the time worked.

**TIME SHEET:**
Xceeding Partnership Solutions employees will report and record their hourly time on an Xceeding Partnership Solutions timesheet, this will be provided to the client by Xceeding Partnership Solutions prior to their start date and will be submitted and approved only by a designated Supervisor or Manager from the client. The customer can use and report time from their own report but understands that all terms and conditions still apply as noted on the Xceeding Partnership Solutions timesheet. Time must be approved and submitted to Xceeding Partnership Solutions Payroll department no later than Tuesday 11:00AM, failure to submit in a timely manner may/will result in a $500 late processing fee.

Client also acknowledges that all employees that are provided to the client (Diamond Comics Distributors) by Xceeding Partnership Solutions will be guaranteed a four (4) hour per day minimum. If the Client does not list the 4 hours per day on the timesheet, the hours will be reflected on the invoice associated with that timecard.

**Candidate Screening:**

Xceeding Partnership Solutions will conduct proper screening to make sure all candidates comply with all federal and state laws requirements regarding and ability to lawfully work in the United States. Based on information provided by employees I-9 form.

**INVOICING:** The above bill rate(s) assume **NET 30** payment Terms. Xceeding Partnership Solutions will invoice client weekly for total hours worked. Any invoice paid later than 31 days after receipts of invoice will be subject to additional charges. **Consistently paying beyond 31 days will be subject to 2% interest rate.**

Upon written notice if our labor costs increase due to compliance with any new law, increased tax amount of other measure beyond our control (i.e. A change to minimum wage rate, state unemployment insurance, workers' compensation, mandatory benefits requirements), then we shall have the right, upon notice, to increase the fees to compensate for such increased costs.

**OVERTIME:** Legally required overtime will be billed at one and one-half times the billing rate after 40hrs.

**CLIENT'S RESPONSIBILITY:**
(1) Client agrees that Xceeding Partnership Solutions employees are under the supervision of the Client while on assignment at Client's primary location stated in this contract. Client agrees that no Xceeding Partnership Solutions employees will operate any vehicle without the express, prior written consent or knowledge of Xceeding Partnership Solutions. If Xceeding Partnership Solutions has not approved or made aware of these functions performed by our employees, then it is understood that the Client's insurance shall be primary for any such operation or damage incurred.

Once functions have been approved, Xceeding Partnership Solutions accepts full responsibility for bodily injury, property damage, fire, collision, or public liability damage claims (collectively, "Claims") caused by the actions of any Xceeding Partnership Solutions employee while under Client's supervision. Xceeding Partnership Solutions will pay for any Workers' Compensation claim for its employees.

(2) Client agrees and warrants to Xceeding Partnership Solutions that it will supply a safe workplace Xceeding Partnership Solutions employees and maintain compliance with all federal, state, and local regulatory responsibilities including, but not limited to, OSHA required site-specific training and emergency medical response to injured Xceeding Partnership Solutions employees. All injuries to Xceeding Partnership Solutions employees will be promptly reported IMMEDIATELY to an Xceeding Partnership Solutions Representative. Once properly notified, an Xceeding Partnership Solutions Representative will instruct how to proceed with treatment for the Employee in question.

(3) No Xceeding Partnership Solutions Employee may handle cash, negotiations, credit cards, or other valuables without the express, written consent or knowledge of Xceeding Partnership Solutions.

(4) (Client) will not switch Xceeding Partnership Solutions Employee's job assignment, functions, or job duties without first notifying Xceeding Partnership Solutions in writing.

**CONVERSION FROM TEMPORARY TO PERMANENT (HIRING XCEEDING PARTNERSHIP SOLUTIONS EMPLOYEES FULL TIME):** All Employees provided by Xceeding Partnership Solutions will remain Employees of Xceeding Partnership Solutions and are not eligible to be hired by Client until the expiration of

**520 hours** (five hundred & twenty hours). After the said employee has completed the hours negotiated then at that time, he/she may be offered a full-time position with client and the client will incur a $0 per employee administration fee. If the Customer hires an employee provided by Xceeding Partnership Solutions prior to the completion of 520-hour time frame, Client will be liable for a placement fee to be determined by Xceeding Partnership Solutions (fee determined by calculating the remaining hours of Employee x bill rate per hour).

The undersigned hereby warrants they have the authority to sign on behalf of the Client and agrees to and accepts the terms contained in this Bill Rate Agreement.

_____
Client Representative Signature

Name - Tong Wilde

Title - Director

Date - 1/23/23

_____
Xceeding Partnership Solutions Representative Signature

Name - Sharon Zaragoza

Title - Owner

Date - 1/23/2023

# New Customer Information

**Company Name:** Diamond Comics Distributors
**Work Site Address:** 7485 Polk Ln.
**City:** Olive Branch   **State:** MS   **Zip:** 38654
**Contact Name:** Tony Wilde   **Title:** Director of Operations
**Phone:** 901.628.8874   **Fax:** Office: 662.6550200   **Cell:** 901.628.8874
**Email:** 26wtony@diamondcomics.com

## BILLING INFORMATION

**Billing Address:** 7485 Polk Lane
**City:** Olive Branch   **State:** MS.   **Zip:** 38654
**Contact Name:** Crystal Cosby   **Title:** HR
**Phone:** 443.318.8275   **Fax:**   **Cell:**
**Email:** ccrystal@diamondcomics.com
26wtony@diamondcomics.com

1

# Tony Wilde

**From:** Sally Weaver
**Sent:** Friday, January 20, 2023 1:03 PM
**To:** Tony Wilde
**Cc:** Shawn Hamrick
**Subject:** RE: New temp agency account

I think this is good. I'll set up the account, but the invoicing and backup can be sent to Crystal Cosby (Cee Cee) who, based on the vendor name, will handle the payment of invoices. Her information is as follows:

Crystal Cosby (nickname: Cee Cee)
ccrystal@diamondcomics.com
443-318-8275

Thanks
Sally

**From:** Tony Wilde <26wtony@diamondcomics.com>
**Sent:** Friday, January 20, 2023 1:56 PM
**To:** Sally Weaver <wsally@diamondcomics.com>
**Cc:** Shawn Hamrick <26hshawn@diamondcomics.com>
**Subject:** New temp agency account

Sally,

The attached COI and W-9 are for a temporary staffing company that we would like to start using in the Olive Branch facility. Is there anything else we need to provide in order to get them set up as a vendor?

