January 28, 2025

**VIA ELECTRONIC MAIL**

Elective Staffing
c/o Locke Houston Waldrop, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Horizon Building, Suite 2000
165 Madison Avenue
Memphis, Tennessee 38103
Email: lwaldrop@bakerdonelson.com

RE:  **Diamond Comic Distributors, Inc.,** *et al.* **(the "Debtors")**
     **LETTER AGREEMENT RE: Prepayment of Staffing Expenses (this "Letter")**

As you are aware, Elective Staffing provides temporary staff for the Debtors' facility in Olive Branch, Mississippi pursuant to a staffing agreement (the "Agreement").

Upon execution of this Letter, the Agreement remains in force except as set forth in this Letter. On the Monday following execution of this Letter and on each following Monday, the Debtors will make a prepayment for the services to be provided by Elective Staffing temporary staff for the forthcoming week, in the amount equal to the amount owed for the previous week (each a "Prepayment").

At the conclusion of the applicable week, Elective Staffing shall invoice the Debtors pursuant to the Agreement. If the amount invoiced is greater than the applicable Prepayment, the Debtors shall pay the net amount owed in the ordinary course. If the amount invoiced is less than the applicable Prepayment, Elective Staffing shall retain and apply the current week's Prepayment to the next week's Prepayment, and the Debtors shall make a supplemental payment in the net amount necessary to complete the next week's Prepayment.

Please feel free to contact me with any questions and kindly sign below to acknowledge receipt.

Sincerely,

*/s/ Robert Gorin*
Robert Gorin
Chief Restructuring Officer
Diamond Comic Distributors, Inc.

ACKNOWLEDGED AND AGREED:

Signed by:
*Amerlia Garcia*
472FDBB76CD040C...

Elective Staffing
Amerlia Garcia

1/29/2025 | 10:04 AM CST

53788169.1

Exhibit 3

January 28, 2025

VIA ELECTRONIC MAIL

Xceeding Staffing
c/o Locke Houston Waldrop, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Horizon Building, Suite 2000
165 Madison Avenue
Memphis, Tennessee 38103
Email: lwaldrop@bakerdonelson.com

RE: **Diamond Comic Distributors, Inc., *et al.* (the "Debtors")**
LETTER AGREEMENT RE: Prepayment of Staffing Expenses (this "Letter")

As you are aware, Xceeding Staffing provides temporary staff for the Debtors' facility in Olive Branch, Mississippi pursuant to a staffing agreement (the "Agreement"). Upon execution of this Letter, the Agreement remains in force except as set forth in this Letter. On the Monday following execution of this Letter and on each following Monday, the Debtors will make a prepayment for the services to be provided by Xceeding Staffing temporary staff for the forthcoming week, in the amount equal to the amount owed for the previous week (each a "Prepayment").

At the conclusion of the applicable week, Xceeding Staffing shall invoice the Debtors pursuant to the Agreement. If the amount invoiced is greater than the applicable Prepayment, the Debtors shall pay the net amount owed in the ordinary course. If the amount invoiced is less than the applicable Prepayment, Xceeding Staffing shall retain and apply the current week's Prepayment to the next week's Prepayment, and the Debtors shall make a supplemental payment in the net amount necessary to complete the next week's Prepayment.

Please feel free to contact me with any questions and kindly sign below to acknowledge receipt.

Sincerely,

*/s/ Robert Gorin*
Robert Gorin
Chief Restructuring Officer
Diamond Comic Distributors, Inc.

ACKNOWLEDGED AND AGREED:

DocuSigned by:
*Sharon Zaragoza*
19303322E0D44BE...

Xceeding Staffing
Sharon Zaragoza

1/29/2025 | 10:29 AM PST

53788572.1