| | |
|---|---|
| **From:** | John Reid |
| **To:** | Falk, Turner N.; Waldrop, Locke; Busey, Zachary; Howard Rushton; Ashlee Mikesh; Paul Wilcziek |
| **Cc:** | Hampton, Jeffrey C.; Isenberg, Adam H.; David G. Sommer |
| **Subject:** | [EXTERNAL] Re: Diamond - Olive Branch staffing |
| **Date:** | Friday, May 30, 2025 12:54:01 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | Invoice-51901867.pdf |
| | Invoice-37914527.pdf |
| **Importance:** | High |



Hi Turner,

Please see attached invoices for work performed by Xceeding and Elective from 5/19-5/25.

As an aside, I am told that last week's round of invoicing was not paid. It sounds like there has been some discussion about the splitting of invoices considering the acquisition of Diamond by Ad Populum, but our team is not entirely clear on what's being requested.

If you can please have your folks get in touch with our team ASAP (please have them contact @Howard Rushton, @Paul Wilcziek and @Ashlee Mikesh) to provide detailed instructions, we would appreciate it. It is <u>critical</u> that we continue to be paid timely and pursuant to our standing arrangement for post-petition work.

Sincerely,


**John Reid | General Counsel**
TempWorks Software | Office: 651-452-0366
5600 W 83rd St, Suite 400 | Bloomington, MN 55437
Software | Funding | Payroll | Tax | Consulting

---

**From:** John Reid <johnr@tempworks.com>
**Sent:** Thursday, May 22, 2025 4:26 PM
**To:** Falk, Turner N. <turner.falk@saul.com>; Waldrop, Locke <lwaldrop@bakerdonelson.com>; Busey, Zachary <zbusey@bakerdonelson.com>
**Cc:** Hampton, Jeffrey C. <jeffrey.hampton@saul.com>; Isenberg, Adam H. <adam.isenberg@saul.com>; dsommer@gejlaw.com <dsommer@gejlaw.com>
**Subject:** Re: Diamond - Olive Branch staffing

Hi Turner,

Please see attached invoices for work performed by Xceeding and Elective from 5/12-5/18.

Sincerely,


**John Reid | General Counsel**
TempWorks Software | Office: 651-452-0366
5600 W 83rd St, Suite 400 | Bloomington, MN 55437
Software | Funding | Payroll | Tax | Consulting

**Exhibit 4**