Elective Staffing Midsouth, LLC
5600 W 83rd St. Suite 400
Bloomington, MN 55437
Phone: 901-244-7740

# INVOICE

Tony Wilde
Diamond Comic Distributors Inc.
7485 Polk Lane
Olive Branch, MS    38654

| | |
|---|---|
| **Invoice Date** | **Invoice #** |
| 6/2/2025 | 37914599 |
| **Customer #** | **Invoice Amt** |
| 184215 | $26,574.20 |
| | **PO Number** |

**Terms:** Net Due Upon Receipt Of Invoice

| Employee | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| | **WeekendDate: 5/15/2025** | | | |
| Andres, Alfonso | Forklift Operator | 29.50 | 21.93 | $646.94 |
| Au, Sovonn | Clerk | 31.25 | 21.93 | $685.31 |
| Campbell, Terrence | Order Fill | 22.25 | 21.93 | $487.94 |
| Chairez, Ramon | Maintenance Box Maker | 26.50 | 20.64 | $546.96 |
| Chourio, Maria | Order Fill | 31.00 | 20.64 | $639.84 |
| Coffey, Andrea | Order Fill | 30.50 | 20.64 | $629.52 |
| Cooper, Porter | Case Pick | 21.50 | 21.93 | $471.50 |
| Cruz, Jenniffer | Shipping/Receiving Clerk | 26.00 | 21.93 | $570.18 |
| Feliciano Pantoja, Cristian | Case Pick | 27.75 | 21.93 | $608.56 |
| Garcia, Michelle | Case Pick | 30.50 | 21.93 | $668.87 |
| Gonzales Ortega, Rolando | Order Fill | 27.75 | 20.64 | $572.76 |
| Gonzalez, Anthony | Order Fill | 30.00 | 21.93 | $657.90 |
| Gonzalez, Maria victoria | Order Fill Picker | 30.25 | 20.64 | $624.36 |
| Gutierrez, Anthony | Order Fill | 31.00 | 21.93 | $679.83 |
| Hansen, Jennifer | Order Fill | 29.50 | 20.64 | $608.88 |
| Hernandez, nereyda | DC LOC 3 | 29.75 | 20.64 | $614.04 |
| jaramillo, Edgar | Order Fill Picker | 32.00 | 21.93 | $701.76 |
| Lamar, Chassidy | Order Fill | 22.00 | 20.64 | $454.08 |

**Exhibit 5**    Page 1 of 3

| Employee | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| Liscano, Carmen | Janitorial | 27.25 | 20.64 | $562.44 |
| lofton, derek | Security Guard | 40.00 | 20.64 | $825.60 |
| lofton, derek | Overtime | 5.00 | 30.48 | $152.40 |
| Martinez, Eduardo | Order Fill | 30.50 | 20.64 | $629.52 |
| MCCOMB, ROBERT | Clerk | 32.00 | 21.93 | $701.76 |
| Mckinney, Brittany | Maintenance | 20.50 | 20.64 | $423.12 |
| MEDINA, DANIEL | National Account | 29.50 | 20.64 | $608.88 |
| mendez, katrina | Order Fill Picker | 31.25 | 20.64 | $645.00 |
| Mora, Vernice | Shipping/Receiving Clerk | 27.75 | 20.64 | $572.76 |
| Morales, Teodora | Maintenance Janitor | 31.00 | 20.64 | $639.84 |
| Ordonez, Jessica | Order Fill | 28.50 | 20.64 | $588.24 |
| Ortiz, Ashley | DC LOC 3 | 30.50 | 20.64 | $629.52 |
| Perez, Gabriel | Case Pick | 28.50 | 21.93 | $625.01 |
| Perez, Omar | Case Pick | 20.00 | 21.93 | $438.60 |
| Prado, Jennifer | Order Fill | 29.50 | 20.64 | $608.88 |
| Ramirez, Juan Pablo Lopez | Case Pick | 27.50 | 20.64 | $567.60 |
| Reynolds, Chanel | Order Fill Picker | 28.50 | 20.64 | $588.24 |
| Rocha, Alex | DC LOC 3 | 33.75 | 20.64 | $696.60 |
| ROJAS GONZALEZ, EDISON | Forklift Operator | 15.75 | 21.93 | $345.40 |
| Ruiz, Ana | Order Fill | 30.50 | 20.64 | $629.52 |
| Santamaria, Karolina | Order Fill | 32.25 | 20.64 | $665.64 |
| Staten, Christopher | Case Pick | 20.00 | 21.93 | $438.60 |
| thornton, anton | Order Fill | 27.50 | 20.64 | $567.60 |
| Torline, Jason | Order Fill Picker | 31.00 | 20.64 | $639.84 |
| trujillo, carlos | DC LOC 3 | 31.50 | 20.64 | $650.16 |
| URDANETA SOCORRO, LEODAN | Maintenance Box Maker | 28.75 | 20.64 | $593.40 |
| Valencia Parra, Jonner | Order Fill | 32.50 | 20.64 | $670.80 |

