UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

DIAMOND COMIC DISTRIBUTORS, INC.,
EIN: 521243450,

Debtor.

Case No. 25-10308-DER

Chapter 11

**ORDER GRANTING MOTION OF ARA, INC. D/B/A LONE OAK PAYROLL FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the Motion of ARA, Inc. d/b/a Lone Oak Payroll ("Lone Oak") for Allowance and Immediate Payment of Administrative Expense Claim (the "Motion") and any objections, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. Pursuant to 11 U.S.C. § 503(b), Lone Oak is granted an allowed priority administrative expense claim against the Debtor's estates in the amount of $94,894.48 for the expenses it incurred in performing post-petition services for the Debtor;

3. Within ten (10) days after the entry of this Order, the Debtor shall pay Lone Oak $94,894.48 in satisfaction of such allowed administrative expense claim; and

4. This Order does not prejudice the rights of Lone Oak to seek further

administrative expense claims.

## END OF ORDER

**Copies to all parties receiving notice by CM/ECF.**

#956699