IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **DIAMOND COMIC DISTRIBUTORS, INC.,** | * | **Case No. 25-10308** |
| | * | **Chapter 11** |
| **Debtor** | * | |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

Jeremy S. Friedberg, Esq. and William F. Moss, Esq. of Friedberg PC represents Expeditors International of Washington, Inc. ("Expeditors"), a creditor of Debtor Diamond Comic Distributors, Inc. As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's names, office addresses, telephone numbers and email addresses are:

Jeremy S. Friedberg, Esq.
Friedberg PC
10045 Red Run Blvd., Ste. 160
Baltimore, MD 21117
(410) 581-7400
Email: jeremy@friedberg.legal
ecf@friedberg.legal

William F. Moss, Esq.
Friedberg PC
10045 Red Run Blvd., Ste. 160
Baltimore, MD 21117
(410) 581-7400
Email: william.moss@friedberg.legal

Expeditors requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure, including notices under Rule 2002(i), be given to it by service upon its attorneys at the address shown above. Pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Expeditors further requests that copies of all plans filed herein be served upon it by service upon its attorneys at the above address. The foregoing request includes all of the notices and papers referred to in the United States Bankruptcy Code, the Federal Rules of

Bankruptcy Procedure, and the Local Bankruptcy Rules and also includes, without limitation, notices of any hearings, orders, pleadings, motions, applications, complaints, demands, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this case and any proceeding therein whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise, all of which should be sent to Expeditors attorneys at the address shown above.

Neither this *Notice of Appearance and Request for All Notices*, nor any later appearance, pleading, claim, or suit (i) shall not be, and shall not be deemed or construed to be, a consent to jurisdiction of, or venue in the United States Bankruptcy Court for the District of Maryland and (ii) shall not be, and shall not be deemed or construed to be, a waiver of Expeditors rights: (1) to have final orders in non-core matters entered only after de novo review by a district judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupment to which Expeditors is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Expeditors expressly reserves.

Dated:  October 10, 2025  Respectfully submitted,

      /s/ Jeremy S. Friedberg
Jeremy S. Friedberg, Esq.
Fed. Bar No. 10638
10045 Red Run Blvd., Ste. 160
Baltimore, MD 21117
(410) 581-7400
jeremy@friedberg.legal

      /s/ William F. Moss
William F. Moss, Esq.
Fed. Bar No. 20966
10045 Red Run Blvd., Ste. 160
Baltimore, MD 21117
(410) 581-7400
William.moss@friedberg.legal

*Attorneys for Expeditors International of Washington, Inc.*

## **CERTIFICATE OF SERVICE**

I CERTIFY THAT a true and correct copy of the foregoing *Notice of Appearance and Request for All Notices* was filed via the court's electronic filing system, which will send electronic notice to all interested parties this 10th day of October, 2025.

                                              /s/ Jeremy S. Friedberg
                                              Jeremy S. Friedberg