IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., et al.<br><br>Debtors.[1] | Jointly Administered under<br>Case No: 25-10308-DER (Chapter 11) |

**SUPPLEMENTAL DECLARATION OF STEVEN BIEG**

I, Steven Bieg, declare as follows:

1. I am over the age of 18 and am competent to make this declaration. I am the Chief Financial Officer of Ad Populum, LLC, which is the ultimate parent entity of Sparkle Pop, LLC. I make this Supplemental Declaration on behalf of Sparkle Pop in my capacity as CFO of Ad Populum, LLC.

2. As stated in my Declaration submitted in support of Sparkle Pop, LLC's Objection to Debtors' Motion to Enforce the Automatic Stay (D.I. 829), as of September 5, 2025, Sparkle Pop had fulfilled sales generating $1,051,575 in total invoiced revenue for Consigned Inventory received before May 15, 2025 and $515,866 in revenue for Consigned Inventory received after May 15, 2025.

3. Payment schedules vary among purchasers of Consigned Inventory such that payment is not always collected at the time that a sale is fulfilled. In addition, some of the Consigned Inventory for which Sparkle Pop had fulfilled sales has been returned.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are Diamond Comic Distributors, Inc., (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1624390393.2

4. As of September 5, 2025, Sparkle Pop had processed returns of Consigned Inventory received before May 15, 2025 representing $316,926 in total sales. Accordingly, as of September 5, 2025, Sparkle Pop had collected $778,171 in proceeds net of returns in connection with sales of Consigned Inventory received before May 15, 2025, or approximately 74% of the total amount invoiced and returned.

5. On September 17, 2025, Sparkle Pop deposited $778,171 into the Court's registry pursuant to the Consent Order Resolving, in Part, Debtors' (I) Motion to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief (the "Consent Order") (D.I. 878).

6. Since September 17, 2025, Sparkle Pop has continued to collect additional proceeds from the foregoing sales of Consigned Inventory in accordance with the payment terms agreed to by and among Sparkle Pop and its end-customers. As well, Sparkle Pop has continued to process returns of Consigned Inventory. As of the date of this Supplemental Declaration, the amount of returns of Consigned Inventory received before May 15, 2025 that Sparkle Pop has processed has grown to $337,975 in total sales.

7. As of the date of this Supplemental Declaration, and since September 5, 2025, Sparkle Pop has collected a total of $812,416 in proceeds from the sales of Consigned Inventory received before May 15, 2025, or approximately 84% of the total amount invoiced net of returns.

8. Accordingly, on October 10, 2025, Sparkle Pop sent a check in the amount an additional $34,246 the Court's registry via overnight mail in accordance with the Consent Order.

1624390393.2

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October 2025 at ___Venice___ [city], ___Florida___ [state].

Signed by:

*Steven Bieg*

12DCF4CCC59140B...

Steven Bieg

1624390393.2

## **CERTIFICATE OF SERVICE**

I certify that, on October 10, 2025, a true copy of the *Supplemental Declaration of Steven Bieg* was served via CM/ECF upon parties registered to receive CM/ECF notifications in the above referenced cases.

>*/s/ Ellen E. Dew*
>Ellen E. Dew