United States Bankruptcy Court
District of Maryland

In re:     Case No. 25-10308-DER
Diamond Comic Distributors, Inc.     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1     User: admin     Page 1 of 4
Date Rcvd: Oct 09, 2025     Form ID: ntchrgb2     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |
| aty | + | David L. Ruediger, Troutman Pepper Locke LLP, 111 Huntington Avenue, Boston, MA 02199-7618 |
| aty | + | Ian Winters, Klestadt Winters Jureller Southard & Ste, 200 West 41st Street, 17th Fl, New York, NY 10036-7219 |
| aty | + | James Irving, 3500 PNC Tower, 101 South Fifth Street, Louisville, KY 40202-3157 |
| aty | + | Jamilla Justine Willis, DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020-0083 |
| aty | + | Jane Davidson, NOLAN HEIMANN LLP, 16000 Ventura Boulevard, Suite 1200, Encino, CA 91436-2767 |
| aty | + | Jeffrey Kramer, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 |
| aty | + | Jonathan W. Young, Troutman Pepper Locke LLP, 701 8th Street, N.W., Suite 500, Washington, DC 20001-3965 |
| aty | + | Junior Dufort, PERKINS COIE LLP, 700 Thirteenth Street N.W., Suite 800, Washington, DC 20005-5938 |
| aty | + | Katherine Culbertson, Troutman Pepper Locke LLP, 111 South Wacker Drive, Suite 4100, Chicago, IL 60606-4409 |
| aty | + | McNamee Hosea, Attn: Craig M. Palik, Esq., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770, UNITED STATES 20770-1416 |
| aty | + | Sara Chenetz, PERKINS COIE LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721 |
| aty | + | Stephanie R. Sweeney, Klestadt Winters Jureller, Southard & Stevens, LLP, 200 West 41st Street 17th Fl, New York, NY 10036-7219 |
| aty | + | Stephen B Gerald, Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202, UNITED STATES 21202-1249 |
| cr | + | 207 Redco, LLC, 207 Redco Avenue, Red Lion, PA 17356-1428 |
| cr | + | Abstract Studio, Inc., c/o Robyn Moore, PO Box 271487, Houston, TX 77277-1487 |
| intp | + | Ad Hoc Committee of Consignors, c/o Catherine Keller Hopkin, Esquire, YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| intp | + | Alliance Entertainment, LLC, 8201 Peters Road, Suite 1000, Plantation, FL 33324-3266 |
| cr | #+ | Angela Veach, 6604 Grant Cover, Olive Branch, MS 38654-5154 |
| cr | + | Angela Veach, 1146 Windermere Run, O'Fallon, IL 62269-7021 |
| cr | + | Cryptozoic Entertainment, LLC, c/o Nolan Heimann, 16000 Ventura Blvd., Ste. 1200, ATTN: Jane Davidson, Esq. Encino, CA 91436-2767 |
| cr | + | Graphitti Designs, 33159 Camino Capistrano Suite G., c/o Robert W. Chapman, San Juan Capistrano, CA 92675-4827 |
| intp | + | Katherine Govier, 113 Valmere Path, York, PA 17403-4566 |
| cr | + | Liminal Esports LLC, 1500 Chagrin River Road #361, Gates Mills, OH 44040-7414 |
| cr | #+ | Molten Core Media, LLC dba Magma Comix, 3130 Whittier St., c/o Denton J. Tipton, San Diego, CA 92106-1636 |
| cr | + | NBM Publishing Inc., 300 E. 54th Street 12c, Attn: Terry Nantier, New York, NY 10022-5021 |
| intp | + | Skyrush Marketing, Inc., 80 Orville Dr., Attn: Andrew Aiello, Bohemia, NY 11716-2534 |
| cr | + | Titan Publishing Group, Ltd., d/b/a Titan Comics, c/o Emily K. Devan, Esquire, Miles & Stockbridge P.C., 100 Light St., 7th Fl., Baltimore, MD 21202 US 21202-1153 |
| cr | + | TwoMorrows Publishing, 10407 Bedfordtown Drive, c/o John Morrow, Raleigh, NC 27614-8058 |
| cr | + | Willaim M. Gaines, Agent Inc., 3975 Little John Drive, c/o Cathy Gaines Mifsud, President, York, PA 17408-8985 |
| cr | + | William M. Gaines, Agent, Inc., c/o Lanning G. Bryer, 1040 Avenue of the Americas, New York, NY 10018-3703 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: brannickn@ballardspahr.com | Oct 09 2025 19:18:00 | Nicholas J. Brannick, BALLARD SPAHR LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 09 2025 19:18:00 | New York State Department of Taxation and Finance, Bankruptcy Unit, P.O. Box 5300, Albany, NY 12205-0300 |

| District/off: 0416-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: ntchrgb2 | Total Noticed: 34 |

