IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Related to D.I. 24** |

## NOTICE OF CHANGE OF FIRM'S WASHINGTON, D.C. OFFICE ADDRESS

**PLEASE TAKE NOTICE** that the firm of Troutman Pepper Locke LLP (the "Firm"), counsel for DIP Lender JPMorgan Chase Bank, N.A. in the above-captioned chapter 11 cases, hereby notifies the Court and all parties of the change of its Washington, D.C. office address (the "D.C. Office") and requests that all future pleadings, notices and/or correspondence in these cases be sent to the Firm's new D.C. Office address, as reflected below. The Firm's Boston office address, as reflected in the *Notice of Appearance and Request for Service of Notices and Papers* [D.I. 24] remains the same.

**TROUTMAN PEPPER LOCKE LLP**
Toyja E. Kelley
Indira K. Sharma
Jonathan W. Young
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 274-2950
Email: Toyja.Kelley@troutman.com
   Indira.Sharma@troutman.com
   Jonathan.Young@troutman.com

---

[1] The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Diamond Comic Distributors, Inc. (3450); Comic Exporters, Inc (7457); Comic Holdings, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**PLEASE TAKE FURTHER NOTICE** that the Firm's email addresses, telephone, and facsimile numbers remain unchanged.

| | |
|---|---|
| Dated: October 14, 2025 | **TROUTMAN PEPPER LOCKE LLP** |
| | */s/ Indira K. Sharma* |
| | Toyja E. Kelley |
| | Indira K. Sharma |
| | Jonathan W. Young |
| | 401 9th Street, N.W., Suite 1000 |
| | Washington, D.C. 20004 |
| | Tel: (202) 274-2950 |
| | Email: Toyja.Kelley@troutman.com |
| | Indira.Sharma@troutman.com |
| | Jonathan.Young@troutman.com |
| | -and- |
| | David L. Ruediger |
| | 111 Huntington Avenue |
| | Boston, MA 02199 |
| | Tel: (617) 239-0100 |
| | Email: David.Ruediger@troutman.com |
| | *Counsel for JPMorgan Chase Bank, N.A* |

**CERTIFICATE OF SERVICE**

I, Indira K. Sharma, hereby certify that, on the 14th day of October 2025, I caused the foregoing *Notice of Change of Firm's Washington, D.C. Office Address* to be filed and served *via* CM/ECF on all parties registered in these cases through the Court's ECF system, at their respective email addresses registered with the Court.

*/s/ Indira K. Sharma*
Indira K. Sharma (Bar No. 28269)