**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING CONSENSUAL PROPOSED ORDER**
**ASSIGNING MATTERS TO THE BANKRUPTCY DISPUTE RESOLUTION**
**PROGRAM AND APPOINTING RESOLUTION ADVOCATE**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the Official Committee of Unsecured Creditors (the "Committee"), JPMorgan Chase Bank, N.A. (the "Lender"), the Consignment Group,[2] the *Ad Hoc* Committee of Consignors[3] (the "*Ad Hoc* Committee") and Sparkle Pop, LLC ("Sparkle Pop", and together with the Debtors, the Committee, the Lender, the Consignment Group, and the Ad Hoc Committee, the "Parties") hereby certify that:

1.      The Parties have agreed to submit the following matters (collectively, the "Mediation Matters") to this Court's Bankruptcy Dispute Resolution Program (the "BDRP"):

---

[1]    The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]    The Consignment Group consists of the following parties: (i) Aspen MLT, LLC a/k/a Aspen Comics, (ii) Black Mask Studios, LLC, (iii) DSTLRY Media, Inc., (iv) Dynamic Forces, Inc. a/k/a Dynamite Entertainment, (v) Heavy Metal International, LLC, (vi) Magnetic Press, LLC, (vii) Massive Publishing, LLC, (viii) Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, (ix) Panini UK Ltd., (x) Punk Bot Comic Books, LLC a/k/a Alien Books, (xi) The Penn State University a/k/a Graphic Mundi, (xii) Titan Publishing Group, Ltd., (xiii) Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind, and (xiv) Dark Horse Comics, LLC.

[3]    The *Ad Hoc* Committee consists of the following parties: (i) Ablaze, LLC, (ii) American Mythology Productions LLC, (iii) Avatar Press, Inc., (iv) Andrew Kafoury d/b/a Battle Quest Comics, (v) Bryan Seaton d/b/a Action Lab, (vi) Drawn & Quarterly Books Inc., (vii) Fantagraphics Books, Inc., (viii) Green Ronin Publishing LLC, (ix) Herman and Geer Communications, Inc. d/b/a Hermes Press, (x) Living the Line LLC, (xi) Paizo, Inc., (xii) UDON Entertainment Inc., and (xiii) Zenescope Entertainment, Inc.

- Motion Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts with Members of *Ad Hoc* Committee of Consignors; and For Related Relief [D.I. 679] (the "*Ad Hoc* Committee Motion");

- Motion Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts with Members of the Consignment Group; and For Related Relief [D.I. 747] (collectively with the *Ad Hoc* Committee Motion, the "Consignors' Motions");

- Debtors' Motion (I) to Enforce the Automatic Stay, (II) To Enforce the Sale Order, and (III) Granting Related Relief [D.I. 784] ("Stay Motion"), to the extent the relief requested was not resolved in the Consent Order Resolving, in Part, Debtors' Motion (I) to Enforce the Automatic Stay, (II) to Enforce the Sale Order, and (III) Granting Related Relief [D.I. 878] (the "Consent Order");

- Any and all claims related to the Consent Order, including, but not limited to claims raised in the Stay Motion and any objections or responses thereto;

- The adversary proceedings commenced by the Debtors against members of The Consignment Group and the Ad Hoc Committee (the "Adversary Proceedings");[4]

- Any administrative expense claims asserted by members of The Consignment Group or the Ad Hoc Committee;

- Any causes of action under chapter 5 of title 11 of the United States Code against members of The Consignment Group or the Ad Hoc Committee;

- Any and all claims related to the proceeds deposited by Sparkle Pop with the Court Registry pursuant to the Consent Order; and

- Any other related claims or causes of action between the Parties.

