UNITED STATES BANKRUPTCY COURT
MARYLAND DISTRICT OF
MARYLAND
BALTIMORE DIVISION

Case number  25-10308

In re:  DIAMOND COMIC DISTRIBUTORS, INC.

Taxpayer number: XXXXXXX4508

WITHDRAWAL OF
CLAIM # 582
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts
on behalf of the State of Texas
and local sales tax jurisdictions.

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1. DATE OF CLAIM: 05/09/2025

2. TOTAL AMOUNT OF CLAIM:  $ 12,809.72
   SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED:  11/01/2024 to 01/14/2025

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 10/07/2025

*Catherine L. Coy*
CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

10/07/2025

DIAMOND COMIC DISTRIBUTORS, INC. CLAIMS PROCESSING
C/O OMNI AGENT SOLUTIONS
5955 DE SOTO AVE STE 100
WOODLAND HILLS CA 91367 5100

Re: Taxpayer # XXXXXXX4508
    Bankruptcy Case # 25-10308
    DIAMOND COMIC DISTRIBUTORS, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

2S
41



USPS CERTIFIED MAIL

9214 8901 9403 8337 1791 29

DIAMOND COMIC DISTRIBUTORS INC CLAIMS PROCESSING
C/O: OMNI AGENT SOLUTIONS
5955 DE SOTO AVE
STE 100
WOODLAND HILLS CA 91367-5100

**CERTIFIED MAIL**™

OFFICIAL BUSINESS
STATE OF TEXAS



US POSTAGE
ZIP 78701 $ 008.86
02 7W
0008034838 OCT 09 2025

RECEIVED
OCT 14 2025
Omni Agent Solutions

9136785100 C007