United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-10308-DER
Diamond Comic Distributors, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 5
Date Rcvd: Oct 14, 2025      Form ID: stahrgbl      Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |
| aty | + | David L. Ruediger, Troutman Pepper Locke LLP, 111 Huntington Avenue, Boston, MA 02199-7618 |
| aty | + | Ian Winters, Klestadt Winters Jureller Southard & Ste, 200 West 41st Street, 17th Fl, New York, NY 10036-7219 |
| aty | + | James Irving, 3500 PNC Tower, 101 South Fifth Street, Louisville, KY 40202-3157 |
| aty | + | Jamilla Justine Willis, DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020-0083 |
| aty | + | Jane Davidson, NOLAN HEIMANN LLP, 16000 Ventura Boulevard, Suite 1200, Encino, CA 91436-2767 |
| aty | + | Jeffrey Kramer, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 |
| aty | + | Jonathan W. Young, Troutman Pepper Locke LLP, 701 8th Street, N.W., Suite 500, Washington, DC 20001-3965 |
| aty | + | Junior Dufort, PERKINS COIE LLP, 700 Thirteenth Street N.W., Suite 800, Washington, DC 20005-5938 |
| aty | + | Katherine Culbertson, Troutman Pepper Locke LLP, 111 South Wacker Drive, Suite 4100, Chicago, IL 60606-4409 |
| aty | + | McNamee Hosea, Attn: Craig M. Palik, Esq., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770, UNITED STATES 20770-1416 |
| aty | + | Sara Chenetz, PERKINS COIE LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721 |
| aty | + | Stephanie R. Sweeney, Klestadt Winters Jureller, Southard & Stevens, LLP, 200 West 41st Street 17th Fl, New York, NY 10036-7219 |
| aty | + | Stephen B Gerald, Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202, UNITED STATES 21202-1249 |
| cr | + | 207 Redco, LLC, 207 Redco Avenue, Red Lion, PA 17356-1428 |
| cr | + | ARA, Inc. d/b/a Lone Oak Payroll, c/o David G. Sommer, Esq., Gallagher LLP, 218 N. Charles St., Ste 400, Baltimore, MD 21201-4070 |
| cr | + | Abstract Studio, Inc., c/o Robyn Moore, PO Box 271487, Houston, TX 77277-1487 |
| intp | + | Ad Hoc Committee of Consignors, c/o Catherine Keller Hopkin, Esquire, YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| intp | + | Alliance Entertainment, LLC, 8201 Peters Road, Suite 1000, Plantation, FL 33324-3266 |
| cr | #+ | Angela Veach, 6604 Grant Cover, Olive Branch, MS 38654-5154 |
| cr | + | Angela Veach, 1146 Windermere Run, O'Fallon, IL 62269-7021 |
| cr | + | Cryptozoic Entertainment, LLC, c/o Nolan Heimann, 16000 Ventura Blvd., Ste. 1200, ATTN: Jane Davidson, Esq. Encino, CA 91436-2767 |
| cr | + | Graphitti Designs, 33159 Camino Capistrano Suite G., c/o Robert W. Chapman, San Juan Capistrano, CA 92675-4827 |
| intp | + | Katherine Govier, 113 Valmere Path, York, PA 17403-4566 |
| cr | + | Liminal Esports LLC, 1500 Chagrin River Road #361, Gates Mills, OH 44040-7414 |
| cr | #+ | Molten Core Media, LLC dba Magma Comix, 3130 Whittier St., c/o Denton J. Tipton, San Diego, CA 92106-1636 |
| cr | + | NBM Publishing Inc., 300 E. 54th Street 12c, Attn: Terry Nantier, New York, NY 10022-5021 |
| intp | + | Skyrush Marketing, Inc., 80 Orville Dr., Attn: Andrew Aiello, Bohemia, NY 11716-2534 |
| cr | + | Titan Publishing Group, Ltd., d/b/a Titan Comics, c/o Emily K. Devan, Esquire, Miles & Stockbridge P.C., 100 Light St., 7th Fl., Baltimore, MD 21202 US 21202-1153 |
| cr | + | TwoMorrows Publishing, 10407 Bedfordtown Drive, c/o John Morrow, Raleigh, NC 27614-8058 |
| cr | + | Willaim M. Gaines, Agent Inc., 3975 Little John Drive, c/o Cathy Gaines Mifsud, President, York, PA 17408-8985 |
| cr | + | William M. Gaines, Agent, Inc., c/o Lanning G. Bryer, 1040 Avenue of the Americas, New York, NY 10018-3703 |
| 32749887 | | Bandai Co, Ltd, Attn: Tomoaki Benjy Ishikaka, 4-8 Komagata 1-chome, Taito-ku Tokyo 111-88081, JAPAN |
| 32749897 | | Bandai Namco Toys & Collectibles, America Inc., Attn: Teppei Onoki, 23 Odyssey Irvine, Irvine, CA 92618 |
| 32749909 | | Beast Kingdom Co, Ltd. Attn: James Liu, 12 F, No 210, Sec 1, Sanmin Rd, Banqiao Dist, New Taipei City, 22069, TAIWAN |
| 32749891 | + | Disney Consumer Products, Inc., Attn: Corporate Legal, 500 S. Buena Vista St., Burbank, CA 91521-0001 |
| 32749912 | + | Dynamic Forces, Inc., Attn: Nick Barrucii, 113 Gaither Drive Ste. 205, Mount Laurel, NJ 08054-1705 |
| 32749910 | + | Funko, LLC, Attn: Lesley Hill, 2802 Wetmore Ave., Everett, WA 98201-3562 |
| 32749892 | + | Hasbro, Inc., Attn: Carla Cross, 1027 Newport Ave., Pawtucket, RI 02861-2500 |
| 32765123 | + | Little Buddy Toys, LLC, 270 East Palais Road, Anaheim, CA 92805-6238 |
| 32749895 | #+ | Little Buddy, LLC, Attn: Andy Tanaka, 7422 Orangewood Ave., Garden Grove, CA 92841-1413 |
| 32749898 | + | Lunar Distribution, Attn: Christina Merkler, 10701 Rose Ave., New Haven, IN 46774-9246 |
| 32749888 | + | National Entertainment Collectibles, Association Inc. (NECA), Attn: Dara Chesley, 603 Sweetland Ave., Hillside, NJ 07205-1799 |

