Entered: October 17th, 2025
Signed: October 17th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 462** |

## CONSENT ORDER RESOLVING, IN PART, MOTION OF
## DYNAMIC FORCES, INC. FOR ADMINISTRATIVE EXPENSE

Upon consideration of the motion (the "Motion") of Dynamic Forces, Inc. ("Dynamic") seeking the entry of an order granting the allowance and requiring payment of an administrative claim [D. I. 462] and the Debtors' objection thereto [D. I. 501]; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having been informed that the parties have resolved a portion of

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

55878468.1

the Motion subject to the entry of this Order; and this Court having found that the relief requested in the Motion, as modified herein, is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that Dynamic's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **RESOLVED**, in part, as set forth herein.

2. Dynamic's claims against Debtor Diamond Comic Distributors, Inc. (the "Debtor," together with Dynamic, the "Parties") pursuant to sections 503(b)(1)(A), and 507(a)(2) of the Bankruptcy Code for products sold by the Debtor between the Petition Date and midnight on May 15, 2025, including, but not limited to, the amounts and invoices identified in the Motion, are satisfied in full by setoff through the satisfaction in full of the Dynamic Forces Revolving Loan Agreement/Promissory Note (the "Note") dated on or about April 14, 2015; which Note shall be deemed satisfied in full.

3. Dynamic's claims pursuant to sections 503(b)(1)(A), and 507(a)(2) of the Bankruptcy Code for products sold on or after May 16, 2025, or any application(s) for allowance or payment of additional administrative claims are continued to, or shall be scheduled for, a date to be determined following the Court's ruling on the disposition of the proceeds (the "Post May 15 Sale Proceeds") deposited in the Court Registry pursuant to the *Consent Order Resolving, In Part, Debtors' (I) Motion to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief* [D. I. 878].

4. Notwithstanding anything to the contrary contained in the Motion or this Order, the Parties' respective rights, claims and defenses are fully preserved as to (a) any pre-petition claims

of Dynamic, including claims under Bankruptcy Code section 503(b)(9), (b) the Post May 15 Sale Proceeds, (c) the causes of action asserted in Adversary Proceeding No. 25-00243, and (d) any claims against Dynamic under chapter 5 of the Bankruptcy Code.

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related this Order.

**CONSENTED TO**:

| SAUL EWING LLP<br><br>By:/s/ *Jordan D. Rosenfeld*<br>Jordan D. Rosenfeld (MD Bar No. 13694)<br>1001 Fleet Street, 9th Floor<br>Baltimore, MD 21202<br>Telephone: (410) 332-8600<br>Email: jordan.rosenfeld@saul.com<br><br>-and-<br><br>Jeffrey C. Hampton (admitted *pro hac vice*)<br>Adam H. Isenberg (admitted *pro hac vice*)<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-7777<br>Email: jeffrey.hampton@saul.com<br>         adam.isenberg@saul.com<br><br>-and-<br><br>Mark Minuti (admitted *pro hac vice*)<br>Paige N. Topper (admitted *pro hac vice*)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>Email: mark.minuti@saul.com<br>         paige.topper@saul.com<br><br>*Counsel for Debtors and Debtors in Possession* | McNAMEE HOSEA *et al.*<br><br>By: /s/ Justin P. Fasano<br>Justin P. Fasano (Fed Bar No. 28659)<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770<br>Telephone: (301) 441-2420<br>Email: jfasano@mhlawyers.com<br><br>*Counsel for Dynamic Forces, Inc.* |

**END OF ORDER**