# EXHIBIT A

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 1  
October 11, 2025

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through September 30, 2025

In re: Chapter 11 Bankruptcy

**I. SUMMARY OF TIME CHARGES AND HOURLY RATES**

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Finizio, Gianfranco | 2010 | Partner/Bankruptcy | 10.20 | $1,185.00 | $12,087.00 |
| Nathan, Bruce S. | 1981 | Partner/Bankruptcy | 16.00 | $1,515.00 | $24,240.00 |
| Papandrea, Michael T. | 2015 | Counsel/Bankruptcy | 7.40 | $1,075.00 | $7,955.00 |
| Rauchberg, Jake A. | 2023 | Associate/Bankruptcy | 7.10 | $660.00 | $4,686.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 4.30 | $380.00 | $1,634.00 |
| **TOTAL FEES** | | | **45.00** | | **$50,602.00** |
| **Blended Rate** | | | | | **$1,124.49** |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 2  
October 11, 2025

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

**B100 - Administration**

**B110 Case Administration**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 09/10/25 | BSN | Review updated critical dates memo | 0.10 | $151.50 |
| B110 | 09/10/25 | EBL | Review docket and pleadings; several updates to critical dates memo and attorney calendars | 1.20 | $456.00 |
| B110 | 09/15/25 | EBL | Prepare additional updates to critical dates memo and attorney calendars | 0.20 | $76.00 |
| B110 | 09/16/25 | BSN | Review updated critical dates memo | 0.10 | $151.50 |
| B110 | 09/16/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.30 | $114.00 |
| B110 | 09/18/25 | EBL | Attend to calendar invites | 0.20 | $76.00 |
| B110 | 09/22/25 | MTP | Review calendar/docket/critical dates; e-mails with E. Lawler re: same | 0.30 | $322.50 |
| B110 | 09/24/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.20 | $76.00 |
| B110 | 09/24/25 | MTP | Review revised critical dates memorandum | 0.10 | $107.50 |
| B110 | 09/30/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.30 | $114.00 |
| | | | **Total B110 - Case Administration** | **3.00** | **$1,645.00** |

**B130 Asset Disposition**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B130 | 09/19/25 | BSN | Review BRG memo re earnout information received from Sparkle Pop | 0.10 | $151.50 |
| | | | **Total B130 - Asset Disposition** | **0.10** | **$151.50** |

