## **Exhibit A**

DATE: 10/15/25 14:14:58 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071559)  # 157621                                        Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

**MATTER DESCRIPTION**  
General Administrative

**BILLING INSTRUCTIONS**

**CLIENT ADDRESS**  
The Official Committee of Unsecured Creditors  
for the Diamond Comic Distributors, Inc. Bankruptcy Case  
100 Front Street  
Riverside, NJ 08075  

**MATTER ADDRESS**  
The Official Committee of Unsecured Creditors  
for the Diamond Comic Distributors, Inc. Bankruptcy Case  
100 Front Street  
Riverside, NJ 08075  

**CLIENT INFORMATION**  
PHONE:  
CONTACT: Gregory Andonian  
REFERRED BY:  

**MATTER INFORMATION**  
PHONE:  
CONTACT: Gregory Andonian  
REFERRED BY:  

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: |  | ARRANGEMENT: | HRST | HRST |  |  |

TRUST AMOUNT:             0.00  
UNAPPLIED AMOUNT:         0.00  

LAST BILL DATE:      06/30/25

TIME ENTRIES

|  |  |  |  | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2771470 | SBG | 09/02/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 310 |  |  | review docket/calendar deadlines, etc |
| 2777570 | DJS | 09/17/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 498 |  |  | Calls with Gerald and review docket for upcoming hearings and rescheduling of matters |
| 2776854 | DJS | 09/29/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 623 |  |  | Follow up on open issues with potential hearings and status of open matters; confer with co- |

DATE: 10/15/25 14:14:58 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071559)  # 157621                        Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | counsel regarding same. |
| 2776623 | DJS | 09/30/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 810 | | | Confer with Gerald; review case docket and calendar for open matters and upcoming events. |

FEE SUBTOTAL                                810.00

BALANCE DUE FROM PREVIOUS STATEMENT                             4,464.90
LESS PAYMENT(S)                                                  (545.60)

BALANCE FORWARD                                                  3,919.30

TIMECARD SUB-TOTAL (1.30)              810.00
DISBURSEMENT SUB-TOTAL                   0.00
SUBTOTAL CURRENT PERIOD                810.00
TOTAL DUE                                                        4,729.30

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 0.80 | 61.5 | 500.00 | 61.70 |
| Gerald, Stephen B. | 620.00 | 0.50 | 38.5 | 310.00 | 38.30 |
| TOTALS | | 1.30 | | 810.00 | |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 19,596.50 | 0.00 | 0.00 | 0.00 | 19,596.50 |
| CR | Cash Receipts | -15,677.20 | 0.00 | 0.00 | 0.00 | -15,677.20 |
| | TOTALS | 3,919.30 | 0.00 | 0.00 | 0.00 | 3,919.30 |

DATE: 10/15/25 14:14:58 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071559)  # 157621                                                                            Page 3


AGED ACCOUNTS RECEIVABLE:           0.00  (-30)          0.00  (31-60)          0.00  (61-90)          0.00  (91-120)          3,919.30  (+)

              (  ) BILL COSTS AND FEES          (  ) DO NOT BILL
              (  ) BILL FEES ONLY               (  ) CLOSE FILE
              (  ) BILL COSTS ONLY              (  ) FINAL BILL

DATE: 10/15/25 14:19:07 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071565)  # 157625      Page 1

| | CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|---|
| | Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION      BILLING INSTRUCTIONS
Professionals-Debtor and Committee (Rete

CLIENT ADDRESS      MATTER ADDRESS
The Official Committee of Unsecured Creditors      The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case      for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street      100 Front Street
Riverside, NJ 08075      Riverside, NJ 08075

CLIENT INFORMATION      MATTER INFORMATION
PHONE:      PHONE:
CONTACT: Gregory Andonian      CONTACT: Gregory Andonian
REFERRED BY:      REFERRED BY:

