# **EXHIBIT A**

In re: Diamond Comic Distributors, Inc.



## Exhibit A: Time Detail

**Berkeley Research Group, LLC**

For the Period 9/1/2025 through 9/30/2025

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 9/15/2025 | J. Emerson | 0.5 | Participated in call with Raymond James (A. Haesler) related to net asset sale proceeds. |
| **Task Code Total Hours** | | **0.5** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 9/8/2025 | E. Degnan | 0.5 | Prepared August fee statement. |
| 9/9/2025 | M. Haverkamp | 0.7 | Edited August fee statement. |
| 9/10/2025 | E. Degnan | 1.1 | Prepared August fee statement. |
| 9/10/2025 | M. Haverkamp | 0.3 | Edited August fee statement. |
| 9/17/2025 | E. Degnan | 0.6 | Prepared August fee statement. |
| 9/17/2025 | M. Haverkamp | 0.3 | Edited August fee statement. |
| **Task Code Total Hours** | | **3.5** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 9/19/2025 | J. Emerson | 2.4 | Prepared recovery analysis related to potential alternative professional fees. |
| **Task Code Total Hours** | | **2.4** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 9/15/2025 | J. Emerson | 1.4 | Updated liquidity analysis based on latest professional fee assumptions through 9/8. |
| 9/19/2025 | J. Emerson | 1.4 | Updated liquidity analysis through 9/8 based on updated Diamond UK funds flow. |
| 9/19/2025 | J. Emerson | 0.3 | Reviewed Diamond UK funds flows. |
| **Task Code Total Hours** | | **3.1** | |
| **37. Vendor Management** | | | |

| Date | Professional | Hours | Description |
| --- | --- | --- | --- |
| **37. Vendor Management** | | | |
| 9/3/2025 | J. Emerson | 1.4 | Updated professional fee estimate to reflect latest actuals through August. |
| 9/3/2025 | J. Emerson | 0.7 | Revised professional fee estimate to reflect comments from Counsel. |
| 9/4/2025 | M. Haverkamp | 0.2 | Reviewed correspondence with Counsel (G. Finizio, S. Gerald) re: professional fee estimate. |
| 9/15/2025 | J. Emerson | 0.3 | Provided comments to Counsel (B. Nathan, G. Finizio) related to Raymond James professional fee calculation. |
| 9/15/2025 | J. Emerson | 0.3 | Reviewed Raymond James final fee application. |
| 9/19/2025 | J. Emerson | 0.5 | Participated in call with Raymond James (A. Haesler) related to certain professional fee calculation. |
| 9/19/2025 | J. Emerson | 0.3 | Participated in call with Counsel (B. Nathan, G. Finizio) related to Raymond James professional fee calculation. |
| ***Task Code Total Hours*** | | **3.7** | |
| **Total Hours** | | **13.2** | |