# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 925 |

## CERTIFICATE OF NO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE DEADLINE FOR THE DEBTORS TO ASSUME OR REJECT AN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On September 30, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order Further Extending the Deadline for the Debtors to Assume or Reject an Unexpired Lease of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* [D.I. 925] (the "Motion").

2. Pursuant to the notice of Motion, objections, if any, to the Motion were required to be filed with the Court and served on the undersigned so as to be received on or before October 14, 2025 (the "Objection Deadline").

3. The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, pursuant to rule 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the undersigned counsel to the

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

56570590.1 10/17/2025

Debtors respectfully requests that the Court enter the proposed order attached to the Motion as **Exhibit A** at its earliest convenience.

Dated: October 17, 2025                **SAUL EWING LLP**

                      By: */s/ Jordan D. Rosenfeld*
                          Jordan D. Rosenfeld (MD Bar No. 13694)
                          1001 Fleet Street, 9th Floor
                          Baltimore, MD 21202
                          Telephone: (410) 332-8600
                          Email: jordan.rosenfeld@saul.com

                          -and-

                          Jeffrey C. Hampton (admitted *pro hac vice*)
                          Adam H. Isenberg (admitted *pro hac vice*)
                          Turner N. Falk (admitted *pro hac vice*)
                          1500 Market Street, 38th Floor
                          Philadelphia, PA 19102
                          Telephone: (215) 972-7777
                          Email: jeffrey.hampton@saul.com
                                    adam.isenberg@saul.com
                                    turner.falk@saul.com

                          -and-

                          Mark Minuti (admitted *pro hac vice*)
                          Paige N. Topper (admitted *pro hac vice*)
                          Nicholas Smargiassi (admitted *pro hac vice*)
                          1201 N. Market Street, Suite 2300
                          Wilmington, DE 19801
                          Telephone: (302) 421-6800
                          Email: mark.minuti@saul.com
                                    paige.topper@saul.com
                                    nicholas.smargiassi@saul.com

                          *Counsel for Debtors and Debtors in Possession*