UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

|  |  |
|---|---|
| IN RE:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., et al.<br><br>      Debtors.[1] | Jointly Administered under<br>Case No. 25-10308-DER<br>Chapter 11 |

**WITHDRAWAL OF LIMITED OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION AMONG DEBTORS, DIAMOND COMICS DISTRIBUTORS II LLC AND AIREIT MEMPHIS DC LLC REGARDING ASSUMPTION AND ASSIGNMENT OF UNEXPIRED REAL ESTATE LEASE, AS AMENDED, TO DIAMOND COMICS DISTRIBUTORS II LLC [Dkt. 926]**

The *Consignment Group* (the "Consignors"),[2] by and through its undersigned counsel, withdraws the Limited Objection [Dkt.940] (the "Objection") to Debtors' Motion for Entry of an Order Approving Stipulation Among Debtors, Diamond Comics Distributors II LLC and Aireit Memphis DC LLC Regarding Assumption and Assignment of Unexpired Real Estate Lease, as Amended, to Diamond Comics Distributors II LLC [Dkt. 926] (the "Motion") based upon the Debtor's stipulation that it will escrow $300,000.00 for alleged administrative claims as set forth in the most recent line filing the Notice of Filing Proposed Order Approving Seventh Stipulation Amending DIP Agreement [Dkt. 967].

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] The Consignors are comprised of 14 different consignors. The Consignors believe that this objection is in the best interest of all similarly-situated consignors.

Dated: October 21, 2025

Respectfully Submitted,

<u>/s/ Craig M. Palik</u>
Craig M. Palik, Esquire (Bar No 15254)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
T: (301) 441-2420
cpalik@mhlawyers.com
*Attorneys for the Consignment Group*

Aspen MLT, LLC, a/k/a Aspen Comics,
Black Mask Studios, LLC,
Dark Horse Comics, Inc
DSTLRY Media, Inc.,
Dynamic Forces, Inc. a/k/a Dynamite Entertainment,
Heavy Metal International, LLC,
Magnetic Press, LLC,
Massive Publishing, LLC,
Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC,
Panini UK Ltd.,
Punk Bot Comic Books, LLC a/k/a Alien Books,
The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Objection will be served electronically by the Court's CM/ECF system on the following:

Sam Alberts    sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com

Peter J Artese    peter.artese@us.dlapiper.com

Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com

Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov

Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com; delawaredocketing@polsinelli.com

Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com

Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com

Andrew Brown    abrown@klestadt.com

Darek Bushnaq    dsbushnaq@venable.com

Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com;zjones@tydings.com; swilliams@tydings.com

David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com; rleibowitz@perkinscoie.com

G. David Dean    ddean@coleschotz.com, PRatkowiak@coleschotz.com

Mark L Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com

Emily Devan    edevan@milesstockbridge.com

Ellen E. Dew    ellen.dew@us.dlapiper.com

Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com

Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com

Gianfranco Finizio    gfinizio@lowenstein.com

Adam Fletcher    afletcher@bakerlaw.com

Chelsea R Frankel    cfrankel@lowenstein.com

Stephen B. Gerald    sgerald@tydings.com

Christopher J. Giaimo    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com

Joshua Glikin    jglikin@shulmanrogers.com, abogert@shulmanrogers.com, tlewis@shulmanrogers.com

Jonathan A. Grasso    jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com

Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Jeffrey C. Hampton    jeffrey.hampton@saul.com

Jason F Hoffman    jhoffman@bakerlaw.com

Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com; kreese@yvslaw.com;vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com

James R. Irving    james.irving@dentons.com

Adam H Isenberg    adam.isenberg@saul.com

Harry Conrad Jones    HJones@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com

Toyja E. Kelley    toyja.kelley@lockelord.com

C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage    korphagee@whiteandwilliams.com

Jung Yong Lee    jlee@milesstockbridge.com, mhickman@tydings.com

Gary H. Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com

Thomas J. McKee    mckeet@gtlaw.com, smedsa@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-0902@ecf.pacerpro.com

Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com

Randy Moonan    rmoonan@sillscummis.com

Bruce S. Nathan    bnathan@lowenstein.com

Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com; Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com; cmartin@mhlawyers.com

Michael Papandrea    mpapandrea@lowenstein.com

Steven Gregory Polard    steven.polard@ropers.com, loriann.zullo@ropers.com; calendar-LAO@ropers.com

Scott Prince    sprince@bakerlaw.com

Jonathan Gary Rose    jonathan.rose@us.dlapiper.com

Jordan Rosenfeld    jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer    nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com

Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com; mhickman@tydings.com; jlee@tydings.com

Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com; errol.chapman@troutman.com; toyja.kelley@troutman.com

Nicholas Smargiassi    nicholas.smargiassi@saul.com

Brent C. Strickland    bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com; brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers    summersm@ballardspahr.com, branchd@ballardspahr.com; heilmanl@ballardspahr.com; ambroses@ballardspahr.com; zarnighiann@ballardspahr.com; carolod@ballardspahr.com; cromartie@ballardspahr.com; stammerk@ballardspahr.com; brannickn@ballardspahr.com

S. Jason Teele    steele@sillscummis.com

Paige Noelle Topper    paige.topper@saul.com

US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

*/s/ Craig M. Palik*
Craig M. Palik