IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 933** |

## STIPULATION TO EXTEND OBJECTION DEADLINE

The above-captioned debtors and debtors in possession (the "Debtors") and 207 Redco, LLC, by and through their undersigned counsel, hereby stipulate that the Debtors' deadline to object to the *Motion of 207 Redco, LLC for Administrative Expense* [D.I. 933] is extended to October 31, 2025.

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| | |
|---|---|
| **SAUL EWING LLP** | **BARLEY SNYDER** |
| By: */s/ Jordan D. Rosenfeld* <br> Jordan D. Rosenfeld (MD Bar No. 13694) <br> 1001 Fleet Street, 9th Floor <br> Baltimore, MD 21202 <br> Telephone: (410) 332-8600 <br> Email: jordan.rosenfeld@saul.com <br><br> -and- <br><br> Jeffrey C. Hampton (admitted *pro hac vice*) <br> Adam H. Isenberg (admitted *pro hac vice*) <br> Turner N. Falk (admitted *pro hac vice*) <br> 1500 Market Street, 38th Floor <br> Philadelphia, PA 19102 <br> Telephone: (215) 972-7777 <br> Email: jeffrey.hampton@saul.com <br>        adam.isenberg@saul.com <br>        turner.falk@saul.com <br><br> -and- <br><br> Mark Minuti (admitted *pro hac vice*) <br> Paige N. Topper (admitted *pro hac vice*) <br> Nicholas Smargiassi (admitted *pro hac vice*) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Telephone: (302) 421-6800 <br> Email: mark.minuti@saul.com <br>        paige.topper@saul.com <br>        nicholas.smargiassi@saul.com <br><br> *Counsel for Debtors and Debtors in Possession* | By: */s/ Matthew G. Brushwood* <br> Matthew G. Brushwood (MD Bar No. 2109220013) <br> 2755 Century Blvd. <br> Wyomissing, PA 19610 <br> Telephone: (610)-898-7165 <br> mbrushwood@barley.com <br><br> *Counsel for 207 Redco, LLC* |