# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 933** |

## STIPULATION TO EXTEND OBJECTION DEADLINE

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") and 207 Redco, LLC, by and through their undersigned counsel, hereby stipulate that the Debtors' deadline to object to the *Motion of 207 Redco, LLC for Administrative Expense* [D.I. 933] is extended to October 31, 2025.

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| | |
|---|---|
| **SAUL EWING LLP** | **BARLEY SNYDER** |
| By: */s/ Jordan D. Rosenfeld* | By: */s/ Matthew G. Brushwood* |
| Jordan D. Rosenfeld (MD Bar No. 13694) | Matthew G. Brushwood (MD Bar No. 2109220013) |
| 1001 Fleet Street, 9th Floor | 2755 Century Blvd. |
| Baltimore, MD 21202 | Wyomissing, PA 19610 |
| Telephone: (410) 332-8600 | Telephone: (610)-898-7165 |
| Email: jordan.rosenfeld@saul.com | mbrushwood@barley.com |
| | *Counsel for 207 Redco, LLC* |
| -and- | |
| Jeffrey C. Hampton (admitted *pro hac vice*) | |
| Adam H. Isenberg (admitted *pro hac vice*) | |
| Turner N. Falk (admitted *pro hac vice*) | |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102 | |
| Telephone: (215) 972-7777 | |
| Email: jeffrey.hampton@saul.com | |
|        adam.isenberg@saul.com | |
|        turner.falk@saul.com | |
| -and- | |
| Mark Minuti (admitted *pro hac vice*) | |
| Paige N. Topper (admitted *pro hac vice*) | |
| Nicholas Smargiassi (admitted *pro hac vice*) | |
| 1201 N. Market Street, Suite 2300 | |
| Wilmington, DE 19801 | |
| Telephone: (302) 421-6800 | |
| Email: mark.minuti@saul.com | |
|        paige.topper@saul.com | |
|        nicholas.smargiassi@saul.com | |
| *Counsel for Debtors and Debtors in Possession* | |