IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 933** |

**CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER RESOLVING MOTION OF 207 REDCO, LLC FOR ADMINISTRATIVE EXPENSE**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") and counsel for 207 Redco, LLC ("Redco") hereby certify that:

1. On October 3, 2025 Redco filed the Motion of 207 Redco, LLC for Administrative Expense [D.I. 933] (the "Motion").

2. The Debtors and Redco have agreed to a revised proposed Order (the "Revised Order"), attached hereto as **Exhibit A,** that resolves the Motion.

3. Accordingly, the Debtors and Redco respectfully request that the Court enter the Revised Order at its earliest convenience.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

13519992.1

**SAUL EWING LLP**

By: /s/ *Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
         paige.topper@saul.com
         nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

**BARLEY SNYDER**

By: */s/ Matthew G. Brushwood*
Matthew G. Brushwood (MD Bar No. 2109220013)
2755 Century Blvd.
Wyomissing, PA 19610
Telephone: (610)-898-7165
mbrushwood@barley.com

*Counsel for 207 Redco, LLC*