**EXHIBIT "A"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

DIAMOND COMIC DISTRIBUTORS, INC.,    :   Chapter 11

         Debtor    :   No. 25-10308-DER

### ORDER GRANTING MOTION OF 207 REDCO, LLC FOR ADMINISTRATIVE EXPENSE

Having read and considered the Motion of 207 Redco, LLC for Allowance of Chapter 11 Administrative Expense (the "Motion"), and any objections, and the following relief appearing proper under the circumstances, it is hereby:

**ORDERED** that the Motion is Granted as set forth herein; and it is further

**ORDERED** that pursuant to 11 U.S.C. Section 503(b), 207 Redco, LLC ("Redco") is granted an allowed Chapter 11 priority administrative expense claim in the amount of $4,549.48, with prejudice to its rights to seek further administrative claims. Redco's allowed administrative expense claim shall be entitled to payment in accordance with any plan of liquidation filed in these cases or a further order directing payment of Redco's allowed administrative expense claim.

Copies to:

All parties receiving notice via CM/ECF
All parties receiving notice via mail
Debtor

END OF ORDER

13512355.1