IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Re: D.I. 200** |

**EIGHTH MONTHLY STAFFING AND COMPENSATION REPORT OF
GETZLER HENRICH & ASSOCIATES LLC, FOR THE PERIOD
FROM SEPTEMBER 1, 2025 TO SEPTEMBER 30, 2025**

| | |
|---|---|
| Name of Applicant | Getzler Henrich & Associates LLC |
| Authorized to Provide Professional Services to | Debtors and Debtors in Possession |
| Date of Retention | March 7, 2025, effective as of January 14, 2025 |
| Period for which compensation and reimbursement are sought | September 1, 2025 through September 30, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | $254,517.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary | $1,423.08 |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Annexed hereto are the following schedules:

**Exhibit A**: Summary of Fees and Expenses by Activity Category

**Exhibit B**: Summary of Professionals and Fees

**Exhibit C:** Summary of Itemized Out-of-Pocket Expenses

**Exhibit D**: Itemized Fees by Project Category

Getzler Henrich & Associates LLC ("Getzler") hereby provides its eighth staffing and compensation report for the period of September 1, 2025, through September 30, 2025 (the "Eighth Staffing Period") in accordance with the *Order Authorizing (I) the Retention and Employment of Getzler Henrich & Associates LLC, to Provide Interim Management Services, and (II) the Designation of Robert Gorin and William Henrich as Co-Chief Restructuring Officers to the Debtors, Effective as of the Petition Date* [D.I. 200]. As set forth herein, Getzler incurred $254,517.00 in aggregate compensation and $1,423.08 in expenses during the Eighth Staffing Period.

Dated: October 29, 2025

By: */s/ Robert Gorin*
Robert Gorin
Co-Chief Restructuring Officer