# Exhibit A

Summary of Fees and Expenses by Activity Category

**Getzler Henrich & Associates**
**Summary of Fees and Expenses by Category**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Activity Description | Hours | Fees |
|---|---:|---:|
| Accounting | 1.8 | $ 1,005.00 |
| Avoidance Action | 14.0 | 7,941.00 |
| BOD issues | 5.8 | 4,368.00 |
| Business Ops | 18.7 | 11,609.50 |
| Cash Flow | 29.4 | 20,124.00 |
| Cash Management | 43.0 | 26,797.00 |
| Court Prep | 27.6 | 19,798.00 |
| Employment and Fee App | 6.1 | 3,976.50 |
| IT Network Hardware Software | 11.0 | 5,445.00 |
| Litigation Matters & Support | 77.4 | 50,613.00 |
| Meetings with Creditors | 1.4 | 1,021.00 |
| Reporting | 23.2 | 12,382.00 |
| Sale of Business | 111.6 | 74,428.00 |
| Supplier Issues | 19.9 | 12,493.50 |
| Travel | 7.8 | 2,515.50 |
| **Total** | **398.7** | **$ 254,517.00** |

| Expense Category | Amount |
|---|---:|
| Accommodations Hotel/Motel | $ 298.45 |
| Auto Mileage | 54.18 |
| Auto Parking | 35.00 |
| Auto Tolls | 12.75 |
| Car Rental/Ground Transportation | 158.02 |
| Mailing / Shipping | 3.50 |
| Meals | 143.18 |
| Telephone / Cell phone | 150.00 |
| Train | 568.00 |
| **Train** | **$ 1,423.08** |