## **Exhibit B**

Summary of Professionals and Fees

**Getzler Henrich & Associates**
**Summary of Professionals and Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Professional | Position | Functional Areas | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Henrich | Principal | Restructuring Advisor | $855 | 35.9 | 30,694.50 |
| Robert Gorin | Senior Managing Director | Restructuring Advisor | $755 | 70.5 | 53,227.50 |
| Ramy Aly | Senior Director | Business Plan Analysis | $645 | 167.5 | 105,522.00 |
| Waleed Aly | Director | Business Plan Analysis Support | $525 | 109.9 | 57,697.50 |
| Carl Finkbeiner | Data Analyst | Business Plan Analysis Support | $495 | 14.9 | 7,375.50 |
| **Total** | | | | **398.7** | **$254,517.00** |