**<u>Exhibit C</u>**

Summary of Itemized Out-of-Pocket Expenses

**Summary of Expenses**

| Expense Category | Amount |
|---|---:|
| Accommodations Hotel/Motel | $ 298.45 |
| Auto Mileage | 54.18 |
| Auto Parking | 35.00 |
| Auto Tolls | 12.75 |
| Car Rental/Ground Transportation | 158.02 |
| Mailing / Shipping | 3.50 |
| Meals | 143.18 |
| Train | 568.00 |
| Telephone / Cell phone | 150.00 |
| **Grand Total** | **$ 1,423.08** |

**Accommodations Hotel/Motel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 9/10/2025 | $ 298.45 | Hotel in Baltimore for 9/10 - hearing |
| **Total** | | **$ 298.45** | |

**Auto Mileage**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 9/9/2025 | $ 27.09 | Mileage to train station for 9.10 hearing |
| Ramy Aly | 9/10/2025 | $ 27.09 | Mileage from train station for 9.10 - hearing |
| **Total** | | **$ 54.18** | |

**Auto Parking**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 9/10/2025 | $ 35.00 | Train station parking |
| **Total** | | **$ 35.00** | |

**Auto Tolls**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 9/10/2025 | $ 12.75 | Parkway tolls |
| **Total** | | **$ 12.75** | |

**Car Rental/Ground Transportation**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 9/9/2025 | $ 28.89 | Lyft from train station to SE office |
| Ramy Aly | 9/9/2025 | $ 20.24 | Uber from SE office to hotel for 9.10 hearing |
| Ramy Aly | 9/10/2025 | $ 31.76 | Uber to courthouse from SE office |
| Ramy Aly | 9/10/2025 | $ 28.90 | Uber from courthouse to SE office |
| Ramy Aly | 9/10/2025 | $ 29.45 | Uber to train station from SE office |
| Ramy Aly | 9/10/2025 | $ 18.78 | Lyft from Hotel to SE office to prep for 9.10 hearing |
| **Total** | | **$ 158.02** | |

**Mailing / Shipping**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 9/15/2025 | $ 3.50 | Notary validating Docusign signature |
| **Total** | | **$ 3.50** | |

**Meals**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 9/9/2025 | $ 14.75 | Late evening food prepping for hearing 9.10 |
| Ramy Aly | 9/9/2025 | $ 24.30 | Lunch while traveling to MD for 9.10 hearing |
| Ramy Aly | 9/10/2025 | $ 22.50 | Breakfast during travel for 9.10 hearing |
| Ramy Aly | 9/10/2025 | $ 26.30 | Faber - Baltimore train station |
| Robert Gorin | 9/17/2025 | $ 33.38 | Late night meal while working on DIP financing |
| William Henrich | 9/17/2025 | $ 21.95 | Coffee for W. Henrich, J. Hampton and M. Minuti during meeting with J. Hampton and M |
| **Total** | | **$ 143.18** | |

**Telephone / Cell phone**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 9/10/2025 | $ 150.00 | Telephone for June through August |
| **Total** | | **$ 150.00** | |

**Train**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 9/10/2025 | $ 530.00 | Roundtrip Amtrak for 9.10 hearing |
| Ramy Aly | 9/10/2025 | $ 38.00 | Amtrak - ticket change |
| **Total** | | **$ 568.00** | |