**Exhibit D**

Itemized Fees by Project Category

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Avoidance Action Analysis**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 9/2/2025 | 0.6 | $ 387.00 | Prepared for and met with W. Aly and T. Falk to determine the data and analysis required to prepare demand letters |
| Waleed Aly | 9/2/2025 | 0.6 | $ 315.00 | Call with R. Aly, T. Faulk to discuss preference analysis data and template requirements |
| William Henrich | 9/2/2025 | 0.3 | $ 256.50 | Read and draft responding email correspondence re: preference claims support |
| Waleed Aly | 9/3/2025 | 3.7 | $ 1,942.50 | Created VBA macro to parse all vendor/preference data and create a new file with a separate tab for each vendor |
| Ramy Aly | 9/4/2025 | 1.7 | $ 1,096.50 | Final review and test of the preference analysis model, index, and macro prior to distribution |
| Waleed Aly | 9/4/2025 | 2.4 | $ 1,260.00 | Prepared AGD/DCD CAD preference data for macro and prepared individualized vendor tab spreadsheet |
| Waleed Aly | 9/4/2025 | 2.9 | $ 1,522.50 | Created error tracking macro that would extra totals for 500+ newly created tabs to verify amounts in preference analysis. |
| Ramy Aly | 9/12/2025 | 1.8 | $ 1,161.00 | Reviewed the list provided by counsel and provided additional commentary regarding specific vendors |
| **Total** |  | **14.0** | **$ 7,941.00** |  |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Accounting/Auditing**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 9/11/2025 | 1.3 | $ 682.50 | Prepared updated AGD admin claims by vendor for committee counsel request |
| Ramy Aly | 9/25/2025 | 0.5 | $ 322.50 | Reviewed notice received from the Mississippi business license and researched to determine reporting requirements and Diamond's needs going forward |
| **Total** | | **1.8** | **$ 1,005.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**BOD issues**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 9/5/2025 | 0.7 | $ 451.50 | Prepared for and participated in meeting with S Geppi, B Scher |
| Robert Gorin | 9/5/2025 | 0.7 | $ 528.50 | Prep for and participate in call with S Geppi, B Scher |
| William Henrich | 9/5/2025 | 0.7 | $ 598.50 | Meeting with S. Geppi, B. Scher, R. Gorin and R. Aly re: Board update on case developments |
| Ramy Aly | 9/15/2025 | 0.4 | $ 258.00 | Prepared for and met with B. Scher and S. Geppi to provide an update on the bankruptcy process and status of residual recoveries |
| Robert Gorin | 9/15/2025 | 0.8 | $ 604.00 | Prep for and participate in discussion with S Geppi, B Scher |
| William Henrich | 9/15/2025 | 0.5 | $ 427.50 | Meeting with S. Geppi, B. Scher, R. Gorin and R. Aly re: Board update on case developments |
| Ramy Aly | 9/26/2025 | 1.0 | $ 645.00 | Meeting with S. Geppi and B. Henrich to provide an update on the case, bankruptcy proceedings and status of recoveries |
| William Henrich | 9/26/2025 | 1.0 | $ 855.00 | Meeting with S. Geppi and R. Aly re: buyer incentive payment, consignment inventory issues, and former buyer litigation issues |
| **Total** | | **5.8** | **$ 4,368.00** | |

Getzler Henrich & Associates
Itemized Fees
September 01, 2025 to September 30, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Company Business Mgmt**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 9/2/2025 | 0.6 | $ 387.00 | Meeting with W. Aly to discuss preference analysis data and template requirements |
| Ramy Aly | 9/2/2025 | 0.7 | $ 451.50 | Meeting with F. Callahan, SE ERISA counsel, and the GH team to review required steps to transition employee 401(k) plans |
| Waleed Aly | 9/2/2025 | 0.6 | $ 315.00 | Call with K. Scally to discuss tax update and invoicing |
| Waleed Aly | 9/2/2025 | 0.7 | $ 367.50 | Follow-Up call with K. Scally to ongoing issue with certain taxing authorities and timing of filing Canadian returns |
| Waleed Aly | 9/2/2025 | 0.8 | $ 420.00 | Follow up call with K. Scally to discuss tax filing issues in certain states |
| Robert Gorin | 9/2/2025 | 1.1 | $ 830.50 | Prep for and participate on call with F Callaghan, J Hampton, R Aly re: 401(k) plan |
| Ramy Aly | 9/3/2025 | 0.4 | $ 258.00 | Call with F. Callahan regarding 401K banking transition and compliance audit |
| Ramy Aly | 9/4/2025 | 0.6 | $ 387.00 | Meeting with C. Parker regarding export bond termination |
| Ramy Aly | 9/4/2025 | 0.5 | $ 322.50 | Call with the insurance broker regarding bond termination |
| Ramy Aly | 9/4/2025 | 0.4 | $ 258.00 | Conference call with F. Callahan regarding 401 (k) transition status and healthcare runoff |
| Ramy Aly | 9/5/2025 | 0.1 | $ 64.50 | Provided A. Isenberg feedback regarding bond question |
| Ramy Aly | 9/5/2025 | 0.6 | $ 387.00 | Several calls with F. Callahan to transition and update 401 (k) banking information |
| Robert Gorin | 9/5/2025 | 0.3 | $ 226.50 | Participate in discussions re: surety bond |
| Ramy Aly | 9/11/2025 | 2.0 | $ 1,290.00 | Meeting with W. Aly to discuss open workstreams, and of each status |
| Waleed Aly | 9/11/2025 | 2.0 | $ 1,050.00 | Call with R. Aly to discuss open workstreams and status of each |
| Waleed Aly | 9/11/2025 | 1.3 | $ 682.50 | Coordinated account closure for DST accounts in accordance with cash management motion and provided notice to relevant parties |
| Ramy Aly | 9/12/2025 | 0.5 | $ 322.50 | Call with T. Garey regarding sales tax filings, historical treasury process, and status of transitioning corporate credit cards |
| Ramy Aly | 9/12/2025 | 0.1 | $ 64.50 | Meeting with C. Parker regarding export bond termination |
| Ramy Aly | 9/16/2025 | 0.3 | $ 193.50 | Review of administrative expense analysis and discussion with B. Henrich re: required modifications |
| William Henrich | 9/16/2025 | 0.3 | $ 256.50 | Review of administrative expense analysis and discussion with R. Aly re: required modifications |
| William Henrich | 9/17/2025 | 0.3 | $ 256.50 | Discussion with R. Aly re: review and further modification of administrative expense analysis |
| Ramy Aly | 9/24/2025 | 0.4 | $ 258.00 | Meeting with Luminare regarding employee healthcare runoff status |
| Ramy Aly | 9/25/2025 | 0.3 | $ 193.50 | Call with F. Callahan to discuss the data provided regarding employee healthcare runoff |
| Ramy Aly | 9/26/2025 | 0.3 | $ 193.50 | Call with F. Callahan regarding 401K |
| Ramy Aly | 9/26/2025 | 0.7 | $ 451.50 | Call with C. Parker regarding trailing medical claim runoff and extension needs |
| Ramy Aly | 9/29/2025 | 0.7 | $ 451.50 | Call with F. Callahan regarding accounting firm engagement letter, 401 (k) audit requirement, and filing 5500 |
| Ramy Aly | 9/29/2025 | 0.3 | $ 193.50 | Call with J. Hampton regarding healthcare claims runoff |
| Waleed Aly | 9/29/2025 | 0.7 | $ 367.50 | Call with T. Garey to discuss sales tax, bank account closure and vendor AR discrepancy |
| Ramy Aly | 9/30/2025 | 0.3 | $ 193.50 | Call with J. Hampton regarding healthcare claim runoff extension |
| Ramy Aly | 9/30/2025 | 0.5 | $ 322.50 | Prepared for and met with C. Parker and F. Callahan to discuss potential extension of employee healthcare run off |
