**EXHIBIT B**

**Summary of Timekeepers Included in this Fee Application**

| Name | Title | Department | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | In This Application | In First Interim Application |
| Finizio, Gianfranco | Partner | Bankruptcy | 2010 | $83,542.50 | 70.50 | 0 | $1,185.00 | $1,185.00 |
| Nathan, Bruce S. | Partner | Bankruptcy | 1981 | $91,809.00 | 60.60 | 0 | $1,515.00 | $1,515.00 |
| Papandrea, Michael T. | Counsel | Bankruptcy | 2015 | $24,402.50 | 22.70 | 0 | $1,075.00 | $1,075.00 |
| Frankel, Chelsea | Associate | Bankruptcy | 2024 | $34,188.00 | 51.80 | 0 | $660.00 | $660.00 |
| Rauchberg, Jake A. | Associate | Bankruptcy | 2023 | $4,752.00 | 7.20 | 0 | $660.00 | N/A |
| Lawler, Elizabeth B. | Paralegal | Bankruptcy | N/A | $7,106.00 | 18.70 | 0 | $380.00 | $380.00 |

| | |
|---|---|
| Case Name: | **Diamond Comic Distributors, Inc.,** *et al.* |
| Case Number: | **25-10308 (DER)** |
| Applicant's Name: | **Lowenstein Sandler LLP** |
| Date of Application: | **October 30, 2025** |
| Interim or Final: | **Third Interim** |

64685351

UST Form 11-330-C   (2013)                                                                 Page 1