**EXHIBIT C**

Budget

The budget for the Committee's professionals was negotiated and approved by the parties, including the Debtors and the secured lender, in connection with the *Final Order (I) Authorizing the Debtors to Obtain Post-petition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay, (V) Granting Relating Relief* [Docket No. 163] entered in these chapter 11 cases, and as further agreed between the parties. The fees sought in the Application are less than the fees budgeted in the revised DIP financing order for the time covered by such application.

.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2-3 | $1,113.27 |
| Counsel | 1 | $785.80 |
| Associate | 2 | $541.19 |
| Paralegal | 1 | $208.85 |

The Applicant reserves its right to modify this budget and staffing plan in the event circumstances unforeseen at the time these were prepared that would cause Applicant to be required to utilize additional or different staffing to appropriately deal with events that may arise in the bankruptcy case.

6468535.1

**Case Name:** Diamond Comic Distributors, Inc., *et al.*
**Case Number:** 25-10308 (DER)
**Applicant's Name:** Lowenstein Sandler LLP
**Date of Application:** October 30, 2025
**Interim or Final:** Third Interim

UST Form 11-330-C   (2013)                                         Page 1