**EXHIBIT E**

**Summary of Expense Reimbursement Requested by Category**

| Category | Unit Cost, if applicable | Amount |
|---|---|---|
| Computerized legal research | | $2,329.05 |
| **TOTAL DISBURSEMENTS** | | **$2,329.05** |

**Detailed Description of Expenses**

| Date | Description | Amount |
|---|---|---|
| **Computerized legal research** | | |
| 07/15/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 21 / Docs/Lines: 0 | $926.74 |
| 07/31/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 5 / Docs/Lines: 0 | $971.25 |
| 08/13/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 6 / Docs/Lines: 0 | $185.35 |
| 08/14/25 | Computerized legal research: Westlaw: User Name: FRANKEL,CHELSEA / Duration of Search: 00:00 / Transaction: 16 / Docs/Lines: 0 | $245.71 |
| | **Total Disbursements** | **$2,329.05** |

6468535.1