**EXHIBIT F**

**Summary Cover Sheet of Fee Application**

6468535.1

| | |
|---|---|
| Name of applicant | Lowenstein Sandler LLP |
| Name of client | Official Committee of Unsecured Creditors |
| Time period covered by application | July 1, 2025 through September 30, 2025 |
| Total compensation sought this period | $245,800.00 |
| Total expenses sought this period | $2,329.05 |
| Petition date | January 14, 2025 |
| Retention date | January 30, 2025 |
| Date or order approving employment | March 17, 2025 |
| Total compensation approved by interim order to date | $1,660,986.75 |
| Total expenses approved by interim order to date | $10,561.75 |
| Total allowed compensation paid to date | $1,328,729.50 |
| Total allowed expenses paid to date | $10,561.75 |
| Blended rate in this application for all attorneys | $1,121.68 |
| Blended rate in this application for all timekeepers | $1,061.77 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $90,304.39 |

Page 1