IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF LOWENSTEIN SANDLER LLP, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD BETWEEN JULY 1, 2025 AND SEPTEMBER 30, 2025**

Upon consideration of the *Third Interim Fee Application Of Lowenstein Sandler LLP, As Co-Counsel For The Official Committee Of Unsecured Creditors, For Services Rendered And Expenses Incurred For The Period Between July 1, 2025 And September 30, 2025* (the "Application"), filed by Lowenstein Sandler LLP ("Lowenstein Sandler"), as co-counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee"), for allowance of compensation for services rendered and for the reimbursement of actual and necessary expenses incurred for the period of July 1, 2025 through September 30, 2025 (the "Application Period"); and the Court having reviewed the Application and the Court

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application was adequate under the circumstances and no further notice being necessary; (c) the fees represent reasonable compensation for actual and necessary services rendered by Lowenstein Sandler; and (d) the expenses represent actual and necessary expenses incurred by Lowenstein Sandler in the performance of its duties in these chapter 11 cases; and after due deliberation and consideration, and good and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED** that the Application be and hereby is **APPROVED**; and it is further

**ORDERED** that interim compensation to Lowenstein Sandler for fees in the amount of $245,800.00 and reimbursement of expenses in the amount of $2,329.05 (collectively, the "Allowed Compensation") is hereby **APPROVED**; and it is further

**ORDERED** that the Debtors are authorized to pay the Allowed Compensation to Lowenstein Sandler less any amounts previously paid in connection with the monthly fee applications; and it is further

**ORDERED**, that this Order shall be effective immediately upon its entry; and it is further

**ORDERED** that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order, including, but not limited to, the determination of final compensation to Lowenstein Sandler in these chapter 11 cases.

**END OF ORDER**

cc: Debtors' Counsel
Committee Counsel
Office of United States Trustee
JP Morgan Chase Bank, N.A. Counsel
All parties receiving service by CM/ECF system

2