In re: Diamond Comic Distributors, Inc.



## Exhibit A: Time Detail

**Berkeley Research Group, LLC**

For the Period 7/1/2025 through 9/30/2025

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 7/10/2025 | J. Emerson | 1.1 | Prepared illustrative alternative recoveries related to consignment inventory. |
| 7/14/2025 | J. Emerson | 0.4 | Reviewed certain objections related to consignment motion. |
| 7/23/2025 | J. Emerson | 0.4 | Commented on Debtors' Motion to sell certain assets at the request of Counsel. |
| 7/25/2025 | J. Emerson | 0.2 | Reviewed Committee's statement re: consignment motion. |
| 8/5/2025 | J. Emerson | 0.6 | Reviewed certain motions related to consignment. |
| 8/18/2025 | J. Emerson | 0.6 | Reviewed UK sale order including impact to liquidity. |
| 9/15/2025 | J. Emerson | 0.5 | Participated in call with Raymond James (A. Haesler) related to net asset sale proceeds. |
| **Task Code Total Hours** | | **3.8** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 7/2/2025 | E. Degnan | 0.5 | Prepared June fee statement. |
| 7/3/2025 | M. Haverkamp | 0.1 | Prepared June fee statement. |
| 7/14/2025 | E. Degnan | 2.9 | Prepared second interim fee application. |
| 7/15/2025 | M. Haverkamp | 2.1 | Edited June fee statement. |
| 7/15/2025 | E. Degnan | 1.0 | Prepared second interim fee application. |
| 7/22/2025 | E. Degnan | 0.6 | Prepared June fee statement. |
| 7/22/2025 | M. Haverkamp | 0.4 | Edited Diamond Comics June fee statement. |
| 7/29/2025 | H. Henritzy | 2.9 | Edited second interim fee application. |
| 7/29/2025 | M. Haverkamp | 0.2 | Edited June fee statement. |
| 7/30/2025 | M. Haverkamp | 0.2 | Edited Diamond Comics second interim fee application. |

Berkeley Research Group, LLC                                                          Invoice for the 7/1/2025 - 9/30/2025 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 7/31/2025 | M. Haverkamp | 0.2 | Reviewed second interim fee application ahead of filing. |
| 8/11/2025 | E. Degnan | 0.8 | Prepared July fee statement. |
| 8/18/2025 | M. Haverkamp | 0.9 | Edited July fee statement. |
| 8/18/2025 | E. Degnan | 0.5 | Prepared July fee statement. |
| 9/8/2025 | E. Degnan | 0.5 | Prepared August fee statement. |
| 9/9/2025 | M. Haverkamp | 0.7 | Edited August fee statement. |
| 9/10/2025 | E. Degnan | 1.1 | Prepared August fee statement. |
| 9/10/2025 | M. Haverkamp | 0.3 | Edited August fee statement. |
| 9/17/2025 | E. Degnan | 0.6 | Prepared August fee statement. |
| 9/17/2025 | M. Haverkamp | 0.3 | Edited August fee statement. |
| **Task Code Total Hours** | | **16.8** | |
| **08. Interaction/ Meetings with Creditors/ Counsel** | | | |
| 7/17/2025 | J. Emerson | 1.0 | Participated in call with Committee and Counsel (B. Nathan, G. Finizio, M. Papandrea) re: general update on case matters. |
| **Task Code Total Hours** | | **1.0** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 7/3/2025 | J. Emerson | 0.6 | Prepared certain preference analysis. |
| 7/16/2025 | J. Emerson | 1.3 | Revised potential recovery analysis to reflect incentive analysis. |
| 7/16/2025 | J. Emerson | 0.7 | Reviewed incentive analysis in comparison to initial projected recoveries. |
| 7/23/2025 | J. Emerson | 0.9 | Updated illustrative recoveries analysis to reflect Debtors' motion to sell certain assets. |
| 7/23/2025 | J. Emerson | 0.4 | Updated illustrative recoveries analysis to reflect Debtors' motion to sell certain assets. |
| 7/30/2025 | J. Emerson | 0.4 | Revised potential recovery analysis based on latest DIP balance. |
| 8/22/2025 | J. Emerson | 1.4 | Revised illustrative recovery analysis to reflect latest estimate for causes of action. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 9/19/2025 | J. Emerson | 2.4 | Prepared recovery analysis related to potential alternative professional fees. |
| **Task Code Total Hours** | | **8.1** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 7/17/2025 | J. Emerson | 0.9 | Revised anticipated liquidity based on Debtors latest DIP balance through week ending 7/12. |
| 7/18/2025 | J. Emerson | 1.2 | Updated expected liquidity analysis to reflect activity through week ending 7/12. |
| 8/7/2025 | J. Emerson | 1.1 | Revised liquidity analysis per Counsel request. |
| 8/17/2025 | J. Emerson | 0.4 | Reviewed Debtors' 8/14 DIP budget. |
| 8/17/2025 | J. Emerson | 0.3 | Provided initial observations to Lowenstein (B. Nathan) re: Debtors 8/14 DIP budget. |
| 8/22/2025 | J. Emerson | 1.3 | Prepared bridge re: 8/14 budget to 8/22 budget. |
| 8/22/2025 | J. Emerson | 1.3 | Updated liquidity analysis based on Debtors' 8/22 budget. |
| 8/22/2025 | J. Emerson | 0.8 | Reviewed Debtors' 8/22 DIP budget. |
| 8/24/2025 | J. Emerson | 0.5 | Reviewed Debtors' 8/24 DIP budget. |
| 8/25/2025 | J. Emerson | 1.3 | Updated liquidity analysis based on Debtors' final 8/24 budget. |
| 8/25/2025 | J. Emerson | 1.1 | Prepared bridge re: 8/22 budget to 8/24 budget. |
| 9/15/2025 | J. Emerson | 1.4 | Updated liquidity analysis based on latest professional fee assumptions through 9/8. |
| 9/19/2025 | J. Emerson | 1.4 | Updated liquidity analysis through 9/8 based on updated Diamond UK funds flow. |
| 9/19/2025 | J. Emerson | 0.3 | Reviewed Diamond UK funds flows. |
| **Task Code Total Hours** | | **13.3** | |
| **37. Vendor Management** | | | |
| 9/3/2025 | J. Emerson | 1.4 | Updated professional fee estimate to reflect latest actuals through August. |
| 9/3/2025 | J. Emerson | 0.7 | Revised professional fee estimate to reflect comments from Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **37. Vendor Management** | | | |
| 9/4/2025 | M. Haverkamp | 0.2 | Reviewed correspondence with Counsel (G. Finizio, S. Gerald) re: professional fee estimate. |
| 9/15/2025 | J. Emerson | 0.3 | Provided comments to Counsel (B. Nathan, G. Finizio) related to Raymond James professional fee calculation. |
| 9/15/2025 | J. Emerson | 0.3 | Reviewed Raymond James final fee application. |
| 9/19/2025 | J. Emerson | 0.5 | Participated in call with Raymond James (A. Haesler) related to certain professional fee calculation. |
| 9/19/2025 | J. Emerson | 0.3 | Participated in call with Counsel (B. Nathan, G. Finizio) related to Raymond James professional fee calculation. |
| **Task Code Total Hours** | | **3.7** | |
| **Total Hours** | | **46.7** | |