IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 25-10308 (DER)** |
| **DIAMOND COMIC DISTRIBUTORS, INC.,** ) | |
| *et al.*, ) | **Chapter 11** |
| ) | |
| **Debtors.** ) | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to section 1109 of the United States Bankruptcy Code ("Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9010(b), Lawrence A. Katz and the law firm of Hirschler Fleischer, PC hereby enter their appearance as counsel to Aftershock Comics, LLC ("Aftershock").

Such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in this case be served upon him at the following address:

>Lawrence A. Katz, Esquire
>Hirschler Fleischer
>1676 International Drive
>Suite 1350
>Tysons, Virginia 22102
>Email: lkatz@hirschlerlaw.com
>Telephone (703) 584-8362
>Facsimile (703) 584-8901

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan,

disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF DOCUMENTS is without prejudice to the remedies, claims, and interests of Aftershock against other entities, or any objection that may be made to the jurisdiction or venue of this Court, and shall not be deemed or construed to be a waiver of the rights of Aftershock to (1) have final orders in noncore matters entered only after de novo review by a district judge, (2) trial by jury in any proceeding related to this case, (3) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, recoupments, or interests to which Aftershock is or may be entitled, in law or in equity, all of which rights Aftershock expressly reserves.

Dated: November 5, 2025          Respectfully submitted,

/s/ Lawrence A. Katz
Lawrence A. Katz (MD. Bar No. 02526)
Hirschler Fleischer, PC
1676 International Drive
Suite 1350
Tysons Corner, Virginia 22102
Email: lkatz@hirschlerlaw.com
Telephone (703) 584-8362
Facsimile (703) 584-8901

*Counsel to Aftershock Comics, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, I caused a copy of the foregoing Notice of Appearance and Request for Service of Notices and Documents to be served, via the Court's CM/ECF system on all registered ECF participants who have appeared in this case.

*/s/ Lawrence A. Katz*
Lawrence A. Katz