# EXHIBIT A

**COMPENSATION BY PROFESSIONAL**

## COMPENSATION BY ATTORNEY PROFESSIONALS

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Mark Minuti | Partner | Bankruptcy | 1988 | $975 | 447.7 | $436,507.50 |
| Jeffrey C. Hampton | Partner | Bankruptcy | 1990 | $860 | 447.7 | $385,022.00 |
| Adam H. Isenberg | Partner | Bankruptcy | 1988 | $860 | 351.2 | $302,032.00 |
| Dennis J. Brennan | Partner | Corporate | 1998 | $830 | 0.4 | $332.00 |
| Jordan D. Rosenfeld | Partner | Litigation | 2013 | $565 | 3.4 | $1,921.00 |
| Anne D. Greene | Counsel | Tax and Employee Benefits | 2011 | $585 | 9.8 | $5,733.00 |
| Allison L. Burdette | Counsel | Litigation | 2013 | $560 | 19.6 | $10,976.00 |
| Austin G. Strine | Associate | Litigation | 2017 | $505 | 3.4 | $1,717.00 |
| Paige N. Topper | Associate | Bankruptcy | 2017 | $505 | 200.5 | $101,252.50 |
| Turner N. Falk | Associate | Bankruptcy | 2014 | $485 | 43.7 | $21,194.50 |
| Ashley N. Fellona | Associate | Litigation | 2018 | $485 | 20.4 | $9,894.00 |
| Emily K. Strine | Associate | Litigation | 2018 | $465 | 5.0 | $2,325.00 |
| Nicholas Smargiassi | Associate | Bankruptcy | 2023 | $355 | 277.7 | $98,583.50 |
| Maxwell M. Hanamirian | Associate | Bankruptcy | 2024 | $325 | 103.0 | $33,475.00 |
| **Total for Attorneys:** | | | | | 1933.5 | $1,410,965.00 |
| **Minus 50% for Non-Working Travel** | | | | | | ($14,844.75) |
| **Grand Total for Attorneys:** | | | | | **1,933.5** | **$1,396,120.25** |

56636549.2

## COMPENSATION BY PARAPROFESSIONAL OR STAFF MEMBER

| NAME OF PARAPROFESSIONAL OR STAFF MEMBER | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Patricia Markey | Paralegal | Litigation / Bankruptcy | $315 | 77.0 | $24,255.00 |
| Robyn E. Warren | Paraprofessional | Bankruptcy | $310 | 19.9 | $6,169.00 |
| eDiscovery Coordinator - EDCO | Litigation Support | Litigation | $300 | 0.3 | $90.00 |
| **Total for Paraprofessionals and other staff:** | | | | **97.2** | **$30,514.00** |