# EXHIBIT B

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

## COMPENSATION BY PROJECT CATEGORY

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Asset Sale Disposition | 197.6 | $161,475.50 |
| 2. | Business Operations | 227.4 | $184,464.50 |
| 3. | Case Administration | 200.9 | $119,683.50 |
| 4. | Claims Analysis, Objections, Proofs of Claim | 25.9 | $24,121.00 |
| 5. | Committee Matters | 13.9 | $12,138.00 |
| 6. | Creditor Inquiries | 1.4 | $599.50 |
| 7. | Employee Benefits Pension | 8.2 | $6,458.50 |
| 8. | Executory Contracts | 52.7 | $35,997.50 |
| 9. | Fee/Employment Applications (Saul Ewing) | 33.0 | $11,909.00 |
| 10. | Fee/Employment Applications (Other Professionals) | 24.5 | $9,757.00 |
| 11. | Financing and Cash Collateral | 21.1 | $16,720.00 |
| 12. | Litigation: Contested Matters and Adversary Proceedings | 927.1 | $651,345.00 |
| 13. | Non-Working Travel | 39.4 | $29,689.50 |
| 14. | Plan and Disclosure Statement | 12.3 | $5,870.50 |
| 15. | Preparation for and Attendance at Hearings | 181.6 | $147,630.00 |
| 16. | Relief from Stay and Adequate Protection | 36.0 | $12,780.00 |
| 17. | UST Reports, Meetings and Issues | 27.7 | $10,840.00 |
|  | **Total:** | 2030.7 | $1,441,479.00 |
|  | **Minus 50% for Non-Working Travel** |  | ($14,844.75) |
|  |  | **Grand Total** | $1,426,634.25 |
|  |  | **80% of Total Compensation:** | $1,141,307.40 |

56636549.2