# EXHIBIT C

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| | Summary of Expenses | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| Cab Fare | Uber; Affinity Cab; Lyft | $463.52 |
| Copies | Maryland Bankruptcy Court | $22.50 |
| Court Reporter | Reliable Court Reporting | $1,916.29 |
| Court Reporter Services | Writer's Cramp, Inc. | $1,014.70 |
| Federal Express | Federal Express | $135.04 |
| Filing Fees | Maryland Bankruptcy Court | $398.00 |
| Hotel | Hilton Garden Inn Baltimore; Courtyard by Marriott; Hilton Garden Inn | $1,032.39 |
| Meals | Pizzeria Bardea; Taqueria El Chingon; The Chancery Market – Agave; Brightline; Joe & The Juice; Walmart; Maximon; Sweetgreen; Starbucks; Cosi; Harbor East Deli; Loch Bar; Rouge Fine Catering; Dolce Café; Tagliasta; Starbucks; Rouge Fine Catering | $1,692.45 |
| Messenger Service | Expedited Courier & Distribution LLC | $313.03 |
| Misc. | Panasonic; Viasat | $361.75 |
| Mileage | N/A | $134.86 |
| Parking | Wilmington Parking Authority; Premium Parking; Parkway Corporation; Philadelphia Parking Authority; iParkit | $335.85 |
| Professional Services | Reliable Copy Service | $50.00 |
| Photocopying | N/A | $2,525.00 |
| Photocopying - Color | N/A | $1,762.00 |
| Process Service Fee | LawServePro | $509.44 |
| Tolls | EZ Pass | $21.00 |
| Transcript | Veritext; Writer's Cramp | $4,921.20 |
| Transportation | Amtrak; Brightline | $525.00 |
| Westlaw Legal Research | Westlaw Legal Research | $12,535.44 |
| **Total** | | **$30,669.46** |

56636549.2