# EXHIBIT D

## SUMMARY OF BLENDED RATE

## SUMMARY OF BLENDED HOURLY RATE

| PROFESSIONALS | BLENDED RATE *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | BLENDED RATE *This Application* | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Senior Partners | $682.00 | $901.28 | 1,247.0 | $1,123,893.50 |
| Junior Partners | $570.00 | $565.00 | 3.4 | $1,921.00 |
| Counsel | $576.00 | $568.33 | 29.4 | $16,709.00 |
| Senior Associates | $428.00 | $499.57 | 273.0 | $136,383.00 |
| Junior Associates | $343.00 | $346.88 | 380.7 | $132,058.50 |
| Paraprofessionals | $298.00 | $313.93 | 97.2 | $30,514.00 |
| **Minus 50% for Non-Working Travel** | | | | ($14,844.75) |
| **Total Amount Sought for Application Period** | | | | $1,426,634.25 |
| **Blended Hourly Rate/Total fees** | | | | $702.53 |

56636549.2