# EXHIBIT E

## BUDGETS AND STAFFING PLANS

56636549.2

**July 2025**

- Budgeted amount: $550,000 (actual fees were $434,216.25)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 5 | $565 per hour to $975 per hour |
| Counsel | 1 | $560 per hour to $585 per hour |
| Associate | 7 | $325 per hour to $505 per hour |
| Paraprofessional | 2 | $310 per hour to $315 per hour |
| Other (Litigation, Support, Clerical) | 0 | N/A |

**August 2025**

- Budgeted amount $575,000 (actual fees were $631,877.75)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 3 | $565 per hour to $975 per hour |
| Counsel | 2 | $560 per hour to $585 per hour |
| Associate | 5 | $325 per hour to $505 per hour |
| Paraprofessional | 2 | $310 per hour to $315 per hour |
| Other (Litigation, Support, Clerical) | 0 | N/A |

**September 2025**

- Budgeted amount $400,000 (actual fees were $360,540.25)

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Budget Period | Hourly Rates |
|---|---|---|
| Partner | 4 | $565 per hour to $975 per hour |
| Counsel | 2 | $560 per hour to $585 per hour |

2

| Associate | 6 | $325 per hour to $505 per hour |
|---|---|---|
| Paraprofessional | 2 | $310 per hour to $315 per hour |
| Other (Litigation, Support, Clerical) | 1 | $300 per hour |

56636549.2