IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Related to D.I. 960** |

## MEDIATION STATUS REPORT

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the Official Committee of Unsecured Creditors (the "Committee"), JPMorgan Chase Bank, N.A. (the "Lender"), the Consignment Group,[2] the *Ad Hoc* Committee of Consignors[3] (the "*Ad Hoc* Committee"), Boom Entertainment Inc. ("Boom") and Sparkle Pop, LLC ("Sparkle Pop", and together with the Debtors, the Committee, the Lender, the Consignment Group, the Ad Hoc Committee, and Boom, the "Parties") hereby jointly report on the status of the mediation as contemplated by the *Order Assigning Matters to the Bankruptcy Dispute Resolution Program and Appointing Resolution Advocate* [D.I. 960] (the "Mediation Order").[4]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] The Consignment Group consists of the following parties: (i) Aspen MLT, LLC a/k/a Aspen Comics, (ii) Black Mask Studios, LLC, (iii) DSTLRY Media, Inc., (iv) Dynamic Forces, Inc. a/k/a Dynamite Entertainment, (v) Heavy Metal International, LLC, (vi) Magnetic Press, LLC, (vii) Massive Publishing, LLC, (viii) Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, (ix) Panini UK Ltd., (x) Punk Bot Comic Books, LLC a/k/a Alien Books, (xi) The Penn State University a/k/a Graphic Mundi, (xii) Titan Publishing Group, Ltd., (xiii) Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind, and (xiv) Dark Horse Comics, LLC.

[3] The *Ad Hoc* Committee consists of the following parties: (i) Ablaze, LLC, (ii) American Mythology Productions LLC, (iii) Avatar Press, Inc., (iv) Andrew Kafoury d/b/a Battle Quest Comics, (v) Bryan Seaton d/b/a Action Lab, (vi) Drawn & Quarterly Books Inc., (vii) Fantagraphics Books, Inc., (viii) Green Ronin Publishing LLC, (ix) Herman and Geer Communications, Inc. d/b/a Hermes Press, (x) Living the Line LLC, (xi) Paizo, Inc., (xii) UDON Entertainment Inc., and (xiii) Zenescope Entertainment, Inc.

[4] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Mediation Order.

56645712.1

1. Pursuant to the Mediation Order, the Hon. Thomas J. Catliota, Retired Bankruptcy Judge for the United States Bankruptcy Court for the District of Maryland, was appointed the Resolution Advocate.

2. The Resolution Advocate conducted a mediation of the Mediation Matters on October 28, 2025 and October 29, 2025 at the offices of Saul Ewing LLP, 1001 Fleet Street, 9th Floor, Baltimore, MD 21202-4359.  Certain of the Parties and the Resolution Advocate continued to engage in Mediation calls following October 29, 2025.

3. As of the date of this report, certain of the Parties are continuing to discuss settlements.

Dated: November 7, 2025

| | |
|---|---|
| **SAUL EWING LLP** | **TROUTMAN PEPPER LOCKE LLP** |

*/s/ Jordan D. Rosenfeld*  
Jordan D. Rosenfeld (MD Bar No. 13694)  
1001 Fleet Street, 9th Floor  
Baltimore, MD 21202  
Telephone: (410) 332-8600  
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)  
Adam H. Isenberg (admitted *pro hac vice*)  
Turner N. Falk (admitted *pro hac vice*)  
1500 Market Street, 38th Floor  
Philadelphia, PA 19102  
Telephone: (215) 972-7777  
Email: jeffrey.hampton@saul.com  
       adam.isenberg@saul.com  
       turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)  
Paige N. Topper (admitted *pro hac vice*)  
Nicholas Smargiassi (admitted *pro hac vice*)  
1201 N. Market Street, Suite 2300  
Wilmington, DE 19801  
Telephone: (302) 421-6800  
Email: mark.minuti@saul.com  
       paige.topper@saul.com  
       nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Jonathan W. Young*  
Toyja E. Kelley (MD Bar No. 26949)  
Indira K. Sharma (MD Bar No. 28269)  
Jonathan W. Young (admitted *pro hac vice*)  
701 8th St., N.W., Suite 500  
Washington, D.C. 20001  
Telephone: (202) 220-6900  
Email: Toyja.Kelley@troutman.com  
       Indira.Sharma@troutman.com  
       Jonathan.Young@troutman.com

*Counsel for JPMorgan Chase Bank N.A.*


**DLA PIPER LLP US**

*/s/ Ellen E. Dew*  
Ellen E. Dew (MD Bar No. 28830)  
Peter J. Artese (MD Bar No. 31258)  
650 S. Exeter Street, Suite 1100  
Baltimore, MD 21201  
Telephone: (410) 580-3000  
Email: ellen.dew@us.dlapiper.com  
       peter.artese@us.dlapiper.com

-and-

Jamila Willis (admitted pro hac vice)  
1251 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 335-4500  
Email: jamila.willis@us.dlapiper.com

*Counsel for Sparkle Pop, LLC*

| | |
|---|---|
| **TYDINGS & ROSENBERG LLP** | **YVS LAW, LLC** |
| | |
| */s/ Dennis J. Shaffer* | */s/ Catherine Keller Hopkin* |
| Dennis J. Shaffer (MD Bar No. 25680) | Catherine Keller Hopkin (MD Bar No. 28257) |
| Stephen B. Gerald (MD Bar No. 26590) | 185 Admiral Cochrane Drive, Suite 130 |
| 1 East Pratt Street, Suite 901 | Annapolis, MD 21401 |
| Baltimore, MD 21202 | Telephone: (443) 569-0788 |
| Telephone: (410) 752-9700 | chopkin@yvslaw.com |
| Email: dshaffer@tydings.com | |
| sgerald@tydings.com | *Counsel for the Ad Hoc Committee of Consignors and Boom Entertainment* |

-and-

**LOWENSTEIN SANDLER LLP**  **McNAMEE HOSEA, P.A.**

Bruce S. Nathan (admitted *pro hac vice*)
Gianfranco Finizio (admitted *pro hac vice*)
Chelsea R. Frankel (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Email: bnathan@lowenstein.com
 gfinizio@lowenstein.com
 cfrankel@lowenstein.com

*/s/ Craig M. Palik*
Craig M. Palik (MD Bar No. 15254)
Justin P. Fasano
Janet M. Nesse
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Telephone: (301) 441-2420
Email: cpalik@mhlawyers.com
 jfasano@mhlawyers.com
 jnesse@mhlawyers.com

*Counsel for The Consignment Group*

-and-

Michael Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*