IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF MARYLAND, BALTIMORE DIVISION

| | |
|---|---|
| In re: Diamond Comic Distributors, Inc., et al.<br>Plaintiff/Petitioner<br><br>vs<br><br>Defendant/Respondent | Cause No : 25-10308 (DER)<br>Hearing Date: 10/22/2025<br><br>DECLARATION OF SERVICE OF<br>Servee Check for Tom Garey ($66.20); SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of October, 2025** at **2:53 PM** at the address of **10150 York Rd Ste 250, Cockeysville, Baltimore County, MD 21030**; the undersigned served the above described documents upon **Tom Garey** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Tom Garey, I delivered the documents to Tom Garey with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: $211.72

Declarant hereby states under penalty of perjury under the laws of the State of Maryland that the statement above is true and correct.

Date: 10/02/25

*Yetunde Abdul-Okunola*

Yetunde Abdul-Okunola
15 Treeway ct Apt 3A, Towson, MD 21286
347-845-7860

REF: Diamond Comic

PAGE 1 OF 1
ORIGINAL PROOF OF SERVICE

Tracking #: 0189046177



# RUSH FILING




PARTNER Seattle Support

*ABC INTERNAL USE - MAIL TO:*

**US Bankruptcy Court, Maryland, Baltimore**
101 W Lombard St Room 8530
Baltimore, MD 21201

## TO THE CLERK OF COURT

- **File the attached documents.**
- **Return in prepaid envelope** *(if attached)* **or place in ABC box for pickup.**
- **Have an idea on how we can make things easier for you?**
  Email us at <u>courtsupport@abclegal.com</u>.

📁 **Subpoena for Appearance - DOCUMENTS**
Proof of Service (TN: 0189045177)

⚠ **SPECIAL HANDLING**
DOCS SHOULD BE SERVED WITH A CHECK FOR $65.20

CUSTOMER **Saul Ewing LLP <robyn.warren@saul.com>**
REF **Diamond Comic**
COURT **US Bankruptcy Court, Maryland, Baltimore**
CASE# **25-10308 (DER)**
TITLE **In re: Diamond Comic Distributors, Inc., et al. vs. .**

Need help?
abclegal.
com/partnerresources



10/21/2025