## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

### NINTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025

Name of Applicant: **Lowenstein Sandler LLP**

Authorized to Provide Professional Services to: **Official Committee of Unsecured Creditors**

Date of Retention: **March 17, 2025, effective as of January 30, 2025 [D.I. 225]**

Period for Which Compensation and Reimbursement is sought: **October 1, 2025 through October 31, 2025**

Amount of Compensation Sought as Actual, Reasonable and Necessary:  $55,345.00

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:  $0.00

This is a:  **Monthly fee statement**

### PRIOR APPLICATION HISTORY

| | | | Requested | | Monthly Statements | | Certificate |
|---|---|---|---|---|---|---|---|
| Application | Date Filed | Period Covered | Fees 100% | Expenses | Fees 80% | Expenses | of No Objection / Signed Order |
| 1st Monthly | 4/1/25 D.I. 291 | 1/30/25 – 2/28/25 | $494,220.25 | $3,025.26 | $395,376.20 | $3,025.26 | 4/17/25 D.I. 354 |
| 2nd Monthly | 4/29/25 D.I. 382 | 3/1/25 – 3/31/25 | $451,625.00 | $650.61 | $361,300.00 | $650.61 | 5/20/25 D.I. 453 |
| 3rd Monthly | 5/30/25 D.I. 473 | 4/1/25 – 4/30/25 | $420,627/25 | $4,993.08 | $336,501.80 | $4,993.08 | 6/20/25 D.I. 521 |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| Application | Date Filed | Period Covered | Requested Fees 100% | Expenses | Monthly Statements Fees 80% | Expenses | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| 4th Monthly | 6/30/25 D.I. 547 | 5/1/25 – 5/31/25 | $157,688.25 | $992.95 | $126,150.60 | $992.95 | 6/20/25 D.I. 521 |
| 5th Monthly | 7/29/25 D.I. 663 | 6/1/25 - 6/30/25 | $136,826.00 | $899.85 | $109,460.80 | $899.85 | 8/19/25 D.I. 757 |
| 6th Monthly | 8/18/25 D.I. 750 | 7/1/25 – 7/31/25 | $113,008.00 | $1,187.99 | $90,406.40 | $1,187.99 | 9/2/25 D.I. 804 |
| 7th Monthly | 9/29/25 D.I. 918 | 8/1/25 – 8/31/25 | $82,190.00 | $431.06 | $65,752.00 | $431.06 | 10/21/25 D.I. 969 |
| 8th Monthly | 10/17/25 D.I. 961 | 9/1/25 – 9/30/25 | $50,602.00 | $0.00 | $40,481.60 | $0.00 | 11/13/25 D.I. 1015 |

Dated: November 14, 2025

/s/ *Stephen B. Gerald*
Dennis J. Shaffer, (MD Bar No. 25680)
Stephen B. Gerald (MD Bar No. 26590)
**TYDINGS & ROSENBERG LLP**
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone (410) 752-9715
E-mail: dshaffer@tydings.com
E-mail: sgerald@tydings.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Administrative Order") [D.I. 203] entered by the Court on March 10, 2025, Lowenstein Sandler LLP ("Lowenstein Sandler"), as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-referenced chapter 11 cases of Diamond Comic Distributors, Inc., *et al* (the "Debtors"), submits this Monthly Statement of Services Rendered and Expenses Incurred (the "Statement") for the period between October 1, 2025 through October 31, 2025 (the "Statement Period").

I.    The Itemization of Services Rendered by Lowenstein Sandler

1.    The hours spent in this case during the Statement Period for which Lowenstein Sandler seeks compensation, the hourly rate for each attorney and legal assistant and the resulting fees are as follows:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Finizio, Gianfranco | 2010 | Partner/Bankruptcy | 19.70 | $1,185.00 | $23,344.50 |
| Nathan, Bruce S. | 1981 | Partner/Bankruptcy | 13.60 | $1,515.00 | $20,604.00 |
| Papandrea, Michael T. | 2015 | Counsel/Bankruptcy | 4.20 | $1,075.00 | $4,515.00 |
| Rauchberg, Jake A. | 2023 | Associate/Bankruptcy | 6.80 | $660.00 | $4,488.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 6.30 | $380.00 | $2,394.00 |
| **TOTAL FEES** | | | **50.60** | | **$55,345.50** |

2.  The time records of Lowenstein Sandler submitted herewith, and incorporated herein as **Exhibit A**, consist of a daily breakdown of the time spent by each person on each day during the Statement Period.

3.  The blended hourly rate for all services during this period is $1,093.78 per hour.[2]

## II.   The Itemization of Services Rendered and Disbursements[3] Made by Category

4.  The following itemization breaks down the services rendered by Lowenstein Sandler by the service categories indicated.

### A.   Services Rendered

5.  The following services were rendered in the following service categories:

---

[2] The blended hourly billing rate of $1,093.78 per hour is derived by dividing the total fees of $55,345.50 by the total hours of 50.60.

[3] There were no disbursements incurred during this Statement Period.

