# EXHIBIT A

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 1  
November 12, 2025

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through October 31, 2025

In re: Chapter 11 Bankruptcy

**I. SUMMARY OF TIME CHARGES AND HOURLY RATES**

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Finizio, Gianfranco | 2010 | Partner/Bankruptcy | 19.70 | $1,185.00 | $23,344.50 |
| Nathan, Bruce S. | 1981 | Partner/Bankruptcy | 13.60 | $1,515.00 | $20,604.00 |
| Papandrea, Michael T. | 2015 | Counsel/Bankruptcy | 4.20 | $1,075.00 | $4,515.00 |
| Rauchberg, Jake A. | 2023 | Associate/Bankruptcy | 6.80 | $660.00 | $4,488.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 6.30 | $380.00 | $2,394.00 |
| **TOTAL FEES** | | | **50.60** | | **$55,345.50** |
| **Blended Rate** | | | | | **$1,093.78** |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 2  
November 12, 2025

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

**B100 - Administration**

**B110 Case Administration**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 10/01/25 | EBL | Attend to calendar update | 0.20 | $76.00 |
| B110 | 10/03/25 | BSN | Review updated critical dates memo re upcoming deadlines | 0.10 | $151.50 |
| B110 | 10/03/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.30 | $114.00 |
| B110 | 10/09/25 | BSN | Review updated critical dates memo re case, adversary proceeding re deadlines | 0.10 | $151.50 |
| B110 | 10/09/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.50 | $190.00 |
| B110 | 10/16/25 | BSN | Review updated critical dates memo re case deadlines | 0.10 | $151.50 |
| B110 | 10/22/25 | BSN | Review updated critical dates memo re upcoming case deadlines | 0.10 | $151.50 |
| B110 | 10/22/25 | EBL | Review docket and pleadings (.4); update critical dates memo and attorney calendars (.5) | 0.90 | $342.00 |
| B110 | 10/22/25 | MTP | Review critical dates memo/calendar | 0.10 | $107.50 |
| B110 | 10/27/25 | EBL | Review docket and pleadings (.2); update critical dates memo and attorney calendars (.2) | 0.40 | $152.00 |
| | | | **Total B110 - Case Administration** | **2.80** | **$1,587.50** |

