**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | (Chapter 11) |
| Diamond Comic Distributors, Inc.,[1] | Case No. 25-10308 (DER) |
| Debtors. | |

**NINTH MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP, LLC
AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2025
THROUGH OCTOBER 31, 2025**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors ("Committee") |
| Date of Retention: | January 31, 2025 (Pursuant to Order entered March 17, 2025) |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2025 through October 31, 2025 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $12,578.80 (80% of $15,723.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**Prior Applications Filed:**

| Application | | Requested | | | Paid to Date | | Total Unpaid |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed Docket No | Period | Fees | Expenses | CNO/ Order | Fees | Expenses | Fees and Expenses |
| 4/1/2025 Dkt No. 292 | 1/31/2025 - 2/28/2025 | $ 466,568.50 | $ 262.18 | 4/17/2025 Dkt No. 355 | $ 373,254.80 | $ 262.18 | $ 93,313.70 |
| 4/29/2025 Dkt No. 383 | 3/1/2025 - 3/31/2025 | $ 324,682.50 | $ 386.57 | 5/20/2025 Dkt No. 454 | $ 259,747.00 | $ 386.57 | $ 64,935.50 |
| *4/30/2025 Dkt No. 394* | *First Interim* | *$ 791,251.00* | *$ 648.75* | *6/2/2025 Dkt No. 477* | *$ 633,001.80* | *$ 648.75* | *$ 158,249.20* |
| 5/30/2025 Dkt No. 474 | 4/1/2025 - 4/30/2025 | $ 233,264.00 | $ - | 6/20/2025 Dkt No. 522 | $ 186,611.27 | $ - | $ 46,652.73 |
| 6/30/2025 Dkt No. 548 | 5/1/2025- 5/31/2025 | $ 126,093.00 | $ - | 7/18/2025 Dkt No. 617 | $ 100,874.40 | $ - | $ 25,218.60 |
| 7/29/2025 Dkt No. 665 | 6/1/2025- 6/30/2025 | $ 60,439.50 | $ - | 8/19/2025 Dkt No. 758 | $ 48,351.60 | $ - | $ 12,087.90 |
| *7/21/2025 Dkt No. 672* | *Second Interim* | *$ 419,796.50* | *$ -* | *9/3/2025 Dkt No. 813* | *$ 335,837.27* | *$ -* | *$ 83,959.23* |
| 8/18/2025 Dkt No. 752 | 7/1/2025- 7/31/2025 | $ 12,630.00 | $ - | 9/2/2025 Dkt No. 805 | $ 10,104.00 | $ - | $ 2,526.00 |
| 9/29/2025 Dkt No. 919 | 8/1/2025- 8/31/2025 | $ 11,322.00 | $ - | 10/21/2025 Dkt No. 970 | $ 9,057.60 | $ - | $ 2,264.40 |
| 10/17/2025 Dkt No. 963 | 9/1/2025- 9/30/2025 | $ 10,543.50 | $ - | 11/13/2025 Dkt No. 1016 | $ - | $ - | $ 10,543.50 |
| *10/30/2025 Dkt No. 995* | *Third Interim* | *$ 34,495.50* | *$ -* | *TBD* | *$ 19,161.60* | *$ -* | *$ 15,333.90* |
| **Total** | | **$ 1,245,543.00** | **$ 648.75** | | **$ 988,000.67** | **$ 648.75** | **$ 257,542.33** |

Dated: November 14, 2025                              Berkeley Research Group, LLC

                                                By:  */s/ David Galfus*
                                                     David Galfus
                                                     Managing Director
                                                     250 Pehle Avenue, Suite 301
                                                     Saddle Brook, NJ 07663
                                                     (201) 587-7117
                                                     dgalfus@thinkbrg.com

                                                     *Financial Advisor for the Official Committee of Unsecured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc.,[1]<br><br>Debtors. | (Chapter 11)<br><br>Case No. 25-110308 (DER) |

**NINTH MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 203] entered by the Court on March 10, 2025 (the "Interim Compensation Order"), Berkeley Research Group, LLC ("BRG"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), submits this monthly statement of services rendered and expenses incurred in this case for the period from October 1, 2025 through October 31, 2025 (the "Fee Period").

**Itemization of Services Rendered by BRG:**

The summary of the hours spent for which BRG seeks compensation, the hourly rate for each professional, the resulting fees, and the blended hourly rate are shown on the following page. The time records of BRG consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

The blended hourly rate for all services during the Fee Period is $748.74 per hour, which is derived by dividing the total fees requested of $15,723.50 by the total hours of 21.0.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**In re: Diamond Comic Distributors, Inc.**



Summary of Fees by Professional

**Berkeley Research Group, LLC**

For the Period 10/1/2025 through 10/31/2025

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| J. Emerson | Director | $1,000.00 | 14.0 | $14,000.00 |
| M. Haverkamp | Case Manager | $395.00 | 0.4 | $158.00 |
| H. Henritzy | Case Coordinator | $290.00 | 2.5 | $725.00 |
| E. Degnan | Case Assistant | $205.00 | 4.1 | $840.50 |
| **Total** | | | **21.0** | **$15,723.50** |
| **Blended Rate** | | | | **$748.74** |

**The Maryland Guidelines for Fee Applications**

In accordance with the Maryland Compensation Guidelines for Professionals, BRG has organized its detailed breakdown of time entries by tasks. For the Fee Period, the time entries are divided into the following task categories (the "Task Codes"):

> B001 Asset Acquisition/ Disposition
>
> B005 Professional Retention/ Fee Application Preparation
>
> B010 Recovery/ SubCon/ Lien Analysis
>
> B019 Cash Flow/ Cash Management/ Liquidity

Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by BRG by Task Code and provides a summary of disbursements incurred by category of disbursement.

