# **EXHIBIT A**

In re: Diamond Comic Distributors, Inc.



## Exhibit A: Time Detail

**Berkeley Research Group, LLC**

For the Period 10/1/2025 through 10/31/2025

| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/ Disposition** | | | |
| 10/2/2025 | J. Emerson | 0.3 | Reviewed certain sale related filed objections. |
| *Task Code Total Hours* | | **0.3** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 10/15/2025 | E. Degnan | 0.5 | Prepared September fee statement. |
| 10/15/2025 | M. Haverkamp | 0.3 | Edited September fee statement. |
| 10/16/2025 | M. Haverkamp | 0.1 | Edited September fee statement. |
| 10/17/2025 | H. Henritzy | 1.1 | Edited September fee statement. |
| 10/17/2025 | E. Degnan | 0.6 | Prepared September fee statement. |
| 10/20/2025 | E. Degnan | 2.0 | Prepared third interim fee application. |
| 10/23/2025 | E. Degnan | 0.5 | Prepared third interim fee application. |
| 10/29/2025 | H. Henritzy | 1.4 | Edited third interim fee application. |
| 10/29/2025 | J. Emerson | 1.2 | Provided comments re: third interim fee app. |
| 10/29/2025 | E. Degnan | 0.5 | Prepared third interim fee application. |
| *Task Code Total Hours* | | **8.2** | |
| **10. Recovery/ SubCon/ Lien Analysis** | | | |
| 10/15/2025 | J. Emerson | 2.3 | Updated recovery analysis to reflect Debtors' latest 10/13 budget assumptions. |
| *Task Code Total Hours* | | **2.3** | |
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 10/6/2025 | J. Emerson | 1.9 | Updated liquidity analysis to reflect Debtors' latest budget. |
| 10/6/2025 | J. Emerson | 0.4 | Reviewed the Debtors' revised 10/6 budget. |
| 10/7/2025 | J. Emerson | 1.4 | Revised analysis of carve out to reflect latest negotiations. |

Berkeley Research Group, LLC                                          Invoice for the 10/1/2025 - 10/31/2025 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management/ Liquidity** | | | |
| 10/8/2025 | J. Emerson | 0.2 | Reviewed Debtors' updated 10/8 budget. |
| 10/14/2025 | J. Emerson | 1.6 | Prepared bridge between Debtors' 10/8 and 10/13 budgets. |
| 10/14/2025 | J. Emerson | 0.7 | Participated in call with Getzler Henrick (R. Aly) related to Debtors' revised budget. |
| 10/14/2025 | J. Emerson | 0.5 | Reviewed Debtors' updated 10/13 budget. |
| 10/15/2025 | J. Emerson | 1.8 | Revised analysis of carveout to reflect extended budget. |
| 10/15/2025 | J. Emerson | 0.6 | Participated in call with Counsel (B. Nathan, G. Finizio) re: Debtors' latest budget. |
| 10/15/2025 | J. Emerson | 0.1 | Reviewed Debtors' revised 10/15 budget. |
| 10/20/2025 | J. Emerson | 1.0 | Reviewed Debtors' 10/20 budget. |
| *Task Code Total Hours* | | **10.2** | |
| **Total Hours** | | **21.0** | |