**Exhibit A**

DATE: 11/14/25 09:48:31 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071560)  # 158439                              Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

**MATTER DESCRIPTION**  
Secured Lender/Creditor Issues

**BILLING INSTRUCTIONS**

**CLIENT ADDRESS**  
The Official Committee of Unsecured Creditors  
for the Diamond Comic Distributors, Inc. Bankruptcy Case  
100 Front Street  
Riverside, NJ 08075

**MATTER ADDRESS**  
The Official Committee of Unsecured Creditors  
for the Diamond Comic Distributors, Inc. Bankruptcy Case  
100 Front Street  
Riverside, NJ 08075

**CLIENT INFORMATION**  
PHONE:  
CONTACT: Gregory Andonian  
REFERRED BY:

**MATTER INFORMATION**  
PHONE:  
CONTACT: Gregory Andonian  
REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:              0.00  
UNAPPLIED AMOUNT:          0.00

LAST BILL DATE:        10/23/25

TIME ENTRIES

|  |  |  |  | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2778581 | SBG | 10/04/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | emails regarding status of budget |
| 2778915 | DJS | 10/06/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 249 | | | Review proposed budget through Oct 30 and emails with co-counsel regarding same. |
| 2778991 | SBG | 10/07/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 373 | | | emails regarding budget issues |
| 2779298 | SBG | 10/08/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 497 | | | emails regarding budget issues |

DATE: 11/14/25 09:48:31 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071560)  # 158439                                    Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2784178 | DJS | 10/09/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 747 | | | Emails with co-counsel regarding budget and related issues. |
| 2779381 | SBG | 10/09/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 871 | | | emails regarding budget issues |
| 2780406 | DJS | 10/14/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 996 | | | Emails concerning budget and potential further extension of DIP facility and other budget issues |
| 2781251 | SBG | 10/18/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1120 | | | emails regarding DIP amendment |
| 2781250 | SBG | 10/19/25 | B | 1.30 | 806.00 | 1.30 | 806.00 | 1926 | | | review DIP amendment and final DIP order; emails with team regarding same |
| 2781406 | SBG | 10/20/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2050 | | | emails regarding budget issues |
| 2781487 | SBG | 10/20/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2174 | | | emails regarding changes to DIP amendment |
| 2781811 | DJS | 10/22/25 | B | 1.40 | 875.00 | 1.40 | 875.00 | 3049 | | | Prepare for hearing on DIP extension; review budget, revised stipulation, form of order and email communications regarding same. |
| 2781815 | DJS | 10/22/25 | B | 0.40 | 250.00 | 0.40 | 250.00 | 3299 | | | Call with Gerald regarding DIP extension and other issues on for hearing; call with Gerald and Finizio regarding DIP hearing and Consignment related issues. |
| 2781814 | SBG | 10/22/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 3485 | | | call with Dennis and Franco regarding prep for hearing on extending DIP and lease issue |

                FEE SUBTOTAL                                3,485.00

DATE: 11/14/25 09:48:31 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071560)  # 158439                                    Page 3

```
           BALANCE DUE FROM PREVIOUS STATEMENT                          11,199.80
           LESS PAYMENT(S)                                              (1,897.20)

           BALANCE FORWARD                                               9,302.60

           TIMECARD SUB-TOTAL (5.60)                       3,485.00
           DISBURSEMENT SUB-TOTAL                              0.00
           SUBTOTAL CURRENT PERIOD                         3,485.00
           TOTAL DUE                                                   12,787.60
```

```
                    TIME AND FEE SUMMARY
     TIMEKEEPER        RATE     HOURS      %       FEES        %
 Shaffer, Dennis J.    625.00    2.60     46.4    1625.00    46.60
 Gerald, Stephen B.    620.00    3.00     53.6    1860.00    53.40
           TOTALS                5.60              3485.00
```

```
                              MATTER SUMMARY
 Tran Type   Description          Fees          Hard           Soft         Other            Total
 BL          Bills            45,025.00         0.00           0.00          0.00        45,025.00
 CR          Cash Receipts   -35,722.40         0.00           0.00          0.00       -35,722.40

             TOTALS            9,302.60         0.00           0.00          0.00         9,302.60


 AGED ACCOUNTS RECEIVABLE:          0.00 (-30)        372.00 (31-60)    474.30 (61-90)    99.80 (91-120)    8,356.50 (+)
```

```
           (  ) BILL COSTS AND FEES          (  ) DO NOT BILL
           (  ) BILL FEES ONLY               (  ) CLOSE FILE
           (  ) BILL COSTS ONLY              (  ) FINAL BILL
```

