United States Bankruptcy Court
District of Maryland

In re:                                                                                           Case No. 25-10308-DER
Diamond Comic Distributors, Inc.                                                                 Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                    User: admin                                    Page 1 of 4
Date Rcvd: Nov 13, 2025                 Form ID: clerk49                               Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + David L. Ruediger, Troutman Pepper Locke LLP, 111 Huntington Avenue, Boston, MA 02199-7618 |
| aty | + Katherine Culbertson, Troutman Pepper Locke LLP, 111 South Wacker Drive, Suite 4100, Chicago, IL 60606-4409 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025               Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Andrew Brown | abrown@klestadt.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Nov 13, 2025 | Form ID: clerk49 | Total Noticed: 2 |

bnathan@lowenstein.com

C. Kevin Kobbe
    kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
    chopkin@yvslaw.com
    pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
    cfrankel@lowenstein.com

Christopher J. Giaimo
    christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
    cpalik@mhlawyers.com
    cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
    jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
    dsbushnaq@venable.com

David Sommer
    dsommer@gallagherllp.com  ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels
    ddaniels@perkinscoie.com
    docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
    dshaffer@tydings.com  scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
    ellen.dew@us.dlapiper.com

Emily Devan
    edevan@milesstockbridge.com

Eric George Korphage
    korphagee@whiteandwilliams.com

G. David Dean
    ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz
    gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
    gfinizio@lowenstein.com

Harry Conrad Jones
    HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
    indira.sharma@troutman.com
    katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
    james.irving@dentons.com

Jan Berlage
    JBerlage@GHSLLP.com  tcollins@ghsllp.com

Janet M. Nesse
    jnesse@mhlawyers.com
    jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com

Jason F Hoffman
    jhoffman@bakerlaw.com

Jeffrey C. Hampton
    jeffrey.hampton@saul.com

Jeremy S. Friedberg

District/off: 0416-1　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 3 of 4
Date Rcvd: Nov 13, 2025　　　　　　　　　　 Form ID: clerk49　　　　　　　　　　　　　 Total Noticed: 2

| | |
|---|---|
| | jeremy@friedberg.legal  ecf@friedberg.legal |
| Jonathan A. Grasso | |
| | jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com |
| Jonathan Gary Rose | |
| | jonathan.rose@us.dlapiper.com |
| Jordan Rosenfeld | |
| | jordan.rosenfeld@saul.com |
| Joshua Glikin | |
| | jglikin@shulmanrogers.com  abogert@shulmanrogers.com,tlewis@shulmanrogers.com |
| Jung Yong Lee | |
| | jlee@milesstockbridge.com  mhickman@tydings.com |
| Justin Philip Fasano | |
| | jfasano@mhlawyers.com  jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Katherine Elizabeth Culbertson | |
| | katherine.culbertson@troutman.com |
| Laura Skowronski Bouyea | |
| | lsbouyea@venable.com  dmdierdorff@venable.com |
| Lawrence A. Katz | |
| | lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com |
| Mark Minuti | |
| | mark.minuti@saul.com  robyn.warren@saul.com |
| Mark L Desgrosseilliers | |
| | desgross@chipmanbrown.com  fusco@chipmanbrown.com |
| Matthew G. Brushwood | |
| | mbrushwood@barley.com  dkline@barley.com |
| Matthew G. Summers | |
| | summersm@ballardspahr.com  branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com |
| Michael Papandrea | |
| | mpapandrea@lowenstein.com |
| Nicholas Smargiassi | |
| | nicholas.smargiassi@saul.com |
| Nikolaus F. Schandlbauer | |
| | nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com |
| Paige Noelle Topper | |
| | paige.topper@saul.com |
| Peter J Artese | |
| | peter.artese@us.dlapiper.com |
| Randy Moonan | |
| | rmoonan@sillscummis.com |
| Richard L. Costella | |
| | rcostella@tydings.com  scalloway@tydings.com,MYoung@tydings.com,zjones@tydings.com,swilliams@tydings.com |
| S. Jason Teele | |
| | steele@sillscummis.com |
| Sam Alberts | |
| | sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com |
| Scott Prince | |
| | sprince@bakerlaw.com |
| Stephen B. Gerald | |
| | sgerald@tydings.com |
| Steven Gregory Polard | |
| | steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com |
| Thomas J. McKee | |
| | mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 13, 2025 | Form ID: clerk49 | Total Noticed: 2 |

Thomas K. Bredar
    thomas.bredar@wilmerhale.com
    andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
    Toyja.Kelley@troutman.com

Turner Falk
    turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss
    william.moss@friedberg.legal

Zvi Guttman
    zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 63

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **25−10308 − DER**   Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

## NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT

A transcript of a hearing held in this case was requested and has been received by the Court. The transcript is available for review at the Clerk's Office or copies may be purchased from the transcriber. Each party's attorney is required to review the opening and closing statements made on behalf of the represented party, any statements made by the party and the testimony of any witness called by the party. If a party is self−represented, the party needs to perform this review himself/herself. You have seven (7) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court, stating your intent to request redaction of sensitive private information before the transcript is made electronically available to the public, pursuant to the privacy policy of the Judicial Conference of the United States. The privacy policy is available on the U.S. Court's website, www.uscourts.gov, under Rules & Policies.

Examples of personal identification information which should be redacted include all but the last four digits of social security or taxpayer identification numbers, all but the last four digits of account numbers, all but the initials of minor children, and all but the year of birth.

Pursuant to LBR 9037−1, if you intend to request redaction of the transcript:

1. You have seven (7) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court. A copy of the Notice of Intent to Request Redaction must be served upon the transcriber;

2. You have twenty−one (21) days from the date of the filing of the transcript to file a Request for Redaction of Transcript, listing the entries by page and line where personal data appears that should be redacted. A copy of the Request for Redaction of Transcript must be sent to the transcriber;

3. The deadline for filing the redacted version of the transcript is thirty−one (31) days from the filing date of the transcript;

4. If the redacted transcript is not filed, the transcript in its current form will be made available to the public via remote electronic access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period; and

5. If the redacted version of the transcript is filed, the redacted transcript will be made available via remote public access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period. The unredacted version of the transcript will not be available via remote electronic access or at the Clerk's office upon the filing of the redacted transcript; it shall be maintained as a private, restricted event. An attorney who purchases the transcript during the ninety (90) day restricted period will be given remote electronic access to the transcript and any redacted version filed.

Dated: 11/13/25

        Mark A. Neal, Clerk of Court
        by Deputy Clerk, Shanita Taylor
        4109624197

cc:   Mark Minuti, Esq.
      Catherine K. Hopkin, Esq.
      Katherine Culbertson, Esq.
      David L. Ruediger, Esq.
      Dennis J. Shaffer, Esq.

Clerk49 (rev. 09/28/2007)