# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 895** |

## CERTIFICATION OF COUNSEL REGARDING THIRD MONTHLY AND FINAL FEE APPLICATION OF STEPHENSON HARWOOD LLP, SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE (I) MONTHLY PERIOD FROM JULY 1, 2025 THROUGH AUGUST 31, 2025, AND (II) FINAL PERIOD FROM JANUARY 14, 2025 THROUGH AUGUST 31, 2025

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On September 18, 2025, the Debtors filed the *Third Monthly and Final Fee Application of Stephenson Harwood LLP, Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the (I) Monthly Period from July 1, 2025 Through August 31, 2025, and (II) Final Period from January 14, 2025 Through August 31, 2025* [D.I. 895] (the "Application").

2. Pursuant to the notice of Application, objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before October 2, 2025 (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

3. On October 2, 2025, the Consignment Group[2] filed the *Limited Objection to Entry of a Final Order on the Third Monthly Fee Application of Stephenson Harwood LLP, Special Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the (I) Monthly Period from July 1, 2025 Through August 31, 2025, and (II) Final Period from January 14, 2025 Through August 31, 2025* [D.I. 931] (the "Limited Objection").

4. After discussions with the Debtors, the Consignment Group withdrew its Limited Objection on November 18, 2025 [D.I. 1030].

5. The Objection Deadline has passed, and no other formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

6. The Debtors have revised the proposed order attached as Exhibit E to the Application solely to correct several clerical errors. A revised Proposed Order is attached hereto as **Exhibit A** (the "Revised Proposed Order"). Attached hereto as **Exhibit B** is a redline of the Revised Proposed Order that reflects the change made to the Proposed Order filed with the Motion.

---

[2] The "Consignment Group" includes the following parties: Aspen MLT, LLC a/k/a Aspen Comics; Black Mask Studios, LLC; Dark Horse Comics, Inc.; DSTLRY Media, Inc.; Dynamic Forces, Inc. a/k/a Dynamite Entertainment; Heavy Metal International, LLC; Magnetic Press, LLC; Massive Publishing, LLC; Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC; Panini UK Ltd.; Punk Bot Comic Books LLC a/k/a Alien Books; the Penn State University a/k/a Graphic Mundi; Titan Publishing Group, Ltd.; and Vault Story Works LLC a/k/a Vault Comics f/k/a Creative Mind Energy.

7. Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: November 18, 2025  **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
    adam.isenberg@saul.com
    turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
    paige.topper@saul.com
    nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

56741380.1