California Department of Tax and Fee Administration
Collections Support Bureau, MIC:29
PO Box 942879
Sacramento, CA  94279-0029
Telephone (916) 309-5650

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| In re: Diamond Select Toys & Collectibles, LLC, Debtor(s) | Bankruptcy Case No. 25-10312 |
| | NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FOR TAXES |
| | Chapter No. 11 |
| | Account No. 264-900352 |

Radhika Aggarwal, undersigned states

1)   That I am one of the authorized representatives of the State of California Department of Tax and Fee Administration (functional successor to the State Board of Equalization); that as such I am qualified and empowered to and do withdraw the Department's claim in the amount of $2,380.00 as filed in these proceedings on 6/30/2025 as Claim 68-1.

CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION

Dated: 11/12/2025
At Sacramento, California
:

_____
Radhika Aggarwal
Authorized Representative

-1-

STATE OF CALIFORNIA



CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
PO BOX 942879, SACRAMENTO, CALIFORNIA 94279-0029
TELEPHONE 916-309-5650 • FAX 916-327-0615
www.cdtfa.ca.gov

GAVIN NEWSOM
Governor

NICOLAS MADUROS
Secretary, Government Operations Agency

TRISTA GONZALEZ
Director

November 12, 2025

Omni Agent Solutions Claims Processing
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Account No. 264-900352
Debtor(s): Diamond Select Toys & Collectibles, LLC
Bankruptcy Case No. 25-10312

Ladies and Gentlemen:

Enclosed is an original Notice of Withdrawal of the CDTFA's (California Department of Tax and Fee Administration, fka: Board of Equalization) Priority Claim for taxes.

Please file this notice in the proceedings described above.

Sincerely,

Radhika Aggarwal
Authorized Representative
Collections Support Bureau

Enclosures

E-18-EA REV. 2 (7-25)

CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION
SANTA ANA OFFICE
1 MACARTHUR PL STE 400
SANTA ANA CA 92707-5944

SANTA ANA CA 926

15 NOV 2025PM 7 L



$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0017179162
FROM 92707



RECEIVED
NOV 17 2025
By _____