Entered: November 18th, 2025
Signed: November 18th, 2025

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 895** |

### ORDER APPROVING THIRD AND FINAL FEE APPLICATION OF STEPHENSON HARWOOD LLP, SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE (I) MONTHLY PERIOD FROM JULY 1, 2025 THROUGH AUGUST 31, 2025, AND (II) FINAL PERIOD FROM JANUARY 14, 2025 THROUGH AUGUST 31, 2025

Upon consideration of the third and final fee application (the "Fee Application")[2] of Stephenson Harwood LLP ("Stephenson Harwood"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for monthly allowance of compensation and reimbursement of expenses incurred for the period from July 1, 2025 through August 31, 2025 (the "Monthly Compensation Period") and final allowance of compensation and

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not defined herein are defined in the Fee Application.

56277277.7

reimbursement of expenses incurred for the period from January 14, 2025 through August 31, 2025 (the "Final Compensation Period"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2016-1 and Appendix D; and the Court having reviewed the Fee Application and having found that the relief requested in the Fee Application is in the best interests of the Debtors' estates, creditors and other parties-in-interest; and after due deliberation and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Fee Application is APPROVED as set forth herein.

2. Stephenson Harwood is allowed and awarded compensation in the amount of £227,010.50, together with reimbursement of expenses in the amount of £61.74, for a total of £227,072.24 for the Final Compensation Period.

3. The Debtors are hereby authorized to remit payment to Stephenson Harwood all allowed amounts of fees and expenses approved by this Order, less any amounts already paid pursuant to the Interim Compensation Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**END OF ORDER**