_____1081_____                              ✓ RETAIN

**David E Rice , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: (Y) N
                                                    Exhibits Filed: (Y) N

PROCEEDING MEMO - CHAPTER 11


                                            Date: 11/19/2025  Time: 01:30

**CASE: 25-10308 Diamond Comic Distributors, Inc.**

Adam H Isenberg and Ashley N Fellona and Jeffrey C. Hampton Iand Jordan Rosenfeld and Mark Minuti and Nicholas Smargiassi and Paige Noelle Topper and Turner Falk representing Diamond Comic Distributors, Inc. (Debtor)

Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)

Bruce S. Nathan and Chelsea R Frankel and Dennis J. Shaffer and Gianfranco Finizio and Jung Yong Lee and Michael Papandrea and Richard L. Costella and Stephen B. Gerald representing Unsecured Creditors Committee (Creditor Committee)

[944] Application for Administrative Expenses .
Notice Served on 10/10/2025, Filed by ARA, Inc.
d/b/a Lone Oak Payroll. (Attachments: #s7 Proposed Order)

**MOVANT** : ARA, Inc. d/b/a Lone Oak Payroll BY D Sommer

[997] Limited Objection on behalf of Diamond Comic Distributors, Inc. Filed by Jordan Rosenfeld (related document(s)
944 Application for Administrative Expenses
filed by Creditor ARA, Inc. d/b/a Lone Oak Payroll).

**MOVANT** : Diamond Comic Distributors, Inc. BY J Rosenfeld A Fellona T Falk J Hampton M Minuti A Isenberg P Topper N Smargiassi

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

    Other_____

    Confirmed_____ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted____ Denied_____ Withdrawn_____ Consent_____ Default____ Under Adv.____

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

[ ] Signed by Court                     [ ] Filed by Counsel
[✓] To be prepared by:
    [✓] Movant's counsel                [ ] Court
    [ ] Respondent's counsel            [ ] Other _____

NOTES:

25-10308: 2 of 2

p. 944 - Granted. Debtor directed to remit payment w/in 10 days