UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

DIAMOND COMIC DISTRIBUTORS, INC.,
EIN: 521243450,

Case No. 25-10308-DER

Chapter 11

Debtor.

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| M01 | Notice – Staffing Service Agreement | | | ✓ |
| M02 | Notice – Factoring Agreement | | | ✓ |
| M03 | Notice – Letter Agreement | | | ✓ |
| M04 | Notice – Email | | | ✓ |
| M05 | Notice – Executive Staff Invoices | | | ✓ |
| M06 | Order – Third Stipulation | | | ✓ |
| M07 | Order – Seventh Stipulation | | | ✓ |