Entered: November 21st, 2025
Signed: November 20th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC.,<br>EIN: 521243450,<br><br>                Debtor. | Case No. 25-10308-DER<br><br>Chapter 11 |

**ORDER GRANTING MOTION OF ARA, INC. D/B/A LONE OAK PAYROLL FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the Motion of ARA, Inc. d/b/a Lone Oak Payroll ("Lone Oak") for Allowance and Immediate Payment of Administrative Expense Claim (Doc 944) (the "Motion"), the Debtors' Limited Objection to Motion of ARA, Inc. d/b/a Lone Oak Payroll for Allowance and Immediate Payment of Administrative Expense Claim (Doc 997), and the evidence and argument presented at the November 19, 2025 hearing on the Motion, it is hereby ORDERED that:

    1.    The Motion is GRANTED for the reason stated on the record at the November 19, 2025 hearing;

    2.    Pursuant to 11 U.S.C. § 503(b), Lone Oak is granted an allowed priority administrative expense claim against the Debtor's estates in the amount of $94,894.48 for the

expenses it incurred in performing post-petition services for the Debtor;

      3.      Within ten (10) days after the entry of this Order, the Debtor shall pay Lone Oak $94,894.48 in satisfaction of such allowed administrative expense claim;

      4.      Payment shall be made to ARA, Inc. c/o Wells Fargo Bank, N.A., P.O. Box 855917, Minneapolis, MN  55485-5917; and

      5.      This Order does not prejudice the rights of Lone Oak to seek further administrative expense claims.

**END OF ORDER**

**Copies to all parties receiving notice by CM/ECF.**