**Exhibit A**

Summary of Fees and Expenses by Activity Category

**Getzler Henrich & Associates**
**Summary of Fees and Expenses by Category**
**October 01, 2025 to October 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Activity Description | Hours | Fees |
|---|---|---|
| Accounting | 5.7 | $ 3,232.50 |
| Avoidance Action | 33.9 | 19,773.50 |
| BOD issues | 7.4 | 5,750.00 |
| Business Ops | 30.8 | 21,768.00 |
| Cash Flow | 76.0 | 54,943.00 |
| Cash Management | 12.5 | 7,510.50 |
| Court Prep | 6.9 | 4,450.50 |
| Employment and Fee App | 6.5 | 4,192.50 |
| IT Network Hardware Software | 5.7 | 2,821.50 |
| Litigation Matters & Support | 231.8 | 156,941.00 |
| Meetings with Creditors | 0.6 | 387.00 |
| Reporting | 31.6 | 16,922.00 |
| Sale of Business | 57.0 | 33,375.00 |
| Supplier Issues | 8.7 | 5,155.50 |
| Travel | 49.3 | 17,799.75 |
| **Total** | **564.4** | **$ 355,022.25** |

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 2,137.49 |
| Airfare | 899.97 |
| Auto Fuel | 73.14 |
| Auto Rental | 212.84 |
| Auto Tolls | 93.66 |
| Car Rental/Ground Transportation | 920.25 |
| Meals | 673.18 |
| Telephone / Cell phone | 100.00 |
| Train | 1,511.25 |
| **Train** | **$ 6,621.78** |