**Exhibit B**

Summary of Professionals and Fees

Getzler Henrich & Associates
Summary of Professionals and Fees
October 01, 2025 to October 31, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

| Professional | Position | Functional Areas | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Henrich | Principal | Restructuring Advisor | $855 | 82.6 | 65,065.50 |
| Robert Gorin | Senior Managing Director | Restructuring Advisor | $755 | 129.9 | 92,298.75 |
| Ramy Aly | Senior Director | Business Plan Analysis | $645 | 162.9 | 99,942.75 |
| Waleed Aly | Director | Business Plan Analysis Support | $525 | 183.3 | 94,893.75 |
| Carl Finkbeiner | Data Analyst | Business Plan Analysis Support | $495 | 5.7 | 2,821.50 |
| **Total** | | | | **564.4** | **$355,022.25** |