**Exhibit C**

Summary of Itemized Out-of-Pocket Expenses

**Summary of Expenses**

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $  2,137.49 |
| Airfare | 899.97 |
| Auto Fuel | 73.14 |
| Auto Rental | 212.84 |
| Auto Tolls | 93.66 |
| Car Rental/Ground Transportation | 920.25 |
| Meals | 673.18 |
| Telephone / Cell phone | 100.00 |
| Train | 1,511.25 |
| **Grand Total** | **$  6,621.78** |

**Accommodations Hotel/Motel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 10/22/2025 | 349.35 | Hotel for hearing - 10/22 |
| Waleed Aly | 10/27/2025 | 427.46 | Hotel for 10.29 mediation |
| Ramy Aly | 10/29/2025 | 481.76 | Hotel for 10.29 mediation |
| Robert Gorin | 10/29/2025 | 397.16 | 2 night stay for mediation |
| William Henrich | 10/29/2025 | 481.76 | Hotel re: mediation with Consignors et al. |
| **Total** | | **$  2,137.49** | |

**Airfare**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 10/25/2025 | 516.48 | Flight to Baltimore for Diamond Comics mediation with consignment vendors |
| Robert Gorin | 10/29/2025 | 383.49 | Flight home from Diamond Comics mediation |
| **Total** | | **$  899.97** | |

**Auto Fuel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 10/21/2025 | 31.20 | Fuel in MD for car rental |
| Ramy Aly | 10/22/2025 | 41.94 | Fuel for rental return |
| **Total** | | **$  73.14** | |

**Auto Rental**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 10/22/2025 | 212.84 | Car rental for 10/22 hearing |
| **Total** | | **$  212.84** | |

**Auto Tolls**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 10/21/2025 | 45.73 | Tolls to MD |
| Ramy Aly | 10/22/2025 | 47.93 | Tolls from MD |
| **Total** | | **$  93.66** | |

**Car Rental/Ground Transportation**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 10/21/2025 | 42.80 | Uber to car rental |
| Ramy Aly | 10/22/2025 | 46.96 | Uber from car rental drop off |
| Ramy Aly | 10/27/2025 | 28.98 | Uber from train in MD to hotel - mediation |
| Ramy Aly | 10/27/2025 | 90.46 | Uber to train station |
| Waleed Aly | 10/27/2025 | 59.50 | Lyft to train |
| Waleed Aly | 10/27/2025 | 23.17 | Uber to SE office |
| Waleed Aly | 10/27/2025 | 31.83 | Uber to hotel |
| Robert Gorin | 10/27/2025 | 34.25 | Uber from BWI to Saul Ewing office |
| Robert Gorin | 10/27/2025 | 53.59 | Uber to PBI airport |
| Ramy Aly | 10/28/2025 | 27.25 | Uber from hotel to Saul Ewing office - mediation 10.28 |
| Waleed Aly | 10/28/2025 | 38.58 | Uber from hotel |

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Waleed Aly | 10/28/2025 | 36.14 | Uber to hotel |
| Ramy Aly | 10/29/2025 | 136.27 | Lyft home from train station |
| Waleed Aly | 10/29/2025 | 186.51 | Lyft home |
| Waleed Aly | 10/29/2025 | 39.83 | Uber to train station |
| Waleed Aly | 10/29/2025 | 44.13 | Uber to Saul Ewing office |
| **Total** | | **$ 920.25** | |

**Meals**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 10/8/2025 | 57.83 | Working lunch with B Henrich |
| William Henrich | 10/14/2025 | 89.75 | Working lunch - Lux Cafe - J. Hampton, M. Minuti, M. Hanamirian re: Diamond case issues |
| Ramy Aly | 10/21/2025 | 25.75 | Rest stop lunch during travel for 10.22 hearing |
| Ramy Aly | 10/21/2025 | 43.47 | Dinner during travel for 10.22 hearing |
| Ramy Aly | 10/21/2025 | 28.65 | Breakfast during travel for 10.22 hearing |
| Ramy Aly | 10/22/2025 | 35.75 | Lunch during travel for 10.22 hearing |
| Ramy Aly | 10/22/2025 | 25.60 | Breakfast during travel |
| Ramy Aly | 10/27/2025 | 46.19 | Doordash dinner during travel for mediation |
| Ramy Aly | 10/27/2025 | 29.70 | Lunch during travel |
| Waleed Aly | 10/27/2025 | 44.92 | Lunch during travel for mediation |
| Robert Gorin | 10/27/2025 | 23.15 | Lunch while traveling |
| William Henrich | 10/27/2025 | 15.00 | Amtrak Cafe - whh lunch |
| Ramy Aly | 10/28/2025 | 92.65 | Mediation working Dinner - R. Aly, W. Henrich, W. Aly |
| Ramy Aly | 10/28/2025 | 15.78 | Coffee - R. Gorin, R. Aly |
| Ramy Aly | 10/28/2025 | 21.20 | Breakfast during travel |
| Ramy Aly | 10/29/2025 | 48.52 | Lunch while traveling - R. Aly & R. Gorin |
| Ramy Aly | 10/29/2025 | 10.98 | Breakfast/Coffee while traveling |
| Robert Gorin | 10/30/2025 | 18.29 | Lunch while traveling |
| **Total** | | **$ 57.83** | |

**Telephone / Cell phone**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 10/24/2025 | 100.00 | Telephone Aug and Sept |
| **Total** | | **$ 100.00** | |

**Train**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 10/27/2025 | 275.00 | Amtrak to Baltimore for mediation |
| Waleed Aly | 10/27/2025 | 194.00 | Amtrak to mediation |
| Ramy Aly | 10/29/2025 | 536.00 | Train for mediation 10/29 - R. Gorin and R. Aly |
| Waleed Aly | 10/29/2025 | 268.00 | Amtrak from mediation |
| William Henrich | 10/29/2025 | 231.00 | Amtrak - Philadelphia to New York re: mediation with Consignors et al. |
| William Henrich | 10/30/2025 | 7.25 | LIRR - NY Penn Sta to Hicksville NY re: mediation with Consignors et al. |
| **Total** | | **$ 1,511.25** | |