**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING NINTH MONTHLY**
**FEE STATEMENT OF BERKELEY RESEARCH GROUP, LLC**
**AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR THE PERIOD FROM**
**OCTOBER 1, 2025 THROUGH OCTOBER 32, 2025**

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby certifies that they have received no answer, objection or any other responsive pleading with respect to the *Ninth Monthly Fee Statement of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from October 1, 2025 Through October 31, 2025* [Docket No. 1025] (the "Application") of Berkeley Research Group, LLC ("Applicant"). The undersigned further certifies that it has reviewed the Court's docket in these chapter 11 cases and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Court on the date listed on **Exhibit A**.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order") [Docket No.

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]   Pursuant to the Interim Compensation Order (as that term is defined herein), parties have fourteen (14) days after the date of service to object to the Application.

6484126.1

203], entered on March 10, 2025, the Debtors are authorized to pay the Applicant eighty percent

(80%) of the fees and one hundred percent (100%) of the expenses requested in the Application

upon the filing of this Certificate of No Objection and without the need for entry of a Court order

approving the Application.

Dated: December 1, 2025

**TYDINGS & ROSENBERG LLP**

/s/ Stephen B. Gerald
Dennis J. Shaffer (MD Bar No. 25680)
Stephen B. Gerald (MD Bar No. 26590)
1 East Pratt Street, Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
Email: dshaffer@tydings.com
        sgerald@tydings.com

**LOWENSTEIN SANDLER LLP**
Bruce S. Nathan (admitted *pro hac vice*)
Gianfranco Finizio (admitted *pro hac vice*)
Chelsea R. Frankel (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Email: bnathan@lowenstein.com
        gfinizio@lowenstein.com
        cfrankel@lowenstein.com

-and-

Michael Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Co-counsel to the Official Committee of Unsecured Creditors*

6484126.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of December, 2025, the foregoing was served via

email on the following:

Robert Gorin, CRO rgorin@getzlerhenrich.com

And, via the Court's CM/ECF filing system on the parties set forth below.

- Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Peter J Artese peter.artese@us.dlapiper.com
- Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum jack.blum@polsinelli.com,
- lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar thomas.bredar@wilmerhale.com,
- andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thomps on@wil
- merhale.com
- Andrew Brown abrown@klestadt.com
- Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com
- Darek Bushnaq dsbushnaq@venable.com
- Richard L. Costella rcostella@tydings.com,
- scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tyding s.com
- David W.T. Daniels ddaniels@perkinscoie.com,
- docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rle ibowitz@perkinscoie.com
- G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com
- Emily Devan edevan@milesstockbridge.com
- Ellen E. Dew ellen.dew@us.dlapiper.com
- Turner Falk turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano jfasano@mhlawyers.com,
- jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmarti n@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio gfinizio@lowenstein.com
- Adam Fletcher afletcher@bakerlaw.com
- Chelsea R Frankel cfrankel@lowenstein.com
- Jeremy S. Friedberg jeremy@friedberg.legal, ecf@friedberg.legal
- Stephen B. Gerald sgerald@tydings.com
- Christopher J. Giaimo christopher.giaimo@squirepb.com,

- christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin jglikin@shulmanrogers.com,
- abogert@shulmanrogers.com,tlewis@shulmanrogers.com
- Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- Zvi Guttman zvi@zviguttman.com,
- zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- Jeffrey C. Hampton jeffrey.hampton@saul.com
- Jason F Hoffman jhoffman@bakerlaw.com
- Catherine Keller Hopkin chopkin@yvslaw.com,
- pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- James R. Irving james.irving@dentons.com
- Adam H Isenberg adam.isenberg@saul.com
- Harry Conrad Jones HJones@coleschotz.com,
- bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Toyja E. Kelley Toyja.Kelley@troutman.com
- C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- Eric George Korphage korphagee@whiteandwilliams.com
- Jung Yong Lee jlee@milesstockbridge.com, mhickman@tydings.com
- Gary H. Leibowitz gleibowitz@coleschotz.com,
- pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- Thomas J. McKee mckeet@gtlaw.com,
- smedsa@gtlaw.com,Karrie.Barbaro@gtlaw.com,thomas--mckee0902@ecf.pacerpro.com
- Mark Minuti mark.minuti@saul.com, robyn.warren@saul.com
- Randy Moonan rmoonan@sillscummis.com
- William Fuller Moss william.moss@friedberg.legal
- Bruce S. Nathan bnathan@lowenstein.com
- Craig Palik cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;
- cmartin@mhlawyers.com
- Michael Papandrea mpapandrea@lowenstein.com
- Steven Gregory Polard steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
- Scott Prince sprince@bakerlaw.com
- Jonathan Gary Rose jonathan.rose@us.dlapiper.com
- Jordan Rosenfeld jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- Indira Kavita Sharma indira.sharma@troutman.com,

6484126.1

- katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- Nicholas Smargiassi nicholas.smargiassi@saul.com
- David Sommer dsommer@gejlaw.com,
- ceyler@gejlaw.com;gomara@gejlaw.com;mkobylski@gejlaw.com
- Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brentstrickland-3227@ecf.pacerpro.com
- Matthew G. Summers summersm@ballardspahr.com,
- branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
- S. Jason Teele steele@sillscummis.com
- Paige Noelle Topper paige.topper@saul.com
- US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV


/s/ Stephen B. Gerald
Stephen B. Gerald

6484126.1

5

## EXHIBIT A

## DIAMOND COMIC DISTRIBUTORS, INC., *et al.*
## CASE NO. 25-10308 (DER)

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Applications Filed | Objection Deadline |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC<br><br>[Docket No. 1025] | 10/1/25 – 10/31/25 | $15,723.50 (Fees)<br><br>$0.00 (Expenses) | $12,578.80 (Fees @ 80%)<br><br>$0.00 (Expenses @ 100%) | 11/14/25 | 11/28/25 |

6484126.1