IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF TYDINGS & ROSENBERG LLP, AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby certifies that they have received no answer, objection or any other responsive pleading with respect to the *Monthly Fee Statement of Tydings & Rosenberg LLP, as Local Counsel for the Official Committee of Unsecured Creditors for Services Rendered and Expenses Incurred for the Period October 1, 2025 Through October 31, 2025* [Docket No. 1026] (the "Application") of Tydings & Rosenberg LLP ("Applicant"). The undersigned further certifies that it has reviewed the Court's docket in these chapter 11 cases and no answer, objection or other responsive pleading to the Application appears thereon.[2] The Application was filed with the Court on the date listed on **Exhibit A**.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Interim Compensation Order") [Docket No.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have fourteen (14) days after the date of service to object to the Application.

6484124.1

203], entered on March 10, 2025, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application.

Dated: December 1, 2025

| | |
|---|---|
| **TYDINGS & ROSENBERG LLP**<br><br>/s/ *Stephen B. Gerald*<br>Dennis J. Shaffer (MD Bar No. 25680)<br>Stephen B. Gerald (MD Bar No. 26590)<br>1 East Pratt Street, Suite 901<br>Baltimore, MD 21202<br>Telephone: (410) 752-9700<br>Email: dshaffer@tydings.com<br>          sgerald@tydings.com | **LOWENSTEIN SANDLER LLP**<br>Bruce S. Nathan (admitted *pro hac vice*)<br>Gianfranco Finizio (admitted *pro hac vice*)<br>Chelsea R. Frankel (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 262-6700<br>Email: bnathan@lowenstein.com<br>          gfinizio@lowenstein.com<br>          cfrankel@lowenstein.com<br><br>-and-<br><br>Michael Papandrea (admitted *pro hac vice*)<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Email: mpapandrea@lowenstein.com |

*Co-counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of December, 2025, the foregoing was served via email on the following:

Robert Gorin, CRO rgorin@getzlerhenrich.com

And, via the Court's CM/ECF filing system on the parties set forth below.

- Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Peter J Artese peter.artese@us.dlapiper.com
- Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum jack.blum@polsinelli.com,
- lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar thomas.bredar@wilmerhale.com,
- andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wil
- merhale.com
- Andrew Brown abrown@klestadt.com
- Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com
- Darek Bushnaq dsbushnaq@venable.com
- Richard L. Costella rcostella@tydings.com,
- scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
- David W.T. Daniels ddaniels@perkinscoie.com,
- docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
- G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com
- Emily Devan edevan@milesstockbridge.com
- Ellen E. Dew ellen.dew@us.dlapiper.com
- Turner Falk turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano jfasano@mhlawyers.com,
- jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio gfinizio@lowenstein.com
- Adam Fletcher afletcher@bakerlaw.com
- Chelsea R Frankel cfrankel@lowenstein.com
- Jeremy S. Friedberg jeremy@friedberg.legal, ecf@friedberg.legal
- Stephen B. Gerald sgerald@tydings.com
- Christopher J. Giaimo christopher.giaimo@squirepb.com,

- christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin jglikin@shulmanrogers.com,
- abogert@shulmanrogers.com,tlewis@shulmanrogers.com
- Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- Zvi Guttman zvi@zviguttman.com,
- zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- Jeffrey C. Hampton jeffrey.hampton@saul.com
- Jason F Hoffman jhoffman@bakerlaw.com
- Catherine Keller Hopkin chopkin@yvslaw.com,
- pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- James R. Irving james.irving@dentons.com
- Adam H Isenberg adam.isenberg@saul.com
- Harry Conrad Jones HJones@coleschotz.com,
- bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Toyja E. Kelley Toyja.Kelley@troutman.com
- C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- Eric George Korphage korphagee@whiteandwilliams.com
- Jung Yong Lee jlee@milesstockbridge.com, mhickman@tydings.com
- Gary H. Leibowitz gleibowitz@coleschotz.com,
- pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- Thomas J. McKee mckeet@gtlaw.com,
- smedsa@gtlaw.com,Karrie.Barbaro@gtlaw.com,thomas--mckee0902@ecf.pacerpro.com
- Mark Minuti mark.minuti@saul.com, robyn.warren@saul.com
- Randy Moonan rmoonan@sillscummis.com
- William Fuller Moss william.moss@friedberg.legal
- Bruce S. Nathan bnathan@lowenstein.com
- Craig Palik cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;
- cmartin@mhlawyers.com
- Michael Papandrea mpapandrea@lowenstein.com
- Steven Gregory Polard steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
- Scott Prince sprince@bakerlaw.com
- Jonathan Gary Rose jonathan.rose@us.dlapiper.com
- Jordan Rosenfeld jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- Indira Kavita Sharma indira.sharma@troutman.com,

- katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- Nicholas Smargiassi nicholas.smargiassi@saul.com
- David Sommer dsommer@gejlaw.com,
- ceyler@gejlaw.com;gomara@gejlaw.com;mkobylski@gejlaw.com
- Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brentstrickland-3227@ecf.pacerpro.com
- Matthew G. Summers summersm@ballardspahr.com,
- branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
- S. Jason Teele steele@sillscummis.com
- Paige Noelle Topper paige.topper@saul.com
- US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

          */s/ Stephen B. Gerald*  
          Stephen B. Gerald

## EXHIBIT A

**DIAMOND COMIC DISTRIBUTORS, INC.,** *et al.*
**CASE NO. 25-10308 (DER)**

Professional Fees and Expenses
Monthly Fee Application

| Applicant & Docket No. | Time Period Covered | Fees & Expenses Requested in Application | Fees & Expenses Allowed/Awarded | Date Applications Filed | Objection Deadline |
|---|---|---|---|---|---|
| Tydings & Rosenberg LLP  [Docket No. 1026] | 10/1/25 – 10/31/25 | $36,134.50 (Fees)  $142.90 (Expenses) | $28,907.60 (Fees @ 80%)  $142.90 (Expenses @ 100%) | 11/14/25 | 11/28/25 |

6484124.1