# EXHIBIT B



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| INVOICE DATE | 12/18/24 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE NUMBER | E323084216 |

| YOUR REFERENCE | SEE BELOW |

AWB/BL: HDMUHKGM35711800    HAWB/HBL: 61N0879749        ARRIVAL: 12/24/24

CARRIER: YM UPWARD            CUSTOMS#: 231-8775657-8
PCS:  1157PCS     WEIGHT:  5803.5K

DUTY BY CLIENT                    USD              531.13
      THROUGH ABI VIA ACH ON 01/23/25
OCEAN FREIGHT                          15,285.00
OCEAN IMPORT ENTRY                         75.00
ISF Fee                                    35.00
DOC HANDLING FEE                           15.00
CHASSIS RENTAL                            270.00

                    SUB TOTAL:    15,680.00

                  INVOICE TOTAL:    15,680.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024026817-14-5, 2023126817-04-19
2023106817-16-33, 2024016817-06-6, 2024016817-23-5, 2024016817-06-17
2023056817-09-1, 2024016817-26-69, 2024016817-26-70, 2024016817-26-71
2024046817-12-1, 2024046817-12-2, 2024026817-03-1, 2024026817-23-12
2024026817-23-14, 2024026817-23-15, 2024036817-29-6, 2024036817-23-36
2024036817-23-35, 2023126817-25-9, 2024026817-07-21, 2024026817-31-4
2024036817-11-12, 2024016817-13-1, 2024016817-13-2, 2023116817-15-35
2023116817-15-36, 2023116817-29-21, 2023116817-29-19
2023116817-29-20, 2023116817-29-18, 2023126817-11-11
2024016817-01-20, 2024016817-01-21, 2024026817-14-14
2024026817-28-49, 2024026817-23-11, 2024026817-31-1, 2024026817-08-1
2023126817-19-1, 2024036817-23-19, 2024026817-23-3, 2024036817-11-11
2024026817-07-15, 2024026817-07-16, 2023116817-29-12, 2024036817-29-9
2024036817-29-10, 2024036817-29-11

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | | | |
|---|---|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | | | |
| | ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
| | Routing No.: | 121000248 | Routing No.: | 121000248 |
| | Preferred Remittance Format: CTX | | SWIFT: | WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD     21030

| INVOICE DATE | 12/18/24 |
| INVOICE NUMBER | E323084216 |
| YOUR REFERENCE | SEE BELOW |

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

```
        IT V1481668880      12/09/24
        CO TEMU1634746         281 20
        CO KOCU4084177         876 40H
```

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
| --- | --- | --- |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.: 4173975863 | Wire Account No.: 4761071752 |
| | Routing No.: 121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT: WFBIUS6S |

SR 01 Page  2    ORIGINAL  Expeditors Reference:  7321665385



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| INVOICE DATE | 12/18/24 |
| INVOICE NUMBER | E323084581 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6400914940     HAWB/HBL: 6911606111     ARRIVAL: 12/15/24

CARRIER: COSCO NETHERLANDS     CUSTOMS#: 231-8776224-6
PCS:  140PCS    WEIGHT:  928.0K

ADDITIONAL BILLING, ORIGINAL 12/09/24

| | | |
|---|---|---|
| OCEAN FREIGHT | 2,194.50 | USD |
| CFS WAREHOUSE FEE | 106.40 | |
| FORKLIFT FEE | 85.00 | |
| DELIVERY | 260.99 | |
| APPOINTMENT FEE | 100.00 | |
| SUB TOTAL: | 2,746.89 | |
| INVOICE TOTAL: | 2,746.89 | USD |

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:    DST5548, DST5604, DST5642

CO CSNU6300155          140 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 12/26/24 |
| INVOICE NUMBER | E323086930 |
| YOUR REFERENCE | 2024043425 |

AWB/BL: EGLV149409802727    HAWB/HBL: 61N0880123    ARRIVAL: 12/16/24

CARRIER: EVER MACH          CUSTOMS#: 231-8777089-2
PCS:  975PCS    WEIGHT:  3754.0K

ADDITIONAL BILLING, ORIGINAL 12/12/24

YARD PULL                          125.00 USD
3D YARD STORAGE                    105.00
3D ADTL CHASSIS                    135.00
CHASSIS SPLIT                      125.00

                SUB TOTAL:         490.00

             INVOICE TOTAL:        490.00 USD

SERVICE LEVEL: Destination Door Service

             IT VVS11862945       12/07/24
             CO EITU1437730         975 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
|---|---|---|---|
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |

ORIGINAL   Expeditors Reference:  7321666445 A

 **Expeditors**®
*You'd be surprised how far we'll go for you.*

REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 12/26/24 |
| INVOICE NUMBER | E323086931 |
| YOUR REFERENCE | |

AWB/BL: HDMUHKGM53509500    HAWB/HBL: 61N0878903    ARRIVAL: 12/16/24

CARRIER: YM UNANIMITY          CUSTOMS#: 231-8774576-1
PCS:  1058PCS     WEIGHT:  7322.0K

ADDITIONAL BILLING, ORIGINAL 12/12/24

| | | |
|---|---:|---|
| YARD PULL | 125.00 | USD |
| 2D YARD STORAGE | 70.00 | |
| 3D ADTL CHASSIS | 135.00 | |
| CHASSIS SPLIT | 125.00 | |
| SUB TOTAL: | 455.00 | |
| INVOICE TOTAL: | 455.00 | USD |

SERVICE LEVEL: Destination Door Service

IT V1481649286        11/29/24
CO HMMU9042460         1058 45

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |

1/93            J2 02            ORIGINAL   Expeditors Reference:  7321663980 A



REMIT TO


Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 12/27/24 |
| --- | --- |
| INVOICE NUMBER | E323088092 |
| YOUR REFERENCE | |

AWB/BL: ONEYTYOEM0139700     HAWB/HBL: 6930207020     ARRIVAL: 12/31/24

CARRIER: ONE MODERN               CUSTOMS#: 231-8776491-1
PCS:  22PCS     WEIGHT:  592.0K

DUTY BY CLIENT                    USD               41.44
    THROUGH ABI VIA ACH ON 01/23/25
OCEAN FREIGHT                      307.00
OCEAN IMPORT ENTRY                  75.00
DELIVERY LCL                       148.00
ISF Fee                             35.00
DOC HANDLING FEE                    15.00
TERMINAL HANDLING                  135.00

                    SUB TOTAL:     715.00

                INVOICE TOTAL:     715.00 USD

SERVICE LEVEL: CFS to CFS / Standard Service

        IT 058026404        12/27/24
        CO TCNU3946701          22 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
| --- | --- | --- |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.: 4173975863 | Wire Account No.: 4761071752 |
| | Routing No.: 121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT: WFBIUS6S |

1/93                    SR 01              ORIGINAL   Expeditors Reference:  7321668098



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 12/30/24 |
| INVOICE NUMBER | E323088498 |
| YOUR REFERENCE | 2024042085-24 |

AWB/BL: HLCUSZX2410BJTF4    HAWB/HBL: 61N0872907    ARRIVAL: 12/19/24

CARRIER: SEASPAN YANGTZE        CUSTOMS#: 231-8774073-9
PCS:  835PCS    WEIGHT:  2008.0K

ADDITIONAL BILLING, ORIGINAL 12/12/24

```
YARD PULL                           125.00 USD
3D YARD STORAGE                     105.00
CHASSIS SPLIT                       125.00
4D ADTL CHASSIS                     180.00

              SUB TOTAL:            535.00

           INVOICE TOTAL:           535.00 USD
```

SERVICE LEVEL: Destination Door Service

```
          IT V0464984132       11/22/24
          CO TEMU1592260          835 20
```

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
| --- | --- | --- |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO



You'd be surprised how far we'll go for you.

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| INVOICE DATE | 12/30/24 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE NUMBER | E323088499 |

| YOUR REFERENCE | SEE BELOW |

AWB/BL: HLCUSZX2410BJTQ5      HAWB/HBL: 61N0875125      ARRIVAL: 12/20/24

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

CARRIER: ONE ARCADIA          CUSTOMS#: 231-8774693-4
PCS:  246PCS    WEIGHT:  1743.5K

ADDITIONAL BILLING, ORIGINAL 12/05/24

YARD PULL                          125.00 USD
4D YARD STORAGE                    140.00
CHASSIS SPLIT                      125.00
4D ADTL CHASSIS                    180.00

                    SUB TOTAL:      570.00

                 INVOICE TOTAL:     570.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:     2024024552-22, 2023124552-50

             IT V0444140151        11/29/24
             CO GATU1343934           246 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

---

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |

1/93              J2 02              ORIGINAL   Expeditors Reference:   7321664093 A



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| INVOICE DATE | 12/31/24 |
|---|---|

