**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 679 & 747** |

**DEBTORS' WITNESS AND EXHIBIT LIST**
**FOR THE HEARING SCHEDULED TO BEGIN**
**ON DECEMBER 8, 2025 AT 9:30 A.M. (ET)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), submit this Witness and Exhibit List for the matters noticed for the hearing scheduled for **December 8, 2025 at 9:30 a.m. (prevailing Eastern Time)** before the Honorable Chief Judge David E. Rice in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201 (the "Hearing").

**Witness List**

The Debtors may introduce the following witness at the Hearing:

| Witness Name | Title/ Role |
|---|---|
| Robert Gorin | Debtors' Co-Chief Restructuring Officer |

The Debtors reserve the right to call: (i) any person listed or called as a witness by any other party; (ii) any person necessary to establish the authenticity or admissibility of exhibits; (iii) any person for purposes of impeachment; and (iv) any person for purposes of rebuttal. The

---

[1]     The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

**Exhibit List**

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| D01 | Order (I) Approving Asset Purchase Agreement Among the Debtors and Sparkle Pop, LLC; (II) Approving Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (III) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [D.I. 407] with the attached Asset Purchase Agreement | | | |
| D02 | May 15, 2025 Transition Services Agreement by and among Sparkle Pop, LLC and Diamond Comic Distributors, Inc. and Diamond Select Toys & Collectibles, LLC | | | |
| D03 | Order Approving Seventh Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement [D.I. 982] | | | |
| D04 | Consent Order Resolving, In Part, Debtors' (I) Motion to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief [D.I. 878] | | | |
| D05 | Certification of Sparkle Pop, LLC [D.I. 889] | | | |
| D06 | Sparkle Pop LLC Officer's Certificate dated October 24, 2025 | | | |
| D07 | Consignment Sales – Summary by Sales type | | | |

56535372.3

## **RESERVATION OF RIGHTS**

The Debtors reserve all rights to modify, supplement, or amend their Witness and Exhibit Lists at any time prior to the conclusion of the Hearing and further reserve the right to use additional exhibits for any purpose, including but not limited to rebuttal or impeachment.  The Debtors also reserve the right to rely upon and use as evidence (i) documents produced by any party in interest, (ii) exhibits included on the exhibit lists of any parties in interest, and (iii) any pleading, transcript, or other document filed with the Court in the above-captioned cases.

Dated: December 3, 2025

**SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*

Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
        adam.isenberg@saul.com
        turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
        paige.topper@saul.com
        nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*

3

56535372.3