IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| In re: ) |  |
| ) | Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC. ) |  |
| et al.[1] ) | Chapter 11 |
| ) |  |
| Debtor. ) |  |
| ) |  |
| DIAMOND COMIC DISTRIBUTORS, INC., ) |  |
| et al. ) |  |
| ) |  |
| Movant ) |  |
| vs ) |  |
| ) |  |
| ASPEN MLT, LLC /A/KA ASPEN COMICS, ) |  |
| ) |  |
| BLACK MASK STUDIOS, LLC, ) |  |
| ) |  |
| DSTLRY MEDIA, INC., ) |  |
| ) |  |
| DARK HORSE COMICS, LLC, ) |  |
| ) |  |
| DYNAMIC FORCES, INC. A/K/A DYNAMITE ) |  |
| ENTERTAINMENT, ) |  |
| ) |  |
| HEAVY METAL INTERNATIONAL, LLC, ) |  |
| ) |  |
| MAGNETIC PRESS, LLC, ) |  |
| ) |  |
| MASSIVE PUBLISHING, LLC, ) |  |
| ) |  |
| ONI-LION FORGE PUBLISHING GROUP, ) |  |
| LLC F/K/A ONI PRESS, LLC, ) |  |
| ) |  |
| PANINI UK LTD., ) |  |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| | )|
|---|---|
|**PUNK BOT COMIC BOOKS, LLC** | )|
|  **A/K/A ALIEN BOOKS,** | )|
| | )|
|**THE PENN STATE UNIVERSITY A/K/A** | )|
|  **GRAPHIC MUNDI,** | )|
| | )|
|**TITAN PUBLISHING GROUP, LTD.** | )|
| | )|
|**AND** | )|
| | )|
|**VAULT STORYWORKS, LLC A/K/A VAULT** | )|
|  **COMICS F/K/A CREATIVE MIND ENERGY,** | )|
| | )|
|          **Respondents.** | )|
| | )|

## CONSIGNMENT GROUP'S EXHIBIT AND WITNESS LIST

Aspen MLT, LLC /a/ka Aspen Comics, Black Mask Studios, LLC, DSTLRY Media, Inc., Dark Horse Comics, LLC, Dynamic Forces, Inc. a/k/a Dynamite Entertainment, Heavy Metal International, LLC, Magnetic Press, LLC, Massive Publishing, LLC, Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, Panini UK Ltd., Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy (collectively the "Consignment Group" or "Respondents"), by counsel, hereby submits this Exhibit and Witness List in connection with the hearing scheduled December 8, 2025 at 9:30 a.m. EDT (the "Hearing").

## Exhibit List

| Exhibit No. | Exhibit Description | Admitted |
|---|---|---|
| CG1 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Aspen MLT, LLC /a/ka Aspen Comics. | |
| CG2 | All documents reflecting contract terms between Diamond Comic Distributors, Inc, and Black Mask Studios, LLC | |
| CG3 | All documents reflecting contract terms | |

2

|      |                                                                                                                                                      |   |
|------|------------------------------------------------------------------------------------------------------------------------------------------------------|---|
|      | between Diamond Comic Distributors, Inc., and DSTLRY Media, Inc.                                                                                     |   |
| CG4  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Dark Horse Comics, LLC                                         |   |
| CG5  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Dynamic Forces, Inc. a/k/a Dynamite Entertainment              |   |
| CG6  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Heavy Metal International, LLC                                 |   |
| CG7  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Heavy Metal International, LLC                                 |   |
| CG8  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Massive Publishing, LLC                                        |   |
| CG9  | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC      |   |
| CG10 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Punk Bot Comic Books, LLC a/k/a Alien Books                    |   |
| CG11 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and The Penn State University a/k/a Graphic Mundi                  |   |
| CG12 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Titan Publishing Group, Ltd.                                   |   |
| CG13 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy |   |
| CG14 | All documents reflecting contract terms between Diamond Comic Distributors, Inc., and Panini UK, Ltd.                                                |   |
| CG15 | Debtor's Accounting of Post-Petition Sales of Consigned Goods for the Consignment Group and Ad Hoc Committee produced in discovery on August 14, 2025 |   |
| CG16 | Any document identified in the exhibit lists of any other party to these proceedings not otherwise objectionable.                                    |   |

**Witness List**

The Consignment Group may call the following witnesses at the Hearing:

| Witness | Title/Role |
|---|---|
| A corporate designee of the Debtor/Robert Gorin | TBD/CRO |
| Any witness identified in the witness lists of any party to these proceedings not otherwise objectionable. | TBD |

Dated: December 5, 2025          Respectfully submitted,

McNamee, Hosea, P.A.

/s/ Craig M. Palik
Craig M. Palik, Esq. (Fed. Bar. No. 15254)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

*Counsel to the Consignment Group*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of December 2025, the foregoing Exhibit and Witness List was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices.

/s/ Craig M. Palik
Craig M. Palik, Esq.

4