# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (BALTIMORE DIVISION)

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.* | Case No. 25-10308 (DER) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 679 & 747** |

## JPMORGAN CHASE BANK, N.A.'S WITNESS AND EXHIBIT LIST FOR THE HEARING SCHEDULED TO BEGIN ON DECEMBER 8, 2025, AT 9:30 AM

JPMorgan Chase Bank, N.A., as Prepetition Lender and DIP Lender (collectively, the "***DIP Lender***"), hereby submits this Witness and Exhibit List for the matters noticed for hearing scheduled for the hearing scheduled for **December 8, 2025 at 9:30 a.m. (prevailing Eastern Time)** before the Honorable Chief Judge David E. Rice in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201 (the "***Hearing***"). The Hearing includes the (a) *Motion Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts with Members of Ad Hoc Committee of Consignors; and For Related Relief* [Docket No. 679], and (b) *Motion Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts with Members of the Consignment Group; and for Related Relief* [Docket No. 747].

## Witness List

The Lender reserves the right to call: (i) any person listed or called as a witness by any

---

[1] The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Diamond Comic Distributors, Inc. (3450), Comic Exporters, Inc (7457), Comic Holdings, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

other party; (ii) any person necessary to establish the authenticity or admissibility of exhibits; (iii) any person for purposes of impeachment; and (iv) any person for purposes of rebuttal. The Lender reserves the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

**Exhibit List**

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| JPM01 | Final Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay and (V) Granting Related Relief [D.I. 163] | | | |

**RESERVATION OF RIGHTS**

The Lender reserves all rights to modify, supplement, or amend their Witness and Exhibit Lists at any time prior to the conclusion of the Hearing and further reserves the right to use additional exhibits for any purpose, including but not limited to rebuttal or impeachment. The Lender also reserves the right to rely upon and use as evidence (i) documents produced by any party in interest, (ii) exhibits included on the exhibit lists of any parties in interest, and (iii) any pleading, transcript, or other document filed with the Court in the above-captioned cases.

DATED: December 5, 2025                TROUTMAN PEPPER LOCKE LLP

                                       Respectfully submitted,

                                        /s/ Katherine E. Culbertson
                                       Toyja E. Kelley (Bar No. 26949)
                                       Indira K. Sharma (Bar No. 28269)
                                       Jonathan W. Young (admitted *pro hac vice*)

2

Katherine E. Culbertson (admitted *pro hac vice*)
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 274-2950
Email: Toyja.Kelley@troutman.com
Indira.Sharma@troutman.com
Jonathan.Young@troutman.com
Katherine.culbertson@troutman.com

-and-

David L. Ruediger (admitted *pro hac vice*)
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100
Email: David.Ruediger@troutman.com

*Counsel for JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

      I, Katherine E. Culbertson, hereby certify that, on the 5th day of December 2025, I caused a true and correct copy of the foregoing *Witness and Exhibit List* to be filed and served via CM/ECF on all parties who have registered for electronic service in these cases.

                                                               */s/ Katherine E. Culbertson*