IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 4, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Debtors' Objection to Consignment Group's Motion Seeking Entry of Order Requiring the Debtors to Assume or Reject Executory Contracts with Members of the Consignment Group; and for Related Relief [Docket No. 1060]**

Dated: December 10, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{                    } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 10th day of December, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

## **EXHIBIT A**

Case 25-10308   Doc 1065   Filed 12/10/25   Page 2 of 3

## **EXHIBIT A**

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| McNamee Hosea, P.A. | Craig M. Palik | cpalik@mhlawyers.com | Email |
| McNamee Hosea, P.A. | Justin P. Fasano | jfasano@mhlawyers.com | Email |
| McNamee Hosea, P.A. | Janet M. Nesse | jnesse@mhlawyers.com | Email |

Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)