IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Joint Administration) |

**REQUEST TO BE REMOVED FROM COURTESY NOTIFICATION OF
ELECTRONIC FILING**

To the Clerk of the U.S. Bankruptcy Court:

Jason F. Hoffman, Adam L. Fletcher, Scott E. Prince, and Elizabeth A. Scully, the undersigned counsel for Image Comics, Inc., respectfully request removal from courtesy electronic notification of all electronic filings on the docket in the above-reference case.

| | |
|---|---|
| Date:  December 11, 2025 | Respectfully submitted,<br><br>*/s/ Jason F. Hoffman*<br>Jason F. Hoffman (Md. Bar No. 28428)<br>Elizabeth A. Scully (Md. Bar No. 27402)<br>BAKER & HOSTETLER LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, NW<br>Washington, D.C. 20036-5304<br>Telephone: 202.861.1500<br>Facsimile: 202.861.1783<br>jhoffman@bakerlaw.com<br>escully@bakerlaw.com<br><br>-and- |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

045446.000035\4917-5108-9537.1

        Adam L. Fletcher (admitted *pro hac vice*)
        Scott E. Prince (admitted *pro hac vice*)
        BAKER & HOSTETLER LLP
        Key Tower 127 Public Square, Suite 2000
        Cleveland, Ohio 44114
        Telephone: 216.621.0200
        afletcher@bakerlaw.com
        sprince@bakerlaw.com

        *Counsel for Image Comics, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 11, 2025, a true and correct copy of the foregoing Request to be Removed from Courtesy Notice of Electronic Filing was served upon all parties that are registered to receive electronic mail service through the court's ECF notice system in the above case

                                              */s/ Jason F. Hoffman*
                                              Jason F. Hoffman

045446.000035\4917-5108-9537.1