IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered) |

### TENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025

Name of Applicant: **Lowenstein Sandler LLP**

Authorized to Provide Professional Services to: **Official Committee of Unsecured Creditors**

Date of Retention: **March 17, 2025, effective as of January 30, 2025 [D.I. 225]**

Period for Which Compensation and Reimbursement is sought: **November 1, 2025 through November 30, 2025**

Amount of Compensation Sought as Actual, Reasonable and Necessary: **$16,620.00**

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: **$0.00**

This is a: **Monthly fee statement**

### PRIOR APPLICATION HISTORY

| Application | Date Filed | Period Covered | Requested Fees 100% | Requested Expenses | Monthly Statements Fees 80% | Monthly Statements Expenses | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| 1st Monthly | 4/1/25 D.I. 291 | 1/30/25 – 2/28/25 | $494,220.25 | $3,025.26 | $395,376.20 | $3,025.26 | 4/17/25 D.I. 354 |
| 2nd Monthly | 4/29/25 D.I. 382 | 3/1/25 – 3/31/25 | $451,625.00 | $650.61 | $361,300.00 | $650.61 | 5/20/25 D.I. 453 |
| 3rd Monthly | 5/30/25 D.I. 473 | 4/1/25 – 4/30/25 | $420,627/25 | $4,993.08 | $336,501.80 | $4,993.08 | 6/20/25 D.I. 521 |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

| Application | Date Filed | Period Covered | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Fees 100% | Expenses | Fees 80% | Expenses | |
| 4th Monthly | 6/30/25 D.I. 547 | 5/1/25 – 5/31/25 | $157,688.25 | $992.95 | $126,150.60 | $992.95 | 6/20/25 D.I. 521 |
| 5th Monthly | 7/29/25 D.I. 663 | 6/1/25 - 6/30/25 | $136,826.00 | $899.85 | $109,460.80 | $899.85 | 8/19/25 D.I. 757 |
| 6th Monthly | 8/18/25 D.I. 750 | 7/1/25 – 7/31/25 | $113,008.00 | $1,187.99 | $90,406.40 | $1,187.99 | 9/2/25 D.I. 804 |
| 7th Monthly | 9/29/25 D.I. 918 | 8/1/25 – 8/31/25 | $82,190.00 | $431.06 | $65,752.00 | $431.06 | 10/21/25 D.I. 969 |
| 8th Monthly | 10/17/25 D.I. 961 | 9/1/25 – 9/30/25 | $50,602.00 | $0.00 | $40,481.60 | $0.00 | 11/13/25 D.I. 1015 |
| 9th Monthly | 11/14/25 D.I. 11024 | 10/1/25 – 10/31/25 | $55,345.50 | $0.00 | $44,276.40 | $0.00 | 12/1/25 D.I. 1049 |

Dated: December 11, 2025

/s/ *Stephen B. Gerald*
Dennis J. Shaffer, (MD Bar No. 25680)
Stephen B. Gerald (MD Bar No. 26590)
**TYDINGS & ROSENBERG LLP**
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone (410) 752-9715
E-mail: dshaffer@tydings.com
E-mail: sgerald@tydings.com
*Co-Counsel to the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP,
AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Administrative Order") [D.I. 203] entered by the Court on March 10, 2025, Lowenstein Sandler LLP ("Lowenstein Sandler"), as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-referenced chapter 11 cases of Diamond Comic Distributors, Inc., *et al* (the "Debtors"), submits this Monthly Statement of Services Rendered and Expenses Incurred (the "Statement") for the period between November 1, 2025 through November 30, 2025 (the "Statement Period").

I.   The Itemization of Services Rendered by Lowenstein Sandler

1.   The hours spent in this case during the Statement Period for which Lowenstein Sandler seeks compensation, the hourly rate for each attorney and legal assistant and the resulting fees are as follows:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

47351/2
12/11/2025 316873611.1

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Finizio, Gianfranco | 2010 | Partner/Bankruptcy | 5.50 | $1,185.00 | $6,517.50 |
| Nathan, Bruce S. | 1981 | Partner/Bankruptcy | 4.80 | $1,515.00 | $7,272.00 |
| Papandrea, Michael T. | 2015 | Counsel/Bankruptcy | 1.10 | $1,075.00 | $1,182.50 |
| Rauchberg, Jake A. | 2023 | Associate/Bankruptcy | 1.00 | $660.00 | $660.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 2.60 | $380.00 | $988.00 |
| **TOTAL FEES** | | | **15.00** | | **$16,620.00** |

2. The time records of Lowenstein Sandler submitted herewith, and incorporated herein as **Exhibit A**, consist of a daily breakdown of the time spent by each person on each day during the Statement Period.

3. The blended hourly rate for all services during this period is $1,108.00 per hour.[2]

## II. The Itemization of Services Rendered and Disbursements[3] Made by Category

4. The following itemization breaks down the services rendered by Lowenstein Sandler by the service categories indicated.

### A. Services Rendered

5. The following services were rendered in the following service categories:

*(the remainder of this page is intentionally left blank)*

---

[2] The blended hourly billing rate of $1,108.00 per hour is derived by dividing the total fees of $16,620.00 by the total hours of 15.00.

[3] There were no disbursements incurred during this Statement Period.

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 2.00 | $1,512.50 |
| B150 | Meetings of and Communication with Creditors | 1.30 | $1,123.00 |
| B160 | Fee/Employment Applications | 1.70 | $1,129.00 |
| B175 | Fee Applications and Invoices - Others | 0.90 | $730.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1.70 | $2,300.50 |
| B230 | Financing/Cash Collateral | 2.30 | $2,879.50 |
| B310 | Claims Administration and Objections | 0.60 | $909.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.50 | $713.50 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 1.80 | $2,518.00 |
| B430A | Court Hearings | 2.20 | $2,805.00 |
|  | **Total** | **15.00** | **$16,620.00** |

A detailed itemization of the services rendered in the above service categories is set forth in **Exhibit A**.

      B.    **Total Services Rendered and Disbursements**

7.    The total services rendered, and disbursements made, after adjusting for write offs, are as follows:

| | |
|---|---:|
| Total Services | $16,620.00 |
| Total Disbursements | $0.00 |
| **TOTAL** | **$16,620.00** |

      D.    **Billing Judgment Adjustments**

8.    During the Statement Period, Lowenstein Sandler has internally written off $333.50 of recorded time in the exercise of its billing discretion.

-13-

E. **Amount Payable After Holdback**

9. The amount payable for this Statement Period, after adjusting for the twenty percent (20%) holdback of total services rendered, is $13,296.00.

10. Lowenstein Sandler respectfully requests that said amount be paid pursuant to the Administrative Order.

Dated: December 11, 2025
/s/ *Stephen B. Gerald*
Dennis J. Shaffer, (MD Bar No. 25680)
Stephen B. Gerald (MD Bar No. 26590)
**TYDINGS & ROSENBERG LLP**
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone (410) 752-9715
E-mail: dshaffer@tydings.com
E-mail: sgerald@tydings.com

-and-

**LOWENSTEIN SANDLER LLP**

Bruce S. Nathan, Esq. (admitted *pro hac vice*)
Gianfranco Finizio, Esq. (admitted *pro hac vice*)
Chelsea R. Frankel, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
Phone: (212) 262-6700
E-mail: bnathan@lowenstein.com
E-mail: gfinizio@lowenstein.com
E-mail: cfrankel@lowenstein.com

-and-

Michael Papandrea, Esq. (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: mpapandrea@lowenstein.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of December, 2025, the foregoing was served via email on the following:

Robert Gorin, CRO rgorin@getzlerhenrich.com

And via the Court's CM/ECF filing system on the following:

Sam Alberts     sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
Peter J Artese     peter.artese@us.dlapiper.com
Jan Berlage     JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Laura Skowronski Bouyea     lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown     abrown@klestadt.com
Matthew G. Brushwood     mbrushwood@barley.com, dkline@barley.com
Darek Bushnaq     dsbushnaq@venable.com
Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
G. David Dean     ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers     desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan     edevan@milesstockbridge.com
Ellen E. Dew     ellen.dew@us.dlapiper.com
Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio     gfinizio@lowenstein.com
Adam Fletcher     afletcher@bakerlaw.com
Chelsea R Frankel     cfrankel@lowenstein.com
Jeremy S. Friedberg     jeremy@friedberg.legal, ecf@friedberg.legal
Stephen B. Gerald     sgerald@tydings.com
Christopher J. Giaimo     christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
Joshua Glikin     jglikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com
Jonathan A. Grasso     jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
Zvi Guttman     zvi@zviguttman.com,

zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Jeffrey C. Hampton   jeffrey.hampton@saul.com
Jason F Hoffman   jhoffman@bakerlaw.com
Catherine Keller Hopkin   chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
James R. Irving   james.irving@dentons.com
Adam H Isenberg   adam.isenberg@saul.com
Harry Conrad Jones   HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
Toyja E. Kelley   Toyja.Kelley@troutman.com
C. Kevin Kobbe   kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage   korphagee@whiteandwilliams.com
Jung Yong Lee   jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz   gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Thomas J. McKee   mckeet@gtlaw.com, smedsa@gtlaw.com,Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
Mark Minuti   mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan   rmoonan@sillscummis.com
William Fuller Moss   william.moss@friedberg.legal
Bruce S. Nathan   bnathan@lowenstein.com
Craig Palik   cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
Michael Papandrea   mpapandrea@lowenstein.com
Steven Gregory Polard   steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
Scott Prince   sprince@bakerlaw.com
Jonathan Gary Rose   jonathan.rose@us.dlapiper.com
Jordan Rosenfeld   jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer   nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Dennis J. Shaffer   dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
Indira Kavita Sharma   indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi   nicholas.smargiassi@saul.com
David Sommer   dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com;mkobylski@gejlaw.com
Brent C. Strickland   bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
Matthew G. Summers   summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
S. Jason Teele   steele@sillscummis.com

Paige Noelle Topper     paige.topper@saul.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

                                                             */s/ Stephen B. Gerald*
                                                             Stephen B. Gerald