

Lowenstein Sandler LLP
New York   Palo Alto   New Jersey   Utah   Washington, DC
T: 973 597 2500    F: 973 597 2400
Tax ID # 46-0920520

December 8, 2025

**VIA EMAIL: jeffrey.hampton@saul.com**

Invoice Number: 1254730
File No: 47351-2

Saul Ewing LLP
Attn: Jeffrey C Hampton, Esq.
       Partner
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

PROFESSIONAL FEES, DISBURSEMENTS AND OTHER CHARGES ARE COMPILED AS ENTERED ON OUR RECORDS THROUGH THE BILLING DATE BELOW.
PROFESSIONAL FEES, DISBURSEMENTS OR OTHER CHARGES POSTED SUBSEQUENT TO THAT DATE WILL BE REFLECTED IN FUTURE INVOICES.

For professional services rendered through November 30, 2025:

| | |
|---|---|
| Counsel Fee | $16,620.00 |
| **Total This Invoice** | **$ 16,620.00** |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1254730

Page 1  
December 8, 2025

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through November 30, 2025

In re: Chapter 11 Bankruptcy

**I. SUMMARY OF TIME CHARGES AND HOURLY RATES**

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Finizio, Gianfranco | 2010 | Partner/Bankruptcy | 5.50 | $1,185.00 | $6,517.50 |
| Nathan, Bruce S. | 1981 | Partner/Bankruptcy | 4.80 | $1,515.00 | $7,272.00 |
| Papandrea, Michael T. | 2015 | Counsel/Bankruptcy | 1.10 | $1,075.00 | $1,182.50 |
| Rauchberg, Jake A. | 2023 | Associate/Bankruptcy | 1.00 | $660.00 | $660.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 2.60 | $380.00 | $988.00 |
| **TOTAL FEES** | | | **15.00** | | **$16,620.00** |
| **Blended Rate** | | | | | **$1,108.00** |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1254730

Page 2  
December 8, 2025

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B110 | 11/02/25 | GF | Emails with J. Hampton and B. Nathan regarding case status | 0.20 | $237.00 |
| B110 | 11/06/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.30 | $114.00 |
| B110 | 11/07/25 | GF | Call with J. Hampton regarding case status and emails with UCC professionals on same | 0.20 | $237.00 |
| B110 | 11/13/25 | GF | Emails with J. Hampton and J. Young regarding case update | 0.10 | $118.50 |
| B110 | 11/14/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.30 | $114.00 |
| B110 | 11/20/25 | JAR | Confer with G. Finizio re: immediate case issues | 0.10 | $66.00 |
| B110 | 11/21/25 | EBL | Review docket and pleadings; update critical dates memo and attorney calendars | 0.40 | $152.00 |
| B110 | 11/26/25 | GF | Multiple emails and calls with B. Nathan and J. Hampton regarding case status and next steps | 0.40 | $474.00 |
| | | | **Total B110 - Case Administration** | 2.00 | $1,512.50 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 11/04/25 | BSN | Revise e-mail update to committee re report on consignment litigation mediation outcome and next steps | 0.20 | $303.00 |
| B150 | 11/04/25 | GF | Review draft UCC email | 0.10 | $118.50 |
| B150 | 11/04/25 | JAR | Draft strategic update to the Committee re: consignment mediation (.3); confer with G. Finizio re: same (.1) | 0.40 | $264.00 |
| B150 | 11/19/25 | JAR | Confer with G. Finizio re: Alliance adversary proceeding (.2); draft strategic recommendation to the committee re: same (.3) | 0.50 | $330.00 |
| B150 | 11/19/25 | MTP | E-mails with LS team re: Committee update | 0.10 | $107.50 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee
Invoice No.: 1254730

Page 3
December 8, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B150 - Meetings of and Communication with Creditors** | 1.30 | $1,123.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 11/11/25 | GF | Edits to monthly fee statement | 0.50 | $592.50 |
| B160 | 11/13/25 | EBL | Prepare ninth monthly LS fee statement | 0.70 | $266.00 |
| B160 | 11/14/25 | EBL | Finalize and send LS ninth monthly fee statement to local counsel for filing | 0.40 | $152.00 |
| B160 | 11/14/25 | GF | E-mails with LS team regarding latest fee statement | 0.10 | $118.50 |
| | | | **Total B160 - Fee/Employment Applications** | 1.70 | $1,129.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 11/04/25 | GF | Emails with UCC professionals regarding fee estimates | 0.10 | $118.50 |
| B175 | 11/07/25 | BSN | Review Saul Ewing third inter fee application | 0.10 | $151.50 |
| B175 | 11/13/25 | GF | Emails with UCC professionals regarding fee statements | 0.10 | $118.50 |
| B175 | 11/19/25 | EBL | Circulate CNOs for UCC professionals' September monthly fee statements; update master fee chart | 0.50 | $190.00 |
| B175 | 11/25/25 | BSN | Review order approving third and final fee application of Stephenson Harwood, debtors' UK special counsel | 0.10 | $151.50 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 0.90 | $730.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 11/03/25 | GF | Call with J. Hampton regarding next steps for mediation | 0.20 | $237.00 |
| B190 | 11/04/25 | BSN | Review status of consignment litigation settlement discussions, administrative claims amount and next steps | 0.20 | $303.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1254730

Page 4  
December 8, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 11/04/25 | MTP | Discussions/e-mails with B. Nathan, G. Finizio, and J. Rauchberg re: mediation and Committee update re: same | 0.20 | $215.00 |
| B190 | 11/05/25 | BSN | Review stipulation to adjourn motion of Consignment Group to compel debtors' assumption, rejection of consignment agreements | 0.10 | $151.50 |
| B190 | 11/07/25 | BSN | Review mediation status report and filed mediation status report | 0.10 | $151.50 |
| B190 | 11/07/25 | GF | Emails with D. Schaffer regarding mediation filing | 0.10 | $118.50 |
| B190 | 11/12/25 | BSN | Update re status of negotiations with consignment committees | 0.10 | $151.50 |
| B190 | 11/13/25 | BSN | Update re status of debtors' settlement discussions with ad hoc and other consignment groups and e-mail with Hampton re same | 0.10 | $151.50 |
| B190 | 11/13/25 | MTP | E-mails re: DIP financing and consignment negotiations | 0.10 | $107.50 |
| B190 | 11/18/25 | BSN | Review withdrawal of Consignment Group's motion to compel debtors' assumption, rejection of consignment agreement; review potential settlement | 0.20 | $303.00 |
| B190 | 11/20/25 | MTP | E-mails with LS team re: consignment claims | 0.10 | $107.50 |
| B190 | 11/25/25 | BSN | Review Hampton's update re: mediation status (re: Consignment litigations); Hampton's email to mediator (.1) and review next steps and DIP financing status with Finizio (.1) | 0.20 | $303.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 1.70 | $2,300.50 |

B200 - Operations

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 11/07/25 | BSN | Review update re status of extended dip financing and budget | 0.10 | $151.50 |
| B230 | 11/07/25 | MTP | E-mails with LS and Tydings team re: budget | 0.10 | $107.50 |
| B230 | 11/12/25 | GF | Review pending DIP matters | 0.20 | $237.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1254730

Page 5  
December 8, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 11/14/25 | BSN | Review report re call with JP Morgan's counsel re extended dip financing (.1) and e-mails with J. Young re same (.1) | 0.20 | $303.00 |
| B230 | 11/14/25 | GF | E-mails and call with J. Young regarding next steps on DIP | 0.40 | $474.00 |
| B230 | 11/18/25 | BSN | Review status of dip financing amendment, extension | 0.10 | $151.50 |
| B230 | 11/20/25 | GF | Emails with Debtors and lender regarding next steps in the case | 0.30 | $355.50 |
| B230 | 11/24/25 | BSN | Review internal memo re call with debtors' counsel re negotiations with JP Morgan re extended dip financing or conversion of case | 0.10 | $151.50 |
| B230 | 11/24/25 | GF | Calls with J. Hampton and J. Young regarding next steps in case | 0.80 | $948.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 2.30 | $2,879.50 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 11/05/25 | BSN | Review notice of hearing, ARA motion for allowance, payment of administrative expense claim | 0.10 | $151.50 |
| B310 | 11/07/25 | BSN | Review DCD September 2025 monthly operating report and questions re same | 0.10 | $151.50 |
| B310 | 11/19/25 | BSN | Review court's proceeding memo re ARA application for allowance, payment of administrative claim; court's granting of motion (.1) and response to same (.1) | 0.20 | $303.00 |
| B310 | 11/21/25 | BSN | Review order granting ARA's motion for allowance and payment of administrative claims | 0.10 | $151.50 |
| B310 | 11/25/25 | BSN | Review debtors' update re unpaid administrative expense claims | 0.10 | $151.50 |
| | | | **Total B310 - Claims Administration and Objections** | 0.60 | $909.00 |

B320 Plan and Disclosure Statement (including Business Plan)

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1254730

Page 6  
December 8, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 11/06/25 | BSN | Review updated critical dates memo, question re exclusivity extension motion objection deadline | 0.10 | $151.50 |
| B320 | 11/14/25 | BSN | Review updated critical dates memo re exclusivity period objection deadline, questions re same and committee's position re same | 0.20 | $303.00 |
| B320 | 11/17/25 | BSN | Review order extending plan exclusivity periods granting debtors' third exclusivity extension motion | 0.10 | $151.50 |
| B320 | 11/17/25 | MTP | Review exclusivity extension order | 0.10 | $107.50 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | **0.50** | **$713.50** |

B400 - Bankruptcy-Related Advice

B430 Adversary Proceedings and Bankruptcy Court Litigation

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430 | 11/05/25 | BSN | Review AENT's motion for sanctions in Sparkle Pop litigation and supporting memo of law and declaration | 0.30 | $454.50 |
| B430 | 11/05/25 | MTP | Review Sparkle Pop's motion for sanctions against AENT; e-mails re: same | 0.30 | $322.50 |
| B430 | 11/10/25 | BSN | Review notice re court's denial of AENT's motion to dismiss Sparkle Pop complaint | 0.10 | $151.50 |
| B430 | 11/11/25 | BSN | Telephone call with D. Shaffer re report on 12/10 court hearing re Sparkle Pop adversary, denial of AENT's motion to dismiss and re AENT adversary | 0.20 | $303.00 |
| B430 | 11/14/25 | BSN | Review order denying Alliance's motion to dismiss Sparkle Pop complaint | 0.10 | $151.50 |
| B430 | 11/17/25 | BSN | Review adjourned pretrial conference | 0.10 | $151.50 |
| B430 | 11/20/25 | MTP | E-mails with LS team re: AENT litigation | 0.10 | $107.50 |
| B430 | 11/21/25 | BSN | Review order denying motions to dismiss | 0.10 | $151.50 |
| B430 | 11/24/25 | BSN | Review Alliance's answer, affirmative defense to Sparkle Pop's amended complaint | 0.20 | $303.00 |
| B430 | 11/26/25 | BSN | Review possible contingency counsel for Alliance litigation, consignment litigations (.1) and e-mails with D. Shaffer re recommendations (.1) | 0.20 | $303.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1254730

Page 7  
December 8, 2025

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430 | 11/26/25 | GF | Emails with Tydings and Debtor professionals regarding contingency fee counsel for Hampton and other litigations | 0.10 | $118.50 |
| | | | **Total B430 - Adversary Proceedings and Bankruptcy Court Litigation** | 1.80 | $2,518.00 |

<u>B430A Court Hearings</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430A | 11/07/25 | BSN | Review report on call with Hampton re 11/10 hearing on Consignor Groups' motion to compel assumption of rejection of consignment agreement | 0.10 | $151.50 |
| B430A | 11/08/25 | GF | Email to local counsel regarding Monday hearing on motion to compel assumption or rejection of consignment agreements | 0.20 | $237.00 |
| B430A | 11/10/25 | BSN | Review report re hearing on ad hoc Consignors Group motion to compel assumption, rejection of consignment agreements and prospects for extended dip financing | 0.20 | $303.00 |
| B430A | 11/10/25 | GF | Call with D. Shaffer regarding 11/10 hearing matters | 0.10 | $118.50 |
| B430A | 11/13/25 | GF | Review matters scheduled for November 17 | 0.20 | $237.00 |
| B430A | 11/17/25 | BSN | Review D. Shaffer's report re today's hearing | 0.20 | $303.00 |
| B430A | 11/17/25 | GF | Emails and calls with D. Shaffer re: hearing results on motions to dismiss | 0.30 | $355.50 |
| B430A | 11/19/25 | GF | E-mails and calls with D. Shaffer, Saul Ewing team, and B. Nathan re: hearing on admin claim motion (.3); call with J. Young on status (.5) | 0.80 | $948.00 |
| B430A | 11/20/25 | BSN | Follow up e-mail report from G. Finizio re hearing on ARA motion for allowance, payment of administrative claim | 0.10 | $151.50 |
| | | | **Total B430A - Court Hearings** | 2.20 | $2,805.00 |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1254730

Page 8  
December 8, 2025

**Timekeeper Summary (by Task):**

| Task | Task Description | Hours | Fees |
|---|---|---:|---:|
| B110 | Case Administration | 2.00 | $1,512.50 |
| B150 | Meetings of and Communication with Creditors | 1.30 | $1,123.00 |
| B160 | Fee/Employment Applications | 1.70 | $1,129.00 |
| B175 | Fee Applications and Invoices - Others | 0.90 | $730.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1.70 | $2,300.50 |
| B230 | Financing/Cash Collateral | 2.30 | $2,879.50 |
| B310 | Claims Administration and Objections | 0.60 | $909.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.50 | $713.50 |
| B430 | Adversary Proceedings and Bankruptcy Court Litigation | 1.80 | $2,518.00 |
| B430A | Court Hearings | 2.20 | $2,805.00 |
| | **Total** | **15.00** | **$16,620.00** |

Diamond Comic Distributors Inc. - Unsecured Creditors Committee  
Invoice No.: 1254730

Page 9  
December 8, 2025

THERE ARE NO DISBURSEMENTS FOR THIS MATTER