IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF TYDINGS & ROSENBERG LLP, AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025**

Name of Applicant:     **Tydings & Rosenberg LLP**

Authorized to Provide Professional Services to:  **Official Committee of Unsecured Creditors**

Date of Retention:  **March 17, 2025, effective as of January 31, 2025**

Period for Which Compensation and Reimbursement are sought:  **November 1, 2025 through November 30, 2025**

Amount of Compensation Sought as Actual, Reasonable and Necessary**: $9,991.60 (80% of $12,489.50)**

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: **$0.00**

This is a:  **Monthly Fee Statement**

**Prior Applications Filed:**    Feb. 2025 (monthly) [docket no. 293], filed 4/1/25
March 2025 (monthly) [docket no. 384], filed 4/29/25
April 2025 (monthly) [docket no. 475], filed 5/30/25
May 2025 (monthly) [docket no. 549], filed 6/30/25
June 2025 (monthly) [docket no. 664], filed 7/29/25
July 2025 (monthly) [docket no. 806], filed 9/2/25
First Interim (1/31/25 – 3/31/25) [docket no. 392], filed 4/30/25
Second Interim (4/1/25 – 6/30/25) [docket no. 673], filed 7/31/25
August 2025 (monthly) [docket no. 921], filed 9/29/25
September 2025 (monthly) [docket no. 962], filed 10/17/25
Third Interim (7/1/25 – 9/30/25) [docket no. 996], filed 10/30/25
October 2025 (monthly) [docket no. 1026], filed 11/14/25

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6488579.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10308 (DER)<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF TYDINGS & ROSENBERG LLP,
AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 203] (the "Interim Compensation Order") entered by the Court on March 10, 2025, Tydings & Rosenberg LLP (the "Firm"), as local counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this Monthly Statement of Services Rendered and Expenses Incurred (the "Statement") for the period of November 1, 2025 through November 30, 2025 (the "Statement Period").

**I.   The Itemization of Services Rendered by the Firm**

1.   The hours spent in the Chapter 11 Case during the Statement Period for which the Firm seeks compensation, the hourly rate for each attorney and the resulting fees are as follows:

---

[2] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

6488579.1

2

| Name | Position | Hours | Hourly Rate | Fees Earned |
|---|---|---|---|---|
| Dennis J. Shaffer | Partner | 13.5 | $625 | $ 8,437.50 |
| Stephen B. Gerald | Partner | 6.1 | $620 | $ 3,782.00 |
| Megan Young | Associate | 0.9 | $300 | $ 270.00 |
| **TOTAL** | | **20.5** | | **$ 12,489.50** |

2. The time records of the Firm submitted herewith, and incorporated herein, collectively attached hereto as **Exhibit A**, consist of a daily breakdown of the time spent by each person on each day and of the disbursements during the Statement Period.

**II.    The Itemization of Services Rendered and Disbursements Made by Category**

3. The following itemization breaks down the services rendered by the Firm by the service categories indicated and provides an aggregation of disbursements by form of disbursement.

**A.    Services Rendered.**

4. The following services were rendered in the following service categories:

| | Service Category | Hours | Fees |
|---|---|---|---|
| 1. | General Administrative | 0.0 | $ 0.00 |
| 2. | US Trustee Issues and Debtor Disclosures | 0.0 | $ 0.00 |
| 3. | Operational Issues | 0.0 | $ 0.00 |
| 4. | Regulatory/Securities | 0.0 | $ 0.00 |
| 5. | Professionals – Debtor and Committee | 5.5 | $ 3,128.00 |
| 6. | Avoidance Actions/Litigation/Contested Matters | 14.6 | $ 9,113.50 |
| 7. | Secured Lender/Creditor Issues | 0.3 | $ 186.00 |
| 8. | Sale Issues | 0.0 | $ 0.00 |
| 9. | Plan and Disclosure Statement | 0.0 | $ 0.00 |
| 10 | Unsecured Creditor Issues | 0.1 | $ 62.00 |
| | **TOTAL** | **20.5** | **$ 12,489.50** |

A detailed itemization of the services rendered in the above Service Categories is set forth in **Exhibit A.**

**B.    Disbursements Made.**

5. During the Statement Period, the Firm did not incur any reimbursable expenses.

3

6488579.1

    **C.**    **Total Services Rendered and Disbursements.**

a. The total services rendered and disbursements made, after adjusting for write-offs, are as follows:

| | |
|---|---:|
| Total Services | **$12,489.50** |
| Total Disbursements | $0.00 |
| **TOTAL** | **$12,489.50** |

    **D.**    **Amount Payable After Holdback.**

b. The amount of the twenty percent (20%) holdback is $2,497.90 (the "Holdback").

c. The amount payable for fees for the Statement Period, after adjusting for the Holdback, is $9,991.60.

d. The amount payable for reimbursable disbursements during the Statement Period is $0.00.

e. The Firm respectfully requests that eighty percent (80%) of the amount payable for services, and one hundred percent (100%) of reimbursable disbursements, in the total amount of **$9,991.60** be paid pursuant to the Interim Compensation Order.

Dated: December 11, 2025        Respectfully Submitted,

**TYDINGS & ROSENBERG LLP**

*/s/ Stephen B. Gerald*
Dennis J. Shaffer (MD Fed. Bar No. 25680)
Stephen B. Gerald (MD Fed Bar. No. 26590)
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone: (410) 752-9700
Email: dshaffer@tydings.com
        sgerald@tydings.com

*Local Counsel for the Official Committee of Unsecured Creditors*

6488579.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of December, 2025, the foregoing was served via email on the following:

Robert Gorin, CRO rgorin@getzlerhenrich.com

And via the Court's CM/ECF filing system on the following:

Sam Alberts     sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
Peter J Artese     peter.artese@us.dlapiper.com
Jan Berlage     JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Laura Skowronski Bouyea     lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown     abrown@klestadt.com
Matthew G. Brushwood     mbrushwood@barley.com, dkline@barley.com
Darek Bushnaq     dsbushnaq@venable.com
Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
G. David Dean     ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers     desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan     edevan@milesstockbridge.com
Ellen E. Dew     ellen.dew@us.dlapiper.com
Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio     gfinizio@lowenstein.com
Adam Fletcher     afletcher@bakerlaw.com
Chelsea R Frankel     cfrankel@lowenstein.com
Jeremy S. Friedberg     jeremy@friedberg.legal, ecf@friedberg.legal
Stephen B. Gerald     sgerald@tydings.com
Christopher J. Giaimo     christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
Joshua Glikin     jglikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com
Jonathan A. Grasso     jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
Zvi Guttman     zvi@zviguttman.com,

zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Jeffrey C. Hampton     jeffrey.hampton@saul.com
Jason F Hoffman     jhoffman@bakerlaw.com
Catherine Keller Hopkin     chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
James R. Irving     james.irving@dentons.com
Adam H Isenberg     adam.isenberg@saul.com
Harry Conrad Jones     HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
Toyja E. Kelley     Toyja.Kelley@troutman.com
C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage     korphagee@whiteandwilliams.com
Jung Yong Lee     jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Thomas J. McKee     mckeet@gtlaw.com, smedsa@gtlaw.com,Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan     rmoonan@sillscummis.com
William Fuller Moss     william.moss@friedberg.legal
Bruce S. Nathan     bnathan@lowenstein.com
Craig Palik     cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
Michael Papandrea     mpapandrea@lowenstein.com
Steven Gregory Polard     steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
Scott Prince     sprince@bakerlaw.com
Jonathan Gary Rose     jonathan.rose@us.dlapiper.com
Jordan Rosenfeld     jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Dennis J. Shaffer     dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi     nicholas.smargiassi@saul.com
David Sommer     dsommer@gejlaw.com, ceyler@gejlaw.com;gomara@gejlaw.com;mkobylski@gejlaw.com
Brent C. Strickland     bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
Matthew G. Summers     summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
S. Jason Teele     steele@sillscummis.com
Paige Noelle Topper     paige.topper@saul.com

6488579.1

<u>US Trustee - Baltimore</u>    USTPRegion04.BA.ECF@USDOJ.GOV

<u>*/s/ Stephen B. Gerald*</u>
Stephen B. Gerald

6488579.1