# **Exhibit A**

DATE: 12/11/25 10:01:19 PRO FORMA STATEMENT AS OF 12/11/25  FOR FILE (D02748.071565)  # 159797                                                Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. | 316 Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS
Professionals-Debtor and Committee (Rete

CLIENT ADDRESS                                       MATTER ADDRESS
The Official Committee of Unsecured Creditors        The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case   for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                     100 Front Street
Riverside, NJ 08075                                  Riverside, NJ 08075

CLIENT INFORMATION                                   MATTER INFORMATION
PHONE:                                               PHONE:
CONTACT: Gregory Andonian                            CONTACT: Gregory Andonian
REFERRED BY:                                         REFERRED BY:

STATUS:        OP                     DEPARTMENT:    500        Bankruptcy                FEE FREQ:    M
DATE OPENED:   03/06/25               MATTER TYPE:   3300       Creditor Committee        COST FREQ:   M
                                                                Representation
DATE CLOSED:                          ARRANGEMENT:   HRST       HRST

TRUST AMOUNT:                    0.00
UNAPPLIED AMOUNT:                0.00

LAST BILL DATE:        11/14/25

TIME ENTRIES

|  |  |  |  | WORKED |  | BILLED |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2789726 | DJS | 11/04/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 125 |  |  | Follow up re fee issues. |
| 2789704 | DJS | 11/07/25 | B | 0.80 | 500.00 | 0.80 | 500.00 | 625 |  |  | Monthly fee statement preparation, |
| 2785484 | SBG | 11/07/25 | B | 0.50 | 310.00 | 0.20 | 124.00 | 749 |  |  | review SE fee application |
| 2789688 | DJS | 11/13/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 874 |  |  | Follow up regarding monthly fee statement and billing information. |
| 2786741 | SBG | 11/13/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 1246 |  |  | review draft CNOs for |

DATE: 12/11/25 10:01:19 PRO FORMA STATEMENT AS OF 12/11/25  FOR FILE (D02748.071565)  # 159797                                        Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Septemeber monthly fee statements; finalize and file |
| 2786603 | MKY | 11/13/25 | B | 0.90 | 270.00 | 0.90 | 270.00 | 1516 | | | Reviewed sept. fee statements; drafted CNOs for Tydings, Lowenstein, and BRG; sent to SBG |
| 2786860 | SBG | 11/14/25 | B | 1.10 | 682.00 | 1.10 | 682.00 | 2198 | | | prepare monthly fee statement for Tydings october |
| 2786862 | SBG | 11/14/25 | B | 0.40 | 248.00 | 0.40 | 248.00 | 2446 | | | prep LS monthly fee statement for filing |
| 2787580 | SBG | 11/18/25 | B | 0.60 | 372.00 | 0.60 | 372.00 | 2818 | | | prepare CNOs for committee professionals' third interim fee applications |
| 2788218 | SBG | 11/21/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 3128 | | | file CNOs for committee professionals' third interim fee applications |

```
                FEE SUBTOTAL                                      3,128.00


            BALANCE DUE FROM PREVIOUS STATEMENT                              31,789.30
            LESS PAYMENT(S)                                                  (3,680.40)

            BALANCE FORWARD                                                  28,108.90

            TIMECARD SUB-TOTAL (5.50)                    3,128.00
            DISBURSEMENT SUB-TOTAL                           0.00
            SUBTOTAL CURRENT PERIOD                      3,128.00
            TOTAL DUE                                                        31,236.90
```

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---|---|---|---|---|
| Shaffer, Dennis J. | 625.00 | 1.20 | 21.8 | 750.00 | 24.00 |
| Gerald, Stephen B. | 620.00 | 3.40 | 61.8 | 2108.00 | 67.40 |
| Young, Megan K. | 300.00 | 0.90 | 16.4 | 270.00 | 8.60 |
| TOTALS | | 5.50 | | 3128.00 | |

DATE: 12/11/25 10:01:19 PRO FORMA STATEMENT AS OF 12/11/25  FOR FILE (D02748.071565)  # 159797                    Page 3

## MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---:|---:|---:|---:|---:|
| BL | Bills | 101,856.50 | 0.00 | 0.00 | 0.00 | 101,856.50 |
| CR | Cash Receipts | -73,747.60 | 0.00 | 0.00 | 0.00 | -73,747.60 |
| | TOTALS | 28,108.90 | 0.00 | 0.00 | 0.00 | 28,108.90 |

AGED ACCOUNTS RECEIVABLE:         9,672.00 (-30)         920.10 (31-60)         446.40 (61-90)         1,637.60 (91-120)         15,432.80 (+)

   (  ) BILL COSTS AND FEES         (  ) DO NOT BILL
   (  ) BILL FEES ONLY              (  ) CLOSE FILE
   (  ) BILL COSTS ONLY             (  ) FINAL BILL

DATE: 12/11/25 10:00:34 PRO FORMA STATEMENT AS OF 12/11/25  FOR FILE (D02748.071564)  # 159796                                                    Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. | 316<br>Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION                                    BILLING INSTRUCTIONS
Avoidance Actions/Litigation/Contested M

CLIENT ADDRESS                                                                              MATTER ADDRESS
The Official Committee of Unsecured Creditors                         The Official Committee of Unsecured Creditors
for the Diamond Comic Distributors, Inc. Bankruptcy Case              for the Diamond Comic Distributors, Inc. Bankruptcy Case
100 Front Street                                                       100 Front Street
Riverside, NJ 08075                                                    Riverside, NJ 08075

CLIENT INFORMATION                                                    MATTER INFORMATION
PHONE:                                                                 PHONE:
CONTACT: Gregory Andonian                                              CONTACT: Gregory Andonian
REFERRED BY:                                                           REFERRED BY:

STATUS:        OP                  DEPARTMENT:    500         Bankruptcy              FEE FREQ:       M
DATE OPENED:   03/06/25            MATTER TYPE:   3300        Creditor Committee      COST FREQ:      M
                                                              Representation
DATE CLOSED:                       ARRANGEMENT:   HRST        HRST

TRUST AMOUNT:                      0.00
UNAPPLIED AMOUNT:                  0.00

LAST BILL DATE:       11/14/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2785481 | SBG | 11/06/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 62 | | | review stip regarding adjourning motion to compel assumption/rejection |
| 2789707 | DJS | 11/07/25 | B | 0.30 | 187.50 | 0.30 | 187.50 | 250 | | | Review draft of mediation statement; emails with co-counsel regarding same. |
| 2789708 | DJS | 11/07/25 | B | 1.60 | 1000.00 | 1.60 | 1000.00 | 1250 | | | Review motion and related filings for hearing on Monday; confer |

DATE: 12/11/25 10:00:34 PRO FORMA STATEMENT AS OF 12/11/25  FOR FILE (D02748.071564)  # 159796                                Page 2

| INDEX | INIT | DATE | STAT | WORKED HRS | WORKED AMT | BILLED HRS | BILLED AMT | CUM | TASK | ACT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | with co-counsel regarding same. |
| 2785430 | DJS | 11/07/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 1375 | | | Emails with debtor counsel and co-counsel; review draft of mediation status report to Court. |
| 2785483 | SBG | 11/07/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 1437 | | | emails regarding hearing next week |
| 2785486 | SBG | 11/07/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 1561 | | | review status update regarding mediation; emails regarding same |
| 2785751 | DJS | 11/10/25 | B | 1.80 | 1125.00 | 1.80 | 1125.00 | 2686 | | | Prepare for hearing on motion to compel, including review of motion, responses and notes from previous hearing. |
| 2785753 | DJS | 11/10/25 | B | 0.20 | 125.00 | 0.20 | 125.00 | 2811 | | | Call with Finizio regarding Committee position on motion to compel for purposes of hearing. |
| 2785776 | DJS | 11/10/25 | B | 0.50 | 312.50 | 0.50 | 312.50 | 3123 | | | Calls with Gerald and Finizio regarding results of hearing on Motion to Compel. |
| 2785777 | DJS | 11/10/25 | B | 2.70 | 1687.50 | 2.70 | 1687.50 | 4811 | | | Attend hearing on Motion to Compel and travel to and from. |
| 2786742 | SBG | 11/13/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 4873 | | | emails regarding status of consignment settlements |
| 2789407 | DJS | 11/17/25 | B | 3.20 | 2000.00 | 3.20 | 2000.00 | 6873 | | | Attend hearing on motion to dismiss and exclusivity; travel to and from; follow up with co-counsel regarding same. |
| 2787283 | SBG | 11/17/25 | B | 0.50 | 310.00 | 0.50 | 310.00 | 7183 | | | confer with D.Shaffer regarding hearing; review issues regarding same |
| 2787289 | SBG | 11/17/25 | B | 0.20 | 124.00 | 0.20 | 124.00 | 7307 | | | follow up post hearing regarding exclusivity and MTD |
| 2787592 | SBG | 11/18/25 | B | 0.90 | 558.00 | 0.90 | 558.00 | 7865 | | | prepare for 11/19 hearing; review docket regarding pending matters and status; emails and confer with D.Shaffer regarding same |

DATE: 12/11/25 10:00:34 PRO FORMA STATEMENT AS OF 12/11/25  FOR FILE (D02748.071564)  # 159796                                                     Page 3

```
                                        WORKED         BILLED
INDEX    INIT    DATE      STAT  HRS    AMT     HRS    AMT      CUM     TASK  ACT  DESCRIPTION
2787670  SBG     11/18/25   B   0.20   124.00   0.20   124.00   7989               confer with D.Shaffer regarding
                                                                                   11/17 hearing

2789415  DJS     11/19/25   B   1.60  1000.00   1.60  1000.00   8989               Prep for and attend hearing on
                                                                                   administrative expense claim.

2789671  DJS     11/19/25   B   0.20   125.00   0.20   125.00   9114               Follow up from hearing

         FEE SUBTOTAL                                  9,113.50
```

```
BALANCE DUE FROM PREVIOUS STATEMENT                       30,297.60
LESS PAYMENT(S)                                           (3,779.60)

BALANCE FORWARD                                           26,518.00

TIMECARD SUB-TOTAL (14.60)              9,113.50
DISBURSEMENT SUB-TOTAL                      0.00
SUBTOTAL CURRENT PERIOD                 9,113.50
TOTAL DUE                                                 35,631.50
```

```
                    TIME AND FEE SUMMARY
    TIMEKEEPER           RATE    HOURS    %       FEES     %
Shaffer, Dennis J.      625.00   12.30   84.2   7687.50   84.40
Gerald, Stephen B.      620.00    2.30   15.8   1426.00   15.60
            TOTALS               14.60           9113.50
```

```
                              MATTER SUMMARY
Tran Type   Description       Fees        Hard       Soft      Other        Total
BL          Bills          40,680.00      0.00       0.00       0.00     40,680.00
CR          Cash Receipts -14,162.00      0.00       0.00       0.00    -14,162.00

            TOTALS          26,518.00      0.00       0.00       0.00     26,518.00
```

DATE: 12/11/25 10:00:34 PRO FORMA STATEMENT AS OF 12/11/25  FOR FILE (D02748.071564)  # 159796                                                                                          Page 4

AGED ACCOUNTS RECEIVABLE:         22,977.50  (-30)         944.90  (31-60)         137.00  (61-90)         1,223.70  (91-120)         1,234.90  (+)

    ( ) BILL COSTS AND FEES    ( ) DO NOT BILL
    ( ) BILL FEES ONLY    ( ) CLOSE FILE
    ( ) BILL COSTS ONLY    ( ) FINAL BILL

DATE: 12/11/25 09:59:51 PRO FORMA STATEMENT AS OF 12/11/25  FOR FILE (D02748.071560)  # 159794                                      Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

MATTER DESCRIPTION  
Secured Lender/Creditor Issues

BILLING INSTRUCTIONS

CLIENT ADDRESS  
The Official Committee of Unsecured Creditors  
for the Diamond Comic Distributors, Inc. Bankruptcy Case  
100 Front Street  
Riverside, NJ 08075

MATTER ADDRESS  
The Official Committee of Unsecured Creditors  
for the Diamond Comic Distributors, Inc. Bankruptcy Case  
100 Front Street  
Riverside, NJ 08075

CLIENT INFORMATION  
PHONE:  
CONTACT: Gregory Andonian  
REFERRED BY:

MATTER INFORMATION  
PHONE:  
CONTACT: Gregory Andonian  
REFERRED BY:

| STATUS: | OP | DEPARTMENT: | 500 | Bankruptcy | FEE FREQ: | M |
|---|---|---|---|---|---|---|
| DATE OPENED: | 03/06/25 | MATTER TYPE: | 3300 | Creditor Committee Representation | COST FREQ: | M |
| DATE CLOSED: | | ARRANGEMENT: | | HRST   HRST | | |

TRUST AMOUNT:           0.00  
UNAPPLIED AMOUNT:       0.00

LAST BILL DATE:    11/14/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2788715 | SBG | 11/21/25 | B | 0.30 | 186.00 | 0.20 | 124.00 | 124 | | | review JPM fee statement |
| 2788636 | SBG | 11/24/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 186 | | | emails regarding status of budget |

FEE SUBTOTAL                                    186.00

DATE: 12/11/25 09:59:51 PRO FORMA STATEMENT AS OF 12/11/25  FOR FILE (D02748.071560) # 159794                                    Page 2

|  |  |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | 12,787.60 |
| LESS PAYMENT(S) | (297.60) |
| BALANCE FORWARD | 12,490.00 |
| TIMECARD SUB-TOTAL (0.30) | 186.00 |
| DISBURSEMENT SUB-TOTAL | 0.00 |
| SUBTOTAL CURRENT PERIOD | 186.00 |
| TOTAL DUE | 12,676.00 |

### TIME AND FEE SUMMARY

| TIMEKEEPER | RATE | HOURS | % | FEES | % |
|---|---:|---:|---:|---:|---:|
| Gerald, Stephen B. | 620.00 | 0.30 | 100.0 | 186.00 | 100.00 |
| TOTALS |  | 0.30 |  | 186.00 |  |

### MATTER SUMMARY

| Tran Type | Description | Fees | Hard | Soft | Other | Total |
|---|---|---:|---:|---:|---:|---:|
| BL | Bills | 48,510.00 | 0.00 | 0.00 | 0.00 | 48,510.00 |
| CR | Cash Receipts | -36,020.00 | 0.00 | 0.00 | 0.00 | -36,020.00 |
|  | TOTALS | 12,490.00 | 0.00 | 0.00 | 0.00 | 12,490.00 |

AGED ACCOUNTS RECEIVABLE:        3,485.00 (-30)        74.40 (31-60)        474.30 (61-90)        99.80 (91-120)        8,356.50 (+)

```
(  ) BILL COSTS AND FEES        (  ) DO NOT BILL
(  ) BILL FEES ONLY             (  ) CLOSE FILE
(  ) BILL COSTS ONLY            (  ) FINAL BILL
```

DATE: 12/11/25 09:57:45 PRO FORMA STATEMENT AS OF 12/11/25  FOR FILE (D02748.071561)  # 159795                                      Page 1

| CLIENT INFORMATION | CLIENT # | ORIGINATING | BILLING | SUPERVISING |
|---|---|---|---|---|
| Diamond Comic Creditors' Committee | D02748 | 316 | 316 | 316 |
| | | Shaffer, Dennis J. | Shaffer, Dennis J. | Shaffer, Dennis J. |

JOINT GROUP NUMBER:

| MATTER DESCRIPTION | BILLING INSTRUCTIONS |
|---|---|
| General Unsecured Creditor Issues | |

| CLIENT ADDRESS | MATTER ADDRESS |
|---|---|
| The Official Committee of Unsecured Creditors | The Official Committee of Unsecured Creditors |
| for the Diamond Comic Distributors, Inc. Bankruptcy Case | for the Diamond Comic Distributors, Inc. Bankruptcy Case |
| 100 Front Street | 100 Front Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

| CLIENT INFORMATION | MATTER INFORMATION |
|---|---|
| PHONE: | PHONE: |
| CONTACT: Gregory Andonian | CONTACT: Gregory Andonian |
| REFERRED BY: | REFERRED BY: |

STATUS:        OP                          DEPARTMENT:      500          Bankruptcy                  FEE FREQ:        M
DATE OPENED:   03/06/25                    MATTER TYPE:     3300         Creditor Committee          COST FREQ:       M
                                                                         Representation
DATE CLOSED:                               ARRANGEMENT:     HRST         HRST

TRUST AMOUNT:                      0.00
UNAPPLIED AMOUNT:                  0.00

LAST BILL DATE:         11/14/25

TIME ENTRIES

| | | | | WORKED | | BILLED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEX | INIT | DATE | STAT | HRS | AMT | HRS | AMT | CUM | TASK | ACT | DESCRIPTION |
| 2784991 | SBG | 11/04/25 | B | 0.10 | 62.00 | 0.10 | 62.00 | 62 | | | committee status email |

                              FEE SUBTOTAL                            62.00

```
DATE: 12/11/25 09:57:45 PRO FORMA STATEMENT AS OF 12/11/25  FOR FILE (D02748.071561)  # 159795                                              Page 2


        BALANCE DUE FROM PREVIOUS STATEMENT                            3,748.50
        LESS PAYMENT(S)                                                 (298.40)

        BALANCE FORWARD                                                3,450.10

        TIMECARD SUB-TOTAL (0.10)                       62.00
        DISBURSEMENT SUB-TOTAL                           0.00
        SUBTOTAL CURRENT PERIOD                         62.00
        TOTAL DUE                                                      3,512.10


                     TIME AND FEE SUMMARY
        TIMEKEEPER         RATE    HOURS     %       FEES       %
  Gerald, Stephen B.      620.00    0.10   100.0     62.00   100.00
              TOTALS                0.10             62.00




                                    MATTER SUMMARY
 Tran Type   Description              Fees          Hard         Soft        Other          Total
 BL          Bills                17,250.50         0.00         0.00         0.00       17,250.50
 CR          Cash Receipts       -13,800.40         0.00         0.00         0.00      -13,800.40

             TOTALS               3,450.10          0.00         0.00         0.00        3,450.10


 AGED ACCOUNTS RECEIVABLE:           0.00 (-30)       74.60 (31-60)    274.50 (61-90)     323.80 (91-120)       2,777.20 (+)


         (  ) BILL COSTS AND FEES          (  ) DO NOT BILL
         (  ) BILL FEES ONLY               (  ) CLOSE FILE
         (  ) BILL COSTS ONLY              (  ) FINAL BILL
```