**Exhibit A**

56910153.2

### IN THE IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors[1] | (Jointly Administered) |
| | **Re: D.I. 1070** |

**ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED HEARING ON MOTION (A) FOR ENTRY OF ORDER APPROVING EIGHTH STIPULATION BETWEEN DEBTORS AND JPMORGAN CHASE BANK, N.A., AMENDING DIP CREDIT AGREEMENT AND (B) FOR APPROVAL OF ORDER (I) CONVERTING CASES FROM CHAPTER 11 TO CHAPTER 7 OF THE BANKRUPTCY CODE AS OF CONVERSION DATE, (II) APPROVING CERTAIN CONVERSION PROCEDURES (III) SETTING BAR DATE FOR FILING FINAL CHAPTER 11 FEE APPLICATIONS AND ESTABLISHING A HEARING THEREON, AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "<u>Motion to Shorten</u>") of the Debtors, pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Bankruptcy

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Rules 9006-1 and 9013-6, shortening the time for notice of the hearing to consider the *Debtors' Motion (A) For Entry of Order Approving Eighth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending Dip Credit Agreement and (B) For Approval of Order (I) Converting Cases From Chapter 11 To Chapter 7 of The Bankruptcy Code as of Conversion Date, (II) Approving Certain Conversion Procedures (III) Setting Bar Date For Filing Final Chapter 11 Fee Applications and Establishing a Hearing Thereon, and (IV) Granting Related Relief* [D.I. 1070] (the "Financing/Conversion Motion")[2], and the Court having reviewed the Motion to Shorten, and having found that the relief requested in the Motion to Shorten is justified under the circumstances,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted to the extent set forth herein,

2. The hearing to consider the relief requested in the Financing/Conversion Motion to Approve shall be held on _____ (prevailing Eastern Time).

3. Any objections to the Financing/Conversion Motion shall be filed at or before the hearing.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

**END OF ORDER**

---

[2] Capitalized terms not otherwise defined herein are defined in the Motion to Shorten.