# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*, | (Jointly Administered) |
| | **Re: D.I. 1070 & 1074** |
| Debtors.[1] | **Hearing Date**: December 15, 2025 at 10:00 a.m. (ET) **Objection Deadline**: At or before the Hearing |

### NOTICE OF DEBTORS' MOTION (A) FOR ENTRY OF ORDER APPROVING EIGHTH STIPULATION BETWEEN DEBTORS AND JPMORGAN CHASE BANK, N.A., AMENDING DIP CREDIT AGREEMENT AND (B) FOR APPROVAL OF ORDER (I) CONVERTING CASES FROM CHAPTER 11 TO CHAPTER 7 OF THE BANKRUPTCY CODE AS OF CONVERSION DATE, (II) APPROVING CERTAIN CONVERSION PROCEDURES, (III) SETTING BAR DATE FOR FILING FINAL CHAPTER 11 FEE APPLICATIONS AND ESTABLISHING A HEARING THEREON, AND (IV) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on December 12, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion (A) For Entry Of Order Approving Eighth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement and (B) For Approval Of Order (I) Converting Cases From Chapter 11 To Chapter 7 Of The Bankruptcy Code as Of Conversion Date, (II) Approving Certain Conversion Procedures (III) Setting Bar Date For Filing Final Chapter 11 Fee Applications and Establishing A Hearing Thereon, and (IV) Granting Related Relief* (D.I. 1070) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that an expedited hearing on the Motion has been scheduled for **December 15, 2025, at 10:00 a.m.** (the "Hearing"). The Hearing will take place before the Honorable Judge Rice in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, Maryland 21201.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

      **PLEASE TAKE FURTHER NOTICE** that the deadline for any responses or objections to the Motion (which must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Debtors) must be raised at or before the Hearing.

      **PLEASE TAKE FURTHER NOTICE** that a copy of the Motion is available free of charge on the Debtors' case information website, located at https://omniagentsolutions.com/DCD, or on the Court's electronic docket for a fee at https://ecf.pawb.uscourts.gov/ (a PACER login and password are required and can be obtained through the PACER Service Center at http://pacer.psc.uscourts.gov).

Dated: December 15, 2025

      **SAUL EWING LLP**
By:/s/ *Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
      adam.isenberg@saul.com
      turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
      paige.topper@saul.com
      nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*