**Exhibit A**

Summary of Fees and Expenses by Activity Category

**Getzler Henrich & Associates**
**Summary of Fees and Expenses by Category**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Activity Description | Hours | Fees |
|---|---|---|
| Accounting | 12.6 | $ 6,795.00 |
| BOD issues | 6.9 | 5,462.50 |
| Business Ops | 7.1 | 4,579.50 |
| Cash Flow | 42.7 | 28,942.50 |
| Cash Management | 2.6 | 1,605.00 |
| Court Prep | 54.5 | 37,950.50 |
| Employment and Fee App | 9.4 | 6,063.00 |
| Litigation Matters & Support | 105.1 | 69,385.50 |
| Reporting | 31.3 | 16,799.50 |
| Sale of Business | 38.7 | 24,952.50 |
| Supplier Issues | 3.4 | 1,857.00 |
| Travel | 29.8 | 10,749.00 |
| **Total** | **344.1** | **$ 215,141.50** |

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 911.79 |
| Airfare | 2,424.93 |
| Car Rental/Ground Transportation | 645.55 |
| Meals | 239.66 |
| Telephone / Cell phone | 100.00 |
| Train | 603.00 |
| **Total** | **$ 4,924.93** |

| | |
|---|---|
| **Total Fees & Expenses** | **$ 220,066.43** |