**Exhibit B**

Summary of Professionals and Fees

Getzler Henrich & Associates
Summary of Professionals and Fees
November 01, 2025 to November 30, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

| Professional | Position | Functional Areas | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Henrich | Principal | Restructuring Advisor | $855 | 38.8 | 33,174.00 |
| Robert Gorin | Senior Managing Director | Restructuring Advisor | $755 | 99.8 | 67,534.75 |
| Ramy Aly | Senior Director | Business Plan Analysis | $645 | 79.0 | 48,020.25 |
| Waleed Aly | Director | Business Plan Analysis Support | $525 | 126.5 | 66,412.50 |
| **Total** | | | | **344.1** | **$215,141.50** |