## **Exhibit C**

Summary of Itemized Out-of-Pocket Expenses

**Summary of Expenses**

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 911.79 |
| Airfare | 2,424.93 |
| Car Rental/Ground Transportation | 645.55 |
| Meals | 239.66 |
| Telephone / Cell phone | 100.00 |
| Train | 603.00 |
| **Grand Total** | **$ 4,924.93** |

**Accommodations Hotel/Motel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 11/15/2025 | 548.71 | Hotel for court hearing 11/10/25 |
| Robert Gorin | 11/29/2025 | 363.08 | Hotel for court for hearing on 11.17 |
| **Total** | | **$ 911.79** | |

**Airfare**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 11/15/2025 | 521.49 | Flight for 11/9/25 hearing from BWI to PBI |
| Robert Gorin | 11/15/2025 | 816.48 | Flight Flight from FL to Baltimore for 11/10/25 court hearing |
| Robert Gorin | 11/29/2025 | 543.48 | Flight from BWI to PBI after court - 11.17 hearing |
| Robert Gorin | 11/29/2025 | 543.48 | Flight to BWI airport for - 11.17 hearing |
| **Total** | | **$ 2,424.93** | |

**Car Rental/Ground Transportation**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 11/1/2025 | 44.08 | Uber from PBI to home |
| Robert Gorin | 11/10/2025 | 11.76 | Uber from hotel to Saul Ewing offices |
| Robert Gorin | 11/15/2025 | 20.39 | Uber from Saul Ewing to hotel for 11/10/25 hearing |
| Robert Gorin | 11/15/2025 | 10.67 | Uber from hotel to Saul Ewing office for 11/10/25 hearing |
| Robert Gorin | 11/15/2025 | 29.54 | Uber from BWI to hotel for 11/10/25 hearing |
| Robert Gorin | 11/15/2025 | 57.55 | Uber to PBI airport for 11/10/25 hearing |
| Ramy Aly | 11/19/2025 | 122.48 | Uber to train for 11.19 hearing |
| Ramy Aly | 11/19/2025 | 21.40 | Lyft from courthouse to train station for 11.19 hearing |
| Ramy Aly | 11/19/2025 | 19.31 | Lyft from train station to court for 11.19 hearing |
| Ramy Aly | 11/19/2025 | 130.46 | Uber home from train station - 11.19 hearing |
| Robert Gorin | 11/29/2025 | 19.25 | Uber from hotel to court house - 11.17 hearing |
| Robert Gorin | 11/29/2025 | 33.46 | Uber from BWI to hotel - 11.17 hearing |
| Robert Gorin | 11/29/2025 | 54.30 | Uber from hotel to BWI airport - 11.17 hearing |
| Robert Gorin | 11/29/2025 | 58.59 | Uber to PBI airport - 11.17 hearing |
| Robert Gorin | 11/29/2025 | 12.31 | Uber from court house to hotel - 11.17 hearing |
| **Total** | | **$ 645.55** | |

**Meals**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 11/15/2025 | 12.05 | Breakfast while traveling for 11/09/25 hearing |
| Robert Gorin | 11/15/2025 | 62.16 | Lunch while traveling for 11/10/25 hearing |
| Ramy Aly | 11/19/2025 | 36.15 | Amtrak Cafe - lunch during travel for 11.19 hearing |
| Ramy Aly | 11/19/2025 | 21.50 | Breakfast during travel for hearing |
| Robert Gorin | 11/29/2025 | 42.64 | Working dinner prepping for 11.17 hearing |
| Robert Gorin | 11/29/2025 | 15.45 | Breakfast while traveling for 11.17 hearing |
| Robert Gorin | 11/29/2025 | 27.47 | Working lunch prepping for 11.17 hearing |
| Robert Gorin | 11/29/2025 | 22.24 | Working dinner while traveling for 11.17 hearing |
| **Total** | | **$ 12.05** | |

**Telephone / Cell phone**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 11/19/2025 | 100.00 | Telephone Oct and Nov |
| **Total** | | **$ 100.00** | |

**Train**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Ramy Aly | 11/19/2025 | 352.00 | Amtrak to Baltimore for 11/9 hearing |
| Ramy Aly | 11/19/2025 | 251.00 | Amtrak from Baltimore for 11/19 hearing |
| **Total** | | **$ 603.00** | |