**Exhibit D**

Itemized Fees by Project Category

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Accounting/Auditing**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 11/3/2025 | 0.6 | $ 315.00 | Call with T. Garey to discuss mechanism to remit payment for Canadian taxes |
| Waleed Aly | 11/3/2025 | 1.3 | $ 682.50 | Reviewed Canadian tax return filings, aggregated amounts, created wire template, and initiated transfer of funds to BMO account for tax payment |
| Waleed Aly | 11/11/2025 | 1.2 | $ 630.00 | Several calls with K. Scally to discuss the status of QST tax payment |
| Waleed Aly | 11/12/2025 | 0.5 | $ 262.50 | Call with K. Scally to discuss update on payment of Canadian sales tax |
| Waleed Aly | 11/14/2025 | 0.7 | $ 367.50 | Correspondence with K. Scally/T. Garey to discuss Canadian tax filing, set up and released wires |
| Waleed Aly | 11/17/2025 | 0.7 | $ 367.50 | Call with K. Scally to discuss QST/NY sales and use tax |
| Waleed Aly | 11/17/2025 | 1.2 | $ 630.00 | Call with NY taxing authority to discuss payment options for NY S&U tax |
| Waleed Aly | 11/18/2025 | 0.6 | $ 315.00 | Call with K. Scally to discuss progess on NY tax filing |
| Waleed Aly | 11/18/2025 | 1.0 | $ 525.00 | Call with T. Garey to discuss 1099 data and filing, and payment to accompany paper filing of NY sales tax |
| Ramy Aly | 11/20/2025 | 1.5 | $ 967.50 | Meeting with W. Aly to review outstanding adminstrative expense detail |
| Waleed Aly | 11/20/2025 | 1.5 | $ 787.50 | Call with R. Aly to review outstanding admin claim schedule |
| Waleed Aly | 11/20/2025 | 1.2 | $ 630.00 | Call with K. Scally to discuss S&U tax filing process |
| Waleed Aly | 11/21/2025 | 0.6 | $ 315.00 | Call with K. Scally to discuss outstanding S&U tax filings |
| **Total** | | **12.6** | **$ 6,795.00** | |

Getzler Henrich & Associates
Itemized Fees
November 01, 2025 to November 30, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**BOD issues**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Robert Gorin | 11/7/2025 | 0.5 | $ 377.50 | Prep for and participate in call with S Geppi, B Scher |
| William Henrich | 11/7/2025 | 0.5 | $ 427.50 | Meeting with S. Geppi, B. Scher, R. Gorin and R. Aly re: consignor settlement negotiations and upcoming court hearings, DIP financing status |
| Ramy Aly | 11/14/2025 | 0.7 | $ 451.50 | Prepared and participated in weekly update meeting with S. Geppi, B. Scher and Getzler team |
| Robert Gorin | 11/14/2025 | 0.7 | $ 528.50 | Prep for and participate in call with S Geppi, B Scher |
| William Henrich | 11/14/2025 | 0.7 | $ 598.50 | Meeting with S. Geppi, B. Scher, R. Gorin and R. Aly re: consignor settlement negotiations and upcoming court hearings, DIP financing status |
| Robert Gorin | 11/21/2025 | 0.7 | $ 528.50 | Prep for and participate in call with S Geppi and B Scher |
| William Henrich | 11/21/2025 | 0.7 | $ 598.50 | Meeting with S. Geppi and R. Gorin re: update on former buyer litigation Court hearing results and Consignor vendor settlement negotiations |
| Robert Gorin | 11/26/2025 | 1.0 | $ 755.00 | Prep for and participate in discussions with Saul Ewing, GH re: consignment inventory settlement proposals and responses |
| William Henrich | 11/26/2025 | 1.4 | $ 1,197.00 | Meeting with B. Scher, J. Hampton, A. Isenberg and R. Gorin re: recap of events leading up to current circumstances and consideration of alternative paths forward including motion for case conversion |
| **Total** | | **6.9** | **$ 5,462.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Company Business Mgmt**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 11/7/2025 | 0.5 | $ 322.50 | Call with F. Callahan regarding Luminare run off extension and 401k audit status |
| Ramy Aly | 11/7/2025 | 0.3 | $ 193.50 | Follow up with C. Parker to regading import bond LC |
| Ramy Aly | 11/10/2025 | 0.5 | $ 322.50 | Call with F. Callahan regarding KEIP/KERP |
| Ramy Aly | 11/12/2025 | 0.4 | $ 258.00 | Review of consignment storage invoice detail and request additional information from Sparkle Pop |
| Ramy Aly | 11/12/2025 | 2.2 | $ 1,419.00 | Prepared mail merge for KEIP/KERP letters, templates required for funding distribution, and emailed key documents to appropriate constituents |
| Ramy Aly | 11/13/2025 | 0.4 | $ 258.00 | Communication with F. Callahan regarding utilizing ADP for KEIP/KERP distribution |
| Ramy Aly | 11/13/2025 | 1.8 | $ 1,161.00 | Calls with several former employees to review and confirm information for KEIP/KERP distribution |
| Ramy Aly | 11/13/2025 | 0.8 | $ 516.00 | Call with J. Doetzer regarding insurance questions, import bond cancellation status, and workers comp audit |
| Ramy Aly | 11/17/2025 | 0.2 | $ 129.00 | Prepared and filed EBNA agreement for go forward noticiing procedures |
| **Total** | | **7.1** | **$ 4,579.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Financing and Cash Collateral**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 11/3/2025 | 0.3 | $ 193.50 | Provided M. Hanamirian with data requested regarding claims agent invoices |
| Ramy Aly | 11/6/2025 | 0.4 | $ 258.00 | Meeting with Getzler team to review cash flow results and timing of recovieres |
| Waleed Aly | 11/6/2025 | 0.2 | $ 105.00 | Call with R. Aly, R. Gorin, and B. Henrich to discuss budget vs actuals |
| Robert Gorin | 11/6/2025 | 0.4 | $ 302.00 | Meeting with B. Henrich and R. Aly re: budget and cash reconciliation for disbursement planning |
| William Henrich | 11/6/2025 | 0.4 | $ 342.00 | Meeting with R. Gorin and R. Aly re: budget and cash reconciliation for disbursement planning |
| Ramy Aly | 11/7/2025 | 0.2 | $ 129.00 | Prepared for weekly bank update |
| Ramy Aly | 11/7/2025 | 0.5 | $ 322.50 | Met with JPM team to provide a status update on time of residual assets |
| Ramy Aly | 11/7/2025 | 2.1 | $ 1,354.50 | Reconciled weekly cash flow activity, rolled weekly cash flow, and prepared variance reporting to determine outstanding expenses and timing relative to recovery of assets |
| Waleed Aly | 11/7/2025 | 1.4 | $ 735.00 | Updated formulas in post-sale cash reconciliation model to optimize performance and address latency issues |
| Robert Gorin | 11/7/2025 | 0.6 | $ 453.00 | Prepare for and participate in call with lender |
| William Henrich | 11/7/2025 | 0.5 | $ 427.50 | Meeting with JPMC and Getzler Henrich re: updates on post-mediation Consignor settlement efforts, Olive Branch LC return and former buyer litigation status |
| Ramy Aly | 11/11/2025 | 1.5 | $ 967.50 | Meeting with Saul Ewing and Getzler team regarding extending financing, budget and key milestones |
| Ramy Aly | 11/11/2025 | 2.2 | $ 1,419.00 | Reconciled cash flow activity to determine funding availability and cash requirements for the remaining week and an extended budget |
| Waleed Aly | 11/11/2025 | 0.6 | $ 315.00 | Call with GH/SE teams to review updated DIP budget |
| Robert Gorin | 11/11/2025 | 1.2 | $ 906.00 | DIP budget review, including GH meetings |
| Robert Gorin | 11/11/2025 | 1.3 | $ 981.50 | DIP budget review, including meetings with Saul Ewing |
| Robert Gorin | 11/11/2025 | 0.4 | $ 302.00 | Participate in several discussions regarding disposition of letter of credit |
| William Henrich | 11/11/2025 | 0.4 | $ 342.00 | Read and draft responding email correspondence re: DIP financing budget, individual consignor vendor negotiations, and MOR's |
| William Henrich | 11/11/2025 | 0.6 | $ 513.00 | Review DIP financing extension budget and correspondence concerning same, Ad Hoc Consignor Group counterproposal and individual consignor vendors' proposals |
| Robert Gorin | 11/12/2025 | 0.4 | $ 302.00 | Participate in multiple discussions re: extended DIP budget |
| Robert Gorin | 11/13/2025 | 1.2 | $ 906.00 | Participate in several calls with GH, Saul Ewing re: extended DIP budget, taxes, KEIP |
| Ramy Aly | 11/14/2025 | 0.5 | $ 322.50 | Weekly JPM update to discuss progress of monetizing residual assets, cash flo,w and extended budget |
| Ramy Aly | 11/14/2025 | 0.2 | $ 129.00 | Prepared for weekly JPM update |
| Waleed Aly | 11/14/2025 | 0.5 | $ 262.50 | Weekly bank call to discuss latest updates on mediation and discuss updated DIP budget |
| Robert Gorin | 11/14/2025 | 0.6 | $ 453.00 | Prep for and participate in call with lender |
| Robert Gorin | 11/14/2025 | 0.8 | $ 604.00 | Reviewed the latest draft DIP budget |
| William Henrich | 11/14/2025 | 1.0 | $ 855.00 | Meeting with Saul Ewing and Getzler Henrich re: continued formulation of Consignor settlement counterproposal and DIP financing extension budget |
| William Henrich | 11/14/2025 | 0.5 | $ 427.50 | Meeting with JPMC and Getzler Henrich re: updates on post-mediation Consignor settlement efforts, former buyer litigation status, DIP financing extension budget status and next steps |
| William Henrich | 11/18/2025 | 0.5 | $ 427.50 | Discussion with J. Hampton re: J. Young conversation results concerning DIP financing and Diamond counterproposal to Ad Hoc Consignor vendor group |
| William Henrich | 11/19/2025 | 1.0 | $ 855.00 | Meeting with Saul Ewing and Getzler Henrich re: Court hearing preparation concerning staffing vendors factor and Consignment vendor group objection withdrawal concerning Stephenson Harwood fee application, DIP financing negotiations and contingency litigation counsel concept assessment, pending individual consignment vendor settlement negotiations status, former buyer litigation trial schedule formulation status and expert retention |
| Ramy Aly | 11/20/2025 | 0.9 | $ 580.50 | Prepared a listing of administrative expenses, the latest budget, and provided the summary and footnotes to Getzler and the Saul Ewing team |
| Ramy Aly | 11/21/2025 | 0.6 | $ 387.00 | Prepared for and met with JPM to provide a status update on the case and financing requirements |
| Ramy Aly | 11/21/2025 | 0.4 | $ 258.00 | Prepared for and met with the Saul Ewing and Getzler team to discuss financial needs and review current outstanding expenses |
| Waleed Aly | 11/21/2025 | 0.5 | $ 262.50 | Weekly call with JPM to update on financing and court hearings |
| Robert Gorin | 11/21/2025 | 0.6 | $ 453.00 | Prep for and participate in call with lender |
| William Henrich | 11/21/2025 | 0.5 | $ 427.50 | Meeting with JPMC and Getzler Henrich re: updates on Consignor settlement efforts, contingency counsel preliminary conversation results, former buyer litigation Court hearing results, preferences, DIP financing extension budget status and next steps |
| William Henrich | 11/21/2025 | 0.7 | $ 598.50 | Meeting with Saul Ewing and Getzler Henrich re: determination of outstanding administrative claims, Hampton's J. Young conversation results, alternative case paths forward |
| Waleed Aly | 11/24/2025 | 0.5 | $ 262.50 | Call with SE/GH teams to discuss conversations with the bank around use of cash collateral and go-forward budget as well as consignment settlement propsals |
| Robert Gorin | 11/25/2025 | 1.2 | $ 906.00 | Review extended DIP budget and participate in multiple discussions re: budget |
| William Henrich | 11/25/2025 | 1.0 | $ 855.00 | Meeting with J. Hampton, A. Isenberg, R. Gorin re: J. Young conversation results and alternative paths forward |
| William Henrich | 11/25/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton re: continuation of assessment of alternatives and coordination of B. Scher meeting |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Financing and Cash Collateral**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 11/26/2025 | 0.4 | $ 258.00 | Call with W. Aly to discuss professional fee forecast and go forward case needs |
| Ramy Aly | 11/26/2025 | 0.6 | $ 387.00 | Call with W. Aly to discuss assumptions for extended budget |
| Ramy Aly | 11/26/2025 | 1.0 | $ 645.00 | Reviewed extended budget, assumptions, and supporting schedules |
| Waleed Aly | 11/26/2025 | 0.5 | $ 262.50 | Call with SE/GH team to discuss extended DIP budget and professional fee estimate |
| Waleed Aly | 11/26/2025 | 0.4 | $ 210.00 | Call with R. Aly to discuss professional fee estimate |
| Waleed Aly | 11/26/2025 | 0.6 | $ 315.00 | Call with R. Aly to discuss extended DIP budget |
| Waleed Aly | 11/26/2025 | 2.5 | $ 1,312.50 | Prepared 8-week task-based professional fee estimate for GH team |
| Waleed Aly | 11/26/2025 | 2.6 | $ 1,365.00 | Prepared extended DIP budget through year end |
| William Henrich | 11/26/2025 | 0.6 | $ 513.00 | Meeting with Saul Ewing and Getzler Henrich re: Saul Ewing correspondence to Troutman Pepper, Fondacaro email correspondence, individual vendor settlement counterproposals, DIP financing extension budget formulation, and MOR's |
| Ramy Aly | 11/28/2025 | 0.2 | $ 129.00 | Call with B. Henrich to prepare for meeting with DIP lender and status of extended budget |
| Ramy Aly | 11/28/2025 | 0.4 | $ 258.00 | Prepared and participated in call with Getzler and Saul Ewing team regarding DIP budget and use of cash collateral |
| Waleed Aly | 11/28/2025 | 0.2 | $ 105.00 | Call with R. Gorin to discuss updates to the draft DIP budget extension |
| Waleed Aly | 11/28/2025 | 1.6 | $ 840.00 | Updated DIP budget to incorporate feedback and recirculated update version |
| Waleed Aly | 11/28/2025 | 0.3 | $ 157.50 | Call with GH/SE teams to discuss conversations with bank on payment of ARA admin claim and updated DIP budget |
| William Henrich | 11/28/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton re: required JPMC conversation, Court mandated payment, G. Franco conversation, individual consignor counterproposal needed information, |
| William Henrich | 11/28/2025 | 0.2 | $ 171.00 | Discussion with R. Aly re: incentive payment receipt and bank line/wire mechanics |
| William Henrich | 11/28/2025 | 0.4 | $ 342.00 | Discussion with R. Gorin re: Hampton and Aly conversations and coordination of JPMC required conversation |
| William Henrich | 11/28/2025 | 0.5 | $ 427.50 | Discussion with M. Fondacaro re: authorization for use of cash collateral for vendor payment, extension of DIP budget and case direction |
| **Total** | | **42.7** | **$ 28,942.50** | |

Getzler Henrich & Associates
Itemized Fees
November 01, 2025 to November 30, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Cash Management/Analysis**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 11/3/2025 | 0.5 | $ 322.50 | Weekly meeting with JPM treasury team |
| Ramy Aly | 11/6/2025 | 0.3 | $ 193.50 | Filled out online forms and issued UST payment |
| Ramy Aly | 11/10/2025 | 0.5 | $ 322.50 | Calls with JPM treasury to unblock ACH debit and to reissue the payment for UST fees |
| Ramy Aly | 11/10/2025 | 0.2 | $ 129.00 | Reviewed documentation and validated banking to fund mediation escrow |
| Ramy Aly | 11/17/2025 | 0.5 | $ 322.50 | Met with JPM treasury team |
| Waleed Aly | 11/17/2025 | 0.6 | $ 315.00 | Call with JPM treasury team to discuss account closure procedures |
| **Total** | | **2.6** | **$ 1,605.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Court Hearing Prep and/or Appearance**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 11/3/2025 | 2.0 | $ 1,290.00 | Prepared for and met with Saul Ewing and Getzler team to prepared for upcoming hearing |
| Waleed Aly | 11/3/2025 | 2.0 | $ 1,050.00 | Call with M. Minuti, J. Hampton, R. Gorin, and R. Aly to prepare for upcoming court hearing |
| Robert Gorin | 11/3/2025 | 3.3 | $ 2,491.50 | Prepare for November 10th court hearing re: consignment inventory vendors |
| Ramy Aly | 11/4/2025 | 0.5 | $ 322.50 | Met with the Getzler team to prepare upcoming hearing |
| Waleed Aly | 11/4/2025 | 0.5 | $ 262.50 | Call with R. Aly, and B. Henrich to continue preparation for upcoming court hearing |
| William Henrich | 11/4/2025 | 0.5 | $ 427.50 | Meeting with W. Aly and R. Aly re: Gorin preparation for Court testimony |
| Robert Gorin | 11/5/2025 | 2.3 | $ 1,736.50 | Prepare for November 10th court hearing |
| Ramy Aly | 11/6/2025 | 3.1 | $ 1,999.50 | Meeting with Getzler team to prepare for 11/10 hearing |
| Waleed Aly | 11/6/2025 | 3.1 | $ 1,627.50 | Call with R. Aly, R. Gorin to conintue preparation for upcoming court hearing |
| Robert Gorin | 11/6/2025 | 3.1 | $ 2,340.50 | Prep pare for November 10th court hearing, including participation in call with GH |
| Ramy Aly | 11/7/2025 | 1.0 | $ 645.00 | Prepared for and met with Saul Ewing team and Getzler team to discuss status of consignment vendors litigation and open items prior to the upcoming hearing |
| Robert Gorin | 11/7/2025 | 2.0 | $ 1,510.00 | Prepare for November 19th court date |
| Waleed Aly | 11/9/2025 | 0.4 | $ 210.00 | Call with R. Gorin to discuss open questions ahead of hearing; subsequently researched and provided responses |
| Robert Gorin | 11/9/2025 | 0.4 | $ 302.00 | Call with W. Aly to discuss open questions ahead of hearing |
| Robert Gorin | 11/9/2025 | 5.7 | $ 4,303.50 | Prep for Monday's hearing, including meeting with Saul Ewing |
| Ramy Aly | 11/10/2025 | 0.3 | $ 193.50 | Discussion with B. Henrich re: Court hearing perception and conclusion and DIP financing budget extension development |
| Waleed Aly | 11/10/2025 | 1.4 | $ 735.00 | Court hearing to address motion to compel rejection/assumption of certain distribution agreements |
| Robert Gorin | 11/10/2025 | 5.1 | $ 3,850.50 | Prepare for court hearing (DIP financing, consignment vendors motion to compel contract assumption/rejection), including meetings with Saul Ewing |
| Robert Gorin | 11/10/2025 | 2.0 | $ 1,510.00 | Attend court hearing - motion to dismiss Sparkle Pop/AENT litigation, DIP financing, consignment vendors' motion to assume/reject contracts |
| William Henrich | 11/10/2025 | 0.2 | $ 171.00 | Read and draft responding email correspondence re: Court hearing arguments |
| William Henrich | 11/10/2025 | 0.3 | $ 256.50 | Discussion with R. Aly re: Court hearing perception and conclusion and DIP financing budget extension development |
| William Henrich | 11/10/2025 | 0.5 | $ 427.50 | Meeting with Saul Ewing and Getzler Henrich re: recap of Court hearing concerning assumption/rejection of consignment contracts, implications thereof and next steps |
| Robert Gorin | 11/16/2025 | 1.3 | $ 981.50 | Prep for court hearing, including meeting with M. Desgrosseilliers |
| William Henrich | 11/16/2025 | 0.5 | $ 427.50 | Meeting with M. Desgrossillier, K. Rowe and R. Gorin re: former buyer litigation Court hearing strategy |
| Ramy Aly | 11/17/2025 | 0.5 | $ 322.50 | Call with P. Topper to prepare for 11/19 hearing |
| Waleed Aly | 11/17/2025 | 1.5 | $ 787.50 | Virtual attendance of court hearing re: AENT lawsuit |
| Robert Gorin | 11/17/2025 | 1.0 | $ 755.00 | Participate in court prep with counsel |
| Robert Gorin | 11/17/2025 | 1.5 | $ 1,132.50 | Attend court hearing |
| Robert Gorin | 11/17/2025 | 0.6 | $ 453.00 | Participate in court hearing follow-up call with Saul Ewing |
| William Henrich | 11/17/2025 | 1.6 | $ 1,368.00 | Participation on Court hearing re: former buyer litigation motions to dismiss |
| William Henrich | 11/17/2025 | 0.2 | $ 171.00 | Discussion with R. Gorin re: debrief of former buyer litigation Court hearing results |
| William Henrich | 11/17/2025 | 0.5 | $ 427.50 | Meeting with M. Desgrossillier, C. Fredericks and R. Gorin re: former buyer litigation Court hearing debrief, current case issues and next steps |
| Ramy Aly | 11/18/2025 | 1.9 | $ 1,225.50 | Prepared for 11/19 hearing |
| Ramy Aly | 11/19/2025 | 1.1 | $ 709.50 | Read filings and exhibits in preparation for the hearing |
| Ramy Aly | 11/19/2025 | 0.8 | $ 516.00 | Attended 11.19 hearing |
| Waleed Aly | 11/19/2025 | 0.6 | $ 315.00 | Attendance of ARA motion hearing |
| Waleed Aly | 11/19/2025 | 1.0 | $ 525.00 | Call with SE/GH teams to discuss upcoming ARA court hearing, DIP budget, and consignment settlement proposal response |
| William Henrich | 11/19/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton re: Court hearing results concerning staffing vendors factor administrative claim and implications thereof |
| **Total** | | **54.5** | **$ 37,950.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Employment and Fee**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 11/6/2025 | 2.3 | $ 1,483.50 | Began preparation of Getzler October staffing report |
| Ramy Aly | 11/11/2025 | 2.3 | $ 1,483.50 | Continued efforts preparing Getzler monthly staffing report |
| Ramy Aly | 11/14/2025 | 2.6 | $ 1,677.00 | Continued updates and revisions to the draft Getzler staffing report and provided to team for review |
| Ramy Aly | 11/17/2025 | 2.2 | $ 1,419.00 | Finalized Getzler monthly staffing report |
| **Total** | | **9.4** | **$ 6,063.00** | |

## Getzler Henrich & Associates
### Itemized Fees
### November 01, 2025 to November 30, 2025
### Diamond Comic Distributors, Inc.
### Case No. 25-10308

**Litigation Matters & Support**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 11/2/2025 | 3.6 | $ 1,890.00 | Completed settlement proposal analysis for consigned inventory |
| Ramy Aly | 11/3/2025 | 1.1 | $ 709.50 | Meeting with W. Aly to review revisions to consignment inventory settlement proposal analysis |
| Ramy Aly | 11/3/2025 | 1.5 | $ 967.50 | Follow up meeting with Saul Ewing and the Getzler team to discuss the status of open items, including ongoing negotiations with consignment vendors |
| Waleed Aly | 11/3/2025 | 1.5 | $ 787.50 | Call with SE/GH teams to discuss settlement negotiations |
| Waleed Aly | 11/3/2025 | 1.1 | $ 577.50 | Call with R. Aly to review revisions to consigned inventory settlment proposal analysis |
| Robert Gorin | 11/3/2025 | 1.0 | $ 755.00 | Participate in calls with Saul Ewing, GH regarding consignment inventory proposals, follow-up meetings, associated analysis |
| William Henrich | 11/3/2025 | 1.5 | $ 1,282.50 | Meeting with Saul Ewing and Getzler Henrich re: status of consignor groups negotiations, buyer email regarding inventory disposition and storage costs, preparation for CRO/Ad Hoc consignor group representatives meeting, vendor purported communication of termination intent |
| Ramy Aly | 11/4/2025 | 1.6 | $ 1,032.00 | Prepared for and participated in a meeting with Ad Hoc consignment business members to negotiate a potential solution and structure |
| Ramy Aly | 11/4/2025 | 0.6 | $ 387.00 | Follow up call with Saul Ewing and Getzler team to recap meeting with consignment business leaders |
| Ramy Aly | 11/4/2025 | 0.6 | $ 387.00 | Prepared for upcoming meeting with teams to review various consignment proposals and status |
| Waleed Aly | 11/4/2025 | 2.7 | $ 1,417.50 | Prepared inventory valuation analyses for additional vendor proposals received |
| Waleed Aly | 11/4/2025 | 0.8 | $ 420.00 | Provided responses to outstanding direct examination questions in preparation for upcoming court hearing |
| Waleed Aly | 11/4/2025 | 1.6 | $ 840.00 | Call with GH team and a representative from select Ad Hoc Committee group to discuss potential settlement terms |
| Robert Gorin | 11/4/2025 | 2.3 | $ 1,736.50 | Participate in review/discussion of efforts and analysis associated with consignment inventory settlements and inventory disposition |
| Robert Gorin | 11/4/2025 | 2.1 | $ 1,585.50 | Prep for and participate in call with Paizo and Hermes Press to discuss potential settlement associated with consignment inventory |
| Robert Gorin | 11/4/2025 | 1.9 | $ 1,434.50 | Review updated consignor settlement offers and analysis and participate in several discussions regarding same |
| William Henrich | 11/4/2025 | 0.2 | $ 171.00 | Read and draft responding email correspondence re: specific consignor outstanding settlement proposals and coordination of CRO/Ad Hoc consignor group representatives meeting |
| William Henrich | 11/4/2025 | 1.6 | $ 1,368.00 | Meeting with Ad Hoc consignor group representatives and Getzler Henrich re: settlement discussions |
| William Henrich | 11/4/2025 | 0.3 | $ 256.50 | Discussion with J. Hampton re: preliminary brief recap of Ad Hoc consignor group representatives meeting |
| William Henrich | 11/4/2025 | 0.6 | $ 513.00 | Meeting with Saul Ewing, W. Aly & R. Aly re: debrief of Ad Hoc consignor group representatives meeting, implications thereof and next steps |
| Ramy Aly | 11/5/2025 | 1.4 | $ 903.00 | Prepared for and met with Getzler and Saul teams to review consignment proposal, consignment contract rejections, and discuss next steps |
| Ramy Aly | 11/5/2025 | 1.2 | $ 774.00 | Meeting with W. Aly to review consignment return/credit and discuss potential allocation split |
| Waleed Aly | 11/5/2025 | 1.4 | $ 735.00 | Call with SE/GH teams to discuss settlement progress with committee groups and response to settlement proposals |
| Waleed Aly | 11/5/2025 | 1.2 | $ 630.00 | Call with R. Aly to review consignment returns/credits and discuss potential allocation split |
| Waleed Aly | 11/5/2025 | 0.7 | $ 367.50 | Calculated estimated pick/pack costs for ongoing settlement negotiations |
| Robert Gorin | 11/5/2025 | 1.8 | $ 1,359.00 | Participate in multiple meetings with Saul Ewing, GH re: consignment inventory, and vendor settlements |
| Robert Gorin | 11/5/2025 | 0.8 | $ 604.00 | Participate in multiple calls with prior company management, GH re: employee medical insurance runoff, potential vendor settlements |
| Robert Gorin | 11/5/2025 | 1.6 | $ 1,208.00 | Review Sparkle Pop consignment inventory-related expenses and participate in several discussions regarding same; review third party websites for consignment inventory products |
| William Henrich | 11/5/2025 | 1.4 | $ 1,197.00 | Meeting with Saul Ewing, W. Aly & R. Aly re: Ad Hoc consignor group settlement discussion debrief, implications thereof and next steps, individual consignor settlement negotiations |
| William Henrich | 11/5/2025 | 0.3 | $ 256.50 | Read and draft responding email correspondence re: specific consignor outstanding settlement proposals, Saul Ewing outreach to Consignor counsel and preparation for Court hearing |
| Waleed Aly | 11/7/2025 | 1.5 | $ 787.50 | Reconciled missing item list in connection with settlement proposal. Prepared summary of value by tier |
| Waleed Aly | 11/7/2025 | 1.0 | $ 525.00 | Call with GH/SE team to discuss upcoming court hearing and status of settlement discussions with consignment vendors |
| Waleed Aly | 11/7/2025 | 0.5 | $ 262.50 | Weekly bank call to discuss ongoing settlement discussions re: consignment motions |
| Robert Gorin | 11/7/2025 | 1.0 | $ 755.00 | Participate in calls with Saul Ewing, GH regarding settlement negotiations and negotiation strategy |
| William Henrich | 11/7/2025 | 1.1 | $ 940.50 | Meeting with Saul Ewing and Getzler Henrich re: Consignor court hearing issues, strategy and consideration of outcomes, Ad Hoc Consignor group negotiations and communications, Consignor admin claim escrow payment status, administrative claims summaries, buyer motion v. former buyer sanctions motion and upcoming hearing, individual consignor vendor settlement issues |
| William Henrich | 11/7/2025 | 0.3 | $ 256.50 | Draft email correspondence to Ad Hoc Consignors representatives and send to Saul Ewing for review of same |
| William Henrich | 11/7/2025 | 0.2 | $ 171.00 | Read and draft responding email correspondence re: Ad Hoc Consignors representatives' response and management receipt of individual consignor vendor correspondence |
| Ramy Aly | 11/10/2025 | 0.5 | $ 322.50 | Met with the Saul and Getzler team following the hearing to caucus and discuss next steps |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

### Litigation Matters & Support

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 11/10/2025 | 0.7 | $ 451.50 | Reviewed and analyzed proposals received from consignment vendors |
| Ramy Aly | 11/10/2025 | 0.5 | $ 322.50 | Prepared for and met with the Saul Ewing and Getzler team to review the status of various proposals received and discuss next steps |
| Waleed Aly | 11/10/2025 | 0.4 | $ 210.00 | Call with SE/GH teams to discuss upcoming court hearing and inbound settlement proposals |
| Waleed Aly | 11/10/2025 | 1.7 | $ 892.50 | Reviewed newly received settlement proposals from consignment vendors |
| Waleed Aly | 11/10/2025 | 0.5 | $ 262.50 | Meeting with GH/SE team following today's hearing to discuss status and next steps |
| Waleed Aly | 11/10/2025 | 0.4 | $ 210.00 | Reviewed new settlement proposal from committee group |
| Robert Gorin | 11/10/2025 | 1.6 | $ 1,208.00 | Court hearing follow-up, including several meetings with Saul Ewing, GH |
| Waleed Aly | 11/11/2025 | 2.2 | $ 1,155.00 | Prepared proposal analysis summaries for each of the newly received settlement proposals re: consignment motion |
| Ramy Aly | 11/12/2025 | 4.0 | $ 2,580.00 | Prepared for and participated in a meeting with the team to review the Ad Hoc committee proposal, review, and prepare a counterproposal |
| Waleed Aly | 11/12/2025 | 5.1 | $ 2,677.50 | Call with GH/SE teams to discuss and prepare draft response to consignment settlement proposal and review updated DIP budget |
| Robert Gorin | 11/13/2025 | 1.4 | $ 1,057.00 | Participate in several discussions regarding debtor's mediation response |
| William Henrich | 11/13/2025 | 0.2 | $ 171.00 | Read and draft responding email correspondence re: Saul Ewing modifications to Consignor settlement counterproposal |
| Ramy Aly | 11/14/2025 | 1.0 | $ 645.00 | Follow up meeting with Saul Ewing and the Getzler team to discuss the proposal from the consignment vendor and finalize the ad hoc proposal |
| Ramy Aly | 11/14/2025 | 1.5 | $ 967.50 | Prepared for and met with Saul and the Getzler team to continue review and outline the Ad Hoc committee pro |
| Waleed Aly | 11/14/2025 | 1.5 | $ 787.50 | Call with SE/GH to discuss outstanding points on mediation response and review updated DIP budget |
| Waleed Aly | 11/14/2025 | 1.0 | $ 525.00 | Call with GH/SE teams to continue discussion on mediation proposal response |
| Robert Gorin | 11/14/2025 | 1.5 | $ 1,132.50 | Participate on call with Saul Ewing, GH re: consignment inventory settlement discussions |
| Robert Gorin | 11/14/2025 | 0.9 | $ 679.50 | Participate in multiple discussions regarding consignment inventory settlement options, offers, strategies |
| William Henrich | 11/14/2025 | 1.5 | $ 1,282.50 | Meeting with Saul Ewing and Getzler Henrich re: finalization of Consignor settlement counterproposal |
| William Henrich | 11/14/2025 | 0.3 | $ 256.50 | Discussion with J. Hampton re: J. Young DIP financing conversation results and transmission of Consignor settlement counterproposal |
| Ramy Aly | 11/17/2025 | 0.9 | $ 580.50 | Prepared for and met with the Saul Ewing and Getzler team to recap the 11/17 hearing |
| Robert Gorin | 11/17/2025 | 1.6 | $ 1,208.00 | Participate in multiple calls with B Henrich, C Fredericks, M Desgrosseilliers; including one group call |
| William Henrich | 11/17/2025 | 0.7 | $ 598.50 | Meeting with Saul Ewing and Getzler Henrich re: assessment of former buyer litigation Court hearing results and next steps |
| Robert Gorin | 11/18/2025 | 0.7 | $ 528.50 | Participate in court update call with D Hirsch, C Tyson |
| Robert Gorin | 11/18/2025 | 1.8 | $ 1,359.00 | Participate in multiple discussions re: settlements with consignment vendors |
| William Henrich | 11/18/2025 | 0.2 | $ 171.00 | Read and draft responding email correspondence re: individual consignor vendor settlement counterproposal and incentive fee payment review results |
| Ramy Aly | 11/19/2025 | 1.0 | $ 645.00 | Prepared for and met with Getzler and the Saul Ewing team to discuss the status of the consignment vendors proposal and ADC counter proposal status |
| Waleed Aly | 11/19/2025 | 1.2 | $ 630.00 | Prepared summary analysis and recommendations for all outstanding settlement proposals |
| Robert Gorin | 11/20/2025 | 1.1 | $ 830.50 | Participate in multiple calls re: litigation next steps and strategies |
| Robert Gorin | 11/20/2025 | 1.5 | $ 1,132.50 | Participate in several calls re: settlement offers form consignment vendors and associated expenses |
| William Henrich | 11/20/2025 | 0.7 | $ 598.50 | Meeting with M. Felger, J. Hampton and M. Minuti re: potential consignor litigation contingency retention inter |
| William Henrich | 11/20/2025 | 0.5 | $ 427.50 | Meeting with M. Minuti and J. Hampton re: assessment of Felger conversation results and implications thereof and assessment of alternative case paths forward |
| William Henrich | 11/20/2025 | 0.2 | $ 171.00 | Review of outstanding administrative claims listing and read and draft responding email correspondence re: sam |
| William Henrich | 11/20/2025 | 0.5 | $ 427.50 | Meeting with E. Madden, J. Hampton and M. Minuti re: potential consignor litigation contingency retention inte |
| William Henrich | 11/20/2025 | 0.4 | $ 342.00 | Discussion with R. Gorin re: recap of Felger, Madden and Hampton conversations and next steps with JPMC |
| Waleed Aly | 11/21/2025 | 0.8 | $ 420.00 | Call with GE/SH to discuss response to hearings, bank conversations, and next steps on short-term budget |
| Robert Gorin | 11/21/2025 | 1.9 | $ 1,434.50 | Participate in several calls with counsel, GH re: AENT, consignment inventory, settlements with consignment vendors |
| William Henrich | 11/21/2025 | 0.3 | $ 256.50 | Read and draft responding email correspondence re: individual consignor and ad hoc consignor group settlement negotiations and contingency counsel response |
| William Henrich | 11/21/2025 | 0.4 | $ 342.00 | Discussion with R. Aly re: Sparkle Pop representative conversation concerning future incentive payment estimation and a/r collection efforts |
| William Henrich | 11/21/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton re: Ad Hoc consignor group response to Debtor's settlement counterproposal and next steps |
| William Henrich | 11/21/2025 | 0.2 | $ 171.00 | Discussion with R. Gorin re: Saul Ewing meeting results, Ad Hoc Consignor group settlement response to Debtor's counterproposal, and J. Hampton conversation results |
| Waleed Aly | 11/24/2025 | 1.1 | $ 577.50 | Call with R. Gorin, B. Henrich to review consignment settlement propsals |
| Waleed Aly | 11/24/2025 | 3.6 | $ 1,890.00 | Prepared analysis and summary files for additional inbound consignment settlement propsals |
| Waleed Aly | 11/24/2025 | 1.6 | $ 840.00 | Prepared updated estate admin analysis schedule |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Litigation Matters & Support**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Robert Gorin | 11/24/2025 | 1.0 | $ 755.00 | Participate in discussions with Saul Ewing, GH re: litigation next steps, strategies, and responses |
| Robert Gorin | 11/24/2025 | 1.3 | $ 981.50 | Review and participate in associated discussions re: consignment proposals and responses |
| William Henrich | 11/24/2025 | 0.6 | $ 513.00 | Meeting with Saul Ewing and W. Aly re: contingent fee litigation counsel status, mediator outreach to facilitate Ad Hoc Consignment counsel settlement negotiations, status of Consignor Group individual vendor proposal responses, sale approach of released consignment inventory |
| William Henrich | 11/24/2025 | 0.3 | $ 256.50 | Discussion with R. Gorin re: Saul Ewing meeting results, Consignment vendor settlement negotiations strategy, and JPMC financing |
| William Henrich | 11/24/2025 | 0.7 | $ 598.50 | Meeting with W. Aly and R. Gorin re: formulation of counterproposals on individual vendor settlement proposals |
| Waleed Aly | 11/25/2025 | 2.3 | $ 1,207.50 | Prepared counter proposal inventory lists for all proposals received following internal call to decide on inventory split |
| Waleed Aly | 11/28/2025 | 0.8 | $ 420.00 | Call with SE/GH teams to discuss consignment proposal responses |
| William Henrich | 11/28/2025 | 0.1 | $ 85.50 | Draft email correspondence to W. Aly re: meeting to complete individual consignor counterproposals |
| William Henrich | 11/28/2025 | 0.9 | $ 769.50 | Meeting with Saul Ewing, R. Aly and W. Aly re: cash position and individual consignor counterproposals completion |
| **Total** | | **105.1** | **$ 69,385.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Reporting**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 11/4/2025 | 0.2 | $ 105.00 | Call with P. Topper to discuss disbursment amounts in MORs |
| Waleed Aly | 11/4/2025 | 1.4 | $ 735.00 | Updated MOR disbursment amounts to exclude TSA activity; created detailed disbursement schedule for Q3 |
| Ramy Aly | 11/5/2025 | 0.6 | $ 387.00 | Meeting with W. Aly to finalize updated disbursement schedule for MOR |
| Waleed Aly | 11/5/2025 | 0.6 | $ 315.00 | Call with R. Aly to finalize updated disbursment schedule for Q3 MOR. |
| Waleed Aly | 11/6/2025 | 0.2 | $ 105.00 | Call with P. Topper to discuss updated revisions to the MOR |
| Waleed Aly | 11/6/2025 | 1.3 | $ 682.50 | Updated MOR summary and BS to remove historical TSA activity |
| Robert Gorin | 11/6/2025 | 0.5 | $ 377.50 | Review September MORs |
| Waleed Aly | 11/13/2025 | 4.6 | $ 2,415.00 | Imported/Tagged all bank transactions for DCD October MOR, downladed and redacted all bank statements |
| Waleed Aly | 11/13/2025 | 3.7 | $ 1,942.50 | Prepapred statement of receipts and disbursements, imported check activity for AGD and began work on income statement for October MOR |
| Waleed Aly | 11/17/2025 | 3.9 | $ 2,047.50 | Completed DCD check reconciliation, reconciled IS to CF statement for DCD October MOR, and imported/reconciled loan activity |
| Waleed Aly | 11/18/2025 | 0.1 | $ 52.50 | Call with P. Topper to discuss response to UST question on September MOR |
| Waleed Aly | 11/18/2025 | 4.1 | $ 2,152.50 | Rolled cash position for estate and TSA, tax liability, aged payables and current assets for DCD MORs and finalized supporting schedules for CF/IS |
| Waleed Aly | 11/18/2025 | 3.4 | $ 1,785.00 | Prepared DCD BS for October MOR and populated summary form, and updated cumulative tracker and prepared supporting schedules |
| Ramy Aly | 11/19/2025 | 0.3 | $ 193.50 | Provided W. Aly with data for MOR |
| Waleed Aly | 11/19/2025 | 2.7 | $ 1,417.50 | Finalized DCD October MOR supporting schedules and populated professional fee schedule |
| Waleed Aly | 11/19/2025 | 2.5 | $ 1,312.50 | Prepared CEI/CHI/DST MOR summary, supporting schedules, and redacted bank statements |
| Ramy Aly | 11/20/2025 | 1.2 | $ 774.00 | Reviewed draft MORs |
| **Total** | | **31.3** | **$ 16,799.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

### Sale of Business and Related Issues

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 11/3/2025 | 0.3 | $ 193.50 | Follow up calls regarding the status and release of the letter of credit |
| Waleed Aly | 11/3/2025 | 0.8 | $ 420.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 11/4/2025 | 1.1 | $ 577.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Ramy Aly | 11/5/2025 | 0.4 | $ 258.00 | Research and addressed questions from D. Duffie regarding customer collection sweep |
| Waleed Aly | 11/5/2025 | 1.0 | $ 525.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 11/6/2025 | 0.9 | $ 472.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Robert Gorin | 11/6/2025 | 1.2 | $ 906.00 | Participate in multiple discussions regarding consignor settlements, including discussions with counsel |
| William Henrich | 11/6/2025 | 0.2 | $ 171.00 | Read and draft responding email correspondence re: specific consignor outstanding settlement proposals and Saul Ewing outreach to Consignor counsel |
| Waleed Aly | 11/7/2025 | 1.2 | $ 630.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 11/10/2025 | 1.1 | $ 577.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 11/11/2025 | 1.3 | $ 682.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Robert Gorin | 11/12/2025 | 4.9 | $ 3,699.50 | Calls with Saul Ewing, GH re: consignment inventory settlement discussions terms and strategies, DIP budget |
| Robert Gorin | 11/12/2025 | 0.8 | $ 604.00 | Participate in multiple calls with GH, Saul Ewing, and KEIP participants |
| William Henrich | 11/12/2025 | 4.8 | $ 4,104.00 | Meeting with Saul Ewing and Getzler Henrich re: review of draft DIP financing extension budget and conversations with Troutman Pepper Locke and formulation of detailed settlement counterproposal to Ad Hoc Consignor Group |
| Waleed Aly | 11/13/2025 | 1.0 | $ 525.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 11/14/2025 | 1.1 | $ 577.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Ramy Aly | 11/16/2025 | 2.5 | $ 1,612.50 | Analyzed and reviewed the incentive fee calculation, details, and supporting dataset |
| Waleed Aly | 11/17/2025 | 0.8 | $ 420.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 11/17/2025 | 0.7 | $ 367.50 | Call with GH/SE teams to discuss follow up/next steps following court hearing and responses to settlement propsals for consigment motion |
| Robert Gorin | 11/17/2025 | 0.4 | $ 302.00 | Participate in calls regarding consignment vendor settlements |
| Waleed Aly | 11/18/2025 | 0.9 | $ 472.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Ramy Aly | 11/19/2025 | 0.6 | $ 387.00 | Finalized initial review of incentive fee report and sent Sparkle Pop several follow-up questions |
| Waleed Aly | 11/19/2025 | 0.8 | $ 420.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Robert Gorin | 11/19/2025 | 1.4 | $ 1,057.00 | Participate in calls with counsel regarding consignment inventory vendors, extended DIP budget |
| Robert Gorin | 11/19/2025 | 1.2 | $ 906.00 | Participate in multiple calls regarding consignment vendor settlement offers and associated expenses |
| William Henrich | 11/19/2025 | 0.4 | $ 342.00 | Draft email correspondence to Reid Collins Tsai re: potential contingency counsel interest in pending litigation |
| Waleed Aly | 11/20/2025 | 1.0 | $ 525.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Ramy Aly | 11/21/2025 | 0.5 | $ 322.50 | Met with D. Duffie to discuss questions regarding incentive calculation and the status of collecting open receivables |
| Ramy Aly | 11/21/2025 | 0.5 | $ 322.50 | Call with B. Henrich to provide an update regarding the incentive analysis and supporting details |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Sale of Business and Related Issues**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 11/21/2025 | 0.9 | $ 472.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 11/24/2025 | 0.9 | $ 472.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 11/25/2025 | 1.1 | $ 577.50 | Call with potential buyer of consignment inventory to discuss potential sale of any settled inventory |
| Waleed Aly | 11/25/2025 | 1.0 | $ 525.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 11/26/2025 | 1.0 | $ 525.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| **Total** | | **38.7** | **$ 24,952.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Supplier Issues**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 11/4/2025 | 0.6 | $ 387.00 | Addressed various inbound supplier questions and requests |
| Waleed Aly | 11/5/2025 | 0.3 | $ 157.50 | Correspondence with estate vendor on payment timing of invoices |
| Waleed Aly | 11/11/2025 | 1.0 | $ 525.00 | Several calls with former DCD vendors to discuss outstanding invoices |
| Waleed Aly | 11/13/2025 | 0.6 | $ 315.00 | Call with vendor to discuss outstanding invoices and provide update on bankruptcy process |
| Waleed Aly | 11/14/2025 | 0.4 | $ 210.00 | Call with vendor to discuss outstanding invoices and provide update on bankruptcy process |
| Waleed Aly | 11/20/2025 | 0.5 | $ 262.50 | Call with vendor to discuss outstanding invoices and to provide update on bankruptcy process |
| **Total** | | **3.4** | **$ 1,857.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**November 01, 2025 to November 30, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Travel**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Robert Gorin | 11/8/2025 | 5.2 | $ 1,963.00 | Travel to Baltimore for 11/09 hearing |
| Robert Gorin | 11/10/2025 | 4.9 | $ 1,849.75 | Travel home from Baltimore for 11/09 hearing |
| Robert Gorin | 11/16/2025 | 5.4 | $ 2,038.50 | Travel to Baltimore for 11/17 court hearing |
| Robert Gorin | 11/18/2025 | 5.2 | $ 1,963.00 | Travel from BWI for 11/17 hearing |
| Ramy Aly | 11/19/2025 | 4.1 | $ 1,322.25 | Travel to Baltimore for 11.19 hearing |
| Ramy Aly | 11/19/2025 | 5.0 | $ 1,612.50 | Travel from Baltimore - 11.19 hearing |
| **Total** | | **29.8** | **$ 10,749.00** | |