IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**LIMITED OBJECTION TO DEBTORS' MOTION TO
CONVERT TO CHAPTER 7 AND ON DIP FINANCING [Dkt. 1070]**

The *Ad Hoc* Committee of Consignors (the "Consignors"),[2] by and through its undersigned counsel, files this Limited Objection the ("Objection") to Debtors' *Motion (A) for Entry of Order Approving Eighth Stipulation between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement and (B) for Approval of Order (I) Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code as of Conversion Date, (II) Approving Certain Conversion Procedures, (III) Setting Bar Date for Filing Final Chapter 11 Fee Applications and Establishing a Hearing Thereon, and (IV) Granting Related Relief* [Dkt. 1070] (the "Motion"), and states:

1. On December 12, 2025, the Debtors filed the Motion. The Motion seeks to convert the Debtors' jointly administered cases to chapter 7 liquidation proceedings, and also seeks approval of a final financing stipulation regarding DIP financing by JPMorgan Chase Bank, N.A. (the "DIP Lender").

2. The Consignors do not object to conversion of the Debtors' cases, but there are certain terms proposed in the Motion and Proposed Order attached thereto that are not reasonable.

3. First, the Motion proposes that all parties have only fourteen (14) days within which to file an objection to any Final Fee Application.[3] Motion, ¶ 1(e). That is not

---

[1] The Debtors in these Chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.
[2] The Consignors are comprised of 13 different consignors. Upon information and belief, there may be other parties who sold stock to the Debtors on a consignment basis but who are represented by counsel other than the undersigned. The Consignors believe that this limited objection is in the best interest of all similarly-situated consignors.
[3] All capitalized terms not otherwise defined herein shall have the meaning(s) ascribed to them in the Motion.

sufficient time for parties to review what will surely be lengthy and detailed Final Fee Applications of multiple professionals.  Furthermore, if a Final Fee Application is filed in the next two weeks, the shortened objection period will fall over at least one holiday.  There is no reason for such a short objection period, and the Consignors respectfully urge this Court to give parties at least thirty (30) days to object to any filed Final Fee Application.

4. Second, the Motion proposes to pay nearly $193,250 to "KEIP/KERP" recipients.  Motion, Exhibit A to Tenth Amendment to Debtor-In-Possession Credit Agreement (the "Budget") [Dkt. 1070-1, pp. 22 of 22].  Given that the Debtors have no current employees, are not operating businesses, and are about to convert, paying nearly $200,000 to key employees seems both imprudent and unnecessary.  The Consignors object to such payment.

5. Third, in the same proposed Budget, the Debtors propose to pay an aggregate of $375,000 to the Official Committee of Unsecured Creditors and Debtors' professionals.  *Id.*  However, the Debtors may be administratively insolvent, and paying such amounts immediately before a chapter 7 trustee is appointed is imprudent and premature.  While the professionals employed by the Debtors' estate may be entitled to receive compensation, without the benefit of an appointed trustee who can better understand their current financial position, the magnitude of administrative claims, and the Debtors' ability to make such a payment, the Consignors object to these payments at this time.  There will be an opportunity for all professionals to file Final Fee Applications and seek compensation after a notice and hearing to consider whether the Debtor has sufficient funds to pay those claims.

6. Fourth, the Debtors propose to pay $128,286 to "Nov Storage Fees - Consignment." *Id*.  It is the Consignors' understanding that Sparkle Pop, LLC ("Sparkle Pop") has underreported the amount of sales made on account of consigned stock that was ordered by the Debtors and delivered post-petition[4].  Furthermore, Sparkle Pop may owe additional sums to the Debtors that have not been paid, since the Budget indicates that "Sparkle Pop incentive Payment due 12/17/25 – not factored into Adjusted Ending Balance." *Id*.  If the Debtors have an amount that should offset what is due to Sparkle Pop for rent, they should not pay nearly $130,000 to Sparkle Pop until those amounts are reconciled.  Furthermore, like the professional

---

[4] Sparkle Pop has filed declarations that report sales of goods on hand as of May 15, 2025, but has failed to report sales activity for goods received after that date, for example.

- 2 -

fees, rent payments would be an administrative claim that should not be paid until a trustee is appointed and administrative solvency is established.

       7.      Finally, the Motion seeks an extension of the automatic stay in all contested matters pending in the Debtors' cases until a permanent trustee is appointed.  Motion, ¶ 35.  There is no explanation and no justification for such a stay.  The Debtors suggest that no party will be prejudiced by such a stay, but this is patently untrue.  As this Court is well aware, the contested matters proposed to be stayed involve disputes as to ownership and liens on the Consignors' stock, as well as the stock over 100 other consignors.  As stock continues to sit subject to Debtors' claims, some of the stock loses value each and every day.  Rather than maintaining any status quo, a continued stay benefits only the Debtors and the DIP Lender, while it harms each and every consignor that is a counterparty to these pending adversary proceedings. Moreover, Sparkle Pop is in possession and control of this stock, and while it has agreed to stop selling the stock, the Debtors are NOT under any agreement with Sparkle Pop and have no knowledge as to whether the storage conditions and security of the warehouse containing the stock are being addressed sufficiently by Sparkle Pop.

      WHEREFORE, for the foregoing reasons, the Consignors object to the Motion for these limited reasons and request that the court eliminate any provisions in the Proposed Order and/or Budget pertaining to (1) shortened deadline to object to Final Fee Applications; (2) payment of administrative claims as proposed in the Budget, and to KEIP/KERP recipients; and (3) continued stay of all contested matters except for a stay that terminates on January 30, 2026.

Dated: December 15, 2025                            Respectfully Submitted,

                                                       /s/ Catherine Keller Hopkin
Catherine Keller Hopkin, 28257
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-0788
chopkin@yvslaw.com

Counsel for the *Ad Hoc* Committee of Consignors

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 15th day of December 2025, notice of filing the Limited Objection to Debtors' Motion to Convert to Chapter 7 and on DIP Financing [Dkt. 1070] was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

                                                            /s/ Catherine Keller Hopkin
                                                           Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Jan Berlage, Esquire
(jberlage@ghsllp.com)
Counsel for Katherine Govier
Gohn, Hankey & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, Maryland  21201

Hugh M. Bernstein, Esquire
(hugh.m.bernstein@usdoj.gov)
Office of U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Daniel Jack Blum, Esquire
(jack.blum@polsinelli.com)
Counsel for Basic Fun, Inc.
Polsinelli PC
1401 I Street NW, Suite 800
Washington, D.C.  20005

Laura Skowronski Bouyea, Esquire
(lsbouyea@venable.com)
Counsel for AIREIT Olive Branch DC LLC
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21202

Thomas K. Bredar, Esquire
(thomas.bredar@wilmerhale.com)
Counsel for Disney and Marvel
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center, 250 Greenwich St.
New York, New York  10007

Andrew Brown, Esquire
(abrown@klestadt.com)
Counsel for NECA, LLC
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York  10036-7203

Richard L. Costella, Esquire
(rcostella@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

David W.T. Daniels, Esquire
(ddaniels@perkinscoie.com)
Counsel for The Pokemon Company
Perkins Coie LLP
700 13th St NW, Suite 600
Washington, D.C.  20005

Emily Devan, Esquire
(edevan@milesstockbridge.com)
Counsel for Titan Publishing Group
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland  21202

Turner Falk, Esquire
(turner.falk@saul.com)
Counsel for Debtors
Saul Ewing LLP
1500 Market Street
Center Square West, 38th Floor
Philadelphia, Pennsylvania  19102

Justin Philip Fasano, Esquire
(jfasano@mhlawyers.com)
Counsel for Dynamic Forces, Inc.
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  22070

Ashley N. Fellona, Esquire
(ashley.fellona@saul.com)
Counsel for Debtors
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland  21202-4359

Gianfranco Finizio, Esquire
(gfinizio@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York  10020

Adam Fletcher, Esquire
(afletcher@bakerlaw.com)
Counsel for Image Comics, Inc.
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, Ohio  44114-1214

Chelsea R. Frankel, Esquire
(cfrankel@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler LLP
1271 Avenue of the Americas
New York, New York  10020

Stephen B. Gerald, Esquire
(sgerald@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
200 Continental Drive, Suite 401
Newark, Delaware  19713

Christopher J. Giaimo, Esquire
(christopher.giaimo@squirepb.com)
Counsel for Blue Yonder, Inc.
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

Jonathan A. Grasso, Esquire
(jgrasso@yvslaw.com)
Counsel for Alliance Entertainment, LLC
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Zvi Guttman, Esquire
(zvi@zviguttman.com)
Counsel for NECA, LLC
The Law Offices of Zvi Guttman, P.A.
P. O. Box 32308
Baltimore, Maryland  21282

Jeffrey C. Hampton I, Esquire
(jeffrey.hampton@saul.com)
Counsel for Debtors
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102

Adam H. Isenberg, Esquire
(adam.isenberg@saul.com)
Counsel for Debtors
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102

Toyja E. Kelley, Sr., Esquire
(toyja.kelley@lockelord.com)
Counsel for JPMorgan Chase Bank, N.A.
Troutman Pepper Locke LLP
701 8th Street N.W., Suite 500
Washington, D.C.  20001

C. Kevin Kobbe, Esquire
(kevin.kobbe@us.dlapiper.com)
Counsel for Renegade Games, et al.
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, Maryland  21202

Eric George Korphage, Esquire
(korphagee@whiteandwilliams.com)
Counsel for Fright Rigs, Inc.
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Jung Yong Lee, Esquire
(jlee@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Gary H. Leibowitz, Esquire
(gleibowitz@coleschotz.com)
Counsel for Bandai Namco Toys
Cole Schotz P.C.
1201 Wills Street, Suite 320
Baltimore, Maryland  21231

Mark Minuti, Esquire
(mark.minuti@saul.com)
Counsel for Debtor
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19899

Bruce S. Nathan, Esquire
(bnathan@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler
65 Livingston Avenue
Roseland, New Jersey  07068

Michael Papandrea, Esquire
(mpapandrea@lowenstein.com)
Counsel for Creditors Committee
Lowenstein Sandler
One Lowenstein Drive
Roseland, New Jersey  07068

Steven Gregory Polard, Esquire
(steven.polard@ropers.com)
Counsel for Bandai Namco Toys
Ropers Majeski PC
801 South Figueroa Street, Suite 2100
Los Angeles, California  90017

Scott Prince, Esquire
(sprince@bakerlaw.com)
Counsel for Image Comics, Inc.
Baker & Hostetler LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114

Jordan Rosenfeld, Esquire
(jordan.rosenfeld@saul.com)
Counsel for Debtors
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland  21202-4359

Nikolaus F. Schandlbauer, Esquire
(nick.schandlbauer@arlaw.com)
Counsel for Action Figure Authority, Inc.
Adams and Reese LLP
20 F Street NW, Suite 500
Washington, D.C.  20001

Elizabeth Anne Scully, Esquire
(escully@bakerlaw.com)
Counsel for Image Comics, Inc.
Baker & Hostetler LLP
1050 Connecticut Ave, NW, Suite 1100
Washington, D.C.  20036

Dennis J. Shaffer, Esquire
(dshaffer@tydings.com)
Counsel for Creditors Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Indira Kavita Sharma, Esquire
(indira.sharma@troutman.com)
Counsel for JPMorgan Chase Bank, N.A.
Troutman Pepper Locke LLP
401 9th Street NW, Suite 1000
Washington, D.C.  20004

Nicholas Smargiassi, Esquire
(nicholas.smargiassi@saul.com)
Counsel for Debtors
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19801

Brent C. Strickland, Esquire
(bstrickland@wtplaw.com)
Counsel for Universal Distribution LLC
Whiteford Taylor & Preston L.L.P.
8830 Stanford Boulevard, Suite 400
Columbia, Maryland  21045

Paige Noelle Topper, Esquire
(paige.topper@saul.com)
Counsel for Debtors
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19801

U.S. Trustee – Baltimore
(ustpregion04.ba.ecf@usdoj.gov)
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201