# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 1070, 1072, 1074 & 1080 |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) APPROVING EIGHTH STIPULATION BETWEEN DEBTORS AND JPMORGAN CHASE BANK, N.A., AMENDING DIP CREDIT AGREEMENT, (II) CONVERTING CASES FROM CHAPTER 11 TO CHAPTER 7 OF THE BANKRUPTCY CODE AS OF CONVERSION DATE, (III) APPROVING CERTAIN CONVERSION PROCEDURES, (IV) SETTING BAR DATE FOR FILING FINAL CHAPTER 11 FEE APPLICATIONS, AND (V) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1. On December 12, 2025, the Debtors filed the *Debtors' Motion (A) For Entry of Order Approving Eighth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement and (B) For Approval of Order (I) Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code as of Conversion Date, (II) Approving Certain Conversion Procedures, (III) Setting Bar Date for Filing Final Chapter 11 Fee Applications and Establishing a Hearing Thereon, and (IV) Granting Related Relief* [D.I. 1070] (the "Conversion Motion") and a related motion to expedite the hearing and objection deadline for the Conversion Motion [D.I. 1072] (the "Motion to Shorten").

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

2. On December 15, 2025, the Court entered an order granting the Motion to Shorten and scheduled an emergency hearing on the Conversion Motion for December 16, 2025, at 10:00 a.m. (ET) (the "Hearing") with objections to the Conversion Motion to be raised at or before the Hearing.

3. Before the Hearing, the Ad Hoc Committee of Consignors filed a limited objection to the Conversion Motion [D.I. 1080] (the "Ad Hoc Committee Objection"), and The Consignment Group and the Clerk of the Court provided informal comments regarding the relief requested in the Conversion Motion.

4. At the hearing on the Conversion Motion, the Debtors advised the Court that the Debtors had resolved the Ad Hoc Committee Objection and were working with various parties to address informal comments raised in connection with the proposed order. Pursuant to the Court's comments at the Hearing and the statements made on the record, attached as **Exhibit A** is a revised proposed order granting the Conversion Motion (the "Revised Proposed Order"). Attached hereto as **Exhibit B** is a redline of the Revised Proposed Order that reflects the changes made the proposed order filed with the Conversion Motion.

5. The Debtors have shared the Revised Proposed Order with counsel to JPMorgan Chase Bank, N.A., the Creditors' Committee, the Ad Hoc Committee of Consignors, and The Consignment Group as well as Omni Agent Solutions (the Debtors' claims and noticing agent) and the Clerk of the Court. No party objects to entry of the Revised Proposed Order.

6. Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: December 19, 2025 | **SAUL EWING LLP** |//

Dated: December 19, 2025                     **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
         adam.isenberg@saul.com
         turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
         paige.topper@saul.com
         nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*