United States Bankruptcy Court

District of Maryland

In re: | Case No. 25-10308-DER

Diamond Comic Distributors, Inc. | Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1 | User: admin | Page 1 of 4

Date Rcvd: Dec 18, 2025 | Form ID: clerk49 | Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

**Recip ID              Recipient Name and Address**

aty                +  Katherine Culbertson, Troutman Pepper Locke LLP, 111 South Wacker Drive, Suite 4100, Chicago, IL 60606-4409

                   +  Austin Stine, Esq., Saul Ewing, LLP, 1201 N. Market St. Ste 2300, Wilmington, DE 19801-1165

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

**Name                     Email Address**

Adam Fletcher
                         afletcher@bakerlaw.com

Adam H Isenberg
                         adam.isenberg@saul.com

Andrew Brown
                         abrown@klestadt.com

Ashley N Fellona
                         ashley.fellona@saul.com  janice.mast@saul.com

Brent C. Strickland
                         bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Bruce S. Nathan

District/off: 0416-1

Date Rcvd: Dec 18, 2025

User: admin

Form ID: clerk49

Page 2 of 4

Total Noticed: 2

bnathan@lowenstein.com

C. Kevin Kobbe

kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin

chopkin@yvslaw.com
pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel

cfrankel@lowenstein.com

Christopher J. Giaimo

christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik

cpalik@mhlawyers.com
cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum

jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq

dsbushnaq@venable.com

David Sommer

dsommer@gallagherllp.com  ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels

ddaniels@perkinscoie.com
docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer

dshaffer@tydings.com  scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew

ellen.dew@us.dlapiper.com

Emily Devan

edevan@milesstockbridge.com

Eric George Korphage

korphagee@whiteandwilliams.com

G. David Dean

ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz

gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio

gfinizio@lowenstein.com

Harry Conrad Jones

HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein

hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma

indira.sharma@troutman.com
katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving

james.irving@dentons.com

Jan Berlage

JBerlage@GHSLLP.com  tcollins@ghsllp.com

Janet M. Nesse

jnesse@mhlawyers.com
jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com

Jason F Hoffman

jhoffman@bakerlaw.com

Jeffrey C. Hampton

jeffrey.hampton@saul.com

Jeremy S. Friedberg

District/off: 0416-1                           User: admin                           Page 3 of 4
Date Rcvd: Dec 18, 2025                     Form ID: clerk49                    Total Noticed: 2

|  |  |
|---|---|
|  | jeremy@friedberg.legal  ecf@friedberg.legal |
| Jodie E. Bekman | jbekman@gfrlaw.com  dferguson@gfrlaw.com |
| Jonathan A. Grasso | jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com |
| Jonathan Gary Rose | jonathan.rose@us.dlapiper.com |
| Jordan Rosenfeld | jordan.rosenfeld@saul.com |
| Joshua Glikin | JGlikin@shulmanrogers.com  abogert@shulmanrogers.com,tlewis@shulmanrogers.com |
| Jung Yong Lee | jlee@milesstockbridge.com  mhickman@tydings.com |
| Justin Philip Fasano | jfasano@mhlawyers.com  jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Katherine Elizabeth Culbertson | katherine.culbertson@troutman.com |
| Laura Skowronski Bouyea | lsbouyea@venable.com  dmdierdorff@venable.com |
| Lawrence A. Katz | lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com |
| Mark Minuti | mark.minuti@saul.com  robyn.warren@saul.com |
| Mark L Desgrosseilliers | desgross@chipmanbrown.com  fusco@chipmanbrown.com |
| Matthew G. Brushwood | mbrushwood@barley.com  dkline@barley.com |
| Matthew G. Summers | summersm@ballardspahr.com  branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com |
| Michael Papandrea | mpapandrea@lowenstein.com |
| Nicholas Smargiassi | nicholas.smargiassi@saul.com |
| Nikolaus F. Schandlbauer | nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com |
| Paige Noelle Topper | paige.topper@saul.com |
| Peter J Artese | peter.artese@us.dlapiper.com |
| Randy Moonan | rmoonan@sillscummis.com |
| Richard L. Costella | rcostella@tydings.com  scalloway@tydings.com,MYoung@tydings.com,zjones@tydings.com,swilliams@tydings.com |
| S. Jason Teele | steele@sillscummis.com |
| Sam Alberts | sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com |
| Scott Prince | sprince@bakerlaw.com |
| Stephen B. Gerald | sgerald@tydings.com |
| Steven Gregory Polard | steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com |

District/off: 0416-1                      User: admin                                Page 4 of 4
Date Rcvd: Dec 18, 2025                   Form ID: clerk49                           Total Noticed: 2

Thomas J. McKee
                          mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar
                          thomas.bredar@wilmerhale.com
                          andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
                          Toyja.Kelley@troutman.com

Turner Falk
                          turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
                          USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss
                          william.moss@friedberg.legal

Zvi Guttman
                          zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 64

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–10308 – DER**    Chapter: **11**

**Diamond Comic Distributors, Inc.**
Debtor

## NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT

A transcript of a hearing held in this case was requested and has been received by the Court. The transcript is available for review at the Clerk's Office or copies may be purchased from the transcriber. Each party's attorney is required to review the opening and closing statements made on behalf of the represented party, any statements made by the party and the testimony of any witness called by the party. If a party is self–represented, the party needs to perform this review himself/herself. You have seven (7) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court, stating your intent to request redaction of sensitive private information before the transcript is made electronically available to the public, pursuant to the privacy policy of the Judicial Conference of the United States. The privacy policy is available on the U.S. Court's website, www.uscourts.gov, under Rules & Policies.

Examples of personal identification information which should be redacted include all but the last four digits of social security or taxpayer identification numbers, all but the last four digits of account numbers, all but the initials of minor children, and all but the year of birth.

Pursuant to LBR 9037–1, if you intend to request redaction of the transcript:

1.    You have seven (7) days from the date of this notice to file a Notice of Intent to Request Redaction with the Court. A copy of the Notice of Intent to Request Redaction must be served upon the transcriber;

2.    You have twenty–one (21) days from the date of the filing of the transcript to file a Request for Redaction of Transcript, listing the entries by page and line where personal data appears that should be redacted. A copy of the Request for Redaction of Transcript must be sent to the transcriber;

3.    The deadline for filing the redacted version of the transcript is thirty–one (31) days from the filing date of the transcript;

4.    If the redacted transcript is not filed, the transcript in its current form will be made available to the public via remote electronic access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period; and

5.    If the redacted version of the transcript is filed, the redacted transcript will be made available via remote public access and at the public terminals in the Clerk's office for viewing and printing at the end of the ninety (90) day restricted period. The unredacted version of the transcript will not be available via remote electronic access or at the Clerk's office upon the filing of the redacted transcript; it shall be maintained as a private, restricted event. An attorney who purchases the transcript during the ninety (90) day restricted period will be given remote electronic access to the transcript and any redacted version filed.

Dated: 12/18/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shanita Taylor
4109624197

cc:    Mark Minuti, Esq.
Austin Strine, Esq.
Catherine K. Hopkin, Esq.
Jonathan A. Grasso, Esq.
S. Jason Teele, Esq.
Craig Palik, Esq.
Katherine Culbertson, Esq.

Indira K. Sharma, Esq.
Dennis J. Shaffer, Esq.

Clerk49 (rev. 09/28/2007)