IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**DIAMOND COMIC DISTRIBUTORS,** *et al*,<br><br>      Debtors | Bankruptcy Case: 25-10308-DER<br><br>Chapter 11<br>(Jointly Administered) |

### APPOINTMENT OF INTERIM TRUSTEE AND DESIGNATION OF REQUIRED BOND

Effective on 11:59 p.m. Eastern Standard Time, on December 31, 2025:

**MORGAN W. FISHER, ESQUIRE OF BALTIMORE MARYLAND**

is appointed the interim chapter 7 trustee for the estate(s) of the above-named debtor(s). Acceptance shall be presumed unless a declination is filed within five (5) days of receipt of this appointment. Unless a Trustee is elected at the meeting of creditors to be called pursuant to Section 341 of Title 11, United States Code, in the above referenced case, the Interim Trustee shall serve as Trustee.

This case is covered by the blanket bond for the above-named Chapter 7 case Trustee.

Dated: December 23, 2025

MATTHEW W. CHENEY

By: /s/ *Hugh M. Bernstein*
Hugh M. Bernstein (Fed. Bar No. 234890
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 23rd day of December, 2025, according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- Sam Alberts    sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Peter J Artese    peter.artese@us.dlapiper.com
- Jodie E. Bekman    jbekman@gfrlaw.com, dferguson@gfrlaw.com
- Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- Andrew Brown    abrown@klestadt.com
- Matthew G. Brushwood    mbrushwood@barley.com, dkline@barley.com
- Darek Bushnaq    dsbushnaq@venable.com
- Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
- Katherine Elizabeth Culbertson    katherine.culbertson@troutman.com
- David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
- G. David Dean    ddean@coleschotz.com, PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com
- Emily Devan    edevan@milesstockbridge.com
- Ellen E. Dew    ellen.dew@us.dlapiper.com
- Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio    gfinizio@lowenstein.com
- Adam Fletcher    afletcher@bakerlaw.com
- Chelsea R Frankel    cfrankel@lowenstein.com
- Jeremy S. Friedberg    jeremy@friedberg.legal, ecf@friedberg.legal
- Stephen B. Gerald    sgerald@tydings.com
- Christopher J. Giaimo    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin    JGlikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com
- Jonathan A. Grasso    jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- Jeffrey C. Hampton    jeffrey.hampton@saul.com
- Jason F Hoffman    jhoffman@bakerlaw.com

- **Catherine Keller Hopkin**   chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- **James R. Irving**   james.irving@dentons.com
- **Adam H Isenberg**   adam.isenberg@saul.com
- **Harry Conrad Jones**   HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- **Lawrence A. Katz**   lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
- **Toyja E. Kelley**   Toyja.Kelley@troutman.com
- **C. Kevin Kobbe**   kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Eric George Korphage**   korphagee@whiteandwilliams.com
- **Jung Yong Lee**   jlee@milesstockbridge.com, mhickman@tydings.com
- **Gary H. Leibowitz**   gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **Thomas J. McKee**   mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
- **Mark Minuti**   mark.minuti@saul.com, robyn.warren@saul.com
- **Randy Moonan**   rmoonan@sillscummis.com
- **William Fuller Moss**   william.moss@friedberg.legal
- **Bruce S. Nathan**   bnathan@lowenstein.com
- **Janet M. Nesse**   jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
- **Craig Palik**   cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
- **Michael Papandrea**   mpapandrea@lowenstein.com
- **Steven Gregory Polard**   steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
- **Scott Prince**   sprince@bakerlaw.com
- **Jonathan Gary Rose**   jonathan.rose@us.dlapiper.com
- **Jordan Rosenfeld**   jordan.rosenfeld@saul.com
- **Nikolaus F. Schandlbauer**   nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- **Dennis J. Shaffer**   dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- **Indira Kavita Sharma**   indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- **Nicholas Smargiassi**   nicholas.smargiassi@saul.com
- **David Sommer**   dsommer@gallagherllp.com, ceyler@gejlaw.com;gomara@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
- **Brent C. Strickland**   bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- **Matthew G. Summers**   summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
- **S. Jason Teele**   steele@sillscummis.com
- **Paige Noelle Topper**   paige.topper@saul.com
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV

And that further notice is being provided to all required parties by Omni Agent Solutions, Inc.

/s/ *Hugh M. Bernstein*
Hugh M. Bernstein

Case 25-10308 Doc 1095 Filed 12/23/25 Page 4 of 4