## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 23, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Chapter 11 Monthly Operating Report for Case Number 25-10309 - Comic Exporters, Inc. for the Month Ending: 11/30/2025 [Docket No. 1091]**

- **Chapter 11 Monthly Operating Report for Case Number 25-10311 - Comic Holdings, Inc. for the Month Ending: 11/30/2025 [Docket No. 1092]**

- **Chapter 11 Monthly Operating Report for the Month Ending: 11/30/2025 [Docket No. 1093]**

- **Chapter 11 Monthly Operating Report for Case Number 25-10312 - Diamond Select Toys & Collectibles, LLC for the Month Ending: 11/30/2025 [Docket No. 1094]**

Dated: December 26, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 26th day of December, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# <u>EXHIBIT A</u>

**Exhibit A**

**Service List**

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Office of the United States Trustee | Hugh M Bernstein | hugh.m.bernstein@usdoj.gov | Email |
| Office of the United States Trustee | Tony Pika | tony.pika@usdoj.gov | Email |

**Diamond Comic Distributors, Inc., et al. (Case No. 25-10308)**