# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| IN RE: | Chapter 7 |
| Diamond Comic Distributors, Inc., et al.,[1] | CASE NO. 25-10308-DER |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF
DISINTERESTEDNESS PURSUANT TO BANKRUPTCY RULE 2014**

I, Zvi Guttman, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, do hereby declare and affirm under the penalties of perjury:

1. I am an attorney licensed to practice in the State of Maryland. This Verified Statement is being made in support of the Application by Chapter 7 Trustee for Authority to Employ Counsel.

2. I am the founder and principal of The Law Offices of Zvi Guttman, P.A (the "Firm").

3. Other than as set forth in this paragraph, neither I nor the Firm have any connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, and represent no adverse interest to the debtor or the bankruptcy estate.

(a) I serve on the Panel of Chapter 7 trustees in the District of Maryland for over thirty (30) years and in that role, I had extensive interactions and involvement with the

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

Office of the United States Trustee in Baltimore.  I have also represented Trustee Fisher in other unrelated cases.

(b)  Early on in this case I served as local counsel to NECA LLC (f/k/a National Entertainment Collectibles Association, Inc.) whose affiliates include WizKids/NECA, LLC, Sparkle Pop, LLC, and Kidrobot, LLC.  I never spoke to the client or any of its affiliates. I received no confidential information.  Rather, my services consisted of the following: (i) I filed Motions for Pro Hac admission of the client's New York counsel (ii) I made a few phone calls in an effort to put New York counsel in touch with committee and Debtor's counsel, (d) I communicated with the courtroom deputy to assist New York counsel in attending a telephonic hearing (that did not take place). The former client has waived any perceived conflict.

4.	The Firm will request compensation for legal services rendered to the Trustee in this case based on Mr. Guttman's hourly rate of $620, as adjusted from time to time, by further application pursuant to § 328(b) and 330.

5.	Neither I nor the Firm has any agreement with any other person or entity to share the compensation or reimbursement of expenses with any other person or entity; all fees and expenses allowed by further Order of this Court be paid and retained by the Firm.

6.	Accordingly, I respectfully submit that neither I nor the Firm hold or represent an interest adverse to the estate and are disinterested persons as that term is defined in 11 U.S.C. §101(14).

I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE:  <u>January 5, 2026</u>    <u>*/s/ Zvi Guttman*</u>
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, MD 21282 vices, LLC
Zvi@zviguttman.com
(410) 580-0500 Phone
(410) 580-0700 Fax