IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

| | |
|---|---|
| **Diamond Comic Distributors, Inc.** | Bankr. Case No.: 25-10308-DER |
| | Bankr. Case No.: 25-10309-DER |
| **Comic Exporters, Inc.** | Bankr. Case No.: 25-10311-DER |
| **Comic Holdings, Inc.** | Bankr. Case No.: 25-10312-DER |
| **Diamond Select Toys & Collectibles, LLC** | (Chapter 11) |
| **Debtors** | (Jointly Administered) |

\* \* \* \* \*         \* \* \* \* \* \* \*

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Upon consideration of the Motion of Zvi Guttman and The Law Offices of Zvi Guttman, P.A., to Withdraw Appearance as Counsel to NECA, LLC, and for good cause shown, it is by the United States Bankruptcy Court

ORDERED, that the Motion is GRANTED and that Zvi Guttman and The Law Offices of Zvi Guttman, P.A., are withdrawn as Counsel for NECA, LLC.

Suggested Distribution List:

Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
Peter J Artese peter.artese@us.dlapiper.com
Jodie E. Bekman jbekman@gfrlaw.com, dferguson@gfrlaw.com

Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com, delawaredocketing@polsinelli.com
Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com
Andrew Brown abrown@klestadt.com
Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com
Darek Bushnaq dsbushnaq@venable.com
Richard L. Costella rcostella@tydings.com, scalloway@tydings.com, MYoung@tydings.com, zjones@tydings.com, swilliams@tydings.com
Katherine Elizabeth Culbertson katherine.culbertson@troutman.com
David W.T. Daniels ddaniels@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com, KMcClure@perkinscoie.com, rleibowitz@perkinscoie.com
G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan edevan@milesstockbridge.com
Ellen E. Dew ellen.dew@us.dlapiper.com
Turner Falk turner.falk@saul.com, tnfalk@recap.email, Veronica.Marchiondo@saul.com
Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com, tmackey@mhlawyers.com, mevans@mhlawyers.com, cmartin@mhlawyers.com, Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio gfinizio@lowenstein.com
Morgan W. Fisher trustee@morganfisherlaw.com, MD65@ecfcbis.com, fisher@premierremote.com
Adam Fletcher afletcher@bakerlaw.com
Chelsea R Frankel cfrankel@lowenstein.com
Jeremy S. Friedberg jeremy@friedberg.legal, ecf@friedberg.legal
Stephen B. Gerald sgerald@tydings.com
Christopher J. Giaimo christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com, christopher-j-giaimo-6409@ecf.pacerpro.com
Joshua Glikin JGlikin@shulmanrogers.com, abogert@shulmanrogers.com, tlewis@shulmanrogers.com
Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com, r39990@notify.bestcase.com
Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
Jeffrey C. Hampton jeffrey.hampton@saul.com
Jason F Hoffman jhoffman@bakerlaw.com
Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com, kreese@yvslaw.com, vmichaelides@yvslaw.com, yvslawcmecf@gmail.com, hopkincr39990@notify.bestcase.com

James R. Irving james.irving@dentons.com
Adam H Isenberg adam.isenberg@saul.com
Harry Conrad Jones HJones@coleschotz.com, bankruptcy@coleschotz.com, pratkowiak@coleschotz.com
Lawrence A. Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com, aklena@hirschlerlaw.com
Toyja E. Kelley Toyja.Kelley@troutman.com
C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage korphagee@whiteandwilliams.com
Jung Yong Lee jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz gleibowitz@coleschotz.com, pratkowiak@coleschotz.com, bankruptcy@coleschotz.com, lmorton@coleschotz.com
Thomas J. McKee mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-0902@ecf.pacerpro.com
Mark Minuti mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan rmoonan@sillscummis.com
William Fuller Moss william.moss@friedberg.legal
Bruce S. Nathan bnathan@lowenstein.com
Janet M. Nesse jnesse@mhlawyers.com, jfasano@mhlawyers.com, cpalik@mhlawyers.com, jnesse@ecf.inforuptcy.com, tmackey@mhlawyers.com, cmartin@mhlawyers.com, kfeig@mhlawyers.com
Craig Palik cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com, Palik.CraigR92003@notify.bestcase.com, mevans@mhlawyers.com, cmartin@mhlawyers.com
Michael Papandrea mpapandrea@lowenstein.com
Steven Gregory Polard steven.polard@ropers.com, loriann.zullo@ropers.com, calendar-LAO@ropers.com
Scott Prince sprince@bakerlaw.com
Jonathan Gary Rose jonathan.rose@us.dlapiper.com
Jordan Rosenfeld jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com, MYoung@tydings.com
Indira Kavita Sharma indira.sharma@troutman.com, katherine.culbertson@troutman.com, jonathan.young@troutman.com, david.ruediger@troutman.com, errol.chapman@troutman.com, toyja.kelley@troutman.com
Nicholas Smargiassi nicholas.smargiassi@saul.com
David Sommer dsommer@gallagherllp.com, ceyler@gejlaw.com, gomara@gejlaw.com, csalce@gejlaw.com, mkobylski@gejlaw.com
Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-strickland-3227@ecf.pacerpro.com
Matthew G. Summers summersm@ballardspahr.com, branchd@ballardspahr.com, heilmanl@ballardspahr.com, ambroses@ballardspahr.com, zarnighiann@ballardspahr.com, carolod@ballardspahr.com,

cromartie@ballardspahr.com, stammerk@ballardspahr.com, brannickn@ballardspahr.com
S. Jason Teele steele@sillscummis.com
Paige Noelle Topper paige.topper@saul.com
US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

**END OF ORDER**