**Exhibit A**

Summary of Fees and Expenses by Activity Category

**Getzler Henrich & Associates**
**Summary of Fees and Expenses by Category**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

| Activity Description | Hours | Fees |
|---|---|---|
| BOD issues | 1.1 | 940.50 |
| Business Ops | 0.8 | 549.00 |
| Case Admin. | 7.0 | 5,057.00 |
| Cash Flow | 32.4 | 22,583.00 |
| Cash Management | 14.7 | 8,509.50 |
| Court Prep | 32.2 | 23,937.00 |
| Employment and Fee App | 7.0 | 4,515.00 |
| IT Network Hardware Software | 2.3 | 1,144.50 |
| Litigation Matters & Support | 73.9 | 49,131.50 |
| Meetings with Creditors | 0.2 | 129.00 |
| Reporting | 31.1 | 16,745.50 |
| Sale of Business | 22.1 | 12,368.50 |
| Supplier Issues | 1.1 | 709.50 |
| Travel | 22.0 | 8,305.00 |
| **Total** | **202.7** | **$ 154,624.50** |

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 195.05 |
| Airfare | 849.97 |
| Car Rental/Ground Transportation | 355.27 |
| Meals | 70.93 |
| **Total** | **$ 1,471.22** |

| | |
|---|---|
| **Total Fees & Expenses** | **$ 156,095.72** |