## **Exhibit B**

Summary of Professionals and Fees

Getzler Henrich & Associates
Summary of Professionals and Fees
December 01, 2025 to December 31, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

| Professional | Position | Functional Areas | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Henrich | Principal | Restructuring Advisor | $855 | 36.8 | 31,464.00 |
| Robert Gorin | Senior Managing Director | Restructuring Advisor | $755 | 64.7 | 40,543.50 |
| Ramy Aly | Senior Director | Business Plan Analysis | $645 | 48.5 | 31,282.50 |
| Waleed Aly | Director | Business Plan Analysis Support | $525 | 95.8 | 50,295.00 |
| Carl Finkbeiner | Data Engineer | Business Plan Analysis Support | $495 | 2.1 | 1,039.50 |
| **Total** | | | | **247.9** | **$153,585.00** |