## **Exhibit C**

Summary of Itemized Out-of-Pocket Expenses

**Summary of Expenses**

| Expense Category | Amount |
|---|---|
| Accommodations Hotel/Motel | $ 195.05 |
| Airfare | 849.97 |
| Car Rental/Ground Transportation | 355.27 |
| Meals | 70.93 |
| **Grand Total** | **$ 1,471.22** |

**Accommodations Hotel/Motel**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 12/12/2025 | 195.05 | Hotel for court hearing |
| **Total** | | **$ 195.05** | |

**Airfare**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 12/9/2025 | 521.49 | Flight from BWI to PBI |
| Robert Gorin | 12/17/2025 | 328.48 | Flight home from court hearing |
| **Total** | | **$ 849.97** | |

**Car Rental/Ground Transportation**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 12/7/2025 | 43.99 | Uber from BWI airport to hotel |
| Robert Gorin | 12/7/2025 | 49.87 | Uber to PBI Airport |
| Robert Gorin | 12/12/2025 | 46.10 | Uber to PBI |
| Robert Gorin | 12/12/2025 | 52.42 | Uber to BWI airport |
| Robert Gorin | 12/15/2025 | 55.75 | Uber to Baltimore hotel |
| Robert Gorin | 12/15/2025 | 55.41 | Uber to PBI Airport |
| Robert Gorin | 12/17/2025 | 51.73 | Uber from PBI airport |
| **Total** | | **$ 355.27** | |

**Meals**

| Professional | Date | Amount | Expense Description |
|---|---|---|---|
| Robert Gorin | 12/7/2025 | 21.53 | Working dinner while traveling |
| Robert Gorin | 12/12/2025 | 13.56 | Breakfast while traveling |
| Robert Gorin | 12/15/2025 | 16.21 | Lunch while traveling |
| Robert Gorin | 12/15/2025 | 19.63 | Working dinner prepping for court hearing |
| **Total** | | **$ 70.93** | |