**Exhibit D**

Itemized Fees by Project Category

Getzler Henrich & Associates
Itemized Fees
December 01, 2025 to December 31, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**BOD issues**

| Professional | Date | Hours | Fees | | Activity |
|---|---|---|---|---|---|
| William Henrich | 12/12/2025 | 1.1 | $ | 940.50 | Meeting with S. Geppi re: case update, conversion and implications thereof |
| **Total** | | **1.1** | **$** | **940.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Company Business Mgmt**

| Professional | Date | Hours | Fees | | Activity |
|---|---|---|---|---|---|
| Ramy Aly | 12/15/2025 | 0.5 | $ | 322.50 | Call with F. Callahan regarding health insurance provider request and other transitional items |
| Robert Gorin | 12/29/2025 | 0.3 | $ | 226.50 | Meetings with F Callaghan re: W2s |
| **Total** | | **0.8** | **$** | **549.00** | |

Getzler Henrich & Associates
Itemized Fees
December 01, 2025 to December 31, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Case Administration**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Robert Gorin | 12/11/2025 | 0.9 | $ 679.50 | Review motion for approval of conversion to chapter 7 |
| William Henrich | 12/11/2025 | 0.5 | $ 427.50 | Review and draft email correspondence to Saul Ewing re: draft motion for approval of DIP financing amendment and case conversion to chapter 7 |
| Ramy Aly | 12/12/2025 | 1.0 | $ 645.00 | Prepared and met with Saul and Getzler teams to discuss transition steps to ch7 trustee |
| Waleed Aly | 12/12/2025 | 1.0 | $ 525.00 | Call with GH/SE teams to discuss latest status of DIP funding and case conversion transition plan |
| Robert Gorin | 12/12/2025 | 1.0 | $ 755.00 | Meeting with Saul Ewing re: Chapter 7 conversion process and Trustee selection process |
| William Henrich | 12/12/2025 | 1.0 | $ 855.00 | Meeting with Saul Ewing re: Committee conversion budget fee increase request, D&O insurance coverage continuation, Ad Hoc Consignors vendor group reps discontinuation of negotiations given conversion, Chapter 7 historic data transfer issues, TSA funds status, DIP financing credit agreement required modifications and line reinstatement timing, Chapter 7 Trustee selection process |
| William Henrich | 12/19/2025 | 0.3 | $ 256.50 | Read and draft responding email correspondence re: MOR's filing and conversion Court Order entry and timing of effective date |
| William Henrich | 12/19/2025 | 0.2 | $ 171.00 | Discussion with R. Gorin re: case status and open items before conversion |
| Waleed Aly | 12/22/2025 | 0.6 | $ 315.00 | Call with GH/SE to discuss conversion transition issues |
| William Henrich | 12/23/2025 | 0.2 | $ 171.00 | Read and draft responding email correspondence re: and review background of appointed Chapter 7 Trustee |
| William Henrich | 12/31/2025 | 0.3 | $ 256.50 | Discussion with J. Hampton re: debrief of Chapter 7 Trustee conversation and coordination of information requests fulfillment |
| **Total** | | **7.0** | **$ 5,057.00** | |

Getzler Henrich & Associates
Itemized Fees
December 01, 2025 to December 31, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Financing and Cash Collateral**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 12/1/2025 | 1.2 | $ 774.00 | Updated and prepared admin analysis report |
| Ramy Aly | 12/1/2025 | 1.5 | $ 967.50 | Prepared for and met with Getzler and Saul Ewing teams to review latest draft budget and assumptions |
| Ramy Aly | 12/1/2025 | 1.2 | $ 774.00 | Updated escrow analysis to determine accuracy and funding needs for extended budget |
| Waleed Aly | 12/1/2025 | 1.5 | $ 787.50 | Call with GH/SE teams to review latest version of DIP budget and professional fee estimate |
| Robert Gorin | 12/1/2025 | 1.5 | $ 1,132.50 | Participate in calls with Saul Ewing, GH re: extended DIP budget |
| Robert Gorin | 12/1/2025 | 1.3 | $ 981.50 | Reviewed the latest iteration of the DIP budget and assumptions |
| Robert Gorin | 12/1/2025 | 1.2 | $ 906.00 | Participate in several calls and review associated analysis regarding administrative expense payments |
| Ramy Aly | 12/2/2025 | 2.1 | $ 1,354.50 | Updated variance report to bridge last budget results and updated extended forecast and provided latest draft to the team |
| Robert Gorin | 12/3/2025 | 0.8 | $ 604.00 | Participate in multiple discussions, emails re: updated DIP budget |
| William Henrich | 12/3/2025 | 0.7 | $ 598.50 | Discussion with R. Aly and J. Hampton re: review and finalize proposed alternative DIP financing continuation and conversion budgets pursuant to JPMC request |
| Ramy Aly | 12/4/2025 | 1.4 | $ 903.00 | Prepared and participated all hands on call with JPM, debtor team and legal team to discuss potential path forward and financing needs |
| Ramy Aly | 12/4/2025 | 0.3 | $ 193.50 | Meeting with Saul and Getzler team following the all hands on bank meeting |
| Waleed Aly | 12/4/2025 | 1.4 | $ 735.00 | All hands call with JPM team/debtor professionals to discuss go-forward financing plan and consignment settlement status |
| Waleed Aly | 12/4/2025 | 0.3 | $ 157.50 | Call with SE/GH teams to discuss action items resulting from bank call |
| Robert Gorin | 12/4/2025 | 1.4 | $ 1,057.00 | Prep for and participate in call with lender, Saul Ewing, GH, Troutman Pepper |
| William Henrich | 12/4/2025 | 0.3 | $ 256.50 | Meeting with Saul Ewing and Getzler Henrich re: assessment of JPMC meeting results and next steps |
| William Henrich | 12/5/2025 | 0.3 | $ 256.50 | Read and draft responding email correspondence with J. Hampton re: J. Young conversation recap concerning Court hearing postponement |
| William Henrich | 12/5/2025 | 0.3 | $ 256.50 | Discussion with J. Hampton re: J. Young conversation and assessment thereof |
| Waleed Aly | 12/8/2025 | 0.8 | $ 420.00 | Call with GH/SE teams to discuss next steps with bank budget and consignment settlements |
| Ramy Aly | 12/9/2025 | 1.1 | $ 709.50 | Updated admin analysis with list of claimants and amounts due at the request of counsel |
| Ramy Aly | 12/9/2025 | 0.5 | $ 322.50 | Further updates to the latest DIP transition budget |
| Waleed Aly | 12/9/2025 | 0.6 | $ 315.00 | Review of outstanding estate admin claims for transition budget |
| Robert Gorin | 12/9/2025 | 0.4 | $ 302.00 | Discussion with B. Henrich re: consignment vendor settlement negotiations status, DIP financing extension budget status, sales tax and tax preparer payment, Desgrossillier/Fredericks meeting recap |
| William Henrich | 12/9/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton re: JPMC request for list of outstanding administrative claims and modifications required to prior schedule of same |
| William Henrich | 12/9/2025 | 0.2 | $ 171.00 | Discussion with M. Fondacaro re: consignment vendor settlement discussions status and prospects, DIP financing extension budget, and KEIP/KERP status |
| William Henrich | 12/9/2025 | 0.1 | $ 85.50 | Discussion with J. Hampton re: Fondacaro conversation recap |
| William Henrich | 12/9/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton re: J. Young recap of JPMC DIP financing extension budget views |
| William Henrich | 12/9/2025 | 0.4 | $ 342.00 | Discussion with R. Gorin re: consignment vendor settlement negotiations status, DIP financing extension budget status, sales tax and tax preparer payment, Desgrossillier/Fredericks meeting recap |
| William Henrich | 12/10/2025 | 0.1 | $ 85.50 | Discussion with J. Hampton re: coordination of conversion planning meeting, update on JPMC approved conversion funding, and consignment vendor group response to counterproposal |
| William Henrich | 12/10/2025 | 0.7 | $ 598.50 | Meeting with Saul Ewing and Getzler Henrich re: finalization of DIP financing conversion budget for JPMC and motion appendix, status of Consignor Group vendors settlement negotiations, fee applications status |
| Ramy Aly | 12/11/2025 | 1.0 | $ 645.00 | Updated weekly cash flow activity including escrow analysis |
| Robert Gorin | 12/11/2025 | 1.2 | $ 906.00 | Participate in several discussions with former AGD management re: disbursements and KEIP |
| William Henrich | 12/11/2025 | 0.8 | $ 684.00 | Reviewed DIP financing motion, sparkle pop response/negotiation/lien, conversion timing |
| William Henrich | 12/11/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton and A. Isenberg re: DIP financing motion status and preparation for S. Bieg conversation concerning Sparkle Pop update |
| William Henrich | 12/11/2025 | 0.2 | $ 171.00 | Read and draft responding email correspondence re: Troutman Pepper Locke conversion motion edits |
| Robert Gorin | 12/12/2025 | 0.7 | $ 528.50 | Participate in calls with Saul Ewing, GH re: updated DIP budget |
| Robert Gorin | 12/12/2025 | 1.2 | $ 906.00 | Participate in multiple calls re: disbursements including KEIP |
| William Henrich | 12/12/2025 | 0.3 | $ 256.50 | Discussion with J. Hampton re: committee counsel conversation results; K. Kobbe conversation results concerning DIP financing amendment approval; Ad Hoc Consignment vendor group response to latest counterproposal |
| Waleed Aly | 12/15/2025 | 0.4 | $ 210.00 | Call with GH/SE teams to discuss transition issues/budget status |
| Ramy Aly | 12/22/2025 | 0.5 | $ 322.50 | Meeting with the team to discuss any outstanding items including the status of disbursements in accordance with the approved DIP budget |
| Ramy Aly | 12/22/2025 | 0.3 | $ 193.50 | Prepared escrow release letter in accordance with the latest approved DIP amendment |
| Ramy Aly | 12/22/2025 | 0.3 | $ 193.50 | Several calls with YVS for password and to confirm wire payment instructions for the Committee Group |
| William Henrich | 12/22/2025 | 0.5 | $ 427.50 | Meeting with J. Hampton, M. Minuti, R. Aly and W. Aly re: consignment vendor administrative expense claim settlement, JPMC line reinstatement and admin claim payments, termination fee funding, Luminaire settlement approval, Geppi DIP financing amendment signature status |

**Getzler Henrich & Associates**
**Itemized Fees**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Financing and Cash Collateral**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| William Henrich | 12/22/2025 | 0.3 | $ 256.50 | Read and draft responding email correspondence re: Geppi amendment signature, termination letters, and Luminaire settlement |
| Ramy Aly | 12/23/2025 | 0.3 | $ 193.50 | Call with J. Hampton regarding DIP budget and timing key disbursements |
| Ramy Aly | 12/23/2025 | 0.2 | $ 129.00 | Follow up with the team regarding execution of the escrow release letter |
| **Total** | | **32.4** | **$ 22,583.00** | |

Getzler Henrich & Associates
Itemized Fees
December 01, 2025 to December 31, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Cash Management/Analysis**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 12/1/2025 | 0.5 | $ 322.50 | Met with JPM treasury team |
| Waleed Aly | 12/1/2025 | 0.5 | $ 262.50 | Check in call with JPM Treasury team to discuss account closures and security controls |
| Waleed Aly | 12/2/2025 | 0.4 | $ 210.00 | Call with JPM treasury support to discuss blocked wire transfer |
| Waleed Aly | 12/5/2025 | 2.6 | $ 1,365.00 | Began account closure process for unused DCD accounts, reconciled balances, transferred funds, calculated outstanding bank fees, and correspondence with JPM Treasury team about account transfer issues. |
| Ramy Aly | 12/8/2025 | 0.3 | $ 193.50 | Met with JPM treasury team to address open items |
| Ramy Aly | 12/10/2025 | 0.9 | $ 580.50 | Met with the treasury team to address account updates and transfer issues |
| Ramy Aly | 12/10/2025 | 0.7 | $ 451.50 | Met with W. Aly to review and initiate international transfer - JPM CAD transfer |
| Ramy Aly | 12/10/2025 | 0.8 | $ 516.00 | Several updates and adjustments to the JPM treasury, and initiating account consolidation and closures |
| Waleed Aly | 12/10/2025 | 0.7 | $ 367.50 | Call with R. Aly to review and initiate international transfer - JPM CAD transfer |
| Waleed Aly | 12/10/2025 | 0.8 | $ 420.00 | Call with T. Garey to discuss CAD account transfers |
| Waleed Aly | 12/11/2025 | 0.6 | $ 315.00 | Call with JPM Treasury team to discuss outstanding wires from Canadian accounts |
| Ramy Aly | 12/15/2025 | 0.5 | $ 322.50 | Prepared and met with the JPM treasury team regarding open items and account transition for affiliates |
| Waleed Aly | 12/15/2025 | 0.5 | $ 262.50 | Call with JPM treasury team to discuss account closures and wire transfers |
| Ramy Aly | 12/18/2025 | 0.1 | $ 64.50 | Verified receipt of incentive funds and provided confirmation to D. Duffie |
| Ramy Aly | 12/18/2025 | 0.5 | $ 322.50 | Assisted S. Cohen with JPM treasury functions |
| Waleed Aly | 12/18/2025 | 0.7 | $ 367.50 | Call with JPM Treasury team to discuss blocked wire transfer and account permissions |
| Ramy Aly | 12/22/2025 | 0.7 | $ 451.50 | Several communications with A. Leake regarding revolver activation status |
| Waleed Aly | 12/23/2025 | 0.7 | $ 367.50 | Reviewed/Released outgoing wires following new DIP loan activation |
| Ramy Aly | 12/24/2025 | 1.3 | $ 838.50 | Prepared and issued several payments in accordance with the approved DIP budget |
| Ramy Aly | 12/29/2025 | 0.3 | $ 193.50 | Addressed various banking and treasury-related requests from JPM |
| Waleed Aly | 12/30/2025 | 0.6 | $ 315.00 | Correspondence with JPM to discuss negative balances in JPM CAD accounts |
| **Total** | | **14.7** | **$ 8,509.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Court Hearing Prep and/or Appearance**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 12/1/2025 | 0.6 | $ 387.00 | Meeting with R. Gorin and B. Henrich re: develop administrative claim analysis for M. Minuti |
| Robert Gorin | 12/1/2025 | 0.6 | $ 453.00 | Meeting with B. Henrich and R. Aly re: develop administrative claim analysis for M. Minuti |
| William Henrich | 12/1/2025 | 0.6 | $ 513.00 | Meeting with R. Gorin and R. Aly re: develop administrative claim analysis for M. Minuti |
| William Henrich | 12/1/2025 | 0.3 | $ 256.50 | Read and draft responding email correspondence re: revised administrative claims analysis concerning settled claims and JPMC all-hands meeting request |
| William Henrich | 12/1/2025 | 0.3 | $ 256.50 | Read and draft responding email correspondence re: revised administrative claims analysis concerning settled claims and vendor issues |
| William Henrich | 12/1/2025 | 0.4 | $ 342.00 | Discussion with J. Hampton re: administrative claims analysis and draft email correspondence to R. Aly resulting therefrom |
| Ramy Aly | 12/2/2025 | 1.1 | $ 709.50 | Met with M. Minuti and R. Gorin to prepare for upcoming hearing |
| Robert Gorin | 12/2/2025 | 1.3 | $ 981.50 | Participate in call with Saul Ewing re: prep for court hearing |
| Robert Gorin | 12/5/2025 | 1.8 | $ 1,359.00 | Reviewed documents and motions in preparation of upcoming hearing |
| Robert Gorin | 12/5/2025 | 1.5 | $ 1,132.50 | Prep for Monday court hearing including call with Saul Ewing |
| Ramy Aly | 12/6/2025 | 0.4 | $ 258.00 | Provided R. Gorin with data request in preparation for upcoming hearing |
| Ramy Aly | 12/7/2025 | 0.2 | $ 129.00 | Summarized and provided R. Gorin with additional information requested for the upcoming hearing |
| Ramy Aly | 12/7/2025 | 2.0 | $ 1,290.00 | Prepared and participated in a meeting with Saul Ewing and R. Gorin |
| Robert Gorin | 12/7/2025 | 2.0 | $ 1,510.00 | Consignment inventory hearing prep with counsel |
| William Henrich | 12/7/2025 | 2.0 | $ 1,710.00 | Meeting with Saul Ewing and Getzler Henrich re: R. Gorin testimony preparation |
| Ramy Aly | 12/8/2025 | 1.0 | $ 645.00 | Attended in the hearing to compel assumption/rejection of consignment contracts |
| Waleed Aly | 12/8/2025 | 1.0 | $ 525.00 | Virtual attendance for hearing to compel assumption/rejection of consignment contracts |
| Robert Gorin | 12/8/2025 | 1.1 | $ 830.50 | Hearing prep with Saul Ewing |
| Robert Gorin | 12/8/2025 | 1.9 | $ 1,434.50 | Attend court hearing re: consignors motion to compel assumption or rejection |
| Robert Gorin | 12/8/2025 | 0.7 | $ 528.50 | Post-Hearing follow-up with counsel |
| William Henrich | 12/8/2025 | 0.8 | $ 684.00 | Meeting with Saul Ewing and Getzler Henrich re: assumption / rejection of consignment executory contracts Court hearing results |
| William Henrich | 12/13/2025 | 1.4 | $ 1,197.00 | Meeting with M. Minuti, J. Hampton and R. Gorin re: preparation of R. Gorin for Court hearing testimony on motions to compel assumption and rejection of consignment contracts and conversion |
| Ramy Aly | 12/15/2025 | 0.3 | $ 193.50 | Prepared and met with Getzler and Saul team to prepare for 12/16 hearing |
| Robert Gorin | 12/15/2025 | 3.0 | $ 2,265.00 | Prepare for court hearing, including calls with Saul Ewing |
| William Henrich | 12/15/2025 | 0.3 | $ 256.50 | Meeting with Saul Ewing and Getzler Henrich re: conversion motion hearing schedule, and motion to compel adjournment |
| Ramy Aly | 12/16/2025 | 0.7 | $ 451.50 | Prepared for and attended 12/16 hearing |
| Waleed Aly | 12/16/2025 | 0.7 | $ 367.50 | Virtual attendance of the motion to convert |
| Robert Gorin | 12/16/2025 | 2.0 | $ 1,510.00 | Prepare for court hearing |
| Robert Gorin | 12/16/2025 | 1.2 | $ 906.00 | Attend court hearing including negotiations among the parties and participate in follow-up discussions |
| William Henrich | 12/16/2025 | 0.8 | $ 684.00 | Read and draft responding email correspondence re: Court hearing results concerning motion to compel and DIP financing conversion motion, including negotiation among parties thereof |
| William Henrich | 12/16/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton re: Court hearing results concerning motion to compel, DIP financing, and conversion |
| **Total** | | **32.2** | **$ 23,937.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Employment and Fee**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 12/8/2025 | 2.1 | $ 1,354.50 | Began preparation of Getzler November staffing report |
| Ramy Aly | 12/10/2025 | 1.9 | $ 1,225.50 | Continued efforts preparing Getzler monthly staffing report |
| Ramy Aly | 12/11/2025 | 2.6 | $ 1,677.00 | Finalized draft November Getzler staffing report |
| Ramy Aly | 12/15/2025 | 0.4 | $ 258.00 | Revised the monthly staffing report and updated the formatting |
| **Total** | | **7.0** | **$ 4,515.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**IT - Network/Hardware/Software**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Carl Finkbeiner | 12/2/2025 | 1.9 | $ 940.50 | Building link between item number and stock number to support consignment proposal work at the request of W Aly |
| Carl Finkbeiner | 12/15/2025 | 0.2 | $ 99.00 | Call with W Aly to discuss data storage and transfer process |
| Waleed Aly | 12/15/2025 | 0.2 | $ 105.00 | Call with C. Finkbeiner to discuss data storage and transfer process |
| **Total** | | **2.3** | **$ 1,144.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Litigation Matters & Support**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 12/1/2025 | 0.9 | $ 472.50 | Reviewed final version of settlement proposal responses |
| Waleed Aly | 12/1/2025 | 1.7 | $ 892.50 | Reviewed various online retailers to see inventory of consigned product |
| Robert Gorin | 12/1/2025 | 0.5 | $ 377.50 | Participate in emails and discussions regarding open consignment inventory settlement negotiations |
| William Henrich | 12/1/2025 | 1.5 | $ 1,282.50 | Meeting with Saul Ewing and Getzler Henrich re: individual and AHC Consignor group vendors negotiations, buyer counsel change implications, additional prospective consignment counsel interview |
| William Henrich | 12/1/2025 | 0.1 | $ 85.50 | Draft email correspondence to ACH Consignor group vendor representatives re: continuation of talks |
| Waleed Aly | 12/2/2025 | 4.5 | $ 2,362.50 | Reviewed additional inbound settlement proposals, prepared analysis, summary tables, and recommendations |
| Waleed Aly | 12/2/2025 | 3.6 | $ 1,890.00 | Layered all current settlement proposals into the inventory valuation model. Imported return quantities, reconciled vendor proposed amounts to debtor amounts, and prepared an estimated net recovery analysis on potentially settled inventory |
| Waleed Aly | 12/2/2025 | 2.3 | $ 1,207.50 | Updated settlement proposal tracker and model. Reworked formulas to add functionality to adjust proposals dynamically to measure impact on valuation |
| Robert Gorin | 12/2/2025 | 1.7 | $ 1,283.50 | Participate in call with Ad Hoc Committee representatives D. Herman, J Butler, G. Groth, W. Henrich |
| Robert Gorin | 12/2/2025 | 1.3 | $ 981.50 | Meeting with Saul Ewing and B. Henrich re: recap of Ad Hoc Consignor vendor group settlement negotiation meeting results and next steps and preparation for JPMC case status meeting |
| William Henrich | 12/2/2025 | 0.4 | $ 342.00 | Discussion with Saul Ewing re: Troutman Pepper Locke conversation results concerning DIP financing extension |
| William Henrich | 12/2/2025 | 1.7 | $ 1,453.50 | Meeting with Ad Hoc Consignor vendor group representative re: settlement negotiations |
| William Henrich | 12/2/2025 | 1.3 | $ 1,111.50 | Meeting with Saul Ewing and R. Gorin re: recap of Ad Hoc Consignor vendor group settlement negotiation meeting results and next steps and preparation for JPMC case status meeting |
| Ramy Aly | 12/3/2025 | 0.7 | $ 451.50 | Call with B. Henrich and J. Hampton to finalize DIP budget and provide JPM the draft pursuant to JPM request |
| Ramy Aly | 12/3/2025 | 0.3 | $ 193.50 | Communications with the insurance broker to revise the CIO pursuant JPM requirements |
| Ramy Aly | 12/3/2025 | 1.8 | $ 1,161.00 | Updated weekly cash flow, results rolled actuals, and prepared variance report at the request of JPM |
| Waleed Aly | 12/3/2025 | 2.1 | $ 1,102.50 | Reviewed and analyzed new settlement proposals and responses to counter proposals |
| William Henrich | 12/3/2025 | 0.6 | $ 513.00 | Meeting with A. Isenberg and M. Minuti re: draft response to Ad Hoc Consignor vendor group representatives critical settlement points |
| William Henrich | 12/3/2025 | 0.5 | $ 427.50 | Review and discuss with A. Isenberg draft email correspondence re: Debtor's response to consignment vendor critical settlement points |
| William Henrich | 12/3/2025 | 0.2 | $ 171.00 | Review and finalize draft email to Ad Hoc Consignor vendor group representative and forward same |
| Waleed Aly | 12/4/2025 | 3.6 | $ 1,890.00 | Prepared updated inventory valuation on all potential settlement agreements, layered in inventory composition assumptions, sell-through scenarios, and escrow recovery estimates |
| William Henrich | 12/4/2025 | 1.4 | $ 1,197.00 | Meeting with JPMC, Pepper Troutman Locke, Saul Ewing and Getzler Henrich re: consignment vendor negotiations progress status |
| William Henrich | 12/4/2025 | 0.2 | $ 171.00 | Review Ad Hoc Consignor vendor group representatives response to counterproposal on key settlement issues |
| Ramy Aly | 12/5/2025 | 1.5 | $ 967.50 | Prepared for and participated in a meeting with Saul and the Getzler team to review responses from ADCG and the Consignment group proposals |
| Waleed Aly | 12/5/2025 | 1.9 | $ 997.50 | Finalized/Reviewed settled inventory valuation analysis. Updated sell-through scenarios and layered in admin claim reductions |
| Waleed Aly | 12/5/2025 | 1.5 | $ 787.50 | Call with GH/SE teams to discuss go-forward strategy and consignment proposal analysis |
| Waleed Aly | 12/5/2025 | 3.2 | $ 1,680.00 | Reworked the settled inventory valuation following discussions with GH/SE team. Updated sell-through scenario to include estimated monthly sales during the sell-off period to align with ongoing settlement discussions |
| William Henrich | 12/5/2025 | 1.5 | $ 1,282.50 | Meeting with Saul Ewing and Getzler Henrich re: JPM requested Court hearing postponement, evaluation of Ad Hoc Consignor group vendors representatives response on key issues and preparation for forthcoming settlement discussion |
| William Henrich | 12/5/2025 | 1.2 | $ 1,026.00 | Meeting with Ad Hoc Consignor vendor group representative re: settlement negotiations |
| William Henrich | 12/5/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton re: Ad Hoc Consignor vendor group representatives settlement discussion |
| Waleed Aly | 12/7/2025 | 0.2 | $ 105.00 | Call with J. Hampton to discuss settled inventory valuation |
| Waleed Aly | 12/7/2025 | 0.9 | $ 472.50 | Updated settled inventory valuation analysis following call with J. Hampton |
| Robert Gorin | 12/7/2025 | 0.9 | $ 679.50 | Prep for and participate in call with M Desgrosseilliers re: AENT litigation |
| William Henrich | 12/7/2025 | 0.2 | $ 171.00 | Review of revised consignment groups Debtor proposed settlement retained inventory valuation and discussion with J. Hampton re: same |
| Ramy Aly | 12/8/2025 | 1.1 | $ 709.50 | Prepared for and met with Saul Ewing and Getzler team to recap hearing and next step regarding consignment vendors |
| Waleed Aly | 12/8/2025 | 0.6 | $ 315.00 | Call with J. Hampton and B. Henrich to discuss settlement inventory valuation |
| Waleed Aly | 12/8/2025 | 0.4 | $ 210.00 | Updated settlement inventory analysis following call with J. Hampton/B. Henrich |
| Waleed Aly | 12/8/2025 | 1.3 | $ 682.50 | Call with GH team and J. Hampton to discuss response to consignment settlement proposal |
| Waleed Aly | 12/8/2025 | 0.7 | $ 367.50 | Prepared breakout sales estimate analysis by committee group needed for settlement response |
| Waleed Aly | 12/8/2025 | 0.5 | $ 262.50 | Call with B. Henrich/J. Hampton to continue consignment response discussion |
| Robert Gorin | 12/8/2025 | 1.3 | $ 981.50 | Participate in calls with Saul Ewing, GH re: disposition of consignment inventory |
| Robert Gorin | 12/8/2025 | 1.0 | $ 755.00 | Read/Review consignment inventory settlement proposals and participate in several calls related to same |

**Getzler Henrich & Associates**
**Itemized Fees**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Litigation Matters & Support**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Robert Gorin | 12/8/2025 | 0.5 | $ 377.50 | Participate in calls with GH to prepare responses to consignment inventory settlement proposals |
| Robert Gorin | 12/8/2025 | 0.8 | $ 604.00 | Review response to AENT litigation |
| William Henrich | 12/8/2025 | 0.6 | $ 513.00 | Discussion with J. Hampton and W. Aly re: J. Young conversation recap and revisions to consignment groups Debtor proposed settlement retained inventory valuation |
| William Henrich | 12/8/2025 | 1.3 | $ 1,111.50 | Meeting with J. Hampton, W. Aly and R. Gorin re: formulation of response to Ad Hoc Consignors vendor group reps based on recent settlement discussion |
| William Henrich | 12/8/2025 | 0.5 | $ 427.50 | Meeting with J. Hampton, W. Aly and R. Gorin re: review analysis of sell thru for AHC related inventory, and continued formulation of response regarding select settlement issues |
| William Henrich | 12/8/2025 | 0.2 | $ 171.00 | Read and draft responding email correspondence with M. Desgrossillier and C. Fredericks re: former buyer litigation status given impending conversion motion |
| Ramy Aly | 12/9/2025 | 2.4 | $ 1,548.00 | Reviewed Expeditors' motion and prepared reconciliation of invoices to determine accuracy of information filed |
| Robert Gorin | 12/9/2025 | 1.2 | $ 906.00 | Review consignment inventory settlement proposals and participate in multiple discussions regarding same |
| William Henrich | 12/9/2025 | 2.2 | $ 1,881.00 | Draft counterproposal response to Ad Hoc Consignors vendor group reps based on prior settlement discussion |
| William Henrich | 12/9/2025 | 0.5 | $ 427.50 | Meeting with M. Desgrossillier and C. Fredericks re: former buyer litigation proposed trial schedule and assessment of co-defendants comments resulting from impending conversion and impact thereon |
| William Henrich | 12/9/2025 | 0.3 | $ 256.50 | Discussion with J. Hampton re: review of draft AHC counterproposal and J. Young conversation recap |
| William Henrich | 12/9/2025 | 0.1 | $ 85.50 | Review and make J. Hampton edits re: correspondence to Ad Hoc Consignors vendor group reps and send same |
| Ramy Aly | 12/10/2025 | 1.2 | $ 774.00 | Prepared for and participated in a meeting with Saul Ewing and Getzler to discuss consignment proposals and responses |
| Waleed Aly | 12/10/2025 | 1.2 | $ 630.00 | Call with GH/SE teams to discuss transition budget and response to outstanding settlement proposals |
| Waleed Aly | 12/10/2025 | 1.4 | $ 735.00 | Prepared responses/counter proposals to outstanding settlement proposals |
| Robert Gorin | 12/10/2025 | 1.6 | $ 1,208.00 | Participate in multiple discussions regarding consignment inventory settlement proposals and appropriate responses; read and review responses to proposals |
| William Henrich | 12/10/2025 | 0.5 | $ 427.50 | Meeting among Getzler Henrich team re: formulation of counterproposals for Consignor Group vendors with outstanding settlement negotiations |
| William Henrich | 12/10/2025 | 0.3 | $ 256.50 | Read and draft responding email correspondence re: conveyance to Saul Ewing of Consignor Group vendors formulated counterproposals and review analysis related to same |
| William Henrich | 12/10/2025 | 0.2 | $ 171.00 | Read draft vendor subpoena discovery request and draft email to M. Desgrossillier re: comments on same |
| Robert Gorin | 12/11/2025 | 0.6 | $ 453.00 | Participate in call with Saul Ewing re: pretrial conference hearing |
| Robert Gorin | 12/12/2025 | 0.8 | $ 604.00 | Prep for and participate in call with M Desgrosseilliers re: AENT litigation |
| Robert Gorin | 12/12/2025 | 0.2 | $ 151.00 | Meeting with M. Desgrossillier and B. Henrich regarding AENT litigation and conversion |
| William Henrich | 12/12/2025 | 0.2 | $ 171.00 | Meeting with M. Desgrossillier and R. Gorin regarding AENT litigation and case conversion |
| William Henrich | 12/12/2025 | 0.4 | $ 342.00 | Discussion with J. Butler re: solicit meeting among consignment vendors, buyer, JPMC and Debtor to settle consignment inventory issues |
| William Henrich | 12/12/2025 | 0.1 | $ 85.50 | Discussion with J. Hampton re: J. Butler conversation results soliciting all-hands settlement meeting |
| William Henrich | 12/12/2025 | 0.3 | $ 256.50 | Draft email correspondence to R. Gorin re: conversation results soliciting all-hands settlement meeting |
| Ramy Aly | 12/17/2025 | 0.8 | $ 516.00 | Prepared and provided J. Hampton with administrative expenses summarized by each consignment group |
| William Henrich | 12/18/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton re: consignment vendors admin claim settlement issue and conversion Court Order timing |
| Robert Gorin | 12/19/2025 | 0.3 | $ 226.50 | Participate in discussions with Saul Ewing re: disposition of consignment inventory |
| **Total** | | **73.9** | **$ 49,131.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Meetings and Communications with Creditors**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 12/23/2025 | 0.2 | $ 129.00 | Research and addressed a question from J. Emerson regarding escrow analysis |
| **Total** | | **0.2** | **$ 129.00** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Reporting**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 12/16/2025 | 4.2 | $ 2,205.00 | Imported/Tagged all bank transactions for DCD MOR and began preparation of supporting schedules |
| Waleed Aly | 12/16/2025 | 2.9 | $ 1,522.50 | Downloaded and redacted bank statements, reconciled activity to transaction level detail |
| Ramy Aly | 12/17/2025 | 1.5 | $ 967.50 | Prepared and provided W. Aly with information for November - monthly operating report |
| Waleed Aly | 12/17/2025 | 3.8 | $ 1,995.00 | Imported check data and reconciled outstanding checks, prepared cash roll-forward, and completed Statement of Receipts and Disbursements |
| Waleed Aly | 12/17/2025 | 3.1 | $ 1,627.50 | Prepared Income Statement, reconciled to cash flow statement and imported outstanding BMO transactions |
| Ramy Aly | 12/18/2025 | 0.6 | $ 387.00 | Reviewed amended MOR's |
| Waleed Aly | 12/18/2025 | 4.7 | $ 2,467.50 | Completed income statement, prepared BS and AP aging data and supporting schedules for DCD MORs |
| Waleed Aly | 12/18/2025 | 2.6 | $ 1,365.00 | Prepared amended July and August MORs and supporting schedules to reflect updated TSA methodology |
| Ramy Aly | 12/19/2025 | 1.0 | $ 645.00 | Reviewed November MOR's |
| Waleed Aly | 12/19/2025 | 3.3 | $ 1,732.50 | Prepared professional fee schedule, finalized BS, summary file and supporting schedules for DCD November MOR |
| Waleed Aly | 12/19/2025 | 2.9 | $ 1,522.50 | Prepared DST/CEI/CHI November MOR and supporting schedules |
| Waleed Aly | 12/19/2025 | 0.3 | $ 157.50 | Call with P. Topper to discuss DCD MORs |
| Robert Gorin | 12/19/2025 | 0.2 | $ 151.00 | Review and participate in discussion re: monthly operating reports |
| **Total** | | **31.1** | **$ 16,745.50** | |

Getzler Henrich & Associates
Itemized Fees
December 01, 2025 to December 31, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Sale of Business and Related Issues**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 12/1/2025 | 1.0 | $ 525.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 12/2/2025 | 0.7 | $ 367.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 12/3/2025 | 0.9 | $ 472.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 12/4/2025 | 1.0 | $ 525.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 12/5/2025 | 0.9 | $ 472.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| William Henrich | 12/5/2025 | 0.2 | $ 171.00 | Discussion with W. Aly re: revision of AHC settlement retained inventory valuation |
| Waleed Aly | 12/8/2025 | 0.7 | $ 367.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 12/9/2025 | 1.3 | $ 682.50 | Call with T. Garey to discuss CAD account transfers, transitioning Universal accounts, and outstanding TSA funds |
| Waleed Aly | 12/9/2025 | 0.9 | $ 472.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 12/10/2025 | 0.8 | $ 420.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop |
| Waleed Aly | 12/11/2025 | 1.8 | $ 945.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop - reconciled outstanding balances for all accounts and created corresponding wires to buyers |
| William Henrich | 12/11/2025 | 0.1 | $ 85.50 | Discussion with R. Gorin re: coordination of and preparation for S. Bieg conversation concerning Sparkle Pop update |
| William Henrich | 12/11/2025 | 0.5 | $ 427.50 | Discussion with S. Bieg and R. Gorin re: case update concerning consignment vendor negotiations and conversion to Chapter 7 and Sparkle Pop inventory disposition and ERP issues |
| William Henrich | 12/11/2025 | 0.1 | $ 85.50 | Discussion with J. Hampton and R. Gorin re: S. Bieg conversation results and implications thereof |
| Waleed Aly | 12/12/2025 | 1.4 | $ 735.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop - reconciled outstanding balances for all accounts and created corresponding wires to buyers |
| Robert Gorin | 12/12/2025 | 0.3 | $ 226.50 | Discussion with S. Bieg and B. Henrich re: revised Sparkle Pop inventory disposition and ERP continuation position |
| Robert Gorin | 12/12/2025 | 0.2 | $ 151.00 | Discussion with J. Hampton and B. Henrich re: S. Bieg conversation results and implications thereof |
| William Henrich | 12/12/2025 | 0.3 | $ 256.50 | Discussion with S. Bieg and R. Gorin re: revised Sparkle Pop inventory disposition and ERP continuation position |
| William Henrich | 12/12/2025 | 0.2 | $ 171.00 | Discussion with J. Hampton and R. Gorin re: S. Bieg conversation results and implications thereof |
| Ramy Aly | 12/15/2025 | 1.0 | $ 645.00 | Detailed review and reconciliation of incentive fee calculation and supporting schedules |
| Waleed Aly | 12/15/2025 | 0.8 | $ 420.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop - reconciled outstanding balances for all accounts and created corresponding wires to buyers |
| Waleed Aly | 12/16/2025 | 0.8 | $ 420.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop - reconciled outstanding balances for all accounts and created corresponding wires to buyers |
| Robert Gorin | 12/16/2025 | 0.3 | $ 226.50 | Review and discuss Sparkle Pop November incentive payment analysis |
| Waleed Aly | 12/17/2025 | 0.7 | $ 367.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop - reconciled outstanding balances for all accounts and created corresponding wires to buyers |
| Waleed Aly | 12/18/2025 | 1.1 | $ 577.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop - reconciled outstanding balances for all accounts and created corresponding wires to buyers |

**Getzler Henrich & Associates**
**Itemized Fees**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Sale of Business and Related Issues**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Waleed Aly | 12/19/2025 | 0.9 | $ 472.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop - reconciled outstanding balances for all accounts and created corresponding wires to buyers |
| Waleed Aly | 12/22/2025 | 0.9 | $ 472.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop - reconciled outstanding balances for all accounts and created corresponding wires to buyers |
| Waleed Aly | 12/23/2025 | 0.8 | $ 420.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop - reconciled outstanding balances for all accounts and created corresponding wires to buyers |
| Waleed Aly | 12/29/2025 | 0.7 | $ 367.50 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop - reconciled outstanding balances for all accounts and created corresponding wires to buyers |
| Waleed Aly | 12/30/2025 | 0.8 | $ 420.00 | Download/Cleansed account activity data, sort and tagged account level detail, and loaded into model, tagged all payments to account and category, and reconciled daily cash position for all accounts segregated by TSA/Estate; tagged and segregated ACH payments for Estate/Universal/Ad Pop - reconciled outstanding balances for all accounts and created corresponding wires to buyers |
| **Total** | | **22.1** | **$ 12,368.50** | |

Getzler Henrich & Associates
Itemized Fees
December 01, 2025 to December 31, 2025
Diamond Comic Distributors, Inc.
Case No. 25-10308

**Supplier Issues**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Ramy Aly | 12/9/2025 | 0.7 | $ 451.50 | Addressed various vendors request and questions |
| Ramy Aly | 12/22/2025 | 0.4 | $ 258.00 | Reviewed and addressed several inbound supplier questions |
| **Total** | | **1.1** | **$ 709.50** | |

**Getzler Henrich & Associates**
**Itemized Fees**
**December 01, 2025 to December 31, 2025**
**Diamond Comic Distributors, Inc.**
**Case No. 25-10308**

**Travel**

| Professional | Date | Hours | Fees | Activity |
|---|---|---|---|---|
| Robert Gorin | 12/7/2025 | 5.3 | $ 2,000.75 | Travel to Baltimore for consignment inventory hearing - motion to compel assumption or rejection |
| Robert Gorin | 12/12/2025 | 5.6 | $ 2,114.00 | Travel to PBI Airport |
| Robert Gorin | 12/15/2025 | 5.4 | $ 2,038.50 | Travel to Maryland to participate in court hearing |
| Robert Gorin | 12/17/2025 | 5.7 | $ 2,151.75 | Travel home from court hearing |
| **Total** | | **22.0** | **$ 8,305.00** | |