IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>(Baltimore Division)</u>

| | |
|---|---|
| IN RE: | Chapter 7 |
| **Diamond Comic Distributors, Inc., et al.,**[1] | CASE NO. 25-10308-DER |
| Debtors. | (Jointly Administered) |

## TRUSTEE FISHER'S APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT, LARRY STRAUSS ESQ, CPA & ASSOCIATES, INC.

Morgan W. Fisher, Chapter 7 Trustee, pursuant to 11 U.S.C. § 327 and Rules 2014(a) and 2016 of the Fed. R. Bankr. P.A, applies for authority to employ Larry Strauss ESQ, CPA & Associates, Inc., as accountant to the Trustee in this case. In support hereof, the Trustee states as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

### Parties and Background

2. On January 14, 2025 (the "Petition Date"), Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectables (collectively, the "Debtors") each commenced a case under chapter 11 of the United States Bankruptcy Code. On January 16, 2025, the Court granted the Debtors' Motion for Joint Administration and ordered the Debtors' cases be jointly administered by the Court under *In re: Diamond Comic Distributors, Inc.*, 25-10308. [ECF #41.]

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

3. Information regarding the Debtors' history and business operations, capital structure, secured indebtedness, and the events leading up to the commencement of the Chapter 11 cases can be found in the *Declaration of Robert Gorin in Support of First Day Relief* filed with the Court on the Petition Date. [ECF #20.]

4. On December 12, 2025, the Debtors filed a Motion to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code. [ECF #1070.] On December 19, 2025, the Court entered an Order Converting from a Chapter 11 to a Case under Chapter 7, effective January 1, 2025. [ECF #1089.]

5. On December 23, 2025, the United States Trustee's Office appointed Morgan W. Fisher ("Trustee") as Interim Trustee and Designation of Required Bond. [ECF #1095.]

6. On January 1, 2026, Morgan W. Fisher (the "Trustee") became the duly appointed interim Chapter 7 Trustee for the Debtor's bankruptcy estate and is so acting pursuant to 11 U. S. C. §702(d).

7. Employment of an accountant is necessary for the Trustee to fulfil his duties under the Bankruptcy Code, for the efficient administration of this case and to obtain maximum net recovery of assets for distribution to creditors.

**Relief Requested**

8. The Trustee applies for authority to employ Larry Strauss ESQ, CPA & Associates, Inc. ("Trustee's Accountant") for the purpose of performing general accounting services in this bankruptcy case as requested by the Trustee. Expected services include:

    a. analyzing prior financial transactions in order to calculate taxes, preparing necessary tax returns, communicating with taxing authorities regarding the

        Debtors tax obligations, drafting 505(b) communications, and filing tax returns for the estates;

    b. Assisting the Trustee with examining proofs of claim;

    c. Analyzing and reporting to the Trustee regarding any of the Debtors' financial dealings, transactions, and other activities that may lead to the prosecution of causes of action or recovery of assets; and

    d. Providing other customary and usual accounting services as requested by the Trustee.

9. The Trustee proposes to pay Trustee's Accountant compensation for services rendered, subject to further application and approval of this Court under 11 U.S.C. §§ 328(b) and 330, at the following hourly rates (subject to annual adjustment):

| | **Hourly Rates** |
|---|---|
| Partners | $ 580.00 |
| Managers | $ 455.00 |
| Supervisors | $ 405.00 |
| Seniors | $ 325.00 |
| Staff | $ 195.00 |

10. Expenses incurred by the Firm on behalf of the Trustee, such as the cost of long-distance calls, copying, facsimile transmissions, filing fees, messenger services, etc. which the Firm would typically pass on to its clients are in addition to its fees and will be charged to the Trustee at cost. There is also $100 per return charge for copying and filing fees.

11. The principal of the Trustee's Accountant, Larry Strauss, has been an accountant specializing in bankruptcy accounting law for over thirty (30) years. in this district. Mr. Strauss has represented trustees in highly complex Chapter 11 and Chapter 7 cases as accountant and has also served as a chapter 11 trustee and examiner.

11.     Trustee's Accountant has no connection with the Debtor, creditors of the Debtor, or any other party in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States trustee, other than those that may be disclosed in the attached Verified Statement of Disinterestedness pursuant to Fed. R. Bankr. P. Rule 2014(a).  <u>Exhibit A</u>.

WHEREFORE, the Trustee requests that this Court:

A.      Authorize the employment of Larry Strauss ESQ, CPA & Associates, Inc. as the Trustee's Accountant;

B.      Authorize the Trustee to compensate Trustee's Accountant for reasonable, actual and necessary fees and expenses in connection with representation of the Trustee in this case, subject to further application and approval of this Court; and

C.      Grant such other and further relief as is just and appropriate under the circumstances.

DATE:  <u>January 9, 2026</u>                              Respectfully Submitted,

<u>/s/ Morgan W. Fisher</u>
Morgan W. Fisher (Bar No., 28711)
Law Offices of Morgan Fisher, LLC
18 West Street
Annapolis, Maryland 21401
mwf@morganfisherlaw.com
(410) 626-6111
*Chapter 7 Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Application, Exhibit and Proposed Order will be served electronically by the Court's CM/ECF system on the following:

Sam Alberts    sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
Peter J Artese    peter.artese@us.dlapiper.com
Jodie E. Bekman    jbekman@gfrlaw.com, dferguson@gfrlaw.com
Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown    abrown@klestadt.com
Matthew G. Brushwood    mbrushwood@barley.com, dkline@barley.com
Darek Bushnaq    dsbushnaq@venable.com
Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
Katherine Elizabeth Culbertson    katherine.culbertson@troutman.com
David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
G. David Dean    ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan    edevan@milesstockbridge.com
Ellen E. Dew    ellen.dew@us.dlapiper.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio    gfinizio@lowenstein.com
Adam Fletcher    afletcher@bakerlaw.com
Chelsea R Frankel    cfrankel@lowenstein.com
Jeremy S. Friedberg    jeremy@friedberg.legal, ecf@friedberg.legal
Stephen B. Gerald    sgerald@tydings.com
Christopher J. Giaimo    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
Joshua Glikin    JGlikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com

Jonathan A. Grasso    jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Jeffrey C. Hampton    jeffrey.hampton@saul.com
Jason F Hoffman    jhoffman@bakerlaw.com
Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
James R. Irving    james.irving@dentons.com
Adam H Isenberg    adam.isenberg@saul.com
Harry Conrad Jones    HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
Lawrence A. Katz    lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
Toyja E. Kelley    Toyja.Kelley@troutman.com
C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage    korphagee@whiteandwilliams.com
Jung Yong Lee    jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Thomas J. McKee    mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan    rmoonan@sillscummis.com
William Fuller Moss    william.moss@friedberg.legal
Bruce S. Nathan    bnathan@lowenstein.com
Janet M. Nesse    jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
Michael Papandrea    mpapandrea@lowenstein.com
Steven Gregory Polard    steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
Scott Prince    sprince@bakerlaw.com
Jonathan Gary Rose    jonathan.rose@us.dlapiper.com
Jordan Rosenfeld    jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer    nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com

Nicholas Smargiassi  nicholas.smargiassi@saul.com
David Sommer  dsommer@gallagherllp.com, ceyler@gejlaw.com;gomara@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
Brent C. Strickland  bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
Matthew G. Summers  summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
S. Jason Teele  steele@sillscummis.com
Paige Noelle Topper  paige.topper@saul.com
US Trustee - Baltimore  USTPRegion04.BA.ECF@USDOJ.GOV

                                      */s/ Morgan W. Fisher*
                                      Morgan W. Fisher