### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (<u>Baltimore Division</u>)

| | |
|---|---|
| **IN RE:** | **Chapter 7** |
| **Diamond Comic Distributors, Inc., et al.,**[1] | **CASE NO. 25-10308-DER** |
| **Debtors.** | **(Jointly Administered)** |

### ORDER AUTHORIZING EMPLOYMENT OF
### <u>ACCOUNTANT TO THE TRUSTEE</u>

Upon the Application of Morgan W. Fisher,  Chapter 7 Trustee for Authority to Employ Larry Strauss ESQ, CPA & Associates, Inc. (the "Application") to serve as accountant to the Trustee, and upon consideration of the Verified Statement of Larry Strauss, it appearing that Larry Strauss and Larry Strauss ESQ, CPA & Associates, Inc., are disinterested within the meaning of 11 U.S.C. § 101(14), represent no interest materially adverse to the estate or its creditors, and that the employment of an accountant to represent the Trustee and perform the services described in the Application is necessary and in the best interests of the estates,[2] it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

---

[1]  The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2]  For calendar year 2026 Accountant's hourly billing rates range from $195- $580.  Rates are subject to adjustment. Notice will be filed of any adjustment applicable to this case.

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that Larry Strauss ESQ, CPA & Associates, Inc.'s compensation and reimbursement of actual and reasonable out-of-pocket expenses shall be subject to application and further Order of this Court.

**COPIES TO:**

Morgan W. Fisher, Trustee *via* CM/ECF
Zvi Guttman, LLC, Esq. *via* CM/ECF
Hugh M. Bernstein, Esq. Trustee *via* CM/ECF
Jordan D. Rosenfeld. *via* CM/ECF

Larry I. Strauss, CPA, Esq.
Larry Strauss Esq CPA & Associates, Inc.
2310 Smith Ave.
Baltimore, MD  21209

**\*\*END OF ORDER\*\*\***