IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE:<br><br>Canton & Company, LLC<br><br>Debtors. | CASE NO. 25-10308-DER<br><br>Chapter 7 |

**TRUSTEE FISHER'S APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT, LARRY STRAUSS ESQ, CPA & ASSOCIATES, INC.**

Morgan W. Fisher, Chapter 7 Trustee, pursuant to 11 U.S.C. § 327 and Rules 2014(a) and 2016 of the Fed. R. Bankr. P.A, applies for authority to employ Larry Strauss ESQ, CPA & Associates, Inc., as accountant to the Trustee in this case. In support hereof, the Trustee states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

**Parties and Background**

2. This case was commenced by the filing of a voluntary petition for relief under Chapter 11 (Sub-V) of the Bankruptcy Code on December 12, 2023 (the "Petition Date") by Canton & Company LLC (the "Debtor"). On December 3, 2025, the Court entered an Order Granting Motion to Convert to a Case Under Chapter 7 [Dkt. 208] granting the Motion to Convert Case from Chapter 11 to Chapter 7 filed by Creditor 2111 SW 31st Street, LLC [Dkt 194].

3. Morgan W. Fisher (the "Trustee") is the duly appointed interim Chapter 7 Trustee for the Debtor's bankruptcy estate and is so acting pursuant to 11 U. S. C. §702(d).

4. Employment of an accountant is necessary for the Trustee to fulfil his duties under the Bankruptcy Code, for the efficient administration of this case and to obtain maximum net recovery of assets for distribution to creditors.

**Relief Requested**

5.   The Trustee applies for authority to employ Larry Strauss ESQ, CPA & Associates, Inc. ("Trustee's Accountant") for the purpose of performing general accounting services in this bankruptcy case as requested by the Trustee. Expected services include:

a. analyzing prior financial transactions in order to calculate taxes, preparing necessary tax returns, communicating with taxing authorities regarding the Debtors tax obligations, drafting 505(b) communications, and filing tax returns for the estates;

b. Assisting the Trustee with examining proofs of claim;

c. Analyzing and reporting to the Trustee regarding any of the Debtors' financial dealings, transactions, and other activities that may lead to the prosecution of causes of action or recovery of assets; and

d. Providing other customary and usual accounting services as requested by the Trustee.

6.   The Trustee proposes to pay Trustee's Accountant compensation for services rendered, subject to further application and approval of this Court under 11 U.S.C. §§ 328(b) and 330, at the following hourly rates (subject to annual adjustment):

**Hourly Rates**

| | |
|---|---|
| Partners | $ 580.00 |
| Managers | $ 455.00 |
| Supervisors | $ 405.00 |
| Seniors | $ 325.00 |
| Staff | $ 195.00 |

7.   Expenses incurred by the Firm on behalf of the Trustee, such as the cost of long-distance calls, copying, facsimile transmissions, filing fees, messenger services, etc. which the Firm would typically pass on to its clients are in addition to its fees and will be charged to the Trustee at cost.  There is also $100 per return charge for copying and filing fees.

8. The principal of the Trustee's Accountant, Larry Strauss, has been an accountant specializing in bankruptcy accounting law for over thirty (30) years. in this district.  Mr. Strauss has represented trustees in highly complex Chapter 11 and Chapter 7 cases as accountant and has also served as a chapter 11 trustee and examiner.

11. Trustee's Accountant has no connection with the Debtor, creditors of the Debtor, or any other party in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States trustee, other than those that may be disclosed in the attached Verified Statement of Disinterestedness pursuant to Fed. R. Bankr. P. Rule 2014(a).  <u>Exhibit A</u>.

WHEREFORE, the Trustee requests that this Court:

A. Authorize the employment of Larry Strauss ESQ, CPA & Associates, Inc. as the Trustee's Accountant;

B. Authorize the Trustee to compensate Trustee's Accountant for reasonable, actual and necessary fees and expenses in connection with representation of the Trustee in this case, subject to further application and approval of this Court; and

C. Grant such other and further relief as is just and appropriate under the circumstances.

<u>*/s/ Zvi Guttman*</u>
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Zvi@Zviguttman.com
(410) 580-0500 Phone

**Attorney for Morgan W. Fisher, Trustee**