**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Application, Exhibit and Proposed Order will be served electronically by the Court's CM/ECF system on the following:

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Meighan Burton mburton@semmes.com

Morgan W. Fisher trustee@morganfisherlaw.com, MD65@ecfcbis.com, fisher@premierremote.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Kevin J Pascale kpascale@pascalestevens.com, Lisa@pascalestevens.com

Paul Sweeney psweeney@yvslaw.com, jbeckman@yvslaw.com, pgomez@yvslaw.com, cadams@yvslaw.com, sweeneypr39990@notify.bestcase.com, r39990@notify.bestcase.com, vmichaelides@yvslaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

23-19054 Notice will not be electronically mailed to:

Debtor(s): Canton & Company LLC Cathy Bott c/o Daniel Staeven 839 Bestgate Road Ste 400 Annapolis, MD 21401

And by first class mail, postage prepaid, on the Debtor:

Canton & Company LLC ATT: Richard (Don) McDaniel, 8100 Sandpiper Circle Ste.110, Baltimore, MD 21236

                                                              /s/ Zvi Guttman