IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(**Baltimore Division**)

| | |
|---|---|
| IN RE: | |
| Canton & Company, LLC | CASE NO. 25-10308-DER |
| Debtors. | Chapter 7 |

**VERIFIED STATEMENT OF**
**DISINTERESTEDNESS PURSUANT TO BANKRUPTCY RULE 2014**

I, Larry Strauss, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, do hereby declare and affirm under the penalties of perjury:

1. I am a certified public accountant and a member of the Bar in the State of Maryland.

2. I am the founder and principal of Larry Strauss ESQ, CPA & Associates, Inc. (the "Firm").

3. I and the Firm do not have any connections with the Debtor, the Trustee, creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee other than that Morgan W, Fisher, the Trustee in this case, and other panel trustees are clients of mine in unrelated cases or receiverships.

4. The Firm will request compensation for legal services rendered to the Trustee in this case based on the hourly rates set forth in the Application, as adjusted from time to time, by further application pursuant to § 328(b) and 330.

5. Neither I nor the Firm has any agreement with any other person or entity to share the compensation or reimbursement of expenses with any other person or entity;

all fees and expenses allowed by further Order of this Court be paid and retained by the Firm.

6. Accordingly, I respectfully submit that neither I nor the Firm hold or represent an interest adverse to the estate and are disinterested persons as that term is defined in 11 U.S.C. §101(14).

I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Larry I. Strauss
Larry I. Strauss, CPA, Esq.
Larry Strauss Esq CPA & Associates, Inc.
2310 Smith Ave.
Baltimore, MD  21209
(410) 484-2142
(443) 352-3282 (fax)
larry@larrystraussesqcpa.com