IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

In re:  (

Diamond Comic Distributors, Inc.   (   Case No.:25-10308-DER
 (   (Chapter 7)
    Debtor
(   (   (   (   (   (   (   (   (   (   (   (

**<u>LINE WITHDRAWING</u> <u>APPLICATION TO EMPLOY</u>**

Morgan W. Fisher, Chapter 7 Trustee, hereby withdraws his Motion to Dismiss Case [Dkt. 1112] filed in this case in error on or about January 14, 2026.

Date: January 14, 2026     <u>/s/ Zvi Guttman</u>
Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
(410) 580-0500 Phone
(410) 580-0700 Fax

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 14, 2026, copies of the Line Withdrawing Application to Employ was served via CM/ECF service on all parties entitled to such service.

<u>/s/ Zvi Guttman</u>