# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: 25-10308     Chapter:  7

**Diamond Comic Distributors, Inc.**
Debtor

## CLERK'S NOTICE OF NO ACTION

On December 11, 2025, a Request to be Removed from Courtesy Notification of Electronic Filing was filed with the Court at docket number 1067.  The document is addressed to the Clerk of Court.  The Clerk cannot stop notices of electronic filing for individual attorneys who are still representing parties in the case.  The attorneys named in the notice have not withdrawn from representation.  Therefore, notice is given that no action will be taken on this filing.

Dated: 1/16/26

> Mark A. Neal, Clerk of Court
> by Deputy Clerk, Kelly Grant

Form  ntcnoaction