IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

| | |
|---|---|
| **Diamond Comic Distributors, Inc.** | Bankr. Case No.: 25-10308-DER |
| | Bankr. Case No.: 25-10309-DER |
| **Comic Exporters, Inc.** | Bankr. Case No.: 25-10311-DER |
| **Comic Holdings, Inc.** | Bankr. Case No.: 25-10312-DER |
| **Diamond Select Toys & Collectibles, LLC** | (Chapter 11) |
| Debtors | (Jointly Administered) |

\*   \*   \*   \*   \*         \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL

UPON CONSIDERATION OF the Motion to Withdraw Appearance of Counsel (the "Motion"), filed by KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP (the "Firm") as counsel to NECA, LLC by and through undersigned counsel Andrew Brown, Stephanie Sweeney, and Ian Winters, it is HEREBY ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the appearance of the Firm is STRICKEN and WITHDRAWN as counsel to NECA, LLC from the bankruptcy case captioned above.

Cc:

Morgan W. Fisher, Trustee

Stephanie Sweeney, Esquire

**END OF ORDER**