IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[2] | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered) |

**CERTIFICATION IN SUPPORT OF APPLICATION FOR INDEMNIFICATION AND REIMBURSEMENT OF FEES AND EXPENSES INCURRED PRE-CONVERSION BY RAYMOND JAMES & ASSOCIATES, INC**

Geoffrey Richards hereby certifies:

a)   I am a Senior Managing Director of the applicant, Raymond James & Associates, Inc.

b)   I am familiar with the work performed by Ballard Spahr, LLP on behalf of Raymond James & Associates, Inc. in defending the adversary proceeding captioned *Alliance Entertainment, LLC v. Diamond Comic Distributors, Inc. (In re Diamond Comic Distributors, Inc.)*, Adv. Proc. No. 25-00112 (DER) (Bankr. D. Md.).

c)   I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Bankruptcy Rule 2016-1, the Compensation Procedures, and the Interim Compensation Procedures Order, and submit that the Supplement substantially complies with same.

Dated: January 26, 2026    */s/ Geoffrey Richards*
                                                    Geoffrey Richards

---

[2]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.