# Exhibit 1

**Ballard Spahr Invoices**

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

| | |
|---|---|
| Raymond D. James & Associates | October 20, 2025 |
| 880 Carillon Parkway | Invoice No. 20251007107 |
| St. Petersburg, FL 33716 | |

Client: Raymond James & Associates (023095.00)

Matter: In re Diamond Comic Distributors, Inc., Adv. Proc. Alliance Entertainment, LLC v. Diamond Comic Distributors, Inc., et al. (00441911)

2025-001119

FOR PROFESSIONAL SERVICES RENDERED through Septemter 30, 2025

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $4,952.80 |
| Disbursements | $703.00 |
| **Total Invoice Amount** | **$5,655.80** |

| | | |
|---|---|---|
| 023095.00 - 00441911 | | October 20, 2025 |
| Matthew G. Summers | | Invoice No. 20251007107 |

## Professional Services

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/25 | Summers,M.G. | Conference with client and N. Brannick | 0.30 | 277.95 |
| 09/08/25 | Brannick,N.J. | Draft fee application supplement | 2.70 | 1,566.00 |
| 09/10/25 | Summers,M.G. | Review and comment on supplement to fee application | 1.30 | 1,204.45 |
| 09/10/25 | Brannick,N.J. | Review and comment on debtors' reply in support of motion to dismiss | 0.50 | 290.00 |
| 09/10/25 | Brannick,N.J. | Review Getzler reply in support of motion to dismiss | 0.20 | 116.00 |
| 09/10/25 | Brannick,N.J. | Revise supplement to fee application | 0.60 | 348.00 |
| 09/11/25 | Brannick,N.J. | Final review of reply | 0.30 | 174.00 |
| 09/11/25 | Brannick,N.J. | Additional revisions to fee application supplement, correspond with clients re: and transmit same to Greenberg Traurig for review and filing | 0.40 | 232.00 |
| 09/12/25 | Summers,M.G. | Review and comment on draft reply in support of motion to dismiss | 0.50 | 463.25 |
| 09/12/25 | Stammer,K.P. | Email exchange with N. Brannick re: | 0.10 | 31.88 |
| 09/15/25 | Stammer,K.P. | Email exchange with N. Brannick re: | 0.10 | 31.88 |
| 09/15/25 | Stammer,K.P. | Finalize and e-file Reply | 0.10 | 31.88 |
| 09/15/25 | Brannick,N.J. | Address filing of reply | 0.10 | 58.00 |
| 09/16/25 | Stammer,K.P. | Email exchange with M. Summers re: | 0.10 | 31.88 |
| 09/17/25 | Stammer,K.P. | Add N. Brannick to e-filing notifications | 0.10 | 31.88 |
| 09/17/25 | Weidman,R. | Coordinate calendar updates with M. Summers and N. Brannick re: same | 0.20 | 63.75 |
| **Total Fees** | | | **7.60** | **$4,952.80** |

023095.00 -  00441911  
Matthew G. Summers

October 20, 2025  
Invoice No. 20251007107

## Summary of Professional Fees

| Professional | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Summers,M.G. | 2.10 | 926.50 | 1,945.65 |
| Brannick,N.J. | 4.80 | 580.00 | 2,784.00 |
| Stammer,K.P. | 0.50 | 318.75 | 159.40 |
| Weidman,R. | 0.20 | 318.75 | 63.75 |
| **Total Fees** | **7.60** | | **$4,952.80** |

023095.00 - 00441911  
Matthew G. Summers

October 20, 2025  
Invoice No. 20251007107

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/20/25 | Westlaw Research | 30.40 |
| 08/21/25 | Westlaw Research | 221.30 |
| 08/25/25 | Westlaw Research | 451.30 |
| **Total Disbursements** | | **$703.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

Raymond D. James & Associates
880 Carillon Parkway
St. Petersburg, FL 33716

December 4, 2025
Invoice No. 20251201089

| | |
|---|---|
| Client: | Raymond James & Associates (023095.00) |
| Matter: | In re Diamond Comic Distributors, Inc., Adv. Proc. Alliance Entertainment, LLC v. Diamond Comic Distributors, Inc., et al. (00441911) |
| | 2025-001119 |

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2025

## INVOICE SUMMARY

| | |
|---|---:|
| Professional Fees | $34,173.40 |
| Disbursements | $122.35 |
| **Total Invoice Amount** | **$34,295.75** |

023095.00 - 00441911                                                                           December 4, 2025
Matthew G. Summers                                                                        Invoice No. 20251201089

## Professional Services

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/25 | Brannick,N.J. | Begin preparing for 11/17 hearing by reviewing pleadings | 2.50 | 1,450.00 |
| 11/11/25 | Brannick,N.J. | Begin preparing argument outline for hearing on MTD, including review of case law and pleadings | 6.20 | 3,596.00 |
| 11/12/25 | Brannick,N.J. | Complete initial outline of argument for hearing and prepare demonstratives for same | 3.20 | 1,856.00 |
| 11/13/25 | Summers,M.G. | Analyze issues re preparation for hearing on motion to dismiss with N. Brannick | 0.30 | 277.95 |
| 11/13/25 | Brannick,N.J. | Additional hearing preparation | 2.50 | 1,450.00 |
| 11/14/25 | Summers,M.G. | Teams meeting with counsel to debtors and other co-defendants re [redacted] | 0.50 | 463.25 |
| 11/14/25 | Brannick,N.J. | Additional preparation for hearing, including [redacted] | 2.50 | 1,450.00 |
| 11/14/25 | Brannick,N.J. | Hearing preparation call among defense counsel | 0.50 | 290.00 |
| 11/16/25 | Summers,M.G. | Review pleadings and argument outlines in preparation for hearing on motion to dismiss | 4.20 | 3,891.30 |
| 11/17/25 | Summers,M.G. | Prepare for hearing on motion to dismiss with N. Brannick | 0.70 | 648.55 |
| 11/17/25 | Summers,M.G. | Round trip travel Wilmington, DE - Baltimore, MD for hearing on motion to dismiss | 3.20 | 2,964.80 |
| 11/17/25 | Summers,M.G. | Appear at hearing on motion to dismiss | 1.80 | 1,667.70 |
| 11/17/25 | Summers,M.G. | Meeting with client contacts and N. Brannick [redacted] | 0.50 | 463.25 |
| 11/17/25 | Brannick,N.J. | Final preparation for motion to dismiss hearing | 1.00 | 580.00 |
| 11/17/25 | Brannick,N.J. | Travel to and from Baltimore for hearing | 2.50 | 1,450.00 |
| 11/17/25 | Brannick,N.J. | Attend hearing on motion ti dismiss | 1.80 | 1,044.00 |
| 11/17/25 | Brannick,N.J. | Conference with client representatives [redacted] | 0.50 | 290.00 |

023095.00 - 00441911  
Matthew G. Summers

December 4, 2025  
Invoice No. 20251201089

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/25 | Summers,M.G. | Analyze issues ███████████████ | 0.30 | 277.95 |
| 11/19/25 | Brannick,N.J. | Begin drafting answer to complaint | 3.60 | 2,088.00 |
| 11/19/25 | Brannick,N.J. | Conference with M. Summers re: ███████████████ | 0.30 | 174.00 |
| 11/20/25 | Summers,M.G. | Review and comment on draft answer | 2.10 | 1,945.65 |
| 11/20/25 | Brannick,N.J. | Finalize draft of answer | 3.50 | 2,030.00 |
| 11/21/25 | Summers,M.G. | Analyze issues re answer to complaint ███ | 0.10 | 92.65 |
| 11/24/25 | Summers,M.G. | Email J. Hampton and M. Minuti re ███████ | 0.10 | 92.65 |
| 11/25/25 | Summers,M.G. | Prepare for client meeting by ███████ | 0.30 | 277.95 |
| 11/25/25 | Summers,M.G. | Teams meeting with client contacts and N. Brannick re ███████ | 1.40 | 1,297.10 |
| 11/25/25 | Brannick,N.J. | Conference with clients regarding ███████ | 1.40 | 812.00 |
| 11/26/25 | Brannick,N.J. | Revise answer to reflect conversation with clients and comments from M. Summers | 2.00 | 1,160.00 |
| 11/28/25 | Summers,M.G. | Review and comment on draft stipulation to extend time to answer complaint | 0.10 | 92.65 |
| **Total Fees** | | | **49.60** | **$34,173.40** |

## Summary of Professional Fees

| Professional | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Summers,M.G. | 15.60 | 926.50 | 14,453.40 |
| Brannick,N.J. | 34.00 | 580.00 | 19,720.00 |
| **Total Fees** | **49.60** | | **$34,173.40** |

023095.00 -  00441911  December 4, 2025
Matthew G. Summers  Invoice No. 20251201089

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| 11/18/25 | Transportation Nicholas J. Brannick - Inv #EXR88782 - Mileage 101 + 18 Toll | 88.90 |
| 11/18/25 | Parking Nicholas J. Brannick - Inv #EXR88782 - Parking | 33.45 |
| **Total Disbursements** | | **$122.35** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel 302.252.4465
Fax 302.252.4466

| | |
|---|---|
| Raymond D. James & Associates<br>880 Carillon Parkway<br>St. Petersburg, FL 33716 | January 13, 2026<br>Invoice No. 20260102000 |

Client: Raymond James & Associates (023095.00)

Matter: In re Diamond Comic Distributors, Inc., Adv. Proc. Alliance Entertainment, LLC v. Diamond Comic Distributors, Inc., et al. (00441911)

2025-001119

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2025

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $2,080.95 |
| **Total Invoice Amount** | **$2,080.95** |

023095.00 - 00441911  
Matthew G. Summers

January 13, 2026  
Invoice No. 20260102000

## Professional Services

| Date | Professional | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/25 | Summers,M.G. | Preparation with N. Brannick for hearing on motion to dismiss | 0.70 | 648.25 |
| 12/02/25 | Summers,M.G. | Follow up email to debtors' counsel re ▇▇▇ | 0.10 | 92.65 |
| 12/04/25 | Brannick,N.J. | Conference with A. Haesler re: ▇▇ | 0.50 | 290.00 |
| 12/04/25 | Brannick,N.J. | Revise answer ▇▇▇, run redline and circulate to client representatives with explanation | 0.30 | 174.00 |
| 12/08/25 | Brannick,N.J. | Review Getzler version of Rule 26(f) report and follow-up e-mail to clients re: ▇▇▇ | 0.20 | 116.00 |
| 12/08/25 | Brannick,N.J. | Final review of answer | 0.40 | 232.00 |
| 12/08/25 | Brannick,N.J. | Review AENT's proposed case schedule and correspond with other defendants re: ▇ | 0.10 | 58.00 |
| 12/08/25 | Weidman,R. | Prepare and file answer to complaint per N. Brannick | 0.20 | 63.75 |
| 12/09/25 | Brannick,N.J. | Conference with counsel for Taylor & Hirsch re: ▇▇ | 0.20 | 116.00 |
| 12/09/25 | Brannick,N.J. | Revise R. 26(f) report (case schedule) and circulate among defense counsel | 0.20 | 116.00 |
| 12/09/25 | Brannick,N.J. | Conference with counsel for Hirsch/Taylor and Getzler to discuss ▇▇▇ | 0.30 | 174.00 |
| **Total Fees** | | | **3.20** | **$2,080.95** |

## Summary of Professional Fees

| Professional | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|
| Summers,M.G. | 0.80 | 926.50 | 741.20 |
| Brannick,N.J. | 2.20 | 580.00 | 1,276.00 |
| Weidman,R. | 0.20 | 318.75 | 63.75 |
| **Total Fees** | **3.20** | | **$2,080.95** |