**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered) |

**NOTICE OF APPLICATION FOR INDEMNIFICATION AND
REIMBURSEMENT OF FEES AND EXPENSES INCURRED
PRE-CONVERSION BY RAYMOND JAMES & ASSOCIATES, INC.**

  **PLEASE TAKE NOTICE** that on December 19, 2025, the United States Bankruptcy Court for the District of Maryland ("Court") entered an *Order (I) Approving Eighth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement, (II) Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code as of Conversion Date, (III) Approving Certain Conversion Procedures (IV) Setting Bar Date for Filing Final Chapter 11 Fee Applications and Establishing a Hearing Thereon, and (V) Granting Related Relief* [D.I. 1089] ("Conversion Order").

  **PLEASE TAKE FURTHER NOTICE**, that pursuant to the Conversion Order, the chapter 11 cases of the above-captioned debtors ("Debtors") were converted to cases under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* ("Bankruptcy Code") effective December 31, 2025.

  **PLEASE TAKE FURTHER NOTICE**, that pursuant to the Conversion Order, all final fee applications of professionals retained by the estates of the Debtors are due to be filed by not later than January 30, 2026.

  **PLEASE TAKE FURTHER NOTICE**, that pursuant to the Conversion Order, Raymond James & Associates, Inc. ("Raymond James") is submitting an Application for Indemnification of Fees and Expenses Incurred Pre-Conversion (the "Application").

  **PLEASE TAKE FURTHER NOTICE**, that pursuant to the Conversion Order, any objection to the Application must be filed and served by no later than **February 20, 2026**.

  **PLEASE TAKE FURTHER NOTICE**, that the Court may set a hearing on the Application at a later date.

  IF NO OBJECTION OR RESPONSE TO THE APPLICATION IS TIMELY FILED,

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: January 26, 2026 | Respectfully submitted,<br>**BALLARD SPAHR LLP**<br><br>*/s/ Matthew G. Summers*<br>Matthew G. Summers (Fed. Bar No. 26572)<br>111 S. Calvert Street, 27th Floor<br>Baltimore, MD 21202-6174<br>Telephone: (410) 528-5679<br>E-mail: summersm@ballardspahr.com<br><br>-and-<br><br>Nicholas J. Brannick*<br>919 N. Market St., 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>E-mail: brannickn@ballardspahr.com<br><br>* Admitted *Pro Hac Vice*<br><br>*Counsel for Raymond James & Associates, Inc.* |