*Proofs of Claim Report*
*Diamond Comic Distributors, Inc. Case No. 25-10308*

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|-------|----------------------:|---------------------:|
| UNSECURED | $58,574,641.35 | $0.00 |
| PRIORITY | $1,172,114.89 | $0.00 |
| SECURED | $4,773,329.61 | |
| ADMIN | $2,324,224.37 | |
| 503(b)(9) | $11,151,513.30 | |
| Total | $77,995,823.52 | $0.00 |

| | | |
|---|---:|---|
| Total Claims/Schedules: | 813 | |

## Claims Details (813)

**Global Experience Specialists, Inc.**
**Case(s): 312 Clm No: 1 Clm. Amt: $38,206.47**

*Attn: Nicholas Chanthavong*
*7000 Lindell Rd*
*Las Vegas, NV 89118*
**Date Filed:** 1/31/2025
**Claim Face Value:** $38,206.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 312 | UNS | | | $38,206.47 | | |
| | | | | $38,206.47 | | |

**Looney Laboratories, Inc.**
**Case(s): 308 Clm No: 1 Clm. Amt: $18,589.60**

*Attn: Kristin Looney*
*5003 Geronimo St*
*College Park, MD 20740*
**Date Filed:** 1/23/2025
**Claim Face Value:** $18,589.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 308 | 503(b)(9) | | | $17,227.60 | | |
| 308 | UNS | | | $1,362.00 | | |
| | | | | $18,589.60 | | |

**Scan Global Logistics**
**Case(s): 308 Clm No: 2 Clm. Amt: $161,745.66**

*Attn: Shalietha Deal*
*18850 8th Ave S*
*Seattle, WA 98148*
**Date Filed:** 1/23/2025
**Claim Face Value:** $161,745.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 308 | 503(b)(9) | | | $48,115.00 | | |
| 308 | UNS | | | $113,630.66 | | |
| | | | | $161,745.66 | | |

## Canadian Manda Group
### Case(s): 312 Clm No: 2 Clm. Amt: $12,955.00

664 Annette St
Toronto, ON M6S 2C8
Canada
**Date Filed:** 2/3/2025
**Claim Face Value:** $12,955.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | UNS | | | $12,955.00 | | |
| | | | | $12,955.00 | | |

## Redacted Name
### Case(s): 312 Clm No: 3 Clm. Amt: $5,150.00

Address Redacted
**Date Filed:** 2/4/2025
**Claim Face Value:** $5,150.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | UNS | | | $5,150.00 | | |
| | | | | $5,150.00 | | |

## Flex-Pac, Inc
### Case(s): 308 Clm No: 3 Clm. Amt: $147,208.35

Attn: Steve Christianson
6075 Lakeside Blvd
Indianapolis, IN 46278
**Date Filed:** 1/24/2025
**Claim Face Value:** $147,208.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $62,844.06 | | |
| 308 | UNS | | | $84,364.29 | | |
| | | | | $147,208.35 | | |

## Gentle Giant Entertainment LLC
### Case(s): 312 Clm No: 4 Clm. Amt: $72,750.00

Attn: Mark Waelti
7511 N San Fernando Rd
Burbank, CA 91505
**Date Filed:** 2/6/2025
**Claim Face Value:** $72,750.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | 503(b)(9) | | | Unknown | Y | |
| 312 | UNS | | | $72,750.00 | | |
| | | | | $72,750.00 | | |

## Sirius A Dice, Inc
### Case(s): 308 Clm No: 4 Clm. Amt: $48,074.80

1 City Point, Ste 55A
Brooklyn, NY 11201
**Date Filed:** 1/24/2025
**Claim Face Value:** $48,074.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $3,992.10 | | |
| 308 | UNS | | | $44,082.70 | | |
| | | | | $48,074.80 | | |

**Missouri Department of Revenue**
**Case(s): 308 Clm No: 5 Clm. Amt: $28.70**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 1/17/2025
**Claim Face Value:** $28.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | Withdrawn | | $28.70 | | $0.00 |
| | | | | $28.70 | | $0.00 |

**Brandon Verzal**
**Case(s): 312 Clm No: 5 Clm. Amt: $6,000.00**

*Address Redacted*
**Date Filed:** 2/6/2025
**Claim Face Value:** $6,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | 503(b)(9) | | | $2,000.00 | | |
| 312 | UNS | | | $4,000.00 | | |
| | | | | $6,000.00 | | |

**Shogun Labs, Inc.**
**Case(s): 312 Clm No: 6 Clm. Amt: $15,718.50**

*Attn: Ed Savoy*
*440 N Barranca Ave, Unit 1085*
*Covina, CA 91723*
**Date Filed:** 2/7/2025
**Claim Face Value:** $15,718.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $15,718.50 | | |
| | | | | $15,718.50 | | |

**Missouri Department of Revenue**
**Case(s): 308 Clm No: 6 Clm. Amt: $17,563.73**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 1/17/2025
**Claim Face Value:** $17,563.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $17,563.73 | | |
| | | | | $17,563.73 | | |

**Missouri Department of Revenue**
**Case(s): 308 Clm No: 7 Clm. Amt: $3,850.00**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 1/17/2025
**Claim Face Value:** $3,850.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $3,850.00 | | |
| | | | | $3,850.00 | | |

## Venture Manufacturing Ltd.
### Case(s): 312 Clm No: 7 Clm. Amt: $147,365.28

*Attn: Paul Su*
*Unionway Commercial Ctr*
*283 Queens Rd Central, Unit 11D*
*Hong Kong*
*Hong Kong*
**Date Filed:** 2/12/2025
**Claim Face Value:** $147,365.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $147,365.28 | | |
| | | | | $147,365.28 | | |

## Ultra Pro International LLC
### Case(s): 308 Clm No: 8 Clm. Amt: $157,455.59

*6049 E Slauson Ave*
*Commerce, CA 90040*
**Date Filed:** 1/17/2025
**Claim Face Value:** $157,455.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $157,455.59 | | |
| | | | | $157,455.59 | | |

## Elite Production (HK) Limited
### Case(s): 312 Clm No: 8 Clm. Amt: $176,138.00

*Attn: Cyrus Cheung Siu Lun*
*418 Kwun Tong Rd, Unit 12B*
*BEA Tower of Millennium City 5*
*Kwun Tong, Kowloon*
*Hong Kong*
**Date Filed:** 2/19/2025
**Claim Face Value:** $176,138.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $176,138.00 | | |
| | | | | $176,138.00 | | |

## NMR Distribution (America) Inc.
### Case(s): 312 Clm No: 9 Clm. Amt: $33,404.80

*28912 Avenue Paine*
*Valencia, CA 91355*
**Date Filed:** 2/21/2025
**Claim Face Value:** $33,404.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $33,404.80 | | |
| | | | | $33,404.80 | | |

## Keenspot Entertainment
### Case(s): 308 Clm No: 9 Clm. Amt: $50,994.07

*16565 Choco Rd*
*Apple Valley, CA 92307*
**Date Filed:** 1/20/2025
**Claim Face Value:** $50,994.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $50,994.07 | | |
| | | | | $50,994.07 | | |

## Little Shop of Pins, LLC
### Case(s): 308 Clm No: 10 Clm. Amt: $1,481.36

*4220 NE Simpson Ct*
*Portland, OR 97218*
**Date Filed:** 1/21/2025
**Claim Face Value:** $1,481.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,481.36 | | |
| | | | | $1,481.36 | | |

**Redacted Name**
**Case(s): 312 Clm No: 10 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed:** 3/10/2025
**Claim Face Value:** $10,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $10,000.00 | | |
| | | | | $10,000.00 | | |

**Black Panel Press Inc.**
**Case(s): 308 Clm No: 11 Clm. Amt: $12,446.34**

*22 Gilbert St*
*St John's, NL A1C 1X4*
*Canada*
**Date Filed:** 1/22/2025
**Claim Face Value:** $12,446.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $12,446.34 | | |
| | | | | $12,446.34 | | |

**Redacted Name**
**Case(s): 312 Clm No: 11 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed:** 3/10/2025
**Claim Face Value:** $10,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $10,000.00 | | |
| | | | | $10,000.00 | | |

**Fright-Rags, Inc.**
**Case(s): 308 Clm No: 12 Clm. Amt: $148,500.00**

*70 Cascade Dr*
*Rochester, NY 14614*
**Date Filed:** 1/22/2025
**Amended By Clm #:** 43
**Claim Face Value:** $148,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $148,500.00 | | |
| | | | | $148,500.00 | | |

**Redacted Name**
**Case(s): 312 Clm No: 12 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed:** 3/10/2025
**Claim Face Value:** $10,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $10,000.00 | | |
| | | | | $10,000.00 | | |

**Hush Hush Projects USA LLC**
**Case(s): 308 Clm No: 13 Clm. Amt: $31,293.11**

*dba Dara Studios*
*16 Gulph Mill Rd*
*Somers Point, NJ 08244*
**Date Filed:** 1/25/2025
**Claim Face Value:** $31,293.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $31,293.11 | | |
| | | | | $31,293.11 | | |

### Matthew Black
**Case(s): 312 Clm No: 13 Clm. Amt: $7,750.00**

*Address Redacted*
**Date Filed:** 3/17/2025
**Amended By Clm #:** 19
**Claim Face Value:** $7,750.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | 503(b)(9) | | | $7,750.00 | | |
| 312 | PRI | | | Unknown | Y | |
| | | | | $7,750.00 | | |

### Disney Consumer Products, Inc
**Case(s): 312 Clm No: 14 Clm. Amt: $1,316,353.00**

*Attn: Staci De Amicis*
*1180 Celebration Blvd, Ste 201*
*Celebration, FL 34747*
**Date Filed:** 4/1/2025
**Amended By Clm #:** 60
**Claim Face Value:** $1,316,353.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $1,316,353.00 | | |
| | | | | $1,316,353.00 | | |

### Hachette Boardgames USA Inc.
**Case(s): 308 Clm No: 14 Clm. Amt: $6,441.90**

*2363 James St, 537*
*Syracuse, NY 13206-2840*
**Date Filed:** 1/25/2025
**Claim Face Value:** $6,441.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $6,441.90 | | |
| | | | | $6,441.90 | | |

### Marvel Brands LLC
**Case(s): 312 Clm No: 15 Clm. Amt: $498,947.00**

*Attn: Staci De Amicis*
*1180 Celebration Blvd, Ste 201*
*Celebration, FL 34747*
**Date Filed:** 4/1/2025
**Claim Face Value:** $498,947.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $498,947.00 | | |
| | | | | $498,947.00 | | |

### New York State Dept. of Tax and Finance
**Case(s): 308 Clm No: 15 Clm. Amt: $14,475.45**

*c/o Bankruptcy*
*P.O. Box 5300*
*Albany, NY 12205-0300*
**Date Filed:** 1/27/2025
**Amended By Clm #:** 81
**Claim Face Value:** $14,475.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $12,743.49 | | |
| 308 | UNS | | | $1,731.96 | | |
| | | | | $14,475.45 | | |

## Colorado Department of Revenue
### Case(s): 308 Clm No: 16 Clm. Amt:

*c/o Bankruptcy Unit, Rm 104*
*1881 Pierce St*
*Lakewood, CO 80214*
**Date Filed:** 1/28/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | Unknown | Y | |

## Ohio Department of Taxation
### Case(s): 312 Clm No: 16 Clm. Amt: $1,479.45

*P.O. Box 530*
*Columbus, OH 43216*
**Date Filed:** 4/8/2025
**Amended By Clm #:** 72
**Claim Face Value:** $1,479.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | PRI | | | $1,078.05 | | |
| 312 | UNS | | | $401.40 | | |
| | | | | $1,479.45 | | |

## John Cleary
### Case(s): 312 Clm No: 17 Clm. Amt: $4,000.00

*Address Redacted*
**Date Filed:** 4/22/2025
**Claim Face Value:** $4,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | UNS | | | $4,000.00 | | |
| | | | | $4,000.00 | | |

## Goodman Games LLC
### Case(s): 308 Clm No: 17 Clm. Amt: $167,929.00

*4040 Civic Center Dr, Ste 200*
*San Rafael, CA 94903*
**Date Filed:** 1/28/2025
**Claim Face Value:** $167,929.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $167,929.00 | | |
| | | | | $167,929.00 | | |

## Gentle Giant Entertainment LLC
### Case(s): 312 Clm No: 18 Clm. Amt: $67,000.00

*7511 N San Fernando Rd*
*Burbank, CA 91505*
**Date Filed:** 5/2/2025
**Claim Face Value:** $67,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | UNS | | | $67,000.00 | | |
| | | | | $67,000.00 | | |

## Fanroll LLC
### Case(s): 308 Clm No: 18 Clm. Amt: $65,613.20

*Attn: David Silver*
*10330 Stablehand Dr*
*Cincinnati, OH 45242*
**Date Filed:** 1/28/2025
**Claim Face Value:** $65,613.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $21,305.60 | | |
| 308 | UNS | | | $44,307.60 | | |
| | | | | $65,613.20 | | |

## Polymershapes LLC
### Case(s): 308 Clm No: 19 Clm. Amt: $54,644.02

*c/o NCS*
*729 Miner Rd*
*Highland Heights, OH 44143*
**Date Filed:** 1/29/2025
**Claim Face Value:** $54,644.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $3,224.94 | | |
| 308 | UNS | | | $51,419.08 | | |
| | | | | $54,644.02 | | |

## Matthew Aylward
### Case(s): 312 Clm No: 19 Clm. Amt: $7,750.00

*Address Redacted*
**Date Filed:** 5/1/2025
**Orig. Date Filed:** 3/17/2025
**Amending Clm #:** 13
**Claim Face Value:** $7,750.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $7,750.00 | | |
| | | | | $7,750.00 | | |

## Rubin & Frieda Fenster Family Ltd.
### Case(s): 312 Clm No: 20 Clm. Amt: $4,082.87

*7100 Hayvenhurst Ave, Ste 200*
*Van Nuys, CA 91406*
**Date Filed:** 5/2/2025
**Amended By Clm #:** 70
**Claim Face Value:** $4,082.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $4,082.87 | | |
| | | | | $4,082.87 | | |

## Zorbitz, Inc.
### Case(s): 308 Clm No: 20 Clm. Amt: $8,550.08

*5948 Lindenhurst Ave*
*Los Angeles, CA 90036*
**Date Filed:** 1/29/2025
**Claim Face Value:** $4,275.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $4,275.04 | | |
| 308 | ADM | | | $4,275.04 | | |
| | | | | $8,550.08 | | |

## Thames & Kosmos, LLC.
**Case(s): 308 Clm No: 21 Clm. Amt: $40,055.60**

*89 Ship St*
*Providence, RI 02903*
**Date Filed:** 1/30/2025
**Claim Face Value:** $40,055.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $40,055.60 | | |
| | | | | $40,055.60 | | |

## Bruce Lee LLC
**Case(s): 312 Clm No: 21 Clm. Amt: $3,939.18**

*9854 National Blvd, Ste 181*
*Los Angeles, CA 90034*
**Date Filed:** 5/7/2025
**Claim Face Value:** $3,939.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $3,939.18 | | |
| | | | | $3,939.18 | | |

## Christopher D Schaff
**Case(s): 312 Clm No: 22 Clm. Amt: $5,663.32**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $5,663.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $2,408.00 | | |
| 312 | UNS | | | $3,255.32 | | |
| | | | | $5,663.32 | | |

## The CIT Group Commerical Services Inc.
**Case(s): 308 Clm No: 22 Clm. Amt: $12,277.90**

*134 Wooding Ave*
*Danville, VA 24541*
**Date Filed:** 1/30/2025
**Claim Face Value:** $12,277.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $1,331.10 | | |
| 308 | ADM | | | $1,331.10 | | |
| 308 | UNS | | | $9,615.70 | | |
| | | | | $12,277.90 | | |

## Library Journals LLC
**Case(s): 308 Clm No: 23 Clm. Amt: $10,200.00**

*7001 Discovery Blvd, Ste 100*
*Dublin, OH 43017*
**Date Filed:** 1/30/2025
**Amended By Clm #:** 24
**Claim Face Value:** $10,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $10,200.00 | | |
| | | | | $10,200.00 | | |

### Alyssa M Volpe
**Case(s): 312 Clm No: 23 Clm. Amt: $1,688.00**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $1,688.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $1,097.20 | | |
| 312 | UNS | | | $590.80 | | |
| | | | | $1,688.00 | | |

### Viacom International Inc.
**Case(s): 312 Clm No: 24 Clm. Amt: $1,915.00**

*Attn: Sarah Harp*
*1515 Broadway*
*New York, NY 10036*
**Date Filed:** 5/9/2025
**Claim Face Value:** $1,915.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $1,915.00 | | |
| | | | | $1,915.00 | | |

### Library Journals LLC
**Case(s): 308 Clm No: 24 Clm. Amt: $1,200.00**

*7001 Discovery Blvd, Ste 100*
*Dublin, OH 43017*
**Date Filed:** 1/30/2025
**Orig. Date Filed:** 1/30/2025
**Amending Clm #:** 23
**Claim Face Value:** $1,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,200.00 | | |
| | | | | $1,200.00 | | |

### Library Journals LLC
**Case(s): 308 Clm No: 25 Clm. Amt: $9,000.00**

*7001 Discovery Blvd, Ste 100*
*Dublin, OH 43017*
**Date Filed:** 1/30/2025
**Claim Face Value:** $9,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $9,000.00 | | |
| | | | | $9,000.00 | | |

### Christopher D Myers
**Case(s): 312 Clm No: 25 Clm. Amt: $3,160.73**

*34 Farmington Dr*
*Jacobus, PA 17407*
**Date Filed:** 5/13/2025
**Claim Face Value:** $3,160.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $2,040.00 | | |
| 312 | UNS | | | $1,120.73 | | |
| | | | | $3,160.73 | | |

### Steven Rowan
**Case(s):** 312 **Clm No:** 26 **Clm. Amt:** $2,893.00

*Address Redacted*
**Date Filed:** 5/13/2025
**Claim Face Value:** $2,893.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $2,852.00 | | |
| 312 | UNS | | | $41.00 | | |
| | | | | $2,893.00 | | |

### Estes Express Lines
**Case(s):** 308 **Clm No:** 26 **Clm. Amt:** $256.79

*3901 W Broad St*
*Richmond, VA 23230*
**Date Filed:** 1/27/2025
**Claim Face Value:** $256.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $256.79 | | |
| | | | | $256.79 | | |

### Skelton Crew Studio LLC
**Case(s):** 308 **Clm No:** 27 **Clm. Amt:** $4,560.00

*Attn: Israel Skelton*
*295 Buker Rd*
*Litchfield, ME 04350*
**Date Filed:** 1/31/2025
**Claim Face Value:** $4,560.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,560.00 | | |
| | | | | $4,560.00 | | |

### D. Gialamas & Co E.E.
**Case(s):** 312 **Clm No:** 27 **Clm. Amt:** $4,962.38

*Industrial Area of Sindos. Zone A, Entry B, road A8, OT6*
*Sindos, Thessaloniki*
*Greece*
**Date Filed:** 5/15/2025
**Amended By Clm #:** 546
**Claim Face Value:** $4,962.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $4,962.38 | | |
| | | | | $4,962.38 | | |

### Kenneth D Hyman
**Case(s):** 312 **Clm No:** 28 **Clm. Amt:** $1,983.60

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $1,983.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $889.20 | | |
| 312 | UNS | | | $1,094.40 | | |
| | | | | $1,983.60 | | |

### John Hageman
**Case(s): 308 Clm No: 28 Clm. Amt: $9,405.72**

*Address Redacted*
**Date Filed:** 1/31/2025
**Claim Face Value:** $9,405.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | Unknown | Y | |
| 308 | UNS | | | $9,405.72 | | |
| | | | | $9,405.72 | | |

### Troy Little
**Case(s): 308 Clm No: 29 Clm. Amt: $1,843.48**

*Address Redacted*
**Date Filed:** 2/2/2025
**Claim Face Value:** $1,843.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,843.48 | | |
| | | | | $1,843.48 | | |

### Nemesis Now Inc
**Case(s): 308 Clm No: 30 Clm. Amt: $21,126.60**

*108-114 City Rd*
*Stoke-On-Trent, Staffordshire, ST4 2PH*
*United Kingdom*
**Date Filed:** 2/3/2025
**Claim Face Value:** $21,126.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $5,989.50 | | |
| 308 | UNS | | | $15,137.10 | | |
| | | | | $21,126.60 | | |

### P D Workshop Limited
**Case(s): 312 Clm No: 30 Clm. Amt: $46,357.00**

*New World Tower 1*
*18 Queen's Rd Central, Central Unit 506, 5/F*
*Hong Kong, China*
**Date Filed:** 5/16/2025
**Claim Face Value:** $46,357.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $46,357.00 | | |
| | | | | $46,357.00 | | |

### Good Luck International Group (HK) Limited
**Case(s): 312 Clm No: 31 Clm. Amt: $299,740.50**

*c/o P D Workshop Limited*
*New World Tower 1*
*18 Queen's Rd Central, Central Unit 506, 5/F*
*Hong Kong, China*
**Date Filed:** 5/16/2025
**Claim Face Value:** $299,740.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $299,740.50 | | |
| | | | | $299,740.50 | | |

### Tennessee Department of Revenue
**Case(s): 308 Clm No: 31 Clm. Amt: $112,571.31**

*c/o Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 2/3/2025
**Amended By Clm #:** 734
**Claim Face Value:** $112,571.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $97,997.52 | | |
| 308 | UNS | | | $14,573.79 | | |
| | | | | $112,571.31 | | |

### Allen County Treasurer
**Case(s): 308 Clm No: 32 Clm. Amt: $21,107.40**

*1 E Main St, Ste 104*
*Fort Wayne, IN 46802*
**Date Filed:** 2/3/2025
**Claim Face Value:** $21,107.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $21,107.40 | | |
| | | | | $21,107.40 | | |

### Yue Shing (Brothers) Company Limited
**Case(s): 312 Clm No: 32 Clm. Amt: $337,208.56**

*P D Workshop Limited*
*18 Queen's Rd Central, Central Unit 506, 5/F*
*New World Tower 1*
*Hong Kong, China*
**Date Filed:** 5/16/2025
**Claim Face Value:** $337,208.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $337,208.56 | | |
| | | | | $337,208.56 | | |

### UPS Custom House Brokerage
**Case(s): 312 Clm No: 33 Clm. Amt: $9,852.22**

*Attn: Roger Maldonado*
*2200 Wells Fargo Ctr*
*90 S 7th St*
*Minneapolis, MN 55402*
**Date Filed:** 5/16/2025
**Claim Face Value:** $9,852.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $9,852.22 | | |
| | | | | $9,852.22 | | |

### Indiana Michigan Power Company
**Case(s): 308 Clm No: 33 Clm. Amt: $5,579.99**

*dba Indiana Michigan Power*
*1 Riverside Plz, 13th Fl*
*Columbus, OH 43215*
**Date Filed:** 2/4/2025
**Claim Face Value:** $5,579.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $5,579.99 | | |
| | | | | $5,579.99 | | |

### David Ray Gerhardt
**Case(s): 308 Clm No: 34 Clm. Amt: $13,384.08**

*172 Smith St*
*Brooklyn, NY 11201-6407*
**Date Filed:** 2/4/2025
**Claim Face Value:** $13,384.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $13,384.08 | | |
| | | | | $13,384.08 | | |

## UPS Small Package
### Case(s): 312 Clm No: 34 Clm. Amt: $17,737.93

*Attn: Roger Maldonado*
*2200 Wells Fargo Ctr*
*90 S 7th St*
*Minneapolis, MN 55402*
**Date Filed:** 5/16/2025
**Claim Face Value:** $17,737.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $17,737.93 | | |
| | | | | $17,737.93 | | |

## Gabriel Garcia
### Case(s): 312 Clm No: 35 Clm. Amt: $1,750.84

*Address Redacted*
**Date Filed:** 5/18/2025
**Claim Face Value:** $1,750.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $1,750.84 | | |
| | | | | $1,750.84 | | |

## Ingram Book Group, LLC
### Case(s): 308 Clm No: 35 Clm. Amt: $135,242.16

*1 Ingram Blvd, MS 353*
*LaVergne, TX 37086*
**Date Filed:** 2/4/2025
**Claim Face Value:** $135,242.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $7,693.22 | | |
| 308 | UNS | | | $127,548.94 | | |
| | | | | $135,242.16 | | |

## Floating World Comics
### Case(s): 308 Clm No: 36 Clm. Amt: $5,626.20

*Attn: Jason Leivian*
*1223 Lloyd Ctr*
*Portland, OR 97232*
**Date Filed:** 2/4/2025
**Amended By Clm #:** 90
**Claim Face Value:** $5,626.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $5,626.20 | | |
| | | | | $5,626.20 | | |

## Zachary Oat
### Case(s): 312 Clm No: 36 Clm. Amt: $3,509.84

*214 Haviland Dr*
*Patterson, NY 12563*
**Date Filed:** 5/18/2025
**Claim Face Value:** $3,509.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $2,834.64 | | |
| 312 | UNS | | | $675.20 | | |
| | | | | $3,509.84 | | |

**Lo Kin Long**
**Case(s): 312 Clm No: 37 Clm. Amt: $12,108.60**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Agencia Comercial Weng Fung Wan Limitada*<br>*Rua De Seng Tou, Hou Keng Garden BL-21, 7-Andar-A*<br>*Taipa Macau 000000*<br>*China*<br>**Date Filed:** 5/18/2025<br>**Claim Face Value:** $12,108.60 | 312 | UNS | | | $12,108.60<br>$12,108.60 | | |

**Goliath B.V.(Pressman/Jax)**
**Case(s): 308 Clm No: 37 Clm. Amt: $12,192.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *c/o Atradius Collections, Inc*<br>*3500 Lacey Rd, Ste 220*<br>*Downers Grv, IL 60515*<br>**Date Filed:** 2/4/2025<br>**Claim Face Value:** $12,192.00 | 308 | UNS | | | $12,192.00<br>$12,192.00 | | |

**Agencia Comercial Weng Fung Wan Limitada**
**Case(s): 312 Clm No: 38 Clm. Amt: $11,088.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Rua De Seng Tou, Hou Keng Garden BL-21, 7-Andar-A Taipa Macau*<br>*Macau 000000*<br>*China*<br>**Date Filed:** 5/18/2025<br>**Claim Face Value:** $11,088.00 | 312 | UNS | | | $11,088.00<br>$11,088.00 | | |

**The Loyal Subjects Wave 2, LLC**
**Case(s): 308 Clm No: 38 Clm. Amt: $8,570.20**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *155 W Washington Blvd, Ste 207*<br>*Los Angeles, CA 90015*<br>**Date Filed:** 2/4/2025<br>**Claim Face Value:** $8,570.20 | 308 | UNS | | | $8,570.20<br>$8,570.20 | | |

**CEX Publishing**
**Case(s): 308 Clm No: 39 Clm. Amt: $14,776.72**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *712 Hollow Trce*<br>*Shelbyville, KY 40065*<br>**Date Filed:** 2/6/2025<br>**Claim Face Value:** $14,776.72 | 308 | UNS | | | $14,776.72<br>$14,776.72 | | |

**Agencia Comercial Weng Fung Wan Limitada**
**Case(s): 312 Clm No: 39 Clm. Amt: $6,468.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Rua De Seng Tou, Hou Keng Garden BL-21, 7-Andar-A Taipa Macau*<br>*Macau 000000*<br>*China*<br>**Date Filed:** 5/18/2025<br>**Claim Face Value:** $6,468.00 | 312 | UNS | | | $6,468.00<br>$6,468.00 | | |

## Agencia Comercial Weng Fung Wan Limitada
### Case(s): 312 Clm No: 40 Clm. Amt: $9,918.30

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Rua De Seng Tou, Hou Keng Garden BL-21, 7-Andar-A Taipa Macau Macau 000000 China* <br> **Date Filed:** 5/18/2025 <br> **Claim Face Value:** $9,918.30 | 312 | UNS | | | $9,918.30 <br> $9,918.30 | | |

## Don A. Smeraldi
### Case(s): 308 Clm No: 40 Clm. Amt: $2,038.64

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *dba MyMovieMonsters.com* <br> *277 Westville Rd* <br> *Van Buren, AR 72956-7800* <br> **Date Filed:** 2/6/2025 <br> **Claim Face Value:** $2,038.64 | 308 | UNS | | | $2,038.64 <br> $2,038.64 | | |

## SQ Mag Pty Ltd
### Case(s): 308 Clm No: 41 Clm. Amt: $4,899.72

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Gerard Huntman* <br> *54 The Pinnacle* <br> *Worongary, QLD 4213* <br> *Australia* <br> **Date Filed:** 2/6/2025 <br> **Claim Face Value:** $4,899.72 | 308 | UNS | | | $4,899.72 <br> $4,899.72 | | |

## Agencia Comercial Weng Fung Wan Limitada
### Case(s): 312 Clm No: 41 Clm. Amt: $27,208.50

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Rua De Seng Tou, Hou Keng Garden BL-21, 7-Andar-A Taipa Macau Macau 000000 China* <br> **Date Filed:** 5/18/2025 <br> **Claim Face Value:** $27,208.50 | 312 | UNS | | | $27,208.50 <br> $27,208.50 | | |

## Agencia Comercial Weng Fung Wan Limitada
### Case(s): 312 Clm No: 42 Clm. Amt: $16,233.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Rua De Seng Tou, Hou Keng Garden BL-21, 7-Andar-A Taipa Macau Macau 000000 China* <br> **Date Filed:** 5/18/2025 <br> **Claim Face Value:** $16,233.00 | 312 | UNS | | | $16,233.00 <br> $16,233.00 | | |

## Warlord Games Limited
### Case(s): 308 Clm No: 42 Clm. Amt: $24,315.66

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Colin Stone* <br> *Unit 1 Central Court Finch Close* <br> *Nottingham NG7 2NN* <br> *United Kingdom* <br> **Date Filed:** 2/7/2025 <br> **Amended By Clm #:** 556 <br> **Claim Face Value:** $24,315.66 | 308 | UNS | | | $24,315.66 <br> $24,315.66 | | |

### Fright-Rags, Inc.
**Case(s): 308 Clm No: 43 Clm. Amt: $148,500.00**

*c/o White and Williams LLP*
*Attn: Ben Scrivens*
*1 Liberty Pl*
*1650 Market St, Ste 500*
*Philadelphia, PA 19103*
**Date Filed:** 2/7/2025
**Orig. Date Filed:** 1/22/2025
**Amending Clm #:** 12
**Claim Face Value:** $148,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $49,500.00 | | |
| 308 | UNS | | | $99,000.00 | | |
| | | | | $148,500.00 | | |

### Agencia Comercial Weng Fung Wan Limitada
**Case(s): 312 Clm No: 43 Clm. Amt:**

*Rua De Seng Tou, Hou Keng Garden BL-21, 7-Andar-A Taipa Macau*
*Macau 000000*
*China*
**Date Filed:** 5/18/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | | | |

### Agencia Comercial Weng Fung Wan Limitada
**Case(s): 312 Clm No: 44 Clm. Amt: $11,088.00**

*Rua De Seng Tou, Hou Keng Garden BL-21, 7-Andar-A Taipa Macau*
*Macau 000000*
*China*
**Date Filed:** 5/18/2025
**Claim Face Value:** $11,088.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $11,088.00 | | |
| | | | | $11,088.00 | | |

### Richard J Sala
**Case(s): 308 Clm No: 44 Clm. Amt: $19,627.92**

*Address Redacted*
**Date Filed:** 2/9/2025
**Claim Face Value:** $19,627.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $19,627.92 | | |
| | | | | $19,627.92 | | |

### John Devian Gilmore
**Case(s): 312 Clm No: 45 Clm. Amt: $4,396.54**

*3737 Pine Bank Dr*
*Powell, OH 43065*
**Date Filed:** 5/19/2025
**Claim Face Value:** $4,396.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $2,961.40 | | |
| 312 | UNS | | | $1,435.14 | | |
| | | | | $4,396.54 | | |

### Capstone Games LLC
### Case(s): 308 Clm No: 45 Clm. Amt: $48,642.12

*Attn: Clayton Ross*
*2 Techview Dr*
*Cincinnati, OH 45215*
**Date Filed:** 2/10/2025
**Claim Face Value:** $48,642.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $48,642.12 | | |
| | | | | $48,642.12 | | |

### Jason Wires
### Case(s): 312 Clm No: 46 Clm. Amt: $16,200.00

*115 Bluestone Ct*
*Acworth, GA 30101*
**Date Filed:** 5/19/2025
**Claim Face Value:** $16,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | UNS | | | $16,200.00 | | |
| | | | | $16,200.00 | | |

### Monroeville Box Pallet and Wood Products
### Case(s): 308 Clm No: 46 Clm. Amt: $1,150.00

*20009 Monroeville Rd*
*Monroeville, IN 46773*
**Date Filed:** 2/10/2025
**Claim Face Value:** $1,150.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $1,150.00 | | |
| | | | | $1,150.00 | | |

### Pai Technology Inc
### Case(s): 308 Clm No: 47 Clm. Amt: $210,994.70

*Attn: Thuan Tran*
*177 E Colorado Blvd, Unit 200*
*Pasadena, CA 91105*
**Date Filed:** 2/10/2025
**Claim Face Value:** $210,994.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $90,784.30 | | |
| 308 | UNS | | | $120,210.40 | | |
| | | | | $210,994.70 | | |

### Richard Arthur Martinez
### Case(s): 312 Clm No: 47 Clm. Amt: $5,248.00

*Address Redacted*
**Date Filed:** 5/19/2025
**Claim Face Value:** $5,248.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | PRI | | | $1,664.00 | | |
| 312 | UNS | | | $3,584.00 | | |
| | | | | $5,248.00 | | |

## Robert Yee
**Case(s): 312 Clm No: 48 Clm. Amt: $10,236.46**

*2177 78th St, 1st Fl*
*Brooklyn, NY 11214*
**Date Filed:** 5/19/2025
**Claim Face Value:** $10,236.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $4,280.80 | | |
| 312 | UNS | | | $5,955.66 | | |
| | | | | $10,236.46 | | |

## Dren Productions LLC
**Case(s): 308 Clm No: 48 Clm. Amt: $5,486.84**

*Attn: James Mascia*
*17877 2nd St*
*Tall Timbers, MD 20690*
**Date Filed:** 2/10/2025
**Claim Face Value:** $5,486.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $5,486.84 | | |
| | | | | $5,486.84 | | |

## Titan Publishing Group Limited
**Case(s): 308 Clm No: 49 Clm. Amt: $413,898.17**

*c/o Finance Department*
*144 Southwark Street*
*Rotherhithe, SE1 0UP*
*United Kingdom*
**Date Filed:** 2/11/2025
**Claim Face Value:** $413,898.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $56,801.02 | | |
| 308 | UNS | | | $357,097.15 | | |
| | | | | $413,898.17 | | |

## Nelson Asencio
**Case(s): 312 Clm No: 49 Clm. Amt: $1,650.00**

*413 S Wellwood Ave*
*Lindenhurst, NY 11757*
**Date Filed:** 5/19/2025
**Claim Face Value:** $1,650.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $1,650.00 | | |
| | | | | $1,650.00 | | |

## Hasbro Consumer Products Licensing Ltd.
**Case(s): 312 Clm No: 50 Clm. Amt: $51,296.06**

*Attn: Anna Danilcika*
*Shropshire House, 2-20 Capper St*
*London, WC1E6JA*
*United Kingdom*
**Date Filed:** 5/19/2025
**Claim Face Value:** $51,296.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $51,296.06 | | |
| | | | | $51,296.06 | | |

**Drawn & Quarterly Books Inc**
**Case(s): 308 Clm No: 50 Clm. Amt: $9,111.30**

*7030 rue Saint Denis*
*Montreal, Quebec H2S 2S4*
*Canada*
**Date Filed:** 2/11/2025
**Claim Face Value:** $9,111.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $9,111.30 | | |
| | | | | $9,111.30 | | |

**Uline**
**Case(s): 308 Clm No: 51 Clm. Amt: $5,459.98**

*12575 Uline Dr*
*Pleasant Prairie, WI 53158*
**Date Filed:** 2/4/2025
**Claim Face Value:** $5,459.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | ADM | | | $498.76 | | |
| 308 | UNS | | | $4,961.22 | | |
| | | | | $5,459.98 | | |

**Jessica Fisher**
**Case(s): 312 Clm No: 51 Clm. Amt: $725.12**

*Address Redacted*
**Date Filed:** 5/19/2025
**Claim Face Value:** $725.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $725.12 | | |
| | | | | $725.12 | | |

**Bookish srl**
**Case(s): 308 Clm No: 52 Clm. Amt: $12,265.23**

*Str Baia de Aries 3 5B*
*Bucharest 060801*
*Romania*
**Date Filed:** 2/12/2025
**Claim Face Value:** $12,265.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $12,265.23 | | |
| | | | | $12,265.23 | | |

**Skybound, LLC**
**Case(s): 312 Clm No: 52 Clm. Amt: $50,740.06**

*9570 W Pico Blvd*
*Los Angeles, CA 90035*
**Date Filed:** 5/19/2025
**Claim Face Value:** $50,740.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $50,740.06 | | |
| | | | | $50,740.06 | | |

**Salvador Gomes da Silva Filho**
**Case(s): 312 Clm No: 53 Clm. Amt: $4,000.00**

*50A Northwestern Dr, Unit 3, No 74*
*Salem, NH 03079*
**Date Filed:** 5/19/2025
**Claim Face Value:** $4,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $4,000.00 | | |
| | | | | $4,000.00 | | |

### Rosenthal & Rosenthal, Inc.
**Case(s): 308 Clm No: 53 Clm. Amt: $2,689.76**

*Attn: Melinda DeJesus*
*1370 Broadway, 3rd Fl*
*New York, NY 10018*
**Date Filed:** 2/12/2025
**Claim Face Value:** $2,689.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $2,689.76 | | |
| | | | | $2,689.76 | | |

### Massachusetts Department of Revenue
**Case(s): 308 Clm No: 54 Clm. Amt: $3,175.78**

*P.O. Box 7090*
*Boston, MA 02204-7090*
**Date Filed:** 2/14/2025
**Amended By Clm #:** 728
**Claim Face Value:** $3,175.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $2,692.42 | | |
| 308 | UNS | | | $483.36 | | |
| | | | | $3,175.78 | | |

### Kelly Weihs
**Case(s): 312 Clm No: 54 Clm. Amt: $913.00**

*Address Redacted*
**Date Filed:** 5/19/2025
**Claim Face Value:** $913.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | PRI | | | $913.00 | | |
| | | | | $913.00 | | |

### Creative Grand Industrial HK Limited
**Case(s): 312 Clm No: 55 Clm. Amt: $2,960,931.87**

*dba Kin Kin Mould*
*c/o Dorsey & Whitney LLP*
*Attn: Rachel P Stoian*
*167 Hamilton Ave, Unit 200*
*Palo Alto, CA 94301*
**Date Filed:** 5/19/2025
**Claim Face Value:** $2,960,931.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | ADM | | | $395,254.68 | | |
| 312 | UNS | | | $2,565,677.19 | | |
| | | | | $2,960,931.87 | | |

### The Armypainter ApS
**Case(s): 308 Clm No: 55 Clm. Amt: $598,977.23**

*Attn: Palle Winther*
*Christiansmindevej 12*
*DK-8660 Skanderborg*
*Denmark*
**Date Filed:** 2/17/2025
**Amended By Clm #:** 116
**Claim Face Value:** $598,977.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $598,977.23 | | |
| | | | | $598,977.23 | | |

### Kieren Consulting LLC
### Case(s): 308 Clm No: 56 Clm. Amt: $24,257.51

*Attn: Andre C Kieren*
*4150 Norma Ave*
*Arden Hills, MN 55112*
**Date Filed:** 2/17/2025
**Claim Face Value:** $24,257.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,425.00 | | |
| 308 | UNS | | | $21,832.51 | | |
| | | | | $24,257.51 | | |

### Jorge dos Santos Souza
### Case(s): 312 Clm No: 56 Clm. Amt: $1,500.00

*Dorival Caymmi, Numero 73*
*101 Trilha Do Sol*
*Salvador/BA 41635150*
*Brazil*
**Date Filed:** 5/19/2025
**Claim Face Value:** $1,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $1,500.00 | | |
| | | | | $1,500.00 | | |

### Games Workshop Retail Inc
### Case(s): 308 Clm No: 57 Clm. Amt: $14,495.77

*6211 E Holmes Rd*
*Memphis, TN 38141*
**Date Filed:** 2/17/2025
**Claim Face Value:** $14,495.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $14,495.77 | | |
| | | | | $14,495.77 | | |

### Jim Rowell Productions
### Case(s): 312 Clm No: 57 Clm. Amt: $6,570.00

*1506 Stagecoach Dr*
*Pantego, TX 76013*
**Date Filed:** 5/19/2025
**Claim Face Value:** $6,570.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | 503(b)(9) | | | $6,570.00 | | |
| | | | | $6,570.00 | | |

### Warner Bros. Consumer Products Inc.
### Case(s): 312 Clm No: 58 Clm. Amt: $422,170.84

*c/o Vorys Sater Seymour & Pease LLP*
*Attn: Kari B Coniglio*
*200 Public Sq, Ste 1400*
*Cleveland, OH 44114*
**Date Filed:** 5/20/2025
**Claim Face Value:** $422,170.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | UNS | | | $422,170.84 | | |
| | | | | $422,170.84 | | |

### Alderac Entertainment Group
### Case(s): 308 Clm No: 58 Clm. Amt: $25,597.82

*2505 Anthem Village Dr, Ste E-521*
*Henderson, NV 89052*
**Date Filed:** 2/18/2025
**Claim Face Value:** $25,597.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $25,597.82 | | |
| | | | | $25,597.82 | | |

### Katherine Layman
**Case(s): 312 Clm No: 59 Clm. Amt: $732.44**

*Address Redacted*
**Date Filed:** 5/20/2025
**Claim Face Value:** $732.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 312  | PRI   |        |           | $732.44              |     |                      |
|      |       |        |           | $732.44              |     |                      |

### Pressman Toy Corporation
**Case(s): 308 Clm No: 59 Clm. Amt: $46,704.00**

*710 Presidential Dr, Ste 100*
*Richardson, TX 75081*
**Date Filed:** 2/18/2025
**Claim Face Value:** $46,704.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308  | UNS   |        |           | $46,704.00           |     |                      |
|      |       |        |           | $46,704.00           |     |                      |

### Disney Consumer Products, Inc.
**Case(s): 312 Clm No: 60 Clm. Amt: $3,638,592.00**

*c/o Wilmer Cutler Pickering Hale& Dorr LLP*
*Attn: Andrew N Goldman, Benjamin W Loveland*
*7 World Trade Ctr*
*250 Greenwich St*
*New York, NY 10007*
**Date Filed:** 5/20/2025
**Orig. Date Filed:** 4/1/2025
**Amending Clm #:** 14
**Claim Face Value:** $3,638,592.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 312  | UNS   |        |           | $3,638,592.00        |     |                      |
|      |       |        |           | $3,638,592.00        |     |                      |

### R&R Games, Inc.
**Case(s): 308 Clm No: 60 Clm. Amt: $5,558.22**

*Attn: Frank DiLorenzo*
*3903 W El Prado Blvd*
*Tampa, FL 33629*
**Date Filed:** 2/18/2025
**Amended By Clm #:** 483
**Claim Face Value:** $5,558.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308  | UNS   |        |           | $5,558.22            |     |                      |
|      |       |        |           | $5,558.22            |     |                      |

### Euler Hermes N.A - Agent for Jada Group
**Case(s): 308 Clm No: 61 Clm. Amt: $73,123.94**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore MD 21202*
**Date Filed:** 2/19/2025
**Claim Face Value:** $73,123.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308  | UNS   |        |           | $73,123.94           |     |                      |
|      |       |        |           | $73,123.94           |     |                      |

## V2 Content
**Case(s): 312 Clm No: 61 Clm. Amt: $6,000.00**

*10040 Shore Front Dr*
*Lincoln, NE 68527*
**Date Filed:** 5/20/2025
**Claim Face Value:** $6,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 312 | UNS | | | $6,000.00 | | |
| | | | | $6,000.00 | | |

## Holoshape Products Inc
**Case(s): 312 Clm No: 62 Clm. Amt: $2,040.00**

*P.O. Box 336*
*Catharpin, VA 20143*
**Date Filed:** 5/20/2025
**Claim Face Value:** $2,040.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 312 | 503(b)(9) | | | Unknown | Y | |
| 312 | UNS | | | $2,040.00 | | |
| | | | | $2,040.00 | | |

## Department of Treasury - Internal Revenue Service
**Case(s): 308 Clm No: 62 Clm. Amt: $24,635.96**

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 2/17/2025
**Claim Face Value:** $24,635.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 308 | PRI | | | $19,569.78 | | |
| 308 | UNS | | | $5,066.18 | | |
| | | | | $24,635.96 | | |

## S.Q. Productions Inc.
**Case(s): 308 Clm No: 63 Clm. Amt: $2,392.00**

*P.O. Box 248*
*Columbus, NJ 08022*
**Date Filed:** 2/13/2025
**Claim Face Value:** $2,392.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 308 | UNS | | | $2,392.00 | | |
| | | | | $2,392.00 | | |

## Joseph Allard
**Case(s): 312 Clm No: 63 Clm. Amt: $1,114.00**

*Address Redacted*
**Date Filed:** 5/20/2025
**Claim Face Value:** $1,114.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 312 | UNS | | | $1,114.00 | | |
| | | | | $1,114.00 | | |

## Wehrlegig Games
### Case(s): 308 Clm No: 64 Clm. Amt: $3,060.00

*1007 S Lincoln St*
*Bloomington, IN 47401*
**Date Filed:** 2/19/2025
**Claim Face Value:** $3,060.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $3,060.00 | | |
| | | | | $3,060.00 | | |

## A Charles Terceira
### Case(s): 312 Clm No: 64 Clm. Amt: $6,153.60

*Address Redacted*
**Date Filed:** 5/28/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $6,153.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $6,153.60 | | |
| | | | | $6,153.60 | | |

## Graphitti Designs, Inc.
### Case(s): 308 Clm No: 65 Clm. Amt: $1,858.50

*33159 Camino Capistrano, Ste G*
*San Juan Capistrano, CA 92675-4827*
**Date Filed:** 2/19/2025
**Amended By Clm #:** 134
**Claim Face Value:** $1,858.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $1,598.50 | | |
| 308 | UNS | | | $260.00 | | |
| | | | | $1,858.50 | | |

## Ohio Bureau of Workers' Compensation
### Case(s): 312 Clm No: 65 Clm. Amt: $280.00

*P.O. Box 15567*
*Columbus, OH 43215-0567*
**Date Filed:** 6/3/2025
**Claim Face Value:** $150.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | 503(b)(9) | | | $140.00 | | |
| 312 | PRI | | | $140.00 | | |
| | | | | $280.00 | | |

## New York State Tax and Finance
### Case(s): 312 Clm No: 66 Clm. Amt: $5,174.12

*P.O. Box 5300*
*Albany, NY 12205-0300*
**Date Filed:** 6/3/2025
**Claim Face Value:** $5,174.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 312 | PRI | | | $4,809.07 | | |
| 312 | UNS | | | $365.05 | | |
| | | | | $5,174.12 | | |

**Trick or Treat Studios, LLC**
**Case(s): 308 Clm No: 66 Clm. Amt: $83,492.41**

*1005 17th Ave*
*Santa Cruz, CA 95062*
**Date Filed:** 2/19/2025
**Claim Face Value:** $83,492.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $45,247.34 | | |
| 308 | UNS | | | $38,245.07 | | |
| | | | | $83,492.41 | | |

**Steamforged Games**
**Case(s): 308 Clm No: 67 Clm. Amt: $1,076.00**

*Osprey House*
*217-227 Broadway*
*Salford M50 2UE*
*United Kingdom*
**Date Filed:** 2/20/2025
**Claim Face Value:** $1,076.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $1,076.00 | | |
| | | | | $1,076.00 | | |

**Toho International Inc. and Legendary Licensing LLC**
**Case(s): 312 Clm No: 67 Clm. Amt: $20,000.00**

*Attn: Zachary Smith*
*2900 W Alameda Ave, Ste 1500*
*Burbank, CA 91505*
**Date Filed:** 5/12/2025
**Claim Face Value:** $20,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 312 | UNS | | | $20,000.00 | | |
| | | | | $20,000.00 | | |

**Steamforged Games**
**Case(s): 308 Clm No: 68 Clm. Amt: $16,121.40**

*Osprey House*
*217-227 Broadway*
*Salford M50 2UE*
*United Kingdom*
**Date Filed:** 2/20/2025
**Claim Face Value:** $16,121.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $16,121.40 | | |
| | | | | $16,121.40 | | |

**California Department of Tax and Fee Administration**
**Case(s): 312 Clm No: 68 Clm. Amt: $2,380.00**

*c/o Collections Support, MIC 29*
*P.O. Box 942879*
*Sacramento, CA 94279-0029*
**Date Filed:** 6/30/2025
**Claim Face Value:** $2,380.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 312 | PRI | | | $2,380.00 | | $0.00 |
| | | | | $2,380.00 | | $0.00 |

### Franchise Tax Board
**Case(s): 312 Clm No: 69 Clm. Amt: $13,513.62**

*c/o Bankruptcy Section MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 7/23/2025
**Bar Date:** 7/14/2025
**Claim Face Value:** $13,513.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 312 | PRI | | | $13,437.62 | | |
| 312 | UNS | | | $76.00 | | |
| | | | | $13,513.62 | | |

### North Star Games, LLC
**Case(s): 308 Clm No: 69 Clm. Amt: $3,827.25**

*10605 Concord St, Unit 440*
*Kensington, MD 20895*
**Date Filed:** 2/20/2025
**Claim Face Value:** $3,827.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $3,827.25 | | |
| | | | | $3,827.25 | | |

### Evil Hat Productions, LLC
**Case(s): 308 Clm No: 70 Clm. Amt: $15,916.00**

*Attn: Frederick William Hicks IV*
*1905 Blackbriar St*
*Silver Spring, MD 20903*
**Date Filed:** 2/20/2025
**Claim Face Value:** $15,916.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $15,916.00 | | |
| | | | | $15,916.00 | | |

### Rubin & Frieda Fenster Family LTD Partnership
**Case(s): 312 Clm No: 70 Clm. Amt: $83,271.67**

*7100 Hayvenhurst Ave, Unit 200*
*Van Nuys, CA 91406*
**Date Filed:** 8/5/2025
**Orig. Date Filed:** 5/2/2025
**Amending Clm #:** 20
**Claim Face Value:** $83,271.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 312 | SEC | | | Unknown | Y | |
| 312 | UNS | | | $83,271.67 | | |
| | | | | $83,271.67 | | |

### Humanoids, Inc.
**Case(s): 308 Clm No: 71 Clm. Amt: $7,909.48**

*6464 Sunset Blvd, Ste 1180*
*Los Angeles, CA 90028*
**Date Filed:** 2/20/2025
**Claim Face Value:** $7,909.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $7,909.48 | | |
| | | | | $7,909.48 | | |

### New York State Department of Taxation & Finance
### Case(s): 312 Clm No: 71 Clm. Amt: $1,290.96

Attn: Bankruptcy Section
P.O. Box 5300
Albany, NY 12205
**Date Filed:** 9/3/2025
**Claim Face Value:** $1,290.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | ADM | | | $1,290.96 | | |
| | | | | $1,290.96 | | |

### Randstad USA Inc
### Case(s): 308 Clm No: 72 Clm. Amt: $44,077.35

3625 Cumberland Blvd, Ste 600
Atlanta, GA 30339
**Date Filed:** 2/20/2025
**Claim Face Value:** $44,077.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $44,077.35 | | |
| | | | | $44,077.35 | | |

### Ohio Department of Taxation
### Case(s): 312 Clm No: 72 Clm. Amt: $790.12

P.O. Box 530
Columbus, OH 43216
**Date Filed:** 10/21/2025
**Orig. Date Filed:** 4/8/2025
**Amending Clm #:** 16
**Claim Face Value:** $790.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 312 | PRI | | | $460.98 | | |
| 312 | UNS | | | $329.14 | | |
| | | | | $790.12 | | |

### Macmillan Holdings LLC, Holtzbrinck Publishers LLC
### Case(s): 308 Clm No: 73 Clm. Amt: $7,334.32

dba MPS
16365 James Madison Hwy
Gordonsville, VA 22942
**Date Filed:** 2/20/2025
**Claim Face Value:** $7,334.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $5,064.10 | | |
| 308 | UNS | | | $2,270.22 | | |
| | | | | $7,334.32 | | |

### G.T. Labs
### Case(s): 308 Clm No: 74 Clm. Amt: $172.83

816 Hutchins Ave
Ann Arbor, MI 48103
**Date Filed:** 2/21/2025
**Amended By Clm #:** 230
**Claim Face Value:** $172.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $172.83 | | |
| | | | | $172.83 | | |

**A1 Fire Protection Service, Inc.**
**Case(s): 308 Clm No: 75 Clm. Amt: $15,734.71**

*7181 Maygan Dr*
*Olive Branch, MS 38654*
**Date Filed:** 2/21/2025
**Claim Face Value:** $15,734.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $15,734.71 | | |
| | | | | $15,734.71 | | |

**Atlantis Toy and Hobby Inc.**
**Case(s): 308 Clm No: 76 Clm. Amt: $2,363.52**

*435 Brook Ave, Unit 16*
*Deer Park, NY 11729*
**Date Filed:** 2/21/2025
**Claim Face Value:** $2,363.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $2,363.52 | | |
| | | | | $2,363.52 | | |

**Critical Entertainment LLC**
**Case(s): 308 Clm No: 77 Clm. Amt: $1,428.43**

*Attn: Christopher Reda*
*515 Foothill Rd*
*Beverly Hills, CA 90210*
**Date Filed:** 2/22/2025
**Claim Face Value:** $1,428.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | 503(b)(9) | | | $1,212.87 | | |
| 308 | UNS | | | $215.56 | | |
| | | | | $1,428.43 | | |

**Holoshape Products Inc**
**Case(s): 308 Clm No: 78 Clm. Amt: $2,040.00**

*Attn: Jason Frame*
*15912 Warburton Dr*
*Haymarket, VA 20169*
**Date Filed:** 2/24/2025
**Claim Face Value:** $2,040.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | 503(b)(9) | | | $2,010.00 | | |
| 308 | UNS | | | $30.00 | | |
| | | | | $2,040.00 | | |

**Jim Balent**
**Case(s): 308 Clm No: 79 Clm. Amt: $791.64**

*c/o Law Office of Diane Leigh Davison*
*Attn: Diane Davison, Esq*
*1222 Glenback Ave*
*Baltimore, MD 21208*
**Date Filed:** 2/24/2025
**Claim Face Value:** $791.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $791.64 | | |
| | | | | $791.64 | | |

### The Book Service Limited
### Case(s): 308 Clm No: 80 Clm. Amt: $53,911.74

*Attn: Katie Whitmore*
*3500 Lacey Rd, Ste 220*
*Downers Grove, IL 60515*
**Date Filed:** 2/25/2025
**Claim Face Value:** $53,911.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $53,911.74 | | |
| | | | | $53,911.74 | | |

### New York State Dept. of Tax and Finance
### Case(s): 308 Clm No: 81 Clm. Amt: $21,102.32

*c/o Bankruptcy*
*P.O. Box 5300*
*Albany, NY 12205-0300*
**Date Filed:** 2/25/2025
**Orig. Date Filed:** 1/27/2025
**Amending Clm #:** 15
**Amended By Clm #:** 740
**Claim Face Value:** $21,102.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $18,773.12 | | |
| 308 | UNS | | | $2,329.20 | | |
| | | | | $21,102.32 | | |

### Above the Treeline, Inc.
### Case(s): 308 Clm No: 82 Clm. Amt: $440.00

*Attn: Cathy Champion*
*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 2/25/2025
**Claim Face Value:** $440.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $440.00 | | |
| | | | | $440.00 | | |

### Above the Treeline, Inc.
### Case(s): 308 Clm No: 83 Clm. Amt: $35.00

*Attn: Cathy Champion*
*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 2/25/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

### Above the Treeline, Inc.
### Case(s): 308 Clm No: 84 Clm. Amt: $35.00

*Attn: Cathy Champion*
*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 2/25/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

## Above the Treeline, Inc.
### Case(s): 308 Clm No: 85 Clm. Amt: $35.00

*Attn: Cathy Champion*
*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 2/25/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

## Flying Frog Productions
### Case(s): 308 Clm No: 86 Clm. Amt: $5,366.64

*Attn: Mary Beth Hill*
*2518 141st St SW*
*Lynnwood, WA 98087*
**Date Filed:** 2/25/2025
**Claim Face Value:** $5,366.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $4,922.53 | | |
| 308 | UNS | | | $444.11 | | |
| | | | | $5,366.64 | | |

## 1000 Toys Inc.
### Case(s): 308 Clm No: 87 Clm. Amt: $130,380.00

*390 Amapola Ave, Unit 2*
*Torrance, CA 90501*
**Date Filed:** 2/25/2025
**Claim Face Value:** $130,380.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $130,380.00 | | |
| | | | | $130,380.00 | | |

## Open Road Brands, LLC
### Case(s): 308 Clm No: 88 Clm. Amt: $1,517.25

*Attn: Nolan Collins*
*3718 N Rock Rd, Ste 500*
*Wichita, KS 67226*
**Date Filed:** 2/26/2025
**Claim Face Value:** $1,517.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $238.40 | | |
| 308 | UNS | | | $1,278.85 | | |
| | | | | $1,517.25 | | |

## Cryptozoic Entertainment LLC
### Case(s): 308 Clm No: 89 Clm. Amt: $29,880.00

*Attn: Rumi Asai*
*23212 Mill Creek Dr, Ste 300*
*Laguna Hills, CA 92653*
**Date Filed:** 2/27/2025
**Claim Face Value:** $29,880.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $29,880.00 | | |
| | | | | $29,880.00 | | |

### Floating World Comics
**Case(s): 308 Clm No: 90 Clm. Amt: $5,626.60**

*Attn: Jason Leivian*
*1223 Lloyd Ctr*
*Portland, OR 97232*
**Date Filed:** 2/27/2025
**Orig. Date Filed:** 2/4/2025
**Amending Clm #:** 36
**Claim Face Value:** $5,626.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $5,626.20 | | |
| 308 | UNS | | | $0.40 | | |
| | | | | $5,626.60 | | |

### BNC Strategic Capital Ventures, LLC
**Case(s): 308 Clm No: 91 Clm. Amt: $100,212.62**

*c/o The Zacher Company*
*444 E Main St, Ste 203*
*Fort Wayne, IN 46802*
**Date Filed:** 2/27/2025
**Claim Face Value:** $100,212.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $100,212.62 | | |
| | | | | $100,212.62 | | |

### Mantic Entertainment Ltd
**Case(s): 308 Clm No: 92 Clm. Amt: $8,711.05**

*193 Hempshill Lane*
*Bulwell, Nottinghamshire, NG12 5HB*
*United Kingdom*
**Date Filed:** 2/28/2025
**Claim Face Value:** $8,711.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $7,550.05 | | |
| 308 | UNS | | | $1,161.00 | | |
| | | | | $8,711.05 | | |

### Euler Hermes N.A - Agent for Boston America Corp.
**Case(s): 308 Clm No: 93 Clm. Amt: $3,014.40**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 2/28/2025
**Claim Face Value:** $3,014.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $3,014.40 | | |
| | | | | $3,014.40 | | |

### 14066723 Canada Inc.
**Case(s): 308 Clm No: 94 Clm. Amt: $1,732.02**

*Attn: John Anderson*
*1675 Augusta Ave, Ste 106*
*Burnaby, BC V5A 4S8*
*Canada*
**Date Filed:** 2/28/2025
**Claim Face Value:** $1,732.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,732.02 | | |
| | | | | $1,732.02 | | |

### Chessex Manufacturing Company LLC
### Case(s): 308 Clm No: 95 Clm. Amt: $164,954.36

*P.O. Box 80255*
*Fort Wayne, IN 46898*
**Date Filed:** 2/28/2025
**Amended By Clm #:** 292
**Claim Face Value:** $164,954.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $58,998.49 | | |
| 308 | UNS | | | $105,955.87 | | |
| | | | | $164,954.36 | | |

### Cinebook Ltd
### Case(s): 308 Clm No: 96 Clm. Amt: $2,020.20

*Attn: Valerie Robin*
*20 Hertford Rd, Flat 13*
*London, N1 5QS*
*United Kingdom*
**Date Filed:** 3/2/2025
**Amended By Clm #:** 97
**Claim Face Value:** $2,020.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,020.20 | | |
| | | | | $2,020.20 | | |

### Cinebook Ltd
### Case(s): 308 Clm No: 97 Clm. Amt: $2,020.20

*Attn: Valerie Robin*
*20 Hertford Rd, Flat 13*
*London, N1 5QS*
*United Kingdom*
**Date Filed:** 3/2/2025
**Orig. Date Filed:** 3/2/2025
**Amending Clm #:** 96
**Amended By Clm #:** 99
**Claim Face Value:** $2,020.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,020.20 | | |
| | | | | $2,020.20 | | |

### Euler Hermes N.A - Agent for Pyramid America Limited Partnership
### Case(s): 308 Clm No: 98 Clm. Amt: $15,546.00

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 3/3/2025
**Claim Face Value:** $15,546.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $15,546.00 | | |
| | | | | $15,546.00 | | |

### Cinebook Ltd
### Case(s): 308 Clm No: 99 Clm. Amt: $2,020.20

*Attn: Valerie Robin*
*Flat 13, 20 Hertford Rd*
*London, N1 5QS*
*United Kingdom*
**Date Filed:** 3/3/2025
**Orig. Date Filed:** 3/2/2025
**Amending Clm #:** 97
**Claim Face Value:** $2,020.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,020.20 | | |
| | | | | $2,020.20 | | |

## CT Corporation
### Case(s): 308 Clm No: 100 Clm. Amt: $568.60

*28 Liberty St*
*New York, NY 10005*
**Date Filed:** 3/4/2025
**Claim Face Value:** $568.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $568.60 | | |
| | | | | $568.60 | | |

## Hassett Logistics
### Case(s): 308 Clm No: 101 Clm. Amt: $299.67

*17W775 Butterfield Rd, Ste 109*
*Oakbrook Terrace, IL 60181*
**Date Filed:** 3/4/2025
**Claim Face Value:** $299.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $299.67 | | |
| | | | | $299.67 | | |

## Euler Hermes N.A - Agent for Geodis Transportation Solutions, LLC
### Case(s): 308 Clm No: 102 Clm. Amt: $21,590.17

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 3/4/2025
**Claim Face Value:** $21,590.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $3,302.04 | | |
| 308 | UNS | | | $18,288.13 | | |
| | | | | $21,590.17 | | |

## SoCalGas
### Case(s): 308 Clm No: 103 Clm. Amt: $1,221.40

*P.O. Box 30337*
*Los Angeles, CA 90030*
**Date Filed:** 2/20/2025
**Claim Face Value:** $1,221.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,221.40 | | |
| | | | | $1,221.40 | | |

## Penn Waste, Inc
### Case(s): 308 Clm No: 104 Clm. Amt: $346.40

*P.O. Box 3066*
*York, PA 17402*
**Date Filed:** 2/24/2025
**Claim Face Value:** $346.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $346.40 | | |
| | | | | $346.40 | | |

## Advanced Graphics Inc
### Case(s): 308 Clm No: 105 Clm. Amt: $2,700.00

*466 Marshall Way*
*Layton, UT 84041*
**Date Filed:** 3/3/2025
**Claim Face Value:** $2,700.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,700.00 | | |
| | | | | $2,700.00 | | |

**Classic Imports, Inc.**
**Case(s): 308 Clm No: 106 Clm. Amt: $132,807.50**

Attn: Michael A Harms
821 Alexander Rd, Ste 130
Princeton, NJ 08540
**Date Filed:** 3/5/2025
**Claim Face Value:** $132,807.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $132,807.50 | | |
| | | | | $132,807.50 | | |

**FRED Distribution Inc**
**Case(s): 308 Clm No: 107 Clm. Amt: $3,172.93**

Attn: Linda Pedlow
18200 Lake Shore Dr
Orland Park, IL 60467
**Date Filed:** 3/5/2025
**Amended By Clm #:** 466
**Claim Face Value:** $3,172.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | 503(b)(9) | | | $3,172.93 | | |
| | | | | $3,172.93 | | |

**Daikaiju Ent Ltd**
**Case(s): 308 Clm No: 108 Clm. Amt: $4,296.00**

Attn: John Lees/Daikaiju Ent
530 Willow Cres
Steinbach, MB, R5G 0K1
Canada
**Date Filed:** 3/7/2025
**Claim Face Value:** $4,296.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $4,296.00 | | |
| | | | | $4,296.00 | | |

**Flesk Publications LLC**
**Case(s): 308 Clm No: 109 Clm. Amt: $6,253.40**

2871 Mission St
Santa Cruz, CA 95060
**Date Filed:** 3/7/2025
**Claim Face Value:** $6,253.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $6,253.40 | | |
| | | | | $6,253.40 | | |

**Difference Engine Pte. Ltd.**
**Case(s): 308 Clm No: 110 Clm. Amt: $16,196.32**

284 River Valley Rd
Singapore, 238325
Singapore
**Date Filed:** 3/9/2025
**Claim Face Value:** $16,196.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $16,196.32 | | |
| | | | | $16,196.32 | | |

**Western Surety Company**
**Case(s): 308 Clm No: 111 Clm. Amt: $740,000.00**

6 Mill Ridge Ln
Chester, NJ 07930
**Date Filed:** 3/10/2025
**Claim Face Value:** $740,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $740,000.00 | | |
| | | | | $740,000.00 | | |

## Devir Games
### Case(s): 308 Clm No: 112 Clm. Amt: $13,109.90

*c/o Devir Americas, LLC*
*8123 S Orange Ave, Ste 166*
*Orlando, FL 32809*
**Date Filed:** 3/10/2025
**Claim Face Value:** $13,109.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $13,109.90 | | |
| | | | | $13,109.90 | | |

## Cephalofair Games, LLC
### Case(s): 308 Clm No: 113 Clm. Amt: $70,165.42

*680 Lighthouse Ave, Unit 240*
*Pacific Grove, CA 93950*
**Date Filed:** 3/10/2025
**Claim Face Value:** $70,165.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $70,165.42 | | |
| | | | | $70,165.42 | | |

## Nathaniel B Gertler
### Case(s): 308 Clm No: 114 Clm. Amt: $2,576.00

*Address Redacted*
**Date Filed:** 3/11/2025
**Claim Face Value:** $2,576.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,576.00 | | |
| | | | | $2,576.00 | | |

## Casemate Publishers and Book Distributors LLC
### Case(s): 308 Clm No: 115 Clm. Amt: $6,678.80

*1950 Lawrence Rd*
*Havertown, PA 19083*
**Date Filed:** 3/11/2025
**Claim Face Value:** $6,678.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $6,678.80 | | |
| | | | | $6,678.80 | | |

## The Armypainter ApS
### Case(s): 308 Clm No: 116 Clm. Amt: $598,977.23

*Attn: Palle Winther*
*Christiansmindevej 12*
*DK-8660 Skanderborg*
*Denmark*
**Date Filed:** 3/11/2025
**Orig. Date Filed:** 2/17/2025
**Amending Clm #:** 55
**Claim Face Value:** $598,977.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $598,977.23 | | |
| | | | | $598,977.23 | | |

## QS Information Services
### Case(s): 308 Clm No: 117 Clm. Amt: $10,064.99

*44 Merrimac St*
*Newburyport, MA 01950*
**Date Filed:** 3/12/2025
**Claim Face Value:** $10,064.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $10,064.99 | | |
| | | | | $10,064.99 | | |

### Advent Comics
**Case(s): 308 Clm No: 118 Clm. Amt: $780.22**

*13149 Larchdale Rd, Unit 2*
*Laurel, MD 20708*
**Date Filed:** 3/12/2025
**Claim Face Value:** $780.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $780.22 | | |
| | | | | $780.22 | | |

### Mississippi Department of Revenue
**Case(s): 308 Clm No: 119 Clm. Amt: $1,312.96**

*Attn: Bankruptcy Section*
*P.O. Box 22808*
*Jackson, MS 39225-2808*
**Date Filed:** 3/13/2025
**Claim Face Value:** $1,312.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $1,251.96 | | |
| 308 | UNS | | | $61.00 | | |
| | | | | $1,312.96 | | |

### Mississippi Department of Revenue
**Case(s): 308 Clm No: 120 Clm. Amt:**

*Attn: Bankruptcy Section*
*P.O. Box 22808*
*Jackson, MS 39225-2808*
**Date Filed:** 3/13/2025
**Amended By Clm #:** 696
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | | | |
| 308 | UNS | | | | | |

### International Paper Company
**Case(s): 308 Clm No: 121 Clm. Amt: $91,608.29**

*Attn: Ana Hernandez*
*Tower IV, 07-024*
*1740 international Dr*
*Memphis, TN 38197*
**Date Filed:** 3/14/2025
**Claim Face Value:** $91,608.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $40,456.59 | | |
| 308 | UNS | | | $51,151.70 | | |
| | | | | $91,608.29 | | |

### Euler Hermes N.A - Agent for Masterpieces Puzzle Co., Inc.
**Case(s): 308 Clm No: 122 Clm. Amt: $4,908.00**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 3/14/2025
**Claim Face Value:** $4,908.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $412.80 | | |
| 308 | UNS | | | $4,495.20 | | |
| | | | | $4,908.00 | | |

### Euler Hermes N.A - Agent for Echo Global Logistics, Inc.
### Case(s): 308 Clm No: 123 Clm. Amt: $24,500.00

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 3/14/2025
**Claim Face Value:** $24,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $20,350.00 | | |
| 308 | UNS | | | $4,150.00 | | |
| | | | | $24,500.00 | | |

### Blackbox Comics, LLC.
### Case(s): 308 Clm No: 124 Clm. Amt: $14,204.60

*Attn: Dimitrios Zaharakis*
*151-52 23rd Ave*
*Whitestone, NY 11357*
**Date Filed:** 3/15/2025
**Amending Clm #:** 0
**Claim Face Value:** $14,204.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $8,298.64 | | |
| 308 | UNS | | | $5,905.96 | | |
| | | | | $14,204.60 | | |

### Francine Callahan
### Case(s): 308 Clm No: 125 Clm. Amt: $3,386.97

*Address Redacted*
**Date Filed:** 3/17/2025
**Amended By Clm #:** 177
**Claim Face Value:** $3,386.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $3,386.97 | | |
| | | | | $3,386.97 | | |

### Charles A Parker
### Case(s): 308 Clm No: 126 Clm. Amt: $14,961.54

*Address Redacted*
**Date Filed:** 3/17/2025
**Amended By Clm #:** 280
**Claim Face Value:** $14,961.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $7,692.31 | | |
| 308 | UNS | | | $7,269.23 | | |
| | | | | $14,961.54 | | |

### Euler Hermes N.A - Agent for Bandai Namco Toys & Collectibles America Inc.
### Case(s): 308 Clm No: 127 Clm. Amt: $517,823.76

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 3/17/2025
**Claim Face Value:** $517,823.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $517,823.76 | | |
| | | | | $517,823.76 | | |

## TMP International, LLC
### Case(s): 308 Clm No: 128 Clm. Amt: $1,774,558.48

c/o Buchalter
Attn: Khaled Tarazi
15279 N Scottsdale Rd, Ste 400
Scottsdale, AZ 85254
**Date Filed:** 3/17/2025
**Claim Face Value:** $1,774,558.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,774,558.48 | | |
| | | | | $1,774,558.48 | | |

## Kathleen Libraro
### Case(s): 308 Clm No: 129 Clm. Amt: $85,500.00

Address Redacted
**Date Filed:** 3/4/2025
**Claim Face Value:** $85,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $85,500.00 | | |
| | | | | $85,500.00 | | |

## Compass Games LLC
### Case(s): 308 Clm No: 130 Clm. Amt: $10,671.03

P.O. Box 271
Cromwell, CT 06416
**Date Filed:** 3/7/2025
**Claim Face Value:** $10,671.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $10,671.03 | | |
| | | | | $10,671.03 | | |

## Smart Zone USA LLC
### Case(s): 308 Clm No: 131 Clm. Amt: $17,906.30

38 E Mall
Plainview, NY 11803
**Date Filed:** 3/17/2025
**Claim Face Value:** $17,906.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $17,906.30 | | |
| | | | | $17,906.30 | | |

## Euler Hermes N.A - Agent for Ravensburger North America, Inc.
### Case(s): 308 Clm No: 132 Clm. Amt: $43,271.31

Attn: Anupama P
100 International Dr, 22nd Fl
Baltimore, MD 21202
**Date Filed:** 3/18/2025
**Claim Face Value:** $43,271.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $7,491.60 | | |
| 308 | UNS | | | $35,779.71 | | |
| | | | | $43,271.31 | | |

## Southern California Edison Company
### Case(s): 308 Clm No: 133 Clm. Amt: $2,780.55

P.O. Box 6109
Covina, CA 91722
**Date Filed:** 3/18/2025
**Claim Face Value:** $2,780.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,780.55 | | |
| | | | | $2,780.55 | | |

### Graphitti Designs, Inc.
**Case(s): 308 Clm No: 134 Clm. Amt: $14,008.50**

*33159 Camino Capistrano, Ste G*
*San Juan Capistrano, CA 92675-4827*
**Date Filed:** 3/19/2025
**Orig. Date Filed:** 2/19/2025
**Amending Clm #:** 65
**Claim Face Value:** $14,008.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $13,748.50 | | |
| 308 | UNS | | | $260.00 | | |
| | | | | $14,008.50 | | |

### Playmonster Group, LLC
**Case(s): 308 Clm No: 135 Clm. Amt: $3,129.60**

*1400 E Inman Pkwy*
*Beloit, WI 53511*
**Date Filed:** 3/19/2025
**Claim Face Value:** $3,129.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $3,129.60 | | |
| | | | | $3,129.60 | | |

### Archon Sp z o o
**Case(s): 308 Clm No: 136 Clm. Amt: $100,997.95**

*Magazynowa Street 17*
*Pila, Wielkopolska 64-920*
*Poland*
**Date Filed:** 3/20/2025
**Claim Face Value:** $100,997.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $100,997.95 | | |
| | | | | $100,997.95 | | |

### Folded Space EOOD
**Case(s): 308 Clm No: 137 Clm. Amt: $4,129.80**

*Attn: Elizabeth Howald*
*940 Grant Ave*
*Grand Haven, MI 49417*
**Date Filed:** 3/21/2025
**Amended By Clm #:** 665
**Claim Face Value:** $4,129.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,129.80 | | |
| | | | | $4,129.80 | | |

### JAKKS Pacific Inc.
**Case(s): 308 Clm No: 138 Clm. Amt: $41,099.88**

*Attn: Melissa Shands*
*21749 Baker Pkwy*
*Walnut, CA 91789*
**Date Filed:** 3/21/2025
**Claim Face Value:** $41,099.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $41,099.88 | | |
| | | | | $41,099.88 | | |

### Jane Irwin
**Case(s): 308 Clm No: 139 Clm. Amt: $500.00**

*209 W Dutton St*
*Kalamazoo, MI 49007*
**Date Filed:** 3/22/2025
**Claim Face Value:** $500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $500.00 | | |
| | | | | $500.00 | | |

**White Wizard Games**
**Case(s): 308 Clm No: 140 Clm. Amt: $21,675.22**

*dba Wise Wizard Games*
*300 Webster Sq, PMB 400*
*Marshfield, MA 02050*
**Date Filed:** 3/23/2025
**Claim Face Value:** $21,675.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $21,675.22 | | |
| | | | | $21,675.22 | | |

**Euler Hermes N.A - Agent for TokyoPop Inc**
**Case(s): 308 Clm No: 141 Clm. Amt: $10,288.49**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 3/24/2025
**Claim Face Value:** $10,288.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $3,437.86 | | |
| 308 | UNS | | | $6,850.63 | | |
| | | | | $10,288.49 | | |

**Genius Games LLC**
**Case(s): 308 Clm No: 142 Clm. Amt: $1,290.40**

*1901 Shiloh Oaks Dr*
*Wildwood, MO 63005*
**Date Filed:** 3/24/2025
**Claim Face Value:** $1,290.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $1,290.40 | | |
| | | | | $1,290.40 | | |

**Mattel, Inc**
**Case(s): 308 Clm No: 143 Clm. Amt: $118,451.41**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 3/24/2025
**Claim Face Value:** $118,451.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $118,451.41 | | |
| | | | | $118,451.41 | | |

**The Canadian Group**
**Case(s): 308 Clm No: 144 Clm. Amt: $44,427.96**

*430 Signet Dr, Ste A*
*Toronto, ON M9L 2T6*
**Date Filed:** 3/25/2025
**Claim Face Value:** $44,427.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $44,427.96 | | |
| | | | | $44,427.96 | | |

**Philip Ellenberg**
**Case(s): 308 Clm No: 145 Clm. Amt: $3,125.00**

*445 Tyson Cir*
*Roswell, GA 30076*
**Date Filed:** 3/25/2025
**Claim Face Value:** $3,125.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $3,125.00 | | |
| | | | | $3,125.00 | | |

**Master Staffing, LLC**

**Case(s): 308 Clm No: 146 Clm. Amt: $11,131.35**

*c/o Barley Snyder*
*Attn: Scott F Landis, Esq*
*126 E King St*
*Lancaster, PA 17602*
**Date Filed:** 3/25/2025
**Claim Face Value:** $11,131.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $11,131.35 | | |
| | | | | $11,131.35 | | |

**Blue Yonder, Inc.**

**Case(s): 308 Clm No: 147 Clm. Amt: $96,303.87**

*c/o Squire Patton Boggs (US) LLP*
*Attn: Mark A Salzberg*
*2550 M St, NW*
*Washington, DC 20037*
**Date Filed:** 3/25/2025
**Claim Face Value:** $96,303.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $96,303.87 | | |
| | | | | $96,303.87 | | |

**Christine Gassmann**

**Case(s): 308 Clm No: 148 Clm. Amt: $771.71**

*Address Redacted*
**Date Filed:** 3/26/2025
**Claim Face Value:** $771.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $771.71 | | |
| | | | | $771.71 | | |

**Dex Protection LLC**

**Case(s): 308 Clm No: 149 Clm. Amt: $27,678.80**

*Attn: Charles Hsu*
*3360 Steve Reynolds Blvd, Unit 1428*
*Duluth, GA 30096*
**Date Filed:** 3/26/2025
**Claim Face Value:** $27,678.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $27,678.80 | | |
| | | | | $27,678.80 | | |

**Metal Weave Games Inc.**

**Case(s): 308 Clm No: 150 Clm. Amt: $20,372.00**

*Attn: Andreas Walker*
*10517 Moledo Ct*
*Elk Grove, CA 95757*
**Date Filed:** 3/26/2025
**Claim Face Value:** $20,372.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $20,372.00 | | |
| | | | | $20,372.00 | | |

**Passage Trading**

**Case(s): 308 Clm No: 151 Clm. Amt: $6,297,244.00**

*3-1-4-904 Tsukiji, Chuo-Ku*
*Tokyo*
*Japan*
**Date Filed:** 3/26/2025
**Claim Face Value:** $6,297,244.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $6,297,244.00 | | |
| | | | | $6,297,244.00 | | |

### Mark Winsor
**Case(s): 308 Clm No: 152 Clm. Amt: $11,533.64**

*Address Redacted*
**Date Filed:** 3/27/2025
**Claim Face Value:** $11,533.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $7,692.30 | | |
| 308 | UNS | | | $3,841.34 | | |
| | | | | $11,533.64 | | |

### Zurzolo & Quinn LLC
**Case(s): 308 Clm No: 153 Clm. Amt: $4,890.20**

*4 Browning Dr*
*Ossining, NY 10562*
**Date Filed:** 3/28/2025
**Claim Face Value:** $4,890.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,890.20 | | |
| | | | | $4,890.20 | | |

### Ghost Galaxy Inc.
**Case(s): 308 Clm No: 154 Clm. Amt: $5,128.00**

*1995 County Rd B2 W 3*
*Roseville, MN 55113*
**Date Filed:** 3/28/2025
**Claim Face Value:** $5,128.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $5,128.00 | | |
| | | | | $5,128.00 | | |

### Cellco Partnership
**Case(s): 308 Clm No: 155 Clm. Amt: $4,622.54**

*d/b/a Verizon Wireless*
*Attn: William M Vermette*
*22001 Loudoun County Pkwy*
*Ashburn, VA 20147*
**Date Filed:** 3/28/2025
**Claim Face Value:** $4,622.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,622.54 | | |
| | | | | $4,622.54 | | |

### Studio 2 Publishing, Inc
**Case(s): 308 Clm No: 156 Clm. Amt: $33,842.16**

*2663 Byington Solway Rd*
*Knoxville, TN 37931*
**Date Filed:** 3/30/2025
**Claim Face Value:** $33,842.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $15,502.79 | | |
| 308 | UNS | | | $18,339.37 | | |
| | | | | $33,842.16 | | |

### Top Trumps USA
### Case(s): 308 Clm No: 157 Clm. Amt: $712.53

*Attn: Tiffany Smith*
*P.O. Box 600*
*Grantsville, MD 21536*
**Date Filed:** 3/29/2025
**Claim Face Value:** $712.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $712.53 | | |
| | | | | $712.53 | | |

### Czech Games Edition, Inc
### Case(s): 308 Clm No: 158 Clm. Amt: $49,795.68

*Attn: Joshua Owens*
*10 Hale St, Ste 500*
*Charleston, WV 25301*
**Date Filed:** 3/31/2025
**Claim Face Value:** $49,795.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $49,795.68 | | |
| | | | | $49,795.68 | | |

### Flying Frog Productions, LLC
### Case(s): 308 Clm No: 159 Clm. Amt: $2,014.66

*2518 141st St SW*
*Lynnwood, WA 98087*
**Date Filed:** 3/31/2025
**Claim Face Value:** $2,014.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,014.66 | | |
| | | | | $2,014.66 | | |

### Snowdale Design Oy
### Case(s): 308 Clm No: 160 Clm. Amt: $11,443.10

*Attn: Sami Laakso*
*Yrjönkatu 5 D 59*
*Pori, Satakunta, 28100*
*Finland*
**Date Filed:** 4/1/2025
**Claim Face Value:** $11,443.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $11,443.10 | | |
| | | | | $11,443.10 | | |

### AHOY Comics
### Case(s): 308 Clm No: 161 Clm. Amt: $14,397.25

*Attn: Hart I Seely III*
*101 Enderberry Cir*
*Syracuse, NY 13224*
**Date Filed:** 4/1/2025
**Claim Face Value:** $14,397.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $14,397.25 | | |
| | | | | $14,397.25 | | |

### City of Olive Branch
### Case(s): 308 Clm No: 162 Clm. Amt: $27,875.59

*9200 Pigeon Roost Rd*
*Olive Branch, MS 38654*
**Date Filed:** 3/31/2025
**Claim Face Value:** $27,875.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $27,875.59 | | |
| | | | | $27,875.59 | | |

## Old Dominion Freight Line, Inc.
### Case(s): 308 Clm No: 163 Clm. Amt: $637.27

*Attn: Rusty Frazier, Asset Recovery Analyst*
*500 Old Dominion Way*
*Thomasville, NC 27360*
**Date Filed:** 3/24/2025
**Claim Face Value:** $637.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $637.27 | | |
| | | | | $637.27 | | |

## American Mythology Productions LLC
### Case(s): 308 Clm No: 164 Clm. Amt: $43,354.17

*Attn: James Kuhoric*
*1411 Cherokee Ln*
*Bel Air, MD 21015*
**Date Filed:** 3/24/2025
**Claim Face Value:** $43,354.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $21,507.99 | | |
| 308 | UNS | | | $21,846.18 | | |
| | | | | $43,354.17 | | |

## Comserv Services LLC
### Case(s): 308 Clm No: 165 Clm. Amt: $3,300.00

*1246 Sycamore View Rd*
*Memphis, TN 38134*
**Date Filed:** 3/21/2025
**Claim Face Value:** $3,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $3,300.00 | | |
| | | | | $3,300.00 | | |

## Tri-Star Industrial Equip Co Inc
### Case(s): 308 Clm No: 166 Clm. Amt: $15,450.80

*1553 Bartlett Rd*
*Memphis, TN 38134*
**Date Filed:** 3/18/2025
**Claim Face Value:** $15,450.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $15,450.80 | | |
| | | | | $15,450.80 | | |

## Kaeser Compressors Inc.
### Case(s): 308 Clm No: 167 Clm. Amt: $5,986.76

*P.O. Box 946*
*Fredericksburg, VA 22404*
**Date Filed:** 3/24/2025
**Claim Face Value:** $5,986.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $391.66 | | |
| 308 | UNS | | | $5,595.10 | | |
| | | | | $5,986.76 | | |

### Penguin Random House LLC
### Case(s): 308 Clm No: 168 Clm. Amt: $8,941,467.05

*Attn: Credit Dept*
*400 Hahn Rd*
*Westminster, MD 21157*
**Date Filed:** 4/1/2025
**Amended By Clm #:** 169
**Claim Face Value:** $8,941,467.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | ADM | | | $1,075,171.54 | | |
| 308 | UNS | | | $7,866,295.51 | | |
| | | | | $8,941,467.05 | | |

### Penguin Random House LLC
### Case(s): 308 Clm No: 169 Clm. Amt: $8,941,467.05

*Attn: Credit Dept*
*400 Hahn Rd*
*Westminster, MD 21157*
**Date Filed:** 4/1/2025
**Orig. Date Filed:** 4/1/2025
**Amending Clm #:** 168
**Claim Face Value:** $8,941,467.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | 503(b)(9) | | | $1,075,171.54 | | |
| 308 | UNS | | | $7,866,295.51 | | |
| | | | | $8,941,467.05 | | |

### Shaw Material Handling Systems Inc
### Case(s): 308 Clm No: 170 Clm. Amt: $1,578.46

*8311 Equitable Rd*
*Kansas City, MO 64120*
**Date Filed:** 4/2/2025
**Claim Face Value:** $1,578.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | 503(b)(9) | | | $1,578.46 | | |
| | | | | $1,578.46 | | |

### Abysse America Inc
### Case(s): 308 Clm No: 171 Clm. Amt: $35,951.47

*Attn: David Ferrand*
*15002 NW 107th Ave, Ste 2*
*Hialeah Gardens, FL 33018*
**Date Filed:** 4/2/2025
**Claim Face Value:** $35,951.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $35,951.47 | | |
| | | | | $35,951.47 | | |

### Zen Monkey Studios LLC
### Case(s): 308 Clm No: 172 Clm. Amt: $4,655.00

*Attn: James Mirman*
*303 E 33rd St, Unit 11E*
*New York, NY 10016*
**Date Filed:** 4/2/2025
**Claim Face Value:** $4,655.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $4,655.00 | | |
| | | | | $4,655.00 | | |

**Christopher J Powell**
**Case(s): 308 Clm No: 173 Clm. Amt: $11,900.00**

*Address Redacted*
**Date Filed:** 4/3/2025
**Claim Face Value:** $11,900.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $6,730.77 | | |
| 308 | UNS | | | $5,169.23 | | |
| | | | | $11,900.00 | | |

**Edward J Briggs**
**Case(s): 308 Clm No: 174 Clm. Amt: $17,629.10**

*45 Valcour Heights Dr*
*Pery, NY 12972*
**Date Filed:** 4/3/2025
**Claim Face Value:** $17,629.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $6,269.24 | | |
| 308 | UNS | | | $11,359.86 | | |
| | | | | $17,629.10 | | |

**Archon Sp z o o**
**Case(s): 308 Clm No: 175 Clm. Amt: $100,997.95**

*Attn: Agata Ehertouska*
*Magazynowa 17*
*64-920 Pila*
*Poland*
**Date Filed:** 4/3/2025
**Claim Face Value:** $100,997.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $100,997.95 | | |
| | | | | $100,997.95 | | |

**Indiana Department of Revenue**
**Case(s): 308 Clm No: 176 Clm. Amt: $538.74**

*100 N Senate Ave, N-240 MS 108*
*Indianapolis, IN 46204*
**Date Filed:** 4/3/2025
**Claim Face Value:** $538.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $449.12 | | |
| 308 | UNS | | | $89.62 | | |
| | | | | $538.74 | | |

**Francine Callahan**
**Case(s): 308 Clm No: 177 Clm. Amt: $3,386.97**

*Address Redacted*
**Date Filed:** 4/4/2025
**Orig. Date Filed:** 3/17/2025
**Amending Clm #:** 125
**Claim Face Value:** $3,386.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $3,386.97 | | |
| | | | | $3,386.97 | | |

## Angela Veach
### Case(s): 308 Clm No: 178 Clm. Amt: $6,645.43

*1146 Windermere Run*
*O'Fallon, IL 62269*
**Date Filed:** 4/4/2025
**Claim Face Value:** $6,645.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $3,730.77 | | |
| 308 | UNS | | | $2,914.66 | | |
| | | | | $6,645.43 | | |

## Florida Department of Revenue
### Case(s): 308 Clm No: 179 Clm. Amt: $949.50

*Attn: Frederick F Rudzik, Esq*
*P.O. Box 6668*
*Tallahassee, FL 32314-6668*
**Date Filed:** 4/4/2025
**Claim Face Value:** $949.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $949.50 | | |
| | | | | $949.50 | | |

## Nancy Romer
### Case(s): 308 Clm No: 180 Clm. Amt: $3,528.31

*Address Redacted*
**Date Filed:** 4/7/2025
**Amended By Clm #:** 210
**Claim Face Value:** $3,528.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | UNS | | | $3,528.31 | | |
| | | | | $3,528.31 | | |

## Acrylicos Vallejo SL
### Case(s): 308 Clm No: 181 Clm. Amt: $49,505.26

*c/o Coface North America Insurance Company*
*Attn: Isabel Lopez*
*600 College Rd E, Ste 1110*
*Princeton, NJ, 08540*
**Date Filed:** 4/7/2025
**Claim Face Value:** $49,505.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | UNS | | | $49,505.26 | | |
| | | | | $49,505.26 | | |

## Quartermaster Logistics LLC
### Case(s): 308 Clm No: 182 Clm. Amt: $12,043.50

*8550 S US Hwy 17/92*
*Maitland, FL 32751*
**Date Filed:** 4/7/2025
**Claim Face Value:** $12,043.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | UNS | | | $12,043.50 | | |
| | | | | $12,043.50 | | |

## Eric W Beck
### Case(s): 308 Clm No: 183 Clm. Amt: $6,550.23

*Address Redacted*
**Date Filed:** 4/7/2025
**Claim Face Value:** $6,550.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $6,550.23 | | |
| | | | | $6,550.23 | | |

## Imagine Fulfillment Services, LLC
### Case(s): 308 Clm No: 184 Clm. Amt: $4,838.64

*Attn: Maria Perez*
*14245 Artesia Blvd*
*La Mirada, CA 90638*
**Date Filed:** 4/7/2025
**Claim Face Value:** $4,838.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,838.64 | | |
| | | | | $4,838.64 | | |

## Michigan Department of Treasury
### Case(s): 308 Clm No: 185 Clm. Amt: $11,125.69

*Attn: Bankruptcy Unit*
*P.O. Box 30168*
*Lansing, MI 48909*
**Date Filed:** 4/7/2025
**Amended By Clm #:** 733
**Claim Face Value:** $11,125.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $11,125.69 | | |
| | | | | $11,125.69 | | |

## LaKisha DuBose
### Case(s): 308 Clm No: 186 Clm. Amt: $2,782.00

*Address Redacted*
**Date Filed:** 4/7/2025
**Claim Face Value:** $2,782.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,782.00 | | |
| | | | | $2,782.00 | | |

## Brian Bauer
### Case(s): 308 Clm No: 187 Clm. Amt: $2,111.63

*Address Redacted*
**Date Filed:** 4/7/2025
**Claim Face Value:** $2,111.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,111.63 | | |
| | | | | $2,111.63 | | |

## Maddalena Orlando
### Case(s): 308 Clm No: 188 Clm. Amt: $1,904.93

*Address Redacted*
**Date Filed:** 4/7/2025
**Claim Face Value:** $1,904.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $858.00 | | |
| 308 | UNS | | | $1,046.93 | | |
| | | | | $1,904.93 | | |

**Carlos Rodriguez**
**Case(s): 308 Clm No: 189 Clm. Amt: $886.73**

*Address Redacted*
**Date Filed:** 4/7/2025
**Claim Face Value:** $886.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $819.00 | | |
| 308 | UNS | | | $67.73 | | |
| | | | | $886.73 | | |

**Redacted Name**
**Case(s): 308 Clm No: 190 Clm. Amt: $4,465.19**

*Address Redacted*
**Date Filed:** 4/8/2025
**Claim Face Value:** $4,465.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $3,703.84 | | |
| 308 | UNS | | | $761.35 | | |
| | | | | $4,465.19 | | |

**Carly Campbell**
**Case(s): 308 Clm No: 191 Clm. Amt: $592.56**

*Address Redacted*
**Date Filed:** 4/8/2025
**Claim Face Value:** $592.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $592.56 | | |
| | | | | $592.56 | | |

**Nicole M Santo**
**Case(s): 308 Clm No: 192 Clm. Amt: $1,383.53**

*Address Redacted*
**Date Filed:** 4/8/2025
**Claim Face Value:** $1,383.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,383.53 | | |
| | | | | $1,383.53 | | |

**Kyle J Kreamer**
**Case(s): 308 Clm No: 193 Clm. Amt: $3,794.01**

*Address Redacted*
**Date Filed:** 4/8/2025
**Claim Face Value:** $3,794.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,480.76 | | |
| 308 | UNS | | | $1,313.25 | | |
| | | | | $3,794.01 | | |

### SC Department of Revenue
**Case(s): 308 Clm No: 194 Clm. Amt: $1,029.96**

*c/o Office of General Counsel*
*300A Outlet Pointe Blvd*
*Columbia, SC 29210*
**Date Filed:** 4/9/2025
**Claim Face Value:** $1,029.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,002.46 | | |
| 308 | UNS | | | $27.50 | | |
| | | | | $1,029.96 | | |

### Mid South Transport, Inc.
**Case(s): 308 Clm No: 195 Clm. Amt: $73,189.25**

*Attn: William R Shinault, III*
*2765 Profit Dr*
*Memphis, TN 38132*
**Date Filed:** 4/9/2025
**Claim Face Value:** $73,189.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $73,189.25 | | |
| | | | | $73,189.25 | | |

### Jeanne Marie Gordon
**Case(s): 308 Clm No: 196 Clm. Amt: $1,176.00**

*Address Redacted*
**Date Filed:** 4/9/2025
**Claim Face Value:** $1,176.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $728.00 | | |
| 308 | UNS | | | $448.00 | | |
| | | | | $1,176.00 | | |

### First Factory, Inc.
**Case(s): 308 Clm No: 197 Clm. Amt: $125,199.87**

*c/o Macco & Corey, PC*
*2950 Express Dr S, Ste 109*
*Islandia, NY 11749*
**Date Filed:** 4/9/2025
**Claim Face Value:** $125,199.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $125,199.87 | | |
| | | | | $125,199.87 | | |

### Janaj Anderson
**Case(s): 308 Clm No: 198 Clm. Amt: $1,528.80**

*Address Redacted*
**Date Filed:** 4/9/2025
**Claim Face Value:** $1,528.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $993.72 | | |
| 308 | UNS | | | $535.08 | | |
| | | | | $1,528.80 | | |

**Cameron Faulkner-Walker**
**Case(s): 308 Clm No: 199 Clm. Amt: $1,271.65**

*7165 Winfield Rd*
*Winfield, WV 25213*
**Date Filed:** 4/9/2025
**Claim Face Value:** $1,271.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $1,271.65 | | |
| | | | | $1,271.65 | | |

**Robert Ryan Rochelle**
**Case(s): 308 Clm No: 200 Clm. Amt: $4,681.45**

*6333 Nail Rd*
*Walls, MS 38680*
**Date Filed:** 4/9/2025
**Claim Face Value:** $4,681.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $3,028.84 | | |
| 308 | UNS | | | $1,652.61 | | |
| | | | | $4,681.45 | | |

**Monogram International, Inc**
**Case(s): 308 Clm No: 201 Clm. Amt: $113,536.14**

*21005 Commerce Point Dr*
*Walnut, CA 91789*
**Date Filed:** 4/9/2025
**Amended By Clm #:** 202
**Claim Face Value:** $113,536.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $113,536.14 | | |
| | | | | $113,536.14 | | |

**Monogram International, Inc**
**Case(s): 308 Clm No: 202 Clm. Amt: $113,536.14**

*21005 Commerce Point Dr*
*Walnut, CA 91789*
**Date Filed:** 4/10/2025
**Orig. Date Filed:** 4/10/2025
**Amending Clm #:** 201
**Claim Face Value:** $113,536.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $113,536.14 | | |
| | | | | $113,536.14 | | |

**Donna Kay Nerini**
**Case(s): 308 Clm No: 203 Clm. Amt: $2,324.38**

*Address Redacted*
**Date Filed:** 4/10/2025
**Claim Face Value:** $2,324.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $2,324.38 | | |
| | | | | $2,324.38 | | |

**Brian D Bailey**
**Case(s): 308 Clm No: 204 Clm. Amt: $267.51**

*Address Redacted*
**Date Filed:** 4/10/2025
**Claim Face Value:** $267.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $267.51 | | |
| | | | | $267.51 | | |

**Adam Novak**
**Case(s): 308 Clm No: 205 Clm. Amt: $1,581.88**

*Address Redacted*
**Date Filed:** 4/10/2025
**Claim Face Value:** $1,581.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,581.88 | | |
| | | | | $1,581.88 | | |

**Timothy Greaves**
**Case(s): 308 Clm No: 206 Clm. Amt: $5,737.97**

*Address Redacted*
**Date Filed:** 4/10/2025
**Claim Face Value:** $5,737.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $5,737.97 | | |
| | | | | $5,737.97 | | |

**Troy Sands**
**Case(s): 308 Clm No: 207 Clm. Amt: $9,387.01**

*Address Redacted*
**Date Filed:** 4/10/2025
**Claim Face Value:** $9,387.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $4,807.69 | | |
| 308 | UNS | | | $4,579.32 | | |
| | | | | $9,387.01 | | |

**Preston Sawyer**
**Case(s): 308 Clm No: 208 Clm. Amt: $3,703.55**

*Address Redacted*
**Date Filed:** 4/10/2025
**Claim Face Value:** $3,703.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,938.47 | | |
| 308 | UNS | | | $1,765.08 | | |
| | | | | $3,703.55 | | |

**Teems & Demoville Mechanical Contractors, LLC**
**Case(s): 308 Clm No: 209 Clm. Amt: $16,658.06**

*Attn: Robert A Teems*
*7314 Pleasant Ridge Rd*
*Arlington, TN 38002*
**Date Filed:** 4/11/2025
**Claim Face Value:** $16,658.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $16,658.06 | | |
| | | | | $16,658.06 | | |

## Nancy Romer
**Case(s): 308 Clm No: 210 Clm. Amt: $3,528.31**

*Address Redacted*
**Date Filed:** 4/11/2025
**Orig. Date Filed:** 4/7/2025
**Amending Clm #:** 180
**Claim Face Value:** $3,528.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $3,528.31 | | |
| | | | | $3,528.31 | | |

## Terry L Helman
**Case(s): 308 Clm No: 211 Clm. Amt: $2,328.60**

*Address Redacted*
**Date Filed:** 4/11/2025
**Claim Face Value:** $2,328.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $2,328.60 | | |
| | | | | $2,328.60 | | |

## AC Comics
**Case(s): 308 Clm No: 212 Clm. Amt: $1,685.37**

*P.O. Box 394*
*Plymouth, FL 32768-0394*
**Date Filed:** 4/14/2025
**Claim Face Value:** $1,685.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $1,685.37 | | |
| | | | | $1,685.37 | | |

## Fantagraphics Books Inc
**Case(s): 308 Clm No: 213 Clm. Amt: $93,305.80**

*7563 Lake City Way NE*
*Seattle, WA 98115*
**Date Filed:** 4/14/2025
**Claim Face Value:** $93,305.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $93,305.80 | | |
| | | | | $93,305.80 | | |

## Mindware Wholesale
**Case(s): 308 Clm No: 214 Clm. Amt: $3,689.25**

*Attn: Malory Sanders*
*5455 S 90th St*
*Omaha, NE 68127*
**Date Filed:** 4/15/2025
**Claim Face Value:** $3,689.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $3,689.25 | | |
| | | | | $3,689.25 | | |

## QS Information Services
**Case(s): 308 Clm No: 215 Clm. Amt: $2,442.67**

*44 Merrimac St*
*Newburyport, MA 01950*
**Date Filed:** 4/15/2025
**Claim Face Value:** $2,442.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $2,442.67 | | |
| | | | | $2,442.67 | | |

### Dan Verssen Games
**Case(s): 308 Clm No: 216 Clm. Amt: $6,698.40**

*Attn: Dan Verssen*
*1775 State Hwy 26, Unit 1206*
*Grapevine, TX 76051*
**Date Filed:** 4/15/2025
**Claim Face Value:** $6,698.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $6,698.40 | | |
| | | | | $6,698.40 | | |

### Antoinette Jackson
**Case(s): 308 Clm No: 217 Clm. Amt: $884.14**

*Address Redacted*
**Date Filed:** 4/16/2025
**Claim Face Value:** $884.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $884.14 | | |
| | | | | $884.14 | | |

### Global Games Development
**Case(s): 308 Clm No: 218 Clm. Amt: $4,584.33**

*2333 NE 47th Ave*
*Portland, OR 97213*
**Date Filed:** 4/16/2025
**Claim Face Value:** $4,584.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,584.33 | | |
| | | | | $4,584.33 | | |

### Samuel L Stevens
**Case(s): 308 Clm No: 219 Clm. Amt: $5,204.32**

*Address Redacted*
**Date Filed:** 4/16/2025
**Claim Face Value:** $5,204.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $5,204.32 | | |
| | | | | $5,204.32 | | |

### Boom Entertainment, Inc
**Case(s): 308 Clm No: 220 Clm. Amt: $785,853.48**

*6920 Melrose Ave*
*Los Angeles, CA 90038*
**Date Filed:** 4/17/2025
**Claim Face Value:** $785,853.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $36,050.76 | | |
| 308 | UNS | | | $749,802.72 | | |
| | | | | $785,853.48 | | |

### Heather K Cain-Shephard
**Case(s): 308 Clm No: 221 Clm. Amt: $422.56**

*Address Redacted*
**Date Filed:** 4/17/2025
**Claim Face Value:** $422.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $422.56 | | |
| | | | | $422.56 | | |

### Beth Elaine Tracey
**Case(s): 308 Clm No: 222 Clm. Amt: $2,323.91**

*Address Redacted*
**Date Filed:** 4/17/2025
**Claim Face Value:** $2,323.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,323.91 | | |
| | | | | $2,323.91 | | |

### Fangoria Publishing, LLC
**Case(s): 308 Clm No: 223 Clm. Amt: $42,326.56**

*Attn: Abhi Goel*
*2566 Shallowford Rd, Ste 104-180*
*Atlanta, GA 30345*
**Date Filed:** 4/17/2025
**Claim Face Value:** $42,326.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $42,326.56 | | |
| | | | | $42,326.56 | | |

### Brett Canby
**Case(s): 308 Clm No: 224 Clm. Amt: $4,135.25**

*Address Redacted*
**Date Filed:** 4/17/2025
**Claim Face Value:** $4,135.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,367.40 | | |
| 308 | UNS | | | $2,767.85 | | |
| | | | | $4,135.25 | | |

### Square Enix LLC
**Case(s): 308 Clm No: 225 Clm. Amt: $192,053.50**

*999 N Pacific Coast Hwy*
*El Segundo, CA 90245*
**Date Filed:** 4/15/2025
**Claim Face Value:** $192,053.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $192,053.50 | | |
| | | | | $192,053.50 | | |

### Ashton Greenwood
**Case(s): 308 Clm No: 226 Clm. Amt: $2,205.57**

*Address Redacted*
**Date Filed:** 4/21/2025
**Amended By Clm #:** 273
**Claim Face Value:** $2,205.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $2,205.57 | | |
| | | | | $2,205.57 | | |

### Pye-Barker Fire & Safety, LLC,
**Case(s): 308 Clm No: 227 Clm. Amt: $567.18**

*2035 Fletcher Creek Dr, Ste 102*
*Memphis, TN 38133*
**Date Filed:** 4/22/2025
**Claim Face Value:** $567.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $567.18 | | |
| | | | | $567.18 | | |

### Jason Kemp
**Case(s): 308 Clm No: 228 Clm. Amt: $5,752.65**

*Address Redacted*
**Date Filed:** 4/22/2025
**Claim Face Value:** $5,752.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $2,884.62 | | |
| 308 | UNS | | | $2,868.03 | | |
| | | | | $5,752.65 | | |

### Knine All Systems, Inc.
**Case(s): 308 Clm No: 229 Clm. Amt: $37.62**

*1331 Hiram Acworth Hwy*
*Dallas, GA 30157*
**Date Filed:** 4/23/2025
**Claim Face Value:** $37.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $37.62 | | |
| | | | | $37.62 | | |

### GT Labs
**Case(s): 308 Clm No: 230 Clm. Amt: $178.81**

*816 Hutchins Ave*
*Ann Arbor, MI 48103*
**Date Filed:** 4/23/2025
**Orig. Date Filed:** 2/21/2025
**Amending Clm #:** 74
**Claim Face Value:** $178.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $178.81 | | |
| | | | | $178.81 | | |

### Thomas Sadowski
**Case(s): 308 Clm No: 231 Clm. Amt: $1,963.47**

*Address Redacted*
**Date Filed:** 4/23/2025
**Claim Face Value:** $1,963.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $1,963.47 | | |
| | | | | $1,963.47 | | |

## Krystina E. Schmidt
### Case(s): 308 Clm No: 232 Clm. Amt: $438.84

*Address Redacted*
**Date Filed:** 4/23/2025
**Claim Face Value:** $438.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $438.84 | | |
| | | | | $438.84 | | |

## Crystal Cosby
### Case(s): 308 Clm No: 233 Clm. Amt: $243.94

*Address Redacted*
**Date Filed:** 4/23/2025
**Claim Face Value:** $243.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $243.94 | | |
| | | | | $243.94 | | |

## Danielle Ashford
### Case(s): 308 Clm No: 234 Clm. Amt: $100.35

*Address Redacted*
**Date Filed:** 4/23/2025
**Claim Face Value:** $100.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $100.35 | | |
| | | | | $100.35 | | |

## Richard R Johnson
### Case(s): 308 Clm No: 235 Clm. Amt: $4,453.82

*Address Redacted*
**Date Filed:** 4/23/2025
**Claim Face Value:** $4,453.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,961.24 | | |
| 308 | UNS | | | $1,492.58 | | |
| | | | | $4,453.82 | | |

## Dewaine Gartensleben
### Case(s): 308 Clm No: 236 Clm. Amt: $2,760.00

*Address Redacted*
**Date Filed:** 4/24/2025
**Claim Face Value:** $2,760.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,760.00 | | |
| | | | | $2,760.00 | | |

## Aeon Box Company
### Case(s): 308 Clm No: 237 Clm. Amt: $915.79

*dba Armor Packaging Corporation*
*1460 Lakes Pkwy*
*Lawrenceville, GA 30043*
**Date Filed:** 4/24/2025
**Claim Face Value:** $915.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $915.79 | | |
| | | | | $915.79 | | |

## David A Cooke
**Case(s): 308 Clm No: 238 Clm. Amt: $8,883.18**

*Address Redacted*
**Date Filed:** 4/24/2025
**Claim Face Value:** $8,883.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $6,923.08 | | |
| 308 | UNS | | | $1,960.10 | | |
| | | | | $8,883.18 | | |

## Travis County
**Case(s): 308 Clm No: 239 Clm. Amt: $60,842.82**

*c/o Travis County Attorney's Office*
*Attn: Jason A Starks*
*P.O. Box 1748*
*Austin, TX 78767*
**Date Filed:** 4/24/2025
**Amended By Clm #:** 297
**Claim Face Value:** $30,421.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $30,421.41 | | |
| 308 | SEC | | | $30,421.41 | | |
| | | | | $60,842.82 | | |

## M Sara Weaver
**Case(s): 308 Clm No: 240 Clm. Amt: $1,290.00**

*Address Redacted*
**Date Filed:** 4/24/2025
**Claim Face Value:** $1,290.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $1,290.00 | | |
| | | | | $1,290.00 | | |

## Wilcher Associates
**Case(s): 308 Clm No: 241 Clm. Amt: $5,045.69**

*280 Greg St, Ste 10, Unit 2020*
*Reno, NV 89502*
**Date Filed:** 4/24/2025
**Claim Face Value:** $5,045.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $5,045.69 | | |
| | | | | $5,045.69 | | |

## Keymaster Games
**Case(s): 308 Clm No: 242 Clm. Amt: $1,255.60**

*109 Chester Stevens Rd*
*Franklin, TN 37067*
**Date Filed:** 4/24/2025
**Claim Face Value:** $1,255.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $1,255.60 | | |
| | | | | $1,255.60 | | |

**Emily Neil Botica**
**Case(s): 308 Clm No: 243 Clm. Amt: $2,648.44**

*Address Redacted*
**Date Filed:** 4/24/2025
**Claim Face Value:** $2,648.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,648.44 | | |
| | | | | $2,648.44 | | |

**Marc Aquino**
**Case(s): 308 Clm No: 244 Clm. Amt: $813.46**

*Address Redacted*
**Date Filed:** 4/24/2025
**Claim Face Value:** $813.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $813.46 | | |
| | | | | $813.46 | | |

**Michael Schimmel**
**Case(s): 308 Clm No: 245 Clm. Amt: $10,868.51**

*Address Redacted*
**Date Filed:** 4/24/2025
**Claim Face Value:** $10,868.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $8,076.92 | | |
| 308 | UNS | | | $2,791.59 | | |
| | | | | $10,868.51 | | |

**Arturo Moreno**
**Case(s): 308 Clm No: 246 Clm. Amt: $466.97**

*Address Redacted*
**Date Filed:** 4/24/2025
**Claim Face Value:** $466.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $466.97 | | |
| | | | | $466.97 | | |

**TwoMorrows Inc.**
**Case(s): 308 Clm No: 247 Clm. Amt: $62,274.40**

*Attn: John Morrow*
*10407 Bedfordtown Dr*
*Raleigh, NC 27614*
**Date Filed:** 4/25/2025
**Amended By Clm #:** 295
**Claim Face Value:** $62,274.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $62,274.40 | | |
| | | | | $62,274.40 | | |

**Gabriel J Gillig**
**Case(s): 308 Clm No: 248 Clm. Amt: $1,314.52**

*Address Redacted*
**Date Filed:** 4/25/2025
**Claim Face Value:** $1,314.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,314.52 | | |
| | | | | $1,314.52 | | |

**Pyramid America, LP**
**Case(s): 308 Clm No: 249 Clm. Amt: $15,546.00**

*1 Haven Ave*
*Mt Vernon, NY 10553*
**Date Filed:** 4/25/2025
**Claim Face Value:** $15,546.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $15,546.00 | | |
| | | | | $15,546.00 | | |

**Daniel Hughes**
**Case(s): 308 Clm No: 250 Clm. Amt: $5,035.94**

*Address Redacted*
**Date Filed:** 4/25/2025
**Claim Face Value:** $5,035.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $5,035.94 | | |
| | | | | $5,035.94 | | |

**Amy M. Hughes**
**Case(s): 308 Clm No: 251 Clm. Amt: $2,524.92**

*Address Redacted*
**Date Filed:** 4/25/2025
**Claim Face Value:** $2,524.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,696.16 | | |
| 308 | UNS | | | $828.76 | | |
| | | | | $2,524.92 | | |

**Darin Ormiston**
**Case(s): 308 Clm No: 252 Clm. Amt: $821.03**

*Address Redacted*
**Date Filed:** 4/25/2025
**Claim Face Value:** $821.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $821.03 | | |
| | | | | $821.03 | | |

### Matthew Boles
**Case(s): 308 Clm No: 253 Clm. Amt: $3,861.68**

*Address Redacted*
**Date Filed:** 4/25/2025
**Claim Face Value:** $3,861.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $2,363.44 | | |
| 308 | UNS | | | $1,498.24 | | |
| | | | | $3,861.68 | | |

### Sonja Merz
**Case(s): 308 Clm No: 254 Clm. Amt: $3,677.17**

*Address Redacted*
**Date Filed:** 4/14/2025
**Claim Face Value:** $3,677.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $3,677.17 | | |
| | | | | $3,677.17 | | |

### Anne M Noyes
**Case(s): 308 Clm No: 255 Clm. Amt: $619.16**

*Address Redacted*
**Date Filed:** 4/11/2025
**Claim Face Value:** $619.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $619.16 | | |
| | | | | $619.16 | | |

### Timothy S Kartman
**Case(s): 308 Clm No: 256 Clm. Amt: $3,071.73**

*18628 W Turquoise Ave*
*Waddell, AZ 85355*
**Date Filed:** 4/25/2025
**Claim Face Value:** $3,071.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $2,409.20 | | |
| 308 | UNS | | | $662.53 | | |
| | | | | $3,071.73 | | |

### Christopher George Harbour Jr
**Case(s): 308 Clm No: 257 Clm. Amt: $2,504.56**

*Address Redacted*
**Date Filed:** 4/25/2025
**Claim Face Value:** $2,504.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $1,724.78 | | |
| 308 | UNS | | | $779.78 | | |
| | | | | $2,504.56 | | |

### Merida Frances Anderson
**Case(s): 308 Clm No: 258 Clm. Amt: $4,007.81**

*Address Redacted*
**Date Filed:** 4/25/2025
**Claim Face Value:** $4,007.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $4,007.81 | | |
| | | | | $4,007.81 | | |

### Factory Entertainment, Inc.
**Case(s): 308 Clm No: 259 Clm. Amt: $9,276.00**

*2355 Whitman Rd, Ste A*
*Concord, CA 94518*
**Date Filed:** 4/25/2025
**Claim Face Value:** $9,276.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $9,276.00 | | |
| | | | | $9,276.00 | | |

### Justin Kern
**Case(s): 308 Clm No: 260 Clm. Amt: $1,711.06**

*Address Redacted*
**Date Filed:** 4/25/2025
**Claim Face Value:** $1,711.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,313.03 | | |
| 308 | UNS | | | $398.03 | | |
| | | | | $1,711.06 | | |

### Pocket Jacks Comics, Inc.
**Case(s): 308 Clm No: 261 Clm. Amt: $3,932.12**

*Attn: Preston K Poulter*
*12471 Wood Manor Cir*
*Farmers Branch, TX 75234*
**Date Filed:** 4/27/2025
**Claim Face Value:** $3,932.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $3,932.12 | | |
| | | | | $3,932.12 | | |

### Incredible Dream Studios Inc.
**Case(s): 308 Clm No: 262 Clm. Amt: $31,619.57**

*2261 Market St, Ste 4475*
*San Francisco, CA 94114*
**Date Filed:** 4/27/2025
**Claim Face Value:** $31,619.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $31,619.57 | | |
| | | | | $31,619.57 | | |

**Caitlin McCabe**
**Case(s): 308 Clm No: 263 Clm. Amt: $2,089.02**

*9 Chauncey Walker St*
*Belchertown, MA 01007*
**Date Filed:** 4/28/2025
**Claim Face Value:** $2,089.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,089.02 | | |
| | | | | $2,089.02 | | |

**Trista Jane Peterson**
**Case(s): 308 Clm No: 264 Clm. Amt: $2,162.16**

*Address Redacted*
**Date Filed:** 4/28/2025
**Claim Face Value:** $2,162.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,162.16 | | |
| | | | | $2,162.16 | | |

**Matthew Barham**
**Case(s): 308 Clm No: 265 Clm. Amt: $2,099.62**

*Address Redacted*
**Date Filed:** 4/28/2025
**Claim Face Value:** $2,099.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,099.62 | | |
| | | | | $2,099.62 | | |

**Angelo R. Hernandez**
**Case(s): 308 Clm No: 266 Clm. Amt: $3,193.14**

*Address Redacted*
**Date Filed:** 4/28/2025
**Claim Face Value:** $3,193.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $3,193.14 | | |
| | | | | $3,193.14 | | |

**Rita Hicks**
**Case(s): 308 Clm No: 267 Clm. Amt: $199.24**

*Address Redacted*
**Date Filed:** 4/28/2025
**Claim Face Value:** $199.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $199.24 | | |
| | | | | $199.24 | | |

### Matthew Chambers
**Case(s): 308 Clm No: 268 Clm. Amt: $593.19**

*Address Redacted*
**Date Filed:** 4/28/2025
**Claim Face Value:** $593.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $593.19 | | |
| | | | | $593.19 | | |

### Boontham Seechan
**Case(s): 308 Clm No: 269 Clm. Amt: $174.72**

*Address Redacted*
**Date Filed:** 4/28/2025
**Claim Face Value:** $174.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $174.72 | | |
| | | | | $174.72 | | |

### Vanessa Obrien
**Case(s): 308 Clm No: 270 Clm. Amt: $228.56**

*Address Redacted*
**Date Filed:** 4/28/2025
**Claim Face Value:** $228.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $228.56 | | |
| | | | | $228.56 | | |

### Jeremy Mayo
**Case(s): 308 Clm No: 271 Clm. Amt: $1,127.75**

*Address Redacted*
**Date Filed:** 4/28/2025
**Claim Face Value:** $1,127.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $1,127.75 | | |
| | | | | $1,127.75 | | |

### Corey B Perez
**Case(s): 308 Clm No: 272 Clm. Amt: $717.11**

*Address Redacted*
**Date Filed:** 4/28/2025
**Claim Face Value:** $717.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $717.11 | | |
| | | | | $717.11 | | |

## Ashton Greenwood
**Case(s): 308 Clm No: 273 Clm. Amt: $2,205.57**

*Address Redacted*
**Date Filed:** 4/28/2025
**Orig. Date Filed:** 4/23/2025
**Amending Clm #:** 226
**Claim Face Value:** $2,205.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $2,205.57 | | |
| | | | | $2,205.57 | | |

## Joking Hazard LLC
**Case(s): 308 Clm No: 274 Clm. Amt: $7,694.10**

*15530 Spring Creek Pl*
*Dallas, TX 75248*
**Date Filed:** 4/28/2025
**Claim Face Value:** $7,694.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $7,694.10 | | |
| | | | | $7,694.10 | | |

## Brianna Acosta
**Case(s): 308 Clm No: 275 Clm. Amt: $321.48**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $321.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $321.48 | | |
| | | | | $321.48 | | |

## Jennifer V Lee
**Case(s): 308 Clm No: 276 Clm. Amt: $2,659.39**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $2,659.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,114.82 | | |
| 308 | UNS | | | $544.57 | | |
| | | | | $2,659.39 | | |

## Jessica Butts
**Case(s): 308 Clm No: 277 Clm. Amt: $371.93**

*613 W Maple St, Unit 8*
*Red Lion, PA 17356*
**Date Filed:** 4/29/2025
**Claim Face Value:** $371.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $371.93 | | |
| | | | | $371.93 | | |

**Justin Nguyen**
**Case(s): 308 Clm No: 278 Clm. Amt: $2,067.00**

*201 E Broadway*
*Red Lion, PA 17356*
**Date Filed:** 4/29/2025
**Claim Face Value:** $2,067.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,067.00 | | |
| | | | | $2,067.00 | | |

**Margaret Emuch**
**Case(s): 308 Clm No: 279 Clm. Amt: $147.35**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $147.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $147.35 | | |
| | | | | $147.35 | | |

**Charles A Parker**
**Case(s): 308 Clm No: 280 Clm. Amt: $14,961.54**

*Address Redacted*
**Date Filed:** 4/29/2025
**Orig. Date Filed:** 3/17/2025
**Amending Clm #:** 126
**Claim Face Value:** $14,961.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $7,692.31 | | |
| 308 | UNS | | | $7,269.23 | | |
| | | | | $14,961.54 | | |

**Josh Talley**
**Case(s): 308 Clm No: 281 Clm. Amt: $586.55**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $586.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $586.55 | | |
| | | | | $586.55 | | |

**Jason Ashford**
**Case(s): 308 Clm No: 282 Clm. Amt: $302.63**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $302.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $302.63 | | |
| | | | | $302.63 | | |

**Tyler Duane Sprunger**
**Case(s): 308 Clm No: 283 Clm. Amt: $1,011.42**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $1,011.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,011.42 | | |
| | | | | $1,011.42 | | |

**ePost Global LLC**
**Case(s): 308 Clm No: 284 Clm. Amt: $8,746.10**

*11137 Warland Dr*
*Cypress, CA 90630*
**Date Filed:** 4/29/2025
**Claim Face Value:** $8,746.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $8,746.10 | | |
| | | | | $8,746.10 | | |

**Maeve Elyse Kraiger**
**Case(s): 308 Clm No: 285 Clm. Amt: $336.90**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $336.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $336.90 | | |
| | | | | $336.90 | | |

**Kaite C Rhaym**
**Case(s): 308 Clm No: 286 Clm. Amt: $41.82**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $41.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $41.82 | | |
| | | | | $41.82 | | |

**Kason L Reachard**
**Case(s): 308 Clm No: 287 Clm. Amt: $547.81**

*613 W Maple St, Unit 8*
*Red Lion, PA 17356*
**Date Filed:** 4/29/2025
**Claim Face Value:** $547.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $547.81 | | |
| | | | | $547.81 | | |

**Johnny Goss**
**Case(s): 308 Clm No: 288 Clm. Amt: $142.00**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $142.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $142.00 | | |
| | | | | $142.00 | | |

### Benjamin C. Tawney
**Case(s): 308 Clm No: 289 Clm. Amt: $1,800.32**

*550 Oak Rd*
*Dallastown, PA 17313*
**Date Filed:** 4/29/2025
**Claim Face Value:** $1,800.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,800.32 | | |
| | | | | $1,800.32 | | |

### Koryn Fenske
**Case(s): 308 Clm No: 290 Clm. Amt: $490.08**

*613 W Maple St, Apt 4*
*Red Lion, PA 17356*
**Date Filed:** 4/29/2025
**Claim Face Value:** $490.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $490.08 | | |
| | | | | $490.08 | | |

### Gerryann Rhaym
**Case(s): 308 Clm No: 291 Clm. Amt: $293.13**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $293.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $293.13 | | |
| | | | | $293.13 | | |

### Chessex Manufacturing Company LLC
**Case(s): 308 Clm No: 292 Clm. Amt: $164,954.36**

*P.O. Box 80255*
*Fort Wayne, IN 46898*
**Date Filed:** 4/29/2025
**Orig. Date Filed:** 2/28/2025
**Amending Clm #:** 95
**Claim Face Value:** $164,954.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $58,998.49 | | |
| 308 | UNS | | | $105,955.87 | | |
| | | | | $164,954.36 | | |

### Amelia Cantu
**Case(s): 308 Clm No: 293 Clm. Amt: $1,008.00**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $1,008.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,008.00 | | |
| | | | | $1,008.00 | | |

**Mitchell Rodowski**
**Case(s): 308 Clm No: 294 Clm. Amt: $2,394.90**

*7864 Yellow Church Rd*
*Seven Valleys, PA 17360*
**Date Filed:** 4/29/2025
**Claim Face Value:** $2,394.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,394.60 | | |
| 308 | UNS | | | $0.30 | | |
| | | | | $2,394.90 | | |

**TwoMorrows Inc.**
**Case(s): 308 Clm No: 295 Clm. Amt: $64,758.20**

*Attn: John Morrow*
*10407 Bedfordtown Dr*
*Raleigh NC 27614*
**Date Filed:** 4/29/2025
**Orig. Date Filed:** 4/25/2025
**Amending Clm #:** 247
**Claim Face Value:** $64,758.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $64,758.20 | | |
| | | | | $64,758.20 | | |

**Tiffany Guerra**
**Case(s): 308 Clm No: 296 Clm. Amt: $268.80**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $268.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $268.80 | | |
| | | | | $268.80 | | |

**Travis County**
**Case(s): 308 Clm No: 297 Clm. Amt: $60,842.82**

*c/o Travis County Attorney's Office*
*Attn: Jason A Starks*
*P.O. Box 1748, Ned Granger Bldg*
*Austin, TX 78767*
**Date Filed:** 4/29/2025
**Orig. Date Filed:** 4/24/2025
**Amending Clm #:** 239
**Amended By Clm #:** 739
**Claim Face Value:** $30,421.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $30,421.41 | | |
| 308 | SEC | | | $30,421.41 | | |
| | | | | $60,842.82 | | |

**Philip Thomason**
**Case(s): 308 Clm No: 298 Clm. Amt: $876.00**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $876.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $876.00 | | |
| | | | | $876.00 | | |

**David J Coy**
**Case(s): 308 Clm No: 299 Clm. Amt: $532.00**

*15407 Barrens Rd N*
*Stewartstown, PA 17363*
**Date Filed:** 4/29/2025
**Claim Face Value:** $532.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $532.00 | | |
| | | | | $532.00 | | |

**Shannon Bynum**
**Case(s): 308 Clm No: 300 Clm. Amt: $303.77**

*Address Redacted*
**Date Filed:** 4/29/2025
**Claim Face Value:** $303.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $303.77 | | |
| | | | | $303.77 | | |

**Christy Vaeth**
**Case(s): 308 Clm No: 301 Clm. Amt: $4,031.50**

*9 Chapel Way*
*Red Lion, PA 17356*
**Date Filed:** 4/29/2025
**Claim Face Value:** $4,031.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,800.00 | | |
| 308 | UNS | | | $2,231.50 | | |
| | | | | $4,031.50 | | |

**Lance Woods**
**Case(s): 308 Clm No: 302 Clm. Amt: $5,096.05**

*Address Redacted*
**Date Filed:** 4/29/2025
**Amended By Clm #:** 526
**Claim Face Value:** $5,096.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,077.90 | | |
| 308 | UNS | | | $3,018.15 | | |
| | | | | $5,096.05 | | |

**Kotobukiya Co.,Ltd**
**Case(s): 308 Clm No: 303 Clm. Amt: $1,716.00**

*Attn: Takayuki Sunano*
*4-5, Midori-cho, Kotobukiya bldg.*
*Tachikawa City, Tokyo 190-8542*
*Japan*
**Date Filed:** 4/30/2025
**Claim Face Value:** $1,716.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $1,716.00 | | |
| | | | | $1,716.00 | | |

## Erika Berenice Mendoza Manuel
**Case(s): 308 Clm No: 304 Clm. Amt: $272.29**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $272.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $272.29 | | |
| | | | | $272.29 | | |

## Bryan Watson
**Case(s): 308 Clm No: 305 Clm. Amt: $602.00**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $602.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $602.00 | | |
| | | | | $602.00 | | |

## Alexander Xu
**Case(s): 308 Clm No: 306 Clm. Amt: $801.50**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $801.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $801.50 | | |
| | | | | $801.50 | | |

## Regina Owusu
**Case(s): 308 Clm No: 307 Clm. Amt: $307.40**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $307.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $307.40 | | |
| | | | | $307.40 | | |

## Jermei Johnson
**Case(s): 308 Clm No: 308 Clm. Amt: $229.50**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $229.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $229.50 | | |
| | | | | $229.50 | | |

## Ouchfactory Yumclub
**Case(s): 308 Clm No: 309 Clm. Amt: $2,072.00**

*661 Kern St*
*Richmond, CA 94805*
**Date Filed:** 4/28/2025
**Claim Face Value:** $2,072.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $2,072.00 | | |
| | | | | $2,072.00 | | |

**Retro-A-Go-Go! LLC**
**Case(s): 308 Clm No: 310 Clm. Amt: $2,998.40**

*214 S Michigan Ave*
*Howell, MI 48843*
**Date Filed:** 4/28/2025
**Claim Face Value:** $2,998.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $720.00 | | |
| 308 | UNS | | | $2,278.40 | | |
| | | | | $2,998.40 | | |

**Anthony Santano**
**Case(s): 308 Clm No: 311 Clm. Amt: $757.34**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $757.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $757.34 | | |
| | | | | $757.34 | | |

**Llewellyn Worldwide Ltd**
**Case(s): 308 Clm No: 312 Clm. Amt: $8,449.54**

*2143 Wooddale Dr*
*Woodbury, MN 55125*
**Date Filed:** 4/28/2025
**Claim Face Value:** $8,449.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | UNS | | | $8,449.54 | | |
| | | | | $8,449.54 | | |

**Capstone Games**
**Case(s): 308 Clm No: 313 Clm. Amt: $48,642.12**

*2 Techview Dr*
*Cincinatti, OH 45215*
**Date Filed:** 4/28/2025
**Claim Face Value:** $48,642.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | UNS | | | $48,642.12 | | |
| | | | | $48,642.12 | | |

**Leticia Cain**
**Case(s): 308 Clm No: 314 Clm. Amt: $342.16**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $342.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $342.16 | | |
| | | | | $342.16 | | |

**Tonya Shropshire**
**Case(s): 308 Clm No: 315 Clm. Amt: $3,269.69**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $3,269.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $3,269.69 | | |
| | | | | $3,269.69 | | |

**Morgan Danielle Garcia**
**Case(s): 308 Clm No: 316 Clm. Amt: $3,428.48**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $3,428.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,869.23 | | |
| 308 | UNS | | | $1,559.25 | | |
| | | | | $3,428.48 | | |

**Tony Wilde**
**Case(s): 308 Clm No: 317 Clm. Amt: $9,377.20**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $9,377.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $9,377.20 | | |
| | | | | $9,377.20 | | |

**Allison Rose Zaenger**
**Case(s): 308 Clm No: 318 Clm. Amt: $492.29**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $492.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $492.29 | | |
| | | | | $492.29 | | |

**Brett Ilk**
**Case(s): 308 Clm No: 319 Clm. Amt: $289.11**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $289.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $289.11 | | |
| | | | | $289.11 | | |

## Christopher Carroll
**Case(s): 308 Clm No: 320 Clm. Amt: $440.40**

*15407 Barrens Rd N*
*Stewartstown, PA 17363*
**Date Filed:** 4/30/2025
**Claim Face Value:** $440.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $440.40 | | |
| | | | | $440.40 | | |

## Josh Lovell
**Case(s): 308 Clm No: 321 Clm. Amt: $468.00**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $468.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $468.00 | | |
| | | | | $468.00 | | |

## Jason Floyd Barrand
**Case(s): 308 Clm No: 322 Clm. Amt: $355.82**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $355.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $355.82 | | |
| | | | | $355.82 | | |

## Jason Reachard
**Case(s): 308 Clm No: 323 Clm. Amt: $426.40**

*613 W Maple St, Apt 17*
*Red Lion, PA 17356*
**Date Filed:** 4/30/2025
**Claim Face Value:** $426.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $426.40 | | |
| | | | | $426.40 | | |

## Joseph Krall
**Case(s): 308 Clm No: 324 Clm. Amt: $1,921.00**

*2905 Cape Horn Rd*
*Red Lion, PA 17356*
**Date Filed:** 4/30/2025
**Claim Face Value:** $1,921.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,921.00 | | |
| | | | | $1,921.00 | | |

## Candace Rogers
**Case(s): 308 Clm No: 325 Clm. Amt: $817.06**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $817.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $817.06 | | |
| | | | | $817.06 | | |

**Courtney Ross Powell**
**Case(s): 308 Clm No: 326 Clm. Amt: $185.68**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $185.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $185.68 | | |
| | | | | $185.68 | | |

**Matthew Reifenberg**
**Case(s): 308 Clm No: 327 Clm. Amt: $1,592.31**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $1,592.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,150.00 | | |
| 308 | UNS | | | $442.31 | | |
| | | | | $1,592.31 | | |

**Lamthiane Phann**
**Case(s): 308 Clm No: 328 Clm. Amt: $2,549.25**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $2,549.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,549.25 | | |
| | | | | $2,549.25 | | |

**Phan Khun**
**Case(s): 308 Clm No: 329 Clm. Amt: $1,864.51**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $1,864.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,864.51 | | |
| | | | | $1,864.51 | | |

**Michael Gant**
**Case(s): 308 Clm No: 330 Clm. Amt: $1,611.60**

*Address Redacted*
**Date Filed:** 4/30/2025
**Claim Face Value:** $1,611.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,611.60 | | |
| | | | | $1,611.60 | | |

**Jermaine Holmes**
**Case(s): 308 Clm No: 331 Clm. Amt: $514.18**

*7373 Hunters Horn Dr*
*Olive Branch, MS 38654*
**Date Filed:** 5/1/2025
**Claim Face Value:** $514.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $514.18 | | |
| | | | | $514.18 | | |

**Natarsha McKinney**
**Case(s): 308 Clm No: 332 Clm. Amt: $288.30**

*736 Tyro Rd*
*Holly Springs, MS 38635*
**Date Filed:** 5/1/2025
**Claim Face Value:** $288.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $288.30 | | |
| | | | | $288.30 | | |

**Latonia Lee**
**Case(s): 308 Clm No: 333 Clm. Amt: $549.53**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $549.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $549.53 | | |
| | | | | $549.53 | | |

**Tabrina Mckinney**
**Case(s): 308 Clm No: 334 Clm. Amt: $527.36**

*137 Southern Cir*
*Holly Springs, MS 38635*
**Date Filed:** 5/1/2025
**Claim Face Value:** $527.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $527.36 | | |
| | | | | $527.36 | | |

**Meliano Garcia**
**Case(s): 308 Clm No: 335 Clm. Amt: $65.92**

*398 Meadow View Cir*
*Byhalia, MS 38611*
**Date Filed:** 5/1/2025
**Claim Face Value:** $65.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $65.92 | | |
| | | | | $65.92 | | |

**Kimberly K Vital**
**Case(s): 308 Clm No: 336 Clm. Amt: $2,834.20**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $2,834.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $1,915.00 | | |
| 308 | UNS | | | $919.20 | | |
| | | | | $2,834.20 | | |

**Heather M Bower**
**Case(s): 308 Clm No: 337 Clm. Amt: $254.30**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $254.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $254.30 | | |
| | | | | $254.30 | | |

**Robert Holmes**
**Case(s): 308 Clm No: 338 Clm. Amt: $751.35**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $751.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $751.35 | | |
| | | | | $751.35 | | |

**Jazmine Gladys-Elaine Archambault**
**Case(s): 308 Clm No: 339 Clm. Amt: $292.00**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $292.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $292.00 | | |
| | | | | $292.00 | | |

**Martene Brown**
**Case(s): 308 Clm No: 340 Clm. Amt: $110.88**

*10435 Catalpa St*
*Olive Branch, MS 38654*
**Date Filed:** 5/1/2025
**Claim Face Value:** $110.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $110.88 | | |
| | | | | $110.88 | | |

**ARA, Inc.**
**Case(s): 308 Clm No: 341 Clm. Amt: $533,564.27**

*Attn: John H Reid, Esq*
*5600 W 83rd St, Ste 400*
*Bloomington, MN 55437*
**Date Filed:** 5/1/2025
**Claim Face Value:** $533,564.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $533,564.27 | | |
| | | | | $533,564.27 | | |

**Antoine C Calligan**
**Case(s): 308 Clm No: 342 Clm. Amt: $441.67**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $441.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $441.67 | | |
| | | | | $441.67 | | |

**ARA, Inc.**
**Case(s): 308 Clm No: 343 Clm. Amt: $1,229,027.36**

*Attn: John H Reid, Esq*
*5600 W 83rd St, Ste 400*
*Bloomington, MN 55437*
**Date Filed:** 5/1/2025
**Claim Face Value:** $1,229,027.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,229,027.36 | | |
| | | | | $1,229,027.36 | | |

**Christine E. Stephens**
**Case(s): 308 Clm No: 344 Clm. Amt: $165.60**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $165.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $165.60 | | |
| | | | | $165.60 | | |

**Sean M. Davis**
**Case(s): 308 Clm No: 345 Clm. Amt: $1,348.54**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $1,348.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,130.57 | | |
| 308 | UNS | | | $217.97 | | |
| | | | | $1,348.54 | | |

**Donald S Long**
**Case(s): 308 Clm No: 346 Clm. Amt: $217.17**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $217.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $217.17 | | |
| | | | | $217.17 | | |

**David Scott Kulp**
**Case(s): 308 Clm No: 347 Clm. Amt: $657.69**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $657.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $657.69 | | |
| | | | | $657.69 | | |

### Tavaris J Boothe
**Case(s): 308 Clm No: 348 Clm. Amt: $4,690.69**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $4,690.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $4,690.69 | | |
| | | | | $4,690.69 | | |

### Eula Faye Judkins
**Case(s): 308 Clm No: 349 Clm. Amt: $833.79**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $833.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $833.79 | | |
| | | | | $833.79 | | |

### Caleb J Miller
**Case(s): 308 Clm No: 350 Clm. Amt: $601.00**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $601.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $601.00 | | |
| | | | | $601.00 | | |

### Carmalene C Davis
**Case(s): 308 Clm No: 351 Clm. Amt: $405.43**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $405.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $405.43 | | |
| | | | | $405.43 | | |

### Cecilia Esquivel Lopez
**Case(s): 308 Clm No: 352 Clm. Amt: $590.08**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $590.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $590.08 | | |
| | | | | $590.08 | | |

### Allyn R Gibson
**Case(s): 308 Clm No: 353 Clm. Amt: $3,231.47**

*274 W Walnut St*
*Yoe, PA 17313*
**Date Filed:** 5/1/2025
**Claim Face Value:** $3,231.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $1,688.00 | | |
| 308 | UNS | | | $1,543.47 | | |
| | | | | $3,231.47 | | |

### Bruce Tyler Hamilton
**Case(s): 308 Clm No: 354 Clm. Amt: $620.24**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $620.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $598.60 | | |
| 308 | UNS | | | $21.64 | | |
| | | | | $620.24 | | |

### Charles M Moore III
**Case(s): 308 Clm No: 355 Clm. Amt: $387.19**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $387.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $387.19 | | |
| | | | | $387.19 | | |

### Lorena Martinez Flores
**Case(s): 308 Clm No: 356 Clm. Amt: $855.97**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $855.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $855.97 | | |
| | | | | $855.97 | | |

### Bryce Whitacre
**Case(s): 308 Clm No: 357 Clm. Amt: $1,209.13**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $1,209.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $982.50 | | |
| 308 | UNS | | | $226.63 | | |
| | | | | $1,209.13 | | |

**Eduardo A Perez Valdes**
**Case(s): 308 Clm No: 358 Clm. Amt: $799.71**

*Address Redacted*
**Date Filed:** 5/1/2025
**Amended By Clm #:** 552
**Claim Face Value:** $799.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | Unknown | Y | |
| 308 | UNS | | | $799.71 | | |
| | | | | $799.71 | | |

**Katie Skinner**
**Case(s): 308 Clm No: 359 Clm. Amt: $3,090.36**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $3,090.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,060.24 | | |
| 308 | UNS | | | $1,030.12 | | |
| | | | | $3,090.36 | | |

**Emma K Porter**
**Case(s): 308 Clm No: 360 Clm. Amt: $1,455.60**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $1,455.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,184.10 | | |
| 308 | UNS | | | $271.50 | | |
| | | | | $1,455.60 | | |

**Redacted Name**
**Case(s): 308 Clm No: 361 Clm. Amt: $4,567.47**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $4,567.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,567.47 | | |
| | | | | $4,567.47 | | |

**Jerome J. Gonyeau**
**Case(s): 308 Clm No: 362 Clm. Amt: $2,312.28**

*32 Lorraine St, Apt 201*
*Plattsburgh, NY 12901*
**Date Filed:** 5/1/2025
**Claim Face Value:** $2,312.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,712.80 | | |
| 308 | UNS | | | $599.48 | | |
| | | | | $2,312.28 | | |

**Danielle J Gill**
**Case(s): 308 Clm No: 363 Clm. Amt: $141.38**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $141.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $141.38 | | |
| | | | | $141.38 | | |

**Lily Dillard**
**Case(s): 308 Clm No: 364 Clm. Amt: $1,044.38**

*318 Harrison Ave*
*Greensburg, PA 15601*
**Date Filed:** 5/1/2025
**Claim Face Value:** $1,044.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $915.20 | | |
| 308 | UNS | | | $129.18 | | |
| | | | | $1,044.38 | | |

**Maria Elena Bravo de Granadillo**
**Case(s): 308 Clm No: 365 Clm. Amt: $602.67**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $602.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $602.67 | | |
| | | | | $602.67 | | |

**Darius S Ayers**
**Case(s): 308 Clm No: 366 Clm. Amt: $277.27**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $277.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $277.27 | | |
| | | | | $277.27 | | |

**Khoeun Kheiv**
**Case(s): 308 Clm No: 367 Clm. Amt: $1,250.17**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $1,250.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $1,250.17 | | |
| | | | | $1,250.17 | | |

**Mona L Arnold**
**Case(s): 308 Clm No: 368 Clm. Amt: $292.72**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $292.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $292.72 | | |
| | | | | $292.72 | | |

**Luis Florez Forero**
**Case(s): 308 Clm No: 369 Clm. Amt: $279.14**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $279.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $279.14 | | |
| | | | | $279.14 | | |

**Brandon M Dills**
**Case(s): 308 Clm No: 370 Clm. Amt: $359.74**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $359.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $359.74 | | |
| | | | | $359.74 | | |

**Anyerbet Vergara**
**Case(s): 308 Clm No: 371 Clm. Amt: $143.14**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $143.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $143.14 | | |
| | | | | $143.14 | | |

**Dina Vasquez**
**Case(s): 308 Clm No: 372 Clm. Amt: $360.32**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $360.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $360.32 | | |
| | | | | $360.32 | | |

**Michael Szymanski**
**Case(s): 308 Clm No: 373 Clm. Amt: $1,661.82**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $1,661.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $952.12 | | |
| 308 | UNS | | | $709.70 | | |
| | | | | $1,661.82 | | |

**Northcentral Electric Cooperative**
**Case(s): 308 Clm No: 374 Clm. Amt: $29,570.19**

*P.O. Box 405*
*Byhalia, MS 38611*
**Date Filed:** 5/1/2025
**Amended By Clm #:** 732
**Claim Face Value:** $29,570.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $29,570.19 | | |
| | | | | $29,570.19 | | |

**Emily Eickhoff**
**Case(s): 308 Clm No: 375 Clm. Amt: $6,332.34**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $6,332.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $3,427.52 | | |
| 308 | UNS | | | $2,904.82 | | |
| | | | | $6,332.34 | | |

**Leonel A Colazo**
**Case(s): 308 Clm No: 376 Clm. Amt: $218.32**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $218.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $218.32 | | |
| | | | | $218.32 | | |

**Phyllis Taylor**
**Case(s): 308 Clm No: 377 Clm. Amt: $542.19**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $542.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $542.19 | | |
| | | | | $542.19 | | |

**Leslie Lane**
**Case(s): 308 Clm No: 378 Clm. Amt: $188.28**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $188.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $188.28 | | |
| | | | | $188.28 | | |

**Iessika Reyes-Parra**
**Case(s): 308 Clm No: 379 Clm. Amt: $380.80**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $380.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $380.80 | | |
| | | | | $380.80 | | |

**Maria Rojas**
**Case(s): 308 Clm No: 380 Clm. Amt: $332.80**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $332.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $332.80 | | |
| | | | | $332.80 | | |

**Delois Anthony**
**Case(s): 308 Clm No: 381 Clm. Amt: $342.95**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $342.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $342.95 | | |
| | | | | $342.95 | | |

**Edisson Rojas-Parra**
**Case(s): 308 Clm No: 382 Clm. Amt: $234.60**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $234.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $234.60 | | |
| | | | | $234.60 | | |

### Kory Law
**Case(s): 308 Clm No: 383 Clm. Amt: $1,521.36**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $1,521.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,521.36 | | |
| | | | | $1,521.36 | | |

### Ieuskari Rojas
**Case(s): 308 Clm No: 384 Clm. Amt: $196.80**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $196.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $196.80 | | |
| | | | | $196.80 | | |

### Anthony Gonzalez
**Case(s): 308 Clm No: 385 Clm. Amt: $1,008.00**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $1,008.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,008.00 | | |
| | | | | $1,008.00 | | |

### Martin Ernest Grosser
**Case(s): 308 Clm No: 386 Clm. Amt: $2,999.36**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $2,999.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | Unknown | Y | |
| 308 | PRI | | | $2,999.36 | | |
| | | | | $2,999.36 | | |

### Tad August Luedeke
**Case(s): 308 Clm No: 387 Clm. Amt: $919.40**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $919.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $685.46 | | |
| 308 | UNS | | | $233.94 | | |
| | | | | $919.40 | | |

### David Labelle
**Case(s): 308 Clm No: 388 Clm. Amt: $5,798.73**

*1925 Wood Lane Dr*
*Olive Branch, MS 38654*
**Date Filed:** 5/1/2025
**Claim Face Value:** $5,798.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $3,062.50 | | |
| 308 | UNS | | | $2,736.23 | | |
| | | | | $5,798.73 | | |

### Jessie Runberg
**Case(s): 308 Clm No: 389 Clm. Amt: $538.40**

*Address Redacted*
**Date Filed:** 5/1/2025
**Claim Face Value:** $538.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $538.40 | | |
| | | | | $538.40 | | |

### Tracie E Adams
**Case(s): 308 Clm No: 390 Clm. Amt: $75.97**

*1850 Jason Way*
*Byhalia, MS 38611*
**Date Filed:** 5/1/2025
**Claim Face Value:** $75.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $75.97 | | |
| | | | | $75.97 | | |

### Robert Smith
**Case(s): 308 Clm No: 391 Clm. Amt: $2,483.38**

*502 Humphrey Rd*
*Holly Springs, MS 38635*
**Date Filed:** 5/1/2025
**Claim Face Value:** $2,483.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $2,483.38 | | |
| | | | | $2,483.38 | | |

### Mighty Jaxx of America, LLC
**Case(s): 308 Clm No: 392 Clm. Amt: $64,133.72**

*21 Tai Seng Dr, Unit 06-00*
*Singapore 535223*
*Singapore*
**Date Filed:** 5/2/2025
**Claim Face Value:** $64,133.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $22,359.60 | | |
| 308 | UNS | | | $41,774.12 | | |
| | | | | $64,133.72 | | |

### Dalmont McGory
**Case(s): 308 Clm No: 393 Clm. Amt: $417.15**

*415 Jones Beene Dr*
*Holly Springs, MS 38635*
**Date Filed:** 5/2/2025
**Claim Face Value:** $417.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $417.15 | | |
| | | | | $417.15 | | |

### Brenda Harrouchi
**Case(s): 308 Clm No: 394 Clm. Amt: $660.52**

*311 Burton Rd*
*Senatobia, MS 38668*
**Date Filed:** 5/2/2025
**Claim Face Value:** $660.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $660.52 | | |
| | | | | $660.52 | | |

### Demetrius D Gilmore
**Case(s): 308 Clm No: 395 Clm. Amt: $65.60**

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $65.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $65.60 | | |
| | | | | $65.60 | | |

### Larry Wilson
**Case(s): 308 Clm No: 396 Clm. Amt: $1,577.63**

*3944 Hwy 309 N*
*Byhalia, MS 38611*
**Date Filed:** 5/2/2025
**Claim Face Value:** $1,577.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $1,577.63 | | |
| | | | | $1,577.63 | | |

### Luisangela Frontado
**Case(s): 308 Clm No: 397 Clm. Amt: $1,298.46**

*7100 Tulane Rd, Unit 504 E*
*Horn Lake, MS 38637*
**Date Filed:** 5/2/2025
**Claim Face Value:** $1,298.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $1,298.46 | | |
| | | | | $1,298.46 | | |

**Evan M Schneider**
**Case(s): 308 Clm No: 398 Clm. Amt: $559.00**

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $559.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $539.50 | | |
| 308 | UNS | | | $19.50 | | |
| | | | | $559.00 | | |

**Rabiab Lim**
**Case(s): 308 Clm No: 399 Clm. Amt: $951.88**

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $951.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $951.88 | | |
| | | | | $951.88 | | |

**Lisa Coleman**
**Case(s): 308 Clm No: 400 Clm. Amt: $1,179.46**

*1992 Rabbit Ridge Rd*
*Byhalia, MS 38611*
**Date Filed:** 5/2/2025
**Claim Face Value:** $1,179.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $1,179.46 | | |
| | | | | $1,179.46 | | |

**Rio Grande Games**
**Case(s): 308 Clm No: 401 Clm. Amt: $78,951.36**

*18 Santa Ana Loop*
*Placitas, NM 87043*
**Date Filed:** 5/2/2025
**Claim Face Value:** $78,951.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | UNS | | | $78,951.36 | | |
| | | | | $78,951.36 | | |

**Casey Dimoff**
**Case(s): 308 Clm No: 402 Clm. Amt: $3,610.63**

*554 Courtland St*
*York, PA 17403*
**Date Filed:** 5/2/2025
**Claim Face Value:** $3,610.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $1,519.20 | | |
| 308 | UNS | | | $2,091.43 | | |
| | | | | $3,610.63 | | |

## Steve Tipton
### Case(s): 308 Clm No: 403 Clm. Amt: $10,563.10

*4009 Charity Dr*
*Red Lion, PA 17356*
**Date Filed:** 5/2/2025
**Claim Face Value:** $10,563.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $10,563.10 | | |
| | | | | $10,563.10 | | |

## Miguel Alcantar
### Case(s): 308 Clm No: 404 Clm. Amt: $196.02

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $196.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $196.02 | | |
| | | | | $196.02 | | |

## Barbara Hall
### Case(s): 308 Clm No: 405 Clm. Amt: $416.16

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $416.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $416.16 | | |
| | | | | $416.16 | | |

## Tonya Shropshire
### Case(s): 308 Clm No: 406 Clm. Amt: $3,269.69

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $3,269.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $3,269.69 | | |
| | | | | $3,269.69 | | |

## Jorge Garza
### Case(s): 308 Clm No: 407 Clm. Amt: $486.72

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $486.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $486.72 | | |
| | | | | $486.72 | | |

## Daniela Lopez
### Case(s): 308 Clm No: 408 Clm. Amt: $1,087.32

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $1,087.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,087.32 | | |
| | | | | $1,087.32 | | |

## Dennis Gonzalez-Reyes
### Case(s): 308 Clm No: 409 Clm. Amt: $726.08

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $726.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $726.08 | | |
| | | | | $726.08 | | |

## Ryan Winston
### Case(s): 308 Clm No: 410 Clm. Amt: $120.29

*3429 Cypress Plantion Dr*
*Olive Branch, MS 38654*
**Date Filed:** 5/2/2025
**Claim Face Value:** $120.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $120.29 | | |
| | | | | $120.29 | | |

## Cision US Inc.
### Case(s): 308 Clm No: 411 Clm. Amt: $10,132.50

*300 S Riverside Plz*
*Chicago, IL 60606*
**Date Filed:** 5/2/2025
**Claim Face Value:** $10,132.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $10,132.50 | | |
| | | | | $10,132.50 | | |

## Nicole Garcia
### Case(s): 308 Clm No: 412 Clm. Amt: $409.85

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $409.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $409.85 | | |
| | | | | $409.85 | | |

## Sandy Ruiz
### Case(s): 308 Clm No: 413 Clm. Amt: $41.82

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $41.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $41.82 | | |
| | | | | $41.82 | | |

## TeeTurtle, LLC
**Case(s): 308 Clm No: 414 Clm. Amt: $72,446.87**

*6200 Pershall Rd*
*Hazelwood, MO 63042*
**Date Filed:** 5/2/2025
**Claim Face Value:** $72,446.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | UNS | | | $72,446.87 | | |
| | | | | $72,446.87 | | |

## Wargames Atlantic LLC
**Case(s): 308 Clm No: 415 Clm. Amt: $18,549.18**

*112 High St*
*Charlestown, MA 02129*
**Date Filed:** 5/2/2025
**Claim Face Value:** $18,549.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | UNS | | | $18,549.18 | | |
| | | | | $18,549.18 | | |

## Sarah J Smithers
**Case(s): 308 Clm No: 416 Clm. Amt: $141.20**

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $141.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $141.20 | | |
| | | | | $141.20 | | |

## Floating World Comics
**Case(s): 308 Clm No: 417 Clm. Amt: $5,626.20**

*1223 Lloyd Ctr*
*Portland, OR 97232*
**Date Filed:** 5/1/2025
**Claim Face Value:** $5,626.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $5,626.20 | | |
| | | | | $5,626.20 | | |

## Regina L Brown
**Case(s): 308 Clm No: 418 Clm. Amt: $1,475.04**

*Address Redacted*
**Date Filed:** 5/2/2025
**Claim Face Value:** $1,475.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | PRI | | | $1,475.04 | | |
| | | | | $1,475.04 | | |

## Hobby Games Distribution Inc.
**Case(s): 308 Clm No: 419 Clm. Amt: $58,544.24**

*2310 Homestead Rd, Unit C1216*
*Los Altos, CA 94024*
**Date Filed:** 5/2/2025
**Claim Face Value:** $58,544.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 308 | UNS | | | $58,544.24 | | |
| | | | | $58,544.24 | | |

### Latrischa M Butler
**Case(s): 308 Clm No: 420 Clm. Amt: $1,174.20**

*Address Redacted*
**Date Filed:** 5/4/2025
**Claim Face Value:** $1,174.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,174.20 | | |
| | | | | $1,174.20 | | |

### Brian Michael Sirois
**Case(s): 308 Clm No: 421 Clm. Amt: $1,066.46**

*Address Redacted*
**Date Filed:** 5/4/2025
**Claim Face Value:** $1,066.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $987.43 | | |
| 308 | UNS | | | $79.03 | | |
| | | | | $1,066.46 | | |

### Enginuity LLC
**Case(s): 308 Clm No: 422 Clm. Amt: $631.20**

*Attn: Andrew D Daniel*
*3629 Bryant St*
*Palo Alto, CA 94306*
**Date Filed:** 5/4/2025
**Claim Face Value:** $631.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $631.20 | | |
| | | | | $631.20 | | |

### James G Sweeney
**Case(s): 308 Clm No: 423 Clm. Amt: $1,632.22**

*Address Redacted*
**Date Filed:** 5/5/2025
**Claim Face Value:** $1,632.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,161.13 | | |
| 308 | UNS | | | $471.09 | | |
| | | | | $1,632.22 | | |

### Christine Taylor
**Case(s): 308 Clm No: 424 Clm. Amt: $69.17**

*23 N Charles St*
*Red Lion, PA 17356*
**Date Filed:** 5/5/2025
**Claim Face Value:** $69.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $69.17 | | |
| | | | | $69.17 | | |

## Cameron McInnes
### Case(s): 308 Clm No: 425 Clm. Amt: $1,227.46

*7 N Sycamore Ln*
*Stewartstown, PA 17363*
**Date Filed:** 5/5/2025
**Claim Face Value:** $1,227.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,227.46 | | |
| | | | | $1,227.46 | | |

## Christopher Bente
### Case(s): 308 Clm No: 426 Clm. Amt: $310.34

*Address Redacted*
**Date Filed:** 5/5/2025
**Claim Face Value:** $310.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $310.34 | | |
| | | | | $310.34 | | |

## William L Murray
### Case(s): 308 Clm No: 427 Clm. Amt: $130.65

*400 Mill St, Apt 316*
*Columbia, PA 17512*
**Date Filed:** 5/5/2025
**Claim Face Value:** $130.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $130.65 | | |
| | | | | $130.65 | | |

## Timothy J Casby
### Case(s): 308 Clm No: 428 Clm. Amt: $751.28

*Address Redacted*
**Date Filed:** 5/5/2025
**Claim Face Value:** $751.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $751.28 | | |
| | | | | $751.28 | | |

## M. Kathleen Weaver
### Case(s): 308 Clm No: 429 Clm. Amt: $1,859.36

*127 Park St*
*Seven Valleys, PA 17360*
**Date Filed:** 5/5/2025
**Claim Face Value:** $1,859.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,859.36 | | |
| | | | | $1,859.36 | | |

## Trevica Terry
### Case(s): 308 Clm No: 430 Clm. Amt: $259.68

*Address Redacted*
**Date Filed:** 5/5/2025
**Claim Face Value:** $259.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $259.68 | | |
| | | | | $259.68 | | |

## City of Visalia - Utility Billing
### Case(s): 308 Clm No: 431 Clm. Amt: $1,968.85

P.O. Box 5078
Visalia, CA 93278
**Date Filed:** 5/2/2025
**Claim Face Value:** $1,968.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,968.85 | | |
| | | | | $1,968.85 | | |

## Little Buddy LLC
### Case(s): 308 Clm No: 432 Clm. Amt: $820,263.00

Attn: Bill Chen
270 E Palais Rd
Anaheim, CA 90825
**Date Filed:** 5/5/2025
**Claim Face Value:** $820,263.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $118,314.00 | | |
| 308 | UNS | | | $701,949.00 | | |
| | | | | $820,263.00 | | |

## SweepRite Services, Inc.
### Case(s): 308 Clm No: 433 Clm. Amt: $2,615.00

Attn: Patty Schmuff
9609 Philadelphia Rd
Baltimore, MD 21237
**Date Filed:** 5/2/2025
**Claim Face Value:** $2,615.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,615.00 | | |
| | | | | $2,615.00 | | |

## 10 Ton Press
### Case(s): 308 Clm No: 434 Clm. Amt: $9,247.72

3767 Agua Dulce Ave
Clovis, CA 93619
**Date Filed:** 5/2/2025
**Claim Face Value:** $9,247.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | Unknown | Y | |
| 308 | UNS | | | $9,247.72 | | |
| | | | | $9,247.72 | | |

## Business Equipment Center
### Case(s): 308 Clm No: 435 Clm. Amt: $258.34

Attn: Krissie Heuer
2991 Directors Row
Memphis, TN 38131
**Date Filed:** 5/2/2025
**Claim Face Value:** $258.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $258.34 | | |
| | | | | $258.34 | | |

**Johnny Vasquez**
**Case(s): 308 Clm No: 436 Clm. Amt: $8,000.00**

*1750 Harbor Dr, Apt 301*
*Slidell, LA 70458*
**Date Filed:** 5/3/2025
**Claim Face Value:** $8,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $8,000.00 | | |
| | | | | $8,000.00 | | |

**William Robert Ward**
**Case(s): 308 Clm No: 437 Clm. Amt: $3,184.61**

*Address Redacted*
**Date Filed:** 5/5/2025
**Claim Face Value:** $3,184.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $3,184.61 | | |
| | | | | $3,184.61 | | |

**Liping Song**
**Case(s): 308 Clm No: 438 Clm. Amt: $176.40**

*Address Redacted*
**Date Filed:** 5/5/2025
**Claim Face Value:** $176.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $176.40 | | |
| | | | | $176.40 | | |

**Shawn Hamrick**
**Case(s): 308 Clm No: 439 Clm. Amt: $16,036.65**

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $16,036.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $16,036.65 | | |
| | | | | $16,036.65 | | |

**Kimbrew Stevenson**
**Case(s): 308 Clm No: 440 Clm. Amt: $477.41**

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $477.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $477.41 | | |
| | | | | $477.41 | | |

### Melvin Mitchell
**Case(s): 308 Clm No: 441 Clm. Amt: $1,288.90**

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $1,288.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,112.40 | | |
| 308 | UNS | | | $176.50 | | |
| | | | | $1,288.90 | | |

### Kimberly I Robinson
**Case(s): 308 Clm No: 442 Clm. Amt: $338.18**

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $338.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $338.18 | | |
| | | | | $338.18 | | |

### Arabella B Acosta
**Case(s): 308 Clm No: 443 Clm. Amt: $772.20**

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $772.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $772.20 | | |
| | | | | $772.20 | | |

### Dawson Bennett
**Case(s): 308 Clm No: 444 Clm. Amt: $462.35**

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $462.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $462.35 | | |
| | | | | $462.35 | | |

### Alexander Munguia
**Case(s): 308 Clm No: 445 Clm. Amt: $1,048.60**

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $1,048.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,048.60 | | |
| | | | | $1,048.60 | | |

### Jason Howdyshell
**Case(s): 308 Clm No: 446 Clm. Amt: $4.80**

*556 W Broadway*
*Red Lion, PA 17356*
**Date Filed:** 5/6/2025
**Claim Face Value:** $4.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $4.80 | | |
| | | | | $4.80 | | |

## Triston Beaudry
**Case(s): 308 Clm No: 447 Clm. Amt: $372.19**

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $372.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $372.19 | | |
| | | | | $372.19 | | |

## Jaquelin Nova Sanchez
**Case(s): 308 Clm No: 448 Clm. Amt: $83.64**

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $83.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $83.64 | | |
| | | | | $83.64 | | |

## Martin Ortiz
**Case(s): 308 Clm No: 449 Clm. Amt: $462.35**

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $462.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $462.35 | | |
| | | | | $462.35 | | |

## Douglas Youngs
**Case(s): 308 Clm No: 450 Clm. Amt: $548.10**

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $548.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $548.10 | | |
| | | | | $548.10 | | |

## Books Inc.
**Case(s): 308 Clm No: 451 Clm. Amt: $2,613.06**

*c/o Finestone Hayes LLP*
*Attn: Ryan A Witthan, Esq*
*456 Montgomery St, Ste 1300*
*San Francisco, CA 94104*
**Date Filed:** 5/6/2025
**Claim Face Value:** $2,613.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $2,613.06 | | |
| | | | | $2,613.06 | | |

## Steven E Roth
**Case(s): 308 Clm No: 452 Clm. Amt: $1,939.88**

*Address Redacted*
**Date Filed:** 5/7/2025
**Claim Face Value:** $1,939.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $1,532.44 | | |
| 308 | UNS | | | $407.44 | | |
| | | | | $1,939.88 | | |

### Larry Jones
**Case(s): 308 Clm No: 453 Clm. Amt: $929.80**

*2854 Moore Rd*
*Red Banks, MS 38661*
**Date Filed:** 5/7/2025
**Claim Face Value:** $929.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $929.80 | | |
| | | | | $929.80 | | |

### Karen Scofield
**Case(s): 308 Clm No: 454 Clm. Amt: $1,700.82**

*Address Redacted*
**Date Filed:** 5/7/2025
**Claim Face Value:** $1,700.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,304.61 | | |
| 308 | UNS | | | $396.21 | | |
| | | | | $1,700.82 | | |

### SFV York Road, LLC
**Case(s): 308 Clm No: 455 Clm. Amt: $60,956.54**

*Attn: Matthew Muehe*
*Towson City Center*
*1 Olympic Pl, Ste 1240*
*Towson, MD 21204*
**Date Filed:** 5/7/2025
**Claim Face Value:** $60,956.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $60,956.54 | | |
| | | | | $60,956.54 | | |

### Clyde E Norris
**Case(s): 308 Clm No: 456 Clm. Amt: $140.40**

*Address Redacted*
**Date Filed:** 5/7/2025
**Claim Face Value:** $140.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $140.40 | | |
| | | | | $140.40 | | |

### Carl Stephens
**Case(s): 308 Clm No: 457 Clm. Amt: $39.36**

*Address Redacted*
**Date Filed:** 5/7/2025
**Claim Face Value:** $39.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $39.36 | | |
| | | | | $39.36 | | |

**Steven Warble**
**Case(s): 308 Clm No: 458 Clm. Amt: $2,538.89**

*Address Redacted*
**Date Filed:** 5/7/2025
**Claim Face Value:** $2,538.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $2,216.16 | | |
| 308 | UNS | | | $322.73 | | |
| | | | | $2,538.89 | | |

**Stuart Carter**
**Case(s): 308 Clm No: 459 Clm. Amt: $3,702.76**

*707 Byram St*
*Reading, PA 19606*
**Date Filed:** 5/7/2025
**Claim Face Value:** $3,702.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $3,414.65 | | |
| 308 | UNS | | | $288.11 | | |
| | | | | $3,702.76 | | |

**Gloria E Pastuizaca**
**Case(s): 308 Clm No: 460 Clm. Amt: $731.28**

*Address Redacted*
**Date Filed:** 5/7/2025
**Claim Face Value:** $731.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $731.28 | | |
| | | | | $731.28 | | |

**Canadian Manda Group**
**Case(s): 308 Clm No: 461 Clm. Amt: $4,686.51**

*664 Annette St*
*Toronto, ON M6S 2C8*
*Canada*
**Date Filed:** 5/7/2025
**Claim Face Value:** $4,686.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $4,686.51 | | |
| | | | | $4,686.51 | | |

**Anibal LeBron**
**Case(s): 308 Clm No: 462 Clm. Amt: $3,448.84**

*5158 Caroline Dr*
*Horn Lake, MS 38637*
**Date Filed:** 5/7/2025
**Claim Face Value:** $3,448.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $3,448.84 | | |
| | | | | $3,448.84 | | |

## Jamie M Hays
### Case(s): 308 Clm No: 463 Clm. Amt: $2,920.00

*Address Redacted*
**Date Filed:** 5/7/2025
**Claim Face Value:** $2,920.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,920.00 | | |
| | | | | $2,920.00 | | |

## Locus Publications, Inc
### Case(s): 308 Clm No: 464 Clm. Amt: $625.00

*655 13th St, Ste 100*
*Oakland, CA 94612*
**Date Filed:** 5/5/2025
**Claim Face Value:** $625.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $625.00 | | |
| | | | | $625.00 | | |

## Smart Zone USA LLC
### Case(s): 308 Clm No: 465 Clm. Amt: $17,906.30

*38 E Mall*
*Plainview, NY 11803*
**Date Filed:** 5/5/2025
**Claim Face Value:** $17,906.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $17,906.30 | | |
| | | | | $17,906.30 | | |

## FRED Distribution, Inc.
### Case(s): 308 Clm No: 466 Clm. Amt: $3,363.31

*Attn: Frederick Soued*
*16761 W Brookhaven Ct*
*Surprise, AZ 85387*
**Date Filed:** 5/6/2025
**Orig. Date Filed:** 3/5/2025
**Amending Clm #:** 107
**Claim Face Value:** $3,363.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | Unknown | Y | |
| 308 | UNS | | | $3,363.31 | | |
| | | | | $3,363.31 | | |

## Sammi S Cohen
### Case(s): 308 Clm No: 467 Clm. Amt: $1,002.40

*Address Redacted*
**Date Filed:** 5/6/2025
**Claim Face Value:** $1,002.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $1,002.40 | | |
| | | | | $1,002.40 | | |

**Steven L Martin**
**Case(s): 308 Clm No: 468 Clm. Amt: $2,250.50**

*Address Redacted*
**Date Filed:** 5/7/2025
**Amended By Clm #:** 608
**Claim Face Value:** $2,250.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | SEC | | | Unknown | Y | |
| 308 | UNS | | | $2,250.50 | | |
| | | | | $2,250.50 | | |

**Catherine Clendenen**
**Case(s): 308 Clm No: 469 Clm. Amt: $241.07**

*Address Redacted*
**Date Filed:** 5/7/2025
**Claim Face Value:** $241.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $241.07 | | |
| | | | | $241.07 | | |

**Nadia Torres**
**Case(s): 308 Clm No: 470 Clm. Amt: $1,582.88**

*Address Redacted*
**Date Filed:** 5/7/2025
**Claim Face Value:** $1,582.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,200.94 | | |
| 308 | UNS | | | $381.94 | | |
| | | | | $1,582.88 | | |

**Joe D Lunday**
**Case(s): 308 Clm No: 471 Clm. Amt: $5,443.63**

*Address Redacted*
**Date Filed:** 5/7/2025
**Claim Face Value:** $5,443.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $3,576.92 | | |
| 308 | UNS | | | $1,866.71 | | |
| | | | | $5,443.63 | | |

**Pedro Santamaria**
**Case(s): 308 Clm No: 472 Clm. Amt: $1,004.80**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $1,004.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,004.80 | | |
| | | | | $1,004.80 | | |

**Publisher Services Inc**
**Case(s): 308 Clm No: 473 Clm. Amt: $384,852.71**

*2800 Vista Ridge Dr*
*Suwanee, GA 30024*
**Date Filed:** 5/8/2025
**Claim Face Value:** $384,852.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $384,852.71 | | |
| | | | | $384,852.71 | | |

**Charles L Echols**
**Case(s): 308 Clm No: 474 Clm. Amt: $157.44**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $157.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $157.44 | | |
| | | | | $157.44 | | |

**Angel David Castillo Atencio**
**Case(s): 308 Clm No: 475 Clm. Amt: $688.86**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $688.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $688.86 | | |
| | | | | $688.86 | | |

**Shaneika S Robinson**
**Case(s): 308 Clm No: 476 Clm. Amt: $1,631.52**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $1,631.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,255.16 | | |
| 308 | UNS | | | $376.36 | | |
| | | | | $1,631.52 | | |

**Miguel Arriaga**
**Case(s): 308 Clm No: 477 Clm. Amt: $306.36**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $306.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $306.36 | | |
| | | | | $306.36 | | |

**Amarion Davis**
**Case(s): 308 Clm No: 478 Clm. Amt: $67.77**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $67.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $67.77 | | |
| | | | | $67.77 | | |

### Allison Konialian
**Case(s): 308 Clm No: 479 Clm. Amt: $1,472.00**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $1,472.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $832.00 | | |
| 308 | UNS | | | $640.00 | | |
| | | | | $1,472.00 | | |

### Adam Tatsuo Fukumitsu
**Case(s): 308 Clm No: 480 Clm. Amt: $2,544.08**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $2,544.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,609.52 | | |
| 308 | UNS | | | $934.56 | | |
| | | | | $2,544.08 | | |

### Paladone Products Limited
**Case(s): 308 Clm No: 481 Clm. Amt: $8,055.00**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 5/8/2025
**Claim Face Value:** $8,055.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $8,055.00 | | |
| | | | | $8,055.00 | | |

### Renegade Games, LLC
**Case(s): 308 Clm No: 482 Clm. Amt: $165,239.25**

*c/o DLA Piper LLP (US)*
*Attn: C Kevin Kobbe*
*650 S Exeter St, Ste 1100*
*Baltimore, MD 21202*
**Date Filed:** 5/8/2025
**Claim Face Value:** $165,239.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $165,239.25 | | |
| | | | | $165,239.25 | | |

### R&R Games, Inc.
**Case(s): 308 Clm No: 483 Clm. Amt: $5,558.22**

*Attn: Frank DiLorenzo*
*3903 W El Prado Blvd*
*Tampa, FL 33629*
**Date Filed:** 5/8/2025
**Orig. Date Filed:** 2/18/2025
**Amending Clm #:** 60
**Claim Face Value:** $5,558.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $4,978.74 | | |
| 308 | UNS | | | $579.48 | | |
| | | | | $5,558.22 | | |

## John Rose
**Case(s): 308 Clm No: 484 Clm. Amt: $3,182.20**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $3,182.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $1,730.76 | | |
| 308 | UNS | | | $1,451.44 | | |
| | | | | $3,182.20 | | |

## MegaHouse Corporation
**Case(s): 308 Clm No: 485 Clm. Amt: $2,150,730.00**

*3-13-8 Sotokanda*
*4F*
*FTK Akihabara*
*Chiyoda-ku, Tokyo 101-0021*
*Japan*
**Date Filed:** 5/9/2025
**Claim Face Value:** $2,150,730.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $2,150,730.00 | | |
| | | | | $2,150,730.00 | | |

## Diana Taylor
**Case(s): 308 Clm No: 486 Clm. Amt: $129.36**

*865 Springvale Rd*
*Red Lion, PA 17356*
**Date Filed:** 5/9/2025
**Claim Face Value:** $129.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $129.36 | | |
| | | | | $129.36 | | |

## Jennifer Lynn Bentley
**Case(s): 308 Clm No: 487 Clm. Amt: $119.76**

*Address Redacted*
**Date Filed:** 5/9/2025
**Claim Face Value:** $119.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $119.76 | | |
| | | | | $119.76 | | |

## Hector Gonzalez
**Case(s): 308 Clm No: 488 Clm. Amt: $742.35**

*Address Redacted*
**Date Filed:** 5/9/2025
**Claim Face Value:** $742.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $742.35 | | |
| | | | | $742.35 | | |

## Luis Acevedo
**Case(s): 308 Clm No: 489 Clm. Amt: $9,228.84**

*5177 Caroline Dr*
*Horn Lake, MS 38637*
**Date Filed:** 5/9/2025
**Claim Face Value:** $9,228.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $9,228.84 | | |
| | | | | $9,228.84 | | |

## Bethany Quinn
**Case(s): 308 Clm No: 490 Clm. Amt: $41.82**

*Address Redacted*
**Date Filed:** 5/9/2025
**Claim Face Value:** $41.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $41.82 | | |
| | | | | $41.82 | | |

## Darest Williams-Robbins
**Case(s): 308 Clm No: 491 Clm. Amt: $71.20**

*Address Redacted*
**Date Filed:** 5/9/2025
**Claim Face Value:** $71.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $71.20 | | |
| | | | | $71.20 | | |

## SCB Distributors
**Case(s): 308 Clm No: 492 Clm. Amt: $7,201.70**

*15608 S New Century Dr*
*Gardena, CA 90248*
**Date Filed:** 5/9/2025
**Claim Face Value:** $7,201.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $7,201.70 | | |
| | | | | $7,201.70 | | |

## Rod Procter
**Case(s): 308 Clm No: 493 Clm. Amt: $3,220.88**

*1850 Idlewild Dr, Unit D1*
*Reno, NV 89509*
**Date Filed:** 5/9/2025
**Claim Face Value:** $3,220.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $2,082.94 | | |
| 308 | UNS | | | $1,137.94 | | |
| | | | | $3,220.88 | | |

### Paizo Inc.
**Case(s): 308 Clm No: 494 Clm. Amt: $229,917.75**

P.O. Box 84311
Seattle, WA 98124-5611
**Date Filed:** 5/9/2025
**Claim Face Value:** $229,917.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $81,954.86 | | |
| 308 | UNS | | | $147,962.89 | | |
| | | | | $229,917.75 | | |

### Reza Mirghyasi
**Case(s): 308 Clm No: 495 Clm. Amt: $8,233.55**

*Address Redacted*
**Date Filed:** 5/10/2025
**Claim Face Value:** $8,233.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $2,875.00 | | |
| 308 | UNS | | | $5,358.55 | | |
| | | | | $8,233.55 | | |

### Jack C Langenfelder Jr
**Case(s): 308 Clm No: 496 Clm. Amt: $3,516.36**

*Address Redacted*
**Date Filed:** 5/11/2025
**Claim Face Value:** $3,516.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $2,277.48 | | |
| 308 | UNS | | | $1,238.88 | | |
| | | | | $3,516.36 | | |

### Vincent Ligi
**Case(s): 308 Clm No: 497 Clm. Amt: $9,606.94**

*Address Redacted*
**Date Filed:** 5/11/2025
**Claim Face Value:** $9,606.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $9,606.94 | | |
| | | | | $9,606.94 | | |

### Bobbie C Tilghman
**Case(s): 308 Clm No: 498 Clm. Amt: $467.34**

*Address Redacted*
**Date Filed:** 5/12/2025
**Claim Face Value:** $467.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $467.34 | | |
| | | | | $467.34 | | |

### Kayla Gibson
**Case(s):** 308 **Clm No:** 499 **Clm. Amt:** $271.22

*Address Redacted*
**Date Filed:** 5/12/2025
**Claim Face Value:** $271.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $271.22 | | |
| | | | | $271.22 | | |

### Katherine J. Govier
**Case(s):** 308 **Clm No:** 500 **Clm. Amt:** $158,803.41

*c/o Gohn Hankey & Berlage LLP*
*Attn: Jan I Berlage, Esq*
*201 N Charles St, Ste 2101*
*Baltimore, MD 21201*
**Date Filed:** 5/12/2025
**Claim Face Value:** $158,803.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $17,150.00 | | |
| 308 | UNS | | | $141,653.41 | | |
| | | | | $158,803.41 | | |

### Redacted Name
**Case(s):** 308 **Clm No:** 501 **Clm. Amt:** $45.00

*Address Redacted*
**Date Filed:** 5/12/2025
**Claim Face Value:** $45.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $45.00 | | |
| | | | | $45.00 | | |

### Crafted Packaging Inc
**Case(s):** 308 **Clm No:** 502 **Clm. Amt:** $80,253.08

*8309 Windermere Dr*
*Pasadena, MD 21122*
**Date Filed:** 5/7/2025
**Claim Face Value:** $80,253.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $80,253.08 | | |
| | | | | $80,253.08 | | |

### Transcontinental Printing Inc.
**Case(s):** 308 **Clm No:** 503 **Clm. Amt:** $252,416.45

*5800 Rue St-Denis, Ste 900*
*Montreal, QC H2S 3L5*
*Canada*
**Date Filed:** 5/12/2025
**Claim Face Value:** $252,416.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $252,416.45 | | |
| | | | | $252,416.45 | | |

### UDON Entertainment Inc
**Case(s): 308 Clm No: 504 Clm. Amt: $302,142.29**

*51 Ridgestone Dr*
*Richmond Hill, ON L4S 0E3*
*Canada*
**Date Filed:** 5/12/2025
**Claim Face Value:** $302,142.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | 503(b)(9) | | | $109,760.69 | | |
| 308 | UNS | | | $192,381.60 | | |
| | | | | $302,142.29 | | |

### Scott Callahan
**Case(s): 308 Clm No: 505 Clm. Amt: $162.79**

*Address Redacted*
**Date Filed:** 5/12/2025
**Claim Face Value:** $162.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $162.79 | | |
| | | | | $162.79 | | |

### Manga Classics Inc
**Case(s): 308 Clm No: 506 Clm. Amt: $52,870.56**

*51 Ridgestone Dr*
*Richmond Hill, ON L4S 0E3*
*Canada*
**Date Filed:** 5/12/2025
**Claim Face Value:** $52,870.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | 503(b)(9) | | | $14,660.01 | | |
| 308 | UNS | | | $38,210.55 | | |
| | | | | $52,870.56 | | |

### Jeffrey D McMahon
**Case(s): 308 Clm No: 507 Clm. Amt: $2,599.92**

*Address Redacted*
**Date Filed:** 5/12/2025
**Claim Face Value:** $2,599.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $2,599.92 | | |
| | | | | $2,599.92 | | |

### Billy D O'Kelley
**Case(s): 308 Clm No: 508 Clm. Amt: $595.65**

*Address Redacted*
**Date Filed:** 5/12/2025
**Claim Face Value:** $595.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $595.65 | | |
| | | | | $595.65 | | |

## Punk-Bot Comic Books LLC
### Case(s): 308 Clm No: 509 Clm. Amt: $122,006.87

*12550 Biscayne Blvd, Ste 110*
*N Miami, FL 33181*
**Date Filed:** 5/13/2025
**Claim Face Value:** $64,558.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $64,558.87 | | |
| 308 | PRI | | | $57,448.00 | | |
| | | | | $122,006.87 | | |

## Office Basics Inc.
### Case(s): 308 Clm No: 510 Clm. Amt: $3,172.98

*Attn: John Leighton*
*22 Creek Cir*
*Boothwyn, PA 19061*
**Date Filed:** 5/13/2025
**Claim Face Value:** $3,172.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $2,581.56 | | |
| 308 | UNS | | | $591.42 | | |
| | | | | $3,172.98 | | |

## Larry Holt
### Case(s): 308 Clm No: 511 Clm. Amt: $1,691.67

*Address Redacted*
**Date Filed:** 5/13/2025
**Claim Face Value:** $1,691.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,691.67 | | |
| | | | | $1,691.67 | | |

## Mark Beck
### Case(s): 308 Clm No: 512 Clm. Amt: $1,057.69

*Address Redacted*
**Date Filed:** 5/13/2025
**Claim Face Value:** $1,057.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,057.69 | | |
| | | | | $1,057.69 | | |

## Denise Henderson
### Case(s): 308 Clm No: 513 Clm. Amt: $3,333.39

*10862 Nichols Blvd, Apt 8-10*
*Olive Branch, MS 38654*
**Date Filed:** 5/13/2025
**Claim Face Value:** $3,333.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,961.54 | | |
| 308 | UNS | | | $1,371.85 | | |
| | | | | $3,333.39 | | |

## The Upper Deck Company
### Case(s): 308 Clm No: 514 Clm. Amt: $322.08

*Attn: Brittany Hysni*
*5830 El Camino Real*
*Carlsbad, CA 92008*
**Date Filed:** 5/13/2025
**Claim Face Value:** $322.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $322.08 | | |
| | | | | $322.08 | | |

## Hobby-Q, Inc.
### Case(s): 308 Clm No: 515 Clm. Amt: $12,990.15

*c/o Brock Zettle*
*Attn: Cliniton S Zettle, Esq*
*4325 Windsor Centre Trl, Ste 100*
*Flower Mound, TX 75028*
**Date Filed:** 5/13/2025
**Claim Face Value:** $12,990.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $12,990.15 | | |
| | | | | $12,990.15 | | |

## Travis McDaniel
### Case(s): 308 Clm No: 516 Clm. Amt: $36.90

*59 W Howard St*
*Red Lion, PA 17356*
**Date Filed:** 5/13/2025
**Claim Face Value:** $36.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $36.90 | | |
| | | | | $36.90 | | |

## 207 Redco, LLC
### Case(s): 308 Clm No: 517 Clm. Amt: $24,441.16

*P.O. Box 98*
*465 E Locust St*
*Dallastown, PA 17313*
**Date Filed:** 5/13/2025
**Claim Face Value:** $24,441.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $24,441.16 | | |
| | | | | $24,441.16 | | |

## Jacquelyn Cordero
### Case(s): 308 Clm No: 518 Clm. Amt: $156.60

*18B Water St*
*Windsor, PA 17366*
**Date Filed:** 5/13/2025
**Claim Face Value:** $156.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $156.60 | | |
| | | | | $156.60 | | |

## Jelani Taylor
### Case(s): 308 Clm No: 519 Clm. Amt: $153.99

*18B Water St*
*Windsor, PA 17366*
**Date Filed:** 5/13/2025
**Claim Face Value:** $153.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $153.99 | | |
| | | | | $153.99 | | |

## Van Ryder Games
**Case(s): 308 Clm No: 520 Clm. Amt: $58,342.40**

*3011 Harrah Dr, Ste A*
*Spring Hill, TN 37174*
**Date Filed:** 5/13/2025
**Claim Face Value:** $58,342.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $58,342.40 | | |
| | | | | $58,342.40 | | |

## Wells Fargo Bank, N.A.
**Case(s): 308 Clm No: 521 Clm. Amt: $59,835.00**

*P.O. Box 13708*
*Macon, GA 31208*
**Date Filed:** 5/13/2025
**Claim Face Value:** $59,835.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $59,835.00 | | |
| | | | | $59,835.00 | | |

## Maria Rodriguez
**Case(s): 308 Clm No: 522 Clm. Amt: $612.85**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $612.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $612.85 | | |
| | | | | $612.85 | | |

## Lakendrex Mcneil
**Case(s): 308 Clm No: 523 Clm. Amt: $711.19**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $711.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $711.19 | | |
| | | | | $711.19 | | |

## Yara Maldonado
**Case(s): 308 Clm No: 524 Clm. Amt: $707.30**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $707.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $707.30 | | |
| | | | | $707.30 | | |

## Casandra Rijo Berroa
**Case(s): 308 Clm No: 525 Clm. Amt: $1,301.92**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $1,301.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $1,301.92 | | |
| | | | | $1,301.92 | | |

## Lance P. Woods
**Case(s): 308 Clm No: 526 Clm. Amt: $5,096.15**

*Address Redacted*
**Date Filed:** 5/14/2025
**Orig. Date Filed:** 4/29/2025
**Amending Clm #:** 302
**Claim Face Value:** $5,096.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,077.90 | | |
| 308 | UNS | | | $3,018.25 | | |
| | | | | $5,096.15 | | |

## Bookish srl
**Case(s): 308 Clm No: 527 Clm. Amt: $434.31**

*Str Baia de Aries 3 5B*
*Bucharest 060801*
*Romania*
**Date Filed:** 5/14/2025
**Claim Face Value:** $434.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $434.31 | | |
| | | | | $434.31 | | |

## Roberte Spadas
**Case(s): 308 Clm No: 528 Clm. Amt: $806.72**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $806.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $806.72 | | |
| | | | | $806.72 | | |

## Katherine J. Govier
**Case(s): 308 Clm No: 529 Clm. Amt: $140,966.35**

*c/o Gohn Hankey & Berlage LLP*
*Attn: Jan I Berlage, Esq*
*201 N Charles St, Ste 2101*
*Baltimore, MD 21201*
**Date Filed:** 5/14/2025
**Claim Face Value:** $140,966.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $140,966.35 | | |
| | | | | $140,966.35 | | |

## Carlos Lopez
**Case(s): 308 Clm No: 530 Clm. Amt: $286.86**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $286.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $286.86 | | |
| | | | | $286.86 | | |

**Katherine J. Govier**
**Case(s): 308 Clm No: 531 Clm. Amt: $140,966.35**

*c/o Gohn Hankey & Berlage LLP*
*Attn: Jan I Berlage, Esq*
*201 N Charles St, Ste 2101*
*Baltimore, MD 21201*
**Date Filed:** 5/14/2025
**Claim Face Value:** $140,966.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | ADM | | | Unknown | Y | |
| 308 | PRI | | | $8,653.85 | | |
| 308 | UNS | | | $132,312.50 | | |
| | | | | $140,966.35 | | |

**Erique Watson**
**Case(s): 308 Clm No: 532 Clm. Amt: $5,753.84**

*2336 Fruitville Pike*
*Lancaster, PA 17601*
**Date Filed:** 5/14/2025
**Claim Face Value:** $5,753.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $3,269.23 | | |
| 308 | UNS | | | $2,484.61 | | |
| | | | | $5,753.84 | | |

**Maria V Pena Morales**
**Case(s): 308 Clm No: 533 Clm. Amt: $527.36**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $527.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $527.36 | | |
| | | | | $527.36 | | |

**Noe Quintanilla**
**Case(s): 308 Clm No: 534 Clm. Amt: $70.04**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $70.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $70.04 | | |
| | | | | $70.04 | | |

**Keiliz Pagan**
**Case(s): 308 Clm No: 535 Clm. Amt: $460.48**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $460.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $460.48 | | |
| | | | | $460.48 | | |

**Angel Bernacett Cosme**
**Case(s): 308 Clm No: 536 Clm. Amt: $1,090.34**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $1,090.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $901.68 | | |
| 308 | UNS | | | $188.66 | | |
| | | | | $1,090.34 | | |

**Brenda Rodriguez**
**Case(s): 308 Clm No: 537 Clm. Amt: $1,235.67**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $1,235.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,235.67 | | |
| | | | | $1,235.67 | | |

**Maria Ramos**
**Case(s): 308 Clm No: 538 Clm. Amt: $310.72**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $310.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $310.72 | | |
| | | | | $310.72 | | |

**Rasqueiling Pina**
**Case(s): 308 Clm No: 539 Clm. Amt: $168.43**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $168.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $168.43 | | |
| | | | | $168.43 | | |

**Ramona Berroa**
**Case(s): 308 Clm No: 540 Clm. Amt: $1,287.09**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $1,287.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $1,287.09 | | |
| | | | | $1,287.09 | | |

### Noe Quintanilla
**Case(s): 308 Clm No: 541 Clm. Amt: $70.04**

*Address Redacted*
**Date Filed:** 5/14/2025
**Claim Face Value:** $70.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $70.04 | | |
| | | | | $70.04 | | |

### Kenco Label & Tag Co., LLC.
**Case(s): 308 Clm No: 542 Clm. Amt: $432.26**

*Attn: Dee Blatt*
*6543 N Sidney Pl*
*Milwaukee, WI 53209*
**Date Filed:** 5/14/2025
**Claim Face Value:** $432.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $432.26 | | |
| | | | | $432.26 | | |

### Megan E Gilbert
**Case(s): 308 Clm No: 543 Clm. Amt: $2,009.28**

*245 Ness Rd*
*York, PA 17402*
**Date Filed:** 5/14/2025
**Claim Face Value:** $2,009.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,561.82 | | |
| 308 | UNS | | | $447.46 | | |
| | | | | $2,009.28 | | |

### Keymaster Games
**Case(s): 308 Clm No: 544 Clm. Amt: $18,576.00**

*109 Chester Stevens Rd*
*Franklin, TN 37067*
**Date Filed:** 5/14/2025
**Claim Face Value:** $18,576.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $18,576.00 | | |
| | | | | $18,576.00 | | |

### Zenescope Entertainment
**Case(s): 308 Clm No: 545 Clm. Amt: $77,115.66**

*2381 Philmont Ave, Ste 219*
*Huntingdon Valley, PA 19006*
**Date Filed:** 5/14/2025
**Claim Face Value:** $77,115.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $77,115.66 | | |
| | | | | $77,115.66 | | |

### D. Gialamas & Co E.E.
### Case(s): 308 Clm No: 546 Clm. Amt: $4,962.38

*Industrial Area of Sindos. Zone A, Entry B, road A8, OT6*
*Sindos, Thessaloniki*
*Greece*
**Date Filed:** 5/15/2025
**Orig. Date Filed:** 5/15/2025
**Amending Clm #:** 27
**Claim Face Value:** $4,962.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,962.38 | | |
| | | | | $4,962.38 | | |

### Nolberto O Juarez
### Case(s): 308 Clm No: 547 Clm. Amt: $805.46

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $805.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $805.46 | | |
| | | | | $805.46 | | |

### Lisa M Giordano-Young
### Case(s): 308 Clm No: 548 Clm. Amt: $4,687.87

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $4,687.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $3,327.68 | | |
| 308 | UNS | | | $1,360.19 | | |
| | | | | $4,687.87 | | |

### Marisa Araiza
### Case(s): 308 Clm No: 549 Clm. Amt: $140.08

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $140.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $140.08 | | |
| | | | | $140.08 | | |

### Antonio Pannell
### Case(s): 308 Clm No: 550 Clm. Amt: $416.68

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $416.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $416.68 | | |
| | | | | $416.68 | | |

### Dawson Gilbert
**Case(s): 308 Clm No: 551 Clm. Amt: $109.74**

312 E Lancaster St, E
Red Lion, PA 17356
**Date Filed:** 5/15/2025
**Claim Face Value:** $109.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $109.74 | | |
| | | | | $109.74 | | |

### Eduardo A Perez Valdes
**Case(s): 308 Clm No: 552 Clm. Amt: $799.71**

Address Redacted
**Date Filed:** 5/15/2025
**Orig. Date Filed:** 5/1/2025
**Amending Clm #:** 358
**Claim Face Value:** $799.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $799.71 | | |
| | | | | $799.71 | | |

### Sophia Malmquist
**Case(s): 308 Clm No: 553 Clm. Amt: $1,700.00**

Address Redacted
**Date Filed:** 5/15/2025
**Claim Face Value:** $1,700.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $1,347.84 | | |
| 308 | UNS | | | $352.16 | | |
| | | | | $1,700.00 | | |

### Antonio Steele
**Case(s): 308 Clm No: 554 Clm. Amt: $82.54**

3 Malinda Dr
York, PA 17408
**Date Filed:** 5/15/2025
**Claim Face Value:** $82.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $82.54 | | |
| | | | | $82.54 | | |

### Warlord Games Limited
**Case(s): 308 Clm No: 555 Clm. Amt: $24,315.66**

Unit 1 Central Ct Finch Close
Nottingham NG7 2NN
United Kingdom
**Date Filed:** 5/15/2025
**Orig. Date Filed:** 2/7/2025
**Amending Clm #:** 42
**Claim Face Value:** $24,315.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $24,315.66 | | |
| | | | | $24,315.66 | | |

## Warlord Games Limited
### Case(s): 308 Clm No: 556 Clm. Amt: $24,315.66

*Attn: Colin Stone*
*Unit 1 Centre Ct Finch Close*
*Nottingham NG7 2NN*
*United Kingdom*
**Date Filed:** 5/15/2025
**Orig. Date Filed:** 2/7/2025
**Amending Clm #:** 42
**Claim Face Value:** $24,315.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $24,315.66 | | |
| | | | | $24,315.66 | | |

## William Roseberry
### Case(s): 308 Clm No: 557 Clm. Amt: $263.86

*412 E Main St*
*Dallastown, PA 17313*
**Date Filed:** 5/15/2025
**Claim Face Value:** $263.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $263.86 | | |
| | | | | $263.86 | | |

## Chaosium Inc
### Case(s): 308 Clm No: 558 Clm. Amt: $23,263.28

*Attn: Richard John Meints*
*3450 Wooddale Ct*
*Ann Arbor, MI 48104*
**Date Filed:** 5/15/2025
**Claim Face Value:** $23,263.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $23,263.28 | | |
| | | | | $23,263.28 | | |

## Nathaniel Dix
### Case(s): 308 Clm No: 559 Clm. Amt: $1,351.69

*249 W Broadway*
*Red Lion, PA 17356*
**Date Filed:** 5/15/2025
**Claim Face Value:** $1,351.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,351.69 | | |
| | | | | $1,351.69 | | |

## Enchantee Frierson
### Case(s): 308 Clm No: 560 Clm. Amt: $131.84

*8148 Caitlin Dr*
*Olive Branch, MS 38654*
**Date Filed:** 5/15/2025
**Claim Face Value:** $131.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $131.84 | | |
| | | | | $131.84 | | |

## Maria Isabel Martinez
### Case(s): 308 Clm No: 561 Clm. Amt: $201.22

*8120 Pinebrook Dr*
*Southaven, MS 38671*
**Date Filed:** 5/15/2025
**Claim Face Value:** $201.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $201.22 | | |
| | | | | $201.22 | | |

### Mario Armstrong
**Case(s): 308 Clm No: 562 Clm. Amt: $592.04**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $592.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $592.04 | | |
| | | | | $592.04 | | |

### Elizabeth Antunez
**Case(s): 308 Clm No: 563 Clm. Amt: $75.89**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $75.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $75.89 | | |
| | | | | $75.89 | | |

### American Library Association
**Case(s): 308 Clm No: 564 Clm. Amt: $5,400.00**

*225 N Michigan Ave, Ste 1300*
*Chicago, IL 60601*
**Date Filed:** 5/15/2025
**Claim Face Value:** $5,400.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $5,400.00 | | |
| | | | | $5,400.00 | | |

### Giovanni Zapata Cabrera
**Case(s): 308 Clm No: 565 Clm. Amt: $1,216.00**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $1,216.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $832.00 | | |
| 308 | UNS | | | $384.00 | | |
| | | | | $1,216.00 | | |

### Lavid Dugazon
**Case(s): 308 Clm No: 566 Clm. Amt: $198.72**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $198.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $198.72 | | |
| | | | | $198.72 | | |

**Victor Molina**
**Case(s): 308 Clm No: 567 Clm. Amt: $584.22**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $584.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $584.22 | | |
| | | | | $584.22 | | |

**Jose Carlos Mercado Ruiz**
**Case(s): 308 Clm No: 568 Clm. Amt: $955.35**

*8155 Pinebrook Dr*
*Southhaven, MS 38671*
**Date Filed:** 5/15/2025
**Claim Face Value:** $955.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $856.96 | | |
| 308 | UNS | | | $98.39 | | |
| | | | | $955.35 | | |

**Matthew Young**
**Case(s): 308 Clm No: 569 Clm. Amt: $8,273.17**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $8,273.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $5,346.15 | | |
| 308 | UNS | | | $2,927.02 | | |
| | | | | $8,273.17 | | |

**Flesk Publications LLC**
**Case(s): 308 Clm No: 570 Clm. Amt: $6,253.40**

*Attn: John Fleskes*
*2871 Mission St*
*Santa Cruz, CA 95060*
**Date Filed:** 5/14/2025
**Claim Face Value:** $6,253.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $6,253.40 | | |
| | | | | $6,253.40 | | |

**Daniel Cifuentes**
**Case(s): 308 Clm No: 571 Clm. Amt: $1,063.36**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $1,063.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $832.00 | | |
| 308 | UNS | | | $231.36 | | |
| | | | | $1,063.36 | | |

**Walter Eric Hitchcock**
**Case(s): 308 Clm No: 572 Clm. Amt: $4,279.56**

*1506 Karley Dr*
*Opelika, AL 36801*
**Date Filed:** 5/14/2025
**Claim Face Value:** $4,279.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,240.25 | | |
| 308 | UNS | | | $2,039.31 | | |
| | | | | $4,279.56 | | |

**Christopher Martinez**
**Case(s): 308 Clm No: 573 Clm. Amt: $1,280.96**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $1,280.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $832.00 | | |
| 308 | UNS | | | $448.96 | | |
| | | | | $1,280.96 | | |

**Juana Arredondo**
**Case(s): 308 Clm No: 574 Clm. Amt: $271.36**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $271.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $271.36 | | |
| | | | | $271.36 | | |

**Toynami Inc**
**Case(s): 308 Clm No: 575 Clm. Amt: $6,659.44**

*1936 Kellogg Ave*
*Carlsbad, CA 92008*
**Date Filed:** 5/14/2025
**Claim Face Value:** $6,659.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $6,659.44 | | |
| | | | | $6,659.44 | | |

**Jennifer Gonzalez**
**Case(s): 308 Clm No: 576 Clm. Amt: $1,514.18**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $1,514.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $856.96 | | |
| 308 | UNS | | | $657.22 | | |
| | | | | $1,514.18 | | |

### Iris Diaz
**Case(s): 308 Clm No: 577 Clm. Amt: $509.89**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $509.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $509.89 | | |
| | | | | $509.89 | | |

### The Pokemon Company International, Inc
**Case(s): 308 Clm No: 578 Clm. Amt: $1,011,450.00**

*10400 NE 4th St, Ste 2800*
*Bellevue, WA 98004*
**Date Filed:** 5/8/2025
**Claim Face Value:** $529,602.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $505,725.00 | | |
| 308 | ADM | | | $505,725.00 | | |
| | | | | $1,011,450.00 | | |

### Darin Craig
**Case(s): 308 Clm No: 579 Clm. Amt: $725.40**

*Address Redacted*
**Date Filed:** 5/8/2025
**Claim Face Value:** $725.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $725.40 | | |
| | | | | $725.40 | | |

### Chicago Distribution Center
**Case(s): 308 Clm No: 580 Clm. Amt: $840.70**

*11030 S Langley Ave*
*Chicago, IL 60628*
**Date Filed:** 5/8/2025
**Claim Face Value:** $840.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $840.70 | | |
| | | | | $840.70 | | |

### Iris Pineda
**Case(s): 308 Clm No: 581 Clm. Amt: $64.00**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $64.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $64.00 | | |
| | | | | $64.00 | | |

### Texas Comptroller of Public Accounts of the State of Texas and Local
**Case(s): 308 Clm No: 582 Clm. Amt: $12,809.72**

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division MC-008*
*P.O. Box 12548*
*Austin, TX 78711*
**Date Filed:** 5/9/2025
**Claim Face Value:** $12,809.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | Withdrawn | | $12,514.15 | | $0.00 |
| 308 | UNS | Withdrawn | | $295.57 | | $0.00 |
| | | | | $12,809.72 | | $0.00 |

### ERB Books
**Case(s): 308 Clm No: 583 Clm. Amt: $3,780.00**

*1626 Skyview Dr*
*Irving, TX 75060*
**Date Filed:** 5/9/2025
**Claim Face Value:** $3,780.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $3,780.00 | | |
| | | | | $3,780.00 | | |

### Joshua B Hornbarger
**Case(s): 308 Clm No: 584 Clm. Amt: $1,536.84**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $1,536.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,157.82 | | |
| 308 | UNS | | | $379.02 | | |
| | | | | $1,536.84 | | |

### Milagros Morales Salcedo
**Case(s): 308 Clm No: 585 Clm. Amt: $828.28**

*5925 Jackson Dr*
*Horn Lake, MS 38637*
**Date Filed:** 5/15/2025
**Claim Face Value:** $828.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $828.28 | | |
| | | | | $828.28 | | |

### Phillip Thomas Covert
**Case(s): 308 Clm No: 586 Clm. Amt: $858.29**

*Address Redacted*
**Date Filed:** 5/15/2025
**Claim Face Value:** $858.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $858.29 | | |
| | | | | $858.29 | | |

## Brotherwise Games, LLC
### Case(s): 308 Clm No: 587 Clm. Amt: $35,929.16

*2110 Artesia Blvd, Ste B-385*
*Redondo Beach, CA 90278*
**Date Filed:** 5/9/2025
**Claim Face Value:** $35,929.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35,929.16 | | |
| | | | | $35,929.16 | | |

## Thunderworks Games, LLC
### Case(s): 308 Clm No: 588 Clm. Amt: $3,250.88

*7182 US Hwy 14 Ste 402*
*Middleton, WI 53562*
**Date Filed:** 5/10/2025
**Claim Face Value:** $3,250.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $3,250.88 | | |
| | | | | $3,250.88 | | |

## Kingstone Media Group Inc
### Case(s): 308 Clm No: 589 Clm. Amt: $7,303.76

*1330 Citizens Blvd, Ste 701*
*Leesburg, FL 34748*
**Date Filed:** 5/10/2025
**Claim Face Value:** $7,303.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $7,303.76 | | |
| | | | | $7,303.76 | | |

## Marquis Book Printing, Inc
### Case(s): 308 Clm No: 590 Clm. Amt: $23,491.04

*350 Des Entrepreneurs St*
*Montmagny, QC G5V 4T1*
*Canada*
**Date Filed:** 5/12/2025
**Claim Face Value:** $23,491.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $23,491.04 | | |
| | | | | $23,491.04 | | |

## Talking Leaves
### Case(s): 308 Clm No: 591 Clm. Amt: $343.47

*951 Elmwood Ave*
*Buffalo, NY 14222*
**Date Filed:** 5/12/2025
**Claim Face Value:** $343.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $343.47 | | |
| | | | | $343.47 | | |

## Kristofer Nelson
### Case(s): 308 Clm No: 592 Clm. Amt: $1,919.00

*Address Redacted*
**Date Filed:** 5/16/2025
**Claim Face Value:** $1,919.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,919.00 | | |
| | | | | $1,919.00 | | |

**Prasad K Nair**
**Case(s): 308 Clm No: 593 Clm. Amt: $4,807.69**

*Address Redacted*
**Date Filed:** 5/16/2025
**Claim Face Value:** $4,807.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $4,807.69 | | |
| | | | | $4,807.69 | | |

**Jason John Hickey**
**Case(s): 308 Clm No: 594 Clm. Amt: $1,655.76**

*Address Redacted*
**Date Filed:** 5/16/2025
**Claim Face Value:** $1,655.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,370.28 | | |
| 308 | UNS | | | $285.48 | | |
| | | | | $1,655.76 | | |

**Kim M Schrader II**
**Case(s): 308 Clm No: 595 Clm. Amt: $2,269.81**

*1270 Whitmore Ave NW*
*Grand Rapids, MI 49504*
**Date Filed:** 5/16/2025
**Claim Face Value:** $2,269.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,604.42 | | |
| 308 | UNS | | | $665.39 | | |
| | | | | $2,269.81 | | |

**Mark E Easterday**
**Case(s): 308 Clm No: 596 Clm. Amt: $1,626.71**

*Address Redacted*
**Date Filed:** 5/16/2025
**Claim Face Value:** $1,626.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,626.71 | | |
| | | | | $1,626.71 | | |

**Katherine J. Govier**
**Case(s): 308 Clm No: 597 Clm. Amt: $8,557.62**

*c/o Gohn Hankey & Berlage LLP*
*Attn: Jan I Berlage, Esq*
*201 N Charles St, Ste 2101*
*Baltimore, MD 21201*
**Date Filed:** 5/16/2025
**Claim Face Value:** $8,557.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | ADM | | | $8,557.62 | | |
| | | | | $8,557.62 | | |

## Maria A Landeros
### Case(s): 308 Clm No: 598 Clm. Amt: $444.96

5177 Caroline Dr
Horn Lake, MS 38637
**Date Filed:** 5/16/2025
**Claim Face Value:** $444.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $444.96 | | |
| | | | | $444.96 | | |

## Sylvia Y Abundez Ramirez
### Case(s): 308 Clm No: 599 Clm. Amt: $568.50

Address Redacted
**Date Filed:** 5/12/2025
**Claim Face Value:** $568.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $568.50 | | |
| | | | | $568.50 | | |

## Habermaass Corp Inc
### Case(s): 308 Clm No: 600 Clm. Amt: $2,533.50

dba HABA USA
4407 Jordan Rd
Skaneateles, NY 13152
**Date Filed:** 5/12/2025
**Claim Face Value:** $2,533.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $2,533.50 | | |
| | | | | $2,533.50 | | |

## Punk Bot Comic Books LLC
### Case(s): 308 Clm No: 601 Clm. Amt: $112,006.88

12550 Biscayne Blvd, Ste 110
N Miami, FL 33181
**Date Filed:** 5/5/2025
**Claim Face Value:** $64,558.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $64,558.88 | | |
| 308 | PRI | | | $47,448.00 | | |
| | | | | $112,006.88 | | |

## Crystal Zavala
### Case(s): 308 Clm No: 602 Clm. Amt: $84.48

Address Redacted
**Date Filed:** 5/16/2025
**Claim Face Value:** $84.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $84.48 | | |
| | | | | $84.48 | | |

## Memic Indemnity Company
### Case(s): 308 Clm No: 603 Clm. Amt:

Attn: Memic
261 Commercial St
Portland, ME 04101
**Date Filed:** 5/16/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | | | |

**Action Figure Authority Inc.**
**Case(s): 308 Clm No: 604 Clm. Amt: $1,200,000.00**

*Attn: Lauren A Baio, Esq*
*20 F St NW, Ste 500*
*Washington, DC 20001*
**Date Filed:** 5/16/2025
**Claim Face Value:** $1,200,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | UNS | | | $1,200,000.00 | | |
| | | | | $1,200,000.00 | | |

**Funko, LLC**
**Case(s): 308 Clm No: 605 Clm. Amt: $1,206,854.62**

*Attn: Justin Arthur*
*2802 Wetmore Ave*
*Everett, WA 98201*
**Date Filed:** 5/16/2025
**Claim Face Value:** $1,206,854.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $85,492.00 | | |
| 308 | UNS | | | $1,121,362.62 | | |
| | | | | $1,206,854.62 | | |

**Simon & Schuster LLC**
**Case(s): 308 Clm No: 606 Clm. Amt: $322,449.88**

*100 Front St*
*Riverside, NJ 08075*
**Date Filed:** 5/16/2025
**Claim Face Value:** $322,449.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $55,721.53 | | |
| 308 | UNS | | | $266,728.35 | | |
| | | | | $322,449.88 | | |

**Guy Verdinelli**
**Case(s): 308 Clm No: 607 Clm. Amt: $396.64**

*120 W Broadway*
*Red Lion, PA 17356*
**Date Filed:** 5/16/2025
**Claim Face Value:** $396.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $396.64 | | |
| | | | | $396.64 | | |

**Steven L Martin**
**Case(s): 308 Clm No: 608 Clm. Amt: $2,250.50**

*Address Redacted*
**Date Filed:** 5/16/2025
**Orig. Date Filed:** 5/7/2025
**Amending Clm #:** 468
**Claim Face Value:** $2,250.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 308 | PRI | | | $910.00 | | |
| 308 | UNS | | | $1,340.50 | | |
| | | | | $2,250.50 | | |

## Timothy J Lenaghan
**Case(s):** 308 **Clm No:** 609 **Clm. Amt:** $8,832.57

*Address Redacted*
**Date Filed:** 5/16/2025
**Claim Face Value:** $8,832.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $8,269.23 | | |
| 308 | UNS | | | $563.34 | | |
| | | | | $8,832.57 | | |

## Expeditors International of Washington, Inc.
**Case(s):** 308 **Clm No:** 610 **Clm. Amt:** $264,355.15

*Attn: Lisa M Kresge Esq*
*362 Broadway*
*Providence, RI 02909*
**Date Filed:** 5/16/2025
**Claim Face Value:** $264,355.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | SEC | | | Unknown | Y | |
| 308 | UNS | | | $264,355.15 | | |
| | | | | $264,355.15 | | |

## UPS Small Package
**Case(s):** 308 **Clm No:** 611 **Clm. Amt:** $896,314.04

*Attn: Roger Maldonado*
*2200 Wells Fargo Ctr*
*90 S 7th St*
*Minneapolis, MN 55402*
**Date Filed:** 5/16/2025
**Claim Face Value:** $896,314.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $896,314.04 | | |
| | | | | $896,314.04 | | |

## UPS Supply Chain Solutions, Inc.
**Case(s):** 308 **Clm No:** 612 **Clm. Amt:** $27,542.73

*Attn: Roger Maldonado*
*2200 Wells Fargo Ctr*
*90 S 7th St*
*Minneapolis, MN 55402*
**Date Filed:** 5/16/2025
**Claim Face Value:** $27,542.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $27,542.73 | | |
| | | | | $27,542.73 | | |

## Renae Chenowith
**Case(s):** 308 **Clm No:** 613 **Clm. Amt:** $1,013.60

*Address Redacted*
**Date Filed:** 5/17/2025
**Claim Face Value:** $1,013.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,013.60 | | |
| | | | | $1,013.60 | | |

## Image Comics, Inc.
**Case(s):** 308 **Clm No:** 614 **Clm. Amt:**

*c/o Baker & Hostetler LLP*
*Attn: Adam Fletcher*
*Key Tower, 127 Public Sq, Ste 2000*
*Cleveland, OH 44114*
**Date Filed:** 5/17/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | ADM | | | Unknown | Y | |
| 308 | UNS | | | | | |

## Adrian Rodriguez
**Case(s):** 308 **Clm No:** 615 **Clm. Amt:** $432.00

*7772 Walnut Glenn Dr*
*Southaven, MS 38672*
**Date Filed:** 5/17/2025
**Claim Face Value:** $432.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $432.00 | | |
| | | | | $432.00 | | |

## Prime Books LLC
**Case(s):** 308 **Clm No:** 616 **Clm. Amt:** $914.71

*13862 Crosstie Dr*
*Germantown, MD 20874*
**Date Filed:** 5/18/2025
**Claim Face Value:** $914.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $914.71 | | |
| | | | | $914.71 | | |

## Stuart Schreck
**Case(s):** 308 **Clm No:** 617 **Clm. Amt:** $2,221.14

*Address Redacted*
**Date Filed:** 5/18/2025
**Claim Face Value:** $2,221.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $1,924.99 | | |
| 308 | UNS | | | $296.15 | | |
| | | | | $2,221.14 | | |

## Elena K. Byerly
**Case(s):** 308 **Clm No:** 618 **Clm. Amt:** $4,193.87

*6 Tree Hollow Dr*
*Shrewsbury, PA 17361*
**Date Filed:** 5/19/2025
**Claim Face Value:** $4,193.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | PRI | | | $2,043.92 | | |
| 308 | UNS | | | $2,149.95 | | |
| | | | | $4,193.87 | | |

### Chris Trevas
**Case(s): 308 Clm No: 619 Clm. Amt: $2,150.00**

*21475 W 13 Mile Rd*
*Beverly Hills, MI 48025*
**Date Filed:** 5/19/2025
**Claim Face Value:** $2,150.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,150.00 | | |
| | | | | $2,150.00 | | |

### Crystal Jewell Hughes
**Case(s): 308 Clm No: 620 Clm. Amt: $1,517.22**

*Address Redacted*
**Date Filed:** 5/19/2025
**Claim Face Value:** $1,517.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $1,517.22 | | |
| | | | | $1,517.22 | | |

### Retail Management Hero, Inc.
**Case(s): 308 Clm No: 621 Clm. Amt: $13,319.29**

*940 US Hwy 2, Unit C*
*Leavenworth, WA 98826*
**Date Filed:** 5/19/2025
**Claim Face Value:** $13,319.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $4,070.52 | | |
| 308 | UNS | | | $9,248.77 | | |
| | | | | $13,319.29 | | |

### Dorothy Mae Lane
**Case(s): 308 Clm No: 622 Clm. Amt: $495.90**

*Address Redacted*
**Date Filed:** 5/19/2025
**Claim Face Value:** $495.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | Unknown | Y | |
| 308 | UNS | | | $495.90 | | |
| | | | | $495.90 | | |

### Worldsforge Private Limited
**Case(s): 308 Clm No: 623 Clm. Amt: $184.00**

*1 Limbok Ter*
*Singapore 545167*
*Singapore*
**Date Filed:** 5/19/2025
**Claim Face Value:** $184.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $184.00 | | |
| | | | | $184.00 | | |

### Christopher Baker
**Case(s): 308 Clm No: 624 Clm. Amt: $3,092.15**

*Address Redacted*
**Date Filed:** 5/19/2025
**Claim Face Value:** $3,092.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,903.84 | | |
| 308 | UNS | | | $1,188.31 | | |
| | | | | $3,092.15 | | |

### Zachary Eben Laverdiere
**Case(s): 308 Clm No: 625 Clm. Amt: $964.08**

*Address Redacted*
**Date Filed:** 5/19/2025
**Claim Face Value:** $964.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $964.08 | | |
| | | | | $964.08 | | |

### Bandai Limited
**Case(s): 308 Clm No: 626 Clm. Amt: $9,245,465.10**

*Attn: Steven G Polard*
*801 S Figueroa St, Ste 2100*
*Los Angeles, CA 90017*
**Date Filed:** 5/19/2025
**Claim Face Value:** $4,622,732.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $4,622,732.55 | | |
| 308 | SEC | | | $4,622,732.55 | | |
| | | | | $9,245,465.10 | | |

### Christian Andres Luna
**Case(s): 308 Clm No: 627 Clm. Amt: $2,793.96**

*Address Redacted*
**Date Filed:** 5/19/2025
**Claim Face Value:** $2,793.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $2,793.96 | | |
| | | | | $2,793.96 | | |

### Integrated Connection, LLC
**Case(s): 308 Clm No: 628 Clm. Amt: $178,815.05**

*c/o Benesch, Friedlander, Coplan & Aronoff LLP*
*Attn: Kevin M Capuzzi, Esq*
*1313 N Market St, Ste 1201*
*Wilmington, DE 19801*
**Date Filed:** 5/19/2025
**Claim Face Value:** $178,815.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $178,815.05 | | |
| | | | | $178,815.05 | | |

## Magma Comix
**Case(s): 308 Clm No: 629 Clm. Amt: $6,780.51**

*3130 Whittier St*
*San Diego, CA 92106*
**Date Filed:** 5/19/2025
**Claim Face Value:** $6,780.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $6,780.51 | | |
| | | | | $6,780.51 | | |

## Insight Direct USA, Inc.
**Case(s): 308 Clm No: 630 Clm. Amt: $23,697.41**

*Attn: Michael Walker*
*2701 E Insight Way*
*Chandler, AZ 85286*
**Date Filed:** 5/19/2025
**Claim Face Value:** $23,697.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $23,697.41 | | |
| | | | | $23,697.41 | | |

## Left Justified LLC
**Case(s): 308 Clm No: 631 Clm. Amt: $2,292.64**

*Attn: Jeff Tidball*
*1160 County Rd C2*
*Roseville, MN 55113*
**Date Filed:** 5/19/2025
**Claim Face Value:** $2,292.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,292.64 | | |
| | | | | $2,292.64 | | |

## Hasbro, Inc.
**Case(s): 308 Clm No: 632 Clm. Amt: $1,185,638.23**

*Attn: Scott Russell*
*1027 Newport Ave*
*Pawtucket, RI 02861*
**Date Filed:** 5/19/2025
**Claim Face Value:** $1,185,638.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|---------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $210,275.22 | | |
| 308 | UNS | | | $975,363.01 | | |
| | | | | $1,185,638.23 | | |

## Steven Alan Leaf
**Case(s): 308 Clm No: 633 Clm. Amt: $4,090.00**

*Address Redacted*
**Date Filed:** 5/19/2025
**Claim Face Value:** $4,090.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,090.00 | | |
| | | | | $4,090.00 | | |

## Ablaze, LLC.
**Case(s): 308 Clm No: 634 Clm. Amt: $66,391.08**

*234 5th Ave, 2nd Fl*
*New York, NY 10001*
**Date Filed:** 5/19/2025
**Claim Face Value:** $33,195.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $33,195.54 | | |
| 308 | PRI | | | $33,195.54 | | |
| | | | | $66,391.08 | | |

## Hasbro International Trading B.V.
**Case(s): 308 Clm No: 635 Clm. Amt: $278,065.84**

*Attn: Scott Russell*
*1027 Newport Ave*
*Pawtucket, RI 02861*
**Date Filed:** 5/19/2025
**Claim Face Value:** $278,065.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $8,407.35 | | |
| 308 | UNS | | | $269,658.49 | | |
| | | | | $278,065.84 | | |

## Hermes Press
**Case(s): 308 Clm No: 636 Clm. Amt: $1,720.40**

*c/o Geer and Herman, PC*
*Attn: Daniel I Herman, Esq*
*2100 Wilmington Rd*
*New Castle, PA 16105*
**Date Filed:** 5/19/2025
**Claim Face Value:** $1,720.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $1,720.40 | | |
| | | | | $1,720.40 | | |

## Liesa M.C. Yopp
**Case(s): 308 Clm No: 637 Clm. Amt: $2,432.30**

*526 Triton Dr, Apt 4*
*Southaven, MS 38671*
**Date Filed:** 5/19/2025
**Claim Face Value:** $2,432.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,432.30 | | |
| | | | | $2,432.30 | | |

## Above the Treeline, Inc.
**Case(s): 308 Clm No: 638 Clm. Amt: $440.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $440.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $440.00 | | |
| | | | | $440.00 | | |

**Blake Wright**
**Case(s): 308 Clm No: 639 Clm. Amt: $1,080.00**

*Address Redacted*
**Date Filed:** 5/19/2025
**Claim Face Value:** $1,080.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,080.00 | | |
| | | | | $1,080.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 640 Clm. Amt: $35.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 641 Clm. Amt: $140.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $140.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $140.00 | | |
| | | | | $140.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 642 Clm. Amt: $35.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 643 Clm. Amt: $35.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 644 Clm. Amt: $35.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 645 Clm. Amt: $35.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 646 Clm. Amt: $35.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 647 Clm. Amt: $70.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $70.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $70.00 | | |
| | | | | $70.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 648 Clm. Amt: $35.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 649 Clm. Amt: $35.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 650 Clm. Amt: $35.00**

*P.O. Box 7378*
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

**Above the Treeline, Inc.**
**Case(s): 308 Clm No: 651 Clm. Amt: $35.00**

P.O. Box 7378
*Ann Arbor, MI 48107*
**Date Filed:** 5/19/2025
**Claim Face Value:** $35.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $35.00 | | |
| | | | | $35.00 | | |

**Microsoft Corporation**
**Case(s): 308 Clm No: 652 Clm. Amt: $307,818.03**

*c/o Fox Rothschild LLP*
*Attn: David P Papiez*
*1001 4th Ave, Ste 4400*
*Seattle, WA 98154*
**Date Filed:** 5/19/2025
**Claim Face Value:** $307,818.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $307,818.03 | | |
| | | | | $307,818.03 | | |

**William M. Gaines Agent, Inc**
**Case(s): 308 Clm No: 653 Clm. Amt: $1,721.05**

*Attn: Cathy Gaines Mifsud*
*3975 Little John Dr*
*York, PA 17408*
**Date Filed:** 5/19/2025
**Claim Face Value:** $1,721.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $1,721.05 | | |
| | | | | $1,721.05 | | |

**VIZ Media, LLC**
**Case(s): 308 Clm No: 654 Clm. Amt: $556,972.48**

*Attn: Trevor Stordahl*
*1355 Market St, Ste 200*
*San Francisco, CA 94103*
**Date Filed:** 5/19/2025
**Claim Face Value:** $556,972.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $556,972.48 | | |
| | | | | $556,972.48 | | |

**VIZ Media, LLC**
**Case(s): 308 Clm No: 655 Clm. Amt: $7,274.88**

*Attn: Trevor Stordahl*
*1355 Market St, Ste 200*
*San Francisco, CA 94103*
**Date Filed:** 5/19/2025
**Amended By Clm #:** 657
**Claim Face Value:** $7,274.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $7,274.88 | | |
| | | | | $7,274.88 | | |

**Icon Heroes, LLC**
**Case(s): 308 Clm No: 656 Clm. Amt: $1,856.25**

*4255 Campus A-100, Unit 4926*
*Irvine, CA 92616*
**Date Filed:** 5/19/2025
**Claim Face Value:** $1,856.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $1,856.25 | | |
| | | | | $1,856.25 | | |

## VIZ Media, LLC
### Case(s): 308 Clm No: 657 Clm. Amt: $7,274.88

Attn: Trevor Stordahl
1355 Market St, Ste 200
San Francisco, CA 94103
**Date Filed:** 5/19/2025
**Orig. Date Filed:** 5/19/2025
**Amending Clm #:** 655
**Claim Face Value:** $7,274.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $7,274.88 | | |
| | | | | $7,274.88 | | |

## Cheyenne Blundell
### Case(s): 308 Clm No: 658 Clm. Amt: $3,038.18

Address Redacted
**Date Filed:** 5/19/2025
**Claim Face Value:** $3,038.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,991.59 | | |
| 308 | UNS | | | $1,046.59 | | |
| | | | | $3,038.18 | | |

## 100% Soft LLC
### Case(s): 308 Clm No: 659 Clm. Amt: $14,815.00

124 S Kingsley Dr
Los Angeles, CA 90004
**Date Filed:** 5/19/2025
**Claim Face Value:** $14,815.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $14,815.00 | | |
| | | | | $14,815.00 | | |

## Wyrd Miniatures, LLC
### Case(s): 308 Clm No: 660 Clm. Amt: $11,475.20

384 Clayton Trl
Canton, GA 30114
**Date Filed:** 5/16/2025
**Claim Face Value:** $11,475.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $11,475.20 | | |
| | | | | $11,475.20 | | |

## Loren Toshio Henmi
### Case(s): 308 Clm No: 661 Clm. Amt: $839.48

Address Redacted
**Date Filed:** 5/16/2025
**Claim Face Value:** $839.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $839.48 | | |
| | | | | $839.48 | | |

## Donald Kristian Kimes
### Case(s): 308 Clm No: 662 Clm. Amt: $571.88

*Address Redacted*
**Date Filed:** 5/20/2025
**Claim Face Value:** $571.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $571.88 | | |
| | | | | $571.88 | | |

## Texas Comptroller of Public Accounts
### Case(s): 308 Clm No: 663 Clm. Amt: $91,224.84

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed:** 5/16/2025
**Claim Face Value:** $91,224.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $83,221.44 | | |
| 308 | UNS | | | $8,003.40 | | |
| | | | | $91,224.84 | | |

## Verotik Inc
### Case(s): 308 Clm No: 664 Clm. Amt: $1,642.20

*P.O. Box 642692*
*Los Angeles, CA 90064*
**Date Filed:** 5/16/2025
**Claim Face Value:** $1,642.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,642.20 | | |
| | | | | $1,642.20 | | |

## Folded Space EOOD
### Case(s): 308 Clm No: 665 Clm. Amt: $4,129.80

*Attn: Elizabeth Howald*
*940 Grant Ave*
*Grand Haven, MI 49417*
**Date Filed:** 5/20/2025
**Orig. Date Filed:** 3/21/2025
**Amending Clm #:** 137
**Claim Face Value:** $4,129.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,129.80 | | |
| | | | | $4,129.80 | | |

## Lunar Distribution
### Case(s): 308 Clm No: 666 Clm. Amt: $500,516.13

*10701 Rose Ave*
*New Haven, IN 46774*
**Date Filed:** 5/19/2025
**Claim Face Value:** $500,516.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $237,047.99 | | |
| 308 | UNS | | | $263,468.14 | | |
| | | | | $500,516.13 | | |

## Edward Sloman
### Case(s): 308 Clm No: 667 Clm. Amt: $552.61

*Address Redacted*
**Date Filed:** 5/20/2025
**Claim Face Value:** $552.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308  | PRI   |        |           | $552.61               |     |                      |
|      |       |        |           | $552.61               |     |                      |

## Brittany Nycum
### Case(s): 308 Clm No: 668 Clm. Amt: $233.79

*Address Redacted*
**Date Filed:** 5/20/2025
**Claim Face Value:** $233.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308  | PRI   |        |           | $233.79               |     |                      |
|      |       |        |           | $233.79               |     |                      |

## Franchise Tax Board
### Case(s): 308 Clm No: 669 Clm. Amt: $1,362.57

*c/o Bankruptcy Section, MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 5/19/2025
**Claim Face Value:** $1,362.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308  | PRI   |        |           | $852.91               |     |                      |
| 308  | UNS   |        |           | $509.66               |     |                      |
|      |       |        |           | $1,362.57             |     |                      |

## Alliance Entertainment, LLC
### Case(s): 308 Clm No: 670 Clm. Amt: $8,534.05

*8201 Peters Rd, Ste 1000, Unit 73*
*Plantation, FL 33324*
**Date Filed:** 5/19/2025
**Claim Face Value:** $8,534.05

| Case | Class    | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|----------|--------|-----------|-----------------------|-----|----------------------|
| 308  | 503(b)(9)|        |           | $8,534.05             |     |                      |
|      |          |        |           | $8,534.05             |     |                      |

## Will Murray
### Case(s): 308 Clm No: 671 Clm. Amt: $494.76

*150 Quincy Shore Dr, Unit 19*
*Quincy, MA 02171*
**Date Filed:** 5/19/2025
**Claim Face Value:** $494.76

| Case | Class    | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|----------|--------|-----------|-----------------------|-----|----------------------|
| 308  | 503(b)(9)|        |           | Unknown               | Y   |                      |
| 308  | UNS      |        |           | $494.76               |     |                      |
|      |          |        |           | $494.76               |     |                      |

### Kevin J Luellen
**Case(s): 308 Clm No: 672 Clm. Amt: $596.19**

*Address Redacted*
**Date Filed:** 5/20/2025
**Claim Face Value:** $596.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $596.19 | | |
| | | | | $596.19 | | |

### Georgia Power Company
**Case(s): 308 Clm No: 673 Clm. Amt: $4,470.10**

*c/o Pierson Ferdinand LLP*
*Attn: Thomas R Walker*
*260 Peachtree St NW, Ste 2200*
*Atlanta, GA 30303*
**Date Filed:** 5/20/2025
**Claim Face Value:** $4,470.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,470.10 | | |
| | | | | $4,470.10 | | |

### Elaina Warren
**Case(s): 308 Clm No: 674 Clm. Amt: $510.18**

*126 White Cir*
*Greenville, SC 29611*
**Date Filed:** 5/20/2025
**Claim Face Value:** $510.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $510.18 | | |
| | | | | $510.18 | | |

### MDH F2 BAL Beltway North, LLC
**Case(s): 308 Clm No: 675 Clm. Amt: $13,206.21**

*c/o Gunster Yoakley & Stewart PA*
*Attn: Kenneth GM Mather*
*401 E Jackson St, Ste 1500*
*Tampa, FL 33602*
**Date Filed:** 5/20/2025
**Claim Face Value:** $13,206.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $13,206.21 | | |
| | | | | $13,206.21 | | |

### Benitez Productions
**Case(s): 308 Clm No: 676 Clm. Amt: $2,167.15**

*P.O. Box 17161*
*Encino, CA 91416*
**Date Filed:** 5/20/2025
**Claim Face Value:** $2,167.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,167.15 | | |
| | | | | $2,167.15 | | |

## Dire Wolf Digital, Inc.
### Case(s): 308 Clm No: 677 Clm. Amt: $426,498.60

c/o Kutner Brinen Dickey Riley, PC
Attn: Jenny Fujii
1660 Lincoln St, Ste 1720
Denver, CO 80264
**Date Filed:** 5/20/2025
**Claim Face Value:** $426,498.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $74,410.80 | | |
| 308 | ADM | | | $74,410.80 | | |
| 308 | UNS | | | $277,677.00 | | |
| | | | | $426,498.60 | | |

## Anson Logistics Assets LLC
### Case(s): 308 Clm No: 678 Clm. Amt: $39,006.39

c/o Munsch Hardt Kopf & Harr, PC
Attn: Deborah Perry, Esq
500 N Akard St, Ste 4000
Dallas, TX 75201
**Date Filed:** 5/20/2025
**Claim Face Value:** $39,006.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | SEC | | | $36,947.15 | | |
| 308 | UNS | | | $2,059.24 | | |
| | | | | $39,006.39 | | |

## Dynamic Forces, Inc.
### Case(s): 308 Clm No: 679 Clm. Amt: $488,402.88

c/o McNamee Hosea
Attn: Justin Fasano
6404 Ivy Ln, Ste 820
Greenbelt, MD 20770
**Date Filed:** 5/20/2025
**Claim Face Value:** $244,201.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $244,201.44 | | |
| 308 | ADM | | | $244,201.44 | | |
| | | | | $488,402.88 | | |

## Dynamic Forces, Inc.
### Case(s): 308 Clm No: 680 Clm. Amt: $244,201.44

c/o McNamee Hosea
Attn: Justin Fasano
6404 Ivy Ln, Ste 820
Greenbelt, MD 20770
**Date Filed:** 5/20/2025
**Claim Face Value:** $244,201.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | 503(b)(9) | | | $244,201.44 | | |
| 308 | ADM | | | Unknown | Y | |
| | | | | $244,201.44 | | |

## ACE American Insurance Company
### Case(s): 308 Clm No: 681 Clm. Amt: $2,500.00

c/o Chubb
202A Hall's Mill Rd, Unit 2E
Whitehouse Station, NJ 08889
**Date Filed:** 5/20/2025
**Claim Face Value:** $2,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 308 | UNS | | | $2,500.00 | | |
| | | | | $2,500.00 | | |

### Oni-Lion Forge Publishing Group
**Case(s): 308 Clm No: 682 Clm. Amt: $179,942.40**

*Attn: Shonagh Clements*
*10964 Lin Valle Dr, Ste A*
*St Louis, MO 63139*
**Date Filed:** 5/20/2025
**Claim Face Value:** $179,942.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $179,942.40 | | |
| | | | | $179,942.40 | | |

### Federal Insurance Company
**Case(s): 308 Clm No: 683 Clm. Amt: $22,024.00**

*c/o Chubb*
*202A Hall's Mill Rd, Unit 2E*
*Whitehouse Station, NJ 08889*
**Date Filed:** 5/20/2025
**Claim Face Value:** $22,024.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $22,024.00 | | |
| | | | | $22,024.00 | | |

### Magnetic Press
**Case(s): 308 Clm No: 684 Clm. Amt: $51,067.53**

*Attn: Shonagh Clements*
*10964 Lin Valle Dr, Ste A*
*St Louis, MO 63123*
**Date Filed:** 5/20/2025
**Claim Face Value:** $51,067.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $51,067.53 | | |
| | | | | $51,067.53 | | |

### Great Northern Insurance Company
**Case(s): 308 Clm No: 685 Clm. Amt: $128,819.00**

*c/o Chubb*
*202A Hall's Mill Rd, Unit 2E*
*Whitehouse Station, NJ 08889*
**Date Filed:** 5/20/2025
**Claim Face Value:** $128,819.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $128,819.00 | | |
| | | | | $128,819.00 | | |

### Spin Master Inc
**Case(s): 308 Clm No: 686 Clm. Amt: $93,687.61**

*Attn: Robert Michajlowski*
*225 King St W, Unit 200*
*Toronto, ON M5V 3M2*
*Canada*
**Date Filed:** 5/20/2025
**Claim Face Value:** $93,687.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $93,687.61 | | |
| | | | | $93,687.61 | | |

### Disney Consumer Products, Inc.
**Case(s): 308 Clm No: 687 Clm. Amt: $1,211,680.00**

*c/o Wilmer Cutler Pickering Hale & Dorr LLP*
*Attn: Andrew N Goldman, Benjamin W Loveland*
*7 World Trade Ctr*
*250 Greenwich St*
*New York, NY 10007*
**Date Filed:** 5/20/2025
**Claim Face Value:** $1,211,680.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,211,680.00 | | |
| | | | | $1,211,680.00 | | |

## AIREIT Olive Branch DC LLC
### Case(s): 308 Clm No: 688 Clm. Amt: $455,594.57

*c/o Munsch Hardt Kopf & Harr, PC*
*Attn: Deborah Perry, Esq*
*500 N Akard St, Ste 4000*
*Dallas, TX 75201*
**Date Filed:** 5/20/2025
**Claim Face Value:** $455,594.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $455,594.57 | | |
| | | | | $455,594.57 | | |

## Kit Allen Anderson
### Case(s): 308 Clm No: 689 Clm. Amt: $690.00

*Address Redacted*
**Date Filed:** 5/20/2025
**Claim Face Value:** $690.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $690.00 | | |
| | | | | $690.00 | | |

## Loren Coleman
### Case(s): 308 Clm No: 690 Clm. Amt: $1,102,256.81

*5003 Main St, Unit 110*
*Tacoma, WA 98407*
**Date Filed:** 5/20/2025
**Claim Face Value:** $1,102,256.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,102,256.81 | | |
| | | | | $1,102,256.81 | | |

## Uncivilized Books
### Case(s): 308 Clm No: 691 Clm. Amt: $2,760.00

*3336 30th Ave S*
*Minneapolis, MN 55406*
**Date Filed:** 5/20/2025
**Claim Face Value:** $2,760.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $2,760.00 | | |
| | | | | $2,760.00 | | |

## Dark Horse Comics, LLC
### Case(s): 308 Clm No: 692 Clm. Amt: $86,927.11

*Attn: Garrett S Ledgerwood*
*1140 SW Washington St, Ste 700*
*Portland, OR 97205*
**Date Filed:** 5/20/2025
**Claim Face Value:** $86,927.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $13,507.43 | | |
| 308 | ADM | | | $13,507.43 | | |
| 308 | UNS | | | $59,912.25 | | |
| | | | | $86,927.11 | | |

### Disburt Ltd
**Case(s):** 308 **Clm No:** 693 **Clm. Amt:** **$9,238.74**

*P.O. Box 1622*
*Rockford, IL 61110*
**Date Filed:** 5/21/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $9,238.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $9,238.74 | | |
| | | | | $9,238.74 | | |

### Leder Games LLC
**Case(s):** 308 **Clm No:** 694 **Clm. Amt:** **$88,231.20**

*Attn: Theodore Caya*
*1884 Como Ave*
*St Paul, MN 55108*
**Date Filed:** 5/22/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $88,231.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $88,231.20 | | |
| | | | | $88,231.20 | | |

### 10 Ton Press
**Case(s):** 308 **Clm No:** 695 **Clm. Amt:** **$9,247.72**

*Attn: John Hageman*
*3767 Agua Dulce Ave*
*Clovis, CA 93619*
**Date Filed:** 5/21/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $9,247.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $9,247.72 | | |
| | | | | $9,247.72 | | |

### Mississippi Department of Revenue
**Case(s):** 308 **Clm No:** 696 **Clm. Amt:** **$121,121.00**

*c/o Bankruptcy Section*
*P.O. Box 22808*
*Jackson, MS 39225-2808*
**Date Filed:** 5/22/2025
**Orig. Date Filed:** 3/13/2025
**Amending Clm #:** 120
**Claim Face Value:** $121,121.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $100,034.00 | | |
| 308 | UNS | | | $21,087.00 | | |
| | | | | $121,121.00 | | |

### Ritesh Singh
**Case(s):** 308 **Clm No:** 697 **Clm. Amt:** **$2,258.81**

*D-50, 1st Fl, Puri Luxuria, Sector 89*
*Faridabad, Uttar Pradesh 121002*
*India*
**Date Filed:** 5/23/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $2,258.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,258.81 | | |
| | | | | $2,258.81 | | |

### Beast Kingdom North America Co. Ltd.
### Case(s): 308 Clm No: 698 Clm. Amt: $311,569.78

*c/o Stubbs Alderton & Markiles, LLP*
*Attn: Gary Chen, Esq,& Jerrold L. Bregman, Esq*
*15260 Ventura Blvd., 20th Fl*
*Sherman Oaks, CA 91403*
**Date Filed:** 5/23/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $311,569.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | 503(b)(9) | | | $69,881.84 | | |
| 308 | UNS | | | $241,687.94 | | |
| | | | | $311,569.78 | | |

### Piseth Phoeung
### Case(s): 308 Clm No: 699 Clm. Amt: $152.28

*Address Redacted*
**Date Filed:** 5/22/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $152.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $152.28 | | |
| | | | | $152.28 | | |

### Silverline Comics
### Case(s): 308 Clm No: 700 Clm. Amt: $449.38

*16415 SW 14th Ct*
*Ocala, FL 34473*
**Date Filed:** 5/23/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $449.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $449.38 | | |
| | | | | $449.38 | | |

### William C. Royston
### Case(s): 308 Clm No: 701 Clm. Amt: $2,500.00

*Address Redacted*
**Date Filed:** 5/27/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $2,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $2,500.00 | | |
| | | | | $2,500.00 | | |

### Living the Line LLC
### Case(s): 308 Clm No: 702 Clm. Amt: $6,916.40

*Attn: Sean Michael Robinson*
*1477 Ashland Ave*
*St Paul, MN 55104*
**Date Filed:** 5/29/2025
**Bar Date:** 5/20/2025
**Amending Clm #:** 0
**Claim Face Value:** $6,916.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $3,942.77 | | |
| 308 | UNS | | | $2,973.63 | | |
| | | | | $6,916.40 | | |

### Massive Publishing, LLC.
### Case(s): 308 Clm No: 703 Clm. Amt: $40,700.69

Attn: Michael Calero
3404 Leatha Way
Sacramento, CA 95821
**Date Filed:** 5/29/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $40,700.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $40,700.69 | | |
| | | | | $40,700.69 | | |

### Solomon W Levin
### Case(s): 308 Clm No: 704 Clm. Amt: $2,744.13

Address Redacted
**Date Filed:** 5/15/2025
**Claim Face Value:** $2,744.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,744.13 | | |
| | | | | $2,744.13 | | |

### TFI Transport 11, Inc
### Case(s): 308 Clm No: 705 Clm. Amt: $5,396.00

99 Rte 271 Sud
St-Ephrem, QC G0M 1R0
Canada
**Date Filed:** 5/30/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $5,396.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $5,396.00 | | |
| | | | | $5,396.00 | | |

### James Gerlach - ERBBooks.com
### Case(s): 308 Clm No: 706 Clm. Amt: $3,780.00

Address Redacted
**Date Filed:** 4/24/2025
**Claim Face Value:** $3,780.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $3,780.00 | | |
| | | | | $3,780.00 | | |

### KMC USA, LLC
### Case(s): 308 Clm No: 707 Clm. Amt: $3,315.90

222 N Story Rd, Ste 126
Irving, TX 75061
**Date Filed:** 5/6/2025
**Claim Face Value:** $3,315.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $3,315.90 | | |
| | | | | $3,315.90 | | |

### Corvus Belli SLL
### Case(s): 308 Clm No: 708 Clm. Amt: $20,134.11

Poligono Industrial Castineiras, Nave 19
Pontevedra, Bueu 36939
Spain
**Date Filed:** 5/19/2025
**Claim Face Value:** $20,134.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $20,134.11 | | |
| | | | | $20,134.11 | | |

**Saia Motor Freight Line Inc.**
**Case(s): 308 Clm No: 709 Clm. Amt: $2,070.06**

*P.O Box A, Station 1*
*Houma, LA 70363*
**Date Filed:** 5/20/2025
**Claim Face Value:** $2,070.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,070.06 | | |
| | | | | $2,070.06 | | |

**Alaxis Press**
**Case(s): 308 Clm No: 710 Clm. Amt: $10,170.00**

*Attn: Stephen D Smith dba Alaxis Press*
*21504 W Douglas Ln*
*Plainfield, IL 60544*
**Date Filed:** 5/7/2025
**Claim Face Value:** $10,170.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $10,170.00 | | |
| | | | | $10,170.00 | | |

**Gladys B Oliva Chajon**
**Case(s): 308 Clm No: 711 Clm. Amt: $655.72**

*Address Redacted*
**Date Filed:** 6/2/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $327.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | 503(b)(9) | | | $327.86 | | |
| 308 | PRI | | | $327.86 | | |
| | | | | $655.72 | | |

**Tony Kittrell**
**Case(s): 308 Clm No: 712 Clm. Amt: $1,107.40**

*Address Redacted*
**Date Filed:** 6/6/2025
**Bar Date:** 5/20/2025
**Amending Clm #:** 0
**Claim Face Value:** $1,107.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,107.40 | | |
| | | | | $1,107.40 | | |

**U.S. Customs and Border Protection**
**Case(s): 308 Clm No: 713 Clm. Amt: $0.00**

*c/o Revenue Division, Bankruptcy Team*
*Attn: M/S 203-Ja*
*8899 E 56th St*
*Indianapolis, IN 46249*
**Date Filed:** 6/9/2025
**Claim Face Value:** $0.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $0.00 | | |
| | | | | $0.00 | | |

**Cryptozoic Entertainment**
**Case(s): 308 Clm No: 714 Clm. Amt: $4,239.09**

*23212 Mill Creek Dr, Ste 300*
*Laguna Hills, CA 92653*
**Date Filed:** 6/12/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $4,239.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,239.09 | | |
| | | | | $4,239.09 | | |

## Liminal Esports LLC
**Case(s):** 308 **Clm No:** 715 **Clm. Amt: $6,442.00**

*dba Snowbright Studio*
*Attn: James Collins*
*1500 Chagrin River Rd, Unit 361*
*Gates Mills, OH 44040*
**Date Filed:** 6/20/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $6,442.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $6,442.00 | | |
| | | | | $6,442.00 | | |

## Comptroller of Maryland
**Case(s):** 308 **Clm No:** 716 **Clm. Amt: $971.00**

*c/o Bankruptcy Unit*
*7 St Paul St, Ste 230*
*Baltimore, MD 21202*
**Date Filed:** 7/1/2025
**Claim Face Value:** $971.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $883.00 | | |
| 308 | UNS | | | $88.00 | | |
| | | | | $971.00 | | |

## Wisconsin Department of Revenue
**Case(s):** 308 **Clm No:** 717 **Clm. Amt: $1,520.00**

*c/o Special Procedures Unit*
*P.O. Box 8901*
*Madison, WI 53708-8901*
**Date Filed:** 6/30/2025
**Claim Face Value:** $1,520.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,200.00 | | |
| 308 | UNS | | | $320.00 | | |
| | | | | $1,520.00 | | |

## California Department of Tax and Fee Administration
**Case(s):** 308 **Clm No:** 718 **Clm. Amt: $5,897.81**

*c/o Collections Support, MIC 29*
*P.O. Box 942879*
*Sacramento, CA 94279-0029*
**Date Filed:** 6/30/2025
**Amended By Clm #:** 737
**Claim Face Value:** $5,897.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $5,897.81 | | |
| | | | | $5,897.81 | | |

## Dematic Corporation
**Case(s):** 308 **Clm No:** 719 **Clm. Amt: $50,613.50**

*507 Plymouth Ave NE*
*Grand Rapids, MI 49505*
**Date Filed:** 7/3/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $50,613.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $50,613.50 | | |
| | | | | $50,613.50 | | |

**Jeffrey Newman**
**Case(s): 308 Clm No: 720 Clm. Amt: $438.72**

2745 Loman Ave
York, PA 17408
**Date Filed:** 7/11/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $438.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $438.72 | | |
| | | | | $438.72 | | |

**Redacted Name**
**Case(s): 308 Clm No: 721 Clm. Amt: $500.00**

Address Redacted
**Date Filed:** 7/11/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $500.00 | | |
| | | | | $500.00 | | |

**Redacted Name**
**Case(s): 308 Clm No: 722 Clm. Amt: $500.00**

Address Redacted
**Date Filed:** 7/11/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $500.00 | | |
| | | | | $500.00 | | |

**Avatar Press, Inc.**
**Case(s): 308 Clm No: 723 Clm. Amt: $36,495.19**

Attn: William Christensen
515 N Century Blvd
Rantoul, IL 61866
**Date Filed:** 7/14/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $36,495.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $36,495.19 | | |
| | | | | $36,495.19 | | |

**Green Ronin Publishing LLC**
**Case(s): 308 Clm No: 724 Clm. Amt: $4,896.30**

Attn: Chris Pramas
6731 29th Ave S
Seattle, WA 98108
**Date Filed:** 7/14/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $4,896.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,896.30 | | |
| | | | | $4,896.30 | | |

**ComicMix LLC**
**Case(s): 308 Clm No: 725 Clm. Amt: $5,000.00**

71 Hauxhurst Ave, Ste B
Weehawken, NJ 07086
**Date Filed:** 7/16/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $5,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $5,000.00 | | |
| | | | | $5,000.00 | | |

**Redacted Name**
**Case(s): 308 Clm No: 726 Clm. Amt: $427.69**

*Address Redacted*
**Date Filed:** 7/23/2025
**Bar Date:** 5/20/2025
**Claim Face Value:** $427.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $427.69 | | |
| | | | | $427.69 | | |

**Gwinnett County Tax Commissioner's office**
**Case(s): 308 Clm No: 727 Clm. Amt: $1,355.40**

*P.O. Box 372*
*Lawrenceville, GA 30046*
**Date Filed:** 7/28/2025
**Bar Date:** 7/14/2025
**Claim Face Value:** $1,355.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,355.40 | | |
| | | | | $1,355.40 | | |

**Massachusetts Department of Revenue**
**Case(s): 308 Clm No: 728 Clm. Amt: $2,119.78**

*P.O. Box 7090*
*Boston, MA 02204-7090*
**Date Filed:** 8/27/2025
**Orig. Date Filed:** 2/14/2025
**Amending Clm #:** 54
**Claim Face Value:** $2,119.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $1,636.42 | | |
| 308 | UNS | | | $483.36 | | |
| | | | | $2,119.78 | | |

**Anson Logistics Assets**
**Case(s): 308 Clm No: 729 Clm. Amt: $520,340.57**

*c/o Munsch Hardt Kopf & Harr, PC*
*Attn: Deborah Perry, Esq*
*500 N Akard St, Ste 4000*
*Dallas, TX 75201*
**Date Filed:** 9/11/2025
**Claim Face Value:** $520,340.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | SEC | | | $36,947.15 | | |
| 308 | UNS | | | $483,393.42 | | |
| | | | | $520,340.57 | | |

**Futurex Media & Communications Pvt Ltd**
**Case(s): 308 Clm No: 730 Clm. Amt: $545.80**

*#3, Plot 512, Mirabelle Bldg*
*Linking Road, Bandra (W)*
*Mumbai, Maharashtra, 400050*
*India*
**Date Filed:** 9/25/2025
**Claim Face Value:** $545.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $545.80 | | |
| | | | | $545.80 | | |

## Hush Hush Projects USA LLC
### Case(s): 308 Clm No: 731 Clm. Amt: $5,050.19

*Attn: Richard Gain*
*16 Gulph Mill Rd*
*Somers Point, NJ 08244*
**Date Filed:** 10/1/2025
**Claim Face Value:** $5,050.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $5,050.19 | | |
| | | | | $5,050.19 | | |

## Northcentral Electric Cooperative
### Case(s): 308 Clm No: 732 Clm. Amt: $1,231.88

*P.O. Box 405*
*Byhalia, MS 38611*
**Date Filed:** 10/13/2025
**Orig. Date Filed:** 5/1/2025
**Amending Clm #:** 374
**Claim Face Value:** $1,231.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $1,231.88 | | |
| | | | | $1,231.88 | | |

## Michigan Department of Treasury
### Case(s): 308 Clm No: 733 Clm. Amt: $3,139.80

*Attn: Bankruptcy Unit*
*P.O. Box 30168*
*Lansing, MI 48909*
**Date Filed:** 10/16/2025
**Orig. Date Filed:** 4/7/2025
**Amending Clm #:** 185
**Claim Face Value:** $3,139.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $3,139.80 | | |
| | | | | $3,139.80 | | |

## Tennessee Department of Revenue
### Case(s): 308 Clm No: 734 Clm. Amt: $3,947.36

*c/o Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 10/24/2025
**Orig. Date Filed:** 1/31/2025
**Amending Clm #:** 31
**Claim Face Value:** $3,947.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | PRI | | | $3,360.32 | | |
| 308 | UNS | | | $587.04 | | |
| | | | | $3,947.36 | | |

## Bookish srl
### Case(s): 308 Clm No: 735 Clm. Amt: $4,972.14

*Str Baia de Aries 3 7 5B*
*Bucharest 060801*
*Romania*
**Date Filed:** 11/1/2025
**Claim Face Value:** $4,972.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $4,972.14 | | |
| | | | | $4,972.14 | | |

## Bookish srl
### Case(s): 308 Clm No: 736 Clm. Amt: $2,360.76

*Str Baia de Aries 3 5B*
*Bucharest 060801*
*Romania*
**Date Filed:** 11/1/2025
**Claim Face Value:** $2,360.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $2,360.76 | | |
| | | | | $2,360.76 | | |

## California Department of Tax and Fee Administration
### Case(s): 308 Clm No: 737 Clm. Amt: $2,518.00

*P.O. Box 942879*
*Sacramento, CA 94279-0029*
**Date Filed:** 11/17/2025
**Orig. Date Filed:** 6/30/2025
**Amending Clm #:** 718
**Claim Face Value:** $2,518.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $2,518.00 | | |
| | | | | $2,518.00 | | |

## The OP Games
### Case(s): 308 Clm No: 738 Clm. Amt: $45,000.26

*5999 Avenida Encinas, Ste 150*
*Carlsbad, CA 92008*
**Date Filed:** 11/21/2025
**Claim Face Value:** $45,000.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | UNS | | | $45,000.26 | | |
| | | | | $45,000.26 | | |

## Travis County
### Case(s): 308 Clm No: 739 Clm. Amt: $31,719.88

*c/o Travis County Attorney's Office*
*Attn: Jason A Starks*
*P.O. Box 1748*
*Austin, TX 78767*
**Date Filed:** 11/26/2025
**Orig. Date Filed:** 4/24/2025
**Amending Clm #:** 297
**Claim Face Value:** $15,859.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $15,859.94 | | |
| 308 | SEC | | | $15,859.94 | | |
| | | | | $31,719.88 | | |

## New York State Dept. of Tax and Finance
### Case(s): 308 Clm No: 740 Clm. Amt: $21,586.09

*P.O. Box 5300*
*Albany, NY 12205-0300*
**Date Filed:** 12/10/2025
**Orig. Date Filed:** 1/27/2025
**Amending Clm #:** 81
**Claim Face Value:** $21,586.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 308 | PRI | | | $19,256.89 | | |
| 308 | UNS | | | $2,329.20 | | |
| | | | | $21,586.09 | | |

**New York State Dept. of Tax and Finance**
**Case(s): 308 Clm No: 741 Clm. Amt: $3,608.73**

*P.O. Box 5300*
*Albany, NY 12205-0300*
**Date Filed:** 12/12/2025
**Claim Face Value:** $3,608.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | ADM | | | Unknown | Y | |
| 308 | PRI | | | $3,608.73 | | |
| | | | | $3,608.73 | | |

**The Center for Cartoon Studies**
**Case(s): 308 Clm No: 742 Clm. Amt: $2,975.00**

*P.O. Box 125*
*White River Junction, VT 05001*
**Date Filed:** 12/18/2025
**Claim Face Value:** $2,975.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 308 | UNS | | | $2,975.00 | | |
| | | | | $2,975.00 | | |