Entered: January 26th, 2026
Signed: January 23rd, 2026

**SO ORDERED**

In light of the notification of NECA, LLC described by Mr. Guttman in his motion [Docket No. 1104, at Page 2 of 6], further notification of NECA, LLC is not required under LBR 9010-4(b)(2).



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

**In re:**

| | |
|---|---|
| **Diamond Comic Distributors, Inc.** | Bankr. Case No.: 25-10308-DER |
| **Comic Exporters, Inc.** | Bankr. Case No.: 25-10309-DER |
| **Comic Holdings, Inc.** | Bankr. Case No.: 25-10311-DER |
| **Diamond Select Toys & Collectibles, LLC** | Bankr. Case No.: 25-10312-DER |
| | (Chapter 11) |
| Debtors | (Jointly Administered) |

\* \* \* \* \*   \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF COUNSEL

UPON CONSIDERATION OF the Motion to Withdraw Appearance of Counsel (the "Motion"), filed by KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP (the "Firm") as counsel to NECA, LLC by and through undersigned counsel Andrew Brown, Stephanie Sweeney, and Ian Winters, it is HEREBY ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the appearance of the Firm is STRICKEN and WITHDRAWN as counsel to NECA, LLC from the bankruptcy case captioned above.

Cc:

Morgan W. Fisher, Trustee

Stephanie Sweeney, Esquire

**END OF ORDER**