Entered: January 26th, 2026
Signed: January 23rd, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (<u>Baltimore Division</u>)

| | |
|---|---|
| **IN RE:** | **Chapter 7** |
| **Diamond Comic Distributors, Inc., et al.,**[1] | **CASE NO. 25-10308-DER** |
| **Debtors.** | **(Jointly Administered)** |

### ORDER AUTHORIZING EMPLOYMENT OF
### <u>GENERAL COUNSEL TO THE TRUSTEE</u>

Upon the Application of Morgan W. Fisher, Chapter 7 Trustee for Authority to Employ The Law Offices of Zvi Guttman, P.A. and Zvi Guttman (the "Application") to serve as general counsel to the Trustee, and upon consideration of the Verified Statement of Zvi Guttman, it appearing that Zvi Guttman and Law Offices of Zvi Guttman, P.A are disinterested within the meaning of 11 U.S.C. § 101(14), represent no interest materially adverse to the estate or its creditors, and that the employment of counsel to represent the Trustee and perform the services described in the Application is necessary and in the best interests of the estate,[2] it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] For calendar year 2026 Counsel's billing rate in Chapter 7 cases is $620/hr. Rates are subject to adjustment. Counsel will file notice of any adjustment applicable to this case.

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that the Law Offices of Zvi Guttman, LLC compensation and reimbursement of actual and reasonable out-of-pocket expenses shall be subject to application and further Order of this Court.

**COPIES TO:**
Morgan W. Fisher, Trustee *via* CM/ECF
Zvi Guttman, LLC, Esq. *via* CM/ECF
Hugh M. Bernstein, Esq. Trustee *via* CM/ECF
Jordan D. Rosenfeld. *via* CM/ECF

**\*\*END OF ORDER\*\*\***