IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 7 |
| Debtors.[1] | Related to Docket No. 1089 |

# FINAL REPORT OF CHAPTER 11 DEBTORS

PLEASE TAKE NOTICE THAT on December 19, 2025, the *Order (I) Approving Eight Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement, (II) Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code as of Conversion Date, (III) Approving Certain Conversion Procedures (IV) Setting Bar Date for Filing Final Chapter 11 Fee Applications and Establishing a Hearing Thereon, and (V) Granting Related Relief* [D. I. 1089] (the "**Conversion Order**") was entered by the Court, pursuant to which the chapter 11 cases of the above-captioned debtors (the "**Debtors**") were converted to cases under chapter 7 of the Bankruptcy Code, effective as of 11:59 pm on December 31, 2025.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Conversion Order and Rule 1019(5)(A)(ii) of the Federal Rules of Bankruptcy Procedure, the Debtors hereby file a final report and account, which consists of the following:

| Exhibit | Description |
|---|---|
| A | Summary of Bank Accounts and Cash Balances as of Conversion Date |
| B | Schedule of Other Receivables as of Conversion Date |
| C | Consigned Inventory Balance as of Conversion Date |
| D | Summary of Unpaid Chapter 11 Debts as of Conversion Date |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

57078115.2 01/27/2026

PLEASE TAKE FURTHER NOTICE that the attached reports are based on information available to the Debtors as of the date of the report and are unaudited.

Dated: January 27, 2026 **SAUL EWING LLP**

By: /s/ *Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
          adam.isenberg@saul.com
          turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
          paige.topper@saul.com
          nicholas.smargiassi@saul.com

*Counsel for Debtors*