## Exhibit A

**Summary of Bank Accounts and Cash Balances as of Conversion Date**

(See attached)

**Diamond Comics**
**Summary of Bank Accounts and Cash Balances as of Conversion Date**
As of 12.31.2025

| [#] | Account Name | Account Type | | Balance |
|---|---|---|---|---|
| [1] | Alliance Game Distributors | Alliance Depository | $ | 6,527.87 |
| [2] | Diamond Comic Distributors, Inc. Operati | Diamond Operating | $ | 114,203.77 |
| [3] | Diamond Comic Distributors, Inc. | Diamond Controlled Disbursement | $ | 1,373.70 |
| [4] | Diamond Comic Distributors, Inc. | Diamond Depository | $ | 153,367.86 |
| [5] | Diamond Comic CAD | BMO CAD$ | $ | 33,192.22 |
| [6] | Diamond Comic USD | BMO USD$ | $ | 2,040.78 |
| [7] | Diamond Comic Distributors Inc | DCD JPM Canadian - CAD$ | $ | (16.52) |
| [8] | Diamond Comic Distributors Inc | DCD JPM Canadian - USD$ | $ | (0.62) |

Balances in items #1, #4, #5, and #6 represent funds collected from customers for the account of Universal Distribution and Sparkle Pop. $108,568.92 of such amount represents amounts funded under the Sparkle Pop TSA.