**<u>Exhibit B</u>**

**Schedule of Other Receivables as of Conversion Date**

(See attached)

**Diamond Comics**

**Schedule of Other Receivables**

**As of December 31, 2025**

| Description | Amount |
| --- | --- |
| Due From Renegade Games | 68,998.27 |
| Due From E Gerber Products | 26,162.69 |
| Due From Diamond Select Toys | 7,548,878.24 |
| Due From Diamond International Galleries | 3,698,722.31 |
| Due From Gemstone | 494,250.13 |
| Due From S Geppi | 186,139.66 |
| Due From Rosebud | 1,745,256.00 |
| **Net Due From Affiliates** | **$13,768,407.30** |