## Exhibit C

**Consigned Inventory Balance as of Conversion Date**

(See attached)

57078115.2 01/27/2026

**Diamond Comics**
**Consigned Inventory Balance**
**As of 12.31.2025**

| Description | Book Value | Retail |
|---|---|---|
| **Consignment Vendor Total** | 47,395,013.95 | 113,737,037.14 |

Inventory detail will be provided to the Chapter 7 Trustee and their advisors.