# Exhibit D

**Summary of Unpaid Chapter 11 Debts as of Conversion Date**

(See attached)

**Diamond Comics**
**Summary of Unpaid Chapter 11 Debts**
**As of 12.31.2025**

| Description | Balance |
|---|---|
| DIP Interest Expense | 123,396 |
| December Consignment Storage | 126,506 |
| Post Petition AP - Alliance Games | 993,314 |
| Post Petition AP - Diamond Comics | 1,656,086 |
| **Total** | **2,899,302** |