United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 25-10308-DER

Diamond Comic Distributors, Inc.                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: raly@getzlerhenrich.com | Jan 26 2026 19:45:00 | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Andrew Brown | abrown@klestadt.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |

District/off: 0416-1

Date Rcvd: Jan 26, 2026

User: admin

Form ID: pdfparty

Page 2 of 4

Total Noticed: 1

Bruce S. Nathan

bnathan@lowenstein.com

C. Kevin Kobbe

kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin

chopkin@yvslaw.com
pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel

cfrankel@lowenstein.com

Christopher J. Giaimo

christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik

cpalik@mhlawyers.com
cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum

jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq

dsbushnaq@venable.com

David Sommer

dsommer@gallagherllp.com  ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels

ddaniels@perkinscoie.com
docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer

dshaffer@tydings.com  scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew

ellen.dew@us.dlapiper.com

Emily Devan

edevan@milesstockbridge.com

Eric George Korphage

korphagee@whiteandwilliams.com

G. David Dean

ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz

gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio

gfinizio@lowenstein.com

Harry Conrad Jones

HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein

hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma

indira.sharma@troutman.com
katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving

james.irving@dentons.com

Jan Berlage

JBerlage@GHSLLP.com  tcollins@ghsllp.com

Janet M. Nesse

jnesse@mhlawyers.com
jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com

Jason F Hoffman

jhoffman@bakerlaw.com

Jeffrey C. Hampton

jeffrey.hampton@saul.com

Jeremy S. Friedberg

jeremy@friedberg.legal  ecf@friedberg.legal

Jodie E. Bekman

jbekman@gfrlaw.com  dferguson@gfrlaw.com

Jonathan A. Grasso

jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose

jonathan.rose@us.dlapiper.com

Jordan Rosenfeld

jordan.rosenfeld@saul.com

Joshua Glikin

JGlikin@shulmanrogers.com  abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee

jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano

jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Katherine Elizabeth Culbertson

katherine.culbertson@troutman.com

Laura Skowronski Bouyea

lsbouyea@venable.com  dmdierdorff@venable.com

Lawrence A. Katz

lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti

mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers

desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood

mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers

summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea

mpapandrea@lowenstein.com

Morgan W. Fisher

trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi

nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer

nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper

paige.topper@saul.com

Peter J Artese

peter.artese@us.dlapiper.com

Randy Moonan

rmoonan@sillscummis.com

Richard L. Costella

rcostella@tydings.com  scalloway@tydings.com,MYoung@tydings.com,zjones@tydings.com,swilliams@tydings.com

S. Jason Teele

steele@sillscummis.com

Sam Alberts

sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Scott Prince

sprince@bakerlaw.com

Stephen B. Gerald

District/off: 0416-1

Date Rcvd: Jan 26, 2026

User: admin

Form ID: pdfparty

Page 4 of 4

Total Noticed: 1

sgerald@tydings.com

Steven Gregory Polard

steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee

mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar

thomas.bredar@wilmerhale.com
andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley

Toyja.Kelley@troutman.com

Turner Falk

turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss

william.moss@friedberg.legal

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 65

Entered: January 26th, 2026
Signed: January 23rd, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

In re:

| | |
|---|---|
| **Diamond Comic** | **Bankr. Case No.: 25-10308-DER** |
| **Distributors, Inc.** | **Bankr. Case No.: 25-10309-DER** |
| **Comic Exporters, Inc.** | **Bankr. Case No.: 25-10311-DER** |
| **Comic Holdings, Inc.** | **Bankr. Case No.: 25-10312-DER** |
| **Diamond Select Toys &** | |
| **Collectibles, LLC** | **(Chapter 11)** |
| **Debtors** | **(Jointly Administered)** |

\*     \*     \*     \*     \*          \*     \*     \*     \*     \*     \*     \*

### <u>ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AS COUNSEL</u>

Upon consideration of the Motion of Zvi Guttman and The Law Offices of Zvi Guttman, P.A., to Withdraw Appearance as Counsel to NECA, LLC, and for good cause shown, it is by the United States Bankruptcy Court

ORDERED, that the Motion is GRANTED and that Zvi Guttman and The Law Offices of Zvi Guttman, P.A., are withdrawn as Counsel for NECA, LLC.

<u>Suggested Distribution List</u>:

Sam Alberts <u>sam.alberts@dentons.com</u>, <u>docket.general.lit.wdc@dentons.com</u>
Peter J Artese <u>peter.artese@us.dlapiper.com</u>
Jodie E. Bekman <u>jbekman@gfrlaw.com</u>, <u>dferguson@gfrlaw.com</u>

Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com,
delawaredocketing@polsinelli.com
Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com,
benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com
Andrew Brown abrown@klestadt.com
Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com
Darek Bushnaq dsbushnaq@venable.com
Richard L. Costella rcostella@tydings.com, scalloway@tydings.com,
MYoung@tydings.com, zjones@tydings.com, swilliams@tydings.com
Katherine Elizabeth Culbertson katherine.culbertson@troutman.com
David W.T. Daniels ddaniels@perkinscoie.com, docketnyc@perkinscoie.com,
nvargas@perkinscoie.com, KMcClure@perkinscoie.com, rleibowitz@perkinscoie.com
G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan edevan@milesstockbridge.com
Ellen E. Dew ellen.dew@us.dlapiper.com
Turner Falk turner.falk@saul.com, tnfalk@recap.email,
Veronica.Marchiondo@saul.com
Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com, mevans@mhlawyers.com, cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio gfinizio@lowenstein.com
Morgan W. Fisher trustee@morganfisherlaw.com, MD65@ecfcbis.com,
fisher@premierremote.com
Adam Fletcher afletcher@bakerlaw.com
Chelsea R Frankel cfrankel@lowenstein.com
Jeremy S. Friedberg jeremy@friedberg.legal, ecf@friedberg.legal
Stephen B. Gerald sgerald@tydings.com
Christopher J. Giaimo christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com, christopher-j-giaimo-6409@ecf.pacerpro.com
Joshua Glikin JGlikin@shulmanrogers.com, abogert@shulmanrogers.com,
tlewis@shulmanrogers.com
Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com,
r39990@notify.bestcase.com
Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com,
MD55@ecfcbis.com
Jeffrey C. Hampton jeffrey.hampton@saul.com
Jason F Hoffman jhoffman@bakerlaw.com
Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com,
kreese@yvslaw.com, vmichaelides@yvslaw.com, yvslawcmecf@gmail.com,
hopkincr39990@notify.bestcase.com

James R. Irving james.irving@dentons.com
Adam H Isenberg adam.isenberg@saul.com
Harry Conrad Jones HJones@coleschotz.com, bankruptcy@coleschotz.com,
pratkowiak@coleschotz.com
Lawrence A. Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com,
aklena@hirschlerlaw.com
Toyja E. Kelley Toyja.Kelley@troutman.com
C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-
0421@ecf.pacerpro.com
Eric George Korphage korphagee@whiteandwilliams.com
Jung Yong Lee jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz gleibowitz@coleschotz.com, pratkowiak@coleschotz.com,
bankruptcy@coleschotz.com, lmorton@coleschotz.com
Thomas J. McKee mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-
0902@ecf.pacerpro.com
Mark Minuti mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan rmoonan@sillscummis.com
William Fuller Moss william.moss@friedberg.legal
Bruce S. Nathan bnathan@lowenstein.com
Janet M. Nesse jnesse@mhlawyers.com, jfasano@mhlawyers.com,
cpalik@mhlawyers.com, jnesse@ecf.inforuptcy.com, tmackey@mhlawyers.com,
cmartin@mhlawyers.com, kfeig@mhlawyers.com
Craig Palik cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com,
Palik.CraigR92003@notify.bestcase.com, mevans@mhlawyers.com,
cmartin@mhlawyers.com
Michael Papandrea mpapandrea@lowenstein.com
Steven Gregory Polard steven.polard@ropers.com, loriann.zullo@ropers.com,
calendar-LAO@ropers.com
Scott Prince sprince@bakerlaw.com
Jonathan Gary Rose jonathan.rose@us.dlapiper.com
Jordan Rosenfeld jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com,
MYoung@tydings.com
Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com, jonathan.young@troutman.com,
david.ruediger@troutman.com, errol.chapman@troutman.com,
toyja.kelley@troutman.com
Nicholas Smargiassi nicholas.smargiassi@saul.com
David Sommer dsommer@gallagherllp.com, ceyler@gejlaw.com, gomara@gejlaw.com,
csalce@gejlaw.com, mkobylski@gejlaw.com
Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-
strickland-3227@ecf.pacerpro.com
Matthew G. Summers summersm@ballardspahr.com, branchd@ballardspahr.com,
heilmanl@ballardspahr.com, ambroses@ballardspahr.com,
zarnighiann@ballardspahr.com, carolod@ballardspahr.com,

cromartie@ballardspahr.com, stammerk@ballardspahr.com,
brannickn@ballardspahr.com
S. Jason Teele steele@sillscummis.com
Paige Noelle Topper paige.topper@saul.com
US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

**END OF ORDER**