IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on January 26, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- Certificate of No Objection to Eleventh Monthly Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2025 through December 31, 2025 [Docket No. 1119]

Dated: January 29, 2026

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 29th day of January, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn Cushman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); and Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

# **<u>EXHIBIT A</u>**

# **<u>EXHIBIT A</u>**

**Exhibit A**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Diamond Comic Distributors, Inc., c/o Getzler Henrich & Associates LLC | Robert Gorin | rgorin@getzlerhenrich.com | Email |
| Lowenstein Sandler LLP | Bruce S. Nathan | bnathan@lowenstein.com | Email |
| Lowenstein Sandler LLP | Gianfranco Finizio | gfinizio@lowenstein.com | Email |
| Lowenstein Sandler LLP | Chelsea Frankel | cfrankel@lowenstein.com | Email |
| Lowenstein Sandler LLP | Michael Papandrea | mpapandrea@lowenstein.com | Email |
| Office of the United States Trustee for the District of Maryland | Gerard R. Vetter | gerard.r.vetter@usdoj.gov | Email |
| Office of the United States Trustee for the District of Maryland | Hugh M. Bernstein | hugh.m.bernstein@usdoj.gov | Email |
| Saul Ewing LLP | Jeffrey C. Hampton | jeffrey.hampton@saul.com | Email |
| Saul Ewing LLP | Adam H. Isenberg | adam.isenberg@saul.com | Email |
| Saul Ewing LLP | Turner N. Falk | turner.falk@saul.com | Email |
| Saul Ewing LLP | Paige N. Topper | paige.topper@saul.com | Email |
| Saul Ewing LLP | Nicholas Smargiassi | nicholas.smargiassi@saul.com | Email |
| Troutman Pepper Locke LLP | Jonathan W. Young | jonathan.young@troutman.com | Email |
| Troutman Pepper Locke LLP | David Ruediger | david.ruediger@troutman.com | Email |
| Troutman Pepper Locke LLP | Katherine Culbertson | katherine.culbertson@troutman.com | Email |
| Tydings & Rosenberg LLP | Stephen B. Gerald | sgerald@tydings.com | Email |
| Tydings & Rosenberg LLP | Dennis Shaffer | dshaffer@tydings.com | Email |