# EXHIBIT B

### COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Total |
|---|---|---|
| Preparation of Schedules/SoFAs | 212.50 | $40,090.95 |
| **SUBTOTAL** | **212.50** | **$44,545.50** |
| **DISCOUNT** | ---- | **($4,454.55)** |
| **ADJUSTED TOTAL** | **212.50** | **$40,090.95** |