# EXHIBIT C

## DECLARATION OF PAUL H. DEUTCH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

### DECLARATION OF PAUL H. DEUTCH

1.    I am the Executive Vice President of Omni Agent Solutions, Inc. ("Omni"), which serves as administrative agent to the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors").

2.    I am familiar with the work performed on behalf of the Debtors by the professionals in the firm.

3.    I have read the foregoing application of Omni for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.[2]

4.    I hereby certify that the Final Fee Application complies with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and Local Rule 2016-1 and Appendix D.

Dated: January 30, 2026

                                                    */s/ Paul H. Deutch*
                                                  Paul H. Deutch

---

[1]    The Debtors in these cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Fee Application.

57142514.3