IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**To be determined, if needed**<br>**Objection Deadline:**<br>**February 20, 2026** |

**NOTICE OF FINAL FEE APPLICATION OF
OMNI AGENT SOLUTIONS, INC., ADMINISTRATIVE AGENT TO THE DEBTORS,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM JANUARY 14, 2025 THROUGH DECEMBER 31, 2025**

      **PLEASE TAKE NOTICE** that on January 30, 2026, Omni Agent Solutions, Inc. filed the *Final Fee Application of Omni Agent Solutions, Inc., Administrative Agent to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 14, 2025 through December 31, 2025* (the "Fee Application") with the Court.

      **PLEASE TAKE FURTHER NOTICE** that a hearing, if required, on the Fee Application will commence before the Honorable Judge Rice on a date and time to be determined in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, MD 21201.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application must be (i) made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 203] (the "Interim Compensation Order"), (ii) filed with the Clerk of the Bankruptcy Court, and (iii) served upon (a) Diamond Comic Distributors, Inc., c/o Robert Gorin, CRO, Getzler Henrich & Associates LLC, 1110 Brickell Avenue, 400-64, Miami, Florida 33131 (rgorin@getzlerhenrich.com); (b) the Debtors' counsel, Saul Ewing LLP, 1500 Market Street, 38th Floor, Philadelphia, Pennsylvania 19102, Attn: Jeffrey C. Hampton (jeffrey.hampton@saul.com), Adam H. Isenberg (adam.isenberg@saul.com), and Turner N. Falk (turner.falk@saul.com) and 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Paige N. Topper (paige.topper@saul.com) and Nicholas Smargiassi (nicholas.smargiassi@saul.com); (c) the Office of the United States Trustee for the District of Maryland, Attn: Gerard R. Vetter (gerard.r.vetter@usdoj.gov) and Hugh M. Bernstein

---

[1]    The Debtors in these cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

(hugh.m.bernstein@usdoj.gov); (d) counsel to the Committee: Lowenstein Sandler LLP, 1251 Avenue of Americas, New York, New York 10020, Attn: Bruce S. Nathan (bnathan@lowenstein.com), Gianfranco Finizio (gfinizio@lowenstein.com), and Chelsea Frankel (cfrankel@lowenstein.com) and One Lowenstein Drive, Roseland, New Jersey 07068, Attn: Michael Papandrea (mpapandrea@lowenstein.com) and Tydings & Rosenberg LLP, One E. Pratt St., Suite 901, Baltimore, Maryland 21202, Attn: Stephen B. Gerald (sgerald@tydings.com) and Dennis Shaffer (dshaffer@tydings.com); and (e) counsel to JPMorgan Chase Bank, N.A., Troutman Pepper Locke LLP, 111 Huntington Ave., 9th Floor, Boston, Massachusetts 02199, Attn: Jonathan W. Young (jonathan.young@troutman.com), David Ruediger (david.ruediger@troutman.com) and Katherine Culbertson (katherine.culbertson@troutman.com) (collectively, the "Notice Parties"), on or before **February 20, 2026** (the "Objection Deadline").

[*Remainder of page left intentionally blank*]

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTION OR RESPONSE TO THE APPLICATION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THEN THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 30, 2026                          **SAUL EWING LLP**

By: */s/ Jordan D. Rosenfeld*
Jordan D. Rosenfeld (MD Bar No. 13694)
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 332-8600
Email: jordan.rosenfeld@saul.com

-and-

Jeffrey C. Hampton (admitted *pro hac vice*)
Adam H. Isenberg (admitted *pro hac vice*)
Turner N. Falk (admitted *pro hac vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Telephone: (215) 972-7777
Email: jeffrey.hampton@saul.com
        adam.isenberg@saul.com
        turner.falk@saul.com

-and-

Mark Minuti (admitted *pro hac vice*)
Paige N. Topper (admitted *pro hac vice*)
Nicholas Smargiassi (admitted *pro hac vice*)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: mark.minuti@saul.com
        paige.topper@saul.com
        nicholas.smargiassi@saul.com

*Counsel for Debtors and Debtors in Possession*