# EXHIBIT A

**COMPENSATION BY PROFESSIONAL**

## COMPENSATION BY ATTORNEY PROFESSIONALS

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Michael A. Finio | Counsel | Corporate | 1983 | $1,080 | 0.6 | $648.00 |
| Mark Minuti | Partner | Bankruptcy | 1988 | $975 | 1,337.4 | $1,303,965.00 |
| Jeffrey C. Hampton | Partner | Bankruptcy | 1990 | $860 | 1,709.6 | $1,470,256.00 |
| Adam H. Isenberg | Partner | Bankruptcy | 1988 | $860 | 1,412.2 | $1,214,492.00 |
| Dennis J. Brennan | Partner | Corporate | 1998 | $830 | 26.3 | $21,829.00 |
| Darius C. Gambino | Partner | Litigation | 1999 | $825 | 3.3 | $2,722.50 |
| Mark D. Simpson | Partner | Litigation | 1988 | $785 | 0.6 | $471.00 |
| Sarah L. Church | Counsel | Employee Benefits and Executive Compensation | 1984 | $815 | 0.2 | $163.00 |
| Marshall B. Paul | Partner | Corporate | 1973 | $810 | 0.3 | $243.00 |
| Evan J. Foster | Partner | Corporate | 2006 | $750 | 1.9 | $1,425.00 |
| Monique B. DiSabatino | Partner | Bankruptcy | 2009 | $620 | 28.4 | $17,608.00 |
| Andrew J. Daly | Partner | Corporate | 2004 | $615 | 0.6 | $369.00 |
| Carolyn A. Pellegrini | Partner | Litigation | 2009 | $610 | 6.0 | $3,660.00 |
| Jordan D. Rosenfeld | Partner | Litigation | 2013 | $565 | 38.4 | $21,696.00 |
| Francelina M. Perdomo Klukosky | Counsel | Litigation | 2005 | $675 | 11.9 | $8,032.50 |
| Anne D. Greene | Counsel | Tax and Employee Benefits | 2011 | $585 | 29.3 | $17,140.50 |
| Allison L. Burdette | Counsel | Litigation | 2013 | $560 | 19.6 | $10,976.00 |
| Austin G. Strine | Associate | Litigation | 2017 | $505 | 16.8 | $8,484.00 |
| Paige N. Topper | Associate | Bankruptcy | 2017 | $505 | 815.9 | $412,029.50 |

57020022.3

| Turner N. Falk | Associate | Bankruptcy | 2014 | $485 | 267.0 | $129,495.00 |
|---|---|---|---|---|---|---|
| Ashley N. Fellona | Associate | Litigation | 2018 | $485 | 40.4 | $19,594.00 |
| Kaitlin S. Paddy | Associate | Litigation | 2018 | $485 | 2.2 | $1,067.00 |
| Michelle C. Streifthau-Livizos | Associate | Litigation | 2018 | $485 | 25.9 | $12,561.50 |
| Emily K. Strine | Associate | Litigation | 2018 | $465 | 95.6 | $44,454.00 |
| Sarah E. Nichols | Associate | Corporate | 2022 | $385 | 13.8 | $5,313.00 |
| Nicholas Smargiassi | Associate | Bankruptcy | 2023 | $355 | 855.1 | $303,560.50 |
| Maxwell M. Hanamirian | Associate | Bankruptcy | 2024 | $325 | 286.2 | $93,015.00 |
| **Total for Attorneys:** | | | | | 7,045.5 | **$5,125,270.00** |
| **Minus 50% for Non-Working Travel** | | | | | | **($70,134.50)** |
| **Grand Total for Attorneys:** | | | | | | **$5,055,135.50** |

### COMPENSATION BY PARAPROFESSIONAL OR STAFF MEMBER

| NAME OF PARAPROFESSIONAL OR STAFF MEMBER | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Jennifer R. Fitzgerald | Paralegal | Real Estate | $350 | 0.2 | $70.00 |
| Donna H. Lewis | Paralegal | Transactional | $345 | 1.5 | $517.50 |
| Kimberly S. Crampton | Paralegal | Litigation | $315 | 0.2 | $63.00 |
| Patricia Markey | Paralegal | Litigation / Bankruptcy | $315 | 244.1 | $76,891.50 |
| Robyn E. Warren | Paraprofessional | Bankruptcy | $310 | 65.6 | $20,336.00 |
| Cassandra E. Joyner | Paraprofessional | Litigation | $230 | 6.8 | $1,564.00 |
| Sean F. Kenny | Paraprofessional | Bankruptcy | $220 | 5.0 | $1,100.00 |

2

57020022.3

| | | | | | |
|---|---|---|---|---|---|
| eDiscovery Project Manager - EDPM | Litigation Support | Litigation Support | Litigation | 1.5 | $540.00 |
| eDiscovery Coordinator - EDCO | Litigation Support | | Litigation | $300 | 0.3 | $90.00 |
| **Total for Paraprofessionals and other staff:** | | | | **325.2** | **$101,172.00** |

3

57020022.3