# EXHIBIT B

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

57020022.3

## COMPENSATION BY PROJECT CATEGORY

| NO. | PROJECT CATEGORY | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 1. | Asset Sale Disposition | 1779.1 | $1,382,317.50 |
| 2. | Business Operations | 754.6 | $611,157.50 |
| 3. | Case Administration | 859 | $487,312.50 |
| 4. | Claims Analysis, Objections, Proofs of Claim | 99.5 | $71,559.00 |
| 5. | Committee Matters | 98.4 | $82,121.00 |
| 6. | Creditor Inquiries | 23.8 | $10,793.00 |
| 7. | Employee Benefits Pension | 118.6 | $67,715.50 |
| 8. | Executory Contracts | 236 | $132,606.50 |
| 9. | Fee/Employment Applications (Saul Ewing) | 121.3 | $45,920.00 |
| 10. | Fee/Employment Applications (Other Professionals) | 140.5 | $58,957.00 |
| 11. | Financing and Cash Collateral | 309 | $231,080.50 |
| 12. | Litigation: Contested Matters and Adversary Proceedings | 1742.6 | $1,286,416.50 |
| 13. | Non-Working Travel | 178.8 | $140,269.00 |
| 14. | Plan and Disclosure Statement | 42.4 | $19,804.50 |
| 15. | Preparation for and Attendance at Hearings | 600 | $479,379.50 |
| 16. | Relief from Stay and Adequate Protection | 38.5 | $14,681.50 |
| 17. | Statements and Schedules | 97.3 | $45,173.00 |
| 18. | UST Reports, Meetings and Issues | 128.6 | $57,996.50 |
| 19. | Utilities | 2.7 | $1,181.50 |
|  | **Total:** | 7370.7 | $5,226,442.00 |
|  | **Minus 50% for Non-Working Travel** |  | ($70,134.50) |
|  |  | **Grand Total** | **$5,156,307.50** |

57020022.3