# EXHIBIT C

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

57020022.3

# SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| Summary of Expenses | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)[1]** | **Total Expenses** |
| Cab Fare | Lyft; Uber; Taxi; Car Service | $2,446.02 |
| Certified Copies | State of Maryland, Department of Assessments and Taxation | $287.00 |
| Copies | Maryland Bankruptcy Court | $22.50 |
| Court Costs | Maryland Bankruptcy Court | $106.50 |
| Court Reporter | Reliable Court Reporting | $1,916.29 |
| Court Reporter Services | Writer's Cramp, Inc. | $5,981.75 |
| Federal Express | Federal Express | $443.88 |
| Filing Fees | State of Maryland, Department of Assessments and Taxation; Maryland Bankruptcy Court (includes filing fees for bankruptcy petitions and adversary complaints); GreenFiling | $19,694.30 |
| Total Good Standing Certificates | ATA Corporate Services LLC; State of Maryland, Department of Assessments and Taxation | $748.00 |
| Hotel | Hyatt Place Baltimore; Hilton Garden Inn Baltimore; Intercontinental New York Barclay; Hilton Garden Inn; Courtyard by Marriott | $8,252.75 |
| Meals | Zannino's Catering; Intercontinental New York Barclay; Avra; Chick-Fil-A; Sweetgreen; Hilton Garden Inn Baltimore; Whole Foods; Maximon; Pizza Bardea; ezCater (Breaking Bread); Toscany Catering; ezCater (Honey Baked Ham); Uber Eats (Panera Bread); Kneads Bakery; Harbor East Deli; Jay's Restaurant Group; Pret; Pizzeria Bardea; Atlas Restaurant; Sweetgreen; Starbucks; Kneads Bakeshop; Zhen Bang Noodle; Pizzeria Bardea; Taqueria El Chingon; The Chancery Market – Agave; Brightline; Joe & The Juice; Walmart; Cosi; Harbor East Deli; Loch Bar; Rouge Fine Catering; Dolce Café; Tagliata; Rouge Fine Catering; Safeway; Zannino's | $8,049.03 |
| Messenger Service | Expedited Courier & Distribution, LLC | $925.91 |
| Mileage | N/A | $1,371.26 |
| Misc. | Federal Express; Panasonic; Viasat; New Jersey Dept. of the Treasury, Division of Revenue & Enterprise Services | $446.46 |
| Outside Reproduction | Reliable Copy Service | $880.60 |
| PACER Research | PACER; Pacer Service Center | $271.42 |

---

[1]  Additional detail with respect to each of the categories of expenses listed below is contained in the monthly fee applications submitted by Saul Ewing and is incorporated herein by reference.

57020022.3

| Summary of Expenses | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)[1]** | **Total Expenses** |
| Parking | Philadelphia Parking Authority; Premium Parking; Parking Authority; Wilmington Parking Authority; Wilmington Train Station; Premium Parking; Parkway Corporation; iParkit | $1,051.79 |
| Postage | N/A | $50.00 |
| Professional Services | Reliable Copy Service | $4,805.25 |
| Photocopying | N/A | $4,284.00 |
| Photocopying - Color | N/A | $16.71 |
| Process Service Fee | LawServePro; ABC Legal Services | $721.16 |
| Search Fees | CT Lien Solutions | $124.76 |
| Tolls | EZ Pass | $105.00 |
| Transcript | Veritext; Writer's Cramp; Willow Transcription LLC | $5,010.05 |
| Transportation | Amtrak; Brightline | $6,439.00 |
| Westlaw Legal Research | Westlaw Legal Research | $29,240.70 |
| **Total** | | **$103,692.09** |

57020022.3