# EXHIBIT D

## SUMMARY OF BLENDED RATE

57020022.3

## SUMMARY OF BLENDED HOURLY RATE

| PROFESSIONALS | BLENDED RATE *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | BLENDED RATE *This Application* | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Senior Partners | $682.00 | $894.03 | 4,488.3 | $4,012,681.00 |
| Junior Partners | $570.00 | $600.46 | 76.7 | $46,055.50 |
| Counsel | $576.00 | $600.00 | 61.6 | $36,960.00 |
| Senior Associates | $428.00 | $496.66 | 1,263.8 | $627,685.00 |
| Junior Associates | $343.00 | $347.93 | 1,155.1 | $401,888.50 |
| Paraprofessionals | $298.00 | $311.11 | 325.2 | $101,172.00 |
| **Minus 50% for Non-Working Travel** | | | | ($70,134.50) |
| **Total Amount Sought for Application Period** | | | | $5,156,307.50 |
| **Blended Hourly Rate/Total fees** | | | | $699.57 |

57020022.3