<u>EXHIBIT B</u>

**Summary of Timekeepers Included in this Fee Application – Fourth Interim Period**

| Name | Title | Department | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed In This Application | Hourly Rate Billed In First Interim Application |
|---|---|---|---|---|---|---|---|---|
| Finizio, Gianfranco | Partner | Bankruptcy | 2010 | $39,105.00 | 33.00 | 0 | $1,185.00 | $1,185.00 |
| Nathan, Bruce S. | Partner | Bankruptcy | 1981 | $32,118.00 | 21.20 | 0 | $1,515.00 | $1,515.00 |
| Papandrea, Michael T. | Counsel | Bankruptcy | 2015 | $6,880.00 | 6.40 | 0 | $1,075.00 | $1,075.00 |
| Rauchberg, Jake A. | Associate | Bankruptcy | 2023 | $7,392.00 | 11.20 | 0 | $660.00 | $660.00 |
| Lawler, Elizabeth B. | Paralegal | Bankruptcy |  | $4,028.00 | 10.60 | 0 | $380.00 | $380.00 |

| | |
|---|---|
| **Case Name:** | <u>Diamond Comic Distributors, Inc., *et al*</u> |
| **Case Number:** | <u>25-10308 (DER)</u> |
| **Applicant's Name:** | <u>Lowenstein Sandler LLP</u> |
| **Date of Application:** | <u>January 30, 2026</u> |
| **Interim or Final:** | <u>Combined Fourth Interim and Final</u> |

65408601

UST Form 11-330-C   (2013)                                                                 Page 1

Summary of Timekeepers Included in this Fee Application – Final Period

| Name | Title | Department | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed In This Application | Hourly Rate Billed In First Interim Application |
|---|---|---|---|---|---|---|---|---|
| Citron, Lowell A. | Partner | Corporate / Tax | 1995 | $39,445.00 | 24.50 | 0 | $1,610.00 | $1,610.00 |
| Davydov, Annie Nazarian | Partner | Corporate / Tax | 2011 | $3,436.50 | 2.90 | 0 | $1,185.00 | $1,185.00 |
| *Finizio, Gianfranco - Travel Time | Partner | Bankruptcy | 2010 | $20,145.00 | 34.00 | 0 | $592.50 | $1,185.00 |
| Finizio, Gianfranco | Partner | Bankruptcy | 2010 | $593,211.00 | 500.60 | 0 | $1,185.00 | $1,185.00 |
| Nathan, Bruce S. | Partner | Bankruptcy | 1981 | $647,511.00 | 427.40 | 0 | $1,515.00 | $1,515.00 |
| *Papandrea, Michael T. - Travel Time | Counsel | Bankruptcy | 2015 | $21,123.75 | 39.30 | 0 | $537.50 | $1,075.00 |
| Papandrea, Michael T. | Counsel | Bankruptcy | 2015 | $345,827.50 | 321.70 | 0 | $1,075.00 | $1,075.00 |
| Benaharon, Zachary T. | Associate | Corporate / Tax | 2022 | $5,101.50 | 5.70 | 0 | $895.00 | $895.00 |
| Frankel, Chelsea | Associate | Bankruptcy | 2024 | $234,564.00 | 355.40 | 0 | $660.00 | $660.00 |
| Gauvin, Carolyn | Associate | Bankruptcy | 2024 | $2,508.00 | 3.80 | 0 | $660.00 | $660.00 |
| Podolnyy, Michelle | Associate | Corporate / Tax | 2025 | $21,255.00 | 32.70 | 0 | $650.00 | $650.00 |
| Rauchberg, Jake A. | Associate | Bankruptcy | 2023 | $12,144.00 | 18.40 | 0 | $660.00 | $660.00 |
| Seltzer, Eric James | Associate | Bankruptcy | 2022 | $14,535.00 | 17.10 | 0 | $850.00 | $850.00 |
| Claussen, Diane | Paralegal | Bankruptcy | N/A | $400.00 | 1.00 | 0 | $400.00 | $400.00 |
| Lawler, Elizabeth B. | Paralegal | Bankruptcy | N/A | $28,310.00 | 74.50 | 0 | $380.00 | $380.00 |
| Parente, Mary | Paralegal | Corporate / Tax | N/A | $6,162.50 | 14.50 | 0 | $425.00 | $425.00 |
| Michaud, Zoraida | Research Services | Knowledge and Research Services | N/A | $630.00 | 1.50 | 0 | $420.00 | $420.00 |

\*   Reflects 50% rate reduction due to non-working travel time

Case Name:     **Diamond Comic Distributors, Inc., *et al***

Case Number:    **25-10308 (DER)**

Applicant's Name:    **Lowenstein Sandler LLP**

Date of Application:    **January 30, 2026**

Interim or Final:    **Combined Fourth Interim and Final**

UST Form 11-330-C   (2013)                                                                      Page 1

65408601