IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 7 |
| Diamond Comic Distributors, Inc., *et al.*[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**NOTICE OF COMBINED FOURTH INTERIM AND FINAL FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 31, 2025 THROUGH DECEMBER 31, 2025**

**NOTICE IS HEREBY GIVEN** of the filing by Berkeley Research Group, LLC ("BRG") of the *Combined Fourth Interim and Final Fee Application of Berkeley Research Group, LLC, as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from January 31, 2025 through December 31, 2025* (the "Application") for the period of **January 31, 2025 through December 31, 2025** (the "Application Period").

The Application requests final allowance and approval of compensation in the amount of **$1,269,737.00** as compensation for professional services and reimbursement of expenses in the amount of **$648.75** during the Application Period. BRG believes that the compensation requested is reasonable in view of the nature and extent of the services rendered and the results achieved. The Application is available for review at the office of the Clerk, United States Bankruptcy Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Maryland 21201.

ANY PARTY IN INTEREST WISHING TO OPPOSE THE APPLICATION MUST FILE AN OBJECTION IN WRITING, SPECIFICALLY STATING THE FACTUAL AND LEGAL NATURE OF THE OBJECTION, WITH THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, 101 W. LOMBARD STREET, BALTIMORE, MARYLAND 21201, AND MUST SERVE A COPY ON THE UNDERSIGNED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. THE COURT MAY APPROVE THE APPLICATION WITHOUT FURTHER NOTICE OR ORDER UNLESS A TIMELY OBJECTION IS FILED.

IF THE OBJECTION REQUESTS A HEARING, A HEARING ON THE OBJECTION MAY BE HELD AT THE DISCRETION OF THE COURT. THE COURT MAY RULE ON ANY

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

6510461.1

OBJECTION WITHOUT SCHEDULING A HEARING IN ITS DISCRETION, REGARDLESS OF WHETHER OBJECTIONS ARE FILED. PARTIES IN INTEREST WITH QUESTIONS REGARDING THE APPLICATION MAY CONTACT THE UNDERSIGNED COUNSEL.

Dated: January 30, 2026

Respectfully Submitted,

**TYDINGS & ROSENBERG LLP**

*/s/ Stephen B. Gerald*
Dennis J. Shaffer (MD Fed. Bar No. 25680)
Stephen B. Gerald (MD Fed Bar. No. 26590)
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone: (410) 752-9700
Email: dshaffer@tydings.com
       sgerald@tydings.com

-and-

**LOWENSTEIN SANDLER LLP**

Bruce S. Nathan, Esq. (admitted *pro hac vice*)
Gianfranco Finizio, Esq. (admitted *pro hac vice*)
Chelsea R. Frankel, Esq. (admitted *pro hac vice*)
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
Phone: (212) 262-6700
E-mail: bnathan@lowenstein.com
E-mail: gfinizio@lowenstein.com
E-mail: cfrankel@lowenstein.com

-and-

Michael Papandrea, Esq. (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: mpapandrea@lowenstein.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

6510461.1