IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING FOURTH INTERIM AND FINAL APPLICATION OF TYDINGS & ROSENBERG LLP, AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE INTERIM PERIOD FROM OCTOBER 1, 2025 THROUGH DECEMBER 31, 2025 AND THE FINAL PERIOD FROM JANUARY 31, 2025 THROUGH DECEMBER 31, 2025**

Upon consideration of the *Fourth Interim and Final Application of Tydings & Rosenberg LLP, as Local Counsel, for the Official Committee of Unsecured Creditors for Services Rendered and Expenses Incurred for the Interim Period from October 1, 2025 through December 31, 2025 and the Final Period from January 31, 2025 through December 31, 2025* (the "Application"), filed by Tydings & Rosenberg LLP ("T&R"), as local counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee"), for interim allowance of compensation for services rendered and for the reimbursement of actual and necessary expenses

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

incurred for the interim period of October 1, 2025 through December 31, 2025 (the "Interim Compensation Period") and final allowance of compensation for services rendered and for the reimbursement of actual and necessary expenses incurred for the period of January 31, 2025 through December 31, 2025 (the "Final Compensation Period");  and the Court having reviewed the Application and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application was adequate under the circumstances and no further notice being necessary; (c) the fees represent reasonable compensation for actual and necessary services rendered by T&R; and (d) the expenses represent actual and necessary expenses incurred by T&R in the performance of its duties in these chapter 11 cases; and after due deliberation and consideration, and good and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

    **ORDERED** that the Application be and hereby is **APPROVED** as set forth herein; and it is further

    **ORDERED** that interim compensation to T&R in the amount of $58,415.00 and reimbursement of expenses in the amount of $142.90 for the Interim Compensation Period is hereby **APPROVED**; and it is further

    **ORDERED** that final compensation to T&R for fees in the amount of $361,916.00 and reimbursement of expenses in the amount of $4,313.47 for the Final Compensation Period (collectively, the "Allowed Compensation") is hereby **APPROVED ON A FINAL BASIS**; and it is further

    **ORDERED** that the Trustee is authorized to pay the Allowed Compensation to T&R less any amounts previously paid in connection with the monthly fee applications and interim fee applications; and it is further

    **ORDERED**, that this Order shall be effective immediately upon its entry; and it is further

**ORDERED** that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

## END OF ORDER

cc: Debtors' Counsel
Chapter 7 Trustee's Counsel
Committee Counsel
Office of United States Trustee
JP Morgain Chase Bank, N.A. Counsel
All parties receiving service by CM/ECF system