United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-10308-DER |
| Diamond Comic Distributors, Inc. | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| acc | + | Larry Strauss, Larry Strauss Esq. & Associates, 2310 Smith Ave., Baltimore, MD 21209-2611 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: raly@getzlerhenrich.com | Jan 30 2026 19:19:00 | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Feb 01, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdfparty | Total Noticed: 2 |

bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Bruce S. Nathan
    bnathan@lowenstein.com

C. Kevin Kobbe
    kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
    chopkin@yvslaw.com
    pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
    cfrankel@lowenstein.com

Christopher J. Giaimo
    christopher.giaimo@squirepb.com christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
    cpalik@mhlawyers.com
    cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
    jack.blum@polsinelli.com lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
    dsbushnaq@venable.com

David Sommer
    dsommer@gallagherllp.com ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels
    ddaniels@perkinscoie.com
    docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
    dshaffer@tydings.com scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
    ellen.dew@us.dlapiper.com

Emily Devan
    edevan@milesstockbridge.com

Eric George Korphage
    korphagee@whiteandwilliams.com

G. David Dean
    ddean@coleschotz.com PRatkowiak@coleschotz.com

Gary H. Leibowitz
    gleibowitz@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
    gfinizio@lowenstein.com

Harry Conrad Jones
    HJones@coleschotz.com bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
    indira.sharma@troutman.com
    katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
    james.irving@dentons.com

Jan Berlage
    JBerlage@GHSLLP.com tcollins@ghsllp.com

Janet M. Nesse
    jnesse@mhlawyers.com
    jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com

Jason F Hoffman
    jhoffman@bakerlaw.com

Jeffrey C. Hampton

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdfparty | Total Noticed: 2 |

| | |
|---|---|
| | jeffrey.hampton@saul.com |
| Jeremy S. Friedberg | jeremy@friedberg.legal ecf@friedberg.legal |
| Jodie E. Bekman | jbekman@gfrlaw.com dferguson@gfrlaw.com |
| Jonathan A. Grasso | jgrasso@yvslaw.com pgomez@yvslaw.com,r39990@notify.bestcase.com |
| Jonathan Gary Rose | jonathan.rose@us.dlapiper.com |
| Jordan Rosenfeld | jordan.rosenfeld@saul.com |
| Joshua Glikin | JGlikin@shulmanrogers.com abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com |
| Jung Yong Lee | jlee@milesstockbridge.com mhickman@tydings.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Katherine Elizabeth Culbertson | katherine.culbertson@troutman.com |
| Laura Skowronski Bouyea | lsbouyea@venable.com dmdierdorff@venable.com |
| Lawrence A. Katz | lkatz@hirschlerlaw.com chall@hirschlerlaw.com,aklena@hirschlerlaw.com |
| Mark Minuti | mark.minuti@saul.com robyn.warren@saul.com |
| Mark L Desgrosseilliers | desgross@chipmanbrown.com fusco@chipmanbrown.com |
| Matthew G. Brushwood | mbrushwood@barley.com dkline@barley.com |
| Matthew G. Summers | summersm@ballardspahr.com<br>branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com |
| Michael Papandrea | mpapandrea@lowenstein.com |
| Morgan W. Fisher | trustee@morganfisherlaw.com MD65@ecfcbis.com,fisher@premierremote.com |
| Nicholas Smargiassi | nicholas.smargiassi@saul.com |
| Nikolaus F. Schandlbauer | nick.schandlbauer@arlaw.com lianna.sarasola@arlaw.com |
| Paige Noelle Topper | paige.topper@saul.com |
| Peter J Artese | peter.artese@us.dlapiper.com |
| Randy Moonan | rmoonan@sillscummis.com |
| Richard L. Costella | rcostella@tydings.com scalloway@tydings.com,MYoung@tydings.com,zjones@tydings.com,swilliams@tydings.com |
| S. Jason Teele | steele@sillscummis.com |
| Sam Alberts | sam.alberts@dentons.com docket.general.lit.wdc@dentons.com |
| Scott Prince | sprince@bakerlaw.com |

| District/off: 0416-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 30, 2026 | Form ID: pdfparty | Total Noticed: 2 |

Stephen B. Gerald
    sgerald@tydings.com

Steven Gregory Polard
    steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee
    mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar
    thomas.bredar@wilmerhale.com
    andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
    Toyja.Kelley@troutman.com

Turner Falk
    turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss
    william.moss@friedberg.legal

Zvi Guttman
    zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 64

Entered: January 30th, 2026
Signed: January 29th, 2026
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| IN RE: | Chapter 7 |
| Diamond Comic Distributors, Inc., et al.,[1] | CASE NO. 25-10308-DER |
| Debtors. | (Jointly Administered) |

### ORDER AUTHORIZING EMPLOYMENT OF
### ACCOUNTANT TO THE TRUSTEE

Upon the Application of Morgan W. Fisher, Chapter 7 Trustee for Authority to Employ Larry Strauss ESQ, CPA & Associates, Inc. (the "Application") to serve as accountant to the Trustee, and upon consideration of the Verified Statement of Larry Strauss, it appearing that Larry Strauss and Larry Strauss ESQ, CPA & Associates, Inc., are disinterested within the meaning of 11 U.S.C. § 101(14), represent no interest materially adverse to the estate or its creditors, and that the employment of an accountant to represent the Trustee and perform the services described in the Application is necessary and in the best interests of the estates,[2] it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] For calendar year 2026 Accountant's hourly billing rates range from $195- $580. Rates are subject to adjustment. Notice will be filed of any adjustment applicable to this case.

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that Larry Strauss ESQ, CPA & Associates, Inc.'s compensation and reimbursement of actual and reasonable out-of-pocket expenses shall be subject to application and further Order of this Court.

**COPIES TO:**

Morgan W. Fisher, Trustee *via* CM/ECF
Zvi Guttman, LLC, Esq. *via* CM/ECF
Hugh M. Bernstein, Esq. Trustee *via* CM/ECF
Jordan D. Rosenfeld. *via* CM/ECF

Larry I. Strauss, CPA, Esq.
Larry Strauss Esq CPA & Associates, Inc.
2310 Smith Ave.
Baltimore, MD  21209

**\*\*END OF ORDER\*\*\***