IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 1131 & 1132** |

CERTIFICATE OF SERVICE

      I, Jordan D. Rosenfeld, Esquire, hereby certify that on January 30, 2026, copies of the *Final Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 14, 2025 through December 31, 2025* [D.I. 1132] and *Final Fee Application of Omni Agent Solutions, Inc., Administrative Agent to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 14, 2025 through December 31, 2025* [D.I. 1131] were served through the Court's CM/ECF system upon all registered electronic filers appearing in this case that have consented to electronic service pursuant to section X.A of the Electronic Case Filing Procedures and rule 9006-1(c) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland (see **Exhibit A** attached hereto) and via Electronic Mail on the parties listed on **Exhibit B** attached hereto.

                                          **SAUL EWING LLP**

                                By: */s/ Jordan D. Rosenfeld*
                                    Jordan D. Rosenfeld (MD Bar No. 13694)
                                    1001 Fleet Street, 9th Floor
                                    Baltimore, MD 21202
                                    Telephone: (410) 332-8600
                                    Email: jordan.rosenfeld@saul.com

Dated: February 2, 2026

---

[1] The Debtors in these cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

57152720.2

## EXHIBIT A

### Parties Served Electronically Via CM/ECF

Sam Alberts
sam.alberts@dentons.com

Peter J Artese
peter.artese@us.dlapiper.com

Jodie E. Bekman
jbekman@gfrlaw.com

Jan Berlage
JBerlage@GHSLLP.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Daniel Jack Blum
jack.blum@polsinelli.com,

Laura Skowronski Bouyea
lsbouyea@venable.com

Thomas K. Bredar
thomas.bredar@wilmerhale.com,

Matthew G. Brushwood
mbrushwood@barley.com

Darek Bushnaq
dsbushnaq@venable.com

Richard L. Costella
rcostella@tydings.com,

Katherine Elizabeth Culbertson
katherine.culbertson@troutman.com

David W.T. Daniels
ddaniels@perkinscoie.com

G. David Dean
ddean@coleschotz.com

Mark L Desgrosseilliers
desgross@chipmanbrown.com

Emily Devan
edevan@milesstockbridge.com

Ellen E. Dew
ellen.dew@us.dlapiper.com

Turner Falk
turner.falk@saul.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com

Ashley N Fellona
ashley.fellona@saul.com

Gianfranco Finizio
gfinizio@lowenstein.com

Morgan W. Fisher
trustee@morganfisherlaw.com

Adam Fletcher
afletcher@bakerlaw.com

Chelsea R Frankel
cfrankel@lowenstein.com

Jeremy S. Friedberg
jeremy@friedberg.legal

Stephen B. Gerald
sgerald@tydings.com

Christopher J. Giaimo
christopher.giaimo@squirepb.com

Joshua Glikin

57152720.2

JGlikin@shulmanrogers.com,

Jonathan A. Grasso
jgrasso@yvslaw.com

Zvi Guttman
zvi@zviguttman.com

Jeffrey C. Hampton
jeffrey.hampton@saul.com

Jason F Hoffman
jhoffman@bakerlaw.com

Catherine Keller Hopkin
chopkin@yvslaw.com

James R. Irving
james.irving@dentons.com

Adam H Isenberg
adam.isenberg@saul.com

Harry Conrad Jones
HJones@coleschotz.com

Lawrence A. Katz
lkatz@hirschlerlaw.com

Toyja E. Kelley
Toyja.Kelley@troutman.com

C. Kevin Kobbe
kevin.kobbe@us.dlapiper.com

Eric George Korphage
korphagee@whiteandwilliams.com

Jung Yong Lee
jlee@milesstockbridge.com

Gary H. Leibowitz
gleibowitz@coleschotz.com

Thomas J. McKee
mckeet@gtlaw.com

Mark Minuti
mark.minuti@saul.com

Randy Moonan
rmoonan@sillscummis.com

William Fuller Moss
william.moss@friedberg.legal

Bruce S. Nathan
bnathan@lowenstein.com

Janet M. Nesse
jnesse@mhlawyers.com

Craig Palik
cpalik@mhlawyers.com

Michael Papandrea
mpapandrea@lowenstein.com

Steven Gregory Polard
steven.polard@ropers.com

Scott Prince
sprince@bakerlaw.com

Jonathan Gary Rose
jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer
nick.schandlbauer@arlaw.com

Dennis J. Shaffer
dshaffer@tydings.com

Indira Kavita Sharma
indira.sharma@troutman.com

Nicholas Smargiassi
nicholas.smargiassi@saul.com

David Sommer
dsommer@gallagherllp.com

Brent C. Strickland
bstrickland@whitefordlaw.com

Matthew G. Summers
summersm@ballardspahr.com

S. Jason Teele
steele@sillscummis.com

Paige Noelle Topper
paige.topper@saul.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

57152720.2

**EXHIBIT B**

**Parties Served Via Electronic Mail**

Hugh M. Bernstein
Office of the United States Trustee for the
District of Maryland
hugh.m.bernstein@usdoj.gov

Bruce S. Nathan
Gianfranco Finizio
Chelsea Frankel
Lowenstein Sandler LLP
1251 Avenue of Americas
New York, New York 10020
bnathan@lowenstein.com
gfinizio@lowenstein.com
cfrankel@lowenstein.com

Michael Papandrea
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068,
mpapandrea@lowenstein.com

Stephen B. Gerald
Dennis Shaffer
Tydings & Rosenberg LLP
One E. Pratt St., Suite 901
Baltimore, Maryland 21202
sgerald@tydings.com
dshaffer@tydings.com

Jonathan W. Young
David Ruediger
Katherine Culbertson
Troutman Pepper Locke LLP
111 Huntington Ave., 9th Floor
Boston, Massachusetts 02199
jonathan.young@troutman.com
david.ruediger@troutman.com
katherine.culbertson@troutman.com

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Zvi@Zviguttman.com

57152720.2