# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

## VERIFIED STATEMENT OF
## DISINTERESTEDNESS PURSUANT TO BANKRUPTCY RULE 2014

I, Drew M. Dillworth, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, do hereby declare and affirm under the penalties of perjury:

1.  I am an attorney licensed to practice in the State of Florida. This Verified Statement is being made in support of the Application by Chapter 7 Trustee for Authority to Employ Counsel.

2.  I am a partner with the law firm of Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. (the "Firm").

3.  Neither I nor the Firm have any connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, and represent no adverse interest to the debtors or the bankruptcy estates, except as follows:

    (a)  The Firm has represented and continues to represent JP Morgan Chase Bank, NA on matters wholly unrelated to the above styled bankruptcy cases;

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

    (b)    The Firm and its lawyers have working relationships with a variety of the professional firms and lawyers involved here on matters wholly unrelated to the above styled bankruptcy cases;

    (c)    The Firm has represented Mr. Fisher in his capacity as a bankruptcy trustee in an unrelated bankruptcy case in Maryland; and

    (d)    I am a panel chapter 7 trustee in the Southern District of Florida and regularly communicate with the Office of the United States Trustee for that district on matters wholly unrelated to the above styled bankruptcy cases.

4. The Firm will request compensation for legal services rendered to the estates based on our customary hourly rates charged to clients of the Firm in effect at that time. The present hourly rates in place are as follows:

    Partners:    $650.00 to $975.00 per hour
    Associates:    $350.00 to $625.00 per hour
    Paralegals:    $200.00 to $325.00 per hour

5. Neither I nor the Firm has any agreement with any other person or entity to share the compensation or reimbursement of expenses with any other person or entity; all fees and expenses allowed by further Order of this Court be paid and retained by the Firm.

6. Accordingly, I respectfully submit that neither I nor the Firm hold or represent an interest adverse to the estates and are disinterested persons as that term is defined in 11 U.S.C. §101(14).

I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE:  February 5, 2026                    /s/ Drew M. Dillworth
                                                       Drew M. Dillworth, Esq.
                                                       Stearns Weaver Miller et al.
                                                       150 West Flagler Street
                                                       Suite 2200
                                                       Miami, Florida  33130

#14432931 v1