# EXHIBIT B

# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Eric Silver, Esq.<br>
150 West Flagler Street, Suite 2200<br>
Miami, FL 33130<br>
Direct: (305) 789-3200<br>
Fax: (305) 789-3395<br>
Email: esilver@stearnsweaver.com

February 5, 2026

Morgan Fisher, Trustee
18 West Street
Annapolis, Maryland 21401
mwf@morganfisherlaw.com

*In re Diamond Comic Distributors, Inc., et al.,* 25-10308 (DER) (Jointly Administered)
In the United States Bankruptcy Court for the District of Maryland

Trustee Fisher:

We will be pleased to represent the interests of the bankruptcy estates in the above referenced jointly administered bankruptcy cases upon the terms set forth in this engagement agreement.

We will provide services to the estates in the bankruptcy cases on an hourly basis at the hourly rates in effect at the time of this engagement. Currently, lawyers that may work on this matter bill at hourly rates between $350 and $975. Rates for paraprofessionals range from $200 to $325 per hour. We agree that allowance and payment for any services rendered in connection with this matter shall be subject of notice, hearing, and Order entered in the bankruptcy cases.

We agree that the relationship between the parties including, without limitation, the validity, construction, and enforceability of this engagement letter, shall be governed by the laws of the State of Maryland without regard to conflicts of laws principles. We do not anticipate any dispute between us, but if there is a dispute and it results in litigation, the exclusive jurisdiction and venue shall be in bankruptcy court presiding over the bankruptcy cases.

We look forward to working with you to achieve a successful outcome of this matter.

Regards,

/s/ *Eric J. Silver*

ERIC J. SILVER