Application was not served on the Chapter 7 trustee in the case as he had not yet been appointed. Accordingly, movant shall serve the Application on the Chapter 7 trustee by February 20, 2026, and certify such service to the Court or the Application may be denied without further notice or hearing.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

**In re:**

**DIAMOND COMIC DISTRIBUTORS, INC.**

**Debtor.**

Case No. 25-10308-DER
Chapter 11

**ORDER GRANTING MOTION
FOR ADMINISTRATIVE EXPENSE**

Having read and considered the *Motion of Expeditors International of Washington, Inc. for Allowance of Chapter 11 Administrative Expense* (the "Application"), filed by Expeditors International of Washington, Inc. ("Expeditors"), and any objections to the foregoing, and the following relief appearing proper under the circumstances, it is hereby:

**ORDERED**, that the Application is Granted; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 503(b), Expeditors is granted an allowed a chapter 11 priority administrative expense claim in the amount of $266,855; without prejudice to its rights to seek further administrative claims; and it is further

**ORDERED**, Debtor shall pay to Expeditors $266,855 within 30 days of the date of this Order.

**END OF ORDER**

**Copies to all parties receiving notice via CM/ECF.**

