IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| IN RE: | Chapter 7 |
| **Diamond Comic Distributors, Inc., et al.,**[1] | CASE NO. 25-10308-DER |
| Debtors. | (Jointly Administered) |

### LINE FILING CHAPTER 7 TRUSTEE'S REPORT OF 341 MEETING HELD AND CONCLUDED IN THE JOINTLY ADMINISTERED CASES

1. On January 14, 2025, Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectables (collectively, the "Debtors") each commenced a case under chapter 11 of the United States Bankruptcy Code. On January 16, 2025, the Court granted the Debtors' Motion for Joint Administration and ordered the Debtors' cases be jointly administered by the Court under *In re: Diamond Comic Distributors, Inc.*, 25-10308. [ECF #41.]

2. On December 12, 2025, the Debtors filed a Motion to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code. [ECF #1070.] On December 19, 2025, the Court entered an Order Converting from a Chapter 11 to a case under Chapter 7, effective December 31, 2025. [ECF #1089.]

3. On December 23, 2025, the United States Trustee's Office appointed Morgan W. Fisher ("Trustee") as Interim Trustee and Designation of Required Bond. [ECF #1095.]

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc., 25-10311-DER (7457); Comic Exporters, Inc., 25-10309-DER (7458); and Diamond Select Toys & Collectibles, LLC, 25-10312-DER (6585).

4.      On February 6, 2026, at 10:05 a.m., the Trustee held the Section 341 Meeting of Creditors ("341 Meeting"). The Debtors, Debtors' counsel, United States Trustee, and numerous creditors and parties in interest appeared.

5.      On February 6, 2026, at 10:41 a.m., the Trustee **concluded** the 341 Meeting on the record.

DATE:  February 11, 2026                                    Respectfully Submitted,

                                                          */s/ Morgan W. Fisher*
                                                          Morgan W. Fisher (Bar No., 28711)
                                                          Law Offices of Morgan Fisher, LLC
                                                          18 West Street
                                                          Annapolis, Maryland 21401
                                                          mwf@morganfisherlaw.com
                                                          (410) 626-6111
                                                          *Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Line Filing Chapter 7 Trustee's Report of 341 Meeting Held and Concluded will be served electronically by the Court's CM/ECF system on the following:

Sam Alberts    sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
Peter J Artese    peter.artese@us.dlapiper.com
Jodie E. Bekman    jbekman@gfrlaw.com, dferguson@gfrlaw.com
Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Andrew Brown    abrown@klestadt.com
Matthew G. Brushwood    mbrushwood@barley.com, dkline@barley.com
Darek Bushnaq    dsbushnaq@venable.com
Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
Katherine Elizabeth Culbertson    katherine.culbertson@troutman.com
David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
G. David Dean    ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan    edevan@milesstockbridge.com
Ellen E. Dew    ellen.dew@us.dlapiper.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio    gfinizio@lowenstein.com
Adam Fletcher    afletcher@bakerlaw.com
Chelsea R Frankel    cfrankel@lowenstein.com
Jeremy S. Friedberg    jeremy@friedberg.legal, ecf@friedberg.legal
Stephen B. Gerald    sgerald@tydings.com
Christopher J. Giaimo    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
Joshua Glikin    JGlikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com

Jonathan A. Grasso    jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
Jeffrey C. Hampton    jeffrey.hampton@saul.com
Jason F Hoffman    jhoffman@bakerlaw.com
Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
James R. Irving    james.irving@dentons.com
Adam H Isenberg    adam.isenberg@saul.com
Harry Conrad Jones    HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
Lawrence A. Katz    lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
Toyja E. Kelley    Toyja.Kelley@troutman.com
C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage    korphagee@whiteandwilliams.com
Jung Yong Lee    jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Thomas J. McKee    mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan    rmoonan@sillscummis.com
William Fuller Moss    william.moss@friedberg.legal
Bruce S. Nathan    bnathan@lowenstein.com
Janet M. Nesse    jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
Michael Papandrea    mpapandrea@lowenstein.com
Steven Gregory Polard    steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
Scott Prince    sprince@bakerlaw.com
Jonathan Gary Rose    jonathan.rose@us.dlapiper.com
Jordan Rosenfeld    jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer    nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com

Nicholas Smargiassi     nicholas.smargiassi@saul.com
David Sommer     dsommer@gallagherllp.com, ceyler@gejlaw.com;gomara@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
Brent C. Strickland     bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
Matthew G. Summers     summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
S. Jason Teele     steele@sillscummis.com
Paige Noelle Topper     paige.topper@saul.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV

*/s/ Morgan W. Fisher*
Morgan W. Fisher