United States Bankruptcy Court
District of Maryland

In re:                                                                                                    Case No. 25-10308-DER
Diamond Comic Distributors, Inc.                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                      User: admin                      Page 1 of 4
Date Rcvd: Feb 09, 2026               Form ID: pdfall                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: raly@getzlerhenrich.com | Feb 09 2026 19:19:00 | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026                      Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Ashley N Fellona | ashley.fellona@saul.com   janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com   mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | bnathan@lowenstein.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdfall | Total Noticed: 1 |

C. Kevin Kobbe
  kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
  chopkin@yvslaw.com
  pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
  cfrankel@lowenstein.com

Christopher J. Giaimo
  christopher.giaimo@squirepb.com christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
  cpalik@mhlawyers.com
  cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
  jack.blum@polsinelli.com lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
  dsbushnaq@venable.com

David Sommer
  dsommer@gallagherllp.com ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels
  ddaniels@perkinscoie.com
  docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
  dshaffer@tydings.com scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
  ellen.dew@us.dlapiper.com

Emily Devan
  edevan@milesstockbridge.com

Eric George Korphage
  korphagee@whiteandwilliams.com

G. David Dean
  ddean@coleschotz.com PRatkowiak@coleschotz.com

Gary H. Leibowitz
  gleibowitz@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
  gfinizio@lowenstein.com

Harry Conrad Jones
  HJones@coleschotz.com bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
  hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
  indira.sharma@troutman.com
  katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
  james.irving@dentons.com

Jan Berlage
  JBerlage@GHSLLP.com tcollins@ghsllp.com

Janet M. Nesse
  jnesse@mhlawyers.com
  jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com

Jason F Hoffman
  jhoffman@bakerlaw.com

Jeffrey C. Hampton
  jeffrey.hampton@saul.com

Jeremy S. Friedberg
  jeremy@friedberg.legal ecf@friedberg.legal

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdfall | Total Noticed: 1 |

Jodie E. Bekman
    jbekman@gfrlaw.com  dferguson@gfrlaw.com

Jonathan A. Grasso
    jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
    jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
    jordan.rosenfeld@saul.com

Joshua Glikin
    JGlikin@shulmanrogers.com  abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee
    jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Katherine Elizabeth Culbertson
    katherine.culbertson@troutman.com

Laura Skowronski Bouyea
    lsbouyea@venable.com  dmdierdorff@venable.com

Lawrence A. Katz
    lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti
    mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers
    desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood
    mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers
    summersm@ballardspahr.com
    branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea
    mpapandrea@lowenstein.com

Morgan W. Fisher
    trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi
    nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
    nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper
    paige.topper@saul.com

Peter J Artese
    peter.artese@us.dlapiper.com

Randy Moonan
    rmoonan@sillscummis.com

Richard L. Costella
    rcostella@tydings.com  scalloway@tydings.com,MYoung@tydings.com,zjones@tydings.com,swilliams@tydings.com

S. Jason Teele
    steele@sillscummis.com

Sam Alberts
    sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Scott Prince
    sprince@bakerlaw.com

Stephen B. Gerald
    sgerald@tydings.com

Steven Gregory Polard

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdfall | Total Noticed: 1 |

    steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee

    mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar

    thomas.bredar@wilmerhale.com
    andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley

    Toyja.Kelley@troutman.com

Turner Falk

    turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore

    USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss

    william.moss@friedberg.legal

Zvi Guttman

    zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 64

Application was not served on the Chapter 7 trustee in the case as he had not yet been appointed. Accordingly, movant shall serve the Application on the Chapter 7 trustee by February 20, 2026, and certify such service to the Court or the Application may be denied without further notice or hearing.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC. | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION**
**FOR ADMINISTRATIVE EXPENSE**

Having read and considered the *Motion of Expeditors International of Washington, Inc. for Allowance of Chapter 11 Administrative Expense* (the "Application"), filed by Expeditors International of Washington, Inc. ("Expeditors"), and any objections to the foregoing, and the following relief appearing proper under the circumstances, it is hereby:

**ORDERED**, that the Application is Granted; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 503(b), Expeditors is granted an allowed a chapter 11 priority administrative expense claim in the amount of $266,855; without prejudice to its rights to seek further administrative claims; and it is further

**ORDERED**, Debtor shall pay to Expeditors $266,855 within 30 days of the date of this Order.

**END OF ORDER**

**Copies to all parties receiving notice via CM/ECF.**

