### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc. *et al.*,<br><br>        Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered) |
| Charlie Tyson, Dan Hirsch, and Robert Gorin,<br><br>        Movants,<br><br>v.<br><br>Diamond Comic Distributors, Inc. *et al.*,<br><br>        Debtors,<br><br>and<br><br>Morgan W. Fisher,<br><br>        Chapter 7 Trustee,<br><br>        Respondent. | |

### NOTICE OF JOINT MOTION OF INDIVIDUAL DEFENDANTS FOR ENTRY OF AN ORDER AUTHORIZING, AND TO THE EXTENT NECESSARY, MODIFYING THE AUTOMATIC STAY TO ALLOW THE INSURER TO USE PROCEEDS FROM DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES FOR DEFENSE COSTS AND GRANTING RELATED RELIEF

The Movant has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to modify the automatic stay to allow the Insurer to make or advance payments of Defense Costs (as that term is defined in the D&O Policy) in accordance with the D&O Policy, to or on behalf of, the Movants pursuant to the terms and conditions of such policy. A copy of the motion is attached.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

---

[1]    The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc., 25-10311-DER (7457); Comic Exporters, Inc., 25-10309-DER (7458); and Diamond Select Toys & Collectibles, LLC, 25-10312-DER (6585).

If you do not want the Court to grant the motion for relief from stay, or if you want the Court to consider your views on the motion, then by **March 6, 2026**, you or your attorney must file with the Clerk of the Court a written response to the motion explaining your position and mail a copy of the response to:

H.C. Jones, III, Esq. (Bar No. 20064)
Cole Schotz P.C.
1201 Wills Street, Suite 320
Baltimore, MD 21231
hjones@coleschotz.com

G. David Dean, Esq. (Bar No. 26987)
Cole Schotz P.C.
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
ddean@coleschotz.com

Mark L. Desgrosseilliers (Bar No. 25945)
Robert A. Weber (Bar No. 10105)
Kelly E. Rowe (Bar No. 31726)
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
desgross@chipmanbrown.com
weber@chipmanbrown.com
rowe@chipmanbrown.com

If you mail, rather than hand deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the Court will receive it by the deadline stated above.

If you file a timely response to the motion, the hearing on the motion will take place on **March 23, 2026 at 1:30 p.m**. (**ET**) before the Honorable Judge Rice in Courtroom 9-D at the United States Bankruptcy Court for the District of Maryland, 101 W. Lombard St., Baltimore, Maryland 21201. If you or your attorney do not file and serve a timely response to the motion, the Court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

Dated:  February 17, 2026

COLE SCHOTZ P.C.

By: */s/ H.C. Jones, III*
H.C. Jones, III, Esq. (Bar No. 20064)
1201 Wills Street, Suite 320
Baltimore, MD 21231
Telephone: (410) 230-0660
Facsimile: (410) 230-0667
hjones@coleschotz.com
   -and-
G. David Dean, Esq. (Bar No. 26987)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
ddean@coleschotz.com
   -and-
Kori L. Pruett, Esq. (admitted *pro hac vice*)
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
kpruett@coleschotz.com

*Counsel for Defendants Charlie Tyson and Dan Hirsch*

3