IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Morgan W. Fisher, Esquire, a member in good standing of the bar of this Court, moves the admission of Drew M. Dillworth, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for Bankruptcy Counsel for the Chapter 7 Trustee.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.
2. The proposed admittee does not maintain a law office in Maryland.
3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

| *State Court and Date of Admission* | *U.S. Court and Date of Admission* |
|---|---|
| Florida (1999) | United States District Courts for the Middle District of Florida (2001) |
| Illinois (1992) | United States District Courts for the Southern District of Florida (1999) |
| | United States District Court for the Northern District of Illinois |
| | United States Bankruptcy Court for the Middle District of Florida |
| | United States Bankruptcy Court for the Southern District of Florida (2006) |
| | United States District Court for the Northern District of Indiana |
| | United States Court of Appeals for the Eleventh Circuit (2011) |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court 0 times. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[2]

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] *See* Local District Court Rule 101(1)(b)(iii).

LBF-F v.2024    Page | 1

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. The proposed admittee is familiar with the Federal Bankuptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

| | |
|---|---|
| /s/ *Morgan W. Fisher* | /s/ *Drew M. Dillworth* |
| Morgan W. Fisher (Bar No., 28711) | Drew M. Dillworth (Bar No., 167835) |
| | |
| The Law Offices of Morgan Fisher, LLC | Stearns Weaver Miller Weissler Alhadeff & |
| 18 West Street | Sitterson, P.A. |
| Annapolis, Maryland 21401 | 150 West Flagler Street, Suite 2200 |
| mwf@morganfisherlaw.com | Miami, Florida 33130 |
| (410) 626-6111 | 305-789-3598 |
| Movant/Chapter 7 Trustee | ddillworth@stearnsweaver.com |
| | Proposed Admittee |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Motion to Appear Pro Hac Vice will be served electronically by the Court's CM/ECF system on the following:

- Sam Alberts     sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Peter J Artese     peter.artese@us.dlapiper.com
- Jodie E. Bekman     jbekman@gfrlaw.com, dferguson@gfrlaw.com
- Jan Berlage     JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea     lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- Andrew Brown     abrown@klestadt.com
- Matthew G. Brushwood     mbrushwood@barley.com, dkline@barley.com
- Darek Bushnaq     dsbushnaq@venable.com
- Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
- Katherine Elizabeth Culbertson     katherine.culbertson@troutman.com
- David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
- G. David Dean     ddean@coleschotz.com, PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers     desgross@chipmanbrown.com, fusco@chipmanbrown.com
- Emily Devan     edevan@milesstockbridge.com
- Ellen E. Dew     ellen.dew@us.dlapiper.com
- Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio     gfinizio@lowenstein.com
- Adam Fletcher     afletcher@bakerlaw.com
- Chelsea R Frankel     cfrankel@lowenstein.com
- Jeremy S. Friedberg     jeremy@friedberg.legal, ecf@friedberg.legal
- Stephen B. Gerald     sgerald@tydings.com
- Christopher J. Giaimo     christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin     JGlikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com
- Jonathan A. Grasso     jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- Zvi Guttman     zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

- Jeffrey C. Hampton  jeffrey.hampton@saul.com
- Jason F Hoffman  jhoffman@bakerlaw.com
- Catherine Keller Hopkin  chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- James R. Irving  james.irving@dentons.com
- Adam H Isenberg  adam.isenberg@saul.com
- Harry Conrad Jones  HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Lawrence A. Katz  lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
- Toyja E. Kelley  Toyja.Kelley@troutman.com
C. Kevin Kobbe  kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- Eric George Korphage  korphagee@whiteandwilliams.com
- Jung Yong Lee  jlee@milesstockbridge.com, mhickman@tydings.com
- Gary H. Leibowitz  gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- Thomas J. McKee  mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
- Mark Minuti  mark.minuti@saul.com, robyn.warren@saul.com
- Randy Moonan  rmoonan@sillscummis.com
- William Fuller Moss  william.moss@friedberg.legal
- Bruce S. Nathan  bnathan@lowenstein.com
- Janet M. Nesse  jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
- Craig Palik  cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
- Michael Papandrea  mpapandrea@lowenstein.com
- Steven Gregory Polard  steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
- Scott Prince  sprince@bakerlaw.com
- Jonathan Gary Rose  jonathan.rose@us.dlapiper.com
- Jordan Rosenfeld  jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer  nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- Dennis J. Shaffer  dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- Indira Kavita Sharma  indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- Nicholas Smargiassi  nicholas.smargiassi@saul.com
- David Sommer  dsommer@gallagherllp.com, ceyler@gejlaw.com;gomara@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
- Brent C. Strickland  bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com

-Matthew G. Summers     summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
-S. Jason Teele     steele@sillscummis.com
-Paige Noelle Topper     paige.topper@saul.com
-US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV

                                                          */s/ Morgan W. Fisher*
                                                          Morgan W. Fisher