IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Morgan W. Fisher, Esquire, a member in good standing of the bar of this Court, moves the admission of Eric J. Silver, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for Bankruptcy Counsel for the Chapter 7 Trustee.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.
2. The proposed admittee does not maintain a law office in Maryland.
3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

| *State Court and Date of Admission* | *U.S. Court and Date of Admission* |
|---|---|
| Florida (2008) | United States District Courts for the Northern District of Florida (2012) |
| | United States District Courts for the Middle District of Florida (2012) |
| | United States District Courts for the Southern District of Florida (2010) |
| | United States Bankruptcy Court for the Northern District of Florida |
| | United States Bankruptcy Court for the Middle District of Florida (2012) |
| | United States Bankruptcy Court for the Southern District of Florida (2010) |
| | United States Court of Appeals for the Eleventh Circuit (2013) |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court 0 times. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[2]

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).
[2] *See* Local District Court Rule 101(1)(b)(iii).

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

| | |
|---|---|
| /s/ *Morgan W. Fisher* | /s/ *Eric J. Silver* |
| Morgan W. Fisher (Bar No., 28711) | Eric J. Silver, Esq. (Bar No., 057262) |
| | |
| The Law Offices of Morgan Fisher, LLC | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. |
| 18 West Street | 150 West Flagler Street, Suite 2200 |
| Annapolis, Maryland 21401 | Miami, Florida 33130 |
| mwf@morganfisherlaw.com | 305-789-4175 |
| (410) 626-6111 | esilver@stearnsweaver.com |
| Movant/Chapter 7 Trustee | Proposed Admittee |

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Motion to Appear Pro Hac Vice will be served electronically by the Court's CM/ECF system on the following:

- Sam Alberts    sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Peter J Artese    peter.artese@us.dlapiper.com
- Jodie E. Bekman    jbekman@gfrlaw.com, dferguson@gfrlaw.com
- Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- Andrew Brown    abrown@klestadt.com
- Matthew G. Brushwood    mbrushwood@barley.com, dkline@barley.com
- Darek Bushnaq    dsbushnaq@venable.com
- Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
- Katherine Elizabeth Culbertson    katherine.culbertson@troutman.com
- David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
- G. David Dean    ddean@coleschotz.com, PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com
- Emily Devan    edevan@milesstockbridge.com
- Ellen E. Dew    ellen.dew@us.dlapiper.com
- Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio    gfinizio@lowenstein.com
- Adam Fletcher    afletcher@bakerlaw.com
- Chelsea R Frankel    cfrankel@lowenstein.com
- Jeremy S. Friedberg    jeremy@friedberg.legal, ecf@friedberg.legal
- Stephen B. Gerald    sgerald@tydings.com
- Christopher J. Giaimo    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin    JGlikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com
- Jonathan A. Grasso    jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- Zvi Guttman    zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

-Jeffrey C. Hampton     jeffrey.hampton@saul.com
-Jason F Hoffman     jhoffman@bakerlaw.com
-Catherine Keller Hopkin     chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
-James R. Irving     james.irving@dentons.com
-Adam H Isenberg     adam.isenberg@saul.com
-Harry Conrad Jones     HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
-Lawrence A. Katz     lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
-Toyja E. Kelley     Toyja.Kelley@troutman.com
C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
-Eric George Korphage     korphagee@whiteandwilliams.com
-Jung Yong Lee     jlee@milesstockbridge.com, mhickman@tydings.com
-Gary H. Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
-Thomas J. McKee     mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
-Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com
-Randy Moonan     rmoonan@sillscummis.com
-William Fuller Moss     william.moss@friedberg.legal
-Bruce S. Nathan     bnathan@lowenstein.com
-Janet M. Nesse     jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
-Craig Palik     cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
-Michael Papandrea     mpapandrea@lowenstein.com
-Steven Gregory Polard     steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
-Scott Prince     sprince@bakerlaw.com
-Jonathan Gary Rose     jonathan.rose@us.dlapiper.com
-Jordan Rosenfeld     jordan.rosenfeld@saul.com
-Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
-Dennis J. Shaffer     dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
-Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
-Nicholas Smargiassi     nicholas.smargiassi@saul.com
-David Sommer     dsommer@gallagherllp.com, ceyler@gejlaw.com;gomara@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
-Brent C. Strickland     bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com

- Matthew G. Summers    summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
- S. Jason Teele    steele@sillscummis.com
- Paige Noelle Topper    paige.topper@saul.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

      */s/ Morgan W. Fisher*
      Morgan W. Fisher