**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING MOTION TO SHORTEN TIME IN WHICH TO RESPOND TO TRUSTEE'S EMERGENCY MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS RELATED TO CONSIGNED GOODS AND TO SET EXPEDITED HEARING THEREON**

UPON CONSIDERATION of the Trustee's Motion to Shorten Time (the "Motion to Shorten") in which to respond to the Emergency Motion to Extend Deadline to Assume or Reject Executory Contracts Related to Consigned Goods [(the "365 Deadline Motion")], and Set Expedited Hearing Thereon and the Court having reviewed the Motion to Shorten, and having found that the relief requested in the Motion to Shorten is justified under the circumstances:

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

1. The Motion to Shorten is granted to the extent set forth herein.

2. The hearing to consider the relief requested in the 365 Deadline Motion shall be held on the date and at the time set forth in the header of this Order or a separate hearing notice issued by the Court.

3. Any objections or responses to the 365 Deadline Motion must be made on or before February 25, 2026, at 4:00 PM EST with a copy to counsel for the Trustee.

4. Movant shall serve a copy of this Order (or certify that a copy of this Order has been served via CM/ECF) on all parties served with the 365 Extension Motion and file a certificate of service so stating, as soon as practicable.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Cc:

CM/ECF Parties
Manual Notice Parties

**END OF ORDER**