United States Bankruptcy Court
District of Maryland

In re:                                                                                       Case No. 25-10308-DER
Diamond Comic Distributors, Inc.                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1       User: admin       Page 1 of 5
Date Rcvd: Feb 19, 2026       Form ID: pdfparty       Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | David L. Ruediger, Troutman Pepper Locke LLP, 111 Huntington Avenue, Boston, MA 02199-7618 |
| aty | + | James Irving, 3500 PNC Tower, 101 South Fifth Street, Louisville, KY 40202-3157 |
| aty | + | Jamilla Justine Willis, DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020-0083 |
| aty | + | Jane Davidson, NOLAN HEIMANN LLP, 16000 Ventura Boulevard, Suite 1200, Encino, CA 91436-2767 |
| aty | + | Jeffrey Kramer, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 |
| aty | + | Jonathan W. Young, Troutman Pepper Locke LLP, 401 9th Street, N.W.,, Suite 1000, Washington, DC 20004-2146 |
| aty | + | Junior Dufort, PERKINS COIE LLP, 700 Thirteenth Street N.W., Suite 800, Washington, DC 20005-5938 |
| aty | + | Katherine Culbertson, Troutman Pepper Locke LLP, 111 South Wacker Drive, Suite 4100, Chicago, IL 60606-4409 |
| aty | + | McNamee Hosea, Attn: Craig M. Palik, Esq., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770, UNITED STATES 20770-1416 |
| aty | + | Sara Chenetz, PERKINS COIE LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721 |
| aty | + | Stephen B Gerald, Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202, UNITED STATES 21202-1249 |
| cr | + | 207 Redco, LLC, 207 Redco Avenue, Red Lion, PA 17356-1428 |
| cr | + | ARA, Inc. d/b/a Lone Oak Payroll, c/o David G. Sommer, Esq., Gallagher LLP, 218 N. Charles St., Ste 400, Baltimore, MD 21201-4070 |
| cr | + | Abstract Studio, Inc., c/o Robyn Moore, PO Box 271487, Houston, TX 77277-1487 |
| intp | + | Ad Hoc Committee of Consignors, c/o Catherine Keller Hopkin, Esquire, YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| intp | + | Alliance Entertainment, LLC, 8201 Peters Road, Suite 1000, Plantation, FL 33324-3266 |
| cr | #+ | Angela Veach, 6604 Grant Cover, Olive Branch, MS 38654-5154 |
| cr | + | Angela Veach, 1146 Windermere Run, O'Fallon, IL 62269-7021 |
| cr | + | Cryptozoic Entertainment, LLC, c/o Nolan Heimann, 16000 Ventura Blvd., Ste. 1200, ATTN: Jane Davidson, Esq. Encino, CA 91436-2767 |
| | + | DIGITAL MANGA, INC. d/b/a DIGITAL MANGA INC., c/o HIKARU SASAHARA, 1447 W 178TH ST, STE 302, GARDENA, CA 90248-3286 |
| cr | + | Graphitti Designs, 33159 Camino Capistrano Suite G., c/o Robert W. Chapman, San Juan Capistrano, CA 92675-4827 |
| intp | + | Katherine Govier, 113 Valmere Path, York, PA 17403-4566 |
| acc | + | Larry Strauss, Larry Strauss Esq. & Associates, 2310 Smith Ave., Baltimore, MD 21209-2611 |
| cr | + | Liminal Esports LLC, 1500 Chagrin River Road #361, Gates Mills, OH 44040-7414 |
| cr | #+ | Molten Core Media, LLC dba Magma Comix, 3130 Whittier St., c/o Denton J. Tipton, San Diego, CA 92106-1636 |
| cr | + | NBM Publishing Inc., 300 E. 54th Street 12c, Attn: Terry Nantier, New York, NY 10022-5021 |
| | + | NETCOMICS, c/o YON H. CHUNG, 362 SIP AVENUE, SUITE 1, JERSEY CITY, NJ 07306-6574 |
| intp | + | Skyrush Marketing, Inc., 80 Orville Dr., Attn: Andrew Aiello, Bohemia, NY 11716-2534 |
| cr | + | Titan Publishing Group, Ltd., d/b/a Titan Comics, c/o Emily K. Devan, Esquire, Miles & Stockbridge P.C., 100 Light St., 7th Fl., Baltimore, MD 21202 US 21202-1153 |
| cr | + | TwoMorrows Publishing, 10407 Bedfordtown Drive, c/o John Morrow, Raleigh, NC 27614-8058 |
| | + | VALIANT ENTERTAINMENT LLC, d/b/a VALIANT ENTERTAINMENT, LLC, c/o PARACORP INCORPORATED, 2140 S Dupont HWY, Camden, DE 19934-1249 |
| cr | + | Willialm M. Gaines, Agent Inc., 3975 Little John Drive, c/o Cathy Gaines Mifsud, President, York, PA 17408-8985 |
| cr | + | William M. Gaines, Agent, Inc., c/o Lanning G. Bryer, 1040 Avenue of the Americas, New York, NY 10018-3703 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0416-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: pdfparty | Total Noticed: 37 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: raly@getzlerhenrich.com | Feb 19 2026 19:30:00 | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |
| aty | + Email/Text: brannickn@ballardspahr.com | Feb 19 2026 19:30:00 | Nicholas J. Brannick, BALLARD SPAHR LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 19 2026 19:31:00 | New York State Department of Taxation and Finance, Bankruptcy Unit, P.O. Box 5300, Albany, NY 12205-0300 |
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | Feb 19 2026 19:30:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Lauren A. Baio |
| aty | | Lowenstein Sandler LLP |
| aty | | Scott Cheatham |
| fa | | Berkeley Research Group, LLC, David Galfus |
| cr | | Chris Robinson, Zombie Love Studios |
| cr | | Integrated Connection, LLC |
| cr | | NECA, LLC |
| op | | Robert Gorin, GETZLER HENRICH & ASSOCIATES LLC |
| sp | | Tal Goldsmith, Stephenson Harwood LLP |
| cr | ##+ | Aftershock Comics, LLC, 15300 Ventura Blvd, Suite 507, Sherman Oaks, CA 91403-5844 |

TOTAL: 9 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Fletcher | afletcher@bakerlaw.com |
| Adam H Isenberg | adam.isenberg@saul.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdfparty | Total Noticed: 37 |

bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Bruce S. Nathan
    bnathan@lowenstein.com

C. Kevin Kobbe
    kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
    chopkin@yvslaw.com
    pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
    cfrankel@lowenstein.com

Christopher J. Giaimo
    christopher.giaimo@squirepb.com christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
    cpalik@mhlawyers.com
    cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
    jack.blum@polsinelli.com lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
    dsbushnaq@venable.com

David Sommer
    dsommer@gallagherllp.com ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels
    ddaniels@perkinscoie.com
    docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
    dshaffer@tydings.com scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
    ellen.dew@us.dlapiper.com

Emily Devan
    edevan@milesstockbridge.com

Eric George Korphage
    korphagee@whiteandwilliams.com

G. David Dean
    ddean@coleschotz.com PRatkowiak@coleschotz.com

Gary H. Leibowitz
    gleibowitz@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
    gfinizio@lowenstein.com

Harry Conrad Jones
    HJones@coleschotz.com bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
    indira.sharma@troutman.com
    katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
    james.irving@dentons.com

Jan Berlage
    JBerlage@GHSLLP.com tcollins@ghsllp.com

Janet M. Nesse
    jnesse@mhlawyers.com
    jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com

Jason F Hoffman
    jhoffman@bakerlaw.com

Jeffrey C. Hampton

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 4 of 5 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdfparty | Total Noticed: 37 |

    jeffrey.hampton@saul.com

Jeremy S. Friedberg
    jeremy@friedberg.legal  ecf@friedberg.legal

Jodie E. Bekman
    jbekman@gfrlaw.com  dferguson@gfrlaw.com

Jonathan A. Grasso
    jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
    jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
    jordan.rosenfeld@saul.com

Joshua Glikin
    JGlikin@shulmanrogers.com  abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee
    jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Katherine Elizabeth Culbertson
    katherine.culbertson@troutman.com

Laura Skowronski Bouyea
    lsbouyea@venable.com  dmdierdorff@venable.com

Lawrence A. Katz
    lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti
    mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers
    desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood
    mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers
    summersm@ballardspahr.com
    branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea
    mpapandrea@lowenstein.com

Morgan W. Fisher
    trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi
    nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
    nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper
    paige.topper@saul.com

Peter J Artese
    peter.artese@us.dlapiper.com

Randy Moonan
    rmoonan@sillscummis.com

Richard L. Costella
    rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

S. Jason Teele
    steele@sillscummis.com

Sam Alberts
    sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Scott Prince
    sprince@bakerlaw.com

District/off: 0416-1         User: admin                              Page 5 of 5
Date Rcvd: Feb 19, 2026      Form ID: pdfparty                        Total Noticed: 37

| | |
|---|---|
| Stephen B. Gerald | sgerald@tydings.com |
| Steven Gregory Polard | steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com |
| Thomas J. McKee | mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com |
| Thomas K. Bredar | thomas.bredar@wilmerhale.com<br>andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com |
| Toyja E. Kelley | Toyja.Kelley@troutman.com |
| Turner Falk | turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |
| William Fuller Moss | william.moss@friedberg.legal |
| Zvi Guttman | zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 64

Entered: February 19th, 2026
Signed: February 19th, 2026

**SO ORDERED**

The hearing described below shall be set for February 26, 2026 at 1:30 PM in Courtroom 9-D.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING MOTION TO SHORTEN TIME IN WHICH TO RESPOND TO TRUSTEE'S EMERGENCY MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS RELATED TO CONSIGNED GOODS AND TO SET EXPEDITED HEARING THEREON**

UPON CONSIDERATION of the Trustee's Motion to Shorten Time (the "Motion to Shorten") in which to respond to the Emergency Motion to Extend Deadline to Assume or Reject Executory Contracts Related to Consigned Goods [(the "365 Deadline Motion")], and Set Expedited Hearing Thereon and the Court having reviewed the Motion to Shorten, and having found that the relief requested in the Motion to Shorten is justified under the circumstances:

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

1. The Motion to Shorten is granted to the extent set forth herein.

2. The hearing to consider the relief requested in the 365 Deadline Motion shall be held on the date and at the time set forth in the header of this Order or a separate hearing notice issued by the Court.

3. Any objections or responses to the 365 Deadline Motion must be made on or before February 25, 2026, at 4:00 PM EST with a copy to counsel for the Trustee.

4. Movant shall serve a copy of this Order (or certify that a copy of this Order has been served via CM/ECF) on all parties served with the 365 Extension Motion and file a certificate of service so stating, as soon as practicable.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Cc:

CM/ECF Parties
Manual Notice Parties

**END OF ORDER**