**EXHIBIT A**

| | |
|---|---|
| **From:** | Eric Silver <esilver@stearnsweaver.com> |
| **Sent:** | Wednesday, February 11, 2026 4:45 PM |
| **To:** | Catherine Hopkin |
| **Cc:** | Drew Dillworth; Morgan Fisher; Veronica de Zayas; Darrell Payne |
| **Subject:** | RE: Diamond Comic - meeting |

Thanks for this, Cate. Running these issues to ground.

Also on the call, you mentioned the 60 day period to assume/reject. And we know the contested matter stay is expiring on 2/16. Understand your position set forth in the motion to compel is that rejection amounts to termination (please correct me if I am wrong there), but our position is that rejection is just a breach (and understand that was same position advanced by the debtors pre-conversion). As we mentioned on the call, we are going to move to extend the deadline through the completion of the adversaries. I suspect you will not agree and that we will need to go before Judge Rice on that. That (litigating the duration of the period or the merits of the underlying positions) is not the purpose of this email.

The question we have is whether you can agree to a short, interim enlargement of the 60 day period so that we can avoid an emergency hearing before Judge Rice and rather schedule a joint hearing on our motion to extend time and your motion to compel.

Let me know if you want to discuss.

Eric J. Silver, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Direct: 305-789-4175
Main: 305-789-3200
Fax: 305-789-2688
esilver@stearnsweaver.com
www.stearnsweaver.com

**From:** Catherine Hopkin <chopkin@yvslaw.com>
**Sent:** Wednesday, February 11, 2026 1:45 PM
**To:** Eric Silver <esilver@stearnsweaver.com>
**Cc:** Drew Dillworth <DDillworth@stearnsweaver.com>; Morgan Fisher <mwf@morganfisherlaw.com>; Veronica de Zayas <vdezayas@stearnsweaver.com>; Darrell Payne <dpayne@stearnsweaver.com>
**Subject:** RE: Diamond Comic - meeting

Eric,

Thank you, I appreciate that. My clients would like to know:

1. Is the consignment stock located at the Mississippi warehouse insured? If so, what is the amount of coverage and does UST have a copy of the policy if insured by Diamond Distributor?

1

2. When was rent last paid to Sparkle on account of the $30,000 that is due each month per the TSA? If rent is not current, how many months are currently outstanding?
3. Has anyone been to the location recently (in the past month) to inspect the goods? Please ask Sparkle to confirm that the warehouse is climate controlled and that the stock is not at risk of damage from the elements.
4. How is the warehouse secured? I am unsure if there is an alarm system or anything other than simply a lock on the door(s).
5. Is it monitored in any way, either with surveillance video or other monitoring that would detect smoke, water, or other potentially damaging conditions?
6. And finally, is anyone in the warehouse on a regular basis? We are unsure if there are workers at the warehouse or if the warehouse has remained unattended (in which case we would ask for an inspection).

I will follow up with Sparkle Pop as to the reporting of stock that it sold that was delivered by my clients or other consignors after 5/15/26. They have not reported this information to the court.

Thank you in advance to Darrell for drafting a proposed scheduling order. I will also mention our discussion to Sparkle's attorney. I am unsure if you intend to schedule a formal Rule 26 conference with all of the parties or if we are considering yesterday's conversation an initial Rule 26 conference, given that the cases are stayed through 2/16.

Cate

**Catherine K. Hopkin**
**YVS Law, LLC**
185 Admiral Cochrane Drive, Suite 130 | Annapolis, MD 21401
Direct 443.569.0788
Fax 410.571.2798
chopkin@yvslaw.com


(Ranked 2016-Present)


(Ranked 2012 – Present)



IMPORTANT: this e-mail and any attached documents may contain privileged, confidential, copyrighted or other legally protected information. If you are not the intended recipient (even if the e-mail address above is yours), any use, reproduction, disclosure, distribution or retransmission may be a violation of law and is strictly prohibited. If you have received this in error please notify us by return e-mail or telephone (443-569-0788), then destroy this message and all copies. Thank you. Our website is www.yvslaw.com.