EXHIBIT B

| | |
|---|---|
| **From:** | Catherine Hopkin |
| **Sent:** | Wednesday, January 14, 2026 12:15 PM |
| **To:** | Zvi Guttman; 'Morgan Fisher' |
| **Subject:** | Diamond Comics- Distribution Agreements/property taxes |
| **Attachments:** | IMG_5326.jpeg; IMG_5327.jpeg; IMG_5328.jpeg |

```
Dear Zvi and Morgan,

It has come to my attention that my clients are receiving the
annual property tax reporting forms from De Soto County,
Miss.  Pursuant to the existing agreements with my clients, they
are the owners of the stock that is in the Diamond Comics Olive
Branch warehouse and thus are currently responsible for
reporting and paying taxes on this stock. I attach a few
examples of these notices.

As you know, the pending adversary proceedings pose that the
Debtor is the owner of this stock.  I also note that the
trustee's deadline to assume or reject these distribution
agreements is (I believe) February 17, 2026 (60 days from the
conversion order entered on 12/19/26).  If the Trustee seeks to
assume the distribution agreements, then we would be asking for
assurance that the Trustee can comply with all terms of the
agreements, including the obligation to timely pay all amounts
owed thereunder as well as the various obligations with regard
to intellectual property rights, and the continued distribution
of the products.

The reason that I mention this issue in the context of the tax
reports, is that if the contracts are not assumed and the
Trustee seeks to prosecute the pending adversaries, then the
publishers will likely ask the court to compel the trustee to
take over the property tax reporting and payments; and to
provide payment on administrative claims arising from payment of
these personal property taxes postpetition.

I  have reached out previously to schedule a call to convene
regarding the many ongoing issues in the Diamond case and I
understand you will contact me when you are ready to do so.  I
look forward to our opportunity to connect on these issues.
```

1

Thank you,
Cate

**Catherine K. Hopkin**
**YVS Law, LLC**
185 Admiral Cochrane Drive, Suite 130 | Annapolis, MD 21401
Direct 443.569.0788
Fax 410.571.2798
chopkin@yvslaw.com




(Ranked 2016-Present)         (Ranked 2012 – Present)



IMPORTANT: this e-mail and any attached documents may contain privileged, confidential, copyrighted or other legally protected information. If you are not the intended recipient (even if the e-mail address above is yours), any use, reproduction, disclosure, distribution or retransmission may be a violation of law and is strictly prohibited. If you have received this in error please notify us by return e-mail or telephone (443-569-0788), then destroy this message and all copies. Thank you. Our website is www.yvslaw.com.