IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Joint Administration) |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

Jason F. Hoffman, the undersigned counsel for Image Comics, Inc., respectfully submits this Notice of Withdrawal of the Notice of Substitution of Counsel and Notice of Appearance that was filed on August 1, 2025 [D.I. 678] and requests removal from courtesy electronic notification of all electronic filings on the docket in the above-reference case.

Date:  February 26, 2026

Respectfully submitted,

*/s/ Jason F. Hoffman*
Jason F. Hoffman (Md. Bar No. 28428)
Elizabeth A. Scully (Md. Bar No. 27402)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5304
Telephone: 202.861.1500
Facsimile: 202.861.1783
jhoffman@bakerlaw.com
escully@bakerlaw.com

-and-

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Adam L. Fletcher (admitted *pro hac vice*)
Scott E. Prince (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216.621.0200
afletcher@bakerlaw.com
sprince@bakerlaw.com

*Counsel for Image Comics, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 26, 2026, a true and correct copy of the foregoing Request to be Removed from Courtesy Notice of Electronic Filing was served upon all parties that are registered to receive electronic mail service through the court's ECF notice system in the above case

                          */s/ Jason F. Hoffman*
                          Jason F. Hoffman