IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| **DIAMOND COMIC** | ) Case No. 25-10308-DER |
| **DISTRIBUTORS, INC., et al.,** | ) Chapter 7 |
| | ) |
| **Debtors.** | ) |
| | ) |

### GOODMAN GAMES, LLC'S RESPONSE TO TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY STEARNS, WEAVER, MILLER, WEISSLER, ALHADEFF & SITTERSON, P.A

Goodman Games, LLC ("Goodman Games"), by and through undersigned counsel, files this Response (the "Response") to the Trustee's Application for Authority to Employ Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. (the "Application"), and states as follows:

1. Goodman Games does not object to the Trustee retaining qualified bankruptcy counsel per se.

2. Goodman Games understands that there may be an arrangement between the Trustee and one or more secured creditors concerning the payment of the Trustee's fees and expenses, whether in the form of a carve-out from collateral, a sharing of recoveries, or another similar agreement.

3. To the extent such arrangement exists, Goodman Games respectfully submits that it should be fully disclosed so that the Court and all creditors are aware of the nature and terms of the agreement.

4. Goodman Games has requested this information from the Applicant. As of the filing of this Response, the Application does not describe any such arrangement.

1

5.        Goodman Games therefore respectfully requests that, to the extent any such agreement or understanding exists concerning the funding or payment of the Trustee's professionals' fees, the Trustee and/or Applicant provide appropriate disclosure so that the Court and parties in interest are fully informed in connection with consideration of the Application.

Dated:  February 26, 2026

Respectfully submitted

*/s/ Janet M. Nesse*
Janet M. Nesse (#07804)
McNamee, Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
jnesse@mhlawyers.com
*Counsel for Goodman Games, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2026, a true and correct copy of the foregoing was served by electronic filing through the Court's CM/ECF system upon all parties entitled to receive electronic notice in this case.

*/s/ Janet M. Nesse*
Janet M. Nesse