Entered: February 27th, 2026
Signed: February 27th, 2026

No action will be taken on the Application (and the related pending motions for admission pro hac vice) unless and until the Trustee files a supplemental memorandum addressing the matter of undisclosed arrangements with creditors for the payment of the Trustees fees and expenses referred to in the Response filed by Goodman Games [Docket No. 1172]. If such a memorandum is not filed by March 15, 2026, the Application may be denied without further notice or order of court.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

**ORDER AUTHORIZING EMPLOYMENT OF
BANKRUPTCY COUNSEL TO THE TRUSTEE**

Upon the Application of Morgan W. Fisher, Chapter 7 Trustee for Authority to Employ Stearns, Weaver, Miller, Weissler, Alhadeff, & Sitterson, P.A. (the "Application") to serve as bankruptcy counsel to the Trustee, and upon consideration of the Verified Statement of Drew M. Dillworth, it appearing that Drew M. Dillworth and Stearns, Weaver, Miller, Weissler, Alhadeff, & Sitterson, P.A. are disinterested within the meaning of 11 U.S.C. § 101(14), represent no interest materially adverse to the estate or its creditors, and that the employment of counsel to represent the Trustee and perform the services described in the Application is necessary and in the best

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

interests of the estate,[2] it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that the Stearns, Weaver, Miller, Weissler, Alhadeff, & Sitterson, P.A. compensation and reimbursement of actual and reasonable out-of-pocket expenses shall be subject to application and further Order of this Court.

**COPIES TO:**
Morgan W. Fisher, Trustee *via* CM/ECF
Zvi Guttman, LLC, Esq. *via* CM/ECF
Hugh M. Bernstein, Esq. Trustee *via* CM/ECF
Jordan D. Rosenfeld. *via* CM/ECF



**\*\*END OF ORDER\*\*\***

---

[2] For calendar year 2026 Bankruptcy Counsel's billing rate in Chapter 7 cases is: Partners $650.00 to $975.00 per hour; Associates: $350.00 to $625.00 per hour; Paralegals: $200.00 to $325.00 per hour. Rates are subject to adjustment. Counsel will file notice of any adjustment applicable to this case.

#14433413 v1