Entered: February 27th, 2026
Signed: February 27th, 2026

**DENIED**
WITHOUT PREJUDICE to renewal of application upon service on the Chapter 7 Trustee. See Docket No. 1146.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| ) | Case No. 25-10308-DER |
| **DIAMOND COMIC DISTRIBUTORS, INC.** ) | Chapter 11 |
| ) | |
| **Debtor.** ) | |
| ) | |

**ORDER GRANTING MOTION
FOR ADMINISTRATIVE EXPENSE**

Having read and considered the *Motion of Expeditors International of Washington, Inc. for Allowance of Chapter 11 Administrative Expense* (the "Application"), filed by Expeditors International of Washington, Inc. ("Expeditors"), and any objections to the foregoing, and the following relief appearing proper under the circumstances, it is hereby:

**ORDERED**, that the Application is Granted; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 503(b), Expeditors is granted an allowed a chapter 11 priority administrative expense claim in the amount of $266,855; without prejudice to its rights to seek further administrative claims; and it is further

**ORDERED**, Debtor shall pay to Expeditors $266,855 within 30 days of the date of this Order.

**END OF ORDER**

**Copies to all parties receiving notice via CM/ECF.**

