This is Kyle Robinson. 25-10308
My address has changed.
My new address is:

Kyle Robinson
22 S Terrace Ave
Apt. D
Newark, Ohio 43055

Please change this in your records.

Thank you.