# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc. *et al.*, | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

## AMENDED MOTION FOR PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) and Local District Court Rule 101.1(b), Zvi Guttman, Esquire, a member in good standing of the bar of this Court, moves the admission of Darrell Payne, Esquire, to appear *pro hac vice* in the above-captioned bankruptcy case as attorney for Bankruptcy Counsel for the Chapter 7 Trustee.

Movant and the proposed admittee certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.

2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member in good standing of the bar of the following state or United States courts:

   | **State Court and Date of Admission** | **U.S. Court and Date of Admission** |
   |---|---|
   | Florida Bar 1988 | United States District Court for the Southern District of Florida (1989) |
   | | United States District Court for the Middle District (1989) |
   | | United States Bankruptcy Court for the Southern District of Florida (1989) |
   | | United States Court of Appeals for the Eleventh District (2018) |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court <u>zero</u> times. Proposed admittee is not currently admitted in more than two (2) active unrelated cases.[2]

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] *See* Local District Court Rule 101(1)(b)(iii).

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case will be the undersigned, who have been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admissions in the bar of the U.S. District Court for the District of Maryland.

9. Movant or the proposed admittee has electronically paid the $100.00 fee for the admission *pro hac vice* through CM/ECF or encloses a check or money order in the amount of $100.00 payable to "Clerk of Court, United States Bankruptcy Court."

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

Dated: February 27, 2026

| | |
|---|---|
| /s/ Zvi Guttman | /s/ Darrell Payne |
| Zvi Guttman (06902) | Darrell Payne (Florida Bar No. 773300) |
| | |
| The Law Offices of Zvi Guttman, P.A. | STEARNS WEAVER MILLER WEISSLER |
| Post Office Box 32308 | ALHADEFF & SITTERSON, P.A. |
| Baltimore, Maryland 21282 | 150 West Flagler Street, Suite 2200 |
| Telephone: (410) 580-0500 | Miami, Florida 33130 |
| Email: zvi@zviguttman.com | Telephone: (305) 789-3200 |
| | Facsimile: (305) 789-3395 |
| *Movant/Local Counsel* | Email: dpayne@stearnsweaver.com |
| | |
| | *Proposed Admittee* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Motion to Appear Pro Hac Vice will be served electronically by the Court's CM/ECF system on the following:

-Sam Alberts    sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
-Peter J Artese    peter.artese@us.dlapiper.com
-Jodie E. Bekman    jbekman@gfrlaw.com, dferguson@gfrlaw.com
-Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com
-Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
-Daniel Jack Blum    jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
-Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
-Thomas K. Bredar    thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
-Andrew Brown    abrown@klestadt.com
-Matthew G. Brushwood    mbrushwood@barley.com, dkline@barley.com
-Darek Bushnaq    dsbushnaq@venable.com
-Richard L. Costella    rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
-Katherine Elizabeth Culbertson    katherine.culbertson@troutman.com
-David W.T. Daniels    ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
-G. David Dean    ddean@coleschotz.com, PRatkowiak@coleschotz.com
-Mark L Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com
-Emily Devan    edevan@milesstockbridge.com
-Ellen E. Dew    ellen.dew@us.dlapiper.com
-Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
-Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
-Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
-Gianfranco Finizio    gfinizio@lowenstein.com
-Adam Fletcher    afletcher@bakerlaw.com
-Chelsea R Frankel    cfrankel@lowenstein.com
-Jeremy S. Friedberg    jeremy@friedberg.legal, ecf@friedberg.legal
-Stephen B. Gerald    sgerald@tydings.com
-Christopher J. Giaimo    christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
-Joshua Glikin    JGlikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com

3

-Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
-Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
-Jeffrey C. Hampton    jeffrey.hampton@saul.com
-Jason F Hoffman    jhoffman@bakerlaw.com
-Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
-James R. Irving    james.irving@dentons.com
-Adam H Isenberg    adam.isenberg@saul.com
-Harry Conrad Jones HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Mrogan W. Fisher trustee@morganfisherlaw.com
-Lawrence A. Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
-Toyja E. Kelley    Toyja.Kelley@troutman.com
C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
-Eric George Korphage    korphagee@whiteandwilliams.com
-Jung Yong Lee    jlee@milesstockbridge.com, mhickman@tydings.com
-Gary H. Leibowitz gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
-Thomas J. McKee    mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
-Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
-Randy Moonan    rmoonan@sillscummis.com
-William Fuller Moss    william.moss@friedberg.legal
-Bruce S. Nathan    bnathan@lowenstein.com
-Janet M. Nesse jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
-Craig Palik cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
-Michael Papandrea    mpapandrea@lowenstein.com
-Steven Gregory Polard    steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
-Scott Prince    sprince@bakerlaw.com
-Jonathan Gary Rose    jonathan.rose@us.dlapiper.com
-Jordan Rosenfeld    jordan.rosenfeld@saul.com
-Nikolaus F. Schandlbauer    nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
-Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com

-Indira Kavita Sharma    indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
-Nicholas Smargiassi    nicholas.smargiassi@saul.com
-David Sommer    dsommer@gallagherllp.com, ceyler@gejlaw.com;gomara@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
-Brent C. Strickland    bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
-Matthew G. Summers    summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
-S. Jason Teele    steele@sillscummis.com
-Paige Noelle Topper    paige.topper@saul.com
-US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

                     */s/ Zvi Guttman*
                     Zvi Guttman