**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 1132 |

**CERTIFICATE OF NO OBJECTION TO FINAL FEE APPLICATION OF SAUL EWING LLP, COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 14, 2025 THROUGH DECEMBER 31, 2025**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies that:

1. On January 30, 2026, the Debtors filed the *Final Fee Application of Saul Ewing LLP, Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 14, 2025 through December 31, 2025* [D.I. 1132] (the "Application").

2. Pursuant to the notice of Application, objections, if any, to the Application were required to be filed with the Court and served on the undersigned so as to be received on or before February 20, 2026 (the "Objection Deadline").

3. The Objection Deadline has passed, and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

57290724.2

WHEREFORE, pursuant to rule 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the Debtors respectfully request that an order, substantially in the form attached to the Application as <u>Exhibit F</u>, be entered at the earliest convenience of the Court.

Dated: March 4, 2026                         **SAUL EWING LLP**

                          By: <u>/s/ Jordan D. Rosenfeld</u>
                              Jordan D. Rosenfeld (MD Bar No. 13694)
                              1001 Fleet Street, 9th Floor
                              Baltimore, MD 21202
                              Telephone: (410) 332-8600
                              Email: jordan.rosenfeld@saul.com

                              -and-

                              Jeffrey C. Hampton (admitted *pro hac vice*)
                              Adam H. Isenberg (admitted *pro hac vice*)
                              Turner N. Falk (admitted *pro hac vice*)
                              1735 Market Street, Suite 3400
                              Philadelphia, PA 19103-7504
                              Telephone: (215) 972-7777
                              Email: jeffrey.hampton@saul.com
                                          adam.isenberg@saul.com
                                          turner.falk@saul.com

                              -and-

                              Mark Minuti (admitted *pro hac vice*)
                              Paige N. Topper (admitted *pro hac vice*)
                              Nicholas Smargiassi (admitted *pro hac vice*)
                              1201 N. Market Street, Suite 2300
                              Wilmington, DE 19801
                              Telephone: (302) 421-6800
                              Email: mark.minuti@saul.com
                                          paige.topper@saul.com
                                          nicholas.smargiassi@saul.com

                              *Counsel for Debtors and Debtors in Possession*

57290724.2