IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 7 Cases |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING COMBINED FOURTH INTERIM AND FINAL APPLICATION OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 31, 2025 THROUGH DECEMBER 31, 2025**

The undersigned counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby certifies that they have received no answer, objection or any other responsive pleading with respect to the *Combined Fourth Interim and Final Application of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from January 31, 2025 Through December 31, 2025* [Docket No. 1134] (the "Application") of Berkeley Research Group, LLC ("Applicant"). The undersigned further certifies that it has reviewed the Court's docket in these chapter 7 cases and no answer, objection or other responsive pleading to the Application appears thereon.[2]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Pursuant to the notice filed with the Application, parties had twenty-one (21) days after the date of service to object to the Application.

6530229.1

Dated: March 6, 2026

| | |
|---|---|
| **TYDINGS & ROSENBERG LLP** | **LOWENSTEIN SANDLER LLP** |
| | Bruce S. Nathan (admitted *pro hac vice*) |
| */s/ Stephen B. Gerald* | Gianfranco Finizio (admitted *pro hac vice*) |
| Dennis J. Shaffer (MD Bar No. 25680) | Chelsea R. Frankel (admitted *pro hac vice*) |
| Stephen B. Gerald (MD Bar No. 26590) | 1251 Avenue of the Americas |
| 1 East Pratt Street, Suite 901 | New York, NY 10020 |
| Baltimore, MD 21202 | Telephone: (212) 262-6700 |
| Telephone: (410) 752-9700 | Email: bnathan@lowenstein.com |
| Email: dshaffer@tydings.com | gfinizio@lowenstein.com |
| sgerald@tydings.com | cfrankel@lowenstein.com |

-and-

Michael Papandrea (admitted *pro hac vice*)
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Co-counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of March, 2026, the foregoing was served via the Court's CM/ECF filing system on the parties set forth below.

- **Sam Alberts**     sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- **Peter J Artese**     peter.artese@us.dlapiper.com
- **Jodie E. Bekman**     jbekman@gfrlaw.com, dferguson@gfrlaw.com
- **Jan Berlage**     JBerlage@GHSLLP.com, tcollins@ghsllp.com
- **Hugh M. (UST) Bernstein**     hugh.m.bernstein@usdoj.gov
- **Daniel Jack Blum**     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- **Laura Skowronski Bouyea**     lsbouyea@venable.com, dmdierdorff@venable.com
- **Thomas K. Bredar**     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Matthew G. Brushwood**     mbrushwood@barley.com, dkline@barley.com
- **Darek Bushnaq**     dsbushnaq@venable.com
- **Richard L. Costella**     rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- **Katherine Elizabeth Culbertson**     katherine.culbertson@troutman.com
- **David W.T. Daniels**     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
- **G. David Dean**     ddean@coleschotz.com, PRatkowiak@coleschotz.com
- **Mark L Desgrosseilliers**     desgross@chipmanbrown.com, fusco@chipmanbrown.com
- **Emily Devan**     edevan@milesstockbridge.com
- **Ellen E. Dew**     ellen.dew@us.dlapiper.com
- **Turner Falk**     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- **Justin Philip Fasano**     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Ashley N Fellona**     ashley.fellona@saul.com, janice.mast@saul.com
- **Gianfranco Finizio**     gfinizio@lowenstein.com
- **Morgan W. Fisher**     trustee@morganfisherlaw.com, MD65@ecfcbis.com;fisher@premierremote.com
- **Chelsea R Frankel**     cfrankel@lowenstein.com
- **Jeremy S. Friedberg**     jeremy@friedberg.legal, ecf@friedberg.legal
- **Stephen B. Gerald**     sgerald@tydings.com
- **Christopher J. Giaimo**     christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- **Joshua Glikin**     JGlikin@shulmanrogers.com, abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com
- **Jonathan A. Grasso**     jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- **Zvi Guttman**     zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- **Jeffrey C. Hampton**     jeffrey.hampton@saul.com
- **Catherine Keller Hopkin**     chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- **James R. Irving**     james.irving@dentons.com
- **Adam H Isenberg**     adam.isenberg@saul.com

6530229.1

- **Harry Conrad Jones**     HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- **Lawrence A. Katz**     lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
- **Toyja E. Kelley**     Toyja.Kelley@troutman.com
- **C. Kevin Kobbe**     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- **Eric George Korphage**     korphagee@whiteandwilliams.com
- **Jung Yong Lee**     jlee@milesstockbridge.com, mhickman@tydings.com
- **Gary H. Leibowitz**     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **Thomas J. McKee**     mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
- **Mark Minuti**     mark.minuti@saul.com, robyn.warren@saul.com
- **Randy Moonan**     rmoonan@sillscummis.com
- **William Fuller Moss**     william.moss@friedberg.legal
- **Bruce S. Nathan**     bnathan@lowenstein.com
- **Janet M. Nesse**     jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
- **Craig Palik**     cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
- **Michael Papandrea**     mpapandrea@lowenstein.com
- **Steven Gregory Polard**     steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
- **Jonathan Gary Rose**     jonathan.rose@us.dlapiper.com
- **Jordan Rosenfeld**     jordan.rosenfeld@saul.com
- **Nikolaus F. Schandlbauer**     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- **Dennis J. Shaffer**     dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- **Indira Kavita Sharma**     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- **Nicholas Smargiassi**     nicholas.smargiassi@saul.com
- **David Sommer**     dsommer@gallagherllp.com, ceyler@gejlaw.com;gomara@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
- **Brent C. Strickland**     bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- **Matthew G. Summers**     summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
- **S. Jason Teele**     steele@sillscummis.com
- **Paige Noelle Topper**     paige.topper@saul.com
- **US Trustee - Baltimore**     USTPRegion04.BA.ECF@USDOJ.GOV

                                                    */s/ Stephen B. Gerald*
                                                    Stephen B. Gerald