CDTFA-1124 (FRONT) REV. 1 (3-21)
**REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

STATE OF CALIFORNIA
CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION

For Taxes Incurred During Bankruptcy Proceedings
Pursuant to 11 U.S.C. §503

☐ **AMENDS PREVIOUSLY FILED REQUEST**   **DATED**

| IN THE MATTER OF: | BANKRUPTCY CASE NUMBER: |
|---|---|
| Diamond Comic Distributors, Inc. | 25-10308 |

CDTFA ACCOUNT NUMBER(S)

030-686164

1. The undersigned is an authorized representative of the California Department of Tax and Fee Administration (CDTFA) and is authorized to make this claim on behalf of the CDTFA.
2. This debt is for **taxes** due under the Revenue and Taxation Code of the State of California.
3. All credits on this debt have been applied prior to making this request for payment.

| Tax Period | Tax Due | Interest | Penalty | Total |
|---|---|---|---|---|
| *4/1/25 - 5/16/25 | $ 259.724.53 | | | $ 259.724.53 |

**TOTAL ADMINSTRATIVE EXPENSE AMOUNT DUE**   $ 259.724.53

*Contingent upon the calculation and assessment of sales tax on the sale of California fixtures and equipment (F&E), in connection with any Court-approved asset sale, and subject to any allowed state exclusions or exemptions.

4. Interest accrues monthly at the rate established in the Revenue and Taxation Code of the State of California. If the amount due is not paid during the month listed on this claim, please contact the CDTFA's Bankruptcy Team in the Collections Support Bureau for the current amount due at the time of payment.
5. **Make payment to the California Department of Tax and Fee Administration, and mail to the address shown with a copy of this request. Include the debtor's CDTFA account number(s) on the payment for proper identification.**
6. I declare under penalty of perjury that the information provided in this request is true and correct to the best of my knowledge, information, and reasonable belief.

By: Radhika Aggarwal   *[signature]*   Date: 2/25/2026

Authorized Representative for Creditor
**CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION**
Collections Support Bureau, MIC:29
PO Box 942879
Sacramento, CA 94279-0029

Telephone: 1-916-309-5650
Fax: 1-916-327-0615

*Claim addressed to:*

UNITED STATES BANKRUPTCY COURT
Maryland Bankruptcy Court Baltimore
101 West Lombard St Suite 8530
Baltimore, MD 21201