IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| In re: | Case No. 25-10308 (DER) |
|---|---|
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE OF ATTORNEY

PLEASE ENTER THE APPEARANCE of Anthony F. Jankoski of Faegre Drinker Biddle & Reath LLP as counsel for United Parcel Service, Inc.

Dated: March 9, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski (Bar No. 30570)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel:  (202) 230-5000
Fax:  (202) 842-8465
anthony.jankoski@faegredrinker.com

*Counsel for United Parcel Service, Inc.*

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Notice of Appearance of Attorney* will be served electronically by the Court's CM/ECF system on the following:

- **Sam Alberts:**     sam.alberts@dentons.com
  docket.general.lit.wdc@dentons.com

- **Peter J. Artese:**     peter.artese@us.dlapiper.com

- **Jodie E. Bekman:**     jbekman@gfrlaw.com
  dferguson@gfrlaw.com

- **Jan Berlage:**     JBerlage@ghsllp.com
  tcollins@ghsllp.com

- **Hugh M. Bernstein:**     hugh.m.bernstein@usdoj.gov

- **Daniel Jack Blum:**     jack.blum@polsinelli.com
  lsuprum@polsinelli.com
  delawaredocketing@polsinelli.com

- **Laura Skowronski Bouyea:**     lsbouyea@venable.com
  dmdierdorff@venable.com

- **Thomas K. Bredar:**     thomas.bredar@wilmerhale.com
  andrew.goldman@wilmerhale.com
  benjamin.loveland@wilmerhale.com
  yolande.thompson@wilmerhale.com

- **Matthew G. Brushwood:**     mbrushwood@barley.com
  dkline@barley.com

- **Darek Bushnaq:**     dsbushnaq@venable.com

- **Richard L. Costella:**     rcostella@tydings.com
  myoung@tydings.com
  pcoolbaugh@tydings.com

- **Katherine Elizabeth Culbertson:**     katherine.culbertson@troutman.com

- **David W.T. Daniels:**  ddaniels@perkinscoie.com
  docketnyc@perkinscoie.com
  nvargas@perkinscoie.com
  KMcClure@perkinscoie.com
  rleibowitz@perkinscoie.com

- **G. David Dean:**  ddean@coleschotz.com
  PRatkowiak@coleschotz.com

- **Mark L. Desgrosseilliers:**  desgross@chipmanbrown.com
  fusco@chipmanbrown.com

- **Emily Devan:**  edevan@milesstockbridge.com

- **Ellen E. Dew:**  ellen.dew@us.dlapiper.com

- **Turner Falk:**  turner.falk@saul.com
  tnfalk@recap.email
  Veronica.Marchiondo@saul.com

- **Justin Philip Fasano:**  jfasano@mhlawyers.com
  jfasano@ecf.courtdrive.com
  tmackey@mhlawyers.com
  mevans@mhlawyers.com
  cmartin@mhlawyers.com
  Fasano.JustinR92003@notify.bestcase.com

- **Ashley N. Fellona:**  ashley.fellona@saul.com
  janice.mast@saul.com

- **Gianfranco Finizio:**  gfinizio@lowenstein.com

- **Morgan W. Fisher:**  trustee@morganfisherlaw.com
  MD65@ecfcbis.com
  fisher@premierremote.com

- **Chelsea R. Frankel:**  cfrankel@lowenstein.com

- **Jeremy S. Friedberg:**  jeremy@friedberg.legal
  ecf@friedberg.legal

- **Stephen B. Gerald:**  sgerald@tydings.com

3

- **Christopher J. Giaimo:** christopher.giaimo@squirepb.com
christopher.giaimo@squirepb.com
christopher-j-giaimo-6409@ecf.pacerpro.com

- **Joshua Glikin:** JGlikin@shulmanrogers.com
abogert@shulmanrogers.com
mdicarlo@shulmanrogers.com

- **Jonathan A. Grasso:** jgrasso@yvslaw.com
pgomez@yvslaw.com
r39990@notify.bestcase.com

- **Zvi Guttman:** zvi@zviguttman.com
zviguttman@gmail.com
zviguttman@outlook.com
MD55@ecfcbis.com

- **Jeffrey C. Hampton:** jeffrey.hampton@saul.com

- **Catherine Keller Hopkin:** chopkin@yvslaw.com
pgomez@yvslaw.com
kreese@yvslaw.com
vmichaelides@yvslaw.com
yvslawcmecf@gmail.com
hopkincr39990@notify.bestcase.com

- **James R. Irving:** james.irving@dentons.com

- **Adam H. Isenberg:** adam.isenberg@saul.com

- **Harry Conrad Jones**: HJones@coleschotz.com
bankruptcy@coleschotz.com
pratkowiak@coleschotz.com

- **Lawrence A. Katz:** lkatz@hirschlerlaw.com,
chall@hirschlerlaw.com
aklena@hirschlerlaw.com

- **Toyja E. Kelley:** Toyja.Kelley@troutman.com

- **C. Kevin Kobbe:** kevin.kobbe@us.dlapiper.com
docketing-baltimore-0421@ecf.pacerpro.com

- **Eric George Korphage:** korphagee@whiteandwilliams.com

4

- **Jung Yong Lee:** jlee@milesstockbridge.com
  mhickman@tydings.com

- **Gary H. Leibowitz:** gleibowitz@coleschotz.com,
  pratkowiak@coleschotz.com
  bankruptcy@coleschotz.com
  lmorton@coleschotz.com

- **Thomas J. McKee:** mckeet@gtlaw.com
  Karrie.Barbaro@gtlaw.com
  thomas--mckee-0902@ecf.pacerpro.com

- **Mark Minuti:** mark.minuti@saul.com
  robyn.warren@saul.com

- **Randy Moonan:** rmoonan@sillscummis.com

- **William Fuller Moss:** william.moss@friedberg.legal

- **Bruce S. Nathan:** bnathan@lowenstein.com

- **Janet M. Nesse:** jnesse@mhlawyers.com
  jfasano@mhlawyers.com
  cpalik@mhlawyers.com
  jnesse@ecf.inforuptcy.com
  tmackey@mhlawyers.com
  cmartin@mhlawyers.com
  kfeig@mhlawyers.com

- **Craig Palik:** cpalik@mhlawyers.com
  cpalik@ecf.inforuptcy.com
  Palik.CraigR92003@notify.bestcase.com
  mevans@mhlawyers.com
  cmartin@mhlawyers.com

- **Michael Papandrea:** mpapandrea@lowenstein.com

- **Steven Gregory Polard:** steven.polard@ropers.com
  loriann.zullo@ropers.com
  calendar-LAO@ropers.com

- **Jonathan Gary Rose:** jonathan.rose@us.dlapiper.com

- **Jordan Rosenfeld:** jordan.rosenfeld@saul.com

- **Nikolaus F. Schandlbauer:** nick.schandlbauer@arlaw.com
  lianna.sarasola@arlaw.com

- **Dennis J. Shaffer:**          dshaffer@tydings.com
                                   scalloway@tydings.com
                                   MYoung@tydings.com

- **Indira Kavita Sharma**:       indira.sharma@troutman.com
                                   katherine.culbertson@troutman.com
                                   jonathan.young@troutman.com
                                   david.ruediger@troutman.com
                                   errol.chapman@troutman.com
                                   toyja.kelley@troutman.com

- **Nicholas Smargiassi:**        nicholas.smargiassi@saul.com

- **David Sommer:**               dsommer@gallagherllp.com
                                   ceyler@gejlaw.com
                                   gomara@gejlaw.com
                                   csalce@gejlaw.com
                                   mkobylski@gejlaw.com

- **Brent C. Strickland:**        bstrickland@whitefordlaw.com
                                   mbaum@whitefordlaw.com
                                   brent-strickland-3227@ecf.pacerpro.com

- **Matthew G. Summers:**         summersm@ballardspahr.com
                                   branchd@ballardspahr.com
                                   heilmanl@ballardspahr.com
                                   ambroses@ballardspahr.com
                                   zarnighiann@ballardspahr.com
                                   carolod@ballardspahr.com
                                   cromartie@ballardspahr.com
                                   stammerk@ballardspahr.com
                                   brannickn@ballardspahr.com

- **S. Jason Teele:**             steele@sillscummis.com

- **Paige Noelle Topper:**        paige.topper@saul.com

- **US Trustee – Baltimore:**     USTPRegion04.BA.ECF@USDOJ.GOV

               */s/ Anthony F. Jankoski*
               Anthony F. Jankoski

6