## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al*., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF MOTION OF UNITED PARCEL SERVICE, INC. FOR
### ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that United Parcel Service, Inc., together with its subsidiaries and affiliates ("UPS"), a creditor, by its undersigned attorneys, has filed a motion for an order granting the allowance and requiring payment of an administrative expense claim in the amount of $332,236.30 (the "Motion").

**PLEASE TAKE NOTICE** that if you intend to object to the Motion, you must, within 21 days after the mailing of this notice, file and serve a written objection to the Application together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk, U.S. Bankruptcy Court, 101 W. Lombard St., Suite 8530, Baltimore, MD 21201 and served (by delivery or by mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

Dated: March 9, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski (Bar No. 30570)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel:  (202) 230-5000
Fax:  (202) 842-8465
anthony.jankoski@faegredrinker.com

*Counsel for United Parcel Service, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Notice of Motion of United Parcel Service, Inc. for Allowance and Payment of Administrative Expense Claim* will be served electronically by the Court's CM/ECF system on the following:

- **Sam Alberts:**  sam.alberts@dentons.com
  docket.general.lit.wdc@dentons.com

- **Peter J. Artese:**  peter.artese@us.dlapiper.com

- **Jodie E. Bekman:**  jbekman@gfrlaw.com
  dferguson@gfrlaw.com

- **Jan Berlage:**  JBerlage@ghsllp.com
  tcollins@ghsllp.com

- **Hugh M. Bernstein:**  hugh.m.bernstein@usdoj.gov

- **Daniel Jack Blum:**  jack.blum@polsinelli.com
  lsuprum@polsinelli.com
  delawaredocketing@polsinelli.com

- **Laura Skowronski Bouyea:**  lsbouyea@venable.com
  dmdierdorff@venable.com

- **Thomas K. Bredar:**  thomas.bredar@wilmerhale.com
  andrew.goldman@wilmerhale.com
  benjamin.loveland@wilmerhale.com
  yolande.thompson@wilmerhale.com

- **Matthew G. Brushwood:**  mbrushwood@barley.com
  dkline@barley.com

- **Darek Bushnaq:**  dsbushnaq@venable.com

- **Richard L. Costella:**  rcostella@tydings.com
  myoung@tydings.com
  pcoolbaugh@tydings.com

- **Katherine Elizabeth Culbertson:**  katherine.culbertson@troutman.com

- **David W.T. Daniels:**

  ddaniels@perkinscoie.com
  docketnyc@perkinscoie.com
  nvargas@perkinscoie.com
  KMcClure@perkinscoie.com
  rleibowitz@perkinscoie.com

- **G. David Dean:**

  ddean@coleschotz.com
  PRatkowiak@coleschotz.com

- **Mark L. Desgrosseilliers:**

  desgross@chipmanbrown.com
  fusco@chipmanbrown.com

- **Emily Devan:**

  edevan@milesstockbridge.com

- **Ellen E. Dew:**

  ellen.dew@us.dlapiper.com

- **Turner Falk:**

  turner.falk@saul.com
  tnfalk@recap.email
  Veronica.Marchiondo@saul.com

- **Justin Philip Fasano:**

  jfasano@mhlawyers.com
  jfasano@ecf.courtdrive.com
  tmackey@mhlawyers.com
  mevans@mhlawyers.com
  cmartin@mhlawyers.com
  Fasano.JustinR92003@notify.bestcase.com

- **Ashley N. Fellona:**

  ashley.fellona@saul.com
  janice.mast@saul.com

- **Gianfranco Finizio:**

  gfinizio@lowenstein.com

- **Morgan W. Fisher:**

  trustee@morganfisherlaw.com
  MD65@ecfcbis.com
  fisher@premierremote.com

- **Chelsea R. Frankel:**

  cfrankel@lowenstein.com

- **Jeremy S. Friedberg:**

  jeremy@friedberg.legal
  ecf@friedberg.legal

- **Stephen B. Gerald:**

  sgerald@tydings.com

- **Christopher J. Giaimo:**

  christopher.giaimo@squirepb.com
  christopher.giaimo@squirepb.com
  christopher-j-giaimo-6409@ecf.pacerpro.com

- **Joshua Glikin:**

  JGlikin@shulmanrogers.com
  abogert@shulmanrogers.com
  mdicarlo@shulmanrogers.com

- **Jonathan A. Grasso:**

  jgrasso@yvslaw.com
  pgomez@yvslaw.com
  r39990@notify.bestcase.com

- **Zvi Guttman:**

  zvi@zviguttman.com
  zviguttman@gmail.com
  zviguttman@outlook.com
  MD55@ecfcbis.com

- **Jeffrey C. Hampton:**

  jeffrey.hampton@saul.com

- **Catherine Keller Hopkin:**

  chopkin@yvslaw.com
  pgomez@yvslaw.com
  kreese@yvslaw.com
  vmichaelides@yvslaw.com
  yvslawcmecf@gmail.com
  hopkincr39990@notify.bestcase.com

- **James R. Irving:**

  james.irving@dentons.com

- **Adam H. Isenberg:**

  adam.isenberg@saul.com

- **Harry Conrad Jones**:

  HJones@coleschotz.com
  bankruptcy@coleschotz.com
  pratkowiak@coleschotz.com

- **Lawrence A. Katz:**

  lkatz@hirschlerlaw.com,
  chall@hirschlerlaw.com
  aklena@hirschlerlaw.com

- **Toyja E. Kelley:**

  Toyja.Kelley@troutman.com

- **C. Kevin Kobbe:**

  kevin.kobbe@us.dlapiper.com
  docketing-baltimore-0421@ecf.pacerpro.com

- **Eric George Korphage:**

  korphagee@whiteandwilliams.com

- **Jung Yong Lee:**
  jlee@milesstockbridge.com
  mhickman@tydings.com

- **Gary H. Leibowitz:**
  gleibowitz@coleschotz.com,
  pratkowiak@coleschotz.com
  bankruptcy@coleschotz.com
  lmorton@coleschotz.com

- **Thomas J. McKee:**
  mckeet@gtlaw.com
  Karrie.Barbaro@gtlaw.com
  thomas--mckee-0902@ecf.pacerpro.com

- **Mark Minuti:**
  mark.minuti@saul.com
  robyn.warren@saul.com

- **Randy Moonan:**
  rmoonan@sillscummis.com

- **William Fuller Moss:**
  william.moss@friedberg.legal

- **Bruce S. Nathan:**
  bnathan@lowenstein.com

- **Janet M. Nesse:**
  jnesse@mhlawyers.com
  jfasano@mhlawyers.com
  cpalik@mhlawyers.com
  jnesse@ecf.inforuptcy.com
  tmackey@mhlawyers.com
  cmartin@mhlawyers.com
  kfeig@mhlawyers.com

- **Craig Palik:**
  cpalik@mhlawyers.com
  cpalik@ecf.inforuptcy.com
  Palik.CraigR92003@notify.bestcase.com
  mevans@mhlawyers.com
  cmartin@mhlawyers.com

- **Michael Papandrea:**
  mpapandrea@lowenstein.com

- **Steven Gregory Polard:**
  steven.polard@ropers.com
  loriann.zullo@ropers.com
  calendar-LAO@ropers.com

- **Jonathan Gary Rose:**
  jonathan.rose@us.dlapiper.com

- **Jordan Rosenfeld:**
  jordan.rosenfeld@saul.com

- **Nikolaus F. Schandlbauer:**
  nick.schandlbauer@arlaw.com
  lianna.sarasola@arlaw.com

- **Dennis J. Shaffer:**
  dshaffer@tydings.com
  scalloway@tydings.com
  MYoung@tydings.com

- **Indira Kavita Sharma**:
  indira.sharma@troutman.com
  katherine.culbertson@troutman.com
  jonathan.young@troutman.com
  david.ruediger@troutman.com
  errol.chapman@troutman.com
  toyja.kelley@troutman.com

- **Nicholas Smargiassi:**
  nicholas.smargiassi@saul.com

- **David Sommer:**
  dsommer@gallagherllp.com
  ceyler@gejlaw.com
  gomara@gejlaw.com
  csalce@gejlaw.com
  mkobylski@gejlaw.com

- **Brent C. Strickland:**
  bstrickland@whitefordlaw.com
  mbaum@whitefordlaw.com
  brent-strickland-3227@ecf.pacerpro.com

- **Matthew G. Summers:**
  summersm@ballardspahr.com
  branchd@ballardspahr.com
  heilmanl@ballardspahr.com
  ambroses@ballardspahr.com
  zarnighiann@ballardspahr.com
  carolod@ballardspahr.com
  cromartie@ballardspahr.com
  stammerk@ballardspahr.com
  brannickn@ballardspahr.com

- **S. Jason Teele:**
  steele@sillscummis.com

- **Paige Noelle Topper:**
  paige.topper@saul.com

- **US Trustee – Baltimore:**
  USTPRegion04.BA.ECF@USDOJ.GOV

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski