IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

**MOTION OF UNITED PARCEL SERVICE, INC. FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

United Parcel Service, Inc., together with its subsidiaries and affiliates ("UPS"), by and through its undersigned counsel, hereby files this motion (this "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), granting the allowance and payment of certain administrative expenses (the "Administrative Claim") pursuant to sections 503(b)(1)(A) and 507(a)(2) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"). In support of this Motion, UPS respectfully represents as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and legal predicates for the relief sought herein are sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code.

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

1

**BACKGROUND**

3. On July 26, 2013, UPS and the Debtors entered into the UPS Incentive Program Agreement, effective as of August 12, 2013 (as amended from time to time, the "Agreement"), which set forth the relationship between UPS as the provider of certain pickup and delivery services and the Debtors as the customer.

4. On January 14, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief commencing their chapter 11 cases under title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Maryland (this "Court"). On December 31, 2025, the Debtors' chapter 11 cases were converted to cases under chapter 7 of the Bankruptcy Code.

5. Prior to and after the Petition Date, UPS provided services to the Debtors for which the Debtors failed to make payments. On February 18, 2025, UPS filed four proofs of claim (the "Proofs of Claim") for unpaid prepetition claims in an amount no less than $951,446.92. The amounts sought pursuant to the Proofs of Claim are not included in this Motion.

6. The Debtors continued to purchase UPS services post-petition, which UPS continued to provide to the Debtors between the Petition Date and closing of the Debtors' asset sales in May 2025, but for which the Debtors have not remitted payment. As of the filing of this Motion, certain amounts remain due and owing for the post-petition period.

7. UPS prepared and submitted invoices relating to these post-petition transactions which remain open and unpaid to the Debtors. Accordingly, UPS is entitled to an administrative expense claim (i.e., the Administrative Claim) in the total amount of $332,236.30, which represents $330,757.76 in amounts owed on account of shipping services provided by UPS, and

2

$1,478.54 in amounts owed on account of fees incurred by the Debtors. A summary of the Administrative Claim is attached hereto as **Exhibit B**.

8.  On May 1, 2025, the Court entered orders approving the sale of substantially all the Debtors' assets to Universal Distribution, LLC ("Universal") and Sparkle Pop, LLC ("Sparkle Pop," together with Universal, the "Buyers"). Neither Buyer assumed the Agreement or the Debtors' liabilities arising under the Agreement, and thus the entirety of the Administrative Claim remains an obligation of the Debtors.

## RELIEF REQUESTED

9.  Through this Motion, UPS seeks entry of the Proposed Order, allowing the Administrative Claim in the amount of $332,236.30 and directing payment thereof.

## BASIS FOR RELIEF

10. Under Bankruptcy Code sections 503(b)(1) and 507(a)(2), the actual, necessary costs and expenses of preserving the estate constitute administrative expenses and are entitled to priority in payment. *See* 11 U.S.C. §§ 503(b)(1) & 507(a)(2). By creating this priority for post-petition vendors, the Bankruptcy Code seeks to encourage vendors to continue to do business with debtors and to advance "the estate's interest in survival above all other financial goals." *In re Goody's Fam. Clothing, Inc.*, 401 B.R. 656, 662 (D. Del. 2009) (internal citations omitted). "[C]ourts agree that an administrative expense has two defining characteristics: (1) the expense and right to payment arise after the filing of bankruptcy, and (2) the consideration supporting the right to payment provides some benefit to the estate." *In re Midway Airlines Corp.*, 406 F.3d 229, 237 (4th Cir. 2005).

11. The Administrative Claim constitutes an administrative expense. UPS provided valuable services on credit, in the form of shipping services that were essential to the Debtors'

3

businesses. The services that UPS provided enabled the Debtors to maintain their ongoing business operations and maximize the value of their businesses, which in turn directly and substantially benefited the Debtors' estates. The Administrative Claim thus represents an actual and necessary cost of preserving the Debtors' estates through post-petition transactions, to the substantial benefit of the Debtors and their estates.

12. Based on the foregoing, UPS is entitled to payment of the Administrative Claim as an administrative expense pursuant to section 503(b)(1)(A) of the Bankruptcy Code since it represents an actual, necessary expense of preserving the Debtors' bankruptcy estates.

**CONCLUSION**

**WHEREFORE**, for the reasons described herein, UPS respectfully requests the entry of the Proposed Order (i) granting the Motion and allowing the Administrative Claim in the amount of $332,236.30 as an administrative expense pursuant to sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code; (ii) providing for payment of the Administrative Claim in accordance with the priorities established under the Bankruptcy Code; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  March 9, 2026                                         **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski (Bar No. 30570)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel:  (202) 230-5000
Fax:  (202) 842-8465
anthony.jankoski@faegredrinker.com

*Counsel for United Parcel Service, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of March, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Motion of United Parcel Service, Inc. for Allowance and Payment of Administrative Expense Claim* and accompanying exhibits will be served electronically by the Court's CM/ECF system on the following:

- **Sam Alberts:**  sam.alberts@dentons.com
  docket.general.lit.wdc@dentons.com

- **Peter J. Artese:**  peter.artese@us.dlapiper.com

- **Jodie E. Bekman:**  jbekman@gfrlaw.com
  dferguson@gfrlaw.com

- **Jan Berlage:**  JBerlage@ghsllp.com
  tcollins@ghsllp.com

- **Hugh M. Bernstein:**  hugh.m.bernstein@usdoj.gov

- **Daniel Jack Blum:**  jack.blum@polsinelli.com
  lsuprum@polsinelli.com
  delawaredocketing@polsinelli.com

- **Laura Skowronski Bouyea:**  lsbouyea@venable.com
  dmdierdorff@venable.com

- **Thomas K. Bredar:**  thomas.bredar@wilmerhale.com
  andrew.goldman@wilmerhale.com
  benjamin.loveland@wilmerhale.com
  yolande.thompson@wilmerhale.com

- **Matthew G. Brushwood:**  mbrushwood@barley.com
  dkline@barley.com

- **Darek Bushnaq:**  dsbushnaq@venable.com

- **Richard L. Costella:**  rcostella@tydings.com
  myoung@tydings.com
  pcoolbaugh@tydings.com

- **Katherine Elizabeth Culbertson:**  katherine.culbertson@troutman.com

- **David W.T. Daniels:**  ddaniels@perkinscoie.com
  docketnyc@perkinscoie.com
  nvargas@perkinscoie.com
  KMcClure@perkinscoie.com
  rleibowitz@perkinscoie.com

- **G. David Dean:**  ddean@coleschotz.com
  PRatkowiak@coleschotz.com

- **Mark L. Desgrosseilliers:**  desgross@chipmanbrown.com
  fusco@chipmanbrown.com

- **Emily Devan:**  edevan@milesstockbridge.com

- **Ellen E. Dew:**  ellen.dew@us.dlapiper.com

- **Turner Falk:**  turner.falk@saul.com
  tnfalk@recap.email
  Veronica.Marchiondo@saul.com

- **Justin Philip Fasano:**  jfasano@mhlawyers.com
  jfasano@ecf.courtdrive.com
  tmackey@mhlawyers.com
  mevans@mhlawyers.com
  cmartin@mhlawyers.com
  Fasano.JustinR92003@notify.bestcase.com

- **Ashley N. Fellona:**  ashley.fellona@saul.com
  janice.mast@saul.com

- **Gianfranco Finizio:**  gfinizio@lowenstein.com

- **Morgan W. Fisher:**  trustee@morganfisherlaw.com
  MD65@ecfcbis.com
  fisher@premierremote.com

- **Chelsea R. Frankel:**  cfrankel@lowenstein.com

- **Jeremy S. Friedberg:**  jeremy@friedberg.legal
  ecf@friedberg.legal

- **Stephen B. Gerald:**  sgerald@tydings.com

7

- **Christopher J. Giaimo:**  christopher.giaimo@squirepb.com
  christopher.giaimo@squirepb.com
  christopher-j-giaimo-6409@ecf.pacerpro.com

- **Joshua Glikin:**  JGlikin@shulmanrogers.com
  abogert@shulmanrogers.com
  mdicarlo@shulmanrogers.com

- **Jonathan A. Grasso:**  jgrasso@yvslaw.com
  pgomez@yvslaw.com
  r39990@notify.bestcase.com

- **Zvi Guttman:**  zvi@zviguttman.com
  zviguttman@gmail.com
  zviguttman@outlook.com
  MD55@ecfcbis.com

- **Jeffrey C. Hampton:**  jeffrey.hampton@saul.com

- **Catherine Keller Hopkin:**  chopkin@yvslaw.com
  pgomez@yvslaw.com
  kreese@yvslaw.com
  vmichaelides@yvslaw.com
  yvslawcmecf@gmail.com
  hopkincr39990@notify.bestcase.com

- **James R. Irving:**  james.irving@dentons.com

- **Adam H. Isenberg:**  adam.isenberg@saul.com

- **Harry Conrad Jones**:  HJones@coleschotz.com
  bankruptcy@coleschotz.com
  pratkowiak@coleschotz.com

- **Lawrence A. Katz:**  lkatz@hirschlerlaw.com,
  chall@hirschlerlaw.com
  aklena@hirschlerlaw.com

- **Toyja E. Kelley:**  Toyja.Kelley@troutman.com

- **C. Kevin Kobbe:**  kevin.kobbe@us.dlapiper.com
  docketing-baltimore-0421@ecf.pacerpro.com

- **Eric George Korphage:**  korphagee@whiteandwilliams.com

- **Jung Yong Lee:**  jlee@milesstockbridge.com
  mhickman@tydings.com

- **Gary H. Leibowitz:**  gleibowitz@coleschotz.com,
  pratkowiak@coleschotz.com
  bankruptcy@coleschotz.com
  lmorton@coleschotz.com

- **Thomas J. McKee:**  mckeet@gtlaw.com
  Karrie.Barbaro@gtlaw.com
  thomas--mckee-0902@ecf.pacerpro.com

- **Mark Minuti:**  mark.minuti@saul.com
  robyn.warren@saul.com

- **Randy Moonan:**  rmoonan@sillscummis.com

- **William Fuller Moss:**  william.moss@friedberg.legal

- **Bruce S. Nathan:**  bnathan@lowenstein.com

- **Janet M. Nesse:**  jnesse@mhlawyers.com
  jfasano@mhlawyers.com
  cpalik@mhlawyers.com
  jnesse@ecf.inforuptcy.com
  tmackey@mhlawyers.com
  cmartin@mhlawyers.com
  kfeig@mhlawyers.com

- **Craig Palik:**  cpalik@mhlawyers.com
  cpalik@ecf.inforuptcy.com
  Palik.CraigR92003@notify.bestcase.com
  mevans@mhlawyers.com
  cmartin@mhlawyers.com

- **Michael Papandrea:**  mpapandrea@lowenstein.com

- **Steven Gregory Polard:**  steven.polard@ropers.com
  loriann.zullo@ropers.com
  calendar-LAO@ropers.com

- **Jonathan Gary Rose:**  jonathan.rose@us.dlapiper.com

- **Jordan Rosenfeld:**  jordan.rosenfeld@saul.com

- **Nikolaus F. Schandlbauer:**  nick.schandlbauer@arlaw.com
  lianna.sarasola@arlaw.com

9

- **Dennis J. Shaffer:**         dshaffer@tydings.com
                                  scalloway@tydings.com
                                  MYoung@tydings.com

- **Indira Kavita Sharma**:      indira.sharma@troutman.com
                                  katherine.culbertson@troutman.com
                                  jonathan.young@troutman.com
                                  david.ruediger@troutman.com
                                  errol.chapman@troutman.com
                                  toyja.kelley@troutman.com

- **Nicholas Smargiassi:**       nicholas.smargiassi@saul.com

- **David Sommer:**              dsommer@gallagherllp.com
                                  ceyler@gejlaw.com
                                  gomara@gejlaw.com
                                  csalce@gejlaw.com
                                  mkobylski@gejlaw.com

- **Brent C. Strickland:**       bstrickland@whitefordlaw.com
                                  mbaum@whitefordlaw.com
                                  brent-strickland-3227@ecf.pacerpro.com

- **Matthew G. Summers:**        summersm@ballardspahr.com
                                  branchd@ballardspahr.com
                                  heilmanl@ballardspahr.com
                                  ambroses@ballardspahr.com
                                  zarnighiann@ballardspahr.com
                                  carolod@ballardspahr.com
                                  cromartie@ballardspahr.com
                                  stammerk@ballardspahr.com
                                  brannickn@ballardspahr.com

- **S. Jason Teele:**            steele@sillscummis.com

- **Paige Noelle Topper:**       paige.topper@saul.com

- **US Trustee – Baltimore:**    USTPRegion04.BA.ECF@USDOJ.GOV


                    */s/ Anthony F. Jankoski*
                    Anthony F. Jankoski