# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

## ORDER GRANTING MOTION OF UNITED PARCEL SERVICE, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the motion (the "Motion")[2] of United Parcel Service, Inc., together with its subsidiaries and affiliates ("UPS") pursuant to sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code for the allowance and payment of the Administrative Claim; and upon consideration of the Motion; and this Court having found that due and proper notice of the Motion has been given and no other or further notice of the Motion is required; and this Court having found that it has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 1334 and 157; and the Court having found that this Court's consideration of the Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b), and that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that it may enter a final order consistent with Article III of the Constitution; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is **GRANTED** as set forth herein.

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. UPS shall have an allowed administrative expense claim (the "<u>Administrative Claim</u>") pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $332,236.30.

3. Payment of the Administrative Claim shall be made in accordance with the priorities established under the Bankruptcy Code.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**END OF ORDER**

**Copies to all parties receiving notice via CM/ECF.**