Entered: March 10th, 2026
Signed: March 9th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re: | Chapter 7 |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING COMBINED FOURTH INTERIM AND FINAL FEE APPLICATION OF LOWENSTEIN SANDLER LLP, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIODS BETWEEN (I) OCTOBER 1, 2025 THROUGH DECEMBER 31, 2025 AND (II) JANUARY 30, 2025 THROUGH DECEMBER 31, 2025**

Upon consideration of the *Combined Fourth Interim and Final Fee Application of Lowenstein Sandler LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Services Rendered and Expenses Incurred for the Periods between (I) October 1, 2025 through December 31, 2025 and (II) January 30, 2025 through December 31, 2025* (the "Application"), filed by Lowenstein Sandler LLP ("Lowenstein Sandler"), as co-counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee"), for allowance of compensation for services rendered and for the reimbursement of actual and

---

[1] The Debtors in these cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

necessary expenses incurred for the periods of: (i) October 1, 2025 through December 31, 2025 (the "<u>Fourth Interim Period</u>") and (ii) January 30, 2025 through December 31, 2025 (the "<u>Final Period</u>"); and the Court having reviewed the Application and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application was adequate under the circumstances and no further notice being necessary; (c) the fees represent reasonable compensation for actual and necessary services rendered by Lowenstein Sandler; and (d) the expenses represent actual and necessary expenses incurred by Lowenstein Sandler in the performance of its duties in the Chapter 11 Cases[2]; and after due deliberation and consideration, and good and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Application be and hereby is **APPROVED** as set forth herein; and it is further,

**ORDERED**, that (i) interim compensation to Lowenstein Sandler for fees in the amount of $89,523.00; (ii) final compensation to Lowenstein Sandler for fees in the amount of $2,006,309.75, and (iii) reimbursement of expenses in the amount of $12,809.80 is hereby **APPROVED**; and it is further,

**ORDERED**, that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

cc: All parties receiving service by CM/ECF system

**END OF ORDER**

---

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Application.