Entered: March 10th, 2026
Signed: March 9th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | (Chapter 7) |
| Diamond Comic Distributors, Inc. *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING COMBINED FOURTH INTERIM AND FINAL FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 31, 2025 THROUGH DECEMBER 31, 2025**

Upon consideration of the *Combined Fourth Interim and Final Fee Application of Berkeley Research Group, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from January 31, 2025 through December 31, 2025* (the "Application"),[2] requesting final allowance of professionals' fees covering the period January 31, 2025 through December 31, 2025 (the "Final Fee Period"), for fees in the amount of $1,269,737.00, and reimbursement of expenses in the amount of $648.75; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application was adequate under the circumstances and no further notice being necessary; (c) the fees represent reasonable

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] Capitalized terms not otherwise defined in this Order have the meaning ascribed to them in the Application.

6510461.1

compensation for actual and necessary services rendered by BRG; and (d) the expenses represent actual and necessary expenses incurred by BRG in the performance of its duties in these cases; and after due deliberation and consideration, and good and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Application is hereby **APPROVED** as set forth herein, and it is further,

**ORDERED**, that BRG is hereby allowed compensation on a final basis, pursuant to 11 U.S.C. § 330, for the Final Fee Period in the amount of $1,269,737.00, and reimbursement for out-of-pocket fees and expenses in the amount of $648.75; and it is further,

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters related to or arising from the implementation of this Order.

cc: All parties receiving service by CM/ECF system

**END OF ORDER**