

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 7 |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF LOWENSTEIN SANDLER LLP, AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD BETWEEN JULY 1, 2025 AND SEPTEMBER 30, 2025**

Upon consideration of the *Third Interim Fee Application Of Lowenstein Sandler LLP, As Co-Counsel For The Official Committee Of Unsecured Creditors, For Services Rendered And Expenses Incurred For The Period Between July 1, 2025 And September 30, 2025* (the "Application"), filed by Lowenstein Sandler LLP ("Lowenstein Sandler"), as co-counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee"), for allowance of compensation for services rendered and for the reimbursement of actual and necessary expenses incurred for the period of July 1, 2025 through September 30, 2025 (the "Application Period"); and the Court having reviewed the Application and the Court

---

[1] The Debtors in these cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application was adequate under the circumstances and no further notice being necessary; (c) the fees represent reasonable compensation for actual and necessary services rendered by Lowenstein Sandler; and (d) the expenses represent actual and necessary expenses incurred by Lowenstein Sandler in the performance of its duties in these cases; and after due deliberation and consideration, and good and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Application be and hereby is **APPROVED** as set forth herein; and it is further,

**ORDERED**, that interim compensation to Lowenstein Sandler for fees in the amount of $245,800.00 and reimbursement of expenses in the amount of $2,329.05 is hereby **APPROVED;** and it is further,

**ORDERED**, that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

cc: All parties receiving CM/ECF service

**END OF ORDER**