IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>                Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered)<br><br>Re: D.I. 1120 |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR INDEMNIFICATION AND REIMBURSEMENT OF FEES AND EXPENSES INCURRED PRE-CONVERSION BY RAYMOND JAMES & ASSOCIATES, INC.**

      The undersigned counsel to Raymond James & Associates, Inc. hereby certifies that they have received no answer, objection or any other responsive pleading with respect to the *Application for Indemnification and Reimbursement of Fees and Expenses Incurred Pre-Conversion by Raymond James & Associates, Inc.* [Docket No. 1120] (the "Application"). The undersigned further certifies that it has reviewed the Court's docket in these chapter 7 cases and no answer, objection or other responsive pleading to the Application appears thereon.[2]

| | |
|---|---|
| Dated: March 10, 2026 | */s/ Matthew G. Summers*<br>Matthew G. Summers (Fed. Bar No. 26572)<br>**BALLARD SPAHR LLP**<br>111 S. Calvert Street, 27th Floor<br>Baltimore, Maryland 21202-6174<br>Telephone: (410) 528-5600<br>Facsimile: (410) 528-5650<br>E-mail: summersm@ballardspahr.com<br><br>                -and- |

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Pursuant to the notice filed with the Application, objections were to be filed and served no later than February 20, 2026.

        Nicholas J. Brannick (admitted *pro hac vice*)
        **BALLARD SPAHR LLP**
        222 Delaware Avenue, 10th Floor
        Wilmington, Delaware 19801-3034
        Telephone: (302) 252-4465
        Facsimile: (302) 252-4466
        E-mail: brannickn@ballardspahr.com

        *Counsel to Raymond James & Associates, Inc.*