## CERTIFICATE OF SERVICE

Matthew G. Summers certifies that on March 10, 2026, the *Certificate of No Objection Regarding Application for Indemnification and Reimbursement of Fees and Expenses Incurred Pre-Conversion by Raymond James & Associates, Inc.* was served upon all parties receiving notice through the Court's CM/ECF electronic filing system, including the following:

Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
Peter J Artese peter.artese@us.dlapiper.com
Jodie E. Bekman jbekman@gfrlaw.com, dferguson@gfrlaw.com
Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com, delawaredocketing@polsinelli.com
Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com
Andrew Brown abrown@klestadt.com
Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com
Darek Bushnaq dsbushnaq@venable.com
Richard L. Costella rcostella@tydings.com, scalloway@tydings.com, MYoung@tydings.com, zjones@tydings.com, swilliams@tydings.com
Katherine Elizabeth Culbertson katherine.culbertson@troutman.com
David W.T. Daniels ddaniels@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com, KMcClure@perkinscoie.com, rleibowitz@perkinscoie.com
G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan edevan@milesstockbridge.com
Ellen E. Dew ellen.dew@us.dlapiper.com
Turner Falk turner.falk@saul.com, tnfalk@recap.email, Veronica.Marchiondo@saul.com
Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com, tmackey@mhlawyers.com, mevans@mhlawyers.com, cmartin@mhlawyers.com, Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio gfinizio@lowenstein.com
Morgan W. Fisher trustee@morganfisherlaw.com, MD65@ecfcbis.com, fisher@premierremote.com
Adam Fletcher afletcher@bakerlaw.com
Chelsea R Frankel cfrankel@lowenstein.com
Jeremy S. Friedberg jeremy@friedberg.legal, ecf@friedberg.legal
Stephen B. Gerald sgerald@tydings.com
Christopher J. Giaimo christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com, christopher-j-giaimo-6409@ecf.pacerpro.com
Joshua Glikin JGlikin@shulmanrogers.com, abogert@shulmanrogers.com,

tlewis@shulmanrogers.com
Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com, r39990@notify.bestcase.com
Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
Jeffrey C. Hampton jeffrey.hampton@saul.com
Jason F Hoffman jhoffman@bakerlaw.com
Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com, kreese@yvslaw.com, vmichaelides@yvslaw.com, yvslawcmecf@gmail.com, hopkincr39990@notify.bestcase.com
James R. Irving james.irving@dentons.com
Adam H Isenberg adam.isenberg@saul.com
Harry Conrad Jones HJones@coleschotz.com, bankruptcy@coleschotz.com, pratkowiak@coleschotz.com
Lawrence A. Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com, aklena@hirschlerlaw.com
Toyja E. Kelley Toyja.Kelley@troutman.com
C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore0421@ecf.pacerpro.com
Eric George Korphage korphagee@whiteandwilliams.com
Jung Yong Lee jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz gleibowitz@coleschotz.com, pratkowiak@coleschotz.com, bankruptcy@coleschotz.com, lmorton@coleschotz.com
Thomas J. McKee mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee0902@ecf.pacerpro.com
Mark Minuti mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan rmoonan@sillscummis.com
William Fuller Moss william.moss@friedberg.legal
Bruce S. Nathan bnathan@lowenstein.com
Janet M. Nesse jnesse@mhlawyers.com, jfasano@mhlawyers.com, cpalik@mhlawyers.com, jnesse@ecf.inforuptcy.com, tmackey@mhlawyers.com, cmartin@mhlawyers.com, kfeig@mhlawyers.com
Craig Palik cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com, Palik.CraigR92003@notify.bestcase.com, mevans@mhlawyers.com, cmartin@mhlawyers.com
Michael Papandrea mpapandrea@lowenstein.com
Steven Gregory Polard steven.polard@ropers.com, loriann.zullo@ropers.com, calendar-LAO@ropers.com
Scott Prince sprince@bakerlaw.com
Jonathan Gary Rose jonathan.rose@us.dlapiper.com
Jordan Rosenfeld jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com, MYoung@tydings.com
Indira Kavita Sharma indira.sharma@troutman.com, katherine.culbertson@troutman.com, jonathan.young@troutman.com, david.ruediger@troutman.com, errol.chapman@troutman.com, toyja.kelley@troutman.com
Nicholas Smargiassi nicholas.smargiassi@saul.com

David Sommer dsommer@gallagherllp.com, ceyler@gejlaw.com, gomara@gejlaw.com, csalce@gejlaw.com, mkobylski@gejlaw.com
Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brentstrickland-3227@ecf.pacerpro.com
Matthew G. Summers summersm@ballardspahr.com, branchd@ballardspahr.com, heilmanl@ballardspahr.com, ambroses@ballardspahr.com, zarnighiann@ballardspahr.com, carolod@ballardspahr.com, cromartie@ballardspahr.com, stammerk@ballardspahr.com, brannickn@ballardspahr.com
S. Jason Teele steele@sillscummis.com
Paige Noelle Topper paige.topper@saul.com
US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

**BALLARD SPAHR LLP**

*/s/ Matthew G. Summers*
Matthew G. Summers (Fed. Bar No. 26572)