**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| IN RE: ) | Jointly Administered under |
| ) | Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC., ) | Chapter 7 |
| et al.[1] ) | |
| ) | |
|     Debtors. ) | |
| ) | |

**ORDER GRANTING CONSIGNMENT GROUP'S OMNIBUS MOTION FOR
<u>APPROVAL OF ADMINISTRATIVE EXPENSE CLAIMS</u>**

Having read and considered the *Motion of Dynamic Forces, Inc. for Allowance of Chapter 11 Administrative Expense* (the "Application"), filed by Consignment Group (the "Consignors"),[2],

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] The Consignors/Movants herein are: (i) Aspen MLT, LLC a/k/a Aspen Comics, (ii) Black Mask Studios, LLC, (iii) DSTLRY Media, Inc., (iv) Dynamic Forces, Inc. a/k/a Dynamite Entertainment, (v) Heavy Metal International, LLC, (vi) Magnetic Press, LLC, (vii) Massive Publishing, LLC, (viii) Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, (ix) Panini UK Ltd., (x) Punk Bot Comic Books, LLC a/k/a Alien Books, (xi) The Penn State University a/k/a Graphic Mundi, (xii) Titan Publishing Group, Ltd., (xiii) Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind, and (xiv) Dark Horse Comics, LLC.

and any objections to the foregoing, and the following relief appearing proper under the circumstances, it is hereby:

**ORDERED**, that the Application is Granted as requested; and it is further

**ORDERED**, that pursuant to 11 U.S.C. §§ 503(b) and § 507(a), Consignors are granted an allowed a chapter 11 priority administrative expense claim in the following amounts:

| Client | Total Administrative Claim | Value of Goods Delivered 20 Days Prepetition - 12/24/24 to 1/14/25 – 11 USC §503(b)(9) Claim | Post-Petition Goods Delivered (January 14, 2025, through May 15, 2025) | Post-Petition Goods Delivered (May 15, 2025 through December 31, 2025) |
|---|---|---|---|---|
| Aspen MLT, LLC a/k/a Aspen Comics | $2,490.36 | $513.09 | $1,977.27 | $0.00 |
| Black Mask Studios, LLC | $2,454.34 | $0.00 | $1,827.05 | $627.29 |
| DSTLRY Media, Inc. | $20,022.72 | $0.00 | $2,011.12 | $18,011.60 |
| Dynamic Forces, Inc. a/k/a Dynamite Entertainment | $830,121.64 | $248,005.38 | $0.00 | $582,116.26 |
| Heavy Metal International, LLC | $70,728.74 | $0.00 | $65,543.71 | $5,185.03 |
| Magnetic Press, LLC | $44,089.86 | $9,116.96 | $23,540.96 | $11,431.94 |
| Massive Publishing, LLC | $166,443.70 | $22,455.00 | $56,641.50 | $87,347.20 |

| | | | | |
|---|---|---|---|---|
| Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC | $221,707.11 | $85,317.28 | $26,080.76 | $110,309.07 |
| Panini UK Ltd. | $7,129.37 | $0.00 | $564.58 | $6,564.79 |
| Punk Bot Comic Books, LLC a/k/a Alien Books | $64,558.87 | $0.00 | $64,558.87 | $0.00 |
| The Penn State University a/k/a Graphic Mundi | $59,431.00 | $4,990.00 | $54,441.00 | $0.00 |
| Titan Publishing Group, Ltd. | $103,314.15 | $0.00 | $44,301.35 | $59,012.80 |
| Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind | $1.00 | $0.00 | $1.00 | $0.00 |
| Dark Horse Comics, LLC | $105,867.36 | $13,507.43 | $92,359.93 | $0.00 |
| Total | $1,698,360.22 | $383,905.14 | $433,849.10 | $880,605.98 |

**END OF ORDER**

**Copies to all parties receiving notice via CM/ECF.**