IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| IN RE: ) | Jointly Administered under |
| ) | Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC.,) et al.[1] ) | Chapter 7 |
| ) |  |
| Debtors. ) |  |
| ) |  |

### NOTICE OF CONSIGNMENT GROUP'S OMNIBUS MOTION FOR APPROVAL OF ADMINISTRATIVE EXPENSE CLAIMS

**PLEASE TAKE NOTICE** that members of the Consignment Group (the "Consignors"),[2] each a creditor, by their undersigned attorneys, files this motion for an order granting the allowance and of an administrative expense claims in the aggregate amount of $1,698,360.22 (the "Motion")

**PLEASE TAKE NOTICE** that if you intend to object to the Motion, you must, within 21 days after the mailing of this notice, file and serve a written objection to the Application together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk, U.S. Bankruptcy Court, 101 W. Lombard Street, Baltimore, MD, 22012 and served (by delivery or by mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

**[signatures on next page]**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] The Consignors/Movants herein are: (i) Aspen MLT, LLC a/k/a Aspen Comics, (ii) Black Mask Studios, LLC, (iii) DSTLRY Media, Inc., (iv) Dynamic Forces, Inc. a/k/a Dynamite Entertainment, (v) Heavy Metal International, LLC, (vi) Magnetic Press, LLC, (vii) Massive Publishing, LLC, (viii) Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, (ix) Panini UK Ltd., (x) Punk Bot Comic Books, LLC a/k/a Alien Books, (xi) The Penn State University a/k/a Graphic Mundi, (xii) Titan Publishing Group, Ltd., (xiii) Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind, and (xiv) Dark Horse Comics, LLC.

Dated: March 11, 2026                              Respectfully submitted,

                                                /s/ *Craig M. Palik*
                                                McNamee Hosea, P.A.
                                                Craig M. Palik, Esquire (Fed. Bar No. 15254)
                                                6404 Ivy Lane, Suite 820
                                                Greenbelt, MD 20770
                                                Phone: 301-441-2420
                                                cpalik@mhlawyers.com
                                                *Counsel for the Consignment Group*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2025, a true and correct copy of the foregoing *Notice* was served by the Court's ECF system the parties listed below.

Jan Berlage JBerlage@GHSLLP.com,
tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com,
lsuprum@polsinelli.com,
delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com,
dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com,
benjamin.loveland@wilmerhale.com,
yolande.thompson@wilmerhale.com

Andrew Brown abrown@klestadt.com

Richard L. Costella rcostella@tydings.com,
scalloway@tydings.com,
zjones@tydings.com,
swilliams@tydings.com

David W.T. Daniels ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com,
nvargas@perkinscoie.com,
KMcClure@perkinscoie.com

Emily Devan edevan@milesstockbridge.com

Turner Falk turner.falk@saul.com,
tnfalk@recap.email,
Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com,
janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Adam Fletcher afletcher@bakerlaw.com

Chelsea R Frankel cfrankel@lowenstein.com

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com,
christopher-j-giaimo-6409@ecf.pacerpro.com

Jonathan A. Grasso jgrasso@yvslaw.com,
pgomez@yvslaw.com,
r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com,
zviguttman@outlook.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Adam H Isenberg adam.isenberg@saul.com

Toyja E. Kelley toyja.kelley@lockelord.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com,
docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@tydings.com,
mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com,
bankruptcy@coleschotz.com,
lmorton@coleschotz.com

Mark Minuti mark.minuti@saul.com,
robyn.warren@saul.com

Bruce S. Nathan bnathan@lowenstein.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com,
loriann.zullo@ropers.com,

anthony.arriola@ropers.com

Scott Prince sprince@bakerlaw.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com

Elizabeth Anne Scully escully@bakerlaw.com

Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com, mhickman@tydings.com, jlee@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com, katherine.culbertson@troutman.com, jonathan.young@troutman.com, david.ruediger@troutman.com, errol.chapman@troutman.com, toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

Brent C. Strickland bstrickland@wtplaw.com, mbaum@wtplaw.com, brent-strickland-3227@ecf.pacerpro.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman zvi@zviguttman.com zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
Morgan Fisher mwf@morganfisherlaw.com>
Drew Dillworth DDillworth@stearnsweaver.com
Eric Silver esilver@stearnsweaver.com
Matthew Graham mgraham@stearnsweaver.com
Carmen Veguilla cveguilla@stearnsweaver.com

                                    /s/ Craig M. Palik
                                    *Counsel for the Consignment Group*