**Official Form 417A**  *Notice of Appeal and Statement of Election*
page 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| **In re:** Diamond Comic Distributors, Inc., et al., Debtor(s). <br><br> _____ <br> [1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax ID numbers, are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). | **Case No.** 25-10308 (DER) <br> **Chapter** 7 <br> (Jointly Administered) |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

**1. Name(s) of appellant(s):** Morgan W. Fisher, Chapter 7 Trustee

**2. Position of appellant(s)** in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    For appeals in an adversary proceeding:
        ☐ Plaintiff      ☐ Defendant      ☐ Other (describe) _____

    For appeals in a bankruptcy case and not in an adversary proceeding:
        ☐ Debtor      ☐ Creditor      ☒ Trustee      ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

**1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:**

    Order Denying Emergency Motion to Extend Time to Assume or Reject Executory Contracts Related to Consigned Goods [Docket No. 1171], entered by the United States Bankruptcy Court for the District of Maryland (Baltimore Division). See Exhibit 1.

**2. State the date on which the judgment—or the appealable order or decree—was entered:**
February 26, 2026

**Part 3: Identify the other parties to the appeal**

---

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

**1.  Party:** Morgan W. Fisher, Chapter 7 Trustee (Appellant)
   **Attorney:** Zvi Guttman, Esquire (Bar No. 06902)
       The Law Offices of Zvi Guttman, P.A.
       P.O. Box 32308, Baltimore, Maryland 21282
       Tel: (410) 580-0500  |  Zvi@zviguttman.com

**2.  Party:** Ad Hoc Committee of Consignors (Respondent/Interested Party)
       consisting of: (i) Ablaze, LLC, (ii) American Mythology Productions LLC, (iii) Avatar Press, Inc., (iv) Andrew Kafoury d/b/a Battle Quest Comics, (v) Bryan Seaton d/b/a Action Lab, (vi) Drawn & Quarterly Books Inc., (vii) Fantagraphics Books, Inc., (viii) Green Ronin Publishing LLC, (ix) Herman and Geer Communications, Inc., d/b/a Hermes Press, (x) Living the Line LLC, (xi) Paizo, Inc., (xii) UDON Entertainment Inc., and (xiii) Zenescope Entertainment, Inc.

   **Attorney:** Catherine K. Hopkin, Esquire (Bar No. 28257)
       YVS Law, LLC
       185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401
       chopkin@yvslaw.com

**3.  Party:** Consignment Group (Respondent/Interested Party)
       consisting of: (i) Aspen MLT, LLC a/k/a Aspen Comics; (ii) Black Mask Studios, LLC;  (iii) Dark Horse Comics, Inc.; (iv) DSTLRY Media, Inc.; (v) Dynamic Forces, Inc. a/k/a Dynamite Entertainment; (vi) Heavy Metal International, LLC; (vii) Magnetic Press, LLC; (viii) Massive Publishing, LLC; (ix) Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC; (x) Panini UK Ltd.; (xi) Punk Bot Comic Books, LLC a/k/a Alien Books; (xii) The Penn State University a/k/a Graphic Mundi; (xiii) Titan Publishing Group, Ltd.; and (xiv) Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy
   **Attorney:** Craig M. Palik, Esquire (Bar No. 15254); Justin P. Fasano, Esquire; Janet M. Nesse, Esquire
       McNamee Hosea, P.A.
       6404 Ivy Lane, Suite 820, Greenbelt, MD 20770
       Tel: (301) 441-2420  |
       cpalik@mhlawyers.com
       jfasano@mhlawyers.com
       jnesse@mhlawyers.com

**4.  Party:** Sparkle Pop LLC (Respondent/Interested Party)
   **Attorney:** Jodie E. Bekman, Esquire (Bar No. 26004)

      Gordon Feinblatt LLC
      1001 Fleet Street, Suite 700, Baltimore, MD 21202
      jbekman@gfrlaw.com

**5. Party:** JPMorgan Chase Bank, N.A. (Respondent/Interested Party)

Jonathan W. Young, Esq. (Bar No.: 810314)
Troutman Pepper Locke LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 274-2950
Jonathan.Young@troutman.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

    ☒   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

| /s/ Zvi Guttman<br><br>Signature of attorney for appellant(s)<br>(or appellant(s) if not represented by an attorney) | **Date:** March 12, 2026 |
|---|---|

**Name, address, and telephone number of attorney:**

Zvi Guttman, Esquire (Bar No. 06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Tel: (410) 580-0500
Zvi@zviguttman.com
Counsel to Morgan W. Fisher, Chapter 7 Trustee

# EXHIBIT 1

Entered: February 26th, 2026
Signed: February 26th, 2026
**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **DIAMOND COMIC DISTRIBUTORS, INC.,** | * | Case No. 25-10308-DER |
| | * | Chapter 11 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER DENYING EMERGENCY MOTION TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS RELATED TO CONSIGNED GOODS**

Upon consideration of the Emergency Motion to Extend Time to Assume or Reject Executory Contracts Related to Consigned Goods [Docket No. 1156] (the "Motion") filed by the Morgan W. Fisher, the Chapter 7 Trustee, and the Court having held a hearing on February 26, 2026, and considered the objections thereto [Docket Nos. 1163 & 1164], and for the reasons stated on the record at the conclusion of the hearing the Court having determined that the Motion was untimely filed under 11 U.S.C. §§ 348(c) & 365(d), it is, by the United States Bankruptcy Court for the District of Maryland;

**ORDERED**, that the Motion is hereby, DENIED.

cc:   All Parties in Interest

**END OF ORDER**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, a true and correct copy of the foregoing Notice of Appeal was served upon all parties in interest via the Court's CM/ECF electronic filing system, which provides electronic notice to all registered participants, as follows:

CM/ECF:

Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com

Peter J Artese peter.artese@us.dlapiper.com

Jodie E. Bekman jbekman@gfrlaw.com, dferguson@gfrlaw.com

Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com, delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com

Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com

Darek Bushnaq dsbushnaq@venable.com

Richard L. Costella rcostella@tydings.com, myoung@tydings.com, pcoolbaugh@tydings.com

Katherine Elizabeth Culbertson katherine.culbertson@troutman.com

David W.T. Daniels ddaniels@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com, KMcClure@perkinscoie.com, rleibowitz@perkinscoie.com

G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com

Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com

Emily Devan edevan@milesstockbridge.com

Ellen E. Dew ellen.dew@us.dlapiper.com

Turner Falk turner.falk@saul.com, tnfalk@recap.email, Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com, tmackey@mhlawyers.com, mevans@mhlawyers.com, cmartin@mhlawyers.com, Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Morgan W. Fisher trustee@morganfisherlaw.com, MD65@ecfcbis.com, fisher@premierremote.com

Adam Fletcher afletcher@bakerlaw.com

Chelsea R Frankel cfrankel@lowenstein.com

Jeremy S. Friedberg jeremy@friedberg.legal, ecf@friedberg.legal

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com, christopher-j-giaimo-6409@ecf.pacerpro.com

Joshua Glikin JGlikin@shulmanrogers.com, abogert@shulmanrogers.com, mdicarlo@shulmanrogers.com

Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com, r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com, kreese@yvslaw.com, vmichaelides@yvslaw.com, yvslawcmecf@gmail.com, hopkincr39990@notify.bestcase.com

James R. Irving james.irving@dentons.com

Adam H Isenberg adam.isenberg@saul.com

Harry Conrad Jones HJones@coleschotz.com, bankruptcy@coleschotz.com, pratkowiak@coleschotz.com

Lawrence A. Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com, aklena@hirschlerlaw.com

Toyja E. Kelley Toyja.Kelley@troutman.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@milesstockbridge.com, mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com, pratkowiak@coleschotz.com, bankruptcy@coleschotz.com, lmorton@coleschotz.com

Thomas J. McKee mckeet@gtl, Karrie.Barbaro@gtl, thomas--mckee-0902@ecf.pacerpro.com

Mark Minuti mark.minuti@sa, robyn.warren@saul.com

Randy Moonan rmoonan@sillscummis.com

William Fuller Moss william.moss@friedberg.legal

Bruce S. Nathan bnathan@lowenstein.com

Janet M. Nesse jnesse@mhlawye, jfasano@mhlawye, cpalik@mhlawye, jnesse@ecf.inforupt, tmackey@mhlawye, cmartin@mhlawye, kfeig@mhlawyers.com

Craig Palik cpalik@mhlawye, cpalik@ecf.inforupt, Palik.CraigR92003@notify.bestca, mevans@mhlawye, cmartin@mhlawyers.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@rope, loriann.zullo@rope, calendar-LAO@ropers.com

Scott Prince sprince@bakerlaw.com

Jonathan Gary Rose jonathan.rose@us.dlapiper.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arl, lianna.sarasola@arlaw.com

Dennis J. Shaffer dshaffer@tydin, scalloway@tydin, MYoung@tydings.com

Indira Kavita Sharma indira.sharma@troutm, katherine.culbertson@troutm, jonathan.young@troutm, david.ruediger@troutm, errol.chapman@troutm, toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

David Sommer dsommer@gallagherl, ceyler@gejl, gomara@gejl, csalce@gejl, mkobylski@gejlaw.com

Brent C. Strickland bstrickland@whitefordl, mbaum@whitefordl, brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers summersm@ballardspa, branchd@ballardspa, heilmanl@ballardspa, ambroses@ballardspa, zarnighiann@ballardspa, carolod@ballardspa, cromartie@ballardspa, stammerk@ballardspahr.com, brannickn@ballardspahr.com

S. Jason Teele steele@sillscummis.com

Paige Noelle Topper paige.topper@saul.com
First class mail, postage prepaid, on:

DIGITAL MANGA, INC. d/b/a DIGITAL MANGA INC.
c/o HIKARU SASAHARA
1447 W 178TH ST, STE 302
GARDENA, CA 90248

NETCOMICS
c/o YON H. CHUNG
362 SIP AVENUE, SUITE 1
JERSEY CITY, NJ 07306

VALIANT ENTERTAINMENT LLC
d/b/a VALIANT ENTERTAINMENT, LLC
c/o PARACORP INCORPORATED
2140 S Dupont HWY
Camden, DE 19934


/s/ Zvi Guttman