Entered: February 26th, 2026
Signed: February 26th, 2026
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **DIAMOND COMIC DISTRIBUTORS, INC.,** | * | Case No. 25-10308-DER |
| | * | Chapter 11 |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER DENYING EMERGENCY MOTION TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS RELATED TO CONSIGNED GOODS

Upon consideration of the Emergency Motion to Extend Time to Assume or Reject Executory Contracts Related to Consigned Goods [Docket No. 1156] (the "Motion") filed by the Morgan W. Fisher, the Chapter 7 Trustee, and the Court having held a hearing on February 26, 2026, and considered the objections thereto [Docket Nos. 1163 & 1164], and for the reasons stated on the record at the conclusion of the hearing the Court having determined that the Motion was untimely filed under 11 U.S.C. §§ 348(c) & 365(d), it is, by the United States Bankruptcy Court for the District of Maryland;

**ORDERED**, that the Motion is hereby, DENIED.

cc:   All Parties in Interest

**END OF ORDER**