Entered: March 12th, 2026
Signed: March 11th, 2026

**SO ORDERED**

Notice duly given. No opposition timely filed. No further notice or opportunity for hearing is required under the particular circumstances of this case. 11 U.S.C. § 102(1).



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered)<br><br>Re: D.I. 1120 & 1206 |

### ORDER GRANTING APPLICATION FOR INDEMNIFICATION AND REIMBURSEMENT OF FEES AND EXPENSES INCURRED PRE-CONVERSION BY RAYMOND JAMES & ASSOCIATES, INC.

Raymond James & Associates, Inc. ("Raymond James"), former investment banker for the above-captioned debtors and debtors in possession (the "Debtors"), filed its *Application for Indemnification and Reimbursement of Fees and Expenses Incurred Pre-Conversion By Raymond James & Associates, Inc* (the "Application") [D.I. 1120] pursuant to this Court's *Order (I) Approving Eighth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement, (II) Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code as of Conversion Date, (III) Approving Certain Conversion Procedures (IV) Setting Bar Date for Filing Final Chapter 11 Fee*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

*Applications and Establishing a Hearing Thereon, and (V) Granting Related Relief* [D.I. 1089] ("Conversion Order"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application and Supplement. Accordingly, it is hereby ORDERED THAT:

1. The Application is GRANTED.

2. Raymond James is awarded the amount of $42,032.50 for defense fees and costs incurred by Raymond James in defending itself in the Adversary Proceeding, as to which Raymond James is entitled to indemnification under the terms of the Engagement Letter and Retention Order.[2]

3. The amounts awarded to Raymond James in this Order and the amounts previously awarded to Raymond James by order of this Court entered September 26, 2025 [D.I. 910] ("September Order") that remained unpaid as of the Conversion Date are entitled to administrative expense priority under 11 U.S.C. §§ 503(b), 507(a)(2) and 726.

4. Notwithstanding any provision of the Bankruptcy Code, Bankruptcy Rules or other order of this Court, Raymond James is not required to file a proof of claim regarding the amounts allowed in the September Order or this Order.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[2] Capitalized terms used but not defined in this Order have the meaning given such terms in the Application.

CC (via CM/ECF):

Counsel for Debtor
Chapter 7 Trustee
U.S. Trustee
All parties receiving notice through the Court's CM/ECF electronic filing system

**END OF ORDER**