United States Bankruptcy Court
District of Maryland

In re:                                                        Case No. 25-10308-DER

Diamond Comic Distributors, Inc.                            Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                            User: admin                               Page 1 of 5
Date Rcvd: Mar 10, 2026                   Form ID: pdfparty                         Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | David L. Ruediger, Troutman Pepper Locke LLP, 111 Huntington Avenue, Boston, MA 02199-7618 |
| aty | + | James Irving, 3500 PNC Tower, 101 South Fifth Street, Louisville, KY 40202-3157 |
| aty | + | Jamilla Justine Willis, DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020-0083 |
| aty | + | Jane Davidson, NOLAN HEIMANN LLP, 16000 Ventura Boulevard, Suite 1200, Encino, CA 91436-2767 |
| aty | + | Jeffrey Kramer, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 |
| aty | + | Jonathan W. Young, Troutman Pepper Locke LLP, 401 9th Street, N.W.,, Suite 1000, Washington, DC 20004-2146 |
| aty | + | Junior Dufort, PERKINS COIE LLP, 700 Thirteenth Street N.W., Suite 800, Washington, DC 20005-5938 |
| aty | + | Katherine Culbertson, Troutman Pepper Locke LLP, 111 South Wacker Drive, Suite 4100, Chicago, IL 60606-4409 |
| aty | + | McNamee Hosea, Attn: Craig M. Palik, Esq., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770, UNITED STATES 20770-1416 |
| aty | + | Sara Chenetz, PERKINS COIE LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721 |
| aty | + | Stephen B Gerald, Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202, UNITED STATES 21202-1249 |
| cr | + | 207 Redco, LLC, 207 Redco Avenue, Red Lion, PA 17356-1428 |
| cr | + | ARA, Inc. d/b/a Lone Oak Payroll, c/o David G. Sommer, Esq., Gallagher LLP, 218 N. Charles St., Ste 400, Baltimore, MD 21201-4070 |
| cr | + | Abstract Studio, Inc., c/o Robyn Moore, PO Box 271487, Houston, TX 77277-1487 |
| intp | + | Ad Hoc Committee of Consignors, c/o Catherine Keller Hopkin, Esquire, YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| intp | + | Alliance Entertainment, LLC, 8201 Peters Road, Suite 1000, Plantation, FL 33324-3266 |
| cr | #+ | Angela Veach, 6604 Grant Cover, Olive Branch, MS 38654-5154 |
| cr | + | Angela Veach, 1146 Windermere Run, O'Fallon, IL 62269-7021 |
| cr | + | Cryptozoic Entertainment, LLC, c/o Nolan Heimann, 16000 Ventura Blvd., Ste. 1200, ATTN: Jane Davidson, Esq. Encino, CA 91436-2767 |
| cr | + | Goodman Games, LLC, McNamee Hosea, 6404 IVY LANE, SUITE 820, GREENBELT, MD 20770, UNITED STATES 20770-1416 |
| cr | + | Graphitti Designs, 33159 Camino Capistrano Suite G., c/o Robert W. Chapman, San Juan Capistrano, CA 92675-4827 |
| intp | + | Katherine Govier, 113 Valmere Path, York, PA 17403-4566 |
| acc | + | Larry Strauss, Larry Strauss Esq. & Associates, 2310 Smith Ave., Baltimore, MD 21209-2611 |
| cr | + | Liminal Esports LLC, 1500 Chagrin River Road #361, Gates Mills, OH 44040-7414 |
| cr | #+ | Molten Core Media, LLC dba Magma Comix, 3130 Whittier St., c/o Denton J. Tipton, San Diego, CA 92106-1636 |
| cr | + | NBM Publishing Inc., 300 E. 54th Street 12c, Attn: Terry Nantier, New York, NY 10022-5021 |
| intp | + | Skyrush Marketing, Inc., 80 Orville Dr., Attn: Andrew Aiello, Bohemia, NY 11716-2534 |
| cr | + | Titan Publishing Group, Ltd., d/b/a Titan Comics, c/o Emily K. Devan, Esquire, Miles & Stockbridge P.C., 100 Light St., 7th Fl., Baltimore, MD 21202 US 21202-1153 |
| cr | + | TwoMorrows Publishing, 10407 Bedfordtown Drive, c/o John Morrow, Raleigh, NC 27614-8058 |
| cr | + | Wililam M. Gaines, Agent Inc., 3975 Little John Drive, c/o Cathy Gaines Mifsud, President, York, PA 17408-8985 |
| cr | + | William M. Gaines, Agent, Inc., c/o Lanning G. Bryer, 1040 Avenue of the Americas, New York, NY 10018-3703 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: raly@getzlerhenrich.com | Mar 10 2026 19:26:00 | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |
| aty | + | Email/Text: brannickn@ballardspahr.com | | |

| District/off: 0416-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 10, 2026 | Form ID: pdfparty | Total Noticed: 36 |

|  |  |  | Mar 10 2026 19:26:00 | Nicholas J. Brannick, BALLARD SPAHR LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
|---|---|---|---|---|
| cr | + | Email/Text: USCBNotices@cdtfa.ca.gov | Mar 10 2026 19:27:00 | California Dept of Tax and Fee Administration, Collections Support Bureau, MIC:29, PO Box 942879, Sacramento, CA 94279-0001 |
| cr | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 10 2026 19:27:00 | New York State Department of Taxation and Finance, Bankruptcy Unit, P.O. Box 5300, Albany, NY 12205-0300 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Mar 10 2026 19:26:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty |  | Lauren A. Baio |
| aty |  | Lowenstein Sandler LLP |
| aty |  | Scott Cheatham |
| fa |  | Berkeley Research Group, LLC, David Galfus |
| cr |  | Chris Robinson, Zombie Love Studios |
| cr |  | Image Comics, Inc. |
| cr |  | Integrated Connection, LLC |
| cr |  | NECA, LLC |
| op |  | Robert Gorin, GETZLER HENRICH & ASSOCIATES LLC |
| sp |  | Tal Goldsmith, Stephenson Harwood LLP |
| cr | ##+ | Aftershock Comics, LLC, 15300 Ventura Blvd, Suite 507, Sherman Oaks, CA 91403-5844 |

TOTAL: 10 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam H Isenberg | adam.isenberg@saul.com |
| Anthony Jankoski | anthony.jankoski@faegredrinker.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Mar 10, 2026 | Form ID: pdfparty | Total Noticed: 36 |

Brent C. Strickland
    bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Bruce S. Nathan
    bnathan@lowenstein.com

C. Kevin Kobbe
    kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
    chopkin@yvslaw.com
    pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
    cfrankel@lowenstein.com

Christopher J. Giaimo
    christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
    cpalik@mhlawyers.com
    cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
    jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
    dsbushnaq@venable.com

David Sommer
    dsommer@gallagherllp.com  ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels
    ddaniels@perkinscoie.com
    docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
    dshaffer@tydings.com  scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
    ellen.dew@us.dlapiper.com

Emily Devan
    edevan@milesstockbridge.com

Eric George Korphage
    korphagee@whiteandwilliams.com

G. David Dean
    ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz
    gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
    gfinizio@lowenstein.com

Harry Conrad Jones
    HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
    indira.sharma@troutman.com
    katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
    james.irving@dentons.com

Jan Berlage
    JBerlage@GHSLLP.com  tcollins@ghsllp.com

Janet M. Nesse
    jnesse@mhlawyers.com
    jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com

Jeffrey C. Hampton
    jeffrey.hampton@saul.com

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 4 of 5 |
| Date Rcvd: Mar 10, 2026 | Form ID: pdfparty | Total Noticed: 36 |

Jeremy S. Friedberg
    jeremy@friedberg.legal  ecf@friedberg.legal

Jodie E. Bekman
    jbekman@gfrlaw.com  dferguson@gfrlaw.com

Jonathan A. Grasso
    jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
    jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
    jordan.rosenfeld@saul.com

Joshua Glikin
    JGlikin@shulmanrogers.com  abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee
    jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Katherine Elizabeth Culbertson
    katherine.culbertson@troutman.com

Laura Skowronski Bouyea
    lsbouyea@venable.com  dmdierdorff@venable.com

Lawrence A. Katz
    lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti
    mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers
    desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood
    mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers
    summersm@ballardspahr.com
    branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea
    mpapandrea@lowenstein.com

Morgan W. Fisher
    trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi
    nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
    nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper
    paige.topper@saul.com

Peter J Artese
    peter.artese@us.dlapiper.com

Randy Moonan
    rmoonan@sillscummis.com

Richard L. Costella
    rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

S. Jason Teele
    steele@sillscummis.com

Sam Alberts
    sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Stephen B. Gerald
    sgerald@tydings.com

Steven Gregory Polard

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Mar 10, 2026 | Form ID: pdfparty | Total Noticed: 36 |

    steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee

    mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar

    thomas.bredar@wilmerhale.com
    andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley

    Toyja.Kelley@troutman.com

Turner Falk

    turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore

    USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss

    william.moss@friedberg.legal

Zvi Guttman

    zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 62

Entered: March 10th, 2026
Signed: March 9th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Chapter 7 |
| Diamond Comic Distributors, Inc., *et al.*,[1] | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF
LOWENSTEIN SANDLER LLP, AS CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR SERVICES
RENDERED AND EXPENSES INCURRED FOR THE
<u>PERIOD BETWEEN JULY 1, 2025 AND SEPTEMBER 30, 2025</u>**

Upon consideration of the *Third Interim Fee Application Of Lowenstein Sandler LLP, As Co-Counsel For The Official Committee Of Unsecured Creditors, For Services Rendered And Expenses Incurred For The Period Between July 1, 2025 And September 30, 2025* (the "<u>Application</u>"), filed by Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>"), as co-counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "<u>Committee</u>"), for allowance of compensation for services rendered and for the reimbursement of actual and necessary expenses incurred for the period of July 1, 2025 through September 30, 2025 (the "<u>Application Period</u>"); and the Court having reviewed the Application and the Court

---

[1] The Debtors in these cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application was adequate under the circumstances and no further notice being necessary; (c) the fees represent reasonable compensation for actual and necessary services rendered by Lowenstein Sandler; and (d) the expenses represent actual and necessary expenses incurred by Lowenstein Sandler in the performance of its duties in these cases; and after due deliberation and consideration, and good and sufficient cause appearing therefor, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Application be and hereby is **APPROVED** as set forth herein; and it is further,

**ORDERED**, that interim compensation to Lowenstein Sandler for fees in the amount of $245,800.00 and reimbursement of expenses in the amount of $2,329.05 is hereby **APPROVED;** and it is further,

**ORDERED**, that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

cc: All parties receiving CM/ECF service

**END OF ORDER**