**Official Form 417A**                                    *Amended Notice of Appeal and Statement of Election*     page 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| **In re:** Diamond Comic Distributors, Inc., et al., <br>    Debtor(s). <br><br>_____ <br>[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax ID numbers, are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). | **Case No.** 25-10308 (DER) <br>**Chapter** 7 <br>(Jointly Administered) |

### AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

**1. Name(s) of appellant(s):** Morgan W. Fisher, Chapter 7 Trustee

**2. Position of appellant(s)** in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    For appeals in an adversary proceeding:
        ☐ Plaintiff      ☐ Defendant      ☐ Other (describe) _____

    For appeals in a bankruptcy case and not in an adversary proceeding:
        ☐ Debtor      ☐ Creditor      ☒ Trustee      ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

**1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:**

    Order Denying Emergency Motion to Extend Time to Assume or Reject Executory Contracts Related to Consigned Goods [Docket No. 1171], entered by the United States Bankruptcy Court for the District of Maryland (Baltimore Division).  See Exhibit 1.

**2. State the date on which the judgment—or the appealable order or decree—was entered:**
February 26, 2026

**Part 3: Identify the other parties to the appeal**

---

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. **Party:** Morgan W. Fisher, Chapter 7 Trustee (Appellant)
   **Attorney:** Zvi Guttman, Esquire (Bar No. 06902)
   The Law Offices of Zvi Guttman, P.A.
   P.O. Box 32308, Baltimore, Maryland 21282
   Tel: (410) 580-0500 | Zvi@zviguttman.com

2. **Party:** Ad Hoc Committee of Consignors (Respondent/Appellee)
   consisting of: (i) Ablaze, LLC, (ii) American Mythology Productions LLC, (iii) Avatar Press, Inc., (iv) Andrew Kafoury d/b/a Battle Quest Comics, (v) Bryan Seaton d/b/a Action Lab, (vi) Drawn & Quarterly Books Inc., (vii) Fantagraphics Books, Inc., (viii) Green Ronin Publishing LLC, (ix) Herman and Geer Communications, Inc., d/b/a Hermes Press, (x) Living the Line LLC, (xi) Paizo, Inc., (xii) UDON Entertainment Inc., and (xiii) Zenescope Entertainment, Inc.

   **Attorney:** Catherine K. Hopkin, Esquire (Bar No. 28257)
   YVS Law, LLC
   185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401
   chopkin@yvslaw.com

3. **Party:** Consignment Group (Respondent/Appellee)
   consisting of: (i) Aspen MLT, LLC a/k/a Aspen Comics; (ii) Black Mask Studios, LLC; (iii) Dark Horse Comics, Inc.; (iv) DSTLRY Media, Inc.; (v) Dynamic Forces, Inc. a/k/a Dynamite Entertainment; (vi) Heavy Metal International, LLC; (vii) Magnetic Press, LLC; (viii) Massive Publishing, LLC; (ix) Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC; (x) Panini UK Ltd.; (xi) Punk Bot Comic Books, LLC a/k/a Alien Books; (xii) The Penn State University a/k/a Graphic Mundi; (xiii) Titan Publishing Group, Ltd.; and (xiv) Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy
   **Attorney:** Craig M. Palik, Esquire (Bar No. 15254); Justin P. Fasano, Esquire; Janet M. Nesse, Esquire
   McNamee Hosea, P.A.
   6404 Ivy Lane, Suite 820, Greenbelt, MD 20770
   Tel: (301) 441-2420 |
   cpalik@mhlawyers.com
   jfasano@mhlawyers.com
   jnesse@mhlawyers.com

4. **Party:** Sparkle Pop LLC (Respondent/Interested Party)
   **Attorney:** Jodie E. Bekman, Esquire (Bar No. 26004)

    Gordon Feinblatt LLC
    1001 Fleet Street, Suite 700, Baltimore, MD 21202
    jbekman@gfrlaw.com

**5. Party:** JPMorgan Chase Bank, N.A. (Respondent/Interested Party)

Jonathan W. Young, Esq. (Bar No.: 810314)
Troutman Pepper Locke LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 274-2950
Jonathan.Young@troutman.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

    ☒   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

| /s/ Zvi Guttman<br><br>Signature of attorney for appellant(s)<br>(or appellant(s) if not represented by an attorney) | **Date:** March 13, 2026 |
|---|---|

**Name, address, and telephone number of attorney:**

Zvi Guttman, Esquire (Bar No. 06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Tel: (410) 580-0500
Zvi@zviguttman.com
Counsel to Morgan W. Fisher, Chapter 7 Trustee