# EXHIBIT A



**From:** "Janet M. Nesse" <jnesse@mhlawyers.com>
**Date:** February 26, 2026 at 12:44:14 PM EST
**To:** Drew Dillworth <DDillworth@stearnsweaver.com>, Catherine Hopkin <chopkin@yvslaw.com>, Darrell Payne <dpayne@stearnsweaver.com>
**Cc:** "Craig M. Palik" <cpalik@mhlawyers.com>, "zvi_zviguttman.com" <zvi@zviguttman.com>, Eric Silver <esilver@stearnsweaver.com>, Carmen Veguilla <cveguilla@stearnsweaver.com>
**Subject: RE: Diamond Comic - Retention of counsel**

thank you for your response.

**From:** Drew Dillworth <DDillworth@stearnsweaver.com>
**Sent:** Thursday, February 26, 2026 12:40 PM
**To:** Janet M. Nesse <jnesse@mhlawyers.com>; 'Catherine Hopkin' <chopkin@yvslaw.com>; Darrell Payne <dpayne@stearnsweaver.com>
**Cc:** Craig M. Palik <cpalik@mhlawyers.com>; zvi_zviguttman.com <zvi@zviguttman.com>; Eric Silver <esilver@stearnsweaver.com>; Carmen Veguilla <cveguilla@stearnsweaver.com>
**Subject:** RE: Diamond Comic - Retention of counsel

The agreement to share recoveries was approved during the chapter 11 phase.  Re-read what I stated below with respect to our fees.

Drew M. Dillworth, Esq.

Stearns Weaver Miller et al.
150 West Flagler Street
Suite 2200
Miami, Florida 33130

Phone: (305) 789-3598
Fax: (305) 789-3395

---

**From:** Janet M. Nesse <jnesse@mhlawyers.com>
**Sent:** Thursday, February 26, 2026 12:37 PM
**To:** Drew Dillworth <DDillworth@stearnsweaver.com>; 'Catherine Hopkin' <chopkin@yvslaw.com>; Darrell Payne <dpayne@stearnsweaver.com>
**Cc:** Craig M. Palik <cpalik@mhlawyers.com>; zvi_zviguttman.com <zvi@zviguttman.com>; Eric Silver <esilver@stearnsweaver.com>; Carmen Veguilla <cveguilla@stearnsweaver.com>
**Subject:** RE: Diamond Comic - Retention of counsel

if there is agreement on the sharing of litigation recoveries, I think that needs to be disclosed. Also, if the bank is agreeing to release cash collateral to pay fees, that also needs to be disclosed, I would think. Zvi, do you have a different view?

---

**From:** Drew Dillworth <DDillworth@stearnsweaver.com>
**Sent:** Thursday, February 26, 2026 12:34 PM
**To:** 'Catherine Hopkin' <chopkin@yvslaw.com>; Darrell Payne <dpayne@stearnsweaver.com>; Janet M. Nesse <jnesse@mhlawyers.com>
**Cc:** Craig M. Palik <cpalik@mhlawyers.com>; zvi_zviguttman.com <zvi@zviguttman.com>; Eric Silver <esilver@stearnsweaver.com>; Carmen Veguilla <cveguilla@stearnsweaver.com>
**Subject:** RE: Diamond Comic - Retention of counsel

There is agreement with the bank on how litigation recoveries will be shared. Cash collateral is available to Trustee Fisher in the event needed. It is not needed for payment of professional fees of our firm. I trust this answers your inquiry. Regards,

Drew M. Dillworth, Esq.
Stearns Weaver Miller et al.
150 West Flagler Street
Suite 2200
Miami, Florida 33130

Phone: (305) 789-3598
Fax: (305) 789-3395

**From:** Catherine Hopkin <chopkin@yvslaw.com>
**Sent:** Thursday, February 26, 2026 12:10 PM
**To:** Darrell Payne <dpayne@stearnsweaver.com>; 'Janet M. Nesse' <jnesse@mhlawyers.com>
**Cc:** Craig M. Palik <cpalik@mhlawyers.com>; zvi_zviguttman.com <zvi@zviguttman.com>; Drew Dillworth <DDillworth@stearnsweaver.com>; Eric Silver <esilver@stearnsweaver.com>; Carmen Veguilla <cveguilla@stearnsweaver.com>
**Subject:** RE: Diamond Comic - Retention of counsel

```
Thank you for copying me, Janet.  My clients are also
eager to know of any agreement with JPM or any other
party.

We do not otherwise object to the retention so please
do let us know today so we can avoid needing to file a
response by today's response deadline.

Sincerely,
Cate
```

**Catherine K. Hopkin**
**YVS Law, LLC**
185 Admiral Cochrane Drive, Suite 130 | Annapolis, MD 21401
**Direct 443.569.0788**
**Fax 410.571.2798**
chopkin@yvslaw.com

   

**(Ranked 2016-Present)**   **(Ranked 2012 – Present)**



IMPORTANT: this e-mail and any attached documents may contain privileged, confidential, copyrighted or other legally protected information.  If you are not the intended recipient (even if the e-mail address above is yours), any use, reproduction, disclosure, distribution or retransmission may be a violation of law and is strictly prohibited.  If you have received this in error please notify us by return e-mail or telephone (443-569-0788), then destroy this message and all copies.  Thank you.  Our website is www.yvslaw.com.

**From:** Darrell Payne <dpayne@stearnsweaver.com>

**Sent:** Thursday, February 26, 2026 12:03 PM
**To:** 'Janet M. Nesse' <jnesse@mhlawyers.com>
**Cc:** Craig M. Palik <cpalik@mhlawyers.com>; Catherine Hopkin <chopkin@yvslaw.com>; zvi_zviguttman.com <zvi@zviguttman.com>; Drew Dillworth <DDillworth@stearnsweaver.com>; Eric Silver <esilver@stearnsweaver.com>; Carmen Veguilla <cveguilla@stearnsweaver.com>
**Subject:** Diamond Comic - Retention of counsel

Janet,

I'm copying my partners, Drew Dillworth and Eric Silver.  They'll be able to address your question.

Best,

Darrell

Darrell Payne, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 W. Flagler Street, Suite 2200
Miami, FL  33130
Direct: 305-789-3415
Main: 305-789-3200
Fax: 305-789-2650
dpayne@stearnsweaver.com
www.stearnsweaver.com

---

**From:** Janet M. Nesse <jnesse@mhlawyers.com>
**Sent:** Thursday, February 26, 2026 12:01 PM
**To:** Darrell Payne <dpayne@stearnsweaver.com>
**Cc:** Craig M. Palik <cpalik@mhlawyers.com>; 'Catherine Hopkin' <chopkin@yvslaw.com>; zvi_zviguttman.com <zvi@zviguttman.com>
**Subject:** Retention of counsel

My client asked whether there is some agreement regarding paying the fees of special counsel aside from what is in the application.

If the secured creditor is agreeing to a carve-out or there is some other assurance of payment,  I think that needs to be disclosed.

If there is no carve-out and your firm is agreeing to undertake this litigation solely in the hope that there will be a recovery of unencumbered funds from which fees will be paid then no further information is required.

Thank you

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.