IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

**TRUSTEE'S MOTION TO DEFER RULING ON APPLICATION TO EMPLOY
STEARNS, WEAVER, MILLER, WEISSLER, ALHADEFF & SITTERSON, P.A.
TO PERMIT FILING OF APPLICATION TO EMPLOY REPLACEMENT COUNSEL**

Morgan W. Fisher, the Chapter 7 Trustee (the "Trustee"), by and through undersigned counsel, respectfully moves this Court to defer ruling on the Trustee's Application for Authority to Employ Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. as Bankruptcy Counsel to the Trustee [ECF #1145] (the "Stearns Weaver Application"), to afford the Trustee a reasonable opportunity to identify and retain replacement counsel and to file an application to employ such replacement counsel with this Court. In support thereof, the Trustee states as follows:

**Background**

1. On February 5, 2026, the Trustee filed the Stearns Weaver Application, seeking authority to employ Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. ("Stearns Weaver") as general bankruptcy counsel pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a).

2. Since the filing of the Stearns Weaver Application, circumstances have arisen that have caused Stearns Weaver to seek to withdraw as proposed bankruptcy counsel to the Trustee.

3. The Trustee is actively engaged in identifying and retaining qualified replacement counsel and special litigation counsel with the experience and resources necessary to serve as counsel in these complex chapter 7 cases.

4. Upon identifying and engaging replacement counsel, the Trustee intends to file, as promptly as practicable, applications to employ such replacement counsel pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a). At that time, the Trustee will be comfortable in withdrawing the Stearns Weaver Application.

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

**Relief Requested**

5. The Trustee anticipates identifying replacement counsel and filing an application to employ such replacement counsel with this Court promptly, but in no event more than thirty days from this motion.

6. A brief deferral will not prejudice any party in interest. The administration of these chapter 7 estates continues under the Trustee's oversight.

7. Considering the complexity of these jointly administered chapter 7 cases—including thirty-two pending adversary proceedings, and other estate assets (including avoidance actions), the prompt retention of qualified replacement counsel is critical to the efficient administration of the estates. A brief deferral serves the interests of the estates and all creditors and protects the Trustee's and estate's interests.

**Statement Pursuant to Local Bankruptcy Rule 9013-2**

8. Pursuant to Rule 9013-2 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Maryland, the Trustee states that, in lieu of submitting a memorandum in support of this Motion, he will rely solely upon the grounds and authorities set forth herein.

WHEREFORE, the Trustee respectfully requests that this Court: (A) defer ruling on the Stearns Weaver Application pending the filing of an application to employ replacement general bankruptcy counsel; and (B) grant such other and further relief as is just and appropriate under the circumstances.

DATED: March 15, 2026    Respectfully Submitted,

*/s/ Morgan W. Fisher*
Morgan W. Fisher (Bar No. 28711)
The Law Offices of Morgan Fisher, LLC
18 West Street
Annapolis, Maryland 21401
mwf@morganfisherlaw.com
(410) 626-6111
*Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 15, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Motion to Defer Ruling will be served electronically by the Court's CM/ECF system on the following:

- Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Peter J Artese peter.artese@us.dlapiper.com
- Jodie E. Bekman jbekman@gfrlaw.com, dferguson@gfrlaw.com
- Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- Andrew Brown abrown@klestadt.com
- Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com
- Darek Bushnaq dsbushnaq@venable.com
- Richard L. Costella rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
- Katherine Elizabeth Culbertson katherine.culbertson@troutman.com
- David W.T. Daniels ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
- G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com
- Emily Devan edevan@milesstockbridge.com
- Ellen E. Dew ellen.dew@us.dlapiper.com
- Turner Falk turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio gfinizio@lowenstein.com
- Adam Fletcher afletcher@bakerlaw.com
- Chelsea R Frankel cfrankel@lowenstein.com
- Jeremy S. Friedberg jeremy@friedberg.legal, ecf@friedberg.legal
- Stephen B. Gerald sgerald@tydings.com
- Christopher J. Giaimo christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin JGlikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com

-Jonathan A. Grasso     jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
-Zvi Guttman     zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
-Jeffrey C. Hampton     jeffrey.hampton@saul.com
-Jason F Hoffman     jhoffman@bakerlaw.com
-Catherine Keller Hopkin     chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
-James R. Irving     james.irving@dentons.com
-Adam H Isenberg     adam.isenberg@saul.com
-Harry Conrad Jones     HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
-Lawrence A. Katz     lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
-Toyja E. Kelley     Toyja.Kelley@troutman.com
C. Kevin Kobbe     kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
-Eric George Korphage     korphagee@whiteandwilliams.com
-Jung Yong Lee     jlee@milesstockbridge.com, mhickman@tydings.com
-Gary H. Leibowitz     gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
-Thomas J. McKee     mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
-Mark Minuti     mark.minuti@saul.com, robyn.warren@saul.com
-Randy Moonan     rmoonan@sillscummis.com
-William Fuller Moss     william.moss@friedberg.legal
-Bruce S. Nathan     bnathan@lowenstein.com
-Janet M. Nesse     jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
-Craig Palik     cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
-Michael Papandrea     mpapandrea@lowenstein.com
-Steven Gregory Polard     steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
-Scott Prince     sprince@bakerlaw.com
-Jonathan Gary Rose     jonathan.rose@us.dlapiper.com
-Jordan Rosenfeld     jordan.rosenfeld@saul.com
-Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
-Dennis J. Shaffer     dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
-Indira Kavita Sharma     indira.sharma@troutman.com, katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com

-Nicholas Smargiassi     nicholas.smargiassi@saul.com
-David Sommer     dsommer@gallagherllp.com, ceyler@gejlaw.com;gomara@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
-Brent C. Strickland     bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
-Matthew G. Summers     summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
-S. Jason Teele     steele@sillscummis.com
-Paige Noelle Topper     paige.topper@saul.com
-US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV

                                              */s/ Morgan W. Fisher*
                                              Morgan W. Fisher