**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING TRUSTEE'S MOTION TO DEFER RULING ON APPLICATION TO EMPLOY STEARNS, WEAVER, MILLER, WEISSLER, ALHADEFF & SITTERSON, P.A. TO PERMIT FILING OF APPLICATION TO EMPLOY REPLACEMENT COUNSEL**

Upon Consideration of the Motion (the "Motion") filed by Morgan W. Fisher, to defer ruling on the Trustee's Application for Authority to Employ Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. as Bankruptcy Counsel to the Trustee [ECF #1145] (the "Stearns Weaver Application"), to afford the Trustee a reasonable opportunity to identify and retain replacement counsel and to file an application to employ such replacement counsel with this Court, it is hereby:

ORDERED that the Motion is Granted; and it is further

ORDERED that the Court DEFERS RULING on the Stearns Weaver Application until April 13, 2026.

cc:

Morgan W. Fisher, Trustee *via* CM/ECF
Zvi Guttman, LLC, Esq. *via* CM/ECF
Hugh M. Bernstein, Esq. U.S. Trustee *via* CM/ECF

**END OF ORDER**

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).