**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

Case No.:   25–10308 – DER     Chapter:   7

Diamond Comic Distributors, Inc.

Dated: 3/16/26

Dear Sir/Madam:

Proof of Claim No.(RE: Claims 66)– Request of Vault Storyworks filed on March 11, 2026 has been entered in Case No. 25–10308 , but appears to be defective. A review of the proof of claim indicates the following:

☐ Duplicate of claim number

☐ Amount entered in ECF has been updated to reflect the amount stated on pdf of proof of claim

☐ Proof of claim filed in incorrect case has been docketed in the correct case

☐ Missing signature of filing party

☐ Official Bankruptcy Form B 410 was not filed

☑ Other – All Motions and Applications MUST be filed on the case docket for consideration. No further action will be taken on the Request of Vault Storyworks that was filed on the Claims Registry on March 11,2026. .

Please take the appropriate action to correct the referenced proof of claim within ten (10) days of the date of this notification.

Sincerely,

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna  301–344–3390