IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC. | ) Chapter 7<br>) |
| Debtor. | )<br>) |

**RENEWED MOTION OF EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.
FOR ADMINISTRATIVE EXPENSE**

Expeditors International of Washington, Inc. ("Movant"), a creditor, by its undersigned attorneys, hereby renews its *Motion for Allowance and Payment of Administrative Expense* (ECF No. 1052) (the "Motion") pursuant to 11 U.S.C. §503(b)(1), and states as follows:

1. On December 2, 2025, Movant filed the Motion, seeking allowance and payment of an administrative expense claim arising from post-petition transportation and logistics services provided to the Debtor Diamond Comic Distributors, Inc. ("Debtor").

2. On February 6, 2026, after conversion of this case to a case under Chapter 7 of the Bankruptcy Code, the Court entered a notice (ECF No. 1146) stating that the Application had not been served on the Chapter 7 Trustee because the trustee had not yet been appointed.

3. On February 27, 2026, the Court entered an *Order* (ECF No. 1174) (the "Order") denying the Motion without prejudice to renewal upon service on the Chapter 7 Trustee.

4. On March 12, 2026, Movant served the Motion and all supporting exhibits on the duly appointed Chapter 7 Trustee and other required parties in interest.

5. Accordingly, pursuant to the Order, Movant hereby renews its Motion for Administrative Expense and respectfully requests that the Court consider the Motion on its merits.

1

6. The Motion, together with all exhibits and supporting documentation, is attached hereto as **Exhibit A**. Movant hereby incorporates the Motion by reference, as if fully set forth herein.

WHEREFORE, Expeditors respectfully requests the Court to enter an order (i) allowing Expeditors an administrative expense claim under § 503(b)(1)(A) in the amount of $266,855.15 for the expenses it incurred; (ii) authorizing and directing the immediate payment to Expeditors of such administrative expense claim; and (iii) granting any additional relief that may be just and equitable.

Dated: March 16, 2026

Respectfully submitted,

**FRIEDBERG PC**

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg, Fed. Bar No. 10638
William F. Moss, Fed. Bar No. 20966
Friedberg PC
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117
(410) 581-7400
jeremy@friedberg.legal
william.moss@friedberg.legal

*Attorneys for Plaintiff Expeditors International of Washington, Inc.*