# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | ) |
| | ) **Case No. 25-10308-DER** |
| **DIAMOND COMIC DISTRIBUTORS, INC.** | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| | ) |

## MOTION OF EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.
## FOR ADMINISTRATIVE EXPENSE

Expeditors International of Washington, Inc. ("Expeditors" or "Movant"), a creditor, by its undersigned attorneys, files this motion 11 U.S.C. § 503(b)(1) for an order granting the allowance and requiring payment of an administrative expense claim (the "Motion") owed by Diamond Comic Distributors, Inc. (the "Debtor"), and in support thereof, states as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B). Expeditors consents to the entry of a final order by the Bankruptcy Court on the relief sought in this Motion.

2.      The relief sought by this motion is based upon § 503(b) of the United States Bankruptcy Code (the "Bankruptcy Code").

### BACKGROUND

3.      The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy on January 14, 2025 (the "Petition Date").

1

4.     Prior to the Petition Date, Expeditors provided transportation and other logistic services to the Debtor.  In the course of performing such services, Expeditors delivered goods to the Debtor and issued invoices for those services performed.

5.     After the Petition Date, Expeditors continued to provide substantially the same services to the Debtor.

6.     Expeditors services are governed by the following pre-petition agreements (the "Contracts"):

    a.     Application for Credit; and

    b.     certain bills of lading issued by Expeditors, which constitute contracts for the carriage of goods.

    The corresponding Credit Application is attached as **Exhibit A**.

7.     Since the Petition Date, Expeditors completed the delivery of certain goods and inventory to the Debtors for which it has not been paid. A summary of these invoices is attached as **Exhibit B** for a total $229,392.43 (collectively, "Expeditors' Claims"). In addition, Expeditors has not been paid $34,962.12 on account of pre-petition services provided.

## ARGUMENT

8.     By this Motion, Expeditors seeks allowance and payment of a chapter 11 administrative expense in the amount of $264,355.15 (the "Chapter 11 Administrative Expense Claim") for transportation and other logistics services to the Debtor

9.     Section 503(b)(1) of the Bankruptcy Code provides that, after notice and a hearing, there shall be an allowed administrative expense claim for "the actual, necessary costs and expense of preserving the estate." 11 U.S.C. § 503(b)(1)(A). "[A]n administrative expense claim will be allowed [under section 503(b)(1)(A) of the Bankruptcy Code] where the expense (1) arises post-petition; and

2

(2) is beneficial to the Debtor's estate." *In re Lease-A-Fleet, Inc.*, 140 B.R. 840, 845 (Bankr. E.D. Pa. 1992).

10.     Here, the goods provided by Expeditors were all sold by the Debtor after they were provided by Expeditors.

11.     Further, Expeditors is entitled to an administrative claim for its attorneys' fees and interest at the rate stated in its accepted bid. A post-petition creditor is entitled to recover payments due under a contract, such as attorneys' fees, late fees, and interest, as administrative expenses if the debtor-in-possession's obligation has not been performed or has not been modified by the court. *CIT Commun. Fin. Corp. v. Midway Airlines Corp. (In re Midway Airlines Corp.)*, 406 F.3d 229, 236 (4th Cir. 2005).   To date, Expeditors incurred $2,500 in post-petition attorneys' fees.  Expeditors will supplement this Motion to the extent further attorneys' fees are accrued in pursuing this administrative claim.

## LOCAL RULE 9013-2 STATEMENT

12.     Pursuant to Local Rule 9013-2, Expeditors will not be filing a separate memorandum with respect to this Motion, but will rely solely upon the grounds and authorities set forth in this Motion and any reply memorandum to be filed after the Debtor's response.

WHEREFORE, Expeditors respectfully requests the Court to enter an order (i) allowing Expeditors an administrative expense claim under § 503(b)(1)(A) in the amount of $266,855.15 for the expenses it incurred; (ii) authorizing and directing the immediate payment to Expeditors of such administrative expense claim; and (iii) granting any additional relief that may be just and equitable.

Dated:  December 2, 2025

Respectfully submitted,

**FRIEDBERG PC**


_____/s/ Jeremy S. Friedberg_____
Jeremy S. Friedberg, Fed. Bar No. 10638
William F. Moss, Fed. Bar No. 20966
Friedberg PC
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117
(410) 581-7400
jeremy@friedberg.legal
william.moss@friedberg.legal

*Attorneys for Plaintiff Expeditors International of Washington, Inc.*

# EXHIBIT A

Notice Concerning Limitation
of Liability

Terms for Credit Accounts

# Application for Credit



# Notice Concerning Limitation of Liability

•

Expeditors International of Washington, Inc. on behalf of itself and its subsidiaries, affiliates, agents and contractors (collectively, "the Company") limits its legal liability for loss, damage or delay. The maximum amount of legal liability assumed by the Company (often called "released value") varies depending upon the type of service provided and / or the mode of transportation. The Company's legal liability when providing customs brokerage services or short term warehouse / distribution services is different from the legal liability that applies when the Company is acting as a carrier providing transportation services. The released value for air transportation is different from the released value applicable to ocean transportation and the limitation on liability for domestic air transportation is different from the limitation applicable to international transportation. These differences exist because unique treaties, laws, conventions, tariffs and industry standards establish the minimum released value for each different mode of transportation and service offering.

The Company has adopted general terms and conditions of service. These terms and conditions are printed on the back of (or incorporated by reference into) every invoice issued by the Company to Customer and are incorporated herein by reference. The limitation of liability set forth in the general terms and conditions of Service applies to customs brokerage, warehouse / distribution and other services where the Company is not acting as a carrier. The Company may change the general terms and conditions of service from time to time.

When the Company is acting as a carrier, the exact limits of liability and the other terms and conditions of carriage can be located on the bill of lading or other shipping document issued by the carrier (which is the contract between the parties). Unless modified or superseded by the terms of the bill of lading or other contract of carriage, the Company's general terms and conditions of service will also apply to the transaction.

The contractual provisions referenced above describe the industry standard released value, but the actual amount applicable to any particular transaction is in the complete control of the Customer. When the Customer desires to have the Company assume legal liability for an amount greater than the standard released value, the Customer modifies the terms of the contract by declaring a higher released value prior to the performance of the service. This can be done by entering a declared value on the Shipper's Letter of Instructions when the Company is acting as the carrier. In other cases, the higher declared value must be set forth in a written document accepted and acknowledged by the Company. In exchange for accepting the higher legal liability selected by the Customer, a higher rate will be charged for the service.

The additional protection obtained by declaring a higher value is not the same as the protection that is available by purchasing insurance. For example, there are risks that are covered by the insurance company in circumstances where a carrier is not legally liable to reimburse the customer. In addition, insurance coverage can be purchased with direct reference to the value of the cargo while a declaration of additional value often must be expressed as an amount per pound or per carton. As a consequence, recovery of full value is much more problematic with a higher released value than it is through the purchase of insurance. Upon Customer request, the Company can also arrange to provide insurance coverage.

# Terms for Credit Accounts

•

Specific terms and conditions of service, including limitations of liability discussed in the *Notice Concerning Limitation of Liability*, apply to the services performed by the Company. These terms and conditions are established by contract as set forth in the governing instrument or by operation of law. The Company's standard payment terms require receipt of cash in advance of performance. In event that the Company extends credit to the Customer, the following additional terms are hereby agreed to be applicable.

The amount of credit extended to the Customer is subject to periodic review and any decision to increase, decrease or revoke the amount of credit granted to the Customer shall be in the sole discretion of the Company without advance notice.

By establishing a credit account for the Customer, the Company shall be under no obligation to incur any expense, guarantee payment, or advance money on behalf of the Customer. Notwithstanding any course of dealing, course of conduct, course of performance or usage of trade, the fact that the Company has made a payment, advance or guarantee shall not constitute a waiver of this provision, nor shall any failure or delay by the Company to exercise any right operate as a waiver thereof, nor shall any single or partial exercise of any right preclude any other or further exercise thereof or the exercise of any other right.

The Customer agrees to keep the account current and agrees to pay each invoice according to its terms. Unless other payment terms are shown on the face of the invoice, it is agreed that the Company will receive payment within fifteen (15) days of the invoice date.

In the event that the Customer fails to keep the account current, all amounts owed by Customer shall immediately become due and payable. The Customer shall also become indebted to the Company for costs of collection, including reasonable attorney fees, plus one and one half percent (1.5%) interest per month (19.72% per annum) on all amounts, compounded daily and calculated from the due date.

As security for any existing and future indebtedness and obligations of the Customer to the Company, including claims for charges, expenses or advances incurred by the Company in connection with any shipment or transaction of the Customer, and whether or not presently contemplated by the Customer and the Company, the Customer hereby grants to the Company a continuing lien and security interest in any and all property of the Customer (including goods and documents relating thereto) now or hereafter in the Company's possession , custody or control or en route ( the "Collateral"). This lien and security interest shall be in addition to any other rights the Company has or may acquire under any other agreements and/or applicable law, and shall survive delivery or release of any Collateral. Customer agrees to make full and prompt payment of the unpaid purchase price of any goods as to which the Company provides services or makes advances and to deliver all requisite authorizations, bills of lading, and other title documentation to assure such payment.

If any indebtedness remains unpaid, the Company may, in addition to any other rights it has under other agreements and/or applicable law, exercise any or all of the rights of a secured party under the Uniform Commercial Code now in effect in the State of Washington. Any notice required to be given by the Company of a sale or other disposition or other intended actions with respect to any Collateral, or otherwise, made by sending same to the Customer at least ten (10) days prior to any proposed action shall constitute fair and reasonable notice to the Customer. Any surplus from a sale or other disposition of Collateral, after application of the proceeds to the costs of enforcement and sale or other disposition (including attorneys' fees) and to the indebtedness and obligations, shall be transmitted to the Customer, and the Customer shall be liable for any deficiency in the sale.

The foregoing shall be construed according to the internal substantive laws of the State of Washington, without regard to the conflict of law principles of such State. The Customer irrevocably submits to the exclusive jurisdiction of the state courts of Washington, and agrees that all claims and proceedings by the Customer shall be brought only in King County.

•



# Expeditors®
You'd be surprised how far we'll go for you.

# Application for Credit

Only limited credit can be granted without current financial statements. Please attach your most recent financial statements to expedite credit approval.

**Please return completed application to:**

| **Customer name:** DIAMOND COMIC DISTRIBUTORS INC | **Parent (if applicable):** | **Ownership:** |
|---|---|---|
| **FEIN:** 52-1243450 | **FEIN:** | ☐ Public Corporation Ticker Symbol: _____ |
| **Address:** 1966 Greenspring Drive Suite 300 | **Address:** | ☒ Private Corporation |
| **City/state/zip:** Timonium MD 21093 | **City/state/zip:** | ☐ Partnership |
| **Phone:** 410-560-7100 **Fax:** -410-560-7145 | **Phone:** **Fax:** | ☐ Limited Liability Company |
| **Type of business/years in business:** DISTRIBUTOR / 30 YEARS | **Type of business/years in business:** | ☐ DUNS # _____ |
| **State of entity formation:** MD | **State of entity formation:** | |

| **Bank name:** See attached | **Bank name:** |
|---|---|
| **Address:** | **Address:** |
| **Contact:** | **Contact:** |
| **Phone:** **Fax:** | **Phone:** **Fax:** |
| **Account numbers:** | **Account numbers:** |
| **Credit arrangements:** | **Credit arrangements:** |
| **Date account opened:** | **Date account opened:** |

| **Trade reference name:** See attached | **Trade reference name:** |
|---|---|
| **Address:** | **Address:** |
| **Phone:** **Fax:** | **Phone:** **Fax:** |
| **Contact:** | **Contact:** |

**Company invoices should be sent to Customer at:** 1966 Greenspring Drive Suite 300 Timonium MD 21093

**Customer contact for past due amounts:** Deborah Blandon

We represent and warrant that the information set forth in this application for credit and in the financial statements included with this application, if any, is true and complete and is not misleading. The Company is hereby authorized to obtain information from credit reporting services, to check the Customer's bank, credit and trade references and history listed above, and in the normal course of business to disclose credit information to credit grantors and reporting services. The Company's *Terms for Credit Accounts* and *Notice Concerning Limitation of Liability* as included with this application, as well as the terms of the Company's invoices, bills of lading and other shipping documents, are understood and accepted.

**Print Company Name ("the Customer"):** DIAMOND COMIC DISTRIBUTORS INC

**Authorized Signature:** _____  **Date:** 10/29/2012

**Print Name:** Larry R. Swanson  **Title:** Treasurer

Printed 08/09

# EXHIBIT B



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN 38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | INVOICE DATE | 12/18/24 |
| | INVOICE NUMBER | E323084216 |
| | YOUR REFERENCE | SEE BELOW |

AWB/BL: HDMUHKGM35711800      HAWB/HBL: 61N0879749          ARRIVAL: 12/24/24

CARRIER: YM UPWARD               CUSTOMS#: 231-8775657-8
PCS:  1157PCS      WEIGHT:  5803.5K

DUTY BY CLIENT                        USD                 531.13
      THROUGH ABI VIA ACH ON 01/23/25
OCEAN FREIGHT                              15,285.00
OCEAN IMPORT ENTRY                            75.00
ISF Fee                                       35.00
DOC HANDLING FEE                              15.00
CHASSIS RENTAL                               270.00

                    SUB TOTAL:     15,680.00

                 INVOICE TOTAL:     15,680.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:     2024026817-14-5, 2023126817-04-19
2023106817-16-33, 2024016817-06-6, 2024016817-23-5, 2024016817-06-17
2023056817-09-1, 2024016817-26-69, 2024016817-26-70, 2024016817-26-71
2024046817-12-1, 2024046817-12-2, 2024026817-03-1, 2024026817-23-12
2024026817-23-14, 2024026817-23-15, 2024036817-29-6, 2024036817-23-36
2024036817-23-35, 2023126817-25-9, 2024026817-07-21, 2024026817-31-4
2024036817-11-12, 2024016817-13-1, 2024016817-13-2, 2023116817-15-35
2023116817-15-36, 2023116817-29-21, 2023116817-29-19
2023116817-29-20, 2023116817-29-18, 2023126817-11-11
2024016817-01-20, 2024016817-01-21, 2024026817-14-14
2024026817-28-49, 2024026817-23-11, 2024026817-31-1, 2024026817-08-1
2023126817-19-1, 2024036817-23-19, 2024026817-23-3, 2024036817-11-11
2024026817-07-15, 2024026817-07-16, 2023116817-29-12, 2024036817-29-9
2024036817-29-10, 2024036817-29-11

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |





Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD      21030

| INVOICE DATE | 12/18/24 |
| INVOICE NUMBER | E323084216 |
| YOUR REFERENCE | SEE BELOW |

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

IT V1481668880        12/09/24
CO TEMU1634746          281 20
CO KOCU4084177          876 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

SR 01 Page   2      ORIGINAL   Expeditors Reference:   7321665385





REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 12/18/24 |
| INVOICE NUMBER | E323084581 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6400914940       HAWB/HBL: 6911606111          ARRIVAL: 12/15/24

CARRIER: COSCO NETHERLANDS     CUSTOMS#: 231-8776224-6
PCS:  140PCS     WEIGHT:  928.0K

ADDITIONAL BILLING, ORIGINAL 12/09/24

| | | |
|---|---|---|
| OCEAN FREIGHT | 2,194.50 | USD |
| CFS WAREHOUSE FEE | 106.40 | |
| FORKLIFT FEE | 85.00 | |
| DELIVERY | 260.99 | |
| APPOINTMENT FEE | 100.00 | |

                    SUB TOTAL:     2,746.89

                   INVOICE TOTAL:     2,746.89 USD

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:    DST5548, DST5604, DST5642

            CO CSNU6300155          140 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104

| | | | |
|---|---|---|---|
| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |

1/93          SR 02          ORIGINAL   Expeditors Reference:   7321668088 A



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 12/26/24 |
| --- | --- |
| INVOICE NUMBER | E323086930 |
| YOUR REFERENCE | 2024043425 |

AWB/BL: EGLV149409802727     HAWB/HBL: 61N0880123     ARRIVAL: 12/16/24

CARRIER: EVER MACH          CUSTOMS#: 231-8777089-2
PCS:  975PCS    WEIGHT:  3754.0K

ADDITIONAL BILLING, ORIGINAL 12/12/24

| | | |
| --- | --- | --- |
| YARD PULL | 125.00 | USD |
| 3D YARD STORAGE | 105.00 | |
| 3D ADTL CHASSIS | 135.00 | |
| CHASSIS SPLIT | 125.00 | |
| SUB TOTAL: | 490.00 | |
| INVOICE TOTAL: | 490.00 | USD |

SERVICE LEVEL: Destination Door Service

IT VVS11862945      12/07/24
CO EITU1437730       975 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
| --- | --- | --- |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:     121000248 | Routing No.:     121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:     WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | |
|---|---|
| **INVOICE DATE** | 12/26/24 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | |
|---|---|
| **INVOICE NUMBER** | E323086931 |

| |
|---|
| **YOUR REFERENCE** |

AWB/BL: HDMUHKGM53509500      HAWB/HBL: 61N0878903      ARRIVAL: 12/16/24

CARRIER: YM UNANIMITY          CUSTOMS#: 231-8774576-1
PCS:  1058PCS      WEIGHT:  7322.0K

ADDITIONAL BILLING, ORIGINAL 12/12/24

| | | |
|---|---|---|
| YARD PULL | 125.00 | USD |
| 2D YARD STORAGE | 70.00 | |
| 3D ADTL CHASSIS | 135.00 | |
| CHASSIS SPLIT | 125.00 | |
| SUB TOTAL: | 455.00 | |
| INVOICE TOTAL: | 455.00 | USD |

SERVICE LEVEL: Destination Door Service

IT V1481649286        11/29/24
CO HMMU9042460          1058 45

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

*ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS*

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.: 4173975863 | Wire Account No.: 4761071752 |
| | Routing No.: 121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT: WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 12/27/24 |
| INVOICE NUMBER | E323088092 |
| YOUR REFERENCE | |

AWB/BL: ONEYTYOEM0139700     HAWB/HBL: 6930207020          ARRIVAL: 12/31/24

CARRIER: ONE MODERN          CUSTOMS#: 231-8776491-1
PCS:  22PCS     WEIGHT:  592.0K

DUTY BY CLIENT                     USD               41.44
     THROUGH ABI VIA ACH ON 01/23/25
OCEAN FREIGHT                     307.00
OCEAN IMPORT ENTRY                 75.00
DELIVERY LCL                      148.00
ISF Fee                            35.00
DOC HANDLING FEE                   15.00
TERMINAL HANDLING                 135.00

               SUB TOTAL:        715.00

          INVOICE TOTAL:         715.00 USD

SERVICE LEVEL: CFS to CFS / Standard Service

          IT 058026404        12/27/24
          CO TCNU3946701          22 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

**TERMS: NET CASH**

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**EFT OPTIONS:**

**Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |

ORIGINAL    Expeditors Reference:   7321668098



ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 12/30/24 |
| INVOICE NUMBER | E323088498 |
| YOUR REFERENCE | 2024042085-24 |

AWB/BL: HLCUSZX2410BJTF4    HAWB/HBL: 61N0872907    ARRIVAL: 12/19/24

CARRIER: SEASPAN YANGTZE       CUSTOMS#: 231-8774073-9
PCS:  835PCS    WEIGHT:  2008.0K

ADDITIONAL BILLING, ORIGINAL 12/12/24

YARD PULL                      125.00 USD
3D YARD STORAGE                105.00
CHASSIS SPLIT                  125.00
4D ADTL CHASSIS                180.00

                SUB TOTAL:     535.00

             INVOICE TOTAL:    535.00 USD

SERVICE LEVEL: Destination Door Service

        IT V0464984132       11/22/24
        CO TEMU1592260         835 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104

ACH Credit Account No.: 4173975863    Wire Account No.: 4761071752
Routing No.: 121000248    Routing No.: 121000248
Preferred Remittance Format: CTX    SWIFT: WFBIUS6S

1/93        J2 02        ORIGINAL   Expeditors Reference:  7321661757 A



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 12/30/24 |
| INVOICE NUMBER | E323088499 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: HLCUSZX2410BJTQ5     HAWB/HBL: 61N0875125     ARRIVAL: 12/20/24

CARRIER: ONE ARCADIA          CUSTOMS#: 231-8774693-4
PCS:  246PCS    WEIGHT:  1743.5K

ADDITIONAL BILLING, ORIGINAL 12/05/24

YARD PULL                          125.00 USD
4D YARD STORAGE                    140.00
CHASSIS SPLIT                      125.00
4D ADTL CHASSIS                    180.00

            SUB TOTAL:       570.00

         INVOICE TOTAL:      570.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024024552-22, 2023124552-50

            IT V0444140151        11/29/24
            CO GATU1343934           246 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:     121000248 | Routing No.:     121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:     WFBIUS6S |

1/93              J2 02              ORIGINAL   Expeditors Reference:   7321664093 A



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 12/31/24 |
| INVOICE NUMBER | E323089280 |
| YOUR REFERENCE | DST5642 |

AWB/BL: HDMUHKGM31277000     HAWB/HBL: 6911604664     ARRIVAL: 12/16/24

CARRIER: YM WHOLESOME          CUSTOMS#: 231-8774257-8
PCS:  1140PCS    WEIGHT:  7797.5K

              ADDITIONAL BILLING, ORIGINAL 12/05/24

HMMU6296414
YARD PULL HMMU                        125.00 USD
2D YARD STORAGE HMMU                   70.00
CHASSIS SPLIT HMMU                    125.00
7D ADTL CHASSIS HMMU                  315.00
KOCU4616557
CHASSIS SPLIT KOCU                    125.00
CONTAIN DET PER DIEM                  750.00
DETAILS ON LAST PAGE

              SUB TOTAL:     1,510.00

            INVOICE TOTAL:     1,510.00 USD

SERVICE LEVEL: CY to CY

          IT V1481639097      11/23/24
          CO KOCU4616557         570 40H
          CO HMMU6296414         570 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:     121000248 | Routing No.:     121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:     WFBIUS6S |



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 12/31/24 |
| INVOICE NUMBER | E323089280 |
| YOUR REFERENCE | DST5642 |

DETENTION          Free Time Allowed:     7      Port of Discharge:  MEM
                                                 Port of Unlading:   LAX

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 01/15/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| HMMU6296414 | 250.00 | 12/19/24 | 12/28/24 | 12/25/24 | 3 | 750.00 |
| Total | | | | | | 750.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 |

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
|---|---|---|---|
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |

*You'd be surprised how far we'll go for you.*

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| INVOICE DATE | 12/31/24 |
| INVOICE NUMBER | E323089413 |
| YOUR REFERENCE | 2024034552-5 5 |

AWB/BL: EGLV149409580881    HAWB/HBL: 61N0875135    ARRIVAL: 01/06/25

CARRIER: EVER MAX             CUSTOMS#: 231-8776700-5
PCS:  154PCS    WEIGHT:  1242.0K

DUTY BY CLIENT              USD           127.74
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                    3,090.15
OCEAN IMPORT ENTRY                  75.00
DELIVERY LCL                       310.50
ISF Fee                             35.00
DOC HANDLING FEE                    15.00
TERMINAL HANDLING                  223.56

              SUB TOTAL:     3,749.21

          INVOICE TOTAL:     3,749.21 USD

SERVICE LEVEL: CFS to CFS

        IT 058262466        12/30/24
        CO TGBU6534354         154 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 |

| | | | |
|---|---|---|---|
| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |

1/93            SR 01            ORIGINAL   Expeditors Reference:  7321669470



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| **INVOICE DATE** | 01/03/25 |
| **INVOICE NUMBER** | E323090929 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: MEDUHF370876      HAWB/HBL: 61N0880557      ARRIVAL: 12/26/24



CARRIER: MSC ROSA M          CUSTOMS#: 231-8775731-1
PCS:  276PCS    WEIGHT:  2014.0K

ADDITIONAL BILLING, ORIGINAL 12/20/24

YARD PULL                          125.00 USD
3D YARD STORAGE                    105.00
3D ADTL CHASSIS                    135.00
CHASSIS SPLIT                      125.00

                SUB TOTAL:         490.00

              INVOICE TOTAL:       490.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024034898-15, 2024024898-14, 2024024898-50
2024034898-28, 2024034898-25, 2024054898-09, 2024054898-24
2024044898-23, 2024064898-14

              IT V1P05803115        12/12/24
              CO TGHU1945307          276 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | |
|---|---|
| **INVOICE DATE** | 01/03/25 |
| **INVOICE NUMBER** | E323090970 |
| **YOUR REFERENCE** | 578583-00-26 |

AWB/BL: EGLV149409779245     HAWB/HBL: 61N0878809          ARRIVAL: 01/08/25

CARRIER: EVER MEMO                CUSTOMS#: 231-8777342-5
PCS:  40PCS     WEIGHT:  370.0K

DUTY BY CLIENT                     USD              94.47
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                      973.25
OCEAN IMPORT ENTRY                  75.00
DELIVERY LCL                        92.50
ISF Fee                             35.00
DOC HANDLING FEE                    15.00
TERMINAL HANDLING                  135.00

                    SUB TOTAL:    1,325.75

                INVOICE TOTAL:    1,325.75 USD

SERVICE LEVEL: CFS to CFS

        IT 058666786        01/02/25
        CO EITU9316396         40 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93                    SR 01            ORIGINAL    Expeditors Reference:    7321671347



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771



CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/06/25 |

| INVOICE NUMBER | E323092153 |

| YOUR REFERENCE | |

AWB/BL: EGLV010401576718      HAWB/HBL: 6911607002         ARRIVAL: 01/09/25

CARRIER: COSCO ENGLAND          CUSTOMS#: 231-8777464-7
PCS:  155PCS    WEIGHT:  740.0K

DUTY BY CLIENT                    USD              267.64
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                      2,305.87
OCEAN IMPORT ENTRY                    75.00
DELIVERY LCL                         185.00
ISF Fee                               35.00
DOC HANDLING FEE                      15.00
TERMINAL HANDLING                    135.00

                   SUB TOTAL:     2,750.87

                 INVOICE TOTAL:   2,750.87 USD

SERVICE LEVEL: CFS to CFS

         IT 058667243         01/06/25
         CO TXGU5620759          155 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |

1/93              SR 01                    ORIGINAL   Expeditors Reference:   7321671201



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/13/25 |
| INVOICE NUMBER | E323095641 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUOE739133       HAWB/HBL: 65T0061379       ARRIVAL: 12/27/24

CARRIER: GUTHORM MAERSK       CUSTOMS#: 231-8775660-2
PCS:  314PCS    WEIGHT:  2414.5K

ADDITIONAL BILLING, ORIGINAL 12/20/24

| | | |
|---|---|---|
| YARD PULL | 125.00 | USD |
| 5D YARD STORAGE | 175.00 | |
| 6D ADTL CHASSIS | 270.00 | |
| CHASSIS SPLIT | 125.00 | |
| CONTAIN DET PER DIEM | 500.00 | |
| DETAILS ON LAST PAGE | | |

SUB TOTAL:    1,195.00

INVOICE TOTAL:    1,195.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:   2024034552-55, 2024014552-25

IT V1P05815051      12/12/24
CO MSMU1194099          314 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/13/25 |
| INVOICE NUMBER | E323095641 |
| YOUR REFERENCE | SEE BELOW |

DETENTION              Free Time Allowed:    7    Port of Discharge:  MEM
                                                  Port of Unlading:   LAX

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 01/28/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| MSMU1194099 | 250.00 | 12/30/24 | 01/07/25 | 01/05/25 | 2 | 500.00 |
| Total | | | | | | 500.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

*ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS*

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/13/25 |
| **INVOICE NUMBER** | E323095642 |
| **YOUR REFERENCE** | 2024034552-55 |

AWB/BL: HLCUSZX2410COJM4     HAWB/HBL: 61N0875369     ARRIVAL: 12/29/24

CARRIER: YM WELLNESS          CUSTOMS#: 231-8776276-6
PCS:  343PCS     WEIGHT:  2323.5K

ADDITIONAL BILLING, ORIGINAL 12/20/24

| | | |
|---|---|---|
| YARD PULL | 125.00 | USD |
| 4D YARD STORAGE | 140.00 | |
| CHASSIS SPLIT | 125.00 | |
| 6D ADTL CHASSIS | 270.00 | |
| CONTAIN DET PER DIEM | 500.00 | |
| DETAILS ON LAST PAGE | | |

SUB TOTAL:     1,160.00

INVOICE TOTAL:     1,160.00 USD

SERVICE LEVEL: Destination Door Service

IT V0445397263       12/13/24
CO DFSU2672482          343 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/13/25 |
| INVOICE NUMBER | E323095642 |
| YOUR REFERENCE | 2024034552-55 |

DETENTION          Free Time Allowed:    7      Port of Discharge:  MEM
                                                Port of Unlading:   LGB

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 01/28/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| DFSU2672482 | 250.00 | 12/31/24 | 01/08/25 | 01/06/25 | 2 | 500.00 |
| Total | | | | | | 500.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

| | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/13/25 |
| INVOICE NUMBER | E323095644 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUOE719523      HAWB/HBL: 65T0060720       ARRIVAL: 12/30/24

CARRIER: GRETE MAERSK       CUSTOMS#: 231-8775289-0
PCS:  406PCS    WEIGHT:  2686.0K

ADDITIONAL BILLING, ORIGINAL 12/23/24

CHASSIS SPLIT                        125.00 USD
2D ADTL CHASSIS                       90.00

                 SUB TOTAL:         215.00

               INVOICE TOTAL:       215.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:      2024024552-22, 2023114552-18, 2023094552-27
2024014552-25

                IT V1P05819707        12/10/24
                CO MSDU2354750           406 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:   121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93          J2 02              ORIGINAL   Expeditors Reference:   7321665437 A



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/15/25 |
| INVOICE NUMBER | E323096480 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: HDMUHKGM35711800     HAWB/HBL: 61N0879749       ARRIVAL: 01/03/25

CARRIER: YM UPWARD          CUSTOMS#: 231-8775657-8
PCS:  1157PCS      WEIGHT:  5803.5K

ADDITIONAL BILLING, ORIGINAL 12/18/24

| KOCU4084177 | |
|---|---|
| YARD PULL KOCU | 125.00 USD |
| 2D YARD STORAGE KOCU | 70.00 |
| CHASSIS SPLIT KOCU | 125.00 |
| 5D ADTL CHASSIS KOCU | 225.00 |
| TEMU1634746 | |
| FLIP FEE TEMU | 125.00 |
| YARD PULL TEMU | 125.00 |
| 2D YARD STORAGE TEMU | 70.00 |
| CHASSIS SPLIT TEMU | 125.00 |
| 3D ADTL CHASSIS TEMU | 135.00 |
| CONTAIN DET PER DIEM | 250.00 |
| DETAILS ON LAST PAGE | |

SUB TOTAL:     1,375.00

INVOICE TOTAL:     1,375.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024026817-14-5, 2023126817-04-19
2023106817-16-33, 2024016817-06-6, 2024016817-23-5, 2024016817-06-17
2023056817-09-1, 2024016817-26-69, 2024016817-26-70, 2024016817-26-71
2024046817-12-1, 2024046817-12-2, 2024026817-03-1, 2024026817-23-12
2024026817-23-14, 2024026817-23-15, 2024036817-29-6, 2024036817-23-36
2024036817-23-35, 2023126817-25-9, 2024026817-07-21, 2024026817-31-4
2024036817-11-12, 2024016817-13-1, 2024016817-13-2, 2023116817-15-35
2023116817-15-36, 2023116817-29-21, 2023116817-29-19

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/15/25 |
| **INVOICE NUMBER** | E323096480 |
| **YOUR REFERENCE** | SEE BELOW |

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

2023116817-29-20, 2023116817-29-18, 2023126817-11-11
2024016817-01-20, 2024016817-01-21, 2024026817-14-14
2024026817-28-49, 2024026817-23-11, 2024026817-31-1, 2024026817-08-1
2023126817-19-1, 2024036817-23-19, 2024026817-23-3, 2024036817-11-11
2024026817-07-15, 2024026817-07-16, 2023116817-29-12, 2024036817-29-9
2024036817-29-10, 2024036817-29-11

```
IT V1481668880        12/09/24
CO TEMU1634746          281 20
CO KOCU4084177          876 40H
```

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:  121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD      21030

| INVOICE DATE | 01/15/25 |
| INVOICE NUMBER | E323096480 |
| YOUR REFERENCE | SEE BELOW |

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

DETENTION          Free Time Allowed:     7      Port of Discharge:  MEM
                                                 Port of Unlading:   LAX

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 01/30/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| KOCU4084177 | 250.00 | 01/06/25 | 01/13/25 | 01/12/25 | 1 | 250.00 |
| Total | | | | | | 250.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:  121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 12/31/24 |
| INVOICE NUMBER | E323089414 |
| YOUR REFERENCE | |

AWB/BL: EGLV149409580881    HAWB/HBL: 61N0881622        ARRIVAL: 01/06/25

CARRIER: EVER MAX           CUSTOMS#: 231-8776698-1
PCS:  72PCS    WEIGHT:  200.0K

DUTY BY CLIENT              USD              89.60
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                    1,124.75
OCEAN IMPORT ENTRY                  75.00
DELIVERY LCL                        60.00
ISF Fee                             35.00
DOC HANDLING FEE                    15.00
TERMINAL HANDLING                  135.00

                SUB TOTAL:    1,444.75

              INVOICE TOTAL:    1,444.75 USD

SERVICE LEVEL: CFS to CFS

        IT 058262470        12/30/24
        CO TGBU6534354          72 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                    121000248 | Routing No.:       121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:              WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD      21030

| | |
|---|---|
| **INVOICE DATE** | 01/03/25 |
| **INVOICE NUMBER** | E323091002 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: MEDUHF495137      HAWB/HBL: 61N0878782      ARRIVAL: 01/09/25

CARRIER: MSC LA SPEZIA        CUSTOMS#: 231-8776853-2
PCS:  577PCS    WEIGHT:  3077.5K

DUTY BY CLIENT                  USD          2,542.94
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                        5,885.00
OCEAN IMPORT ENTRY                      75.00
ISF Fee                                 35.00
DOC HANDLING FEE                        15.00
CHASSIS RENTAL                         135.00

                    SUB TOTAL:    6,145.00

                  INVOICE TOTAL:    6,145.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    DST5645, DST5686, DST5701, DST5710, DST5718

                    IT V1P05825654      12/26/24
                    CO MEDU2950010        577 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93                    SR 01                    ORIGINAL    Expeditors Reference:    7321669596



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN 38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD 21030

| | | |
|---|---|---|
| **INVOICE DATE** | 01/03/25 |
| **INVOICE NUMBER** | E323091003 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: MEDUHF643629    HAWB/HBL: 61N0882309    ARRIVAL: 01/09/25

CARRIER: MSC LA SPEZIA    CUSTOMS#: 231-8777380-5
PCS: 2065PCS    WEIGHT: 11095.0K

DUTY BY CLIENT                USD            1,491.42
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                      18,885.00
OCEAN IMPORT ENTRY                     75.00
ISF Fee                                35.00
DOC HANDLING FEE                       15.00
CHASSIS RENTAL                        405.00

                    SUB TOTAL:    19,415.00

                 INVOICE TOTAL:    19,415.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024016817-29-3, 2023066817-04-64
2023106817-16-31, 2024026817-22-3, 2024026817-22-4, 2023056817-21-5
2023126817-11-3, 2024016817-04-4, 2024016817-04-5, 2023086817-30-14
2024026817-14-2, 2024036817-23-22, 2024016817-08-17, 2024016817-08-18
2024036817-23-25, 2024036817-23-26, 2024036817-23-24
2024036817-23-27, 2024036817-23-28, 2023076817-13-5, 2024016817-08-15
2024026817-07-17, 2023096817-05-2, 2024026817-22-1, 2023126817-11-15
2024016817-23-12, 2024016817-23-11, 2023126817-25-1, 2024016817-08-8
2024026817-14-10, 2024026817-28-8, 2024036817-23-18, 2024026817-07-26
2024026817-07-27, 2024026817-07-28, 2024026817-07-31
2024026817-07-32, 2024026817-07-30, 2024046817-12-5, 2024036817-07-38
2024016817-26-58, 2024036817-23-20, 2024016817-08-22
2024026817-07-39, 2024036817-03-7, 2024036817-03-8, 2023066817-02-5
2023066817-02-6, 2024026817-06-3, 2024046817-04-3, 2024046817-04-2
2024046817-04-4, 2024046817-04-5, 2024026817-22-2, 2023116817-22-1
2024026817-14-4, 2023066817-02-1, 2024036817-18-1, 2024046817-04-1

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format: CTX | SWIFT:    WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD      21030

| INVOICE DATE | 01/03/25 |
| --- | --- |
| INVOICE NUMBER | E323091003 |
| YOUR REFERENCE | SEE BELOW |

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

2024026817-14-6, 2024026817-14-7, 2024036817-18-12, 2024026817-07-23
2023076817-23-3, 2024026817-31-16, 2024016817-08-24, 2024036817-18-13
2024046817-03-21, 2024046817-27-18, 2024046817-27-14
2024026817-08-23, 2024026817-08-8, 2024026817-08-16, 2024026817-08-5
2024026817-08-14, 2024026817-08-13, 2024026817-08-24, 2024026817-08-6
2024026817-08-10, 2024026817-08-17, 2024026817-08-9, 2024026817-08-11
2024026817-08-22, 2024026817-08-25, 2024026817-08-21
2024026817-15-38, 2024026817-08-12, 2024026817-08-20
2024026817-08-15, 2024026817-08-18, 2024026817-15-20, 2024026817-08-7
2024046817-23-5, 2024036817-23-39, 2024036817-23-38, 2024036817-23-45
2024036817-23-44, 2024036817-23-46, 2024036817-23-37
2022056817-03-25, 2024046817-23-1, 2024046817-23-6, 2024046817-23-8
2024046817-23-7, 2023116817-29-11, 2023116817-29-10, 2023116817-29-23
2024026817-23-1, 2024026817-23-2, 2024026817-06-1, 2024026817-28-51
2024036817-29-7, 2024036817-29-8, 2023116817-28-2, 2023126817-25-11
2023066817-09-3, 2023106817-16-40, 2023116817-15-37, 2023116817-29-1
2024016817-19-6, 2024016817-19-5, 2024026817-15-27, 2024016817-01-32
2024016817-01-31, 2023066817-25-5, 2023126817-18-1, 2023096817-12-1
2023116817-06-3, 2024036817-15-31, 2024036817-15-30, 2024036817-15-23
2024036817-15-24, 2024036817-15-27, 2024036817-15-26
2024036817-15-29, 2024036817-15-28, 2024036817-15-25
2024026817-22-15, 2024026817-22-17, 2024026817-22-18
2024026817-22-16, 2024026817-28-21, 2024026817-28-20, 2023126817-04-2
2024036817-03-15, 2024046817-19-6, 2023116817-06-6, 2023116817-06-7
2024026817-07-20, 2024026817-07-19, 2024026817-31-17
2024026817-22-12, 2024026817-07-4, 2024026817-07-3, 2024026817-07-1
2024026817-28-29, 2024046817-15-10, 2024036817-29-15, 2024016817-01-1
2024046817-27-3, 2024046817-27-4, 2024046817-27-5, 2024026817-31-3
2024026817-31-2, 2024026817-15-19, 2023096817-05-1, 2024036817-11-13
2023126817-19-10, 2023126817-19-9, 2024026817-07-40, 2024026817-07-41

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
| --- | --- | --- |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:  121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/03/25 |
| --- | --- |

| INVOICE NUMBER | E323091003 |
| --- | --- |

| YOUR REFERENCE | SEE BELOW |
| --- | --- |

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

2024036817-26-5, 2024046817-27-11, 2024036817-03-20, 2024056817-03-34
2024036817-03-6, 2024036817-15-22, 2024056817-04-1, 2024036817-11-14
2024016817-26-43, 2024016817-26-44, 2024016817-26-45
2024016817-26-46, 2024026817-28-26, 2024026817-14-18
2024026817-14-20, 2024026817-14-19, 2024046817-03-14
2024046817-03-13, 2024046817-03-11, 2024046817-08-14
2024026817-28-42, 2024026817-28-44, 2024026817-28-43, 2023126817-28-1
2024036817-23-14, 2024036817-23-33, 2024026817-15-16
2024016817-16-18

```
IT V1P05825654        12/27/24
CO FFAU5919847          675 40H
CO MSMU8834731         1025 40H
CO CAIU3748174          365 20
```

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
| --- | --- | --- |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                    121000248 | Routing No.:      121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:              WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/06/25 |
| INVOICE NUMBER | E323092148 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: EGLV010401576662    HAWB/HBL: 6911606775    ARRIVAL: 01/09/25

CARRIER: COSCO SHIPPING ANDES CUSTOMS#: 231-8776697-3
PCS:  43PCS    WEIGHT:  333.0K

DUTY BY CLIENT                  USD              207.60
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                   924.35
OCEAN IMPORT ENTRY               75.00
DELIVERY LCL                     83.25
ISF Fee                          35.00
DOC HANDLING FEE                 15.00
TERMINAL HANDLING               135.00

                   SUB TOTAL:    1,267.60

                 INVOICE TOTAL:    1,267.60 USD

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:    2023074239-09, 2023084239-13, 2024034239-06

            IT 058670290       01/06/25
            CO EGHU9329751          43 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:   121000248 | Routing No.:   121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:   WFBIUS6S |

1/93            SR 01                    ORIGINAL   Expeditors Reference:   7321669566





REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| INVOICE DATE | 01/06/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE NUMBER | E323092158 |

| YOUR REFERENCE | |

AWB/BL: EGLV149409779262    HAWB/HBL: 61N0881993      ARRIVAL: 01/09/25

CARRIER: EVER MEMO            CUSTOMS#: 231-8777744-2
PCS:  64PCS    WEIGHT:  634.0K

| DUTY BY CLIENT | USD | 182.95 |
|----|----|----|
| THROUGH ABI VIA ACH ON 02/24/25 | | |
| OCEAN FREIGHT | | 1,850.75 |
| OCEAN IMPORT ENTRY | | 75.00 |
| DELIVERY LCL | | 158.50 |
| ISF Fee | | 35.00 |
| DOC HANDLING FEE | | 15.00 |
| TERMINAL HANDLING | | 135.00 |

                    SUB TOTAL:    2,269.25

                  INVOICE TOTAL:    2,269.25 USD

SERVICE LEVEL: CFS to CFS

          IT 058670393        01/06/25
          CO EGSU9652557          64 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/terms-conditions-global.  All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** |
|----|----|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 |

| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:            121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:        WFBIUS6S |

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/06/25 |
| INVOICE NUMBER | E323092159 |
| YOUR REFERENCE | 2023125577-15 |

AWB/BL: EGLV149409779262     HAWB/HBL: 61N0882252     ARRIVAL: 01/09/25

CARRIER: EVER MEMO            CUSTOMS#: 231-8777522-2
PCS: 81PCS     WEIGHT:  313.0K

DUTY BY CLIENT                    USD              109.40
      THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                      1,646.15
OCEAN IMPORT ENTRY                    75.00
DELIVERY LCL                          78.25
ISF Fee                               35.00
DOC HANDLING FEE                      15.00
TERMINAL HANDLING                    135.00

                    SUB TOTAL:    1,984.40

              INVOICE TOTAL:     1,984.40 USD

SERVICE LEVEL: CFS to CFS

          IT 058670404        01/06/25
          CO EGSU9652557          81 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:      4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:      121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:      WFBIUS6S |

1/93          SR 01          ORIGINAL   Expeditors Reference:   7321671322



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | |
|---|---|
| **INVOICE DATE** | 01/06/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE NUMBER** | E323092163 |

| |
|---|
| **YOUR REFERENCE** |

AWB/BL: EGLV149409779262    HAWB/HBL: 61N0882934        ARRIVAL: 01/09/25

CARRIER: EVER MEMO            CUSTOMS#: 231-8777470-4
PCS:  84PCS   WEIGHT:  480.0K

```
DUTY BY CLIENT                   USD            71.28
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                1,868.00
OCEAN IMPORT ENTRY              75.00
DELIVERY LCL                   120.00
ISF Fee                         35.00
DOC HANDLING FEE                15.00
TERMINAL HANDLING              135.00

                 SUB TOTAL:   2,248.00

              INVOICE TOTAL:   2,248.00 USD
```

SERVICE LEVEL: CFS to CFS

```
          IT 058670415        01/06/25
          CO EGSU9652557           84 40H
```

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                     121000248 | Routing No.:     121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:            WFBIUS6S |

SR 01                ORIGINAL    Expeditors Reference:  7321671323



You'd be surprised how far we'll go for you.

REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/06/25 |
| INVOICE NUMBER | E323092165 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUH8513374        HAWB/HBL: 65T0061781        ARRIVAL: 01/12/25

CARRIER: MAERSK ALTAIR        CUSTOMS#: 231-8777746-7
PCS:  877PCS    WEIGHT:  5393.5K

DUTY BY CLIENT                    USD              572.53
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                          7,035.00
OCEAN IMPORT ENTRY                        75.00
ISF Fee                                   35.00
DOC HANDLING FEE                          15.00
CHASSIS RENTAL                           135.00

                    SUB TOTAL:     7,295.00

                 INVOICE TOTAL:     7,295.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2023124552-1, 2024034552-68, 2024034552-55
575852-00, 2024044552-67, 2023094552-21, 2023014552-62

         IT V1P05829318        12/30/24
         CO MSDU6742157          877 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:   121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:   WFBIUS6S |

1/93          SR 01                    ORIGINAL    Expeditors Reference:   7321671325



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/07/25 |
| INVOICE NUMBER | E323092532 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: HDMUHKGM11268300     HAWB/HBL: 6911604984        ARRIVAL: 01/13/25

CARRIER: YM UNANIMITY        CUSTOMS#: 231-8774571-2
PCS:  2368PCS     WEIGHT:  11473.0K

             ADDITIONAL BILLING, ORIGINAL 12/13/24

EXAM CHARGES                          375.00 USD
DISBURSEMENT FEE                      100.00

               SUB TOTAL:        475.00

             INVOICE TOTAL:      475.00 USD

SERVICE LEVEL: CY to CY

YOUR REFERENCES:    DST5604, DST5622, DST5643, DST5642, DST5639
DST5651, DST5548

          IT V1481649328         11/29/24
          CO KOCU4166526          729 40H
          CO KOCU4334086         1639 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE** *SUBJECT TO TERMS AND CONDITIONS*

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93          SR 02                ORIGINAL   Expeditors Reference:   7321663973 A



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/07/25 |
| INVOICE NUMBER | E323092572 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: HDMUHKGM11268300      HAWB/HBL: 6911604984      ARRIVAL: 01/13/25

CARRIER: YM UNANIMITY        CUSTOMS#: 231-8774571-2
PCS:  2368PCS    WEIGHT:  11473.0K

ADDITIONAL BILLING, ORIGINAL 12/13/24

EXAM CHARGES                          375.00 USD

               SUB TOTAL:       375.00

             INVOICE TOTAL:       375.00 USD

SERVICE LEVEL: CY to CY

YOUR REFERENCES:    DST5604, DST5622, DST5643, DST5642, DST5639
DST5651, DST5548

       IT V1481649328        11/29/24
       CO KOCU4166526          729 40H
       CO KOCU4334086         1639 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93              SR 03              ORIGINAL   Expeditors Reference:   7321663973 B



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| INVOICE DATE | 01/09/25 |
| INVOICE NUMBER | E323094420 |
| YOUR REFERENCE | |

AWB/BL: HDMUHKGM22556300    HAWB/HBL: 6911607614    ARRIVAL: 01/13/25

CARRIER: ONE BLUE JAY         CUSTOMS#: 231-8779141-9
PCS:  1300PCS     WEIGHT:  12610.0K

DUTY BY CLIENT                    USD           9,105.16
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                    5,885.00
OCEAN IMPORT ENTRY                  75.00
ISF Fee                             35.00
DOC HANDLING FEE                    15.00
CHASSIS RENTAL                     135.00

                    SUB TOTAL:    6,145.00

                 INVOICE TOTAL:    6,145.00 USD

SERVICE LEVEL: CY to CY

         IT V1481711193      01/04/25
         CO OCGU2006524         1300 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |

1/93              SR 01              ORIGINAL   Expeditors Reference:  7321671319



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | | |
|---|---|---|
| **INVOICE DATE** | 01/10/25 |
| **INVOICE NUMBER** | E323095111 |
| **YOUR REFERENCE** | SEE BELOW |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

AWB/BL: COSU6402808110       HAWB/HBL: 6911605420       ARRIVAL: 01/17/25

---

CARRIER: OOCL POLAND          CUSTOMS#: 231-8779035-3
PCS:  223PCS     WEIGHT:  1029.0K

DUTY BY CLIENT                     USD            863.45
      THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                           1,705.86
OCEAN IMPORT ENTRY                         75.00
ISF Fee                                    35.00
DOC HANDLING FEE                           15.00
CHASSIS RENTAL                            135.00

                    SUB TOTAL:      1,965.86

                 INVOICE TOTAL:     1,965.86 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:     STMORE-0008, STMORB-0012

                 IT V2106507826      01/05/25
                 CO TLLU7738564        223 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:                 121000248 | Routing No.:        121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:              WFBIUS6S |

1/93                    SR 01              ORIGINAL   Expeditors Reference:  7321673464



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/10/25 |
| INVOICE NUMBER | E323095112 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6402808110     HAWB/HBL: 6911607487     ARRIVAL: 01/17/25

CARRIER: OOCL POLAND        CUSTOMS#: 231-8779724-2
PCS:  274PCS    WEIGHT:  1955.0K

DUTY BY CLIENT                USD           4,559.80
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                    3,823.92
OCEAN IMPORT ENTRY                 75.00
ISF Fee                            35.00
DOC HANDLING FEE                   15.00

                SUB TOTAL:      3,948.92

              INVOICE TOTAL:    3,948.92 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2023061089-18, 2024041089-10, 2024021089-22
2024041089-27, 2024011089-08

            IT V2106507826        01/05/25
            CO TLLU7738564          274 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |

SR 01                    ORIGINAL   Expeditors Reference:  7321673465



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/10/25 |
| **INVOICE NUMBER** | E323095113 |
| **YOUR REFERENCE** | 2024070309-67 |

AWB/BL: COSU6402808110        HAWB/HBL: 6911607709        ARRIVAL: 01/17/25

CARRIER: OOCL POLAND          CUSTOMS#: 231-8778029-7
PCS:  333PCS    WEIGHT:  410.0K

DUTY BY CLIENT                    USD              131.98
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                         666.39
OCEAN IMPORT ENTRY                     75.00
ISF Fee                                35.00
DOC HANDLING FEE                       15.00

                 SUB TOTAL:      791.39

               INVOICE TOTAL:    791.39 USD

SERVICE LEVEL: Destination Door Service

            IT V2106507826      01/04/25
            CO TLLU7738564       213 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:   121000248 | Routing No.:   121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:   WFBIUS6S |

1/93                SR 01                ORIGINAL   Expeditors Reference:   7321673466



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD       21030

| | |
|---|---|
| **INVOICE DATE** | 01/10/25 |
| **INVOICE NUMBER** | E323095114 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: COSU6402808110       HAWB/HBL: 6911607820       ARRIVAL: 01/17/25

---

CARRIER: OOCL POLAND            CUSTOMS#: 231-8778455-4
PCS:  55PCS    WEIGHT:  366.0K

OCEAN FREIGHT                          779.38 USD
OCEAN IMPORT ENTRY                      75.00
ISF Fee                                35.00
DOC HANDLING FEE                       15.00

                    SUB TOTAL:        904.38

                  INVOICE TOTAL:      904.38 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:     2024053220-13, PI-2408045, PI-2408098, PI-2408072

                IT V2106507826        01/05/25
                CO TLLU7738564           55 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/terms-conditions-global.  All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 <br> Routing No.:              121000248 <br> Preferred Remittance Format:  CTX | Wire Account No.:  4761071752 <br> Routing No.:       121000248 <br> SWIFT:             WFBIUS6S |

1/93              SR 01                     ORIGINAL   Expeditors Reference:  7321673467



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/10/25 |
| **INVOICE NUMBER** | E323095115 |
| **YOUR REFERENCE** | 2024053403-12 |

AWB/BL: COSU6402808110        HAWB/HBL: 6911607999        ARRIVAL: 01/17/25

CARRIER: OOCL POLAND            CUSTOMS#: 231-8778013-1
PCS:  89PCS      WEIGHT:  331.0K

DUTY BY CLIENT                       USD              407.80
      THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                        538.78
OCEAN IMPORT ENTRY                    75.00
ISF Fee                               35.00
DOC HANDLING FEE                      15.00

                    SUB TOTAL:        663.78

                  INVOICE TOTAL:      663.78 USD

SERVICE LEVEL: Destination Door Service

            IT V2106507826        01/04/25
            CO TLLU7738564            89 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/10/25 |
| INVOICE NUMBER | E323095117 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6402593450      HAWB/HBL: 6911607762        ARRIVAL: 01/16/25

CARRIER: COSCO ENGLAND          CUSTOMS#: 231-8777469-6
PCS:  48PCS    WEIGHT:  431.0K

DUTY BY CLIENT                    USD            90.28
      THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                     2,327.17
OCEAN IMPORT ENTRY                  75.00
DELIVERY LCL                       107.75
ISF Fee                             35.00
DOC HANDLING FEE                    15.00
TERMINAL HANDLING                  135.00

                  SUB TOTAL:    2,694.92

                INVOICE TOTAL:    2,694.92 USD

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:    2024023145-14, 2024043145-01, 2024023145-31
2023113145-29, 2023073145-25, 2024053145-19, 2024023145-27
2024073145-10, 2023123145-11

             IT 058673646        01/06/25
             CO CCLU7753902          48 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |

1/93           SR 01              ORIGINAL   Expeditors Reference:   7321671330





REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | | |
|---|---|---|
| | **INVOICE DATE** | 01/10/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD       21030

| | | |
|---|---|---|
| | **INVOICE NUMBER** | E323095118 |
| | **YOUR REFERENCE** | SEE BELOW |

AWB/BL: ZIMUSHH31559713      HAWB/HBL: 61N0884229      ARRIVAL: 01/16/25

CARRIER: ZIM ALBATROSS          CUSTOMS#: 231-8779438-9
PCS:  934PCS     WEIGHT:  4935.5K

DUTY BY CLIENT                    USD          1,052.63
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                           6,535.00
OCEAN IMPORT ENTRY                         75.00
ISF Fee                                    35.00
DOC HANDLING FEE                           15.00
CHASSIS RENTAL                            135.00

                    SUB TOTAL:     6,795.00

                  INVOICE TOTAL:     6,795.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024016817-08-19, 2024016817-08-20
2024056817-03-33, 2024056817-03-35, 2024026817-14-17
2024046817-19-10, 2024046817-19-15, 2024016817-17-1, 2024016817-17-2
2024056817-23-5, 2024056817-10-2, 2024056817-10-3, 2024056817-67-1
2024056817-03-16, 2024056817-03-9, 2023106817-16-39, 2024026817-03-2
2024036817-08-1, 2024036817-15-21, 2023036817-10-1, 2023026817-22-2
2024026817-07-36, 2023106817-16-19, 2024016817-26-54, 2023106817-07-3
2023116817-14-18, 2024046817-04-15, 2024046817-04-14
2024046817-04-16, 2024046817-04-17, 2024046817-04-18
2024046817-04-19, 2024076817-17-29, 2024076817-17-28
2024016817-11-24, 2024046817-15-14, 2024056817-16-14, 2024066817-04-3
2024036817-11-8, 2024026817-28-48, 2024056817-10-12, 2024056817-10-14
2024056817-10-13, 2023086817-18-4, 2024026817-23-8, 2024026817-23-9
2024026817-23-10, 2023126817-25-6, 2024016817-10-6, 2024016817-08-4
2023116817-14-1, 2024036817-26-1, 2024016817-13-5, 2024056817-10-10
2024036817-26-10, 2024046817-05-3, 2024046817-05-2, 2024056817-23-3

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:                      121000248 | Routing No.:        121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:               WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | |
|---|---|
| **INVOICE DATE** | 01/10/25 |
| **INVOICE NUMBER** | E323095118 |
| **YOUR REFERENCE** | SEE BELOW |

2024056817-23-4, 2024056817-16-11, 2024056817-16-12, 2024016817-26-55
2024016817-26-56, 2024026817-15-21, 2024026817-15-22
2024056817-03-19, 2023096817-29-1, 2024016817-13-4, 2024046817-19-11
2024046817-19-9, 2024046817-19-14, 2024046817-03-6, 2024046817-22-5
2024046817-15-18, 2024046817-15-20, 2024046817-15-19
2024056817-03-20, 2024056817-27-9, 2024056817-03-6, 2024056817-03-10
2024026817-07-14, 2024016817-08-12, 2024056817-23-16
2024056817-23-15, 2024066817-28-24, 2023096817-17-8, 2024026817-06-2
2024026817-10-5, 2024036817-02-3, 2024036817-02-2, 2024026817-28-30
2024046817-27-10, 2024036817-11-1, 2024036817-11-2, 2024016817-19-1
2024056817-02-1, 2023126817-01-5, 2024016817-08-5, 2024026817-23-5
2024046817-08-1, 2023066817-25-9, 2024046817-05-9, 2024036817-23-29
2024036817-26-12, 2024036817-26-11, 2023096817-28-2, 2023096817-28-1
2024016817-01-15, 2024016817-01-16, 2024016817-01-17
2024016817-01-18, 2024056817-16-8

         IT V2502859490        02/02/25
         CO JXLU6471097            934 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:   121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:   WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | | |
|---|---|---|
| | **INVOICE DATE** | 01/10/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | | |
|---|---|---|
| | **INVOICE NUMBER** | E323095120 |
| | **YOUR REFERENCE** | 2024044552-24 |

AWB/BL: EGLV149410209899      HAWB/HBL: 61N0879482      ARRIVAL: 01/16/25

CARRIER: OOCL POLAND          CUSTOMS#: 231-8778021-4
PCS:  50PCS    WEIGHT:  210.0K

DUTY BY CLIENT                    USD              35.94
    THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                    469.25
OCEAN IMPORT ENTRY                75.00
DELIVERY LCL                      60.00
ISF Fee                           35.00
DOC HANDLING FEE                  15.00
TERMINAL HANDLING                135.00

                    SUB TOTAL:    789.25

                INVOICE TOTAL:    789.25 USD

SERVICE LEVEL: CFS to CFS

        IT 058682680        01/09/25
        CO EGHU9802946          50 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD       21030

| | |
|---|---|
| **INVOICE DATE** | 01/10/25 |
| **INVOICE NUMBER** | E323095121 |
| **YOUR REFERENCE** | |

AWB/BL: ZIMUSHH31559717     HAWB/HBL: 61N0884232       ARRIVAL: 01/16/25

CARRIER: ZIM ALBATROSS         CUSTOMS#: 231-8779740-8
PCS:  1393PCS    WEIGHT:  7059.5K

DUTY BY CLIENT                      USD              895.50
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                       14,471.00
OCEAN IMPORT ENTRY                      75.00
ISF Fee                                 35.00
DOC HANDLING FEE                        15.00
CHASSIS RENTAL                         270.00

               SUB TOTAL:     14,866.00

             INVOICE TOTAL:   14,866.00 USD

SERVICE LEVEL: Destination Door Service

          IT V2502859508       01/02/25
          CO ZCSU2796073        658 40
          CO ZCSU2797655        735 40

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT:  WFBIUS6S |

1/93          SR 01               ORIGINAL   Expeditors Reference:   7321673816



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | | |
|---|---|---|
| **INVOICE DATE** | 01/14/25 | |
| **INVOICE NUMBER** | E323096260 | |
| **YOUR REFERENCE** | | |

AWB/BL: COSU6404040190      HAWB/HBL: 6395931936      ARRIVAL: 01/17/25

---

CARRIER: COSCO EUROPE          CUSTOMS#: 231-8780707-4
PCS:  204PCS    WEIGHT:  2464.5K

DUTY BY CLIENT                    USD            41.85
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                    4,125.06
OCEAN IMPORT ENTRY                75.00
DELIVERY LCL                     500.00
ISF Fee                           35.00
DOC HANDLING FEE                  15.00
TERMINAL HANDLING                443.61

                  SUB TOTAL:    5,193.67

                INVOICE TOTAL:    5,193.67 USD

SERVICE LEVEL: CFS to CFS

          IT V2106511992        01/03/25
          CO OOCU4795190          204 40

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:              121000248 | Routing No.:       121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:             WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/16/25 |
| **INVOICE NUMBER** | E323097500 |
| **YOUR REFERENCE** | 2024044552-24 |

AWB/BL: ONEYHANED6778602     HAWB/HBL: 65T0063365       ARRIVAL: 01/19/25

CARRIER: MOL CREATION         CUSTOMS#: 231-8779019-7
PCS: 69PCS     WEIGHT:  490.0K

| | | |
|---|---|---|
| DUTY BY CLIENT | USD | 55.62 |
| THROUGH ABI VIA ACH ON 02/24/25 | | |
| OCEAN FREIGHT | 1,363.40 | |
| OCEAN IMPORT ENTRY | 75.00 | |
| DELIVERY LCL | 122.50 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| TERMINAL HANDLING | 135.00 | |
| SUB TOTAL: | 1,745.90 | |
| INVOICE TOTAL: | 1,745.90 USD | |

SERVICE LEVEL: CFS to CFS

CO NYKU0749019            69 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |

1/93            MA  01                ORIGINAL    Expeditors Reference:   7321674377



You'd be surprised how far we'll go for you.

REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097501 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: ONEYHANED6778602    HAWB/HBL: 65T0063832    ARRIVAL: 01/19/25



ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

CARRIER: MOL CREATION          ORIGIN: HPH
PCS:  411PCS     WEIGHT:  660.5K

```
OCEAN FREIGHT                        1,788.44 USD
OCEAN IMPORT ENTRY                       75.00
DELIVERY LCL                            165.13
ISF Fee                                  35.00
DOC HANDLING FEE                         15.00
TERMINAL HANDLING                       135.00

                  SUB TOTAL:      2,213.57

                INVOICE TOTAL:    2,213.57 USD
```

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:     579073-00, 579327-00

             CO NYKU0749019          411 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

| | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:                      121000248 | Routing No.:     121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:               WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097502 |
| YOUR REFERENCE | |

AWB/BL: MEDUHF825036        HAWB/HBL: 61N0883889        ARRIVAL: 01/18/25

CARRIER: MSC LORENZA            CUSTOMS#: 231-8779021-3
PCS:  1206PCS      WEIGHT:  29515.0K

DUTY BY CLIENT                    USD              620.29
     THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                          14,471.00
OCEAN IMPORT ENTRY                         75.00
ISF Fee                                    35.00
DOC HANDLING FEE                           15.00
CHASSIS RENTAL                            270.00

                    SUB TOTAL:    14,866.00

                 INVOICE TOTAL:    14,866.00 USD

SERVICE LEVEL: Destination Door Service

          IT V1P05835745        01/07/25
          CO TIIU5893976          1164 40H
          CO CAAU5095918            42 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT: WFBIUS6S |

1/93              MA  01              ORIGINAL    Expeditors Reference:    7321673038



# Expeditors®
You'd be surprised how far we'll go for you.

REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097503 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6404768230      HAWB/HBL: 6911608274      ARRIVAL: 01/19/25

CARRIER: COSCO SHIPPING DENAL CUSTOMS#: 231-8778430-7
PCS:  1838PCS      WEIGHT:  3993.0K

DUTY BY CLIENT                     USD            791.65
      THROUGH ABI VIA ACH ON 02/24/25
OCEAN FREIGHT                      7,535.00
OCEAN IMPORT ENTRY                   75.00
ISF Fee                              35.00
DOC HANDLING FEE                     15.00
CHASSIS RENTAL                      135.00

                   SUB TOTAL:     7,795.00

                 INVOICE TOTAL:   7,795.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:     579009-00, 2024050309-55, 579327-00

              IT V2106540710        01/12/25
              CO CCLU7487715         400 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
| --- | --- | --- |
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:     121000248 | Routing No.:     121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:     WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097504 |
| YOUR REFERENCE | |

AWB/BL: HDMUOSAM51596000      HAWB/HBL: 6940164481      ARRIVAL: 01/24/25

CARRIER: NYK VENUS          ORIGIN: OSA
PCS:  209PCS    WEIGHT:  1627.5K

| | |
|---|---:|
| OCEAN FREIGHT | 8,092.63 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| DELIVERY LCL | 406.88 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| TERMINAL HANDLING | 292.95 |

SUB TOTAL:    8,917.46

INVOICE TOTAL:    8,917.46 USD

SERVICE LEVEL: CFS to CFS

IT 058694532        01/16/25
CO KOCU4583068        209 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93              MA  01              ORIGINAL   Expeditors Reference:   7321675423



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| INVOICE DATE | 01/16/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE NUMBER | E323097505 |

| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6404791951      HAWB/HBL: 61N0880623      ARRIVAL: 01/26/25

CARRIER: COSCO TAICANG        CUSTOMS#: 231-8780107-7
PCS:  781PCS    WEIGHT:  5656.0K

| | | |
|---|---|---|
| OCEAN FREIGHT | 7,535.00 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| CHASSIS RENTAL | 135.00 | |
| SUB TOTAL: | 7,795.00 | |
| INVOICE TOTAL: | 7,795.00 | USD |

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:   2024034552-55, 2024044552-24, 2024074552-01

                   IT V2106569156      01/14/25
                   CO BSIU8438963           781 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.: 4173975863 | Wire Account No.: 4761071752 |
| | Routing No.: 121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT: WFBIUS6S |



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | | |
|---|---|---|
| Diamond Comic Distributors, Inc.<br>10150 York Road<br>Ste 300<br>Hunt Valley, MD      21030 | **INVOICE DATE** | 01/16/25 |
| | **INVOICE NUMBER** | E323097506 |
| | **YOUR REFERENCE** | |

AWB/BL: EGLV149410415162    HAWB/HBL: 61N0885194     ARRIVAL: 01/26/25

---

CARRIER: EVER MILD       CUSTOMS#: 231-8780114-3
PCS: 72PCS    WEIGHT:   510.0K

| | |
|---|---|
| OCEAN FREIGHT | 1,900.50 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| DELIVERY LCL | 127.50 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| TERMINAL HANDLING | 135.00 |

SUB TOTAL:    2,288.00

INVOICE TOTAL:    2,288.00 USD

SERVICE LEVEL: CFS to CFS

CO TIIU4991767       72 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:   CTX | SWIFT:    WFBIUS6S |



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |

| INVOICE NUMBER | E323097507 |

| YOUR REFERENCE | 2024044552-24 |

AWB/BL: EGLV149410415171    HAWB/HBL: 61N0879451        ARRIVAL: 01/26/25

CARRIER: EVER MILD            CUSTOMS#: 231-8780043-4
PCS:  120PCS    WEIGHT:  790.0K

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

OCEAN FREIGHT                        2,553.60 USD
OCEAN IMPORT ENTRY                      75.00
DELIVERY LCL                           197.50
ISF Fee                                 35.00
DOC HANDLING FEE                        15.00
TERMINAL HANDLING                      142.20

                    SUB TOTAL:      3,018.30

                 INVOICE TOTAL:     3,018.30 USD

SERVICE LEVEL: CFS to CFS

        CO CAAU5063891            120 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.**
**These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:     121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:     WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097508 |
| YOUR REFERENCE | 2024063717-14 |

AWB/BL: EGLV149410415171    HAWB/HBL: 61N0885809      ARRIVAL: 01/26/25

CARRIER: EVER MILD          CUSTOMS#: 231-8780781-9
PCS:  118PCS    WEIGHT:  986.0K

| OCEAN FREIGHT | 2,031.75 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| DELIVERY LCL | 246.50 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| TERMINAL HANDLING | 177.48 |

SUB TOTAL:    2,580.73

INVOICE TOTAL:    2,580.73 USD

SERVICE LEVEL: CFS to CFS

CO CAAU5063891          118 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

**TERMS: NET CASH**

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**EFT OPTIONS:**
Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |

1/93          MA 01          ORIGINAL    Expeditors Reference:  7321676921



ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/16/25 |
| **INVOICE NUMBER** | E323097509 |
| **YOUR REFERENCE** | |

AWB/BL: ZIMUSHH31582044      HAWB/HBL: 61N0886242      ARRIVAL: 01/28/25

CARRIER: MACKENZIE                CUSTOMS#: 231-8779654-1
PCS:  42PCS    WEIGHT:  253.0K

```
OCEAN FREIGHT                      1,284.50 USD
OCEAN IMPORT ENTRY                    75.00
DELIVERY LCL                          63.25
ISF Fee                               35.00
DOC HANDLING FEE                      15.00
TERMINAL HANDLING                    135.00

                    SUB TOTAL:     1,607.75

                  INVOICE TOTAL:   1,607.75 USD
```

SERVICE LEVEL: CFS to CFS

          CO ZCSU7300714            42 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:　4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:　121000248 | Routing No.:　121000248 |
| | Preferred Remittance Format:　CTX | SWIFT:　WFBIUS6S |

ORIGINAL   Expeditors Reference:   7321677263



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097510 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUH8551010      HAWB/HBL: 65T0064013      ARRIVAL: 01/28/25

CARRIER: GERD MAERSK          CUSTOMS#: 231-8779693-9
PCS:  331PCS    WEIGHT:  2686.5K

| | | |
|---|---|---|
| OCEAN FREIGHT | 6,335.00 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| CHASSIS RENTAL | 135.00 | |
| SUB TOTAL: | 6,595.00 | |
| INVOICE TOTAL: | 6,595.00 | USD |

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:   2024044552-24, 2024044552-11

                   IT V1P05841321      01/06/25
                   CO MSMU3450142         331 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | Bank Name: Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:     121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:     WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097511 |
| YOUR REFERENCE | |

AWB/BL: COSU6404080950        HAWB/HBL: 6911608450        ARRIVAL: 01/30/25

CARRIER: COSCO SPAIN            CUSTOMS#: 231-8779687-1
PCS: 82PCS      WEIGHT:  366.0K

| | |
|---|---:|
| OCEAN FREIGHT | 1,231.08 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| DELIVERY LCL | 91.50 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| TERMINAL HANDLING | 125.00 |

SUB TOTAL:      1,572.58

INVOICE TOTAL:      1,572.58 USD

SERVICE LEVEL: CFS to CFS

IT V2106575872        01/17/25
CO CSNU6582608            82 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104

| ACH Credit Account No.: | 4173975863 | Wire Account No.: 4761071752 |
| Routing No.: | 121000248 | Routing No.: 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: WFBIUS6S |

1/93            MA 01                ORIGINAL    Expeditors Reference:    7321676438



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | | |
|---|---|---|
| **INVOICE DATE** | 01/16/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| | |
|---|---|
| **INVOICE NUMBER** | E323097512 |

| | |
|---|---|
| **YOUR REFERENCE** | 2024070309-67 |

AWB/BL: COSU6404080950       HAWB/HBL: 6911608714        ARRIVAL: 01/30/25

CARRIER: COSCO SPAIN            CUSTOMS#: 231-8779557-6
PCS:  637PCS    WEIGHT:  1031.0K

```
OCEAN FREIGHT                        2,328.20 USD
OCEAN IMPORT ENTRY                      75.00
DELIVERY LCL                           257.75
ISF Fee                                 35.00
DOC HANDLING FEE                        15.00
TERMINAL HANDLING                      185.58

                    SUB TOTAL:       2,896.53

                INVOICE TOTAL:       2,896.53 USD

SERVICE LEVEL: CFS to CFS

            IT V2106575872        01/17/25
            CO CSNU6582608           637 40H
```

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:   121000248 | Routing No.:   121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:   WFBIUS6S |



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |

Diamond Comic Distributors, Inc.

| INVOICE NUMBER | E323097513 |

| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6404080950        HAWB/HBL: 6911608818        ARRIVAL: 01/30/25

CARRIER: COSCO SPAIN            CUSTOMS#: 231-8779774-7
PCS:  394PCS    WEIGHT:  1575.0K

| OCEAN FREIGHT | 5,064.85 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| DELIVERY LCL | 393.75 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| TERMINAL HANDLING | 283.50 |

SUB TOTAL:    5,867.10

INVOICE TOTAL:    5,867.10 USD

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:    DST5562, DST5629, DST5619, DST5566, DST5584

IT V2106575872        01/17/25
CO CSNU6582608        394 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

1/93        MA 01        ORIGINAL    Expeditors Reference:    7321676440



REMIT TO

# Expeditors®
*You'd be surprised how far we'll go for you.*

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD         21030

| INVOICE DATE | 01/16/25 |
|---|---|
| INVOICE NUMBER | E323097514 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: COSU6404080950     HAWB/HBL: 6911609497     ARRIVAL: 01/30/25

CARRIER: COSCO SPAIN            CUSTOMS#: 231-8779684-8
PCS:  30PCS    WEIGHT:  188.0K

| OCEAN FREIGHT | 870.92 USD |
|---|---|
| OCEAN IMPORT ENTRY | 75.00 |
| DELIVERY LCL | 50.00 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| TERMINAL HANDLING | 125.00 |

SUB TOTAL:     1,170.92

INVOICE TOTAL:     1,170.92 USD

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:   2024043661-08, 2023103661-21, 2023123661-29
2023123661-22

IT V2106575872        01/17/25
CO CSNU6582608           30 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:   4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:   121000248 | Routing No.:   121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:   WFBIUS6S |



ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD       21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097515 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUHF968570       HAWB/HBL: 61N0884967       ARRIVAL: 01/31/25

CARRIER: MSC SVEVA            CUSTOMS#: 231-8779689-7
PCS:  393PCS    WEIGHT:  2350.0K

| | | |
|---|---:|---|
| OCEAN FREIGHT | 7,969.00 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| CHASSIS RENTAL | 135.00 | |

                    SUB TOTAL:     8,229.00

                INVOICE TOTAL:     8,229.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024024898-30, 2024044898-10, 2024024898-17
2024034898-25, 2024034898-01, 2024054898-15, 2024054898-24
2024044898-23, 2024054898-29, 2024064898-06, 2024054898-13
2024064898-21, 2024054898-20, 2024064898-14, 2024064898-09
2024034898-03

            IT V1P05842162       01/07/25
            CO MSBU4012872          393 40

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

---

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:   121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

ORIGINAL   Expeditors Reference:   7321676420



REMIT TO


Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

| | |
|---|---|
| **INVOICE DATE** | 01/16/25 |

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE NUMBER** | E323097516 |

**YOUR REFERENCE**

AWB/BL: ONEYHKGEN4118300    HAWB/HBL: 61N0884521    ARRIVAL: 02/05/25

CARRIER: YM UNANIMITY         ORIGIN: YAN
PCS:  60PCS    WEIGHT:  916.0K

| | | |
|---|---|---|
| OCEAN FREIGHT | 5,308.25 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| DELIVERY LCL | 229.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| TERMINAL HANDLING | 164.88 | |

                    SUB TOTAL:    5,827.13

                  INVOICE TOTAL:    5,827.13 USD

SERVICE LEVEL: CFS to CFS

          CO ONEU5829330            60 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/16/25 |
| **INVOICE NUMBER** | E323097518 |
| **YOUR REFERENCE** | DST5644 |

AWB/BL: ONEYHKGM81711200    HAWB/HBL: 6911610195      ARRIVAL: 02/10/25

CARRIER: YM UPWARD            ORIGIN: YAN
PCS:  2227PCS     WEIGHT:  8028.0K

| | | |
|---|---|---|
| OCEAN FREIGHT | 17,135.00 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| CHASSIS RENTAL | 270.00 | |
| SUB TOTAL: | 17,530.00 | |
| INVOICE TOTAL: | 17,530.00 | USD |

SERVICE LEVEL: Destination Door Service

       CO KOCU4990335        1604 40H
       CO TLLU2594130         623 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD          21030

| INVOICE DATE | 01/16/25 |
| INVOICE NUMBER | E323097519 |
| YOUR REFERENCE | |

AWB/BL: HDMUHKGM23135700     HAWB/HBL: 61N0878418      ARRIVAL: 02/11/25

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

CARRIER: YM MODESTY          ORIGIN: YAN
PCS:  332PCS    WEIGHT:  2257.5K

```
OCEAN FREIGHT                          8,135.00 USD
OCEAN IMPORT ENTRY                        75.00
ISF Fee                                   35.00
DOC HANDLING FEE                          15.00
CHASSIS RENTAL                           135.00

                 SUB TOTAL:            8,395.00

               INVOICE TOTAL:          8,395.00 USD
```

SERVICE LEVEL: Destination Door Service

          CO TEMU1753262          332 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

---

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |

1/93              MA  01                    ORIGINAL   Expeditors Reference:   7321680778



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| **INVOICE DATE** | 01/16/25 |
| **INVOICE NUMBER** | E323097520 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: MEDUH8587451        HAWB/HBL: 65T0063834        ARRIVAL: 02/12/25

CARRIER: MSC ARINA            CUSTOMS#: 231-8779289-6
PCS:  673PCS    WEIGHT:  5130.5K

| | |
|---|---|
| OCEAN FREIGHT | 8,035.00 USD |
| OCEAN IMPORT ENTRY | 75.00 |
| ISF Fee | 35.00 |
| DOC HANDLING FEE | 15.00 |
| CHASSIS RENTAL | 135.00 |
| SUB TOTAL: | 8,295.00 |
| INVOICE TOTAL: | 8,295.00 USD |

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:   2024044552-24, 2024054552-60

              CO TCLU4274610          673 40

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:  4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:  121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:  WFBIUS6S |

1/93              MA 01                        ORIGINAL    Expeditors Reference:    7321675538



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD         21030

| INVOICE DATE | 01/16/25 |

| INVOICE NUMBER | E323097521 |

| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUKT745008        HAWB/HBL: 6911605999        ARRIVAL: 02/12/25

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

CARRIER: MSC ARINA              CUSTOMS#: 231-8779601-2
PCS:  372PCS     WEIGHT:  2273.5K

OCEAN FREIGHT                        6,785.00 USD
OCEAN IMPORT ENTRY                     75.00
ISF Fee                                35.00
DOC HANDLING FEE                       15.00
CHASSIS RENTAL                        135.00

                    SUB TOTAL:     7,045.00

               INVOICE TOTAL:     7,045.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    2024043403-15, 2024053403-23, 2024053403-12

            CO MSDU1287739            372 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:     4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:     121000248 | Routing No.:     121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:     WFBIUS6S |

ORIGINAL   Expeditors Reference:   7321677046



REMIT TO



Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD         21030

| | |
|---|---|
| **INVOICE DATE** | 01/16/25 |
| **INVOICE NUMBER** | E323097528 |
| **YOUR REFERENCE** | SEE BELOW |

AWB/BL: EGLV149410642835     HAWB/HBL: 6911609152      ARRIVAL: 01/21/25

CARRIER: EVER MOST              CUSTOMS#: 231-8780703-3
PCS:  137PCS    WEIGHT:  965.0K

| | | |
|---|---|---|
| OCEAN FREIGHT | 1,397.55 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| CFS WAREHOUSE FEE | 67.76 | |
| FORKLIFT FEE | 85.00 | |
| DELIVERY | 271.48 | |
| APPOINTMENT FEE | 100.00 | |
| SUB TOTAL: | 2,046.79 | |
| INVOICE TOTAL: | 2,046.79 | USD |

SERVICE LEVEL: CFS to CFS

YOUR REFERENCES:    DST5645, DST5686, DST5701, DST5710, DST5718

        CO EGSU9136519          137 40H

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| **TERMS: NET CASH** | **EFT OPTIONS:** | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.: 4173975863 | Wire Account No.: 4761071752 |
| | Routing No.: 121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format: CTX | SWIFT: WFBIUS6S |

1/93           MA 01               ORIGINAL   Expeditors Reference:   7321678878



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/16/25 |
|---|---|
| INVOICE NUMBER | E323097543 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUH8596825      HAWB/HBL: 65T0064139      ARRIVAL: 02/22/25

CARRIER: MSC SOFIA           ORIGIN: HPH
PCS:  292PCS    WEIGHT:  2037.5K

| | | |
|---|---|---|
| OCEAN FREIGHT | 8,585.00 | USD |
| OCEAN IMPORT ENTRY | 75.00 | |
| ISF Fee | 35.00 | |
| DOC HANDLING FEE | 15.00 | |
| CHASSIS RENTAL | 135.00 | |
| SUB TOTAL: | 8,845.00 | |
| INVOICE TOTAL: | 8,845.00 | USD |

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:   2023094552-21, 2024054552-60

        CO MSMU2745597        292 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |

ORIGINAL   Expeditors Reference:   7321678955



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD       21030

| INVOICE DATE | 01/27/25 |
| INVOICE NUMBER | E323102599 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: MEDUHF495137      HAWB/HBL: 61N0878782      ARRIVAL: 01/12/25

CARRIER: MSC LA SPEZIA        CUSTOMS#: 231-8776853-2
PCS:  577PCS    WEIGHT:  3077.5K

ADDITIONAL BILLING, ORIGINAL 01/03/25

| YARD PULL | 125.00 USD |
| 10D YARD STORAGE | 350.00 |
| CHASSIS SPLIT | 125.00 |
| 8D ADTL CHASSIS | 360.00 |
| CONTAIN DET PER DIEM | 1,000.00 |
| DETAILS ON LAST PAGE | |

SUB TOTAL:    1,960.00

INVOICE TOTAL:    1,960.00 USD

SERVICE LEVEL: Destination Door Service

YOUR REFERENCES:    DST5645, DST5686, DST5701, DST5710, DST5718

IT V1P05825654      12/26/24
CO MEDU2950010          577 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.:    121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/27/25 |
| INVOICE NUMBER | E323102599 |
| YOUR REFERENCE | SEE BELOW |

DETENTION            Free Time Allowed:    7        Port of Discharge:  MEM
                                                    Port of Unlading:   LGB

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 02/11/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| MEDU2950010 | 250.00 | 01/14/25 | 01/24/25 | 01/20/25 | 4 | 1,000.00 |
| Total | | | | | | 1,000.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104

| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
|---|---|---|---|
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |



REMIT TO 

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| | |
|---|---|
| INVOICE DATE | 01/28/25 |
| INVOICE NUMBER | E323103049 |
| YOUR REFERENCE | |

AWB/BL: HDMUHKGM22556300     HAWB/HBL: 6911607614        ARRIVAL: 01/14/25

CARRIER: ONE BLUE JAY        CUSTOMS#: 231-8779141-9
PCS:  1300PCS     WEIGHT:  12610.0K

            ADDITIONAL BILLING, ORIGINAL 01/09/25

RAIL STORAGE                         450.00 USD
STORAGE OUTLAY FEE                    22.50
YARD PULL                            125.00
4D YARD STORAGE                      140.00
CHASSIS SPLIT                        125.00
5D ADTL CHASSIS                      225.00
CONTAIN DET PER DIEM                 250.00
DETAILS ON LAST PAGE

                SUB TOTAL:      1,337.50

              INVOICE TOTAL:    1,337.50 USD

SERVICE LEVEL: CY to CY

            IT V1481711193      01/04/25
            CO OCGU2006524        1300 20

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:    WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/28/25 |
| INVOICE NUMBER | E323103049 |
| YOUR REFERENCE | |

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

DETENTION            Free Time Allowed:     7      Port of Discharge:  MEM
                                                   Port of Unlading:   LGB

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 02/12/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| OCGU2006524 | 250.00 | 01/20/25 | 01/27/25 | 01/26/25 | 1 | 250.00 |
| Total | | | | | | 250.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

| | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | ACH Credit Account No.:      4173975863 | Wire Account No.:  4761071752 |
| | Routing No.:                 121000248 | Routing No.:      121000248 |
| | Preferred Remittance Format: CTX | SWIFT:            WFBIUS6S |



REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD       21030

| INVOICE DATE | 01/28/25 |
|---|---|
| INVOICE NUMBER | E323103051 |
| YOUR REFERENCE | SEE BELOW |

AWB/BL: HDMUHKGM11268300     HAWB/HBL: 6911604984      ARRIVAL: 01/18/25

CARRIER: YM UNANIMITY          CUSTOMS#: 231-8774571-2
PCS:  2368PCS      WEIGHT:  11473.0K

ADDITIONAL BILLING, ORIGINAL 12/13/24

```
KOCU4166526
YARD PULL KOCU                     125.00 USD
3D YARD STORAGE KOCU               105.00
CHASSIS SPLIT KOCU                 125.00
2D ADTL CHASSIS KOCU                90.00
KOCU4334086
YARD PULL 4334                     125.00
3D YARD STORAGE 4334               105.00
CHASSIS SPLIT 4334                 125.00
5D ADTL CHASSIS 4334               225.00
CONTAIN DET PER DIEM               250.00
DETAILS ON LAST PAGE
```

                    SUB TOTAL:    1,275.00

                INVOICE TOTAL:    1,275.00 USD

SERVICE LEVEL: CY to CY

YOUR REFERENCES:     DST5604, DST5622, DST5643, DST5642, DST5639
DST5651, DST5548

```
          IT V1481649328       11/29/24
          CO KOCU4166526           729 40H
          CO KOCU4334086          1639 40H
```

**ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS**

**An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page. These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.**

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:      4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:      121000248 | Routing No.:  121000248 |
| | Preferred Remittance Format:  CTX | SWIFT:          WFBIUS6S |





REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD       21030

| INVOICE DATE | 01/28/25 |
| INVOICE NUMBER | E323103051 |
| YOUR REFERENCE | SEE BELOW |

*Note: To help us serve you better, please email suggestions
to improve our service to: customerservicemem@expeditors.com

**ELECTRONIC IMAGE**
**SUBJECT TO TERMS AND CONDITIONS**

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: | |
|---|---|---|
| Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service. | **Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104 | |
| | ACH Credit Account No.:    4173975863 | Wire Account No.: 4761071752 |
| | Routing No.:    121000248 | Routing No.: 121000248 |
| | Preferred Remittance Format:  CTX | SWIFT: WFBIUS6S |

J2 04 Page   2        ORIGINAL   Expeditors Reference:   7321663973 C



ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

REMIT TO

Expeditors Int'l of WA Inc.
6005 Freeport Avenue Suite 102
Memphis,TN  38141 USA
(901) 362-9771

CLIENT NO: G0506674

Diamond Comic Distributors, Inc.
10150 York Road
Ste 300
Hunt Valley, MD        21030

| INVOICE DATE | 01/28/25 |
| INVOICE NUMBER | E323103051 |
| YOUR REFERENCE | SEE BELOW |

---

DETENTION              Free Time Allowed:     7       Port of Discharge:  MEM
                                                      Port of Unlading:   LAX

Billed as outlined in: NRA#NC00020312425MEM

Due Date: 02/12/25

| Container # | Rate | Start | End | Last Free Day | Charge Days | Amount |
|---|---|---|---|---|---|---|
| KOCU4334086 | 250.00 | 01/20/25 | 01/27/25 | 01/26/25 | 1 | 250.00 |
| Total | | | | | | 250.00 |

BILLED PARTY ON INVOICE CONTRACTED EXPEDITORS FOR MOVEMENT AND STORAGE OF THE
GOODS OR REQUESTED SUCH CHARGES BE INVOICED TO THEM.

BASED ON THE INFORMATION AVAILABLE TO EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC AS OF THE DATE OF THIS INVOICE:  I) THE CHARGES ARE CONSISTENT WITH ANY OF
THE FEDERAL MARITIME COMMISSION'S RULES RELATED TO DEMURRAGE AND DETENTION,
INCLUDING, BUT NOT LIMITED TO, THIS PART AND 46 CFR 545.5; AND II) EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC DID NOT CAUSE OR CONTRIBUTE TO THE UNDERLYING
INVOICE CHARGES

FOR QUESTIONS REGARDING THE DETENTION OR DEMURRAGE CHARGES ON THIS INVOICE,
PLEASE EMAIL DETENTIONINQUIRIES@EXPEDITORS.COM OR CLICK ON LINK BELOW
HTTPS://WWW.EXPEDITORS.COM/DETENTION-AND-DEMURRAGE-MITIGATION-REQUEST

An original version of this image, which can always be generated upon request, sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com/forms-downloads. All services provided are subject to these terms and conditions.

| TERMS: NET CASH | EFT OPTIONS: |
|---|---|

Unless credit has been granted pursuant to the terms and conditions of service or other written agreement with Expeditors, you must pay cash on receipt of goods or completion of service.

**Bank Name:** Wells Fargo Bank, N.A., Seattle, WA 98104

| | | | |
|---|---|---|---|
| ACH Credit Account No.: | 4173975863 | Wire Account No.: | 4761071752 |
| Routing No.: | 121000248 | Routing No.: | 121000248 |
| Preferred Remittance Format: | CTX | SWIFT: | WFBIUS6S |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 25-10308-DER** |
| **DIAMOND COMIC DISTRIBUTORS, INC.** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER GRANTING MOTION
### FOR ADMINISTRATIVE EXPENSE

Having read and considered the *Motion of Expeditors International of Washington, Inc.*
*for Allowance of Chapter 11 Administrative Expense* (the "Application"), filed by Expeditors
International of Washington, Inc. ("Expeditors"), and any objections to the foregoing, and the
following relief appearing proper under the circumstances, it is hereby:

**ORDERED**, that the Application is Granted; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 503(b), Expeditors is granted an allowed a
chapter 11 priority administrative expense claim in the amount of $266,855; without prejudice
to its rights to seek further administrative claims; and it is further

**ORDERED**, Debtor shall pay to Expeditors $266,855 within 30 days of the date of this
Order.

**END OF ORDER**

**Copies to all parties receiving notice via CM/ECF.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | **Case No. 25-10308-DER** |
| **DIAMOND COMIC DISTRIBUTORS, INC.** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF MOTION OF EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. FOR ADMINISTRATIVE EXPENSE

**PLEASE TAKE NOTICE** that **Expeditors International of Washington, Inc.** ("Expeditors"), a creditor, by its undersigned attorneys, has filed a motion for an order granting the allowance and requiring payment of an administrative expense claim in the amount of $264,355.15 (the "Motion")

**PLEASE TAKE NOTICE** that if you intend to object to the Motion, you must, within 21 days after the mailing of this notice, file and serve a written objection to the Application together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk, U.S. Bankruptcy Court, 101 W. Lombard St., Suite 8530, Baltimore, MD 21201and served (by delivery or by mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

Dated:  December 2, 2025

Respectfully submitted,

**FRIEDBERG PC**

_____/s/ Jeremy S. Friedberg_____
Jeremy S. Friedberg, Fed. Bar No. 10638
William F. Moss, Fed. Bar No. 20966
Friedberg PC
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117
(410) 581-7400
jeremy@friedberg.legal
william.moss@friedberg.legal

*Attorneys for Creditor Expeditors International of Washington, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2025, I reviewed the Court's CM/ECF

system and it reports that an electronic copy of the *Notice of Motion of Expeditors International of*

*Washington, Inc. for Administrative Expense* will be served electronically by the Court's CM/ECF

system on the following:

- Sam Alberts     sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Peter J Artese     peter.artese@us.dlapiper.com
- Jan Berlage     JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum     jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea     lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar     thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- Andrew Brown     abrown@klestadt.com
- Matthew G. Brushwood     mbrushwood@barley.com, dkline@barley.com
- Darek Bushnaq     dsbushnaq@venable.com
- Richard L. Costella     rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
- Katherine Elizabeth Culbertson     katherine.culbertson@troutman.com
- David W.T. Daniels     ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
- G. David Dean     ddean@coleschotz.com, PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers     desgross@chipmanbrown.com, fusco@chipmanbrown.com
- Emily Devan     edevan@milesstockbridge.com
- Ellen E. Dew     ellen.dew@us.dlapiper.com
- Turner Falk     turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio     gfinizio@lowenstein.com
- Adam Fletcher     afletcher@bakerlaw.com
- Chelsea R Frankel     cfrankel@lowenstein.com
- Jeremy S. Friedberg     jeremy@friedberg.legal, ecf@friedberg.legal
- Stephen B. Gerald     sgerald@tydings.com
- Christopher J. Giaimo     christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin     jglikin@shulmanrogers.com, abogert@shulmanrogers.com,tlewis@shulmanrogers.com
- Jonathan A. Grasso     jgrasso@yvslaw.com,

3

pgomez@yvslaw.com;r39990@notify.bestcase.com

- Zvi Guttman    zvi@zviguttman.com,
  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- Jeffrey C. Hampton    jeffrey.hampton@saul.com
- Jason F Hoffman    jhoffman@bakerlaw.com
- Catherine Keller Hopkin    chopkin@yvslaw.com,
  pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail
  .com;hopkincr39990@notify.bestcase.com
- James R. Irving    james.irving@dentons.com
- Adam H Isenberg    adam.isenberg@saul.com
- Harry Conrad Jones    HJones@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Lawrence A. Katz    lkatz@hirschlerlaw.com,
  chall@hirschlerlaw.com;aklena@hirschlerlaw.com
- Toyja E. Kelley    Toyja.Kelley@troutman.com
- C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-
  0421@ecf.pacerpro.com
- Eric George Korphage    korphagee@whiteandwilliams.com
- Jung Yong Lee    jlee@milesstockbridge.com, mhickman@tydings.com
- Gary H. Leibowitz    gleibowitz@coleschotz.com,
  pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- Thomas J. McKee    mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-
  0902@ecf.pacerpro.com
- Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
- Randy Moonan    rmoonan@sillscummis.com
- William Fuller Moss    william.moss@friedberg.legal
- Bruce S. Nathan    bnathan@lowenstein.com
- Janet M. Nesse    jnesse@mhlawyers.com,
  jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mh
  lawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
- Craig Palik    cpalik@mhlawyers.com,
  cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.c
  om;cmartin@mhlawyers.com
- Michael Papandrea    mpapandrea@lowenstein.com
- Steven Gregory Polard    steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-
  LAO@ropers.com
- Scott Prince    sprince@bakerlaw.com
- Jonathan Gary Rose    jonathan.rose@us.dlapiper.com
- Jordan Rosenfeld    jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer    nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- Indira Kavita Sharma    indira.sharma@troutman.com,
  katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutm
  an.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- Nicholas Smargiassi    nicholas.smargiassi@saul.com
- David Sommer    dsommer@gallagherllp.com,
  ceyler@gejlaw.com;gomara@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
- Brent C. Strickland    bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-
  strickland-3227@ecf.pacerpro.com

- Matthew G. Summers    summersm@ballardspahr.com,
  branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnig
  hiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk
  @ballardspahr.com;brannickn@ballardspahr.com
- S. Jason Teele    steele@sillscummis.com
- Paige Noelle Topper    paige.topper@saul.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

       I hereby further certify that on the 2nd day of December, 2025, a copy of the *Notice of*

*Motion of Expeditors International of Washington, Inc. for Administrative Expense* was also

mailed first class mail, postage prepaid, to the following:

| | | |
|---|---|---|
| Abstract Studio, Inc.<br>c/o Robyn Moore<br>PO Box 271487<br>Houston, TX 77277 | Graphitti Designs<br>33159 Camino Capistrano<br>Suite G.<br>c/o Robert W. Chapman<br>San Juan Capistrano, CA 92675 | Kori Pruett<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 |
| Peter J. Artese<br>DLA Piper LLP (US)<br>650 S. Exeter Street, Ste 1100<br>Baltimore, MD 21202 | James Irving<br>3500 PNC Tower<br>101 South Fifth Street<br>Louisville, KY 40202 | David L. Ruediger<br>Troutman Pepper Locke LLP<br>111 Huntington Avenue<br>Boston, MA 02199 |
| Nicholas J. Brannick<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th FL<br>Wilmington, DE 19801 | Jason Koral<br>641 Lexington Avenue, 13th FL<br>New York, NY 10022 | Skyrush Marketing, Inc.<br>80 Orville Dr.<br>Attn: Andrew Aiello<br>Bohemia, NY 11716 |
| Sara Chenetz<br>PERKINS COIE LLP<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067 | Jeffrey Kramer<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | Gregory Stuhlman<br>Hercules Plaza<br>1313 North Market Street<br>Suite 5400<br>Wilmington, DE 19801 |
| Katherine Culbertson<br>Troutman Pepper Locke LLP<br>111 South Wacker Dr.<br>Suite 4100<br>Chicago, IL 60606 | Liminal Esports LLC<br>1500 Chagrin River Road #361<br>Gates Mills, OH 44040 | Stephanie R. Sweeney<br>Klestadt Winters Jureller<br>Southard & Stevens, LLP<br>200 West 41st Street, 17th FL<br>New York, NY 10036 |

| | | |
|---|---|---|
| Jane Davidson<br>NOLAN HEIMANN LLP<br>16000 Ventura Blvd, Ste 1200<br>Encino, CA 91436 | Molten Core Media, LLC<br>dba Magma Comix<br>3130 Whittier St.<br>c/o Denton J. Tipton<br>San Diego, CA 92106 | TN Dept of Revenue<br>c/o TN Attorney General's<br>Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| Junior Dufort<br>PERKINS COIE LLP<br>700 Thirteenth Street, N.W.<br>Suite 800<br>Washington, DC 20005 | NBM Publishing Inc.<br>300 E. 54th Street 12c<br>Attn: Terry Nantier<br>New York, NY 10022 | TwoMorrows Publishing<br>10407 Bedfordtown Drive<br>c/o John Morrow<br>Raleigh, NC 27614 |
| Stephen B Gerald<br>Tydings & Rosenberg LLP<br>1 East Pratt Street, Suite 901<br>Baltimore, MD 21202 | New York State Department of<br>Taxation and Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-5300 | Angela Veach<br>1146 Windermere Run<br>O'Fallon, IL 62269 |
| William M. Gaines, Agent Inc.<br>3975 Little John Drive<br>c/o Cathy Gaines Mifsud,<br>President<br>York, PA 17408 | Jamilla Justine Willis<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020 | Angela Veach<br>6604 Grant Cover<br>Olive Branch, MS 38654 |
| William M. Gaines, Agent, Inc.<br>c/o Lanning G. Bryer<br>1040 Avenue of the Americas<br>New York, NY 10018 | Jonathan W. Young<br>Troutman Pepper Locke LLP<br>701 8th Street, N.W., Suite 500<br>Washington, DC 20001 | Ian Winters<br>Klestadt Winters Jureller<br>Southard & Ste<br>200 West 41st Street, 17th FL<br>New York, NY 10036 |

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg, Bar. No. 10638

6