IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | ) | |
|---|---|---|
| **In re:** | ) | |
| | ) | Case No. 25-10308-DER |
| **DIAMOND COMIC DISTRIBUTORS, INC.** | ) | Chapter 7 |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF RENEWED MOTION FOR ADMINISTRATIVE EXPENSE
AND OPPORTUNITY TO OBJECT**

PLEASE TAKE NOTICE that Expeditors International of Washington, Inc. ("Movant"), by and through its attorneys, has filed the attached **Renewed Motion for Administrative Expense** (the "Motion") seeking allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of **$266,855.15** for post-petition transportation and logistics services provided to the Debtor.

YOUR RIGHTS MAY BE AFFECTED. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested in the Motion, you must file a written objection with the Clerk of the United States Bankruptcy Court for the District of Maryland and serve it upon the undersigned counsel for Movant and the Chapter 7 Trustee.

Your objection must be filed **no later than fourteen (14) days from the date of service of this Notice**. If you file a timely objection, the Court will schedule a hearing and notify you of the hearing date and time.

If you do not file a timely objection, the Court may grant the relief requested in the Motion without further notice or hearing.

Dated:  March 16, 2026

                                          Respectfully submitted,

                                          **FRIEDBERG PC**

                                              /s/ Jeremy S. Friedberg
                                      Jeremy S. Friedberg, Fed. Bar No. 10638
                                      William F. Moss, Fed. Bar No. 20966
                                      Friedberg PC
                                      10045 Red Run Boulevard, Suite 160
                                      Baltimore, Maryland 21117
                                      (410) 581-7400
                                      jeremy@friedberg.legal
                                      william.moss@friedberg.legal

                                      *Attorneys for Plaintiff Expeditors International of Washington, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the *Notice of Renewed Motion for Administrative Expense and Opportunity to Object* will be served electronically by the Court's CM/ECF system on the following:

Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com

Peter J Artese peter.artese@us.dlapiper.com

Jodie E. Bekman jbekman@gfrlaw.com, dferguson@gfrlaw.com

Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com, delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com

Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com

Darek Bushnaq dsbushnaq@venable.com

Richard L. Costella rcostella@tydings.com, myoung@tydings.com, pcoolbaugh@tydings.com

Katherine Elizabeth Culbertson katherine.culbertson@troutman.com

David W.T. Daniels ddaniels@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com, KMcClure@perkinscoie.com, rleibowitz@perkinscoie.com

G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com

Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com

Emily Devan edevan@milesstockbridge.com

Ellen E. Dew ellen.dew@us.dlapiper.com

Turner Falk turner.falk@saul.com, tnfalk@recap.email, Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com, tmackey@mhlawyers.com, mevans@mhlawyers.com, cmartin@mhlawyers.com, Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Morgan W. Fisher trustee@morganfisherlaw.com, MD65@ecfcbis.com, fisher@premierremote.com

Chelsea R Frankel cfrankel@lowenstein.com

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com, christopher-j-giaimo-6409@ecf.pacerpro.com

Joshua Glikin JGlikin@shulmanrogers.com, abogert@shulmanrogers.com, mdicarlo@shulmanrogers.com

Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com, r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com, kreese@yvslaw.com, vmichaelides@yvslaw.com, yvslawcmecf@gmail.com, hopkincr39990@notify.bestcase.com

James R. Irving james.irving@dentons.com

Adam H Isenberg adam.isenberg@saul.com

Anthony Jankoski anthony.jankoski@faegredrinker.com

Harry Conrad Jones HJones@coleschotz.com, bankruptcy@coleschotz.com, pratkowiak@coleschotz.com

Lawrence A. Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com, aklena@hirschlerlaw.com

Toyja E. Kelley Toyja.Kelley@troutman.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@milesstockbridge.com, mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com, pratkowiak@coleschotz.com, bankruptcy@coleschotz.com, lmorton@coleschotz.com

Thomas J. McKee mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-0902@ecf.pacerpro.com

Mark Minuti mark.minuti@saul.com, robyn.warren@saul.com

Randy Moonan rmoonan@sillscummis.com

Bruce S. Nathan bnathan@lowenstein.com

Janet M. Nesse jnesse@mhlawyers.com, jfasano@mhlawyers.com, cpalik@mhlawyers.com, jnesse@ecf.inforuptcy.com, tmackey@mhlawyers.com, cmartin@mhlawyers.com, kfeig@mhlawyers.com

Craig Palik cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com, Palik.CraigR92003@notify.bestcase.com, mevans@mhlawyers.com, cmartin@mhlawyers.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com, loriann.zullo@ropers.com, calendar-LAO@ropers.com

Jonathan Gary Rose jonathan.rose@us.dlapiper.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com

Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com, MYoung@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com, katherine.culbertson@troutman.com, jonathan.young@troutman.com, david.ruediger@troutman.com, errol.chapman@troutman.com, toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

David Sommer dsommer@gallagherllp.com, ceyler@gejlaw.com, gomara@gejlaw.com, csalce@gejlaw.com, mkobylski@gejlaw.com

Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers summersm@ballardspahr.com, branchd@ballardspahr.com, heilmanl@ballardspahr.com, ambroses@ballardspahr.com, zarnighiann@ballardspahr.com, carolod@ballardspahr.com, cromartie@ballardspahr.com, stammerk@ballardspahr.com, brannickn@ballardspahr.com

S. Jason Teele steele@sillscummis.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

I hereby further certify that on the 16th day of March, 2026, a copy of the *Notice of Motion of Expeditors International of Washington, Inc. for Administrative Expense* was also mailed first class mail, postage prepaid, to the following:

| | | |
|---|---|---|
| Abstract Studio, Inc.<br>c/o Robyn Moore<br>PO Box 271487<br>Houston, TX 77277 | Graphitti Designs<br>33159 Camino Capistrano<br>Suite G.<br>c/o Robert W. Chapman<br>San Juan Capistrano, CA 92675 | Kori Pruett<br>Cole Schotz P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 |
| Peter J. Artese<br>DLA Piper LLP (US)<br>650 S. Exeter Street, Ste 1100<br>Baltimore, MD 21202 | James Irving<br>3500 PNC Tower<br>101 South Fifth Street<br>Louisville, KY 40202 | David L. Ruediger<br>Troutman Pepper Locke LLP<br>111 Huntington Avenue<br>Boston, MA 02199 |
| Nicholas J. Brannick<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th FL<br>Wilmington, DE 19801 | Jason Koral<br>641 Lexington Avenue, 13th FL<br>New York, NY 10022 | Skyrush Marketing, Inc.<br>80 Orville Dr.<br>Attn: Andrew Aiello<br>Bohemia, NY 11716 |
| Sara Chenetz<br>PERKINS COIE LLP<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067 | Jeffrey Kramer<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | Gregory Stuhlman<br>Hercules Plaza<br>1313 North Market Street<br>Suite 5400<br>Wilmington, DE 19801 |

| | | |
|---|---|---|
| Jane Davidson<br>NOLAN HEIMANN LLP<br>16000 Ventura Blvd, Ste 1200<br>Encino, CA 91436 | Molten Core Media, LLC<br>dba Magma Comix<br>3130 Whittier St.<br>c/o Denton J. Tipton<br>San Diego, CA 92106 | TN Dept of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| Junior Dufort<br>PERKINS COIE LLP<br>700 Thirteenth Street, N.W.<br>Suite 800<br>Washington, DC 20005 | NBM Publishing Inc.<br>300 E. 54th Street 12c<br>Attn: Terry Nantier<br>New York, NY 10022 | TwoMorrows Publishing<br>10407 Bedfordtown Drive<br>c/o John Morrow<br>Raleigh, NC 27614 |
| Stephen B Gerald<br>Tydings & Rosenberg LLP<br>1 East Pratt Street, Suite 901<br>Baltimore, MD 21202 | New York State Department of Taxation and Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-5300 | Angela Veach<br>1146 Windermere Run<br>O'Fallon, IL 62269 |
| William M. Gaines, Agent Inc.<br>3975 Little John Drive<br>c/o Cathy Gaines Mifsud, President<br>York, PA 17408 | Jamilla Justine Willis<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020 | Angela Veach<br>6604 Grant Cover<br>Olive Branch, MS 38654 |
| William M. Gaines, Agent, Inc.<br>c/o Lanning G. Bryer<br>1040 Avenue of the Americas<br>New York, NY 10018 | Jonathan W. Young<br>Troutman Pepper Locke LLP<br>701 8th Street, N.W., Suite 500<br>Washington, DC 20001 | Ian Winters<br>Klestadt Winters Jureller Southard & Ste<br>200 West 41st Street, 17th FL<br>New York, NY 10036 |
| Katherine Culbertson<br>Troutman Pepper Locke LLP<br><br>111 South Wacker Drive, Suite 4100<br>Chicago, IL 60606 | Liminal Esports LLC<br>1500 Chagrin River Road #361<br>Gates Mills, OH 44040 | |

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg, Bar. No. 10638