IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | ) Case No. 25-10308-DER |
| **DIAMOND COMIC DISTRIBUTORS, INC.** | ) Chapter 11 |
| | ) |
| **Debtor.** | ) |
| | ) |

ORDER GRANTING RENEWED MOTION
FOR ADMINISTRATIVE EXPENSE

Having read and considered the *Renewed Motion of Expeditors International of Washington, Inc. for Administrative Expense* (the "Application"), filed by Expeditors International of Washington, Inc. ("Expeditors"), and any objections to the foregoing, and the following relief appearing proper under the circumstances, it is hereby:

**ORDERED**, that the Application is Granted; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 503(b), Expeditors is granted an allowed a chapter 11 priority administrative expense claim in the amount of $266,855.15; without prejudice to its rights to seek further administrative claims; and it is further

**ORDERED**, Debtor shall pay to Expeditors $266,855.15 within 30 days of the date of this Order.

**END OF ORDER**

**Copies to all parties receiving notice via CM/ECF.**