IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

**ORDER GRANTING BOOM ENTERTAINMENT LLC'S MOTION
RENEWING REQUEST FOR RELEASE OF CONSIGNOR'S STOCK**

Upon consideration of Boom Entertainment LLC's ("Boom") Motion Renewing Request for Release of Consignor's Stock (the "Motion"),[2] and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

1. ORDERED, that the Motion is GRANTED; and it is further

2. ORDERED, Boom has 90 days from the effective date of the Order to remove its Stock from the Debtors' warehouse. Sparkle Pop, LLC, shall provide access to Boom to arrange for the "picking and packing" of the stock, which access shall be provided during normal business hours upon at least five (5) business days' written notice from Boom seeking removal of the stock.

**END OF ORDER**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] All capitalized terms used but not defined herein shall have the meanings set forth in the Motion.