**UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND**

| Name of Debtor(s) listed on the bankruptcy case | |
|---|---|
| **In re:** Diamond Comic Distributors, Inc | **CASE NO:** 25-10308-DER |
| | **CHANGE OF MAILING ADDRESS** |

USBC-MD G FILED MAIL
17 MAR '26 PM2:15

1.  This change of mailing address is requested by:   ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor

2.  **Old Address:**
    Name(s):                Kyle Robinson
    Mailing Address:        412 Zanesville Ave
    City, State, Zip Code:  Thornville, Ohio  43076

3.  **New Address:**
    Name(s):                Kyle Robinson
    Mailing Address:        22 S Terrace Ave   Apt. D
    City, State, Zip Code:  Newark, Ohio  43055
    **Telephone Number(s):** 614-446-1371

4.  ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

        Debtor's DeBN account number _____
        Joint Debtor's account number _____

Date:

        Kyle Robinson
        **Requestor's printed name(s)**

        _Kyle Robinson_                          3/10/26
        **Requestor's signature(s)**

        **Title (If applicable, of corporate officer, partner, or agent)**

Updated: June 2018





## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–10308 – DER**   Chapter: **7**

**Diamond Comic Distributors, Inc.**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   1175 – Notice of Change of Address Filed by Kyle Robinson. (McKenna, Shannon)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 3/13/26. Missing Signature.**

CURE:   The above pleading must be signed by the movant. (Federal Bankruptcy Rule 9011(a))

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 2/27/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301–344–3390

cc:   Debtor
Attorney for Debtor – Jordan Rosenfeld
Movant – Kyle Robinson

defntc (rev. 09/01/2025)

1590901723201 0