B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## District of Maryland

In re Diamond Comic Distributors, Inc._____,          Case No. 25-10308_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Humanoids Studios SA_____          Humanoids, Inc._____
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 71_____
should be sent:                                  Amount of Claim: $7,909.48_____
Humanoids Studios SA                             Date Claim Filed: 02/20/2025_____
Cours des Bastions 13
1205 Geneva. Switzerland
Phone: _____          Phone: 323-522-5466_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _____  Michel Schnegg    Date: March 12, 2026_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# NOTICE OF TRANSFER OF THE ASSETS OF HUMANOIDS, INC.

*To Whom It May Concern*

Date: October 10, 2025

From: Humanoids, Inc., a California corporation (the "Company")

To: All third parties holding, controlling, or administering assets of the Company (each, a "Recipient")

Re: Notice of transfer of assets to Humanoids Studios SA and instructions to update records and remit payments

This notice is to inform you that, effective as of October 10, 2025 (the "Closing Date"), all assets of Humanoids, Inc. identified on Schedule 1 to the Bill of Sale have been transferred to Humanoids Studios SA (the "Transferee") pursuant to that certain Partial Strict Foreclosure and Transfer Agreement dated October 9, 2025, and the related Bill of Sale dated the same date (together, the "Transfer Documents").

As of the Closing Date, the Transferee is the sole owner of the transferred assets and the related rights and proceeds (the "Transferred Assets"). The Transferred Assets consist of (i) all intellectual property of Humanoids, Inc. (including books, comic books, scripts, and screenplays, and all related agreements with their respective authors), (ii) all trademarks, domain names, and website URLs, (iii) all equipment and inventory (including book inventory) used in the Company's business, (iv) all cash, advances on royalties made to authors, and accounts receivable of the Company, and (v) all other assets of the Company, including its equity interests in its subsidiaries, together with all assets of Humanoids Development, LLC that were merged into the Company on October 7, 2025.

Accordingly, effective immediately, each Recipient must:
- Cease recognizing Humanoids, Inc. as owner of the Transferred Assets and update its systems to reflect Humanoids Studios SA as owner;
- Deliver, release, and/or transfer any Transferred Assets you hold or control (including files, media, inventory, equipment, or digital materials) to Humanoids Studios SA or as it may further direct; and
- Send all future notices, statements, and communications regarding the Transferred Assets to Humanoids Studios SA at the contact information below.

**Transferee contact information:**
Humanoids Studios SA
Address: Cours des Bastions 13, 1205 Geneva, Switzerland
Attention: Michel Schnegg, Director
Email: michel.schnegg@humanoids.com

Nothing in this notice constitutes an assumption by Humanoids Studios SA of any liabilities of Humanoids, Inc., except as may be expressly provided in the Transfer Documents.

Please acknowledge receipt of this notice and confirm that your records have been updated within five (5) business days by replying to transfer@humanoids.com.

Sincerely,
Humanoids, Inc.

By: _____
Name: Bryan Ling
Title: Sole Member of the Restructuring Committee of Humanoids, Inc.

Acknowledged and accepted solely as to receipt:
Humanoids Studios SA

By: _____
Name: Michel Schnegg
Title: Director

2