United States Bankruptcy Court

District of Maryland

In re:                                                                                         Case No. 25-10308-DER

Diamond Comic Distributors, Inc.                                                Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                  Page 1 of 4

Date Rcvd: Mar 16, 2026                   Form ID: pocmemo                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

**Recip ID           Recipient Name and Address**
33191781          + Vault Storyworks LLC dba Vault Comics, Michael B. Lubic, K&L Gates LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, CA 90067-4003

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: raly@getzlerhenrich.com | Mar 16 2026 19:40:00 | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:

**Name                          Email Address**

Adam H Isenberg
                                 adam.isenberg@saul.com

Anthony Jankoski
                                 anthony.jankoski@faegredrinker.com

Ashley N Fellona
                                 ashley.fellona@saul.com  janice.mast@saul.com

District/off: 0416-1                                   User: admin                                         Page 2 of 4
Date Rcvd: Mar 16, 2026                              Form ID: pocmemo                                    Total Noticed: 2

Brent C. Strickland
                          bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Bruce S. Nathan
                          bnathan@lowenstein.com

C. Kevin Kobbe
                          kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
                          chopkin@yvslaw.com
                          pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
                          cfrankel@lowenstein.com

Christopher J. Giaimo
                          christopher.giaimo@squirepb.com christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
                          cpalik@mhlawyers.com
                          cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
                          jack.blum@polsinelli.com lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
                          dsbushnaq@venable.com

David Sommer
                          dsommer@gallagherllp.com ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels
                          ddaniels@perkinscoie.com
                          docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
                          dshaffer@tydings.com scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
                          ellen.dew@us.dlapiper.com

Emily Devan
                          edevan@milesstockbridge.com

Eric George Korphage
                          korphagee@whiteandwilliams.com

G. David Dean
                          ddean@coleschotz.com PRatkowiak@coleschotz.com

Gary H. Leibowitz
                          gleibowitz@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
                          gfinizio@lowenstein.com

Harry Conrad Jones
                          HJones@coleschotz.com bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
                          hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
                          indira.sharma@troutman.com
                          katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
                          james.irving@dentons.com

Jan Berlage
                          JBerlage@GHSLLP.com tcollins@ghsllp.com

Janet M. Nesse
                          jnesse@mhlawyers.com
                          jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com

Jeffrey C. Hampton
                          jeffrey.hampton@saul.com

Jeremy S. Friedberg
jeremy@friedberg.legal  ecf@friedberg.legal

Jodie E. Bekman
jbekman@gfrlaw.com  dferguson@gfrlaw.com

Jonathan A. Grasso
jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
jordan.rosenfeld@saul.com

Joshua Glikin
JGlikin@shulmanrogers.com  abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee
jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Katherine Elizabeth Culbertson
katherine.culbertson@troutman.com

Laura Skowronski Bouyea
lsbouyea@venable.com  dmdierdorff@venable.com

Lawrence A. Katz
lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti
mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers
desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood
mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers
summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea
mpapandrea@lowenstein.com

Morgan W. Fisher
trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi
nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper
paige.topper@saul.com

Peter J Artese
peter.artese@us.dlapiper.com

Randy Moonan
rmoonan@sillscummis.com

Richard L. Costella
rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

S. Jason Teele
steele@sillscummis.com

Sam Alberts
sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Stephen B. Gerald
sgerald@tydings.com

Steven Gregory Polard

District/off: 0416-1        User: admin        Page 4 of 4

Date Rcvd: Mar 16, 2026        Form ID: pocmemo        Total Noticed: 2

steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee

mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar

thomas.bredar@wilmerhale.com
andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley

Toyja.Kelley@troutman.com

Turner Falk

turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss

william.moss@friedberg.legal

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 62

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

---

**Case No.:  25–10308 – DER     Chapter:  7**

---

Diamond Comic Distributors, Inc.

---

Dated: 3/16/26

Dear Sir/Madam:

   Proof of Claim No.(RE: Claims 66)– Request of Vault Storyworks filed on March 11, 2026 has been entered in Case No. 25–10308 , but appears to be defective. A review of the proof of claim indicates the following:

☐ Duplicate of claim number

☐ Amount entered in ECF has been updated to reflect the amount stated on pdf of proof of claim

☐ Proof of claim filed in incorrect case has been docketed in the correct case

☐ Missing signature of filing party

☐ Official Bankruptcy Form B 410 was not filed

☑ Other – All Motions and Applications MUST be filed on the case docket for consideration. No further action will be taken on the Request of Vault Storyworks that was filed on the Claims Registry on March 11,2026. .

   Please take the appropriate action to correct the referenced proof of claim within ten (10) days of the date of this notification.

Sincerely,

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna  301–344–3390