IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| **IN RE:** | **Chapter 7** |
| **Diamond Comic Distributors, Inc., et al.,[1]** | **CASE NO. 25-10308-DER** |
| | **(Jointly Administered)** |
| **Debtors.** | |

**STIPULATION EXTENDING TRUSTEE'S DEADLINE TO RESPOND TO MOTION RENEWING REQUEST FOR RELEASE OF CONSIGNORS' STOCK**

The Ad Hoc Committee of Consignors (the "Committee"), and the Chapter 7 Trustee, Morgan W. Fisher (the "Trustee"), by their respective counsel, hereby enter into this Stipulation and Consent Order and state as follows:

WHEREAS, on March 7, 2026, the Committee filed a Motion Renewing Request for Release of Consignors' Stock [Dkt. 1189]; and

WHEREAS, the Trustee has requested, and the Committee has agreed, to extend the deadline to file a responsive pleading on or before March 30, 2026.

---

[1]     The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

NOW, THEREFORE, it is stipulated and agreed by and between the Parties, and it is hereby ORDERED, ADJUDGED and DECREED by this Court that:

1.     The stipulations set forth above form an integral and substantive part of this Stipulation and Consent Order and are incorporated herein, and Ordered hereby.

2.     The Trustee will respond to the Motion Renewing Request for Release of Consignors' Stock on or before March 30, 2026.

CONSENTED TO:

| | |
|---|---|
| /s/ Catherine Keller Hopkin | /s/ Zvi Guttman |
| Catherine Keller Hopkin, 28257 | Zvi Guttman (Bar No. 06902) |
| YVS Law, LLC | The Law Offices of Zvi Guttman, P.A. |
| 185 Admiral Cochrane Drive, Suite 130 | P.O. Box 32308 |
| Annapolis, Maryland  21401 | Baltimore, MD 21282 |
| Phone: (443) 569-0788 | (410) 580-0500 (phone) |
| Email: chopkin@yvslaw.com | Zvi@zviguttman.com |
| | |
| *Counsel for the Committee* | *Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee* |

I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

_/s/ Zvi Guttman_

cc:     Catherine Keller Hopkin, Esquire
        YVS Law, LLC
        185 Admiral Cochrane Drive, Suite 130
        Annapolis, Maryland  21401

        Zvi Guttman, Esquire
        The Law Offices of Zvi Guttman, P.A.
        P.O. Box 32308
        Baltimore, MD 21282

**END OF ORDER**