**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **IN RE:** | **Chapter 7** |
| **Diamond Comic Distributors, Inc., et al.,[1]** | **CASE NO. 25-10308-DER** |
| **Debtors.** | **(Jointly Administered)** |

**APPELLANTS' DESIGNATION OF ITEMS FOR INCLUSION IN RECORD AND**
**STATEMENT OF ISSUE TO BE PRESENTED ON APPEAL**

Appellant, Morgan W. Fisher, as Trustee for the Bankruptcy Estate of Diamond Comic Distributors, Inc. ("Trustee Fisher"), pursuant to Bankruptcy Rule 8009, hereby submits the following issue to be presented on appeal, and designates the following documents and pleadings as related to Trustee Fisher's Notice of Appeal (the "Notice of Appeal") [ECF No. 1209 in Bankruptcy Case No. 25-10308-DER]:

**I.      Statement Of Issues On Appeal**

Trustee Fisher states following issue on appeal:

Whether the bankruptcy court erred in holding that the 60-day period under 11 U.S.C. §§ 348(c) and 365(d)(1) commenced on the date of entry of the conversion order rather than the actual court-ordered date of conversion.

---

[1]      The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

## II   Designation of Items to be Included in Record on Appeal

Appellant designates the following documents and items to be included in the record on appeal:

| Filing Date | Docket # | Document |
|---|---|---|
| 12/19/2025 | 1089 | Order (I) Approving Eighth Stipulation Between Debtors and JPMorgan Chase Bank, N.A. Amending DIP Credit Agreement, (II) Converting Cases From Chapter 11 to a Chapter 7 of the Bankruptcy Code as of Conversion Date, (III) Approving Certain Conversion Procedures (IV) Setting Bar Date for Filing Final Chapter 11 Fee Applications and Establishing a Hearing Thereon, And (V) Granting Related Relief (related document(s). |
| 12/23/2025 | 1095 | Appointment of Chapter Trustee: The U.S. Trustee, pursuant to 28 U.S.C. Section 586, hereby appoints Morgan W. Fisher to serve as the Chapter Trustee in this case. This case is covered by the blanket bond for the hereby appointed trustee. |
| 1/15/2026 | 1114 | Amended Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee. |
| 2/19/2026 | 1156 | Emergency Motion to Extend Time to Assume or Reject Executory Contracts Related to Consigned Goods Filed by Morgan W. Fisher. |
| 2/19/2026 | 1157 | Emergency Motion to Shorten Time in which to respond to the Emergency Motion to Extend Deadline to Assume or Reject Executory Contracts Related to Consigned Goods and Set Expedited Hearing Thereon. |
| 2/19/2026 | 1158 | Order Granting Motion to Shorten Time in Which to Response to Trustee's Emergency Motion to Extend Deadline to Assume or Reject Executory Contracts Related to Consigned Goods and to Set Expedited Hearing Thereon. |
| 2/25/2026 | 1163 | Objection on behalf of Aspen MLT, LLC /a/ka Aspen Comics, Black Mask Studios, LLC, Dark Horse Comics, LLC, Dynamic Forces, Inc., Heavy Metal International, LLC, Magnetic Press, LLC, Massive Publishing, LLC, Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, Panini UK, Ltd., Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd., Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy. |
| 2/25/2026 | 1164 | Objection on behalf of Ad Hoc Committee of Consignors Filed by Catherine Keller Hopkin (related document(s)1156 Motion to Extend Time filed by Trustee Morgan W. Fisher). (Attachments: # 1 Exhibit A: 2-11-26 email # 2 Exhibit B: 1-14-26 email). |
| 2/25/2026 | 1164 | Joint Line (2nd) Regarding Motion To Extend Deadline To Assume Or Reject Executory Contracts Related To Consigned Goods on behalf of Morgan W. Fisher. |
| 2/25/2026 | 1165 | Joint Line Regarding Motion To Extend Deadline To Assume Or Reject Executory Contracts Related To Consigned Goods on behalf of Morgan W. Fisher |

| 2/26/2026 | 1171 | Order Denying Emergency Motion to Extend Time to Assume or Reject Executory Contracts Related to Consigned Goods. |
|-----------|------|---------------------------------------------------------------------------------------------------------------------|
| 3/4/2026 | 1185 | Transcript of Hearing held on February 26, 2026 |

March 26, 2026                           Respectfully submitted,


/s/ Zvi Guttman_____
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Zvi@ZviGuttman.com
(410) 580-0500 Phone
(410) 580-0700 Fax

**Attorney for Zvi Guttman, Trustee**