**Zvi Guttman**
**The Law Offices of Zvi Guttman, P.A.**
**Post Office Box 32308**
**Baltimore, Maryland 21282**

_____

| | | |
|---|---|---|
| **Admitted to Practice in Maryland** | **Telephone** | **(410) 580-0500** |
| **and The District of Columbia** | **Facsimile** | **(410) 580-0700** |
| | **E-Mail** | **Zvi@ZviGuttman.Com** |

March 27, 2026

*VIA EMAIL* **bankruptcy-li@veritext.com**
Dion Rupa or Kim D'Alto
Veritext National Deposition & Litigation Services

**Re:    Request for Transcript Pursuant to Fed. R. Bankr. P. 8009 and 8010**
**In re: Diamond Comic Distributors, Inc], Case No.: 25-10380, Chapter 7**
**United States Bankruptcy Court, District of Maryland**

I write on behalf of Appellant Morgan W. Fisher, a party in the above-referenced bankruptcy appeal, currently pending before the United States District Court for the District of Maryland. Pursuant to Rules 8009 and 8010 of the Federal Rules of Bankruptcy Procedure, I hereby request that you prepare and file the transcript(s) described below.

## I.    PROCEEDING(S) FOR WHICH TRANSCRIPT IS REQUESTED

The following proceeding(s) were reported by you in the above-captioned matter, and transcripts thereof are required for the record on appeal:

| | |
|---|---|
| **Hearing/Proceeding:** | Emergency Motion to Extend Time to Assume or Reject Executory Contracts Related to Consigned Goods |
| **Date of Proceeding:** | February 26, 2026 |
| **Judge Presiding:** | The Honorable Judge David Rice |
| **Docket Number:** | Bankr. Case No.: 25-10308-DER |

## II.    APPLICABLE RULES AND REPORTER'S OBLIGATIONS

This request is made pursuant to the Federal Rules of Bankruptcy Procedure. We respectfully direct your attention to the following provisions and ask that you comply with each obligation applicable to the reporter:

**A.      Fed. R. Bankr. P. 8009 — Record on Appeal: Designation and Transcript.**

Rule 8009 governs the designation of the record on appeal in bankruptcy proceedings. Under Rule 8009(b), when an appellant or appellee designates a transcript as part of the record on appeal, the court reporter or recorder who transcribed the proceeding must prepare the transcript. Specifically:

- The transcript must be prepared in accordance with the applicable local rules of the bankruptcy court and the requirements of the appellate court.
- If the transcript cannot be completed within the time specified, you must immediately notify the bankruptcy clerk and the parties of the anticipated completion date.
- Upon completion, the transcript must be filed with the bankruptcy clerk.

**B.      Fed. R. Bankr. P. 8010 — Completing and Transmitting the Record.**

Rule 8010 addresses the completion and transmission of the record on appeal. The court reporter's obligations under this rule include the following:

- The transcript must be completed and made available to the clerk in sufficient time to permit the timely transmission of the record to the appellate court.
- If the preparation of the transcript is delayed for any reason, you must promptly notify the bankruptcy clerk, the district court or BAP clerk (as applicable), and all parties of record.
- The transcript, once completed, must be certified as accurate and in compliance with applicable standards before filing.

## III.      DELIVERY INSTRUCTIONS AND TIMING

Given the deadlines imposed by the applicable appellate rules, timely preparation is of critical importance. Please be advised of the following:

1.   We request that you confirm receipt of this letter and advise of your anticipated completion date within seven (7) business days of the date of this letter.
2.   Please file the completed transcript with the Clerk of the United States Bankruptcy Court for the District of Maryland and provide the undersigned with a copy upon completion.
3.   If you require a deposit or advance payment of fees, please advise us immediately of the amount required and the method of payment. Appellant is prepared to comply with any applicable fee requirements.
4.   If for any reason you are unable to prepare this transcript, please notify us immediately so that appropriate arrangements may be made to protect the record on appeal.

We appreciate your assistance and prompt attention to this request. Please do not hesitate to contact the undersigned if you have any questions or require any additional information.

Very truly yours,
*/s/ Zvi Guttman*
Zvi Guttman