**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **IN RE:** | **Chapter 7** |
| **Diamond Comic Distributors, Inc., et al.,**[1] | **CASE NO. 25-10308-DER** |
| **Debtors.** | **(Jointly Administered)** |

**LINE RE: APPELLANTS' CERTIFICATION REGARDING TRANSCRIPT**

Appellant, Morgan W. Fisher, Chapter 7 Trustee, by and through undersigned counsel, ordered a transcript from Veritext, as reflected in his March 27, 2026 Certification. Veritext subsequently advised that a transcript had already been ordered from Writer's Cramp, Inc., another authorized transcription service.  Writer's Cramp has been paid and will timely produce the transcript for purposes of the appeal.

Respectfully submitted,

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Zvi@ZviGuttman.com
(410) 580-0500 Phone
(410) 580-0700 Fax

**Attorney for Morgan W. Fisher,**
**Chapter 7 Trustee**

---

[1]      The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this March 30, 2026, copies of the foregoing Line Re: Appellants' Designation of Items for Inclusion in Record and Statement of Issue to Be Presented on Appeal was served via CM/ECF on all CM/ECF in this case including:

Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com

Peter J Artese peter.artese@us.dlapiper.com

Jodie E. Bekman jbekman@gfrlaw.com, dferguson@gfrlaw.com

Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com, delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com

Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com

Darek Bushnaq dsbushnaq@venable.com

Richard L. Costella rcostella@tydings.com, myoung@tydings.com, pcoolbaugh@tydings.com

Katherine Elizabeth Culbertson katherine.culbertson@troutman.com

David W.T. Daniels ddaniels@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com, KMcClure@perkinscoie.com, rleibowitz@perkinscoie.com

G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com

Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com

Emily Devan edevan@milesstockbridge.com

Ellen E. Dew ellen.dew@us.dlapiper.com

Turner Falk turner.falk@saul.com, tnfalk@recap.email, Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com, tmackey@mhlawyers.com, mevans@mhlawyers.com, cmartin@mhlawyers.com, Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Morgan W. Fisher trustee@morganfisherlaw.com, MD65@ecfcbis.com, fisher@premierremote.com

Adam Fletcher afletcher@bakerlaw.com

Chelsea R Frankel cfrankel@lowenstein.com

Jeremy S. Friedberg jeremy@friedberg.legal, ecf@friedberg.legal

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com, christopher-j-giaimo-6409@ecf.pacerpro.com

Joshua Glikin JGlikin@shulmanrogers.com, abogert@shulmanrogers.com, mdicarlo@shulmanrogers.com

Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com, r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com, kreese@yvslaw.com, vmichaelides@yvslaw.com, yvslawcmecf@gmail.com, hopkincr39990@notify.bestcase.com

James R. Irving james.irving@dentons.com

Adam H Isenberg adam.isenberg@saul.com

Harry Conrad Jones HJones@coleschotz.com, bankruptcy@coleschotz.com, pratkowiak@coleschotz.com

Lawrence A. Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com, aklena@hirschlerlaw.com

Toyja E. Kelley Toyja.Kelley@troutman.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@milesstockbridge.com, mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com, pratkowiak@coleschotz.com, bankruptcy@coleschotz.com, lmorton@coleschotz.com

Thomas J. McKee mckeet@gtl, Karrie.Barbaro@gtl, thomas--mckee-0902@ecf.pacerpro.com

Mark Minuti mark.minuti@sa, robyn.warren@saul.com

Randy Moonan rmoonan@sillscummis.com

William Fuller Moss william.moss@friedberg.legal

Bruce S. Nathan bnathan@lowenstein.com

Janet M. Nesse jnesse@mhlawye, jfasano@mhlawye, cpalik@mhlawye, jnesse@ecf.inforupt, tmackey@mhlawye, cmartin@mhlawye, kfeig@mhlawyers.com

Craig Palik cpalik@mhlawye, cpalik@ecf.inforupt, Palik.CraigR92003@notify.bestca, mevans@mhlawye, cmartin@mhlawyers.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@rope, loriann.zullo@rope, calendar-LAO@ropers.com

Scott Prince sprince@bakerlaw.com

Jonathan Gary Rose jonathan.rose@us.dlapiper.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arl, lianna.sarasola@arlaw.com

Dennis J. Shaffer dshaffer@tydin, scalloway@tydin, MYoung@tydings.com

Indira Kavita Sharma indira.sharma@troutm, katherine.culbertson@troutm,

jonathan.young@troutm, david.ruediger@troutm, errol.chapman@troutm, toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

David Sommer dsommer@gallagherl, ceyler@gejl, gomara@gejl, csalce@gejl, mkobylski@gejlaw.com

Brent C. Strickland bstrickland@whitefordl, mbaum@whitefordl, brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers summersm@ballardspa, branchd@ballardspa, heilmanl@ballardspa, ambroses@ballardspa, zarnighiann@ballardspa, carolod@ballardspa, cromartie@ballardspa, stammerk@ballardspahr.com, brannickn@ballardspahr.com

S. Jason Teele steele@sillscummis.com

Paige Noelle Topper paige.topper@saul.com


/s/ Zvi Guttman