**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | Jointly Administered under |
| | ) | Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC., | ) | Chapter 7 |
| et al.[1] | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**RESPONSE/JOINDER OF THE CONSIGNMENT GROUP IN SUPPORT OF THE AD HOC COMMITTEE'S MOTION RENEWING REQUEST FOR RELEASE OF CONSIGNOR'S STOCK**

The members of the Consignment Group (the "Consignors") consisting of (i) Aspen MLT, LLC a/k/a Aspen Comics, (ii) Black Mask Studios, LLC, (iii) DSTLRY Media, Inc., (iv) Dynamic Forces, Inc. a/k/a Dynamite Entertainment, (v) Heavy Metal International, LLC, (vi) Magnetic Press, LLC, (vii) Massive Publishing, LLC, (viii) Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, (ix) Panini UK Ltd., (x) Punk Bot Comic Books, LLC a/k/a Alien Books, (xi) The Penn State University a/k/a Graphic Mundi, (xii) Titan Publishing Group, Ltd., (xiii) Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind, and (xiv) Dark Horse Comics, LLC,  by and through their undersigned counsel, hereby submit this response/joinder (the "Joinder") in support of the Motion Renewing Request for Release of Consignor's Stock (the "Motion") filed by the Ad Hoc Committee, and respectfully state as follows:

1.      The Consignors are parties to distribution agreements with the Debtors pursuant to which they delivered inventory to the Debtors on a consignment basis (the "Consigned Stock"), while retaining ownership of such inventory.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

2.     The Consignors join in and support the Motion and request that the relief sought therein be extended to the Consignors, including the immediate release and return of their respective consigned inventory.

3.     As set forth in the Motion, and as applicable to the Consignors, the relevant distribution agreements provide that title to the consigned inventory remains with the consignor and that such inventory must be returned upon termination of the applicable agreement.

4.     The circumstances described in the Motion—including the Debtors' failure to perform under the distribution agreements, the lack of adequate storage, the lapse of insurance coverage, and the continued unauthorized sale and shipment of consigned inventory—apply equally to the Consignors and their respective consigned inventory.

5.     The Consignors have suffered, and continue to suffer, prejudice as a result of the Debtors' and/or Trustee's failure to return the Consigned Stock, including loss of value, inability to distribute their products through alternative channels, and exposure to customer and contractual claims.

6.     The Consignors further submit that, to the extent their respective distribution agreements have been terminated or rejected, they are entitled to the immediate return of their consigned inventory under applicable law and the terms of their agreements.

7.     The Consignors also submit that as it pertains to consigned inventory delivered to the Debtor posteptition, such interests unquestionably are not subject to the Trustee's avoidance actions. *See In re Schneiderman*, 251 B.R. 757, 762 (D.D.C. 2000) (a trustee has no right to employ § 544(a) to relative postpetition services or transfers, as the powers are limited to the commencement of the case). Multiple members of the Consignors and the Ad Hoc Committee, alike, provided consignment goods to the Debtor after the commencement of the case for which

the Trustee has no cognizable claim against.  At minimum, the relief requested in the Motion is appropriate as to all postpetition transfers of consigned inventory.

8.     Accordingly, the Consignors respectfully request that the Court grant the Motion and extend the relief requested therein to the Consignors, including authorizing the prompt release and retrieval of their respective consigned inventory from the Debtors' warehouse or any third-party facility holding such inventory.

**WHEREFORE**, the Consignors respectfully request that this Court:

  a.  Grant the Ad Hoc Committee's Motion; and extend the relief requested therein to the Consignors;

  b.  Authorize the release and return of the Consignors' consigned inventory; and

  c.  Grant such other and further relief as the Court deems just and proper.

Dated: <u>March 30, 2026</u>                   Respectfully Submitted,


<u>/s/ Craig M. Palik</u>
Craig M. Palik, Esquire (Bar No 15254)
Justin P. Fasano, Esquire
Janet M. Nesse, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770 T: (301) 441-2420
cpalik@mhlawyers.com
jfasano@mhlawyers.com
jnesse@mhlawyers.com

*Counsel for the Consignment Group:*
*Aspen MLT, LLC, a/k/a Aspen Comics,*
*Black Mask Studios, LLC,*
*Dark Horse Comics, Inc*
*DSTLRY Media, Inc.,*
*Dynamic Forces, Inc. a/k/a Dynamite*
*Entertainment,*
*Heavy Metal International, LLC,*
*Magnetic Press, LLC,*
*Massive Publishing, LLC,*

*Oni-Lion Forge Publishing Group, LLC*
*f/k/a Oni Press, LLC,*
*Panini UK Ltd.,*
*Punk Bot Comic Books, LLC a/k/a Alien*
*Books,*
*The Penn State University a/k/a Graphic*
*Mundi,*
*Titan Publishing Group, Ltd. and*
*Vault Storyworks, LLC a/k/a Vault Comics*
*f/k/a Creative Mind Energy*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Joinder of the Consignment Group in Support of Boom Entertainment LLC's Motion Renewing Request for Release of Consignor's Stock will be served electronically by the Court's CM/ECF system on the following:

Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com

Peter J Artese peter.artese@us.dlapiper.com

Jodie E. Bekman jbekman@gfrlaw.com, dferguson@gfrlaw.com

Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com, delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com

Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com

Darek Bushnaq dsbushnaq@venable.com

Richard L. Costella rcostella@tydings.com, myoung@tydings.com, pcoolbaugh@tydings.com

Katherine Elizabeth Culbertson katherine.culbertson@troutman.com

David W.T. Daniels ddaniels@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com, KMcClure@perkinscoie.com, rleibowitz@perkinscoie.com

G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com

Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com

Emily Devan edevan@milesstockbridge.com

Ellen E. Dew ellen.dew@us.dlapiper.com

Turner Falk turner.falk@saul.com, tnfalk@recap.email, Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com, mevans@mhlawyers.com, cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Morgan W. Fisher trustee@morganfisherlaw.com, MD65@ecfcbis.com,
fisher@premierremote.com

Chelsea R Frankel cfrankel@lowenstein.com

Jeremy S. Friedberg jeremy@friedberg.legal, ecf@friedberg.legal

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com,
christopher-j-giaimo-6409@ecf.pacerpro.com

Joshua Glikin JGlikin@shulmanrogers.com, abogert@shulmanrogers.com,
mdicarlo@shulmanrogers.com

Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com, r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com,
MD55@ecfcbis.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com, kreese@yvslaw.com,
vmichaelides@yvslaw.com, yvslawcmecf@gmail.com, hopkincr39990@notify.bestcase.com

James R. Irving james.irving@dentons.com

Adam H Isenberg adam.isenberg@saul.com

Harry Conrad Jones HJones@coleschotz.com, bankruptcy@coleschotz.com,
pratkowiak@coleschotz.com

Lawrence A. Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com, aklena@hirschlerlaw.com

Toyja E. Kelley Toyja.Kelley@troutman.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@milesstockbridge.com, mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com, pratkowiak@coleschotz.com, bankruptcy@coleschotz.com, lmorton@coleschotz.com

Thomas J. McKee mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-0902@ecf.pacerpro.com

Mark Minuti mark.minuti@saul.com, robyn.warren@saul.com

Randy Moonan rmoonan@sillscummis.com

William Fuller Moss william.moss@friedberg.legal

Bruce S. Nathan bnathan@lowenstein.com

Janet M. Nesse jnesse@mhlawyers.com, jfasano@mhlawyers.com, cpalik@mhlawyers.com, jnesse@ecf.inforuptcy.com, tmackey@mhlawyers.com, cmartin@mhlawyers.com, kfeig@mhlawyers.com

Craig Palik cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com, Palik.CraigR92003@notify.bestcase.com, mevans@mhlawyers.com, cmartin@mhlawyers.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com, loriann.zullo@ropers.com, calendarLAO@ropers.com

Jonathan Gary Rose jonathan.rose@us.dlapiper.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com

Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com, MYoung@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com, katherine.culbertson@troutman.com, jonathan.young@troutman.com, david.ruediger@troutman.com, errol.chapman@troutman.com, toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

David Sommer dsommer@gallagherllp.com, ceyler@gejlaw.com, gomara@gejlaw.com, csalce@gejlaw.com, mkobylski@gejlaw.com

Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers summersm@ballardspahr.com, branchd@ballardspahr.com, heilmanl@ballardspahr.com, ambroses@ballardspahr.com, zarnighiann@ballardspahr.com,

carolod@ballardspahr.com, cromartie@ballardspahr.com, stammerk@ballardspahr.com, brannickn@ballardspahr.com

S. Jason Teele steele@sillscummis.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman zvi@zviguttman.com zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Morgan Fisher mwf@morganfisherlaw.com>

/s/ Craig M. Palik
Craig M. Palik