**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

|  |  |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al*., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: D.I. 1195** |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION OF UNITED PARCEL SERVICE, INC. FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

The undersigned counsel to United Parcel Service, Inc., together with its subsidiaries and affiliates ("UPS") hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the *Motion of United Parcel Service, Inc. for Allowance and Payment of Administrative Expense Claim* [Docket No. 1195] (the "Motion"). The undersigned further certifies that he has reviewed the Court's docket in these Chapter 7 cases and no answer, objection or other responsive pleading to the Motion appears thereon.[2]

Dated: March 31, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Anthony F. Jankoski
Anthony F. Jankoski (Bar No. 30570)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel:  (202) 230-5000
Fax:  (202) 842-8465
anthony.jankoski@faegredrinker.com

*Counsel for United Parcel Service, Inc.*

---

[1] The Debtors in these Chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] Pursuant to the notice filed with the Motion, objections were to be filed and served no later than March 30, 2026.

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 31st day of March, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Certificate of No Objection Regarding Motion of United Parcel Service, Inc. for Allowance and Payment of Administrative Expense Claim* will be served electronically by the Court's CM/ECF system on the following:

- **Sam Alberts:**      sam.alberts@dentons.com
  docket.general.lit.wdc@dentons.com

- **Peter J. Artese:**      peter.artese@us.dlapiper.com

- **Jodie E. Bekman:**      jbekman@gfrlaw.com
  dferguson@gfrlaw.com

- **Jan Berlage:**      JBerlage@ghsllp.com
  tcollins@ghsllp.com

- **Hugh M. Bernstein:**      hugh.m.bernstein@usdoj.gov

- **Daniel Jack Blum:**      jack.blum@polsinelli.com
  lsuprum@polsinelli.com
  delawaredocketing@polsinelli.com

- **Laura Skowronski Bouyea:**      lsbouyea@venable.com
  dmdierdorff@venable.com

- **Thomas K. Bredar:**      thomas.bredar@wilmerhale.com
  andrew.goldman@wilmerhale.com
  benjamin.loveland@wilmerhale.com
  yolande.thompson@wilmerhale.com

- **Matthew G. Brushwood:**      mbrushwood@barley.com
  dkline@barley.com

- **Darek Bushnaq:**      dsbushnaq@venable.com

- **Richard L. Costella:**      rcostella@tydings.com
  myoung@tydings.com
  pcoolbaugh@tydings.com

- **Katherine Elizabeth Culbertson:**    katherine.culbertson@troutman.com

- **David W.T. Daniels:**                        ddaniels@perkinscoie.com
                                                 docketnyc@perkinscoie.com
                                                 nvargas@perkinscoie.com
                                                 KMcClure@perkinscoie.com
                                                 rleibowitz@perkinscoie.com

- **G. David Dean:**                             ddean@coleschotz.com
                                                 PRatkowiak@coleschotz.com

- **Mark L. Desgrosseilliers:**                  desgross@chipmanbrown.com
                                                 fusco@chipmanbrown.com

- **Emily Devan:**                               edevan@milesstockbridge.com

- **Ellen E. Dew:**                              ellen.dew@us.dlapiper.com

- **Turner Falk:**                               turner.falk@saul.com
                                                 tnfalk@recap.email
                                                 Veronica.Marchiondo@saul.com

- **Justin Philip Fasano:**                      jfasano@mhlawyers.com
                                                 jfasano@ecf.courtdrive.com
                                                 tmackey@mhlawyers.com
                                                 mevans@mhlawyers.com
                                                 cmartin@mhlawyers.com
                                                 Fasano.JustinR92003@notify.bestcase.com

- **Ashley N. Fellona:**                         ashley.fellona@saul.com
                                                 janice.mast@saul.com

- **Gianfranco Finizio:**                        gfinizio@lowenstein.com

- **Morgan W. Fisher:**                          trustee@morganfisherlaw.com
                                                 MD65@ecfcbis.com
                                                 fisher@premierremote.com

- **Chelsea R. Frankel:**                        cfrankel@lowenstein.com

- **Jeremy S. Friedberg:**                       jeremy@friedberg.legal
                                                 ecf@friedberg.legal

- **Stephen B. Gerald:**                         sgerald@tydings.com

3

- **Christopher J. Giaimo:**  christopher.giaimo@squirepb.com
  christopher.giaimo@squirepb.com
  christopher-j-giaimo-6409@ecf.pacerpro.com

- **Joshua Glikin:**  JGlikin@shulmanrogers.com
  abogert@shulmanrogers.com
  mdicarlo@shulmanrogers.com

- **Jonathan A. Grasso:**  jgrasso@yvslaw.com
  pgomez@yvslaw.com
  r39990@notify.bestcase.com

- **Zvi Guttman:**  zvi@zviguttman.com
  zviguttman@gmail.com
  zviguttman@outlook.com
  MD55@ecfcbis.com

- **Jeffrey C. Hampton:**  jeffrey.hampton@saul.com

- **Catherine Keller Hopkin:**  chopkin@yvslaw.com
  pgomez@yvslaw.com
  kreese@yvslaw.com
  vmichaelides@yvslaw.com
  yvslawcmecf@gmail.com
  hopkincr39990@notify.bestcase.com

- **James R. Irving:**  james.irving@dentons.com

- **Adam H. Isenberg:**  adam.isenberg@saul.com

- **Anthony Jankoski**  anthony.jankoski@faegredrinker.com

- **Harry Conrad Jones**:  HJones@coleschotz.com
  bankruptcy@coleschotz.com
  pratkowiak@coleschotz.com

- **Lawrence A. Katz:**  lkatz@hirschlerlaw.com,
  chall@hirschlerlaw.com
  aklena@hirschlerlaw.com

- **Toyja E. Kelley:**  Toyja.Kelley@troutman.com

- **C. Kevin Kobbe:**  kevin.kobbe@us.dlapiper.com
  docketing-baltimore-0421@ecf.pacerpro.com

- **Eric George Korphage:**  korphagee@whiteandwilliams.com

- **Jung Yong Lee:**  jlee@milesstockbridge.com
  mhickman@tydings.com

- **Gary H. Leibowitz:**  gleibowitz@coleschotz.com,
  pratkowiak@coleschotz.com
  bankruptcy@coleschotz.com
  lmorton@coleschotz.com

- **Thomas J. McKee:**  mckeet@gtlaw.com
  Karrie.Barbaro@gtlaw.com
  thomas--mckee-0902@ecf.pacerpro.com

- **Mark Minuti:**  mark.minuti@saul.com
  robyn.warren@saul.com
- **Randy Moonan:**  rmoonan@sillscummis.com

- **William Fuller Moss:**  william.moss@friedberg.legal

- **Bruce S. Nathan:**  bnathan@lowenstein.com

- **Janet M. Nesse:**  jnesse@mhlawyers.com
  jfasano@mhlawyers.com
  cpalik@mhlawyers.com
  jnesse@ecf.inforuptcy.com
  tmackey@mhlawyers.com
  cmartin@mhlawyers.com
  kfeig@mhlawyers.com

- **Craig Palik:**  cpalik@mhlawyers.com
  cpalik@ecf.inforuptcy.com
  Palik.CraigR92003@notify.bestcase.com
  mevans@mhlawyers.com
  cmartin@mhlawyers.com

- **Michael Papandrea:**  mpapandrea@lowenstein.com

- **Steven Gregory Polard:**  steven.polard@ropers.com
  loriann.zullo@ropers.com
  calendar-LAO@ropers.com

- **Jonathan Gary Rose:**  jonathan.rose@us.dlapiper.com

- **Jordan Rosenfeld:**  jordan.rosenfeld@saul.com

- **Nikolaus F. Schandlbauer:**  nick.schandlbauer@arlaw.com
  lianna.sarasola@arlaw.com

- **Dennis J. Shaffer:** dshaffer@tydings.com
  scalloway@tydings.com
  MYoung@tydings.com

- **Indira Kavita Sharma**: indira.sharma@troutman.com
  katherine.culbertson@troutman.com
  jonathan.young@troutman.com
  david.ruediger@troutman.com
  errol.chapman@troutman.com
  toyja.kelley@troutman.com

- **Nicholas Smargiassi:** nicholas.smargiassi@saul.com

- **David Sommer:** dsommer@gallagherllp.com
  ceyler@gejlaw.com
  gomara@gejlaw.com
  csalce@gejlaw.com
  mkobylski@gejlaw.com

- **Brent C. Strickland:** bstrickland@whitefordlaw.com
  mbaum@whitefordlaw.com
  brent-strickland-3227@ecf.pacerpro.com

- **Matthew G. Summers:** summersm@ballardspahr.com
  branchd@ballardspahr.com
  heilmanl@ballardspahr.com
  ambroses@ballardspahr.com
  zarnighiann@ballardspahr.com
  carolod@ballardspahr.com
  cromartie@ballardspahr.com
  stammerk@ballardspahr.com
  brannickn@ballardspahr.com

- **S. Jason Teele:** steele@sillscummis.com

- **Paige Noelle Topper:** paige.topper@saul.com

- **US Trustee – Baltimore:** USTPRegion04.BA.ECF@USDOJ.GOV

/s/ Anthony F. Jankoski
Anthony F. Jankoski

6