United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 25-10308-DER

Diamond Comic Distributors, Inc.                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 30, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

**Recip ID                    Recipient Name and Address**
  +  H.C. Jones, III, Esq., 1201 Wills Street, Suite 320, Baltimore, MD 21231-3805

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: raly@getzlerhenrich.com | | |
| | | Mar 30 2026 19:26:00 | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam H Isenberg | |
| | adam.isenberg@saul.com |
| Anthony Jankoski | |
| | anthony.jankoski@faegredrinker.com |
| Ashley N Fellona | |
| | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | |

District/off: 0416-1                        User: admin                                Page 2 of 4
Date Rcvd: Mar 30, 2026                     Form ID: pdfparty                          Total Noticed: 2

|  |  |
|---|---|
|  | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | bnathan@lowenstein.com |
| C. Kevin Kobbe | kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com |
| Catherine Keller Hopkin | chopkin@yvslaw.com<br>pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com |
| Chelsea R Frankel | cfrankel@lowenstein.com |
| Christopher J. Giaimo | christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel Jack Blum | jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com |
| Darek Bushnaq | dsbushnaq@venable.com |
| David Sommer | dsommer@gallagherllp.com  ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com |
| David W.T. Daniels | ddaniels@perkinscoie.com<br>docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com |
| Dennis J. Shaffer | dshaffer@tydings.com  scalloway@tydings.com,MYoung@tydings.com |
| Ellen E. Dew | ellen.dew@us.dlapiper.com |
| Emily Devan | edevan@milesstockbridge.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| G. David Dean | ddean@coleschotz.com  PRatkowiak@coleschotz.com |
| Gary H. Leibowitz | gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com |
| Gianfranco Finizio | gfinizio@lowenstein.com |
| Harry Conrad Jones | HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Indira Kavita Sharma | indira.sharma@troutman.com<br>katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com |
| James R. Irving | james.irving@dentons.com |
| Jan Berlage | JBerlage@GHSLLP.com  tcollins@ghsllp.com |
| Janet M. Nesse | jnesse@mhlawyers.com<br>jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com |
| Jeffrey C. Hampton | jeffrey.hampton@saul.com |
| Jeremy S. Friedberg |  |

District/off: 0416-1                    User: admin                          Page 3 of 4
Date Rcvd: Mar 30, 2026                 Form ID: pdfparty                     Total Noticed: 2

jeremy@friedberg.legal  ecf@friedberg.legal

Jodie E. Bekman
　　　　　　　　　jbekman@gfrlaw.com  dferguson@gfrlaw.com

Jonathan A. Grasso
　　　　　　　　　jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
　　　　　　　　　jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
　　　　　　　　　jordan.rosenfeld@saul.com

Joshua Glikin
　　　　　　　　　JGlikin@shulmanrogers.com  abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee
　　　　　　　　　jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano
　　　　　　　　　jfasano@mhlawyers.com
　　　　　　　　　jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
　　　　　　　　　@notify.bestcase.com

Katherine Elizabeth Culbertson
　　　　　　　　　katherine.culbertson@troutman.com

Laura Skowronski Bouyea
　　　　　　　　　lsbouyea@venable.com  dmdierdorff@venable.com

Lawrence A. Katz
　　　　　　　　　lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti
　　　　　　　　　mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers
　　　　　　　　　desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood
　　　　　　　　　mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers
　　　　　　　　　summersm@ballardspahr.com
　　　　　　　　　branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ba
　　　　　　　　　llardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea
　　　　　　　　　mpapandrea@lowenstein.com

Morgan W. Fisher
　　　　　　　　　trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi
　　　　　　　　　nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
　　　　　　　　　nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper
　　　　　　　　　paige.topper@saul.com

Peter J Artese
　　　　　　　　　peter.artese@us.dlapiper.com

Randy Moonan
　　　　　　　　　rmoonan@sillscummis.com

Richard L. Costella
　　　　　　　　　rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

S. Jason Teele
　　　　　　　　　steele@sillscummis.com

Sam Alberts
　　　　　　　　　sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Stephen B. Gerald
　　　　　　　　　sgerald@tydings.com

Steven Gregory Polard
　　　　　　　　　steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

District/off: 0416-1                          User: admin                              Page 4 of 4
Date Rcvd: Mar 30, 2026                       Form ID: pdfparty                        Total Noticed: 2

Thomas J. McKee
                    mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar
                    thomas.bredar@wilmerhale.com
                    andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
                    Toyja.Kelley@troutman.com

Turner Falk
                    turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
                    USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss
                    william.moss@friedberg.legal

Zvi Guttman
                    zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 62

Entered: March 30th, 2026
Signed: March 27th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>     Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered) |
| Charlie Tyson, Dan Hirsch, and Robert Gorin,<br><br>     Movants,<br><br>v.<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>     Debtors,<br><br>and<br><br>Morgan W. Fisher,<br><br>     Chapter 7 Trustee,<br><br>     Respondent. | |

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc., 25-10311-DER (7457); Comic Exporters, Inc., 25-10309-DER (7458); and Diamond Select Toys & Collectibles, LLC, 25-10312-DER (6585).

**ORDER GRANTING JOINT MOTION OF INDIVIDUAL DEFENDANTS FOR ENTRY OF AN ORDER AUTHORIZING, AND TO THE EXTENT NECESSARY, MODIFYING THE AUTOMATIC STAY TO ALLOW THE INSURER TO USE PROCEEDS FROM DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES FOR DEFENSE COSTS AND GRANTING RELATED RELIEF**

Upon the *Joint Motion of Individual Defendants for Entry of an Order Authorizing, and to the Extent Necessary, Modifying the Automatic Stay to Allow the Insurer to Use Proceeds from Directors and Officers Liability Insurance Policies for Defense Costs and Granting Related Relief* (the "Motion");[1] and it appearing that the relief sought in the Motion and the entry of this Order is appropriate; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; and it appearing that venue of these cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b) on which the Court may enter a final order consistent with Article III of the United States Constitution; and this Court having determined that the relief requested in the Motion is reasonable and in the best interests of the Debtors, their estate, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as provided herein.

2.      The Insurer is authorized to make payments, including the advancement of Defense Costs (as defined in the D&O Policy), on behalf of the Movants in accordance with the terms of the D&O Policy, without further notice or relief of this Court.

---

[1]    Capitalized terms used by not otherwise defined shall have the meaning ascribed to them in the Motion.

3.       The automatic stay set forth in section 362 of the Bankruptcy Code, to the extent applicable, is modified to permit the Insurer to pay and/or advance Defense Costs consistent with their obligations under the D&O Policy.

4.       Nothing in this Order shall modify or alter the rights and obligations provided for under the terms and provisions of the D&O Policy.

5.       The Movants and Insurer are authorized to take all actions necessary or appropriate to implement the relief granted in this Order in accordance with the Motion.

6.       This Order shall be immediately valid and fully effected upon its entry and the fourteen (14) day stay imposed by Bankruptcy Rule 4001(a) is waived.

7.       The Court shall retain jurisdiction over all matters arising from or pertaining to the interpretation or implementation of this Order.

**END OF ORDER**