Entered: April 2nd, 2026
Signed: April 2nd, 2026

**DENIED**

WITHOUT PREJUDICE to renewal of the motion upon resolution of
the Trustee's appeal of this Court's Order Denying Emergency
Motion to Extend Time to Assume or Reject Executory Contracts
Related to Consigned Goods [Docket No. 1171]. For the avoidance
of doubt, the Court expresses no opinion by entry of this Order on
whether 11 U.S.C. § 365(g) permits the relief sought in the motion
prior to resolution of the pending adversary proceedings regarding
application of the Uniform Commercial Code.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |

### ORDER GRANTING *AD HOC* COMMITTEE OF CONSIGNORS' MOTION RENEWING REQUEST FOR RELEASE OF CONSIGNOR'S STOCK

Upon Consideration of the *Ad Hoc* Committee of Consignors' (the "Consignors"[2]) Motion

Renewing Request for Release of Consignor's Stock (the "Motion"[3]), and good cause having been

shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

1.      ORDERED, that the Motion is GRANTED; and it is further

2.      ORDERED, the Consignors' Distribution Agreements are terminated effective

five days after the entry of this Order; and it is further

3.      ORDERED, the Consignors have 90 days from the effective date of the Order to

remove their Stock from the Debtors' warehouse.  Sparkle Pop, LLC, shall provide access to the

Consignors to arrange for the "picking and packing" of the stock, which access shall be provided

---

[1]     The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax
identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters,
Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York
Road, Suite 300, Hunt Valley, Maryland 21030.

[2] The Consignors herein are: (i) Ablaze, LLC, (ii) American Mythology Productions LLC, (iii) Avatar
Press, Inc., (iv) Andrew Kafoury dba Battle Quest Comics, (v) Bryan Seaton dba Action Lab, (vi) Drawn &
Quarterly Books Inc., (vii) Fantagraphics Books, Inc., (viii) Green Ronin Publishing LLC, (ix) Herman and Geer
Communications, Inc., dba Hermes Press, (x) Living the Line LLC, (xi) Paizo, Inc., (xii) UDON Entertainment Inc.,
and (xiii) Zenescope Entertainment, Inc.

[3] All capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

during normal business hours upon at least five (5) business days' written notice from the

respective Consignor seeking removal of the stock.

**END OF ORDER**

4899-5350-9269, v. 1

