Entered: April 2nd, 2026
Signed: April 2nd, 2026

**DENIED**

WITHOUT PREJUDICE to renewal of the motion upon resolution of
the Trustee's appeal of this Court's Order Denying Emergency
Motion to Extend Time to Assume or Reject Executory Contracts
Related to Consigned Goods [Docket No. 1171]. For the avoidance
of doubt, the Court expresses no opinion by entry of this Order on
whether 11 U.S.C. § 365(g) permits the relief sought in the motion
prior to resolution of the pending adversary proceedings regarding
application of the Uniform Commercial Code.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## ORDER GRANTING BOOM ENTERTAINMENT LLC'S MOTION
## RENEWING REQUEST FOR RELEASE OF CONSIGNOR'S STOCK

Upon consideration of Boom Entertainment LLC's ("Boom") Motion Renewing Request

for Release of Consignor's Stock (the "Motion"),[2] and good cause having been shown, it is, by the

United States Bankruptcy Court for the District of Maryland, hereby

1.      ORDERED, that the Motion is GRANTED; and it is further

2.      ORDERED, Boom has 90 days from the effective date of the Order to remove its

Stock from the Debtors' warehouse.  Sparkle Pop, LLC, shall provide access to Boom to arrange

for the "picking and packing" of the stock, which access shall be provided during normal

business hours upon at least five (5) business days' written notice from Boom seeking removal

of the stock.

**END OF ORDER**

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax
identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic
Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is:
10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2]   All capitalized terms used but not defined herein shall have the meanings set forth in the Motion.