Entered: April 3rd, 2026
Signed: April 2nd, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–10308 – DER**    Chapter: **7**

**Diamond Comic Distributors, Inc.**
Debtor

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing [1190] Application for Administrative Expenses filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor
      Attorney for Debtor – Jordan Rosenfeld
      Interested Party – California Dept. of Tax and Fee Admin c/o Radhika Aggarwal
      Case Trustee – Morgan W. Fisher
      U.S. Trustee

**End of Order**

14x01 (rev. 02/02/2006) – ShannonMcKenna