IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: * | |
| DIAMOND COMIC DISTRIBUTORS, INC., * et al.[1] * | Jointly Administered under Case No: 25-10308-DER (Chapter 11) |
| Debtors * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

APPELLEES' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL AND COUNTER-STATEMENT OF ISSUES

**I.      Designation of Additional Items to Be Included in the Record on Appeal:**

The members of the *Ad Hoc* Committee of Consignors (the "Consignors"),[2] the Appellees herein, by counsel, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designate the following additional items to be included in the record on appeal to the United States District Court related to the Chapter 7 Trustee's Amended Notice of Appeal [Dkt. # 1223] from the Order Denying Emergency Motion to Extend Time to Assume or Reject Executory Contracts Related to Consigned Goods [Dkt. # 1171]:

| | FILE DATE | PAPER NO. | PLEADING |
|---|---|---|---|
| 1 | 8/1/25 | 679 | Motion Seeking Entry of an Order Requiring the Debtors to Assume or Reject Executory Contracts with Members of *Ad Hoc* Committee of Consignors; and for Related Relief |
| 2 | 12/12/25 | 1070 | Debtors' Motion (A) for Entry of Order Approving Eighth Stipulation between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement and (B) for Approval of Order (I) Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code as of Conversion Date, (II) Approving Certain Conversion Procedures (III) Setting Bar Date for Filing Final Chapter 11 Fee Applications and Establishing a Hearing Thereon, and (IV) Granting Related Relief |
| 3 | 2/26/26 | 1166 | Second Joint Line Regarding Motion to Extend Deadline to Assume or Reject Executory Contracts Related to Consigned Goods |

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585).

[2]   The Consignors/Movants herein are: (i) Ablaze, LLC, (ii) American Mythology Productions LLC, (iii) Avatar Press, Inc., (iv) Andrew Kafoury dba Battle Quest Comics, (v) Bryan Seaton dba Action Lab, (vi) Drawn & Quarterly Books Inc., (vii) Fantagraphics Books, Inc., (viii) Green Ronin Publishing LLC, (ix) Herman and Geer Communications, Inc., dba Hermes Press, (x) Living the Line LLC, (xi) Paizo, Inc., (xii) UDON Entertainment Inc., and (xiii) Zenescope Entertainment, Inc.

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a), the Appellees hereby also incorporate the items included in the Appellants' Designation of Items for Inclusion in Record and Statement of Issue to Be Presented on Appeal [Dkt. # 1241] filed on March 26, 2026.

**II.      Counter-Statement of Issues on Appeal:**

Whether any alleged error in the United States Bankruptcy Court for the District of Maryland's interpretation of the timing for contract rejection under 11 U.S.C. §348(c) and 365(d)(1) is non-prejudicial and harmless, where the trial record independently supports the Court's ultimate judgment based on facts including but not limited to:  (i) Diamond Comic Distributors, Inc.'s (the "Debtor") inability to perform under the respective contracts; (ii) the Debtor's multiple postpetition prior breaches; and (iii) lack of adequate protection.

           /s/ Catherine Keller Hopkin
Catherine Keller Hopkin, 28257
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-0788
chopkin@yvslaw.com

Counsel for *Ad Hoc* Committee of
Consignors/Appellees

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of April 2026, notice of filing the Designation of Additional Items to Be Included in the Record on Appeal and Counter-Statement of Issues was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

           /s/ Catherine Keller Hopkin
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

- Sam Alberts - sam.alberts@dentons.com; docket.general.lit.wdc@dentons.com
- Peter J Artese - peter.artese@us.dlapiper.com
- Jodie E. Bekman - jbekman@gfrlaw.com; dferguson@gfrlaw.com
- Jan Berlage - JBerlage@GHSLLP.com; tcollins@ghsllp.com
- Hugh M. (UST) Bernstein - hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum - jack.blum@polsinelli.com; lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea - lsbouyea@venable.com; dmdierdorff@venable.com
- Thomas K. Bredar - thomas.bredar@wilmerhale.com; andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
- Matthew G. Brushwood - mbrushwood@barley.com; dkline@barley.com
- Darek Bushnaq - dsbushnaq@venable.com
- Richard L. Costella - rcostella@tydings.com; myoung@tydings.com; pcoolbaugh@tydings.com
- Katherine Elizabeth Culbertson - katherine.culbertson@troutman.com
- David W.T. Daniels - ddaniels@perkinscoie.com; docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com; rleibowitz@perkinscoie.com
- G. David Dean - ddean@coleschotz.com; PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers - desgross@chipmanbrown.com; fusco@chipmanbrown.com
- Emily Devan - edevan@milesstockbridge.com
- Ellen E. Dew - ellen.dew@us.dlapiper.com
- Turner Falk - turner.falk@saul.com; tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano - jfasano@mhlawyers.com; jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona - ashley.fellona@saul.com; janice.mast@saul.com
- Gianfranco Finizio - gfinizio@lowenstein.com
- Morgan W. Fisher - trustee@morganfisherlaw.com; MD65@ecfcbis.com; fisher@premierremote.com
- Chelsea R Frankel - cfrankel@lowenstein.com
- Jeremy S. Friedberg - jeremy@friedberg.legal, ecf@friedberg.legal
- Stephen B. Gerald - sgerald@tydings.com
- Christopher J. Giaimo - christopher.giaimo@squirepb.com; christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin - JGlikin@shulmanrogers.com; abogert@shulmanrogers.com; mdicarlo@shulmanrogers.com
- Jonathan A. Grasso - jgrasso@yvslaw.com; pgomez@yvslaw.com; r39990@notify.bestcase.com
- Zvi Guttman - zvi@zviguttman.com; zviguttman@gmail.com; zviguttman@outlook.com; MD55@ecfcbis.com
- Jeffrey C. Hampton - jeffrey.hampton@saul.com
- Catherine Keller Hopkin - chopkin@yvslaw.com; pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
- James R. Irving - james.irving@dentons.com
- Adam H Isenberg - adam.isenberg@saul.com
- Anthony Jankoski - anthony.jankoski@faegredrinker.com
- Harry Conrad Jones - HJones@coleschotz.com; bankruptcy@coleschotz.com; pratkowiak@coleschotz.com
- Lawrence A. Katz - lkatz@hirschlerlaw.com; chall@hirschlerlaw.com; aklena@hirschlerlaw.com
- Toyja E. Kelley - Toyja.Kelley@troutman.com
- C. Kevin Kobbe - kevin.kobbe@us.dlapiper.com; docketing-baltimore-0421@ecf.pacerpro.com
- Eric George Korphage - korphagee@whiteandwilliams.com
- Jung Yong Lee - jlee@milesstockbridge.com; mhickman@tydings.com
- Gary H. Leibowitz - gleibowitz@coleschotz.com; pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
- Thomas J. McKee - mckeet@gtlaw.com; Karrie.Barbaro@gtlaw.com; thomas--mckee-0902@ecf.pacerpro.com
- Mark Minuti - mark.minuti@saul.com; robyn.warren@saul.com
- Randy Moonan - rmoonan@sillscummis.com
- William Fuller Moss - william.moss@friedberg.legal
- Bruce S. Nathan - bnathan@lowenstein.com
- Janet M. Nesse - jnesse@mhlawyers.com; jfasano@mhlawyers.com; cpalik@mhlawyers.com; jnesse@ecf.inforuptcy.com; tmackey@mhlawyers.com; cmartin@mhlawyers.com; kfeig@mhlawyers.com
- Craig Palik - cpalik@mhlawyers.com; cpalik@ecf.inforuptcy.com; Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com; cmartin@mhlawyers.com
- Michael Papandrea - mpapandrea@lowenstein.com
- Steven Gregory Polard - steven.polard@ropers.com; loriann.zullo@ropers.com; calendar-LAO@ropers.com
- Jonathan Gary Rose - jonathan.rose@us.dlapiper.com
- Jordan Rosenfeld - jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer - nick.schandlbauer@arlaw.com; lianna.sarasola@arlaw.com
- Dennis J. Shaffer - dshaffer@tydings.com; scalloway@tydings.com; MYoung@tydings.com
- Indira Kavita Sharma - indira.sharma@troutman.com; katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com; errol.chapman@troutman.com; toyja.kelley@troutman.com
- Nicholas Smargiassi - nicholas.smargiassi@saul.com
- David Sommer - dsommer@gallagherllp.com; ceyler@gejlaw.com; gomara@gejlaw.com; csalce@gejlaw.com; mkobylski@gejlaw.com
- Brent C. Strickland - bstrickland@whitefordlaw.com; mbaum@whitefordlaw.com; brent-strickland-3227@ecf.pacerpro.com
- Matthew G. Summers - summersm@ballardspahr.com; branchd@ballardspahr.com; heilmanl@ballardspahr.com; ambroses@ballardspahr.com; zarnighiann@ballardspahr.com; carolod@ballardspahr.com; cromartie@ballardspahr.com; stammerk@ballardspahr.com; brannickn@ballardspahr.com
- S. Jason Teele - steele@sillscummis.com
- Paige Noelle Topper - paige.topper@saul.com
- US Trustee - Baltimore - USTPRegion04.BA.ECF@USDOJ.GOV