**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| | | **Case No. 25-10308-DER** |
| **Diamond Comic Distributors, Inc., *et. al*,** | * | **(Jointly Administered)** |
| Debtors.[1] | * | **Chapter 7** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY**
**SHAPIRO SHER GUINOT & SANDLER AS OF MARCH 3, 2026 AS LEAD**
**GENERAL BANKRUPTCY COUNSEL TO THE CHAPTER 7 TRUSTEE**

Morgan Fisher, the Chapter 7 Trustee in the above-captioned cases (the "Trustee"), pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a), applies for authority to employ Shapiro Sher Guinot & Sandler (the "Applicant" or "Shapiro Sher") as lead general bankruptcy counsel in these cases (the "Application"). In support of the Application, the Trustee relies on the Statement of Attorney Pursuant To Bankruptcy Rule 2014 (the "Goldberg Declaration") which is attached hereto as **Exhibit A**. In support thereof, the Trustee respectively represents as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

2. Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core Proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (0).

**Parties and Background**

3. On January 14, 2025 (the "Petition Date"), Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectibles, LLC

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

(collectively, the "Debtors") each commenced a case (the "Bankruptcy Cases") under chapter 11 of the United States Bankruptcy Code.

4. On January 16, 2025, the Court granted the Debtors' Motion for Joint Administration and ordered the Debtors' cases to be jointly administered under *In re: Diamond Comic Distributors, Inc.*, *et. al.*, 25-10308 [ECF No. 41].

5. Information regarding the Debtor's history and business operations, capital structure, and secured indebtedness, and the events leading up to the commencement of these Bankruptcy Cases can be found in the *Declaration of Robert Gorin in Support of First Day Relief*, filed with the Court on the Petition Date at ECF No. 20.

6. On December 12, 2025, the Debtors filed a Motion (A) For Entry of Order Approving Eighth Stipulation between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement and (B) For Approval of Order (i) Converting Cases From Chapter 11 To Chapter 7 of the Bankruptcy Code as of the Conversion Date, (ii) Approving Certain Conversion Procedures, (iii) Setting Bar Date For Filing Final Chapter 11 Fee Applications and Establishing a Hearing Thereon, and (iv) Granting Related Relief (the "Motion to Convert") [ECF No. 1070].

7. On December 19, 2025, this Court entered an Order granting the Debtor's Motion to Convert [*See* Order, ECF No. 1089].

8. On December 23, 2025, the United States Trustee's Office appointed Morgan Fisher as Interim Trustee and Designation of Required Bond. [ECF No. 1095.]

9. On January 1, 2026, Morgan Fisher became the duly appointed interim Chapter 7 Trustee for the Debtors' bankruptcy estates and is so acting pursuant to 11 U. S. C. §702(d). The Trustee has accepted his appointment, has qualified, and is acting in that capacity.

10.     Employment of general bankruptcy counsel is necessary for the efficient administration, and proper liquidation of the assets, of these Bankruptcy Cases and to obtain maximum net recovery for distribution to creditors. The Court previously authorized the Trustee to employ the Law Offices of Zvi Guttman, P.A. ("Guttman"), and that firm has diligently served the Trustee since its employment.

11.     The Trustee also previously sought to employ the law firm of Stearns Weaver Miller as his general bankruptcy counsel. With undersigned counsel's employment (contingent upon approval of the Trustee's funding agreement with JPMorgan Chase, discussed below), the Trustee will no longer have a need for Stearns Weaver's employment and will withdraw the Stearns Weaver employment application.

12.     The Trustee contacted the Applicant on March 3, 2026 and undersigned counsel immediately began advising the Trustee, getting up to speed on the status of these cases (including the review of multiple court filings and transcripts of hearings the Court has conducted) and, most importantly immediately began negotiating with JPMorgan Chase to reach a global agreement whereby JPMorgan Chase would, among other things, provide funding for the Trustee's professionals (including special litigation counsel in the Alliance litigation) to assist the Trustee in carrying out his fiduciary duties to the estates.

13.     The Trustee has simultaneously sought (or will very quickly seek) approval of the agreement reached with JPMorgan Chase.  The Applicant's agreement to be employed in these cases is contingent upon the Court's approval of the Trustee's agreement for professional funding with JPMorgan Chase, i.e. the DIP funding agreement.

14.     By this Application, the Trustee seeks to transition primary responsibility for general bankruptcy counsel to Shapiro Sher, which will assume the lead general counsel role in

3

advising and representing the Trustee going forward. (Guttman's role will correspondingly decline, though Guttman will continue to assist the Trustee in a limited capacity with respect to discrete matters and tasks already underway or otherwise appropriate for its continued involvement).

15.     Shapiro Sher and Guttman will coordinate to ensure there is no duplication of services and, to the extent any overlap exists, both firms will exercise billing judgment so that the estates are not double charged.

**Relief Requested**

16.     By this Application, the Trustee seeks authority to employ Shapiro Sher as his lead general bankruptcy counsel pursuant to the terms set forth in the Engagement Letter dated as of March 3, 2026 (the "Engagement Letter"), attached hereto as **Exhibit B**.  The Trustee seeks the employment of Shapiro Sher to represent his interests and perform services for him in connection with carrying out his fiduciary duties and responsibilities under the Bankruptcy Code.

17.     Specifically, the Trustee seeks authorization to employ Shapiro Sher as lead general bankruptcy counsel to assist, advise, and represent the Trustee including with respect to the following categories of services: all matters of general bankruptcy advice in chapter 7 liquidations, filings, financings, financing negotiations, advice respecting adversary proceedings (including analysis and institution of Chapter 5 avoidance and recovery actions), other litigation (including the defense thereof), claim objections, distributions, and advising with respect to the resolution of litigation.

18.     The Trustee has selected Shapiro Sher to represent him due to its extensive experience in all aspects of bankruptcy cases, bankruptcy and commercial litigation, and corporate and commercial law.  Lead attorney for this engagement will be Richard M. Goldberg.

4

The Trustee initially contacted Shapiro Sher seeking its engagement on March 1, 2026, with Shapiro Sher beginning extensive negotiations with JPMorgan Chase as of March 3, 2026 and otherwise advising the Trustee as of that date.  This Application is filed now as a result of the multi-week, successful negotiations Applicant carried out on behalf of the Trustee with JPMorgan Chase as evidenced by other filings simultaneous herewith or to be filed imminently. The referenced agreement that undersigned counsel negotiated provides, among other things, for JPMorgan Chase's agreed "carve-out" of its collateral to be used to pay the Trustee's general bankruptcy professionals, and a hybrid contingency fee agreement to allow the Trustee to engage Kramon & Graham, P.A. as special litigation counsel to prosecute the estates' interests in the Alliance Entertainment litigation pending before the Court.

19.     Shapiro Sher has agreed to provide legal services to the Trustee based on the amount of time devoted to a matter at hourly rates for the particular professional involved, in increments of one-tenth of one hour. The Applicant's rates are subject to annual adjustment to reflect economic and market conditions. As of the filing of this Application, the hourly rates for the professionals at Shapiro Sher are as follows:

| Partners: | $400.00 to $800.00 per hour |
|---|---|
| Associates: | $350.00 to $405.00 per hour |
| Paralegals: | $260.00 to $300.00 per hour |

20.     The Trustee proposes to pay Shapiro Sher compensation at its hourly rates for services rendered, subject to further application and approval of this Court under 11 U.S.C. §§ 328(a) and 330 and any fee payment orders of the Court.

21.     The Applicant has no connection with the Debtors, creditors of the Debtors, or any other party in interest, their respective attorneys and accountants, except that in wholly unrelated cases, the Applicant may have represented a creditor of the Debtors in the past.  The

5

Applicant was contacted by creditors of the Debtors Debtors during the pendency of the Chapter 11 cases but declined all representations and did not enter into any attorney-client relationships.

22.     Shapiro Sher no has no connection with the United States Trustee, or any person employed in the office of the United States Trustee.

23.     Shapiro Sher, its members and associates are "disinterested persons" within the meaning of 11 U.S.C. § 101(14) and are eligible to serve as general bankruptcy counsel for the Trustee.

24.     Shapiro Sher does not represent or hold any interest adverse to the Debtors or to their estates with respect to the matters on which the Applicant is to be employed.

25.     No examiner has been appointed in these Bankruptcy Cases.

26.     As required by Fed. R. Bankr. P. 2014, a verified statement attesting to the foregoing is attached hereto.  *See* **Ex. A**, Goldberg Declaration.

**Statement Pursuant to Local Bankruptcy Rule 9013-2**

27.     Pursuant to Rule 9013-2 of the Local Bankruptcy Rules of the  United States Bankruptcy Court for the District of Maryland, the Trustee states that, in lieu of submitting a memorandum in support of this Application, he will rely solely upon the grounds and  authorities set forth herein.

WHEREFORE, the Trustee requests that this Court:

A.     Authorize the employment of Shapiro Sher as the Trustee's general bankruptcy counsel as set forth herein;

B.     Authorize the Trustee to compensate Shapiro Sher for reasonable, actual and necessary fees and expenses in connection with representation of the Trustee in these Bankruptcy Cases, subject to further application and approval of this Court, including any fee payment orders the Court enters; and

C.      Grant such other and further relief as is just and appropriate under the circumstances.

Dated: April 9, 2026

/s/ Richard M. Goldberg
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
         djz@shapirosher.com

*Proposed General Bankruptcy Counsel
to Morgan Fisher, Chapter 7 Trustee*

7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April, 2026, I reviewed the Court's CM/ECF

system and it reports that an electronic copy of the foregoing will be served electronically by the

Court's CM/ECF system on the following:

-Sam Alberts   sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
-Peter J Artese peter.artese@us.dlapiper.com
-Jodie E. Bekman        jbekman@gfrlaw.com, dferguson@gfrlaw.com
-Jan Berlage   JBerlage@GHSLLP.com, tcollins@ghsllp.com
-Hugh M. (UST) Bernstein   hugh.m.bernstein@usdoj.gov
-Daniel Jack Blum     jack.blum@polsinelli.com,
lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
-Laura Skowronski Bouyea   lsbouyea@venable.com, dmdierdorff@venable.com
-Thomas K. Bredar      thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com;
yolande.thompson@wilmerhale.com
-Andrew Brown          abrown@klestadt.com
-Matthew G. Brushwood        mbrushwood@barley.com, dkline@barley.com
-Darek Bushnaq        dsbushnaq@venable.com
-Richard L. Costella   rcostella@tydings.com,
scalloway@tydings.com; MYoung@tydings.com; zjones@tydings.com;
swilliams@tydings.com
-Katherine Elizabeth Culbertson        katherine.culbertson@troutman.com
-David W.T. Daniels   ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com;
rleibowitz@perkinscoie.com
-G. David Dean         ddean@coleschotz.com, PRatkowiak@coleschotz.com
-Mark L Desgrosseilliers       desgross@chipmanbrown.com, fusco@chipmanbrown.com
-Emily Devan  edevan@milesstockbridge.com
-Ellen E. Dew ellen.dew@us.dlapiper.com
-Turner Falk   turner.falk@saul.com,
tnfalk@recap.email; Veronica.Marchiondo@saul.com
-Justin Philip Fasano  jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com;
cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
-Ashley N Fellona      ashley.fellona@saul.com, janice.mast@saul.com
-Gianfranco Finizio   gfinizio@lowenstein.com
-Adam Fletcher        afletcher@bakerlaw.com
-Chelsea R Frankel     cfrankel@lowenstein.com
-Jeremy S. Friedberg  jeremy@friedberg.legal, ecf@friedberg.legal
-Stephen B. Gerald    sgerald@tydings.com
-Christopher J. Giaimo         christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com

8

-Joshua Glikin JGlikin@shulmanrogers.com, abogert@shulmanrogers.com, tlewis@shulmanrogers.com
-Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com; r39990@notify.bestcase.com
-Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
-Jeffrey C. Hampton   jeffrey.hampton@saul.com
-Jason F Hoffman      jhoffman@bakerlaw.com
-Catherine Keller Hopkin       chopkin@yvslaw.com, pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
-James R. Irving       james.irving@dentons.com
-Adam H Isenberg      adam.isenberg@saul.com
-Harry Conrad Jones  HJones@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com
-Lawrence A. Katz     lkatz@hirschlerlaw.com, chall@hirschlerlaw.com; aklena@hirschlerlaw.com
-Toyja E. Kelley       Toyja.Kelley@troutman.com
C. Kevin Kobbe       kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
-Eric George Korphage         korphagee@whiteandwilliams.com
-Jung Yong Lee        jlee@milesstockbridge.com, mhickman@tydings.com
-Gary H. Leibowitz    gleibowitz@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
-Thomas J. McKee     mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-0902@ecf.pacerpro.com
-Mark Minuti  mark.minuti@saul.com, robyn.warren@saul.com
-Randy Moonan        rmoonan@sillscummis.com
-William Fuller Moss  william.moss@friedberg.legal
-Bruce S. Nathan      bnathan@lowenstein.com
-Janet M. Nesse       jnesse@mhlawyers.com, jfasano@mhlawyers.com; cpalik@mhlawyers.com; jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com; cmartin@mhlawyers.com; kfeig@mhlawyers.com
-Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com; Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com; cmartin@mhlawyers.com
-Michael Papandrea    mpapandrea@lowenstein.com
-Steven Gregory Polard        steven.polard@ropers.com, loriann.zullo@ropers.com; calendar-LAO@ropers.com
-Scott Prince   sprince@bakerlaw.com
-Jonathan Gary Rose  jonathan.rose@us.dlapiper.com
-Jordan Rosenfeld     jordan.rosenfeld@saul.com
-Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
-Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com; MYoung@tydings.com

-Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com; jonathan.young@troutman.com;
david.ruediger@troutman.com; errol.chapman@troutman.com;
toyja.kelley@troutman.com
-Nicholas Smargiassi  nicholas.smargiassi@saul.com
-David Sommer          dsommer@gallagherllp.com,
ceyler@gejlaw.com; gomara@gejlaw.com; csalce@gejlaw.com; mkobylski@gejlaw.com
-Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com;  brent-strickland-3227@ecf.pacerpro.com
-Matthew G. Summers          summersm@ballardspahr.com,
branchd@ballardspahr.com; heilmanl@ballardspahr.com;
ambroses@ballardspahr.com;zar
nighiann@ballardspahr.com; carolod@ballardspahr.com; cromartie@ballardspahr.com;
stammerk@ballardspahr.com; brannickn@ballardspahr.com
-S. Jason Teele          steele@sillscummis.com
-Paige Noelle Topper  paige.topper@saul.com
-US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV


                              /s/ Richard M. Goldberg
                              Richard M. Goldberg