# EXHIBIT A

## Goldberg Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| | | **Case No. 25-10308-DER** |
| Diamond Comic Distributors, Inc., et al, | * | **(Jointly Administered)** |
| Debtors.[1] | * | **Chapter 7** |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### <u>STATEMENT OF ATTORNEY PURSUANT TO BANKRUPTCY RULE 2014</u>

I, RICHARD M. GOLDBERG, state:

1.      I am an attorney at law duly admitted to practice before the United States District Court for the District of Maryland.  I am a member of the bar of the State of Maryland.

2.      I am a member of the law firm of Shapiro Sher Guinot & Sandler ("Shapiro Sher").

3.      In preparing this statement, Shapiro Sher has reviewed the list of creditors and other parties in interest of the Debtors. Shapiro Sher and I have no connection to the Debtors, creditors of the Debtors, other parties in interest, their respective attorneys and accountants, except as set forth below in paragraph 8c.  I have not shared nor agreed to share any compensation paid or to be paid in connection with this case with any other attorney, individual or entity except within Shapiro Sher.  Shapiro Sher will continue to review and update this disclosure if any connections or other matters subject to disclosure are discovered.

4.      Neither I nor anyone at Shapiro Sher has served as an examiner in connection with these Bankruptcy Cases.

---

1 The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

5.      In connection with Shapiro Sher's proposed retention by the Trustee, I caused a review to be undertaken to determine any connections that Shapiro Sher may have with any creditors or parties-in-interest. In the ordinary course of its business, Shapiro Sher maintains a database for purposes of performing "conflicts checks." The database contains information regarding the Firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of entities identified in Rule 2014(a) for purposes of searching the aforementioned database and determining the connection(s) that Shapiro Sher has with such entities or affiliates of such entities (collectively, the "Interested Entities").

6.      The results of the search of the database show that Shapiro Sher does not currently represent any Interested Entities and that Shapiro Sher's prior representation of any Interested Entity, if any, was unrelated to the these bankruptcy cases.

7.      Other than as set forth below, neither I nor any member, counsel or associate of Shapiro Sher has any connection with any creditor or any other party-in-interest, their attorneys or accountants.

8.      After a review of the above information, to the best of my knowledge, I have determined the following:

a.      As part of its practice, Shapiro Sher appears in cases, proceedings, and transactions involving many different attorneys, accountants, and financial consultants, some of which now or may in the future represent claimants and other parties in interest in this case. Shapiro Sher has not represented, and will not represent, any of such parties in relation to the Debtors or the Trustee.

b.      Shapiro Sher will continue to apply its firm disclosure procedures as additional information concerning entities having a connection with the Trustee and Debtors is developed, and will file appropriate supplemental disclosure with the Court as needed.

c.      In wholly unrelated cases, the Firm may have represented a creditor in these Bankruptcy Cases in the past; however, the Firm has not represented and will not represent any creditor or party in interest in these Bankruptcy Cases. The Applicant was contacted by creditors of the Debtors during the pendency of the Chapter 11 cases but declined all representations, and did not enter into any attorney-client relationship.

9.      Based on the above, I believe that Shapiro Sher, its members, counsel, associates and I are "disinterested persons" within the meaning of Section 101(14) of the Bankruptcy Code and are eligible to serve as bankruptcy counsel for the Trustee.

10.      I have not shared nor agreed to share any compensation paid or to be paid in connection with these cases, except with the law firm of Shapiro Sher, of which I am a member.

I state under penalty of perjury that the foregoing is true and correct.

Dated: April 9, 2026

/s/ *Richard M. Goldberg*
Richard M. Goldberg, Fed. Bar No. 07994
Shapiro Sher Guinot & Sandler
250 West Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: (410) 385-4274
Email: rmg@shapirosher.com

*Proposed General Bankruptcy Counsel*
*to Morgan W. Fisher, Chapter 7 Trustee*