# EXHIBIT B



**Richard M. Goldberg**
Direct - 410.385.4274
rmg@shapirosher.com

250 West Pratt Street
Suite 2000
Baltimore, Maryland 21201

P 410.385.0202
F 410.539.7611

shapirosher.com

As of March 3, 2026

**VIA E-MAIL** - mwf@morganfisherlaw.com

Morgan W. Fisher, Chapter 7 Trustee for Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC (collectively, "Diamond Comics" or the "Debtors")
c/o Law Offices of Morgan Fisher LLC
18 West St
Annapolis, MD 21401

   Re: *Engagement of Shapiro Sher Guinot & Sandler, P.A.*

Dear Mr. Fisher:

   This letter will confirm the terms of the retention and fee agreement between Morgan W. Fisher, Chapter 7 Trustee for Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectables (the "Client"), and Shapiro Sher Guinot & Sandler, P.A. (the "Firm").  The Firm will represent and render legal services to the Client in your capacity as the Court appointed Chapter 7 Trustee ("You") in connection with the case styled as *In re: Diamond Comic Distributors, Inc.*, *et. al.*, pending in The United States Bankruptcy Court For the District of Maryland (Baltimore Division), Case No. 25-10308 -DER.  The Applicant's agreement to be employed in these cases is contingent upon the Court's approval of the Trustee's agreement for professional funding with JPMorgan Chase, i.e. the DIP funding agreement.

   This letter sets forth the terms of our engagement.  Because it is intended to cover any kind of assignment you may give us, it mentions certain aspects of legal representation generally that may not apply to this assignment; we do so to be thorough.  The scope of our legal services will be in accordance with this letter, any written modifications to it, and our discussions or correspondence not inconsistent with this letter and its written modifications. Please review this letter carefully and sign and return the enclosed copy to me.

   We will take reasonable steps to keep you informed of our progress and to respond to your inquiries.  We request that you be candid and cooperative with us and keep us informed of developments.  We also request that you provide us with any relevant information and documents that you have relating to the matters we are handling.



Morgan W. Fisher, Chapter 7 Trustee
March 3, 2026
Page 2

In consideration of the Firm's representation, You agree to pay for legal services based on the amount of time devoted to a matter at hourly rates for the particular professionals involved, in increments of one-tenth of one hour, subject to Court approval and availability of funds in your estate. I will have primary responsibility for your work in the representation. Due to the size and complexity of these cases, I anticipate requiring additional assistance of partner, associate and paralegal support; and I will be happy to discuss our staffing decisions with you. Our hourly rates are based on the experience, expertise, and standing of the professionals involved. Our current hourly rates are:

| | |
|---|---|
| Partners: | $400.00 to $800.00 per hour |
| Associates: | $350.00 to $405.00 per hour |
| Paralegals: | $260.00 to $300.00 per hour |

My hourly rate is $700.00. Our hourly rates are adjusted on January 1 of each year and may additionally be adjusted from time to time, provided, however, before any adjustment other than the January/annual adjustment to our fees is implemented, you will be advised of the adjustment. Subject to Court approval and availability of funds, You will be responsible for the payment of all actual expenses incurred by the Firm in the furtherance of this representation, including postage, long-distance telephone charges, telecopy charges, photocopying charges, delivery service charges, court filing fees, witness fees, court stenographic expenses, travel expenses, Lexis and Westlaw computer research charges, and the like.

Generally, for any services provided we will provide You with a monthly statement for services rendered during the previous period and for disbursements incurred for your account. The detail in the statements will inform You of both the nature and progress of work and the fees and costs being incurred. If we are working on more than one matter for You, You will receive separate billings for each such matter and a combined billing for all matters.

Any opinions we express about the outcome of a legal matter are only our best professional estimates; they are necessarily limited by our knowledge of facts and law at the time opinions are expressed. Nothing in this agreement, and nothing in our statements to You, are to be construed as a promise or guaranty about the outcome of your matters. We make no promises or guarantees. Unless specifically stated in a separate writing signed by the parties hereto, payment for our services is not contingent upon the outcome of any matter.

The attorney-client relationship is one of mutual trust and confidence. We do our best to see that our clients are satisfied not only with our services, but also, with the reasonableness of the fees and disbursements charged for those services. Whenever You have any questions or comments regarding our services, or the status of your files, or whenever any new facts or considerations come to your attention, You should contact me, any other attorney with whom you are working. We also encourage You to inquire about any matter relating to our fee arrangements or monthly statements that are in any way unclear or appear unsatisfactory.



**SHAPIRO SHER**

You may terminate our engagement with or without cause at any time on written notice to us. Upon your terminating our engagement, and upon payment of all amounts owing to us at the time, we will return your papers and property immediately. We will, however, retain our own files. Termination of our services will not affect your liability to pay for legal services rendered and all costs incurred up to the date when we receive notice of termination, and for any further work required of us in order to facilitate an orderly turnover of matters in process at the time of the termination.

We may terminate our engagement for any of the reasons permitted under the Maryland Rules of Professional Conduct or other applicable law, including: failure to pay promptly our bills; misrepresentation of, or failure to disclose, any material facts; action taken contrary to our advice; or any other conduct or situation that in our judgment impairs an effective attorney-client relationship between us or presents conflicts with our professional responsibilities. If required, we will request a stipulation executed by you allowing us to withdraw as attorney of record in any judicial, arbitration, or similar proceedings. We may also apply for a court order approving our withdrawal from representing you, and you agree in advance to our withdrawal.

Generally, we keep each client's legal files for five (5) years after we close the file. After five (5) years, we destroy those files unless the client requests otherwise.

Please read the terms set forth in this letter and attached Standard Terms of Engagement for Legal Services carefully and make certain You understand them. To memorialize your consent to these terms, I ask that you execute this letter. We will render the legal services as agreed, and You will be billed and will pay for the legal services and costs as described herein.

We appreciate your confidence in us and the opportunity to represent you. We look forward to working with you.

Very truly yours,

*/s/ Richard M. Goldberg*

Richard M. Goldberg

RMG/
Enclosure

AGREED AND ACCEPTED

/s/ Morgan W. Fisher
Morgan W. Fisher, Chapter 7 Trustee for Diamond Comic Distributors, Inc.,
Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectables