**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| | | **Case No. 25-10308-DER** |
| **Diamond Comic Distributors, Inc., et al,** | * | **(Jointly Administered)** |
| **Debtors.**[1] | * | **Chapter 7** |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER AUTHORIZING EMPLOYMENT OF SHAPIRO SHER GUINOT &**
**SANDLER AS LEAD GENERAL BANKRUPTCY COUNSEL TO THE CHAPTER 7**
**TRUSTEE**

Upon the application of Morgan W. Fisher, the Chapter 7 Trustee in the above-captioned cases (the "Trustee"), for authority to employ Shapiro Sher Guinot & Sandler ("Shapiro Sher") to serve as lead general bankruptcy counsel to the Trustee (the "Application"), and upon consideration of the Declaration of Richard M. Goldberg[2], and it appearing that Richard M. Goldberg and Shapiro Sher are disinterested within the meaning of 11 U.S.C. § 101(14), represent no interest adverse to the trustee or the debtors' bankruptcy estates, and that the employment of counsel for the purposes described in the Application is necessary and in the best interests of the estate, it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

[2] For calendar year 2026 Counsel's billing rate in these Chapter 7 cases is $700.00/hr.  Rates are subject to adjustment. Counsel will file notice of any adjustment applicable to this case.

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that the Trustee is authorized to employ Shapiro Sher as lead general bankruptcy counsel to represent him on an hourly basis at the firm's normal, hourly rates under a general retainer, with the payment of such fees and reimbursement of out-of-pocket expenses to be subject to application and further Order of this Court.

cc:    Morgan W. Fisher, Esquire
c/o Law Offices of Morgan Fisher LLC
18 West St
Annapolis, MD 21401
*Chapter 7 Trustee*

Richard M. Goldberg, Esquire
Shapiro Sher Guinot & Sandler
250 West Pratt St., Suite 2000
Baltimore, MD 21201
*Proposed General Bankruptcy Counsel for Chapter 7 Trustee*

Zvi Guttman, Esquire
The Law Offices of Zvi Guttman, P.A.
600 Reisterstown Rd, Suite 308
Pikesville, MD 21208
*General Bankruptcy Counsel for Chapter 7 Trustee*

Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

**END OF ORDER**