# EXHIBIT A

# DECLARATION

4875-1277-1748.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| | | **Case No. 25-10308-DER** |
| **Diamond Comic Distributors, Inc.,** *et. al*, | * | **(Jointly Administered)** |
| **Debtors.**[1] | * | **Chapter 7** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DECLARATION OF ROBERT PATRICK IN SUPPORT OF**
**TRUSTEE'S APPLICATION TO EMPLOY SC&H GROUP, INC.**
**AS FINANCIAL ADVISOR AND LITIGATION SUPPORT CONSULTANT FOR**
**THE CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. §§ 327 AND 328**

I, Robert Patrick, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury that:

1.      I am over the age of 18, am competent to testify to the matters set forth herein and provide this Declaration in support of the Trustee's Application to Employ SC&H Group, Inc. as Financial Advisor And Litigation Support Consultant for the Chapter 7 Trustee pursuant to 11 U.S.C. §§ 327 And 328 (the "Application") filed in the above-captioned action by Morgan W. Fisher, Chapter 7 Trustee for the Debtors.

2.      I am a Managing Director of SC&H Group ("SC&H"), with a principal office address of 226 Schilling Circle, Suite 300, Hunt Valley, MD 21031.  I am familiar with the matters set forth herein and make this declaration in support of the Application.  I received a B.S. in Accounting from the University of Baltimore and I am a Certified Turnaround Professional ("CTP"), Certified Insolvency and Restructuring Advisor ("CIRA") and Certified Fraud Examiner ("CFE").

3.      Neither I nor SC&H is disqualified to serve as financial advisor to the Trustee.

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

2

4875-1277-1748.2

4.      Neither I nor SC&H is a creditor, equity security holder, or employee of any of the Debtors.

5.      Neither I nor SC&H has a material financial interest in the outcome of these proceedings, other than compensation the Court may allow for services as financial advisors.

6.      SC&H will promptly file with the Court a supplemental declaration if and when any further connections between it and such parties-in-interest are discovered.

7.      To the best of my knowledge, neither SC&H nor any professional at the Firm holds or represents an interest adverse to the Debtor's estate.

8.      The contract compliance and audit services ("CCAS") division of SC&H has provided services to two creditors of the Debtors, Expeditors International and Hasbro/Wizards. These services are completely unrelated to these Cases and SC&H will not provide any services to these creditors in connection with these Cases.

9.      To the best of my knowledge, neither SC&H nor any professional at the Firm is a creditor, an equity security holder or an insider of the Debtor.

10.     In addition, due to the size and diversity of its practice, SC&H may have advised or otherwise dealt with, and may now be advising or otherwise dealing with, various persons (and their attorneys and accountants) who are or may consider themselves creditors, equity security holders or parties-in-interest in these Cases but who are not presently identified as creditors or equity security holders. However, such advising or involvement, if any, does not relate to the Debtors or their estate.

11.     No agreement exists, nor will any be made, to share any compensation received by SC&H for its services with any other person or firm.

3

4875-1277-1748.2

12.     SC&H is willing to be retained by the Trustee as his financial advisors consistent with the Engagement Letter attached to the Application, and will make appropriate application to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any Orders of the Court entered in this Chapter 11 Case.

13.     Neither I nor any employee of SC&H are related to any judge of the United States Bankruptcy Court for the District of Maryland or any attorney or other employee with the United States Trustee's Office for the District of Maryland, or otherwise connected with any such judge or member of the U.S. Trustee's Office in a manner that would render my or SC&H's employment improper.

14.     I will be responsible for the engagement and will be responsible for managing SC&H's services as financial advisors.  SC&H will accept the appointment as a financial advisors in this case on an hourly basis using the below standard rates:

|  | Standard Rates |
| --- | --- |
| Managing Director/Principal | $525 - $700 |
| Senior Manager/Manager | $375 - $500 |
| Senior Consultant/Staff | $300 - $350 |

15.     I respectfully submit that I and SC&H are qualified to serve as financial advisors in this matter.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Date: April 9, 2026

_____

Robert Patrick
Managing Director, SC&H Group

4

4875-1277-1748.2