# EXHIBIT B



April 2, 2026

Morgan W. Fisher, Chapter 7 trustee
Law Offices of Morgan Fisher LLC
18 West St
Annapolis, MD 21401

Dear Morgan:

This letter confirms SC&H Group, Inc.'s ("SC&H") arrangements with you as Chapter 7 trustee (the "Trustee" or the "Client") to Diamond Comic Distributors, Inc. *et al.* (the "Debtors").

**<u>Project Scope and Approach</u>**

You desire to engage SC&H to become the financial advisor to the Trustee in connection with the Debtors' Chapter 7 bankruptcy in the District of Maryland.

SC&H's work will in this area may consist of the following services:

- Assist the Client with the review and analysis of the Debtors' §547 causes of action, including a review of potential defenses available to the targets consistent with the requirements of §547(b) as amended by the Small Business Reorganization Act of 2019 ("SBRA").
- Prepare schedules of preference transfers suitable for inclusion with demand letters and preference complaints.
- Assist the Client in the negotiation and compromise of the individual preference claims.
- Assist the Client in the review and prosecution of §548 claims as requested.
- Assist the Client with such other services as Client may deem necessary and consistent with the role of a financial advisor.

Client will provide SC&H with the following:

- Access to appropriate data necessary to perform the duties described above.
- Timely review of SC&H deliverables.
- Specifically, as it relates to the analysis and prosecution of the §547 causes of action:
    - A detailed listing of all financial transfers, with invoice-level detail, made by the Debtors in the 15 - 27 months prior to the petition date , including:
        - Payment Number (check or wire reference)
        - Payment Amount
        - Check Clear Date (if appropriate)
        - Applied Payment Amount
        - Payment Date (date payment received)
        - Invoice Number
        - Invoice Date
        - Invoice Amount
    - A listing of all open / unpaid invoices due from the Debtors including the invoice detail referenced above.

226 Schilling Circle, Suite 300**/** Hunt Valley, MD 21031 **/** 410-403-1500 **/ schgroup.com**



**Professional Fees & Expenses**

SC&H will charge for services provided at the Standard Rates set forth below for actual time expended, plus out-of-pocket expenses.   Based on the nature of this engagement, SC&H acknowledges and agrees Client is responsible for payment of SC&H's fees and expenses.

Client acknowledges that SC&H's work is highly dependent on the availability of and access to information and other factors beyond the control of SC&H.  SC&H will use commercially reasonable efforts to assist Client in meeting any stated deadlines, but Client acknowledges that despite these efforts, due to such factors, any stated deadlines and timelines may not be met.

SC&H acknowledges that any fees incurred during the Chapter 7 filing period are subject to Bankruptcy Court approval.

|                               | Standard Rates  |
| ----------------------------- | --------------- |
| Managing Director/Principal   | $525 - $700     |
| Senior Manager/Manager        | $375 - $500     |
| Senior/Staff                  | $300 - $350     |

Our hourly rates are adjusted on January 1 of each year and may additionally be adjusted from time to time, provided, however, before any adjustment other than the January/annual adjustment to our fees is implemented, you will be advised of the adjustment.

This Arrangement Letter and the terms and conditions set forth in the Addendum (collectively, the "Agreement") represent the entire agreement between SC&H and the Client regarding this engagement, supersede all other oral, written or electronic communications between the parties concerning this engagement, and shall be binding on and inure to the benefit of the parties and their respective successor and permitted assigns.  This Agreement has been entered into solely between the Client and SC&H, and no third-party beneficiaries are created hereby. In the event of any conflict between the text of this Arrangement Letter and the terms and conditions set forth in Addendum, the terms of this Arrangement Letter shall govern.

Please indicate your acceptance of this Agreement by signing where indicated below and returning it to us. We look forward to the opportunity to assist you in this project. Please contact me at (410) 995-8798 with any questions regarding this Agreement or the project.

Very truly yours,

SC&H GROUP, INC.

By: _____                         Date:   April 2, 2026

Robert L. Patrick
Managing Director
SC&H Group, Inc.

AGREED AND ACKNOWLEDGED BY:

By: _____ Chapter 7 Trustee Date: ___4/7/2026___

Chapter 7 Trustee for Diamond Comic Distributors, Inc. *et al.*

**SC&H GROUP INC.**

**TERMS AND CONDITIONS ADDENDUM**

**OVERVIEW**

This addendum to the engagement letter describes our standard terms and conditions ("Terms and Conditions") related to our provision of services to you. This addendum, and the accompanying engagement letter, comprises your agreement with us (the "Agreement"). If there is any inconsistency between the engagement letter and this *Terms and Conditions Addendum*, the engagement letter will prevail to the extent of the inconsistency.

For the purposes of this *Terms and Conditions Addendum*, any reference to "firm," "we," "us," or "our" is a reference to SC&H Group, Inc. ("SC&H"), and any reference to "the Trustee", "you," or "your" is a reference to the party or parties that have engaged us to provide services. References to "Agreement" mean the engagement letter or other written document describing the scope of services, any other attachments incorporated therein, and this *Terms and Conditions Addendum*.

**BILLING AND PAYMENT TERMS**

SC&H acknowledges that any fees incurred during the Chapter 7 filing period are subject to Bankruptcy Court approval.

**ADDITIONAL SERVICES**

You may request that we perform additional services that are beyond the scope of this engagement. If this occurs, we will communicate with you regarding the scope and estimated cost of these additional services. Engagements for additional services may necessitate that we amend the Agreement or issue a separate agreement to reflect the obligations of both parties. Otherwise, if the additional services are not significant enough to warrant a separate letter of agreement, these additional services will be performed under the terms and conditions of this Agreement.  The Trustee agrees that he will not and is not entitled to rely on any advice unless it is provided in writing.

**USE OF EMAIL/ELECTRONIC TRANSMISSIONS**

Electronic Data Communication and Storage

In the interest of facilitating our services to you, we may send data over the Internet, store electronic data via computer software applications hosted remotely on the Internet, or utilize cloud-based storage. Your confidential electronic data may be transmitted or stored using these methods. In using these data communication and storage methods, our firm employs measures designed to maintain data security. We use reasonable efforts to keep such communications and electronic data secure in accordance with our obligations under applicable laws, regulations, and professional standards.

The Trustee recognizes and accepts that we have no control over the unauthorized interception or breach of any communications or electronic data once it has been transmitted or if it has been subject to unauthorized access while stored, notwithstanding all reasonable security measures employed by us. The Trustee consents to our use of these electronic devices and applications during this engagement.

Secure Data Transmission

If you decide to transmit your confidential information to us in a manner other than a secure portal, you accept responsibility for any and all unauthorized access to your confidential information. If you request that we transmit confidential information to you in a manner other than a secure portal, you agree that we are not responsible for any liability including but not limited to, (a) any loss or damage of any nature, whether direct or indirect, that may arise as a result of our sending confidential information in a manner other than a secure portal, and (b) any damages arising as a result of any virus being passed on or with, or arising from any alteration of, any email message.

Electronic Signatures and Counterparts

Each party hereto agrees any electronic signature that is intended to authenticate a written signature, shall be valid, and shall have the same force and effect as a manual signature. For purposes hereof, "electronic signature" includes, but is not limited to, a scanned copy of a manual signature, an electronic copy of a manual signature affixed to a document, a signature incorporated into a document utilizing touchscreen capabilities, or a digital signature. This Agreement may be executed in one or more counterparts, each of which shall be considered an original instrument, but all of which shall be considered one and the same agreement.

**CONFLICTS OF INTEREST**

If we, in our sole discretion, believe a conflict has arisen affecting our ability to deliver services to you in accordance with either the ethical standards of our firm or the ethical standards of our profession, we may be required to suspend or terminate our services without issuing our work product.

**DISPUTE RESOLUTION**

In the event that the parties hereto enter into litigation to resolve a dispute in any way related to the provision by SC&H of its services contemplated hereunder, we both recognize that the matter will probably involve complex business or accounting issues that would be decided most equitably to us both by a judge hearing the evidence without a jury. Accordingly, to the extent now or hereafter permitted by applicable law, the Trustee and SC&H agree to waive any right to a trial by jury in any action, proceeding, or counterclaim arising out of or relating to our services or this engagement letter.

**DESIGNATION OF VENUE/GOVERNING LAW**

The Agreement will be governed by and construed in accordance with the laws of the State of Maryland applicable to agreements made and to be fully performed therein.  For the purpose of any suit, action or other proceeding arising out of or based on the Agreement, or the subject matter hereof (an "Action"), each party hereto irrevocably submits to the jurisdiction of the United States Bankruptcy Court for the District of Maryland.

**STATUTE OF LIMITATIONS**

You agree that any claim arising out of this engagement letter shall be commenced within that time period established by the statute of limitations applicable thereto and imposed under the controlling law of Maryland.

**TERMINATION**

Either party may terminate this Agreement by providing written notice to the other party with 30 days written notice.

We reserve the right to terminate our work immediately if, you fail to comply with the terms of this engagement or as we determine professional standards require, or during the course of our services, we become aware of any matters that would compromise our professional or legal standing in any way, either in fact or based on confirmed or potential public perception.

If our work is suspended or terminated, you agree that we will not be responsible for your failure to meet governmental and other deadlines, or for any liability, including but not limited to, penalties or interest that may be assessed against you resulting from your failure to meet such deadlines.

The Trustee is responsible for payment of all fees earned and expenses incurred by SC&H arising out of services rendered pursuant to this Agreement through the effective date of termination.

**NON-SOLICITATION**

The Trustee agrees that during the course of this engagement and for a period of one (1) year after the completion of this engagement that it will not solicit for employment SC&H employees assigned to this engagement without prior written consent of SC&H.

**INDEPENDENT CONTRACTOR**

When providing services to your Trustee, we will be functioning as an independent contractor and in no event will we or any of our employees be an officer of you, nor will our relationship be that of joint venturers, partners, employer and employee, principal and agent, or any similar relationship giving rise to a fiduciary duty to you.

**CONFIDENTIALITY**

Both parties acknowledge that either party may receive (the "Receiving Party") Confidential Information (as defined hereinafter) from the other party (the "Disclosing Party") during the term of this Agreement and such Confidential Information will be deemed to have been received in confidence.  The Receiving Party shall use the Disclosing Party's Confidential Information only to perform its obligations under this Agreement and may disclose the Disclosing Party's Confidential Information only to the Receiving Party's directors, officers, attorneys, auditors and personnel having a need to know such Confidential Information for the exclusive purposes of performing the Receiving Party's obligations hereunder. The Receiving Party shall treat the Disclosing Party's Confidential Information as it does its own Confidential Information and, in any event, with not less than a reasonable degree of care.

The term "Confidential Information" includes, without limitation: (i) all information disclosed to the Receiving Party by the Disclosing Party that is not generally known to the public and should reasonably be considered proprietary or confidential under the circumstances, notwithstanding whether it was identified as such at the time of disclosure; (ii) all information, whether in oral, written, visual or electronic form, identified as confidential to which Receiving Party has access in connection with the subject matter hereof, whether before or after the effective date of the Agreement; and (iii) the Disclosing Party's: (A) trade secrets; (B) existing or contemplated products or services, product specifications, hardware or system designs,

architecture, structure, technology, software, processes, technical data, engineering, techniques, methodologies and concepts and any information related thereto; and  (C) information relating to business plans, sales or marketing methods and customer lists or customer requirements.

The obligations of either Party under this section will not apply to information that the Receiving Party can demonstrate (i) was in its possession at the time of disclosures and without restriction as to explicit confidentiality; (ii) at the time of disclosure is generally available to the public, or after disclosure becomes generally available to the public, through no breach of this Agreement or other wrongful act by the Receiving Party; (iii) has been received from a Third Party that does not have an obligation of confidentiality to the Disclosing Party or its affiliates, and without breach of this Agreement or other wrongful act by the Receiving Party; or (iv) is independently developed by the Receiving Party without the use of any Confidential Information of the Disclosing Party.  "Third Party" shall mean any person or entity other than the parties or their respective affiliates.

The Receiving Party will be liable for any unauthorized disclosure, access or use of the Confidential Information of the Disclosing Party by any person or entity that received the Confidential Information of the Disclosing Party from or through the Receiving Party.

In the event the Receiving Party is required by law, regulation, stock exchange requirement or legal process to disclose any of the Confidential Information of the Disclosing Party in connection with any legal or regulatory proceeding, the Receiving Party shall: (i) give the Disclosing Party, to the extent possible, advance written notice prior to disclosure so the Disclosing Party has a reasonable opportunity to contest the disclosure or seek a protective order or other remedies or waive compliance with the terms of this Agreement, (ii) disclose only that portion of the Disclosing Party's Confidential Information that the Receiving Party is legally required to be disclosed, and (iii) will exercise all reasonable efforts to obtain assurance that confidential treatment and reasonable security will be accorded to that Confidential Information

**RECORDS MANAGEMENT**

<u>Record Retention and Ownership</u>

Unless requested, we will not return your original records and documents provided to us.  Our copies of your records and documents are for our documentation purposes only and are not a substitute for your own records and do not mitigate your record retention obligations under any applicable laws or regulations. You are responsible for maintaining complete and accurate books and records, which may include financial statements, schedules, tax returns and other deliverables provided to you by us. If we provide deliverables or other records to you via an information portal, you must download this information within 60 days. Professional standards restrict us from being the sole repository of your original data, records, or information.

Workpapers and other documents created by us are our property and will remain in our control subject to the Trustee's right to obtain copies thereof in the native format maintained by us . Copies are not to be distributed without your written request and our prior written consent except as otherwise required in connection with the duties and responsibilities of the Trustee. Our workpapers will be maintained by us in accordance with our firm's record retention policy and any applicable legal and regulatory requirements.

Our firm destroys workpaper files after a period of 7 years. Catastrophic events or physical deterioration may result in damage to or destruction of our firm's records, causing the records to be unavailable before the expiration of the retention period as stated in our record retention policy.

<u>Summons or Subpoenas</u>

If we receive a summons or subpoena which our legal counsel determines requires us to produce documents from this engagement or testify about this engagement, provided that we are not prohibited from doing so by applicable laws or regulations, we agree to inform you of such summons or subpoena as soon as practicable. You may, within the time permitted for our firm to respond to any request, initiate such legal action as you deem appropriate, at your sole expense, to attempt to limit discovery. If you take no action within the time permitted for us to respond, or if your action does not result in a judicial order protecting us from supplying requested information, we may construe your inaction or failure as consent to comply with the request.

**PROPRIETARY RIGHTS IN DELIVERABLES AND DATA**

Subject to the terms of this Terms and Conditions Addendum and the accompanying engagement letter and the Trustee's fulfillment of all payment obligations hereunder, we agree that the Trustee shall own the copyright in the deliverables, excluding any of SC&H's Proprietary Materials (as defined below) and any third-party software that is incorporated into the deliverables. The Trustee acknowledges that as part of our provision of services to you, we may utilize proprietary copyrights, patents, trade secrets, software, ideas, concepts, know-how, tools, models, processes, methodologies and techniques (including any derivatives, enhancements, or modifications thereto) which have been originated or developed by us, or which have been purchased by, or licensed to us (collectively, SC&H's Proprietary Materials). The Trustee agrees that we retain all right, title and interest in SC&H's Proprietary Materials. Subject to the terms of this Terms and Conditions Addendum or the accompanying engagement letter, including any specific language regarding the distribution of deliverables and the Trustee's fulfillment of all payment obligations hereunder, we grant and the Trustee accepts a nonexclusive, nontransferable license to use the SC&H Proprietary Materials solely to the extent necessary to make use of the deliverables as contemplated by this Terms and Conditions Addendum or the accompanying engagement letter.

**REFERRALS**

In the course of providing services to you, you may request referrals to attorneys, brokers, investment advisors or other professionals. We may identify a professional or professionals for your consideration. However, you are responsible for evaluating, selecting, and retaining any professional and determining if the professional can meet your needs. You agree that we will not oversee the activities of and have no responsibility for the work product of any professional to whom we refer you or that you separately retain. Further, we are not responsible for any services we perform that fail to meet the intended outcomes as a result of relying on work completed by other professionals you may retain.

**SEVERABILITY**

If any portion of this Agreement is deemed invalid or unenforceable, said finding shall not operate to invalidate the remainder of the terms set forth in this Agreement.

**ENTIRE AGREEMENT**

The engagement letter, including this Terms and Conditions Addendum and any other attachments, encompass the entire agreement of the parties and supersedes all previous understandings and agreements between the parties, whether oral or written. Any modification to the terms of this Agreement must be made in writing and signed by both parties. For SC&H, only the signature of the Trustee will be considered binding.