## EXHIBIT A

Form CCP-5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at _____

In re:                                                    §        Case No.
                                                           (Chapter 11)
                                                         §

          Debtor                                §

**MONTHLY STATEMENT OF SERVICES RENDERED**
**AND EXPENSES INCURRED BY** _____
**FOR THE PERIOD** _____**THROUGH**_____

Pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105, 328 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals entered by the Court on _____, _____, counsel for _____, submits this Statement of Services Rendered and Expenses Incurred (the Statement) in this case for the period _____through_____ (the Statement Period).

**I.        Itemization of Services Rendered by** _____:

A.        The following summary of the hours spent for which applicant seeks compensation, the hourly rate for each attorney and legal assistant and the resulting fees are as follows:
SUMMARY

| Name | Position | Hours | Hourly Rate | Fees Earned |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total** |  | 0 | 0 | 0 |

B.        The time records of applicant are an exhibit consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred.

C.        The blended hourly rate for all services during the Statement Period is $_____ per hour.*

*The blended hourly billing rate per hour is derived by dividing the total fees of $_____by the total hours of _____.

Form CCP-5

## II.    The Maryland Guidelines for Fee Applications

A.    In accordance with the Maryland Compensation Guidelines for Professionals, applicant has organized its detailed breakdown of time entries by tasks.  For the Statement Period, the time entries are divided into the following task categories (the "Task Categories"):

1.
2.
3.
4.
5.
6.
7.

B.    Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by applicant by Task Categories and provides a summary of disbursements incurred by form of disbursement.

C.    Services Rendered

The following services were rendered in the following Task Categories:

| Task Category | Hours Fees Earned | |
|---|---|---|
| 1. | | $ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| **TOTAL** | | $ |

A detailed itemization of the services rendered in each of the above Task Categories is set forth in the exhibit.