## EXHIBIT B

Form CCP-6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at _____

In re:                                    §
                                          §        Case No.
                                          §        (Chapter 11)
                                          §
              Debtor           §

**[FIRST] MONTHLY APPLICATION OF _____
AS COUNSEL FOR THE_____FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE
PERIOD _____THROUGH_____**

Name of Applicant:


Authorized to Provide
Professional Services to:


Date of Retention:
                                    (Pursuant to Order dated _____)


Period for Which Compensation
and Reimbursement is Sought:              _____Through_____


Amount of Compensation Sought
as Actual, Reasonable and Necessary:    $


Amount of Expense Reimbursement
Sought as Actual, Reasonable and Necessary:  $

This is a: ___monthly____interim____final application.


Date Signed: _____          _____
                                   Signature of Professional
                                   [Name, Address and Telephone Number
                                   of Professional]

                                   Client_____