**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| | | **Case No. 25-10308-DER** |
| **Diamond Comic Distributors, Inc.,** *et. al,* | * | **(Jointly Administered)** |
| Debtors.[1] | * | **Chapter 7** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on April 9, 2026, Morgan Fisher, Chapter 7 Trustee (the "**Trustee**") for the above captioned debtors (the "**Debtors**") filed the following applications and motions (collectively, the "**Trustee's Motions**"):

- Trustee's Application for Authority to Employ Shapiro Sher Guinot & Sandler as of March 3, 2026 as Lead General Bankruptcy Counsel to the Chapter 7 Trustee [ECF No. 1256]

- Trustee's Application to Employ and Retain Kramon & Graham, P.A. as Special Litigation Counsel to the Chapter 7 Trustee [ECF No. 1257]

- Trustee's Application to Employ SC&H Group, Inc. as Financial Advisor and Litigation Support Consultant for the Chapter 7 Trustee Pursuant to 11 U.S.C. §§ 327 and 328 [ECF No. 1258]

- Trustee's Motion for Entry of an Order (by Consent with JPMorgan Chase Bank, N.A.) Approving the Stipulation and Order Authorizing Limited Borrowing and Use of Cash Collateral By Chapter 7 Trustee [ECF No. 1259]

- Trustee's Motion for Entry of an Administrative Order Pursuant to 11 U.S.C. §§ 105, 328 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Chapter 7 Professionals [ECF No. 1260]

**NOTICE IS FURTHER GIVEN** that your rights may be affected by the Trustee's Motions. You should read the Motions carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one. **Objections to the Trustee's Motions must be filed within fourteen days (14) days from the date of this Notice** with the Office of the Clerk, United States Courthouse, United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland 21201. A copy of any objection must be served on the undersigned counsel. If objections are filed, they must contain a complete specification of factual and legal grounds upon which they are based.

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

**NOTICE IS FURTHER GIVEN that a hearing on the Trustee's Motions has been scheduled before the Bankruptcy Court on April 27, 2026 at 2:30P.M. (EST) in Courtroom 9-D,** United States Courthouse, United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland 21201.  **If no objections are timely filed, the Court may grant the Trustee's Motions without conducting the hearing and without further notice.**  Parties desiring further information may contact the undersigned counsel.

Dated: April 9, 2026

_/s/ Richard M. Goldberg_
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
         djz@shapirosher.com

_Proposed General Bankruptcy Counsel_
_to Morgan Fisher, Chapter 7 Trustee_

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

-Sam Alberts   sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
-Peter J Artese peter.artese@us.dlapiper.com
-Jodie E. Bekman      jbekman@gfrlaw.com, dferguson@gfrlaw.com
-Jan Berlage   JBerlage@GHSLLP.com, tcollins@ghsllp.com
-Hugh M. (UST) Bernstein   hugh.m.bernstein@usdoj.gov
-Daniel Jack Blum     jack.blum@polsinelli.com,
lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
-Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
-Thomas K. Bredar     thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com;
yolande.thompson@wilmerhale.com
-Andrew Brown         abrown@klestadt.com
-Matthew G. Brushwood        mbrushwood@barley.com, dkline@barley.com
-Darek Bushnaq        dsbushnaq@venable.com
-Richard L. Costella   rcostella@tydings.com,
scalloway@tydings.com; MYoung@tydings.com; zjones@tydings.com;
swilliams@tydings.com
-Katherine Elizabeth Culbertson      katherine.culbertson@troutman.com
-David W.T. Daniels   ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com;
rleibowitz@perkinscoie.com
-G. David Dean        ddean@coleschotz.com, PRatkowiak@coleschotz.com
-Mark L Desgrosseilliers       desgross@chipmanbrown.com, fusco@chipmanbrown.com
-Emily Devan edevan@milesstockbridge.com
-Ellen E. Dew ellen.dew@us.dlapiper.com
-Turner Falk   turner.falk@saul.com,
tnfalk@recap.email; Veronica.Marchiondo@saul.com
-Justin Philip Fasano  jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com;
cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
-Ashley N Fellona     ashley.fellona@saul.com, janice.mast@saul.com
-Gianfranco Finizio   gfinizio@lowenstein.com
-Adam Fletcher        afletcher@bakerlaw.com
-Chelsea R Frankel     cfrankel@lowenstein.com
-Jeremy S. Friedberg  jeremy@friedberg.legal, ecf@friedberg.legal
-Stephen B. Gerald     sgerald@tydings.com
-Christopher J. Giaimo         christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
-Joshua Glikin JGlikin@shulmanrogers.com,
abogert@shulmanrogers.com, tlewis@shulmanrogers.com

-Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com; r39990@notify.bestcase.com

-Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

-Jeffrey C. Hampton   jeffrey.hampton@saul.com

-Jason F Hoffman       jhoffman@bakerlaw.com

-Catherine Keller Hopkin       chopkin@yvslaw.com, pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com

-James R. Irving       james.irving@dentons.com

-Adam H Isenberg     adam.isenberg@saul.com

-Harry Conrad Jones   HJones@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com

-Lawrence A. Katz     lkatz@hirschlerlaw.com, chall@hirschlerlaw.com; aklena@hirschlerlaw.com

-Toyja E. Kelley       Toyja.Kelley@troutman.com

C. Kevin Kobbe       kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com

-Eric George Korphage       korphagee@whiteandwilliams.com

-Jung Yong Lee       jlee@milesstockbridge.com, mhickman@tydings.com

-Gary H. Leibowitz   gleibowitz@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com

-Thomas J. McKee     mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-0902@ecf.pacerpro.com

-Mark Minuti  mark.minuti@saul.com, robyn.warren@saul.com

-Randy Moonan       rmoonan@sillscummis.com

-William Fuller Moss  william.moss@friedberg.legal

-Bruce S. Nathan     bnathan@lowenstein.com

-Janet M. Nesse       jnesse@mhlawyers.com, jfasano@mhlawyers.com; cpalik@mhlawyers.com; jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com; cmartin@mhlawyers.com; kfeig@mhlawyers.com

-Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com; Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com; cmartin@mhlawyers.com

-Michael Papandrea    mpapandrea@lowenstein.com

-Steven Gregory Polard       steven.polard@ropers.com, loriann.zullo@ropers.com; calendar-LAO@ropers.com

-Scott Prince   sprince@bakerlaw.com

-Jonathan Gary Rose  jonathan.rose@us.dlapiper.com

-Jordan Rosenfeld     jordan.rosenfeld@saul.com

-Nikolaus F. Schandlbauer   nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com

-Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com; MYoung@tydings.com

-Indira Kavita Sharma indira.sharma@troutman.com,

katherine.culbertson@troutman.com; jonathan.young@troutman.com;
david.ruediger@troutman.com; errol.chapman@troutman.com;
toyja.kelley@troutman.com
-Nicholas Smargiassi  nicholas.smargiassi@saul.com
-David Sommer        dsommer@gallagherllp.com,
ceyler@gejlaw.com; gomara@gejlaw.com; csalce@gejlaw.com; mkobylski@gejlaw.com
-Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com;  brent-strickland-3227@ecf.pacerpro.com
-Matthew G. Summers        summersm@ballardspahr.com,
branchd@ballardspahr.com; heilmanl@ballardspahr.com;
ambroses@ballardspahr.com;zar
nighiann@ballardspahr.com; carolod@ballardspahr.com; cromartie@ballardspahr.com;
stammerk@ballardspahr.com; brannickn@ballardspahr.com
-S. Jason Teele        steele@sillscummis.com
-Paige Noelle Topper  paige.topper@saul.com
-US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV


/s/ Richard M. Goldberg
Richard M. Goldberg