United States Bankruptcy Court
District of Maryland

In re:                                                                                      Case No. 25-10308-DER

Diamond Comic Distributors, Inc.                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: raly@getzlerhenrich.com | Apr 10 2026 19:30:00 | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam H Isenberg | adam.isenberg@saul.com |
| Anthony Jankoski | anthony.jankoski@faegredrinker.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | bnathan@lowenstein.com |

District/off: 0416-1                                    User: admin                                    Page 2 of 4
Date Rcvd: Apr 10, 2026                              Form ID: pdfparty                              Total Noticed: 1

C. Kevin Kobbe
    kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
    chopkin@yvslaw.com
    pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
    cfrankel@lowenstein.com

Christopher J. Giaimo
    christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
    cpalik@mhlawyers.com
    cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
    jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
    dsbushnaq@venable.com

David Sommer
    dsommer@gallagherllp.com  ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels
    ddaniels@perkinscoie.com
    docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
    dshaffer@tydings.com  scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
    ellen.dew@us.dlapiper.com

Emily Devan
    edevan@milesstockbridge.com

Eric George Korphage
    korphagee@whiteandwilliams.com

G. David Dean
    ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz
    gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
    gfinizio@lowenstein.com

Harry Conrad Jones
    HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
    indira.sharma@troutman.com
    katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
    james.irving@dentons.com

Jan Berlage
    JBerlage@GHSLLP.com  tcollins@ghsllp.com

Janet M. Nesse
    jnesse@mhlawyers.com
    jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com

Jeffrey C. Hampton
    jeffrey.hampton@saul.com

Jeremy S. Friedberg
    jeremy@friedberg.legal  ecf@friedberg.legal

Jodie E. Bekman
    jbekman@gfrlaw.com  dferguson@gfrlaw.com

Jonathan A. Grasso

jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose

jonathan.rose@us.dlapiper.com

Jordan Rosenfeld

jordan.rosenfeld@saul.com

Joshua Glikin

jglikin@shulmanrogers.com  abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee

jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano

jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
@notify.bestcase.com

Katherine Elizabeth Culbertson

katherine.culbertson@troutman.com

Laura Skowronski Bouyea

lsbouyea@venable.com  dmdierdorff@venable.com

Lawrence A. Katz

lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti

mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers

desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood

mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers

summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ba
llardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea

mpapandrea@lowenstein.com

Morgan W. Fisher

trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi

nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer

nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper

paige.topper@saul.com

Peter J Artese

peter.artese@us.dlapiper.com

Randy Moonan

rmoonan@sillscummis.com

Richard L. Costella

rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

Richard Marc Goldberg

rmg@shapirosher.com  ejd@shapirosher.com

S. Jason Teele

steele@sillscummis.com

Sam Alberts

sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Stephen B. Gerald

sgerald@tydings.com

Steven Gregory Polard

steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee

District/off: 0416-1                   User: admin                              Page 4 of 4
Date Rcvd: Apr 10, 2026                Form ID: pdfparty                        Total Noticed: 1

mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar

thomas.bredar@wilmerhale.com
andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley

Toyja.Kelley@troutman.com

Turner Falk

turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss

william.moss@friedberg.legal

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 63

Entered: April 10th, 2026
Signed: April 10th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING MOTION OF UNITED PARCEL SERVICE, INC. FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the motion (the "Motion")[2] of United Parcel Service, Inc., together with its subsidiaries and affiliates ("UPS") pursuant to sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code for the allowance and payment of the Administrative Claim; and upon consideration of the Motion; and this Court having found that due and proper notice of the Motion has been given and no other or further notice of the Motion is required; and this Court having found that it has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 1334 and 157; and the Court having found that this Court's consideration of the Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b), and that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that it may enter a final order consistent with Article III of the Constitution; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2.      UPS shall have an allowed administrative expense claim (the "Administrative Claim") pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $332,236.30.

3.      Payment of the Administrative Claim shall be made in accordance with the priorities established under the Bankruptcy Code.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**END OF ORDER**

**Copies to all parties receiving notice via CM/ECF.**