# EXHIBIT C

**Fill in this information to identify the case:**

Debtor 1    Diamond Comic Distributors, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Maryland

Case number   25-10308

---

Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Sparkle Pop LLC <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> Jodie E. Bekman, Authorized Agent <br> Name <br> 1001 Fleet Street, Suite 701 <br> Number    Street <br> Baltimore    MD    21202 <br> City    State    ZIP Code <br><br> Contact phone   410-576-4082 <br><br> Contact email   jbekman@gfrlaw.com | Where should payments to the creditor be sent? (if different) <br><br> Name <br><br> Number    Street <br><br> City    State    ZIP Code <br><br> Contact phone _____ <br><br> Contact email _____ |
|  | Uniform claim identifier (if you use one): <br> _ _ _ — _ _ _ — _ _ _ _ — _ _ _ _ | |

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ <br>       MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

---

Official Form 410          Proof of Claim          page 1

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

6.  Do you have any number you use to identify the debtor?

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____  ____  ____  ____

7.  How much is the claim?    $_____580,000.00.  **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8.  What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Rent and storage fees incurred post-petition

9.  Is all or part of the claim secured?

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:  _____

**Basis for perfection:**  _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured:  $_____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

10. Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

Official Form 410                                    Proof of Claim                                    page 2

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check one:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   03/11/2026
                   MM / DD / YYYY

/s/ Jodie E. Bekman
    Signature

Print the name of the person who is completing and signing this claim:

| Name | Jodie E. Bekman | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Authorized Agent and Attorney for Sparkle Pop LLC | | |
| Company | Gordon Feinblatt LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1001 Fleet Street, Suite 700 | | |
| | Number      Street | | |
| | Baltimore | MD | 21202 |
| | City | State | ZIP Code |
| Contact phone | 4105764082 | Email | jbekman@gfrlaw.com |

*In re: Diamond Comic Distributors, Inc.* Case No. 25-10308-DER

## Classification of Claim

The debtor Diamond Comic Distributors, Inc. ("Debtor") is indebted to Sparkle Pop, LLC ("Creditor") pursuant to post-petition rent and storage fees incurred by Creditor for storing certain goods at a facility in Mississippi for Debtor.

On January 14, 2025, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Petition Date"). Since December 1, 2025, which was after the Petition Date, Debtor has not paid Creditor for the required rent and storage fees owed in the amount of $580,000.00. On April 1, 2026, and on the first day of each month thereafter that Creditor continues to store the goods at its facility in Mississippi, Debtor owes an additional $145,000.00 to Creditor.

Creditor reserves the right to periodically supplement and/or amend this Proof of Claim from time to time and to assert additional claims and claims in this bankruptcy case. Creditor also reserves the right to amend and/or supplement this Proof of Claim in all other respects. The filing of this Proof of Claim is not an acknowledgment or admission that the Bankruptcy Court has jurisdiction over Creditor and/or Creditor's claims against any Debtor or non-debtor, and Creditor reserves all rights with respect thereto. Creditor does not waive any rights to a jury trial, arbitration or enforcement of a choice of law or venue selection clause by filing this Proof of Claim. This Proof of Claim is not intended to be and shall not be construed as an election of remedies. The filing of this Proof of Claim shall not waive and is without prejudice to any and all claims, defenses, causes of action and remedies that Creditor may have against Debtor or any non-debtors, all of which are expressly preserved. This Proof of Claim shall not operate as an admission or waiver of claims, defenses, causes of action or remedies that Creditor may have against any of the Debtor or non-debtors under applicable law, nor shall the filing of this Proof of Claim be deemed to consent to entry of final judgment by the Bankruptcy Court under *Wellness International Network, Ltd., et al v. Sharifi*, 135 U.S. 1932 (2015).