**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| | | **Case No. 25-10308-DER** |
| **Diamond Comic Distributors, Inc.,** *et. al*, | * | **(Jointly Administered)** |
| **Debtors.**[1] | * | **Chapter 7** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CHAPTER 7 TRUSTEE'S EXHIBIT LIST AND**
**WITNESS LIST FOR APRIL 27, 2026 OMNIBUS HEARING**

Morgan Fisher, Chapter 7 Trustee (the "**Trustee**"), by his undersigned counsel, files a

Exhibit List and Witness List for the Omnibus Hearing [ECF Nos. 1256-1260] set for April

27, 2026 (the "**Hearing**").

**TRUSTEE'S EXHIBIT LIST**

| Trustee's Ex. No. | Description | Introduced | Objections | Admitted |
|---|---|---|---|---|
| **T01** | Stipulation and Order Authorizing Limited Borrowing and Use of Cash Collateral by Chapter 7 Trustee [ECF No. 1259-1, April 9, 2026] | | | |
| **T02** | Asset Purchase Agreement by and between Diamond Comic Distributors, Inc., Diamond Select Toys & Collectibles, LLC and Alliance Entertainment, LLC dated April 10, 2025 | | | |

The Trustee reserves the right to use any exhibits identified by any of the parties or as

may be needed for rebuttal or impeachment. The Trustee further reserves the right to

supplement this Exhibit List, as necessary, if and to the extent that relevant documents become

available, and the right to object to the admissibility of any of the documents offered into

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

evidence by any of the parties.

## TRUSTEE'S WITNESS LIST

The Trustee intends on calling the following individuals listed below and reserves the right to conduct examinations of any other witnesses, if identified, and any witnesses necessary for rebuttal:

| No. | Witness |
|-----|---------|
| 1 | Morgan Fisher, Chapter 7 Trustee |
| 2 | David Shuster, Esquire |
| 3 | Robert L. Patrick, SC&H Group, Inc. |

The Trustee reserves the right to supplement this Witness List, as necessary, prior to or during the Hearing.

## TRUSTEE'S JUDICIAL NOTICE LIST

The Trustee intends on requesting this Court to take judicial notice of the following documents listed below:

| No. | Description | Y/N |
|-----|-------------|-----|
| JN 1 | Order (I) Approving Eighth Stipulation Between Debtors and JPMorgan Chase Bank, N.A. Amending DIP Credit Agreement, (II) Converting Cases From Chapter 11 to a Chapter 7 of the Bankruptcy Code as of Conversion Date, (III) Approving Certain Conversion Procedures (IV) Setting Bar Date for Filing Final Chapter 11 Fee Applications and Establishing a Hearing Thereon, And (V) Granting Related Relief (the "Conversion Order") [ECF No. 1089] | |
| JN 2 | Order Approving Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement [ECF No. 243; March 19, 2025] | |
| JN 3 | Order Approving Second Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement [ECF No. 345; April 17, 2025] | |

| | | |
|---|---|---|
| **JN 4** | Order Approving Third Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement, [ECF No. 409; May 1, 2025] | |
| **JN 5** | Order Approving Fourth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Stipulation, [ECF No. 470; May 30, 2025] | |
| **JN 6** | Order Approving Fifth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement [ECF No. 569; July 3, 2025] | |
| **JN 7** | Order Approving Sixth Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement [ECF No. 788; August 27, 2025] | |
| **JN 8** | Order Approving Seventh Stipulation Between Debtors and JPMorgan Chase Bank, N.A., Amending DIP Credit Agreement [ECF No. 982; October 23, 2025] | |
| **JN 9** | Tenth Amendment to Debtor-In-Possession Credit Agreement (the "Tenth DIP Credit Agreement Amendment") [ECF No. 1102-1] | |
| **JN 10** | JPMorgan Chase Bank, N.A.'s Proof Claim No. 27 | |
| **JN 11** | Order (I) Approving Asset Purchase Agreement Among Diamond Comic Distributors, Inc., Diamond Select Toys & Collectibles, LLC and Alliance Entertainment, LLC; (II) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (III) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (the "Alliance Sale Order")[ECF No. 335; April 11, 2025] | |
| **JN 12** | Order (I) Approving Asset Purchase Agreement Among the Debtors and Sparkle Pop, LLC (II) Approving Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and other Interests; (III)Approving Assumption and Assignment of Certain Executory Contracts And Unexpired Leases, and (IV) Granting Related Relief [ECF No. 407; May 1, 2025] | |
| **JN 13** | Order (I) Approving Asset Purchase Agreement Among the Debtors and Universal Distribution, LLC (II) Approving Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and other Interests; (III)Approving Assumption and Assignment of Certain Executory Contracts And Unexpired Leases, and (IV) Granting Related Relief [ECF No. 408; May 1, 2025] | |
| **JN 14** | Alliance Entertainment, LLC's Complaint against Defendants Debtors, Getzler Henrich & Associates LLC, Robert Gorin, Charlie Tyson, Dan Hirsch, and Raymond James & Associates, Inc. [Adv. Proc. No. 25-00112, Adv. ECF No. 1; April 29, 2025] | |

3

| JN 15 | Debtors' Answer and Counterclaims [Adv. Proc. No. 25-00112, Adv. ECF No. 18; July 30, 2025] | |

Dated: April 23, 2026

/s/ Richard M. Goldberg
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
        djz@shapirosher.com

*Proposed General Bankruptcy Counsel*
*to Morgan Fisher, Chapter 7 Trustee*

4

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the 23rd day of April, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

-Sam Alberts   sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
-Peter J Artese peter.artese@us.dlapiper.com
-Jodie E. Bekman      jbekman@gfrlaw.com, dferguson@gfrlaw.com
-Jan Berlage   JBerlage@GHSLLP.com, tcollins@ghsllp.com
-Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
-Daniel Jack Blum      jack.blum@polsinelli.com,
lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
-Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
-Thomas K. Bredar      thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com;
yolande.thompson@wilmerhale.com
-Andrew Brown       abrown@klestadt.com
-Matthew G. Brushwood       mbrushwood@barley.com, dkline@barley.com
-Darek Bushnaq       dsbushnaq@venable.com
-Richard L. Costella   rcostella@tydings.com,
scalloway@tydings.com; MYoung@tydings.com; zjones@tydings.com;
swilliams@tydings.com
-Katherine Elizabeth Culbertson       katherine.culbertson@troutman.com
-David W.T. Daniels   ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com;
rleibowitz@perkinscoie.com
-G. David Dean       ddean@coleschotz.com, PRatkowiak@coleschotz.com
-Mark L Desgrosseilliers       desgross@chipmanbrown.com, fusco@chipmanbrown.com
-Emily Devan edevan@milesstockbridge.com
-Ellen E. Dew ellen.dew@us.dlapiper.com
-Turner Falk   turner.falk@saul.com,
tnfalk@recap.email; Veronica.Marchiondo@saul.com
-Justin Philip Fasano   jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com;
cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
-Ashley N Fellona      ashley.fellona@saul.com, janice.mast@saul.com
-Gianfranco Finizio   gfinizio@lowenstein.com
-Adam Fletcher       afletcher@bakerlaw.com
-Chelsea R Frankel    cfrankel@lowenstein.com
-Jeremy S. Friedberg  jeremy@friedberg.legal, ecf@friedberg.legal
-Stephen B. Gerald    sgerald@tydings.com
-Christopher J. Giaimo       christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
-Joshua Glikin JGlikin@shulmanrogers.com,
abogert@shulmanrogers.com, tlewis@shulmanrogers.com
-Jonathan A. Grasso jgrasso@yvslaw.com,
pgomez@yvslaw.com; r39990@notify.bestcase.com

-Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
-Jeffrey C. Hampton   jeffrey.hampton@saul.com
-Jason F Hoffman      jhoffman@bakerlaw.com
-Catherine Keller Hopkin      chopkin@yvslaw.com,
pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com;
yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
-James R. Irving       james.irving@dentons.com
-Adam H Isenberg      adam.isenberg@saul.com
-Harry Conrad Jones   HJones@coleschotz.com,
bankruptcy@coleschotz.com; pratkowiak@coleschotz.com
-Lawrence A. Katz     lkatz@hirschlerlaw.com,
chall@hirschlerlaw.com; aklena@hirschlerlaw.com
-Toyja E. Kelley       Toyja.Kelley@troutman.com
C. Kevin Kobbe       kevin.kobbe@us.dlapiper.com, docketing-baltimore-
0421@ecf.pacerpro.com
-Eric George Korphage        korphagee@whiteandwilliams.com
-Jung Yong Lee        jlee@milesstockbridge.com, mhickman@tydings.com
-Gary H. Leibowitz    gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
-Thomas J. McKee     mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-
0902@ecf.pacerpro.com
-Mark Minuti  mark.minuti@saul.com, robyn.warren@saul.com
-Randy Moonan        rmoonan@sillscummis.com
-William Fuller Moss william.moss@friedberg.legal
-Bruce S. Nathan      bnathan@lowenstein.com
-Janet M. Nesse       jnesse@mhlawyers.com,
jfasano@mhlawyers.com; cpalik@mhlawyers.com;
jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com; cmartin@mhlawyers.com;
kfeig@mhlawyers.com
-Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;
Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com;
cmartin@mhlawyers.com
-Michael Papandrea    mpapandrea@lowenstein.com
-Steven Gregory Polard        steven.polard@ropers.com,
loriann.zullo@ropers.com; calendar-LAO@ropers.com
-Scott Prince   sprince@bakerlaw.com
-Jonathan Gary Rose   jonathan.rose@us.dlapiper.com
-Jordan Rosenfeld     jordan.rosenfeld@saul.com
-Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
-Dennis J. Shaffer dshaffer@tydings.com,
scalloway@tydings.com; MYoung@tydings.com
-Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com; jonathan.young@troutman.com;
david.ruediger@troutman.com; errol.chapman@troutman.com; toyja.kelley@troutman.com
-Nicholas Smargiassi  nicholas.smargiassi@saul.com
-David Sommer         dsommer@gallagherllp.com,
ceyler@gejlaw.com; gomara@gejlaw.com; csalce@gejlaw.com; mkobylski@gejlaw.com

6

-Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com;  brent-strickland-3227@ecf.pacerpro.com
-Matthew G. Summers        summersm@ballardspahr.com,
branchd@ballardspahr.com; heilmanl@ballardspahr.com; ambroses@ballardspahr.com;zar
nighiann@ballardspahr.com; carolod@ballardspahr.com; cromartie@ballardspahr.com;
stammerk@ballardspahr.com; brannickn@ballardspahr.com
-S. Jason Teele        steele@sillscummis.com
-Paige Noelle Topper  paige.topper@saul.com
-US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV


                              /s/ Richard M. Goldberg
                              Richard M. Goldberg