**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| | | **Case No. 25-10308-DER** |
| **Diamond Comic Distributors, Inc.,** *et. al,* | * | **(Jointly Administered)** |
| **Debtors.[1]** | * | **Chapter 7** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CHAPTER 7 TRUSTEE'S SUPPLEMENTAL JUDICIAL NOTICE LIST**
<u>**FOR APRIL 27, 2026 OMNIBUS HEARING**</u>

Morgan Fisher, Chapter 7 Trustee (the "**Trustee**"), by his undersigned counsel, files a

Supplemental Judicial Notice List[2] for the Omnibus Hearing [ECF Nos. 1256-1260] set for

April 27, 2026 (the "**Hearing**").

**<u>TRUSTEE'S SUPPLEMENTAL JUDICIAL NOTICE LIST</u>**

The Trustee intends on requesting this Court to take judicial notice of the following

additional documents listed below:

| No. | Description | Y/N |
|---|---|---|
| **JN 16** | Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying The Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [ECF No. 54; January 16, 2025] | |
| **JN 17** | Supplemental Interim Order (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying The Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [ECF No. 132; February 11, 2025] | |

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

[2] This supplements the Chapter 7 Trustee's Exhibit List and Witness List For April 27, 2026 Omnibus Hearing filed at ECF No. 1270.

| JN 18 | Second Supplemental Interim Order (I) Authorizing the Debtors to Obtain Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying The Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [ECF No. 158; February 18, 2025] | |
| --- | --- | --- |
| JN 19 | Final Order (I) Authorizing the Debtors to Obtain Post Petition Senior Secured Financing and the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Modifying The Automatic Stay; and (V) Granting Related Relief [ECF No. 163; February 19, 2025] | |

Dated: April 24, 2026

/s/ Richard M. Goldberg
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
　　　 djz@shapirosher.com

*Proposed General Bankruptcy Counsel*
*to Morgan Fisher, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of April, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

-Sam Alberts   sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
-Peter J Artese peter.artese@us.dlapiper.com
-Jodie E. Bekman        jbekman@gfrlaw.com, dferguson@gfrlaw.com
-Jan Berlage   JBerlage@GHSLLP.com, tcollins@ghsllp.com
-Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
-Daniel Jack Blum      jack.blum@polsinelli.com,
lsuprum@polsinelli.com; delawaredocketing@polsinelli.com
-Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
-Thomas K. Bredar      thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com;
yolande.thompson@wilmerhale.com
-Andrew Brown        abrown@klestadt.com
-Matthew G. Brushwood        mbrushwood@barley.com, dkline@barley.com
-Darek Bushnaq        dsbushnaq@venable.com
-Richard L. Costella   rcostella@tydings.com,
scalloway@tydings.com; MYoung@tydings.com; zjones@tydings.com;
swilliams@tydings.com
-Katherine Elizabeth Culbertson        katherine.culbertson@troutman.com
-David W.T. Daniels   ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com; nvargas@perkinscoie.com; KMcClure@perkinscoie.com;
rleibowitz@perkinscoie.com
-G. David Dean        ddean@coleschotz.com, PRatkowiak@coleschotz.com
-Mark L Desgrosseilliers       desgross@chipmanbrown.com, fusco@chipmanbrown.com
-Emily Devan edevan@milesstockbridge.com
-Ellen E. Dew ellen.dew@us.dlapiper.com
-Turner Falk   turner.falk@saul.com,
tnfalk@recap.email; Veronica.Marchiondo@saul.com
-Justin Philip Fasano  jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com;
cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
-Ashley N Fellona      ashley.fellona@saul.com, janice.mast@saul.com
-Gianfranco Finizio    gfinizio@lowenstein.com
-Adam Fletcher        afletcher@bakerlaw.com
-Chelsea R Frankel     cfrankel@lowenstein.com
-Jeremy S. Friedberg  jeremy@friedberg.legal, ecf@friedberg.legal
-Stephen B. Gerald     sgerald@tydings.com
-Christopher J. Giaimo        christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
-Joshua Glikin JGlikin@shulmanrogers.com,
abogert@shulmanrogers.com, tlewis@shulmanrogers.com
-Jonathan A. Grasso jgrasso@yvslaw.com,
pgomez@yvslaw.com; r39990@notify.bestcase.com

3

-Zvi Guttman zvi@zviguttman.com,
zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
-Jeffrey C. Hampton   jeffrey.hampton@saul.com
-Jason F Hoffman      jhoffman@bakerlaw.com
-Catherine Keller Hopkin       chopkin@yvslaw.com,
pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com;
yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
-James R. Irving         james.irving@dentons.com
-Adam H Isenberg      adam.isenberg@saul.com
-Harry Conrad Jones   HJones@coleschotz.com,
bankruptcy@coleschotz.com; pratkowiak@coleschotz.com
-Lawrence A. Katz      lkatz@hirschlerlaw.com,
chall@hirschlerlaw.com; aklena@hirschlerlaw.com
-Toyja E. Kelley        Toyja.Kelley@troutman.com
C. Kevin Kobbe        kevin.kobbe@us.dlapiper.com, docketing-baltimore-
0421@ecf.pacerpro.com
-Eric George Korphage         korphagee@whiteandwilliams.com
-Jung Yong Lee         jlee@milesstockbridge.com, mhickman@tydings.com
-Gary H. Leibowitz    gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com; bankruptcy@coleschotz.com; lmorton@coleschotz.com
-Thomas J. McKee      mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-
0902@ecf.pacerpro.com
-Mark Minuti  mark.minuti@saul.com, robyn.warren@saul.com
-Randy Moonan         rmoonan@sillscummis.com
-William Fuller Moss  william.moss@friedberg.legal
-Bruce S. Nathan       bnathan@lowenstein.com
-Janet M. Nesse        jnesse@mhlawyers.com,
jfasano@mhlawyers.com; cpalik@mhlawyers.com;
jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com; cmartin@mhlawyers.com;
kfeig@mhlawyers.com
-Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;
Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com;
cmartin@mhlawyers.com
-Michael Papandrea    mpapandrea@lowenstein.com
-Steven Gregory Polard        steven.polard@ropers.com,
loriann.zullo@ropers.com; calendar-LAO@ropers.com
-Scott Prince   sprince@bakerlaw.com
-Jonathan Gary Rose   jonathan.rose@us.dlapiper.com
-Jordan Rosenfeld      jordan.rosenfeld@saul.com
-Nikolaus F. Schandlbauer     nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
-Dennis J. Shaffer dshaffer@tydings.com,
scalloway@tydings.com; MYoung@tydings.com
-Indira Kavita Sharma indira.sharma@troutman.com,
katherine.culbertson@troutman.com; jonathan.young@troutman.com;
david.ruediger@troutman.com; errol.chapman@troutman.com; toyja.kelley@troutman.com
-Nicholas Smargiassi  nicholas.smargiassi@saul.com
-David Sommer         dsommer@gallagherllp.com,
ceyler@gejlaw.com; gomara@gejlaw.com; csalce@gejlaw.com; mkobylski@gejlaw.com

-Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com;  brent-strickland-3227@ecf.pacerpro.com
-Matthew G. Summers        summersm@ballardspahr.com,
branchd@ballardspahr.com; heilmanl@ballardspahr.com; ambroses@ballardspahr.com;zar
nighiann@ballardspahr.com; carolod@ballardspahr.com; cromartie@ballardspahr.com;
stammerk@ballardspahr.com; brannickn@ballardspahr.com
-S. Jason Teele          steele@sillscummis.com
-Paige Noelle Topper  paige.topper@saul.com
-US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV


>                    */s/ Richard M. Goldberg*
>                    Richard M. Goldberg