| Dll | ✓ RETAIN |

**David E Rice , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: (Y) N
Exhibits Filed: (Y) N

PROCEEDING MEMO – CHAPTER 7

Date: 04/27/2026 Time: 02:30

**CASE: 25-10308 Diamond Comic Distributors, Inc.**

Adam H Isenberg and Ashley N Fellona and Jeffrey C. Hampton Iand Jordan Rosenfeld and Mark Minuti and Nicholas Smargiassi and Paige Noelle Topper and Turner Falk representing Diamond Comic Distributors, Inc. (Debtor)

representing Morgan W. Fisher and Richard Marc Goldberg and Zvi Guttman Morgan W. Fisher (Trustee)

Hugh M. (UST) Bernstein representing US Trustee – Baltimore (U.S. Trustee)

Bruce S. Nathan and Chelsea R Frankel and Dennis J. Shaffer and Gianfranco Finizio and Jung Yong Lee and Michael Papandrea and Richard L. Costella and Stephen B. Gerald representing Unsecured Creditors Committee (Creditor Committee)

D. Shuster
1. Sharma
J. Corasso
C. Hopkw
J. Betman
J. Yang

[1256] Application to Employ Shapiro Sher Guinot & Sandler as Lead General Bankruptcy Counsel and Verified Statement of Proposed Party Filed by Morgan W. Fisher. (Attachments: #s3 Proposed Order)

**MOVANT** : Morgan Fisher BY M Fisher Z Guttman R Goldberg

[1257] Application to Employ Kramon & Graham, P.A. as Special Litigation Counsel and Verified Statement of Proposed Party Filed by Morgan W. Fisher. (Attachments: #s3 Proposed Order)

**MOVANT** : Morgan Fisher BY M Fisher Z Guttman R Goldberg

[1258] Application to Employ SC&H Group, Inc. as Financial Advisor and Litigation Support Consultant and Verified Statement of Proposed Party Filed by Morgan W. Fisher. (Attachments: #s3 Proposed Order)

**MOVANT** : Morgan Fisher BY M Fisher Z Guttman R Goldberg

[1259] Consent Motion to Use Cash Collateral *and Approving Stipulation and Order Authorizing Limited Borrowing* Filed by Morgan W. Fisher. (Attachments: #s1 Proposed Order Exhibit A Proposed Order with Stipulation as Exhibit 1 thereto)

**MOVANT** : Morgan Fisher BY M Fisher Z Guttman R Goldberg

[1260] Motion *for Entry of Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 7 Professionals* Filed by Morgan W.

Fisher. (Attachments: #s3 Proposed Order)

**MOVANT** : Morgan Fisher BY M Fisher Z Guttman R Goldberg

[1268] Objection on behalf of Alliance Entertainment, LLC
Filed by Jonathan A. Grasso (related document(s)
1259 Motion to Use Cash Collateral filed by
Trustee Morgan W. Fisher).

**MOVANT** : Alliance Entertainment, LLC BY J Grasso R Moonan J Kramer S Teele

[1272] Objection on behalf of Ad Hoc Committee of Consignors
Filed by Catherine Keller Hopkin (related document(s)
1 Exhibits A-C)

**MOVANT** : Ad Hoc Committee of Consignors BY C Hopkin

DISPOSITIONS:

Granted_____ Denied_____ Withdrawn_____ Consent_____ Default___ Under Adv.____

Moot_____ Dismissed_____ Overruled_____ Sustained_____ O.T.J. Fee_____

Continued to: _____

DECISION:

[ ] Signed by Court              [ ] Filed by Counsel
[✓] To be prepared by:
    [✓] Movant's counsel          [ ] Court
    [ ] Respondent's counsel      [ ] Other _____

NOTES:

P. 1256- Granted
P. 1257- Granted
P. 1258- Granted
P. 1259- Granted
P. 1260- Denied

25-10308: 2 of 2