## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:                    * | Case No. 25-10308-DER |
| Diamond Comic Distributors, Inc., *et. al*,  * | (Jointly Administered) |
| Debtors.[1]          * | Chapter 7 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CHAPTER 7 TRUSTEE'S EXHIBIT LIST AND
### WITNESS LIST FOR APRIL 27, 2026 OMNIBUS HEARING

Morgan Fisher, Chapter 7 Trustee (the "**Trustee**"), by his undersigned counsel, files a

Exhibit List and Witness List for the Omnibus Hearing [ECF Nos. 1256-1260] set for April

27, 2026 (the "**Hearing**").

### TRUSTEE'S EXHIBIT LIST

| Trustee's Ex. No. | Description | Introduced | Objections | Admitted |
|---|---|---|---|---|
| T01 | Stipulation and Order Authorizing Limited Borrowing and Use of Cash Collateral by Chapter 7 Trustee [ECF No. 1259-1, April 9, 2026] | | | ✓ |
| T02 | Asset Purchase Agreement by and between Diamond Comic Distributors, Inc., Diamond Select Toys & Collectibles, LLC and Alliance Entertainment, LLC dated April 10, 2025 | | | ✓ |

The Trustee reserves the right to use any exhibits identified by any of the parties or as

may be needed for rebuttal or impeachment.  The Trustee further reserves the right to

supplement this Exhibit List, as necessary, if and to the extent that relevant documents become

available, and the right to object to the admissibility of any of the documents offered into

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.