IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| In re | Case No. 25-10308 (DER) |
|---|---|
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

### *AD HOC* COMMITTEE OF CONSIGNORS' EXHIBIT AND WITNESS LIST FOR APRIL 27, 2026, HEARING

*Ad Hoc* Committee of Consignors (the "Consignors"),[2] by and through their undersigned counsel, submits this Exhibit and Witness List for use at the hearing scheduled for April 27, 2026 in the above captioned proceedings (the "Hearing").

### Consignors' Exhibit List

| EX # | DESCRIPTION | OFFERED | OBJECTION | ACCEPTED |
|---|---|---|---|---|
| AHC-1 | Distribution Agreement -- Paizo, Inc. | | | ✓ |
| AHC-2 | Sparkle Pop Letter of Intent | | | ✓ |
| AHC-3 | Robert Gorin Transcript August 15, 2025 1-7;78-85 | | | ✓ |
| AHC-4 | Transition Services Agreement | | | ✓ |
| AHC-5 | Diamond Comic Distributor's November 2025 Monthly Operating Report (Dkt. No. 1093) | | | ✓ |