**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

**LINE WITHDRAWING DOCUMENT: APPLICATION TO EMPLOY STEARNS, WEAVER, MILLER, WEISSLER, ALHADEFF & SITTERSON, P.A. AS BANKRUPTCY COUNSEL TO THE TRUSTEE**

Morgan W. Fisher, the Chapter 7 Trustee (the "Trustee"), hereby WITHDRAWS the following:

1.　　Trustee's Application for Authority to Employ Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. as Bankruptcy Counsel to the Trustee [ECF #1145].

DATED: April 28, 2026

Respectfully Submitted,

*/s/ Morgan W. Fisher*
Morgan W. Fisher (Bar No. 28711)
The Law Offices of Morgan Fisher, LLC
18 West Street
Annapolis, Maryland 21401
mwf@morganfisherlaw.com
(410) 626-6111
*Chapter 7 Trustee*

---

[1]　　The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Line will be served electronically by the Court's CM/ECF system on the following:

Sam Alberts    sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
Peter J Artese    peter.artese@us.dlapiper.com
Jodie E. Bekman    jbekman@gfrlaw.com, dferguson@gfrlaw.com
Jan Berlage    JBerlage@GHSLLP.com, tcollins@ghsllp.com
Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
Daniel Jack Blum    jack.blum@polsinelli.com,
lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
Laura Skowronski Bouyea    lsbouyea@venable.com, dmdierdorff@venable.com
Thomas K. Bredar    thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
Matthew G. Brushwood    mbrushwood@barley.com, dkline@barley.com
Darek Bushnaq    dsbushnaq@venable.com
Richard L. Costella    rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
Katherine Elizabeth Culbertson    katherine.culbertson@troutman.com
David W.T. Daniels    ddaniels@perkinscoie.com,
docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
G. David Dean    ddean@coleschotz.com, PRatkowiak@coleschotz.com
Mark L Desgrosseilliers    desgross@chipmanbrown.com, fusco@chipmanbrown.com
Emily Devan    edevan@milesstockbridge.com
Ellen E. Dew    ellen.dew@us.dlapiper.com
Turner Falk    turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
Justin Philip Fasano    jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Ashley N Fellona    ashley.fellona@saul.com, janice.mast@saul.com
Gianfranco Finizio    gfinizio@lowenstein.com
Morgan W. Fisher    trustee@morganfisherlaw.com,
MD65@ecfcbis.com;fisher@premierremote.com
Chelsea R Frankel    cfrankel@lowenstein.com
Jeremy S. Friedberg    jeremy@friedberg.legal, ecf@friedberg.legal
Stephen B. Gerald    sgerald@tydings.com
Christopher J. Giaimo    christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
Joshua Glikin    jglikin@shulmanrogers.com,
abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com
Richard Marc Goldberg    rmg@shapirosher.com, ejd@shapirosher.com
Jonathan A. Grasso    jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
Zvi Guttman    zvi@zviguttman.com,
zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

Jeffrey C. Hampton    jeffrey.hampton@saul.com
Catherine Keller Hopkin    chopkin@yvslaw.com,
pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
James R. Irving    james.irving@dentons.com
Adam H Isenberg    adam.isenberg@saul.com
Anthony Jankoski    anthony.jankoski@faegredrinker.com
Harry Conrad Jones    HJones@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
Lawrence A. Katz    lkatz@hirschlerlaw.com,
chall@hirschlerlaw.com;aklena@hirschlerlaw.com
Toyja E. Kelley    Toyja.Kelley@troutman.com
C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
Eric George Korphage    korphagee@whiteandwilliams.com
Jung Yong Lee    jlee@milesstockbridge.com, mhickman@tydings.com
Gary H. Leibowitz    gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
Thomas J. McKee    mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com
Randy Moonan    rmoonan@sillscummis.com
William Fuller Moss    william.moss@friedberg.legal
Bruce S. Nathan    bnathan@lowenstein.com
Janet M. Nesse    jnesse@mhlawyers.com,
jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com;BKrell@mhlawyers.com
Craig Palik    cpalik@mhlawyers.com,
cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
Michael Papandrea    mpapandrea@lowenstein.com
Steven Gregory Polard    steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
Jonathan Gary Rose    jonathan.rose@us.dlapiper.com
Jordan Rosenfeld    jordan.rosenfeld@saul.com
Nikolaus F. Schandlbauer    nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
Dennis J. Shaffer    dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
Indira Kavita Sharma    indira.sharma@troutman.com,
katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
Nicholas Smargiassi    nicholas.smargiassi@saul.com
David Sommer    dsommer@gallagherllp.com,
ceyler@gejlaw.com;gomara@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
Brent C. Strickland    bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
Matthew G. Summers    summersm@ballardspahr.com,
branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighia

nn@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@balla
rdspahr.com;brannickn@ballardspahr.com
S. Jason Teele    steele@sillscummis.com
Paige Noelle Topper    paige.topper@saul.com
US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

                Respectfully submitted,

                */s/ Morgan W. Fisher*
                Morgan W. Fisher