**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

|  |  |
|---|---|
| IN RE: | ) |
|  | ) Jointly Administered under |
|  | ) Case No. 25-10308-DER |
| DIAMOND COMIC DISTRIBUTORS, INC., | ) Chapter 7 |
| et al.[1] | ) |
|  | ) |
| Debtors. | ) |
|  | ) |

**THE CONSIGNMENT GROUP'S LIMITED OBJECTION TO MOTION OF**
**SPARKLE POP, LLC FOR RELIEF FROM THE AUTOMATIC STAY**

The members of the Consignment Group (the "Consignors") consisting of (i) Aspen MLT, LLC a/k/a Aspen Comics, (ii) Black Mask Studios, LLC, (iii) DSTLRY Media, Inc., (iv) Dynamic Forces, Inc. a/k/a Dynamite Entertainment, (v) Heavy Metal International, LLC, (vi) Magnetic Press, LLC, (vii) Massive Publishing, LLC, (viii) Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, (ix) Panini UK Ltd., (x) Punk Bot Comic Books, LLC a/k/a Alien Books, (xi) The Penn State University a/k/a Graphic Mundi, (xii) Titan Publishing Group, Ltd., (xiii) Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind, and (xiv) Dark Horse Comics, LLC, by and through their undersigned counsel, hereby submit this limited objection (the "Objection") to the Motion for Relief from Stay (the "Motion") filed by Sparkle Pop, LLC at Dkt. No.1265, and respectfully state as follows:

1.     The Consignors are parties to distribution agreements with the Debtor pursuant to which they delivered inventory to the Debtors on a consignment basis (the "Consigned Inventory"), while retaining ownership of such inventory.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

2. The Consigned Inventory is now the subject of litigation between the Consignors and the Chapter 7 Trustee, Morgan Fisher, with respect to (a) whether such distribution agreements have been terminated and (b) whether the Consigned Inventory is property of the Bankruptcy Estate or property of the Consignors in the context of multiple avoidance actions.

3. The Consignors are clearly not parties to any distribution agreements or otherwise in any form of contractual privity with Sparkle Pop, and none has been alleged by Sparkle Pop in the Motion.

4. What is alleged in the Motion is a Transition Services Agreement (the "TSA") exists between the bankruptcy estate and Sparkle Pop providing for the storage of the Consigned Inventory at Sparkle Pop's Olive Branch, Mississippi warehouse (the "Olive Branch Warehouse") and that the TSA has been rejected. It is further alleged that the rent owed to Sparkle Pop under the TSA has not been paid since November 2025, creating an administrative expense claim for not less than $580,000.00, for which an administrative claim has been filed by Sparkle Pop.

5. The relief requested by Sparkle Pop in the Motion is to be paid for the fees and costs related to storing the Consigned Inventory, or, alternatively, to be permitted to exercise its rights under Mississippi law including the assertion of a warehouseman's lien on the Consigned Inventory - or to arrange for the removal of such goods from the Olive Branch Warehouse.

6. In merely conclusory fashion, and with no legal authority or analysis provided, Sparkle Pop asserts that it "lacks adequate protection of its interests" and that it "holds a valid interest in the goods under Mississippi law, including through a warehouse lien, that will secure payment for the rent and storage services provided to the Debtor in the Consigned Inventory." *See* Motion at ¶¶ 24 and 28.

7. The Consignors object to the Motion insofar as Sparkle Pop infers and/or seeks to have this Court recognize that it holds any superior interests in the Consigned Inventory to the exclusion of any property rights of the Consignors. The Motion is inadequate in regard to any such assertion because it relies solely on conclusory statements of Sparkle Pop's property interests in the Consigned Inventory under Mississippi warehouseman's lien law. The presumption that Mississippi law somehow applies is not a forgone conclusion, however. The TSA agreement, the only contract between the Debtor and Sparkle Pop relative to the Consigned Inventory, provides that Delaware law applies unless superseded by bankruptcy law. *See* TSA ¶6.7

8. Here, the effect of the purported rejection of the TSA and the distribution agreements and the resulting legal effect are significant in in the determination of the relative rights of the parties in the Consigned Inventory, and such matters are at least in the first instance, governed by federal bankruptcy law.

9. The Consignors contend that if the distribution agreements are rejected, that they are similarly self-terminating by operation of law entitling the Consignors to retake possession of the Consigned Inventory.  If the TSA is rejected, the Consignors further believe that Sparkle Pop is entitled at minimum to an administrative claim for unpaid rent against the Chapter 7 bankruptcy estate through the date of rejection, and perhaps beyond. The Consignors aver they are not responsible for any claims for unpaid rent under any circumstance, particularly where they have been refused upon multiple requests to have their inventory returned and have stood ready to take possession for nearly ten months.

10. The Court's Order Denying the Trustee's Emergency Motion to Extend Deadline To Assume Or Reject Executory Contracts Related To Consigned Goods (Dkt. 1171) remains on

appeal, the outcome of which will be decided in due course. This concerns the rejection of the TSA as well as the distribution agreements.

11.      Granting Sparkle Pop's Motion would circumvent the determination of rights of all parties relative to the Consigned Inventory under bankruptcy law. The Motion is therefore premature and should be denied.

12.      If, however, the Court determines that relief from the automatic stay is warranted, the Consignors specially request a provision be contained in any order specifically providing for the right of the Consignors to take possession of their Consigned Inventory free of any storage fees or costs and upon such other terms as the Court deems fair and just.

**WHEREFORE**, the Consignors respectfully request that this Court:

a.  Deny the Motion;

b.  Alternatively, authorize the release and return of possession of the Consignors' Consigned Inventory free of any storage fees or costs and upon such other terms as the Court deems fair and just; and

c.  Grant such other and further relief as the Court deems fair and just.

Dated: <u>April 28, 2026</u>

Respectfully Submitted,

<u>/s/ Craig M. Palik</u>
Craig M. Palik, Esquire (Bar No 15254)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770 T: (301) 441-2420
cpalik@mhlawyers.com
jfasano@mhlawyers.com
jnesse@mhlawyers.com

*Counsel for the Consignment Group:*
*Aspen MLT, LLC, a/k/a Aspen Comics,*
*Black Mask Studios, LLC,*
*Dark Horse Comics, Inc*
*DSTLRY Media, Inc.,*

*Dynamic Forces, Inc. a/k/a Dynamite Entertainment,*
*Heavy Metal International, LLC,*
*Magnetic Press, LLC,*
*Massive Publishing, LLC,*
*Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC,*
*Panini UK Ltd.,*
*Punk Bot Comic Books, LLC a/k/a Alien Books,*
*The Penn State University a/k/a Graphic Mundi,*
*Titan Publishing Group, Ltd. and*
*Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 28, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com

Peter J Artese peter.artese@us.dlapiper.com

Jodie E. Bekman jbekman@gfrlaw.com, dferguson@gfrlaw.com

Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com, delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com

Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com

Darek Bushnaq dsbushnaq@venable.com

Richard L. Costella rcostella@tydings.com, myoung@tydings.com, pcoolbaugh@tydings.com

Katherine Elizabeth Culbertson katherine.culbertson@troutman.com

David W.T. Daniels ddaniels@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com, KMcClure@perkinscoie.com, rleibowitz@perkinscoie.com

G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com

Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com

Emily Devan edevan@milesstockbridge.com

Ellen E. Dew ellen.dew@us.dlapiper.com

Turner Falk turner.falk@saul.com, tnfalk@recap.email, Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com, tmackey@mhlawyers.com, mevans@mhlawyers.com, cmartin@mhlawyers.com, Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Morgan W. Fisher trustee@morganfisherlaw.com, MD65@ecfcbis.com, fisher@premierremote.com

Chelsea R Frankel cfrankel@lowenstein.com

Jeremy S. Friedberg jeremy@friedberg.legal, ecf@friedberg.legal

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com, christopher-j-giaimo-6409@ecf.pacerpro.com

Joshua Glikin JGlikin@shulmanrogers.com, abogert@shulmanrogers.com, mdicarlo@shulmanrogers.com

Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com, r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com, kreese@yvslaw.com, vmichaelides@yvslaw.com, yvslawcmecf@gmail.com, hopkincr39990@notify.bestcase.com

James R. Irving james.irving@dentons.com

Adam H Isenberg adam.isenberg@saul.com

Harry Conrad Jones HJones@coleschotz.com, bankruptcy@coleschotz.com, pratkowiak@coleschotz.com

Lawrence A. Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com, aklena@hirschlerlaw.com

Toyja E. Kelley Toyja.Kelley@troutman.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@milesstockbridge.com, mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com, pratkowiak@coleschotz.com, bankruptcy@coleschotz.com, lmorton@coleschotz.com

Thomas J. McKee mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-0902@ecf.pacerpro.com

Mark Minuti mark.minuti@saul.com, robyn.warren@saul.com

Randy Moonan rmoonan@sillscummis.com

William Fuller Moss william.moss@friedberg.legal

Bruce S. Nathan bnathan@lowenstein.com

Janet M. Nesse jnesse@mhlawyers.com, jfasano@mhlawyers.com, cpalik@mhlawyers.com, jnesse@ecf.inforuptcy.com, tmackey@mhlawyers.com, cmartin@mhlawyers.com, kfeig@mhlawyers.com

Craig Palik cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com, Palik.CraigR92003@notify.bestcase.com, mevans@mhlawyers.com, cmartin@mhlawyers.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com, loriann.zullo@ropers.com, calendarLAO@ropers.com

Jonathan Gary Rose jonathan.rose@us.dlapiper.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com

Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com, MYoung@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com, katherine.culbertson@troutman.com, jonathan.young@troutman.com, david.ruediger@troutman.com, errol.chapman@troutman.com, toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

David Sommer dsommer@gallagherllp.com, ceyler@gejlaw.com, gomara@gejlaw.com, csalce@gejlaw.com, mkobylski@gejlaw.com

Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers summersm@ballardspahr.com, branchd@ballardspahr.com, heilmanl@ballardspahr.com, ambroses@ballardspahr.com, zarnighiann@ballardspahr.com, carolod@ballardspahr.com, cromartie@ballardspahr.com, stammerk@ballardspahr.com, brannickn@ballardspahr.com

S. Jason Teele steele@sillscummis.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman zvi@zviguttman.com zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Morgan Fisher mwf@morganfisherlaw.com

Richard M. Goldberg rmg@shapirosher.com

Bekman, Jodie jbekman@gfrlaw.com

/s/ Craig M. Palik
Craig M. Palik