Entered: April 29th, 2026
Signed: April 29th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | | **Case No. 25-10308-DER** |
| **Diamond Comic Distributors, Inc.,** *et. al*, | * | **(Jointly Administered)** |
| **Debtors.** | * | **Chapter 7** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY AND RETAIN
### KRAMON & GRAHAM, P.A. AS SPECIAL LITIGATION COUNSEL
### TO THE CHAPTER 7 TRUSTEE IN ALLIANCE LITIGATION

Upon consideration of the Trustee's Application to Employ and Retain Kramon & Graham, P.A. ("K&G"), as Special Litigation Counsel for the Chapter 7 Trustee, the Court finding pursuant to Bankruptcy Rule 2014 that K&G does not hold or represent any interest adverse to the Trustee, the Debtors, or their estates in the matters upon which they are to be engaged; that K&G is disinterested as that term is defined in 11 U.S.C. § 101(14); that except as set forth in the Declaration of David J. Shuster, attached to the Application as Exhibit A, K&G has no connection to the Trustee, the Debtors, their creditors, or other parties-in-interest; and that their employment is necessary and in the best interests of the bankruptcy estates, no objections to the Application having been filed, and the Court having conducted a hearing on the Application on April 27, 2026 and the Court having considered testimonial and documentary evidence in support of the

Application, and the Court having concluded that the Application should be granted, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Application is approved; and it is further

**ORDERED**, that pursuant to §§ 327 and 328 of the Bankruptcy Code, Morgan W. Fisher, Chapter 7 Trustee in the above-captioned bankruptcy cases (the "Trustee"), is authorized to employ and retain K&G as special litigation counsel to the Trustee and the Debtor's estate pursuant to the terms and subject to the compensation set forth in the Retention Agreement (as defined in the Application) attached as Exhibit B to the Application (and as set out in the Stipulation and Order Authorizing Limited Borrowing and Use of Cash Collateral By Chapter 7 Trustee (the "Stipulation") also approved by the Court); and it is further

**ORDERED**, Kramon & Graham shall be compensated subject to the Retention Agreement, Stipulation and further order of the Court in accordance with 11 U.S.C. § 328(a) and such other procedures as may be fixed by order of this Court.

cc:    Richard M. Goldberg, Esquire
Daniel J. Zeller, Esquire
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, MD 21201
*Proposed Lead General Bankruptcy Counsel to Morgan Fisher, Chapter 7 Trustee*

Morgan W. Fisher, Chapter 7 Trustee
LAW OFFICES OF MORGAN FISHER LLC
18 West St
Annapolis, MD 21401

David J. Shuster, Esquire
Jean Lewis, Esquire
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
*Proposed Special Litigation Counsel to Morgan Fisher, Chapter 7 Trustee*

Zvi Guttman, Esquire
THE LAW OFFICES OF ZVI GUTTMAN, P.A.
600 Reisterstown Rd, Suite 308
Pikesville, MD 21208
*General Bankruptcy Counsel for Chapter 7 Trustee*

OFFICE OF THE U.S. TRUSTEE
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

**- END OF ORDER-**