Entered: April 29th, 2026
Signed: April 29th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | | **Case No. 25-10308-DER** |
| **Diamond Comic Distributors, Inc., *et. al*,** | * | **(Jointly Administered)** |
| Debtors.[1] | * | **Chapter 7** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING
### TRUSTEE'S APPLICATION TO EMPLOY SC&H GROUP, INC.
### AS FINANCIAL ADVISOR AND LITIGATION SUPPORT CONSULTANT FOR THE
### <u>CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. §§ 327 AND 328</u>

Upon consideration of the Chapter 7 Trustee's Application to Employ SC&H Group, Inc. ("SC&H"), as Financial Advisor and Litigation Support Consultant for the Chapter 7 Trustee (the "Application")[2], the Court finding pursuant to Bankruptcy Rule 2014 that SC&H does not hold or represent any interest adverse to the Trustee, the above-referenced Debtors or their estates in the matters upon which they are to be engaged; that SC&H is disinterested as that term is defined in 11 U.S.C. § 101(14); that except as set forth in the Verified Statement, SC&H has no connection to the Trustee, the Debtor, his creditors, or other parties-in-interest; and that their

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in Application.

employment is necessary and in the best interests of the bankruptcy estate, and no objections having been filed to the Application, the Court having conducted a hearing on the Application on April 27, 2026, and at said hearing the Trustee having presented evidence, as well as argument, and at the conclusion of the hearing the Court having concluded on the record that the Application should be granted, it is, by the United States Bankruptcy Court for the District of Maryland, hereby, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Application is approved; and it is further

**ORDERED**, that pursuant to §§ 327 and 328 of the Bankruptcy Code, Morgan W. Fisher, Chapter 7 Trustee, is authorized to employ SC&H to provide services outlined in the Application and pursuant to the terms and subject to the compensation set forth in the Engagement Agreement (as defined in the Application and attached thereto as Exhibit B); and it is further

**ORDERED**, SC&H shall be compensated in accordance with 11 U.S.C. § 328(a) and such other procedures as may be fixed by order of this Court.

cc:   Richard M. Goldberg, Esquire
      Daniel J. Zeller, Esquire
      SHAPIRO SHER GUINOT & SANDLER
      250 W. Pratt Street, Suite 2000
      Baltimore, MD 21201
      *Proposed Lead General Bankruptcy for Chapter 7 Trustee*

      Morgan W. Fisher, Chapter 7 Trustee
      LAW OFFICES OF MORGAN FISHER LLC
      18 West St
      Annapolis, MD 21401

      Zvi Guttman, Esquire
      THE LAW OFFICES OF ZVI GUTTMAN, P.A.
      600 Reisterstown Rd, Suite 308
      Pikesville, MD 21208
      *General Bankruptcy Counsel for Chapter 7 Trustee*

Robert Patrick
SC&H GROUP, INC.
226 Schilling Circle, Suite 300
Hunt Valley, MD 21031
*Proposed Financial Advisor and Litigation Support Consultant for Chapter 7 Trustee*

OFFICE OF THE UNITED STATES TRUSTEE
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

**- END OF ORDER-**