United States Bankruptcy Court
District of Maryland

In re:                                                                                     Case No. 25-10308-DER

Diamond Comic Distributors, Inc.                                                           Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: raly@getzlerhenrich.com | Apr 27 2026 19:25:00 | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam H Isenberg | adam.isenberg@saul.com |
| Anthony Jankoski | anthony.jankoski@faegredrinker.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | bnathan@lowenstein.com |

District/off: 0416-1 | User: admin | Page 2 of 4
Date Rcvd: Apr 27, 2026 | Form ID: pdfparty | Total Noticed: 1

C. Kevin Kobbe
kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
chopkin@yvslaw.com
pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
cfrankel@lowenstein.com

Christopher J. Giaimo
christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
cpalik@mhlawyers.com
cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
dsbushnaq@venable.com

David Sommer
dsommer@gallagherllp.com  ceyler@gejlaw.com,gomara@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels
ddaniels@perkinscoie.com
docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
dshaffer@tydings.com  scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
ellen.dew@us.dlapiper.com

Emily Devan
edevan@milesstockbridge.com

Eric George Korphage
korphagee@whiteandwilliams.com

G. David Dean
ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz
gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
gfinizio@lowenstein.com

Harry Conrad Jones
HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
indira.sharma@troutman.com
katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
james.irving@dentons.com

Jan Berlage
JBerlage@GHSLLP.com  tcollins@ghsllp.com

Janet M. Nesse
jnesse@mhlawyers.com
jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com

Jeffrey C. Hampton
jeffrey.hampton@saul.com

Jeremy S. Friedberg
jeremy@friedberg.legal  ecf@friedberg.legal

Jodie E. Bekman
jbekman@gfrlaw.com  dferguson@gfrlaw.com

District/off: 0416-1                          User: admin                                Page 3 of 4
Date Rcvd: Apr 27, 2026                    Form ID: pdfparty                        Total Noticed: 1

Jonathan A. Grasso
jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
jordan.rosenfeld@saul.com

Joshua Glikin
jglikin@shulmanrogers.com  abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee
jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
@notify.bestcase.com

Katherine Elizabeth Culbertson
katherine.culbertson@troutman.com

Laura Skowronski Bouyea
lsbouyea@venable.com  dmdierdorff@venable.com

Lawrence A. Katz
lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti
mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers
desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood
mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers
summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ba
llardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea
mpapandrea@lowenstein.com

Morgan W. Fisher
trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi
nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper
paige.topper@saul.com

Peter J Artese
peter.artese@us.dlapiper.com

Randy Moonan
rmoonan@sillscummis.com

Richard L. Costella
rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

Richard Marc Goldberg
rmg@shapirosher.com  ejd@shapirosher.com

S. Jason Teele
steele@sillscummis.com

Sam Alberts
sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Stephen B. Gerald
sgerald@tydings.com

Steven Gregory Polard
steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee

District/off: 0416-1                          User: admin                                          Page 4 of 4
Date Rcvd: Apr 27, 2026                       Form ID: pdfparty                                   Total Noticed: 1

mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar

thomas.bredar@wilmerhale.com
andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley

Toyja.Kelley@troutman.com

Turner Falk

turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss

william.moss@friedberg.legal

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 63

Entered: April 27th, 2026
Signed: April 27th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| DIAMOND COMIC DISTRIBUTORS, INC., et al.[1] | * | Jointly Administered under Case No: 25-10308-DER |
| | * | (Chapter 11) |
| Debtors | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION AND CONSENT ORDER EXTENDING TIME FOR AD HOC COMMITTEE OF CONSIGNORS TO RESPOND TO THE TRUSTEE'S APPLICATIONS AND MOTIONS

The *Ad Hoc* Committee of Consignors (the "Consignors"),[2] and Chapter 7 Trustee, Morgan W. Fisher (the "Trustee"), by their respective counsel, hereby enter into this Stipulation and Consent Order and state as follows:

WHEREAS, on April 9, 2026, the Trustee filed his Application for Authority to Employ Shapiro Sher Guinot & Sandler as of March 3, 2026 as Lead General Bankruptcy Counsel to the Chapter 7 Trustee [ECF No. 1256]; Trustee's Application to Employ and Retain Kramon & Graham, P.A. as Special Litigation Counsel to the Chapter 7 Trustee [ECF No. 1257]; Trustee's Application to Employ SC&H Group, Inc. as Financial Advisor and Litigation Support Consultant for the Chapter 7 Trustee Pursuant to 11 U.S.C. §§ 327 and 328 [ECF

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450), Comic Holdings, Inc. (7457), Comic Exporters, Inc. (7458), and Diamond Select Toys & Collectibles, LLC (6585).

[2]   The Consignors herein are: (i) Ablaze, LLC, (ii) American Mythology Productions LLC, (iii) Avatar Press, Inc., (iv) Andrew Kafoury dba Battle Quest Comics, (v) Bryan Seaton dba Action Lab, (vi) Drawn & Quarterly Books Inc., (vii) Fantagraphics Books, Inc., (viii) Green Ronin Publishing LLC, (ix) Herman and Geer Communications, Inc., dba Hermes Press, (x) Living the Line LLC, (xi) Paizo, Inc., (xii) UDON Entertainment Inc., and (xiii) Zenescope Entertainment, Inc.

No. 1258]; Trustee's Motion for Entry of an Order (by Consent with JPMorgan Chase Bank, N.A.) Approving the Stipulation and Order Authorizing Limited Borrowing and Use of Cash Collateral By Chapter 7 Trustee [ECF No. 1259]; Trustee's Motion for Entry of an Administrative Order Pursuant to 11 U.S.C. §§ 105, 328 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Chapter 7 Professionals [ECF No. 1260] (collectively the "Trustee's Applications and Motions"); and

WHEREAS, the Consignors have requested, and the Trustee has agreed, to extend the deadline to answer or file a responsive pleading on or before April 24, 2026, at 12:00 p.m. E.T.

NOW, THEREFORE, it is stipulated and agreed by and between the Parties, and it is hereby ORDERED, ADJUDGED and DECREED by this Court that:

1.     The stipulations set forth above form an integral and substantive part of this Stipulation and Consent Order and are incorporated herein, and Ordered hereby.

2.     Consignors will respond to the Trustee's Applications and Motions on or before April 24, 2026, at 12:00 p.m. E.T.

CONSENTED TO:

| | |
|---|---|
| /s/ Catherine Keller Hopkin | /s/ Zvi Guttman |
| Catherine Keller Hopkin, 28257 | Zvi Guttman, 06902 |
| YVS Law, LLC | The Law Offices of Zvi Guttman, P.A. |
| 185 Admiral Cochrane Drive, Suite 130 | Post Office Box 32308 |
| Annapolis, Maryland  21401 | Baltimore, Maryland  21282 |
| (443) 569-0788 | Zvi@zviguttman.com |
| chopkin@yvslaw.com | (410) 580-0500 |
| | |
| Counsel for Consignors | Counsel to Morgan W. Fisher, |
| | Chapter 7 Trustee |

/s/ Richard M. Goldberg
Richard M. Goldberg, 07994
Daniel J. Zeller, 28107
Shapiro Sher Guinot & Sandler
250 West Pratt Street, Suite 2000
Baltimore, Maryland  21201
(410) 385-4274
rmg@shapirosher.com

Proposed General Bankruptcy Counsel
to Morgan Fisher, Chapter 7 Trustee

I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Catherine Keller Hopkin

Catherine Keller Hopkin

cc:    Catherine Keller Hopkin, Esquire
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Attached Service List

**END OF ORDER**

**The following parties received CM/ECF notice of the filing:**

- Sam Alberts - sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Peter J Artese - peter.artese@us.dlapiper.com
- Jodie E. Bekman - jbekman@gfrlaw.com, dferguson@gfrlaw.com
- Jan Berlage - JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein - hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum - jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea - lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar - thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
- Matthew G. Brushwood - mbrushwood@barley.com, dkline@barley.com
- Darek Bushnaq - dsbushnaq@venable.com
- Richard L. Costella - rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- Katherine Elizabeth Culbertson - katherine.culbertson@troutman.com
- David W.T. Daniels - ddaniels@perkinscoie.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
- G. David Dean - ddean@coleschotz.com, PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers - desgross@chipmanbrown.com, fusco@chipmanbrown.com
- Emily Devan - edevan@milesstockbridge.com
- Ellen E. Dew - ellen.dew@us.dlapiper.com
- Turner Falk - turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano - jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona - ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio - gfinizio@lowenstein.com
- Morgan W. Fisher - trustee@morganfisherlaw.com, MD65@ecfcbis.com;fisher@premierremote.com
- Chelsea R Frankel - cfrankel@lowenstein.com
- Jeremy S. Friedberg - jeremy@friedberg.legal, ecf@friedberg.legal
- Stephen B. Gerald - sgerald@tydings.com
- Christopher J. Giaimo - christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin - jglikin@shulmanrogers.com, abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com
- Richard Marc Goldberg - rmg@shapirosher.com, ejd@shapirosher.com
- Jonathan A. Grasso - jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
- Zvi Guttman - zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- Jeffrey C. Hampton - jeffrey.hampton@saul.com
- Catherine Keller Hopkin - chopkin@yvslaw.com, pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
- James R. Irving - james.irving@dentons.com
- Adam H Isenberg - adam.isenberg@saul.com
- Anthony Jankoski - anthony.jankoski@faegredrinker.com
- Harry Conrad Jones - HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Lawrence A. Katz - lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com
- Toyja E. Kelley - Toyja.Kelley@troutman.com
- C. Kevin Kobbe - kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- Eric George Korphage - korphagee@whiteandwilliams.com
- Jung Yong Lee - jlee@milesstockbridge.com, mhickman@tydings.com
- Gary H. Leibowitz - gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- Thomas J. McKee - mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
- Mark Minuti - mark.minuti@saul.com, robyn.warren@saul.com
- Randy Moonan - rmoonan@sillscummis.com
- William Fuller Moss - william.moss@friedberg.legal
- Bruce S. Nathan - bnathan@lowenstein.com
- Janet M. Nesse - jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
- Craig Palik - cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com; Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com; cmartin@mhlawyers.com
- Michael Papandrea - mpapandrea@lowenstein.com
- Steven Gregory Polard - steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
- Jonathan Gary Rose - jonathan.rose@us.dlapiper.com
- Jordan Rosenfeld - jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer - nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- Dennis J. Shaffer - dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- Indira Kavita Sharma - indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com;david.rudiger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- Nicholas Smargiassi - nicholas.smargiassi@saul.com
- David Sommer - dsommer@gallagherllp.com, ceyler@gejlaw.com;gomara@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
- Brent C. Strickland - bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- Matthew G. Summers - summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
- S. Jason Teele - steele@sillscummis.com
- Paige Noelle Topper - paige.topper@saul.com
- US Trustee - Baltimore - USTPRegion04.BA.ECF@USDOJ.GOV