United States Bankruptcy Court
District of Maryland

In re:                                                  Case No. 25-10308-DER

Diamond Comic Distributors, Inc.                            Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

**Recip ID**                 **Recipient Name and Address**
   +  Daniel J. Zeller, Esquire, SHAPIRO SHER GUINOT & SANDLER, 250 West Pratt St., Suite 2000, Baltimore, MD 21201-6814
   +  Zvi Guttman, Esquire, THE LAW OFFICES OF ZVI GUTTMAN, P.A., 600 Reisterstown Rd, Suite 308, Pikesville, MD 21208-5106

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Apr 29 2026 19:28:00 | OFFICE OF THE UNITED STATES TRUSTEE, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam H Isenberg | adam.isenberg@saul.com |
| Anthony Jankoski | anthony.jankoski@faegredrinker.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |

District/off: 0416-1                          User: admin                                    Page 2 of 4
Date Rcvd: Apr 29, 2026                       Form ID: pdfparty                              Total Noticed: 3

Brent C. Strickland
 bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Bruce S. Nathan
 bnathan@lowenstein.com

C. Kevin Kobbe
 kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
 chopkin@yvslaw.com
 pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
 cfrankel@lowenstein.com

Christopher J. Giaimo
 christopher.giaimo@squirepb.com christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
 cpalik@mhlawyers.com
 cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
 jack.blum@polsinelli.com lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
 dsbushnaq@venable.com

David Sommer
 dsommer@gallagherllp.com ceyler@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels
 ddaniels@perkinscoie.com
 docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
 dshaffer@tydings.com scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
 ellen.dew@us.dlapiper.com

Emily Devan
 edevan@milesstockbridge.com

Eric George Korphage
 korphagee@whiteandwilliams.com

G. David Dean
 ddean@coleschotz.com PRatkowiak@coleschotz.com

Gary H. Leibowitz
 gleibowitz@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
 gfinizio@lowenstein.com

Harry Conrad Jones
 HJones@coleschotz.com bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
 hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
 indira.sharma@troutman.com
 katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
 james.irving@dentons.com

Jan Berlage
 JBerlage@GHSLLP.com tcollins@ghsllp.com

Janet M. Nesse
 jnesse@mhlawyers.com
 jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com

Jeffrey C. Hampton
 jeffrey.hampton@saul.com

District/off: 0416-1    User: admin    Page 3 of 4

Date Rcvd: Apr 29, 2026    Form ID: pdfparty    Total Noticed: 3

Jeremy S. Friedberg

jeremy@friedberg.legal  ecf@friedberg.legal

Jodie E. Bekman

jbekman@gfrlaw.com  dferguson@gfrlaw.com

Jonathan A. Grasso

jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose

jonathan.rose@us.dlapiper.com

Jordan Rosenfeld

jordan.rosenfeld@saul.com

Joshua Glikin

jglikin@shulmanrogers.com  abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee

jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano

jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
@notify.bestcase.com

Katherine Elizabeth Culbertson

katherine.culbertson@troutman.com

Laura Skowronski Bouyea

lsbouyea@venable.com  dmdierdorff@venable.com

Lawrence A. Katz

lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti

mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers

desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood

mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers

summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ba
llardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea

mpapandrea@lowenstein.com

Morgan W. Fisher

trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi

nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer

nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper

paige.topper@saul.com

Peter J Artese

peter.artese@us.dlapiper.com

Randy Moonan

rmoonan@sillscummis.com

Richard L. Costella

rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

Richard Marc Goldberg

rmg@shapirosher.com  ejd@shapirosher.com

S. Jason Teele

steele@sillscummis.com

Sam Alberts

sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Stephen B. Gerald

District/off: 0416-1                          User: admin                                    Page 4 of 4
Date Rcvd: Apr 29, 2026                       Form ID: pdfparty                        Total Noticed: 3

sgerald@tydings.com

Steven Gregory Polard

steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee

mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar

thomas.bredar@wilmerhale.com
andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley

Toyja.Kelley@troutman.com

Turner Falk

turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss

william.moss@friedberg.legal

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 63

Entered: April 29th, 2026
Signed: April 29th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | | **Case No. 25-10308-DER** |
| **Diamond Comic Distributors, Inc., et al,** | * | **(Jointly Administered)** |
| **Debtors.**[1] | * | **Chapter 7** |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### ORDER AUTHORIZING EMPLOYMENT OF SHAPIRO
### SHER GUINOT & SANDLER AS LEAD GENERAL
### <u>BANKRUPTCY COUNSEL TO THE CHAPTER 7 TRUSTEE</u>

Upon the application of Morgan W. Fisher, the Chapter 7 Trustee in the above-captioned cases (the "Trustee"), for authority to employ Shapiro Sher Guinot & Sandler ("Shapiro Sher") to serve as lead general bankruptcy counsel to the Trustee (the "Application"), and upon consideration of the Declaration of Richard M. Goldberg[2], and it appearing that Richard M. Goldberg and Shapiro Sher are disinterested within the meaning of 11 U.S.C. § 101(14), represent no interest adverse to the trustee or the debtors' bankruptcy estates, and that the employment of counsel for the purposes described in the Application is necessary and in the best interests of the

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

[2] For calendar year 2026 Counsel's billing rate in these Chapter 7 cases is $700.00/hr.  Rates are subject to adjustment. Counsel will file notice of any adjustment applicable to this case.

estate, and no objections having been filed to the Application, the Court having conducted a hearing on the Application on April 27, 2026, and at said hearing the Trustee having presented evidence, as well as argument, and at the conclusion of the hearing the Court having concluded on the record that the Application should be granted, it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that the Trustee is authorized to employ Shapiro Sher as lead general bankruptcy counsel to represent him on an hourly basis at the firm's normal, hourly rates under a general retainer, with the payment of such fees and reimbursement of out-of-pocket expenses to be subject to application and further Order of this Court.

cc:     Morgan W. Fisher, Esquire
        LAW OFFICES OF MORGAN FISHER LLC
        18 West St
        Annapolis, MD 21401
        *Chapter 7 Trustee*

        Richard M. Goldberg, Esquire
        Daniel J. Zeller, Esquire
        SHAPIRO SHER GUINOT & SANDLER
        250 West Pratt St., Suite 2000
        Baltimore, MD 21201
        *Proposed Lead General Bankruptcy Counsel for Chapter 7 Trustee*

        Zvi Guttman, Esquire
        THE LAW OFFICES OF ZVI GUTTMAN, P.A.
        600 Reisterstown Rd, Suite 308
        Pikesville, MD 21208
        *General Bankruptcy Counsel for Chapter 7 Trustee*

        OFFICE OF THE UNITED STATES TRUSTEE
        101 West Lombard Street, Suite 2625
        Baltimore, Maryland 21201

**END OF ORDER**