United States Bankruptcy Court

District of Maryland

In re:                                                                                                Case No. 25-10308-DER

Diamond Comic Distributors, Inc.                                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                         User: admin                                         Page 1 of 4

Date Rcvd: Apr 29, 2026                  Form ID: pdfparty                          Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

**Recip ID                    Recipient Name and Address**

+   David J. Shuster, Esquire, Jean Lewis, Esquire, KRAMON & GRAHAM, P.A., 750 East Pratt Street, Suite 1100, Baltimore, Maryland 21202-3155

+   Richard M. Goldberg, Esquire, Daniel J. Zeller, Esquire, SHAPIRO SHER GUINOT & SANDLER, 250 W. Pratt Street, Suite 2000, Baltimore, MD 21201-6814

+   Zvi Guttman, Esquire, THE LAW OFFICES OF ZVI GUTTMAN, P.A., 600 Reisterstown Rd, Suite 308, Pikesville, MD 21208-5106

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Apr 29 2026 19:28:00 | OFFICE OF THE U.S. TRUSTEE, 101 W. Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:

**Name                              Email Address**

Adam H Isenberg

     adam.isenberg@saul.com

Anthony Jankoski

     anthony.jankoski@faegredrinker.com

District/off: 0416-1       User: admin       Page 2 of 4

Date Rcvd: Apr 29, 2026       Form ID: pdfparty       Total Noticed: 4

Ashley N Fellona
ashley.fellona@saul.com janice.mast@saul.com

Brent C. Strickland
bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Bruce S. Nathan
bnathan@lowenstein.com

C. Kevin Kobbe
kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
chopkin@yvslaw.com
pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
cfrankel@lowenstein.com

Christopher J. Giaimo
christopher.giaimo@squirepb.com christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
cpalik@mhlawyers.com
cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
jack.blum@polsinelli.com lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
dsbushnaq@venable.com

David Sommer
dsommer@gallagherllp.com ceyler@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels
ddaniels@perkinscoie.com
docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
dshaffer@tydings.com scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
ellen.dew@us.dlapiper.com

Emily Devan
edevan@milesstockbridge.com

Eric George Korphage
korphagee@whiteandwilliams.com

G. David Dean
ddean@coleschotz.com PRatkowiak@coleschotz.com

Gary H. Leibowitz
gleibowitz@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
gfinizio@lowenstein.com

Harry Conrad Jones
HJones@coleschotz.com bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
indira.sharma@troutman.com
katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
james.irving@dentons.com

Jan Berlage
JBerlage@GHSLLP.com tcollins@ghsllp.com

Janet M. Nesse
jnesse@mhlawyers.com
jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com

District/off: 0416-1 User: admin Page 3 of 4
Date Rcvd: Apr 29, 2026 Form ID: pdfparty Total Noticed: 4

Jeffrey C. Hampton
jeffrey.hampton@saul.com

Jeremy S. Friedberg
jeremy@friedberg.legal ecf@friedberg.legal

Jodie E. Bekman
jbekman@gfrlaw.com dferguson@gfrlaw.com

Jonathan A. Grasso
jgrasso@yvslaw.com pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
jordan.rosenfeld@saul.com

Joshua Glikin
jglikin@shulmanrogers.com abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee
jlee@milesstockbridge.com mhickman@tydings.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Katherine Elizabeth Culbertson
katherine.culbertson@troutman.com

Laura Skowronski Bouyea
lsbouyea@venable.com dmdierdorff@venable.com

Lawrence A. Katz
lkatz@hirschlerlaw.com chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti
mark.minuti@saul.com robyn.warren@saul.com

Mark L Desgrosseilliers
desgross@chipmanbrown.com fusco@chipmanbrown.com

Matthew G. Brushwood
mbrushwood@barley.com dkline@barley.com

Matthew G. Summers
summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea
mpapandrea@lowenstein.com

Morgan W. Fisher
trustee@morganfisherlaw.com MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi
nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
nick.schandlbauer@arlaw.com lianna.sarasola@arlaw.com

Paige Noelle Topper
paige.topper@saul.com

Peter J Artese
peter.artese@us.dlapiper.com

Randy Moonan
rmoonan@sillscummis.com

Richard L. Costella
rcostella@tydings.com myoung@tydings.com,pcoolbaugh@tydings.com

Richard Marc Goldberg
rmg@shapirosher.com ejd@shapirosher.com

S. Jason Teele
steele@sillscummis.com

Sam Alberts

sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Stephen B. Gerald

sgerald@tydings.com

Steven Gregory Polard

steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee

mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar

thomas.bredar@wilmerhale.com
andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley

Toyja.Kelley@troutman.com

Turner Falk

turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore

USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss

william.moss@friedberg.legal

Zvi Guttman

zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com

TOTAL: 63

Entered: April 29th, 2026
Signed: April 29th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | | **Case No. 25-10308-DER** |
| **Diamond Comic Distributors, Inc.,** *et. al,* | * | **(Jointly Administered)** |
| **Debtors.** | * | **Chapter 7** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY AND RETAIN
KRAMON & GRAHAM, P.A. AS SPECIAL LITIGATION COUNSEL
TO THE CHAPTER 7 TRUSTEE IN ALLIANCE LITIGATION**

Upon consideration of the Trustee's Application to Employ and Retain Kramon & Graham, P.A. ("K&G"), as Special Litigation Counsel for the Chapter 7 Trustee, the Court finding pursuant to Bankruptcy Rule 2014 that K&G does not hold or represent any interest adverse to the Trustee, the Debtors, or their estates in the matters upon which they are to be engaged; that K&G is disinterested as that term is defined in 11 U.S.C. § 101(14); that except as set forth in the Declaration of David J. Shuster, attached to the Application as Exhibit A, K&G has no connection to the Trustee, the Debtors, their creditors, or other parties-in-interest; and that their employment is necessary and in the best interests of the bankruptcy estates, no objections to the Application having been filed, and the Court having conducted a hearing on the Application on April 27, 2026 and the Court having considered testimonial and documentary evidence in support of the

Application, and the Court having concluded that the Application should be granted, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Application is approved; and it is further

ORDERED, that pursuant to §§ 327 and 328 of the Bankruptcy Code, Morgan W. Fisher, Chapter 7 Trustee in the above-captioned bankruptcy cases (the "Trustee"), is authorized to employ and retain K&G as special litigation counsel to the Trustee and the Debtor's estate pursuant to the terms and subject to the compensation set forth in the Retention Agreement (as defined in the Application) attached as Exhibit B to the Application (and as set out in the Stipulation and Order Authorizing Limited Borrowing and Use of Cash Collateral By Chapter 7 Trustee (the "Stipulation") also approved by the Court); and it is further

ORDERED, Kramon & Graham shall be compensated subject to the Retention Agreement, Stipulation and further order of the Court in accordance with 11 U.S.C. § 328(a) and such other procedures as may be fixed by order of this Court.

cc:   Richard M. Goldberg, Esquire
      Daniel J. Zeller, Esquire
      SHAPIRO SHER GUINOT & SANDLER
      250 W. Pratt Street, Suite 2000
      Baltimore, MD 21201
      *Proposed Lead General Bankruptcy Counsel to Morgan Fisher, Chapter 7 Trustee*

      Morgan W. Fisher, Chapter 7 Trustee
      LAW OFFICES OF MORGAN FISHER LLC
      18 West St
      Annapolis, MD 21401

      David J. Shuster, Esquire
      Jean Lewis, Esquire
      KRAMON & GRAHAM, P.A.
      750 East Pratt Street, Suite 1100
      Baltimore, Maryland 21202
      *Proposed Special Litigation Counsel to Morgan Fisher, Chapter 7 Trustee*

Zvi Guttman, Esquire
THE LAW OFFICES OF ZVI GUTTMAN, P.A.
600 Reisterstown Rd, Suite 308
Pikesville, MD 21208
*General Bankruptcy Counsel for Chapter 7 Trustee*

OFFICE OF THE U.S. TRUSTEE
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

**- END OF ORDER-**

3