United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 25-10308-DER

Diamond Comic Distributors, Inc.                                                Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                    User: admin                             Page 1 of 4

Date Rcvd: Apr 29, 2026                 Form ID: pdfparty                        Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

**Recip ID                      Recipient Name and Address**

+   Morgan W. Fisher, Chapter 7 Trustee, LAW OFFICES OF MORGAN FISHER LLC, 18 West St, Annapolis, MD 21401-2421

+   Richard M. Goldberg, Esquire, Daniel J. Zeller, Esquire, SHAPIRO SHER GUINOT & SANDLER, 250 W. Pratt Street, Suite 2000, Baltimore, MD 21201-6814

+   Robert Patrick, SC&H GROUP, INC., 226 Schilling Circle, Suite 300, Hunt Valley, MD 21031-8645

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Apr 29 2026 19:28:00 | OFFICE OF THE UNITED STATES TRUSTEE, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

**Name                           Email Address**

Adam H Isenberg
                                adam.isenberg@saul.com

Anthony Jankoski
                                anthony.jankoski@faegredrinker.com

Ashley N Fellona

District/off: 0416-1
Date Rcvd: Apr 29, 2026

User: admin
Form ID: pdfparty

Page 2 of 4
Total Noticed: 4

ashley.fellona@saul.com  janice.mast@saul.com

Brent C. Strickland

bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com

Bruce S. Nathan

bnathan@lowenstein.com

C. Kevin Kobbe

kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin

chopkin@yvslaw.com
pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel

cfrankel@lowenstein.com

Christopher J. Giaimo

christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik

cpalik@mhlawyers.com
cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum

jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq

dsbushnaq@venable.com

David Sommer

dsommer@gallagherllp.com  ceyler@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David W.T. Daniels

ddaniels@perkinscoie.com
docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer

dshaffer@tydings.com  scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew

ellen.dew@us.dlapiper.com

Emily Devan

edevan@milesstockbridge.com

Eric George Korphage

korphagee@whiteandwilliams.com

G. David Dean

ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz

gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio

gfinizio@lowenstein.com

Harry Conrad Jones

HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein

hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma

indira.sharma@troutman.com
katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving

james.irving@dentons.com

Jan Berlage

JBerlage@GHSLLP.com  tcollins@ghsllp.com

Janet M. Nesse

jnesse@mhlawyers.com
jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com

Jeffrey C. Hampton

jeffrey.hampton@saul.com

Jeremy S. Friedberg

jeremy@friedberg.legal  ecf@friedberg.legal

Jodie E. Bekman

jbekman@gfrlaw.com  dferguson@gfrlaw.com

Jonathan A. Grasso

jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose

jonathan.rose@us.dlapiper.com

Jordan Rosenfeld

jordan.rosenfeld@saul.com

Joshua Glikin

jglikin@shulmanrogers.com  abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee

jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano

jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
@notify.bestcase.com

Katherine Elizabeth Culbertson

katherine.culbertson@troutman.com

Laura Skowronski Bouyea

lsbouyea@venable.com  dmdierdorff@venable.com

Lawrence A. Katz

lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti

mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers

desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood

mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers

summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ba
llardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea

mpapandrea@lowenstein.com

Morgan W. Fisher

trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi

nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer

nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper

paige.topper@saul.com

Peter J Artese

peter.artese@us.dlapiper.com

Randy Moonan

rmoonan@sillscummis.com

Richard L. Costella

rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

Richard Marc Goldberg

rmg@shapirosher.com  ejd@shapirosher.com

S. Jason Teele

steele@sillscummis.com

Sam Alberts

sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

District/off: 0416-1                               User: admin                                Page 4 of 4
Date Rcvd: Apr 29, 2026                      Form ID: pdfparty                          Total Noticed: 4

Stephen B. Gerald
                                    sgerald@tydings.com

Steven Gregory Polard
                                    steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee
                                    mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar
                                    thomas.bredar@wilmerhale.com
                                    andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
                                    Toyja.Kelley@troutman.com

Turner Falk
                                    turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
                                    USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss
                                    william.moss@friedberg.legal

Zvi Guttman
                                    zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 63

Entered: April 29th, 2026
Signed: April 29th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re:                                               *

                                                     **Case No. 25-10308-DER**
**Diamond Comic Distributors, Inc.,** *et. al,*   *   **(Jointly Administered)**

     **Debtors.**[1]                              *        **Chapter 7**

*     *     *     *     *     *     *     *     *     *     *     *     *

**ORDER GRANTING**
**TRUSTEE'S APPLICATION TO EMPLOY SC&H GROUP, INC.**
**AS FINANCIAL ADVISOR AND LITIGATION SUPPORT CONSULTANT FOR THE**
**CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. §§ 327 AND 328**

Upon consideration of the Chapter 7 Trustee's Application to Employ SC&H Group, Inc. ("SC&H"), as Financial Advisor and Litigation Support Consultant for the Chapter 7 Trustee (the "Application")[2], the Court finding pursuant to Bankruptcy Rule 2014 that SC&H does not hold or represent any interest adverse to the Trustee, the above-referenced Debtors or their estates in the matters upon which they are to be engaged; that SC&H is disinterested as that term is defined in 11 U.S.C. § 101(14); that except as set forth in the Verified Statement, SC&H has no connection to the Trustee, the Debtor, his creditors, or other parties-in-interest; and that their

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in Application.

employment is necessary and in the best interests of the bankruptcy estate, and no objections having been filed to the Application, the Court having conducted a hearing on the Application on April 27, 2026, and at said hearing the Trustee having presented evidence, as well as argument, and at the conclusion of the hearing the Court having concluded on the record that the Application should be granted, it is, by the United States Bankruptcy Court for the District of Maryland, hereby, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Application is approved; and it is further

**ORDERED**, that pursuant to §§ 327 and 328 of the Bankruptcy Code, Morgan W. Fisher, Chapter 7 Trustee, is authorized to employ SC&H to provide services outlined in the Application and pursuant to the terms and subject to the compensation set forth in the Engagement Agreement (as defined in the Application and attached thereto as Exhibit B); and it is further

**ORDERED**, SC&H shall be compensated in accordance with 11 U.S.C. § 328(a) and such other procedures as may be fixed by order of this Court.

cc:    Richard M. Goldberg, Esquire
Daniel J. Zeller, Esquire
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, MD 21201
*Proposed Lead General Bankruptcy for Chapter 7 Trustee*

Morgan W. Fisher, Chapter 7 Trustee
LAW OFFICES OF MORGAN FISHER LLC
18 West St
Annapolis, MD 21401

Zvi Guttman, Esquire
THE LAW OFFICES OF ZVI GUTTMAN, P.A.
600 Reisterstown Rd, Suite 308
Pikesville, MD 21208
*General Bankruptcy Counsel for Chapter 7 Trustee*

2

Robert Patrick
SC&H GROUP, INC.
226 Schilling Circle, Suite 300
Hunt Valley, MD 21031
*Proposed Financial Advisor and Litigation Support Consultant for Chapter 7 Trustee*

OFFICE OF THE UNITED STATES TRUSTEE
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

**- END OF ORDER-**