### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., et al.,<br><br>Debtors. | Case No. 25-10308 (DER)<br>Chapter 7<br>(Jointly Administered) |
| SPARKLE POP, LLC,<br><br>Movant,<br><br>v.<br><br>MORGAN FISHER, TRUSTEE,<br><br>Respondent. | |

### MOTION FOR ENTRY OF
### STIPULATION EXTENDING TRUSTEE'S DEADLINE TO RESPOND TO
### MOTION FOR RELIEF FROM AUTOMATIC STAY

Morgan W. Fisher, the Chapter 7 Trustee (the "Trustee"), by and through undersigned counsel, moves for the entry of the attached Stipulation extending the Trustee's deadline to file a response to the Motion of Sparkle Pop, LLC for Relief from the Automatic Stay [Docket No. 1265] (the "Motion") to June 17, 2026.

/s/ Zvi Guttman
Zvi Guttman (Bar No. 06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500
Zvi@zviguttman.com

*Counsel to Morgan W. Fisher, Chapter 7 Trustee*