Entered: June 5th, 2026
Signed: June 4th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |
|---|---|
| In re: | ) |
| | ) |
| **DIAMOND COMIC DISTRIBUTORS, INC.,** | )    **Case No. 25-10308-DER** |
| | )    **Chapter 7** |
| **Debtor.** | ) |
| | ) |

### ORDER GRANTING RENEWED MOTION
### FOR ADMINISTRATIVE EXPENSE

Having read and considered the *Renewed Motion of Expeditors International of Washington, Inc. for Administrative Expense* (the "Application"), filed by Expeditors International of Washington, Inc. ("Expeditors"), notice thereof having been duly given and no objection thereto having been timely filed, and the following relief appearing proper under the circumstances, it is hereby:

**ORDERED**, that pursuant to 11 U.S.C. § 503(b), Expeditors is granted an allowed chapter 11 priority administrative expense claim in the amount of $266,855.15 without prejudice to its rights to seek further administrative claims; and it is further,

**ORDERED**, that any and all other relief sought in the Application is denied.

**END OF ORDER**

**Copies to all parties receiving notice via CM/ECF.**