Entered: June 29th, 2026
Signed: June 26th, 2026

**SO ORDERED**



**DAVID E. RICE**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### (Baltimore Division)

|  |  |  |
|---|---|---|
| In re: | : | Case No. 25-10308 (DER) |
|  | : | Chapter 7 |
| DIAMOND COMIC DISTRIBUTORS, | : | (Jointly Administered) |
| INC., *et al.*, | : |  |
|  | : |  |
| Debtors. | : |  |
|  | : |  |
| SPARKLE POP, LLC, | : |  |
|  | : |  |
| Movant, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| MORGAN FISHER, TRUSTEE, | : |  |
|  | : |  |
| Respondent. | : |  |

### ORDER DENYING MOTION OF SPARKLE POP, LLC FOR RELIEF FROM THE AUTOMATIC STAY WITHOUT PREJUDICE

Upon consideration of the Motion of Sparkle Pop, LLC for Relief from the Automatic Stay

(the "Motion") filed by Sparkle Pop, LLC ("Sparkle Pop") [D.I. 1265], the Limited Objection filed

by (i) Ablaze, LLC, (ii) American Mythology Productions LLC, (iii) Avatar Press, Inc., (iv)

15174155.1 64822/158771  6/25/26

2

Andrew Kafoury dba Battle Quest Comics, (v) Bryan Seaton dba Action Lab, (vi) Drawn & Quarterly Books Inc., (vii) Fantagraphics Books, Inc., (viii) Green Ronin Publishing LLC, (ix) Herman and Geer Communications, Inc., dba Hermes Press, (x) Living the Line LLC, (xi) Paizo, Inc., (xii) UDON Entertainment Inc., and (xiii) Zenescope Entertainment, Inc. (collectively, the "Ad Hoc Consignors") [D.I. 1277), the Objection by Objection on behalf of Aspen MLT, LLC /a/ka Aspen Comics, Black Mask Studios, LLC, DSTLRY Media, Inc., Dark Horse Comics, LLC, Dynamic Forces, Inc., Heavy Metal International, LLC, Magnetic Press, LLC, Massive Publishing, LLC, Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, Panini UK, Ltd., Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd., Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy (collectively, the "Consignment Group") [D.I. 1280], and for the reasons set forth at the hearing on June 22, 2026, it is, by the United States Bankruptcy Court for the District of Maryland (Baltimore Division) hereby:

ORDERED, that the Motion is DENIED WITHOUT PREJUDICE; and it is further

ORDERED, that Sparkle Pop shall not refile the Motion or seek similar relief for sixty (60) days from the date of entry of this Order.

**END OF ORDER**

15174155.1 64822/158771  6/25/26