UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND (BALTIMORE)

In re

DIAMOND COMIC DISTRIBUTORS
INC., *et al.*,

Debtors.

Case No.  25-10308 (DER)
Chapter 7
(Jointly Administered)

## NOTICE OF ADMINISTRATIVE EXPENSE TAX CLAIM

**PLEAE TAKE NOTICE** that the California Department of Tax and Fee Administration (CDTFA), a governmental unit, has filed an administrative expense tax claim.

**PLEASE TAKE NOTICE** that under the notice provisions of Local Rule 2002-1(a), the CDTFA does not propose any action because of the automatic allowance provision of the Bankruptcy Abuse Prevention and Consumer Protection Act (BAPCPA), 11 U.S.C. § 503(b)(1)(D).  Governmental units are not required to file a formal motion for payment.

**PLEASE TAKE NOTICE** that the CDTFA submits this administrative expense tax claim to protect the State of California's tax interests.

Any tax claim questions should be directed to the undersigned government counsel.

Dated: June 19, 2026

*/s/ Joan S. Huh*
Joan S. Huh
651 Bannon Street, Suite 100, MIC: 82
Sacramento, CA 95811
Tel: (916) 616-7978
E-mail: joan.huh@cdtfa.ca.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing *Notice of Administrative Expense Tax Claim* on the parties listed below in the manner indicated.

Dated: June 19, 2026

_/s/ Dahlia Cohan_
Dahlia Cohan
*California Department of*
*Tax and Fee Administration*
651 Bannon Street, Suite 100, MIC: 29
Sacramento, CA 95811

**Via First Class Mail**

*Counsel for Debtor*
Jordan Rosenfeld
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore MD 21202

*Case Administrator III/Financial Specialist for the U.S. Bankruptcy Court*
Shannon McKenna
6500 Cherrywood Lane
Suite 300
Greenbelt MD 20770

2

NOTICE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND (BALTIMORE)

In re

DIAMOND COMIC DISTRIBUTORS
INC., *et al.*,

Debtors.

Case No.  25-10308 (DER)
Chapter 7
(Jointly Administered)

## ADDENDUM TO ADMINISTRATIVE EXPENSE TAX CLAIM

The California Department of Tax and Fee Administration ("CDTFA"), a governmental unit, submits this Addendum in support of its foregoing administrative expense tax claim, as well as its original administrative expense tax claim dated March 4, 2026 [Docket No. 1190].

As a governmental unit, the CDTFA is exempted from filing a written request for a hearing on payment of an administrative expense tax claim pursuant to 11 U.S.C. § 503(b)(1)(D).

Out of an abundance of caution, and pursuant to the California Revenue and Taxation Code and *California State Board of Equalization v. Sierra Summit, Inc.*, 490 U.S. 844 (1989), the CDTFA submits its administrative expense tax claim for sales tax indebtedness resulting from any and all ordinary course and/or post-petition sales by the debtor Diamond Comic Distributors, Inc., dba Alliance  Games Distributors, which is a California-registered retail business, California retail permit number no. **030-686164**.

The CDTFA reserves the right to further amend, revise, or supplement this administrative expense tax claim as new tax-reporting facts may be developed.

1

Addendum

CDTFA-1124 (FRONT) REV. 1 (3-21)
**REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

STATE OF CALIFORNIA
CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION

For Taxes Incurred During Bankruptcy Proceedings
Pursuant to 11 U.S.C. §503

☐ **AMENDS PREVIOUSLY FILED REQUEST**   **DATED**

| IN THE MATTER OF: | BANKRUPTCY CASE NUMBER: |
|---|---|
| Diamond Comic Distributors, Inc. | 25-10308 |

CDTFA ACCOUNT NUMBER(S)

030-686164

1. The undersigned is an authorized representative of the California Department of Tax and Fee Administration (CDTFA) and is authorized to make this claim on behalf of the CDTFA.

2. This debt is for **taxes** due under the Revenue and Taxation Code of the State of California.

3. All credits on this debt have been applied prior to making this request for payment.

| Tax Period | Tax Due | Interest | Penalty | Total |
|---|---|---|---|---|
| *4/1/25   - 5/16/25 | $ 259,724.53 | | | $ 259,724.53 |

**TOTAL ADMINSTRATIVE EXPENSE AMOUNT DUE** — $ 259,724.53

*Contingent upon the calculation and assessment of sales tax on the sale of California fixtures and equipment (F&E), in connection with any Court-approved asset sale, and subject to any allowed state exclusions or exemptions.

4. Interest accrues monthly at the rate established in the Revenue and Taxation Code of the State of California. If the amount due is not paid during the month listed on this claim, please contact the CDTFA's Bankruptcy Team in the Collections Support Bureau for the current amount due at the time of payment.

5. **Make payment to the California Department of Tax and Fee Administration, and mail to the address shown with a copy of this request. Include the debtor's CDTFA account number(s) on the payment for proper identification.**

6. I declare under penalty of perjury that the information provided in this request is true and correct to the best of my knowledge, information, and reasonable belief.

By:   Radhika Aggarwal

Authorized Representative for Creditor
**CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION**
Collections Support Bureau, MIC:29
PO Box 942879
Sacramento, CA 94279-0029

Date:  2/25/2026

Telephone: 1-916-309-5650

Fax: 1-916-327-0615

Claim addressed to:

UNITED STATES BANKRUPTCY COURT
Maryland Bankruptcy Court Baltimore
101 West Lombard St Suite 8530
Baltimore, MD 21201