United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 25-10308-DER

Diamond Comic Distributors, Inc.                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: raly@getzlerhenrich.com | Jun 29 2026 19:48:00 | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam H Isenberg | adam.isenberg@saul.com |
| Anthony Jankoski | anthony.jankoski@faegredrinker.com |
| Ashley N Fellona | ashley.fellona@saul.com  janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Bruce S. Nathan | bnathan@lowenstein.com |

District/off: 0416-1                    User: admin                         Page 2 of 4
Date Rcvd: Jun 29, 2026                 Form ID: pdfparty                    Total Noticed: 1

C. Kevin Kobbe
                    kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com

Catherine Keller Hopkin
                    chopkin@yvslaw.com
                    pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com

Chelsea R Frankel
                    cfrankel@lowenstein.com

Christopher J. Giaimo
                    christopher.giaimo@squirepb.com  christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Craig Palik
                    cpalik@mhlawyers.com
                    cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel Jack Blum
                    jack.blum@polsinelli.com  lsuprum@polsinelli.com,delawaredocketing@polsinelli.com

Darek Bushnaq
                    dsbushnaq@venable.com

David Sommer
                    dsommer@gallagherllp.com  ceyler@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com

David J. Shuster
                    dshuster@kg-law.com  ssohn@kg-law.com

David W.T. Daniels
                    ddaniels@perkinscoie.com
                    docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com

Dennis J. Shaffer
                    dshaffer@tydings.com  scalloway@tydings.com,MYoung@tydings.com

Ellen E. Dew
                    ellen.dew@us.dlapiper.com

Emily Devan
                    edevan@milesstockbridge.com

Eric George Korphage
                    korphagee@whiteandwilliams.com

G. David Dean
                    ddean@coleschotz.com  PRatkowiak@coleschotz.com

Gary H. Leibowitz
                    gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com

Gianfranco Finizio
                    gfinizio@lowenstein.com

Harry Conrad Jones
                    HJones@coleschotz.com  bankruptcy@coleschotz.com,pratkowiak@coleschotz.com

Hugh M. (UST) Bernstein
                    hugh.m.bernstein@usdoj.gov

Indira Kavita Sharma
                    indira.sharma@troutman.com
                    katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com

James R. Irving
                    james.irving@dentons.com

Jan Berlage
                    JBerlage@GHSLLP.com  tcollins@ghsllp.com

Janet M. Nesse
                    jnesse@mhlawyers.com
                    jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com

Jean Evelyn Lewis
                    jlewis@kg-law.com  swisthoff@kg-law.com

Jeffrey C. Hampton
                    jeffrey.hampton@saul.com

District/off: 0416-1

Date Rcvd: Jun 29, 2026

User: admin

Form ID: pdfparty

Page 3 of 4

Total Noticed: 1

Jeremy S. Friedberg
jeremy@friedberg.legal  ecf@friedberg.legal

Jodie E. Bekman
jbekman@gfrlaw.com  dferguson@gfrlaw.com

Jonathan A. Grasso
jgrasso@yvslaw.com  pgomez@yvslaw.com,r39990@notify.bestcase.com

Jonathan Gary Rose
jonathan.rose@us.dlapiper.com

Jordan Rosenfeld
jordan.rosenfeld@saul.com

Joshua Glikin
jglikin@shulmanrogers.com  abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com

Jung Yong Lee
jlee@milesstockbridge.com  mhickman@tydings.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003
@notify.bestcase.com

Katherine Elizabeth Culbertson
katherine.culbertson@troutman.com

Laura Skowronski Bouyea
lsbouyea@venable.com  dmdierdorff@venable.com

Lawrence A. Katz
lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Mark Minuti
mark.minuti@saul.com  robyn.warren@saul.com

Mark L Desgrosseilliers
desgross@chipmanbrown.com  fusco@chipmanbrown.com

Matthew G. Brushwood
mbrushwood@barley.com  dkline@barley.com

Matthew G. Summers
summersm@ballardspahr.com
branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ba
llardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com

Michael Papandrea
mpapandrea@lowenstein.com

Morgan W. Fisher
trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com

Nicholas Smargiassi
nicholas.smargiassi@saul.com

Nikolaus F. Schandlbauer
nick.schandlbauer@arlaw.com  lianna.sarasola@arlaw.com

Paige Noelle Topper
paige.topper@saul.com

Peter J Artese
peter.artese@us.dlapiper.com

Randy Moonan
rmoonan@sillscummis.com

Richard L. Costella
rcostella@tydings.com  myoung@tydings.com,pcoolbaugh@tydings.com

Richard Marc Goldberg
rmg@shapirosher.com  ejd@shapirosher.com

S. Jason Teele
steele@sillscummis.com

Sam Alberts
sam.alberts@dentons.com  docket.general.lit.wdc@dentons.com

Stephen B. Gerald

District/off: 0416-1                    User: admin                                    Page 4 of 4
Date Rcvd: Jun 29, 2026                 Form ID: pdfparty                               Total Noticed: 1

sgerald@tydings.com

Steven Gregory Polard
                     steven.polard@ropers.com  loriann.zullo@ropers.com,calendar-LAO@ropers.com

Thomas J. McKee
                     mckeet@gtlaw.com  Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com

Thomas K. Bredar
                     thomas.bredar@wilmerhale.com
                     andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com

Toyja E. Kelley
                     Toyja.Kelley@troutman.com

Turner Falk
                     turner.falk@saul.com  tnfalk@recap.email,Veronica.Marchiondo@saul.com

US Trustee - Baltimore
                     USTPRegion04.BA.ECF@USDOJ.GOV

William Fuller Moss
                     william.moss@friedberg.legal

Zvi Guttman
                     zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com


TOTAL: 65

Entered: June 29th, 2026
Signed: June 26th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| _____ : | |
| In re: : | Case No. 25-10308 (DER) |
| : | Chapter 7 |
| DIAMOND COMIC DISTRIBUTORS, : | (Jointly Administered) |
| INC., *et al.*, : | |
| : | |
|     Debtors. : | |
| _____ : | |
| : | |
| SPARKLE POP, LLC, : | |
| : | |
|     Movant, : | |
| : | |
| v. : | |
| : | |
| MORGAN FISHER, TRUSTEE, : | |
| : | |
|     Respondent. : | |
| _____ | |

**ORDER DENYING MOTION OF SPARKLE POP, LLC FOR RELIEF FROM THE
AUTOMATIC STAY WITHOUT PREJUDICE**

Upon consideration of the Motion of Sparkle Pop, LLC for Relief from the Automatic Stay

(the "Motion") filed by Sparkle Pop, LLC ("Sparkle Pop") [D.I. 1265], the Limited Objection filed

by (i) Ablaze, LLC, (ii) American Mythology Productions LLC, (iii) Avatar Press, Inc., (iv)

15174155.1 64822/158771 6/25/26

Andrew Kafoury dba Battle Quest Comics, (v) Bryan Seaton dba Action Lab, (vi) Drawn & Quarterly Books Inc., (vii) Fantagraphics Books, Inc., (viii) Green Ronin Publishing LLC, (ix) Herman and Geer Communications, Inc., dba Hermes Press, (x) Living the Line LLC, (xi) Paizo, Inc., (xii) UDON Entertainment Inc., and (xiii) Zenescope Entertainment, Inc. (collectively, the "Ad Hoc Consignors") [D.I. 1277), the Objection by Objection on behalf of Aspen MLT, LLC /a/ka Aspen Comics, Black Mask Studios, LLC, DSTLRY Media, Inc., Dark Horse Comics, LLC, Dynamic Forces, Inc., Heavy Metal International, LLC, Magnetic Press, LLC, Massive Publishing, LLC, Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, Panini UK, Ltd., Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd., Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy (collectively, the "Consignment Group") [D.I. 1280], and for the reasons set forth at the hearing on June 22, 2026, it is, by the United States Bankruptcy Court for the District of Maryland (Baltimore Division) hereby:

ORDERED, that the Motion is DENIED WITHOUT PREJUDICE; and it is further

ORDERED, that Sparkle Pop shall not refile the Motion or seek similar relief for sixty (60) days from the date of entry of this Order.

**END OF ORDER**

15174155.1  64822/158771  6/25/26