# N THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al*., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF WITHDRAWAL

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Anthony F. Jankoski, of the law firm of Faegre Drinker Biddle & Reath LLP, hereby respectfully requests to withdraw his appearance as counsel in this matter on behalf of Defendant United Parcel Service, Inc.  The undersigned has accepted employment elsewhere.  Defendant will continue to be represented by its counsel of record at Faegre Drinker Biddle & Reath LLP.

Dated: July 14, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski (Bar No. 30570)
Brian A. Coleman (Bar No. 15310)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel:  (202) 230-5000
Fax:  (202) 842-8465

*Counsel for United Parcel Service, Inc.*

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of July, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Notice of Withdrawal* will be served electronically by the Court's CM/ECF system on the following:

- **Sam Alberts:**      sam.alberts@dentons.com
  docket.general.lit.wdc@dentons.com

- **Peter J. Artese:**      peter.artese@us.dlapiper.com

- **Jodie E. Bekman:**      jbekman@gfrlaw.com
  dferguson@gfrlaw.com

- **Jan Berlage:**      JBerlage@ghsllp.com
  tcollins@ghsllp.com

- **Hugh M. Bernstein:**      hugh.m.bernstein@usdoj.gov

- **Daniel Jack Blum:**      jack.blum@polsinelli.com
  lsuprum@polsinelli.com
  delawaredocketing@polsinelli.com

- **Laura Skowronski Bouyea:**      lsbouyea@venable.com
  dmdierdorff@venable.com

- **Thomas K. Bredar:**      thomas.bredar@wilmerhale.com
  andrew.goldman@wilmerhale.com
  benjamin.loveland@wilmerhale.com
  yolande.thompson@wilmerhale.com

- **Matthew G. Brushwood:**      mbrushwood@barley.com
  dkline@barley.com

- **Darek Bushnaq:**      dsbushnaq@venable.com

- **Richard L. Costella:**      rcostella@tydings.com
  myoung@tydings.com
  pcoolbaugh@tydings.com

- **Katherine Elizabeth Culbertson:**      katherine.culbertson@troutman.com

- **David W.T. Daniels:**

  ddaniels@perkinscoie.com
  docketnyc@perkinscoie.com
  nvargas@perkinscoie.com
  KMcClure@perkinscoie.com
  rleibowitz@perkinscoie.com

- **G. David Dean:**

  ddean@coleschotz.com
  PRatkowiak@coleschotz.com

- **Mark L. Desgrosseilliers:**

  desgross@chipmanbrown.com
  fusco@chipmanbrown.com

- **Emily Devan:**

  edevan@milesstockbridge.com

- **Ellen E. Dew:**

  ellen.dew@us.dlapiper.com

- **Turner Falk:**

  turner.falk@saul.com
  tnfalk@recap.email
  Veronica.Marchiondo@saul.com

- **Justin Philip Fasano:**

  jfasano@mhlawyers.com
  jfasano@ecf.courtdrive.com
  tmackey@mhlawyers.com
  mevans@mhlawyers.com
  cmartin@mhlawyers.com
  Fasano.JustinR92003@notify.bestcase.com

- **Ashley N. Fellona:**

  ashley.fellona@saul.com
  janice.mast@saul.com

- **Gianfranco Finizio:**

  gfinizio@lowenstein.com

- **Morgan W. Fisher:**

  trustee@morganfisherlaw.com
  MD65@ecfcbis.com
  fisher@premierremote.com

- **Chelsea R. Frankel:**

  cfrankel@lowenstein.com

- **Jeremy S. Friedberg:**

  jeremy@friedberg.legal
  ecf@friedberg.legal

- **Stephen B. Gerald:**

  sgerald@tydings.com

- **Christopher J. Giaimo:**   christopher.giaimo@squirepb.com
  christopher.giaimo@squirepb.com
  christopher-j-giaimo-6409@ecf.pacerpro.com

- **Joshua Glikin:**   JGlikin@shulmanrogers.com
  abogert@shulmanrogers.com
  mdicarlo@shulmanrogers.com

- **Jonathan A. Grasso:**   jgrasso@yvslaw.com
  pgomez@yvslaw.com
  r39990@notify.bestcase.com

- **Zvi Guttman:**   zvi@zviguttman.com
  zviguttman@gmail.com
  zviguttman@outlook.com
  MD55@ecfcbis.com

- **Jeffrey C. Hampton:**   jeffrey.hampton@saul.com

- **Catherine Keller Hopkin:**   chopkin@yvslaw.com
  pgomez@yvslaw.com
  kreese@yvslaw.com
  vmichaelides@yvslaw.com
  yvslawcmecf@gmail.com
  hopkincr39990@notify.bestcase.com

- **James R. Irving:**   james.irving@dentons.com

- **Adam H. Isenberg:**   adam.isenberg@saul.com

- **Harry Conrad Jones**:   HJones@coleschotz.com
  bankruptcy@coleschotz.com
  pratkowiak@coleschotz.com

- **Lawrence A. Katz:**   lkatz@hirschlerlaw.com,
  chall@hirschlerlaw.com
  aklena@hirschlerlaw.com

- **Toyja E. Kelley:**   Toyja.Kelley@troutman.com

- **C. Kevin Kobbe:**   kevin.kobbe@us.dlapiper.com
  docketing-baltimore-0421@ecf.pacerpro.com

- **Eric George Korphage:**   korphagee@whiteandwilliams.com

- **Jung Yong Lee:**  jlee@milesstockbridge.com
  mhickman@tydings.com

- **Gary H. Leibowitz:**  gleibowitz@coleschotz.com,
  pratkowiak@coleschotz.com
  bankruptcy@coleschotz.com
  lmorton@coleschotz.com

- **Thomas J. McKee:**  mckeet@gtlaw.com
  Karrie.Barbaro@gtlaw.com
  thomas--mckee-0902@ecf.pacerpro.com

- **Mark Minuti:**  mark.minuti@saul.com
  robyn.warren@saul.com

- **Randy Moonan:**  rmoonan@sillscummis.com

- **William Fuller Moss:**  william.moss@friedberg.legal

- **Bruce S. Nathan:**  bnathan@lowenstein.com

- **Janet M. Nesse:**  jnesse@mhlawyers.com
  jfasano@mhlawyers.com
  cpalik@mhlawyers.com
  jnesse@ecf.inforuptcy.com
  tmackey@mhlawyers.com
  cmartin@mhlawyers.com
  kfeig@mhlawyers.com

- **Craig Palik:**  cpalik@mhlawyers.com
  cpalik@ecf.inforuptcy.com
  Palik.CraigR92003@notify.bestcase.com
  mevans@mhlawyers.com
  cmartin@mhlawyers.com

- **Michael Papandrea:**  mpapandrea@lowenstein.com

- **Steven Gregory Polard:**  steven.polard@ropers.com
  loriann.zullo@ropers.com
  calendar-LAO@ropers.com

- **Jonathan Gary Rose:**  jonathan.rose@us.dlapiper.com

- **Jordan Rosenfeld:**  jordan.rosenfeld@saul.com

- **Nikolaus F. Schandlbauer:**  nick.schandlbauer@arlaw.com

lianna.sarasola@arlaw.com

- **Dennis J. Shaffer:**
  dshaffer@tydings.com
  scalloway@tydings.com
  MYoung@tydings.com

- **Indira Kavita Sharma**:
  indira.sharma@troutman.com
  katherine.culbertson@troutman.com
  jonathan.young@troutman.com
  david.ruediger@troutman.com
  errol.chapman@troutman.com
  toyja.kelley@troutman.com

- **Nicholas Smargiassi:**
  nicholas.smargiassi@saul.com

- **David Sommer:**
  dsommer@gallagherllp.com
  ceyler@gejlaw.com
  gomara@gejlaw.com
  csalce@gejlaw.com
  mkobylski@gejlaw.com

- **Brent C. Strickland:**
  bstrickland@whitefordlaw.com
  mbaum@whitefordlaw.com
  brent-strickland-3227@ecf.pacerpro.com

- **Matthew G. Summers:**
  summersm@ballardspahr.com
  branchd@ballardspahr.com
  heilmanl@ballardspahr.com
  ambroses@ballardspahr.com
  zarnighiann@ballardspahr.com
  carolod@ballardspahr.com
  cromartie@ballardspahr.com
  stammerk@ballardspahr.com
  brannickn@ballardspahr.com

- **S. Jason Teele:**
  steele@sillscummis.com

- **Paige Noelle Topper:**
  paige.topper@saul.com

- **US Trustee – Baltimore:**
  USTPRegion04.BA.ECF@USDOJ.GOV

*/s/ Anthony F. Jankoski*
Anthony Jankoski