**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered) |

**NOTICE OF JOINT MOTION TO APPROVE SETTLEMENT**
**PURSUANT TO FED. R. BANKR. P. 9019(a)**
**(TRUSTEE AND AD HOC CONSIGNMENT GROUP)**

**TO CREDITORS AND PARTIES IN INTEREST**:

The consignors identified on Schedule 1 to **Exhibit A** attached to the Motion (collectively, the "Consignment Group Members") and Morgan W. Fisher,, Chapter 7 Trustee for Diamond Comic Distributors, Inc., Diamond Select Toys & Collectibles, LLC, Comic Holdings, Inc., and Comic Exporters, Inc., by and through their undersigned counsel, have filed a Joint Motion to Approve Settlement Pursuant to Fed. R. Bankr. P. 9019(a) (the "Motion"). A copy of this Motion can be requested by contacting the undersigned counsel.

NOTICE IS FURTHER GIVEN that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one. Notice is further given that objections, if any, to the Motion must be filed within twenty-one (21) days from the date of this Notice with the office of the Clerk, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201. A copy of any objection must be served on the undersigned and upon the Office of the United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201. If objections are filed, they must contain a complete specification of the factual and legal grounds upon which they are based. If no objections are timely filed, the Court may act upon the Motion without conducting a hearing and approve the proposed Order without further notice. If an objection is filed or if the Court determines a hearing is appropriate, the Court may hold a hearing in its discretion. Parties desiring further information may contact the undersigned counsel.

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

Dated: August 5, 2026

Respectfully submitted,

*/s/ Richard M. Goldberg*
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
        djz@shapirosher.com

**General Bankruptcy Counsel to Morgan W.
Fisher, Chapter 7 Trustee**