**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

**CONSENT ORDER GRANTING JOINT MOTION TO APPROVE
SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019(a)
(TRUSTEE AND AD HOC CONSIGNMENT GROUP)**

UPON CONSIDERATION of the Joint Motion to Approve Settlement Pursuant to Federal
Rule of Bankruptcy Procedure 9019(a) (the "Motion"), filed by the consignors identified on
Schedule 1 to **Exhibit A** to the Motion (collectively, the "Consignment Group Members") other
than Dynamic Forces, Inc., who separately filed a Line in support of the Motion, and Morgan
Fisher,, Chapter 7 Trustee (the "Trustee," together with the Consignment Group Members,
collectively the "Settling Parties") of the Debtors[2] in the above-captioned cases; and any responses
thereto, any hearing held thereon;

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax
identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic
Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing
address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement.

AND THE COURT FINDING THAT:

A.      Proper notice of the Motion was provided to all creditors and parties in interest entitled to notice and that no further notice of the Motion or the Settlement is required.

B.      As evidenced by the certificates of service filed with this Court: (i) proper, timely, adequate, and sufficient notice of the Motion has been given in accordance with §§ 102(1) of the Bankruptcy Code, Bankruptcy Rules 2002, 9019, and 9014, and Local Rules 2002-1 and 9019-1, to creditors and parties in interest; (ii) such notice constitutes good and sufficient notice of the Motion and the Settlement, and was good, sufficient, and appropriate notice under the circumstances; and (iii) no other or further notice of the Motion or the Settlement is or shall be required.

C.      It has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G), and that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

D.      The Trustee has: (i) properly and appropriately exercised his sound business judgment in determining that the Settlement and the actions to be taken thereunder are in the best interest of the Estates, creditors, and other parties in interest; and (ii) demonstrated good and sufficient business justification for the Settlement and the actions to be taken thereunder.

E.      The Court has made such necessary and appropriate finding findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, as made applicable to this contested matter pursuant to Bankruptcy Rule 9014. To the extent any of the foregoing findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the foregoing conclusions of law constitute findings of fact, they are adopted as such.

F.      And for good cause shown.

2

NOW, THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and the same is hereby, GRANTED and all objections and responses to the Motion or the relief requested therein that have not been withdrawn, waived, settled, or resolved as stated on the record or herein are hereby overruled and denied on the merits; and it is further

**ORDERED**, that the Settlement (as defined in, and attached as **Exhibit A** to the Motion) is approved in its entirety. Thus, the failure to specifically include or refer to any particular provision of the Settlement in this Order shall not diminish or impair the effectiveness of such provision; provided, however, that to the extent any provision of this Order is inconsistent with the terms of the Settlement, the terms of this Order shall control; and it is further

**ORDERED**, that the Settlement and any related agreement, document or other instrument may be modified, amended, or supplemented by the Settling Parties thereto in accordance with the terms thereof, without further order of this Court; provided that any such modification, amendment, or supplement is not material, is consistent with this Order, and has the approval of the Settling Parties; and it is further

**ORDERED,** that the Settling Parties are authorized to take all actions necessary or appropriate to effectuate the terms of the Settlement and that they shall be, and hereby are, authorized to fully perform under, consummate, and implement the terms of the Settlement, including the filing of further pleadings and the execution and delivery of all instruments and documents that may be reasonably necessary, required or desirable to implement and effectuate the Settlement and the transactions contemplated therein; and it is further

**ORDERED**, that the releases set forth in the Settlement with regard to Boom Entertainment, LLC ("Boom"), shall be only as against Boom and not any affiliates; and likewise

3

the releases of Boom by the Trustee and the Debtors' estates are only as against Boom and not any affiliates; and it is further

ORDERED, that any party that is engaged to destroy any of the Consignment Inventory with regard to the Settlement terms shall, promptly after destruction, provide a certificate of destruction to the respective Consignment Group Member to evidence the destruction of the respective property, which certificate shall be in accordance with industry standards; and it is further

ORDERED, that, this Order and the Settlement shall be binding in all respects upon the Settling Parties, the Debtors, all creditors of the Debtors and all interested parties affected hereby, and upon the successors and assigns of any of the foregoing; and it is further

ORDERED, that this Court shall retain sole and exclusive jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

AGREED AND CONSENTED TO:

/s/Catherine Keller Hopkin
Catherine Keller Hopkin, Fed. Bar No: 28257
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
Phone No.: (443) 569-0788
Email: chopkin@yvslaw.com

**Counsel to Ad Hoc Committee and Boom Entertainment, LLC**

/s/Zvi Guttman
Zvi Guttman, Fed. Bar No. 06902
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500
Zvi@zviguttman.com

**Counsel to Morgan W. Fisher, Chapter 7 Trustee**

4

/s/ Richard M. Goldberg
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
        djz@shapirosher.com

**General Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee**

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/Richard M. Goldberg
Richard M. Goldberg

cc:     Catherine Keller Hopkin, Esquire
        Zvi Guttman, Esquire
        Richard M. Goldberg, Esquire
        Daniel J. Zeller, Esquire
        Attached CM/ECF Service List

**END OF ORDER**

### CM/ECF Service List

**Corinne Donohue Adams**   cadams@yvslaw.com,
cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;r39990
@notify.bestcase.com
**Sam Alberts**   sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
**Peter J Artese**   peter.artese@us.dlapiper.com
**Jodie E. Bekman**   jbekman@gfrlaw.com, dferguson@gfrlaw.com
**Jan Berlage**   JBerlage@GHSLLP.com, tcollins@ghsllp.com
**Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
**Daniel Jack Blum**   jack.blum@polsinelli.com,
lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
**Laura Skowronski Bouyea**   lsbouyea@venable.com, dmdierdorff@venable.com
**Thomas K. Bredar**   thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.
com
**Matthew G. Brushwood**   mbrushwood@barley.com, dkline@barley.com
**Darek Bushnaq**   dsbushnaq@venable.com
**Brian A. Coleman**   brian.coleman@faegredrinker.com
**Richard L. Costella**   rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
**Katherine Elizabeth Culbertson**   katherine.culbertson@troutman.com
**David W.T. Daniels**   david.daniels@ashurstperkins.com,
docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkin
scoie.com
**G. David Dean**   ddean@coleschotz.com, PRatkowiak@coleschotz.com
**Mark L Desgrosseilliers**   desgross@chipmanbrown.com, fusco@chipmanbrown.com
**Emily Devan**   edevan@milesstockbridge.com
**Ellen E. Dew**   ellen.dew@us.dlapiper.com
**Turner Falk**   turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
**Justin Philip Fasano**   jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.c
om;Fasano.JustinR92003@notify.bestcase.com
**Ashley N Fellona**   ashley.fellona@saul.com, janice.mast@saul.com
**Gianfranco Finizio**   gfinizio@lowenstein.com
**Morgan W. Fisher**   trustee@morganfisherlaw.com, MD65@ecfcbis.com;fisher@premierremote.com
**Chelsea R Frankel**   cfrankel@lowenstein.com
**Jeremy S. Friedberg**   jeremy@friedberg.legal, ecf@friedberg.legal
**Stephen B. Gerald**   sgerald@tydings.com
**Christopher J. Giaimo**   christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
**Joshua Glikin**   jglikin@shulmanrogers.com,
abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com
**Richard Marc Goldberg**   rmg@shapirosher.com, ejd@shapirosher.com
**Jonathan A. Grasso**   jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
**Zvi Guttman**   zvi@zviguttman.com,
zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
**Jeffrey C. Hampton**   jeffrey.hampton@saul.com
**Catherine Keller Hopkin**   chopkin@yvslaw.com,
pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkin
cr39990@notify.bestcase.com
**James R. Irving**   james.irving@dentons.com
**Adam H Isenberg**   adam.isenberg@saul.com

**Anthony Jankoski**   ajankoski@whitefordlaw.com
**Harry Conrad Jones**   HJones@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
**Lawrence A. Katz**   lkatz@hirschlerlaw.com, ydover@hirschlerlaw.com;aklena@hirschlerlaw.com
**Toyja E. Kelley**   Toyja.Kelley@troutman.com
**C. Kevin Kobbe**   kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
**Eric George Korphage**   korphagee@whiteandwilliams.com
**Jung Yong Lee**   jlee@milesstockbridge.com, mhickman@tydings.com
**Gary H. Leibowitz**   gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
**Jean Evelyn Lewis**   jlewis@kg-law.com, swisthoff@kg-law.com
**Thomas J. McKee**   mckeet@gtlaw.com, [Karrie.Barbaro@gtlaw.com,thomas](Karrie.Barbaro@gtlaw.com,thomas) mckee-
0902@ecf.pacerpro.com
**Mark Minuti**   mark.minuti@saul.com, robyn.warren@saul.com
**Randy Moonan**   rmoonan@sillscummis.com
**William Fuller Moss**   william.moss@friedberg.legal
**Bruce S. Nathan**   bnathan@lowenstein.com
**Janet M. Nesse**   jnesse@mhlawyers.com,
jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com
;cmartin@mhlawyers.com;kfeig@mhlawyers.com;BKrell@mhlawyers.com
**Craig Palik**   cpalik@mhlawyers.com,
cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@
mhlawyers.com
**Michael Papandrea**   mpapandrea@lowenstein.com
**Steven Gregory Polard**   steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-
LAO@ropers.com
**Jonathan Gary Rose**   jonathan.rose@us.dlapiper.com
**Jordan Rosenfeld**   jordan.rosenfeld@saul.com
**Nikolaus F. Schandlbauer**   nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
**Dennis J. Shaffer**   dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
**Indira Kavita Sharma**   indira.sharma@troutman.com,
katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol
.chapman@troutman.com;toyja.kelley@troutman.com
**David J. Shuster**   dshuster@kg-law.com, ssohn@kg-law.com
**Nicholas Smargiassi**   nicholas.smargiassi@saul.com, sean.kenny@saul.com
**David Sommer**   dsommer@gallagherllp.com,
ceyler@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
**Brent C. Strickland**   bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-
3227@ecf.pacerpro.com
**Matthew G. Summers**   summersm@ballardspahr.com,
branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@balla
rdspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brann
ickn@ballardspahr.com
**S. Jason Teele**   steele@sillscummis.com
**Paige Noelle Topper**   paige.topper@saul.com
**US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV