**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

**MOTION FOR ENTRY OF ADMINISTRATIVE ORDER
LIMITING NOTICE AND RELATED RELIEF**

Morgan W. Fisher, the Chapter 7 Trustee (the "Trustee") herein, moves, pursuant to 11 U.S.C. §§ 102, 105, and Bankruptcy Rules 2002 and 9007, for an Administrative Order limiting notice in this case, and in support thereof, states:

1.      On January 14, 2025 (the "Petition Date"), Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., and Diamond Select Toys & Collectables (collectively, the "Debtors") each commenced a case under chapter 11 of the United States Bankruptcy Code. On January 16, 2025, the Court granted the Debtors' Motion for Joint Administration and ordered the Debtors' cases be jointly administered by the Court under In re: Diamond Comic Distributors, Inc., 25-10308. [ECF No. 41.].

2.      The Debtors' Schedule D lists one (1) creditor, Schedule E lists 479 creditors, Schedule F lists 544 creditors, and Schedule G lists 234 § 365 counterparties.   Thus, the initial creditor matrix consists of almost 1,300 parties.[2]

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

[2] The Debtors had an extensive customer base of subscription comic book customers.   At some point, these customers were added to the matrix swelling the matrix from less than 1,500 to over

3.      On December 12, 2025, the Debtors filed a Motion to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code. [ECF No. 1070.] On December 19, 2025, the Court entered an Order Converting from a Chapter 11 to a Case under Chapter 7, effective January 1, 2026. [ECF No. 1089].

4.      On December 23, 2025, the United States Trustee's Office appointed Morgan W. Fisher as Interim Trustee and Designation of Required Bond. [ECF No. 1095].

5.      On January 1, 2026, Morgan W. Fisher (the "Trustee") became the duly appointed interim Chapter 7 Trustee for the Debtor's bankruptcy estate and is so acting pursuant to 11 U. S. C. §702(d).

6.      The Notice of Chapter 7 Bankruptcy Case − Proof of Claim Deadline Set established a claims' bar date of March 11, 2026.   The governmental bar date was June 29, 2026. 75 claims were filed since the conversion ranging in amount from $29,514,087.40 (Dynamic Forces, Inc.) to $182.00 (Irish Holdings, Inc.).

7.      In addition, Omni Agent Solutions served as the Debtors' claims agent during the Chapter 11 cases.   Omni logged 742 claims in the main case and 71 claims in the case of Diamond Select Toys & Collectibles, LLC (25-10312).

8.      Some claims are duplicates or multiple claims by one entity.   There appear to be 759 unique claimants.   Of these 759 claimants, 28 appear to be governmental agencies.

9.      Pre-conversion notice was governed by the Court's Complex Chapter 11 Case Procedures, as amended, as attached to the Local Bankruptcy Rules as Appendix I, Local Rule 1002-3.   Thereunder:

---

29,000. These parties were notified of the conversion and the claims bar date and either did or did not file a proof of claim.   Those who did not will not receive further notices in this case.

> The debtor must maintain a consolidated master service list identifying the parties that must be served with motions and other papers filed in the case. Unless otherwise required by the Bankruptcy Code, Federal Bankruptcy Rules, the Local Bankruptcy Rules, or Court order, notices of motions and all other papers may be limited to those on the master service list. That list must include: (a) the debtor; (b) the debtor's secured creditors; (c) the debtor's 20 largest unsecured creditors, unless and until an unsecured creditors' committee is appointed (in which event, service must be directed to the attorney for the unsecured creditors' committee); (d) those persons filing a notice of appearance and request for service in the case; (e) the Office of the United States Trustee and, to the extent required by the Bankruptcy Code, Federal Bankruptcy Rules, or Local Bankruptcy Rules, all governmental agencies; and (f) any known attorney for those identified in subsections (a)-(e). Parties on the master service list represented by an attorney who entered his or her appearance will be served through the CM/ECF notification system. All other parties on the master service list must be served, at the server's option, by email or regular mail.

Appendix I at ¶ 5.[3]

10.     Although this case has converted, the difficulties and excessive cost of service on all creditors remains the same.   Stated otherwise, it will be extremely expensive and time-consuming to effectuate service of routine notices on the universe of creditors and parties in interest.

11.     Concerns over appropriate and adequate notice are satisfied largely by tracking the notice permitted by the Court's Complex Chapter 11 Case Procedures.   Furthermore, the vast majority of claimants and parties in interest are not likely to be directly affected by the particular nuances of each of the matters and proceedings in these cases or are persons who will not likely participate in any event.

---

[3] It is unclear whether Debtors supplied a standard consolidated master service list as the unsecured creditors committee was appointed and counsel entered its appearance shortly after the filing of the cases. *See* ECF No. 42.   In any event the consolidated master mailing matrix seems to be what was attached to the Chapter 11 Final Report [ECF No. 1136].

12.     Moreover, any party wishing to receive further notices will be able to do so by filing a Notice of Appearance and Request for Notices as indicated below.

13.     The Trustee believes it is in the best interests of all creditors and parties-in-interest for notice going forward to be limited as set forth herein.[4]   The proposed service list is consistent with the spirit of Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules.   The Trustee proposes to serve the following parties or their counsel:

a.     Counsel for the Debtor;
b.     The Trustee and his counsel;
c.     Secured Creditors;
d.     The Debtor's 20 largest unsecured creditors, based on filed claims;[5]
e.     The Office of the United States Trustee;
f.     The Internal Revenue Service, and the Comptroller of the State of Maryland;[6]
g.     Persons who have appeared or filed a notice of appearance and request for service in the case (including persons served via CM/ECF);
h.     Parties who are directly affected by a particular motion, paper or pleading.

14.     The Trustee will file a Consolidated Master Service List updated from time to time

---

[4] Parties on the service list represented by an attorney whose appearance has been entered will be served through the CM/ECF notification system. All other parties (or if represented, their counsel) will be served as appropriate and at the server's option, by email, overnight delivery or first-class mail.

[5] Subject to verification, the 20 largest creditors filed claims appear to be: Dynamic Forces, Inc. ($29,514,087.40); Alliance Entertainment, LLC ($10,008,534.05); Bandai Limited ($9,245,465.10); Penguin Random House LLC ($8,941,467.05); Passage Trading ($6,297,244.00); Oni-Lion Forge Publishing Group ($5,646,907.40); Udon Entertainment Inc. ($4,327,716.06); Valiant Entertainment LLC ($4,070,588.30); Disney Consumer Products, Inc. ($3,638,592.00); Creative Grand Industrial HK Limited ($2,960,931.87); Zenescope Entertainment, Inc. ($2,360,907.16); Fantagraphics Books Inc. ($2,279,330.68); MegaHouse Corporation ($2,150,730.00); Magnetic Press LLC ($1,957,576.53); TMP International, LLC ($1,774,558.48); Aftershock Comics, LLC ($1,767,573.53); ARA, Inc. ($1,229,027.36); Funko, LLC ($1,206,854.62); Action Figure Authority Inc. ($1,200,000.00); Hasbro, Inc. ($1,185,638.23).   Many of these creditors have appeared by counsel who will be served via CM/ECF.

[6] Other governmental entities have the option of requesting notice. *See* ¶13.g.

as necessary to add persons other than those receiving service by CM/ECF.

15.    The Trustee further requests that he be permitted to pay (or reimburse)[7] the charges for notices served hereunder and pursuant hereto directly from the Estate without further order.

16.    This Motion has been served via CM/ECF.   Notice of this Motion has been served via first class mail, on the following[8]:

    a.    All persons receiving service via CM/ECF;
    b.    All persons who have filed a notice of appearance and request for service in the case;
    c.    All creditors and parties listed in Schedules D, E, F and G;
    d.    All creditors who have filed proofs of claim;
    e.    The Office of the United States Trustee; and
    f.    The Internal Revenue Service, and the Comptroller of the State of Maryland.

WHEREFORE, Morgan W. Fisher, Chapter 7 Trustee, respectfully requests the following relief:

A.    That service of further notices in these cases be limited to the following persons:

    a.    Counsel for the Debtor;
    b.    The Trustee and his counsel;
    c.    Secured Creditors;
    d.    The Debtor's 20 largest unsecured creditors, based on filed claims;
    e.    The Office of the United States Trustee;
    f.    The Internal Revenue Service, and the Comptroller of the State of Maryland;
    g.    Persons who have appeared or filed a notice of appearance or request for service in the case; and
    h.    Parties who are directly affected by a particular motion, paper or pleading.

---

[7] The Trustee and his counsel intend to use a third-party provider to effect service of pleadings and notices in this case which must typically be charged to a credit card as opposed to being paid by check payment from the estate.

[8] The total number of people listed on the current service list is approximately 1,500.   The Trustee has obtained the services of Epiq Global ("Epiq") for providing the Notice to the affected parties and the Trustee will file Epiq's Affidavit of Service when received.

B.      Authorize the Trustee and his counsel to permitted to pay (or reimburse) the charges for notices served hereunder and pursuant hereto directly from the Estate without further order; and

C.      The Trustee be granted such other and further relief as is just and proper.

Dated: August 5, 2026

/s/ Richard M. Goldberg
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
        djz@shapirosher.com

**General Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee**

-AND-

Zvi Guttman, Esquire (Fed. Bar No. 06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500 Voice
(410) 580-0700 Fax
Zvi@zviguttman.com

**Counsel to Morgan W. Fisher, Chapter 7 Trustee**

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th   day of August, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Motion, Notice and Proposed Order* will be served electronically by the Court's CM/ECF system on the following:

**Corinne Donohue Adams**      cadams@yvslaw.com,
cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;
r39990@notify.bestcase.com
**Sam Alberts**      sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
**Peter J Artese**      peter.artese@us.dlapiper.com
**Jodie E. Bekman**      jbekman@gfrlaw.com, dferguson@gfrlaw.com
**Jan Berlage**      JBerlage@GHSLLP.com, tcollins@ghsllp.com
**Hugh M. (UST) Bernstein**      hugh.m.bernstein@usdoj.gov
**Daniel Jack Blum**      jack.blum@polsinelli.com,
lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
**Laura Skowronski Bouyea**      lsbouyea@venable.com, dmdierdorff@venable.com
**Thomas K. Bredar**      thomas.bredar@wilmerhale.com,
andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wil
merhale.com
**Matthew G. Brushwood**      mbrushwood@barley.com, dkline@barley.com
**Darek Bushnaq**      dsbushnaq@venable.com
**Brian A. Coleman**      brian.coleman@faegredrinker.com
**Richard L. Costella**      rcostella@tydings.com,
myoung@tydings.com;pcoolbaugh@tydings.com
**Katherine Elizabeth Culbertson**      katherine.culbertson@troutman.com
**David W.T. Daniels**      david.daniels@ashurstperkins.com,
docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz
@perkinscoie.com
**G. David Dean**      ddean@coleschotz.com, PRatkowiak@coleschotz.com
**Mark L Desgrosseilliers**      desgross@chipmanbrown.com, fusco@chipmanbrown.com
**Emily Devan**      edevan@milesstockbridge.com
**Ellen E. Dew**      ellen.dew@us.dlapiper.com
**Turner Falk**      turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
**Justin Philip Fasano**      jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhla
wyers.com;Fasano.JustinR92003@notify.bestcase.com
**Ashley N Fellona**      ashley.fellona@saul.com, janice.mast@saul.com
**Gianfranco Finizio**      gfinizio@lowenstein.com
**Morgan W. Fisher**      trustee@morganfisherlaw.com,
MD65@ecfcbis.com;fisher@premierremote.com
**Chelsea R Frankel**      cfrankel@lowenstein.com
**Jeremy S. Friedberg**      jeremy@friedberg.legal, ecf@friedberg.legal
**Stephen B. Gerald**      sgerald@tydings.com
**Christopher J. Giaimo**      christopher.giaimo@squirepb.com,
christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
**Joshua Glikin**      jglikin@shulmanrogers.com,
abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com
**Richard Marc Goldberg**      rmg@shapirosher.com, ejd@shapirosher.com

**Jonathan A. Grasso**    jgrasso@yvslaw.com,
pgomez@yvslaw.com;r39990@notify.bestcase.com
**Zvi Guttman**    zvi@zviguttman.com,
zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
**Jeffrey C. Hampton**    jeffrey.hampton@saul.com
**Catherine Keller Hopkin**    chopkin@yvslaw.com,
pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com
;hopkincr39990@notify.bestcase.com
**James R. Irving**    james.irving@dentons.com
**Adam H Isenberg**    adam.isenberg@saul.com
**Anthony Jankoski**    ajankoski@whitefordlaw.com
**Harry Conrad Jones**    HJones@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
**Lawrence A. Katz**    lkatz@hirschlerlaw.com,
ydover@hirschlerlaw.com;aklena@hirschlerlaw.com
**Toyja E. Kelley**    Toyja.Kelley@troutman.com
**C. Kevin Kobbe**    kevin.kobbe@us.dlapiper.com, docketing-baltimore-
0421@ecf.pacerpro.com
**Eric George Korphage**    korphagee@whiteandwilliams.com
**Jung Yong Lee**    jlee@milesstockbridge.com, mhickman@tydings.com
**Gary H. Leibowitz**    gleibowitz@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
**Jean Evelyn Lewis**    jlewis@kg-law.com, swisthoff@kg-law.com
**Thomas J. McKee**    mckeet@gtlaw.com, [Karrie.Barbaro@gtlaw.com,thomas](mailto:Karrie.Barbaro@gtlaw.com) mckee-
0902@ecf.pacerpro.com
**Mark Minuti**    mark.minuti@saul.com, robyn.warren@saul.com
**Randy Moonan**    rmoonan@sillscummis.com
**William Fuller Moss**    william.moss@friedberg.legal
**Bruce S. Nathan**    bnathan@lowenstein.com
**Janet M. Nesse**    jnesse@mhlawyers.com,
jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com;BKrell@mhlawyers.com
**Craig Palik**    cpalik@mhlawyers.com,
cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin@mhlawyers.com
**Michael Papandrea**    mpapandrea@lowenstein.com
**Steven Gregory Polard**    steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-
LAO@ropers.com
**Jonathan Gary Rose**    jonathan.rose@us.dlapiper.com
**Jordan Rosenfeld**    jordan.rosenfeld@saul.com
**Nikolaus F. Schandlbauer**    nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
**Dennis J. Shaffer**    dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
**Indira Kavita Sharma**    indira.sharma@troutman.com,
katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
**David J. Shuster**    dshuster@kg-law.com, ssohn@kg-law.com
**Nicholas Smargiassi**    nicholas.smargiassi@saul.com, sean.kenny@saul.com
**David Sommer**    dsommer@gallagherllp.com,
ceyler@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com

**Brent C. Strickland**      bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
**Matthew G. Summers**      summersm@ballardspahr.com, branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighian n@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballard spahr.com;brannickn@ballardspahr.com
**S. Jason Teele**      steele@sillscummis.com
**Paige Noelle Topper**      paige.topper@saul.com
**US Trustee - Baltimore**      USTPRegion04.BA.ECF@USDOJ.GOV

*/s/ Richard M. Goldberg*
Richard M. Goldberg