**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF MOTION FOR ENTRY OF ADMINISTRATIVE
ORDER LIMITING NOTICE AND RELATED RELIEF**

**TO CREDITORS AND PARTIES-IN-INTEREST**:

Please be advised that Morgan W. Fisher, the Chapter 7 Trustee in the captioned case, has filed a Motion for Entry of Administrative Order Limiting Notice and Related Relief (the "Motion").   A copy of the Motion can be requested by contacting the undersigned counsel.   Notice is further given that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one. **IF YOU WISH TO RECEIVE NOTICES IN THIS CASE AND ARE NOT ALREADY LISTED IN THE CATEGORY OF PERSONS WHO WILL RECEIVE NOTICE IF THE COURT GRANTS THE MOTION, YOU MUST FILE A NOTICE OF APPEARANCE OR REQUEST FOR SERVICE IN THE CASE.**

NOTICE IS FURTHER GIVEN that objections, if any, to the Motion must be filed within twenty-one (21) days from the date of this Notice with the office of the Clerk, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201. A copy of any objection must be served on the undersigned and upon the Office of the United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201. If objections are filed, they must contain a complete specification of the factual and legal grounds upon which they are based. If no objections are timely filed, the Court may grant the Motion without conducting a hearing and approve the proposed relief sought without further notice. If an objection is filed or if the Court determines a hearing is appropriate, the Court may hold a hearing in its discretion. Parties desiring further information may contact the undersigned counsel.

Dated: August 5, 2026

*/s/ Richard M. Goldberg*
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
        djz@shapirosher.com

***General Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee***