**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

In re

Diamond Comic Distributors, Inc., *et al.*,

Debtors.[1]

Case No. 25-10308 (DER)

Chapter 7

(Jointly Administered)

## CERTIFICATE OF SERVICE FOR ECF NOS. 1309 AND 1310

The following documents in the above-captioned bankruptcy cases were served as indicated on the attached Affidavit of Service of Panagiota Manatakis, a Senior Case Manager employed by Epiq Corporate Restructuring, LLC, the noticing agent engaged by the Trustee for these cases:

(i)  "Notice of Joint Motion to Approve Settlement Pursuant to Fed. R. Bankr. P. 9019(a) (Trustee and Ad Hoc Consignment Group)," dated August 5, 2026 [Docket No. 1309]; and

(ii)  "Notice of Filing of Motion for Entry of Administrative Order Limiting Notice and Related Relief," dated August 5, 2026 [Docket No. 1310].

Dated: August 8, 2026

/s/ Richard M. Goldberg
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
        djz@shapirosher.com

***General Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee***

---

1  The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC. The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.