## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors. | (Jointly Administered) |
| _____ | _____ |
| Diamond Comic Distributors, Inc.<br>v. Aspen MLT, Inc. | Adversary Proceeding Number:<br>25-00236 DER |
| Diamond Comic Distributors, Inc.<br>v. Black Mask Studios | Adversary Proceeding Number:<br>25-00238 DER |
| Diamond Comic Distributors, Inc.<br>v. Dark Horse Comics, LLC | Adversary Proceeding Number:<br>25-00240 DER |
| Diamond Comic Distributors, Inc.<br>v. DSTLRY Media, Inc. | Adversary Proceeding Number<br>25-00242 DER |
| Diamond Comic Distributors, Inc.<br>v. Heavy Metal Media, LLC | Adversary Proceeding Number:<br>25-00248 DER |
| Diamond Comic Distributors, Inc.<br>v. Magnetic Press, LLC | Adversary Proceeding Number:<br>25-00252 DER |
| Diamond Comic Distributors, Inc.<br>v. Massive Publishing, LLC | Adversary Proceeding Number:<br>25-00253 DER |
| Diamond Comic Distributors, Inc.<br>v. Oni Press, Inc. | Adversary Proceeding Number<br>25-00255 DER |
| Diamond Comic Distributors, Inc.<br>v. Panini UK, Ltd. | Adversary Proceeding Number<br>25-00257 DER |
| Diamond Comic Distributors, Inc. | Adversary Proceeding Number |

| | |
|---|---|
| v. Alien Books | 25-00234 DER |
| Diamond Comic Distributors, Inc.<br>v. Titan Comics | Adversary Proceeding Number<br>25-00258 DER |
| Diamond Comic Distributors, Inc.<br>v. Vault Storyworks, LLC | Adversary Proceeding Number<br>25-00261 DER |

_____

### STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINTS

Plaintiff Diamond Comic Distributors, Inc. (the "Plaintiff"), by and through its undersigned counsel, and the above-captioned Defendants (collectively, the "Defendants"), by and through their undersigned counsel, hereby stipulate that Defendants' deadline to respond to Plaintiff's Complaints shall be extended to August 31, 2026.

| | |
|---|---|
| /s/ Zvi Guttman<br>Zvi Guttman (Bar No. 06902)<br>The Law Offices of Zvi Guttman, P.A.<br>P.O. Box 32308<br>Baltimore, MD 21282<br>(410) 580-0500 (phone)<br>Zvi@zviguttman.com<br><br>Counsel for Plaintiff | /s/ Craig M. Palik<br>Craig M. Palik, Esquire (Bar No. 15254)<br>Justin P. Fasano, Esquire<br>Janet M. Nesse, Esquire<br>McNamee Hosea, P.A.<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770<br>(301) 441-2420<br>cpalik@mhlawyers.com<br>jfasano@mhlawyers.com<br>jnesse@mhlawyers.com<br><br>Attorneys for Aspen MLT, LLC, a/k/a Aspen Comics,<br>Black Mask Studios, LLC,<br>Dark Horse Comics, Inc,<br>DSTLRY Media, Inc.,<br>Entertainment,<br>Heavy Metal International, LLC,<br>Magnetic Press, LLC,<br>Massive Publishing, LLC,<br>Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC,<br>Panini UK Ltd., |

|  | Punk Bot Comic Books, LLC a/k/a Alien Books, The Penn State University a/k/a Graphic Mundi, Titan Publishing Group, Ltd. and Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind Energy |
|---|---|

I HEREBY CERTIFY that the terms of the copy of this consent order/stipulation submitted to the Court are identical to those set forth in the original consent order/stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order/stipulation.

/s/ Craig Palik.