**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Alliance Entertainment, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; Diamond Select Toys & Collectibles, LLC, Raymond James & Associates, Inc., Getzler Henrich & Associates LLC, Robert Gorin, Charlie Tyson, and Dan Hirsch,<br><br>Defendants. | Adv. Proc. No. 25-00112 (DER) |
| Diamond Comic Distributors, Inc. and Diamond Select Toys & Collectibles, LLC,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>Alliance Entertainment, LLC,<br><br>Counterclaim Defendant. | |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

Defendant/Counterclaim Plaintiff Morgan W. Fisher, Chapter 7 Trustee (the "Trustee"), as duly appointed representative of Debtors Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC (collectively, "Debtors"),

with the consent of all parties to this Action, moves this Court to modify the Scheduling Order entered in this Case (ECF No. 62) and, in support thereof, states as follows:

1. Following the resolution of the Defendants' respective motions to dismiss the Complaint of Plaintiff Alliance Entertainment, LLC ("AENT"), this Court entered a Scheduling Order on March 5, 2026 (ECF No. 62).

2. Following the entry of that Order, the parties timely exchanged written discovery requests, and entered into a Stipulated Protective Order that was approved by this Court on April 10, 2026 (ECF No. 83).

3. This is a document-intensive case and, pursuant to the Discovery Guidelines included as Appendix C to the Local Rules of this Court, the parties have conferred and worked together in good faith to craft search terms to ease the burden of searching through the hundreds of thousands of documents potentially responsive to the parties' respective discovery requests.

4. Due to the nature of the Debtors' business, the collection, review, and identification of responsive documents has been an iterative process that has required steady refinement and engagement between the parties.

5. The parties have worked diligently to review documents, refine their respective proposed search terms, and balance the needs of this case against the burden of searching through scores of non-responsive and irrelevant documents.

6. Despite their diligence, due to the volume of documents with which they continue to work, the parties desire and need additional time to review and produce documents and, in turn, to review each other's document productions in preparation for depositions and dispositive motions practice.

7. Accordingly, the parties have consented to and jointly propose that the Scheduling Order be amended as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Substantial Document Completion Deadline | August 31, 2026 | November 27, 2026 |
| Fact Discovery Deadline | October 31, 2026 | February 26, 2027 |
| Deadline for Dispositive Pre-Trial Motions | November 30, 2026 | April 15, 2027 |
| Deadline for Responses to Dispositive Motions | December 30, 2026 | May 21, 2027 |
| Deadline for Replies IFSO Dispositive Motions | January 13, 2027 | June 18, 2027 |
| Dispositive Motions Hearing | February 17, 2027 | July 9, 2027 |

8. Under Rule 16(b), as made applicable through Bankruptcy Rule 7016(a), a Scheduling Order may be modified by the Court for good cause shown.

9. "Good cause under Rule 16(b) 'exists where the moving party has diligently made efforts to meet court imposed deadlines.'" *Wolf v. W.L. Gore & Assocs., Inc.*, No. CV MJM-23-280, 2026 WL 547857, at *4 (D. Md. Feb. 24, 2026) (quoting *Tawwaab v. Va. Linen Serv., Inc.*, 729 F. Supp. 2d 757, 768 (D. Md. 2010)).

10. The parties have reviewed and continue to diligently review documents, but the volume of potentially responsive documents requires the parties to request these extensions of the current deadlines to permit the orderly completion of discovery and dispositive motions practice.

11. This motion is not filed for any improper purpose or delay and no trial date has been set in this Action. No party would be prejudiced by modifying the schedule in the manner requested in this Motion as all parties have consented to the relief sought in this motion.

12. Pursuant to Local Rule 9013-2, the Trustee states that no memorandum will be filed and that the movant will rely solely upon the grounds and authorities set forth in this motion.

Dated: August 21, 2026

*/s/ Jean E. Lewis*

David J. Shuster (Bar No.: 23120)
Jean E. Lewis (Bar No.: 27562)
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (fax)
dshuster@kg-law.com
jlewis@kg-law.com

*Attorneys for Defendant/Counterclaim Plaintiff Morgan W. Fisher, Chapter 7 Trustee (the "Trustee"), as duly appointed representative of Debtors Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; Diamond Select Toys & Collectibles, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of August, 2026, this document was electronically filed and served via the Court's CM/ECF system upon:

Jonathan A. Grasso
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
jgrasso@yvslaw.com

S. Jason Teele
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
steele@sillscummis.com

Randy Moonan
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor
New York, New York 10178
rmoonan@sillscummis.com

*Counsel for Alliance Entertainment, LLC*

Matthew G. Summers
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202
summersm@ballardspahr.com

*Counsel for Raymond
James & Associates, Inc.*

Mark L. Desgrosseilliers
Robert A. Weber
Kelly E. Rowe
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
desgross@chipmanbrown.com
weber@chipmanbrown.com
rowe@chipmanbrown.com

*Counsel for Getzler Henrich & Associates,
LLC; Robert Gorin*

G. David Dean, II
Cole Schotz P.C.
500 Delaware Avenue Suite 1410
Wilmington, Delaware 19801
ddean@coleschotz.com

Harry Conrad Jones, III
Cole Schotz P.C.
1201 Wills Street Suite 320
Baltimore, Maryland 21231
HJones@coleschotz.com

*Counsel for Charlie Tyson; Dan Hirsch*

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
zvi@zviguttman.com

*Counsel for Morgan Fisher*

*/s/ Jean E. Lewis*
Jean E. Lewis