**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Alliance Entertainment, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; Diamond Select Toys & Collectibles, LLC, Raymond James & Associates, Inc., Getzler Henrich & Associates LLC, Robert Gorin, Charlie Tyson, and Dan Hirsch,<br><br>Defendants. | Adv. Proc. No. 25-00112 (DER) |
| Diamond Comic Distributors, Inc. and Diamond Select Toys & Collectibles, LLC,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>Alliance Entertainment, LLC,<br><br>Counterclaim Defendant. | |

**<u>ORDER MODIFYING SCHEDULING ORDER</u>**

Upon consideration of Defendant/Counterclaim Plaintiff Morgan W. Fisher, Chapter 7 Trustee's Consent Motion to Modify the Scheduling Order, the court finds good cause to extend certain deadlines in the operative Scheduling Order (ECF No. 62). Accordingly, it is **ORDERED** that:

The Motion is **GRANTED**; and it is

**FURTHER ORDERED**, that the Scheduling Order (ECF No. 62) is modified as follows:

| **Event** | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Substantial Document Completion Deadline | August 31, 2026 | November 27, 2026 |
| Fact Discovery Deadline | October 31, 2026 | February 26, 2027 |
| Deadline for Dispositive Pre-Trial Motions | November 30, 2026 | April 15, 2027 |
| Deadline for Responses to Dispositive Motions | December 30, 2026 | May 21, 2027 |
| Deadline for Replies IFSO Dispositive Motions | January 13, 2027 | June 18, 2027 |
| Dispositive Motions Hearing | February 17, 2027 | July 9, 2027 |

cc:

Jonathan A. Grasso (via CM/ECF)
YVS Law, LLC

S. Jason Teele (via CM/ECF)
Randy Moonan (via CM/ECF)
Sills Cummis & Gross P.C.
*Counsel for Alliance Entertainment, LLC*

Matthew G. Summers (via CM/ECF)
Ballard Spahr LLP
*Counsel for Raymond*
*James & Associates, Inc.*

Mark L. Desgrosseilliers (via CM/ECF)
Robert A. Weber (via CM/ECF)
Kelly E. Rowe (via CM/ECF)
Chipman Brown Cicero & Cole, LLP
*Counsel for Getzler Henrich & Associates, LLC; Robert Gorin*

G. David Dean, II (via CM/ECF)
Harry Conrad Jones, III (via CM/ECF)
Cole Schotz P.C.
*Counsel for Charlie Tyson; Dan Hirsch*

Zvi Guttman (via CM/ECF)
The Law Offices of Zvi Guttman, P.A.

David J. Shuster (via CM/ECF)
Jean E. Lewis (via CM/ECF)
Kramon & Graham P.A.
*Counsel for Morgan Fisher*

***END OF ORDER***