**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., *et al.*[1]<br><br>Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered) |

**STIPULATION TO EXTEND TIME FOR SPARKLE POP, LLC TO RESPOND TO JOINT MOTION TO APPROVE SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019(a) (TRUSTEE AND AD HOC CONSIGNMENT GROUP)**

Sparkle Pop, LLC ("Sparkle Pop"), Morgan W. Fisher, Chapter 7 Trustee for Diamond Comic Distributors, Inc., *et al.* (the "Trustee"), and the Consignment Group Members[2], by their undersigned attorneys, hereby stipulate and agree that Sparkle Pop shall have until Friday, August 28, 2026, to respond to the Joint Motion to Approve Settlement Pursuant to Fed. R. Bankr. P. 9019 (a) (Trustee and Ad Hoc Consignment Group) (D.I. 1309) filed on August 8, 2026, by the Trustee and the Consignment Group Members.

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is 10150 York Road, Suite 300 Hunt Valley, Maryland 21030.

[2] The "Consignment Group Members" are comprised of Ablaze, LLC, American Mythology Productions, LLC, Avatar Press, Inc., Andrew Kafoury d/b/a Battle Quest Comics, Bryan Seaton d/b/a Action Lab Comics, Drawn & Quarterly Books Inc., Fantagraphics Books, Inc., Green Ronin Publishing, LLC, Herman and Geer Communications, Inc. d/b/a Hermes Press, Living the Line, LLC, Paizo, Inc., UDON Entertainment, Inc., Zenescope Entertainment, Inc., Boom Entertainment, LLC and Dynamic Forces, Inc. a/k/a Dynamite Entertainment. Further, Boom Entertainment, LLC and Dynamic Forces, Inc. a/k/a Dynamite Entertainment are Consignment Group Members but are not part of the "Ad Hoc Consignment Group."

Dated: August 24, 2026

Respectfully submitted,

/s/ Catherine K. Hopkin
Catherine Keller Hopkin (Bar No. 28257)
YVS LAW, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
T: 443-569-0788
F: 410-571-2798
Email: chopkin@yvslaw.com

*Attorneys for Consignment Group Members Ablaze, LLC, American Mythology Productions, LLC, Avatar Press, Inc., Andrew Kafoury d/b/a Battle Quest Comics, Bryan Seaton d/b/a Action Lab Comics, Drawn & Quarterly Books Inc., Fantagraphics Books, Inc., Green Ronin Publishing, LLC, Herman and Geer Communications, Inc. d/b/a Hermes Press, Living the Line, LLC, Paizo, Inc., UDON Entertainment, Inc., Zenescope Entertainment, Inc., and Boom Entertainment, LLC*

/s/ Jodie E. Bekman
Jodie E. Bekman (Bar No. 26004)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
T/F: (410) 576-4082
Email: jbekman@gfrlaw.com

*Attorneys for Sparkle Pop, LLC*

/s/ Zvi Guttman
Zvi Guttman (Bar No. 06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500
zvi@zviguttman.com

*Counsel to Morgan W. Fisher, Chapter 7 Trustee*

/s/ Richard M. Goldberg
Richard M. Goldberg (Bar No. 07994)
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
T: 410-385-4274
F: 410-539-7611
rmg@shapirosher.com

*General Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee*

/s/ Craig M. Palik
Craig M. Palik (Bar No. 15254)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

*Counsel to Dynamic Forces, Inc. a/k/a Dynamic Entertainment*

**CERTIFICATION**

I HEREBY CERTIFY that the terms of the copy of the stipulation submitted to the Court are identical to those set forth in the original, and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation.

*/s/ Jodie E. Bekman*
Jodie E. Bekman

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of August 2026, I caused the foregoing *Stipulation to Extend Time for Sparkle Pop, LLC to Respond to Joint Motion to Approve Settlement Pursuant to Fed. R. Bankr. P. 9019 (a) (Trustee and Ad Hoc Consignment Group)* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications to all parties and counsel of record consisting of the following:

Sam Alberts sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com

Peter J Artese peter.artese@us.dlapiper.com

Jodie E. Bekman jbekman@gfrlaw.com, dferguson@gfrlaw.com

Jan Berlage JBerlage@GHSLLP.com, tcollins@ghsllp.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

Daniel Jack Blum jack.blum@polsinelli.com, lsuprum@polsinelli.com, delawaredocketing@polsinelli.com

Laura Skowronski Bouyea lsbouyea@venable.com, dmdierdorff@venable.com

Thomas K. Bredar thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com, benjamin.loveland@wilmerhale.com, yolande.thompson@wilmerhale.com

Matthew G. Brushwood mbrushwood@barley.com, dkline@barley.com

Darek Bushnaq dsbushnaq@venable.com

Richard L. Costella rcostella@tydings.com, myoung@tydings.com, pcoolbaugh@tydings.com

Katherine Elizabeth Culbertson katherine.culbertson@troutman.com

David W.T. Daniels ddaniels@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com, KMcClure@perkinscoie.com, rleibowitz@perkinscoie.com

G. David Dean ddean@coleschotz.com, PRatkowiak@coleschotz.com

Mark L Desgrosseilliers desgross@chipmanbrown.com, fusco@chipmanbrown.com

Emily Devan edevan@milesstockbridge.com

Ellen E. Dew ellen.dew@us.dlapiper.com

Turner Falk turner.falk@saul.com, tnfalk@recap.email, Veronica.Marchiondo@saul.com

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com, tmackey@mhlawyers.com, mevans@mhlawyers.com, cmartin@mhlawyers.com, Fasano.JustinR92003@notify.bestcase.com

Ashley N Fellona ashley.fellona@saul.com, janice.mast@saul.com

Gianfranco Finizio gfinizio@lowenstein.com

Morgan W. Fisher trustee@morganfisherlaw.com, MD65@ecfcbis.com, fisher@premierremote.com

Chelsea R Frankel cfrankel@lowenstein.com

Jeremy S. Friedberg jeremy@friedberg.legal, ecf@friedberg.legal

Stephen B. Gerald sgerald@tydings.com

Christopher J. Giaimo christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com, christopher-j-giaimo-6409@ecf.pacerpro.com

Joshua Glikin jglikin@shulmanrogers.com, abogert@shulmanrogers.com, mdicarlo@shulmanrogers.com

Richard Marc Goldberg rmg@shapirosher.com, ejd@shapirosher.com

Jonathan A. Grasso jgrasso@yvslaw.com, pgomez@yvslaw.com, r39990@notify.bestcase.com

Zvi Guttman zvi@zviguttman.com, zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com

Jeffrey C. Hampton jeffrey.hampton@saul.com

Catherine Keller Hopkin chopkin@yvslaw.com, pgomez@yvslaw.com, kreese@yvslaw.com, vmichaelides@yvslaw.com, yvslawcmecf@gmail.com, hopkincr39990@notify.bestcase.com

James R. Irving james.irving@dentons.com

Adam H Isenberg adam.isenberg@saul.com

Anthony Jankoski anthony.jankoski@faegredrinker.com

Harry Conrad Jones HJones@coleschotz.com, bankruptcy@coleschotz.com, pratkowiak@coleschotz.com

Lawrence A. Katz lkatz@hirschlerlaw.com, chall@hirschlerlaw.com, aklena@hirschlerlaw.com

Toyja E. Kelley Toyja.Kelley@troutman.com

C. Kevin Kobbe kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com

Eric George Korphage korphagee@whiteandwilliams.com

Jung Yong Lee jlee@milesstockbridge.com, mhickman@tydings.com

Gary H. Leibowitz gleibowitz@coleschotz.com, pratkowiak@coleschotz.com, bankruptcy@coleschotz.com, lmorton@coleschotz.com

Thomas J. McKee mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com, thomas--mckee-0902@ecf.pacerpro.com

Mark Minuti mark.minuti@saul.com, robyn.warren@saul.com

Randy Moonan rmoonan@sillscummis.com

William Fuller Moss william.moss@friedberg.legal

Bruce S. Nathan bnathan@lowenstein.com

Janet M. Nesse jnesse@mhlawyers.com, jfasano@mhlawyers.com, cpalik@mhlawyers.com, jnesse@ecf.inforuptcy.com, tmackey@mhlawyers.com, cmartin@mhlawyers.com, kfeig@mhlawyers.com

Craig Palik cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com, Palik.CraigR92003@notify.bestcase.com, mevans@mhlawyers.com, cmartin@mhlawyers.com

Michael Papandrea mpapandrea@lowenstein.com

Steven Gregory Polard steven.polard@ropers.com, loriann.zullo@ropers.com, calendar-LAO@ropers.com

Jonathan Gary Rose jonathan.rose@us.dlapiper.com

Jordan Rosenfeld jordan.rosenfeld@saul.com

Nikolaus F. Schandlbauer nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com

Dennis J. Shaffer dshaffer@tydings.com, scalloway@tydings.com, MYoung@tydings.com

Indira Kavita Sharma indira.sharma@troutman.com, katherine.culbertson@troutman.com, jonathan.young@troutman.com, david.ruediger@troutman.com, errol.chapman@troutman.com, toyja.kelley@troutman.com

Nicholas Smargiassi nicholas.smargiassi@saul.com

David Sommer dsommer@gallagherllp.com, ceyler@gejlaw.com, gomara@gejlaw.com, csalce@gejlaw.com, mkobylski@gejlaw.com

Brent C. Strickland bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com, brent-strickland-3227@ecf.pacerpro.com

Matthew G. Summers summersm@ballardspahr.com, branchd@ballardspahr.com, heilmanl@ballardspahr.com, ambroses@ballardspahr.com, zarnighiann@ballardspahr.com, carolod@ballardspahr.com, cromartie@ballardspahr.com, stammerk@ballardspahr.com, brannickn@ballardspahr.com

S. Jason Teele steele@sillscummis.com

Paige Noelle Topper paige.topper@saul.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

*/s/ Jodie E. Bekman*
Jodie E. Bekman