IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc. *et al.*,<br><br>Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Alliance Entertainment, LLC,<br><br>Plaintiff,<br>v.<br><br>Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; Diamond Select Toys & Collectibles, LLC, Raymond James & Associates, Inc., Getzler Henrich & Associates LLC, Robert Gorin, Charlie Tyson, and Dan Hirsch,<br><br>Defendants. | Adv. Proc. No. 25-00112 |
| Sparkle Pop LLC,<br><br>Plaintiff,<br>v.<br><br>Alliance Entertainment Holding Corporation and Alliance Entertainment, LLC,<br><br>Defendants. | Adv. Proc. No. 25-00157 |

MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Bankruptcy Rule 9010-3(b) of this Court and Local Rule 101.1(b) of the U.S. District Court for the District of Maryland, Jonathan A. Grasso, a member in good standing of the bar of this Court, moves the admission of Lori K. Sapir to appear *pro hac vice* in the above-captioned bankruptcy proceeding, and related adversary proceedings (including Adv. Proc. Nos. 25-00112 (DER) and 25-00157 (DER)), as counsel for Alliance Entertainment, LLC.

The Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is not a member of the bar of Maryland.

2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member in good standing of the bar of the following State and United States Courts:

| State Court and Date of Admission | U.S. Court and Date of Admission |
|---|---|
| New York, 9/24/2003 | U.S. District Court, Southern District of New York, 9/18/2006 |
| | U.S. District Court, Eastern District of New York, 9/28/2006 |

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in the Court 0 times.

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, this Court's Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Attorneys' Rules of Professional Conduct and understands that the proposed admittee shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this bankruptcy case, and related adversary proceedings, will be the undersigned, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. The movant has electronically paid the $100.00 fee for admission *pro hac vice* through CM/ECF.

10. We hereby certify under penalty of perjury that the foregoing statements are true and correct.

/s/ Jonathan A. Grasso
Jonathan A. Grasso, 19278
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-5972
jgrasso@yvslaw.com

Movant

/s/ Lori K. Sapir
Lori K. Sapir
Sills Cummis & Gross P.C.
101 Park Avenue, 35th Floor
New York, New York 10178
(212) 643-7000
lsapir@sillscummis.com

Proposed Admittee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 26th day of August 2026, notice of filing the Motion for Admission *Pro Hac Vice* was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

/s/ Jonathan A. Grasso
Jonathan A. Grasso

**The following parties received CM/ECF notice of the filing:**

- Corinne Donohue Adams - cadams@yvslaw.com, cadams@yvslaw.com; jbeckman@yvslaw.com; pgomez@yvslaw.com; vmichaelides@yvslaw.com; r39990@notify.bestcase.com
- Sam Alberts - sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Peter J Artese - peter.artese@us.dlapiper.com
- Jodie E. Bekman - jbekman@gfrlaw.com, dferguson@gfrlaw.com
- Jan Berlage - JBerlage@GHSLLP.com, tcollins@ghsllp.com
- Hugh M. (UST) Bernstein - hugh.m.bernstein@usdoj.gov
- Daniel Jack Blum - jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
- Laura Skowronski Bouyea - lsbouyea@venable.com, dmdierdorff@venable.com
- Thomas K. Bredar - thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com; benjamin.loveland@wilmerhale.com; yolande.thompson@wilmerhale.com
- Matthew G. Brushwood - mbrushwood@barley.com, dkline@barley.com
- Darek Bushnaq - dsbushnaq@venable.com
- Brian A. Coleman - brian.coleman@faegredrinker.com
- Richard L. Costella - rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
- Katherine Elizabeth Culbertson - katherine.culbertson@troutman.com
- David W.T. Daniels - david.daniels@ashurstperkins.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
- G. David Dean - ddean@coleschotz.com, PRatkowiak@coleschotz.com
- Mark L Desgrosseilliers - desgross@chipmanbrown.com, fusco@chipmanbrown.com
- Emily Devan - edevan@milesstockbridge.com
- Ellen E. Dew - ellen.dew@us.dlapiper.com
- Turner Falk - turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
- Justin Philip Fasano - jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Ashley N Fellona - ashley.fellona@saul.com, janice.mast@saul.com
- Gianfranco Finizio - gfinizio@lowenstein.com
- Morgan W. Fisher - trustee@morganfisherlaw.com, MD65@ecfcbis.com;fisher@premierremote.com
- Chelsea R Frankel - cfrankel@lowenstein.com
- Jeremy S. Friedberg - jeremy@friedberg.legal, ecf@friedberg.legal
- Stephen B. Gerald - sgerald@tydings.com
- Christopher J. Giaimo - christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com; christopher-j-giaimo-6409@ecf.pacerpro.com
- Joshua Glikin - jglikin@shulmanrogers.com, abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com
- Richard Marc Goldberg - rmg@shapirosher.com, ejd@shapirosher.com
- Jonathan A. Grasso - jgrasso@yvslaw.com, pgomez@yvslaw.com;vmichaelides@yvslaw.com;r39990@notify.bestcase.com
- Zvi Guttman - zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
- Jeffrey C. Hampton - jeffrey.hampton@saul.com
- Catherine Keller Hopkin - chopkin@yvslaw.com, pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
- James R. Irving - james.irving@dentons.com
- Adam H Isenberg - adam.isenberg@saul.com
- Anthony Jankoski - ajankoski@whitefordlaw.com
- Harry Conrad Jones - HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- Lawrence A. Katz - lkatz@hirschlerlaw.com, ydover@hirschlerlaw.com;aklena@hirschlerlaw.com
- Toyja E. Kelley - Toyja.Kelley@troutman.com
- C. Kevin Kobbe - kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
- Eric George Korphage - korphagee@whiteandwilliams.com
- Jung Yong Lee - jlee@milesstockbridge.com, mhickman@tydings.com
- Gary H. Leibowitz - gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- Jean Evelyn Lewis - jlewis@kg-law.com, swisthoff@kg-law.com
- Thomas J. McKee - mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com
- Mark Minuti - mark.minuti@saul.com, robyn.warren@saul.com
- Randy Moonan - rmoonan@sillscummis.com
- William Fuller Moss - william.moss@friedberg.legal
- Bruce S. Nathan - bnathan@lowenstein.com
- Janet M. Nesse - jnesse@mhlawyers.com, jfasano@mhlawyers.com; cpalik@mhlawyers.com; jnesse@ecf.inforuptcy.com; tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com;BKrell@mhlawyers.com
- Craig Palik - cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com; Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com; cmartin@mhlawyers.com
- Michael Papandrea - mpapandrea@lowenstein.com
- Steven Gregory Polard - steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
- Jonathan Gary Rose - jonathan.rose@us.dlapiper.com
- Jordan Rosenfeld - jordan.rosenfeld@saul.com
- Nikolaus F. Schandlbauer - nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
- Dennis J. Shaffer - dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com
- Indira Kavita Sharma - indira.sharma@troutman.com, katherine.culbertson@troutman.com; jonathan.young@troutman.com; david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
- David J. Shuster - dshuster@kg-law.com, ssohn@kg-law.com
- Nicholas Smargiassi - nicholas.smargiassi@saul.com, sean.kenny@saul.com
- David Sommer - dsommer@gallagherllp.com, ceyler@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
- Brent C. Strickland - bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
- Matthew G. Summers - summersm@ballardspahr.com, branchd@ballardspahr.com; heilmanl@ballardspahr.com; ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com

- S. Jason Teele - steele@sillscummis.com
- Paige Noelle Topper - paige.topper@saul.com
- US Trustee - Baltimore - USTPRegion04.BA.ECF@USDOJ.GOV