Entered: August 31st, 2026

Signed: August 28th, 2026

**SO ORDERED**

**DAVID E. RICE**
**U. S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re: Case No.: **25−10308 − DER** Chapter: **11 (Jointly Administered)**

**Diamond Comic Distributors, Inc., et al.,**
Debtors.

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Lori K. Sapir as counsel for Alliance Entertainment, LLC and the certified statements in support thereof, and upon the recommendation of Jonathan A. Grasso local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and District Court local Rule 101.1(b); and it is further

ORDERED, that Lori K. Sapir must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; an d it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

\\

**End of Order**

cc: Attorney for Debtor, Local Counsel, Movant , U.S. Trustee