# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., *et al.*,<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 25-10308 (DER)<br>Chapter 7<br>(Jointly Administered) |

**AFFIDAVIT OF STEVEN BIEG**

I, Steven Bieg, being over 18 years of age and competent to testify as to the matters stated in this affidavit, and upon my own personal knowledge, testify as follows:

1. I am the Chief Financial Officer of Ad Populum, LLC, the parent company of Sparkle Pop, LLC ("Sparkle Pop") and am authorized to make this affidavit on behalf of Sparkle Pop.

2. The Warehouse (as defined in the Objection) is an approximately 600,000 square foot active distribution center and is not a storage facility where consignors can simply walk in and retrieve merchandise.

3. The Warehouse has floor-to-ceiling warehouse racking, with substantial inventory stored at elevations requiring material-handling equipment and trained personnel.

4. Much of the consignment inventory consists of heavy paper and comic products creating additional safety concerns when retrieving product from upper-level racking.

5. The Warehouse also contains a bonded area, creating additional access, security, customs-compliance and inventory controlled requirements.

6. Allowing outside representatives to enter the Warehouse and locate, pick move,

pack and pallet their own inventory creates significant safety, liability, operational, inventory-control, and chain-of-custody risks.

I solemnly affirm under the penalties of perjury that the contents of the foregoing affidavit are true to the best of my knowledge, information, and belief.

Date: 8/31/2026

Steven Bieg