Entered: September 1st, 2026

Signed: September 1st, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., et al., | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING MOTION FOR ENTRY OF ADMINISTRATIVE**
**ORDER LIMITING NOTICE AND RELATED RELIEF**

UPON CONSIDERATION of the Trustee's Motion For Administrative Order Limiting Notice and Related Relief (the "Motion"), notice having been provided and good cause therefor having been shown, it is by the United States Bankruptcy Court for the District of Maryland C

ORDERED that the Motion be, and it hereby is, granted; and it is

FURTHER ORDERED, that:

1. Service of all notices in these cases shall be sufficient when given to the following persons or their counsel:

   a. Counsel for the Debtor;
   b. The Trustee and his counsel;
   c. Secured Creditors;
   d. The Debtor's 20 largest unsecured creditors, based on filed claims;
   e. The Office of the United States Trustee;
   f. The Internal Revenue Service, and the Comptroller of the State of

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

Maryland;

g. Persons who have appeared or filed a notice of appearance or request for service in the case (including persons served via CM/ECF); and

h. Parties who are directly affected by a particular motion, paper or pleading.

2. The Trustee will file a Consolidated Master Service List updated from time to time to add persons other than those receiving service by CM/ECF.

3. The Trustee may contemporaneously pay (or reimburse) the charges for notices served hereunder and pursuant hereto.

**END OF ORDER**

cc: All Affected Parties

**CM/ECF Service List**

**Corinne Donohue Adams** cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;r39990@notify.bestcase.com
**Sam Alberts** sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
**Peter J Artese** peter.artese@us.dlapiper.com
**Jodie E. Bekman** jbekman@gfrlaw.com, dferguson@gfrlaw.com
**Jan Berlage** JBerlage@GHSLLP.com, tcollins@ghsllp.com
**Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
**Daniel Jack Blum** jack.blum@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com
**Laura Skowronski Bouyea** lsbouyea@venable.com, dmdierdorff@venable.com
**Thomas K. Bredar** thomas.bredar@wilmerhale.com, andrew.goldman@wilmerhale.com;benjamin.loveland@wilmerhale.com;yolande.thompson@wilmerhale.com
**Matthew G. Brushwood** mbrushwood@barley.com, dkline@barley.com
**Darek Bushnaq** dsbushnaq@venable.com
**Brian A. Coleman** brian.coleman@faegredrinker.com
**Richard L. Costella** rcostella@tydings.com, myoung@tydings.com;pcoolbaugh@tydings.com
**Katherine Elizabeth Culbertson** katherine.culbertson@troutman.com
**David W.T. Daniels** david.daniels@ashurstperkins.com, docketnyc@perkinscoie.com;nvargas@perkinscoie.com;KMcClure@perkinscoie.com;rleibowitz@perkinscoie.com
**G. David Dean** ddean@coleschotz.com, PRatkowiak@coleschotz.com
**Mark L Desgrosseilliers** desgross@chipmanbrown.com, fusco@chipmanbrown.com
**Emily Devan** edevan@milesstockbridge.com
**Ellen E. Dew** ellen.dew@us.dlapiper.com
**Turner Falk** turner.falk@saul.com, tnfalk@recap.email;Veronica.Marchiondo@saul.com
**Justin Philip Fasano** jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
**Ashley N Fellona** ashley.fellona@saul.com, janice.mast@saul.com

**Gianfranco Finizio** gfinizio@lowenstein.com
**Morgan W. Fisher** trustee@morganfisherlaw.com, MD65@ecfcbis.com;fisher@premierremote.com
**Chelsea R Frankel** cfrankel@lowenstein.com
**Jeremy S. Friedberg** jeremy@friedberg.legal, ecf@friedberg.legal
**Stephen B. Gerald** sgerald@tydings.com
**Christopher J. Giaimo** christopher.giaimo@squirepb.com, christopher.giaimo@squirepb.com;christopher-j-giaimo-6409@ecf.pacerpro.com
**Joshua Glikin** jglikin@shulmanrogers.com, abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com
**Richard Marc Goldberg** rmg@shapirosher.com, ejd@shapirosher.com
**Jonathan A. Grasso** jgrasso@yvslaw.com, pgomez@yvslaw.com;r39990@notify.bestcase.com
**Zvi Guttman** zvi@zviguttman.com, zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com
**Jeffrey C. Hampton** jeffrey.hampton@saul.com
**Catherine Keller Hopkin** chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkin cr39990@notify.bestcase.com
**James R. Irving** james.irving@dentons.com
**Adam H Isenberg** adam.isenberg@saul.com
**Anthony Jankoski** ajankoski@whitefordlaw.com
**Harry Conrad Jones** HJones@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
**Lawrence A. Katz** lkatz@hirschlerlaw.com, ydover@hirschlerlaw.com;aklena@hirschlerlaw.com
**Toyja E. Kelley** Toyja.Kelley@troutman.com
**C. Kevin Kobbe** kevin.kobbe@us.dlapiper.com, docketing-baltimore-0421@ecf.pacerpro.com
**Eric George Korphage** korphagee@whiteandwilliams.com
**Jung Yong Lee** jlee@milesstockbridge.com, mhickman@tydings.com
**Gary H. Leibowitz** gleibowitz@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
**Jean Evelyn Lewis** jlewis@kg-law.com, swisthoff@kg-law.com
**Thomas J. McKee** mckeet@gtlaw.com, Karrie.Barbaro@gtlaw.com,thomas mckee-0902@ecf.pacerpro.com
**Mark Minuti** mark.minuti@saul.com, robyn.warren@saul.com
**Randy Moonan** rmoonan@sillscummis.com
**William Fuller Moss** william.moss@friedberg.legal
**Bruce S. Nathan** bnathan@lowenstein.com
**Janet M. Nesse** jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com ;cmartin@mhlawyers.com;kfeig@mhlawyers.com;BKrell@mhlawyers.com
**Craig Palik** cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;mevans@mhlawyers.com;cmartin @mhlawyers.com
**Michael Papandrea** mpapandrea@lowenstein.com
**Steven Gregory Polard** steven.polard@ropers.com, loriann.zullo@ropers.com;calendar-LAO@ropers.com
**Jonathan Gary Rose** jonathan.rose@us.dlapiper.com
**Jordan Rosenfeld** jordan.rosenfeld@saul.com
**Nikolaus F. Schandlbauer** nick.schandlbauer@arlaw.com, lianna.sarasola@arlaw.com
**Dennis J. Shaffer** dshaffer@tydings.com, scalloway@tydings.com;MYoung@tydings.com

**Indira Kavita Sharma** indira.sharma@troutman.com,
katherine.culbertson@troutman.com;jonathan.young@troutman.com;david.ruediger@troutman.com;errol.chapman@troutman.com;toyja.kelley@troutman.com
**David J. Shuster** dshuster@kg-law.com, ssohn@kg-law.com
**Nicholas Smargiassi** nicholas.smargiassi@saul.com, sean.kenny@saul.com
**David Sommer** dsommer@gallagherllp.com,
ceyler@gejlaw.com;csalce@gejlaw.com;mkobylski@gejlaw.com
**Brent C. Strickland** bstrickland@whitefordlaw.com, mbaum@whitefordlaw.com;brent-strickland-3227@ecf.pacerpro.com
**Matthew G. Summers** summersm@ballardspahr.com,
branchd@ballardspahr.com;heilmanl@ballardspahr.com;ambroses@ballardspahr.com;zarnighiann@ballardspahr.com;carolod@ballardspahr.com;cromartie@ballardspahr.com;stammerk@ballardspahr.com;brannickn@ballardspahr.com
**S. Jason Teele** steele@sillscummis.com
**Paige Noelle Topper** paige.topper@saul.com
**US Trustee - Baltimore** USTPRegion04.BA.ECF@USDOJ.GOV