| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br><br>**In re:**<br>Diamond Comic Distributors, Inc. | **CASE NO:** 25-10308-DER |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ☐ Debtor ☐ Joint-Debtor ■ Creditor

2. **Old Address:**
   Name(s): Gallagher LLP
   Mailing Address: 218 N. Charles Street, Suite 400
   City, State, Zip Code: Baltimore, MD 21201-4070

3. **New Address:**
   Name(s): Gallagher LLP
   Mailing Address: 650 South Exeter Street, Suite 1200
   City, State, Zip Code: Baltimore, MD 21202
   **Telephone Number(s):** 410-727-7702

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number ______________________________
   Joint Debtor's account number ______________________________

Date: September 15, 2026

David G. Sommer
Requestor's printed name(s)

[signature]
Requestor's signature(s)

Partner
Title (If applicable, of corporate officer, partner, or agent)