**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **Diamond Comic Distributors, Inc., *et. al*,** | * | **Case No. 25-10308-DER (Jointly Administered)** |
| **Debtors.[1]** | * | **Chapter 7** |

* * * * * * * * * * * * *

**LINE FILING CONSOLIDATED MASTER SERVICE LIST**

Morgan W. Fisher, Chapter 7 Trustee for Diamond Comic Distributors, Inc., *et. al*., (the "Trustee"), files this Line submitting the Consolidated Master Service List in accordance with the Order Granting Motion For Entry of Administrative Order Limiting Notice and Related Relief (the "Order") [ECF No. 1332; September 1, 2026].[2]

Dated: September 22, 2026

*/s/ Richard M. Goldberg*
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
djz@shapirosher.com

***General Bankruptcy Counsel to***
***Morgan W. Fisher, Chapter 7 Trustee***

-AND-

1 The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

2 Consistent with the Order, the Consolidated Master Service List enumerates only those service parties without counsel participating via CM/ECF. All such represented parties will be served via CM/ECF.

*/s/ Zvi Guttman*
Zvi Guttman, Fed. Bar No. 06902
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Tel: (410) 580-0500
Email: Zvi@zviguttman.com

***Counsel to Morgan W. Fisher, Chapter 7 Trustee***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Line* will be served electronically by the Court's CM/ECF system on all parties registered to receive electronic service in this case.

I HEREBY FURTHER CERTIFY that on this 22nd day of September, 2026, a copy of the foregoing *Line* was served on the attached Consolidated Master Service List via first class mail, postage pre-paid.

*/s/ Richard M. Goldberg*
Richard M. Goldberg