**Trustee's Consolidated Master Service List**

| Name | Attn/Contact | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Penguin Random House LLC | | P.O. Box 223384 | Pittsburgh | PA | 15251-2384 | |
| Alliance Entertainment, LLC | S. Jason Teele | One Riverfront Plaza | Newark | NJ | 07102 | |
| Passage Trading | | 3-1-4-904 Tsukiji Chuo-Ku Tokyo, 104-0045 | Tokyo | | 104-0045 | Japan |
| Disney Consumer Products, Inc. | | **500 S. Buena Vista Street** | Burbank | CA | 91521 | |
| Bandai Limited | | 1-4-8 Komagata Taito-Ku, Tokyo 111-8081 | | | | Japan |
| Valiant Entertainment LLC | | 8581 Santa Monica Blvd, #418 | West Hollywood | CA | 90069 | |
| Creative Grand Industrial HK Limited | Attn: Rachel P Stoian dba Kin Kin Mould c/o Dorsey & Whitney LLP | 167 Hamilton Ave, Unit 200 | Palo Alto | CA | 94301 | |
| MegaHouse Corporation | | Bandai 2nd Building 2-5-4 Komagata, Taito-Ku Tokyo, 111-0043 | | | | Japan |
| TMP International, LLC | Attn: Al Bedinger | 1711 W Greentree Dr, Ste 212 | Tempe | AZ | 85284 | |
| Aftershock Comics, LLC | Lawrence A. Katz, Esq., Hirschler Fleischer | 1676 International Drive, Suite 1350 | Tysons | VA | 22102 | |
| ARA, Inc. | | 3140 Neil Armstrong Blvd, Ste 203 | Eagan | MN | 55121 | |
| Funko, LLC | | 2802 Wetmore Ave | Everett | WA | 98201 | |
| Action Figure Authority Inc. | | 6920 Peachtree Industrial Blvd., Suite E | | GA | 30071 | |
| The Armypainter ApS | Attn: Palle Winther | Christiansmindevej 12 DK-8660 Skanderborg | | | | Denmark |
| Hasbro, Inc. | Attn: Scott Russell | 1027 Newport Ave | Pawtucket | RI | 02861 | |
| Loren Coleman (Catalyst Games) | | 5003 Main St, Unit 110 | Tacoma | WA | 98407 | |
| UPS Small Package | Attn: Roger Maldonado | 2200 Wells Fargo Ctr 90 S 7th St | Minneapolis | MN | 55402 | |
| Little Buddy LLC | | 7422 Orangewood Ave | Garden Grove | CA | 92841 | |
| Western Surety Company | | 6 Mill Ridge Ln | Chester | NJ | 07930 | |
| VIZ Media, LLC | | 1355 Market St, Ste 200 | San Francisco | CA | 94103 | |
| Euler Hermes N.A - Agent for Bandai Namco Toys & Collectibles America Inc. | | 100 International Dr, 22nd Fl | Baltimore | MD | 21202 | |
| The Pokemon Company International, Inc | Attn: General Counsel | 10400 NE 4th St, Ste 2800 | Bellevue | WA | 98004 | |
| Lunar Distribution | Attn: Christina Merkler | 10701 Rose Ave | New Haven | IN | 46774 | |
| Lunar Distribution | | 10701 Rose Ave | New Haven | IN | 46774 | |
| Marvel Brands LLC | | 1933 SE Alder St | Portland | OR | 97214 | |
| Marvel Brands LLC | | 500 S. Buena Vista Street | Burbank | CA | 91521 | |
| Marvel Brands LLC | | 1290 Avenue of Americas, 2nd Floor | New York | NY | 10104 | |
| Cryptozoic Entertainment, LLC | | 23212 Mill Creek Dr, Ste 300 | Laguna Hills | CA | 92653 | |
| Expeditors International ofWashington, Inc | William F. Moss, Esq., Friedberg PC | 10045 Red Run Blvd., Ste. 160 | Baltimore | MD | 21117 | |
| Beast Kingdom North America Co.Ltd | Procopio, Cory, Hargreaves &Savitch LLP | 200 Spectrum Center Drive, Suite 1650 | Irvine | CA | 92618 | |
| Comptroller of Maryland | Bankruptcy Unit | 7 St Paul Street, Suite #230 | Baltimore | MD | 21202-0636 | |
| Comptroller of Maryland | Revenue Administration Division | 110 Carroll St | Annapolis | MD | 21411-0001 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia | PA | 10101 | |
| U.S. Office of the Trustee | Attn: U.S. Trustee | 101 West Lombard Street, Ste 2625 | Baltimore | MD | 21201 | |