**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **Diamond Comic Distributors, Inc., *et. al*,** | * | **Case No. 25-10308-DER (Jointly Administered)** |
| **Debtors.[1]** | * | **Chapter 7** |

* * * * * * * * * * * * *

**NOTICE OF JOINT MOTION TO APPROVE SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019(a) (TRUSTEE, SPARKLE POP LLC, AND PALIK CONSIGNMENT GROUP)**

**TO CREDITORS AND PARTIES IN INTEREST**:

The persons and entities identified on Schedule 1 to **Exhibit A** attached to the Motion (collectively, the "**Palik Consignment Group**"), Morgan W. Fisher, Chapter 7 Trustee (the "**Trustee**") for Diamond Comic Distributors, Inc., Diamond Select Toys & Collectibles, LLC, Comic Holdings, Inc., and Comic Exporters, Inc., and Sparkle Pop LLC, by and through their undersigned counsel, have filed a Joint Motion to Approve Settlement Pursuant to Fed. R. Bankr. P. 9019(a) (the "**Motion**"). A copy of this Motion can be requested by contacting the undersigned counsel.

NOTICE IS FURTHER GIVEN that your rights may be affected by the Motion. You should read the Motion carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one. Notice is further given that objections, if any, to the Motion must be filed within twenty-one (21) days from the date of this Notice with the office of the Clerk, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201. A copy of any objection must be served on the undersigned and upon the Office of the United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201. If objections are filed, they must contain a complete specification of the factual and legal grounds upon which they are based. If no objections are timely filed, the Court may act upon the Motion without conducting a hearing and approve the proposed Order without further notice. If an objection is filed or if the Court determines a hearing is appropriate, the Court may hold a hearing in its discretion. Parties desiring further information may contact the undersigned counsel.

---

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Richard M. Goldberg*
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
djz@shapirosher.com

***General Bankruptcy Counsel to Morgan W. Fisher, Chapter 7 Trustee***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September, 2026, a copy of the foregoing *Notice* was served on the attached Consolidated Master Service List via first class mail, postage pre-paid.

/s/ *Richard M. Goldberg*
Richard M. Goldberg

**Trustee's Consolidated Master Service List**

| Name | Attn/Contact | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Penguin Random House LLC | | P.O. Box 223384 | Pittsburgh | PA | 15251-2384 | |
| Alliance Entertainment, LLC | S. Jason Teele | One Riverfront Plaza | Newark | NJ | 07102 | |
| Passage Trading | | 3-1-4-904 Tsukiji Chuo-Ku Tokyo, 104-0045 | Tokyo | | 104-0045 | Japan |
| Disney Consumer Products, Inc. | | **500 S. Buena Vista Street** | Burbank | CA | 91521 | |
| Bandai Limited | | 1-4-8 Komagata Taito-Ku, Tokyo 111-8081 | | | | Japan |
| Valiant Entertainment LLC | | 8581 Santa Monica Blvd, #418 | West Hollywood | CA | 90069 | |
| Creative Grand Industrial HK Limited | Attn: Rachel P Stoian dba Kin Kin Mould c/o Dorsey & Whitney LLP | 167 Hamilton Ave, Unit 200 | Palo Alto | CA | 94301 | |
| MegaHouse Corporation | | Bandai 2nd Building 2-5-4 Komagata, Taito-Ku Tokyo, 111-0043 | | | | Japan |
| TMP International, LLC | Attn: Al Bedinger | 1711 W Greentree Dr, Ste 212 | Tempe | AZ | 85284 | |
| Aftershock Comics, LLC | Lawrence A. Katz, Esq., Hirschler Fleischer | 1676 International Drive, Suite 1350 | Tysons | VA | 22102 | |
| ARA, Inc. | | 3140 Neil Armstrong Blvd, Ste 203 | Eagan | MN | 55121 | |
| Funko, LLC | | 2802 Wetmore Ave | Everett | WA | 98201 | |
| Action Figure Authority Inc. | | 6920 Peachtree Industrial Blvd., Suite E | | GA | 30071 | |
| The Armypainter ApS | Attn: Palle Winther | Christiansmindevej 12 DK-8660 Skanderborg | | | | Denmark |
| Hasbro, Inc. | Attn: Scott Russell | 1027 Newport Ave | Pawtucket | RI | 02861 | |
| Loren Coleman (Catalyst Games) | | 5003 Main St, Unit 110 | Tacoma | WA | 98407 | |
| UPS Small Package | Attn: Roger Maldonado | 2200 Wells Fargo Ctr 90 S 7th St | Minneapolis | MN | 55402 | |
| Little Buddy LLC | | 7422 Orangewood Ave | Garden Grove | CA | 92841 | |
| Western Surety Company | | 6 Mill Ridge Ln | Chester | NJ | 07930 | |
| VIZ Media, LLC | | 1355 Market St, Ste 200 | San Francisco | CA | 94103 | |
| Euler Hermes N.A - Agent for Bandai Namco Toys & Collectibles America Inc. | | 100 International Dr, 22nd Fl | Baltimore | MD | 21202 | |
| The Pokemon Company International, Inc | Attn: General Counsel | 10400 NE 4th St, Ste 2800 | Bellevue | WA | 98004 | |
| Lunar Distribution | Attn: Christina Merkler | 10701 Rose Ave | New Haven | IN | 46774 | |
| Lunar Distribution | | 10701 Rose Ave | New Haven | IN | 46774 | |
| Marvel Brands LLC | | 1933 SE Alder St | Portland | OR | 97214 | |
| Marvel Brands LLC | | 500 S. Buena Vista Street | Burbank | CA | 91521 | |
| Marvel Brands LLC | | 1290 Avenue of Americas, 2nd Floor | New York | NY | 10104 | |
| Cryptozoic Entertainment, LLC | | 23212 Mill Creek Dr, Ste 300 | Laguna Hills | CA | 92653 | |
| Expeditors International ofWashington, Inc | William F. Moss, Esq., Friedberg PC | 10045 Red Run Blvd., Ste. 160 | Baltimore | MD | 21117 | |
| Beast Kingdom North America Co.Ltd | Procopio, Cory, Hargreaves &Savitch LLP | 200 Spectrum Center Drive, Suite 1650 | Irvine | CA | 92618 | |
| Comptroller of Maryland | Bankruptcy Unit | 7 St Paul Street, Suite #230 | Baltimore | MD | 21202-0636 | |
| Comptroller of Maryland | Revenue Administration Division | 110 Carroll St | Annapolis | MD | 21411-0001 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia | PA | 10101 | |
| U.S. Office of the Trustee | Attn: U.S. Trustee | 101 West Lombard Street, Ste 2625 | Baltimore | MD | 21201 | |