United States Bankruptcy Court
District of Maryland

In re: Case No. 25-10308-DER
Diamond Comic Distributors, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 6
Date Rcvd: Sep 30, 2026 Form ID: ntchrgb3 Total Noticed: 64

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| aty | + | David L. Ruediger, Troutman Pepper Locke LLP, 111 Huntington Avenue, Boston, MA 02199-7618 |
| aty | + | James Irving, 3500 PNC Tower, 101 South Fifth Street, Louisville, KY 40202-3157 |
| aty | + | Jamilla Justine Willis, DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020-1103 |
| aty | + | Jane Davidson, NOLAN HEIMANN LLP, 16000 Ventura Boulevard, Suite 1200, Encino, CA 91436-2767 |
| aty | + | Jeffrey Kramer, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102-5408 |
| aty | + | Jonathan W. Young, Troutman Pepper Locke LLP, 401 9th Street, N.W.,, Suite 1000, Washington, DC 20004-2146 |
| aty | + | Junior Dufort, PERKINS COIE LLP, 700 Thirteenth Street N.W., Suite 800, Washington, DC 20005-5938 |
| aty | + | Katherine Culbertson, Troutman Pepper Locke LLP, 111 South Wacker Drive, Suite 4100, Chicago, IL 60606-4409 |
| aty | + | Lori Sapir, Sills Cummis & Gross P.C., 101 Park Avenue 35th Floor, New York, NY 10178-3499 |
| aty | + | McNamee Hosea, Attn: Craig M. Palik, Esq., 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770, UNITED STATES 20770-1416 |
| aty | + | Sara Chenetz, PERKINS COIE LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721 |
| aty | + | Stephen B Gerald, Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202, UNITED STATES 21202-1249 |
| cr | + | 207 Redco, LLC, 207 Redco Avenue, Red Lion, PA 17356-1428 |
| cr | + | ARA, Inc. d/b/a Lone Oak Payroll, c/o David G. Sommer, Esq., Gallagher LLP, 650 South Exeter Street, Suite 1200, Baltimore, MD 21202-4227 |
| cr | + | Abstract Studio, Inc., c/o Robyn Moore, PO Box 271487, Houston, TX 77277-1487 |
| intp | + | Ad Hoc Committee of Consignors, c/o Catherine Keller Hopkin, Esquire, YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| intp | + | Alliance Entertainment, LLC, 8201 Peters Road, Suite 1000, Plantation, FL 33324-3266 |
| cr | + | Angela Veach, 1146 Windermere Run, O'Fallon, IL 62269-7021 |
| cr | + | Boom Entertainment LLC, c/o Catherine Keller Hopkin, Esquire, YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| cr | + | Cryptozoic Entertainment, LLC, c/o Nolan Heimann, 16000 Ventura Blvd., Ste. 1200, ATTN: Jane Davidson, Esq. Encino, CA 91436-2767 |
| cr | + | Goodman Games, LLC, McNamee Hosea, 6404 IVY LANE, SUITE 820, GREENBELT, MD 20770, UNITED STATES 20770-1416 |
| cr | + | Graphitti Designs, 33159 Camino Capistrano Suite G., c/o Robert W. Chapman, San Juan Capistrano, CA 92675-4827 |
| intp | + | Katherine Govier, 113 Valmere Path, York, PA 17403-4566 |
| cr | + | Kyle Robinson, 22 S. Terrace Avenue, Apt. D, Newark, OH 43055-1377 |
| acc | + | Larry Strauss, Larry Strauss Esq. & Associates, 2310 Smith Ave., Baltimore, MD 21209-2611 |
| cr | + | Liminal Esports LLC, 1500 Chagrin River Road #361, Gates Mills, OH 44040-7414 |
| cr | + | NBM Publishing Inc., 300 E. 54th Street 12c, Attn: Terry Nantier, New York, NY 10022-5021 |
| sp | + | Shapiro Sher, 250 West Pratt St., Suite 2000, Baltimore, MD 21201-6814 |
| intp | + | Skyrush Marketing, Inc., 80 Orville Dr., Attn: Andrew Aiello, Bohemia, NY 11716-2534 |
| cr | + | Titan Publishing Group, Ltd., d/b/a Titan Comics, c/o Emily K. Devan, Esquire, Miles & Stockbridge P.C., 100 Light St., 7th Fl., Baltimore, MD 21202 US 21202-1153 |
| cr | + | TwoMorrows Publishing, 10407 Bedfordtown Drive, c/o John Morrow, Raleigh, NC 27614-8058 |
| cr | + | Willaim M. Gaines, Agent Inc., 3975 Little John Drive, c/o Cathy Gaines Mifsud, President, York, PA 17408-8985 |
| cr | + | William M. Gaines, Agent, Inc., c/o Lanning G. Bryer, 1040 Avenue of the Americas, New York, NY 10018-3703 |
| 32749887 | | Bandai Co, Ltd, Attn: Tomoaki Benjy Ishikaka, 4-8 Komagata 1-chome, Taito-ku Tokyo 111-88081, JAPAN |
| 32749909 | | Beast Kingdom Co, Ltd. Attn: James Liu, 12 F, No 210, Sec 1, Sanmin Rd, Banqiao Dist, New Taipei City, 22069, TAIWAN |
| 32749891 | + | Disney Consumer Products, Inc., Attn: Corporate Legal, 500 S. Buena Vista St., Burbank, CA 91521-0001 |
| 32749910 | + | Funko, LLC, Attn: Lesley Hill, 2802 Wetmore Ave., Everett, WA 98201-3562 |
| 32749892 | + | Hasbro, Inc., Attn: Carla Cross, 1027 Newport Ave., Pawtucket, RI 02861-2500 |
| 32765123 | + | Little Buddy Toys, LLC, 270 East Palais Road, Anaheim, CA 92805-6238 |
| 32749898 | + | Lunar Distribution, Attn: Christina Merkler, 10701 Rose Ave., New Haven, IN 46774-9246 |
| 32749888 | + | National Entertainment Collectibles, Association Inc. (NECA), Attn: Dara Chesley, 603 Sweetland Ave., Hillside, NJ 07205-1799 |

| | | |
|---|---|---|
| 32749913 | + | Pai Technology, Inc., Attn: Rocky Yu, 177 E. Colorado Blvd. Ste. 200, Pasadena, CA 91105-1955 |
| 32749886 | + | Penguin Random House LLC, Attn: Jeff Abraham, 1745 Broadway, New York, NY 10019-4343 |
| 32749911 | + | Publisher Services, Inc., Attn: Dean Burnham, 2800 Vista Ridge Dr., Suwanee, GA 30024-4411 |
| 32749896 | | Simon & Schuster, Inc., Attn: Lauren Caster, 12330 Ave. of the Americas, New York, NY 10020 |
| 32749905 | + | Square Enix Holdings Co, Ltd., Attn: Kanji Tashiro, 999 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245-2731 |
| 32749915 | + | Super7, Inc., Attn: Luke Martinez, 777 Florida St. Ste. 202, San Francisco, CA 94110-2025 |
| 32749902 | | The Army Painter ApS, Attn: Michael Anderson, Christiansmindevej 12, Skanderborg, DK-8660, DENMARK |
| 32749907 | + | The Pokemon Company International Inc., Attn: Rich Henry, 10400 NE 4th St. Ste. 2800, Bellevue, WA 98004-5186 |
| 32765121 | | Titan Publishing Group Ltd, Titan Comics, 144 Southwark St, London, SE1 0UP, England |
| 32749904 | | Titan Publishing Group, Ltd, Attn: Nick Landau, 144 Southwark St., London, SE1 0UP, United Kingdom |
| 32749908 | | Transcontinental Inc., Attn: Daniel Gallina, 1 Place Ville Marie, Ste. 3240, Montreal, QC H3B 0G1, CANADA |
| 32749914 | | Udon Entertainment Inc., Attn: Erik Ko, 51 Ridgestone Drive, Richmond Hill, ON L4S 0E3, CANADA |
| 32749900 | + | VIZ Media, LLC, Attn: Sarah Anderson, 1355 Market St. Ste. 200, San Francisco, CA 94103-1460 |
| 32749893 | + | Wizards of the Coast LLC, Attn: Mk Smith, 1107 Lake Washington Blvd N. Ste. 800, Renton, WA 98056-2502 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: raly@getzlerhenrich.com | Sep 30 2026 20:05:00 | Diamond Comic Distributors, Inc., 10150 York Road, Suite 300, Hunt Valley, MD 21030-3344 |
| aty | + | Email/Text: brannickn@ballardspahr.com | Sep 30 2026 20:05:00 | Nicholas J. Brannick, BALLARD SPAHR LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| cr | + | Email/Text: USCBNotices@cdtfa.ca.gov | Sep 30 2026 20:05:00 | California Dept of Tax and Fee Administration, Collections Support Bureau, MIC:29, PO Box 942879, Sacramento, CA 94279-0001 |
| cr | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 30 2026 20:05:00 | New York State Department of Taxation and Finance, Bankruptcy Unit, P.O. Box 5300, Albany, NY 12205-0300 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 30 2026 20:04:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 32749897 | | Email/Text: BandaiLegal@bntca.com | Sep 30 2026 20:05:00 | Bandai Namco Toys & Collectibles, America Inc., Attn: Teppei Onoki, 23 Odyssey Irvine, Irvine, CA 92618 |
| 32749906 | + | Email/Text: celabnc@microsoft.com | Sep 30 2026 20:05:00 | Microsoft Corp., 1 Microsoft Way, Redmond, WA 98052-8300 |
| 32765122 | + | Email/Text: Melanie.Valente@simonandschuster.com | Sep 30 2026 20:05:00 | Simon & Schuster, LLC, 100 Front Street, Riverside, N.J. 08075-1181 |
| 32749899 | + | Email/Text: bankruptcy@ups.com | Sep 30 2026 20:05:00 | United Parcel Service, Inc., Attn: Mike Wise, 55 Glenlake Pkwy NE, Atlanta, GA 30328-3498 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Lauren A. Baio |
| aty | | Lowenstein Sandler LLP |
| aty | | Scott Cheatham |
| fa | | Berkeley Research Group, LLC, David Galfus |
| cr | | Chris Robinson, Zombie Love Studios |
| cr | | Image Comics, Inc. |
| cr | | Integrated Connection, LLC |
| sp | | Kramon & Graham, P.A. |
| cr | | NECA, LLC |

| | | |
|---|---|---|
| op | | Robert Gorin, GETZLER HENRICH & ASSOCIATES LLC |
| fa | | SC&H Group, Inc. |
| sp | | Tal Goldsmith, Stephenson Harwood LLP |
| 32749903 | | ARA, Inc., INVALID ADDRESS PROVIDED |
| 32749901 | | Catalyst Games Lab, LLC, INVALID ADDRESS PROVIDED |
| 32749889 | | Kin Kin Mould Attn: Nelson Chan, INVALID ADDRESS PROVIDED |
| 32749890 | | TMP International, Inc., INVALID ADDRESS PROVIDED |
| 32749894 | | Xceeding Partnership Solutions, INVALID ADDRESS PROVIDED |
| cr | ##+ | Aftershock Comics, LLC, 15300 Ventura Blvd, Suite 507, Sherman Oaks, CA 91403-5844 |
| cr | ##+ | Angela Veach, 6604 Grant Cover, Olive Branch, MS 38654-5154 |
| cr | ##+ | Molten Core Media, LLC dba Magma Comix, 3130 Whittier St., c/o Denton J. Tipton, San Diego, CA 92106-1636 |
| 32749895 | ##+ | Little Buddy, LLC, Attn: Andy Tanaka, 7422 Orangewood Ave., Garden Grove, CA 92841-1413 |

TOTAL: 17 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam H Isenberg | adam.isenberg@saul.com |
| Anthony Jankoski | ajankoski@whitefordlaw.com |
| Ashley N Fellona | ashley.fellona@saul.com janice.mast@saul.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brian A. Coleman | brian.coleman@faegredrinker.com |
| Bruce S. Nathan | bnathan@lowenstein.com |
| C. Kevin Kobbe | kevin.kobbe@us.dlapiper.com docketing-baltimore-0421@ecf.pacerpro.com |
| Catherine Keller Hopkin | chopkin@yvslaw.com pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com |
| Chelsea R Frankel | cfrankel@lowenstein.com |
| Christopher J. Giaimo | christopher.giaimo@squirepb.com christopher.giaimo@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Corinne Donohue Adams | cadams@yvslaw.com cadams@yvslaw.com,jbeckman@yvslaw.com,pgomez@yvslaw.com,vmichaelides@yvslaw.com,r39990@notify.bestcase.com |

| | |
|---|---|
| Craig Palik | cpalik@mhlawyers.com cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel Jack Blum | jack.blum@polsinelli.com lsuprum@polsinelli.com,delawaredocketing@polsinelli.com |
| Darek Bushnaq | dsbushnaq@venable.com |
| David Sommer | dsommer@gallagherllp.com ceyler@gejlaw.com,csalce@gejlaw.com,mkobylski@gejlaw.com |
| David J. Shuster | dshuster@kg-law.com ssohn@kg-law.com |
| David W.T. Daniels | david.daniels@ashurstperkins.com docketnyc@perkinscoie.com,nvargas@perkinscoie.com,KMcClure@perkinscoie.com,rleibowitz@perkinscoie.com |
| Dennis J. Shaffer | dshaffer@tydings.com scalloway@tydings.com,MYoung@tydings.com |
| Ellen E. Dew | ellen.dew@us.dlapiper.com |
| Emily Devan | edevan@milesstockbridge.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |
| G. David Dean | ddean@coleschotz.com PRatkowiak@coleschotz.com |
| Gary H. Leibowitz | gleibowitz@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com |
| Gianfranco Finizio | gfinizio@lowenstein.com |
| Harry Conrad Jones | HJones@coleschotz.com bankruptcy@coleschotz.com,pratkowiak@coleschotz.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Indira Kavita Sharma | indira.sharma@troutman.com katherine.culbertson@troutman.com,jonathan.young@troutman.com,david.ruediger@troutman.com,errol.chapman@troutman.com,toyja.kelley@troutman.com |
| James R. Irving | james.irving@dentons.com |
| Jan Berlage | JBerlage@GHSLLP.com tcollins@ghsllp.com |
| Janet M. Nesse | jnesse@mhlawyers.com jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com |
| Jean Evelyn Lewis | jlewis@kg-law.com swisthoff@kg-law.com |
| Jeffrey C. Hampton | jeffrey.hampton@saul.com |
| Jeremy S. Friedberg | jeremy@friedberg.legal ecf@friedberg.legal |
| Jodie E. Bekman | jbekman@gfrlaw.com dferguson@gfrlaw.com |
| Jonathan A. Grasso | jgrasso@yvslaw.com pgomez@yvslaw.com,vmichaelides@yvslaw.com,r39990@notify.bestcase.com |
| Jonathan Gary Rose | jonathan.rose@us.dlapiper.com |
| Jordan Rosenfeld | jordan.rosenfeld@saul.com |

| | |
|---|---|
| Joshua Glikin | jglikin@shulmanrogers.com abogert@shulmanrogers.com,mdicarlo@shulmanrogers.com |
| Jung Yong Lee | jlee@milesstockbridge.com mhickman@tydings.com |
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Katherine Elizabeth Culbertson | katherine.culbertson@troutman.com |
| Laura Skowronski Bouyea | lsbouyea@venable.com dmdierdorff@venable.com |
| Lawrence A. Katz | lkatz@hirschlerlaw.com ydover@hirschlerlaw.com,aklena@hirschlerlaw.com |
| Mark Minuti | mark.minuti@saul.com robyn.warren@saul.com |
| Mark L Desgrosseilliers | desgross@chipmanbrown.com fusco@chipmanbrown.com |
| Matthew G. Brushwood | mbrushwood@barley.com dkline@barley.com |
| Matthew G. Summers | summersm@ballardspahr.com branchd@ballardspahr.com,heilmanl@ballardspahr.com,ambroses@ballardspahr.com,zarnighiann@ballardspahr.com,carolod@ballardspahr.com,cromartie@ballardspahr.com,stammerk@ballardspahr.com,brannickn@ballardspahr.com |
| Michael Papandrea | mpapandrea@lowenstein.com |
| Morgan W. Fisher | trustee@morganfisherlaw.com MD65@ecfcbis.com,fisher@premierremote.com |
| Nicholas Smargiassi | nicholas.smargiassi@saul.com sean.kenny@saul.com |
| Nikolaus F. Schandlbauer | nick.schandlbauer@arlaw.com lianna.sarasola@arlaw.com |
| Paige Noelle Topper | paige.topper@saul.com |
| Peter J Artese | peter.artese@us.dlapiper.com |
| Randy Moonan | rmoonan@sillscummis.com |
| Richard L. Costella | rcostella@tydings.com myoung@tydings.com,pcoolbaugh@tydings.com |
| Richard Marc Goldberg | rmg@shapirosher.com ejd@shapirosher.com |
| S. Jason Teele | steele@sillscummis.com |
| Sam Alberts | sam.alberts@dentons.com docket.general.lit.wdc@dentons.com |
| Stephen B. Gerald | sgerald@tydings.com |
| Steven Gregory Polard | steven.polard@ropers.com loriann.zullo@ropers.com,calendar-LAO@ropers.com |
| Thomas J. McKee | mckeet@gtlaw.com Karrie.Barbaro@gtlaw.com,thomas--mckee-0902@ecf.pacerpro.com |
| Thomas K. Bredar | thomas.bredar@wilmerhale.com andrew.goldman@wilmerhale.com,benjamin.loveland@wilmerhale.com,yolande.thompson@wilmerhale.com |
| Toyja E. Kelley | Toyja.Kelley@troutman.com |

| | |
|---|---|
| Turner Falk | turner.falk@saul.com tnfalk@recap.email,Veronica.Marchiondo@saul.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |
| William Fuller Moss | william.moss@friedberg.legal |
| Zvi Guttman | zvi@zviguttman.com zviguttman@gmail.com,zviguttman@outlook.com,MD55@ecfcbis.com |

TOTAL: 67

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re: Case No.: **25−10308 − DER** Chapter: **7**

**Diamond Comic Distributors, Inc.**
Debtor

## NOTICE

In person hearing Courtroom 9−D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a continued hearing will be held on 11/2/26 at 09:30 AM to consider and act upon the following:

1309 − Joint Application to Compromise Controversy with Trustee and Ad Hoc Consignment Group, Filed by Morgan W. Fisher. (Attachments: # 1 Exhibit A − Settlement Agreement # 2 Notice of Motion # 3 Proposed Order) (Goldberg, Richard)Modified on 8/11/2026 to enhance text. (McKenna, Shannon).

1328 − Response on behalf of JPMorgan Chase Bank, N.A. Filed by Katherine Elizabeth Culbertson (related document(s)1309 Application to Compromise Controversy filed by Trustee Morgan W. Fisher). (Culbertson, Katherine)

1331 − Objection on behalf of Sparkle Pop LLC Filed by Jodie E. Bekman (related document(s)1309 Application to Compromise Controversy filed by Trustee Morgan W. Fisher). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Bekman, Jodie)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 9/30/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410−962−7769