**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **Diamond Comic Distributors, Inc., *et. al*,** | * | **Case No. 25-10308-DER (Jointly Administered)** |
| **Debtors.**[1] | * | **Chapter 7** |

* * * * * * * * * * * * *

**CERTIFICATE OF SERVICE FOR ECF NO. 1344**

Morgan W. Fisher, Chapter 7 Trustee for Diamond Comic Distributors, Inc., *et. al*., (the "Trustee"), by and through his undersigned counsel, HEREBY CERTIFY that on the 27th day of October, 2025, a copy of the Consent Order Granting Joint Motion to Approve Settlement Pursuant to Fed. R. Bankr. P. 9019(a) (Trustee, Sparkle Pop, LLC and Palik Consignment Group) [ECF No. 1344; October 26, 2026] was served via first class mail, postage pre-paid, on the parties listed on the attached Consolidated Master Service List[2] [3].

Dated: October 27, 2026

*/s/ Richard M. Goldberg*
Richard M. Goldberg, Fed. Bar No. 07994
Daniel J. Zeller, Fed. Bar No. 28107
SHAPIRO SHER GUINOT & SANDLER
250 W. Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: 410-385-4274
Fax: 410-539-7611
Email: rmg@shapirosher.com
djz@shapirosher.com

***General Bankruptcy Counsel to***
***Morgan W. Fisher, Chapter 7 Trustee***

[1] The Debtors in these chapter 7 cases are: Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC.

[2] *See* Line Filing Consolidated Master Service List [ECF No. 1338; Sept. 22, 2026].

[3] Consistent with the Order at ECF No. 1332, the Consolidated Master Service List enumerates only those service parties without counsel participating via CM/ECF. All such represented parties will be served via CM/ECF.