**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| MORGAN W. FISHER, CHAPTER 7 TRUSTEE,<br><br>Appellant,<br><br>AD HOC COMMITTEE OF CONSIGNORS, *et al.*,<br><br>Appellees. | Civil Case No.: 1:26-cv-01069-ABA |

**STIPULATION OF DISMISSAL**

Appellant Morgan W. Fisher, Chapter 7 Trustee (the "Trustee"), Appellee Ad Hoc Committee of Consignors, Appellee Consignment Group, Interested Party Sparkle Pop LLC, and Interested Party JPMorgan Chase Bank, N.A., by and through their undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 8023(a), file this Stipulation of Dismissal of the above-captioned appeal.

The Trustee appealed from the *Order Denying Emergency Motion to Extend Time to Assume or Reject Executory Contracts Related to Consigned Goods* [Bankr. Dkt. No. 1171], entered by the United States Bankruptcy Court for the District of Maryland on February 26, 2026. The parties have since resolved all matters at issue in this appeal by settlement, and the Bankruptcy Court approved the settlements by orders entered on October 26, 2026 [Bankr. Dkt. No. 1344] and October 30, 2026 [Bankr. Dkt. No. 1349]. The period to appeal those orders has expired, and the orders are final. The settlements thereby render the above-captioned appeal moot.

The parties stipulate to the dismissal of this appeal, with each party to bear its own costs and attorneys' fees.

*[Signatures appear on following pages]*

Dated: November 16, 2026

Respectfully submitted:

/s/ Zvi Guttman
Zvi Guttman, Esq. (Fed. Bar No. 06902)
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
Phone: (410) 580-0500
Zvi@zviguttman.com
*Counsel for Morgan W. Fisher, Chapter 7 Trustee*

/s/ Catherine K. Hopkin
Catherine K. Hopkin, Esq. (Fed. Bar No. 28257)
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
chopkin@yvslaw.com
*Counsel for Ad Hoc Committee of Consignors*

/s/ Craig M. Palik
Craig M. Palik, Esq. (Fed. Bar No. 15254)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
Phone: (301) 441-2420
cpalik@mhlawyers.com
*Counsel for Consignment Group*

/s/ Jodie E. Bekman
Jodie E. Bekman, Esq. (Fed. Bar No. 26004)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
jbekman@gfrlaw.com
*Counsel for Sparkle Pop LLC*

**And it is so ORDERED and the case shall be CLOSED.**

**November 17, 2026**

/s/

**Adam B. Abelson**
**United States District Judge**

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 16, 2026, copies of the foregoing Stipulation of Dismissal were sent to those parties receiving electronic notices in this case pursuant to the Court's CM/ECF system.

/s/ Zvi Guttman