Thanks,
Tony

1



# STAFFING SERVICE AGREEMENT
# For: Diamond Comics Distributors

*Customer Name: Diamond Comics Distributors*
Attn: Tony Wilde

Address: 7485 Polk Lane. Olive Branch MS, 38654

*(\*Please fill in your company information & billing information on page 4.)*

---

**Elective Staffing Midsouth** will supply the following Employees according to the following rates and conditions:

| Employee Category | Markup |
|---|---|
| General Associates | 29% |
| Roll Over Employees | 27% |
| Discount Overtime Rate | 27% |

1



## TERMS AND CONDITIONS:

This Agreement is created by **Elective Staffing Midsouth** and **Diamond Comics** ("Client") whose principal place of Business is located at: **7485 Polk Lane. Olive Branch, 38654**

If the Client is dissatisfied with any employee assigned to your Company, please notify your Elective Staffing Representative in writing (email) within the first FOUR hours of work by that Employee, and the Customer will not be charged for the time worked.

**TIME SHEET:** Elective Staffing Employees will report and record their hourly time on an Elective Staffing timesheet. This will be provided to the Client by Elective Staffing prior to their start date and will be submitted and approved only by a designated Supervisor or Manager from the Client. The Customer can use and report time from their own report but understands that all terms and conditions still apply as noted on the Elective Staffing timesheet.

Client also acknowledges that all employees that are provided to the Client by Elective Staffing will be guaranteed a four (4) hour per day minimum. If the Client does not list the 4 hours per day on the timesheet, the hours will be reflected on the invoice associated with that timecard.

**Candidate Screening: Elective Staffing will conduct proper screening to make sure all candidates comply with all federal and state laws requirements regarding and ability to lawfully work in the United States. Based on information provided by employees I-9 form.**

**INVOICING:** The above bill rate(s) assume **NET 30** payment Terms. Elective Staffing will invoice Client weekly for total hours worked.

Any invoice paid later than 35 days after receipts of invoice will be subject to additional charges. **Consistently paying beyond 35 days will be subject to 2% interest rate.**

Upon written notice If our labor costs increase due to compliance with any new law, increased tax amount of other measure beyond our control (i.e. A change to minimum wage rate, state unemployment insurance, workers' compensation, mandatory benefits requirements), then we shall have the right, upon notice, to increase the fees to compensate for such increased costs.

**OVERTIME:** Legally required overtime will be billed at one and one-half times the billing rate. After 40hrs.

**CLIENT'S RESPONSIBILITY:** (1) Client agrees that Elective Staffing Employees are under the supervision of the Client while on assignment at Client's primary location stated in this contract. Client agrees that no Elective Staffing employees will operate any vehicle. Without the express, prior written consent or knowledge of Elective Staffing. If Elective Staffing has not approved or made aware of these functions performed by our Employees, then it is understood that the Client's insurance shall be primary for any such operation or damage incurred.

Once functions have been approved, Elective Staffing accepts full responsibility for bodily injury, property damage, fire, collision, or public liability damage claims (collectively, "Claims") caused by the actions of any Elective Staffing employee while under Client's supervision. Elective Staffing will pay for any Workers' Compensation claim for its employees. (2) Client agrees and warrants to Elective Staffing that it will supply a safe workplace

Elective Staffing employees and maintain compliance with all federal, state, and local regulatory responsibilities including, but not limited to, OSHA required site-specific training and emergency medical response to injured Elective Staffing Employees.

All injuries to Elective Staffing Employees will be promptly reported IMMEDIATELY to an Elective Staffing Representative. Once properly notified, an Elective Staffing Representative will instruct how to proceed with treatment for the Employee in question (3) No Elective Staffing Employee may handle cash, negotiations, credit cards, or other valuables without the express, written consent or knowledge of Elective Staffing. (4) (Client) will not switch Elective Staffing Employee's job assignment, functions, or job duties without first notifying Elective Staffing in writing.

2



**CONVERSION FROM TEMPORARY TO PERMANENT (HIRING ELECTIVE STAFFING EMPLOYEES FULL TIME):** All Employees provided by Elective Staffing will remain Employees of Elective Staffing and are not eligible to be hired by Client until the expiration of

**560 hours** (seven hundred & twenty hours). After the said Employee has completed the hours negotiated then at that time, he/she may be offered a full-time position with Client

and the Client will incur a $0 per employee administration fee. If the Customer hires an Employee provided by Elective Staffing prior to the completion of 560-hour time frame, Client will be liable for a placement fee to be determined by Elective Staffing (fee determined by calculating the remaining hours of Employee x bill rate per hour).

The undersigned hereby warrants they have the authority to sign on behalf of the Client and agrees to and accepts the terms contained in this Bill Rate Agreement.

_____        _____
Client Representative Signature                    Elective Staffing Representative Signature

Name -  Tony Wilde                                         Name -

Title -  Director                                                Title -

Date -  3/8/21                                                   Date -

3