**Please Pay** $26,574.20

Xceeding Partnership Solutions LLC
C/O ARA, Inc dba Lone Oak Payroll
P.O. Box 855917
Minneapolis, MN 55485-5917
Phone: 901-921-0177

# INVOICE

Crystal Cosby / Tony Wilde
Diamond Comics Distributors
10150 York Road
Hunt Valley, MD   21030

| | |
|---|---|
| **Invoice Date** | **Invoice #** |
| 6/4/2025 | 51901874 |
| **Customer #** | **Invoice Amt** |
| 237304 | $68,320.28 |
| | **PO Number** |

**Terms:** Net 30 Days From Date Of Invoice

| Employee | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| **WeekendDate: 5/15/2025** | | | | |
| Aguilar Temaj, Adowahitis | Packaging | 31.58 | 20.32 | $641.71 |
| Aguilar, Dominique | Packaging | 36.08 | 20.32 | $733.15 |
| Andalon, Joel | Forklift Operator | 36.92 | 21.59 | $797.10 |
| Angeles Trejo, Cesar | Packaging | 27.00 | 21.59 | $582.93 |
| Anndra Solis, Gracie | Packaging | 37.42 | 20.32 | $760.37 |
| Avina, Juan | Clerk | 35.25 | 21.59 | $761.05 |
| Bailey, Jessica | Clerk | 36.42 | 20.32 | $740.05 |
| Barrera, Hernan | Packaging | 35.92 | 20.32 | $729.89 |
| Barriento, Estela | Packaging | 32.67 | 20.32 | $663.85 |
| Barros, Jasmine | Clerk | 29.50 | 20.32 | $599.44 |
| Callejas, Maria | Packaging | 36.75 | 20.32 | $746.76 |
| Carmona, Axel | Packaging | 36.67 | 20.32 | $745.13 |
| Carmona, Manuel | Clerk | 36.58 | 21.59 | $789.76 |
| Cavazos, Carlos | Shipping/Receiving | 38.08 | 20.32 | $773.79 |
| Cedillo Servin, Ceci | Clerk | 36.08 | 20.32 | $733.15 |
| De la Cruz, Roshaw | Packaging | 36.17 | 20.32 | $734.97 |
| Diaz Fernandez, Bonifacio | Packaging | 36.75 | 20.32 | $746.76 |
| Diaz, Laura | Inventory | 34.83 | 20.32 | $707.75 |

Page 1 of 4

| Employee | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| Figueroa, Ruth | Inventory | 34.50 | 20.32 | $701.04 |
| Flores, Cristina | Packaging | 26.92 | 20.32 | $547.01 |
| Flores, Miriam | Packaging | 36.58 | 20.32 | $743.31 |
| Flores, Yesenia | Packaging | 36.50 | 20.32 | $741.68 |
| Garces, Raquel | Clerk | 36.33 | 20.32 | $738.23 |
| Garcia Jr, Homero | Packaging | 36.00 | 20.32 | $731.52 |
| Garza Jr, Gustavo | Clerk | 29.08 | 21.59 | $627.84 |
| Gonzalez Garza, Jenny | Inventory | 34.25 | 20.32 | $695.96 |
| Gonzalez, Belen | Packaging | 36.58 | 20.32 | $743.31 |
| Gutierrez, Alan | Shipping/Receiving | 28.58 | 20.32 | $580.75 |
| Guzman De la Rosa, Esmarlin | Packaging | 37.33 | 20.32 | $758.55 |
| Guzman Monroy, Irais | Packaging | 36.25 | 20.32 | $736.60 |
| Huamani Gonzalez, Diego | Shipping/Receiving | 36.58 | 21.59 | $789.76 |
| Hupp, Shanah | Shipping/Receiving | 32.42 | 25.40 | $823.47 |
| Jimenez, Adolfo | Clerk | 33.33 | 21.59 | $719.59 |
| Jimenez, Ivan | Inventory | 37.00 | 21.59 | $798.83 |
| Juarez, Denis | Order Puller | 29.33 | 20.32 | $595.99 |
| Landeros, Irvin | Packaging | 36.42 | 20.32 | $740.05 |
| Landeros, Mauricio | Forklift Operator | 37.08 | 21.25 | $787.95 |
| Leo, Julian | Line Lead | 35.08 | 25.40 | $891.03 |
| Lonta Antania, Carey | Packaging | 27.58 | 20.32 | $560.43 |
| Lopez, Alexis | Shipping/Receiving | 37.67 | 20.32 | $765.45 |
| Lopez, Pedro | Packaging | 30.83 | 20.32 | $626.47 |
| Lozano, John | Clerk | 33.92 | 21.59 | $732.33 |
| Maldonado, Jorge | Packaging | 36.67 | 20.32 | $745.13 |
| Mancha, Susana | Shipping/Receiving | 25.92 | 20.96 | $543.28 |
| Manzanares, Zamuel | Clerk | 34.17 | 21.25 | $726.11 |
| Manzo Tollens, Fred | Packaging | 35.58 | 20.32 | $722.99 |

| Employee | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| MARQUEZ AYALA, Gloria | Packaging | 36.67 | 20.32 | $745.13 |
| Marquez, Iris | Cycle Count | 33.92 | 21.59 | $732.33 |
| Martin, Felicia | Packaging | 36.50 | 20.32 | $741.68 |
| Martinez, Carmen | Packaging | 36.25 | 20.32 | $736.60 |
| Martinez, Kenia | Packaging | 36.67 | 20.32 | $745.13 |
| Martinez, Miguel | Packaging | 36.25 | 20.32 | $736.60 |
| Matias, Marisol | Inventory Clerk | 25.25 | 21.59 | $545.15 |
| Matias, Selvin | Packaging | 35.17 | 20.32 | $714.65 |
| Matos, Ana | Packaging | 36.58 | 20.32 | $743.31 |
| Matos, Zulema | Packaging | 36.75 | 20.32 | $746.76 |
| Medina, Beatriz | Production | 29.58 | 21.59 | $638.63 |
| Mejia Vazquez, Maria Eugenia | Clerk | 37.33 | 20.32 | $758.55 |
| Mendez, Alba | Packaging | 37.42 | 20.32 | $760.37 |
| Mojica Sanchez, Addrin | Packaging | 36.58 | 20.32 | $743.31 |
| Munguia, Yolanda | Packaging | 36.50 | 20.32 | $741.68 |
| Navarro, Emily | Packaging | 36.33 | 20.32 | $738.23 |
| Olson, Michelle | Shipping/Receiving | 28.00 | 20.96 | $586.88 |
| Pimentel Ramos, Johanna | Packaging | 37.25 | 20.32 | $756.92 |
| Pimentel, Luis | Packaging | 36.58 | 20.32 | $743.31 |
| Pineiro, Christopher | Forklift Operator | 25.83 | 21.25 | $548.89 |
| Rivera, Adrian | Shipping/Receiving | 37.08 | 20.32 | $753.47 |
| Rivera, Yancy | Inventory | 34.58 | 21.59 | $746.58 |
| Robles Milagros, Guadalupe | Packaging | 36.08 | 20.32 | $733.15 |
| Rodriguez Alamilla, Juana | Packaging | 36.25 | 20.32 | $736.60 |
| Rodriguez Alamilla, Nathaly | Packaging | 36.17 | 20.32 | $734.97 |
| Rodriguez Castillo, Zamary | Clerk | 36.83 | 20.32 | $748.39 |
| Rodriguez Martinez, Jose | Packaging | 17.50 | 20.32 | $355.60 |
| Rodriguez, Amador | Packaging | 36.33 | 20.32 | $738.23 |

| Employee | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| Rodriguez, Ashley | Packaging | 35.83 | 20.32 | $728.07 |
| Rodriguez, Cheyla | Shipping/Receiving | 28.00 | 20.95 | $586.60 |
| Rodriguez, Joel | Clerk | 37.08 | 20.32 | $753.47 |
| Rodriguez, Lourdes | Lead Project | 25.00 | 25.40 | $635.00 |
| Rodriguez, Ma | Packaging | 36.83 | 20.32 | $748.39 |
| Rodriguez, Oscar | Order Puller | 28.83 | 21.59 | $622.44 |
| Rodriguez, Sayra | Warehouse Lead | 38.00 | 22.86 | $868.68 |
| Rosario Bentances, Ruben | Supervisor | 36.83 | 22.86 | $841.93 |
| Salas, Luis | Packaging | 36.58 | 20.32 | $743.31 |
| Sanchez, Amanda | Forklift Operator | 31.83 | 21.59 | $687.21 |
| Sanchez, Valeria | Shipping/Receiving | 25.50 | 20.96 | $534.48 |
| Segovia Tizcareno, Kevin | Packaging | 36.67 | 20.32 | $745.13 |
| Sesler, Emily | Inventory | 33.92 | 20.32 | $689.25 |
| Sustayta arenas, Maria | Packaging | 32.50 | 20.32 | $660.40 |
| Trejo Esparza, Viridiana | Packaging | 36.50 | 20.32 | $741.68 |
| Varillas, Irma | Clerk | 37.33 | 20.32 | $758.55 |
| Vasquez, Yohana | Packaging | 36.58 | 20.32 | $743.31 |
| Vazquez, Yazmin | Packaging | 26.83 | 20.32 | $545.19 |
| Villalobos, Roxana | Clerk | 29.92 | 20.32 | $607.97 |
| Weaver, Jasmine | Clerk | 21.25 | 21.59 | $458.79 |
| Williams, Michaela | Inventory | 34.33 | 20.32 | $697.59 |
| Woods, Joanthan | Clerk | 35.83 | 20.32 | $728.07 |
| Zuniga, Yolanda | Shipping/Receiving | 25.83 | 20.96 | $541.40 |
| | | | **Please Pay** | **$68,320.28** |