| cr | + Email/Text: AGBankRevenue@ag.tn.gov | | |
|---|---|---|---|
| | | Oct 09 2025 19:17:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Lauren A. Baio |
| aty | | Lowenstein Sandler LLP |
| aty | | Scott Cheatham |
| fa | | Berkeley Research Group, LLC, David Galfus |
| cr | | Chris Robinson, Zombie Love Studios |
| cr | | Integrated Connection, LLC |
| op | | Robert Gorin, GETZLER HENRICH & ASSOCIATES LLC |
| sp | | Tal Goldsmith, Stephenson Harwood LLP |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 11, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Andrew Brown | abrown@klestadt.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | bnathan@lowenstein.com |
| C. Kevin Kobbe | kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com |
| Catherine Keller Hopkin | chopkin@yvslaw.com  pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Oct 09, 2025 | Form ID: ntchrgb2 | Total Noticed: 34 |

Chelsea R Frankel
cfrankel@lowenstein.com

Christopher J. Giaimo
christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
cpalik@mhlawyers.com
cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
dsbushnaq@venable.com

David W.T. Daniels
ddaniels@perkinscoie.com
docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
dshaffer@tydings.com  scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
ellen.dew@us.dlapiper.com

Emily Devan
edevan@milesstockbridge.com

Eric George Korphage
korphagee@whiteandwilliams.com

G. David Dean
ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz
gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
gfinizio@lowenstein.com

Harry Conrad Jones
HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
indira.sharma@troutman.com
katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
james.irving@dentons.com

Jan Berlage
JBerlage@GHSLLP.com  tcollins@ghsllp.com

Jason F Hoffman
jhoffman@bakerlaw.com

Jeffrey C. Hampton
jeffrey.hampton@saul.com

Jonathan A. Grasso
jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
jordan.rosenfeld@saul.com

Joshua Glikin
jglikin@shulmanrogers.com  abogert@shulmanrogers.com,tlewis@shulmanrogers.com

Jung Yong Lee
jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 09, 2025 | Form ID: ntchrgb2 | Total Noticed: 34 |

Laura Skowronski Bouyea
    lsbouyea@venable.com dmdierdorff@venable.com

Mark Minuti
    mark.minuti@saul.com robyn.warren@saul.com

Mark L Desgrosseilliers
    desgross@chipmanbrown.com fusco@chipmanbrown.com

Matthew G. Brushwood
    mbrushwood@barley.com dkline@barley.com

Matthew G. Summers
    summersm@ballardspahr.com
    branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea
    mpapandrea@lowenstein.com

Nicholas Smargiassi
    nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
    nick.schandlbauer@arlaw.com lianna.sarasola@arlaw.com

Paige Noelle Topper
    paige.topper@saul.com

Peter J Artese
    peter.artese@us.dlapiper.com

Randy Moonan
    rmoonan@sillscummis.com

Richard L. Costella
    rcostella@tydings.com scalloway@tydings.com,MYoung@tydings.com,zjones@tydings.com,swilliams@tydings.com

S. Jason Teele
    steele@sillscummis.com

Sam Alberts
    sam.alberts@dentons.com docket.general.lit.wdc@dentons.com

Scott Prince
    sprince@bakerlaw.com

Stephen B. Gerald
    sgerald@tydings.com

Steven Gregory Polard
    steven.polard@ropers.com loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee
    mckeet@gtlaw.com smedsa@gtlaw.com,Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar
    thomas.bredar@wilmerhale.com
    andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
    toyja.kelley@lockelord.com

Turner Falk
    turner.falk@saul.com tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
    zvi@zviguttman.com zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 57

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# NOTICE

IN PERSON HEARING – Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 10/22/25 at 10:00 AM to consider and act upon the following:

926 – Debtors Motion for Entry of An Order Approving Stipulation Among Debtors, Diamond Comics Distributors II LLC and AIREIT Memphis DC LLC Regarding Assumption and Assignment of Unexpired Real Estate Lease, as Amended, to Diamond Comics Distributors II LLC. Notice Served on 10/1/2025, Filed by Diamond Comic Distributors, Inc.. Responses due by 10/22/2025. (Attachments: # 1 Exhibit A – Proposed Order # 2 Notice of Motion) (Rosenfeld, Jordan)

939 – Objection on behalf of Ad Hoc Committee of Consignors Filed by Catherine Keller Hopkin (related document(s)926 Motion to Approve Stipulation/Settlement and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.). (Hopkin, Catherine)

940 – Limited Objection on behalf of Aspen MLT, LLC /a/ka Aspen Comics, Black Mask Studios, LLC, DSTLRY Media, Inc., Dark Horse Comics, LLC, Dynamic Forces, Inc., Heavy Metal International, LLC, Magnetic Press, LLC, Massive Publishing, LLC, Oni–Lion Forge Publishing Group, LLC f/k/a Oni Press, Panini UK, Ltd., Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd., Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy Filed by Craig Palik (related document(s)926 Motion to Approve Stipulation/Settlement and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.). (Palik, Craig)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/9/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 08/13/2024)