2.     The Parties request that subject to availability the Hon. Thomas J. Catliota, Retired

Bankruptcy Judge for the United States Bankruptcy Court for the District of Maryland, serve as

---

[4]   The applicable adversary proceedings are: (i) Adv. Proc. No. 25-00231; (ii) Adv. Proc. No. 25-00232; (iii) Adv. Proc. No. 25-00234; (iv) Adv. Proc. No. 25-00235; (v) Adv. Proc. No. 25-00236; (vi) Adv. Proc. No. 25-00237; (vii) Adv. Proc. No. 25-00238; (viii) Adv. Proc. No. 25-00240; (ix) Adv. Proc. No. 25-00242; (x) Adv. Proc. No. 25-00243; (xi) Adv. Proc. No. 25-00245; (xii) Adv. Proc. No. 25-00247; (xiii) Adv. Proc. No. 25-00248; (xiv) Adv. Proc. No. 25-00249; (xv) Adv. Proc. No. 25-00251; (xvi) Adv. Proc. No. 25-00252; (xvii) Adv. Proc. No. 25-00253; (xviii) Adv. Proc. No. 25-00255; (xix) Adv. Proc. No. 25-00256; (xx) Adv. Proc. No. 25-00257; (xxi) Adv. Proc. No. 25-00258; (xxii) Adv. Proc. No. 25-00259; (xxiii) Adv. Proc. No. 25-00261; and (xxiv) Adv. Proc. No. 25-00262.

56439440.6

the resolution advocate under the BDRP (the "Resolution Advocate") and to have the BDRP conference completed no later than October 29, 2025.

3.       To accommodate the proposed BDRP, the Parties have further agree, subject to approval of the Court, to continue certain hearings and deadlines related to certain of the Mediation Matters.

4.       Accordingly, pursuant to rule 9019-2 and Appendix G of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the Parties hereby submit a proposed order, attached hereto as **Exhibit A**, assigning the Mediation Matters to this Court's BDRP and appointing the Resolution Advocate.

5.       Any of the Debtors' consignment vendors who are not one of the Parties are welcome to participate in the mediation process contemplated by the attached proposed order.

56439440.6

Dated: October 15, 2025

**SAUL EWING LLP**

/s/ Jordan D. Rosenfeld
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
        adam.isenberg@saul.com
        turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
        paige.topper@saul.com
        nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in
Possession*

**TROUTMAN PEPPER LOCKE LLP**

/s/ Jonathan W. Young
Toyja E. Kelley (MD Bar No. 26949)
Indira K. Sharma (MD Bar No. 28269)
Jonathan W. Young (admitted *pro hac vice*)
701 8th St., N.W., Suite 500
Washington, D.C. 20001
Telephone: (202) 220-6900
Email: Toyja.Kelley@troutman.com
        Indira.Sharma@troutman.com
        Jonathan.Young@troutman.com

*Counsel for JPMorgan Chase Bank N.A.*

**DLA PIPER LLP US**

/s/ Ellen E. Dew
Ellen E. Dew (MD Bar No. 28830)
Peter J. Artese (MD Bar No. 31258)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21201
Telephone: (410) 580-3000
Email: ellen.dew@us.dlapiper.com
        peter.artese@us.dlapiper.com

-and-

Jamila Willis (admitted pro hac vice)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Email: jamila.willis@us.dlapiper.com

*Counsel for Sparkle Pop, LLC*

4

**TYDINGS & ROSENBERG LLP**

*/s/ Stephen B. Gerald*
Dennis J. Shaffer (MD Bar No. 25680)
Stephen B. Gerald (MD Bar No. 26590)
1 East Pratt Street, Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
Email: dshaffer@tydings.com
      sgerald@tydings.com

-and-

**LOWENSTEIN SANDLER LLP**

Bruce S. Nathan (admitted *pro hac vice*)
Gianfranco Finizio (admitted *pro hac vice*)
Chelsea R. Frankel (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Email: bnathan@lowenstein.com
      gfinizio@lowenstein.com
      cfrankel@lowenstein.com

-and

Michael Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*

**YVS LAW, LLC**

*/s/ Catherine Keller Hopkin*
Catherine Keller Hopkin (MD Bar No. 28257)
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone: (443) 569-0788
chopkin@yvslaw.com

*Counsel for the Ad Hoc Committee of Consignors*

**McNAMEE HOSEA, P.A.**

*/s/ Craig M. Palik*
Craig M. Palik (MD Bar No. 15254)
Justin P. Fasano
Janet M. Nesse
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Telephone: (301) 441-2420
Email: cpalik@mhlawyers.com
      jfasano@mhlawyers.com
      jnesse@mhlawyers.com

*Counsel for The Consignment Group*

56439440.6