| District/off: 0416-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: stahrgbl | Total Noticed: 61 |

| | | |
|---|---|---|
| 32749913 | + | Pai Technology, Inc., Attn: Rocky Yu, 177 E. Colorado Blvd. Ste. 200, Pasadena, CA 91105-1955 |
| 32749886 | + | Penguin Random House LLC, Attn: Jeff Abraham, 1745 Broadway, New York, NY 10019-4343 |
| 32749911 | + | Publisher Services, Inc., Attn: Dean Burnham, 2800 Vista Ridge Dr., Suwanee, GA 30024-4411 |
| 32749896 | | Simon & Schuster, Inc., Attn: Lauren Caster, 12330 Ave. of the Americas, New York, NY 10020 |
| 32765122 | + | Simon & Schuster, LLC, 100 Front Street, Riverside, N.J. 08075-1181 |
| 32749905 | + | Square Enix Holdings Co., Ltd., Attn: Kanji Tashiro, 999 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245-2731 |
| 32749915 | + | Super7, Inc., Attn: Luke Martinez, 777 Florida St. Ste. 202, San Francisco, CA 94110-2025 |
| 32749902 | | The Army Painter ApS, Attn: Michael Anderson, Christiansmindevej 12, Skanderborg, DK-8660, DENMARK |
| 32749907 | + | The Pokemon Company International Inc., Attn: Rich Henry, 10400 NE 4th St. Ste. 2800, Bellevue, WA 98004-5186 |
| 32765121 | | Titan Publishing Group Ltd, Titan Comics, 144 Southwark St, London, SE1 0UP, England |
| 32749904 | | Titan Publishing Group, Ltd, Attn: Nick Landau, 144 Southwark St., London, SE1 0UP, United Kingdom |
| 32749900 | + | VIZ Media, LLC, Attn: Sarah Anderson, 1355 Market St. Ste. 200, San Francisco, CA 94103-1460 |
| 32749893 | + | Wizards of the Coast LLC, Attn: Mk Smith, 1107 Lake Washington Blvd N. Ste. 800, Renton, WA 98056-2502 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: brannickn@ballardspahr.com | Oct 14 2025 19:57:00 | Nicholas J. Brannick, BALLARD SPAHR LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 14 2025 19:58:00 | New York State Department of Taxation and Finance, Bankruptcy Unit, P.O. Box 5300, Albany, NY 12205-0300 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Oct 14 2025 19:57:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 32749906 | + | Email/Text: celabnc@microsoft.com | Oct 14 2025 19:57:00 | Microsoft Corp., 1 Microsoft Way, Redmond, WA 98052-8300 |
| 32749899 | + | Email/Text: bankruptcy@ups.com | Oct 14 2025 19:58:00 | United Parcel Service, Inc., Attn: Mike Wise, 55 Glenlake Pkwy NE, Atlanta, GA 30328-3498 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Lauren A. Baio |
| aty | | Lowenstein Sandler LLP |
| aty | | Scott Cheatham |
| fa | | Berkeley Research Group, LLC, David Galfus |
| cr | | Chris Robinson, Zombie Love Studios |
| cr | | Integrated Connection, LLC |
| op | | Robert Gorin, GETZLER HENRICH & ASSOCIATES LLC |
| sp | | Tal Goldsmith, Stephenson Harwood LLP |
| 32749903 | | ARA, Inc., INVALID ADDRESS PROVIDED |
| 32749901 | | Catalyst Games Lab, LLC, INVALID ADDRESS PROVIDED |
| 32749889 | | Kin Kin Mould Attn: Nelson Chan, INVALID ADDRESS PROVIDED |
| 32749890 | | TMP International, Inc., INVALID ADDRESS PROVIDED |
| 32749908 | | Transcontinental Inc., Attn: Daniel Gallina, 1 Place Ville Marie, Ste. 3240, Montreal, QC H3B 0G1, CANADA |
| 32749914 | | Udon Entertainment Inc., Attn: Erik Ko, 51 Ridgestone Drive, Richmond Hill, ON L4S 0E3, CANADA |
| 32749894 | | Xceeding Partnership Solutions, INVALID ADDRESS PROVIDED |

TOTAL: 15 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0416-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: stahrgbl | Total Noticed: 61 |

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Andrew Brown | abrown@klestadt.com |
| Ashley N Fellona | ashley.fellona@saul.com janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | bnathan@lowenstein.com |
| C. Kevin Kobbe | kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com |
| Catherine Keller Hopkin | chopkin@yvslaw.com pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com |
| Chelsea R Frankel | cfrankel@lowenstein.com |
| Christopher J. Giaimo | christopher.giaimo@squirepb.com christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Craig Palik | cpalik@mhlawyers.com cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel Jack Blum | jack.blum@polsinelli.com lsuprum@polsinelli.com,delawaredocketing@polsinelli.com |
| Darek Bushnaq | dsbushnaq@venable.com |
| David Sommer | dsommer@gejlaw.com ceyler@gejlaw.com,gomara@gejlaw.com,mkobylski@gejlaw.com |
| David W.T. Daniels | ddaniels@perkinscoie.com docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com |
| Dennis J. Shaffer | dshaffer@tydings.com scalloway@tydings.com,MYoung@tydings.com |
| Ellen E. Dew | ellen.dew@us.dlapiper.com |
| Emily Devan | edevan@milesstockbridge.com |
| Eric George Korphage | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 4 of 5 |
| Date Rcvd: Oct 14, 2025 | Form ID: stahrgbl | Total Noticed: 61 |

korphagee@whiteandwilliams.com

G. David Dean
ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz
gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
gfinizio@lowenstein.com

Harry Conrad Jones
HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
indira.sharma@troutman.com
katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
james.irving@dentons.com

Jan Berlage
JBerlage@GHSLLP.com  tcollins@ghsllp.com

Jason F Hoffman
jhoffman@bakerlaw.com

Jeffrey C. Hampton
jeffrey.hampton@saul.com

Jeremy S. Friedberg
jeremy@friedberg.legal  ecf@friedberg.legal

Jonathan A. Grasso
jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
jordan.rosenfeld@saul.com

Joshua Glikin
jglikin@shulmanrogers.com  abogert@shulmanrogers.com,tlewis@shulmanrogers.com

Jung Yong Lee
jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Laura Skowronski Bouyea
lsbouyea@venable.com  dmdierdorff@venable.com

Mark Minuti
mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers
desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood
mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers
summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea
mpapandrea@lowenstein.com

Nicholas Smargiassi
nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

District/off: 0416-1 | User: admin | Page 5 of 5
Date Rcvd: Oct 14, 2025 | Form ID: stahrgbl | Total Noticed: 61

| | |
|---|---|
| Paige Noelle Topper | paige.topper@saul.com |
| Peter J Artese | peter.artese@us.dlapiper.com |
| Randy Moonan | rmoonan@sillscummis.com |
| Richard L. Costella | rcostella@tydings.com  scalloway@tydings.com,MYoung@tydings.com,zjones@tydings.com,swilliams@tydings.com |
| S. Jason Teele | steele@sillscummis.com |
| Sam Alberts | sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com |
| Scott Prince | sprince@bakerlaw.com |
| Stephen B. Gerald | sgerald@tydings.com |
| Steven Gregory Polard | steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com |
| Thomas J. McKee | mckeet@gtlaw.com  smedsa@gtlaw.com,Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com |
| Thomas K. Bredar | thomas.bredar@wilmerhale.com<br>andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com |
| Toyja E. Kelley | toyja.kelley@lockelord.com |
| Turner Falk | turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |
| Zvi Guttman | zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 59

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

# NOTICE

In person hearing Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a Status Hearing will be held on 10/22/25 at 10:00 AM to consider and act upon the following:

788 – Order Approving Sixth Stipulation Between Debtors and JPMorgan Chase Bank, N.A. Amending DIP Credit Agreement (related document(s):527 Motion to Approve Stipulation/Settlement and Notice of Motion filed by Debtor Diamond Comic Distributors, Inc.). (McKenna, Shannon). Related document(s) 778 Notice filed by Debtor Diamond Comic Distributors, Inc.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/14/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form stathrgmdb (rev. 07/29/2020)