**B150 Meetings of and Communication with Creditors**

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 3  
October 11, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 09/12/25 | BSN | Telephone call with G. Andonian re case update | 0.30 | $454.50 |
| B150 | 09/15/25 | GF | Emails to M. Papandrea and J. Rauchberg regarding committee update | 0.10 | $118.50 |
| B150 | 09/15/25 | JAR | Review and analyze adversary proceedings and pending actions re: update to Committee members case issues (1.4); call with M. Papandrea re: same (.2); subsequent correspondence with M. Papandrea re: same (.4) | 2.00 | $1,320.00 |
| B150 | 09/15/25 | MTP | Discussions/e-mails with G. Finizio and J. Rauchberg re: Committee update | 0.20 | $215.00 |
| B150 | 09/16/25 | GF | Review items to include in next committee update and correspondence with M. Papandrea on same | 0.20 | $237.00 |
| B150 | 09/16/25 | MTP | Discussion with G. Finizio re: Committee update | 0.10 | $107.50 |
| B150 | 09/17/25 | GF | Review and revise email update to committee | 0.20 | $237.00 |
| B150 | 09/17/25 | JAR | Draft update to Committee re: immediate case issues and pending adversary proceedings (.6); review recent pleadings and draft stipulations re: same (.3); correspondences with M. Papandrea re: same (.1); correspondence with G. Finzio re: same (.1) | 1.10 | $726.00 |
| B150 | 09/17/25 | MTP | E-mails/discussions with G. Finizio and J. Rauchberg re: Committee update (.3); review/comment on same (.5) | 0.80 | $860.00 |
| B150 | 09/18/25 | BSN | Revise e-mail update to committee re consignment update, AENT litigation, Sparkle Pop, Image settlement and RJ final fee application | 0.20 | $303.00 |
| B150 | 09/18/25 | MTP | Draft/review/revise Committee update (.5); e-mails/discussions with LS team re: same (.4); review documents/filings re: same (.2) | 1.10 | $1,182.50 |
| B150 | 09/22/25 | BSN | Revise update to committee re Raymond James final fee order and questions re same | 0.20 | $303.00 |
| B150 | 09/22/25 | GF | Revise committee update regarding Raymond James fee order | 0.10 | $118.50 |
| B150 | 09/22/25 | MTP | Review/comment on Committee update (.3); e-mails/discussions with LS team re: same (.2) | 0.50 | $537.50 |
| B150 | 09/26/25 | GF | Review and revise draft committee email regarding Olive Branch lease | 0.30 | $355.50 |
| B150 | 09/26/25 | JAR | Draft update to Committee re: Olive Branch stipulation (.8); call with M. Papandrea re: same (.1); further correspondence with G. Finzio re: same (.1) | 1.00 | $660.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 4  
October 11, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 09/26/25 | MTP | Discussions/e-mails with J. Rauchberg re: Committee update re: Olive Branch stipulation and other matters (.2); review and revise Committee update (.1) | 0.30 | $322.50 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 8.70 | $8,058.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 09/02/25 | BSN | Review COCs for LS and other committee professionals' July 2025 monthly fee applications | 0.10 | $151.50 |
| B160 | 09/03/25 | EBL | Review and respond to emails re: payment reconciliations | 0.50 | $190.00 |
| B160 | 09/10/25 | EBL | Retrieve and send June and July CNOs for committee professionals' June and July 2025 fee statements to J. Hampton | 0.20 | $76.00 |
| B160 | 09/10/25 | EBL | Prepare Lowenstein's August 2025 monthly fee statement | 0.50 | $190.00 |
| B160 | 09/16/25 | BSN | Revise LS August 2025 monthly fee application and statement re compliance with US Trustee guidelines | 0.80 | $1,212.00 |
| B160 | 09/19/25 | GF | Revise LS August 2025 to monthly fee statement | 0.10 | $118.50 |
| B160 | 09/23/25 | EBL | Work on seventh monthly fee statement (August 2025) | 0.70 | $266.00 |
| B160 | 09/26/25 | JAR | Revise Lowenstein seventh monthly August 2025 fee application | 0.40 | $264.00 |
| B160 | 09/26/25 | MTP | Review LS monthly fee statement | 0.20 | $215.00 |
| | | | **Total B160 - Fee/Employment Applications** | 3.50 | $2,683.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 09/02/25 | BSN | Review response to Raymond James final fee application | 0.10 | $151.50 |
| B175 | 09/03/25 | BSN | Review second interim fee application, Stephenson Harwood, special counsel for debtors | 0.10 | $151.50 |
| B175 | 09/03/25 | BSN | Review orders approving second interim fee applications, Lowenstein, BRG, Tydings | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 5  
October 11, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 09/11/25 | BSN | Review seventh monthly staffing and compensation report, Getzler, August 2025 | 0.10 | $151.50 |
| B175 | 09/11/25 | GF | Review RJ final fee application | 0.40 | $474.00 |
| B175 | 09/12/25 | BSN | Review supplemental Raymond James final fee application re Ballard Spahr defense costs | 0.30 | $454.50 |
| B175 | 09/13/25 | GF | Emails with B. Nathan regarding RJ fee application | 0.10 | $118.50 |
| B175 | 09/14/25 | BSN | Telephone call with G. Finizio re response to Raymond James final fee application | 0.20 | $303.00 |
| B175 | 09/15/25 | BSN | E-mails with D. Shaffer re committee's response to RJ final fee application | 0.10 | $151.50 |
| B175 | 09/15/25 | GF | Emails with J. Hampton regarding RJ final fee application (.1); emails and calls with BRG regarding same (.3); emails with Tydings team regarding Raymond James final fee application (.2) | 0.60 | $711.00 |
| B175 | 09/15/25 | MTP | E-mails/discussions with G. Finizio, J. Rauchberg, and BRG team re: RJ's final fee application (.2); review same (.1) | 0.30 | $322.50 |
| B175 | 09/16/25 | GF | Emails with GT team regarding RJ final fee application | 0.20 | $237.00 |
| B175 | 09/17/25 | GF | Emails with O Pinkas regarding RJ fee application | 0.20 | $237.00 |
| B175 | 09/18/25 | BSN | Review CNO re second interim fee application of Stephenson Harwood, debtors' UK counsel | 0.10 | $151.50 |
| B175 | 09/18/25 | BSN | Review 3rd monthly and final fee application of Stephenson Harwood, debtors' UK counsel | 0.10 | $151.50 |
| B175 | 09/18/25 | BSN | Review stipulation extending committee's objection deadline re RJ final fee application | 0.10 | $151.50 |
| B175 | 09/18/25 | GF | Emails regarding extension on Raymond James application (.1) and analysis of same (.5) | 0.60 | $711.00 |
| B175 | 09/19/25 | BSN | Review summary of call with J. Young re RJ final fee application | 0.10 | $151.50 |
| B175 | 09/19/25 | BSN | Telephone call with D. Galfus, J. Emerson re questions re Raymond James final fee application | 0.40 | $606.00 |
| B175 | 09/19/25 | BSN | E-mails with D. Galfus and J. Emerson re RJ final fee application questions | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 6  
October 11, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 09/19/25 | GF | Emails to SE regarding RJ final fee request (.2); call with BRG team regarding RJ fee app (.4); call with J. Young regarding RJ fees and send summary of same to LS team (.3) | 0.90 | $1,066.50 |
| B175 | 09/20/25 | BSN | Confer with G. Finizio re disgorgement issue re RJ final fee order | 0.10 | $151.50 |
| B175 | 09/20/25 | GF | Emails with J. Hampton regarding time to discuss RJ fees (.1); call with D. Galfus regarding RJ fees (.2); call with B. Nathan regarding RJ fees (.1) | 0.40 | $474.00 |
| B175 | 09/20/25 | MTP | E-mails/discussions with SE team, BRG team, and LS team re: RJ fee application | 0.10 | $107.50 |
| B175 | 09/21/25 | BSN | Revise disgorgement language to add to RJ final fee order; questions re same | 0.20 | $303.00 |
| B175 | 09/21/25 | GF | Calls with J. Hampton regarding RJ final fees (.3) and emails with LS team on same (.2); and Greenberg Traurig regarding same (.2) | 0.70 | $829.50 |
| B175 | 09/21/25 | MTP | E-mails/discussions with RJ's counsel, BRG team, and LS team re: RJ fee application | 0.20 | $215.00 |
| B175 | 09/22/25 | BSN | Revise changes to Raymond James final fee order re disgorgement rights (.2); e-mails with D. Shaffer and S. Gerald re same (.1); e-mails with O. Pinkas re same (.1) | 0.40 | $606.00 |
| B175 | 09/22/25 | BSN | Review COC re Raymond James final fee order | 0.10 | $151.50 |
| B175 | 09/22/25 | GF | Multiple emails and calls with LS team and RJ's counsel regarding revised order approving RJ fees | 0.50 | $592.50 |
| B175 | 09/22/25 | JAR | Draft reservation of rights re: Raymond James fee application (.4); draft update to Committee re: same (.4); correspondences with M. Papandrea re: same (.1); confer with G. Finzio re: same (.1) | 1.00 | $660.00 |
| B175 | 09/22/25 | MTP | E-mails/discussions with O. Pincas, D. Shaffer, G. Finizio, B. Nathan and J. Rauchberg re: RJ's fee application | 1.00 | $1,075.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 9.90 | $11,921.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 09/05/25 | BSN | Review CNO re debtors' motion to extend deadline to assume, reject Olive Branch lease | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 7  
October 11, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 09/08/25 | BSN | Review order granting debtors' motion to extend time to assume or reject Olive Branch lease | 0.10 | $151.50 |
| B185 | 09/25/25 | BSN | E-mails with J. Hampton re response to questions re assignment of Olive Branch Miss lease | 0.10 | $151.50 |
| B185 | 09/25/25 | BSN | Review questions re stipulation among debtors, Airreit Memphis, Diamond Comics Distributors II LLC re assumption and assignment of Olive Branch lease | 0.40 | $606.00 |
| B185 | 09/25/25 | GF | Multiple emails with LS team and debtors' counsel regarding Olive Branch stipulation (.5); calls with B. Nathan on same (.2); review draft stipulation (.1) | 0.80 | $948.00 |
| B185 | 09/25/25 | JAR | Review SparklePop sale order and asset purchase agreement re: proposed Olive Branch stipulation (.9); correspondence with B. Nathan and G. Finzio re: same (.2) | 1.10 | $726.00 |
| B185 | 09/25/25 | MTP | Review Sparklepop APA re: Olive Branch assumption and assignment stipulation (.1); e-mails with LS team re: same (.1) | 0.20 | $215.00 |
| B185 | 09/25/25 | MTP | Review stipulation re: assumption and assignment of Olive Branch lease (.3); e-mails/discussions with LS team re: same (.2) | 0.50 | $537.50 |
| B185 | 09/26/25 | BSN | Review COC order, stipulation approving assignment of Olive Branch Miss lease to Diamond Comic Distributors II LLC | 0.10 | $151.50 |
| B185 | 09/26/25 | GF | Emails with A. Isenberg regarding lease stipulation sign off | 0.10 | $118.50 |
| B185 | 09/26/25 | MTP | E-mails with SE and LS teams re: Olive Branch stipulation | 0.10 | $107.50 |
| B185 | 09/30/25 | BSN | Review court instruction directing debtors to file Rule 9019 motion re stipulation re assumption and assignment of Olive Branch lease | 0.10 | $151.50 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 3.70 | $4,016.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 09/03/25 | BSN | Review order granting motion to quash Sparkle Pop subpoena | 0.10 | $151.50 |
| B190 | 09/03/25 | BSN | Review Limited Objection to debtors' motion to enforce automatic stay and enforce sale order by ad hoc consignor committee | 0.30 | $454.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 8  
October 11, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 09/04/25 | BSN | Review internal memo re summary of call with Hampton re status of discussions with Sparkle Pop (.1); review response, questions re same with G. Finizio (.3) | 0.40 | $606.00 |
| B190 | 09/04/25 | BSN | Review debtors' motion to approve settlement agreement with Image Comics (.4) and review questions re economics of settlement (.1) | 0.50 | $757.50 |
| B190 | 09/05/25 | BSN | Review Consignor Group's joinder to ad hoc consignors' committee's limited objection to debtors' motion to enforce automatic stay and enforce sale order | 0.10 | $151.50 |
| B190 | 09/05/25 | BSN | Review Sparkle Pop's objection to debtors' motion to enforce automatic stay and enforce sale order and supporting S. Bieg declaration | 0.70 | $1,060.50 |
| B190 | 09/08/25 | BSN | Review debtors' reply to Sparkle Pop's objection to debtors' motion to enforce automatic stay and enforce sale order | 0.40 | $606.00 |
| B190 | 09/09/25 | BSN | Revise revised consent order granting in part debtors' motion to enforce automatic stay and sale order | 0.10 | $151.50 |
| B190 | 09/09/25 | BSN | Revise information request to Hampton re consignment, administrative claims and other matters | 0.10 | $151.50 |
| B190 | 09/09/25 | GF | Prepare email to J. Hampton regarding open diligence requests | 0.20 | $237.00 |
| B190 | 09/09/25 | GF | Review Sparkle Pop reply on stay motion (.2); emails with S. Gerald regarding stay hearing (.1); review draft order resolving in part debtor stay motion (.2); emails with Tydings team on same (.1) | 0.60 | $711.00 |
| B190 | 09/10/25 | BSN | Review Hampton's response to questions re Image settlement, consignment litigation, consignment data requested by court and other matters and e-mails with Hampton re same | 0.10 | $151.50 |
| B190 | 09/10/25 | BSN | Review revised final consent order granting in part debtors' motion to enforce automatic stay and to enforce sale order (.1) and e-mails with Isenberg and S. Gerald re same (.1) | 0.20 | $303.00 |
| B190 | 09/10/25 | GF | Emails with Debtors and Tydings regarding stay hearing and order (.2); review updated consent order (.1) | 0.30 | $355.50 |
| B190 | 09/11/25 | BSN | Review Image settlement and dicuss same with G. Finizio | 0.10 | $151.50 |
| B190 | 09/11/25 | GF | Call with B. Nathan regarding Image settlement status | 0.10 | $118.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 9  
October 11, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 09/12/25 | BSN | Review consent order resolving in part debtors' motion to enforce automatic stay and to enforce sale order | 0.20 | $303.00 |
| B190 | 09/14/25 | GF | Call with B. Nathan regarding open Diamond issues | 0.30 | $355.50 |
| B190 | 09/15/25 | BSN | Review Hampton's response to questions re administrative and consignment claims | 0.10 | $151.50 |
| B190 | 09/18/25 | BSN | Review list of returned vs. retained inventory re Image Comics settlement | 0.30 | $454.50 |
| B190 | 09/18/25 | GF | Emails with LS team and Saul Ewing regarding details around Image settlement | 0.20 | $237.00 |
| B190 | 09/18/25 | JAR | Review proposed stipulations and related documents re: consignment inventory settlements (.3); correspondence with M. Papandrea re: same (.1); draft strategic recommendation to committee re: same (.1) | 0.50 | $330.00 |
| B190 | 09/23/25 | BSN | Review second stipulation extending objection deadline re consignment group motion to compel debtors to assume, reject consignment agreements with members of consignment group | 0.10 | $151.50 |
| B190 | 09/24/25 | BSN | Review Dynamic Force's motion to compel discovery responses from debtors, motion to expedite hearing re same and review order granting expedited motion | 0.30 | $454.50 |
| B190 | 09/26/25 | BSN | Review CNO re debtors' motion to approve settlement agreement with Image | 0.10 | $151.50 |
| B190 | 09/26/25 | BSN | Review notice of continuance of hearing on motion to compel | 0.10 | $151.50 |
| B190 | 09/29/25 | BSN | Review order approving Image settlement | 0.10 | $151.50 |
| B190 | 09/30/25 | BSN | Review Hampton's e-mail with schedules re consignment transactions | 0.20 | $303.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 6.80 | $9,313.50 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B210 | 09/02/25 | BSN | Review debtors' July 2025 monthly operating reports, 2 reports | 0.20 | $303.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 10  
October 11, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B210 | 09/26/25 | BSN | Review monthly operating reports for August 2025, Comic Holding, Diamond Select Toys, Comic Exporters, Diamond Comic Distributors | 0.20 | $303.00 |
| | | | **Total B210 - Business Operations** | 0.40 | $606.00 |

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 09/03/25 | BSN | Telephone call with J. Emerson re dip budget questions | 0.20 | $303.00 |
| B230 | 09/03/25 | GF | Emails with B. Nathan and J. Emerson regarding budget funding | 0.10 | $118.50 |
| B230 | 09/04/25 | BSN | E-mails with J. Emerson (.1); confer with G. Finizio re dip budget issues (.1) | 0.20 | $303.00 |
| B230 | 09/22/25 | MTP | E-mails/discussions re: extended dip financing budget period | 0.10 | $107.50 |
| B230 | 09/25/25 | GF | Call with J. Hampton on overall case status extended dip financing prospects | 0.10 | $118.50 |
| B230 | 09/30/25 | BSN | Review update from debtors' counsel re extended dip financing, mediation prospects re consignment litigations | 0.10 | $151.50 |
| B230 | 09/30/25 | GF | Call with J. Hampton regarding budget and next steps and report back to team on same | 0.50 | $592.50 |
| B230 | 09/30/25 | MTP | E-mails with LS and BRG teams re: status of go forward budget and extended dip financing | 0.10 | $107.50 |
| | | | **Total B230 - Financing/Cash Collateral** | 1.40 | $1,802.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 09/05/25 | BSN | Review file for and review debtors' analysis of section 503b9 priority claims (.3) an follow up with G. Finizio re debtors' analysis of administrative claims (.1) | 0.40 | $606.00 |
| B310 | 09/05/25 | GF | Emails with B. Nathan regarding claim requests to Debtors (.1); email to Saul Ewing regarding list of administrative creditors (.1) | 0.20 | $237.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 11  
October 11, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B310 - Claims Administration and Objections** | 0.60 | $843.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 09/02/25 | BSN | Review status of exclusivity extension resolution re committee's suggested changes to order granting extension | 0.10 | $151.50 |
| B320 | 09/02/25 | GF | Emails with J. Hampton on exclusivity | 0.10 | $118.50 |
| B320 | 09/03/25 | GF | Review markup of exclusivity order from P. Topper | 0.10 | $118.50 |
| B320 | 09/04/25 | BSN | Review Hampton's offer re shortened plan exclusivity extension and review response with G. Finizio (.1) and debtors draft second exclusivity extension order (.1) | 0.20 | $303.00 |
| B320 | 09/04/25 | GF | Calls with J. Hampton 2x regarding exclusivity and next steps | 0.40 | $474.00 |
| B320 | 09/05/25 | BSN | Review COC re debtors' second exclusivity extension motion; revised proposed second exclusivity, extension order and redline showing change from original proposed order | 0.20 | $303.00 |
| B320 | 09/08/25 | BSN | Review order granting debtors' second motion to extend plan exclusivity period | 0.10 | $151.50 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 1.20 | $1,620.00 |

B400 - Bankruptcy-Related Advice

B430 Adversary Proceedings and Bankruptcy Court Litigation

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430 | 09/03/25 | BSN | Review consent order approving stipulated briefing schedule | 0.10 | $151.50 |
| B430 | 09/04/25 | GF | Review list of potential consignment adversaries | 0.10 | $118.50 |
| B430 | 09/05/25 | BSN | Review question re debtors' upcoming adversary proceedings against consignors | 0.10 | $151.50 |
| B430 | 09/09/25 | BSN | Review multiple complaints against consignors; compare to Rule 2019 statements from consignment creditor groups | 0.80 | $1,212.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 12  
October 11, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430 | 09/09/25 | MTP | E-mails with G. Finizio re: consignment adversary proceedings | 0.10 | $107.50 |
| B430 | 09/10/25 | BSN | Review list of consignment adversary proceedings against consignment vendors and value of consigned goods per complaint | 0.10 | $151.50 |
| B430 | 09/15/25 | BSN | Review debtors' reply memo of law in further support of motion to dismiss counts II through V of complaint | 0.30 | $454.50 |
| B430 | 09/15/25 | BSN | Review replies in support of defendants' Raymond James, Getzler Henrich and Robert Goren and Tyson's and Hirsch's motions to dismiss counts II to IV of verified complaint and joinder | 0.60 | $909.00 |
| B430 | 09/15/25 | BSN | Review counterclaim plaintiff's memo of law in support of their opposition to counterclaim defendant's motion to dismiss | 0.40 | $606.00 |
| B430 | 09/15/25 | GF | Review Raymond James reply in support of motion to dismiss | 0.30 | $355.50 |
| B430 | 09/15/25 | MTP | E-mails/discussions with G. Finizio and J. Rauchberg re: filings in AENT litigation (.1); review same (.4) | 0.50 | $537.50 |
| B430 | 09/15/25 | MTP | E-mails/discussions with G. Finizio and J. Rauchberg re: consignment adversary proceedings (.1); review complaints re: same (.2) | 0.30 | $322.50 |
| B430 | 09/16/25 | BSN | Review notice of rescheduled pretrial conference, Alliance Entertainment vs. Diamond Comic Distributors | 0.10 | $151.50 |
| B430 | 09/16/25 | BSN | Review notice of hearing re defendants' motions to dismiss re Alliance Entertainment vs. Diamond Comic Distributors adversary proceeding | 0.10 | $151.50 |
| B430 | 09/17/25 | BSN | Review reply memorandum of law in further support of defendants' motion to dismiss amended complaint, Sparkle Pop vs. Alliance Entertainment | 0.60 | $909.00 |
| B430 | 09/17/25 | GF | Emails with M. Papandrea regarding pretrial conference | 0.10 | $118.50 |
| B430 | 09/17/25 | MTP | E-mails with G. Finizio and D. Shaffer re: pretrial conference | 0.10 | $107.50 |
| B430 | 09/18/25 | MTP | E-mails with D. Shaffer re: pretrial conference | 0.10 | $107.50 |
| | | | **Total B430 - Adversary Proceedings and Bankruptcy Court Litigation** | **4.80** | **$6,623.00** |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 13  
October 11, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| <u>B430A Court Hearings</u> | | | | | |
| B430A | 09/08/25 | BSN | Review exhibit, witness list for 9/10 hearing re debtors' motion to enforce stay against Sparkle Pop | 0.10 | $151.50 |
| B430A | 09/09/25 | BSN | Prepare for hearing on debtors' stay, sale enforcement on motion re Sparkle Pop and prepare for same and e-mail with Gerald re same | 0.10 | $151.50 |
| B430A | 09/09/25 | BSN | Review Sparkle Pop's witness and exhibit list for 9/10/25 hearing | 0.10 | $151.50 |
| B430A | 09/15/25 | BSN | Review notice of rescheduled hearing on ad hoc consignors' group's motion to compel debtors' assumption or rejection of consignment agreements | 0.10 | $151.50 |
| B430A | 09/17/25 | BSN | E-mails with S. Gerald re pretrial conference, Sparkle Pop adversary vs. Alliance Entertainment | 0.10 | $151.50 |
| B430A | 09/18/25 | BSN | Review notice of pretrial conference, Sparkle Pop vs. Alliance Entertainment (.1) and e-mail with D. Shaffer re same (.1) | 0.20 | $303.00 |
| B430A | 09/18/25 | BSN | Review notice of hearing, defendants motion to dismiss amended complaint | 0.10 | $151.50 |
| B430A | 09/24/25 | MTP | E-mails with G. Finizio and B. Nathan re: hearing on 9/26 | 0.10 | $107.50 |
| | | | **Total B430A - Court Hearings** | 0.90 | $1,319.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1244267

Page 14  
October 11, 2025

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 3.00 | $1,645.00 |
| B130 | Asset Disposition | 0.10 | $151.50 |
| B150 | Meetings of and Communication with Creditors | 8.70 | $8,058.00 |
| B160 | Fee/Employment Applications | 3.50 | $2,683.00 |
| B175 | Fee Applications and Invoices - Others | 9.90 | $11,921.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 3.70 | $4,016.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 6.80 | $9,313.50 |
| B210 | Business Operations | 0.40 | $606.00 |
| B230 | Financing/Cash Collateral | 1.40 | $1,802.00 |
| B310 | Claims Administration and Objections | 0.60 | $843.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 1.20 | $1,620.00 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 4.80 | $6,623.00 |
| B430A | Court Hearings | 0.90 | $1,319.50 |
|  | **Total** | **45.00** | **$50,602.00** |