STATUS: OP      DEPARTMENT: 500      Bankruptcy      FEE FREQ: M
DATE OPENED: 03/06/25      MATTER TYPE: 3300      Creditor Committee      COST FREQ: M
     Representation
DATE CLOSED:      ARRANGEMENT: HRST      HRST

TRUST AMOUNT: 0.00
UNAPPLIED AMOUNT: 0.00

LAST BILL DATE: 09/25/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2777502 | DJS | 09/02/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 125 | | | Emails with co-counsel regarding fee statement issues and filings |
| 2771494 | SBG | 09/02/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 497 | | | prepare CNOs for July monthly fee statements for committee professionals |
| 2771495 | SBG | 09/02/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 869 | | | prepare CNOs for second interim fee statements for committee professionals |

DATE: 10/15/25 14:19:07 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071565)  # 157625                                                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2771553 | SBG | 09/02/25 | B | 0.80 | 496.00 | 0.50 | 310.00 | 1179 | | | file CNOs for july monthly and second interim fee applications for committee professionals |
| 2777286 | DJS | 09/03/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 1304 | | | Review interim compensation order and interim applications |
| 2773829 | SBG | 09/12/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1428 | | | review supp to RJ fee app. |
| 2777344 | DJS | 09/15/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 1803 | | | Review RJ fee issues and draft and send email to co-counsel regarding same; follow up regarding same |
| 2773634 | SBG | 09/15/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1927 | | | emails regarding RJ fee application and ROR regarding same; confer with D.Shaffer regarding same |
| 2774099 | SBG | 09/16/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1989 | | | emails regarding extension of time to object to RJ fee app |
| 2774102 | SBG | 09/16/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2113 | | | review omni fee app |
| 2777583 | DJS | 09/17/25 | B | 0.10 | 62.50 | 0.10 | 62.50 | 2176 | | | Emails regarding RJ fee application response extension. |
| 2774643 | DJS | 09/18/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 2363 | | | Emails with debtor counsel regarding extension of time to respond to RJ fee application; confer with co-counsel regarding same; review form of stipulation regarding same. |
| 2777486 | DJS | 09/19/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 2738 | | | Fee statement review for application; confer with Gerald regarding same. |
| 2777380 | DJS | 09/22/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 2863 | | | Emails with co-counsel; review proposed language for form of order addressing AENT issues with RJ application |
| 2775205 | SBG | 09/22/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 2925 | | | emails regarding language regarding RJ order |
| 2775250 | SBG | 09/22/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 3359 | | | work on Tydings August monthly fee statement |
| 2775661 | SBG | 09/22/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 3421 | | | committee update email |

DATE: 10/15/25 14:19:07 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071565)  # 157625                                Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | regarding RJ |
| 2777424 | DJS | 09/24/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 3609 | | | Confer with Gerald and review fee statement issues and other budgeting matters for case |
| 2776098 | SBG | 09/25/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 3919 | | | prep BRG and Travel monthly fee statements for filing; emails regarding same |
| 2776822 | SBG | 09/29/25 | B | 1.10 | 682.00 | 1.10 | 682.00 | 4601 | | | finalize and file committee professional fee statements for August |

```
                      FEE SUBTOTAL                                  4,600.50


            BALANCE DUE FROM PREVIOUS STATEMENT                              25,852.80
            LESS PAYMENT(S)                                                  (6,550.40)

            BALANCE FORWARD                                                  19,302.40

            TIMECARD SUB-TOTAL (7.40)                    4,600.50
            DISBURSEMENT SUB-TOTAL                           0.00
            SUBTOTAL CURRENT PERIOD                      4,600.50
            TOTAL DUE                                                        23,902.90
```

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 2.50 | 33.8 | 1562.50 | 34.00 |
| Gerald, Stephen B. | 620.00 | 4.90 | 66.2 | 3038.00 | 66.00 |
| TOTALS | | 7.40 | | 4600.50 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 87,584.00 | 0.00 | 0.00 | 0.00 | 87,584.00 |
| CR | Cash Receipts | -68,281.60 | 0.00 | 0.00 | 0.00 | -68,281.60 |
| | TOTALS | 19,302.40 | 0.00 | 0.00 | 0.00 | 19,302.40 |

DATE: 10/15/25 14:19:07 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071565)  # 157625                                                                      Page 4

AGED ACCOUNTS RECEIVABLE:          0.00 (-30)         2,232.00 (31-60)         1,637.60 (61-90)         571.80 (91-120)         14,861.00 (+)

    ( ) BILL COSTS AND FEES    ( ) DO NOT BILL
    ( ) BILL FEES ONLY    ( ) CLOSE FILE
    ( ) BILL COSTS ONLY    ( ) FINAL BILL

DATE: 10/15/25 14:18:25 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071564)  # 157624                                       Page 1

| | | | | |
|---|---|---|---|---|
| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                                          BILLING INSTRUCTIONS
Avoidance Actions/Litigation/Contested M

CLIENT ADDRESS                                                              MATTER ADDRESS
The Official Committee of Unsecured Creditors                               The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case                    for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                            100 Front Street
Riverside, NJ 08075                                                         Riverside, NJ 08075

CLIENT INFORMATION                                                          MATTER INFORMATION
PHONE:                                                                      PHONE:
CONTACT: Gregory Andonian                                                   CONTACT: Gregory Andonian
REFERRED BY:                                                                REFERRED BY:

STATUS:         OP                       DEPARTMENT:       500           Bankruptcy                FEE FREQ:        M
DATE OPENED:    03/06/25                 MATTER TYPE:      3300          Creditor Committee        COST FREQ:       M
                                                                         Representation
DATE CLOSED:                             ARRANGEMENT:      HRST          HRST

TRUST AMOUNT:                       0.00
UNAPPLIED AMOUNT:                   0.00

LAST BILL DATE:         09/25/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2770979 | DJS | 09/01/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 500 | | | Read motion for stay violation and related documents, |
| 2777291 | DJS | 09/03/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 625 | | | Read motion for stay violation objection |
| 2772275 | SBG | 09/05/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 811 | | | review Sparkle Pop objection to motion to enforce stay |
| 2772763 | DJS | 09/09/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 1311 | | | Review and edit form of consent |

DATE: 10/15/25 14:18:25 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071564)  # 157624                                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | order for stay violation motion against Sparkle Pop. |
| 2772819 | DJS | 09/09/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 1436 | | | Confer with Gerald regarding hearing on Sparkle Pop stay violation motion. |
| 2772733 | SBG | 09/09/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 1622 | | | review draft consent order resolving motion to enforce stay; emails regarding same |
| 2772734 | SBG | 09/09/25 | B | 2.20 | 1364.00 | 2.20 | 1364.00 | 2986 | | | prep for hearing on motion to enforce stay; review underlying pleadings; emails regarding committee position |
| 2772822 | DJS | 09/10/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 3111 | | | Confer with Gerald regarding hearing on stay violation motion. |
| 2777610 | DJS | 09/10/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 3299 | | | Follow up with Gerald regarding hearing on Sparkle Pop issues. |
| 2772962 | SBG | 09/10/25 | B | 1.40 | 868.00 | 1.40 | 868.00 | 4167 | | | attend hearing on motion to enforce stay |
| 2772963 | SBG | 09/10/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4291 | | | review final form of consent order partially resolving motion to enforce stay; emails regarding same |
| 2772964 | SBG | 09/10/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 4477 | | | confer with D.Shaffer regarding hearing; emails with LS regarding same |
| 2775887 | SBG | 09/24/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4601 | | | review motion to compel discovery; motion to expedite |
| 2776828 | SBG | 09/29/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 4725 | | | emails regarding status of titan hearing; confer with D.Shaffer regarding same |

                              FEE SUBTOTAL                      4,724.50

DATE: 10/15/25 14:18:25 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071564)  # 157624                         Page 3

```
BALANCE DUE FROM PREVIOUS STATEMENT                    8,038.40
LESS PAYMENT(S)                                       (4,894.80)

BALANCE FORWARD                                        3,143.60

TIMECARD SUB-TOTAL (7.60)              4,724.50
DISBURSEMENT SUB-TOTAL                     0.00
SUBTOTAL CURRENT PERIOD                4,724.50
TOTAL DUE                                              7,868.10
```

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 2.50 | 32.9 | 1562.50 | 33.10 |
| Gerald, Stephen B. | 620.00 | 5.10 | 67.1 | 3162.00 | 66.90 |
| TOTALS | | 7.60 | | 4724.50 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 12,978.00 | 0.00 | 0.00 | 0.00 | 12,978.00 |
| CR | Cash Receipts | -9,834.40 | 0.00 | 0.00 | 0.00 | -9,834.40 |
| | TOTALS | 3,143.60 | 0.00 | 0.00 | 0.00 | 3,143.60 |

AGED ACCOUNTS RECEIVABLE:         0.00 (-30)        685.00 (31-60)        1,223.70 (61-90)        911.10 (91-120)        323.80 (+)

```
(  ) BILL COSTS AND FEES        (  ) DO NOT BILL
(  ) BILL FEES ONLY             (  ) CLOSE FILE
(  ) BILL COSTS ONLY            (  ) FINAL BILL
```

DATE: 10/15/25 14:16:40 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071560)  # 157622                                      Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION  
Secured Lender/Creditor Issues

BILLING INSTRUCTIONS

CLIENT ADDRESS  
The Official Committee of Unsecured Creditors  
for the Diamond Comic Distributors, Inc. Bankruptcy Case  
100 Front Street  
Riverside, NJ 08075

MATTER ADDRESS  
The Official Committee of Unsecured Creditors  
for the Diamond Comic Distributors, Inc. Bankruptcy Case  
100 Front Street  
Riverside, NJ 08075

CLIENT INFORMATION  
PHONE:  
CONTACT: Gregory Andonian  
REFERRED BY:

MATTER INFORMATION  
PHONE:  
CONTACT: Gregory Andonian  
REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:          0.00  
UNAPPLIED AMOUNT:      0.00

LAST BILL DATE:       09/25/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2771748 | SBG | 09/03/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | emails regarding budget/fee issues |
| 2772010 | SBG | 09/04/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 372 | | | emails with team regarding issues regarding budget |

FEE SUBTOTAL                                      372.00

DATE: 10/15/25 14:16:40 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071560)  # 157622                                    Page 2

```
        BALANCE DUE FROM PREVIOUS STATEMENT                          11,227.00
        LESS PAYMENT(S)                                                (399.20)

        BALANCE FORWARD                                               10,827.80

        TIMECARD SUB-TOTAL (0.60)                    372.00
        DISBURSEMENT SUB-TOTAL                         0.00
        SUBTOTAL CURRENT PERIOD                      372.00
        TOTAL DUE                                                     11,199.80
```

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Gerald, Stephen B. | 620.00 | 0.60 | 100.0 | 372.00 | 100.00 |
| TOTALS |  | 0.60 |  | 372.00 |  |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 44,653.00 | 0.00 | 0.00 | 0.00 | 44,653.00 |
| CR | Cash Receipts | -33,825.20 | 0.00 | 0.00 | 0.00 | -33,825.20 |
|  | TOTALS | 10,827.80 | 0.00 | 0.00 | 0.00 | 10,827.80 |

AGED ACCOUNTS RECEIVABLE:      0.00 (-30)      2,371.50 (31-60)      99.80 (61-90)      1,246.10 (91-120)      7,110.40 (+)

```
        ( ) BILL COSTS AND FEES          ( ) DO NOT BILL
        ( ) BILL FEES ONLY               ( ) CLOSE FILE
        ( ) BILL COSTS ONLY              ( ) FINAL BILL
```

DATE: 10/15/25 14:19:48 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071566)  # 157626                                  Page 1

| | | | | |
|---|---|---|---|---|
| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| Plan and Disclosure Statement | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors | The Official Committee of Unsecured Creditors |
| for the Diamond Comic Distributors, Inc. Bankruptcy Case | for the Diamond Comic Distributors, Inc. Bankruptcy Case |
| 100 Front Street | 100 Front Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: | PHONE: |
| CONTACT: Gregory Andonian | CONTACT: Gregory Andonian |
| REFERRED BY: | REFERRED BY: |

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:                       0.00
UNAPPLIED AMOUNT:                   0.00

LAST BILL DATE:            09/25/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2777302 | DJS | 09/04/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 188 | | | Review exclusivity motion stipulation and emails regarding same. |
| 2772404 | SBG | 09/08/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 250 | | | review order regarding exclusivity deadline extension |

              FEE SUBTOTAL                              249.50

DATE: 10/15/25 14:19:48 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071566)  # 157626                    Page 2

```
BALANCE DUE FROM PREVIOUS STATEMENT                      448.10
LESS PAYMENT(S)

BALANCE FORWARD                                          448.10

TIMECARD SUB-TOTAL (0.40)                    249.50
DISBURSEMENT SUB-TOTAL                         0.00
SUBTOTAL CURRENT PERIOD                      249.50
TOTAL DUE                                                697.60
```

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 0.30 | 75.0 | 187.50 | 75.20 |
| Gerald, Stephen B. | 620.00 | 0.10 | 25.0 | 62.00 | 24.80 |
| TOTALS |  | 0.40 |  | 249.50 |  |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 994.50 | 0.00 | 0.00 | 0.00 | 994.50 |
| CR | Cash Receipts | -546.40 | 0.00 | 0.00 | 0.00 | -546.40 |
|  | TOTALS | 448.10 | 0.00 | 0.00 | 0.00 | 448.10 |

AGED ACCOUNTS RECEIVABLE:        0.00 (-30)        311.50 (31-60)        0.00 (61-90)        74.60 (91-120)        62.00 (+)

```
(  ) BILL COSTS AND FEES        (  ) DO NOT BILL
(  ) BILL FEES ONLY             (  ) CLOSE FILE
(  ) BILL COSTS ONLY            (  ) FINAL BILL
```

DATE: 10/15/25 14:17:36 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071561)  # 157623                                                                                   Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| General Unsecured Creditor Issues | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors<br>for the Diamond Comic Distributors, Inc. Bankruptcy Case<br>100 Front Street<br>Riverside, NJ 08075 | The Official Committee of Unsecured Creditors<br>for the Diamond Comic Distributors, Inc. Bankruptcy Case<br>100 Front Street<br>Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE:<br>CONTACT: Gregory Andonian<br>REFERRED BY: | PHONE:<br>CONTACT: Gregory Andonian<br>REFERRED BY: |

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:           0.00
UNAPPLIED AMOUNT:       0.00

LAST BILL DATE:         09/25/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2772408 | SBG | 09/08/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 62 | | | review order extending time to assume or reject |
| 2775228 | SBG | 09/18/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 186 | | | committee email regarding status of various matters |
| 2776181 | DJS | 09/26/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 311 | | | Read proposed stipulation for resolution of assumption and assignment of Olive Branch lease. |

DATE: 10/15/25 14:17:36 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071561)  # 157623                     Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2776174 | SBG | 09/26/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 373 | | | committee email regarding status |

|  |  |
|---|---:|
| FEE SUBTOTAL | 373.00 |

|  |  |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | 5,768.70 |
| LESS PAYMENT(S) | (1,295.20) |
| BALANCE FORWARD | 4,473.50 |
| TIMECARD SUB-TOTAL (0.60) | 373.00 |
| DISBURSEMENT SUB-TOTAL | 0.00 |
| SUBTOTAL CURRENT PERIOD | 373.00 |
| TOTAL DUE | 4,846.50 |

TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 0.20 | 33.3 | 125.00 | 33.50 |
| Gerald, Stephen B. | 620.00 | 0.40 | 66.7 | 248.00 | 66.50 |
| TOTALS |  | 0.60 |  | 373.00 |  |

MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 16,877.50 | 0.00 | 0.00 | 0.00 | 16,877.50 |
| CR | Cash Receipts | -12,404.00 | 0.00 | 0.00 | 0.00 | -12,404.00 |
|  | TOTALS | 4,473.50 | 0.00 | 0.00 | 0.00 | 4,473.50 |

AGED ACCOUNTS RECEIVABLE:        0.00  (-30)        1,372.50  (31-60)        323.80  (61-90)        261.80  (91-120)        2,515.40  (+)

```
(  ) BILL COSTS AND FEES        (  ) DO NOT BILL
(  ) BILL FEES ONLY             (  ) CLOSE FILE
(  ) BILL COSTS ONLY            (  ) FINAL BILL
```

DATE: 10/15/25 14:13:50 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071475)  # 157604                                   Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                              BILLING INSTRUCTIONS
Bankruptcy

CLIENT ADDRESS                                                    MATTER ADDRESS
The Official Committee of Unsecured Creditors                     The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case          for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                  100 Front Street
Riverside, NJ 08075                                               Riverside, NJ 08075

CLIENT INFORMATION                                                MATTER INFORMATION
PHONE:                                                            PHONE:
CONTACT: Gregory Andonian                                         CONTACT: Gregory Andonian
REFERRED BY:                                                      REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 02/03/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | | HRST  HRST | | |

TRUST AMOUNT:                    0.00
UNAPPLIED AMOUNT:              399.53

LAST BILL DATE:        08/28/25

COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE |
|---|---|---|---|---|---|
| 924281 | 09/09/25 | B | 76.20 | Photocopies - Infortext | PQ |
| 924282 | 09/09/25 | B | 6.40 | Photocopies - Infortext | PQ |
| 924289 | 09/09/25 | B | 76.20 | Photocopies - Infortext | PQ |
| | | | 158.80 | | |

DATE: 10/15/25 14:13:50 PRO FORMA STATEMENT AS OF 09/30/25  FOR FILE (D02748.071475)  # 157604                    Page 2

```
         BALANCE DUE FROM PREVIOUS STATEMENT                           621.67
         LESS PAYMENT(S)                                              (527.07)

         BALANCE FORWARD                                                94.60

         TIMECARD SUB-TOTAL (0)                          0.00
         DISBURSEMENT SUB-TOTAL                        158.80
         SUBTOTAL CURRENT PERIOD                       158.80
         TOTAL DUE                                                    253.40
```

### COST CODE SUMMARY

| COST CODE | | AMOUNT |
|---|---|---|
| PQ | Photocopies-Infortext | 158.80 |
| COST TOTAL | | 158.80 |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 0.00 | 1,169.84 | 2,842.40 | 0.00 | 4,012.24 |
| CR | Cash Receipts | 0.00 | -1,085.04 | -2,832.60 | 0.00 | -3,917.64 |
|  | TOTALS | 0.00 | 84.80 | 9.80 | 0.00 | 94.60 |

AGED ACCOUNTS RECEIVABLE:       0.00 (-30)       0.00 (31-60)       0.00 (61-90)       0.00 (91-120)       94.60 (+)

```
         (  ) BILL COSTS AND FEES            (  ) DO NOT BILL
         (  ) BILL FEES ONLY                 (  ) CLOSE FILE
         (  ) BILL COSTS ONLY                (  ) FINAL BILL
```