| Ramy Aly | 9/30/2025 | 0.3 | $ 193.50 | Call with F. Callahan regarding 401K audit and tax filings |
| **Total** | | **18.7** | **$ 11,609.50** | |

Getzler Henrich & Associates
Itemized Fees
September 01, 2025 to September 30, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Financing and Cash Collateral**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 9/2/2025 | 1.6 | $ 1,032.00 | Updated the weekly cash flow model data files and began updating weekly cash flow results/variance reporting |
| Ramy Aly | 9/2/2025 | 1.2 | $ 774.00 | Began updating the admin expense analysis with actuals to refresh the latest open administrative expenses |
| Robert Gorin | 9/3/2025 | 0.9 | $ 679.50 | Review, analyze updated DIP budget |
| Waleed Aly | 9/5/2025 | 0.6 | $ 315.00 | Weekly bank call to update JPM on legal proceedings, communication with Sparkle Pop, and release of LC for Olive Branch lease |
| Robert Gorin | 9/5/2025 | 1.0 | $ 755.00 | Prep for and participate in lender call |
| William Henrich | 9/5/2025 | 0.7 | $ 598.50 | Meeting with JPMC and Getzler Henrich re: Diamond UK transaction closing, buyer automatic stay enforcement motion and settlement negotiations, Olive Branch buyer lease / LC status, former buyer litigation status, miscellaneous issues |
| Ramy Aly | 9/8/2025 | 0.7 | $ 451.50 | Prepared for and met with W. Aly and JPM treasury team to discuss account closures and internal account transfers mechanism |
| Ramy Aly | 9/8/2025 | 2.5 | $ 1,612.50 | Updated the weekly cash flow model with prior week results, including a reconciliation of inflows/outflows by account, and provided an updated analysis to the DIP lender |
| Ramy Aly | 9/11/2025 | 1.4 | $ 903.00 | Meeting with W. Aly to review updated DIP budget and variance reporting |
| Ramy Aly | 9/11/2025 | 0.6 | $ 387.00 | Meeting with B. Henrich to review latest cash flow results and updated weekly forecast |
| Ramy Aly | 9/11/2025 | 1.5 | $ 967.50 | Further updates and review of the latest turn of the cash flow forecast |
| Waleed Aly | 9/11/2025 | 1.4 | $ 735.00 | Call with R. Aly to review updated DIP budget and variance report for JPM |
| William Henrich | 9/11/2025 | 0.2 | $ 171.00 | Review draft JPMC DIP Financing variance analysis and forecast |
| William Henrich | 9/11/2025 | 0.5 | $ 427.50 | Discussion with draft JPMC DIP Financing variance analysis and forecast and required modifications thereto |
| Ramy Aly | 9/12/2025 | 0.8 | $ 516.00 | Prepared and met with J. Hampton and B. Henrich to review weekly cash flow results and update the weekly forecast ahead of the bank meeting |
| William Henrich | 9/12/2025 | 0.5 | $ 427.50 | Meeting with J. Hampton and R. Aly re: review and revision of DIP Financing forecast, recap of conversation with Consignment Group counsel, and formulation of alternative Consignment Group settlement structures |
| William Henrich | 9/12/2025 | 0.2 | $ 171.00 | Discussion with R. Aly re: preparation for weekly JPMC meeting |
| William Henrich | 9/12/2025 | 0.7 | $ 598.50 | Meeting with JPMC and R. Aly re: buyer automatic stay enforcement motion settlement recap, consignment vendors settlement negotiations and alternatives, DIP financing budget review, former buyer litigation status, credit card letter of credit status, |
| William Henrich | 9/12/2025 | 0.8 | $ 684.00 | Meeting with Saul Ewing re: FedEx issue, custom bond letter of credit, JPMC weekly meeting recap, MOR filing, consignment vendor issues, negotiations and analysis, former buyer litigation status |
| Ramy Aly | 9/15/2025 | 2.1 | $ 1,354.50 | Updated the weekly cash flow model with prior week results, including a reconciliation of inflows/outflows by account, and provided an updated analysis to the DIP lender |
| Robert Gorin | 9/18/2025 | 0.5 | $ 377.50 | Participate in multiple discussions re: KEIP payments |
| William Henrich | 9/18/2025 | 0.5 | $ 427.50 | Meeting with J. Young re: case financing, pending matters and case winddown alternatives |
| William Henrich | 9/19/2025 | 0.5 | $ 427.50 | Meeting with JPMC re: DIP financing requirements and updates on incentive fee payment receipt, consignment vendor negotiations, buyer lease assumption and miscellaneous matters |
| Ramy Aly | 9/26/2025 | 2.7 | $ 1,741.50 | Updated the weekly cash flow model with prior week results, including a reconciliation of inflows/outflows by account in preparation of the lender meeting |
| Waleed Aly | 9/26/2025 | 0.7 | $ 367.50 | Weekly bank call to discuss timing of LC release, incentive fee timing, and funding mechanics |
| Robert Gorin | 9/26/2025 | 0.6 | $ 453.00 | Prep for lender call |
| William Henrich | 9/26/2025 | 0.5 | $ 427.50 | Meeting with JPMC and R. Aly re: consignment vendor groups' negotiations, buyer consignment sales consent order shortcomings, lease assumption stipulation status, DIP financing status |
| Waleed Aly | 9/29/2025 | 0.7 | $ 367.50 | Call with GH/SE teams to discuss Dynamic litigation, consignment motion, DIP financing, and timing of OB stipulation. |
| William Henrich | 9/29/2025 | 0.5 | $ 427.50 | Discussion with J. Hampton re: J. Young conversation results concerning DIP financing extension and consignment vendors mediation concept |
| Ramy Aly | 9/30/2025 | 1.7 | $ 1,096.50 | Updated and reconciled actuals to prepare and extend the cash flow forecast |
| Ramy Aly | 9/30/2025 | 0.3 | $ 193.50 | Call with B. Henrich to discuss certain variables required for the updated DIP cash flow forecast |
| William Henrich | 9/30/2025 | 0.3 | $ 256.50 | Discussion with R. Aly re: DIP budget extension assumptions and current disbursements decisions |
| **Total** | | **29.4** | **$ 20,124.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Cash Management/Analysis**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 9/2/2025 | 1.7 | $ 1,096.50 | Meeting with W. Aly to review cash management workflow and review process to prepare an outline of procedures |
| Waleed Aly | 9/2/2025 | 1.7 | $ 892.50 | Call with R. Aly to review cash management workflow and walk-through process |
| Ramy Aly | 9/3/2025 | 1.0 | $ 645.00 | Meeting with W. Aly to review cash tracking reconciliation, to develop a procedures outline, and review outgoing wires |
| Ramy Aly | 9/3/2025 | 1.9 | $ 1,225.50 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Waleed Aly | 9/3/2025 | 1.0 | $ 525.00 | Call with R. Aly to walk through cash tracking reconciliation and review outgoing wires |
| Ramy Aly | 9/4/2025 | 2.1 | $ 1,354.50 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/4/2025 | 1.9 | $ 1,225.50 | Meeting with W. Aly to review daily cash transactions and workflow to reconcile individual bank activity |
| Ramy Aly | 9/4/2025 | 1.6 | $ 1,032.00 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Waleed Aly | 9/4/2025 | 1.9 | $ 997.50 | Call with R. Aly to review to daily cash tracking workflow and walk through account reconciliation |
| Ramy Aly | 9/5/2025 | 0.2 | $ 129.00 | Correspondence with the JPM treasury team |
| Ramy Aly | 9/5/2025 | 1.5 | $ 967.50 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/8/2025 | 1.8 | $ 1,161.00 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Waleed Aly | 9/8/2025 | 0.7 | $ 367.50 | Weekly call with R, Aly and JPM treasury team to discuss account closures and transfer approval authority |
| Waleed Aly | 9/8/2025 | 1.1 | $ 577.50 | Reviewed cash/bank account reconciliation tracker for accuracy |
| Ramy Aly | 9/9/2025 | 1.8 | $ 1,161.00 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/9/2025 | 1.6 | $ 1,032.00 | Parsed and prepared raw data files for daily cash reconciliation |
| Ramy Aly | 9/9/2025 | 1.6 | $ 1,032.00 | Meeting with W. Aly to review the daily cash tracker, and reconcile the model by bank account |
| Waleed Aly | 9/9/2025 | 1.6 | $ 840.00 | Call with R. Aly to review cash tracking model and reconcile discrepancy in the control disbursement accounts as well as discuss data requirements/preparation for court appearance |
| Ramy Aly | 9/10/2025 | 0.4 | $ 258.00 | Discussion with the team regarding account closure process and steps |
| Ramy Aly | 9/11/2025 | 1.3 | $ 838.50 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/12/2025 | 1.3 | $ 838.50 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/12/2025 | 0.2 | $ 129.00 | Correspondence with the JPM treasury team |
| Ramy Aly | 9/15/2025 | 1.8 | $ 1,161.00 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/15/2025 | 1.4 | $ 903.00 | Prepared admin expense analysis bridge from post-sale through the most recent week of activity available |
| Ramy Aly | 9/16/2025 | 1.2 | $ 774.00 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/17/2025 | 0.5 | $ 322.50 | Call with the JPM treasury team |
| Ramy Aly | 9/17/2025 | 1.1 | $ 709.50 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/18/2025 | 1.4 | $ 903.00 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/19/2025 | 1.1 | $ 709.50 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/22/2025 | 1.6 | $ 1,032.00 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/23/2025 | 1.4 | $ 903.00 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Ramy Aly | 9/24/2025 | 1.4 | $ 903.00 | Prepared and updated daily bank account cash report and reconciled each account balance; subsequently remitted customer collections to respective buyers |
| Robert Gorin | 9/30/2025 | 0.2 | $ 151.00 | Participate in discussions re: state taxes |
| **Total** | | **43.0** | **$ 26,797.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Court Hearing Prep and/or Appearance**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Robert Gorin | 9/2/2025 | 1.8 | $ 1,359.00 | Prepare for call with Saul Ewing re: participation in next week's court hearing |
| Robert Gorin | 9/2/2025 | 0.4 | $ 302.00 | Review deposition transcript |
| Robert Gorin | 9/3/2025 | 2.9 | $ 2,189.50 | Prep for and participate in call with Saul Ewing re: upcoming Sparkle Pop hearing |
| Robert Gorin | 9/4/2025 | 3.0 | $ 2,265.00 | Prepare for and participate in meeting to prep for next week's court hearing |
| Robert Gorin | 9/5/2025 | 2.8 | $ 2,114.00 | Prep for next week's court hearing |
| Robert Gorin | 9/8/2025 | 3.8 | $ 2,869.00 | Prep for this week's court hearing and participate in discussions associated with hearing and preparation |
| Ramy Aly | 9/9/2025 | 3.8 | $ 2,451.00 | Reviewed documents and question list in preparation of testimony and cross-examination |
| Ramy Aly | 9/9/2025 | 1.0 | $ 645.00 | Initial review of list questions/items provided by M. Minuti in preparation of upcoming hearing 9/10 |
| Ramy Aly | 9/10/2025 | 2.2 | $ 1,419.00 | Prepared for 9.10 hearing, including review of all documentation, filings, and motions for testimony |
| Ramy Aly | 9/10/2025 | 1.5 | $ 967.50 | Met with counsel to prepare for the upcoming hearing and deposition |
| Ramy Aly | 9/10/2025 | 2.5 | $ 1,612.50 | Attended and participated in the 9/10 hearing |
| William Henrich | 9/10/2025 | 1.0 | $ 855.00 | Participation in Court hearing re: buyer automatic stay enforcement motion resolution |
| William Henrich | 9/15/2025 | 0.3 | $ 256.50 | Discussion with A. Isenberg re: Court change in hearing dates and implications thereof |
| Robert Gorin | 9/16/2025 | 0.2 | $ 151.00 | Participate in discussions re: changes in court dates |
| William Henrich | 9/16/2025 | 0.2 | $ 171.00 | Discussion with R. Gorin re: Court change in hearing dates and implications thereof |
| William Henrich | 9/17/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton and M. Minuti re: Court hearing date changes and DIP financing implications |
| **Total** | | **27.6** | **$ 19,798.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Employment and Fee**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 9/2/2025 | 2.2 | $ 1,419.00 | Continued review and preparation of GH August monthly staffing report |
| Ramy Aly | 9/4/2025 | 0.9 | $ 580.50 | Additional updates and preparation of GH August staffing report |
| Ramy Aly | 9/5/2025 | 2.8 | $ 1,806.00 | Finalized draft GH's August monthly staffing report |
| William Henrich | 9/10/2025 | 0.2 | $ 171.00 | Review Getzler Henrich's August 2025 fee statement and draft email to Saul Ewing re: approving filing thereof |
| **Total** | | **6.1** | **$ 3,976.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**IT - Network/Hardware/Software**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Carl Finkbeiner | 9/10/2025 | 1.8 | $ 891.00 | Restoring Diamond US database to self-hosted SQL Server instance |
| Carl Finkbeiner | 9/10/2025 | 0.3 | $ 148.50 | Call with IT to troubleshoot restore of Diamond US database |
| Carl Finkbeiner | 9/12/2025 | 1.9 | $ 940.50 | Preparing python script to parse .PST email file archives |
| Carl Finkbeiner | 9/12/2025 | 0.6 | $ 297.00 | Running script to parse .PST file set 1 |
| Carl Finkbeiner | 9/12/2025 | 0.7 | $ 346.50 | Running python script to parse .PST file set 2 |
| Carl Finkbeiner | 9/12/2025 | 0.6 | $ 297.00 | Running python script to parse .PST file set 3 |
| Carl Finkbeiner | 9/12/2025 | 1.1 | $ 544.50 | Researching methodologies to extract individual emails from .PST file backups and screen for specific wording at the request of R Aly to fulfill discovery requests |
| Carl Finkbeiner | 9/15/2025 | 1.2 | $ 594.00 | Running .PST extraction script on PST batch 2 |
| Carl Finkbeiner | 9/15/2025 | 2.8 | $ 1,386.00 | Prepping python script to filter extracted .EML files by date to only save emails sent after 12/1/24 |
| **Total** | | **11.0** | **$ 5,445.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Litigation Matters & Support**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Robert Gorin | 9/2/2025 | 1.5 | $ 1,132.50 | Review Sparkle Pop documents |
| Ramy Aly | 9/3/2025 | 2.5 | $ 1,612.50 | Follow-Up meeting with W. Aly to review and discuss additional data requested, review existing admin claims analysis, updates required, and go-forward action plan for remaining open items |
| Ramy Aly | 9/3/2025 | 1.2 | $ 774.00 | Prepared for and met with Saul Ewing and GH team to review open items for consignment discovery, updated admin expense analysis, and data required for demand letters |
| Ramy Aly | 9/3/2025 | 1.0 | $ 645.00 | Reviewed data and questionnaire list to gather the information required in preparation for the upcoming R. Gorin deposition |
| Waleed Aly | 9/3/2025 | 1.3 | $ 682.50 | Call with GH/SE teams to discuss adversary proceedings against consignment vendors, updated data requests, interrogatories received from vendors, and post-petition admin claim analysis |
| Waleed Aly | 9/3/2025 | 2.5 | $ 1,312.50 | Follow-Up call with R. Aly to discuss additional data request, review existing admin claim analysis, and discuss required changes, and align on go-forward action plan for the remaining open items following call with counsel |
| Robert Gorin | 9/3/2025 | 1.0 | $ 755.00 | Prep for and participate in discussion with Saul Ewing re: litigation matters and next steps |
| Ramy Aly | 9/4/2025 | 1.7 | $ 1,096.50 | Prepared and reviewed various consignment data points and reports in preparation for the upcoming deposition |
| Ramy Aly | 9/4/2025 | 0.8 | $ 516.00 | Prepared and provided Saul Ewing with additional information regarding consignment inventory |
| Waleed Aly | 9/4/2025 | 1.6 | $ 840.00 | Prepared and reviewed various consignment data points and reports for the upcoming deposition |
| Robert Gorin | 9/5/2025 | 1.1 | $ 830.50 | Prep for and participate in calls with Saul Ewing re: various litigation matters |
| Robert Gorin | 9/5/2025 | 0.5 | $ 377.50 | Review Sparkle Pop objection to motion to enforce automatic stay and S. Bieg declaration |
| Robert Gorin | 9/7/2025 | 2.2 | $ 1,661.00 | Prepare for this week's court hearing, review documents, call with Saul Ewing |
| Ramy Aly | 9/8/2025 | 1.3 | $ 838.50 | Update meeting with W. Aly to review additional data request and analysis requested by counsel ahead of upcoming hearing, and create an action to complete tasks |
| Ramy Aly | 9/8/2025 | 1.1 | $ 709.50 | Prepared for and met with Saul Ewing and Getzler team in preparation of upcoming court hearing 9/10 |
| Ramy Aly | 9/8/2025 | 2.1 | $ 1,354.50 | Reviewed Sparkle Pop objection and S. Bieg's declaration |
| Waleed Aly | 9/8/2025 | 1.3 | $ 682.50 | Update call with R. Aly to discuss additional requests from counsel ahead of court hearing and create action plan to complete tasks. |
| Robert Gorin | 9/8/2025 | 1.0 | $ 755.00 | Participate in multiple discussions re: Sparkle Pop litigation and settlement discussions and emails |
| Robert Gorin | 9/8/2025 | 1.1 | $ 830.50 | Review and comment on further support of motion to dismiss AENT and participate in discussions re: same |
| Ramy Aly | 9/9/2025 | 0.8 | $ 516.00 | Prepared for and met with counsel and the GH team to discuss and review the consent order |
| Ramy Aly | 9/10/2025 | 1.0 | $ 645.00 | Meeting with counsel and the GH team to review the status of open action items related to ongoing litigation |
| Waleed Aly | 9/10/2025 | 1.3 | $ 682.50 | Prepared inventory analysis for proposal received from vendor in relation to the consignment motion |
| Waleed Aly | 9/10/2025 | 1.0 | $ 525.00 | Call with SE/GH to discuss court hearing, updated DIP budget, and consignment vendor proposal |
| Carl Finkbeiner | 9/10/2025 | 2.0 | $ 990.00 | Reviewing database to understand data structure and schema design, in connection with Dynamic Discovery request |
| Carl Finkbeiner | 9/10/2025 | 0.9 | $ 445.50 | Pulling report on open Purchase Orders from customers for R Aly in connection with Dynamic Discovery request |
| Ramy Aly | 9/12/2025 | 2.8 | $ 1,806.00 | Began preparation of key analysis and documentation related to the Dynamic discovery request list |
| Ramy Aly | 9/15/2025 | 1.0 | $ 645.00 | Prepared and met with counsel and team to discuss the status of items, including additional discovery requests, and timing of Sparkle Pop's requirements to remit consigned funds into escrow |
| Carl Finkbeiner | 9/15/2025 | 1.0 | $ 495.00 | Consolidating and organizing .EML data into repository for Dynamic Discovery request |
| Robert Gorin | 9/15/2025 | 1.2 | $ 906.00 | Participate in multiple discussions re: litigation |
| Robert Gorin | 9/15/2025 | 0.8 | $ 604.00 | Participate in discussions and review consignment group settlement proposal |
| Robert Gorin | 9/16/2025 | 0.7 | $ 528.50 | Participate in discussions re: litigation matters |
| Ramy Aly | 9/17/2025 | 1.0 | $ 645.00 | Prepared and met with counsel and the team to discuss the status of the discovery request and the preparation of the proposal to various consignment parties |
| Ramy Aly | 9/17/2025 | 1.1 | $ 709.50 | Meeting with T. Garey to review documents required as part of the discovery request list |
| Ramy Aly | 9/17/2025 | 3.7 | $ 2,386.50 | Prepared analysis and package for counsel in connection with the discovery request, including Interrogatories and document requests |
| Robert Gorin | 9/17/2025 | 0.8 | $ 604.00 | Participate in discussions re: consignment committee proposal |
| Robert Gorin | 9/17/2025 | 0.6 | $ 453.00 | Participate in multiple discussions with Saul Ewing, GH re: litigation matters |
| Ramy Aly | 9/18/2025 | 2.8 | $ 1,806.00 | Prepared analysis and provided proposals for consignment vendors |
| Ramy Aly | 9/18/2025 | 0.9 | $ 580.50 | Prepared and met with Saul Ewing and the Getzler team to review and discuss proposal structure |
| Robert Gorin | 9/18/2025 | 0.5 | $ 377.50 | Participate in discussions and review of consignment committee settlement proposal |
| Ramy Aly | 9/22/2025 | 1.5 | $ 967.50 | Prepared and met with Saul Ewing and the GH team to discuss various matters, including the discovery request and additional consignment reporting/analysis |
| Robert Gorin | 9/22/2025 | 1.2 | $ 906.00 | Prep for and participate in multiple calls with counsel and GH |
| Robert Gorin | 9/22/2025 | 2.4 | $ 1,812.00 | Participate in discussions with GH, review draft email to Sparkle Pop, review information related to Dynamic Forces, review information related to consignment inventory |
| Ramy Aly | 9/23/2025 | 2.4 | $ 1,548.00 | Began preparation of an analysis to review the proposal received from two consignment vendors |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Litigation Matters & Support**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 9/24/2025 | 1.9 | $ 1,225.50 | Finalized analysis of proposals received from consignment vendors and provided to counsel and Getzler team |
| Ramy Aly | 9/24/2025 | 0.8 | $ 516.00 | Prepared and summarized the consignment group's open administrative expenses and provided them to counsel |
| Ramy Aly | 9/24/2025 | 1.0 | $ 645.00 | Began review of the consignment sales by SKU in accordance with the order to determine accuracy and compliance |
| Robert Gorin | 9/24/2025 | 1.0 | $ 755.00 | Review emails and documentation related to expedited hearing, Sparkle Pop, consignment inventory |
| Ramy Aly | 9/25/2025 | 0.3 | $ 193.50 | Call with J. Hampton regarding consignment reporting and proposal |
| Ramy Aly | 9/25/2025 | 1.4 | $ 903.00 | Prepared for and met with counsel and Getzler team to review the proposals with the team |
| Ramy Aly | 9/25/2025 | 0.3 | $ 193.50 | Call with M. Minuti to address questions regarding Dynamic discovery |
| Ramy Aly | 9/25/2025 | 0.7 | $ 451.50 | Further updates to the proposal to the consignment vendor and provided to the team |
| Robert Gorin | 9/25/2025 | 1.7 | $ 1,283.50 | Prep for and participate in multiple discussions re: litigation concerning consignment inventory, Sparkle Pop, Dynamic Forces, review and sign associated documentation |
| Ramy Aly | 9/26/2025 | 0.7 | $ 451.50 | Prepared for and met with the Saul Ewing and Getzler team to prepare for the upcoming meeting with Sparkle Pop constituents |
| Ramy Aly | 9/26/2025 | 0.6 | $ 387.00 | Prepared and met with Sparkle Pop, Sparkle Pop counsel, Saul team, and Getzler to discuss compliance with the consent order |
| Waleed Aly | 9/26/2025 | 1.0 | $ 525.00 | Call with SE/GH teams to discuss LC release, upcoming litigation, and discovery requests |
| Robert Gorin | 9/26/2025 | 1.2 | $ 906.00 | Participate in multiple calls with counsel re: litigation matters and associated action items |
| Robert Gorin | 9/26/2025 | 0.9 | $ 679.50 | Prep for and participate in call with Sparkle Pop regarding consignment inventory; review information and follow-up actions items |
| Ramy Aly | 9/28/2025 | 1.6 | $ 1,032.00 | Prepared analysis to review daily consignment sales data provided by Sparkle Pop to validate accuracy; provided the analysis to the team |
| Ramy Aly | 9/29/2025 | 1.0 | $ 645.00 | Prepared for and met with the Saul Ewing team and the Getzler team to discuss the settlement proposal to the various consignment groups |
| Robert Gorin | 9/29/2025 | 1.1 | $ 830.50 | Participate in multiple calls re: litigation strategy and next steps, DIP financing |
| **Total** | | **77.4** | **$ 50,613.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Meetings and Communications with Creditors**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 9/3/2025 | 0.6 | $ 387.00 | Reviewed, researched and addressed committee questions |
| William Henrich | 9/11/2025 | 0.3 | $ 256.50 | Read and draft responding email correspondence re: Committee request for trade admin claim detail and JPMC request for updated DIP financing forecast |
| Robert Gorin | 9/19/2025 | 0.5 | $ 377.50 | Participate in multiple discussions re: response to committee request |
| **Total** | | **1.4** | **$ 1,021.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Reporting Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 9/5/2025 | 3.8 | $ 1,995.00 | Downloaded bank statements, imported and tagged all activity for August, prepared DCD cash flow statement and supporting schedule for August MOR |
| Waleed Aly | 9/5/2025 | 2.1 | $ 1,102.50 | Prepared professional fee tracker for Aug MOR and updated summary file |
| Waleed Aly | 9/9/2025 | 1.9 | $ 997.50 | Redacted bank statements for DCD Aug MORs |
| Waleed Aly | 9/9/2025 | 3.7 | $ 1,942.50 | Prepared DCD Aug MOR income statement and supporting schedules |
| Waleed Aly | 9/9/2025 | 2.9 | $ 1,522.50 | Imported check activity, rolled cash, and reconciled to income statement cash flow statement for DCD August MOR |
| Waleed Aly | 9/10/2025 | 2.9 | $ 1,522.50 | Prepared balance sheet and supporting schedules for DCD August MORs |
| Waleed Aly | 9/10/2025 | 0.7 | $ 367.50 | Prepared CEI/CHI MOR and supporting schedules |
| Waleed Aly | 9/10/2025 | 1.6 | $ 840.00 | Imported and tagged cash activity for DST August MOR and supporting schedule |
| Waleed Aly | 9/10/2025 | 2.1 | $ 1,102.50 | Prepared DST BS/Income statement, and AP Aging for August MOR |
| Ramy Aly | 9/11/2025 | 1.3 | $ 838.50 | Reviewed monthly operating reports |
| Robert Gorin | 9/19/2025 | 0.2 | $ 151.00 | Review and participate in discussions re: August MORs |
| **Total** | | **23.2** | **$ 12,382.00** | |

Getzler Henrich & Associates
Itemized Fees
September 01, 2025 to September 30, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Sale of Business and Related Issues**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| William Henrich | 9/1/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton re: buyer automatic stay enforcement action negotiations |
| Waleed Aly | 9/2/2025 | 2.2 | $ 1,155.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 9/2/2025 | 2.3 | $ 1,207.50 | Reviewed and cleansed customer data from all DST sites and purged customer info for those who opted out of data transfers for prior to distribution to Sparkle Pop |
| Robert Gorin | 9/2/2025 | 0.5 | $ 377.50 | Participate on call with Alliance Games management re: KEIP/KERP; vendor issues |
| Robert Gorin | 9/2/2025 | 0.2 | $ 151.00 | Participate in discussions and emails re: sale of Free Comic Book Day intellectual property |
| William Henrich | 9/2/2025 | 0.4 | $ 342.00 | Read and draft responding email correspondence re: admin claims analysis and Gorin testimony outline |
| Ramy Aly | 9/3/2025 | 0.4 | $ 258.00 | Meeting with W. Aly and Sparkle Pop team to review weekly TSA reconciliation results and discuss merchant services transition |
| Ramy Aly | 9/3/2025 | 0.6 | $ 387.00 | Reviewed weekly TSA cash results and cash needs prior to Ad Pop meeting |
| Waleed Aly | 9/3/2025 | 0.4 | $ 210.00 | Call with R. Aly and Sparkle Pop team to review weekly TSA reconciliation and discuss merchant services transition plan |
| Waleed Aly | 9/3/2025 | 1.4 | $ 735.00 | Prepared actual vs budget for Sparkle Pop TSA ahead of reconciliation call |
| Robert Gorin | 9/3/2025 | 0.8 | $ 604.00 | Meeting with M. Minuti, J. Hampton and B. Henrich re: Gorin testimony preparation for buyer automatic stay enforcement motion hearing |
| William Henrich | 9/3/2025 | 0.4 | $ 342.00 | Read Consignors' interrogatories/ responses and draft email re: same |
| William Henrich | 9/3/2025 | 1.3 | $ 1,111.50 | Meeting with Saul Ewing and Getzler Henrich re: adversary proceedings draft complaint and whom to serve and when, J. Young conversation results concerning former buyer litigation and consignor adversary complaints, JPMC DIP line reinstitution, sales tax preparation status and estimated amount, consignor interrogatories responses issues, buyer credit card continuation need, Raymond James termination letter issuance, post-petition administrative claim analysis |
| William Henrich | 9/3/2025 | 0.8 | $ 684.00 | Meeting with M. Minuti, J. Hampton and R. Gorin re: Gorin testimony preparation for buyer automatic stay enforcement motion hearing |
| Waleed Aly | 9/4/2025 | 1.5 | $ 787.50 | Prepared TSA reconciliation for Universal |
| Robert Gorin | 9/4/2025 | 0.6 | $ 453.00 | Participate in several discussions re: Raymond James termination notice |
| Robert Gorin | 9/4/2025 | 0.7 | $ 528.50 | Participate in discussions about and review Olive Branch-related stipulation |
| William Henrich | 9/4/2025 | 1.4 | $ 1,197.00 | Reviewed Committee professional fee escrow funding inquiry, potential Committee objection to Debtor exclusivity extension motion, buyer weekly meeting cancellation/no-show and memorialization of same, R. Gorin testimony preparation continuation concerning consignment analytical documents |
| William Henrich | 9/4/2025 | 0.5 | $ 427.50 | Read and draft responding email correspondence re: preference claims support and consignor adversary complaints support, Gorin testimony outline in support of exclusivity motion, correspondence with Geppi concerning amounts owed, 401k plan separation |
| Ramy Aly | 9/5/2025 | 0.5 | $ 322.50 | Meeting with Saul Ewing and Getzler team to discuss timing of key recoveries, sales tax filings, Sept rent payment for Olive Branch, and 401K transition |
| Ramy Aly | 9/5/2025 | 0.6 | $ 387.00 | Participated in the weekly update meeting with JPM |
| Ramy Aly | 9/5/2025 | 0.3 | $ 193.50 | Prepared for weekly update call with JPM |
| Ramy Aly | 9/5/2025 | 1.3 | $ 838.50 | Meeting with W. Aly to review daily cash activity, and update workflow procedures for each bank account |
| Waleed Aly | 9/5/2025 | 0.8 | $ 420.00 | Call with GH/SE teams to discuss, 401(k) plan, assumption/assignment of Olive Branch lease, and admin analysis |
| Waleed Aly | 9/5/2025 | 1.3 | $ 682.50 | Call with R. Aly to review to daily cash tracking workflow and walk through account reconciliation |
| Robert Gorin | 9/5/2025 | 0.2 | $ 151.00 | Participate in discussions and send Raymond James termination letter |
| William Henrich | 9/5/2025 | 0.3 | $ 256.50 | Meeting with R. Gorin re: buyer automatic stay enforcement motion settlement negotiations |
| William Henrich | 9/5/2025 | 0.4 | $ 342.00 | Discussion with J. Hampton re: information requests, buyer automatic stay enforcement motion settlement negotiations, Troutman Pepper approach to former buyer counsel concerning mediation |
| William Henrich | 9/5/2025 | 0.4 | $ 342.00 | Read and draft responding email correspondence re: surety bond cancellation request, 401k payments and plan termination, liquidity, Raymond James termination letter, olive branch September rent payment |
| William Henrich | 9/6/2025 | 0.5 | $ 427.50 | Read buyer objection to Debtor buyer automatic stay enforcement motion and form of Order describing proposed settlement thereof |
| William Henrich | 9/6/2025 | 0.5 | $ 427.50 | Discussion with J. Hampton re: buyer objection to Debtor's buyer automatic stay enforcement motion, settlement negotiations status thereof and Troutman Pepper outreach to former buyer concerning outstanding litigation |
| William Henrich | 9/8/2025 | 1.3 | $ 1,111.50 | Meeting with Saul Ewing and Getzler Henrich re: preparation for hearing concerning Debtor's automatic stay enforcement motion, |
| William Henrich | 9/8/2025 | 0.2 | $ 171.00 | Read and draft responding email correspondence re: buyer automatic stay enforcement motion settlement negotiations |
| William Henrich | 9/9/2025 | 0.3 | $ 256.50 | Read buyer's redline counterproposal of consent order in settlement of automatic stay enforcement motion |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

## Sale of Business and Related Issues

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| William Henrich | 9/9/2025 | 0.4 | $ 342.00 | Meeting with Saul Ewing and R. Aly re: consideration of buyer Consent Order counterproposal and R. Aly as replacement for Gorin testimony and preparation process therefor |
| William Henrich | 9/9/2025 | 0.2 | $ 171.00 | Read revised consent order in settlement of automatic stay enforcement motion |
| William Henrich | 9/9/2025 | 0.4 | $ 342.00 | Discussion with Saul Ewing re: consideration of latest revised consent order in settlement of automatic stay enforcement motion and debrief of J. Young conversation with former buyer counsel regarding exploring resolution paths |
| William Henrich | 9/9/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton re: status of consent order negotiations with non-buyer parties |
| Waleed Aly | 9/10/2025 | 2.0 | $ 1,050.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| William Henrich | 9/10/2025 | 0.8 | $ 684.00 | Meeting with Saul Ewing re: Court hearing debrief, escrow agent retention, J. Young post-hearing conversation and JPMC requests, DIP financing status, preference demand letters' status, consignment vendors resolution alternatives and approach thereto |
| William Henrich | 9/10/2025 | 0.1 | $ 85.50 | Read and draft responding email correspondence re: revised consent order resolving buyer automatic stay enforcement action |
| William Henrich | 9/10/2025 | 0.4 | $ 342.00 | Discussion with J. Hampton re: budget mechanics, consignment vendor negotiation approach and consideration of alternatives to motivate former buyer litigation settlement discussions |
| Waleed Aly | 9/11/2025 | 1.1 | $ 577.50 | Reviewed cash tracking model/corrected account transfers and released wires |
| Ramy Aly | 9/12/2025 | 0.7 | $ 451.50 | Participated in the weekly update meeting with JPM |
| Ramy Aly | 9/12/2025 | 0.2 | $ 129.00 | Prepared for weekly update call with JPM |
| Ramy Aly | 9/15/2025 | 0.4 | $ 258.00 | Discussion with B. Henrich re: admin claim analysis approach and consignment inventory proposal development |
| Ramy Aly | 9/15/2025 | 1.0 | $ 645.00 | Began review of the incentive fee calculation and supporting schedules |
| Ramy Aly | 9/15/2025 | 0.1 | $ 64.50 | Correspondence with D. Duffie regarding a specific item within the incentive fee calculation |
| Robert Gorin | 9/15/2025 | 0.4 | $ 302.00 | Participate in discussions re: Sparkle Pop incentive calculation |
| William Henrich | 9/15/2025 | 0.7 | $ 598.50 | Meeting with Saul Ewing and Getzler Henrich re: consignment vendors negotiations update, preference actions pursuit, JPMC DIP financing extension status, discovery requests information retrieval, admin claims analysis, lease assumption status, Court Order implementation |
| William Henrich | 9/15/2025 | 0.4 | $ 342.00 | Discussion with R. Aly re: admin claim analysis approach and consignment inventory proposal development |
| Robert Gorin | 9/16/2025 | 0.5 | $ 377.50 | Participate in discussions re: Sparkle Pop incentive calculations |
| Ramy Aly | 9/17/2025 | 0.2 | $ 129.00 | Discussion with B. Henrich re: buyer inability to cut check for payment to Court of consignment inventory sale proceeds and request of Debtor for assistance |
| Robert Gorin | 9/17/2025 | 1.3 | $ 981.50 | Prep for and participate in discussions with Saul Ewing, GH re: Sparkle Pop and litigation |
| William Henrich | 9/17/2025 | 0.5 | $ 427.50 | Meeting with Saul Ewing and Getzler Henrich re: Court change in hearing dates, incentive payment review, payment expectation and minimum, consignment vendor group proposal development status, service of consignor adversary complaints, administrative expense analysis, lease assumption status, buyer consignment inventory reporting and payment status |
| William Henrich | 9/17/2025 | 0.2 | $ 171.00 | Discussion with R. Aly re: buyer inability to cut check for payment to Court of consignment inventory sale proceeds and request of Debtor for assistance |
| William Henrich | 9/18/2025 | 0.5 | $ 427.50 | Meeting with Saul Ewing and Getzler Henrich re: review of buyer consignment sales reporting and consignment vendor counterproposal |
| Ramy Aly | 9/19/2025 | 0.7 | $ 451.50 | Met with JPM to provide a status update on the residual recoveries |
| Ramy Aly | 9/19/2025 | 0.3 | $ 193.50 | Prepared for weekly update call with JPM |
| Robert Gorin | 9/19/2025 | 0.3 | $ 226.50 | Participate in multiple discussions re: Olive Branch lease |
| William Henrich | 9/21/2025 | 0.7 | $ 598.50 | Read and draft responding email correspondence re: varied consignment vendors proposals and negotiations |
| William Henrich | 9/22/2025 | 1.5 | $ 1,282.50 | Meeting with Saul Ewing and Getzler Henrich re: buyer incentive payment forecast, buyer consignment sales reporting flaws, analysis and Debtor's response, JPMC retraction of recent funding and implications thereof, consignment vendor settlement proposals |
| Ramy Aly | 9/23/2025 | 2.6 | $ 1,677.00 | Prepared an analysis to review the incentive fee collection to date and forecast timing/dollars of future distributions |
| Ramy Aly | 9/24/2025 | 0.8 | $ 516.00 | Met with F. Callahan to discuss the status of 401K transition, filing 5500, and other compliance audits |
| Ramy Aly | 9/24/2025 | 0.4 | $ 258.00 | Met with TPA to determine options for the existing healthcare plan and the ability to extend the run-off period |
| Ramy Aly | 9/24/2025 | 2.3 | $ 1,483.50 | Finalized an analysis to review the incentive fee collection to date and forecast timing/dollars of future distributions for Q4 2025 |
| Ramy Aly | 9/25/2025 | 2.6 | $ 1,677.00 | Finalized preparation of draft incentive fee analysis to determine recoveries and status of meeting the minimum agreed-upon threshold |
| Waleed Aly | 9/25/2025 | 1.8 | $ 945.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |

Getzler Henrich & Associates
Itemized Fees
September 01, 2025 to September 30, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Sale of Business and Related Issues**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 9/25/2025 | 1.5 | $ 787.50 | Reviewed remaining incentive fee calculation projection model; provided comments, and updated model according |
| Robert Gorin | 9/25/2025 | 1.0 | $ 755.00 | Participate in multiple conversations re: Sparkle Pop and consignment inventory |
| William Henrich | 9/25/2025 | 0.8 | $ 684.00 | Read and draft responding email correspondence re: review of vendor motion to compel response and consignment inventory draft proposals |
| William Henrich | 9/25/2025 | 1.1 | $ 940.50 | Meeting with Saul Ewing and Getzler Henrich re: employee health insurance claims TPA contract expiration and consideration of renewal terms, buyer consignment sales information deficiencies and forthcoming buyer/debtor meeting thereon, buyer lease assumption status, vendor consignment counterproposals review |
| Ramy Aly | 9/26/2025 | 0.3 | $ 193.50 | Prepared for weekly update call with JPM |
| Ramy Aly | 9/26/2025 | 0.7 | $ 451.50 | Met with JPM to provide a status update on the remaining asset monetization and general case updates |
| Waleed Aly | 9/26/2025 | 1.9 | $ 997.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 9/26/2025 | 1.7 | $ 892.50 | Correspondence with suppliers about outstanding invoices and process update. Updated communication tracker |
| Waleed Aly | 9/26/2025 | 2.1 | $ 1,102.50 | Call with R. Aly to update on prior weeks' activities, discuss status of workstreams and outstanding open items. |
| Waleed Aly | 9/26/2025 | 0.6 | $ 315.00 | All hands call with Sparkle Pop business/legal teams and GH/SE to discuss consignment order, data requests, and vendor communications |
| William Henrich | 9/26/2025 | 0.5 | $ 427.50 | Meeting with buyer principals, DLA Piper, Saul Ewing and Getzler Henrich re: FRE 408 discussion of consignment inventory consent order shortcomings and consignment vendor settlement approach |
| William Henrich | 9/26/2025 | 0.4 | $ 342.00 | Discussion with J. Hampton re: analysis of buyer meeting and required next steps |
| Ramy Aly | 9/27/2025 | 0.7 | $ 451.50 | Call with W. Aly to outline the data required to prepare methodologies for various scenarios resulting from the morning call with counsel and the Getzler team |
| Ramy Aly | 9/27/2025 | 1.0 | $ 645.00 | Prepared for and met with Saul Ewing and the Getzler team to discuss next steps, analysis, and proposal to Sparkle |
| Waleed Aly | 9/27/2025 | 1.0 | $ 525.00 | Follow-Up call with GH/SE to discuss all hands call with Sparkle Pop |
| Waleed Aly | 9/27/2025 | 2.3 | $ 1,207.50 | Reviewed historical sales and trial balance data to determine cost of operating warehouse |
| Waleed Aly | 9/27/2025 | 0.7 | $ 367.50 | Call with R. Aly to discuss work streams and open items resulting from morning call with counsel |
| Robert Gorin | 9/27/2025 | 1.6 | $ 1,208.00 | Prep for and participate in call with Saul Ewing re: Sparkle Pop call and discuss follow-up actions and associated analysis |
| William Henrich | 9/27/2025 | 1.1 | $ 940.50 | Meeting with Saul Ewing and Getzler Henrich re: buyer meeting response development and required distribution cost analysis |
| William Henrich | 9/27/2025 | 0.4 | $ 342.00 | Read and draft responding email correspondence re: consignment vendor group and individual vendor counterproposal and assessment thereof |
| Ramy Aly | 9/28/2025 | 0.5 | $ 322.50 | Call with W. Aly to review labor cost model for sale and disposition of the consignment inventory |
| Ramy Aly | 9/28/2025 | 1.0 | $ 645.00 | Prepared for and met with Saul Ewing counsel and the Getzler team to review data provided by Sparkle Pop and the cost proposal for transferring inventory |
| Waleed Aly | 9/28/2025 | 0.8 | $ 420.00 | Continued review of historical trial balance data to derive labor cost estimate for sale of consigned inventory |
| Waleed Aly | 9/28/2025 | 2.6 | $ 1,365.00 | Created labor cost assumption model for sale of consigned inventory |
| Waleed Aly | 9/28/2025 | 1.1 | $ 577.50 | Call with SE/GH teams to review updated consignment data provided by Ad Pop and review labor cost analysis |
| Waleed Aly | 9/28/2025 | 0.5 | $ 262.50 | Call with R. Aly to review labor cost model for sale of consigned inventory |
| Robert Gorin | 9/28/2025 | 1.3 | $ 981.50 | Calls with Saul Ewing, GH re: Sparkle Pop, consignment inventory |
| Ramy Aly | 9/29/2025 | 0.4 | $ 258.00 | Conference call with B. Henrich and J. Hampton to discuss the analysis required based on the latest consignment information provided |
| Ramy Aly | 9/29/2025 | 0.5 | $ 322.50 | Follow-Up call with J. Hampton and W. Aly to determine the variables needed to prepare the analysis and proposal for consignment vendors |
| Ramy Aly | 9/29/2025 | 1.5 | $ 967.50 | Meeting with W. Aly to review datapoints and outline analysis required for consignment proposals |
| Waleed Aly | 9/29/2025 | 1.7 | $ 892.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 9/29/2025 | 1.2 | $ 630.00 | Call with R. Aly, J. Hampton to discuss consignment inventory proposal analysis |
| Robert Gorin | 9/29/2025 | 1.7 | $ 1,283.50 | Participate in multiple calls re: Sparkle Pop, consignment inventory, lender communications, admin claims, Dynamic |
| Robert Gorin | 9/29/2025 | 1.3 | $ 981.50 | Participate in several discussions regarding health care insurance runoff claims |
| Robert Gorin | 9/29/2025 | 0.3 | $ 226.50 | Call with Saul Ewing re: consignment vendors |
| William Henrich | 9/29/2025 | 0.5 | $ 427.50 | Discussion with J. Hampton and R. Aly re: analysis of buyer consignment sales for development of settlement proposal with buyer and vendors |
| Ramy Aly | 9/30/2025 | 0.5 | $ 322.50 | Prepared for and met with Sparkle Pop to discuss potential path forward regarding the consignment goods |
| Ramy Aly | 9/30/2025 | 2.1 | $ 1,354.50 | Prepared for and met with the Saul Ewing and Getzler team to develop a detailed proposal for Sparkle Pop as the framework for both Sparkle and vendor negotiations |
| Ramy Aly | 9/30/2025 | 0.6 | $ 387.00 | Met with W. Aly to review and outline framework of the proposal |
| Ramy Aly | 9/30/2025 | 0.5 | $ 322.50 | Prepared for and met with the team and counsel to discuss the proposal presented by Sparkle Pop |

**Getzler Henrich & Associates**
**Itemized Fees**
**September 01, 2025 to September 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Sale of Business and Related Issues**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 9/30/2025 | 2.2 | $ 1,155.00 | Call with GH/SE teams to discuss Sparkle Pop proposal to for sale of consigned inventory |
| Waleed Aly | 9/30/2025 | 1.6 | $ 840.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 9/30/2025 | 0.7 | $ 367.50 | Prepared term sheet proposal ahead of call with Sparkle Pop |
| Waleed Aly | 9/30/2025 | 0.6 | $ 315.00 | Call with R. Aly to review Sparkle Pop term sheet proposal |
| Waleed Aly | 9/30/2025 | 0.8 | $ 420.00 | Call with Sparkle Pop to discuss proposal to sell consigned inventory |
| Waleed Aly | 9/30/2025 | 0.5 | $ 262.50 | Follow-Up call with SE/GH teams to download following Sparkle Pop call |
| Robert Gorin | 9/30/2025 | 2.4 | $ 1,812.00 | Participate in multiple calls with Saul Ewing re: consignment inventory, Sparkle Pop, Olive Branch lease |
| Robert Gorin | 9/30/2025 | 0.9 | $ 679.50 | Prep for and participate in call with Sparkle Pop re: consignment inventory |
| Robert Gorin | 9/30/2025 | 0.5 | $ 377.50 | Participate in calls re: follow-up steps from Sparkle Pop calls |
| Robert Gorin | 9/30/2025 | 1.2 | $ 906.00 | Prep for and participate in calls, including call with C Parker, F Callahan, re: healthcare insurance claims runoff |
| Robert Gorin | 9/30/2025 | 1.0 | $ 755.00 | Participate in call with C Tyson, D Hirsch re: KEIP |
| Robert Gorin | 9/30/2025 | 0.6 | $ 453.00 | Participate in calls with Saul Ewing, GH re: consignment inventory analysis associated with Sparkle Pop |
| Robert Gorin | 9/30/2025 | 0.4 | $ 302.00 | Participate in discussions re: 401k audit |
| William Henrich | 9/30/2025 | 2.1 | $ 1,795.50 | Meeting with Saul Ewing and Getzler Henrich re: development of strawman buyer settlement consignment inventory proposal in preparation for buyer negotiation meeting and DIP financing extension and mediation concept assessment |
| William Henrich | 9/30/2025 | 0.6 | $ 513.00 | Review and draft responding email correspondence re: buyer settlement proposal presentation draft for buyer meeting |
| William Henrich | 9/30/2025 | 0.8 | $ 684.00 | Meeting with buyer and Getzler Henrich re: presentation and discussion of debtor's consignment inventory settlement proposal |
| William Henrich | 9/30/2025 | 0.5 | $ 427.50 | Meeting with Saul Ewing and Getzler Henrich re: debrief of buyer meeting and Gorin management KEIP related conversation |
| **Total** | | **111.6** | **$ 74,428.00** | |

Getzler Henrich & Associates
Itemized Fees
September 01, 2025 to September 30, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Supplier Issues**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Robert Gorin | 9/2/2025 | 1.8 | $ 1,359.00 | Participate in multiple discussions re: vendor communications, accounts payable, inventory |
| Robert Gorin | 9/3/2025 | 1.4 | $ 1,057.00 | Participate in several discussions re: vendor communications, inventory, accounts payable |
| Ramy Aly | 9/4/2025 | 0.6 | $ 387.00 | Provided data requested by counsel regarding vendor invoices |
| Waleed Aly | 9/4/2025 | 0.5 | $ 262.50 | Call with T. Garey to discuss vendor communications and timing of data requests |
| Robert Gorin | 9/4/2025 | 1.9 | $ 1,434.50 | Participate in several discussions re: vendor communications, accounts payable, inventory |
| Ramy Aly | 9/5/2025 | 0.7 | $ 451.50 | Meeting with W. Aly to discuss vendor communications and messaging for inbound requests |
| Ramy Aly | 9/5/2025 | 0.3 | $ 193.50 | Call with A. Isenberg and R. Gorin regarding vendors questions and requests |
| Waleed Aly | 9/5/2025 | 0.7 | $ 367.50 | Call with R. Aly to discuss vendor communication and messaging in response to inbound questions |
| Waleed Aly | 9/8/2025 | 0.6 | $ 315.00 | Call with former estate vendor to discuss outstanding invoices and provide update on process |
| Waleed Aly | 9/8/2025 | 0.8 | $ 420.00 | Call with second former estate vendor to discuss outstanding invoices and provide update on process |
| Waleed Aly | 9/8/2025 | 0.7 | $ 367.50 | Call with third former estate vendor to discuss outstanding invoices and provide update on process |
| Waleed Aly | 9/9/2025 | 1.3 | $ 682.50 | Created vendor communications tracking file and updated notes/contact info on prior day's call activity |
| Waleed Aly | 9/9/2025 | 0.5 | $ 262.50 | Call with vendor to discuss open invoices and provide update on process |
| Waleed Aly | 9/10/2025 | 0.4 | $ 210.00 | Call with vendor to discuss open invoices and update on post-sale activity |
| Ramy Aly | 9/11/2025 | 0.8 | $ 516.00 | Calls with several vendors and providing an update on the bankruptcy process |
| Waleed Aly | 9/11/2025 | 0.5 | $ 262.50 | Call with vendor to discuss open invoices and provide update on process |
| Robert Gorin | 9/15/2025 | 0.6 | $ 453.00 | Participate in discussions re: vendor management, vendor communications, vendor accounts payable |
| Ramy Aly | 9/23/2025 | 1.1 | $ 709.50 | Addressed various inbound questions and requests from vendors |
| Waleed Aly | 9/25/2025 | 1.4 | $ 735.00 | Correspondence with suppliers about outstanding invoices and process update. Updated communication tracker |
| Robert Gorin | 9/25/2025 | 0.9 | $ 679.50 | Participate in several discussions re: vendor management, vendor communications, and associated accounts payable and inventory |
| Ramy Aly | 9/26/2025 | 0.9 | $ 580.50 | Addressed several inbound vendor questions and requests |
| Waleed Aly | 9/26/2025 | 0.4 | $ 210.00 | Call with vendor to discuss outstanding invoices and process update |
| Waleed Aly | 9/29/2025 | 0.6 | $ 315.00 | Call with vendor to discuss outstanding invoices and update on the bankruptcy process |
| Waleed Aly | 9/30/2025 | 0.5 | $ 262.50 | Call with vendor to discuss open invoices and update on bankruptcy process |
| **Total** | | **19.9** | **$ 12,493.50** | |

Getzler Henrich & Associates
Itemized Fees
September 01, 2025 to September 30, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Travel**

| Professional | Date | Hours | Fees | | Activity |
|---|---|---|---|---|---|
| Ramy Aly | 9/9/2025 | 3.9 | $ | 1,257.75 | Travel to Baltimore for the upcoming hearing on 9/10 |
| Ramy Aly | 9/10/2025 | 3.9 | $ | 1,257.75 | Travel from Baltimore to home |
| **Total** | | **7.8** | **$** | **2,515.50** | |