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 2.80 | $1,587.50 |
| B150 | Meetings of and Communication with Creditors | 5.40 | $4,611.50 |
| B160 | Fee/Employment Applications | 8.70 | $5,916.50 |
| B175 | Fee Applications and Invoices - Others | 0.90 | $1,220.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.00 | $1,515.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 13.20 | $17,017.00 |
| B210 | Business Operations | 0.10 | $151.50 |
| B230 | Financing/Cash Collateral | 16.20 | $20,329.00 |
| B310 | Claims Administration and Objections | 1.10 | $1,333.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.10 | $151.50 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 0.70 | $1,060.50 |
| B430A | Court Hearings | 0.40 | $452.00 |
|  | **Total** | **50.60** | **$55,345.50** |

A detailed itemization of the services rendered in the above service categories is set forth in **Exhibit A**.

    B.    **Total Services Rendered and Disbursements**

7.    The total services rendered, and disbursements made, after adjusting for write offs, are as follows:

| | |
|---|---|
| Total Services | $55,345.00 |
| Total Disbursements | $0.00 |
| **TOTAL** | **$55,345.00** |

    D.    **Billing Judgment Adjustments**

8.    During the Statement Period, Lowenstein Sandler has internally written off $1,552.50 of recorded time in the exercise of its billing discretion.

-13-

### E. **Amount Payable After Holdback**

9. The amount payable for this Statement Period, after adjusting for the twenty percent (20%) holdback of total services rendered, is $44,276.40.

10. Lowenstein Sandler respectfully requests that said amount be paid pursuant to the Administrative Order.

Dated: November 14, 2025

/s/ *Stephen B. Gerald*
Dennis J. Shaffer, (MD Bar No. 25680)
Stephen B. Gerald (MD Bar No. 26590)
**TYDINGS & ROSENBERG LLP**
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone (410) 752-9715
E-mail: dshaffer@tydings.com
E-mail: sgerald@tydings.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

-and-

**LOWENSTEIN SANDLER LLP**

Bruce S. Nathan, Esq. (admitted *pro hac vice*)
Gianfranco Finizio, Esq. (admitted *pro hac vice*)
Chelsea R. Frankel, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
Phone: (212) 262-6700
E-mail: bnathan@lowenstein.com
E-mail: gfinizio@lowenstein.com
E-mail: cfrankel@lowenstein.com

-and-

Michael Papandrea, Esq. (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: mpapandrea@lowenstein.com
*Co-Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of November, 2025, the foregoing was served via email on the following:

Robert Gorin, CRO rgorin@getzlerhenrich.com

And via the Court's CM/ECF filing system on the following:

Sam Alberts     sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
Peter J Artese     peter.artese@us.dlapiper.com
Jan Berlage     JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Laura Skowronski Bouyea     lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown     abrown@klestadt.com
Matthew G. Brushwood     mbrushwood@barley.com, dkline@barley.com
Darek Bushnaq     dsbushnaq@venable.com
Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
G. David Dean     ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers     desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan     edevan@milesstockbridge.com
Ellen E. Dew     ellen.dew@us.dlapiper.com
Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio     gfinizio@lowenstein.com
Adam Fletcher     afletcher@bakerlaw.com
Chelsea R Frankel     cfrankel@lowenstein.com
Jeremy S. Friedberg     jeremy@friedberg.legal, ecf@friedberg.legal
Stephen B. Gerald     sgerald@tydings.com
Christopher J. Giaimo     christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
Joshua Glikin     jglikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com
Jonathan A. Grasso     jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
Zvi Guttman     zvi@zviguttman.com,

zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Jeffrey C. Hampton     jeffrey.hampton@saul.com
Jason F Hoffman     jhoffman@bakerlaw.com
Catherine Keller Hopkin     chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
James R. Irving     james.irving@dentons.com
Adam H Isenberg     adam.isenberg@saul.com
Harry Conrad Jones     HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
Toyja E. Kelley     Toyja.Kelley@troutman.com
C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage     korphagee@whiteandwilliams.com
Jung Yong Lee     jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Thomas J. McKee     mckeet@gtlaw.com, smedsa@gtlaw.com,Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan     rmoonan@sillscummis.com
William Fuller Moss     william.moss@friedberg.legal
Bruce S. Nathan     bnathan@lowenstein.com
Craig Palik     cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
Michael Papandrea     mpapandrea@lowenstein.com
Steven Gregory Polard     steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
Scott Prince     sprince@bakerlaw.com
Jonathan Gary Rose     jonathan.rose@us.dlapiper.com
Jordan Rosenfeld     jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Dennis J. Shaffer     dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi     nicholas.smargiassi@saul.com
David Sommer     dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com;mkobylski@gejlaw.com
Brent C. Strickland     bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
Matthew G. Summers     summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
S. Jason Teele     steele@sillscummis.com

Paige Noelle Topper    paige.topper@saul.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

                                                  */s/ Stephen B. Gerald*
                                                  Stephen B. Gerald