**B150 Meetings of and Communication with Creditors**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 10/07/25 | JAR | Correspondence with M. Papandrea re: strategic Committee update concerning immediate case issues (.1); confer with G. Finizio re: same (.1); draft strategic update to the Committee re: same (.7) | 0.90 | $594.00 |
| B150 | 10/07/25 | MTP | E-mails with LS team re: Committee update | 0.10 | $107.50 |
| B150 | 10/08/25 | JAR | Revise strategic update to committee re: consignment inventory and immediate case issues | 0.20 | $132.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 3  
November 12, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 10/08/25 | MTP | Review/revise Committee update (.4); e-mails with LS team re: same (.2) | 0.60 | $645.00 |
| B150 | 10/10/25 | MTP | E-mails with LS team re: Committee update | 0.10 | $107.50 |
| B150 | 10/14/25 | GF | Prepare email to committee regarding mediation update (.3); emails with J. Rauchberg regarding same (.1) | 0.40 | $474.00 |
| B150 | 10/14/25 | JAR | Revise strategic update to committee re: consignment inventory (.2); confer with G. Finizio re: same (.1) | 0.30 | $198.00 |
| B150 | 10/14/25 | MTP | E-mails/discussions with LS team re: Committee update | 0.20 | $215.00 |
| B150 | 10/22/25 | GF | Review emails with committee member and J. Rauchberg | 0.10 | $118.50 |
| B150 | 10/22/25 | JAR | Draft strategic update to committee re: mediation consignment issues | 0.60 | $396.00 |
| B150 | 10/23/25 | BSN | Revise e-mail to committee re mediation over consignment litigations and re extended dip financing, budget | 0.10 | $151.50 |
| B150 | 10/23/25 | JAR | Revise strategic update to Committee re: immediate case issues (.4); confer with G. Finizio re: same (.1) | 0.50 | $330.00 |
| B150 | 10/27/25 | BSN | Revise e-mail to committee re: confidential mediation and strategy | 0.10 | $151.50 |
| B150 | 10/27/25 | JAR | Draft strategic recommendation and update to Committee re: consignment mediation (0.7); confer with G. Finizio re: same (0.1) | 0.80 | $528.00 |
| B150 | 10/27/25 | MTP | E-mails with LS team re: Committee update | 0.10 | $107.50 |
| B150 | 10/28/25 | GF | Email to committee member regarding mediation | 0.10 | $118.50 |
| B150 | 10/29/25 | GF | Email to committee regarding case status | 0.20 | $237.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 5.40 | $4,611.50 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 10/03/25 | EBL | Begin preparing LS September monthly fee statement | 0.20 | $76.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 4  
November 12, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 10/07/25 | BSN | Revise LS eighth, September 2025 monthly fee application and statement re compliance with US Trustee Guidelines and Requirements | 0.60 | $909.00 |
| B160 | 10/10/25 | GF | Updates to September fee statement | 0.40 | $474.00 |
| B160 | 10/13/25 | EBL | Prepare eighth monthly fee statement | 0.50 | $190.00 |
| B160 | 10/13/25 | GF | Review September fee statement | 0.20 | $237.00 |
| B160 | 10/16/25 | EBL | Prepare Lowenstein's third interim fee application and exhibits thereto | 2.80 | $1,064.00 |
| B160 | 10/22/25 | EBL | Revisions to third interim fee application | 0.20 | $76.00 |
| B160 | 10/28/25 | EBL | Begin preparing ninth monthly fee statement | 0.30 | $114.00 |
| B160 | 10/28/25 | JAR | Revise Lowenstein's Third Interim Fee Application (1.0); correspondence with B. Nathan re: same (.2) | 1.20 | $792.00 |
| B160 | 10/29/25 | GF | Review and provide comments to LS interim fee application | 0.40 | $474.00 |
| B160 | 10/29/25 | JAR | Further revise Lowenstein's Third interim fee application (.7); correspondence with B. Nathan and G. Finizio re: same (.1) | 0.80 | $528.00 |
| B160 | 10/30/25 | BSN | Revise LS third interim fee application | 0.30 | $454.50 |
| B160 | 10/30/25 | JAR | Confer with B. Nathan re: Lowenstein's Third interim fee application (.1); further revise interim fee application (.5); correspondence with local counsel re: same (.2) | 0.80 | $528.00 |
| | | | **Total B160 - Fee/Employment Applications** | 8.70 | $5,916.50 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 10/02/25 | BSN | Review Consignment Group's objection to Stephenson Harwood's third interim and final fee applications (.1) and exchange e-mails with G. Finizio and D. Galfus re response to same (.1) | 0.20 | $303.00 |
| B175 | 10/10/25 | BSN | Review notice of hearing on Stephenson third interim and final fee application | 0.10 | $151.50 |
| B175 | 10/14/25 | GF | Email to UCC professionals regarding September fee statements | 0.10 | $118.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 5  
November 12, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 10/20/25 | GF | Review incentive fee calculation | 0.10 | $118.50 |
| B175 | 10/27/25 | BSN | Review Saul Ewing's Eighth Monthly Fee Application, September 2025 services | 0.10 | $151.50 |
| B175 | 10/27/25 | GF | Emails with local counsel regarding interim fee applications | 0.10 | $118.50 |
| B175 | 10/29/25 | BSN | Review 8th monthly staffing and compensation report of Getzler for September 2025 services | 0.10 | $151.50 |
| B175 | 10/30/25 | MTP | Review various e-mails with LS and Tydings teams re: fee application | 0.10 | $107.50 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 0.90 | $1,220.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 10/01/25 | BSN | Review debtors' motion for approval of stipulation among debtors, Diamond Comics Distributors II and Airheat Memphis re assumption and assignment of Mt. Olive Lease and motion for expedited hearing re same (.2); review order granting Debtors' motion to expedite hearing on approval of Debtors' stipulation with Diamond Comic Distributors II and Airheat Memphis re: assumption and assignment of lease and Debtors' motion re: same (.1) | 0.30 | $454.50 |
| B185 | 10/08/25 | BSN | Review Ad Hoc Consignors Committee's objection to debtors' motion to approve settlement, stipulation re assignment of Mt. Olive lease and re administrative insolvency allegation | 0.20 | $303.00 |
| B185 | 10/09/25 | BSN | Review notice of hearing on debtors' motion to approve settlement re assignment of Olive Branch lease | 0.10 | $151.50 |
| B185 | 10/09/25 | BSN | Review Consignment Group's limited objection to debtors' motion to approve settlement re assignment of Olive Branch lease re administrative insolvency allegation | 0.10 | $151.50 |
| B185 | 10/17/25 | BSN | Review Hampton's e-mail re adjournment of consignors' motions to assume and assign contracts and settlement re Dynamic motion for administrative claim | 0.10 | $151.50 |
| B185 | 10/20/25 | BSN | Review order further extending debtors' time to assume or reject Mt. Olive Branch lease | 0.10 | $151.50 |
| B185 | 10/23/25 | BSN | Review order approving stipulation re assumption, assignment of Mt. Olive Branch lease | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 6  
November 12, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 1.00 | $1,515.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 10/03/25 | BSN | Review status report submitted by Dynamic Forces re: motion to compel discovery responses | 0.10 | $151.50 |
| B190 | 10/03/25 | BSN | Review questions re Saul Ewings' schedules re consignor administrative claims and preference exposure and next steps re same | 0.20 | $303.00 |
| B190 | 10/05/25 | BSN | Review order assigning matters to bankruptcy dispute resolution program and appointing resolution advocate and question, changes re same | 0.20 | $303.00 |
| B190 | 10/05/25 | MTP | Review/comment on proposed order re: mediation of consignment adversary proceedings (.1); e-mails with LS team re: same (.1) | 0.20 | $215.00 |
| B190 | 10/06/25 | BSN | E-mails with D. Shaffer and S. Gerald re mediator selection and check on prospective mediators | 0.20 | $303.00 |
| B190 | 10/06/25 | BSN | Review, revise mediation order, order assigning matters to Bankruptcy Dispute Resolution Program and Approving Resolution Advocate and matters subject to mediation | 0.20 | $303.00 |
| B190 | 10/06/25 | GF | Review mediation order | 0.30 | $355.50 |
| B190 | 10/07/25 | BSN | Review stipulation extending objection deadline re consignment group's motion to compel debtors to assume or rejection members' contracts | 0.10 | $151.50 |
| B190 | 10/07/25 | MTP | E-mails with LS team re: consignment mediation stipulation | 0.10 | $107.50 |
| B190 | 10/08/25 | BSN | Review updated COC and mediation order, redline to show changes proposed by Sparkle Pop and Consignment Group | 0.20 | $303.00 |
| B190 | 10/10/25 | BSN | Review supplemental declaration of Sparkle Pop CFO re consigned goods sales, collections, deposits into court registry | 0.10 | $151.50 |
| B190 | 10/14/25 | GF | Correspondence with M. Papandrea regarding mediation (.1); multiple emails with Saul Ewing and Tydings teams regarding mediation orders (.3) | 0.40 | $474.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 7  
November 12, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 10/14/25 | MTP | E-mails/discussions with LS team re: consignment mediation and related matters | 0.20 | $215.00 |
| B190 | 10/15/25 | BSN | Review COC re consensual proposed order assigning matters to bankruptcy dispute resolution program and approving resolution advocate | 0.10 | $151.50 |
| B190 | 10/15/25 | BSN | Review mediation scheduling and strategy re committee's participation | 0.10 | $151.50 |
| B190 | 10/15/25 | GF | Prepare for and participate in mediation scheduling conference (1.4); email to UCC professionals regarding mediation (.2) | 1.60 | $1,896.00 |
| B190 | 10/16/25 | BSN | Review role of committee in mediation re consignment claims with G. Finizio | 0.10 | $151.50 |
| B190 | 10/17/25 | BSN | Review order assigning matters to bankruptcy dispute resolution program and appointing resolution advocate | 0.10 | $151.50 |
| B190 | 10/21/25 | BSN | Review withdrawals by ad hoc consignor committee and Consignment Group of their objections to stipulation resolving assumption and assignment of Mr. Olive lease | 0.10 | $151.50 |
| B190 | 10/21/25 | GF | Review mediation updates | 0.10 | $118.50 |
| B190 | 10/22/25 | BSN | Review strategy re committee's position at mediation with ad hoc consignment committee and Consignment Group (.2); revise mediation statement (.3) | 0.50 | $757.50 |
| B190 | 10/22/25 | BSN | Review debtors' excel schedules re debtors' payments to consignors during chapter 11 and 90 day preference period and schedule re consignor claims re committee mediation statement | 0.20 | $303.00 |
| B190 | 10/22/25 | GF | Call with B. Nathan and Tydings team regarding mediation prep | 0.50 | $592.50 |
| B190 | 10/22/25 | MTP | Various e-mails/discussions with Committee professionals re: upcoming mediation | 0.20 | $215.00 |
| B190 | 10/23/25 | BSN | Review, revise committee's confidential mediation statement (.3); review draft confidential mediation statement from debtors and settlement scenarios (.5) | 0.80 | $1,212.00 |
| B190 | 10/23/25 | GF | Review draft mediation statements (.5); prepare suggested revisions to same (1.5) and emails with LS on same (.1) | 2.10 | $2,488.50 |
| B190 | 10/24/25 | BSN | Review changes to committee mediation statement with G. Finizio (.2) and review additional changes with G. Finizio (.1) and review final mediation statement (.1) | 0.40 | $606.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 8  
November 12, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 10/24/25 | GF | Finalize comments to mediation statement (1.0) and emails with LS and Tydings team on same (.2); call with B. Nathan on same (.2) | 1.40 | $1,659.00 |
| B190 | 10/24/25 | MTP | Review mediation statement; e-mails with LS team re: same | 0.30 | $322.50 |
| B190 | 10/25/25 | GF | Emails with B. Nathan regarding mediation | 0.10 | $118.50 |
| B190 | 10/26/25 | GF | Emails with J. Hampton regarding mediation | 0.10 | $118.50 |
| B190 | 10/27/25 | BSN | Review debtors' final mediation statement schedules | 0.30 | $454.50 |
| B190 | 10/27/25 | GF | Emails with Debtors regarding 10/28 mediation | 0.20 | $237.00 |
| B190 | 10/27/25 | MTP | E-mails re: mediation; review mediation statements | 0.30 | $322.50 |
| B190 | 10/28/25 | BSN | Periodic reports re mediation over consignment litigations | 0.20 | $303.00 |
| B190 | 10/28/25 | GF | Emails with B. Nathan regarding mediation (.1); calls with D. Shaffer regarding same (.3) | 0.40 | $474.00 |
| B190 | 10/29/25 | BSN | Periodic updates re mediation status (.1); review follow up e-mail from D. Shaffer re report from Judge Caltiota (.1) | 0.20 | $303.00 |
| B190 | 10/29/25 | GF | Email to B. Nathan regarding mediation update | 0.10 | $118.50 |
| B190 | 10/30/25 | BSN | Final recap re mediation results and next steps | 0.20 | $303.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 13.20 | $17,017.00 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B210 | 10/21/25 | BSN | Review debtors' September 2025 monthly operating reports | 0.10 | $151.50 |
| | | | **Total B210 - Business Operations** | 0.10 | $151.50 |

| | | | | | Page 9 |
|---|---|---|---|---|---|
Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467  
November 12, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 Financing/Cash Collateral | | | | | |
| B230 | 10/01/25 | BSN | Emails with D. Galfus re: JP Morgan outstanding DIP financing claim | 0.10 | $151.50 |
| B230 | 10/03/25 | GF | Multiple emails and calls with J. Hampton and J. Young regarding budget and next steps (.5); call with B. Nathan regarding budget questions (.2) | 0.70 | $829.50 |
| B230 | 10/03/25 | MTP | E-mails with LS team re: budget | 0.10 | $107.50 |
| B230 | 10/04/25 | BSN | Review update call with JP Morgan's counsel re extended budget and funding and questions re same | 0.10 | $151.50 |
| B230 | 10/04/25 | GF | Call with J. Young (.5); e-mail to LS and BRG teams regarding same (.2) | 0.70 | $829.50 |
| B230 | 10/05/25 | BSN | Review update re call with Hampton re extended budget and funding re same and carveout protections | 0.10 | $151.50 |
| B230 | 10/05/25 | GF | Call with J. Hampton regarding budget and e-mail to LS team regarding same | 0.50 | $592.50 |
| B230 | 10/05/25 | MTP | E-mails with LS team re: budget | 0.10 | $107.50 |
| B230 | 10/06/25 | BSN | Confer with G. Finizio re mediation prospects and extended dip financing budget status; information request re administrative claim | 0.20 | $303.00 |
| B230 | 10/06/25 | BSN | Review new budget for extended dip financing and questions re same | 0.20 | $303.00 |
| B230 | 10/06/25 | GF | Review budget for October 2025 | 0.30 | $355.50 |
| B230 | 10/07/25 | GF | Emails with UCC professionals regarding latest professional fee budget (.2); review budget (.2); and email to J. Hampton regarding same (.1) | 0.50 | $592.50 |
| B230 | 10/07/25 | MTP | E-mails with LS team and BRG team re: budget | 0.10 | $107.50 |
| B230 | 10/08/25 | BSN | Review revised extended dip financing budget (.1) and questions re same (.1); e-mails with J. Emerson and D. Galfus re same (.1) | 0.30 | $454.50 |
| B230 | 10/08/25 | GF | Call with J. Hampton regarding budget matters and emails with committee professionals regarding same (.5); call with D. Galfus regarding same (.1); email to BRG team with updated budget reflecting committee's requested changes (.1) | 0.70 | $829.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 10  
November 12, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 10/08/25 | MTP | E-mails with LS and BRG teams re: budget | 0.10 | $107.50 |
| B230 | 10/09/25 | BSN | E-mails with D. Galfus and J. Emerson re extended dip financing budget and JP Morgan dip financing claim amount and review budget questions | 0.10 | $151.50 |
| B230 | 10/09/25 | GF | Emails with BRG and LS teams regarding budget | 0.50 | $592.50 |
| B230 | 10/09/25 | MTP | E-mails with LS and BRG teams re: budget | 0.10 | $107.50 |
| B230 | 10/10/25 | BSN | E-mails with J. Hampton re status of extended dip financing documents | 0.10 | $151.50 |
| B230 | 10/13/25 | GF | Emails with J. Hampton regarding status of budget (.1); call with Hampton regarding budget (.3) | 0.40 | $474.00 |
| B230 | 10/14/25 | BSN | Confer with G. Finizio re revised dip financing extension budget (.3); review revised budget re same and questions re same (.2); review e-mails with J. Emerson re same and response to questions re same (.2) | 0.70 | $1,060.50 |
| B230 | 10/14/25 | BSN | Review debtors' third motion to extend plan exclusivity period | 0.20 | $303.00 |
| B230 | 10/14/25 | BSN | Review internal report on call with Hampton re extended dip financing budget and re mediation concerning consignment litigations and response to questions re same | 0.10 | $151.50 |
| B230 | 10/14/25 | GF | Review updated budget (.3); multiple emails with BRG regarding updated budget (.2); call with J. Hampton on same (.2); call with D. Galfus on same (.2); call with B. Nathan on same (.3) | 1.20 | $1,422.00 |
| B230 | 10/14/25 | MTP | E-mails/discussions with SE, LS, and BRG teams re: budget; review same | 0.40 | $430.00 |
| B230 | 10/15/25 | BSN | Review revised extended financing budget and questions re same | 0.20 | $303.00 |
| B230 | 10/15/25 | GF | Emails to BRG regarding further revised DIP budget (.1); call with BRG on same (.3) | 0.40 | $474.00 |
| B230 | 10/16/25 | MTP | Review proposed DIP budget; e-mails re: same | 0.20 | $215.00 |
| B230 | 10/17/25 | BSN | Review notice of status hearing re order approving sixth stipulation amending dip credit agreement | 0.10 | $151.50 |
| B230 | 10/17/25 | GF | Emails with creditor regarding L/C release (.2); review DIP credit agreement amendment (.5); review updated drafts of DIP budget (.2) | 0.90 | $1,066.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 11  
November 12, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 10/18/25 | BSN | Review and revise draft ninth amendment to dip credit agreement (.2); review questions re same (.1) | 0.30 | $454.50 |
| B230 | 10/18/25 | BSN | Review, questions re draft seventh stipulation amending dip credit agreement and order approving seventh stipulation amending dip credit agreement | 0.30 | $454.50 |
| B230 | 10/18/25 | GF | Emails to committee professionals regarding DIP amendment (.2); emails with P. Topper on same (.1) | 0.30 | $355.50 |
| B230 | 10/19/25 | BSN | Confer with G. Finizio re extended dip financing budget and carveout questions (.5) and review Hampton's response to questions (.1) | 0.60 | $909.00 |
| B230 | 10/19/25 | GF | Emails with J. Hampton, Tydings team, and lender regarding new budget (.3); call with J. Hampton on same (.5); review updated budgets (.3); call with B. Nathan regarding budget questions (.5) | 1.60 | $1,896.00 |
| B230 | 10/20/25 | BSN | Review revised extended, amended dip financing budget and questions re same | 0.10 | $151.50 |
| B230 | 10/20/25 | BSN | Review redlined revised 9th amendment to dip credit agreement and e-mails with J. Young and D. Galfus re same | 0.10 | $151.50 |
| B230 | 10/20/25 | BSN | Review notice of filings of proposed order approving 7th stipulation amending dip credit agreement (.2) and review questions re same (.1) | 0.30 | $454.50 |
| B230 | 10/20/25 | GF | Call with J. Hampton and J. Young on DIP financing matters (.3); review revised DIP documents (.5); emails with committee professionals regarding same (.2); emails with local counsel regarding October 22 hearing (.1) | 1.10 | $1,303.50 |
| B230 | 10/20/25 | MTP | Review DIP amendment (.1); e-mails re: same (.1) | 0.20 | $215.00 |
| B230 | 10/21/25 | BSN | Review notice of hearing re proposed order approving 7th stipulation amending dip credit agreement | 0.10 | $151.50 |
| B230 | 10/22/25 | BSN | Review report on hearing re approval of order approving 7th stipulation amending dip credit agreement | 0.10 | $151.50 |
| B230 | 10/22/25 | GF | DIP hearing prep call with D. Shaffer and S. Gerald | 0.20 | $237.00 |
| B230 | 10/22/25 | JAR | Confer with G. Finizio re: updated budget (.1); correspondence with Committee member re: same (.1); review approved budget (.1) | 0.30 | $198.00 |
| B230 | 10/23/25 | BSN | Review order approving seventh stipulation amending dip credit agreement | 0.10 | $151.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 12  
November 12, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 10/29/25 | JAR | Correspondence with BRG team re: revised DIP financing budget | 0.10 | $66.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 16.20 | $20,329.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 10/03/25 | BSN | Review 207 Resco's application for allowance, payment of administrative expense claim | 0.10 | $151.50 |
| B310 | 10/10/25 | BSN | Review motion of ARA Inc. d/b/a Long Oak Payroll for allowance and immediate payment of administrative expense claim and summary re same | 0.10 | $151.50 |
| B310 | 10/10/25 | JAR | Review and analyze Lone Oak admin expense application | 0.30 | $198.00 |
| B310 | 10/10/25 | MTP | E-mails with LS team re: Lone Oak administrative claim motion | 0.10 | $107.50 |
| B310 | 10/17/25 | BSN | Review consent order resolving in part Dynamic Force's motion for administration expense | 0.10 | $151.50 |
| B310 | 10/24/25 | GF | Emails with J. Hampton regarding Redco admin claim | 0.10 | $118.50 |
| B310 | 10/30/25 | BSN | Review order granting 207 Redco's application for allowance of administrative claim | 0.10 | $151.50 |
| B310 | 10/31/25 | BSN | Review debtors' limited objection to ARA application for allowance, payment of administrative expense claim | 0.20 | $303.00 |
| | | | **Total B310 - Claims Administration and Objections** | 1.10 | $1,333.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 10/31/25 | BSN | Review updated critical dates memo and objection deadline re plan exclusivity extension motion | 0.10 | $151.50 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 0.10 | $151.50 |

| | | | | | |
|---|---|---|---|---|---|
| Diamond Comic Distributors Inc. - Unsecured Creditors Committee | | | | | Page 13 |
| Invoice No.: 1249467 | | | | | November 12, 2025 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B400 - Bankruptcy-Related Advice | | | | | |
| B430 Adversary Proceedings and Bankruptcy Court Litigation | | | | | |
| B430 | 10/06/25 | BSN | Review AENT reply memo of law in support of motion to dismiss debtors' counterclaims | 0.40 | $606.00 |
| B430 | 10/08/25 | BSN | Review debtors' complaint against Avatar Press re consignment avoidance litigation | 0.30 | $454.50 |
| | | | **Total B430 - Adversary Proceedings and Bankruptcy Court Litigation** | **0.70** | **$1,060.50** |
| B430A Court Hearings | | | | | |
| B430A | 10/20/25 | MTP | E-mails with LS and Tydings teams re: 10/22 hearing | 0.10 | $107.50 |
| B430A | 10/21/25 | GF | Emails with S. Gerald and D. Shaffer regarding October 22 hearing (.1); review updated critical dates memo (.1) | 0.20 | $237.00 |
| B430A | 10/22/25 | MTP | E-mails with Tydings team re: 10/22 hearing | 0.10 | $107.50 |
| | | | **Total B430A - Court Hearings** | **0.40** | **$452.00** |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1249467

Page 14  
November 12, 2025

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 2.80 | $1,587.50 |
| B150 | Meetings of and Communication with Creditors | 5.40 | $4,611.50 |
| B160 | Fee/Employment Applications | 8.70 | $5,916.50 |
| B175 | Fee Applications and Invoices - Others | 0.90 | $1,220.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.00 | $1,515.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 13.20 | $17,017.00 |
| B210 | Business Operations | 0.10 | $151.50 |
| B230 | Financing/Cash Collateral | 16.20 | $20,329.00 |
| B310 | Claims Administration and Objections | 1.10 | $1,333.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.10 | $151.50 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 0.70 | $1,060.50 |
| B430A | Court Hearings | 0.40 | $452.00 |
| | **Total** | **50.60** | **$55,345.50** |