Services Rendered

The summary of hours and fees for the services rendered in each of the Task Codes is shown on the following page.

A detailed itemization of the services rendered in each of the above Task Codes is set forth in **Exhibit A**.

Disbursements Incurred

BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period in connection with the rendition of the professional services to the Committee but reserves the right to request reimbursement therefor in the future.

**In re: Diamond Comic Distributors, Inc.**



## Summary of Fees by Task Code

**Berkeley Research Group, LLC**

For the Period 10/1/2025 through 10/31/2025

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/ Disposition | 0.3 | $300.00 |
| 05. Professional Retention/ Fee Application Preparation | 8.2 | $2,923.50 |
| 10. Recovery/ SubCon/ Lien Analysis | 2.3 | $2,300.00 |
| 19. Cash Flow/Cash Management/ Liquidity | 10.2 | $10,200.00 |
| **Total** | **21.0** | **$15,723.50** |
| **Blended Rate** | | **$748.74** |

Total Requested for Services Rendered and Disbursements Incurred

Accordingly, the amount of compensation and expenses payable for this Fee Period is $12,578.80, which is calculated as follows:

| | |
|---|---:|
| Total Fees for Services Rendered During Statement Period | $15,723.50 |
| Twenty Percent (20%) Holdback | - $3,144.70 |
| Fees Minus Holdback | $12,578.80 |
| Costs (100%) | +  $0.00 |
| **TOTAL** | **$12,578.80** |

      BRG respectfully requests that these amounts be paid pursuant to the Court's Interim Compensation Order.

Dated: November 14, 2025                 **Berkeley Research Group, LLC**

By: */s/ David Galfus*
David Galfus
Managing Director
250 Pehle Avenue, Suite 301
Saddle Brook, NJ 07663
(201) 587-7117
dgalfus@thinkbrg.com

*Financial Advisor for the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of November, 2025, the foregoing was served via email on the following:

Robert Gorin, CRO rgorin@getzlerhenrich.com

And via the Court's CM/ECF filing system on the following:

Sam Alberts     sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
Peter J Artese     peter.artese@us.dlapiper.com
Jan Berlage     JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Laura Skowronski Bouyea     lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown     abrown@klestadt.com
Matthew G. Brushwood     mbrushwood@barley.com, dkline@barley.com
Darek Bushnaq     dsbushnaq@venable.com
Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
G. David Dean     ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers     desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan     edevan@milesstockbridge.com
Ellen E. Dew     ellen.dew@us.dlapiper.com
Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio     gfinizio@lowenstein.com
Adam Fletcher     afletcher@bakerlaw.com
Chelsea R Frankel     cfrankel@lowenstein.com
Jeremy S. Friedberg     jeremy@friedberg.legal, ecf@friedberg.legal
Stephen B. Gerald     sgerald@tydings.com
Christopher J. Giaimo     christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
Joshua Glikin     jglikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com
Jonathan A. Grasso     jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
Zvi Guttman     zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

Jeffrey C. Hampton     jeffrey.hampton@saul.com
Jason F Hoffman     jhoffman@bakerlaw.com
Catherine Keller Hopkin     chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
James R. Irving     james.irving@dentons.com
Adam H Isenberg     adam.isenberg@saul.com
Harry Conrad Jones     HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
Toyja E. Kelley     Toyja.Kelley@troutman.com
C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage     korphagee@whiteandwilliams.com
Jung Yong Lee     jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Thomas J. McKee     mckeet@gtlaw.com, smedsa@gtlaw.com,Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan     rmoonan@sillscummis.com
William Fuller Moss     william.moss@friedberg.legal
Bruce S. Nathan     bnathan@lowenstein.com
Craig Palik     cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
Michael Papandrea     mpapandrea@lowenstein.com
Steven Gregory Polard     steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
Scott Prince     sprince@bakerlaw.com
Jonathan Gary Rose     jonathan.rose@us.dlapiper.com
Jordan Rosenfeld     jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Dennis J. Shaffer     dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi     nicholas.smargiassi@saul.com
David Sommer     dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com;mkobylski@gejlaw.com
Brent C. Strickland     bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
Matthew G. Summers     summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com

S. Jason Teele     steele@sillscummis.com
Paige Noelle Topper     paige.topper@saul.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV

                                              */s/ Stephen B. Gerald*
                                              Stephen B. Gerald