DATE: 11/14/25 09:49:45 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071565)  # 158443                                           Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                            BILLING INSTRUCTIONS
Professionals-Debtor and Committee (Rete

CLIENT ADDRESS                                                MATTER ADDRESS
The Official Committee of Unsecured Creditors                 The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case      for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                              100 Front Street
Riverside, NJ 08075                                           Riverside, NJ 08075

CLIENT INFORMATION                                            MATTER INFORMATION
PHONE:                                                        PHONE:
CONTACT: Gregory Andonian                                     CONTACT: Gregory Andonian
REFERRED BY:                                                  REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | HRST | HRST | | |

TRUST AMOUNT:                    0.00
UNAPPLIED AMOUNT:                0.00

LAST BILL DATE:        10/23/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2778142 | SBG | 10/02/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | review objection to stephenson fee app; |
| 2778914 | DJS | 10/07/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 249 | | | Emails with co-counsel regarding budget issues and bank funding though end of October |
| 2781091 | SBG | 10/15/25 | B | 1.50 | 930.00 | 1.50 | 930.00 | 1179 | | | work on Tydings monthly fee statement for September |

DATE: 11/14/25 09:49:45 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071565)  # 158443                              Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2781044 | SBG | 10/17/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1241 | | | emails regarding status of fee applications |
| 2781077 | SBG | 10/17/25 | B | 1.30 | 806.00 | 1.30 | 806.00 | 2047 | | | finalize and file committee professionals' sept. monthly fee statements |
| 2781407 | SBG | 10/20/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 2171 | | | confer with M.Young regarding prep of third interim fee application |
| 2781439 | MKY | 10/20/25 | B | 2.80 | 840.00 | 2.80 | 840.00 | 3011 | | | Began drafting third interim fee application for July; reviewed project categories and entries and drafted summaries |
| 2781726 | SBG | 10/21/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 3259 | | | finalize and file CNOs for August monthly fee statements for committee professionals |
| 2781727 | SBG | 10/21/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 3383 | | | follow up with M.Young regarding interim fee application |
| 2781690 | MKY | 10/21/25 | B | 0.60 | 180.00 | 0.60 | 180.00 | 3563 | | | Added edits to third interim fee application draft |
| 2781699 | MKY | 10/21/25 | B | 0.90 | 270.00 | 0.90 | 270.00 | 3833 | | | Drafted certificate of no objections for August fee statements (Tydings, Berkeley, & Lowenstein) |
| 2784006 | DJS | 10/23/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 4021 | | | Review interim compensation issues and outstanding fees for upcoming applications. |
| 2782159 | SBG | 10/23/25 | B | 2.10 | 1302.00 | 2.10 | 1302.00 | 5323 | | | review and comment on draft third interim fee application for Travel |
| 2782270 | SBG | 10/24/25 | B | 1.20 | 744.00 | 1.20 | 744.00 | 6067 | | | further revisions to T&R third interim fee application |
| 2783962 | DJS | 10/30/25 | B | 1.20 | 750.00 | 1.20 | 750.00 | 6817 | | | Review fee application and related documents and confer with Gerald regarding same. |
| 2783965 | DJS | 10/30/25 | B | 0.70 | 437.50 | 0.70 | 437.50 | 7254 | | | Review drafts of professionals fee applications |
| 2783374 | SBG | 10/30/25 | B | 1.20 | 744.00 | 1.20 | 744.00 | 7998 | | | review and prep BRG interim fee |

DATE: 11/14/25 09:49:45 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071565)  # 158443    Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | application for filing |
| 2783486 | SBG | 10/30/25 | B | 2.70 | 1674.00 | 2.70 | 1674.00 | 9672 | | | finalize, format and file committee fee applications |

```
              FEE SUBTOTAL                                  9,672.00


              BALANCE DUE FROM PREVIOUS STATEMENT                        23,902.90
              LESS PAYMENT(S)                                            (1,785.60)

              BALANCE FORWARD                                            22,117.30

              TIMECARD SUB-TOTAL (17.80)              9,672.00
              DISBURSEMENT SUB-TOTAL                     0.00
              SUBTOTAL CURRENT PERIOD                 9,672.00
              TOTAL DUE                                                  31,789.30
```

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 2.40 | 13.5 | 1500.00 | 15.50 |
| Gerald, Stephen B. | 620.00 | 11.10 | 62.4 | 6882.00 | 71.20 |
| Young, Megan K. | 300.00 | 4.30 | 24.2 | 1290.00 | 13.30 |
| TOTALS | | 17.80 | | 9672.00 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 92,184.50 | 0.00 | 0.00 | 0.00 | 92,184.50 |
| CR | Cash Receipts | -70,067.20 | 0.00 | 0.00 | 0.00 | -70,067.20 |
| | TOTALS | 22,117.30 | 0.00 | 0.00 | 0.00 | 22,117.30 |

DATE: 11/14/25 09:49:45 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071565)  # 158443                                         Page 4

AGED ACCOUNTS RECEIVABLE:        0.00  (-30)        4,600.50  (31-60)        446.40  (61-90)        1,637.60  (91-120)        15,432.80  (+)

    (  ) BILL COSTS AND FEES          (  ) DO NOT BILL
    (  ) BILL FEES ONLY               (  ) CLOSE FILE
    (  ) BILL COSTS ONLY              (  ) FINAL BILL

DATE: 11/14/25 09:49:08 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071564)  # 158442                                       Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                                    BILLING INSTRUCTIONS
Avoidance Actions/Litigation/Contested M

CLIENT ADDRESS                                                         MATTER ADDRESS
The Official Committee of Unsecured Creditors                          The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case               for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                       100 Front Street
Riverside, NJ 08075                                                    Riverside, NJ 08075

CLIENT INFORMATION                                                     MATTER INFORMATION
PHONE:                                                                 PHONE:
CONTACT: Gregory Andonian                                              CONTACT: Gregory Andonian
REFERRED BY:                                                           REFERRED BY:

STATUS:         OP              DEPARTMENT:    500      Bankruptcy                    FEE FREQ:       M
DATE OPENED:    03/06/25        MATTER TYPE:   3300     Creditor Committee             COST FREQ:      M
                                                        Representation
DATE CLOSED:                    ARRANGEMENT:   HRST     HRST

TRUST AMOUNT:                   0.00
UNAPPLIED AMOUNT:               0.00

LAST BILL DATE:    10/23/25

TIME ENTRIES

|  |  |  |  | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2778587 | SBG | 10/03/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 124 | | | review 207 redco admin motion |
| 2778647 | SBG | 10/06/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 186 | | | emails regarding potential mediator |
| 2778912 | DJS | 10/07/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 311 | | | Emails regarding stipulation extending time to respond to motion to assume or reject; communicate with co-counsel regarding same. |

DATE: 11/14/25 09:49:08  PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071564)  # 158442                                              Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2778929 | DJS | 10/07/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 436 | | | Confer with Gerald and emails regarding potential mediation of open issues in case with Judge Catliota |
| 2778990 | SBG | 10/07/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 808 | | | call with debtor's counsel regarding mediation issues; follow up emails; confer with D.shaffer regarding same; review local procedures |
| 2779297 | SBG | 10/08/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 870 | | | review objection to settlement |
| 2780402 | DJS | 10/14/25 | B | 0.60 | 375.00 | 0.60 | 375.00 | 1245 | | | Emails and call with co-counsel regarding mediation with Judge Catliota, stipulation addressing same; review same and emails concerning status conference. |
| 2781090 | SBG | 10/15/25 | B | 0.30 | 186.00 | 0.30 | 186.00 | 1431 | | | emails regarding consent to mediation |
| 2781081 | SBG | 10/17/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1493 | | | review mediation order |
| 2781813 | DJS | 10/22/25 | B | 1.10 | 687.50 | 1.10 | 687.50 | 2181 | | | Prepare for hearing on stipulation resolving cure amounts and payment for assumption and assignment of lease. |
| 2781818 | DJS | 10/22/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 2368 | | | Read emails and order from Court regarding mediation with J. Catliota |
| 2783999 | DJS | 10/22/25 | B | 1.10 | 687.50 | 0.70 | 437.50 | 2806 | | | Call with Co-counsel regarding mediation prep and drafting of statement; follow up with Gerald regarding same. |
| 2781871 | SBG | 10/22/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 3240 | | | call with Franco, Bruce and Dennis regarding mediation and hearing; confer with D.Shaffer regarding same |
| 2783998 | DJS | 10/23/25 | B | 4.20 | 2625.00 | 4.20 | 2625.00 | 5865 | | | Draft mediation statement |
| 2782157 | SBG | 10/23/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 6237 | | | review and comment on draft mediation statement for committee regarding consigned |

DATE: 11/14/25 09:49:08 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071564)  # 158442                                    Page 3

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | goods; confer with D.Shaffer regarding same |
| 2784238 | DJS | 10/24/25 | B | 1.80 | 1125.00 | 1.80 | 1125.00 | 7362 | | | Review edited mediation statement; emails with co-counsel regarding same; additional edits to statement and email to J. Catliota. |
| 2782826 | SBG | 10/24/25 | B | 0.70 | 434.00 | 0.70 | 434.00 | 7796 | | | review revisions to mediations statement; emails regarding same |
| 2783974 | DJS | 10/27/25 | B | 2.10 | 1312.50 | 2.10 | 1312.50 | 9108 | | | Prepare for mediation; review filings regarding same and meditation statement |
| 2782822 | SBG | 10/27/25 | B | 0.80 | 496.00 | 0.80 | 496.00 | 9604 | | | review debtor's final mediation statement; emails regarding same |
| 2783120 | DJS | 10/28/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 9729 | | | Call with Finizio to discuss mediation update and open issues |
| 2783012 | DJS | 10/28/25 | B | 1.30 | 812.50 | 1.30 | 812.50 | 10542 | | | Prepare for mediation with consignment parties, bank and debtors. |
| 2783046 | DJS | 10/28/25 | B | 12.10 | 7562.50 | 12.10 | 7562.50 | 18104 | | | Travel to Saul Ewing offices and return to office and attend mediation with J. Catliota. |
| 2782978 | SBG | 10/28/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 18166 | | | emails regarding status of mediation |
| 2783326 | DJS | 10/29/25 | B | 7.20 | 4500.00 | 7.20 | 4500.00 | 22666 | | | Travel to and from mediation with Judge Catliota; attend mediation. |
| 2783335 | DJS | 10/29/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 22854 | | | Draft and send update email to co-counsel regarding mediation; follow up internally regarding same. |
| 2783233 | SBG | 10/29/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 22916 | | | emails regarding status of mediation |
| 2783741 | SBG | 10/31/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 22978 | | | review objection to ARA admin motion |

DATE: 11/14/25 09:49:08 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071564)  # 158442      Page 4

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FEE SUBTOTAL | | | | | 22,977.50 | | | | |

|  |  |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | 7,868.10 |
| LESS PAYMENT(S) | (548.00) |
| BALANCE FORWARD | 7,320.10 |
| TIMECARD SUB-TOTAL (36.80) | 22,977.50 |
| DISBURSEMENT SUB-TOTAL | 0.00 |
| SUBTOTAL CURRENT PERIOD | 22,977.50 |
| TOTAL DUE | 30,297.60 |

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---:|---:|---:|---:|---:|
| Shaffer, Dennis J. | 625.00 | 32.30 | 87.8 | 20187.50 | 87.90 |
| Gerald, Stephen B. | 620.00 | 4.50 | 12.2 | 2790.00 | 12.10 |
| TOTALS | | 36.80 | | 22977.50 | |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---:|---:|---:|---:|---:|
| BL | Bills | 17,702.50 | 0.00 | 0.00 | 0.00 | 17,702.50 |
| CR | Cash Receipts | -10,382.40 | 0.00 | 0.00 | 0.00 | -10,382.40 |
| | TOTALS | 7,320.10 | 0.00 | 0.00 | 0.00 | 7,320.10 |

AGED ACCOUNTS RECEIVABLE:     0.00 (-30)     4,724.50 (31-60)     137.00 (61-90)     1,223.70 (91-120)     1,234.90 (+)

( ) BILL COSTS AND FEES          ( ) DO NOT BILL
( ) BILL FEES ONLY               ( ) CLOSE FILE
( ) BILL COSTS ONLY              ( ) FINAL BILL

DATE: 11/14/25 09:47:35 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071475)  # 158423                                       Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| Bankruptcy | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors<br>for the Diamond Comic Distributors, Inc. Bankruptcy Case<br>100 Front Street<br>Riverside, NJ 08075 | The Official Committee of Unsecured Creditors<br>for the Diamond Comic Distributors, Inc. Bankruptcy Case<br>100 Front Street<br>Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE:<br>CONTACT: Gregory Andonian<br>REFERRED BY: | PHONE:<br>CONTACT: Gregory Andonian<br>REFERRED BY: |

STATUS:         OP                          DEPARTMENT:      500          Bankruptcy                      FEE FREQ:         M
DATE OPENED:    02/03/25                    MATTER TYPE:     3300         Creditor Committee              COST FREQ:        M
                                                                          Representation
DATE CLOSED:                                ARRANGEMENT:                  HRST                HRST

TRUST AMOUNT:                   0.00
UNAPPLIED AMOUNT:             399.53

LAST BILL DATE:         10/23/25

COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE |
|---|---|---|---|---|---|
| 932708 | 10/07/25 | B | 142.90 | VENDOR: Pacer Service Center; INVOICE#: 3942592-Q32025; DATE: 10/7/2025 - Acct #3942592 7/1/25-9/30/25 DJS | PA |
| | | | 142.90 | | |

DATE: 11/14/25 09:47:35 PRO FORMA STATEMENT AS OF 10/31/25  FOR FILE (D02748.071475)  # 158423                              Page 2

```
BALANCE DUE FROM PREVIOUS STATEMENT                        253.40
LESS PAYMENT(S)

BALANCE FORWARD                                            253.40

TIMECARD SUB-TOTAL (0)              0.00
DISBURSEMENT SUB-TOTAL            142.90
SUBTOTAL CURRENT PERIOD           142.90
TOTAL DUE                                                  396.30
```

### COST CODE SUMMARY

| COST CODE | | AMOUNT |
|---|---|---|
| PA | Pacer Service | 142.90 |
| COST TOTAL | | 142.90 |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---|---|---|---|---|
| BL | Bills | 0.00 | 1,169.84 | 3,001.20 | 0.00 | 4,171.04 |
| CR | Cash Receipts | 0.00 | -1,085.04 | -2,832.60 | 0.00 | -3,917.64 |
| | TOTALS | 0.00 | 84.80 | 168.60 | 0.00 | 253.40 |

AGED ACCOUNTS RECEIVABLE:        0.00 (-30)        158.80 (31-60)        0.00 (61-90)        0.00 (91-120)        94.60 (+)

```
(  ) BILL COSTS AND FEES        (  ) DO NOT BILL
(  ) BILL FEES ONLY             (  ) CLOSE FILE
(  ) BILL COSTS ONLY            (  ) FINAL BILL
```