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE NUMBER | E323089280 |
|---|---|

| YOUR REFERENCE | DST5642 |
|---|---|

AWB/BL: HDMUHKGM31277000    HAWB/HBL: 6911604664    ARRIVAL: 12/16/24

CARRIER: YM WHOLESOME         CUSTOMS#: 231-8774257-8
PCS:  1140PCS    WEIGHT:  7797.5K

ADDITIONAL BILLING, ORIGINAL 12/05/24

```
HMMU6296414
YARD PULL HMMU                        125.00 USD
2D YARD STORAGE HMMU                   70.00
CHASSIS SPLIT HMMU                    125.00
7D ADTL CHASSIS HMMU                  315.00
KOCU4616557
CHASSIS SPLIT KOCU                    125.00
CONTAIN DET PER DIEM                  750.00
DETAILS ON LAST PAGE

                 SUB TOTAL:         1,510.00

              INVOICE TOTAL:        1,510.00 USD

SERVICE LEVEL: CY to CY

          IT V1481639097       11/23/24
          CO KOCU4616557            570 40H
          CO HMMU6296414            570 40H
```

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                   121000248 | Routing No.:     121000248 |
| | Preferred Remittance Format: CTX | SWIFT:             WFBIUS6S |



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 12/31/24 |
| INVOICE NUMBER | E323089280 |
| YOUR REFERENCE | DST5642 |

---

DETENTION            Free Time Allowed:    7        Port of Discharge:  MEM
                                                    Port of Unlading:   LAX

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 01/15/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| HMMU6296414 | 250.00 | 12/19/24 | 12/28/24 | 12/25/24 | 3 | 750.00 |
| Total | | | | | | 750.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO


Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 12/31/24 |
| **INVOICE NUMBER** | E323089413 |
| **YOUR REFERENCE** | 2024034552-5 5 |

AWB/BL: EGLV149409580881    HAWB/HBL: 61N0875135        ARRIVAL: 01/06/25

<span style="writing-mode: vertical">ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS</span>

CARRIER: EVER MAX            CUSTOMS#: 231-8776700-5
PCS:  154PCS    WEIGHT:  1242.0K

DUTY BY CLIENT              USD            127.74
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                    3,090.15
OCEAN IMPORT ENTRY                 75.00
DELIVERY LCL                      310.50
ISF Fee                            35.00
DOC HANDLING FEE                   15.00
TERMINAL HANDLING                 223.56

                SUB TOTAL:    3,749.21

            INVOICE TOTAL:    3,749.21 USD

SERVICE LEVEL: CFS to CFS

        IT 058262466        12/30/24
        CO TGBU6534354         154 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO


Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD       21030

| | |
|---|---|
| **INVOICE DATE** | 01/03/25 |
| **INVOICE NUMBER** | E323090929 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: MEDUHF370876       HAWB/HBL: 61N0880557       ARRIVAL: 12/26/24

CARRIER: MSC ROSA M            CUSTOMS#: 231-8775731-1
PCS:  276PCS    WEIGHT:  2014.0K

ADDITIONAL BILLING, ORIGINAL 12/20/24

| | | |
|---|---|---|
| YARD PULL | 125.00 | USD |
| 3D YARD STORAGE | 105.00 | |
| 3D ADTL CHASSIS | 135.00 | |
| CHASSIS SPLIT | 125.00 | |
| SUB TOTAL: | 490.00 | |
| INVOICE TOTAL: | 490.00 | USD |

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:   2024034898-15, 2024024898-14, 2024024898-50
2024034898-28, 2024034898-25, 2024054898-09, 2024054898-24
2024044898-23, 2024064898-14

IT V1P05803115      12/12/24
CO TGHU1945307          276 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:              121000248 | Routing No.:      121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:            WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/03/25 |
| INVOICE NUMBER | E323090970 |
| YOUR REFERENCE | 578583-00-26 |

AWB/BL: EGLV149409779245    HAWB/HBL: 61N0878809    ARRIVAL: 01/08/25

CARRIER: EVER MEMO              CUSTOMS#: 231-8777342-5
PCS:  40PCS      WEIGHT:  370.0K

DUTY BY CLIENT                  USD              94.47
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                    973.25
OCEAN IMPORT ENTRY               75.00
DELIVERY LCL                     92.50
ISF Fee                          35.00
DOC HANDLING FEE                 15.00
TERMINAL HANDLING                135.00

                    SUB TOTAL:    1,325.75

                 INVOICE TOTAL:    1,325.75 USD

SERVICE LEVEL: CFS to CFS

        IT 058666786        01/02/25
        CO EITU9316396          40 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 |

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
|---|---|---|---|
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | |
|---|---|
| **INVOICE DATE** | 01/06/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE NUMBER** | E323092153 |

| |
|---|
| **YOUR REFERENCE** |

AWB/BL: EGLV010401576718     HAWB/HBL: 6911607002        ARRIVAL: 01/09/25

CARRIER: COSCO ENGLAND          CUSTOMS#: 231-8777464-7
PCS:  155PCS    WEIGHT:  740.0K

DUTY BY CLIENT                  USD               267.64
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                         2,305.87
OCEAN IMPORT ENTRY                       75.00
DELIVERY LCL                            185.00
ISF Fee                                  35.00
DOC HANDLING FEE                         15.00
TERMINAL HANDLING                       135.00

                    SUB TOTAL:    2,750.87

               INVOICE TOTAL:    2,750.87 USD

SERVICE LEVEL: CFS to CFS

          IT 058667243        01/06/25
          CO TXGU5620759        155 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:   121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:   WFBIUS6S |



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | |
|---|---|
| **INVOICE DATE** | 01/13/25 |
| **INVOICE NUMBER** | E323095641 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: MEDUOE739133        HAWB/HBL: 65T0061379        ARRIVAL: 12/27/24

---

CARRIER: GUTHORM MAERSK        CUSTOMS#: 231-8775660-2
PCS:  314PCS    WEIGHT:  2414.5K

ADDITIONAL BILLING, ORIGINAL 12/20/24

| | |
|---|---|
| YARD PULL | 125.00 USD |
| 5D YARD STORAGE | 175.00 |
| 6D ADTL CHASSIS | 270.00 |
| CHASSIS SPLIT | 125.00 |
| CONTAIN DET PER DIEM | 500.00 |
| DETAILS ON LAST PAGE | |

SUB TOTAL:     1,195.00

INVOICE TOTAL:     1,195.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024034552-55, 2024014552-25

IT V1P05815051       12/12/24
CO MSMU1194099         314 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



*You'd be surprised how far we'll go for you.*

REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/13/25 |
| INVOICE NUMBER | E323095641 |
| YOUR REFERENCE | SEE BELOW |

DETENTION            Free Time Allowed:    7        Port of Discharge:  MEM
                                                    Port of Unlading:   LAX

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 01/28/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| MSMU1194099 | 250.00 | 12/30/24 | 01/07/25 | 01/05/25 | 2 | 500.00 |
| Total | | | | | | 500.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

REMIT TO 


You'd be surprised how far we'll go for you.

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/13/25 |
| INVOICE NUMBER | E323095642 |
| YOUR REFERENCE | 2024034552-55 |

AWB/BL: HLCUSZX2410COJM4     HAWB/HBL: 61N0875369     ARRIVAL: 12/29/24

CARRIER: YM WELLNESS          CUSTOMS#: 231-8776276-6
PCS:  343PCS     WEIGHT:  2323.5K

ADDITIONAL BILLING, ORIGINAL 12/20/24

| | | |
|---|---|---|
| YARD PULL | 125.00 | USD |
| 4D YARD STORAGE | 140.00 | |
| CHASSIS SPLIT | 125.00 | |
| 6D ADTL CHASSIS | 270.00 | |
| CONTAIN DET PER DIEM | 500.00 | |
| DETAILS ON LAST PAGE | | |

SUB TOTAL:     1,160.00

INVOICE TOTAL:     1,160.00 USD

SERVICE LEVEL: Destination Door Service

IT V0445397263       12/13/24
CO DFSU2672482         343 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:     121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:     WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/13/25 |
| INVOICE NUMBER | E323095642 |
| YOUR REFERENCE | 2024034552-5 5 |

DETENTION            Free Time Allowed:    7        Port of Discharge:  MEM
                                                    Port of Unlading:  LGB

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 01/28/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| DFSU2672482 | 250.00 | 12/31/24 | 01/08/25 | 01/06/25 | 2 | 500.00 |
| Total | | | | | | 500.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |





REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/13/25 |
| INVOICE NUMBER | E323095644 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUOE719523      HAWB/HBL: 65T0060720      ARRIVAL: 12/30/24

---

CARRIER: GRETE MAERSK        CUSTOMS#: 231-8775289-0
PCS:  406PCS    WEIGHT:  2686.0K

ADDITIONAL BILLING, ORIGINAL 12/23/24

CHASSIS SPLIT                          125.00 USD
2D ADTL CHASSIS                         90.00

SUB TOTAL:        215.00

INVOICE TOTAL:        215.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:      2024024552-22, 2023114552-18, 2023094552-27
2024014552-25

IT V1P05819707        12/10/24
CO MSDU2354750            406 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

---

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

ORIGINAL   Expeditors Reference:   7321665437 A



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| INVOICE DATE | 01/15/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE NUMBER | E323096480 |

| YOUR REFERENCE | SEE BELOW |

AWB/BL: HDMUHKGM35711800     HAWB/HBL: 61N0879749     ARRIVAL: 01/03/25

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

CARRIER: YM UPWARD            CUSTOMS#: 231-8775657-8
PCS:  1157PCS      WEIGHT:  5803.5K

ADDITIONAL BILLING, ORIGINAL 12/18/24

KOCU4084177
YARD PULL KOCU                    125.00 USD
2D YARD STORAGE KOCU              70.00
CHASSIS SPLIT KOCU               125.00
5D ADTL CHASSIS KOCU             225.00
TEMU1634746
FLIP FEE TEMU                    125.00
YARD PULL TEMU                   125.00
2D YARD STORAGE TEMU              70.00
CHASSIS SPLIT TEMU               125.00
3D ADTL CHASSIS TEMU             135.00
CONTAIN DET PER DIEM             250.00
DETAILS ON LAST PAGE

                SUB TOTAL:      1,375.00

              INVOICE TOTAL:    1,375.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:     2024026817-14-5, 2023126817-04-19
2023106817-16-33, 2024016817-06-6, 2024016817-23-5, 2024016817-06-17
2023056817-09-1, 2024016817-26-69, 2024016817-26-70, 2024016817-26-71
2024046817-12-1, 2024046817-12-2, 2024026817-03-1, 2024026817-23-12
2024026817-23-14, 2024026817-23-15, 2024036817-29-6, 2024036817-23-36
2024036817-23-35, 2023126817-25-9, 2024026817-07-21, 2024026817-31-4
2024036817-11-12, 2024016817-13-1, 2024016817-13-2, 2023116817-15-35
2023116817-15-36, 2023116817-29-21, 2023116817-29-19

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/15/25 |
| **INVOICE NUMBER** | E323096480 |
| **YOUR REFERENCE** | SEE BELOW |

2023116817-29-20, 2023116817-29-18, 2023126817-11-11
2024016817-01-20, 2024016817-01-21, 2024026817-14-14
2024026817-28-49, 2024026817-23-11, 2024026817-31-1, 2024026817-08-1
2023126817-19-1, 2024036817-23-19, 2024026817-23-3, 2024036817-11-11
2024026817-07-15, 2024026817-07-16, 2023116817-29-12, 2024036817-29-9
2024036817-29-10, 2024036817-29-11

```
IT V1481668880        12/09/24
CO TEMU1634746           281 20
CO KOCU4084177           876 40H
```

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:              121000248 | Routing No.:       121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:             WFBIUS6S |



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/15/25 |
| INVOICE NUMBER | E323096480 |
| YOUR REFERENCE | SEE BELOW |

DETENTION            Free Time Allowed:    7        Port of Discharge:  MEM
                                                    Port of Unlading:   LAX

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 01/30/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| KOCU4084177 | 250.00 | 01/06/25 | 01/13/25 | 01/12/25 | 1 | 250.00 |
| Total | | | | | | 250.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT:    WFBIUS6S |

J2 02 Page  3        ORIGINAL    Expeditors Reference:  7321665385 A



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | |
|---|---|
| **INVOICE DATE** | 12/31/24 |
| **INVOICE NUMBER** | E323089414 |
| **YOUR REFERENCE** | |

AWB/BL: EGLV149409580881    HAWB/HBL: 61N0881622          ARRIVAL: 01/06/25

CARRIER: EVER MAX              CUSTOMS#: 231-8776698-1
PCS:  72PCS    WEIGHT:  200.0K

DUTY BY CLIENT                    USD              89.60
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                      1,124.75
OCEAN IMPORT ENTRY                    75.00
DELIVERY LCL                          60.00
ISF Fee                               35.00
DOC HANDLING FEE                      15.00
TERMINAL HANDLING                    135.00

                    SUB TOTAL:    1,444.75

                  INVOICE TOTAL:   1,444.75 USD

SERVICE LEVEL: CFS to CFS

            IT 058262470        12/30/24
            CO TGBU6534354          72 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:  121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/03/25 |
| INVOICE NUMBER | E323091002 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUHF495137      HAWB/HBL: 61N0878782      ARRIVAL: 01/09/25

CARRIER: MSC LA SPEZIA        CUSTOMS#: 231-8776853-2
PCS:  577PCS    WEIGHT:  3077.5K

DUTY BY CLIENT                    USD          2,542.94
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                          5,885.00
OCEAN IMPORT ENTRY                        75.00
ISF Fee                                   35.00
DOC HANDLING FEE                          15.00
CHASSIS RENTAL                           135.00

                    SUB TOTAL:    6,145.00

                  INVOICE TOTAL:    6,145.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    DST5645, DST5686, DST5701, DST5710, DST5718

              IT V1P05825654      12/26/24
              CO MEDU2950010          577 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:    121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93              SR 01              ORIGINAL    Expeditors Reference:    7321669596



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD      21030

| | |
|---|---|
| **INVOICE DATE** | 01/03/25 |
| **INVOICE NUMBER** | E323091003 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: MEDUHF643629        HAWB/HBL: 61N0882309        ARRIVAL: 01/09/25

---

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

CARRIER: MSC LA SPEZIA        CUSTOMS#: 231-8777380-5
PCS:  2065PCS    WEIGHT:  11095.0K

DUTY BY CLIENT                USD           1,491.42
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                        18,885.00
OCEAN IMPORT ENTRY                       75.00
ISF Fee                                  35.00
DOC HANDLING FEE                         15.00
CHASSIS RENTAL                          405.00

                    SUB TOTAL:     19,415.00

                INVOICE TOTAL:     19,415.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024016817-29-3, 2023066817-04-64
2023106817-16-31, 2024026817-22-3, 2024026817-22-4, 2023056817-21-5
2023126817-11-3, 2024016817-04-4, 2024016817-04-5, 2023086817-30-14
2024026817-14-2, 2024036817-23-22, 2024016817-08-17, 2024016817-08-18
2024036817-23-25, 2024036817-23-26, 2024036817-23-24
2024036817-23-27, 2024036817-23-28, 2023076817-13-5, 2024016817-08-15
2024026817-07-17, 2023096817-05-2, 2024026817-22-1, 2023126817-11-15
2024016817-23-2, 2024016817-23-11, 2023126817-25-1, 2024016817-08-8
2024026817-14-10, 2024026817-28-8, 2023126817-23-18, 2024026817-07-26
2024026817-07-27, 2024026817-07-28, 2024026817-07-31
2024026817-07-32, 2024026817-07-30, 2024046817-12-5, 2024026817-07-38
2024016817-26-58, 2024036817-23-20, 2024016817-08-22
2024026817-07-39, 2024036817-03-7, 2024036817-03-8, 2023066817-02-5
2023066817-02-6, 2024026817-06-3, 2024046817-04-3, 2024046817-04-2
2024046817-04-4, 2024046817-04-5, 2024026817-22-2, 2023116817-22-1
2024026817-14-4, 2023066817-02-1, 2024036817-18-1, 2024046817-04-1

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD       21030

| INVOICE DATE | 01/03/25 |
| INVOICE NUMBER | E323091003 |
| YOUR REFERENCE | SEE BELOW |

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

```
2024026817-14-6, 2024026817-14-7, 2024036817-18-12, 2024026817-07-23
2023076817-23-3, 2024026817-31-16, 2024016817-08-24, 2024036817-18-13
2024046817-03-21, 2024046817-27-18, 2024046817-27-14
2024026817-08-23, 2024026817-08-8, 2024026817-08-16, 2024026817-08-5
2024026817-08-14, 2024026817-08-13, 2024026817-08-24, 2024026817-08-6
2024026817-08-10, 2024026817-08-17, 2024026817-08-9, 2024026817-08-11
2024026817-08-22, 2024026817-08-25, 2024026817-08-21
2024026817-15-38, 2024026817-08-12, 2024026817-08-20
2024026817-08-15, 2024026817-08-18, 2024026817-15-20, 2024026817-08-7
2024046817-23-5, 2024036817-23-39, 2024036817-23-38, 2024036817-23-45
2024036817-23-44, 2024036817-23-46, 2024036817-23-37
2022056817-03-25, 2024046817-23-1, 2024046817-23-6, 2024046817-23-8
2024046817-23-7, 2023116817-29-11, 2023116817-29-10, 2023116817-29-23
2024026817-23-1, 2024026817-23-2, 2024026817-06-1, 2024026817-28-51
2024036817-29-7, 2024036817-29-8, 2023116817-28-2, 2023126817-25-11
2023066817-09-3, 2023106817-16-40, 2023116817-15-37, 2023116817-29-1
2024016817-19-6, 2024016817-19-5, 2024026817-15-27, 2024016817-01-32
2024016817-01-31, 2023066817-25-5, 2023126817-18-1, 2023096817-12-1
2023116817-06-3, 2024036817-15-31, 2024036817-15-30, 2024036817-15-23
2024036817-15-24, 2024036817-15-27, 2024036817-15-26
2024036817-15-29, 2024036817-15-28, 2024036817-15-25
2024026817-22-15, 2024026817-22-17, 2024026817-22-18
2024026817-22-16, 2024026817-28-21, 2024026817-28-20, 2023126817-04-2
2024036817-03-15, 2024046817-19-6, 2023116817-06-6, 2023116817-06-7
2024026817-07-20, 2024026817-07-19, 2024026817-31-17
2024026817-22-12, 2024026817-07-4, 2024026817-07-3, 2024026817-07-1
2024026817-28-29, 2024046817-15-10, 2024036817-29-15, 2024016817-01-1
2024046817-27-3, 2024046817-27-4, 2024046817-27-5, 2024026817-31-3
2024026817-31-2, 2024026817-15-19, 2023096817-05-1, 2024036817-11-13
2023126817-19-10, 2023126817-19-9, 2024026817-07-40, 2024026817-07-41
```

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |

REMIT TO 



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN 38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD 21030

| | |
|---|---|
| **INVOICE DATE** | 01/03/25 |
| **INVOICE NUMBER** | E323091003 |
| **YOUR REFERENCE** | SEE BELOW |

<div style="writing-mode: vertical">ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS</div>

2024036817-26-5, 2024046817-27-11, 2024036817-03-20, 2024056817-03-34
2024036817-03-6, 2024036817-15-22, 2024056817-04-1, 2024036817-11-14
2024016817-26-43, 2024016817-26-44, 2024016817-26-45
2024016817-26-46, 2024026817-28-26, 2024026817-14-18
2024026817-14-20, 2024026817-14-19, 2024046817-03-14
2024046817-03-13, 2024046817-03-11, 2024046817-08-14
2024026817-28-42, 2024026817-28-44, 2024026817-28-43, 2023126817-28-1
2024036817-23-14, 2024036817-23-33, 2024026817-15-16
2024016817-16-18

```
IT V1P05825654      12/27/24
CO FFAU5919847          675 40H
CO MSMU8834731         1025 40H
CO CAIU3748174          365 20
```

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.: 4173975863 | Wire Account No.: 4761071752 |
| | Routing No.: 121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT: WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN 38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| **INVOICE DATE** | 01/06/25 |
| **INVOICE NUMBER** | E323092148 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: EGLV010401576662    HAWB/HBL: 6911606775      ARRIVAL: 01/09/25

CARRIER: COSCO SHIPPING ANDES CUSTOMS#: 231-8776697-3
PCS: 43PCS    WEIGHT:  333.0K

```
DUTY BY CLIENT                 USD              207.60
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                       924.35
OCEAN IMPORT ENTRY                   75.00
DELIVERY LCL                         83.25
ISF Fee                              35.00
DOC HANDLING FEE                     15.00
TERMINAL HANDLING                   135.00

                    SUB TOTAL:    1,267.60

                INVOICE TOTAL:    1,267.60 USD
```

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:    2023074239-09, 2023084239-13, 2024034239-06

            IT 058670290        01/06/25
            CO EGHU9329751            43 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:              121000248 | Routing No.:     121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:           WFBIUS6S |



REMIT TO


Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| INVOICE DATE | 01/06/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD       21030

| INVOICE NUMBER | E323092158 |

| YOUR REFERENCE | |

AWB/BL: EGLV149409779262    HAWB/HBL: 61N0881993       ARRIVAL: 01/09/25

CARRIER: EVER MEMO            CUSTOMS#: 231-8777744-2
PCS:  64PCS    WEIGHT:  634.0K

DUTY BY CLIENT                    USD            182.95
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                    1,850.75
OCEAN IMPORT ENTRY                 75.00
DELIVERY LCL                      158.50
ISF Fee                            35.00
DOC HANDLING FEE                   15.00
TERMINAL HANDLING                 135.00

                    SUB TOTAL:    2,269.25

                 INVOICE TOTAL:   2,269.25 USD

SERVICE LEVEL: CFS to CFS

        IT 058670393       01/06/25
        CO EGSU9652557          64 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/terms-conditions-global.  All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104

| ACH Credit Account No.:   4173975863 | Wire Account No.:   4761071752 |
| Routing No.:   121000248 | Routing No.:   121000248 |
| Preferred Remittance Format:  CTX | SWIFT:   WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| INVOICE DATE | 01/06/25 |
| INVOICE NUMBER | E323092159 |
| YOUR REFERENCE | 2023125577-15 |

AWB/BL: EGLV149409779262    HAWB/HBL: 61N0882252    ARRIVAL: 01/09/25

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

CARRIER: EVER MEMO            CUSTOMS#: 231-8777522-2
PCS: 81PCS      WEIGHT:  313.0K

DUTY BY CLIENT                    USD            109.40
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                   1,646.15
OCEAN IMPORT ENTRY                75.00
DELIVERY LCL                      78.25
ISF Fee                           35.00
DOC HANDLING FEE                  15.00
TERMINAL HANDLING                135.00

                    SUB TOTAL:    1,984.40

               INVOICE TOTAL:    1,984.40 USD

SERVICE LEVEL: CFS to CFS

          IT 058670404        01/06/25
          CO EGSU9652557          81 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

---

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 |

| | | | |
|---|---|---|---|
| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/06/25 |

| INVOICE NUMBER | E323092163 |

| YOUR REFERENCE | |

AWB/BL: EGLV149409779262    HAWB/HBL: 61N0882934        ARRIVAL: 01/09/25

CARRIER: EVER MEMO            CUSTOMS#: 231-8777470-4
PCS:  84PCS     WEIGHT:  480.0K

DUTY BY CLIENT                    USD              71.28
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                      1,868.00
OCEAN IMPORT ENTRY                   75.00
DELIVERY LCL                        120.00
ISF Fee                              35.00
DOC HANDLING FEE                     15.00
TERMINAL HANDLING                   135.00

                    SUB TOTAL:    2,248.00

                 INVOICE TOTAL:    2,248.00 USD

SERVICE LEVEL: CFS to CFS

          IT 058670415        01/06/25
          CO EGSU9652557            84 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.: 4173975863 | Wire Account No.: 4761071752 |
| | Routing No.: 121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT: WFBIUS6S |

1/93                    SR 01                    ORIGINAL    Expeditors Reference:    7321671323



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | | |
|---|---|---|
| **INVOICE DATE** | 01/06/25 |
| **INVOICE NUMBER** | E323092165 |
| **YOUR REFERENCE** | SEE BELOW |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

AWB/BL: MEDUH8513374       HAWB/HBL: 65T0061781      ARRIVAL: 01/12/25

CARRIER: MAERSK ALTAIR         CUSTOMS#: 231-8777746-7
PCS:  877PCS    WEIGHT:  5393.5K

DUTY BY CLIENT                USD              572.53
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                        7,035.00
OCEAN IMPORT ENTRY                     75.00
ISF Fee                                35.00
DOC HANDLING FEE                       15.00
CHASSIS RENTAL                        135.00

                 SUB TOTAL:     7,295.00

               INVOICE TOTAL:     7,295.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2023124552-1, 2024034552-68, 2024034552-55
575852-00, 2024044552-67, 2023094552-21, 2023014552-62

          IT V1P05829318        12/30/24
          CO MSDU6742157          877 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT: WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/07/25 |
| **INVOICE NUMBER** | E323092532 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: HDMUHKGM11268300    HAWB/HBL: 6911604984    ARRIVAL: 01/13/25

CARRIER: YM UNANIMITY        CUSTOMS#: 231-8774571-2
PCS:  2368PCS    WEIGHT:  11473.0K

ADDITIONAL BILLING, ORIGINAL 12/13/24

EXAM CHARGES                           375.00 USD
DISBURSEMENT FEE                       100.00

SUB TOTAL:      475.00

INVOICE TOTAL:      475.00 USD

SERVICE LEVEL: CY to CY

YOUR REFERENCES:    DST5604, DST5622, DST5643, DST5642, DST5639
DST5651, DST5548

IT V1481649328       11/29/24
CO KOCU4166526          729 40H
CO KOCU4334086         1639 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO


Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | | |
|---|---|---|
| **INVOICE DATE** | 01/07/25 |
| **INVOICE NUMBER** | E323092572 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: HDMUHKGM11268300     HAWB/HBL: 6911604984          ARRIVAL: 01/13/25

CARRIER: YM UNANIMITY          CUSTOMS#: 231-8774571-2
PCS:  2368PCS      WEIGHT:  11473.0K

ADDITIONAL BILLING, ORIGINAL 12/13/24

EXAM CHARGES                              375.00 USD

                    SUB TOTAL:        375.00

                  INVOICE TOTAL:        375.00 USD

SERVICE LEVEL: CY to CY

YOUR REFERENCES:     DST5604, DST5622, DST5643, DST5642, DST5639
DST5651, DST5548

            IT V1481649328        11/29/24
            CO KOCU4166526          729 40H
            CO KOCU4334086         1639 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | | |
|---|---|---|
| Diamond Comic Distributors, Inc. | **INVOICE DATE** | 01/09/25 |
| 10150 York Road | | |
| Ste 300 | **INVOICE NUMBER** | E323094420 |
| Hunt Valley, MD          21030 | | |
| | **YOUR REFERENCE** | |

AWB/BL: HDMUHKGM22556300     HAWB/HBL: 6911607614          ARRIVAL: 01/13/25

CARRIER: ONE BLUE JAY          CUSTOMS#: 231-8779141-9
PCS:  1300PCS     WEIGHT:  12610.0K

DUTY BY CLIENT                    USD          9,105.16
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                        5,885.00
OCEAN IMPORT ENTRY                     75.00
ISF Fee                                35.00
DOC HANDLING FEE                       15.00
CHASSIS RENTAL                        135.00

                    SUB TOTAL:     6,145.00

                  INVOICE TOTAL:     6,145.00 USD

SERVICE LEVEL: CY to CY

          IT V1481711193      01/04/25
          CO OCGU2006524        1300 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                 121000248 | Routing No.:      121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:            WFBIUS6S |

1/93          SR 01                    ORIGINAL     Expeditors Reference:   7321671319



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/10/25 |

| INVOICE NUMBER | E323095111 |

| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6402808110      HAWB/HBL: 6911605420      ARRIVAL: 01/17/25

---

CARRIER: OOCL POLAND          CUSTOMS#: 231-8779035-3
PCS:  223PCS    WEIGHT:  1029.0K

DUTY BY CLIENT                  USD              863.45
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                        1,705.86
OCEAN IMPORT ENTRY                      75.00
ISF Fee                                 35.00
DOC HANDLING FEE                        15.00
CHASSIS RENTAL                         135.00

                  SUB TOTAL:     1,965.86

                INVOICE TOTAL:     1,965.86 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:     STMORE-0008, STMORB-0012

              IT V2106507826        01/05/25
              CO TLLU7738564          223 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93              SR 01                  ORIGINAL    Expeditors Reference:    7321673464



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/10/25 |
| INVOICE NUMBER | E323095112 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6402808110     HAWB/HBL: 6911607487     ARRIVAL: 01/17/25

CARRIER: OOCL POLAND          CUSTOMS#: 231-8779724-2
PCS:  274PCS    WEIGHT:  1955.0K

DUTY BY CLIENT                    USD          4,559.80
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                         3,823.92
OCEAN IMPORT ENTRY                      75.00
ISF Fee                                 35.00
DOC HANDLING FEE                        15.00

                    SUB TOTAL:     3,948.92

                 INVOICE TOTAL:     3,948.92 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2023061089-18, 2024041089-10, 2024021089-22
2024041089-27, 2024011089-08

             IT V2106507826       01/05/25
             CO TLLU7738564          274 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:     121000248 | Routing No.:     121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:     WFBIUS6S |

SR 01          ORIGINAL   Expeditors Reference:   7321673465



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/10/25 |

| INVOICE NUMBER | E323095113 |

| YOUR REFERENCE | 2024070309-67 |

AWB/BL: COSU6402808110       HAWB/HBL: 6911607709      ARRIVAL: 01/17/25

CARRIER: OOCL POLAND          CUSTOMS#: 231-8778029-7
PCS:  333PCS    WEIGHT:  410.0K

DUTY BY CLIENT                    USD              131.98
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                         666.39
OCEAN IMPORT ENTRY                     75.00
ISF Fee                                35.00
DOC HANDLING FEE                       15.00

                    SUB TOTAL:      791.39

                 INVOICE TOTAL:      791.39 USD

SERVICE LEVEL: Destination Door Service

            IT V2106507826        01/04/25
            CO TLLU7738564          213 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.: 4173975863 | Wire Account No.: 4761071752 |
| | Routing No.: 121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT: WFBIUS6S |



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| INVOICE DATE | 01/10/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE NUMBER | E323095114 |

| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6402808110        HAWB/HBL: 6911607820        ARRIVAL: 01/17/25

---

CARRIER: OOCL POLAND            CUSTOMS#: 231-8778455-4
PCS:  55PCS     WEIGHT:  366.0K

| | |
|---|---|
| OCEAN FREIGHT | 779.38 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| SUB TOTAL: | 904.38 |
| INVOICE TOTAL: | 904.38 USD |

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024053220-13, PI-2408045, PI-2408098, PI-2408072

                    IT V2106507826        01/05/25
                    CO TLLU7738564            55 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/terms-conditions-global.  All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:      4173975863<br>Routing No.:                    121000248<br>Preferred Remittance Format:  CTX | Wire Account No.:  4761071752<br>Routing No.:          121000248<br>SWIFT:                  WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/10/25 |

| INVOICE NUMBER | E323095115 |

| YOUR REFERENCE | 2024053403-12 |

AWB/BL: COSU6402808110       HAWB/HBL: 6911607999       ARRIVAL: 01/17/25

CARRIER: OOCL POLAND           CUSTOMS#: 231-8778013-1
PCS:  89PCS      WEIGHT:  331.0K

DUTY BY CLIENT                    USD              407.80
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                           538.78
OCEAN IMPORT ENTRY                       75.00
ISF Fee                                  35.00
DOC HANDLING FEE                         15.00

                    SUB TOTAL:      663.78

                 INVOICE TOTAL:     663.78 USD

SERVICE LEVEL: Destination Door Service

          IT V2106507826      01/04/25
          CO TLLU7738564           89 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

*ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS*

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                    121000248 | Routing No.:         121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:                WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD      21030

| INVOICE DATE | 01/10/25 |
| INVOICE NUMBER | E323095117 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6402593450      HAWB/HBL: 6911607762      ARRIVAL: 01/16/25

CARRIER: COSCO ENGLAND          CUSTOMS#: 231-8777469-6
PCS:  48PCS    WEIGHT:  431.0K

DUTY BY CLIENT                  USD              90.28
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                       2,327.17
OCEAN IMPORT ENTRY                     75.00
DELIVERY LCL                          107.75
ISF Fee                                35.00
DOC HANDLING FEE                       15.00
TERMINAL HANDLING                     135.00

                    SUB TOTAL:     2,694.92

                INVOICE TOTAL:     2,694.92 USD

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:    2024023145-14, 2024043145-01, 2024023145-31
2023113145-29, 2023073145-25, 2024053145-19, 2024023145-27
2024073145-10, 2023123145-11

            IT 058673646        01/06/25
            CO CCLU7753902          48 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:     121000248 | Routing No.:     121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:     WFBIUS6S |

1/93            SR 01            ORIGINAL   Expeditors Reference:   7321671330



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| INVOICE DATE | 01/10/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD      21030

| INVOICE NUMBER | E323095118 |

| YOUR REFERENCE | SEE BELOW |

AWB/BL: ZIMUSHH31559713      HAWB/HBL: 61N0884229      ARRIVAL: 01/16/25

CARRIER: ZIM ALBATROSS          CUSTOMS#: 231-8779438-9
PCS:  934PCS     WEIGHT:  4935.5K

DUTY BY CLIENT                    USD            1,052.63
      THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                              6,535.00
OCEAN IMPORT ENTRY                            75.00
ISF Fee                                       35.00
DOC HANDLING FEE                              15.00
CHASSIS RENTAL                               135.00

                    SUB TOTAL:    6,795.00

                  INVOICE TOTAL:    6,795.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024016817-08-19, 2024016817-08-20
2024056817-03-33, 2024056817-03-35, 2024026817-14-17
2024046817-19-10, 2024046817-19-15, 2024016817-17-1, 2024016817-17-2
2024056817-23-5, 2024056817-10-2, 2024056817-10-3, 2024056817-67-1
2024056817-03-16, 2024056817-03-9, 2023106817-16-39, 2024026817-03-2
2024036817-08-1, 2024036817-15-21, 2023036817-10-1, 2023026817-22-2
2024026817-07-36, 2023106817-16-19, 2024016817-26-54, 2023106817-07-3
2023116817-14-18, 2024046817-04-15, 2024046817-04-14
2024046817-04-16, 2024046817-04-17, 2024046817-04-18
2024046817-04-19, 2024076817-17-29, 2024076817-17-28
2024016817-11-24, 2024046817-15-14, 2024056817-16-14, 2024066817-04-3
2024036817-11-8, 2024026817-28-48, 2024056817-10-12, 2024056817-10-14
2024056817-10-13, 2023086817-18-4, 2024026817-23-8, 2024026817-23-9
2024026817-23-10, 2023126817-25-6, 2024016817-10-6, 2024016817-08-4
2023116817-14-1, 2024036817-26-1, 2024016817-13-5, 2024056817-10-10
2024036817-26-10, 2024046817-05-3, 2024046817-05-2, 2024056817-23-3

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/10/25 |
| INVOICE NUMBER | E323095118 |
| YOUR REFERENCE | SEE BELOW |

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

2024056817-23-4, 2024056817-16-11, 2024056817-16-12, 2024016817-26-55
2024016817-26-56, 2024026817-15-21, 2024026817-15-22
2024056817-03-19, 2023096817-29-1, 2024016817-13-4, 2024046817-19-11
2024046817-19-9, 2024046817-19-14, 2024046817-03-6, 2024046817-22-5
2024046817-15-18, 2024046817-15-20, 2024046817-15-19
2024056817-03-20, 2024056817-27-9, 2024056817-03-6, 2024056817-03-10
2024026817-07-14, 2024016817-08-12, 2024056817-23-16
2024056817-23-15, 2024066817-28-24, 2023096817-17-8, 2024026817-06-2
2024026817-10-5, 2024036817-02-3, 2024036817-02-2, 2024026817-28-30
2024046817-27-10, 2024036817-11-1, 2024036817-11-2, 2024016817-19-1
2024056817-02-1, 2023126817-01-5, 2024016817-08-5, 2024026817-23-5
2024046817-08-1, 2023066817-25-9, 2024046817-05-9, 2024036817-23-29
2024036817-26-12, 2024036817-26-11, 2023096817-28-2, 2023096817-28-1
2024016817-01-15, 2024016817-01-16, 2024016817-01-17
2024016817-01-18, 2024056817-16-8

        IT V2502859490        02/02/25
        CO JXLU6471097          934 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT: WFBIUS6S |

1/93              SR 01 Page   2        ORIGINAL    Expeditors Reference:   7321673783



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | |
|---|---|
| INVOICE DATE | 01/10/25 |
| INVOICE NUMBER | E323095120 |
| YOUR REFERENCE | 2024044552-24 |

AWB/BL: EGLV149410209899    HAWB/HBL: 61N0879482    ARRIVAL: 01/16/25

CARRIER: OOCL POLAND          CUSTOMS#: 231-8778021-4
PCS:  50PCS     WEIGHT:  210.0K

DUTY BY CLIENT                     USD                35.94
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                     469.25
OCEAN IMPORT ENTRY                75.00
DELIVERY LCL                      60.00
ISF Fee                           35.00
DOC HANDLING FEE                  15.00
TERMINAL HANDLING                135.00

                    SUB TOTAL:     789.25

               INVOICE TOTAL:      789.25 USD

SERVICE LEVEL: CFS to CFS

          IT 058682680        01/09/25
          CO EGHU9802946         50 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                121000248 | Routing No.:      121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:            WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/10/25 |
|---|---|
| INVOICE NUMBER | E323095121 |
| YOUR REFERENCE | |

AWB/BL: ZIMUSHH31559717      HAWB/HBL: 61N0884232        ARRIVAL: 01/16/25

CARRIER: ZIM ALBATROSS          CUSTOMS#: 231-8779740-8
PCS:  1393PCS      WEIGHT:  7059.5K

DUTY BY CLIENT                    USD              895.50
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                      14,471.00
OCEAN IMPORT ENTRY                     75.00
ISF Fee                                35.00
DOC HANDLING FEE                       15.00
CHASSIS RENTAL                        270.00

                    SUB TOTAL:    14,866.00

                  INVOICE TOTAL:  14,866.00 USD

SERVICE LEVEL: Destination Door Service

          IT V2502859508      01/02/25
          CO ZCSU2796073       658 40
          CO ZCSU2797655       735 40

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT:    WFBIUS6S |

1/93            SR 01              ORIGINAL    Expeditors Reference:   7321673816



REMIT TO



You'd be surprised how far we'll go for you.

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/14/25 |
| --- | --- |

| INVOICE NUMBER | E323096260 |
| --- | --- |

| YOUR REFERENCE | |
| --- | --- |

AWB/BL: COSU6404040190        HAWB/HBL: 6395931936        ARRIVAL: 01/17/25

CARRIER: COSCO EUROPE          CUSTOMS#: 231-8780707-4
PCS:  204PCS    WEIGHT:  2464.5K

| | | |
| --- | --- | --- |
| DUTY BY CLIENT | USD | 41.85 |
| THROUGH ABI VIA ACH ON 02/24/25 | | |
| OCEAN FREIGHT | 4,125.06 | |
| OCEAN IMPORT ENTRY | 75.00 | |
| DELIVERY LCL | 500.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| TERMINAL HANDLING | 443.61 | |

SUB TOTAL:    5,193.67

INVOICE TOTAL:    5,193.67 USD

SERVICE LEVEL: CFS to CFS

IT V2106511992        01/03/25
CO OOCU4795190          204 40

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
| --- | --- | --- |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:              121000248 | Routing No.:      121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:            WFBIUS6S |

SR 01                    ORIGINAL    Expeditors Reference:    7321673631



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD         21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097500 |
| YOUR REFERENCE | 2024044552-24 |

AWB/BL: ONEYHANED6778602     HAWB/HBL: 65T0063365     ARRIVAL: 01/19/25

CARRIER: MOL CREATION           CUSTOMS#: 231-8779019-7
PCS: 69PCS     WEIGHT:  490.0K

DUTY BY CLIENT                   USD              55.62
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                        1,363.40
OCEAN IMPORT ENTRY                      75.00
DELIVERY LCL                           122.50
ISF Fee                                 35.00
DOC HANDLING FEE                        15.00
TERMINAL HANDLING                      135.00

                    SUB TOTAL:      1,745.90

                INVOICE TOTAL:      1,745.90 USD

SERVICE LEVEL: CFS to CFS

          CO NYKU0749019              69 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:      4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                 121000248 | Routing No.:      121000248 |
| | Preferred Remittance Format: CTX | SWIFT:            WFBIUS6S |

1/93               MA 01                          ORIGINAL    Expeditors Reference:   7321674377



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097501 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: ONEYHANED6778602    HAWB/HBL: 65T0063832    ARRIVAL: 01/19/25

CARRIER: MOL CREATION          ORIGIN: HPH
PCS:  411PCS    WEIGHT:  660.5K

| OCEAN FREIGHT | 1,788.44 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| DELIVERY LCL | 165.13 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| TERMINAL HANDLING | 135.00 |

                    SUB TOTAL:     2,213.57

                  INVOICE TOTAL:     2,213.57 USD

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:     579073-00, 579327-00

               CO NYKU0749019          411 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:               121000248 | Routing No.:       121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:             WFBIUS6S |

1/93          MA 01                    ORIGINAL    Expeditors Reference:    7321674378



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | |
|---|---|
| **INVOICE DATE** | 01/16/25 |
| **INVOICE NUMBER** | E323097502 |
| **YOUR REFERENCE** | |

AWB/BL: MEDUHF825036      HAWB/HBL: 61N0883889      ARRIVAL: 01/18/25

CARRIER: MSC LORENZA          CUSTOMS#: 231-8779021-3
PCS:  1206PCS    WEIGHT:  29515.0K

DUTY BY CLIENT                    USD              620.29
      THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                        14,471.00
OCEAN IMPORT ENTRY                       75.00
ISF Fee                                  35.00
DOC HANDLING FEE                         15.00
CHASSIS RENTAL                          270.00

                    SUB TOTAL:    14,866.00

                  INVOICE TOTAL:    14,866.00 USD

SERVICE LEVEL: Destination Door Service

          IT V1P05835745        01/07/25
          CO TIIU5893976          1164 40H
          CO CAAU5095918            42 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                     121000248 | Routing No.:      121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:             WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097503 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6404768230      HAWB/HBL: 6911608274      ARRIVAL: 01/19/25

CARRIER: COSCO SHIPPING DENAL CUSTOMS#: 231-8778430-7
PCS:  1838PCS      WEIGHT:  3993.0K

DUTY BY CLIENT                  USD            791.65
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                          7,535.00
OCEAN IMPORT ENTRY                        75.00
ISF Fee                                   35.00
DOC HANDLING FEE                          15.00
CHASSIS RENTAL                           135.00

                    SUB TOTAL:    7,795.00

                INVOICE TOTAL:    7,795.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:     579009-00, 2024050309-55, 579327-00

          IT V2106540710       01/12/25
          CO CCLU7487715          400 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/16/25 |
| **INVOICE NUMBER** | E323097504 |
| **YOUR REFERENCE** | |

AWB/BL: HDMUOSAM51596000      HAWB/HBL: 6940164481        ARRIVAL: 01/24/25

CARRIER: NYK VENUS            ORIGIN: OSA
PCS:  209PCS    WEIGHT:  1627.5K

| | | |
|---|---|---|
| OCEAN FREIGHT | 8,092.63 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| DELIVERY LCL | 406.88 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| TERMINAL HANDLING | 292.95 | |
| SUB TOTAL: | 8,917.46 | |
| INVOICE TOTAL: | 8,917.46 | USD |

SERVICE LEVEL: CFS to CFS

        IT 058694532        01/16/25
        CO KOCU4583068          209 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

*ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS*

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:   121000248 | Routing No.:   121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:   WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | |
|---|---|
| **INVOICE DATE** | 01/16/25 |
| **INVOICE NUMBER** | E323097505 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: COSU6404791951      HAWB/HBL: 61N0880623      ARRIVAL: 01/26/25

CARRIER: COSCO TAICANG        CUSTOMS#: 231-8780107-7
PCS:  781PCS    WEIGHT:  5656.0K

| | | |
|---|---|---|
| OCEAN FREIGHT | 7,535.00 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| CHASSIS RENTAL | 135.00 | |
| | | |
| SUB TOTAL: | 7,795.00 | |
| | | |
| INVOICE TOTAL: | 7,795.00 | USD |

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024034552-55, 2024044552-24, 2024074552-01

            IT V2106569156      01/14/25
            CO BSIU8438963          781 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |

| INVOICE NUMBER | E323097506 |

| YOUR REFERENCE | |

AWB/BL: EGLV149410415162    HAWB/HBL: 61N0885194      ARRIVAL: 01/26/25

CARRIER: EVER MILD              CUSTOMS#: 231-8780114-3
PCS: 72PCS    WEIGHT:  510.0K

| OCEAN FREIGHT | 1,900.50 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| DELIVERY LCL | 127.50 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| TERMINAL HANDLING | 135.00 |

SUB TOTAL:    2,288.00

INVOICE TOTAL:    2,288.00 USD

SERVICE LEVEL: CFS to CFS

CO TIIU4991767         72 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT: WFBIUS6S |

1/93              MA 01                  ORIGINAL    Expeditors Reference:    7321676918



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097507 |
| YOUR REFERENCE | 2024044552-24 |

AWB/BL: EGLV149410415171    HAWB/HBL: 61N0879451       ARRIVAL: 01/26/25

CARRIER: EVER MILD              CUSTOMS#: 231-8780043-4
PCS:  120PCS    WEIGHT:  790.0K

| | |
|---|---|
| OCEAN FREIGHT | 2,553.60 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| DELIVERY LCL | 197.50 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| TERMINAL HANDLING | 142.20 |
| SUB TOTAL: | 3,018.30 |
| INVOICE TOTAL: | 3,018.30 USD |

SERVICE LEVEL: CFS to CFS

            CO CAAU5063891          120 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:                  121000248 | Routing No.:         121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:                  WFBIUS6S |

1/93              MA 01                 ORIGINAL   Expeditors Reference:   7321676920



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097508 |
| YOUR REFERENCE | 2024063717-14 |

AWB/BL: EGLV149410415171     HAWB/HBL: 61N0885809        ARRIVAL: 01/26/25

CARRIER: EVER MILD            CUSTOMS#: 231-8780781-9
PCS:  118PCS    WEIGHT:  986.0K

| | | |
|---|---|---|
| OCEAN FREIGHT | 2,031.75 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| DELIVERY LCL | 246.50 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| TERMINAL HANDLING | 177.48 | |

                 SUB TOTAL:    2,580.73

                INVOICE TOTAL:    2,580.73 USD

SERVICE LEVEL: CFS to CFS

          CO CAAU5063891          118 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 |

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
|---|---|---|---|
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |

1/93              MA  01                    ORIGINAL   Expeditors Reference:   7321676921



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097509 |
| YOUR REFERENCE | |

AWB/BL: ZIMUSHH31582044      HAWB/HBL: 61N0886242        ARRIVAL: 01/28/25

CARRIER: MACKENZIE              CUSTOMS#: 231-8779654-1
PCS: 42PCS     WEIGHT:  253.0K

| | | |
|---|---|---|
| OCEAN FREIGHT | 1,284.50 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| DELIVERY LCL | 63.25 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| TERMINAL HANDLING | 135.00 | |

SUB TOTAL:     1,607.75

INVOICE TOTAL:     1,607.75 USD

SERVICE LEVEL: CFS to CFS

CO ZCSU7300714              42 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:   121000248 | Routing No.:   121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:   WFBIUS6S |



ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | | |
|---|---|---|
| **INVOICE DATE** | 01/16/25 |
| **INVOICE NUMBER** | E323097510 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: MEDUH8551010        HAWB/HBL: 65T0064013        ARRIVAL: 01/28/25

CARRIER: GERD MAERSK            CUSTOMS#: 231-8779693-9
PCS:  331PCS    WEIGHT:  2686.5K

| | | |
|---|---|---|
| OCEAN FREIGHT | 6,335.00 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| CHASSIS RENTAL | 135.00 | |
| SUB TOTAL: | 6,595.00 | |
| INVOICE TOTAL: | 6,595.00 | USD |

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024044552-24, 2024044552-11

IT V1P05841321        01/06/25
CO MSMU3450142            331 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD       21030

| | |
|---|---|
| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097511 |
| YOUR REFERENCE | |

AWB/BL: COSU6404080950       HAWB/HBL: 6911608450       ARRIVAL: 01/30/25

CARRIER: COSCO SPAIN          CUSTOMS#: 231-8779687-1
PCS:  82PCS    WEIGHT:  366.0K

| | | |
|---|---|---|
| OCEAN FREIGHT | 1,231.08 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| DELIVERY LCL | 91.50 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| TERMINAL HANDLING | 125.00 | |

                    SUB TOTAL:    1,572.58

                 INVOICE TOTAL:    1,572.58 USD

SERVICE LEVEL: CFS to CFS

        IT V2106575872       01/17/25
        CO CSNU6582608          82 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

ORIGINAL   Expeditors Reference:  7321676438



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |

| INVOICE NUMBER | E323097512 |

| YOUR REFERENCE | 2024070309-67 |

AWB/BL: COSU6404080950      HAWB/HBL: 6911608714      ARRIVAL: 01/30/25

CARRIER: COSCO SPAIN           CUSTOMS#: 231-8779557-6
PCS:  637PCS    WEIGHT:  1031.0K

OCEAN FREIGHT                          2,328.20 USD
OCEAN IMPORT ENTRY                        75.00
DELIVERY LCL                             257.75
ISF Fee                                   35.00
DOC HANDLING FEE                          15.00
TERMINAL HANDLING                        185.58

                    SUB TOTAL:      2,896.53

                  INVOICE TOTAL:    2,896.53 USD

SERVICE LEVEL: CFS to CFS

          IT V2106575872        01/17/25
          CO CSNU6582608          637 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/16/25 |

| INVOICE NUMBER | E323097513 |

| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6404080950      HAWB/HBL: 6911608818          ARRIVAL: 01/30/25

CARRIER: COSCO SPAIN          CUSTOMS#: 231-8779774-7
PCS:  394PCS    WEIGHT:  1575.0K

OCEAN FREIGHT                          5,064.85 USD
OCEAN IMPORT ENTRY                        75.00
DELIVERY LCL                             393.75
ISF Fee                                   35.00
DOC HANDLING FEE                          15.00
TERMINAL HANDLING                        283.50

                    SUB TOTAL:      5,867.10

                  INVOICE TOTAL:    5,867.10 USD

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:    DST5562, DST5629, DST5619, DST5566, DST5584

              IT V2106575872        01/17/25
              CO CSNU6582608          394 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
| --- | --- | --- |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93              MA  01              ORIGINAL   Expeditors Reference:   7321676440



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097514 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6404080950      HAWB/HBL: 6911609497        ARRIVAL: 01/30/25

CARRIER: COSCO SPAIN            CUSTOMS#: 231-8779684-8
PCS:  30PCS    WEIGHT:  188.0K

OCEAN FREIGHT                          870.92 USD
OCEAN IMPORT ENTRY                      75.00
DELIVERY LCL                            50.00
ISF Fee                                 35.00
DOC HANDLING FEE                        15.00
TERMINAL HANDLING                      125.00

                SUB TOTAL:      1,170.92

                INVOICE TOTAL:      1,170.92 USD

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:     2024043661-08, 2023103661-21, 2023123661-29
2023123661-22

        IT V2106575872         01/17/25
        CO CSNU6582608            30 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | |
|---|---|
| **INVOICE DATE** | 01/16/25 |
| **INVOICE NUMBER** | E323097515 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: MEDUHF968570     HAWB/HBL: 61N0884967     ARRIVAL: 01/31/25

CARRIER: MSC SVEVA          CUSTOMS#: 231-8779689-7
PCS:  393PCS     WEIGHT:  2350.0K

| | |
|---|---|
| OCEAN FREIGHT | 7,969.00 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| CHASSIS RENTAL | 135.00 |
| SUB TOTAL: | 8,229.00 |
| INVOICE TOTAL: | 8,229.00 USD |

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024024898-30, 2024044898-10, 2024024898-17
2024034898-25, 2024034898-01, 2024054898-15, 2024054898-24
2024044898-23, 2024054898-29, 2024064898-06, 2024054898-13
2024064898-21, 2024054898-20, 2024064898-14, 2024064898-09
2024034898-03

          IT V1P05842162       01/07/25
          CO MSBU4012872          393 40

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                       121000248 | Routing No.:        121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:                 WFBIUS6S |

1/93          MA 01          ORIGINAL   Expeditors Reference:   7321676420



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | INVOICE DATE | 01/16/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | INVOICE NUMBER | E323097516 |

| | YOUR REFERENCE | |

AWB/BL: ONEYHKGEN4118300     HAWB/HBL: 61N0884521       ARRIVAL: 02/05/25

---

CARRIER: YM UNANIMITY          ORIGIN: YAN
PCS:  60PCS     WEIGHT:  916.0K

| | |
|---|---|
| OCEAN FREIGHT | 5,308.25 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| DELIVERY LCL | 229.00 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| TERMINAL HANDLING | 164.88 |

SUB TOTAL:     5,827.13

INVOICE TOTAL:     5,827.13 USD

SERVICE LEVEL: CFS to CFS

CO ONEU5829330            60 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:                 121000248 | Routing No.:      121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:            WFBIUS6S |



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/16/25 |
| **INVOICE NUMBER** | E323097518 |
| **YOUR REFERENCE** | DST5644 |

AWB/BL: ONEYHKGM81711200      HAWB/HBL: 6911610195      ARRIVAL: 02/10/25

CARRIER: YM UPWARD          ORIGIN: YAN
PCS:  2227PCS    WEIGHT:  8028.0K

| | | |
|---|---:|---|
| OCEAN FREIGHT | 17,135.00 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| CHASSIS RENTAL | 270.00 | |
| | | |
| SUB TOTAL: | 17,530.00 | |
| | | |
| INVOICE TOTAL: | 17,530.00 | USD |

SERVICE LEVEL: Destination Door Service

        CO KOCU4990335        1604 40H
        CO TLLU2594130         623 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

---

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:               121000248 | Routing No.:       121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:             WFBIUS6S |

1/93              MA  01              ORIGINAL    Expeditors Reference:   7321680776



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097519 |
| YOUR REFERENCE | |

AWB/BL: HDMUHKGM23135700    HAWB/HBL: 61N0878418    ARRIVAL: 02/11/25

CARRIER: YM MODESTY        ORIGIN: YAN
PCS:  332PCS    WEIGHT:  2257.5K

| | | |
|---|---|---|
| OCEAN FREIGHT | 8,135.00 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| CHASSIS RENTAL | 135.00 | |
| SUB TOTAL: | 8,395.00 | |
| INVOICE TOTAL: | 8,395.00 | USD |

SERVICE LEVEL: Destination Door Service

        CO TEMU1753262        332 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.: 4173975863 | Wire Account No.: 4761071752 |
| | Routing No.: 121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT: WFBIUS6S |

1/93              MA  01                    ORIGINAL   Expeditors Reference:   7321680778



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
| --- | --- |
| INVOICE NUMBER | E323097520 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUH8587451          HAWB/HBL: 65T0063834          ARRIVAL: 02/12/25

CARRIER: MSC ARINA              CUSTOMS#: 231-8779289-6
PCS:  673PCS    WEIGHT:  5130.5K

| | |
| --- | --- |
| OCEAN FREIGHT | 8,035.00 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| CHASSIS RENTAL | 135.00 |
| SUB TOTAL: | 8,295.00 |
| INVOICE TOTAL: | 8,295.00 USD |

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024044552-24, 2024054552-60

              CO TCLU4274610          673 40

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
| --- | --- | --- |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:   121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:   WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097521 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUKT745008        HAWB/HBL: 6911605999        ARRIVAL: 02/12/25

CARRIER: MSC ARINA            CUSTOMS#: 231-8779601-2
PCS:  372PCS    WEIGHT:  2273.5K

| | | |
|---|---:|---|
| OCEAN FREIGHT | 6,785.00 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| CHASSIS RENTAL | 135.00 | |

                    SUB TOTAL:    7,045.00

                INVOICE TOTAL:    7,045.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024043403-15, 2024053403-23, 2024053403-12

            CO MSDU1287739         372 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097528 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: EGLV149410642835    HAWB/HBL: 6911609152        ARRIVAL: 01/21/25

CARRIER: EVER MOST            CUSTOMS#: 231-8780703-3
PCS:  137PCS    WEIGHT:  965.0K

| OCEAN FREIGHT | 1,397.55 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| CFS WAREHOUSE FEE | 67.76 |
| FORKLIFT FEE | 85.00 |
| DELIVERY | 271.48 |
| APPOINTMENT FEE | 100.00 |
| SUB TOTAL: | 2,046.79 |
| INVOICE TOTAL: | 2,046.79 USD |

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:    DST5645, DST5686, DST5701, DST5710, DST5718

            CO EGSU9136519          137 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93            MA  01                    ORIGINAL    Expeditors Reference:    7321678878



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| INVOICE DATE | 01/16/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE NUMBER | E323097543 |

| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUH8596825        HAWB/HBL: 65T0064139        ARRIVAL: 02/22/25

CARRIER: MSC SOFIA              ORIGIN: HPH
PCS:  292PCS    WEIGHT:  2037.5K

```
OCEAN FREIGHT                          8,585.00 USD
OCEAN IMPORT ENTRY                        75.00
ISF Fee                                   35.00
DOC HANDLING FEE                          15.00
CHASSIS RENTAL                           135.00

                    SUB TOTAL:        8,845.00

              INVOICE TOTAL:          8,845.00 USD
```

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2023094552-21, 2024054552-60

        CO MSMU2745597          292 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/27/25 |
| INVOICE NUMBER | E323102599 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUHF495137       HAWB/HBL: 61N0878782       ARRIVAL: 01/12/25

CARRIER: MSC LA SPEZIA       CUSTOMS#: 231-8776853-2
PCS:  577PCS   WEIGHT:  3077.5K

ADDITIONAL BILLING, ORIGINAL 01/03/25

```
YARD PULL                         125.00 USD
10D YARD STORAGE                  350.00
CHASSIS SPLIT                     125.00
8D ADTL CHASSIS                   360.00
CONTAIN DET PER DIEM            1,000.00
DETAILS ON LAST PAGE

                 SUB TOTAL:     1,960.00

            INVOICE TOTAL:      1,960.00 USD
```

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:   DST5645, DST5686, DST5701, DST5710, DST5718

IT V1P05825654       12/26/24
CO MEDU2950010           577 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
| --- | --- | --- |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN 38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD 21030

**INVOICE DATE** 01/27/25

**INVOICE NUMBER** E323102599

**YOUR REFERENCE** SEE BELOW

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

DETENTION Free Time Allowed: 7 Port of Discharge: MEM
Port of Unlading: LGB

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 02/11/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| MEDU2950010 | 250.00 | 01/14/25 | 01/24/25 | 01/20/25 | 4 | 1,000.00 |
| Total | | | | | | 1,000.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON, INC AS OF THE DATE OF THIS INVOICE: I) THE CHARGES ARE CONSISTENT WITH ANY OF THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION, INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE, PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

**TERMS: NET CASH**

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**EFT OPTIONS:**

**Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
|---|---|---|---|
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/28/25 |
|---|---|
| INVOICE NUMBER | E323103049 |
| YOUR REFERENCE | |

AWB/BL: HDMUHKGM22556300    HAWB/HBL: 6911607614    ARRIVAL: 01/14/25

CARRIER: ONE BLUE JAY        CUSTOMS#: 231-8779141-9
PCS:  1300PCS    WEIGHT:  12610.0K

ADDITIONAL BILLING, ORIGINAL 01/09/25

| | | |
|---|---|---|
| RAIL STORAGE | 450.00 | USD |
| STORAGE OUTLAY FEE | 22.50 | |
| YARD PULL | 125.00 | |
| 4D YARD STORAGE | 140.00 | |
| CHASSIS SPLIT | 125.00 | |
| 5D ADTL CHASSIS | 225.00 | |
| CONTAIN DET PER DIEM | 250.00 | |
| DETAILS ON LAST PAGE | | |

SUB TOTAL:    1,337.50

INVOICE TOTAL:    1,337.50 USD

SERVICE LEVEL: CY to CY

IT V1481711193      01/04/25
CO OCGU2006524       1300 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/28/25 |
| INVOICE NUMBER | E323103049 |
| YOUR REFERENCE | |

---

DETENTION             Free Time Allowed:    7        Port of Discharge:  MEM
                                                     Port of Unlading:   LGB

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 02/12/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|-------------|------|-------|-----|---------------|-------------|--------|
| OCGU2006524 | 250.00 | 01/20/25 | 01/27/25 | 01/26/25 | 1 | 250.00 |
| Total | | | | | | 250.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

J2 02 Page   2      ORIGINAL   Expeditors Reference:  7321671319 A

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/28/25 |
| INVOICE NUMBER | E323103051 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: HDMUHKGM11268300    HAWB/HBL: 6911604984        ARRIVAL: 01/18/25

---

CARRIER: YM UNANIMITY          CUSTOMS#: 231-8774571-2
PCS:  2368PCS      WEIGHT:  11473.0K

ADDITIONAL BILLING, ORIGINAL 12/13/24

```
KOCU4166526
YARD PULL KOCU                        125.00 USD
3D YARD STORAGE KOCU                  105.00
CHASSIS SPLIT KOCU                    125.00
2D ADTL CHASSIS KOCU                   90.00
KOCU4334086
YARD PULL 4334                        125.00
3D YARD STORAGE 4334                  105.00
CHASSIS SPLIT 4334                    125.00
5D ADTL CHASSIS 4334                  225.00
CONTAIN DET PER DIEM                  250.00
DETAILS ON LAST PAGE
```

                        SUB TOTAL:    1,275.00

                     INVOICE TOTAL:    1,275.00 USD

SERVICE LEVEL: CY to CY

YOUR REFERENCES:     DST5604, DST5622, DST5643, DST5642, DST5639
DST5651, DST5548

            IT V1481649328      11/29/24
            CO KOCU4166526          729 40H
            CO KOCU4334086         1639 40H

---

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93              J2 04  Page    1        ORIGINAL    Expeditors  Reference:    7321663973 C



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/28/25 |
| INVOICE NUMBER | E323103051 |
| YOUR REFERENCE | SEE BELOW |

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                      121000248 | Routing No.:       121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:              WFBIUS6S |

REMIT TO 



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/28/25 |
| **INVOICE NUMBER** | E323103051 |
| **YOUR REFERENCE** | SEE BELOW |

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

DETENTION          Free Time Allowed:    7      Port of Discharge:  MEM
                                                Port of Unlading:   LAX

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 02/12/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| KOCU4334086 | 250.00 | 01/20/25 | 01/27/25 | 01/26/25 | 1 | 250.00 |
| Total | | | | | | 250.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |